FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Civil Action No. _____  **08 C 242**<br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE MASON**<br><br>JURY DEMAND |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF LG ELECTRONICS U.S.A., INC.

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

(1) LG USA is a wholly-owned subsidiary of LG Electronics, Inc., a Korean corporation; and (2) LG Electronics, Inc., is publicly-traded on the Korea Stock Exchange, the London Stock Exchange, and the Luxembourg Stock Exchange.

Dated:  January 10, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**

By:   /s/ Ronald Y. Rothstein
          One of Its Attorneys

Ronald Y. Rothstein – rrothstein@winston.com
Mary M. Hutchings – mreed@winston.com
David A. Latchana – dlatchana@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Corporate Disclosure Statement of Plaintiff LG Electronics U.S.A., Inc.** will be served on the following via hand delivery on the same date as the Complaint filed by LG Electronics U.S.A., Inc., on January 10, 2008.

Whirlpool Corporation
2000 N. M 63
Benton Harbor, MI 49022


/s/ Ronald Y. Rothstein_____
One of LG USA's Attorneys