**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 242**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., )<br>  a subsidiary of LG Electronics, Inc., )<br>  a Korean company, )<br>)<br>)<br>)<br>)<br>         Plaintiff, )<br>)<br>     v. )<br>)<br>WHIRLPOOL CORPORATION, )<br>)<br>)<br>)<br>)<br>        Defendant. ) | Civil Action No. _____<br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE MASON**<br><br>JURY DEMAND |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel, Winston & Strawn LLP, moves this Court pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and Rule 65 of the Federal Rules of Civil Procedure for a Preliminary Injunction ordering Whirlpool Corporation ("Whirlpool" or "Defendant") to cease and desist from its false and misleading advertising and marketing campaign related to its Duet® Steam Dryer, and to take corrective action to counteract and dispel the unlawful impact and effect thereof. In support of its Motion, LG USA submits the Expert Declaration of Anthony M. Jacobi, the Declarations of Chul Jin Choi and Tae Jin Lee, and its Memorandum of Law in Support of LG's Motion for Preliminary Injunction, and states as follows:

        1.      LG USA incorporates herein by reference the averments made in its Complaint filed with this Court on January 10, 2008, and the Exhibits thereto;

2. In or about October 2007, Defendant launched its Duet® Steam Dryer. At approximately the same time, Defendant began a national advertising campaign on television, in print, and on its website at www.whirlpool.com, which makes the explicitly false and misleading claim that its Duet® Steam Dryer uses steam to remove wrinkles, touch-up clothing, and remove odors from clothing;

3. Defendant's advertising is false and misleading because by using the word "steam" in the name of and advertising for the Duet® Steam Dryer, the message conveyed to consumers is that the Duet® Steam Dryer utilizes steam to provide superior performance. This is false and misleading because the Duet® Steam Dryer does not use "steam," but instead uses a mist of cold water sprayed into a warm dryer drum. The name "Duet® Steam Dryer," therefore, is in and of itself explicitly false and misleading;

4. On December 17, 2007, LG USA notified Defendant of its false and misleading claims and demanded that Defendant cease and desist from any further use of the word "steam" in connection with its Duet® Steam Dryer and related nationwide television, print, and online advertising, and immediately destroy any inventory of marketing materials using the word "steam";

5. Despite LG USA's written demand, Defendant refuses to cease its unlawful practices and has persisted in airing its television commercials and in disseminating related print and online advertisements in connection with its Duet® Steam Dryer;

6. Thus, Defendant has violated, and continues to violate, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/3, and the Illinois common law of unfair competition; and

7. As demonstrated more fully in LG USA's supporting Memorandum: (1) LG USA has shown that it has a strong likelihood of success on the merits of its claims; (2) LG USA's injuries caused by Defendant's false and misleading advertising, including damage to its business reputation and loss of goodwill, are immediate, continuing, irreparable, and LG USA has no adequate remedy at law; (3) the balance of harms clearly favors LG USA as the harm to Defendant, if any, will be minimal, whereas the harm to LG USA is severe, long-term, and irreparable; and (4) the public interest plainly favors truthful advertising and disfavors unfair competition.

WHEREFORE, LG USA respectfully requests that this Court enter judgment:

A. Declaring that Defendants violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2, the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, and the Illinois common law of unfair competition;

B. Preliminarily and permanently enjoining Defendant, its officers, subsidiaries, parents, divisions, agents, servants, employees and attorneys, and those persons in active concert or participation with it who receive actual notice of this Court's order by personal service or otherwise, from using, airing, disseminating or causing to be used, aired, or disseminated, the name Duet® Steam Dryer and any advertisements stating that the Duet® Steam Dryer utilizes steam;

C. Preliminarily and permanently enjoining Defendant, its officers, subsidiaries, parents, divisions, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from stating, explicitly or implicitly, or suggesting by verbal message, visual image or otherwise, that Duet® Steam Dryer utilizes steam;

3

      D.      Ordering Defendant to publish corrective advertising to dispel the false and deceptive impressions created by its advertising;

      E.      Ordering Defendant to pay LG USA its damages, trebled, and LG USA's lost profits caused by Defendants' false descriptions and misrepresentations;

      F.      Ordering Defendant to pay LG USA its damages, both compensatory and statutory, by reason of Defendant's false advertising and unfair competition;

      G.      Granting LG USA its costs and disbursements in this action, including reasonable attorneys' fees; and

      H.      Granting LG USA such other and further relief as this Court may deem just.

Dated: January 10, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**

By: /s/ Ronald Y. Rothstein
      One of its attorneys

Ronald Y. Rothstein – rrothstein@winston.com
Mary M. Hutchings – mreed@winston.com
David A. Latchana – dlatchana@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction and Request for Expedited Hearing** will be served on the following via hand delivery on the same date as the Complaint filed by LG Electronics U.S.A., Inc., on January 10, 2008.

Whirlpool Corporation
2000 N. M 63
Benton Harbor, MI 49022


/s/ Ronald Y. Rothstein
One of LG USA's Attorneys