**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 242**

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.,**  a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **WHIRLPOOL CORPORATION,** | ) ) ) |
| Defendant. | ) ) ) ) |

Civil Action No. _____  **JUDGE ST. EVE**
**MAGISTRATE JUDGE MASON**

**JURY DEMAND**

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S**
**MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel and pursuant to Local Rule 7.1, respectfully requests that this Court grant it leave to file a brief in excess of 15 pages in support of its Motion for a Preliminary Injunction and Request for an Expedited Hearing. In support of its motion, LG USA states as follows:

1. On this date, LG USA filed a Complaint alleging that Defendant Whirlpool Corporation ("Whirlpool") engaged in false advertising and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2, and the Illinois common law of unfair competition;

2. Also on this date, LG USA Air filed a Motion for a Preliminary Injunction and Request for an Expedited Hearing. The Motion seeks a preliminary injunction ordering Whirlpool to cease and desist from its false and misleading advertising and marketing campaign

related to its Duet® Steam Dryer, and to take corrective action to counteract and dispel the unlawful impact and effect thereof;

3. Despite its best efforts, and in the course of fully addressing all of the factors relevant to injunctive relief, LG USA was unable to meet the 15-page limit set forth in Local Rule 7.1. LG USA's Memorandum of Law in support of its Motion for a Preliminary Injunction and Request for an Expedited Hearing is 19 pages long.

4. LG USA submits that the arguments and legal research presented in its Memorandum of Law will assist the Court in a just and expedient determination of the issues to be resolved.

WHEREFORE, for all the foregoing reasons, LG USA respectfully requests that this Court grant its motion for leave to file a brief in excess of 15 pages in support of its Motion for a Preliminary Injunction and Request for an Expedited Hearing.

Dated:  January 10, 2008                    Respectfully submitted,

                                            **LG ELECTRONICS U.S.A., INC.**

By:  /s/ Ronald Y. Rothstein_____
       One of its attorneys

Ronald Y. Rothstein
Mary Hutchings Reed
Shannon L. Stevens
David A. Latchana
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile
rrothstein@winston.com
*Counsel for LG Electronics U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion for Leave to File a Brief in Excess of 15 Pages** will be served on the following via hand delivery on the same date as the Complaint filed in this Court by LG Electronics U.S.A., Inc., on January 10, 2008.

>Whirlpool Corporation
>2000 N. M 63
>Benton Harbor, MI  49022

>/s/ Ronald Y. Rothstein_____
>One of LG USA's Attorneys