IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 242**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WHIRLPOOL CORPORATION, | ) ) ) ) ) ) |
| Defendant. | ) |

Civil Action No. _____ **JUDGE ST. EVE**
**MAGISTRATE JUDGE MASON**

JURY DEMAND

**INDEX OF EXHIBITS TO PLAINTIFF LG ELECTRONICS U.S.A., INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

| Exhibit No. | Description of Document |
|---|---|
| 1. | Whirlpool Corporation's ("Whirlpool") website, www.whirlpool.com, advertisements regarding its Duet® Steam Dryer. |
| 2. | Cease and desist letter from LG Electronics U.S.A., Inc., by its undersigned counsel Winston & Strawn LLP, to Whirlpool's counsel Joel Van Winkle dated December 17, 2007.<br><br>Letter from Angela Washelesky, Esq., re: Steam Dryer Challenge and LG False Advertising Claims, to Mary Hutchings Reed, Esq., dated January 9, 2008. |
| 3. | Declaration of Tae Jin Lee executed on January 10, 2008. |
| 3A. | Whirlpool Duet® Steam Dryer's *Use & Care Guide*. |
| 3B. | Whirlpool Corporation's ("Whirlpool") website, www.whirlpool.com, advertisements regarding its Duet® Steam Dryer. |
| 4. | Declaration of Chul Jin Choi. |

| | |
|---|---|
| 4A. | Whirlpool Corporation's ("Whirlpool") website, www.whirlpool.com, advertisements regarding its Duet® Steam Dryer. |
| 4B. | Whirlpool Duet® Steam Dryer's *Use & Care Guide*. |
| 4C. | Test results of Whirlpool Duet® Steam Dryer. |
| 5. | Expert Declaration of Anthony M. Jacobi. |
| 5A. | Curriculum vitae of expert Anthony M. Jacobi. |
| 6. | Whirlpool's Duet® Steam Front-Load Automatic Washer *Use & Care Guide*. |

# Exhibit

# 1











> back to WED9600T   PRINT NOW

# WED9600T



Naturally steam out wrinkles and odors with the touch of a button. The new Duet® Steam dryer features two cycles - Enhanced Touch-Up and Quick Refresh - that infuse clothing with steam to refresh and dewrinkle. Thanks to special plumbing that's easy to install, there's no need to add water at the start of every cycle. Plus, an NSF Certified Sanitize cycle eliminates 99.9% of infectious bacteria.

**Silver Metallic on White**
Model: WED9600TW
MSRP: **$1199.00**

**New Aspen**
Model: WED9600TA
MSRP: **$1299.00**

Prices shown are Manufacturer's Suggested Retail Price. Dealer alone determines actual price.

## PRODUCT FEATURES

### Features

AccelerCare™ Drying System

10 Automatic Cycles

Bulky Items Cycle

Damp Dry Cycle

Quick Dry Cycle

Steam Care Cycles for Wrinkle and Odor Removal

Adjustable End-of-Cycle Signal

Wrinkle Shield™ Plus Feature (140 Minutes)

5 Temperature Selections

Quiet Dry Plus Noise Reduction

Dry Rack

Easy View Dryer Door Window

Reversible Side-Swing Door

Electronic Controls

Front-Mounted Lint Screen

Interior Drum Light

4-Way Venting

Audio Feedback

Instructional Controls

**Dimensions**
Depth: 32 9/16 in.
Width: 27 in.
Maximum Height: 38 in.

**Electrical Requirements**
30 Ampere, 120/240 Volts, 60 Hertz (1/second). AC-ONLY. USE COPPER WIRE ONLY. A FOUR-WIRE OR THREE-WIRE, SINGLE PHASE ELECTRICAL SUPPLY REQUIRED. A TIME-DELAY FUSE OR CIRCUIT BREAKER AND SEPARATE CIRCUIT IS RECOMMENDED.

Optional Storage Pedestals

Optional Laundry Tower

Optional Laundry Worksurface

Flexible Installation with Matching Washer

## SPECIFICATIONS

### Appearance

Matching Washer

### Capacity

**Capacity**

3.4 — 7.4
1.4
CU. FT- IEC EQUIVALENT

Capacity (Size): 7.4 (I.E.C.) Cubic foot

Capacity (Weight): 0

**Whirlpool Customer Support**
For shopping assistance call 1-800-253-1301

### Construction

Front Access

Reversible Door Style

Powder Coat Drum Material

Dry Rack

Inside Door Lint Screen

Power Cord & Venting Accessories

Stackable

### Controls

Electronic/Rotary Controls

### Dimensions

Depth with Door Open: 51 1/2 in.

Depth: 32 9/16 in.

Height: 38 in.

Maximum Height: 38 in.

Width: 27 in.

### Performance

Auto Dry Control

Cool Down Cycle

10 Cycles

Damp Dry

Delicate Cycle

Drum Light

Electronic Sensor Drying

Variable End-of-Cycle Signal

Extended Tumbling Cycle

Extra Dry Cycle

Interior Light

1/3 HP Motor

Electric Power

Quiet Dry Plus Sound Package

AccelerCare™ Temperature Control

5 Temperature Settings

Wrinkle Free Cycle

## Warranty

One Year Parts & Labor - See Use & Care Guide for Details Warranty

REGISTERED TRADEMARK OF WHIRLPOOL, U.S.A.
ALL CONTENTS © 2006 WHIRLPOOL CORPORATION.

back to WED9600T

PRINT NOW