**08 C 242**

# Exhibit

**JUDGE ST. EVE
MAGISTRATE JUDGE MASON**

# 2

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

MARY HUTCHINGS REED
OF COUNSEL
(312) 558-5721
mreed@winston.com

December 17, 2007

**VIA FEDERAL EXPRESS**
Joel Van Winkle
Senior Legal Counsel
Whirlpool Corporation
2000 N. M 63
Benton Harbor, MI  49022

Re:    False Advertising: Duet Steam Dryer

Dear Mr. Van Winkle:

We represent LG, a manufacturer of innovative laundry appliances, including washing machines and dryers. It has come to their attention that you are marketing a dryer, the Duet Steam Dryer, which purports to be a "steam" dryer. LG's engineers have reviewed your advertising materials describing these appliances and have concluded that they are false and misleading because your product does not utilize a steam technology.

According to your own marketing materials, your "steam dryer" operates by infusing a "mist" into the dryer drum and then allowing the clothes in the dryer to tumble dry in heated air. We believe that the infusion of mist is not the same as infusion of steam; that, in short, mist is not steam, has different thermodynamic properties, and would not be understood by consumers to be steam.

Use of the word "steam" in the name of the Whirlpool product, and use of claims referring to the "power of steam" in Whirlpool advertising seriously mislead consumers as to the nature and efficacy of Whirlpool products, and are misdescriptive, false and misleading under the federal trademark and false advertising law, including Section 43 (a) of the Lanham Act. This letter demands that you immediately cease and desist from any further use of the word "Steam" in connection with these products; that you immediately destroy any inventory of marketing materials using the word "steam" to mislead consumers about the true nature of your

WINSTON & STRAWN LLP

Joel Van Winkle
December 17, 2007
Page 2

technology, and that you notify us in writing of your plans to immediately comply with these requests.

We demand that you comply by December 28, 2007. Our client will consider all appropriate action should you fail to do so.

Very truly yours,

Mary Hutchings Reed



Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
Direct Fax: 312.207.6400

**Angela M. Washelesky**
Direct Phone: +1 312 207 3854
Email: awashelesky@reedsmith.com

January 9, 2008

*Via Messenger and
Email to mreed@winston.com*

Ms. Mary Hutchings Reed
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

    Re:    **Steam Dryer Challenge and LG False Advertising Claims**

Dear Mary:

    As you know, we represent Whirlpool Corporation ("Whirlpool"), and this letter is in response to your letter dated December 17, 2007, to Joel Van Winkle concerning Whirlpool's Duet Steam Dryer. LG's claim that Whirlpool's use of the word "steam" in connection with the Duet Steam Dryer is misleading is without merit. LG has provided no support for the claim made by its engineers that Whirlpool's Duet Steam Dryer "does not use a steam technology." In addition, LG's marketing statement that it is "the first and only appliance maker to inject steam into the dryer drum is misleading and false." Finally, LG's "Dirty City" commercial and marketing materials related to its Tromm Steamwasher™ stating that clothes can be refreshed and ready in "in just twenty minutes" make false and misleading claims regarding the speed and convenience of the SteamFresh™ cycle of this washer.

    **1. The Whirlpool Duet Steam Dryer Produces Steam.**

    We are puzzled by LG's engineers' assertion that Whirlpool's dryer "does not use a steam technology." Steam is in fact formed in Whirlpool's Duet Steam Dryer when mist is sprayed into the dryer drum where hot air exceeding 100° C is introduced. The hot air combines with the mist sprayed into the drum to form hot water vapor or "steam." Whirlpool's Duet Steam Dryer clearly produces "steam" in a manner consistent with common usage, as well as dictionary definitions.

    The very first definition of "steam" in the American Heritage Dictionary is "[t]he vapor phase of water" or "[a] mist of cooling water vapor."[1] Other dictionary definitions are similar – e.g., "vapor arising from a heated substance,"[2] "invisible vapor into which water is converted when heated to the boiling point,"[3] "the mist formed by the condensation on cooling of water vapor"[4] and "a mist of cooling vapor."[5] While there are different ways steam can be produced, there is no question that the Whirlpool technology produces steam.

