

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

**08 C 242**

**JUDGE ST. EVE
MAGISTRATE JUDGE MASON**

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
      p.    cm.
   Includes index.
   ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
   1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36     1998
423—dc21                                                97-41846
                                                           CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

23242526WC99

¹**staunch** \'stȯnch, 'stänch\ *var of* STANCH
²**staunch** *adj* [ME, fr. MF *estanche*, fem. of *estanc*, fr. OF, fr. *estanchier* to stanch — more at STANCH] (15c) **1 a :** WATERTIGHT, SOUND **b :** strongly built : SUBSTANTIAL  **2 :** steadfast in loyalty or principle — *syn* see FAITHFUL — **staunch·ly** *adv* — **staunch·ness** *n*
**stau·ro·lite** \'stȯr-ə-ˌlīt\ *n* [F, fr. Gk *stauros* cross + F *-lite* — more at STEER] (ca. 1815) **:** a mineral consisting of a basic silicate of iron and aluminum in prismatic orthorhombic crystals often twinned so as to resemble a cross — **stau·ro·lit·ic** \ˌstȯr-ə-'li-tik\ *adj*
¹**stave** \'stāv\ *n* [ME, back-formation fr. *staves*, pl. of *staf* staff] (13c) **1 :** ¹STAFF 1, 2  **2 :** any of the narrow strips of wood or narrow iron plates placed edge to edge to form the sides, covering, or lining of a vessel (as a barrel) or structure  **3 :** STANZA  **4 :** ¹STAFF 3
²**stave** *vb* **staved** *or* **stove** \'stōv\; **stav·ing** *vt* (ca. 1595) **1 :** to break in the staves of (a cask)  **2 :** to smash a hole in (*stove* in the boat)  **3 :** to crush or break inward (*staved* in several ribs)  **4 :** to drive or thrust away ~ *vi* **1** *archaic* **:** to become stove in — used of a boat or ship  **2 :** to walk or move rapidly
**stave off** *vt* (1624) **1 :** to fend off (*staving off* creditors)  **2 :** to ward off (as something adverse) : FORESTALL (trying to *stave off* disaster)
**staves** *pl of* STAFF
**staves·acre** \'stāv-ˌzā-kər\ *n* [by folk etymology fr. ME *staphisagre*, fr. ML *staphis agria*, fr. Gk, lit., wild raisin] (15c) **:** a Eurasian delphinium (*Delphinium staphisagria*); *also* : its violently emetic and cathartic seeds
¹**stay** \'stā\ *n* [ME, fr. OE *stæg*; akin to ON *stag* stay, OE *stēle* steel] (bef. 12c) **1 :** a large strong rope usu. of wire used to support a mast  **2 :** ¹GUY
²**stay** *vt* (1627) **1 :** to secure upright with or as if with stays  **2 :** to incline (a mast) forward, aft, or to one side by the stays ~ *vi* **:** to go about : TACK
³**stay** *vb* **stayed** \'stād\ *also* **staid** \'stād\; **stay·ing** [ME, fr. MF *ester* to stand, stay, fr. L *stare* — more at STAND] *vi* (15c) **1 :** to stop going forward : PAUSE  **2 :** to stop doing something : CEASE  **3 :** to continue in a place or condition : REMAIN (~ed up all night) (went for a short vacation but ~ed on for weeks) (~ put till I come back)  **4 :** to stand firm  **5 :** to take up residence : LODGE  **6 :** to keep even in a contest or rivalry (~ with the leaders)  **7 :** to call a poker bet without raising  **8** *obs* **:** to be in waiting or attendance ~ *vt* **1 :** to wait for : AWAIT  **2 :** to stick or remain with (as a race or trial of endurance) to the end — usu. used in the phrase *stay the course*  **3 :** to remain during (~ed the whole time)  **4 a :** to stop or delay the proceeding or advance of by or as if by interposing an obstacle : HALT (~ an execution)  **b :** to check the course of (as a disease)  **c :** ALLAY, PACIFY (~ed tempers)  **d :** to quiet the hunger of temporarily — *syn* see DEFER
