

MAKES REAL STEAM THAT IS COOL TO THE TOUCH!

⚠ **WARNING:**
CHOKING HAZARD–Toy contains
Not for children under 3 years.



- Features a real working water tower!
- Thomas puffs real steam that is cool to the touch!
- Includes metallic Thomas and Annie & Clarabel coaches!
- Compatible with