# Exhibit

## 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.,** ) | |
| **a subsidiary of LG Electronics, Inc.,** ) | |
| **a Korean company** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. _____** |
| **WHIRLPOOL CORPORATION,** ) | |
| ) | |
| ) | **JURY DEMAND** |
| ) | |
| **Defendants.** ) | |

**DECLARATION OF TAE JIN LEE**

I, Tae Jin Lee, hereby state and declare the following:

1.      My name is Tae Jin Lee. I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein. Everything stated herein is of my own personal knowledge. I declare under penalty of perjury under the laws of the United States that the following is true and correct.

2.      I am involved in the marketing of laundry products for LG Electronics ("LG"). I have been employed with LG for 12 years. My current title is Product Manager.

3.      I received a Master's Degree in Business Administration from the Thunderbird School of Global Management in Glendale, Arizona.

4.      While employed at LG, I have held various positions including Marketing Manager in Korea and Product Manager in the United States.

5.      In my current position as a Product Manager with LG's marketing department, part of my duties have included overseeing the marketing for the LG Tromm Steam Dryer.  LG has been developing the Tromm Steam Dryer since 2005, introduced it into the United States market during the final week of December 2007 on a limited basis, and will launch nationwide in January 2008.

## The Steam Dryer Market

6.      Steam dryers are a new type of clothes dryer that utilize steam in the drying process.

7.      Traditional clothes dryers use heat in a tumbler.  Steam dryers, on the other hand, utilize steam for a few minutes within the drying process to moisten clothes.  The clothes are then heated like a traditional cycle.

8.      Steam drying has benefits over traditional drying.  Steam drying reduces wrinkles, deodorizes better, uses less energy, and allows for refreshening of clothes without washing them.

9.      LG launched its Tromm Steam Dryer in the United States during the final week of December 2007 on a limited basis and will launch nationwide in January 2008.

10.     Whirlpool introduced its Duet® Steam Dryer to the United States market in late summer 2007.

11.     Whirlpool is LG's direct competitor in the home appliance market, including its direct competitor in the clothes dryer market.  LG's and Whirlpool's washers and dryers are sold in the same channels of commerce and the same retail outlets and stores in every state in the United States.

12.     Steam dryers are expected to become a substantial market of the clothes dryer business, given that the product provides more benefits than a traditional dryer and uses less energy.

13.     Dryers utilizing steam cost more than traditional dryers because steam must be created, which requires added components, like a generator, to the dryer and costs manufacturers more money. As such, the price points for steam dryers are higher than traditional dryers. While traditional dryers generally range from $300.00 to $1,000.00, LG's Tromm Steam Dryer will sell for approximately $1,400.00.

## LG Has Spent Significant Resources Developing the Tromm Steam Dryer

14.     It is my understanding that LG's Tromm Steam Dryer is equipped with a generator and other components that heat water for three and a half minutes until it reaches the boiling point of 100 degrees Celsius and creates steam. Once the generator creates the steam, the steam is blown through a tube and injected into the dryer tumbler ("drum") for seven minutes. The steam that is injected into the dryer is not a mist of water that is later heated. The generator in the Tromm Steam Dryer creates steam prior to it entering the dryer tumbler (drum). The dryer then heats like a traditional dryer for the remainder of the cycle until the clothes are dried.

15.     LG began development of the Tromm Steam Dryer in 2005. LG has spent approximately          on the development of the Tromm Steam Dryer. LG also plans to spend approximately          on the marketing of the Tromm Steam Dryer in 2008.

## Whirlpool's Duet® Steam Dryer Does Not Utilize Steam

16.     In late summer 2007, Whirlpool introduced the Duet® Steam Dryer into the United States market.

3

17.    By using the term "steam" in its name and claiming the benefits of steam in its national advertising, Whirlpool, by these express representations, is creating a reasonable expectation among consumers that the Duet® Steam Dryer does, in fact, utilize steam.

18.    The Duet® Steam Dryer does not use steam.

19.    It is my understanding that the Duet® Steam Dryer does not contain a generator that creates steam. Whirlpool designed the Duet® Steam Dryer to take cold water from water line running to the washer through a Y-connector. A cold water "mist" is then injected into the heated Duet® Steam Dryer drum and the dryer's hot air then dries the clothing. The mist injected into the Duet® Steam Dryer drum, however, never reaches boiling point, and thus cannot be steam. Once inside the dryer, the mist evaporates to create warm humid air, but never becomes steam.

20.    Indeed, the "Use and Care Guide" to Whirlpool's Duet® Steam Dryer states that during the "steam" cycles, "a small amount of *water* is sprayed into the dryer drum after several minutes of tumbling with heat." *(Whirlpool Duet® Steam Dryer Use and Care Guide* 21, attached as Exhibit A) (emphasis added).

### Whirlpool Attempted to Capture the High End Steam Dryer Market By Falsely Advertising Its Duet® Steam Dryer

21.    Whirlpool also has launched an advertising campaign for its Duet® Steam Dryer. Whirlpool's website states that the Duet® Steam Dryer "infuse[s] clothing with steam to refresh and dewrinkle." The ads further state that the Duet® Steam Dryer uses "the pure power of steam" and that "nothing beats the power of steam to get rid of wrinkles. The Duet Steam dryer naturally steams out wrinkles in just minutes, while removing any lingering odors." Whirlpool's website print advertisements are attached as Exhibit 2.

4

22.     An online video on Whirlpool's website also states that the Duet® Steam Dryer provides the "unique benefits of steam" and provides a setting of "20 minutes of steam and tumbling."

23.     Yet, the Whirlpool Duet® Steam Dryer does not utilize steam. Instead, it shoots a mist of water into a heated tumbler as I described above.

24.     I believe Whirlpool knew that its Duet® Steam Dryer did not use steam. In fact, Whirlpool had previously introduced a Duet® Steam Washer to market. The Duet® Steam Washer contains a generator that creates steam. Thus, I believe Whirlpool knows the difference between a dryer that utilizes "steam" and one that uses "mist."

25.     Whirlpool is selling its Duet® Steam Dryer for more than its traditional dryers because it claims it uses steam. The Duet® Steam Dryer sells for approximately $1,200.00-1,250.00. Traditional Whirlpool dryers sell for $279.00-$999.00 according to its website.

## Whirlpool's False and Misleading Advertising Campaign Has Hurt LG's Product Placement, Sales, and Market Share in the Steam Drying Market

26.     Whirlpool's explicitly false and misleading name and advertisements that it utilizes "steam" in its Duet® Steam Dryer diminishes LG's goodwill in utilizing steam technology. By falsely claiming steam capabilities where they do not exist, Whirlpool has placed LG at a competitive disadvantage, appearing to be behind the curve when, in fact, LG's Tromm Steam Dryer is cutting-edge. This has, and unless immediately stopped, will continue to result in decrease sales and market share for LG in the steam dryer market.

27.     Whirlpool's Duet® Steam Dryer does not contain a generator or any other mechanical parts that create steam. However, LG's Tromm Steam Dryer contains a generator,

5

which costs more to include in the dryer. As such, LG must sell its Tromm Steam Dryer at a higher point than the Duet® Steam Dryer.

28.    Yet, by naming and advertising the Duet® Steam Dryer as a "steam" dryer, Whirlpool is holding itself out to consumers as using steam technology. Thus, consumers will be swayed by the fact that they can purchase Whirlpool's "steam" dryer at a lower cost than LG's Tromm Steam Dryer.

29.    Whirlpool's naming and advertising of the Duet® Steam Dryer is harmful to competition because the Duet® Steam Dryer does not utilize steam, and will divert sales from LG to Whirlpool's product, even though only LG's product uses steam. The irreparable injury caused by these actions is especially potent since LG and Whirlpool are direct competitors in the sale of washers and dryers nationally.

EXECUTED this __10__ day of January, 2008.

_____
Tae Jin Lee

# Exhibit 3A



# ELECTRONIC
# ELECTRIC DRYER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service, call: **1-800-253-1301**

or visit our website at... **www.whirlpool.com**

Table of Contents ................................................ 2

W10136968C

# TABLE OF CONTENTS

**DRYER SAFETY**...........................................................................**2**

**INSTALLATION INSTRUCTIONS** ....................................**3**
   Tools and Parts ........................................................................3
   Options .....................................................................................4
   Location Requirements ...........................................................4
   Electrical Requirements ..........................................................7
   Electrical Connection ..............................................................8
   Venting Requirements............................................................13
   Plan Vent System ...................................................................14
   Install Vent System ................................................................15
   Install Leveling Legs ..............................................................15
   Connect Vent ..........................................................................15
   Connect Inlet Hose.................................................................16
   Level Dryer .............................................................................16
   Complete Installation .............................................................16

**DRYER USE** ...............................................................................**17**
   Starting Your Dryer................................................................17
   Stopping Your Dryer ..............................................................19
   Pausing or Restarting.............................................................19

Control Locked..........................................................................19
Drying and Cycle Tips .............................................................19
Status Lights.............................................................................19
Cycles........................................................................................20
Additional Features ..................................................................21
Changing Cycles, Options and Modifiers ...............................22
Drying Rack Option..................................................................22

**DRYER CARE**...........................................................................**23**
Cleaning the Dryer Location....................................................23
Cleaning the Lint Screen..........................................................23
Cleaning the Dryer Interior .....................................................23
Removing Accumulated Lint ...................................................24
Water Inlet Hoses .....................................................................24
Vacation, Storage and Moving Care........................................24
Changing the Drum Light ........................................................24

**TROUBLESHOOTING** ...........................................................**25**

**ASSISTANCE OR SERVICE**...................................................**27**

**ACCESSORIES** .........................................................................**27**

**WARRANTY** .............................................................................**28**

# DRYER SAFETY

### Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.



This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

**⚠ DANGER**

**You can be killed or seriously injured if you don't <u>immediately</u> follow instructions.**

**⚠ WARNING**

**You can be killed or seriously injured if you don't follow instructions.**

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the dryer, follow basic precautions, including the following:

- Read all instructions before using the dryer.
- Do not place items exposed to cooking oils in your dryer. Items contaminated with cooking oils may contribute to a chemical reaction that could cause a load to catch fire.
- Do not dry articles that have been previously cleaned in, washed in, or spotted with gasoline, dry-cleaning solvents, or other flammable or explosive substances as they give off vapors that could ignite or explode.
- Do not allow children to play on or in the dryer. Close supervision of children is necessary when the dryer is used near children.
- Before the dryer is removed from service or discarded, remove the door to the drying compartment.
- Do not reach into the dryer if the drum is moving.
- Do not install or store the dryer where it will be exposed to the weather.
- Do not tamper with controls.

- Do not repair or replace any part of the dryer or attempt any servicing unless specifically recommended in this Use and Care Guide or in published user-repair instructions that you understand and have the skills to carry out.
- Do not use fabric softeners or products to eliminate static unless recommended by the manufacturer of the fabric softener or product.
- Do not use heat to dry articles containing foam rubber or similarly textured rubber-like materials.
- Clean lint screen before or after each load.
- Keep area around the exhaust opening and adjacent surrounding areas free from the accumulation of lint, dust, and dirt.
- The interior of the dryer and exhaust vent should be cleaned periodically by qualified service personnel.
- See installation instructions for grounding requirements.

