Exhibit

6





steam

# FRONT-LOADING AUTOMATIC WASHER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service call: **1-800-253-1301**

In Canada, call: **1-800-807-6777**

or visit our website at **www.whirlpool.com** or **www.whirlpool.ca**

# LAVADORA AUTOMÁTICA DE CARGA FRONTAL

## Manual de uso y cuidado

Si tiene preguntas respecto a las características, funcionamiento, rendimiento, piezas, accesorios o servicio técnico, llame al: **1-800-253-1301**

En Canadá, llame al: **1-800-807-6777**

o visite nuestro sitio web en **www.whirlpool.com** o **www.whirlpool.ca**

# LAVEUSE AUTOMATIQUE À CHARGEMENT FRONTAL

## Guide d'utilisation et d'entretien

Au Canada, pour assistance, installation ou service, composez le : **1-800-807-6777**

ou visitez notre site internet à **www.whirlpool.ca**

Table of Contents/Índice/Table des matières ....... 2



Certified to Sanitize
Certificado para esterilizar
Certifié pour aseptiser



Designed to use only HE High Efficiency Detergent
Diseñada para utilizar solamente detergente de alto rendimiento
Conçue pour l'utilisation d'un détergent haute efficacité seulement



ENERGY STAR

461970239101
W10133484A

# TABLE OF CONTENTS

WASHER SAFETY ...................................................3
INSTALLATION REQUIREMENTS .............................4
  Tools and Parts ...................................................4
  Options ...............................................................4
  Location Requirements ........................................5
  Drain System ......................................................6
  Electrical Requirements ......................................7
INSTALLATION INSTRUCTIONS ............................7
  Remove Transport System ..................................7
  Connect the Inlet Hoses .....................................8
  Route the Drain Hose .........................................8
  Secure the Drain Hose ........................................9
  Level the Washer ................................................9
  Complete Installation .........................................9
FEATURES AND BENEFITS ..................................10
WASHER USE .......................................................11
  Starting Your Washer ........................................11
  Using the Proper Detergent ..............................11
  Using the Dispenser .........................................12
  Pausing or Restarting .......................................13
  Changing Cycles, Options and Modifiers ..........13
  Status Lights ....................................................14
  Cycles ..............................................................15
  Normal Washer Sounds .....................................16
  Options .............................................................16
  Modifiers ..........................................................17
  Laundry Guide ..................................................18
LAUNDRY TIPS ...................................................18
  Loading ............................................................19
WASHER CARE .....................................................19
  Cleaning Your Washer .......................................19
  Water Inlet Hoses .............................................20
  Vacation, Storage, and Moving Care .................20
TROUBLESHOOTING .............................................21
ASSISTANCE OR SERVICE .....................................23
  In the U.S.A. .....................................................23
  In Canada .........................................................24
WARRANTY ..........................................................24

Pausa o reanudación de la marcha ...........................37
Cambio de ciclos, opciones y modificadores ............37
Luces de estado..........................................................37
Ciclos..........................................................................38
Sonidos normales de la lavadora...............................40
Opciones ....................................................................40
Modificadores.............................................................41
Guía para el lavado....................................................42
CONSEJOS DE LAVANDERÍA.................................43
Cómo cargar................................................................43
CUIDADO DE LA LAVADORA ................................44
Cómo limpiar su lavadora..........................................44
Mangueras de entrada de agua ................................45
Cuidado para las vacaciones, el almacenaje
o en caso de mudanza...............................................45
SOLUCIÓN DE PROBLEMAS..................................46
AYUDA O SERVICIO TÉCNICO...............................49
En los EE.UU. .............................................................49
En Canadá ..................................................................49
GARANTÍA ...........................................................50

# TABLE DES MATIÈRES

SÉCURITÉ DE LA LAVEUSE....................................51
EXIGENCES D'INSTALLATION ...............................52
  Outillage et pièces ...........................................52
  Options .............................................................52
  Exigences d'emplacement................................53
  Système de vidange .........................................54
  Spécifications électriques .................................55
INSTRUCTIONS D'INSTALLATION..........................56
  Élimination des accessoires de transport.........56
  Raccordement des tuyaux d'alimentation ........56
  Acheminement du tuyau de vidange ................57
  Immobilisation du tuyau de vidange ................57
  Réglage de l'aplomb de la laveuse ..................58
  Achever l'installation .......................................58
CARACTÉRISTIQUES ET AVANTAGES ...................59
UTILISATION DE LA LAVEUSE ..............................60
  Mise en marche de la laveuse...........................60
  Utilisation du détergent approprié ...................60
  Utilisation du distributeur ................................61
  Pause ou remise en marche..............................63
  Changement des programmes, options et modificateurs ...63
  Programmes .....................................................64
  Sons normaux émis par la laveuse ...................66
  Options .............................................................66
  Modificateurs....................................................67
  Guide de lessivage ...........................................68
CONSEILS DE LESSIVAGE.....................................69
  Chargement.....................................................69
ENTRETIEN DE LA LAVEUSE .................................70
  Nettoyage de la laveuse...................................70
  Tuyaux d'arrivée d'eau .....................................71
  Précautions à prendre avant les vacances,
  un entreposage ou un déménagement.................71
DÉPANNAGE........................................................72
ASSISTANCE OU SERVICE ....................................75
  Aux États-Unis.................................................75
  Au Canada .......................................................75
GARANTIE ...........................................................76

# ÍNDICE

SEGURIDAD DE LA LAVADORA..............................25
REQUISITOS DE INSTALACIÓN .............................26
  Piezas y herramientas ......................................26
  Opciones ..........................................................26
  Requisitos de ubicación....................................27
  Sistema de desagüe .........................................28
  Requisitos eléctricos ........................................29
INSTRUCCIONES DE INSTALACIÓN.......................30
  Eliminación del sistema de transporte..............30
  Conexión de las mangueras de entrada............30
  Tendido de la manguera de desagüe ................31
  Fijación de la manguera de desagüe .................31
  Nivelación de la lavadora..................................32
  Complete la instalación ....................................32
CARACTERÍSTICAS Y BENEFICIOS.........................33
USO DE LA LAVADORA.........................................34
  Puesta en marcha de la lavadora .....................34
  Uso del detergente adecuado ..........................34
  Uso del depósito ..............................................35

# WASHER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.



This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

**⚠ DANGER**

**You can be killed or seriously injured if you don't <u>immediately</u> follow instructions.**

**⚠ WARNING**

**You can be killed or seriously injured if you don't follow instructions.**

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the washer, follow basic precautions, including the following:

- Read all instructions before using the washer.

- Do not wash articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, other flammable, or explosive substances as they give off vapors that could ignite or explode.

- Do not add gasoline, dry-cleaning solvents, or other flammable, or explosive substances to the wash water. These substances give off vapors that could ignite or explode.

- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for 2 weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the washing machine, turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.

- Do not allow children to play on or in the washer. Close supervision of children is necessary when the washer is used near children.

- Before the washer is removed from service or discarded, remove the door or lid.

- Do not reach into the washer if the drum, tub or agitator is moving.

- Do not install or store the washer where it will be exposed to the weather.

- Do not tamper with controls.

- Do not repair or replace any part of the washer or attempt any servicing unless specifically recommended in this manual or in published user-repair instructions that you understand and have the skills to carry out.

- See "Electrical Requirements" for grounding instructions.

