**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,**  a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) ) ) | **Case No. 08 C 242** |
| **Plaintiff,** | ) ) ) | **Hon. Amy J. St. Eve** |
| v. | ) ) | |
| **WHIRLPOOL CORPORATION,** | ) ) ) ) ) | **JURY DEMAND** |
| **Defendant.** | ) | |

## PLAINTIFF LG ELECTRONICS U.S.A., INC.'S MOTION TO SEAL

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel, Winston & Strawn LLP, hereby requests that this Court grant it leave to file the following document under seal: (1) Memorandum of Law in Support of Plaintiff LG Electronics U.S.A., Inc's Motion For Preliminary Injunction, with exhibits. In support of its motion, LG USA states as follows:

1. On January 10, 2008, LG USA filed a Motion for a Preliminary Injunction and Request for an Expedited Hearing. In support of its motion, LG USA also filed, *inter alia*, a Redacted Memorandum of Law and supporting exhibits, one of which was a redacted version of the Declaration of Tae Jin Lee;

2. Filed contemporaneously with this Motion is an unredacted version of LG USA's Memorandum of Law and supporting exhibits, one of which is an unredacted version of the Declaration of Tae Jin Lee;

3. These unredacted documents describe and cite information that LG USA has not disclosed publicly and considers to be confidential business information, including the amounts LG USA has spent and will spend on the development and marketing of its Tromm Steam Dryer, which debuted in the United States in late December 2007. Information regarding development and marketing costs of LG USA's Tromm Steam Dryer is disclosed within LG USA only to selected personnel on a need to know basis.

WHEREFORE, for the foregoing reasons, LG USA respectfully requests that its Motion to Seal be granted and that it be granted leave to file the following document under seal: (1) Memorandum of Law in Support of Plaintiff LG Electronics U.S.A., Inc's Motion For Preliminary Injunction, with exhibits.

Dated: January 14, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**

By: /s/ Ronald Y. Rothstein
   One of its attorneys

Ronald Y. Rothstein
Mary Hutchings Reed
Shannon L. Stevens
David A. Latchana
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
rrothstein@winston.com
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion to Seal** will be served on the following via hand delivery on the same date as the Complaint filed by LG Electronics U.S.A., Inc., on January 10, 2008.

> Whirlpool Corporation
> 2000 N. M 63
> Benton Harbor, MI 49022

/s/ Ronald Y. Rothstein_____
One of LG USA's Attorneys