**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,**  a subsidiary of  LG Electronics, Inc., a Korean company, | ) ) ) ) | |
| | ) | Case No.  08 C 242 |
| | ) ) | |
| **Plaintiff,** | ) ) | Hon. Amy J. St. Eve |
| v. | ) ) | |
| **WHIRLPOOL CORPORATION,** | ) ) ) | |
| | ) ) | **JURY DEMAND** |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Whirlpool Corporation
      2000 N. M 63
      Benton Harbor, MI 49022

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on January 17, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction and Request for Expedited Hearing**, a copy of which has been served upon you.

Dated:  January 14, 2008                             **LG ELECTRONICS U.S.A., INC.**

                                                     By:  /s/ Ronald Y. Rothstein
                                                              One of Its Attorneys

                                                     Ronald Y. Rothstein
                                                     Mary M. Hutchings
                                                     Shannon L. Stevens
                                                     David A. Latchana
                                                     WINSTON & STRAWN LLP
                                                     35 West Wacker Drive
                                                     Chicago, Illinois  60601
                                                     rrothstein@winston.com
                                                     (312) 558-5600 – telephone
                                                     (312) 558-5700 – facsimile

                                                     *Counsel for LG Electronics U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Motion** will be served on the following via hand delivery on the same date as the Complaint filed by LG Electronics U.S.A., Inc., on January 10, 2008.

> Whirlpool Corporation
> 2000 N. M 63
> Benton Harbor, MI  49022

> /s/ Ronald Y. Rothstein_____
> One of LG USA's Attorneys

3