**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,** | ) | |
| **a subsidiary of  LG Electronics, Inc.,** | ) | |
| **a Korean company,** | ) | |
| | ) | **Case No.  08 C 242** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Hon. Amy J. St. Eve** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

TO:     Whirlpool Corporation
        2000 N. M 63
        Benton Harbor, MI 49022

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge

Amy J. St. Eve on January 17, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office

Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead,

and present **Plaintiff LG Electronics U.S.A., Inc.'s Motion for Leave to File a Brief in Excess**

**of 15 Pages**, a copy of which has been served upon you.

2

Dated:  January 14, 2008                    **LG ELECTRONICS U.S.A., INC.**


By:  /s/ Ronald Y. Rothstein_____
                One of Its Attorneys

Ronald Y. Rothstein
Mary M. Hutchings
Shannon L. Stevens
David A. Latchana
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
rrothstein@winston.com
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **Notice of Motion** will be served on the following via hand delivery on the same date as the Complaint filed by LG Electronics U.S.A., Inc., on January 10, 2008.

Whirlpool Corporation
2000 N. M 63
Benton Harbor, MI  49022

/s/ Ronald Y. Rothstein_____
One of LG USA's Attorneys