IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>  a subsidiary of LG Electronics, Inc.,<br>  a Korean company, | )<br>)<br>) | |
| | ) | Case No.  08 C 242 |
| | )<br>) | |
| Plaintiff, | ) | Hon. Amy J. St. Eve |
| | ) | |
| v. | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | |
| | )<br>) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Whirlpool Corporation
      2000 N. M 63
      Benton Harbor, MI 49022

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on January 17, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Plaintiff LG Electronics U.S.A., Inc.'s Motion to Seal**, a copy of which has been served upon you.

Dated:  January 14, 2008             Respectfully submitted,

                                                **LG ELECTRONICS U.S.A., INC.**

By:  /s/ Ronald Y. Rothstein_____
        One of its attorneys

Ronald Y. Rothstein
Mary M. Hutchings
Shannon L. Stevens
David A. Latchana
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
rrothstein@winston.com
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Notice of Motion** will be served on the following via hand delivery on the same date as the Complaint filed by LG Electronics U.S.A., Inc., on January 10, 2008.

> Whirlpool Corporation
> 2000 N. M 63
> Benton Harbor, MI  49022

> /s/ Ronald Y. Rothstein_____
> One of LG USA's Attorneys