## United States District Court for the Northern District of Illinois

Case Number: 08cv242        Assigned/Issued By: j. n.

Judge Name:            Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                               ☑ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
                                        _____
☐ Wage-Deduction Garnishment Summons    _____
                                        (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __1-11-08__ as to __whirlpool corporation__
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05