**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

LG Electronics U.S.A., Inc.
                                     Plaintiff,

v.                                                           Case No.: 1:08−cv−00242
                                                             Honorable Amy J. St. Eve

Whirlpool Corporation
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Amy J. St. Eve : MOTION by plaintiff LG Electronics U.S.A., Inc. for leave to file a brief in excess of 15 pages [11] is granted as to the excess pages. The Court will address the request for an expedited hearing on the date the motion for a preliminary injunction is noticed. MOTION by Plaintiff LG Electronics U.S.A., Inc. to seal document [14] is granted Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.