AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

**08 C 242**

LG ELECTRONICS U.S.A., INC.,
a subsidiary of LG Electronics, Inc.,
a Korean company

V.

WHIRLPOOL CORPORATION

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ST. EVE**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Whirlpool Corporation
2000 N. M 63
Benton Harbor, MI 49022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald Y. Rothstein
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**January 11, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1-14-2008 |
| NAME OF SERVER (PRINT) Thomas Wisinski | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Angela NEPPER, Authorized Person, accepted service for Whirlpool Corporation at 211 Hilltop Rd, St Joseph, MI — Whirlpool Corporation Legal Dept Office

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-14-2008
                  Date                Signature of Server

612 Woodworth Pl, Roselle, IL 60172
Address of Server

Subscribed and sworn to me this 14th day of January, 2008

Edward E. Bach Jr
Edward E. Bach, Jr.

"OFFICIAL SEAL"
EDWARD E. BACH JR
Notary Public, State of Illinois
My Commission Expires 03/14/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.