# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 242 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PAMELA ROGERS

I, Pamela S. Rogers, under penalty of perjury, hereby testify as follows:

1.  I am employed by Whirlpool Corporation ("Whirlpool") as Director of Product Development for Front Loading Laundry at Whirlpool's corporate headquarters in Benton Harbor, Michigan.

2.  As Director of Product Development for Front Loading Laundry, I oversee a team that is responsible for the development and delivery of certain new products, and was responsible for overseeing the development and launch of Whirlpool's Duet ® Steam Dryer. I know the following facts to be true of my own personal knowledge or knowledge I have gained from Whirlpool's business records kept in the ordinary course of business or from information transmitted by a person with knowledge of such facts who had a business duty to accurately record them.

3.  Whirlpool is a Delaware Corporation with its headquarters and principal place of business in Benton Harbor, Michigan, which is located in Berrien County, Michigan. Whirlpool employs approximately 3,100 employees in southwestern Michigan.

4. Whirlpool's North American laundry technology and product development centers are located in St. Joseph and Benton Harbor in Berrien County, Michigan. The technology used in the Duet® Steam Dryer was designed and developed by engineers employed at these facilities.

5. A core team of approximately 10 engineers were responsible for the design and development of the Duet® Steam Dryer technology, which is the subject of this lawsuit. The entire team, including the following likely witnesses, are located in Berrien County, Michigan: Stephen Groppel, Project Leader; Bruce Beihoff, Engineering Director; Doug Wood, Engineering Director; Steve Ficke, Engineering Senior Manager; Kirk Dunsbergen, Engineering Senior Manager. All final business decision pertaining to the technology used in the Duet® Steam Dryer were made at Whirlpool's corporate headquarters in Berrien County, Michigan.

6. To my knowledge, none of Whirlpool's employees knowledgeable about the technology used in the Duet® Steam Dryer are located in northern Illinois.

7. All documents related to the technology used in the Duet® Steam Dryer are located at Whirlpool's corporate headquarters in Berrien County, Michigan.

8. There are several different teams of Whirlpool employees comprising approximately 5-20 people per team that were involved in and are knowledgeable about the marketing and advertising for Whirlpool's Duet® Steam Dryer, including Whirlpool's product development, marketing, training, and public relations groups. All the teams, including likely witness, Audrey Reed-Granger, Director of Public Relations, who led Whirlpool's public relations efforts with respect to the Duet® Steam Dryer, are employed at Whirlpool's facilities in Berrien County, Michigan. All final business

decisions pertaining to North American marketing and advertising of the Duet® Steam Dryer were made at Whirlpool's corporate headquarters in Berrien County, Michigan.

9. The design, development, maintenance, and all decisions relating to the content of Whirlpool's website, www.whirlpool.com, including the portions of such website devoted to the marketing of the Duet® Steam Dryer, take place at Whirlpool's corporate headquarters located in Berrien County, Michigan.

10. To my knowledge, none of Whirlpool's employees with knowledge of the design, development, maintenance, and content decisions relating to www.whirlpool.com are located in northern Illinois.

11. To my knowledge, none of Whirlpool's employees knowledgeable about the marketing and advertising for the Duet® Steam Dryer are located in northern Illinois.

12. All documents related to the marketing and advertising for the Duet® Steam Dryer are located at Whirlpool's corporate headquarters in Berrien County, Michigan.

13. Several third parties have knowledge of and were involved in the decision-making with respect to the advertising and marketing of the Duet® Steam Dryer. Such third parties include ARS Advertising Group, an advertising firm located in St. Joseph, Michigan, that assisted in the development of Whirlpool's advertising campaign, media statements, and point of purchase marketing materials for the Duet® Steam Dryer. Additionally, Smith-Dahmer Associates, LLC, a marketing firm located in St. Joseph, Michigan, conducted consumer research with respect to the Duet® Steam Dryer and facilitated interviews with approximately 200 customers who tested and provided feedback on the product. All such third parties with knowledge of Whirlpool's

advertising and marketing campaigns and consumer research are located in Berrien County, Michigan.

14. All of the employees with knowledge of the sales of the Duet® Steam Dryer and the revenue generated therefrom, as well as all documents relating to such sales and revenue, are located at Whirlpool's corporate headquarters in Berrien County, Michigan.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2008

*Pamela S. Rogers* (signature)
Pamela S. Rogers

#2131876