# EXHIBIT 2



LG COMMERCIAL HOME | LG GLOBAL | LG USA | ZENITH



| Homepage |
| Find a Product |
| Line Cards |
| Brochures |
| Channels |
| About LG |
| Press |
| eNewsletters |
| Tradeshows |
| Service Policy |



**FIND A PRODUCT**

Choose one of the following search options and click **GO**

Model#/Keyword

Product Type    Select

Channel    Select

GO

[More Search Options]

**LG IN THE NEWS**

LG ELECTRONICS DELIVERS SINGLE-SOURCE SOLUTION FOR HOSPITALITY, LODGING INDUSTRY

LG Electronics' in-room HDTVs, digital signage solutions and technology innovations entertain and inform hotel and restaurant guests. Delivering a flexible, high-quality media experience throughout the hotel environment, these technologies were featured at the 2007 International Hotel/Motel & Restaurant Show.

READ ARTICLE

**Find My LG Contact**

**Distribution Partners**

Life's Good    [ PRIVACY    [ LEGAL    | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.