# EXHIBIT 2-A



LG COMMERCIAL HOME  |  LG GLOBAL  |  LG USA  |  ZENITH

- Homepage
- Find a Product
- Line Cards
- Brochures
- Channels
- **About LG**
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



**Above and beyond is not a goal, but a standard**

**ABOUT LG ELECTRONICS, INC.**

LG Electronics, Inc. (KSE: 06657.KS) is a global leader and technology innovator in consumer electronics, home appliances and mobile communications, employing more than 72,000 people working in over 120 operations including 80 subsidiaries around the world. Comprising four business units -- Mobile Communications, Digital Appliance, Digital Display and Digital Media with 2006 global consolidated sales of US $48.5 billion -- LG Electronics is the world's largest producer of CDMA handsets, residential air conditioners, plasma panels, optical storage products, DVD players and home theater systems. For more information please visit **www.lge.com**.

**ABOUT LG ELECTRONICS USA, INC.**

Based in Englewood Cliffs, N.J., LG Electronics USA, Inc., (LGEUS) is the North American subsidiary of LG Electronics, Inc., a $48.5-billion global force in consumer electronics, home appliances and mobile communications. In the United States, LGEUS sells a wide range of digital display and digital media products, digital appliances and mobile phones under LG's "Life's Good" marketing theme. For more information, please visit **www.LGusa.com**.

**ABOUT LG COMMERCIAL PRODUCTS**

LG Electronics USA, Inc. is the North American subsidiary of LG Electronics, Inc., a $48.5-billion global force in consumer electronics, home appliances and mobile communications. In the United States, LGEUS sells a wide range of digital display and digital media products, digital appliances and mobile phones under LG's "Life's Good" marketing theme. Based in Lincolnshire, Ill., the LG Commercial Products division serves the B2B, Market Channels, Hospitality and Healthcare markets.

Life's Good    [ PRIVACY    [ LEGAL    | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.