# EXHIBIT 2-B



LG COMMERCIAL HOME  |  LG GLOBAL  |  LG USA  |  ZENITH

- Homepage
- Find a Product
- Line Cards
- Brochures
- **Channels**
  - » B2B
  - » Channel Markets
  - » Healthcare
  - » Hospitality
  - » IT
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



▷ VIEW ALL B2B PRODUCTS

**Above and beyond is not a goal, but a standard**

Displays are a key piece of the communication network puzzle within any large organization. Given the almost infinite variety of environments in which you need to place displays, from small meeting rooms to auditoriums to vast retail spaces, even ensuring that the screen sizes are appropriate to the environment in which the displays reside, is a daunting task.

Yet that's the simplest challenge you face. Network compatibility—between machines, between floors, between offices across the country-along with ease of use, and, perhaps most importantly, how quickly, efficiently and effectively all this technology can be serviced, are all critical factors in the A/V equation. Fortunately, LG has arrived.

**LG owns the factory, not just the name on the front of the display.**
We know our displays inside and out, making us the ideal provider of service, support and refinements to the technology in response to your needs. Owning the factory means having a direct line back to a team of design and engineering experts with a thorough knowledge of our displays and accessories, assuring everything falls beautifully into place. The superior quality of our product, distribution and service is as important to us as it is to you. We have a reputation to build too.

**Dazzling displays for versatile visions.**
The distinctness of your work relies heavily on your choices. With the largest scope of premium displays in the industry, LG provides you the necessary tools to execute truly unique designs. Offering a full array of each line, LG alone specializes in both LCD and plasma displays. With several models of LCDs up to 42 inches and plasmas up to 71 inches,

LG's distinct monitors lets you architect brilliant designs with remarkable difference.

**"Adaptivisuals."**
As A/V needs continue to evolve, you will need a partner as committed to meeting these needs as you are. It is essential that this pivotal technology be of exceptional quality—flexible, adaptable, dependable, future-ready and able to integrate well with technologies new and old. LG offers accessories such as premium speakers, stands, DVD players and more, providing you those "little things" that truly enhance the big picture. With displays able to readily integrate with the most advanced technology and capable of smoothly merging with basic existing systems, LG is the agile, single-source supplier of ample monitors, accessories and answers.

Life's Good    [ PRIVACY    | LEGAL    | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.