# EXHIBIT 2-C



LG COMMERCIAL HOME | LG GLOBAL | LG USA | ZENITH

- Homepage
- **Find a Product**
- Line Cards
- Brochures
- Channels
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



New Search

**Search Results for b2b**

Plasma TV


**60PC1DC**
60" Plasma Integrated HDTV


**50PC5DC**
50" Plasma Integrated HDTV Display


**42PC5DC**
42" Plasma Integrated HDTV Display

Plasma Monitor


**50PM1M**
50" Plasma HDTV Monitor


**42PM1M**
42" Plasma HDTV Monitor

## LCD TV


**32LC7DC**
32" LCD Widescreen 16:9
HDTV Integrated TV


**26LC7DC**
26" LCD Widescreen 16:9
HDTV Integrated TV


**23LS7DC**
23" LCD Widescreen 16:9
HDTV Integrated TV


**20LS7DC**
20" LCD Widescreen 16:9
HDTV Integrated TV

## LCD Monitor – Large Screen


**M5500C-BA**
55" LCD Widescreen 16:9
HDTV Monitor


**M4710C-BA**
47" LCD Widescreen 16:9
HD Capable Monitor


**M4210C-BA**
42" LCD Widescreen 16:9
HD Capable Monitor


**M4210N-B21**
42" LCD Widescreen HDTV
Monitor with Built-In
Controller


**M3701C-BA**
37" LCD Widescreen 16:9
HD Capable Monitor


**M3201C-BA**
32" LCD Widescreen 16:9
HD Capable Monitor


**L245WP-BN**
24" Widescreen Active Matrix LCD Monitor


**L226WTY-BF**
22" Widescreen Active Matrix LCD Monitor


**L206WTY-BF**
20" Widescreen Active Matrix LCD Monitor


**L2000C**
20.1" Active-Matrix LCD Monitor


**L2000CE**
20.1" Active Matrix LCD Monitor


**L200ME**
20.1" Active Matrix LCD Monitor


**L192WS-BN**
19" Widescreen Active Matrix LCD Monitor


**L1953H-BF**
19.0" Active Matrix LCD Monitor


**L1953TX-BF**
19.0" Active Matrix LCD Monitor


**L1918S-BN**
19.0" Active Matrix LCD Monitor


**L196WTY-BF**
19" Widescreen Active Matrix LCD Monitor


**L1953S-BF**
19.0" Active Matrix LCD Monitor


**L1718S-BN**

## Direct View CRT TV


**DU-27FB34C**
**27" Truly Flat Commercial Grade TV**


**C27J28BA (Zenith)**
**27" Color SDTV Stereo**

## Interface / Control Boxes & Cards


**HCS5610**
**Pay-Per-View Interface Box with Integrated HD Tuner**


**IPD-710F**
**Network Card with 4GB Flash Memory**


**LST-4100B**
**IP Interface Module**

## Optical Disc Drives


**GCC-H21N**
**Combo Optical Drive**


**GCE-8527B**
**CD-RW Drive**


**GGW-H10NI**
**Super Multi Blue BD Drive/HD DVD Reader**


**GSA-E10N**
**External Super-Multi DVD Writer**



**GSA-H42N**
Super-Multi Internal DVD Rewriter



**GSA-H55N**
Internal Super-Multi 20x DVD Rewriter with SecurDisc™ Technology



**GSA-H62N**
Internal Super-Multi DVD Rewriter | 18x | Serial ATA Interface



**GSA-T20N**
Super-Multi Slim Notebook DVD REWRITER



**GCC-T20N**
Slim Notebook CD-RW/DVD-ROM Combo



**GCC-H23N**
Combo Optical Drive



**GDR-H30N**
DVD-ROM Drive



**GGW-H20LI**
Super-Multi Internal LightScribe Blu-ray Disc Rewriter/HD DVD-ROM Drive



**GSA-H55LK**
Internal Super-Multi 20x DVD Rewriter with LightScribe and SecurDisc™ Technology



**GGC-H20LI**
Super-Multi Blue LightScribe Blu-ray/HD DVD ROM Drive

## Auto-Sensing Remote Jack Packs


**RJP-101ML**
Auto-Sensing Remote Jack Pack


**RJP-101M**
Auto-Sensing Remote Jack Pack


**RJP-110F**
Auto-Sensing Remote Jack Pack (Black)


**RJP-110FW**
Auto-Sensing Remote Jack Pack (White)


**RJP-110W**
Auto-Sensing Remote Jack Pack (Black)


**RJP-110WBR**
Auto-Sensing Remote Jack Pack (Brown)


**RJP-110S**
Auto-Sensing Remote Jack Pack

## Wall Mounting Solutions


**PWMT300**
Fixed or Tilting Wall Mount


**PWMT300-AC1**
Accessory For Fixed orTilting Wall Mount

Life's Good   [ PRIVACY   [ LEGAL   | LG CORPORATE   | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.