# EXHIBIT 2-D



LG COMMERCIAL HOME  |  LG GLOBAL  |  LG USA  |  ZENITH

- Homepage
- Find a Product
- Line Cards
- Brochures
- **Channels**
  - » B2B
  - » Channel Markets
  - » Healthcare
  - » Hospitality
  - » IT
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



▶ VIEW ALL CHANNEL MARKETS PRODUCTS

**Above and beyond is not a goal, but a standard**

**An ample array for versatile visions.**
The distinctness of your work relies heavily on your choices. With the largest scope of premium displays in the industry, LG provides you the necessary tools to execute truly unique designs. LG alone specializes in both LCD and plasma displays. With a breadth of choice in each line—including several models of LCDs up to 42 inches and plasmas up to 71 inches, only LG lets you architect brilliant designs with remarkable difference.

**LG owns the factory, not just the name on the front of the display.** We know our displays inside and out, making LG the ideal provider of service, support and technological refinements in response to your needs. Owning the factory means having a direct link to a team of design and engineering experts with a thorough knowledge of our displays and accessories, assuring everything falls beautifully into place. The superior quality of our product, distribution and service is as important to us as it is to you. After all, we have a reputation to build too.

**"Adaptivisuals."** As A/V needs continue to evolve, you will need a partner as committed to meeting these needs as you are. It is essential that this pivotal technology be of exceptional quality—flexible, adaptable, dependable, future-ready and able to integrate well. LG offers advanced accessories such as premium speakers, control networks, stands, DVD players and more, providing you those "little things" that truly enhance the big picture. With displays able to readily integrate with the most advanced technology and capable of smoothly merging with basic existing systems, LG is the agile, single-source supplier of ample monitors, accessories and answers.

Life's Good   [ PRIVACY   [ LEGAL   | LG CORPORATE   | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.