# EXHIBIT 2-E

 LG

LG COMMERCIAL HOME  |  LG GLOBAL  |  LG USA  |  ZENITH

Homepage

**Find a Product**

Line Cards

Brochures

Channels

About LG

Press

eNewsletters

Tradeshows

Service Policy

Find My LG Contact

Distribution Partners



find a product

New Search

**Search Results for Channel Markets**

Plasma TV



**60PC1DC**
**60" Plasma Integrated HDTV**



**50PC5DC**
**50" Plasma Integrated HDTV**
**Display**



**42PC5DC**
**42" Plasma Integrated HDTV**
**Display**

Plasma Monitor



**50PM1M**
**50" Plasma HDTV Monitor**



**42PM1M**
**42" Plasma HDTV Monitor**

## LCD TV



**32LC7DC**
32" LCD Widescreen 16:9
HDTV Integrated TV



**26LC7DC**
26" LCD Widescreen 16:9
HDTV Integrated TV



**23LS7DC**
23" LCD Widescreen 16:9
HDTV Integrated TV



**20LS7DC**
20" LCD Widescreen 16:9
HDTV Integrated TV

## LCD Monitor – Large Screen



**M5500C-BA**
55" LCD Widescreen 16:9
HDTV Monitor



**M4710C-BA**
47" LCD Widescreen 16:9
HD Capable Monitor



**M4210C-BA**
42" LCD Widescreen 16:9
HD Capable Monitor



**M4210N-B21**
42" LCD Widescreen HDTV
Monitor with Built-In
Controller



**M3701C-BA**
37" LCD Widescreen 16:9
HD Capable Monitor



**M3201C-BA**
32" LCD Widescreen 16:9
HD Capable Monitor



**L245WP-BN**
**24" Widescreen Active**
**Matrix LCD Monitor**



**L226WTY-BF**
**22" Widescreen Active**
**Matrix LCD Monitor**



**L206WTY-BF**
**20" Widescreen Active**
**Matrix LCD Monitor**



**L2000C**
**20.1" Active-Matrix LCD**
**Monitor**



**L2000CE**
**20.1" Active Matrix LCD**
**Monitor**



**L200ME**
**20.1" Active Matrix LCD**
**Monitor**



**L192WS-BN**
**19" Widescreen Active**
**Matrix LCD Monitor**



**L1953H-BF**
**19.0" Active Matrix LCD**
**Monitor**



**L1953TX-BF**
**19.0" Active Matrix LCD**
**Monitor**



**L1918S-BN**
**19.0" Active Matrix LCD**
**Monitor**



**L196WTY-BF**
**19" Widescreen Active**
**Matrix LCD Monitor**



**L1953S-BF**
**19.0" Active Matrix LCD**
**Monitor**



**L1718S-BN**

## Direct View CRT TV



**DU-27FB34C**
**27" Truly Flat Commercial**
**Grade TV**



**C27J28BA (Zenith)**
**27" Color SDTV Stereo**

## Interface / Control Boxes & Cards



**HCS5610**
**Pay-Per-View Interface Box**
**with Integrated HD Tuner**



**IPD-710F**
**Network Card with 4GB**
**Flash Memory**



**LST-4100B**
**IP Interface Module**

## Optical Disc Drives



**GCC-H21N**
**Combo Optical Drive**



**GCE-8527B**
**CD-RW Drive**



**GGW-H10NI**
**Super Multi Blue BD**
**Drive/HD DVD Reader**



**GSA-E10N**
**External Super-Multi DVD**
**Writer**



**GSA-H42N**
**Super-Multi Internal DVD Rewriter**



**GSA-H55N**
**Internal Super-Multi 20x DVD Rewriter with SecurDisc™ Technology**



**GSA-H62N**
**Internal Super-Multi DVD Rewriter | 18x | Serial ATA Interface**



**GSA-T20N**
**Super-Multi Slim Notebook DVD REWRITER**



**GCC-T20N**
**Slim Notebook CD-RW/DVD-ROM Combo**



**GCC-H23N**
**Combo Optical Drive**



**GDR-H30N**
**DVD-ROM Drive**



**GGW-H20LI**
**Super-Multi Internal LightScribe Blu-ray Disc Rewriter/HD DVD-ROM Drive**



**GSA-H55LK**
**Internal Super-Multi 20x DVD Rewriter with LightScribe and SecurDisc™ Technology**



**GGC-H20LI**
**Super-Multi Blue LightScribe Blu-ray/HD DVD ROM Drive**

## Auto-Sensing Remote Jack Packs



**RJP-101ML**
**Auto-Sensing Remote Jack Pack**



**RJP-101M**
**Auto-Sensing Remote Jack Pack**



**RJP-110F**
**Auto-Sensing Remote Jack Pack (Black)**



**RJP-110FW**
**Auto-Sensing Remote Jack Pack (White)**



**RJP-110W**
**Auto-Sensing Remote Jack Pack (Black)**



**RJP-110WBR**
**Auto-Sensing Remote Jack Pack (Brown)**



**RJP-110S**
**Auto-Sensing Remote Jack Pack**

## Wall Mounting Solutions



**PWMT300**
**Fixed or Tilting Wall Mount**



**PWMT300-AC1**
**Accessory For Fixed orTilting Wall Mount**

Life's Good    [ PRIVACY    [ LEGAL   | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.