# EXHIBIT 2-F



LG COMMERCIAL HOME  |  LG GLOBAL  |  LG USA  |  ZENITH

- Homepage
- Find a Product
- Line Cards
- Brochures
- **Channels**
  - » B2B
  - » Channel Markets
  - » Healthcare
  - » Hospitality
  - » IT
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



▷ VIEW ALL HEALTHCARE PRODUCTS

**Displays dispel discomfort**

Today, the ability of a display to remove patients from their suffering, to help them pass time that otherwise can seem eternal, is such a given that too little attention has been given to the quality, the capabilities and the appearance of this indispensable patient care instrument. Today's displays are even more effective in this role than the workhorse CRTs that have carried the load for decades.

With ever-increasing pressure to provide the patient with the best possible hospital experience, it is incumbent upon hospitals to take a close look at flat panel LCD displays in general, and the unique advantages of LG displays in particular.

**Displays that vary as widely as your needs.**
Various hospital settings—waiting rooms, solariums, cafeterias, meeting rooms, doctor's offices—represent a ripe opportunity to show a modern, friendly face to the hundreds of people who pass through these environments daily. However, this variety of hospital environments underscores the fact that no one display fits all. LG offers the widest range of options in the industry, with over 50 LCDs up to 55 inches and plasmas up to 71 inches. One more reason why LG is the display partner of choice for future-ready hospitals.

**LG owns the factory, not just the name on the front of the display.**
We know our displays inside and out, making us the ideal provider of service, support and refinements to the technology in response to the distinct needs of hospitals. Owning the factory means having a direct line back to a team of service, design and engineering experts with a thorough knowledge of our displays and accessories, as well as the role they play in

a hospital setting. The result: LG displays are seamlessly matched to the tasks and unique demands of every facet of healthcare.

**We're into our third decade of residency in hospitals.**
LG benefits from decades as a leader in providing hospitals with audio and video technology for patient support. LG is also well schooled in the specs and special issues inherent in hospital settings. For example, as the pressure to make best use of limited space within patient rooms increases, the spatial efficiency of LG flat screens becomes invaluable.

**Lifelong goals.**
Ongoing partnerships with key providers, superior service, credibly robust displays and accessories together with LG's leading presence in high definition technology, ensure we will constantly anticipate, understand and fulfill healthcare's ongoing needs throughout its A/V future.

Life's Good    [ PRIVACY    [ LEGAL    | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.