# EXHIBIT 2-G



LG COMMERCIAL HOME | LG GLOBAL | LG USA | ZENITH

- Homepage
- **Find a Product**
- Line Cards
- Brochures
- Channels
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



New Search

**Search Results for Healthcare**

LCD TV



**32LH1DC1**
**Hospital Grade**
32" LCD Widescreen 16:9 HDTV with HD-PPV Capability



**26LH1DC1**
**Hospital Grade**
26" LCD Widescreen HDTV with Built-in HD-PPV Capability



**20LH1DC1**
**Hospital Grade**
Hospital Grade 20.1" LCD EDTV

LCD Monitor – Large Screen



**M4210C-BH**
**Hospital Grade**



**M3701C-BH**
**Hospital Grade**

**42" LCD Widescreen 16:9 HD Capable Monitor (HDTV available with opt. HCS5650 box)**

**37" LCD Widescreen HD Capable Monitor (HDTV available with opt. HCS5650 box)**

## Direct View CRT TV



**H20J55DT (Zenith)**
**Hospital Grade**
**20" Hospital Grade Truly Flat Color TV**

## Links

 **LG / ZENITH REMOTE CONTROL LINE UP - 2007 / 2008** (2.2 MB)

**HCS5650 - Interactive System Provider Interface Box with Integrated HD Tuner**

**L200ME - 20.1" Active Matrix LCD Monitor**

Life's Good    [ PRIVACY    [ LEGAL    | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.