# EXHIBIT 2-H



LG COMMERCIAL HOME | LG GLOBAL | LG USA | ZENITH

- Homepage
- Find a Product
- Line Cards
- Brochures
- **Channels**
  - » B2B
  - » Channel Markets
  - » Healthcare
  - » Hospitality
  - » IT
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



▷ VIEW ALL HOSPITALITY PRODUCTS

**Delivering High Definition for Hoteliers**

As a leading supplier of flat-panel displays to the U.S. Hospitality industry, LG Electronics excels by preparing for the next generation in digital video compression with MPEG-4 H.264 for compatibility with HD channels, local broadcast HD and digital channels on satellite TV. As a result of LG's research and development, our technology enhances performance and simplicity for venues delivering satellite high-definition programming. As a manufacturer equipped with an advanced technology group, dedicated sales and customer service teams, LG is well-positioned to provide hotel and resort operators with a complete, innovative and integrated system.

Our Hospitality flat-panel HDTVs incorporate other technologies specific for the Lodging industry such as Pro:Idiom™ Digital Rights Management System which is approved for use with both satellite delivered pay TV content and video-on-demand (VOD) services. The Pro:Idiom™ system's high-quality security unlocks access to premium content availability to help assure rapid, broad deployment of HDTV and other high-value digital content. With LG's new IP-Cast™ technology, digital signage can be used on flat panel displays for rooms, lobbies and convention areas aimed to enhance the guest experience.

Life's Good   [ PRIVACY   [ LEGAL   | LG CORPORATE   | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.