# EXHIBIT 2-I



LG COMMERCIAL HOME  |  LG GLOBAL  |  LG USA  |  ZENITH

- Homepage
- **Find a Product**
- Line Cards
- Brochures
- Channels
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



≡New Search

**Search Results for hospitality**

Plasma TV


**60PC1DC**
60" Plasma Integrated HDTV


**50PC5DC**
50" Plasma Integrated HDTV Display


**42PC5DC**
42" Plasma Integrated HDTV Display


**42PX8DC**
**Hospitality Specific**
42" Plasma HDTV Integrated Display

Plasma Monitor


**50PM1M**
50" Plasma HDTV Monitor


**42PM1M**
42" Plasma HDTV Monitor

Display        Display

## LCD TV



**32LC5DC**
**Hospitality Specific**
32" LCD Widescreen HDTV
with HD-PPV Capability
(High Gloss Black)



**32LP2DC**
32" LCD Premium
Widescreen 16:9 HDTV with
HD-PPV Capability



**32LC7DC**
32" LCD Widescreen 16:9
HDTV Integrated TV



**32LX5DC**
**Hospitality Specific**
32" LCD Widescreen 16:9
HDTV with HD-PPV
Capability



**32LX5DCS**
**Hospitality Specific**
32" LCD Widescreen 16:9
HDTV with HD-PPV
Capability



**32LC5DCS**
**Hospitality Specific**
32" LCD Widescreen HDTV
with HD-PPV Capability
(Silver)



**32LC5DCB**
**Hospitality Specific**
32" LCD Widescreen HDTV
with HD-PPV Capability
(Matte Black)



**26LC7DC**
26" LCD Widescreen 16:9
HDTV Integrated TV


**26LH1DC4**
**Hospitality Specific**
26" LCD Widescreen HDTV with Built-in HD-PPV Capability


**26LH1DC3**
**Hospitality Specific**
26" LCD Widescreen HDTV with Built-in HD-PPV Capability


**23LS7DC**
23" LCD Widescreen 16:9 HDTV Integrated TV


**20LS7DC**
20" LCD Widescreen 16:9 HDTV Integrated TV

## LCD Monitor – Large Screen


**M5500C-BA**
55" LCD Widescreen 16:9 HDTV Monitor


**M4710C-BA**
47" LCD Widescreen 16:9 HD Capable Monitor


**M4210C-BA**
42" LCD Widescreen 16:9 HD Capable Monitor


**M4210N-B21**
42" LCD Widescreen HDTV Monitor with Built-In Controller


**M3701C-BA**
37" LCD Widescreen 16:9 HD Capable Monitor


**M3201C-BA**
32" LCD Widescreen 16:9 HD Capable Monitor

## LCD Monitor – Desk Top


**L245WP-BN**
24" Widescreen Active Matrix LCD Monitor


**L226WTY-BF**
22" Widescreen Active Matrix LCD Monitor


**L206WTY-BF**
20" Widescreen Active Matrix LCD Monitor


**L2000C**
20.1" Active-Matrix LCD Monitor


**L2000CE**
20.1" Active Matrix LCD Monitor


**L200ME**
20.1" Active Matrix LCD Monitor


**L192WS-BN**
19" Widescreen Active Matrix LCD Monitor


**L1953H-BF**
19.0" Active Matrix LCD Monitor


**L1953TX-BF**
19.0" Active Matrix LCD Monitor


**L196WTY-BF**
19" Widescreen Active Matrix LCD Monitor


**L1953S-BF**
19.0" Active Matrix LCD Monitor


**L1718S-BN**
17" Active Matrix TFT LCD Monitor

Direct View CRT TV


**DU-27FB34C**
27" Truly Flat Commercial Grade TV


**C27J28BA (Zenith)**
27" Color SDTV Stereo

### Interface / Control Boxes & Cards


**HCS6000R**
ProSelect™ Series DirecTV™ Transcoder


**HCS5610**
Pay-Per-View Interface Box with Integrated HD Tuner


**LST-4100A**
ProSelect™ Series PPV Interface Boxes


**IPD-710F**
Network Card with 4GB Flash Memory


**LST-4100B**
IP Interface Module

### Auto-Sensing Remote Jack Packs

RJP-101ML    RJP-101M    Auto-Sensing Remote Jack    Auto-Sensing Remote Jack


**RJP-110W**


**RJP-110WBR**



|  |  |  |  |
|---|---|---|---|
| Auto-Sensing Remote Jack Pack | Auto-Sensing Remote Jack Pack | Pack (Black) | Pack (White) |
|  | Auto-Sensing Remote Jack Pack (Black) | Auto-Sensing Remote Jack Pack (Brown) | RJP-110S Auto-Sensing Remote Jack Pack |

### Wall Mounting Solutions



**PWMT300**
Fixed or Tilting Wall Mount



**PWMT300-AC1**
Accessory For Fixed orTilting Wall Mount

Life's Good    [ PRIVACY    [ LEGAL    | LG CORPORATE    | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.