# EXHIBIT 2-J



LG COMMERCIAL HOME | LG GLOBAL | LG USA | ZENITH

- Homepage
- Find a Product
- Line Cards
- Brochures
- **Channels**
  - » B2B
  - » Channel Markets
  - » Healthcare
  - » Hospitality
  - » IT
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



▸ VIEW ALL IT PRODUCTS

**As business owners witness the increase of technological integration and their operations expand, LG offers the right products to help businesses grow.**

**LG FLATRON™ Series Desktop Monitors**
Create a visual connection with our FLATRON™ Displays. Whatever the application: from education to office settings, our monitors are designed to match the unique demands of your environment. LG carries a line of small, reliable and performance driven monitors ranging from 17 to 24-inches. Brilliant designs with a signature difference are possible with LG.

**Technologies and Features*:**

**Widescreen:** Increase your productivity with increased screen real estate

**f-ENGINE™:** uses DAFI™ technology and RCM (Real Color Management) for colors that are more vivid and natural

**Enhanced Specifications:** Digital Fine Contrast – contrast ratios as high as 3000:1, response times as fast as 2ms

**S-IPS technology:** Enables rich picture performance along with a wide 178° viewing angle, high and stable contrast ratio, and faster response times

**DVI Inputs with HDCP:** Designed to display digital signals and maximize image quality

**ACE (Adaptive Color and Contrast Enhancement):** Optimizes images brightness and contrast

**LightView:** Adjust brightness and color hue in five conditional modes (photo, text, movie, day, night)

**Ergonomics:** Fatigue and eyestrain can be diminished by a height adjusting stand that tilts and swivels

**Investment:** LG LCD monitors are backed by a comprehensive **three year limited warranty**

*Technologies and features not found in all models

**Large Screen LCDs and Plasmas**

To complete our product line, LG also offers a broad range of large screen LCD and Plasma monitors as well as televisions. LG's latest lineup of commercial products provides access to some of the most advanced and flexible products in the market today. Our latest lineup of LCD and plasma displays demonstrates our role as a provider of professional AV communications technology to corporations and small businesses.

**Optical Storage**

LG is a leading manufacturer of optical storage devices offering a complete line of storage solutions from slim optical drives for notebooks to the Super-Multi Blu-Ray ReWriter that also has the capability to read and play HD-DVDs. Designed for consistency and reliability, LG optical drives feature DVD write speeds up to 20x, LightScribe Disc Labeling, and SecurDisc™ data protection.

**Super-Multi optical drives:** Read and write three types of DVD formats (DVD+R, DVD-R and DVD-RAM) in one convenient package. This gives you the option to choose the media best suited for each task.

**Super-Multi Blu Drives:** Record, rewrite and playback Blu-ray discs plus read and play HD DVDs

**SecurDisc™ Technology:** Five levels of disc security

- Password Protection
- Digital Signature
- Data Reliability
- Data Integrity check
- Copy Protection

**LightScribe:** Etch customized disc labels using special coated LightScribe CDs and DVDs

**Warranty:** One year limited warranty with 48 hour swap program

Life's Good    [ PRIVACY  [ LEGAL  | LG CORPORATE  | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.