# EXHIBIT 2-K



LG COMMERCIAL HOME | LG GLOBAL | LG USA | ZENITH

- Homepage
- **Find a Product**
- Line Cards
- Brochures
- Channels
- About LG
- Press
- eNewsletters
- Tradeshows
- Service Policy
- Find My LG Contact
- Distribution Partners



New Search

**Search Results for IT**

Plasma TV


**60PC1DC**
60" Plasma Integrated HDTV


**50PC5DC**
50" Plasma Integrated HDTV Display


**42PC5DC**
42" Plasma Integrated HDTV Display

Plasma Monitor


**50PM1M**
50" Plasma HDTV Monitor


**42PM1M**
42" Plasma HDTV Monitor

**Display**    **Display**

## LCD TV



**32LP2DC**
**32" LCD Premium Widescreen 16:9 HDTV with HD-PPV Capability**



**32LC7DC**
**32" LCD Widescreen 16:9 HDTV Integrated TV**



**26LC7DC**
**26" LCD Widescreen 16:9 HDTV Integrated TV**



**23LS7DC**
**23" LCD Widescreen 16:9 HDTV Integrated TV**



**20LS7DC**
**20" LCD Widescreen 16:9 HDTV Integrated TV**

## LCD Monitor – Large Screen



**M3701C-BA**
**37" LCD Widescreen 16:9**



**M3201C-BA**
**32" LCD Widescreen 16:9**

**HD Capable Monitor**      **HD Capable Monitor**

## LCD Monitor – Desk Top



**L2000CE**
**20.1" Active Matrix LCD Monitor**



**L200ME**
**20.1" Active Matrix LCD Monitor**



**L192WS-BN**
**19" Widescreen Active Matrix LCD Monitor**



**L1953H-BF**
**19.0" Active Matrix LCD Monitor**


**L1953TX-BF**
**19.0" Active Matrix LCD Monitor**


**L1918S-BN**
**19.0" Active Matrix LCD Monitor**


**L196WTY-BF**
**19" Widescreen Active Matrix LCD Monitor**


**L1953S-BF**
**19.0" Active Matrix LCD Monitor**


**L1718S-BN**
**17" Active Matrix TFT LCD Monitor**

Direct View CRT TV


**DU-27FB34C**
**27" Truly Flat Commercial Grade TV**


**C27J28BA (Zenith)**
**27" Color SDTV Stereo**

Interface / Control Boxes & Cards


**HCS6000R**
**ProSelect™ Series**
**DirecTV™ Transcoder**


**HCS5610**
**Pay-Per-View Interface Box**
**with Integrated HD Tuner**


**LST-4100A**
**ProSelect™ Series PPV**
**Interface Boxes**


**HCS5650 (Zenith)**
**Interactive System Provider**
**Interface Box with**
**Integrated HD Tuner**


**IPD-710F**
**Network Card with 4GB**
**Flash Memory**


**LST-4100B**
**IP Interface Module**

## Optical Disc Drives


**GCC-H21N**
**Combo Optical Drive**


**GCE-8527B**
**CD-RW Drive**


**GGW-H10NI**
**Super Multi Blue BD**
**Drive/HD DVD Reader**


**GSA-E10N**
**External Super-Multi DVD**
**Writer**



**GSA-H42N**
Super-Multi Internal DVD Rewriter



**GSA-H55N**
Internal Super-Multi 20x DVD Rewriter with SecurDisc™ Technology



**GSA-H62N**
Internal Super-Multi DVD Rewriter | 18x | Serial ATA Interface



**GSA-H54N**
18x Internal Super-Multi DVD Rewriter



**GSA-T20N**
Super-Multi Slim Notebook DVD REWRITER



**GCC-T20N**
Slim Notebook CD-RW/DVD-ROM Combo



**GCC-H23N**
Combo Optical Drive



**GDR-H30N**
DVD-ROM Drive



**GGW-H20LI**
Super-Multi Internal LightScribe Blu-ray Disc Rewriter/HD DVD-ROM Drive



**GSA-H55LK**
Internal Super-Multi 20x DVD Rewriter with LightScribe and SecurDisc™ Technology



**GGC-H20LI**
Super-Multi Blue LightScribe Blu-ray/HD DVD ROM Drive

## Auto-Sensing Remote Jack Packs


**RJP-101ML**
Auto-Sensing Remote Jack Pack


**RJP-101M**
Auto-Sensing Remote Jack Pack


**RJP-110F**
Auto-Sensing Remote Jack Pack (Black)


**RJP-110FW**
Auto-Sensing Remote Jack Pack (White)


**RJP-110W**
Auto-Sensing Remote Jack Pack (Black)


**RJP-110WBR**
Auto-Sensing Remote Jack Pack (Brown)


**RJP-110S**
Auto-Sensing Remote Jack Pack

## Wall Mounting Solutions


**PWMT300**
Fixed or Tilting Wall Mount


**PWMT300-AC1**
Accessory For Fixed orTilting Wall Mount

Life's Good   [ PRIVACY   [ LEGAL   | LG CORPORATE   | COPYRIGHT 2008 LG ELECTRONICS. ALL RIGHTS RESERVED.