IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. ) <br> a subsidiary of LG Electronics, Inc., ) <br> a Korean company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No.:   08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

**Notice of Motion**

TO:  Ronald Y. Rothstein
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

PLEASE TAKE NOTICE that on **Tuesday, January 22, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present **Whirlpool Corporation's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)**, copies of which are enclosed herewith.

Dated: January 16, 2008                    Respectfully submitted,

/s/ _Vanessa C. Martí_____

Brian D. Roche
Carey L. Bartell
Vanessa C. Martí
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000
*Attorneys for Defendant, Whirlpool Corporation*

# **CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on January 16, 2008, I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by first class mail with postage prepaid on this 16th day of January, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By:     /s/ _Vanessa C. Martí_____
        Brian D. Roche
        Carey L. Bartell
        Vanessa C. Martí
        REED SMITH, LLP
        10 South Wacker Drive
        Chicago, IL  60606-7507
        (312) 207-1000