IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>  a subsidiary of LG Electronics, Inc.,<br>  a Korean company, | )<br>)<br>) |
| | )     Case No.  08 C 242 |
| Plaintiff, | )<br>)     Hon. Amy J. St. Eve |
| v. | )<br>) |
| WHIRLPOOL CORPORATION, | )<br>) |
| Defendant. | ) |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S
<u>MOTION FOR EXPEDITED DISCOVERY</u>**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel, Winston & Strawn LLP, hereby moves this Court to order expedited discovery in connection with LG USA's Motion for Preliminary Injunction, and in support thereof states as follows:

1. On January 10, 2008, LG USA filed its Complaint in this matter, seeking injunctive relief to prevent Whirlpool Corporation ("Whirlpool") from continuing to falsely advertise and market its Duet® Steam Dryer;

2. Also on January 10, 2008, LG USA filed a Motion for Preliminary Injunction and Request for Expedited Hearing, which will be presented to this Court on January 17, 2008;

3. In order to expedite consideration of the Motion for Preliminary Injunction, and in the event Whirlpool contests the motion, LG USA seeks discovery on certain issues from Whirlpool.  LG USA's discovery consists of one document request that is narrowly

drawn to obtain pertinent information specifically relevant to LG USA's Motion for Preliminary Injunction. *See* discovery requests attached hereto as Exhibit A.

       4.     LG USA requests that this discovery, and any other discovery which either party may need in preparation for a preliminary injunction hearing, proceed on an expedited basis. LG USA proposes that all discovery on the issues related to the preliminary injunction motion be completed no later than January 25, 2008, with an actual hearing to be held soon thereafter at the Court's convenience;

       5.     Courts in this district have recognized that expediting discovery in preparation for a preliminary injunction hearing is appropriate. *Ty, Inc. v. GMA Accessories, Inc.*, 959 F. Supp. 936 (N.D. Ill. 1997) (granting motion for expedited discovery for preliminary injunction hearing); *see also Nobel Biocare USA, Inc. v. Lynch*, 1999 U.S. Dist. LEXIS 23252, at *10 (N.D. Ill. September 16, 1999) (same).

       WHEREFORE, for all the foregoing reasons, Plaintiff LG Electronics U.S.A., Inc., respectfully requests that this Court grant its Motion for Expedited Discovery, and grant LG USA any and all further relief deemed necessary and proper.

Dated:  January 16, 2008 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LG ELECTRONICS U.S.A., INC.**


　　　　　　　　　　　　　　　　　　　　By:  /s/ Ronald Y. Rothstein_____
　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

　　　　　　　　　　　　　　　　　　　　Ronald Y. Rothstein
　　　　　　　　　　　　　　　　　　　　Mary Hutchings Reed
　　　　　　　　　　　　　　　　　　　　Shannon L. Stevens
　　　　　　　　　　　　　　　　　　　　David A. Latchana
　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　　　rrothstein@winston.com
　　　　　　　　　　　　　　　　　　　　(312) 558-5600 – telephone
　　　　　　　　　　　　　　　　　　　　(312) 558-5700 – facsimile

　　　　　　　　　　　　　　　　　　　　*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion for Expedited Discovery** has been served on the following counsel of record via the Court's electronic filing system this 16th day of January, 2008.

>Brian D. Roche
>Carey L. Bartell
>Vanessa C. Marti
>REED SMITH LLP
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois 60606

>/s/ Ronald Y. Rothstein_____
>One of LG USA's Attorneys