IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. <br> a subsidiary of LG Electronics, Inc., <br> a Korean company <br><br> Plaintiff, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | Civil Action No.:   08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

**RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE
FOR DEFENDANT WHIRLPOOL CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Whirlpool Corporation ("Whirlpool") is a publicly-held corporation with common stock listed on the New York and Chicago stock exchanges. Whirlpool has no parent corporation. Current schedule 13(g) filings at www.sec.gov show that the following publicly-held entities own 5% or more of Whirlpool's stock:

FMR Corp.

Vanguard Chester Funds

Dated: January 16, 2008

Respectfully submitted,

/s/ _Vanessa C. Martí_____

Brian D. Roche
Carey L. Bartell
Vanessa C. Martí
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000

Attorneys for Defendant, Whirlpool Corporation

## **CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on January 16, 2008, I filed the attached **Rule 7.1 and Local Rule 3.2 Corporate Disclosure For Defendant Whirlpool Corporation** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

>Ronald Y. Rothstein
>rrothstein@winston.com
>
>David Alexander Latchana
>dlatchana@winston.com
>
>Shannon Leigh Stevens
>sstevens@winston.com

I hereby also certify that I mailed the attached **Rule 7.1 and Local Rule 3.2 Corporate Disclosure For Defendant Whirlpool Corporation** to the following by first class mail with postage prepaid on this 16th day of January, 2008:

>Mary M. Hutchings
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL  60601

By:     /s/ _Vanessa C. Martí_
       Brian D. Roche
       Carey L. Bartell
       Vanessa C. Martí
       REED SMITH, LLP
       10 South Wacker Drive
       Chicago, IL  60606-7507
       (312) 207-1000