IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>  a subsidiary of LG Electronics, Inc.,<br>  a Korean company, | )<br>)<br>)<br>) Case No. 08 C 242<br>)<br>)<br>**Plaintiff,** ) Hon. Amy J. St. Eve<br>)<br>v. )<br>)<br>WHIRLPOOL CORPORATION, )<br>)<br>)<br>)<br>**Defendant.** ) |

## NOTICE OF MOTION

TO:   Brian D. Roche
      Carey L. Bartell
      Vanessa C. Marti
      REED SMITH LLP
      10 South Wacker Drive, 40th Floor
      Chicago, Illinois 60606

   PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on January 22, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Plaintiff LG Electronics U.S.A., Inc.'s Motion for Expedited Discovery**, a copy of which has been served upon you.

Dated:  January 16, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**


By:  /s/ Ronald Y. Rothstein_____
       One of its attorneys

Ronald Y. Rothstein
Mary M. Hutchings
Shannon L. Stevens
David A. Latchana
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
rrothstein@winston.com
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Motion** has been served on the following counsel of record via the Court's electronic filing system this 16th day of January, 2008.

>Brian D. Roche
>Carey L. Bartell
>Vanessa C. Marti
>REED SMITH LLP
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois 60606

>/s/ Ronald Y. Rothstein_____
>One of LG USA's Attorneys