UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

LG Electronics U.S.A., Inc.
                       Plaintiff,

v.                                                   Case No.: 1:08−cv−00242
                                                    Honorable Amy J. St. Eve

Whirlpool Corporation
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by plaintiff LG Electronics U.S.A., Inc. for preliminary injunction and request for expedited hearing [10] is entered. Response due 2/8/2008. Reply due 2/15/2008. MOTION by Defendant Whirlpool Corporation to transfer case pursuant to 28 U.S.C. Sec. 1404(a) [25] is entered. Response due 2/14/2008. Reply due 2/28/2008. MOTION by Plaintiff LG Electronics U.S.A., Inc. to expedite discovery [28] is granted. Granted as to document request. Return date is 2/1/2008. Defendant's expedited discovery regarding preliminary injunction to be served by 1/18/2008 and returnable 2/1/2008, as stated in open court. Status hearing held on 1/17/2008. Joint status report due by 2/21/2008. Status hearing set for 3/5/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.