IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.** a subsidiary of LG Electronics, Inc., a Korean company | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) ) | Civil Action No.:    08 C 242 |
| v. | ) ) | Judge St. Eve |
| | ) ) | Magistrate Judge Mason |
| **WHIRLPOOL CORPORATION,** | ) ) | |
| **Defendant.** | ) | |

### Notice of Motion

TO:  Ronald Y. Rothstein
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

PLEASE TAKE NOTICE that on **Monday, January 28, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present **Defendant's Motion to Compel Production of Documents**, a copy of which is served herewith.

Dated: January 23, 2008

Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

By: */s/ Carey L. Bartell*
   Brian D. Roche
   Carey L. Bartell
   Vanessa C. Martí
   REED SMITH, LLP
   10 South Wacker Drive, Suite 4000
   Chicago, Illinois 60606
   Telephone: (312) 207-1000
   *Attorneys for Defendant, Whirlpool Corporation*

# **CERTIFICATE OF SERVICE**

I, Carey L. Bartell, an attorney, hereby certify that on January 23, 2008, I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by first class mail with postage prepaid on this 16th day of January, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By:    /s/ _Carey L. Bartell_____
    Brian D. Roche
    Carey L. Bartell
    Vanessa C. Martí
    REED SMITH, LLP
    10 South Wacker Drive
    Chicago, IL  60606-7507
    (312) 207-1000