IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) Case No. 08 C 242 ) ) |
| Plaintiff, | ) Hon. Amy J. St. Eve ) |
| v. | ) ) Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) ) ) JURY DEMAND ) |
| Defendant. | ) |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S
CROSS MOTION FOR PROTECTIVE ORDER**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel, Winston & Strawn LLP, hereby moves this Court to enter a protective order expediting discovery in connection with LG USA's pending Motion for Preliminary Injunction, and in support thereof states as follows:

1. On January 17, 2008, this Court held a hearing and entered an order permitting the parties to serve expedited discovery requests related solely to LG USA's Motion for Preliminary Injunction, which seeks to enjoin Whirlpool Corporation ("Whirlpool" or "Defendant") from making any representations that its Duet® Steam Dryer creates or uses steam;

2. On January 18, 2008, Whirlpool issued discovery requests to LG USA with a return date of February 1, 2008;

3. The majority of Whirlpool's discovery requests are entirely irrelevant to the issues raised in LG USA's Motion for Preliminary Injunction, and rather than seek

information regarding Whirlpool's Duet® Steam Dryer and whether it creates or uses steam, constitute nothing more than an improper fishing expedition for information regarding LG USA's products;

4. As set forth in the Memorandum of Law in Support of LG USA's Cross Motion for Protective Order, Federal Rule of Civil Procedure 26(c) permits this Court to enter a protective order to protect LG USA from the "annoyance, embarrassment, oppression or undue burden or expense" associated with Whirlpool's unwarranted, overbroad, and unduly burdensome discovery requests. Fed. R. Civ. P. 26(c); *Olivieri v. Rodriguez*, 122 F.3d 406, 409 (7th Cir. 1997);

5. LG USA submits that good cause exists in this case for the entry of an order pursuant to Rule 26(c) protecting LG USA from the irrelevant, overbroad, and unduly burdensome discovery requests served by Whirlpool;

6. In accordance with Rule 37.2, counsel for LG USA, Ronald Rothstein, and counsel for Whirlpool, Brian Roche, conferred by telephone conference on January 21, 2008 to discuss Whirlpool's discovery requests, their relation to LG USA's preliminary injunction motion, LG USA's objections, and whether any resolution of the issue could be reached without involving the Court. Notwithstanding counsels' good faith efforts to resolve the dispute, no resolution could be reached.

WHEREFORE, for all the foregoing reasons, LG USA respectfully requests that this Court grant its Cross Motion for Protective Order and grant LG USA any and all further relief deemed necessary and proper.

Dated:  January 25, 2008		Respectfully submitted,

                                                   **LG ELECTRONICS U.S.A., INC.**

                                                   By:  /s/ Ronald Y. Rothstein_____
                                                         One of its attorneys

                                                 Ronald Y. Rothstein – rrothstein@winston.com
                                                 Mary M. Hutchings – mreed@winston.com
                                                 David A. Latchana – dlatchana@winston.com
                                                 WINSTON & STRAWN LLP
                                                 35 West Wacker Drive
                                                 Chicago, Illinois  60601
                                                 (312) 558-5600 – telephone
                                                 (312) 558-5700 – facsimile

                                                 *Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Cross Motion for Protective Order** has been served on the following counsel of record via the Court's electronic filing system this 25th day of January, 2008.

    Brian D. Roche
    Carey L. Bartell
    Vanessa C. Martí
    REED SMITH LLP
    10 South Wacker Drive, Suite 4000
    Chicago, Illinois 60606

    /s/ Ronald Y. Rothstein_____
    One of LG USA's Attorneys