# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) Case No. 08 C 242 ) ) |
| Plaintiff, | ) Hon. Amy J. St. Eve ) |
| v. | ) ) Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) ) ) JURY DEMAND ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Brian D. Roche
      Carey L. Bartell
      Vanessa C. Martí
      REED SMITH LLP
      10 South Wacker Drive, Suite 4000
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on January 30, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Plaintiff LG Electronics U.S.A., Inc.'s Cross Motion for Protective Order**, a copy of which has been served upon you.

Dated:  January 25, 2008              Respectfully submitted,

                                                        **LG ELECTRONICS U.S.A., INC.**

                                                        By:  /s/ Ronald Y. Rothstein_____
                                                                One of its attorneys

                                                        Ronald Y. Rothstein – rrothstein@winston.com
                                                        Mary M. Hutchings – mreed@winston.com
                                                        David A. Latchana – dlatchana@winston.com
                                                         WINSTON & STRAWN LLP
                                                         35 West Wacker Drive
                                                         Chicago, Illinois  60601
                                                        (312) 558-5600 – telephone
                                                        (312) 558-5700 – facsimile

                                                       *Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **Notice of Motion** has been served on the following counsel of record via the Court's electronic filing system this 25th day of January, 2008.

> Brian D. Roche
> Carey L. Bartell
> Vanessa C. Martí
> REED SMITH LLP
> 10 South Wacker Drive, Suite 4000
> Chicago, Illinois 60606

> /s/ Ronald Y. Rothstein_____
> One of LG USA's Attorneys