LG Electronics U.S.A., Inc.
                              Plaintiff,

v.                                             Case No.: 1:08−cv−00242
                                                      Honorable Amy J. St. Eve

Whirlpool Corporation
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant Whirlpool Corporation to compel production of documents [33] is granted in part and denied in part, as stated in open court. Documents to be produced by 2/4/2008. Response to motion for preliminary injunction [10] due by 2/11/2008. Reply due by 2/19/2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.