**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division**

LG Electronics U.S.A., Inc.
                             Plaintiff,

v.                                                  Case No.: 1:08−cv−00242
                                                      Honorable Amy J. St. Eve

Whirlpool Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

       MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff LG Electronics U.S.A., Inc. for protective order [35] is granted in part and denied in part for the reasons stated in open court on 1/28/2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.