**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.**  a subsidiary of LG Electronics, Inc., a Korean company | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No.:   08 C 242 |
| v. | ) ) | Judge St. Eve |
| | ) ) | Magistrate Judge Mason |
| **WHIRLPOOL CORPORATION,** | ) ) | |
| Defendant. | ) | |

## **MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

Defendant, Whirlpool Corporation ("Whirlpool"), pursuant to L.R. 83.17, respectfully requests the Court to grant attorneys J.A. Cragwall, Jr. and John Bursch leave to file their additional appearances on behalf of Whirlpool. In support of the instant motion, Whirlpool respectfully states as follows:

1. On January 10, 2008, Plaintiff LG Electronics U.S.A., Inc. initiated this matter.

2. On January 15, 2008, attorneys Brian D. Roche, Carey L. Bartell and Vanessa C. Martí of Reed Smith LLP filed appearances on behalf of Whirlpool in this matter.

3. Warner Norcross & Judd LLP, national counsel for Whirlpool, has been listed as "of counsel" on filings made by Whirlpool thus far in this matter.

4. Whirlpool seeks leave for J.A. Cragwall, Jr. and John Bursch, of Warner Norcross & Judd LLP to file their additional appearances on behalf of Whirlpool in this matter. Mr. Cragwall was granted *pro hac vice* admission for this case on February 7, 2008, and Mr. Bursch is a member of this Court's bar.

- 2 -

5.     Whirlpool will also continue to be represented by attorneys Brian D. Roche, Carey L. Bartell and Vanessa C. Martí of Reed Smith LLP in this matter.

Dated: February 8, 2008

By:  */s/ Vanessa C. Martí*

    Brian D. Roche
    Carey L. Bartell
    Vanessa C. Martí
    REED SMITH, LLP
    10 South Wacker Drive
    Chicago, IL  60606-7507
    (312) 207-1000
    Attorneys for Defendant, Whirlpool Corporation

## CERTIFICATE OF SERVICE

I, Vanessa C. Martí, an attorney, hereby certify that on February 8, 2008, I filed WHIRLPOOL CORPORATION'S MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
> David Alexander Latchana
> dlatchana@winston.com
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that a copy of WHIRLPOOL CORPORATION'S MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES was sent to the following on this 8th day of February, 2008 by U.S. Mail, postage prepaid:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By: */s/ Vanessa C. Martí*