IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. a subsidiary of LG Electronics, Inc., a Korean company,<br><br>       Plaintiff,<br><br>       v.<br><br>WHIRLPOOL CORPORATION,<br><br>       Defendant. | Civil Action No.:  08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**Notice of Motion**

TO:  Ronald Y. Rothstein
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

PLEASE TAKE NOTICE that on **Wednesday, February 13, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present **Defendant's Motion for Leave to File Additional Appearances**, a copy of which is served herewith.

Dated: February 8, 2008

Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

By: */s/ Vanessa C. Martí*
    Brian D. Roche
    Carey L. Bartell
    Vanessa C. Martí
    REED SMITH, LLP
    10 South Wacker Drive, Suite 4000
    Chicago, Illinois 60606
    Telephone: (312) 207-1000
    *Attorneys for Defendant, Whirlpool Corporation*

**CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on February 8, 2008 I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by first class mail with postage prepaid on this 8th day of February, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601

> By:   /s/ _Vanessa C. Martí_____
>       Brian D. Roche
>       Carey L. Bartell
>       Vanessa C. Martí
>       REED SMITH, LLP
>       10 South Wacker Drive
>       Chicago, IL 60606-7507
>       (312) 207-1000