IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.<br>  a subsidiary of LG Electronics, Inc.,<br>  a Korean company<br><br>    Plaintiff,<br><br>  v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendant. | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**Notice of Motion**

TO: Ronald Y. Rothstein
   David Alexander Latchana
   Shannon Leigh Stevens
   Mary M. Hutchings
   Winston & Strawn LLP
   35 West Wacker Drive
   Chicago, IL  60601

  PLEASE TAKE NOTICE that on **Wednesday, February 13, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present **the Agreed Motion for Entry of Stipulated Protective Order**, a copy of which is served herewith.

Dated: February 8, 2008

                Respectfully submitted,
                WHIRLPOOL CORPORATION, Defendant

                By: */s/  Vanessa C. Martí*
                  Brian D. Roche
                  Carey L. Bartell
                  Vanessa C. Martí
                  REED SMITH, LLP
                  10 South Wacker Drive, Suite 4000
                  Chicago, Illinois 60606
                  Telephone: (312) 207-1000
                  *Attorneys for Defendant, Whirlpool Corporation*

## **CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on February 8, 2008 I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by first class mail with postage prepaid on this 8th day of February, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By: /s/ _Vanessa C. Martí_
 Brian D. Roche
 Carey L. Bartell
 Vanessa C. Martí
 REED SMITH, LLP
 10 South Wacker Drive
 Chicago, IL  60606-7507
 (312) 207-1000