**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

LG Electronics U.S.A., Inc.
                            Plaintiff,

v.                                              Case No.: 1:08−cv−00242
                                                     Honorable Amy J. St. Eve

Whirlpool Corporation
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant Thomas Dart for extension of time to file answer or otherwise plead [42] is granted; Attorney J. A. Cragwall, Jr for Whirlpool Corporation, John J. Bursch for Whirlpool Corporation,Whirlpool Corporation added. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.