**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

LG Electronics U.S.A., Inc.
                                Plaintiff,

v.                                                   Case No.: 1:08−cv−00242
                                                    Honorable Amy J. St. Eve

Whirlpool Corporation
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Counter Claimant Whirlpool Corporation, Defendant Whirlpool Corporation for protective order (Agreed Motion for Entry of Stipulated Protective Order) [44] is granted, with modifications to paragraphs 18 and 22.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.