## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

LG Electronics U.S.A., Inc.

                         Plaintiff,

v.                                       Case No.: 1:08−cv−00242

                                      Honorable Amy J. St. Eve

Whirlpool Corporation

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Amy J. St. Eve : Minute entry [46] is amended as follows: MOTION by Counter Claimant Whirlpool Corporation, Defendant Whirlpool Corporation for leave to appear as Additional Appearance [42] is granted. Attorney J. A. Cragwall, Jr for Whirlpool Corporation, John J. Bursch for Whirlpool Corporation,Whirlpool Corporation added. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.