**Exhibit 1**

 

**Eco-Friendly Washer Technology**

**LG** Electronics
987 words
23 January 2008
22:04
Scoop.co.nz
English
Copyright 2008, scoop.co.nz All Rights Reserved.

24 January 2008

**LG** Electronics Steams Ahead With Eco-Friendly **Washer** Technology

Stylish new steam **washer** and dryers available now in New Zealand

**LG** Electronics, a pioneer in home **appliance** technology, has unveiled its latest invention. The Combined Steam **Washer** and Dryer from **LG** is set to revolutionise the laundry process, offering the latest advancement in eco-friendly steam technology.

Available in white matte and striking gloss black- a finish and style that gets men talking about the laundry! **LG**'s stylish new combined Steam **Washer** and Dryers seamlessly automate the entire laundering process, providing a simple, convenient and more hygienic way to wash and dry clothes.

Where traditional high heat washing processes waste energy heating up water, the Steam **Washer** and Dryer uses steam for improved washing performance with just a fraction of the energy.

The all in one **LG** Combined Steam **Washer** and Dryer optimises the use of living space making it the perfect wash and dry solution no matter the size of the laundry. **LG**'s new steam technology also reduces creasing in garments decreasing the need for ironing.

**LG**'s latest technology does its bit for New Zealand's asthma and allergy sufferers. Utilising steam technology in the washing process, the Combined **Washer** and Dryer range provides asthma and allergy friendly benefits.

* High Temperatures - The **LG** steam function is designed to reach the highest temperatures of all washers on the market, with settings of up to 95°C that are well above the 55°C required to kill dust mites. These high temperatures also create optimal conditions for the breakdown of enzymes in laundry powder, resulting in exceptional soil removal.

* Optimal Conditions - The **LG** range offers a variety of allergy friendly courses, such as the Baby Care course that washes at a hygienic 95°C; the Medic Rinse option to rinse at the optimum 40°C which also assists to dissolve laundry powder, and the refresh cycle that uses no detergent at all to deodorise and decrease everyday business shirts.

* Warm Water Rinse - There is no other washing machine on the market that will rinse with warm water as all washing machines regardless of whether it is a front loader or a top loader, and regardless of brand will rinse with cold water. It minimises chances of detergent remaining at the end of the cycle, for those who are sensitive to detergent residue.

* Excess Moisture Evaporation - **LG** has recognised that 96% of dryers on the market are ventilation dryers that blow harsh, hot air through clothing to literally blast the lint into the catcher. The **LG** Steam Combined **Washer** and Dryer features a condensing dryer, which evaporates moisture from damp clothing then cools and condenses the steam so that it does not recirculate into the room. Using a condensing dryer will also avoid the soiling of washed laundry hanging on an outdoor clothesline.

How the **LG** Combined Steam **Washer** and Dryer works;

* Dual Spray System - sprays water and steam on clothes continuously throughout the wash cycle, improving wash performance.

* Direct Drive Motor - features a brushless DC motor attached directly to the centre of the drum resulting in increased durability, stability and energy efficiency and reduced noise and vibrations. **LG** offers an outstanding 10 year warranty on the Direct Drive System on the part only, excluding labour.

* Steam Refresh Cycle - a 20 minute cycle using no detergent, the Refresh cycle blasts the clothes with steam to deodorise and reduce creasing. It is ideal for clothes, such as business shirts, that may not necessarily be dirty at the end of the day, but might be creased and have a musky smell.

* Load Sensing - detects the amount of load adjusting wash time, rinse time and amount of water used to ensure optimum results while using the least amount of water and energy.

* Water Recirculation - constantly recirculates the water inside the drum throughout the washing and rinse cycles, improving dissolution of detergent and washing and rinsing performance.

* LCD Display - allows users to view their selected programme and washing cycle progress.

**LG**'s Combined Steam **Washer** and Dryers are through major retail outlets in the following models, sizes and colours;

Steamwashers: Models and Features

WD14750SD

White Steam **Washer**

Features:

* 7.5kg * 1400rpm * Direct Drive Motor * Intelligent Washing System * Load Sensing * 8 Wash Programs/ 7 Options Program * 30cm door * 180° Wide opening door * 4 Star Water Rating * 4 Star Energy Rating

WD14756SD

Black Steam **Washer**

Features:

* 7.5kg * 1400rpm * Direct Drive Motor * Intelligent Washing System * Load Sensing * 8 Wash Programs/ 7 Options Program * 30cm door * 180° Wide opening door * 4 Star Water Rating * 4 Star Energy Rating

WD1255RD

Steam **Washer** & Dryer

Features:

* 10kg Wash / 6kg Dry * 1200rpm * Steam Refresh * Direct Drive Motor * Intelligent Washing System * Water Reticulation * Load Sensing * 9 Wash Programs/ 5 Options / 5 Dry Programmes * 4.5 Star Water Rating (Wash) * 4.5 Star Energy Rating (Wash) / 2 Star (Dry)

WD14700RC

**Washer** & Dryer

Features:

* 7kg Wash / 4kg Dry * 1400rpm * Direct Drive Motor * Intelligent Washing System * Load Sensing * 8 Wash Programs/ 5 Options / 5 Dry Programs * 30cm door * 180° Wide opening door * 4 Star Water Rating * 4 Star Energy Rating (Wash) / 2 Star (Dry)

About **LG** Electronics, Inc.

**LG** Electronics, Inc. (KSE: 066570.KS) is a global leader and technology innovator in consumer electronics, home appliances and mobile communications, employing more than 82,000 people working in over 110 operations including 81 subsidiaries around the world. Comprising four business units -- Mobile Communications, Digital **Appliance**, Digital Display and Digital Media with 2006 global sales of US $38.5 billion -- **LG** Electronics is the world's largest producer of CDMA handsets, air conditioners, optical storage products, DVD players.

**LG** Electronics' goal is to enable the intelligent networking of digital products that will make consumers' lives better than ever. For more information, please visit www.lge.com < http://www.lge.com/ >

ENDS

Terms of Use

© 2004 Dow Jones Reuters Business Interactive, LLC., trading as Factiva. All rights reserved.