**Exhibit 2**



## SOME THINGS ARE SUPPOSED TO BE WRINKLED AND SLIGHTLY SMELLY.
## YOUR CLOTHES AREN'T ONE OF THEM.



More than just a washing machine, LG introduces a high-capacity washer that also helps with the ironing. As well as being one of the largest and most energy efficient machines available, the LG SteamWasher™ features steam technology that will revolutionize the way you do your laundry. Our unique SteamFresh™ Cycle reduces wrinkles* and freshens clothing without using water, and our SteamWash Performance System adds steam to wash cycles to brighten and sanitize your laundry. That's better laundry in less time and most importantly, less time spent at the ironing board.

**Surprising As...Fresh As...Innovative as LG.**

©2006 LG Electronics, Inc. Englewood Cliffs, NJ. LG Design is a trademark of LG Electronics, Inc. *Results may vary by fabric. Steam simulated above.



www.LGusa.com

**AD CODE: LGELCO-0502    SOURCE: Child-MAY 1 06**



ANNOUNCING THE DAWN OF
THE SECOND AGE OF STEAM.



More than just a washing machine. LG introduces a high-capacity washer that also helps with the ironing. As well as being one of the largest and most energy efficient machines available, the LG SteamWasher™ features steam technology that will revolutionize the way you do your laundry. Our unique SteamFresh™ Cycle reduces wrinkles* and freshens clothing without using water, and our SteamWash Performance System adds steam to wash cycles to brighten and sanitize your laundry. That's better laundry in less time and most importantly, less time spent at the ironing board.

**Surprising As...Fresh As...Innovative as LG.**

©2006 LG Electronics, Inc. Englewood Cliffs, NJ. LG Design and Life's Good are trademarks of LG Electronics, Inc. *Results may vary by fabric. Steam simulated above.

LG
Life's Good



www.LGusa.com

**AD CODE: LGELCO-0488     SOURCE: Home-APR 1 06**