**Exhibit 3**

Case 1:08-cv-00242   Document 50-4   Filed 02/11/2008   Page 1 of 3



