**Exhibit 4**

**LG Trademarks Using Term "steam"**
Prepared by Reed Smith 1/24/08
ATTORNEY CLIENT WORK PRODUCT

| Trademark | Serial Number | Goods | Disclaimer | Misc |
|---|---|---|---|---|
| Steam Delicate | 78727717 | Electric clothes washing machines; Electric vacuum cleaners. Electric dehydrators; electric toasters; microwave ovens; electric dish dryers. | Disclaimer of "steam" | |
| SteamTrue | 77243025 | Electric washing machines for clothing; automatic dishwashers; electric vacuum cleaners Electric refrigerators; refrigerators for kimchi; lightwave cooking ovens; temperature controlled wine cellars; electric cooking ovens; electric clothes dryers; gas clothes dryers; gas cooktops; electric cooktops; air purifiers; air conditioners; dehumidifier; humidifiers | None | Standard Character |
| SteamPure | 77243022 | Electric washing machines for clothing; automatic dishwashers; electric vacuum cleaners Electric refrigerators; refrigerators for kimchi; lightwave cooking ovens; temperature controlled wine cellars; electric cooking ovens; electric clothes dryers; gas clothes dryers; gas cooktops; electric cooktops; air purifiers; air conditioners; dehumidifiers; humidifier | None | Standard Character |
| SteamFresh | 78727717 | Electric clothes washing machines. Electric vacuum cleaners. Electric dehydrators; electric toasters; microwave ovens; electric dish dryers. | None | Standard Character |

2

| Trademark | Serial Number | Goods | Disclaimer | Misc |
|---|---|---|---|---|
| Steam Dishwasher | 77163370 | Electric washing machines; Automatic dishwashers; Electric vacuum cleaners Electric laundry dryers | None | Rejected as descriptive; replaced with design mark |
| Steam Dishwasher & design | 77279595 | Electric dishwashers, Steam Electric Dishwashers | Disclaimer of "steam dishwasher" | |
| Steam Dry | 77243957 | Electric washing machines; Washing machine remote monitors; Washing machine remote controllers; Automatic dishwashers; Electric vacuum cleaners Electric refrigerators; Refrigerators for Kimchi (Korean vegetable pickles); Lightwave ovens; Wine cellars; Electric ovens; Electric clothes dryers; Gas clothes dryers; Gas cooktops; Electric HOB, namely kitchen appliances using heat plates; Air purifying apparatus; Air conditioners; Gas cooling and/or heating equipments; Petrol cooling and/or heating equipments; Cooling equipment coupled with heating equipment; Warm-air heating apparatus; Dehumidifier; Humidifiers | None | Standard Characters |
| SteamDryer | 77163373 | Electric washing machines; Automatic dishwashers; Electric vacuum cleaners Electric laundry dryers | None | Rejected as descriptive; replaced with design mark |
| Steam Dryer & design  @SteamDryer | 77243715 | Electric washing machines; Automatic dishwashers; Electric vacuum cleaners Electric laundry dryers | Disclaimer of "steam dryer" | |
| Steam Sense | 77235006 | Automatic dishwashers Electric clothes dryers, Electric refrigerators, Air conditioners, Electric ovens, Microwave ovens, Gas ranges | None | Likely to be standard characters |

3

| Trademark | Serial Number | Goods | Disclaimer | Misc |
|---|---|---|---|---|
| Steam Sense | 78727715 | Electric clothes washing machines; multi purpose electric steam cleaners; electric vacuum cleaners Electric dehydrators; electric toasters; microwave ovens; electric dish dryers | None | Uses "steam" in the description; Standard characters |
| Steam Washer | 78770262 | Electric washing machines; drum washing machines | None | Abandonded; rejected and replaced with design mark |
| Steam Washer & Design | 78770261 | Electric washing machines and drum washing machines for household purposes | Disclaimer of "steam washer" | |
| Steam Bright | 78732350 | Electric washing machines, namely clothes washing machines for domestic use; electric vacuum cleaners Electric dehydrators; electric toasters; microwave ovens; electric dish dryers | None | Standard characters |
| TrueSteam | 77163364 | Electric washing machines for clothing; automatic dishwashers; electric vacuum cleaners Electric laundry dryers | None | Standard characters |
| Steam Static | 77240808 | Electric clothes washing machines; automatic dishwashers; electric vacuum cleaners Electric refrigerators; refrigerators for kimchi; electric cooking ovens; electric clothes dryers; gas clothes dryers; air purifiers; air conditioners; dehumidifiers; humidifiers | None | Standard characters |
| SteamWash | 77064407 | Electric washing machines for household purposes, automatic dishwashers | None | claim of stylized letters—but appear to be standard characters; may |

4

| Trademark | Serial Number | Goods | Disclaimer | Misc |
|---|---|---|---|---|
| | | Electric clothes dryers | | be oversight by PTO. Final refusal based "steamwash" is descriptive of washers and dishwashers washing with steam |
| Steam Fresh+ | 77240961 | Electric washing machines for clothing; automatic dishwashers; electric vacuum cleaners Electric refrigerators; refrigerators for kimchi; lightwave cooking ovens; temperature controlled wine cellars; electric cooking ovens; electric clothes dryers; gas clothes dryers; gas cooktops; electric cooktops; air purifiers; air conditioners; dehumidifier; humidifier | None | Standard characters |
| Steam Chef | 77046446 | Electric and gas ranges for domestic use; domestic cooking oven ranges; air conditioners for domestic use; refrigerators for domestic use; humidifiers for domestic use; electric toasters for domestic use | None | claim of stylized letters—but may appear to be standard characters; may be oversight by PTO. At TTAB because of refusal based on likelihood of confusion with a "Steam Chef" mark for commercial microwaves. |
| AllerSteam | 77151853 | Electric clothes washing machines; electric dish washing machines; steam laundry cleaning machines; steam dish washing machines; clothes washing machines featuring a remote monitor to sense appropriate detergent and suds levels sold as a component part of | None | Standard characters |

| Trademark | Serial Number | Goods | Disclaimer | Misc |
|---|---|---|---|---|
| | | clothes washing machines Electric laundry dryers; gas laundry dryers | | |

5