IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. ) | |
|   ) | Civil Action No.: 08 C 242 |
| Plaintiff/Counterdefendant, ) | |
|   ) | Judge Amy J. St. Eve |
| v. ) | |
|   ) | Magistrate Judge Michael T. Mason |
| WHIRLPOOL CORPORATION, ) | |
|   ) | |
| Defendant/Counterplaintiff. ) | |

**EXHIBIT 6 - SUBMITTED TO COURT PENDING MOTION TO SEAL**

**FILED AS RESTRICTED DOCUMENT PURSUANT TO
LOCAL RULES 5.8 AND 26.2 AND PROTECTIVE ORDER
ENTERED BY THE COURT ON FEBRUARY 11, 2008**