**Exhibit 7**

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

MARY HUTCHINGS REED
OF COUNSEL
(312) 558-5721
mreed@winston.com

December 17, 2007

**VIA FEDERAL EXPRESS**
Joel Van Winkle
Senior Legal Counsel
Whirlpool Corporation
2000 N. M 63
Benton Harbor, MI  49022

Re:   False Advertising:  Duet Steam Dryer

Dear Mr. Van Winkle:

We represent LG, a manufacturer of innovative laundry appliances, including washing machines and dryers. It has come to their attention that you are marketing a dryer, the Duet Steam Dryer, which purports to be a "steam" dryer. LG's engineers have reviewed your advertising materials describing these appliances and have concluded that they are false and misleading because your product does not utilize a steam technology.

According to your own marketing materials, your "steam dryer" operates by infusing a "mist" into the dryer drum and then allowing the clothes in the dryer to tumble dry in heated air. We believe that the infusion of mist is not the same as infusion of steam; that, in short, mist is not steam, has different thermodynamic properties, and would not be understood by consumers to be steam.

Use of the word "steam" in the name of the Whirlpool product, and use of claims referring to the "power of steam" in Whirlpool advertising seriously mislead consumers as to the nature and efficacy of Whirlpool products, and are misdescriptive, false and misleading under the federal trademark and false advertising law, including Section 43 (a) of the Lanham Act. This letter demands that you immediately cease and desist from any further use of the word "Steam" in connection with these products; that you immediately destroy any inventory of marketing materials using the word "steam" to mislead consumers about the true nature of your

WINSTON & STRAWN LLP

Joel Van Winkle
December 17, 2007
Page 2

technology, and that you notify us in writing of your plans to immediately comply with these requests.

      We demand that you comply by December 28, 2007. Our client will consider all appropriate action should you fail to do so.

Very truly yours,

Mary Hutchings Reed