# EXHIBIT 8 – Part 2

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

Editions for 1898–1948 have title: Webster's collegiate dictionary.
Includes index.
1. English language—Dictionaries.
PE1628.W4M4 1981 423 80-25144
ISBN 0-87779-408-1
ISBN 0-87779-409-x (indexed)
ISBN 0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

504946 RMcN8281

branch post office 8 a : a complete assemblage of ... equipment for transmitting or receiving b : the ... which a station is located
...tioned; sta·tion·ing \'stā-sh(ə-)niŋ\ : to assign to ... ation or position : POST
...shnal, -shən-ᵊl\ adj : of, relating to, or being a ... celebrated by the pope at designated churches in ... nted holy days
...'stā-shə-,ner-ē\ adj 1 : fixed in a station, course, or ... ILE 2 : unchanging in condition
...ront n : the boundary between two air masses neither ... nincing the other
...wave n : STANDING WAVE — called also stationary w...

...ak n : a pause in a radio or television broadcast for ... of the identity of the network or station; also : an ... ent or advertisement during this pause
...'stā-sh(ə-)nər\ n [ME staciouner, fr. ML stationarius, fr. ... shop, fr. L. station] 1 archaic a : BOOKSELLER b ... 2 : one that sells stationery
...'stā-shə-,ner-ē\ n [stationer] 1 : materials (as paper, ...k) for writing or typing 2 : letter paper usu. accom... matching envelopes
...use n : a house at a post or station; specif : a police ...

...s·ter \'stā-shən-,mas-tər\ n : an official in charge of the ... f a railroad station
... the cross often cap S&C 1 : a series of usu. 14 images ... esp. in a church that represent the stages of Christ's ... 2 : a devotion involving commemorative meditation ... stations of the cross
...gon n : an automobile that has an interior longer than ... s one or more rear seats readily lifted out or folded to ... at trucking, has no separate luggage compartment, and ... adjustable rear window and a tailgate
...'stāt-,iz-əm\ n : concentration of economic controls and ... the hands of a highly centralized government
...ist\ n : an advocate of statism — statist adj
...\stə-'tis-tik\ n [back-formation fr. statistics] 1 : a single ... term in a collection of statistics 2 a : a quantity (as ... of a sample) that is computed from a sample; specif : as ... b : a random variable that takes on the possible values ...

...al \-ti-kəl\ adj : of, relating to, or employing the princ... tistics — sta·tis·ti·cal·ly \-k(ə-)lē\ adv
... mechanics n pl but usu sing in constr : a branch of ... dealing with the application of the principles of statis... mechanics of a system consisting of a large number of ... ing motions that differ by small steps over a large range
...ian \,stat-ə-'stish-ən\ n : one versed in or engaged in ... statistics
...s \stə-'tis-tiks\ n pl but sing or pl in constr [G statistik ... political facts and figures, fr. NL statisticus of politics, fr. ... state] 1 : a branch of mathematics dealing with the col... analysis, interpretation, and presentation of masses of ... data 2 : a collection of quantitative data
...'stat-iv\ adj : expressing a bodily or mental state — com... VF 3b
...mb form [ISV, fr. Gk statos stationary, fr. histanai to ... more at STAND] 1 : resting (statoblast) 2 : equilibrium ...
...st \'stat-ə-,blast\ n [ISV] 1 : a bud in a freshwater bryo... overwinters in a chitinous envelope and develops into a ... vidual in spring 2 : GEMMULE b
...st \-,sist\ n [ISV] : an organ of equilibrium occurring esp ... invertebrate animals and consisting usu. of a fluid-filled ... which are suspended calcareous particles
...try \stat-'al-ə-trē\ n [state + -o- + -latry] : advocacy of a ... centralized and all-powerful national government
... \'stat-ᵊl-,ith\ n [ISV] 1 : the calcareous body in a stato... : any of various starch grains or other solid bodies in the ... toplasm that are held to be responsible by changes in their ... for changes in orientation of a part or organ
...'stat-ər\ n [NL, fr. L, one that stands, fr. status, pp. of stare ... — more at STAND] : a stationary part in a machine in or ... hich a rotor revolves
...ope \'stat-ə-,skōp\ n [ISV] 1 : a sensitive aneroid barometer ... recording small changes in atmospheric pressure 2 : an ... ent for indicating small changes in the altitude of an air...

