

EXHIBIT 3







- Features a real working water tower!
- Thomas puffs real steam that is cool to the touch!
- Includes metallic Thomas and Annie & Clarabel coaches!
- Compatible with