---

[1] American Heritage Dictionary, 4th ed., http://www.bartleby.com/61/60/S0726000.html.
[2] See Webster's New Collegiate Dictionary 1129 (G&C Merriam Co., 1981) (1973). (See Exhibit 1)
[3] Id.
[4] See Merriam-Webster's Collegiate Dictionary, 10th ed., 1150 (Merriam-Webster Inc. 1999) (1993). (See Exhibit 2)
[5] American Heritage Dictionary, 4th Ed. 31 Dec. 2007. http://dictionary.reference.com/browse/steam>.

Ms. Mary Hutchings Reed  
Winston & Strawn LLP  
January 9, 2008  
Page 2

**ReedSmith**

### 2. LG's Engineers Have Not Identified Why They Believe Whirlpool's Technology That Produces Steam Does Not Satisfy Their Definition of Steam.

You have not shared with us the "technical" definition of steam which LG engineers believe to be the proper definition. Without this basic information, it is difficult to respond further. However, in recent LG patent documents related to clothes dryers which are not "steam dryers," LG has referred to "*steam* generated as the clothes are heated" within the dryer.[6] In view of this use of the word "steam," it is not clear what LG believes is the proper "technical" definition which Whirlpool does not meet. In any event, you will agree that the appropriate standard in an advertising challenge is not an engineers' perception, but the consumers' perception.[7]

### 3. Consumers are not Misled or Confused.

Whirlpool began selling the Duet Steam Dryer in Fall 2007. We believe that consumers' understanding of the term "steam" is consistent with the dictionary definitions and common usage. We have no knowledge or evidence of any consumer confusion.

Consumers are already familiar with the fact that the word "steam" can be used to describe a wide variety of methods and technologies. Examples include carpet steam cleaners,[8] steam shower devices[9] and toys[10] that produce "real steam." Therefore, Whirlpool is confident that there is no consumer confusion related to its Duet Steam Dryer.

### 4. Whirlpool Duet Steam Dryer Produces Consumer Benefits.

The Whirlpool Duet Steam Dryer provides the claimed consumer benefits regardless of how it achieves its steam. As advertised, the Whirlpool Duet Steam Dryer "removes odors and relaxes wrinkles," which are the benefits of creating steam in the dryer.

### 5. LG's Marketing Materials Related to Steam Are Misleading.

LG states, in marketing materials related to its new SteamDryer™, that it has a TrueSteam™ generator that produces "real steam." Based on the above definitions, LG's steam is no more "real" than the steam produced by Whirlpool's technology. However, we have noted in a January 6, 2008 press release the following claim: "*LG's SteamDryer™ is the industry's first and only dryer to inject steam into the dryer drum to reduce wrinkles and virtually eliminate static cling*" (the "Exclusivity Statement"). This press release statement implies that Whirlpool doesn't have real steam, and as such it is false and misleading, and we demand that LG immediately cease and desist from further use of this statement and statements like it.

---

[6] U.S. Patent Nos. 6,941,674 and 7,020,982.  
[7] *Body Vibe International, LLC* (Body Vibe Whole Body Vibration Unit), National Advertising Division (NAD) of the Better Business Bureau Case No. 4644 (03/09/07).  
[8] The NAD considered use of the term "steam" in *Bissell Homecare, Inc.*, NAD Case No. 4145 (2004). There, the NAD determined that Bissell should not be required to change the name of its carpet steam cleaners due to speculation that the product name is misleading without any evidence that consumers have actually been misled, even though the products use hot tap water.  
[9] In the "Eutopa steam shower" device manufactured by J.S. Dyna-Tech, hot water atomizers are connected directly to a home's hot water tank and spray ultra fine "steam" mist, which is then transformed to a steam vapor inside the bath enclosure. (See http://www.jsdynatech.com/Consumer/eutopa.htm)  
[10] In the TOMY brand Water Tower Steam Set, the packaging materials advertise that the train set "Makes *real steam* that is cool to the touch," where such "real steam" is a fine mist of water. (See Exhibit 3)