⁴**stay** *n* (1536) **1 a :** the action of halting : the state of being stopped  **b :** a stopping or suspension of procedure or execution by judicial or executive order  **2** *obs* **:** SELF-CONTROL, MODERATION  **3 :** a residence or sojourn in a place  **4 :** capacity for endurance
⁵**stay** *n* [MF *estaie*, of Gmc origin; akin to OHG *stān* to stand — more at STAND] (1515) **1 :** one that serves as a prop : SUPPORT  **2 :** a corset stiffened with bones — usu. used in pl.
⁶**stay** *vt* (1548) **1 :** to provide physical or moral support for : SUSTAIN  **2 :** to fix on something as a foundation
**stay–at–home** \'stā-ət-ˌhōm\ *adj* (1806) **:** remaining habitually in one's residence, locality, or country — **stay–at–home** *n*
**stay·er** \'stā-ər\ *n* (ca. 1580) **:** one that stays; *esp* **:** one that upholds or supports
**staying power** *n* (1859) **:** capacity for endurance : STAMINA
**stay·sail** \'stā-ˌsāl, -səl\ *n* (1669) **:** a fore-and-aft sail hoisted on a stay — see SAIL illustration
**STD** \ˌes-(ˌ)tē-'dē\ *n* [*sexually transmitted disease*] (1976) **:** any of various diseases transmitted by direct sexual contact that include the classic venereal diseases (as syphilis, gonorrhea, and chancroid) and other diseases (as hepatitis A, hepatitis B, giardiasis, and AIDS) that are often acquired and sometimes contracted other than by sexual means
¹**stead** \'sted\ *n* [ME *stede*, fr. OE; akin to OHG *stat* place, OE *standan* to stand — more at STAND] (bef. 12c) **1** *obs* **:** LOCALITY, PLACE  **2 :** ADVANTAGE — used chiefly in the phrase *to stand one in good stead*  **3 :** the office, place, or function ordinarily occupied or carried out by someone or something else (acted in his brother's ~)
²**stead** *vt* (13c) **:** to be of avail to : HELP
**stead·fast** \'sted-ˌfast *also* -fəst\ *adj* [ME *stedefæst*, fr. OE *stedefæst*, fr. *stede* + *fæst* fixed, fast] (bef. 12c) **1 a :** firmly fixed in place : IMMOVABLE  **b :** not subject to change (the ~ doctrine of original sin —Ellen Glasgow)  **2 :** firm in belief, determination, or adherence : LOYAL — *syn* see FAITHFUL — **stead·fast·ly** *adv* — **stead·fast·ness** \-ˌfas(t)-nəs, -fəst)-\ *n*
**stead·ing** \'sted-iŋ\ *n* [ME *steding*, fr. *stede* place, farm] (15c) **1 :** a small farm  **2** *chiefly Scot* **:** the service buildings or area of a farm
¹**steady** \'ste-dē\ *adj* **steadi·er; -est** [ME *stedy*, fr. *stede*] (14c) **1 a :** direct or sure in movement : UNFALTERING  **b :** firm in position : FIXED  **c :** keeping nearly upright in a seaway (a ~ ship)  **2 :** showing little variation or fluctuation : STABLE, UNIFORM (à ~ breeze) (~ prices)  **3 a :** not easily disturbed or upset (~ nerves)  **b** (1) **:** constant in feeling, principle, purpose, or attachment  (2) **:** DEPENDABLE  **c :** not given to dissipation : SOBER — **steadi·ly** \'sted-ᵊl-ē\ *adv* — **stead·i·ness** \'ste-dē-nəs\ *n* — *syn* STEADY, EVEN, EQUABLE mean not varying throughout a course or extent. STEADY implies lack of fluctuation or interruption of movement (*steady* progress). EVEN suggests a lack of variation in quality or character (an *even* distribution). EQUABLE implies lack of extremes or of sudden sharp changes (maintain an *equable* temper).
²**steady** *vb* **stead·ied; steady·ing** *vt* (1530) **:** to make or keep steady ~ *vi* **:** to become steady — **steadi·er** *n*
³**steady** *adv* (ca. 1605) **1 :** in a steady manner : STEADILY  **2 :** on the course set — used as a direction to the helmsman of a ship
⁴**steady** *n, pl* **stead·ies** (1792) **:** one that is steady; *specif* **:** a boyfriend or girlfriend with whom one goes steady
**steady state** *n* (1885) **:** a state or condition of a system or process (as one of the energy states of an atom) that does not change in time; *broadly* **:** a condition that changes only negligibly over a specified time