### SAVE THESE INSTRUCTIONS

# INSTALLATION INSTRUCTIONS

## Tools and Parts

Gather the required tools and parts before starting installation. Read and follow the instructions provided with any tools listed here.

- Flat-blade screwdriver
- #2 Phillips screwdriver
- Adjustable wrench that opens to 1" (2.54 cm) or hex-head socket wrench (for adjusting dryer feet)
- Wire stripper (for direct wire installations)
- Level

- Vent clamps
- Caulking gun and compound (for installing new exhaust vent)
- Tin snips (new vent installations)
- ¼" nut driver or socket wrench (recommended)
- Tape measure

### Parts supplied
Remove parts package from dryer drum. Check that all parts are included.



A. Leveling legs (4)
B. "Y" connector
C. Short inlet hose
D. Inlet hose with right-angle connector
E. Rubber washer

**NOTE:** Do not use leveling legs supplied with dryer if installing on a pedestal.

### Parts needed
Check local codes. Check existing electrical supply and venting. See "Electrical Requirements" and "Venting Requirements" before purchasing parts.

- For close-clearance installations between 31.5" (80.01 cm) and 37" (93.98 cm), see "Plan Vent System" section for venting requirements.



37"
(93.98 cm)

Mobile home installations require metal exhaust system hardware available for purchase from the dealer from whom you purchased your dryer. For further information, please refer to the "Assistance or Service" section.

**If using a power supply cord:**
Use a UL listed power supply cord kit marked for use with clothes dryers. The kit should contain:

- A UL listed 30-amp power supply cord, rated 120/240 volt minimum. The cord should be type SRD or SRDT and be at least 4 ft (1.22 m) long. The wires that connect to the dryer must end in ring terminals or spade terminals with upturned ends.
- A UL listed strain relief.

3

# Options

## Pedestal

Are you placing the dryer on a pedestal? You have the option of purchasing pedestals of different heights separately for this dryer. You may select a 10" (25.4 cm) or 15.5" (39.4 cm) pedestal. These pedestals will add to the total height of the dryer for a total height of approximately 48" (121.9 cm) or 53.5" (135.9 cm), respectively.

For a garage installation, you will need to place the 10" (25.4 cm) pedestal at least 9" (22.9 cm) above the floor and the 15.5" (39.4 cm) pedestal at least 3.5" (8.9 cm) above the floor.



*A*          *B*

*A. 10" (25.4 cm) pedestal*
*B. 15.5" (39.4 cm) pedestal*

The pedestals are available in several colors.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section.

| Pedestal Height | Color | Part Number |
| --- | --- | --- |
| 10" (25.4 cm) | White | WHP1000SQ |
| 10" (25.4 cm) | Diamond Dust (Silver) | WHP1000SU |
| 10" (25.4 cm) | Black | WHP1000SB |
| 15.5" (39.4 cm) | White | WHP1500SQ |
| 15.5" (39.4 cm) | Diamond Dust (Silver) | WHP1500SU |
| 15.5" (39.4 cm) | Black | WHP1500SB |
| 15.5" (39.4 cm) | New Aspen | WHP1500SA |
| 15.5" (39.4 cm) | Tuscan Chestnut | WHP1500SC |

## Stack Kit

Are you planning to stack your DUET® washer and dryer? To do so, you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8541503.

## Door Reversal Kit

Are you planning to reverse the door swing direction on your DUET® dryer? To do so, you will need to purchase a Door Reversal Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8579666.

## Backguard

If you are installing your DUET® washer and dryer and wish to avoid having loose items fall behind your machines, you may purchase a pair of washer/dryer backguards. These will reduce the chance of items falling behind the machines during operation.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8212452 (White).

# Location Requirements



### ⚠ WARNING

**Explosion Hazard**

**Keep flammable materials and vapors, such as gasoline, away from dryer.**

**Place dryer at least 18 inches (46 cm) above the floor for a garage installation.**

**Failure to do so can result in death, explosion, or fire.**

**You will need**

- A location that allows for proper exhaust installation. See "Venting Requirements."

- A separate 30-amp circuit.

- If you are using a power supply cord, a grounded electrical outlet located within 2 ft (61 cm) of either side of the dryer. See "Electrical Requirements."

- A sturdy floor to support the total dryer weight of 200 lbs (90.7 kg). The combined weight of a companion appliance should also be considered.

- Cold water faucets located within 4 ft (1.2 m) of the dryer, and water pressure of 20-100 psi (137.9-689.6 kPa). You may use the cold water supply from your washer using the "Y" connector provided.

- 20-100 psi (138-690 kPa) for best performance.

- A level floor with a maximum slope of 1" (2.5 cm) under entire dryer. If slope is greater than 1" (2.5 cm), install Extended Dryer Feet Kit, Part Number 279810. Clothes may not tumble properly and automatic sensor cycles may not operate correctly if dryer is not level.

- For a garage installation, you will need to place the dryer at least 18" (46 cm) above the floor. If using a pedestal, you will need 18" (46 cm) to the bottom of the dryer.

Do not operate your dryer at temperatures below 45°F (7°C). At lower temperatures, the dryer might not shut off at the end of an automatic cycle. This can result in longer drying times.

The dryer must not be installed or stored in an area where it will be exposed to water and/or weather.

Check code requirements. Some codes limit, or do not permit, installation of the dryer in garages, closets, mobile homes or sleeping quarters. Contact your local building inspector.

### Installation clearances
The location must be large enough to allow the dryer door to open fully.

### Dryer Dimensions



*Most installations require a minimum 5" (12.7 cm) clearance behind the dryer for the exhaust vent with elbow. See "Venting Requirements."

### Installation spacing for recessed area or closet installation
The following spacing dimensions are recommended for this dryer. This dryer has been tested for spacing of 0" (0 cm) clearance on the sides and rear. Recommended spacing should be considered for the following reasons:

- Additional spacing should be considered for ease of installation and servicing.

- Additional clearances might be required for wall, door and floor moldings.

- Additional spacing should be considered on all sides of the dryer to reduce noise transfer.

- For closet installation, with a door, minimum ventilation openings in the top and bottom of the door are required. Louvered doors with equivalent ventilation openings are acceptable.

- Companion appliance spacing should also be considered.

### Custom undercounter installation - Dryer only



*Required spacing

### Closet installation - Dryer only



A. Side view - closet or confined area
B. Closet door with vents

*Required spacing
**For side or bottom venting, 2" (5.1 cm) spacing is allowed.

### Recessed or closet installation - Dryer on pedestal



A. Recessed area
B. Side view - closet or confined area

*Required spacing
**For side or bottom venting, 2" (5.1 cm) spacing is allowed.

### Recommended installation spacing for cabinet installation

■ For cabinet installation, with a door, minimum ventilation openings in the top of the cabinet are required.



7"* (17.8 cm)   7"* (17.8 cm)

9"* (22.9 cm)

5"* 32⅝"   1"*   1"   27"   1"
(12.7 cm) (82.65 cm) (2.5 cm) (2.5 cm)(68.6 cm) (2.5 cm)

*Required spacing

**For side or bottom venting, 2" (5.1 cm) spacing is allowed.

### Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.



48 in.² *
(310 cm²)

3"* (7.6 cm)

3"* (7.6 cm)

24 in.² *
(155 cm²)

1"* (2.5 cm)

*Required spacing



6"* (15.2 cm)

76"
(193 cm)

5½"** 
(14 cm)

1"   27"   1"
(2.5 cm) (68.6 cm) (2.5 cm)

*Required spacing

**For venting out the side, 2" (5.1 cm) spacing is allowed.

### Mobile home - Additional installation requirements

This dryer is suitable for mobile home installations. The installation must conform to the Manufactured Home Construction and Safety Standard, Title 24 CFR, Part 3280 (formerly the Federal Standard for Mobile Home Construction and Safety, Title 24, HUD Part 280) or Standard CAN/CSA-Z240 MH.

### Mobile home installations require:

■ Metal exhaust system hardware, which is available for purchase from your dealer.

■ Special provisions must be made in mobile homes to introduce outside air into the dryer. The opening (such as a nearby window) should be at least twice as large as the dryer exhaust opening.

## Electrical Requirements

### It is your responsibility

■ To contact a qualified electrical installer.

■ To be sure that the electrical connection is adequate and in conformance with the National Electrical Code, ANSI/NFPA 70-latest edition and all local codes and ordinances.

The National Electric Code requires a 4-wire supply connection for homes built after 1996, dryer circuits involved in remodeling after 1996, and all mobile home installations.

A copy of the above code standards can be obtained from: National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269.

■ To supply the required 3 or 4 wire, single phase, 120/240 volt, 60 Hz., AC only electrical supply (or 3 or 4 wire, 120/208 volt electrical supply, if specified on the serial/rating plate) on a separate 30-amp circuit, fused on both sides of the line. A time-delay fuse or circuit breaker is recommended. Connect to an individual branch circuit. Do not have a fuse in the neutral or grounding circuit.

■ Do not use an extension cord.

■ If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.

### Electrical Connection

To properly install your dryer, you must determine the type of electrical connection you will be using and follow the instructions provided for it here.

■ If local codes do not permit the connection of a neutral ground wire to the neutral wire, see "Optional 3-wire connection" in the "Electrical Connection" section.

■ This dryer is manufactured ready to install with a 3-wire electrical supply connection. The neutral ground wire is permanently connected to the neutral conductor (white wire) within the dryer. If the dryer is installed with a 4-wire electrical supply connection, the neutral ground wire must be removed from the external ground conductor screw (green screw), and secured under the neutral terminal (center or white wire) of the terminal block. When the neutral ground wire is secured under the neutral terminal (center or white wire) of the terminal block, the dryer cabinet is isolated from the neutral conductor.

■ A 4-wire power supply connection must be used when the appliance is installed in a location where grounding through the neutral conductor is prohibited. Grounding through the neutral is prohibited for (1) new branch-circuit installations, (2) mobile homes, (3) recreational vehicles, and (4) areas where local codes prohibit grounding through the neutral conductors.

### If using a power supply cord:

Use a UL listed power supply cord kit marked for use with clothes dryers. The kit should contain:

■ A UL listed 30-amp power supply cord, rated 120/240 volt minimum. The cord should be type SRD or SRDT and be at least 4 ft (1.22 m) long. The wires that connect to the dryer must end in ring terminals or spade terminals with upturned ends.

■ A UL listed strain relief.

### If your outlet looks like this:



*4-wire receptacle (14-30R)*

Then choose a 4-wire power supply cord with ring or spade terminals and UL listed strain relief. The 4-wire power supply cord, at least 4 ft (1.22 m) long, must have four 10-gauge copper wires and match a 4-wire receptacle of NEMA Type 14-30R. The ground wire (ground conductor) may be either green or bare. The neutral conductor must be identified by a white cover.