## SAVE THESE INSTRUCTIONS

# INSTALLATION REQUIREMENTS

## Tools and Parts

Gather the required tools and parts before starting installation. The parts supplied are in the washer drum.

### Tools needed for connecting the water inlet hoses

■ Pliers (that open to 1⁹⁄₁₆" [39.5 mm])

■ Flashlight (optional)

### Tools needed for installation

■ Open end wrenches 17 mm and 13 mm

■ Level

■ Wood block

■ Ruler or measuring tape

### Parts supplied:



A. Drain hose form
B. Inlet hose (2)
C. Inlet hose washer (4)
D. Transport bolt hole plug (4)
E. Beaded strap

### Alternate Parts

Your installation may require additional parts. If you are interested in purchasing one of the items listed here, call the toll-free number on the cover or in the "Assistance or Service" section.

| If You Have | You Will Need to Buy |
|---|---|
| Laundry tub or standpipe taller than 96" (2.4 m) | Sump pump system (if not already available) |
| Overhead sewer | Standard 20 gal. (76 L), 30" (76.2 cm) tall drain tub or utility sink and sump pump (available from local plumbing suppliers) |
| Floor drain | Siphon break, Part Number 285834; additional drain hose Part Number 8318155; and connector kit, Part Number 285835 |
| Drain hose too short | 4 ft (1.2 m) drain hose extension kit, Part Number 285863 |
| Water faucets beyond reach of fill hoses | 2 longer water fill hoses: 6 ft (1.8 m) Part Number 76314, 10 ft (3.0 m) Part Number 350008 |

## Options

### Pedestal

You have the option of purchasing pedestals of different heights separately for this washer. You may select a 10" (25.4 cm) or a 15.5" (39.4 cm) pedestal. These pedestals will add to the total height of the washer for a total height of approximately 48" (121.9 cm) or 53.5" (135.9 cm), respectively.



A. 10" (25.4 cm) pedestal
B. 15.5" (39.4 cm) pedestal

To order, call the dealer from whom you purchased your washer or refer to the "Assistance or Service" section.

| Pedestal Height | Color | Part Number |
|---|---|---|
| 10" (25.4 cm) | White | WHP1000SQ |
| 10" (25.4 cm) | Biscuit | WHP1000ST |
| 10" (25.4 cm) | Black | WHP1000SB |
| 10" (25.4 cm) | Diamond Dust (Silver) | WHP1000SU |
| 15.5" (39.4 cm) | White | WHP1500SQ |
| 15.5" (39.4 cm) | Biscuit | WHP1500ST |
| 15.5" (39.4 cm) | Black | WHP1500SB |
| 15.5" (39.4 cm) | Diamond Dust (Silver) | WHP1500SU |
| 15.5" (39.4 cm) | New Aspen (Green) | WHP1500SA |

### Stack Kit

Are you planning to stack your washer and dryer? To do so you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8541503.

Selecting the proper location for your washer improves performance and minimizes noise and possible washer "walk."

Your washer can be installed under a custom counter, or in a basement, laundry room, closet, or recessed area. See "Drain System."

Companion appliance location requirements should also be considered. Proper installation is your responsibility.

**You will need**

■ A water heater set to deliver 120°F (49°C) water to the washer.

■ A grounded electrical outlet located within 6 ft (1.8 m) of where the power cord is attached to the back of the washer. See "Electrical Requirements."

■ Hot and cold water faucets located within 4 ft (1.2 m) of the hot and cold water fill valves, and water pressure of 20-100 psi (137.9-689.6 kPa).

■ If you live in a hard water area, use of a water softener is recommended to control the buildup of scale in the steamer and other areas of the washer. Over time the buildup of lime scale may clog the steamer, which will reduce steamer efficiency and performance. Excessive buildup of scale may lead to the need for steamer replacement or repair.

■ A level floor with a maximum slope of 1" (2.5 cm) under entire washer. Installing the washer on soft floor surfaces, such as carpets or surfaces with foam backing, is not recommended.

■ A sturdy and solid floor to support the washer with a total weight (water and load) of 400 lbs (180 kg).

Do not operate your washer in temperatures below 32°F (0°C). Some water can remain in the washer and can cause damage in low temperatures.

### Installation clearances

■ The location must be large enough to allow the washer door to be fully opened.

■ Additional spacing should be considered for ease of installation and servicing.

■ Additional clearances might be required for wall, door, and floor moldings.

■ Additional spacing of 1" (2.5 cm) on all sides of the washer is recommended to reduce noise transfer.

■ Companion appliance spacing should also be considered.

### Washer Dimensions



### Recommended installation spacing for custom undercounter installation

The dimensions shown are for the recommended spacing.

**Custom undercounter installation - Washer only**



### Recommended installation spacing for recessed or closet installation, with or without a pedestal

The dimensions shown are for the recommended spacing.

**Recessed area or closet installation**



A. Side view - closet or confined area
B. Closet door with vents

*Min. top and bottom air openings for closet door.

**Recessed or closet installation - Washer on pedestal**



A. Recessed area
B. Side view - closet or confined area

## Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.



*Required spacing



*Required spacing
**For venting out the side, 1" (2.5 cm) spacing is allowed.

## Recommended installation spacing for cabinet installation

- The dimensions shown are for the recommended spacing.
- For cabinet installation, with a door, the minimum ventilation openings in the top are required.



## Drain System

The washer can be installed using the standpipe drain system (floor or wall), the laundry tub drain system, or the floor drain system. Select the drain hose installation method you need. See "Tools and Parts."

### Standpipe drain system - wall or floor (views A & B)

The standpipe drain requires a minimum diameter standpipe of 2" (5 cm). The minimum carry-away capacity can be no less than 17 gal. (64 L) per minute.

The top of the standpipe must be at least 30" (76.2 cm) high and no higher than 96" (2.4 m) from the bottom of the washer.



### Laundry tub drain system (view C)

The laundry tub needs a minimum 20 gal. (76 L) capacity. The top of the laundry tub must be at least 30" (76.2 cm) above the floor.

### Floor drain system (view D)

The floor drain system requires a siphon break that may be purchased separately. See "Tools and Parts."

The siphon break must be a minimum of 28" (71 cm) from the bottom of the washer. Additional hoses might be needed.



**⚠ WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

■ A 120 volt, 60 Hz., AC only, 15- or 20-amp, fused electrical supply is required. A time-delay fuse or circuit breaker is recommended. It is recommended that a separate circuit serving only this appliance be provided.

■ This washer is equipped with a power supply cord having a grounded 3 prong plug.

■ To minimize possible shock hazard, the cord must be plugged into a mating, grounded 3 prong outlet, grounded in accordance with local codes and ordinances. If a mating outlet is not available, it is the personal responsibility and obligation of the customer to have the properly grounded outlet installed by a qualified electrician.

■ If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.

■ Do not ground to a gas pipe.

■ Check with a qualified electrician if you are not sure the washer is properly grounded.

■ Do not have a fuse in the neutral or ground circuit.

**GROUNDING INSTRUCTIONS**

**For a grounded, cord-connected washer:**
This washer must be grounded. In the event of a malfunction or breakdown, grounding will reduce the risk of electrical shock by providing a path of least resistance for electric current. This washer is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the appliance is properly grounded.

Do not modify the plug provided with the appliance – if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

**For a permanently connected washer:**
This washer must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the appliance.

# INSTALLATION INSTRUCTIONS

## Remove Transport System

**⚠ WARNING**

**Excessive Weight Hazard**

**Use two or more people to move and install washer.**

**Failure to do so can result in back or other injury.**

**IMPORTANT:** Position the washer so that the rear of the washer is within approximately 3 ft (90 cm) of its final location.