...ary \'stach-ə-,wer-ē\ n, pl -aries 1 a : the art of making ... b : a collection of statues 2 : SCULPTOR
...ry adj : of, relating to, or suitable for statues
... \'stach-(,)ü, 'stach-ə(-w)\ n [ME, fr. MF, fr. L statua, fr. ... to set up — more at STATUTE] : a three-dimensional repre... in usu. of a person, animal, or mythical being that is pro... by sculpturing, modeling, or casting
... of Liberty 1 : a large copper statue of a woman holding a ... aloft in her right hand located on Liberty Island in New ... arbor 2 : an offensive football play in which a back feints ... as if to throw a pass and the ball is taken from his hand by ... mate who runs by him
...sque \,stach-ə-'wesk\ adj : resembling a statue esp. in ... gnity or shapeliness — stat·u·esque·ly adv — stat·u·esque...

...ette \,stach-ə-'wet\ n : a small statue
...e \'stach-ər\ n [ME, fr. OF, fr. L statura, fr. status, pp. of ... to stand — more at STAND] 1 : natural height (as of a ... n an upright position 2 : quality or status gained ... development, or achievement syn see QUALITY
... \'stat-əs, 'stat-\ n, often attrib [L — more at STATE] 1 : ... ion of a person or thing in the eyes of the law 2 a : ... rank in relation to others (the ~ of a father) b : ...

...ank in a hierarchy of prestige; esp : high prestige 3 : state of affairs : SITUATION syn see STATE
sta·tus quo \,stāt-ə-'skwō, ,stat-\ n [L, state in which] : the existing state of affairs (seeks to preserve the status quo)
stat·ut·able \'stach-ət-ə-bəl, 'stach-,üt-\ adj : made, regulated, or imposed by or in conformity to statute : STATUTORY (~ tonnage)
stat·ute \'stach-(,)üt, -ət\ n [ME, fr. OF statut, fr. LL statutum law, regulation, fr. L, neut. of statutus, pp. of statuere to set up, station, fr. status position, condition, state] 1 : a law enacted by the legislative branch of a government 2 : an act of a corporation or of its founder intended as a permanent rule 3 : an international instrument setting up an agency and regulating its scope or authority
statute book n : the whole body of legislation of a given jurisdiction whether or not published as a whole — usu. used in pl.
statute mile n : MILE 1a
statute of limitations : a statute assigning a certain time after which rights cannot be enforced by legal action or offenses cannot be punished
stat·u·to·ry \'stach-ə-,tōr-ē, -,tór-\ adj 1 : of or relating to statutes 2 : enacted, created, or regulated by statute (a ~ age limit)
statutory offense n : a crime created by statute; esp : STATUTORY RAPE
statutory rape n : sexual intercourse with a female who is below the statutory age of consent
staunch \'stónch, 'stänch\ var of STANCH
staunch \'stónch, 'stänch\ adj [ME, fr. MF estanche, fem. of estanc, fr. OF, fr. estancher to stanch] 1 a : WATERTIGHT, SOUND b : strongly built : SUBSTANTIAL 2 : steadfast in loyalty or principle syn see FAITHFUL — staunch·ly adv — staunch·ness n
stau·ro·lite \'stór-ə-,līt\ n [F, fr. Gk stauros cross + F -lite — more at STEER] : a mineral $(Fe,Mg)_2Al_9Si_4O_{23}(OH)$ consisting of basic iron aluminum silicate in prismatic orthorhombic crystals often twinned so as to resemble a cross — stau·ro·lit·ic \,stór-ə-'lit-ik\ adj