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ BEIJING ◆ LOS ANGELES ◆ WASHINGTON, D.C. ◆ SAN FRANCISCO ◆ PARIS ◆ PHILADELPHIA ◆ PITTSBURGH  
OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

reedsmith.com

Ms. Mary Hutchings Reed
Winston & Strawn LLP
January 9, 2008
Page 3

**ReedSmith**

We further note that there remains an outstanding dispute over the false and misleading nature of LG's "Dirty City" commercial and related materials. We note that LG's current website continues to refer to the LG Tromm Steamwasher™ as having the power of steam to remove wrinkles and freshen dry clothing "in just twenty minutes." Given that the clothes refresh cycle in the LG Steamwasher™ takes approximately twenty (20) minutes which must be followed by a ten to twenty (10-20) minute dry time,[11] this claim is false and misleading. Whirlpool has delayed in pursuing this matter in order to see if LG intended to continue using the claims in this commercial. By this letter, we renew our objection to the "Dirty City" commercial and any claims that suggest that the Steamwasher™ is capable of refreshing clothes "in just twenty minutes." We demand that your client provide to us a written confirmation it will cease and desist from any future use of this commercial and the "in just twenty minutes" claim and any similar marketing materials.

### 6. Conclusion

Whirlpool is committed to truthful marketing and advertising and as part of routine business practice, seeks to ensure that any advertising or marketing materials would not be misleading or harmful to consumers. We trust the above information satisfies your concerns about Whirlpool's use of the term "steam" for its products and we consider the matter closed.

Finally, we request that LG cease and desist from using the Exclusivity Statement and from any future use of the Dirty City or similar commercial and/or claims that suggest that LG's Steamwasher has a refresh cycle that operates to refresh clothes "in just twenty minutes." We request that LG notify us in writing of its plans to comply with these requests by January 23, 2008.

Sincerely,

*Angela Washelesky*
Angela Washelesky

cc:   Joel Van Winkle
      Nina Habib Borders

---

[11] Page 15 of the owner's manual for the LG Tromm Steamwasher™ product, states "Wait at least 10 minutes before putting the clothes on."

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ BEIJING ◆ LOS ANGELES ◆ WASHINGTON, D.C. ◆ SAN FRANCISCO ◆ PARIS ◆ PHILADELPHIA ◆ PITTSBURGH
OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

reedsmith.com

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

Editions for 1898–1948 have title: Webster's collegiate dictionary.
Includes index.
1. English language—Dictionaries.
PE1628.W4M4    1981    423    80-25144
ISBN 0-87779-408-1
ISBN 0-87779-409-x (indexed)
ISBN 0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

504948    RMcN8281

*[Dictionary page scan, pages 1128–1129, entries from "status quo" to "steam engine". Highlighted entry:]*

**steam** \ˈstēm\ n [ME stem, fr. OE stēam; akin to D stoom steam] 1 : a vapor arising from a heated substance 2 a : the invisible vapor into which water is converted when heated to the boiling point  b : the mist formed by the condensation on cooling of water vapor  3 a : water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work; also : the power so generated  b : driving force : POWER (got there under his own ~)  c : emotional tension (needed to let off a little ~ after exams)  4 a : STEAMER 2a  b : travel by or a trip in a steamer

²steam vi 1 : to rise or pass off as vapor  2 : to give off steam or vapor  3 : to move or travel by or as if by the agency of steam  4 : to be angry : BOIL (~ing over the insult he had received) ~ vt 1 : to give out as fumes : EXHALE  2 : to apply steam to; esp : to expose to the action of steam (as for softening or cooking)