**steady state theory** *n* (1948) **:** a theory in astronomy: the universe has always existed and has always been expanding with hydrogen being created continuously — compare BIG BANG THEORY
**steak** \'stāk\ *n* [ME *steke*, fr. ON *steik*; akin to ON *steikja* to roast on a stake, *stik* stick, stake — more at STICK] (15c) **1 a :** a slice of meat cut from a fleshy part of a beef carcass  **b :** a similar slice of a specified meat other than beef (ham ~)  **2 :** ground beef prepared for cooking or for serving in the manner of a steak (hamburger ~)
**steak house** *n* (1762) **:** a restaurant whose specialty is beefsteak
**steak knife** *n* (1895) **:** a table knife with a sharp often serrated blade
**steak tar·tare** \-ˌtär-'tär\ *n* [F *tartare* Tartar] (1911) **:** highly seasoned ground beef eaten raw
¹**steal** \'stēl\ *vb* **stole** \'stōl\; **sto·len** \'stō-lən\; **steal·ing** [ME *stelen*, fr. OE *stelan*; akin to OHG *stelan* to steal] *vi* (bef. 12c) **1 :** to take the property of another wrongfully and esp. as an habitual or regular practice  **2 :** to come or go secretly, unobtrusively, gradually, or unexpectedly  **3 :** to steal or attempt to steal a base ~ *vt* **1 a :** to take or appropriate without right or leave and with intent to keep or make use of wrongfully (*stole* a car)  **b :** to take away by force or unjust means (they've *stolen* our liberty)  **c :** to take surreptitiously or without permission (~ a kiss)  **d :** to appropriate to oneself or beyond one's proper share : make oneself the focus of (~ the show)  **2 a :** to move, convey, or introduce secretly : to accomplish in a concealed or unobserved manner (~ a visit)  **b :** to seize, gain, or win by trickery, skill, or daring (a basketball player adept at ~ing the ball) (*stole* the election)  **b** *of a base runner* **:** to reach (a base) safely solely by running and usu. catching the opposing team off guard — **steal·able** \'stē-lə-bəl\ *adj* — **steal·er** *n* — **steal a march on :** to gain an advantage on unobserved — **steal one's thunder :** to grab attention from another esp. by anticipating an idea, plan, or presentation; *also* **:** to claim credit for another's idea
— *syn* STEAL, PILFER, FILCH, PURLOIN mean to take from another without right or without detection. STEAL may apply to any surreptitious taking of something and differs from the other terms by commonly applying to intangibles as well as material things (*steal* jewels) (*stole* a look at the gifts). PILFER implies stealing repeatedly in small amounts (*pilfered* from his employer). FILCH adds a suggestion of snatching quickly and surreptitiously (*filched* an apple from the tray). PURLOIN stresses removing or carrying off for one's own use or purposes (*printed* a *purloined* document).
²**steal** *n* (ca. 1825) **1 :** the act or an instance of stealing  **2 :** a fraudulent or questionable political deal  **3 :** BARGAIN 2 (it's a ~ at that price)