### If your outlet looks like this:



*3-wire receptacle (10-30R)*

Then choose a 3-wire power supply cord with ring or spade terminals and UL listed strain relief. The 3-wire power supply cord, at least 4 ft (1.22 m) long, must have three 10-gauge copper wires and match a 3-wire receptacle of NEMA Type 10-30R.

### If connecting by direct wire:

Power supply cable must match power supply (4-wire or 3-wire) and be:

■ Flexible armored cable or nonmetallic sheathed copper cable (with ground wire), protected with flexible metallic conduit. All current-carrying wires must be insulated.

■ 10-gauge solid copper wire (do not use aluminum).

■ At least 5 ft (1.52 m) long.

---

### GROUNDING INSTRUCTIONS

■ **For a grounded, cord-connected dryer:**
This dryer must be grounded. In the event of malfunction or breakdown, grounding will reduce the risk of electric shock by providing a path of least resistance for electric current. This dryer uses a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

■ **For a permanently connected dryer:**
This dryer must be connected to a grounded metal, permanent wiring system, or an equipment-grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the dryer.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or service representative or personnel if you are in doubt as to whether the dryer is properly grounded. Do not modify the plug on the power supply cord: if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

### SAVE THESE INSTRUCTIONS

---

7

## Electrical Connection

### Power Supply Cord



**WARNING**

**Fire Hazard**

**Use a new UL listed 30 amp power supply cord.**

**Use a UL listed strain relief.**

**Disconnect power before making electrical connections.**

**Connect neutral wire (white or center wire) to center terminal (silver).**

**Ground wire (green or bare wire) must be connected to green ground connector.**

**Connect remaining 2 supply wires to remaining 2 terminals (gold).**

**Securely tighten all electrical connections.**

**Failure to do so can result in death, fire, or electrical shock.**

### Direct Wire



**WARNING**

**Fire Hazard**

**Use 10 gauge solid copper wire.**

**Use a UL listed strain relief.**

**Disconnect power before making electrical connections.**

**Connect neutral wire (white or center wire) to center terminal (silver).**

**Ground wire (green or bare wire) must be connected to green ground connector.**

**Connect remaining 2 supply wires to remaining 2 terminals (gold).**

**Securely tighten all electrical connections.**

**Failure to do so can result in death, fire, or electrical shock.**

1. Disconnect power.
2. Remove the hold-down screw and terminal block cover.



*A. Neutral ground wire*
*B. External ground conductor screw*
*C. Center, silver-colored terminal block screw*
*D. Terminal block cover and hold-down screw*

3. Install strain relief.

   **Style 1: Power supply cord strain relief**

   - Remove the screws from a ¾" (1.9 cm) UL listed strain relief (UL marking on strain relief). Put the tabs of the two clamp sections into the hole below the terminal block opening so that one tab is pointing up and the other is pointing down, and hold in place. Tighten strain relief screws enough to hold the two clamp sections together.



*A. Strain relief tab pointing up*
*B. Hole below terminal block opening*
*C. Clamp section*
*D. Strain relief tab pointing down*

■ Put power supply cord through the strain relief. Be sure that the wire insulation on the power supply cord is inside the strain relief. The strain relief should have a tight fit with the dryer cabinet and be in a horizontal position. Do not further tighten strain relief screws at this point.



**Style 2: Direct wire strain relief**

■ Unscrew the removable conduit connector and any screws from a ¾ (1.9 cm) UL listed strain relief (UL marking on strain relief). Put the threaded section of the strain relief through the hole below the terminal block opening. Reaching inside the terminal block opening, screw the removable conduit connector onto the strain relief threads.



A. Removable conduit connector
B. Hole below terminal block opening
C. Strain relief threads

■ Put direct wire cable through the strain relief. The strain relief should have a tight fit with the dryer cabinet and be in a horizontal position. Tighten strain relief screw against the direct wire cable.



**4.** Now complete installation following instructions for your type of electrical connection:

**4-wire** (recommended)

**3-wire** (if 4-wire is not available)

## Electrical Connection Options

| If your home has: | And you will be connecting to: | Go to Section |
|---|---|---|
| 4-wire receptacle (NEMA Type 14-30R) | A UL listed, 120/240-volt minimum, 30-amp, dryer power supply cord* | 4-wire connection: Power supply cord |
| 4-wire direct | A fused disconnect or circuit breaker box* | 4-wire connection: Direct Wire |
| 3-wire receptacle (NEMA type 10-30R) | A UL listed, 120/240-volt minimum, 30-amp, dryer power supply cord* | 3-wire connection: Power supply cord |
| 3-wire direct | A fused disconnect or circuit breaker box* | 3-wire connection: Direct Wire |

*If local codes do not permit the connection of a cabinet-ground conductor to the neutral wire, go to "Optional 3-wire connection" section.

### 4-wire connection: Power supply cord

**IMPORTANT:** A 4-wire connection is required for mobile homes and where local codes do not permit the use of 3-wire connections.



A. 4-wire receptacle (NEMA type 14-30R)
B. 4-prong plug
C. Ground prong
D. Neutral prong
E. Spade terminals with upturned ends
F. ¾ (1.9 cm) UL listed strain relief
G. Ring terminals

1. Remove center silver-colored terminal block screw.
2. Remove neutral ground wire from external ground conductor screw. Connect neutral ground wire and the neutral wire (white or center wire) of power supply cord under center, silver-colored terminal block screw. Tighten screw.



*A. External ground conductor screw - Dotted line shows position of NEUTRAL ground wire before being moved to center silver-colored terminal block screw.*
*B. Center silver-colored terminal block screw*
*C. Neutral ground wire*
*D. Neutral wire (white or center wire)*
*E. ¾" (1.9 cm) UL listed strain relief*

3. Connect ground wire (green or bare) of power supply cord to external ground conductor screw. Tighten screw.



*A. External ground conductor screw*
*B. Ground wire (green or bare) of power supply cord*
*C. ¾" (1.9 cm) UL listed strain relief*
*D. Center silver-colored terminal block screw*
*E. Neutral ground wire*
*F. Neutral wire (white or center wire)*

4. Connect the other wires to outer terminal block screws. Tighten screws.



5. Tighten strain relief screws.
6. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.
7. You have completed your electrical connection. Now go to "Venting Requirements."

## 4-wire connection: Direct wire

**IMPORTANT:** A 4-wire connection is required for mobile homes and where local codes do not permit the use of 3-wire connections.

Direct wire cable must have 5 ft (1.52 m) of extra length so dryer can be moved if needed.

Strip 5" (12.7 cm) of outer covering from end of cable, leaving bare ground wire at 5" (12.7 cm). Cut 1½" (3.8 cm) from 3 remaining wires. Strip insulation back 1" (2.5 cm). Shape ends of wires into a hook shape.



When connecting to the terminal block, place the hooked end of the wire under the screw of the terminal block (hook facing right), squeeze hooked end together and tighten screw, as shown.



1. Remove center silver-colored terminal block screw.
2. Remove neutral ground wire from external ground conductor screw. Connect neutral ground wire and place the hooked end (hook facing right) of the neutral wire (white or center wire) of direct wire cable under the center screw of the terminal block. Squeeze hooked ends together. Tighten screw.



*A. External ground conductor screw - Dotted line shows position of NEUTRAL ground wire before being moved to center silver-colored terminal block screw.*
*B. Center silver-colored terminal block screw*
*C. Neutral ground wire*
*D. Neutral wire (white or center wire)*
*E. ¾" (1.9 cm) UL listed strain relief*

**3.** Connect ground wire (green or bare) of direct wire cable to external ground conductor screw. Tighten screw.



*A. External ground conductor screw*
*B. Ground wire (green or bare) of power supply cable*
*C. ¾" (1.9 cm) UL listed strain relief*
*D. Center silver-colored terminal block screw*
*E. Neutral ground wire*
*F. Neutral wire (white or center wire)*

**4.** Place the hooked ends of the other direct wire cable wires under the outer terminal block screws (hooks facing right). Squeeze hooked ends together. Tighten screws.



**5.** Tighten strain relief screw.

**6.** Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.

**7.** You have completed your electrical connection. Now go to "Venting Requirements."

---

### 3-wire connection: Power supply cord

**Use where local codes permit connecting cabinet-ground conductor to neutral wire.**



*A. 3-wire receptacle (NEMA type 10-30R)*
*B. 3-wire plug*
*C. Neutral prong*
*D. Spade terminals with up turned ends*
*E. ¾" (1.9 cm) UL listed strain relief*
*F. Ring terminals*
*G. Neutral (white or center wire)*

---

**1.** Loosen or remove center silver-colored terminal block screw.

**2.** Connect neutral wire (white or center wire) of power supply cord to the center, silver-colored terminal screw of the terminal block. Tighten screw.



*A. External ground conductor screw*
*B. Neutral ground wire*
*C. Center silver-colored terminal block screw*
*D. Neutral wire (white or center wire)*
*E. ¾" (1.9 cm) UL listed strain relief*

**3.** Connect the other wires to outer terminal block screws. Tighten screws.



**4.** Tighten strain relief screws.

**5.** Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.

**6.** You have completed your electrical connection. Now go to "Venting Requirements."

---

### 3-wire connection: Direct wire

**Use where local codes permit connecting cabinet-ground conductor to neutral wire.**

Direct wire cable must have 5 ft (1.52 m) of extra length so dryer can be moved if needed.

Strip 3½" (8.9 cm) of outer covering from end of cable. Strip insulation back 1" (2.5 cm). If using 3-wire cable with ground wire, cut bare wire even with outer covering. Shape ends of wires into a hook shape.



**11**

When connecting to the terminal block, place the hooked end of the wire under the screw of the terminal block (hook facing right), squeeze hooked end together and tighten screw, as shown.



1. Loosen or remove center silver-colored terminal block screw.
2. Place the hooked end of the neutral wire (white or center wire) of direct wire cable under the center screw of terminal block (hook facing right). Squeeze hooked end together. Tighten screw.



A. External ground conductor screw
B. Neutral ground wire
C. Center silver-colored terminal block screw
D. Neutral wire (white or center wire)
E. ¾" (1.9 cm) UL listed strain relief

3. Place the hooked ends of the other direct wire cable wires under the outer terminal block screws (hooks facing right). Squeeze hooked ends together. Tighten screws.



4. Tighten strain relief screw.
5. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.
6. You have completed your electrical connection. Now go to "Venting Requirements."

## Optional 3-wire connection

**Use for direct wire or power supply cord where local codes do not permit connecting cabinet-ground conductor to neutral wire.**

1. Remove center silver-colored terminal block screw.
2. Remove neutral ground wire from external ground conductor screw. Connect neutral ground wire and the neutral wire (white or center wire) of power supply cord/cable under center, silver-colored terminal block screw. Tighten screw.



A. External ground conductor screw
B. Center silver-colored terminal block screw
C. Neutral ground wire
D. Neutral wire (white or center wire)
E. ¾" (1.9 cm) UL listed strain relief
F. Grounding path determined by a qualified electrician

3. Connect the other wires to outer terminal block screws. Tighten screws.



4. Tighten strain relief screws.
5. Connect a separate copper ground wire from the external ground conductor screw to an adequate ground.
6. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.