There are 4 bolts in the rear panel of the washer that support the suspension system during transportation. These bolts also retain the power cord inside the washer until the bolts are removed.



1. Using a 13 mm wrench, loosen each of the bolts.

2. Once the bolt is loose, move it to the center of the hole and completely pull out the bolt, including the plastic spacer covering the bolt.



3. Once all 4 bolts are removed discard bolt and spacers. Then pull the power cord through the opening of the rear panel and close the hole with the attached cap.

4. Close the bolt holes with the 4 transport bolt hole plugs.

**NOTE:** If the washer is to be transported at a later date, call your local service center. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

## Connect the Inlet Hoses

Make sure the washer drum is empty.

1. Attach the hose with the red color indicator to the Hot (left) inlet valve. Attaching the red coupling first makes it easier to tighten connection with pliers. Screw on coupling by hand until it is seated on the washer.

2. Attach the hose with the blue color indicator to the Cold (right) water inlet valve. Screw on coupling by hand until it is seated on the washer.



H. Hot water inlet
C. Cold water inlet

3. Using pliers, check the tightness of the hose couplings already attached to the washer.

   **NOTE:** Do not overtighten. Damage to the coupling can result.

4. Attach hot water hose to the hot water faucet. Screw on coupling by hand until it is seated on the washer.

5. Attach cold water hose to the cold water faucet. Screw on coupling by hand until it is seated on the washer.

6. Using pliers, tighten the couplings with an additional two-thirds turn.



   **NOTE:** Do not overtighten. Damage to the coupling can result.

7. Turn on the water faucets and check for leaks.

   **NOTE:** Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Record hose installation or replacement dates on the hoses for future reference.

   Periodically inspect and replace hoses if bulges, kinks, cuts, wear, or leaks are found.

## Route the Drain Hose

Proper routing of the drain hose protects your floors from damage due to water leakage. Read and follow these instructions.

**Remove drain hose from washer cabinet**

Gently pull the corrugated drain hose from the shipping clips.



**Laundry tub drain or standpipe drain**

Connect the drain hose form to the corrugated drain hose.



A. Snap either end of the drain hose form to the drain hose at the point where the corrugation begins.
B. Bend drain hose over drain hose form and snap into place.

**To keep drain water from going back into the washer:**

■ Do not straighten the drain hose, and do not force excess drain hose into standpipe. Hose should be secure, but loose enough to provide a gap for air.

■ Do not lay excess hose on the bottom of the laundry tub.

**Floor drain**

You may need additional parts. See Floor drain under "Tools and Parts."

## Secure the Drain Hose

1. Drape the power cord over the washer top.
2. Secure the drain hose to the laundry tub leg or standpipe with the beaded strap provided. (See illustrations A and B.)



A          B          C

If the washer faucets and the drain standpipe are recessed (see illustration C), put the hooked end of the drain hose in the standpipe. Tightly wrap the beaded strap around the water inlet hoses and the drain hose.

Do not force excess drain hose into the standpipe.

## Level the Washer

Properly leveling your washer avoids excessive noise and vibration.

1. Check the levelness of the washer by placing a level on the top edge of the washer, first side to side, then front to back.



If the washer is against a wall, move the washer out slightly before tipping back. If the washer is not level, first prop the front with a wood block and adjust the feet as necessary; then prop the back and adjust feet as necessary. Repeat this step until washer is level.

2. Make sure all four feet are stable and resting on the floor. Then check that the washer is perfectly level (use a level).
3. After the washer is level, use a 17 mm open-end wrench to turn the nuts on the feet tightly against the washer cabinet.
   **IMPORTANT:** All four feet must be tightened. If the nuts are not tight against the washer cabinet, the washer may vibrate.
4. The washer should not move front to back, side to side, or diagonally when pushed on its top edges.
5. Slide the washer to its final location.
6. Confirm the levelness of the washer.

## Complete Installation

1. Check the electrical requirements. Be sure that you have the correct electrical supply and the recommended grounding method. See "Electrical Requirements."
2. Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.
3. Check that you have all of your tools.
4. Dispose of/recycle all packaging materials.
5. Check that the water faucets are on.
6. Check for leaks around faucets and inlet hoses.

---

### ⚠ WARNING



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

---

7. Plug into a grounded 3 prong outlet.
8. Read "Washer Use."
9. To test and to clean your washer, measure ½ of the detergent manufacturer's recommended amount of HE High Efficiency detergent for a medium-size load. Pour the detergent into the detergent dispenser. Select QUICK WASH, and then select START. Allow the washer to complete one whole cycle.



*Use only HE High Efficiency detergent.*

# FEATURES AND BENEFITS



The wool wash cycle of this machine has been approved by Woolmark for the washing of machine washable Woolmark products provided that the garments are washed according to the instructions on the garment label and those issued by the manufacturer of this washing machine, M0706.

## Electronic Controls
Flexible electronic controls are easy to use whether you are a beginner or an expert.

## Smart Dispensers
The Smart Dispensers make your washer truly automatic. This washer provides a four-compartment dispenser which includes separate compartments for High Efficiency "HE" detergent, fabric softener, liquid chlorine bleach and oxygen based stain fighters or color-safe bleach. The dispenser can easily be removed for cleaning. Laundry products are dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them and ensuring that these cleaning products perform their very best.

## Deep Clean with Steam
This washer has a built-in steaming unit which is combined with the DEEP CLEAN option to provide multiple temperatures to help remove a variety of stains from garments.

## Oxi / Color-safe Bleach Dispenser
With the Oxi / Color-safe bleach dispenser, there is no need to come back and add your oxygen based stain fighter or your color-safe bleach. Delaying the introduction of these products helps remove many stains better.

## Clean Washer Cycle with Steam
This cycle uses steam to raise the temperature of the unit and makes the washer self-cleaning, flushing the machine's interior free of dirt and other residue. The use of AFFRESH™ washer cleaner or liquid chlorine bleach with this cycle, will remove and help avoid odor-causing residue.

## Auto Water Level
This washer automatically adjusts water level for optimal cleaning and rinsing performance. Two sensors determine load size, load composition, and suds level, then the sensors adjust the water level to the proper setting. This eliminates guesswork. The water level is just right for every wash load size.

## Larger Load Size
Since there is no agitator, you can wash larger, bulkier items such as a king-sized bedspread. You are also able to wash more clothes at one time, which means fewer loads.

## Stainless Steel Drum
The stainless steel drum eliminates corrosion and enables higher spin speeds for more water extraction, helping to reduce drying time compared to traditional top-load washers.

## High-Efficiency Wash System
Your new front-loading, high-efficiency washer saves time with fewer, larger loads. It also lowers your water and energy bills by helping conserve resources.

## Spin Speeds
This washer automatically selects the spin speed based on the cycle selected. This factory setting can be changed, however. This washer offers up to five different spin speed choices.

## Heating Element
This washer has a heating element that automatically heats the water to the optimal temperature on select cycles. This enables stepped cleaning, a process in which warm water is brought in and mixed with detergent first, then the water is heated. Stepped cleaning starts the wash cycle with warm water to remove stains (such as blood and grass).

## 6th Sense™ Intuitive Controls
Intuitive intelligence "knows every load" determining load sizes, water levels and how much cleaning time is needed.