stave \'stāv\ n [back-formation fr. staves] 1 : STAFF 1, 2 2 : any of the narrow strips of wood or narrow iron plates placed edge to edge to form the sides, covering, or lining of a vessel (as a barrel) or structure 3 : RUNG 3b 4 : STANZA 5 : STAFF 3
stave vb staved or stove \'stōv\; stav·ing vt 1 : to break in the staves of (a cask) 2 : to smash a hole in (~ in a boat); also : to crush or break inward (staved in several ribs) 3 : to drive or thrust away ~ vi 1 : to become stove in — used of a boat or ship 2 : to walk or move rapidly
stave off vt : to ward or fend off
staves pl of STAFF
staves·acre \'stāv-,zā-kər\ n [by folk etymology fr. ME staphisagre, fr. ML staphis agria, fr. Gk, lit., wild raisin] : a Eurasian larkspur (Delphinium staphisagria); also : its violently emetic and cathartic seeds
1stay \'stā\ n [ME, fr. OE stæg; akin to ON stag stay, OE stīle steel] 1 : a large strong rope usu. of wire used to support a mast 2 : a guy rope — in stays : in process of going about from one tack to another
2stay vt 1 : to fasten (as a smokestack) with or as if with stays 2 : to incline (a mast) forward, aft, or to one side by the stays ~ vi : to go about : TACK
3stay vb stayed \'stād\ or staid \'stād\; stay·ing [ME stayen, fr. MF ester to stand, stay, fr. L stare — more at STAND] vi 1 : to stop going forward : PAUSE 2 : to stop doing something : CEASE 3 : to continue in a place or condition : REMAIN 4 : to stand firm 5 : to take up residence : LODGE 6 : to keep even in a contest or rivalry (~ with the leaders) 7 : to call a poker bet without raising 8 obs : to be in waiting or attendance ~ vt 1 : to wait for (AWAIT 2 : to last out (as a race) 3 : to remain during (~ed the whole time) 4 a : to stop or delay the proceeding or advance of or as if by interposing an obstacle : HALT (~ an execution) b : to check the course of (as a disease) c : ALLAY, PACIFY (~ed the civil war) c : to quiet the hunger of temporarily
syn 1 STAY, REMAIN, WAIT, ABIDE, TARRY, LINGER shared meaning element : to continue in a place
2 see DEFER
— stay put : to be firmly fixed, attached, or established
4stay n 1 a : the action of halting : the state of being stopped b : a stopping or suspension of procedure or execution by judicial or executive order 2 obs : MODERATION, SELF-CONTROL 3 : a residence or sojourn in a place 4 : capacity for endurance
5stay n [MF estaie, of Gmc origin; akin to OHG stān to stand — more at STAND] 1 : one that serves as a prop : SUPPORT 2 : a corset stiffened with bones — usu. used in pl.
6stay vt 1 : to provide physical or moral support for : SUSTAIN 2 : to fix on something as a foundation
stay-at-home \'stā-ət-,hōm\ adj : remaining habitually in one's residence, locality, or country — stay-at-home \'stā-\ n
stay·er \'stā-ər\ n : one that stays; esp : one that upholds or supports
staying power n : capacity for endurance : STAMINA
stay-in strike \'stā-,in-\ n : a slowdown or stoppage of work intended to bring pressure on an employer and concerted by workers who remain in their work place — compare SIT-DOWN
stay·sail \'stā-,sāl, -səl\ n : a fore-and-aft sail hoisted on a stay — see sail illustration
STB abbr 1 [L sacrae theologiae baccalaureus] bachelor of sacred theology 2 [L scientiae theologicae baccalaureus] bachelor of theological science
stbd abbr starboard
std abbr standard
STD abbr [L sacrae theologiae doctor] doctor of sacred theology
Ste abbr [F sainte] saint (female)
stead \'sted\ n [ME stede, fr. OE; akin to OHG stat place, stān to stand — more at STAND] 1 : LOCALITY, PLACE 2 : ADVANTAGE, SERVICE — used chiefly in the phrase to stand one in good stead 3 : the office, place, or function ordinarily occupied or carried out by someone or something else (acted in his brother's ~)
— in stead : to be of avail to : HELP