**stealth** \'stelth\ *n* [ME *stelthe*; akin to OE *stelan* to steal] (13c) **1 a** *archaic* **:** THEFT  **b** *obs* **:** something stolen  **2 :** the act or action of proceeding furtively, secretly, or imperceptibly (the state moves by ~ to gather information —Nat Hentoff)  **3 :** the state of being furtive or unobtrusive  **4 :** an aircraft-design characteristic consisting of oblique angular construction and avoidance of vertical surfaces that is intended to produce a very weak radar return
**stealthy** \'stel-thē\ *adj* **stealth·i·er; -est** (1605) **1 :** slow, deliberate, and secret in action or character  **2 :** intended to escape observation : FURTIVE — *syn* see SECRET — **stealth·i·ly** \-thə-lē\ *adv* — **stealth·i·ness** \-thē-nəs\ *n*
¹**steam** \'stēm\ *n* [ME *stem*, fr. OE *stēam*; akin to D *stoom* steam] (bef. 12c) **1 :** a vapor arising from a heated substance  **2 a :** the invisible vapor into which water is converted when heated to the boiling point  **b :** the mist formed by the condensation on cooling of water vapor  **3 a :** water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work; *also* : the power so generated  **b :** active force : POWER, MOMENTUM (got there under his own ~) (sales began to pick up ~); *also* : normal force (at full ~)  **c :** pent-up emotional tension (needed to let off a little ~)  **4 a :** STEAMER 2a  **b :** travel by or a trip in a steamer
²**steam** *vt* (15c) **1 :** to give out as fumes : EXHALE  **2 :** to apply steam to; *esp* **:** to expose to the action of steam (as for softening or cooking) ~ *vi* **1 :** to rise or pass off as vapor  **2 :** to give off steam or vapor  **3 a :** to move or travel by the agency of steam  **b :** to move or proceed with energy or force  **4 :** to be angry : BOIL (~ing over the insult)
**steam·boat** \'stēm-ˌbōt\ *n* (1785) **:** a boat driven by steam power; *specif* **:** a shallow-draft vessel used on inland waterways
**steamboat Gothic** *n* [fr. its use in homes of retired steamboat captains in imitation of the style of river steamboats] (1941) **:** an elaborately ornamented architectural style used in homes built in the middle 19th century in the Ohio and Mississippi river valleys
**steam boiler** *n* (1805) **:** a boiler for producing steam
**steam chest** *n* (1797) **:** the chamber from which steam is distributed to a cylinder of a steam engine
**steamed** \'stēmd\ *adj* (1802) **1 :** cooked by steam  **2 :** ANGRY 1 — often used with *up*
**steam engine** *n* (1751) **:** an engine driven or worked by steam; *specif* **:** a reciprocating engine having a piston driven in a closed cylinder by steam
**steam·er** \'stē-mər\ *n* (1814) **1 :** a vessel in which articles are subjected to steam  **2 a :** a ship propelled by steam  **b :** an engine, machine, or vehicle operated or propelled by steam  **3 :** one that steams  **4 :** SOFT-SHELL CLAM
**steamer rug** *n* (1890) **:** a warm covering for the lap and feet esp. of a person sitting on a ship's deck
**steamer trunk** *n* (1886) **:** a trunk suitable for use in a stateroom of a steamer; *esp* **:** a shallow trunk that may be stowed beneath a berth
**steam-fit·ter** \'stēm-ˌfi-tər\ *n* (ca. 1890) **:** one that installs or repairs equipment (as steam pipes) for heating, ventilating, or refrigerating systems — **steam fitting** *n*
**steam iron** *n* (ca. 1943) **:** a pressing iron with a compartment holding water that is converted to steam by the iron's heat and emitted through the soleplate onto the fabric being pressed
¹**steam–roll·er** \'stēm-ˌrō-lər\ *n* (1866) **1 :** a steam-driven road roller; *broadly* **:** ROAD ROLLER  **2 :** a crushing force esp. when ruthlessly applied to overcome opposition
²**steamroller** *or* **steam·roll** \-ˌrōl\ *vt* (1879) **1 :** to overwhelm usu. by greatly superior force (~ the opposition)  **2 :** to bring or advance by