## Venting Requirements



### ⚠ WARNING

**Fire Hazard**

**Use a heavy metal vent.**

**Do not use a plastic vent.**

**Do not use a metal foil vent.**

**Failure to follow these instructions can result in death or fire.**

**WARNING:** To reduce the risk of fire, this dryer MUST BE EXHAUSTED OUTDOORS.

**IMPORTANT:** Observe all governing codes and ordinances.

The dryer exhaust must not be connected to any gas vent, chimney, wall, ceiling or a concealed space of a building.

---

### If using an existing vent system

- Clean lint from the entire length of the system and make sure exhaust hood is not plugged with lint.

- Replace any plastic or metal foil vent with rigid or flexible heavy metal vent.

- Review Vent system chart. Modify existing vent system if necessary to achieve the best drying performance.

---

### If this is a new vent system

**Vent material**

- Use a heavy metal vent. Do not use plastic or metal foil vent.

- 4" (10.2 cm) heavy metal exhaust vent and clamps must be used. DURASAFE™ venting products are recommended.



*4" (10.2 cm) heavy metal exhaust vent*

DURASAFE™ vent products can be purchased from your dealer or by calling Whirlpool Parts and Accessories. For more information, see the "Assistance or Service" section.

**Rigid metal vent**

- For best drying performance, rigid metal vents are recommended.

- Rigid metal vent is recommended to avoid crushing and kinking.

**Flexible metal vent**

- Flexible metal vents are acceptable only if accessible for cleaning.

- Flexible metal vent must be fully extended and supported when the dryer is in its final location.

- Remove excess flexible metal vent to avoid sagging and kinking that may result in reduced airflow and poor performance.

- Do not install flexible metal vent in enclosed walls, ceilings or floors.

**Elbows**

45° elbows provide better airflow than 90° elbows.



*Good*          *Better*

**Clamps**

- Use clamps to seal all joints.

- Exhaust vent must not be connected or secured with screws or other fastening devices that extend into the interior of the duct. Do not use duct tape.



*Clamp*

**Exhaust**

Recommended hood styles are shown here.



*4" (10.2 cm)*

*4" (10.2 cm)*

*A. Louvered hood style*
*B. Box hood style*

The angled hood style (shown here) is acceptable.



*4" (10.2 cm)*

*2½" (6.4 cm)*

- An exhaust hood should cap the vent to keep rodents and insects from entering the home.

- Exhaust hood must be at least 12" (30.5 cm) from the ground or any object that may be in the path of the exhaust (such as flowers, rocks or bushes, snow line, etc.).

- Do not use an exhaust hood with a magnetic latch.

---

**Improper venting can cause moisture and lint to collect indoors, which may result in:**

- Moisture damage to woodwork, furniture, paint, wallpaper, carpets, etc.

- Housecleaning problems and health problems.

## Plan Vent System

### Choose your exhaust installation type

#### Recommended exhaust installations

Typical installations vent the dryer from the rear of the dryer. Other installations are possible.



| | |
|---|---|
| A. Dryer | E. Clamps |
| B. Elbow | F. Rigid metal or flexible metal vent |
| C. Wall | G. Vent length necessary to connect elbows |
| D. Exhaust hood | H. Exhaust outlet |

#### Optional exhaust installations

This dryer can be converted to exhaust out the right side, left side, or through the bottom. Contact your local dealer to have the dryer converted.

#### ⚠ WARNING

**Fire Hazard**

**Cover unused exhaust holes with one of the following kits:**

**279818 (white)**

**279820 (black)**

**279925 (biscuit)**

**279969 (pewter)**

**280171 (diamond dust)**

**W10152954 (new aspen)**

**W10152955 (tuscan chestnut)**

**Contact your local dealer.**

**Failure to follow these instructions can result in death, fire, electrical shock, or serious injury.**

#### Special provisions for mobile home installations

The exhaust vent must be securely fastened to a noncombustible portion of the mobile home structure and must not terminate





*A. Standard rear offset exhaust installation*
*B. Left or right side exhaust installation*
*C. Bottom exhaust installation (not an option with pedestal installations)*

#### Alternate installations for close clearances

Venting systems come in many varieties. Select the type best for your installation. Two close-clearance installations are shown. Refer to the manufacturer's instructions.



*A. Over-the-top installation (also available with one offset elbow)*
*B. Periscope installation*

**NOTE:** The following kits for close clearance alternate installations are available for purchase. To order, please see the "Assistance or Service" section.

- Over-the-Top Installation:

  Part Number 4396028

- Periscope Installation (For use with dryer vent to wall vent mismatch):

  Part Number 4396037 - 0" (0 cm)  to 18" (45.72 cm) mismatch

  Part Number 4396011 - 18" (45.72 cm) to 29" (73.66 cm) mismatch

  Part Number 4396014 - 29" (73.66 cm) to 50" (127 cm) mismatch

beneath the mobile home. Terminate the exhaust vent outside.



### Determine vent path

- Select the route that will provide the straightest and most direct path outdoors.

- Plan the installation to use the fewest number of elbows and turns.

- When using elbows or making turns, allow as much room as possible.

- Bend vent gradually to avoid kinking.

- Use the fewest 90° turns possible.

### Determine vent length and elbows needed for best drying performance

- Use the following Vent system chart to determine type of vent material and hood combinations acceptable to use.

  **NOTE:** Do not use vent runs longer than those specified in the Vent system chart. Exhaust systems longer than those specified will:

  - Shorten the life of the dryer.

  - Reduce performance, resulting in longer drying times and increased energy usage.

The Vent system chart provides venting requirements that will help to achieve the best drying performance.

**Vent system chart**
**NOTE:** Side and bottom exhaust installations have a 90° turn inside the dryer. To determine maximum exhaust length, add one 90° turn to the chart.

| Number of 90° turns or elbows | Type of vent | Box or louvered hoods | Angled hoods |
|---|---|---|---|
| 0 | **Rigid metal** | 64 ft (20 m) | 58 ft (17.7 m) |
| | **Flexible metal** | 36 ft (11 m) | 28 ft (8.5 m) |
| 1 | **Rigid metal** | 54 ft (16.5 m) | 48 ft (14.6 m) |
| | **Flexible metal** | 31 ft (9.4 m) | 23 ft (7 m) |
| 2 | **Rigid metal** | 44 ft (13.4 m) | 38 ft (11.6 m) |
| | **Flexible metal** | 27 ft (8.2 m) | 19 ft (5.8 m) |
| 3 | **Rigid metal** | 35 ft (10.7 m) | 29 ft (8.8 m) |
| | **Flexible metal** | 25 ft (7.6 m) | 17 ft (5.2 m) |
| 4 | **Rigid metal** | 27 ft (8.2 m) | 21 ft (6.4 m) |
| | **Flexible metal** | 23 ft (7 m) | 15 ft (4.6 m) |

## Install Vent System

1. Install exhaust hood. Use caulking compound to seal exterior wall opening around exhaust hood.

2. Connect vent to exhaust hood. Vent must fit inside exhaust hood. Secure vent to exhaust hood with 4" (10.2 cm) clamp.

3. Run vent to dryer location. Use the straightest path possible. See "Determine vent path" in "Plan Vent System." Avoid 90° turns. Use clamps to seal all joints. Do not use duct tape, screws or other fastening devices that extend into the interior of the vent to secure vent.

## Install Leveling Legs

> ## ⚠ WARNING
>
> **Excessive Weight Hazard**
>
> **Use two or more people to move and install dryer.**
>
> **Failure to do so can result in back or other injury.**

1. To protect the floor, use a large flat piece of cardboard from the dryer carton. Place cardboard under the entire back edge of the dryer.

2. Firmly grasp the body of the dryer (not the console panel). Gently lay the dryer on the cardboard. See illustration.



3. Examine the leveling legs. Find the diamond marking.



4. Screw the legs into the leg holes by hand. Use a wrench to finish turning the legs until the diamond marking is no longer visible.

5. Place a carton corner post from dryer packaging under each of the 2 dryer back corners. Stand the dryer up. Slide the dryer on the corner posts until it is close to its final location. Leave enough room to connect the exhaust vent.

## Connect Vent

1. Using a 4" (10.2 cm) clamp, connect vent to exhaust outlet in dryer. If connecting to existing vent, make sure the vent is clean. The dryer vent must fit over the dryer exhaust outlet and inside the exhaust hood. Check that the vent is secured to exhaust hood with a 4" (10.2 cm) clamp.

2. Move dryer into its final location. Do not crush or kink vent.

3. (On gas models) Check that there are no kinks in the flexible gas line.

4. Once the exhaust vent connection is made, remove the corner posts and cardboard.

## Connect Inlet Hose

The dryer must be connected to the cold water faucet using the new inlet hoses. Do not use old hoses.

1. Turn cold water faucet off and remove washer inlet hose.

2. Remove old rubber washer from inlet hose and replace with new rubber washer provided. If space permits, attach the brass female end of the "Y" connector to the cold water faucet.

   **NOTE:** If "Y" connector can be attached directly to cold water faucet, go to Step 6. If "Y" connector cannot be attached directly to the cold water faucet, the short hose must be used. Continue with Step 3.

3. Attach short hose to cold water faucet. Screw on coupling by hand until it is seated on faucet.

4. Using pliers, tighten the couplings with an additional two-thirds turn.



   **NOTE:** Do not overtighten. Damage to the coupling can result.

5. Attach "Y" connector to brass male end of small hose. Screw on coupling by hand until it is seated on connector.

6. Attach straight end of long hose to "Y" connector.

7. Attach washer cold inlet hose to other end of "Y" connector. Screw on coupling by hand until it is seated on connector.

8. Using pliers, tighten the couplings with an additional two-thirds turn.



*A. Inlet to cold water*

   **NOTE:** Do not overtighten. Damage to the coupling can result.

9. Attach angled end of long hose to fill valve at bottom of dryer back panel. Screw on coupling by hand until it is seated on fill valve connector.

10. Using pliers, tighten the coupling with an additional two-thirds turn.



   **NOTE:** Do not overtighten. Damage to the coupling can result.

11. Check that the water faucets are on.

12. Check for leaks around "Y" connector, faucet and hoses.

## Level Dryer

Check the levelness of the dryer. Check levelness first side to side, then front to back.

 

If the dryer is not level, prop up the dryer using a wood block. Use a wrench to adjust the legs up or down and check again for levelness.

## Complete Installation

1. Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.

2. Check that you have all of your tools.

3. Dispose of/recycle all packaging materials.

4. Be sure the water faucets are on.

5. Check for leaks around "Y" connector, faucet and hoses.

6. Check the dryer's final location. Be sure the vent is not crushed or kinked.

7. Check that the dryer is level. See "Level Dryer."

8. For power supply cord installation, plug into an outlet. For direct wire installation, reconnect power.

9. Remove the blue protective film on the console and any tape remaining on the dryer.

10. Read "Dryer Use."

11. Wipe the dryer drum interior thoroughly with a damp cloth to remove any dust.

12. If you live in a hard water area, use of a water softener is recommended to control the buildup of scale through the water system in the dryer. Over time, the buildup of lime scale may clog different parts of the water system, which will reduce product performance. Excessive scale buildup may lead to the need for certain part replacement or repair.