## Add A Garment
When this option is available at the beginning of the cycle, the Add a garment Status Light will glow for the first 4-8 minutes. This washer allows a 4-8 minute period in which other garments may be added to a load.

## Direct Injection Wash System
This washer channels 100% of the water through the dispensers to assure thorough rinse-out and mixture of all the laundry products before they touch any garments. The water is then sprayed from the top front onto the center of the load, providing even distribution and optimum cleaning performance. It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

## Efficient Detergent System with Anti-Escape Valve
This washer has a specially designed valve that closes during the wash portion of the cycle so that 100% of the water and detergent mixture is used on the load. The Efficient Detergent System ensures that no water or detergent is wasted.

## 6-Point Suspension System
Shock absorbers, 2 springs and electronic controls are specially designed to help redistribute the load automatically and minimize movement of the wash drum during the spin cycle. The 6-Point Suspension System reduces the amount of force transmitted to the floor by the washer, resulting in reduced noise and vibration.

# WASHER USE



**NOTE:** The panel shown above may be different from that of your model.

## Starting Your Washer

### ⚠ WARNING



**Fire Hazard**

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

## First Wash Cycle Without Laundry

Before washing clothes for the first time, if not completed during the final installation step, choose the QUICK WASH cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium-size load. This initial cycle serves to ensure the interior is clean before washing clothes.

## For All Wash Cycles

1. Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

   ■ The washer can be fully loaded, but not tightly packed. Washer door should close easily.

   ■ Mix large and small items and avoid washing single items. Load evenly.

   ■ Wash small items, such as infant socks, in mesh garment bags. It is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

   ■ When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTES:**

   ■ After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin.

   ■ The door can be opened only if PAUSE/CANCEL is selected while the Add A Garment light is glowing or if the cycle has been canceled.

   ■ See "To cancel a cycle" in "Changing, Cycles, Options and Modifiers" section.

3. Open the dispenser drawer and add laundry products to the detergent, bleach, fabric softener, or oxygen based stain fighter/ color-safe bleach compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

4. Turn on the washer by selecting POWER. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will glow green. When you are selecting a wash cycle, the preset options and modifiers (such as Water Temp, Spin Speed, and Soil Level) for the selected cycle will glow green. Selectable options will glow amber. If an option or modifier is unavailable with a selected cycle, the light will not illuminate. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."

5. Select the desired Options. Not all options are available with all cycles. See "Options."

6. Select the desired modifiers such as Water Temp, Spin Speed and Soil Level. Not all modifiers are available with all cycles and options. See "Modifiers."

7. If desired, select the CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Select Loud, Soft or Off.

8. If desired, select the BUTTON SOUND. This feature makes a sound each time a button is pressed. Select Loud, Soft or Off.

9. Select and hold START for approximately 1 second.
   - ■ If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.
   - ■ When the wash cycle is complete, the DONE status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the DONE light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.

10. To use the same cycle again, press POWER first, then select START.

11. **To begin the wash cycle later**
    Select DELAY WASH until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window.

    **IMPORTANT:** When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

## Using the Dispenser

Your new washer has a dispenser drawer with four separate compartments for your laundry products—one is for high efficiency detergent, one is for liquid chlorine bleach, one is for liquid fabric softener and one is for oxygen based stain fighters or color-safe bleach. Laundry products are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry products directly into the wash tub. Always use the proper dispensers when adding laundry products.

## Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

## To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.
3. Push in the dispenser drawer slowly and completely (to avoid a spill).



**Dispenser**

*A. Dispenser release lever*
*B. Oxi / Color-safe bleach compartment*
*C. Detergent type selector*
*D. High Efficiency "HE" detergent compartment*
*E. Chlorine bleach compartment*
*F. Fabric softener compartment*

### Oxi / Color-safe bleach compartment
(Letter B in Dispenser Illustration)

Liquid or powdered oxygen based stain fighter / color-safe bleach may be used in this compartment, however powder is recommended for optimal timed release. Add your oxygen based stain fighter / color-safe bleach to this compartment when using the OXI DISPENSER option. The oxygen based stain fighter / color-safe bleach will automatically be dispensed during the wash cycle if the OXI DISPENSER option is selected.

**IMPORTANT:** When delaying a cycle, use only powdered detergents in the Oxi / Color-safe bleach compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

## High Efficiency "HE" detergent compartment

(Letters A and C in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your wash cycle. The detergent type selector (A) must always be in the correct position for the detergent type used. Slide the detergent type selector to the correct position.

**IMPORTANT:** If you are using the Delay Wash option, powdered detergent should be used in the compartment since liquid detergents may seep out of the compartment, before the wash begins.

- Use the detergent manufacturer's recommended amount for load size.

- **Liquid detergent:**



*Selector in position for liquid detergent*

*A. Detergent type selector*

- **Powdered detergent:**



*Selector in position for powdered detergent*

*A. Detergent type selector*

## Chlorine bleach compartment

(Letter E in Dispenser Illustration)

Add no more than ⅔ cup (160 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

- Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess. Follow the manufacturer's directions for proper use.

- Do not fill beyond the "MAX" level. Overfilling could cause garment damage.

## Fabric softener compartment

(Letter F in Dispenser Illustration)

Pour measured liquid fabric softener into the fabric softener dispenser, if desired.

- Do not overfill. The dispenser holds ¼ cup (60 mL).

- The fabric softener is dispensed in the rinse cycle. If Extra Rinse is selected, the fabric softener will be dispensed during the Extra Rinse.

- Do not use fabric softener dispensing balls in this washer. Dispensing balls will not operate correctly with this washer.

- Do not spill or drip any fabric softener onto the clothes.

- At the end of the cycle, a small amount of water may be left in the dispenser. This is normal.

**NOTE:** Use only liquid fabric softener in this dispenser.

## Pausing or Restarting

1. To pause the washer at any time, press PAUSE/CANCEL.
2. To continue the cycle, press START (for approximately 1 second).

## Changing Cycles, Options and Modifiers

Not all Options and Modifiers are available with all cycles. Available modifiers will glow amber. If an option or modifier is unavailable with a selected cycle, the light will not illuminate. Cycles, Options and Modifiers can be changed anytime before START is selected.

### To cancel a cycle and select a new cycle

1. Press PAUSE/CANCEL twice.
2. Press POWER.
3. Select desired cycle.
4. Select the desired Options or modifiers such as Water Temp, Spin Speed and Soil Level.
5. Press START (for approximately 1 second) to restart the washer at the beginning of the new cycle.

### To cancel a cycle

1. Press PAUSE/CANCEL twice.
2. The washer powers down, the door unlocks, and clothes can be removed.

**NOTE:** If the water level or the temperature is too high, the washer will drain automatically before the door unlocks.

### To change Options or Modifiers after the cycle has started

1. Press PAUSE/CANCEL once.
2. Select the desired Options or modifiers such as Water Temp, Spin Speed and Soil Level. Available selections will glow amber.
3. Press START (for approximately 1 second) to continue the cycle.

## To drain the washer manually

1. Press PAUSE/CANCEL twice.
2. Press POWER.
3. Select DRAIN/SPIN.
4. Press START (for approximately 1 second) to begin the drain.
5. When the spin is complete, the door unlocks. Items can be removed from the washer.

## Status Lights

These lights show which portion of the cycle the washer is operating. They also indicate when you can add an additional item to the wash cycle and when the controls are locked.



## Add a garment

This washer allows an 8-minute period in which other garments may be added to the load. You can add items to the washer if the Add a garment status light is glowing.