stead·fast \'sted-,fast also -fəst\ adj 1 a : firmly fixed in place : IMMOVABLE b : not subject to change (the ~ doctrine of original sin — Ellen Glasgow) 2 : firm in belief, determination, or adherence : LOYAL syn see FAITHFUL ant capricious — stead·fast·ly adv — stead·fast·ness \-,fas(t)-nəs, -fəs(t)-\ n
stead·ing \'sted-ᵊn, 'sted-, -iŋ\ n [ME steding, fr. stede place, farm] 1 : a small farm 2 chiefly Scot : the service buildings or area of a farm
1steady \'sted-ē\ adj stead·i·er; -est [1stead] 1 a : firm in position : FIXED b : direct or sure in movement : UNFALTERING c : keeping nearly upright in a seaway (a ~ ship) 2 : showing little variation or fluctuation : STABLE, UNIFORM (a ~ breeze) (~ prices) 3 a : not easily moved or upset : RESOLUTE (~ nerves) b (1) : constant in feeling, principle, purpose, or attachment (2) : DEPENDABLE c : not given to dissipation : SOBER — stead·i·ly \'sted-ᵊl-ē\ adv — stead·i·ness \'sted-ē-nəs\ n
syn STEADY, EVEN, EQUABLE shared meaning element : not varying throughout a course or extent ant unsteady, nervous, jumpy
2steady vb stead·ied; steady·ing vt : to make or keep steady ~ vi : to become steady — stead·i·er n
3steady adv 1 : in a steady manner : STEADILY 2 : on the course set — used as a direction to the helmsman of a ship
4steady n, pl stead·ies : one that is steady; specif : a boyfriend or girl friend with whom one goes steady
steady state n : a state or condition of a system or process (as one of the energy states of an atom) that does not change in time
steady state theory n : a theory in astronomy: the universe has always existed and has always been expanding with hydrogen being created continuously — compare BIG BANG THEORY
steak \'stāk\ n [ME steke, fr. ON steik; akin to ON steikja to roast on a stake, stik stick, stake — more at STICK] 1 a : a slice of meat cut from a fleshy part of a beef carcass b : a similar slice of a specified meat other than beef (ham ~) c : a cross-section slice of a large fish (swordfish ~) 2 : ground beef prepared for cooking or for serving in the manner of a steak (hamburg ~)
steak house n : a restaurant whose specialty is beefsteak
steak knife n : a table knife with an often serrated steel blade
1steal \'stē(ə)l\ vb stole \'stōl\; sto·len \'stō-lən\; steal·ing [ME stelen, fr. OE stelan, akin to OHG stelan to steal] vt 1 : to take the property of another 2 : to come or go secretly, unobtrusively, gradually, or unexpectedly 3 : to steal a base ~ vt 1 a : to take or appropriate without right or leave and with intent to keep or make use of wrongfully b : to take away by force or unjust means c : to take secretly or without permission d : to appropriate entirely to oneself or beyond one's proper share (~ the show) 2 a : to move, convey, or introduce secretly : SMUGGLE b : to accomplish in a concealed or unobserved manner (~ a visit) 3 a : to seize, gain, or win by trickery, skill, or daring (a basketball player adept at ~ing the ball) b of a base runner : to gain (a base) by running without the aid of a hit or an error — steal·er n
syn STEAL, PILFER, FILCH, PURLOIN shared meaning element : to take another's possession without right and without his knowledge or permission
— steal a march : to gain an advantage unobserved — steal one's thunder : to appropriate or adapt for one's own ends something devised by another
2steal n 1 : the act or an instance of stealing 2 : a fraudulent or questionable political deal 3 : BARGAIN 2 (it's a ~ at that price)
steal·ing n : the act of one who steals
stealth \'stelth\ n [ME stelthe; akin to OE stelan to steal] 1 a archaic : THEFT b obs : something stolen 2 : the act or action of proceeding furtively, secretly, or imperceptibly (the state moves by ~ to gather information — Nat Hentoff) 3 : the state of being furtive or unobtrusive (his leopard ~ and grace — James Purdy)
stealthy \'stel-thē\ adj stealth·i·er; -est 1 : slow, deliberate, and secret in action or character 2 : intended to escape observation : FURTIVE syn see SECRET — stealth·i·ly \-thə-lē\ adv — stealth·i·ness \-thē-nəs\ n
1steam \'stēm\ n [ME stem, fr. OE stēam; akin to D stoom steam] 1 : a vapor arising from a heated substance 2 a : the invisible vapor into which water is converted when heated to the boiling point b : the mist formed by the condensation on cooling of water vapor 3 a : water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work; also : the power so generated b : driving force : POWER (got there under his own ~) c : emotional tension (needed to let off a little ~ after exams) 4 a : STEAMER 2a b : travel by or a trip in a steamer
2steam vi 1 : to rise or pass off as vapor 2 : to give off steam or vapor 3 : to move or travel by or as if by the agency of steam 4 : to be angry : BOIL (~ing over the insult he had received) ~ vt 1 : to give out as fumes : EXHALE 2 : to apply steam to; esp : to expose to the action of steam (as for softening or cooking)
steam beer n : a highly effervescent beer brewed in the western U.S.
steam·boat \'stēm-,bōt\ n : a boat propelled by steam power
steamboat Gothic n [fr. its use in homes of retired steamboat captains in imitation of the style of river steamboats] : an elaborately ornamented architectural style used in homes built in the middle 19th century in the Ohio and Mississippi river valleys
steam boiler n : a boiler for producing steam
steam chest n : the chamber from which steam is distributed to a cylinder of a steam engine
steam engine n : an engine driven or worked by steam; specif : a reciprocating engine having a piston driven in a closed cylinder by steam



EXHIBIT 2

A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). -- ISBN 0-87779-707-2 (laminated cover, unindexed).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1998
423—dc21 97-41846
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

23242526WC99

[1]**staunch** \'stȯnch, 'stänch\ *var of* STANCH

[2]**staunch** *adj* [ME, fr. MF *estanche*, fem. of *estanc*, fr. OF, fr. *estanchier* to stanch — more at STANCH] (15c) **1 a :** WATERTIGHT, SOUND **b :** strongly built : SUBSTANTIAL **2 :** steadfast in loyalty or principle ***syn*** see FAITHFUL — **staunch·ly** *adv* — **staunch·ness** *n*