13. Select a Timed Dry heated cycle, and start the dryer. Do not select the Air Only Temperature setting.

    **If the dryer will not start, check the following:**

    ■ Controls are set in a running or "On" position.

    ■ Start button has been pushed firmly.

    ■ Dryer is plugged into an outlet and/or electrical supply is connected.

■ Household fuse is intact and tight, or circuit breaker has not tripped.

■ Dryer door is closed.

This dryer automatically runs an installation diagnostic routine at the start of its first cycle.

**If you receive an L2 code, there may be a problem with your home power supply keeping the dryer's heater from turning on.** See "Troubleshooting."

**If you receive an AF code, your dryer vent may be crushed or blocked.** See "Troubleshooting."

**NOTE:** You may notice a burning odor when the dryer is first heated. This odor is common when the heating element is first used. The odor will go away.

# DRYER USE



## Starting Your Dryer



### ⚠ WARNING

**Explosion Hazard**

**Keep flammable materials and vapors, such as gasoline, away from dryer.**

**Do not dry anything that has ever had anything flammable on it (even after washing).**

**Failure to follow these instructions can result in death, explosion, or fire.**



### ⚠ WARNING

**Fire Hazard**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Items containing foam, rubber, or plastic must be dried on a clothesline or by using an Air Cycle.**

**Failure to follow these instructions can result in death or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

This manual covers several different models. Your dryer may not have all of the cycles and features described.

The following is a guide to starting your dryer. Please refer to specific sections of this manual for more detailed information.

1. Clean lint screen before each load. See "Cleaning the Lint Screen."

2. Place laundry in dryer and shut door.

3. Press the POWER button then rotate the dial to select either an Automatic or Manual Cycle. The preset settings and drying time for the cycle chosen will be displayed.

   **NOTE:** A default time is displayed when an Automatic Cycle is selected. During the first few minutes of the drying process, the cycle time may automatically vary from the default time based on the size and fabric type of the load. Toward the end of the drying process, the estimated time display will adjust again, showing the final drying time.

**To use an Automatic Cycle**

**NOTE:** A light next to each feature will glow green when the feature is selected or will glow amber when the feature is selectable. The light will not glow when the selection is unavailable with the cycle or option combinations selected.

■   Press the POWER button.

■   Rotate the dial to select an Automatic Cycle.

■   Select DRYNESS LEVEL to adjust how dry you want the load to be. As the cycle runs, the control senses the dryness of the load and adjusts the time automatically for the selected Dryness Level.

**NOTE:** Most loads may be dried using Normal, which is shown in boldface type on your control panel. Normal is the energy preferred dryness level and will use the least energy.



The default dryness setting is Normal when an Auto Dry Cycle is selected. You can select a different dryness level, depending on your load, by pressing DRYNESS LEVEL and choosing More, Normal or Less. Selecting More, Normal or Less automatically adjusts the dryness level at which the dryer will shut off. Once a dryness level is set, it cannot be changed without stopping the cycle.

The Dryness Level can be changed only with Automatic Cycles.

**NOTE:** The More/Less Dry settings are not available on the Sanitize cycle.

■   Press the WRINKLE SHIELD™ feature button if this option is desired.

■   Press the CYCLE SIGNAL button to set end of cycle signal volume to desired level.

■   Press the DAMP DRY CYCLE SIGNAL button to set damp dry signal volume to desired level.

■   Press and hold START button until dryer starts (about 1 second).

Once an Automatic cycle has started, the WRINKLE SHIELD™ feature and cycle signals can be adjusted. Press the PAUSE/CANCEL key twice to clear the settings, allowing you to select another cycle and Dryness Level.

**NOTE:** Time and Temperature are not adjustable for Automatic Cycles. Pressing the DRY TIME or TEMPERATURE buttons will cause a triple beep, indicating that the time cannot be changed.

**How Automatic Cycles Work**

The AccelerCare™ function improves drying performance with Auto Moisture Sensing Plus, which advances the cycle as moisture is extracted from clothing. A thermistor (electronic temperature sensor) and moisture sensing strips in the dryer drum help measure the amount of moisture in the clothes as they tumble. An electronic control determines the load type to help save time, avoid overdrying, and increase the accuracy of the end dryness level. After the first 5 minutes of an automatic cycle, the estimated time display will adjust based on the approximate load size, cycle, dryness level selected and amount of moisture left in the clothes. When the clothes have reached approximately 80% of the dryness level selected, the estimated time display will adjust again, showing the final drying time. The AccelerCare™ feature takes the guesswork out of drying time and enhances fabric care.

**To use a Manual Cycle**

**NOTE:** A light next to each feature will glow green when the feature is selected or will glow amber when the feature is selectable. The light will not glow when the selection is unavailable with the cycle or option combinations selected.

■   Press POWER.

■   Rotate the dial to select a Manual Cycle.

■   Press the DRY TIME up or down buttons until the desired drying time is displayed. Press DRY TIME, and the time will change by 1-minute intervals. Press and hold DRY TIME, and the time will change by 5-minute intervals. The initial time displayed is the actual drying time.



The Dry Time feature can be used only with Manual Cycles and the Enhanced Touch Up Cycle.

■   Press TEMPERATURE until the desired temperature glows green.



Temperature settings can be changed only with Manual Cycles.

■   Press the WRINKLE SHIELD™ feature button if this option is desired.

■   Press the CYCLE SIGNAL button to set end of cycle signal volume to desired level.

■   Press and hold START button until dryer starts (about 1 second).

**NOTE:** Dryness Level is not adjustable for Manual, Steam or Sanitize Cycles. Pressing the Dryness Level button will cause the triple beep indicating that this option is not selectable.

While a Manual Cycle is running, you cannot change the cycle until you clear the settings. You can change the settings for Time, Temperature, the WRINKLE SHIELD™ feature and the cycle signals. Press the PAUSE/CANCEL key twice to clear the settings, allowing you to select another cycle.

**To use a Steam Cycle**

■   Press the POWER button.

■   Rotate the dial to select either the Enhanced Touch Up or Quick Refresh cycles.

■   Press the DRY TIME up or down buttons until the desired drying time is displayed. Press DRY TIME, and the time will change by 1-minute intervals. Press and hold DRY TIME, and the time will change by 5-minute intervals. The initial time displayed is the actual drying time.

  **NOTE:** The More Time and Less Time buttons can be used only with Manual Cycles and the Enhanced Touch Up Cycle.



■   Press TEMPERATURE until the desired temperature glows green.

**NOTE:** During the Enhanced Touch Up Cycle, you can change the settings for Time, Temperature, the WRINKLE SHIELD™ feature and Cycle Signal. During the Quick Refresh Cycle you can change the WRINKLE SHIELD™ feature and the Cycle Signal. Press STOP twice to stop the dryer and clear the settings. Select another cycle or option.

## Stopping Your Dryer

**To stop your dryer at any time**
Press PAUSE/CANCEL twice or open the door.

## Pausing or Restarting

**To pause the dryer at any time**
Open the door or press PAUSE/CANCEL once.

**To restart the dryer**
Close the door and press and hold START button until dryer starts.

**NOTE:** Drying will continue from where the cycle was interrupted, if you close the door and press Start within 5 minutes. If the cycle is interrupted for more than 5 minutes, the dryer will shut off. Select new cycle settings before restarting the dryer.

## Control Locked

This feature allows you to lock your settings to avoid unintended use of the dryer. You can also use the Control Locked feature to avoid unintended cycle or option changes during dryer operation.

**To enable the Control Locked feature when dryer is running:**
Press and hold the CONTROL LOCK/UNLOCK button for 3 seconds. The control is locked when a single beep is heard and the Control Locked status light is on.

■ When the dryer is off, it is not necessary to press the Control On button before activating the Control Locked feature.

**To unlock:**
Press and hold the CONTROL LOCK/UNLOCK button for 3 seconds to turn this feature off.

**NOTE:** When the dryer is running and Control Locked is on, the dryer can be stopped by pressing the Pause/Cancel button, but cannot be restarted until the control is unlocked.

## Drying and Cycle Tips

Select the correct cycle and dryness level or temperature for your load. If an Automatic Cycle is running, the display shows the estimated cycle time when your dryer is automatically sensing the dryness level of your load. If a Manual Cycle is running, the display shows the exact number of minutes remaining in the cycle.

Cool Down tumbles the load without heat during the last few minutes of all cycles. Cool Down makes the loads easier to handle and reduces wrinkling. The length of the Cool Down depends on the load size and dryness level.

**Drying tips**
■ Follow care label directions when they are available.

■ If desired, add a fabric softener sheet. Follow package instructions.

■ Remove the load from the dryer as soon as tumbling stops to reduce wrinkling. This is especially important for permanent press, knits and synthetic fabrics.

■ Avoid drying heavy work clothes with lighter fabrics. This could cause overdrying of lighter fabrics, leading to increased shrinking or wrinkling.

■ If you dry sheets in a mixed load or large items in the Bulky Items cycle, rearrange the load when the signal sounds. This will aid in the drying process.

**Cycle tips**
■ Dry most loads using the preset cycle settings.

■ Refer to the Automatic or Manual Preset Cycle Settings chart (in the "Cycles" section) for a guide to drying various loads.

 ■ Drying temperature and Dryness Level are preset when you choose an Automatic Cycle. You can choose a different dryness level, depending on your load by pressing the DRYNESS LEVEL button to select MORE, NORMAL or LESS.

 ■ If you wish to adjust the cycle length of a Manual Cycle, you must press the DRY TIME up or down buttons. Adjust the temperature of a Manual Cycle by pressing TEMPERATURE until the desired temperature is selected.

**NOTE:** You cannot choose a Dryness Level with Manual, Steam or Sanitize Cycles.

## Status Lights

You may follow the progress of your dryer with the drying Status indicator lights.



WRINKLE SHIELD™ Feature
The WRINKLE SHIELD™ feature light glows during the WRINKLE SHIELD™ feature (when selected).

**Steam Feature**
The Steam light glows when the dryer is dispensing water during the Quick Refresh and Enhanced Touch Up cycles.

**Wet**
The Wet light will turn on when a wet item has been detected in the dryer. The Wet light will remain on until:

■ The damp dry point is reached in an Automatic Cycle.

■ The dryer enters the cool down period in a Manual Cycle.

**Damp**
The Damp light indicates that the load has reached the damp dry level. To be alerted when your load is approximately 80% dry, you may use the Damp Dry Signal option. See "Damp Dry Signal" in "Additional Features" section.

**NOTE:** The Damp light is not used with manual cycles.

**Cool Down**
The Cool Down light glows during the cool down part of the cycle. Laundry is cooling down for ease in handling.

**Done**
The Done light illuminates when the drying cycle is finished. This indicator stays on during the WRINKLE SHIELD™ feature.

**Indicator lights**
Other indicator lights on the control panel show Cycle, Temperature, Dryness Level, and cycle signal settings selected.

The time display will indicate the estimated or actual time remaining in a cycle.