**To add items when Add a garment light is glowing**

1. Select PAUSE/CANCEL once. The washer door unlocks after a few seconds, and items can be added.
2. To continue the cycle, close the door and select and hold START (for approximately 1 second).

**To add items when the Add a garment light is not glowing**

1. You must cancel the current cycle by pressing PAUSE/CANCEL twice. This will cancel the wash cycle and options. The washer door unlocks, and items can be added.
2. Close the door, press POWER and select the new cycle and options. Select and hold START (for approximately 1 second).

## Done

The Done status light stays on for 60 minutes after the cycle is complete, and then the washer shuts off.

## Sanitized

This washer has a Sanitize water temperature, that is certified by NSF International, an independent third-party testing and certification organization. The certification verifies that the sanitizing cycle reduces 99.9% of bacteria typically found on clothing, bedding and towels, and there is no carryover of bacteria between loads after the cycle is complete.



*Certified to Sanitize*

If the "Sanitize" wash temperature was selected, when the wash cycle is complete, the DONE status light will illuminate, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the DONE status light turns off.

## Controls Lock/Unlock

The Controls Lock avoids unintended use of the washer. You can also use the control lock feature to avoid unintended cycle or option changes during a cycle. When Controls Lock is lit, all buttons are disabled except for Pause/Cancel and Start. You can lock the controls while the washer is operating.

**To lock the controls**
Press and hold CONTROLS LOCK/UNLOCK for 3 seconds after the cycle starts, or when the washer is tuned off.



Controls Lock/Unlock
Hold for 3 Seconds

The status light next to the CONTROLS LOCK/UNLOCK button will glow.

**To unlock the controls**
Press and hold CONTROLS LOCK/UNLOCK for 3 seconds until the status light turns off.

**NOTE:** To lock or unlock the controls when the washer is off, press and hold CONTROLS LOCK/UNLOCK for 3 seconds.

## Door Locked

When the status light glows, the door is locked.

## Sensing/Revising Estimated Time

The cycle times vary automatically based on your water pressure, water temperature, detergent, and clothes load.

The washer will automatically sense the progress in the cycle and adjust the Estimated Time Remaining display. While the washer is sensing, the estimated time will flash and the Sensing status light will glow. When the sensing is complete, the flashing stops, the status light goes off and the Estimated Time Remaining display is updated.

The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUD routine removes extra suds and assures proper rinsing of your garments. See "Troubleshooting." During the unbalance routine the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.

## Clean Washer Reminder

The Clean Washer Reminder light illuminates to remind you to use the Clean Washer cycle regularly. The reminder light will illuminate every 30 cycles. The reminder light may be reset by either running the Clean Washer cycle, or by pressing the CLEAN WASHER RESET button.

Cycles can be selected by turning the Cycle Control knob to the desired cycle. Each cycle is designed for different types of fabric and soil levels. The modifier indicator lights, on the right-hand side of the panel, will change as cycles are selected.



■ Each cycle has a preset Soil Level (estimated cycle time), Water Temperature and Spin Speed, and may have preset options. The preset settings provide the recommended fabric care for the selected cycle.

■ The preset settings will glow green to show the preselected options and modifiers, and be changed anytime before START is pressed. Not all options and modifiers are available with all cycles. Available selections glow amber. (To change settings after the cycle has started, press PAUSE/CANCEL once, then select the desired settings. Press START to continue the cycle.)

■ Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent in slow-speed cycles.

## Preset cycle settings

Each cycle has a preset Soil Level (cycle time), Water Temperature, and Spin Speed. The preset settings provide the recommended fabric care for the selected cycle. See chart.

| Cycle | Soil Level (cycle time) | Water Temp | Spin Speed |
|---|---|---|---|
| Whitest Whites | Normal (1:20) | Hot/Cold | Extra High |
| Heavy Duty | Normal (1:10) | Hot/Cold | Extra High |
| Bulky Items | Normal (0:55) | Warm/Cold | Low |
| Active Wear | Normal (0:40) | Warm/Cold | Medium |
| Normal/ Casual | Normal (0:50) | Warm/Cold | High |
| Delicate | Normal (0:40) | Warm/Cold | Medium |
| Wool | Normal (0:30) | Warm/Cold | Medium |
| Silk | Normal (0:25) | Cold/Cold | No Spin |
| Hand Washables | Normal (0:30) | Cold/Cold | Low |
| Quick Wash (2-3 items) | Light (0:25) | Warm/Cold | Extra High |

| Cycle | Soil Level (cycle time) | Water Temp | Spin Speed |
|---|---|---|---|
| Clean Washer | N/A (1:05) | N/A | N/A |
| Soak | Normal (0:30) | Warm/Cold | No Spin |
| Rinse/Spin | Normal (0:22) | Cold/Cold | Extra High |
| Drain/Spin | Normal (0:13) | N/A | Extra High |

## To change the preset cycle settings

Press the selector of each available setting until the desired setting glows green.

### Whitest Whites

This cycle is especially designed for cleaning loads of soiled white fabrics with the addition of bleach. Hot washing temperatures assure optimal bleach activity. An additional rinse provides optimal rinse performance to avoid chlorine residues on your laundry. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying time.

### Heavy Duty

Use this cycle to wash loads of sturdy, colorfast fabrics and heavily soiled garments. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying times. If the water temperature is lower than needed for this cycle, the heater will warm the water to the optimum temperature.

### Bulky Items

Use this cycle to wash large items such as blankets and comforters. This cycle starts with a soak to thoroughly saturate your large load. This is followed by medium wash action and low-spin speeds to maintain load balance.

### Active Wear

Use this cycle to wash small loads of exercise wear such as biking shorts, tank tops, running tights, and other performance clothing. This cycle combines low-speed tumbling and medium-speed spin for gentle fabric care.

### Normal/Casual

Use this cycle to wash loads of no-iron fabrics, such as sport shirts, blouses, casual business clothes, permanent press blends, cottons and linens, and synthetic fabrics. This cycle combines medium-speed tumbling, high-speed spin, and a load cooling process to reduce wrinkling.

**NOTE:** For the best energy performance, use the Normal/Casual Cycle.

### Delicate

Use this cycle to wash sheer fabrics and lingerie. This cycle combines low-speed tumbling and medium-speed spin for gentle fabric care.

### Wool

Use this cycle to clean machine washable woolen garments. (Check the care instructions to make sure that garment is washable.) CRADLE CLEAN™ motion offers gentle fabric care for safe and effective cleaning of washable wool. This cycle features gentle tumbling and medium-speed spin to provide optimum garment care.

### Silk

Use this cycle to clean washable silk garments. (Check label instructions to make sure that garment is washable.) This cycle gently tumbles and drains without spinning to gently clean garments and minimize wrinkling. Because there is no spinning action, garments will contain a higher amount of water at the end of this cycle. CRADLE CLEAN™ motion offers gentle fabric care for safe and effective cleaning of silk.

■ Use mesh garment bags to wash undergarments such as underwire bras, items with strings, and small items such as infant socks.

### Hand Washables

Use this cycle to clean hand washable and special-care garments. Similar to the way garments are hand washed in a sink, the wash action of this cycle combines periods of low-speed tumbling and soaking. Low-speed spin reduces wrinkling.

■ Use mesh garment bags as necessary.

### Quick Wash

Use this cycle to wash small loads of 2-3 lightly soiled garments that are needed in a hurry. This cycle combines fast-speed tumbling, a shortened wash time, and extra high speed spin to shorten drying time.