**stau·ro·lite** \'stȯr-ə-,līt\ *n* [F, fr. Gk *stauros* cross + F *-lite* — more at STEER] (ca. 1815) **:** a mineral consisting of a basic silicate of iron and aluminum in prismatic orthorhombic crystals often twinned so as to resemble a cross — **stau·ro·lit·ic** \,stȯr-ə-'li-tik\ *adj*

[1]**stave** \'stāv\ *n* [ME, back-formation fr. *staves*, pl. of *staf* staff] (13c) **1 :** [1]STAFF 1, 2 **2 :** any of the narrow strips of wood or narrow iron plates placed edge to edge to form the sides, covering, or lining of a vessel (as a barrel) or structure **3 :** STANZA **4 :** [1]STAFF 3

[2]**stave** *vb* **staved** *or* **stove** \'stōv\; **stav·ing** *vt* (ca. 1595) **1 :** to break in the staves of (a cask) **2 :** to smash a hole in ⟨*stove* in the boat⟩; *also* **:** to crush or break inward ⟨*staved* in several ribs⟩ **3 :** to drive or thrust away ∼ *vi* **1** *archaic* **:** to become stove in — used of a boat or ship **2 :** to walk or move rapidly

**stave off** *vt* (1624) **1 :** to fend off ⟨*staving off* creditors⟩ **2 :** to ward off (as something adverse) : FORESTALL ⟨trying to *stave off* disaster⟩

**staves** *pl of* STAFF

**staves·acre** \'stāv-,zā-kər\ *n* [by folk etymology fr. ME *staphisagre*, fr. ML *staphis agria*, fr. Gk, lit., wild raisin] (15c) **:** a Eurasian delphinium (*Delphinium staphisagria*); *also* **:** its violently emetic and cathartic seeds

[1]**stay** \'stā\ *n* [ME, fr. OE *stæg*; akin to ON *stag* stay, OE *stēle* steel] (bef. 12c) **1 :** a large strong rope usu. of wire used to support a mast **2 :** [1]GUY

[2]**stay** *vt* (1627) **1 :** to secure upright with or as if with stays **2 :** to incline (a mast) forward, aft, or to one side by the stays ∼ *vi* **:** to go about : TACK

[3]**stay** *vb* **stayed** \'stād\ *also* **staid** \'stād\; **stay·ing** [ME, fr. MF *ester* to stand, stay, fr. L *stare* — more at STAND] *vi* (15c) **1 :** to stop going forward : PAUSE **2 :** to stop doing something : CEASE **3 :** to continue in a place or condition : REMAIN ⟨∼*ed* up all night⟩ ⟨went for a short vacation but ∼*ed* on for weeks⟩ ⟨∼ put till I come back⟩ **4 :** to stand firm **5 :** to take up residence : LODGE **6 :** to keep even in a contest or rivalry ⟨∼ with the leaders⟩ **7 :** to call a poker bet without raising **8** *obs* **:** to be in waiting or attendance ∼ *vt* **1 :** to wait for : AWAIT **2 :** to stick or remain with (as a race or trial of endurance) to the end — usu. used in the phrase *stay the course* **3 :** to remain during ⟨∼*ed* the whole time⟩ **4 a :** to stop or delay the proceeding or advance of by or as if by interposing an obstacle : HALT ⟨∼ an execution⟩ **b :** to check the course of (as a disease) **c :** ALLAY, PACIFY ⟨∼*ed* tempers⟩ **d :** to quiet the hunger of temporarily ***syn*** see DEFER

[4]**stay** *n* (1536) **1 a :** the action of halting : the state of being stopped **b :** a stopping or suspension of procedure or execution by judicial or executive order **2** *obs* **:** SELF-CONTROL, MODERATION **3 :** a residence or sojourn in a place **4 :** capacity for endurance

[5]**stay** *n* [MF *estaie*, of Gmc origin; akin to OHG *stān* to stand — more at STAND] (1515) **1 :** one that serves as a prop : SUPPORT **2 :** a corset stiffened with bones — usu. used in pl.

[6]**stay** *vt* (1548) **1 :** to provide physical or moral support for : SUSTAIN **2 :** to fix on something as a foundation

**stay–at–home** \'stā-ət-,hōm\ *adj* (1806) **:** remaining habitually in one's residence, locality, or country — **stay–at–home** *n*

**stay·er** \'stā-ər\ *n* (ca. 1580) **:** one that stays; *esp* **:** one that upholds or supports

**staying power** *n* (1859) **:** capacity for endurance : STAMINA

**stay·sail** \'stā-,sāl, -səl\ *n* (1669) **:** a fore-and-aft sail hoisted on a stay — see SAIL illustration

**STD** \,es-(,)tē-'dē\ *n* [sexually transmitted disease] (1976) **:** any of various diseases transmitted by direct sexual contact that include the classic venereal diseases (as syphilis, gonorrhea, and chancroid) and other diseases (as hepatitis A, hepatitis B, giardiasis, and AIDS) that are often or sometimes contracted by other than sexual means