19

## Cycles

Select the drying cycle that matches the type of load you are drying. See Automatic Preset or Manual Preset Cycle Settings chart.



*Cycle Control knob*

### Automatic Cycles

Automatic Cycles allow you to match the cycle to the load you are drying. See the following Automatic Preset Cycle Settings chart. Each cycle dries certain fabrics at the recommended temperature. A sensor detects the moisture in the load and automatically adjusts the drying time for optimal drying.

**Sanitize**
Use this cycle for items such as towels, bedding, children's clothing or other items needing to be sanitized. This cycle is designed to eliminate 99.9% of 3 common infectious bacteria. This cycle should be run to completion to ensure sanitization. For best results, do not interrupt cycle.



NSF Protocol P154
Sanitization Performance of
Residential Clothes Dryers

**Heavy Duty**
Use this cycle to get High heat for heavyweight mixed loads, cotton towels or jeans.

**Bulky Items**
Use this cycle to get Medium heat for drying large items that require very long drying times such as jackets, comforters and pillows. Rearrange the load halfway through the dryer cycle. This will aid in the drying process.

**Normal**
Use this cycle to get Medium heat for drying sturdy fabrics such as work clothes and sheets.

**Casual**
Use this cycle to get Low heat for drying no-iron fabrics such as sport shirts, casual business clothes and permanent press blends.

**Delicate**
Use this cycle to get Low heat to gently dry items such as washable knit fabrics.

**Super Delicate**
Use this cycle to get Extra-Low heat to gently dry items such as lingerie.

**Damp Dry**
Use this cycle to dry items to a damp level using Low heat. Damp dry items such as jeans (to avoid stiffness) or cotton clothing (to make ironing easier). The temperature setting on this cycle cannot be adjusted. Items will have different levels of dampness. At the end of this cycle, clothes will be damp. To be alerted when this cycle is complete, select the End of Cycle Signal.

### Automatic Preset Cycle Settings

| Automatic Cycles Load Type | Temperature | Time* (Minutes) |
|---|---|---|
| **SANITIZE** Towels, bedding, children's clothing | High | 60 |
| **HEAVY DUTY** Heavyweight items, towels, jeans | High | 50 |
| **BULKY ITEMS** Jackets, comforters, pillows | Medium | 55 |
| **NORMAL** Corduroys, work clothes, sheets | Medium | 40 |
| **CASUAL** Permanent press, synthetics | Low | 35 |
| **DELICATE** Lingerie, blouses, washable woolens | Low | 30 |
| **SUPER DELICATE** Lingerie, blouses, washable woolens | Extra Low | 25 |
| **DAMP DRY** Clothes to come out suitable for ironing | Low | 20 |

*Estimated Time with Dryness Level (normal) setting. Time will vary depending on load type and load size.

### Manual Cycles

Use Manual Cycles to select a specific amount of drying time and a drying temperature. When a Manual Cycle is selected, the Estimated Time Remaining display shows the actual time remaining in your cycle. You can change the actual time in the cycle by pressing the DRY TIME up or down buttons.

**Timed Dry**
Use this cycle to complete drying if items are still damp after an Automatic Cycle. Timed Dry is also useful for drying heavyweight and bulky items such as bedspreads and work clothes. Lightweight garments, such as exercise wear, can be dried using Timed Dry on a Low temperature setting.

**Quick Dry**
Use this cycle for drying small loads or loads that need a short drying time.

### Manual Preset Cycle Settings

| Manual Cycles Load Type | Temperature | Default Time (Minutes) |
|---|---|---|
| **TIMED DRY** Heavyweight items, bulky items, bedspreads, work clothes | High | 40 |
| **QUICK DRY** Small loads | High | 21 |

## Air Only

Use the Timed Dry/Air Only setting for items that require drying without heat such as rubber, plastic and heat-sensitive fabrics. This chart shows examples of items that can be dried using Air Only.

| Type of Load | Time* (Minutes) |
|---|---|
| Foam rubber - pillows, padded bras, stuffed toys | 20 - 30 |
| Plastic - Shower curtains, tablecloths | 20 - 30 |
| Rubber-backed rugs | 40 - 50 |
| Olefin, polypropylene, sheer nylon | 10 - 20 |

*Reset time to complete drying, if needed.

### When using Air Only

■ Check that coverings are securely stitched.

■ Shake and fluff pillows by hand periodically during the cycle.

■ Dry item completely. Foam rubber pillows are slow to dry.

**NOTE:** Automatic Cycles are not available when using the Air Only setting.

### Steam Cycles

In these cycles, a small amount of water is sprayed into the dryer drum after several minutes of tumbling with heat. The STEAM status light will come on while the water is sprayed into the drum. The dryer will continue to tumble at High heat for the duration of the cycle. The Steam cycles include Quick Refresh and Enhanced Touch Up. The heat setting and cycle time are not adjustable for the Quick Refresh cycle, but can be adjusted for the Enhanced Touch Up cycle.

**NOTE:** Results may vary depending on fabric. 100% cotton garments with wrinkle-free finish may yield better results than those without.

Use of a fabric softener sheet is not recommended with steam cycles as it may cause temporary staining on the clothes.

### Quick Refresh

This cycle is best for smoothing out wrinkles and reducing odors from loads consisting of one to four dry items of wrinkle-free cotton, cotton-polyester blend, common knits and synthetic garments.

### Enhanced Touch Up

This cycle uses water and heat to help smooth out wrinkles from items such as clothes packed in a suitcase or wrinkled from being left in the dryer too long.

| Steam Preset Cycle Settings | | |
|---|---|---|
| Timed Cycles Load Type | Default Temperature* | Default Time (Minutes)* |
| **QUICK REFRESH** Helps to smooth out wrinkles and reduce odors from loads consisting of one to four dry items. | Medium | 15 |
| **ENHANCED TOUCH UP** Helps to smooth out wrinkles in loads left in the dryer for an extended period. | Medium | 20 |

*Temperature and time are selectable only for the Enhanced Touch Up Cycle.

**NOTE:** The Enhanced Touch Up cycle has a minimum dry time of 15 minutes and a maximum dry time of 40 minutes. Only the Medium and High temperature settings can be used for the Enhanced Touch Up cycle.

## Additional Features

### Drum Light

Select Drum Light to turn on the light inside the dryer drum. During a cycle, if Drum Light is selected, the drum light turns on and will remain on until DRUM LIGHT is pressed again, the door is open and closed, or the door is left open for 20 minutes.

When the dryer is not running, the drum light will turn on when DRUM LIGHT is pressed or the dryer door is opened, and it will remain on until the dryer door has been open for 20 minutes, the dryer door is closed or DRUM LIGHT is pressed again.

Press DRUM LIGHT at any time to turn the drum light ON or OFF.

### WRINKLE SHIELD™ Feature

When you are unable to remove a load of clothes from the dryer as soon as it stops, wrinkles can form. The WRINKLE SHIELD™ feature periodically tumbles, rearranges and fluffs the load to help keep wrinkles from forming.

■ Press the WRINKLE SHIELD™ feature to get up to 140 minutes of heat-free, periodic tumbling at the end of a cycle.

■ Stop at any time by pressing the WRINKLE SHIELD™ feature or opening the dryer door.

■ For the Casual Cycle, the WRINKLE SHIELD™ feature is preset to "ON." The other cycles will retain the WRINKLE SHIELD™ feature setting. (For example, if you select the WRINKLE SHIELD™ feature in the Normal cycle, the WRINKLE SHIELD™ feature will be on the next time you select the Normal cycle.)

**NOTE:** If you do not select the WRINKLE SHIELD™ feature, the dryer stops after the cool down period.

### Damp Dry Signal

On some models, the Damp Dry Signal may be selected to alert you that your clothes are approximately 80% dry. This is useful when you want to remove lightweight items in a mixed load to avoid overdrying or remove partially dry items that may need ironing.

The DAMP DRY SIGNAL is useful when drying bedsheets/linens in a mixed load. When the signal goes off, open the door to stop the dryer, rearrange the load inside the dryer, close the door and restart the dryer to finish the drying cycle. Rearranging the load will aid in the drying process.



Damp Dry Signal
Auto Cycles Only

Press DAMP DRY SIGNAL until the desired volume (Loud, Soft or Off) glows green.

**NOTE:** The Damp Dry Signal is available only with the Automatic Cycles. The Damp Dry Signal is not a selectable option for the Sanitize cycle.

## Cycle Signal

The End of Cycle Signal produces an audible sound when the drying cycle is finished. Promptly removing clothes at the end of the cycle reduces wrinkling.




Cycle Signal

Press CYCLE SIGNAL until the desired volume (Loud, Soft or Off) glows green.

**NOTE:** When the WRINKLE SHIELD™ feature is selected and the End of Cycle Signal is on, an audible sound will be emitted every 5 minutes until the clothes are removed, or the WRINKLE SHIELD™ feature is finished.

## Button Sound

You can change the volume of the sound of the beeps. Press BUTTON SOUND until the desired volume (Loud, Soft or Off) glows green. The Power and Cancel buttons will still beep softly even when the Button Sound volume is set to Off.




Button Sound

## Changing Cycles, Options and Modifiers

You can change Auto Cycles, Timed Cycles, Modifiers and Options anytime before pressing Start.

■ Three short tones sound if an unavailable combination is selected. The last selection will not be accepted.

### Changing Cycles after pressing Start

1. Press PAUSE/CANCEL twice. This ends the current cycle.
2. Select the desired cycle and options.
3. Press and hold START. The dryer starts at the beginning of the new cycle.

**NOTE:** If you do not press Start within 5 minutes of selecting the cycle, the dryer automatically shuts off.

### Changing Modifiers and Options after pressing Start

You can change a Modifier or Option anytime before the selected Modifier or Option begins.

1. Press PAUSE/CANCEL once.
2. Select the new Modifier and/or Option.
3. Press and hold START to continue the cycle.

**NOTE**: If you happen to press Pause/Cancel twice, the program clears and your dryer shuts down. Restart the selection process.

### Changing the Preset Dryness Level Settings

If all your loads on all Auto Dry cycles are consistently not as dry as you would like, you may change the preset Dryness Level settings to increase the dryness. This change will affect all of your Auto Dry cycles.

Your Dryness Level settings can be adjusted to adapt to different installations, environmental conditions or personal preference. There are 3 drying settings: 1 (factory preset dryness level), 2 (slightly dryer clothes, approximately 15% more drying time) and 3 (much dryer clothes, approximately 30% more drying time).

1. The Dryness Level settings cannot be changed while the dryer is running.
2. Press and hold the Dryness Level button for 5 seconds. The dryer will beep, and "CF" will be displayed for 1 second followed by the current drying setting.
3. To select a new drying setting, press the Dryness Level key again until the desired drying setting is shown.
   **NOTE:** While cycling through the settings, the current setting will not flash, but the other settings will flash.
4. Press START to save the drying setting.
5. The drying setting you selected will become your new preset drying setting for all Auto Dry cycles.

## Drying Rack Option

The drying rack is useful for drying items you would not necessarily want to tumble dry or that you would normally line dry (for example, sweaters).