### Clean Washer

Use the Clean Washer cycle once a month to keep the inside of your washer fresh and clean. This cycle uses a higher water level. Use with AFFRESH™ washer cleaner tablet or liquid chlorine bleach to thoroughly clean the inside of your washing machine. This cycle should not be interrupted. See "Cleaning Your Washer" in the "Washer Care" section.

**IMPORTANT:** Do not place garments or other items in the washer during the Clean Washer cycle. Use this cycle with an empty wash drum.

### Soak

Use the Soak cycle to help remove small spots of set-in stains on fabrics. This cycle provides a soak time with warm or cold water followed by drain. Extra water, a short tumbling phase for equal distribution of the laundry, and a soaking time without drum movement improve the removal of set-in stains. Drain without spin assures gentle treatment, even for delicate articles.

### Rinse/Spin

Use this cycle to get a rinse and spin only. This cycle combines fast-speed tumbling and extra high speed spin. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**A Rinse/Spin cycle is useful for**

■ Loads that need rinsing only.

■ Adding fabric softener to a load.

### Drain/Spin

Use this cycle to drain your washer or to drain and spin your wash load. The spin speed is preset to extra high. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**NOTE:** Loads of synthetics, delicate fabrics, hand washables, and washable woolens should be drained with no spin or low spin speed to avoid fabric stress.

## Normal Washer Sounds

As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked and unlocked, and during the washing, rinsing, and spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation.

## Options

You can customize your wash by adding options to your cycle selections. You can add or change an option after starting a cycle anytime before the selected option begins. Not all options are available with all cycles. Available options will glow amber. Current selections will glow green. If an option is unavailable with a selected cycle, the light will not illuminate.



■ See the "Laundry Guide" for an overview of possible options for each Wash Cycle selection.

■ You can select more than one option for a cycle. Some options cannot be added to some cycles. For example, Deep Clean cannot be added to the Quick Wash cycle.

■ If an option is unavailable with a selected cycle, there will be 3 short tones, and the light for that option will not glow when selected.

### Delay Wash

To begin the wash cycle later, select DELAY WASH until the desired delay time (in hours) shows in the Estimated Time Remaining display, and then select START. The countdown to the wash cycle will show in the display window, and the button indicator will blink until the cycle begins.

**IMPORTANT:** When delaying a cycle, use only powdered detergents in the high efficiency "HE" detergent compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

### Clean Washer Reminder

The Clean Washer Reminder light illuminates to remind you to use the Clean Washer cycle regularly. The reminder light will illuminate every 30 cycles. The reminder light may be reset by either running the Clean Washer cycle, or by pressing the CLEAN WASHER RESET button.

### Deep Clean with Steam

Use this option for heavily soiled loads that need improved stain treatment, loads with multiple types of stains, or loads you suspect as having stains, but are afraid may have been missed (no sorting or searching for stains). When Deep Clean with Steam is selected, the water temperature of the selected wash cycle is automatically set to warm. The water will then be slowly heated to the temperature selected, along with steam, to aid in stain removal. This option will provide optimal removal of organic stains such as blood and grass.

### Oxi Dispenser

Use this option when using an oxygen based stain fighter or color-safe bleach in the dispenser. Selecting this option will delay the addition of these products into the wash cycle and improve their effectiveness.

Add using the "Oxi / Color-safe bleach" section of the dispenser drawer.

### Extra Rinse

An extra rinse can be used to aid in the removal of detergent or bleach residue from garments. This option provides an additional rinse with the same water temperature as the first rinse.

### Cycle Signal

This signal is helpful when you are removing items from the washer as soon as it stops. Press CYCLE SIGNAL to select Loud, Soft or Off.

### Button Sound

Button sounds are used to notify you of what has been selected or to let you know when something is not available. Press BUTTON SOUND to select Loud, Soft or Off.

## Modifiers

Preset cycle settings of Water Temperature, Spin Speed, and Soil Level can be changed. You can change a modifier after starting a cycle anytime before the selected modifier begins. Not all modifiers are available with all cycles and options. Available options will glow amber. Current selections will glow green. If a modifier is unavailable with a selected cycle, the light will not illuminate.

**NOTE:** The panel shown below may be different from that of your model.



- To change the water temperature, select the WATER TEMP button until the desired setting glows green.

- To change the spin speed, select the SPIN SPEED button until the desired setting glows green.

- To change cycle time, select SOIL LEVEL button until the desired setting glows green.

### Water Temp

Select a water temperature based on the type of load you are washing. Use the warmest wash water safe for fabrics. Follow garment label instructions.

Warm rinses leave the loads dryer than cold rinses. Warm rinses increase wrinkling. In cold climates, a warm rinse makes the load more comfortable to handle. Cold rinses save energy.

- This washer has a Sanitize water temperature, that is certified by NSF International, an independent third-party testing and certification organization. The certification verifies that the sanitizing cycle reduces 99.9% of bacteria typically found on clothing, bedding and towels, and there is no carryover of bacteria between loads after the cycle is complete.



*Certified to Sanitize*

- The Sanitize temperature provides an extra high temperature to remove 99.9% of certain bacteria. It is recommended that you set your hot water heater to 120°F (49ºC) to ensure proper performance during this cycle.

- The Sanitize Water Temp uses high water temperatures. Please check garment care label to avoid garment damage.

- In wash water temperatures colder than 60°F (15.6°C), detergents do not dissolve well. Soils may be difficult to remove.

### 6TH SENSE™ Technology

The 6TH SENSE™ Technology control electronically senses and maintains a uniform water temperature. 6TH SENSE™ Technology control regulates incoming hot and cold water. 6TH SENSE™ Technology control is automatically turned on when a cycle is selected. See "Preset Cycle Settings" in "Cycles." 6TH SENSE™ Technology control ensures consistent cleaning.

- 6TH SENSE™ Technology control works for all wash temperature settings.

- 6TH SENSE™ Technology works for the rinse temperature where the wash temperature setting is marked with an asterisk, such as Warm*. All other rinse temperatures are cold.



## Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | AVAILABLE OPTIONS | | | |
|---|---|---|---|---|---|
| | | Delay Wash | Deep Clean | Oxi Dispenser | Extra Rinse |
| **Whitest Whites** | Soiled white fabrics | ✔ | ✔ | ✔ | ✔ |
| **Heavy Duty** | Sturdy, colorfast fabrics and heavily soiled garments | ✔ | ✔ | ✔ | ✔ |
| **Bulky Items** | Normally soiled blankets and comforters | ✔ | ✔ | ✔ | ✔ |
| **Active Wear** | Use this cycle to wash small loads of exercise wear or other high-performance clothing that require gentle fabric care | ✔ | | | ✔ |
| **Normal/Casual** | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | ✔ | ✔ | ✔ | ✔ |
| **Delicate** | Special-care items marked "Hand Washable" | ✔ | | | ✔ |
| **Wool** | Woolens with a felt-free finish, identified as machine washable | ✔ | | | ✔ |
| **Silk** | Fabrics made of silk identified as machine washable | ✔ | | | ✔ |
| **Hand Washables** | Special-care items marked "Hand Washable" | ✔ | | | ✔ |
| **Quick Wash** | 2-3 lightly soiled wear items made of cotton, polyester, nylon, or cotton blends | ✔ | | | ✔ |
| **Clean Washer** | No clothes, use AFFRESH™ washer cleaner tablet or chlorine bleach | ✔ | | | |
| **Soak** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | | |
| **Rinse/Spin** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | | ✔ |
| **Drain/Spin** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | | |

# LAUNDRY TIPS

**Preparing clothes for washing**
Follow these recommendations to help you prolong the life of your garments.

■ Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

■ Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.