[1]**stead** \'sted\ *n* [ME *stede*, fr. OE; akin to OHG *stat* place, OE *standan* to stand — more at STAND] (bef. 12c) **1** *obs* **:** LOCALITY, PLACE **2 :** ADVANTAGE — used chiefly in the phrase *to stand one in good stead* **3 :** the office, place, or function ordinarily occupied or carried out by someone or something else ⟨acted in his brother's ∼⟩

[2]**stead** *vt* (13c) **:** to be of avail to : HELP

**stead·fast** \'sted-,fast *also* -fəst\ *adj* [ME *stedefast*, fr. OE *stedefæst*, fr. *stede* + *fæst* fixed, fast] (bef. 12c) **1 a :** firmly fixed in place : IMMOVABLE **b :** not subject to change ⟨the ∼ doctrine of original sin —Ellen Glasgow⟩ **2 :** firm in belief, determination, or adherence : LOYAL ***syn*** see FAITHFUL — **stead·fast·ly** *adv* — **stead·fast·ness** \-,fas(t)-nəs, -fəs(t)-\ *n*

**stead·ing** \'ste-dᵊn, 'stē-, -diŋ\ *n* [ME *steding*, fr. *stede* place, farm] (15c) **1 :** a small farm **2** *chiefly Scot* **:** the service buildings or area of a farm

[1]**steady** \'ste-dē\ *adj* **steadi·er; -est** [ME *stedy*, fr. *stede*] (14c) **1 a :** direct or sure in movement : UNFALTERING **b :** firm in position : FIXED **c :** keeping nearly upright in a seaway ⟨a ∼ ship⟩ **2 :** showing little variation or fluctuation : STABLE, UNIFORM ⟨a ∼ breeze⟩ ⟨∼ prices⟩ **3 a :** not easily disturbed or upset ⟨∼ nerves⟩ **b (1) :** constant in feeling, principle, purpose, or attachment **(2) :** DEPENDABLE **c :** not given to dissipation : SOBER — **steadi·ly** \'ste-dᵊl-ē\ *adv* — **steadi·ness** \'ste-dē-nəs\ *n*

***syn*** STEADY, EVEN, EQUABLE mean not varying throughout a course or extent. STEADY implies lack of fluctuation or interruption of movement ⟨*steady* progress⟩. EVEN suggests a lack of variation in quality or character ⟨an *even* distribution⟩. EQUABLE implies lack of extremes or of sudden sharp changes ⟨maintain an *equable* temper⟩.

[2]**steady** *vb* **stead·ied; steady·ing** *vt* (1530) **:** to make or keep steady ∼ *vi* **:** to become steady — **steadi·er** *n*

[3]**steady** *adv* (ca. 1605) **1 :** in a steady manner : STEADILY **2 :** on the course set — used as a direction to the helmsman of a ship

[4]**steady** *n, pl* **stead·ies** (1792) **:** one that is steady; *specif* **:** a boyfriend or girlfriend with whom one goes steady

**steady state** *n* (1885) **:** a state or condition of a system or process (as one of the energy states of an atom) that does not change in time; *broadly* **:** a condition that changes only negligibly over a specified time

**steady state theory** *n* (1948) **:** a theory in astronomy: the universe has always existed and has always been expanding with hydrogen being created continuously — compare BIG BANG THEORY

**steak** \'stāk\ *n* [ME *steke*, fr. ON *steik*; akin to ON *steikja* to roast on a stake, *stik* stick, stake — more at STICK] (15c) **1 a :** a slice of meat cut from a fleshy part of a beef carcass **b :** a similar slice of a specified meat other than beef ⟨ham ∼⟩ **c :** a cross-section slice of a large fish ⟨swordfish ∼⟩ **2 :** ground beef prepared for cooking or for serving in the manner of a steak ⟨hamburger ∼⟩