To obtain a drying rack for your model, follow the instructions on the insert included in your dryer drum.

**To use the drying rack**

Do not remove the lint screen.

1. Open dryer door.



*A. Front edge*

2. Place drying rack inside dryer drum, positioning the back wire on the ledge of the inner dryer back panel. Push down on front edge of drying rack to secure over the lint screen.



*A. Dryer rack front edge*
*B. Dryer back panel*

3. Put the wet items on top of the rack. Leave space between the items so air can reach all the surfaces.

**NOTE:** Do not allow items to hang over the edge of the rack.



4.  Close the door.
5.  Select Timed Dry and desired temperature (see following chart). Items containing foam, rubber, or plastic must be dried on a clothesline or by using the Air Only temperature setting.

    **NOTE:** Do not use automatic cycles with the drying rack.
6.  You must select a time by pressing the DRY TIME up or down buttons. Reset time as needed to complete drying. Refer to the following table.
7.  Press and hold START button (about 1 second).

**NOTE:** Check the lint screen and remove any lint accumulated from items dried on the rack.

This chart shows examples of items that can be rack dried and the suggested cycle, temperature setting and drying time. Actual drying time will depend on the amount of moisture items hold.

| Rack Dry | Setting | Temp. | Time* |
|---|---|---|---|
| **Wool Sweaters**<br>Block to shape and lay flat on the rack. | Timed Dry | Low | 60 |
| **Stuffed toys or pillows**<br>Cotton or polyester fiber filled | Timed Dry | Low | 60 |
| **Stuffed toys or pillows**<br>Foam rubber filled | Timed Dry | Air Only (no heat) | 90 |
| **Sneakers or canvas shoes** | Timed Dry | Air Only (no heat) | 90 |

*(Minutes) Reset time to complete drying, if needed.

**NOTE:** You must remove rack for normal tumbling.

# DRYER CARE

## Cleaning the Dryer Location

Keep dryer area clear and free from items that would obstruct the flow of combustion and ventilation air.

> ⚠ **WARNING**
>
> 
>
> **Explosion Hazard**
>
> **Keep flammable materials and vapors, such as gasoline, away from dryer.**
>
> **Place dryer at least 18 inches (46 cm) above the floor for a garage installation.**
>
> **Failure to do so can result in death, explosion, or fire.**

## Cleaning the Lint Screen

**Every load cleaning**

The lint screen is located in the door opening of the dryer. The control panel has an indicator light to remind you to clean the lint screen before each load. A screen blocked by lint can increase drying time.

**To clean**

1.  Pull the lint screen straight up. Roll lint off the screen with your fingers. Do not rinse or wash screen to remove lint. Wet lint is hard to remove.



2.  Push the lint screen firmly back into place.

**IMPORTANT:**

■  Do not run the dryer with the lint screen loose, damaged, blocked, or missing. Doing so can cause overheating and damage to both the dryer and fabrics.

■  If lint falls off the screen into the dryer during removal, check the exhaust hood and remove the lint. See "Venting Requirements."

**As needed cleaning**

Laundry detergent and fabric softener residue can build up on the lint screen. This buildup can cause longer drying times for your clothes, or cause the dryer to stop before your load is completely dry. The screen is probably clogged if lint falls off while the screen is in the dryer.

Clean the lint screen with a nylon brush every 6 months, or more frequently, if it becomes clogged due to a residue buildup.

**To wash**

1.  Roll lint off the screen with your fingers.
2.  Wet both sides of lint screen with hot water.
3.  Wet a nylon brush with hot water and liquid detergent. Scrub lint screen with the brush to remove residue buildup.



4.  Rinse screen with hot water.
5.  Thoroughly dry lint screen with a clean towel. Replace screen in dryer.

## Cleaning the Dryer Interior

**To clean dryer drum**

1.  Make a paste with powdered laundry detergent and very warm water.
2.  Apply paste to a soft cloth.

    **OR**

    Apply a liquid, nonflammable household cleaner to the stained area and rub with a soft cloth until all excess dye and stains are removed.

3.  Wipe drum thoroughly with a damp cloth.

4. Tumble a load of clean cloths or towels to dry drum.

**NOTE:** Garments that contain unstable dyes, such as denim blue jeans or brightly colored cotton items, may discolor the dryer interior. These stains are not harmful to your dryer and will not stain future loads of clothes. Dry unstable dye items inside out to avoid transfer of dye.

## Removing Accumulated Lint

**From Inside the Dryer Cabinet**
Lint should be removed every 2 years, or more often, depending on dryer usage. Cleaning should be done by a qualified person.

**From the Exhaust Vent**
Lint should be removed every 2 years, or more often, depending on dryer usage.

## Water Inlet Hoses

Replace inlet hoses and hose screen after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage and Moving Care

Install and store your dryer where it will not freeze. Because some water may stay in the hoses, freezing can damage your dryer. If storing or moving your dryer during freezing weather, winterize it.

### Non-Use or Vacation Care

Operate your dryer only when you are at home. If you will be on vacation or not using your dryer for an extended period of time, you should:

1. Unplug dryer or disconnect power.
2. Clean lint screen. See "Cleaning the Lint Screen."
3. Turn off the water supply to the dryer. This helps to avoid unintended flooding (due to a water pressure surge) while you are away.

### To winterize dryer

1. Unplug dryer or disconnect power.
2. Shut off water faucet.
3. Disconnect water inlet hose from faucet and drain.

### To use dryer again

1. Flush water pipes. Reconnect water inlet hose to faucet. Turn on water faucet.
2. Plug in dryer or reconnect power.

### Moving care

**For power supply cord-connected dryers:**
1. Unplug the power supply cord.
2. Shut off water faucet.
3. Disconnect the water inlet hose from faucet, then drain the hose. Transport hose separately.
4. Make sure leveling legs are secure in dryer base.
5. Use masking tape to secure dryer door.

**For direct-wired dryers:**



| ⚠ **WARNING** |
| --- |

**Electrical Shock Hazard**

**Disconnect power before servicing.**

**Replace all parts and panels before operating.**

**Failure to do so can result in death or electrical shock.**

1. Disconnect power.
2. Disconnect wiring.
3. Shut off water faucet.
4. Disconnect the water inlet hose from faucet, then drain the hose. Transport hose separately.
5. Make sure leveling legs are secure in dryer base.
6. Use masking tape to secure dryer door.

### Reinstalling the dryer

Follow the "Installation Instructions" to locate, level and connect the dryer.

## Changing the Drum Light

The dryer light automatically turns on inside the dryer drum when you open the door.

**To change the drum light**
1. Unplug dryer or disconnect power.
2. Open the dryer door. Locate the light bulb cover on the back wall of the dryer. Remove the screw located in the lower right corner of the cover. Remove the cover.



3. Turn bulb counterclockwise. Replace the bulb with a 10-watt appliance bulb only. Replace the cover and secure with the screw.
4. Plug in dryer or reconnect power.

# TROUBLESHOOTING

**First try the solutions suggested here or visit our website and reference FAQs (Frequently Asked Questions) to possibly avoid the cost of a service call...**
**In U.S.A. www.whirlpool.com/help - In Canada www.whirlpool.ca**

## Dryer Operation

### Dryer will not run

- **Has a household fuse blown, or has a circuit breaker tripped?**
  There may be 2 household fuses or circuit breakers for the dryer. Check that both fuses are intact and tight, or that both circuit breakers have not tripped. Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

- **Is the correct power supply available?**
  Electric dryers require 240-volt power supply. Check with a qualified electrician.

- **Was a regular fuse used?**
  Use a time-delay fuse.

- **Is the dryer door firmly closed?**

- **Was the Start button firmly pressed?**
  Large loads may require pressing and holding the Start button for 2-5 seconds.

### No heat

- **Has a household fuse blown, or has a circuit breaker tripped?**
  The drum may be turning, but you may not have heat. Electric dryers use 2 household fuses or circuit breakers. Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

### Unusual sounds

- **Has the dryer had a period of non-use?**
  If the dryer hasn't been used for a while, there may be a thumping sound during the first few minutes of operation.

- **Is a coin, button, or paper clip caught between the drum and front or rear of the dryer?**
  Check the front and rear edges of the drum for small objects. Clean out pockets before laundering.

- **Are the four legs installed, and is the dryer level front to back and side to side?**
  The dryer may vibrate if not properly installed. See the Installation Instructions.

- **Is the clothing knotted or balled up?**
  When balled up, the load will bounce, causing the dryer to vibrate. Separate the load items and restart the dryer.

## Dryer displaying code message

- **"PF" (power failure), check the following:**
  Was the drying cycle interrupted by a power failure? Press and hold START to restart the dryer.

- **"E" Variable (E1, E2, E3) service codes:**
  Call for service.

- **"L2" Diagnostic Code. The drum will turn, but there may be a problem with your home power supply keeping the dryer's heater from turning on. Check the following:**
  Check to see if a household fuse has blown or circuit breaker has tripped. Electric dryers use two household fuses or breakers. Replace the fuse or reset the circuit breaker.

  Confirm the power cord is properly installed. Refer to "Electrical Connection" for details.

  Select a Timed Dry heated cycle, and restart the dryer.

  If the message persists, consult a qualified electrician.

  The dryer will continue to run when this diagnostic code is present. Press any key to clear the code from the display. The Estimated Time Remaining will return on the display.

- **"AF" Diagnostic Code. The dryer vent may be crushed or blocked. Check the following:**
  Check to see if the vent run from the dryer to the wall is crushed.

  Confirm the vent run from the dryer to the wall is free of lint and debris.

  Confirm the exterior vent exhaust hood is free of lint and debris.

  Confirm your vent system falls within the recommended run length and number of elbows for the type of vent you are using. Refer to "Plan Vent System" for details.

  Select a Timed Dry heated cycle, and restart the dryer.

  If the message persists, have your entire home venting run cleaned.

  The dryer will continue to run when this diagnostic code is present. Press any key to clear the code from the display. The Estimated Time Remaining will return on the display.

## Dryer Results

### Clothes are not drying satisfactorily, drying times are too long, or load is too hot

- **Is the lint screen clogged with lint?**
  Lint screen should be cleaned before each load.

**⚠ WARNING**



**Fire Hazard**

**Use a heavy metal vent.**

**Do not use a plastic vent.**

**Do not use a metal foil vent.**

**Failure to follow these instructions can result in death or fire.**

- **Is the exhaust vent or outside exhaust hood clogged with lint, restricting air movement?**
  Run the dryer for 5-10 minutes. Hold your hand under the outside exhaust hood to check air movement. If you do not feel air movement, clean exhaust system of lint or replace exhaust vent with heavy metal or flexible metal vent. See the Installation Instructions.

- **Are fabric softener sheets blocking the grille?**
  Use only one fabric softener sheet, and use it only once.

- **Is the exhaust vent the correct length?**
  Check that the exhaust vent is not too long or has too many turns. Long venting will increase drying times. See the Installation Instructions.

- **Is the exhaust vent diameter the correct size?**
  Use 4" (10.2 cm) diameter vent material.