■ Empty pockets and turn them inside-out.

■ Turn down cuffs; brush away lint and dirt.

■ Turn wool and synthetic knits inside-out to avoid pilling.

■ Tie strings and sashes so they will not tangle.

■ Mend tears, loose hems, and seams.

■ Treat spots and stains.

■ Stained or wet garments should be washed promptly for best results.

■ Mix large and small items, avoid washing single items, and load evenly.

■ Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

**NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.

- Separate dark colors from light colors, colorfast items from noncolorfast items.

- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.

- When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

### Loading suggestions

**Heavy Work Clothes**

| | |
|---|---|
| 4 jeans | 2 sweatpants |
| 4 workpants | 2 sweatshirts |
| 4 workshirts | |

**Towels**

| | |
|---|---|
| 10 bath towels | 14 washcloths |
| 10 hand towels | |

**Mixed Load**

| | |
|---|---|
| 3 sheets (1 king, 2 twin) | 9 T-shirts |
| 4 pillowcases | 9 shorts |
| 3 shirts | 10 handkerchiefs |
| 3 blouses | |

**Quick Wash**

| | |
|---|---|
| (2-3 garments) | 2 dress shirts |
| | 1 pair dress pants |

# WASHER CARE

## Cleaning Your Washer

The Washer Maintenance Procedure should be performed on a monthly basis.

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect areas under the seal. Remove any foreign objects.



A. Seal

3. If stained areas are found, wipe down these areas of the seal, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**

- Wear rubber gloves when cleaning for prolonged periods.

- Refer to the bleach manufacturer's instructions for proper use.

### Washer Maintenance Procedure

This washer has a special cycle that uses higher water volumes and steam, in combination with AFFRESH™ washer cleaner or liquid chlorine bleach to thoroughly clean the inside of the washer.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.

- If necessary, the cleaning cycle may be interrupted by pressing the Pause/Cancel button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.
2. **Using the AFFRESH™ washer cleaner (Recommended):** Add one AFFRESH™ washer cleaner tablet to the washer drum.

   **If using liquid chlorine bleach:**
   Open the dispenser drawer and immediately add ⅔ cup (160 mL) of liquid chlorine bleach to the bleach compartment.

   **NOTE:** Do not add any detergent to this cycle. Use of more than ⅔ cup (160 mL) of bleach will cause product damage over time.

3. Close the washer door and dispenser drawer.
4. Select the CLEAN WASHER cycle.
5. Press START.

   **NOTE:** The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.

   - The machine will bring in some inlet water, and the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.

6. The cycle will determine whether clothing or other items are in the washer.

   a) If no items are detected in the washer, it will proceed to Step 7.

   b) If any items are detected in the washer, "rL" will be displayed, and the WASH and CONTROLS LOCKED lights will remain lit. The door will unlock. Open and remove any garments in the wash drum.

      ■ Press PAUSE/CANCEL to cancel the failure code. Then repeat steps 3, 4 and 5 to start the cycle again.

7. Once the cycle has begun, allow the cycle to complete.

8. After the cycle is complete, leave the door open slightly, to allow for better ventilation and drying of washer interior.

**Always do the following to maintain washer freshness**

■ Use only HE High Efficiency detergent.

■ Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.

■ Repeat the cleaning procedure monthly or when the CLEAN WASHER REMINDER light illuminates.

■ If you are not ready to run the Clean Washer cycle, but the Clean Washer Reminder light is illuminated, press the Clean Washer Reset button.

■ If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever in the oxygen based stain fighter/ color-safe bleach compartment. See "Using the Dispenser." Remove the drawer.

2. Remove the inserts (the siphon from the softener and bleach compartments and the detergent selector).

3. Wash the parts under running water.

4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

■ Unplug washer or disconnect power.

■ Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.

■ Slightly open door to provide ventilation.

**To winterize washer:**

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.

2. Run washer on a Drain/Spin cycle.

3. Unplug washer or disconnect power.

4. Shut off both water faucets.

5. Disconnect water inlet hoses from faucets and drain.

**To use washer again:**

1. Flush water pipes. Reconnect water inlet hoses to faucets. Turn on both water faucets.

---

**⚠ WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

---

2. Plug in washer or reconnect power.

3. Run the washer through the Quick Wash cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

**To transport the washer:**

1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a Drain/Spin cycle.

2. Unplug the power cord.

3. Disconnect the drain hose from the drain system and attach to rear panel clips.

4. Shut off both water faucets.

5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.

**IMPORTANT:** Call for service. Do not reuse transport bolts. Washer must be transported in the upright position. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

**Reinstalling the washer**

1. Follow the "Installation Instructions" to locate, level and connect the washer.

2. Run the washer through the Quick Wash cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

# TROUBLESHOOTING

**First try the solutions suggested here to possibly avoid the cost of a service call...**

## Washer displaying code message and tone sounds

- **"F20" (Water Inlet Problem—no water or insufficient water supply)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Are water faucets completely turned on?

  Are screens at inlet hose connection to washer clogged?

  Are water inlet hoses kinked?

  Are water inlet hoses frozen?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

- **"F21" (Drain Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?

  Is the drain hose frozen?

  Is the drain hose clogged?

  Is the drain hose more than 96" (2.4 m) above the floor?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

- **"SUD" (Suds Routine)**
  When excessive suds are detected, a suds routine automatically starts. This routine removes extra suds and assures proper rinsing of your garments. "SUD" is displayed during rinsing to inform you that Suds Routine was activated. Use only HE (High Efficiency) detergents.

- **"F22" (Front door lock)**
  Select PAUSE/CANCEL twice to cancel the cycle.

  **Check the following:**
  Is the washer door firmly shut?
  The door must be completely closed for the washer to operate. The door may look closed, but may not be latched. Open the door and close firmly.

  Were you washing a large load?
  Before you close the washer door, check for laundry items sticking out beyond the door opening. Leave enough space in the washer to allow the clothes to tumble freely. An overloaded basket may keep the door from shutting completely. Reduce your load size if needed.

  Press POWER and select START.

- **"F" codes other than F20, F21 or F22**
  Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN/SPIN if there is excessive water in the washer.

  Re-select cycle and press START. If the problem remains, call for service.

## Washer won't start



## ⚠ WARNING

**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is the washer door firmly closed?

  Has a cycle been selected, but START has not been selected and held for 1 second?

  Was the door open after completion of last cycle?

## Washer won't fill, wash or rinse

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug? Check electrical source or call an electrician.

  Are the hot and cold water faucets turned on?

  Is the water inlet hose kinked?

  Are the water inlet valve screens clogged?
  Turn off the water and remove inlet hoses from the washer. Remove any accumulated film or particles. Reinstall hoses, turn water on and check for leaks.

## Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call an electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## Washer won't drain or spin

■ **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**

■ **Is your voltage low?**
Check electrical source or call electrician. Do not use an extension cord.

■ **Is the "SUD" routine active?**
Cycle will complete once extra suds are removed.

■ **Is the load balanced?**
A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

■ **Is the washer level?**
The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

■ **Is the washer gurgling or humming?**
As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

■ **Are you washing items with metal snaps, buckles or zippers?**
You may hear metal items touching the washer drum. This is normal.