**steak house** *n* (1762) **:** a restaurant whose specialty is beefsteak

**steak knife** *n* (1895) **:** a table knife with a sharp often serrated blade

**steak tar·tare** \-tär-'tär\ *n* [F *tartare* Tartar] (1911) **:** highly seasoned ground beef eaten raw

[1]**steal** \'stē(ə)l\ *vb* **stole** \'stōl\; **sto·len** \'stō-lən\; **steal·ing** [ME *stelen*, fr. OE *stelan*; akin to OHG *stelan* to steal] *vi* (bef. 12c) **1 :** to take the property of another wrongfully and esp. as an habitual or regular practice **2 :** to come or go secretly, unobtrusively, gradually, or unexpectedly **3 :** to steal or attempt to steal a base ∼ *vt* **1 a :** to take or appropriate without right or leave and with intent to keep or make use of wrongfully ⟨*stole* a car⟩ **b :** to take away by force or unjust means ⟨they've *stolen* our liberty⟩ **c :** to take surreptitiously or without permission ⟨∼ a kiss⟩ **d :** to appropriate to oneself or beyond one's proper share : make oneself the focus of ⟨∼ the show⟩ **2 a :** to move, convey, or introduce secretly : SMUGGLE **b :** to accomplish in a concealed or unobserved manner ⟨∼ a visit⟩ **3 a :** to seize, gain, or win by trickery, skill, or daring ⟨a basketball player adept at ∼*ing* the ball⟩ ⟨*stole* the election⟩ **b** *of a base runner* **:** to reach (a base) safely solely by running and usu. catching the opposing team off guard — **steal·able** \'stē-lə-bəl\ *adj* — **steal·er** *n* — **steal a march on :** to gain an advantage on unobserved — **steal one's thunder :** to grab attention from another esp. by anticipating an idea, plan, or presentation; *also* **:** to claim credit for another's idea

***syn*** STEAL, PILFER, FILCH, PURLOIN mean to take from another without right or without detection. STEAL may apply to any surreptitious taking of something and differs from the other terms by commonly applying to intangibles as well as material things ⟨*steal* jewels⟩ ⟨*stole* a look at the gifts⟩. PILFER implies stealing repeatedly in small amounts ⟨*pilfered* from his employer⟩. FILCH adds a suggestion of snatching quickly and surreptitiously ⟨*filched* an apple from the tray⟩. PURLOIN stresses removing or carrying off for one's own use or purposes ⟨printed a *purloined* document⟩.

[2]**steal** *n* (ca. 1825) **1 :** the act or an instance of stealing **2 :** a fraudulent or questionable political deal **3 :** BARGAIN 2 ⟨it's a ∼ at that price⟩

**stealth** \'stelth\ *n* [ME *stelthe*; akin to OE *stelan* to steal] (13c) **1 a** *archaic* **:** THEFT **b** *obs* **:** something stolen **2 :** the act or action of proceeding furtively, secretly, or imperceptibly ⟨the state moves by ∼ to gather information —Nat Hentoff⟩ **3 :** the state of being furtive or unobtrusive **4 :** an aircraft-design characteristic consisting of oblique angular construction and avoidance of vertical surfaces that is intended to produce a very weak radar return

**stealthy** \'stel-thē\ *adj* **stealth·i·er; -est** (1605) **1 :** slow, deliberate, and secret in action or character **2 :** intended to escape observation : FURTIVE ***syn*** see SECRET — **stealth·i·ly** \-thə-lē\ *adv* — **stealth·i·ness** \-thē-nəs\ *n*

[1]**steam** \'stēm\ *n* [ME *stem*, fr. OE *stēam*; akin to D *stoom* steam] (bef. 12c) **1 :** a vapor arising from a heated substance **2 a :** the invisible vapor into which water is converted when heated to the boiling point **b :** the mist formed by the condensation on cooling of water vapor **3 a :** water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work; *also* **:** the power so generated **b :** active force : POWER, MOMENTUM ⟨got there under his own ∼⟩ ⟨sales began to pick up ∼⟩; *also* **:** normal force ⟨at full ∼⟩ **c :** pent-up emotional tension ⟨needed to let off a little ∼⟩ **4 a :** STEAMER 2a **b :** travel by or a trip in a steamer

[2]**steam** *vt* (15c) **1 :** to give out as fumes : EXHALE **2 :** to apply steam to; *esp* **:** to expose to the action of steam (as for softening or cooking) ∼ *vi* **1 :** to rise or pass off as vapor **2 :** to give off steam or vapor **3 a :** to move or travel by the agency of steam **b :** to move or proceed with energy or force **4 :** to be angry : BOIL ⟨∼*ing* over the insult⟩

**steam·boat** \'stēm-,bōt\ *n* (1785) **:** a boat driven by steam power; *specif* **:** a shallow-draft vessel used on inland waterways

**steamboat Gothic** *n* [fr. its use in homes of retired steamboat captains in imitation of the style of river steamboats] (1941) **:** an elaborately ornamented architectural style used in homes built in the middle 19th century in the Ohio and Mississippi river valleys