**⚠ WARNING**



**Explosion Hazard**

**Keep flammable materials and vapors, such as gasoline, away from dryer.**

**Place dryer at least 18 inches (46 cm) above the floor for a garage installation.**

**Failure to do so can result in death, explosion, or fire.**

- **Is the dryer located in a room with temperature below 45°F (7°C)?**
  Proper operation of dryer cycles requires temperatures above 45°F (7°C).

- **Is the dryer located in a closet?**
  Closet doors must have ventilation openings at the top and bottom of the door. The front of the dryer requires a minimum of 1" (2.5 cm) of airspace, and, for most installations, the rear of the dryer requires 5" (12.7 cm). See the Installation Instructions.

- **Has the Air Only temperature setting been selected?**
  Select the right temperature for the types of garments being dried. See "Additional Features."

- **Is the load too large and heavy to dry quickly?**
  Separate the load to tumble freely.

- **Are clothes coming out of the Refresh cycle with damp or wet spots?**
  Under certain environmental or installation conditions you may experience underdrying. Select the Touch Up cycle (20 min. default time), which can be customized by selecting High temperature and/or additional cycle time by pressing the Dry Time up button.

## Cycle time too short

**⚠ WARNING**

**Excessive Weight Hazard**

**Use two or more people to move and install dryer.**

**Failure to do so can result in back or other injury.**

- **Is the automatic cycle ending early?**
  The load may not be contacting the sensor strips. Level the dryer.

  Change the dryness level setting on Automatic Cycles. Increasing or decreasing the dryness level will change the amount of drying time in a cycle.

## Lint on load

- **Is the lint screen clogged?**
  Clean lint screen. Check for air movement.

## Stains on load or drum

- **Was dryer fabric softener properly used?**
  Add dryer fabric softener sheets at the beginning of the cycle. Fabric softener sheets added to a partially dried load can stain your garments. Do not use fabric softener sheets with steam cycles.

  Drum stains are caused by dyes in clothing (usually blue jeans). These will not transfer to other clothing.

## Loads are wrinkled

- **Was the load removed from dryer at the end of the cycle?**
  Select Enhanced Touch Up Cycle to tumble the load with water and heat. This cycle is best for smoothing out wrinkles and reducing odors from loads consisting of wrinkle-free cotton, cotton polyester blends, common knits and synthetic garments.

  **NOTE:** Refer to garment care label instructions. Dry clean only garments are not recommended.

- **Loads are still wrinkled following Steam Cycle?**
  Make sure water is connected to the dryer. Check that water inlet hose is connected to both the faucet and dryer's water inlet valve. Check that the water supply is turned on.

- **Was the dryer overloaded?**
  Dry smaller loads that can tumble freely. Smaller loads of 1-4 garments yield best results with Quick Refresh Cycle. Results may also vary depending on fabric type. This cycle is best for reducing wrinkles and odors from loads consisting of wrinkle-free cotton, cotton polyester blends, common knits and synthetics.

## Odors

■ **Have you recently been painting, staining or varnishing in the area where your dryer is located?**
If so, ventilate the area. When the odors or fumes are gone from the area, rewash and dry the clothing.

■ **Is water connected to the dryer?**
Check that water inlet hose is connected to both the faucet and dryer's water inlet valve. Check that the water supply is turned on.

■ To remove odors left in garments after wearing, select Quick Refresh for small loads of 1-4 garments. This cycle is best for reducing wrinkles and odors from loads consisting of wrinkle-free cotton, cotton polyester blends, common knits and synthetics.

# ASSISTANCE OR SERVICE

Before calling for assistance or service, please check "Troubleshooting." It may save you the cost of a service call. If you still need help, follow the instructions below.

When calling, please know the purchase date and the complete model and serial number of your appliance. This information will help us to better respond to your request.

### If you need replacement parts

If you need to order replacement parts, we recommend that you use only FSP® factory specified parts. These parts will fit right and work right because they are made with the same precision used to build every new WHIRLPOOL® appliance. To locate FSP® replacement parts in your area, call our Customer eXperience Center telephone number or your nearest designated service center.

### For assistance and service

Call the Whirlpool Customer eXperience Center toll free: **1-800-253-1301.**

**Our consultants provide assistance with:**

■ Features and specifications on our full line of appliances

■ Installation information

■ Use and maintenance procedures

■ Accessory and repair parts sales

■ Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)

■ Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service, anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

### For further assistance

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Corporation
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

### Accessories U.S.A.

To order accessories, call the Whirlpool Customer eXperience Center toll free at **1-800-442-9991** and follow the menu prompts. Or visit our website at **www.whirlpool.com**.

# ACCESSORIES

Enhance your dryer with these premium accessories.

For more high-quality items or to order, call **1-800-901-2042**, or visit us at **www.whirlpool.com/accessories**. In Canada call **1-800-807-6777**, or visit us at **www.whirlpoolparts.ca**.

| Part Number | Accessory |
| --- | --- |
| 20-48KITRC | 4 ft (1.2 m) gas line dryer connector installation kit |
| PT220L | 4 ft (1.2 m) dryer cord, 3-wire, 30 amp |
| PT400L | 4 ft (1.2 m) dryer cord, 4-wire, 30 amp |
| PT600L | 6 ft (1.8 m) dryer cord, 4-wire, 30 amp |
| 4210463 | Dryer vent lint brush |
| 31682 | All-purpose appliance cleaner |
| 1903WH | Laundry supply storage cart |
| 8576846A | LP gas conversion kit |
| 8579666A | Door reversal kit (all colors) |
| W10121663 | Dryer rack |
| 8541503 | Stack kit |
| WW10044609A | Steam hose kit |

# WHIRLPOOL CORPORATION MAJOR APPLIANCE WARRANTY

## ONE YEAR LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company. This limited warranty applies only when the major appliance is used in the country in which it was purchased.

## ITEMS WHIRLPOOL WILL NOT PAY FOR

1. Service calls to correct the installation of your major appliance, to instruct you how to use your major appliance, to replace or repair house fuses or to correct house wiring or plumbing.

2. Service calls to repair or replace appliance light bulbs, air filters or water filters. Those consumable parts are excluded from warranty coverage.

3. Repairs when your major appliance is used for other than normal, single-family household use.

4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by Whirlpool.

5. Any food loss due to refrigerator or freezer product failures.

6. Replacement parts or repair labor costs for units operated outside the United States or Canada.

7. Pickup and delivery. This major appliance is designed to be repaired in the home.

8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.

9. Expenses for travel and transportation for product service in remote locations.

10. The removal and reinstallation of your appliance if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.

11. Replacement parts or repair labor costs when the major appliance is used in a country other than the country in which it was purchased.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

Outside the 50 United States and Canada, this warranty does not apply. Contact your authorized Whirlpool dealer to determine if another warranty applies.

If you need service, first see the "Troubleshooting" section of the Use & Care Guide. After checking "Troubleshooting," additional help can be found by checking the "Assistance or Service" section or by calling Whirlpool. In the U.S.A., call **1-800-253-1301**. In Canada, call **1-800-807-6777**.                                                                                                              12/05

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major appliance to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

Dealer name _____

Address _____

Phone number _____

Model number _____

Serial number _____

Purchase date _____

**W10136968C**
© 2007 Whirlpool Corporation.
All rights reserved.                          ® Registered Trademark/TM Trademark of Whirlpool, U.S.A.                          9/07
Printed in U.S.A.

# Exhibit 3B











› back to WED9600T     PRINT NOW

home › products › laundry gallery › dryers › WED9600T



# WED9600T

Naturally steam out wrinkles and odors with the touch of a button. The new Duet® Steam dryer features two cycles - Enhanced Touch-Up and Quick Refresh - that infuse clothing with steam to refresh and dewrinkle. Thanks to special plumbing that's easy to install, there's no need to add water at the start of every cycle. Plus, an NSF Certified Sanitize cycle eliminates 99.9% of infectious bacteria.

**Silver Metallic on White**
Model: WED9600TW
MSRP: **$1199.00**

**New Aspen**
Model: WED9600TA
MSRP: **$1299.00**

Prices shown are Manufacturer's Suggested Retail Price. Dealer alone determines actual price.

**PRODUCT FEATURES**

## Features

AccelerCare™ Drying System
.................................................................
10 Automatic Cycles
.................................................................
Bulky Items Cycle
.................................................................
Damp Dry Cycle
.................................................................
Quick Dry Cycle
.................................................................
Steam Care Cycles for Wrinkle and Odor Removal
.................................................................
Adjustable End-of-Cycle Signal
.................................................................
Wrinkle Shield™ Plus Feature (140 Minutes)
.................................................................
5 Temperature Selections
.................................................................
Quiet Dry Plus Noise Reduction
.................................................................
Dry Rack
.................................................................
Easy View Dryer Door Window
.................................................................
Reversible Side-Swing Door
.................................................................
Electronic Controls
.................................................................
Front-Mounted Lint Screen
.................................................................
Interior Drum Light
.................................................................
4-Way Venting
.................................................................
Audio Feedback
.................................................................
Instructional Controls
.................................................................

38 in
32 9/16 in
27 in

**Dimensions**
Depth: 32 9/16 in.
Width: 27 in.
Maximum Height: 38 in.

**Electrical Requirements**
30 Ampere, 120/240 Volts, 60 Hertz (1/second). AC-ONLY. USE COPPER WIRE ONLY. A FOUR-WIRE OR THREE-WIRE, SINGLE PHASE ELECTRICAL SUPPLY REQUIRED. A TIME-DELAY FUSE OR CIRCUIT BREAKER AND SEPARATE CIRCUIT IS RECOMMENDED.

Optional Storage Pedestals

Optional Laundry Tower

Optional Laundry Worksurface

Flexible Installation with Matching Washer

## SPECIFICATIONS

### Appearance

Matching Washer

### Capacity

Capacity (Size): 7.4 (I.E.C.) Cubic foot

Capacity (Weight): 0

### Construction

Front Access

Reversible Door Style

Powder Coat Drum Material

Dry Rack

Inside Door Lint Screen

Power Cord & Venting Accessories

Stackable

### Controls

Electronic/Rotary Controls

### Dimensions

Depth with Door Open: 51 1/2 in.

Depth: 32 9/16 in.

Height: 38 in.

Maximum Height: 38 in.

Width: 27 in.

### Performance

**Capacity**

3.4                              7.4

1.4
CU. FT· IEC EQUIVALENT

**Whirlpool Customer Support**
For shopping assistance call 1-800-253-1301

Auto Dry Control

Cool Down Cycle

10 Cycles

Damp Dry

Delicate Cycle

Drum Light

Electronic Sensor Drying

Variable End-of-Cycle Signal

Extended Tumbling Cycle

Extra Dry Cycle

Interior Light

1/3 HP Motor

Electric Power

Quiet Dry Plus Sound Package

AccelerCare™ Temperature Control

5 Temperature Settings

Wrinkle Free Cycle

## Warranty

One Year Parts & Labor - See Use & Care Guide for Details
Warranty

REGISTERED TRADEMARK OF WHIRLPOOL, U.S.A.
ALL CONTENTS © 2006 WHIRLPOOL CORPORATION.

› back to WED9600T    PRINT NOW