■ **Is washer installed on a sturdy and solid floor?**
Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Washer leaks

■ **Check household plumbing for leaks.**

## Dispensers clogged or leaking

■ **Are the laundry products in the correct dispenser compartment?**
Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the high efficiency "HE" detergent compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

■ **Is the detergent type selector in the correct position?**
Selector should be in the lowered position when using liquid detergent and in the upper position when using powdered detergent.

## Washer odor

■ **See "Cleaning Your Washer."**

■ **Are you using AFFRESH™ washer cleaner on a regular basis?**
AFFRESH™ washer cleaner removes and avoids odor-causing residue in all High Efficiency washers. For washers where odor is present, use 3 tablets instead of 1 tablet. After the CLEAN WASHER cycle is complete, wipe away residue if necessary.

■ **Are you using HE detergent?**
Use of non-HE detergent can cause a film residue which can result in odor.

■ **Did you leave the door open after use?**
This washer has a tight seal to avoid water leaks. To avoid odors, leave the door open to allow the washer to dry between uses.

## Load too wet

■ **Did you use the right cycle for the load being washed?**
Select a cycle with a higher spin speed.

■ **Did you wash a single item or bulky items or have you overloaded the washer?**
A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a DRAIN/SPIN cycle. If the laundry is still wet, take half of the load out of the washer and try again.

## Residue or lint on load

■ **Did you add detergent to the dispenser?**
For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.

■ **Did you sort properly?**
Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Also sort by color.

■ **Did you overload the washer?**
Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if the washer is overloaded.

■ **Check the following:**
Was paper or tissue left in pockets?

■ **Did you use enough HE detergent?**
Use enough detergent to remove lint and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.

■ **Is your water colder than 60°F (15.6°C)?**
Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent.

■ **Are you using a low-speed wash cycle?**
Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles such as Delicate, Hand Washables, Silk and Wool.

## Stains on load

■ **Did you add detergent to the dispenser?**
For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.

■ **Did you use enough HE detergent?**
Use enough detergent to remove soil and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.

■ **Is there above average iron (rust) in water?**
You may need to install an iron filter.

■ **Did you properly sort the load?**
Sort dark clothes from whites and lights.

- **Did you unload the washer promptly?**
  To avoid the transfer of dye, unload the washer as soon as it stops.

- **Did you use a fabric softener dispensing ball?**
  Dispensing balls will not operate correctly with this washer. Add liquid fabric softener to the fabric softener compartment.

- **Did you use powdered detergent in a low-speed cycle?**
  Consider using liquid detergent.

- **Did you use Quick Wash on a large load?**
  For best results, use Quick Wash for small, lightly soiled loads.

## Load is wrinkled

- **Did you unload the washer promptly?**
  Unload the washer as soon as it stops.

- **Did you use the right cycle for the load being washed?**
  Use the Delicate, Hand Washables or another cycle with a low-spin speed to reduce wrinkling.

- **Did you overload the washer?**
  The wash load must be balanced and not overloaded. Loads should tumble freely during washing.

## Gray whites, dingy colors

- **Did you properly sort the load?**
  The transfer of dye can occur when mixing whites and colors in a load. Sort dark clothes from whites and lights.

- **Was the wash temperature too low?**
  Use hot or warm washes if safe for the load. Make sure your hot water system is adequate to provide a hot water wash.

- **Did you use enough detergent, or do you have hard water?**
  Use more detergent for washing heavy soils in cold or hard water.

## Cycle too long

- **Did you choose the Deep Clean with Steam option?**
  In this case, the heater and steamer will be activated to provide maximum cleaning performance. Additional time will be added to the regular cycle to heat the water. This additional time will depend on the load size and the hot water inlet temperature.

- **Is the hot water inlet set to the recommended temperature of 120°F (49°C)?**
  A hot water temperature below the recommended setting will increase heating time.

- **Is "SUD" shown in the display?**
  Excessive sudsing has been detected and a suds routine has been started to reduce excessive suds. This routine will add time to the original cycle.

- **Did you wash a large load using the Quick Wash cycle?**
  The Quick Wash Cycle is designed for smaller load sizes (2-3 items of lightly soiled garments). If larger loads are washed using this cycle, wash time will be increased.

- **Did you wash a large load using a gentle cycle?**
  When using the Delicate, Hand Washables, Silk, and Wool cycles you should use small loads. This ensures a gentle wash for your garments without increasing cycle times.

- **Did the load cause imbalance?**
  When too much imbalance occurs, an imbalance routine will start to redistribute the load. During the imbalance routine, the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.

## Door locked at end of wash cycle

- **Did all of the water drain out of the washer during the spin?**
  Select DRAIN/SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.

# ASSISTANCE OR SERVICE

Before calling for assistance or service, please check "Troubleshooting." It may save you the cost of a service call. If you still need help, follow the instructions below.

When calling, please know the purchase date and the complete model and serial number of your appliance. This information will help us to better respond to your request.

## If you need replacement parts

If you need to order replacement parts, we recommend that you only use FSP® factory specified parts. These parts will fit right and work right because they are made with the same precision used to build every new WHIRLPOOL® appliance.

**To locate FSP® replacement parts in your area:**

In the U.S.A., call the Customer eXperience Center at **1-800-253-1301**, or your nearest designated service center.

In Canada, call **1-800-807-6777**, or your nearest designated service center.

## In the U.S.A.

Call the Whirlpool Customer eXperience Center toll free: **1-800-253-1301.**

**Our consultants provide assistance with:**

- Features and specifications on our full line of appliances

- Installation information

- Use and maintenance procedures

- Accessory and repair parts sales

- Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)

- Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

## For further assistance

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

Call the Whirlpool Canada LP Customer Interaction Centre toll free: **1-800-807-6777.**

**Our consultants provide assistance with:**

■ Use and maintenance procedures

■ Accessory and repair parts sales

■ Features and specifications on our full line of appliances

■ Referrals to local dealers, repair parts distributors, and service companies. Whirlpool Canada LP designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in Canada.

**For further assistance**

If you need further assistance, you can write to Whirlpool Canada LP with any questions or concerns at:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Please include a daytime phone number in your correspondence.

# WHIRLPOOL CORPORATION LAUNDRY PRODUCT WARRANTY

## ONE YEAR LIMITED WARRANTY

For one year from the date of purchase, when this product is operated and maintained according to instructions attached to or furnished with the product, Whirlpool or Whirlpool Canada (hereafter "Whirlpool") will pay for factory specified replacement parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company.

## ITEMS WHIRLPOOL WILL NOT PAY FOR

1. Service calls to correct the installation of your product, to instruct you how to use your product, to replace or repair house fuses or to correct house wiring or plumbing.

2. Repairs when your product is used for other than normal, single-family household use.

3. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by Whirlpool.

4. Replacement parts or repair labor costs for units operated outside the United States or Canada.

5. Pickup and delivery. This product is designed to be repaired in the home.

6. Repairs to parts or systems resulting from unauthorized modifications made to the product.

7. Expenses for travel and transportation for product service in remote locations.

8. The removal and reinstallation of your product if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

Outside the 50 United States and Canada, this warranty does not apply. Contact your authorized Whirlpool dealer to determine if another warranty applies. If you need service, in the U.S.A., call **1-800-422-1230**. In Canada, call **1-800-807-6777**. 6/06

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major product to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

Dealer name _____

Address _____

Phone number _____

Model number _____

Serial number _____

Purchase date _____