**steam boiler** *n* (1805) **:** a boiler for producing steam

**steam chest** *n* (1797) **:** the chamber from which steam is distributed to a cylinder of a steam engine

**steamed** \'stēmd\ *adj* (1802) **1 :** cooked by steam **2 :** ANGRY 1 — often used with *up*

**steam engine** *n* (1751) **:** an engine driven or worked by steam; *specif* **:** a reciprocating engine having a piston driven in a closed cylinder by steam

**steam·er** \'stē-mər\ *n* (1814) **1 :** a vessel in which articles are subjected to steam **2 a :** a ship propelled by steam **b :** an engine, machine, or vehicle operated or propelled by steam **3 :** one that steams **4 :** SOFT-SHELL CLAM

**steamer rug** *n* (1890) **:** a warm covering for the lap and feet esp. of a person sitting on a ship's deck

**steamer trunk** *n* (1886) **:** a trunk suitable for use in a stateroom of a steamer; *esp* **:** a shallow trunk that may be stowed beneath a berth

**steam·fit·ter** \'stēm-,fi-tər\ *n* (ca. 1890) **:** one that installs or repairs equipment (as steam pipes) for heating, ventilating, or refrigerating systems — **steam fitting** *n*

**steam iron** *n* (ca. 1943) **:** a pressing iron with a compartment holding water that is converted to steam by the iron's heat and emitted through the soleplate onto the fabric being pressed

[1]**steam·roll·er** \'stēm-,rō-lər\ *n* (1866) **1 :** a steam-driven road roller; *broadly* **:** ROAD ROLLER **2 :** a crushing force esp. when ruthlessly applied to overcome opposition

[2]**steamroller** *or* **steam·roll** \-,rōl\ *vt* (1879) **1 :** to overwhelm usu. by greatly superior force ⟨∼ the opposition⟩ **2 :** to bring or advance by overwhelmin[g] ∼ *vi* **:** to mo[ve]

**steam·ship** \ ...

**steamship r[ound]** ... round with r...

**steam shove[l]** ... : POWER SHOV[EL]

**steam table** ... cooked food ...

**steam turbin[e]** ... steam dischar...

**steam up** *vt* (...

**steamy** \'stē-... acterized by, ... : hot and hun... scene) — **stea**...

**ste·ap·sin** \stē... (1896) **:** the li...

**stea·rate** \'stē... acid

**stea·ric acid** \... acid $C_{18}H_{36}O_{2}$... taining stearin... acids

**stea·rin** \'stē-ə... of glycerol and...

**ste·a·tite** \'stē-... *stear*] (1758) : SOAPSTONE **2**... of steatite — **s**...

**steato-** *comb f*... hardens] **:** fat ...

**ste·a·to·py·gia** ... *pygē* buttocks] ... that occurs esp... ples — **ste·a-t**... -tə-'pi-jik\ *adj*

**ste·at·or·rhea** ... the stools

**stedfast** *var of* s...

**steed** \'stēd\ *n* [... more at STUD] (... 

**steek** \'stēk\ *vb* ... pierce — more ...

[1]**steel** \'stē(ə)l\ ... and perh. to Sk... contains carbon... alloying constit... is distinguished... content **2 :** ar... steel; *as* **a :** a... fluted round ro[d]... steel for striking... or spirit) that su... ing industry **b**...

[2]**steel** *vt* (13c) **1**... to resemble steel... determination

[3]**steel** *adj* (13c) ... of steel **3 :** rese...

**steel band** *n* (19...

**steel blue** *n* (181... sumed by steel at...

**steel drum** *n* (19... that is played by... of an oil drum

**steel engraving** ... **2 :** an impression...

**steel guitar** *n* (1...

guitarist *n*

**steel·head** \'stē(ə... **:** an anadromous...

**steel·ie** *also* **stee**... marble

**steel·mak·er** \'stē...

**steel·mak·ing** \-...

**steel–trap** \'stē(ə)...

**steel wool** *n* (189... shavings and used...

**steel·work** \'stē(ə... *pl in constr* **:** an es...

**steel·work·er** \-,w... the manufacturing...

**steely** \'stē-lē\ *adj* ... ing steel (as in ha... tion) ⟨∼ blue⟩ **2 :**...

**steel·yard** \'stē(ə)l... *n* [prob. fr. [1]*steel*... (1639) **:** a balance... ject to be weigh... from the shorter a... the weight determi... counterpoise alon... scale on the longe... librium is attained

**steen·bok** \'stēn-,...

**stein·bok** \'stīn-,... *steenbok*, akin to O... *stān* stone, *bucca* ... small slender antel... habits chiefly grassl...

[1]**steep** \'stēp\ *adj* [... MHG *steif* steep] (... **:** making a large an...