**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.** )<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>**WHIRLPOOL CORPORATION,** )<br>)<br>Defendant/Counterplaintiff. ) | **Civil Action No.: 08 C 242**<br><br>**Judge St. Eve**<br><br>**Magistrate Judge Mason** |

**DECLARATION OF PAMELA S. ROGERS [REDACTED]**

I, Pamela S. Rogers, under penalty of perjury, hereby testify as follows:

1. I am employed by Whirlpool Corporation ("Whirlpool") as Director of Product Management for Front Loading Laundry at Whirlpool's corporate headquarters in Benton Harbor, Michigan.

2. My educational background is as follows: I obtained a B.S. in mechanical engineering in 1993 from Michigan Technological University, followed by a M.S. in mechanical engineering from the University of Michigan in 1995. In 2002, I obtained an MBA from Bowling Green State University.

3. I began working for Whirlpool in 1993 as an engineer. From 2003 until 2005, I served as Director of Technology for Whirlpool during which time I was responsible for the work of approximately 100 engineers involved in Whirlpool's research and development for laundry products. From 2005 until May 2006, I was Whirlpool's Corporate Director of Global Innovation. In 2006, I was put in charge of all Whirlpool Brand laundry products in North America and, after a corporate restructuring

in May 2007, I assumed responsibility for all front loading laundry products (washers and dryers) across all platforms and all Whirlpool Corporation brands in North America.

4. As Director of Product Management for Front Loading Laundry in North America, I oversee a team responsible for the development and delivery of new front loading laundry products, and was responsible for overseeing the development and launch of Whirlpool's Duet® Steam Dryer. I know the following facts to be true of my own personal knowledge or knowledge I have gained from Whirlpool's business records kept in the ordinary course of business or from information transmitted by a person with knowledge of such facts who had a business duty to accurately record them.

## Whirlpool and the Laundry Appliance Market

5. Whirlpool has a well-deserved reputation as the industry leader for cutting edge technology in the laundry appliance market. Whirlpool has been an innovator with respect to numerous advances in laundry, including top loading high efficiency machines and other design innovations.

6. In recent years, Whirlpool has developed several more innovative technologies in the laundry industry. Beginning in 2001, Whirlpool entered the front-loading laundry market, first under Sears' Kenmore brand (for which Whirlpool supplies laundry products), and then in 2002 under the Whirlpool brand. Very quickly, Whirlpool became the market leader in front-loading laundry, and brought the front loading washer platform into the mainstream in the North American appliance market.

## The Duet® Steam Dryer

7. The first steam dryer on the market in the United States was Sears' Kenmore Elite HE5 Steam™ dryer, which is manufactured by Whirlpool and uses

Whirlpool's steam technology described below.  Shortly thereafter, Whirlpool began to market its steam technology under its own brand as the Whirlpool Duet® Steam Dryer.

8. The Duet® Steam Dryer offers an innovative new technology designed to save consumers time and money by permitting them to refresh clothes in the dryer that they might otherwise need to rewash or send to the dry cleaner before wearing.  For example, after returning home from a business trip, a consumer can unpack, and run the clean clothes through the Duet® Steam Dryer's 15-minute Quick Refresh cycle to release wrinkles and freshen clothes without the need to wash them.  Similarly, after a night out, a consumer can rid otherwise clean clothes of smoke or cooking odors by running them through the Duet® Steam Dryer's Quick Refresh cycle so that they may be worn again without the need for dry cleaning.

9. The Duet® Steam Dryer generates steam by injecting a fine mist of water into a heated dryer drum.  The steam created through this process penetrates the clothing to reduce odors and relax wrinkles.  The steam technology in the Duet® Steam Dryer works on the same principle as hanging a wrinkled shirt in a hot and steamy bathroom or throwing a moistened towel into a regular dryer cycle to help release wrinkles.  The essential characteristic or benefit of steam in wrinkle relaxation and odor removal is related to adding moisture to the clothes.  The advantage of the Duet® Steam Dryer over traditional home remedies is in the ease and convenience of the Duet® Steam Dryer's built-in steam technology by which steam is  applied consistently throughout the tumbled clothes to better penetrate the clothes and to more effectively release wrinkles and remove odors, while protecting a variety of fabrics from shrinkage, in just fifteen minutes.

10. In the Quick Refresh cycle, one to three garments may be refreshed and treated to be in ready-to-wear condition in just 15 minutes. The Enhanced Touch Up cycle is designed to freshen and relax wrinkles in an entire load in just 20 minutes.

11. Further, the Duet® Steam Dryer has the added consumer benefit and convenience of hard plumbing so that consumers don't have to fill a water reservoir in the machine to obtain the benefits of steam, as they do with LG's Tromm Steam Dryer.

12. The Duet® brand laundry products have been flagship products for Whirlpool. They have won numerous awards. The Duet® brand has had a "halo effect" over all Whirlpool laundry products, driving more sales across various product lines. The Duet® Steam Dryer is part of the family of washer and dryer products sold under the Whirlpool® Duet® brand.

13. The original internal project name for the development of the Duet® Steam Dryer was "Mystique." Whirlpool, like many companies, uses project names while a product is under development so as to be able to refer to the project without compromising the confidentiality of its research and development process. Over time, the project name was shortened to "Myst."

14. During the process of developing the Duet® Steam Dryer, the engineering and product development teams at Whirlpool discussed what the product would ultimately be called and how to describe the product's technology. After internal discussion, Whirlpool decided that the word "steam" was the best way to convey the technology used in the product and the benefits it conferred. Moreover, the team concluded that "steam" in this context would be the most intuitive way to describe the

4

technology to the consumer as it was consistent with many consumers' experiences of hanging clothing in a steamy bathroom to relax wrinkles and eliminate odors.

15.     In fact, Whirlpool encourages salespeople to use the shower analogy. Salespeople are instructed that they can explain the technology to trade customers and consumers by comparing it to a steamy shower where some consumers will hang clothing to relax wrinkles and remove odors.

16.     Whirlpool maintains a rigorous process of review and vetting before it makes any claims for its products in the marketplace.  Product development engineers and marketing teams work together to develop proposed claims and proposed product and/or feature names.  The claims, including product names, are reviewed with legal counsel to ensure they are truthful and not deceptive and to ensure that any necessary prior substantiation or trademark clearance searching is properly conducted.  Prior to using a claim or product name, final review must be performed by internal legal counsel. The process for naming the Duet® Steam Dryer followed this normal internal Whirlpool process.

### Full Disclosure to the Market Regarding the Duet's Steam Technology

17.     On March 19, 2007, Whirlpool issued a press release announcing the Duet® Steam Dryer to consumer and industry media.  A true and correct copy of the press release is attached as Exhibit A.

18.     This press release highlighted Whirlpool's role as the industry leader in laundry appliances, describing Whirlpool's "technical ingenuity" in developing "cutting-edge drying and refreshing technology." (*Id.*)  I was quoted in the release stating, "Whirlpool brand continually looks to its consumers for inspiration and the Duet® steam

5

dryer is yet another example of the company's commitment to bringing the innovation that consumers demand directly to its products." (*Id.*)

19. In addition, the press release linked Whirlpool's Duet® Steam Dryer to its Duet ® Steam Washer, describing the new Duet® Steam Dryer as "the perfect partner" to the washer. Indeed, Whirlpool designed the Duet® Steam Washer and Dryer as a matching set, which is how most consumers purchase laundry appliances.

20. The press release accurately described the steam technology used in the Duet® Steam Dryer as "a gentle, but powerful combination of mist and heat in the dryer." The release also provided further detail about how the technology works: "The Duet® steam dryer delivers the benefits of steam technology that relaxes wrinkles and removes odors right inside the dryer, by using the water line from the washer to spray a fine mist on clothes. It uses water vapor to gently penetrate fabrics to lift out odors and relax wrinkles while drying." Thus, ever since March 19, 2007, Whirlpool's consumers, trade customers, and competitors alike, have had clear information about how the Duet® Steam Dryer works and how it generates steam.

21. Indeed, ever since the Duet® Steam Dryer was introduced, and even before LG's Tromm Steam Dryer was actually launched in the United States, LG has made efforts to distinguish the Tromm from the Duet® and make claims that its own steam technology is superior. Approximately one month after Whirlpool introduced the Duet® Steam Dryer to the market and the trade press began publicizing the product and technology, LG even filed an application for a trademark on the phrase "TrueSteam" for use with laundry washers and dryers. A copy of LG's April 23, 2007 trademark application is attached as Exhibit B.

**Limited and National Roll-Out of the Duet® Steam Dryer**

22. In late May and early June 2007, Whirlpool began in-market test sales of the Kenmore HE5 Steam™ dryer in 100 Sears stores in California. The Kenmore HE5 Steam™ dryer uses the same steam technology as the Whirlpool Duet® Steam Dryer. Approximately 1000 units of Kenmore HE5 Steam™ dryers were sold during this test in California.

23. Between July 16 and September 15, 2007, in-market test sales of the Whirlpool Duet® Steam Dryer were conducted in 16 hhgregg stores located in Ohio and Indiana. Among other things, the test sales were intended to gauge consumer reaction to the product as a whole, including its name. By all accounts, customer reaction to the Duet® Steam Dryer has been very favorable, both during the test sales and since then.

24. On July 11, 2007, Whirlpool conducted a national conference call with its Marketing Brand Representatives ("MBR") to instruct them on how to train retail sales associates during the test sell in hhgregg stores in the Midwest. Retail sales associates are not Whirlpool employees, but employees of the retail establishments that actually sell the products to consumers. In preparation for this call, Whirlpool distributed a PowerPoint slide presentation to all Whirlpool's MBR's, training them to describe the Duet® Steam Dryer as using "the water line from the washer to spray a fine mist on clothes" and using "water vapor" to lift odors and relax wrinkles. A true and correct copy of the New Duet® Steam Dryer PowerPoint presentation for July 11, 2007 conference call is attached as Exhibit C. MBRs were instructed to clearly describe how the technology worked when training retail sales associates who sell the dryer to the public.

25. During the test sell, hhgregg sales associates used training brochures to assist in describing and marketing the Whirlpool Duet® Steam Dryer. The brochures contained a section titled "How does it work?" that further described the steam technology used in the dryers: "The dryer uses the water line from the washer to spray a fine mist on clothes and uses water vapor to gently penetrate fabrics to lift out odors and relax wrinkles while drying. During the steam cycles, a small amount of water is sprayed into the dryer after several minutes of tumbling with heat. The STEAM status light will come on while the water is sprayed into the drum. The dryer will continue to tumble at Medium heat followed by a brief cool down." A true and correct copy of the New Duet® Steam Dryer trifold brochure is attached as Exhibit D.

26. Whirlpool sells its products to sophisticated trade customers such as Sears, Loews, Best Buy, Abt, and other major retailers who actually sell the products to retail consumers. Between August 28 and September 7, 2007, Whirlpool's in-house sales force fanned out to perform field sales training regarding the Duet® Steam Dryer for thousands of retail sales associates employed by Whirlpool's trade customers.

27. In mid-October 2007, the official national market launch began for the Whirlpool Duet® Steam Dryer. This launch included distributing floor models to all of Whirlpool's trade customers nationwide and shipping inventory to the trade customers' distribution centers. The Duet® Steam Dryer is currently sold in over 9,000 retail stores nationwide.

28. Whirlpool's Duet® Steam Dryer, and Whirlpool's steam technology used in the Kenmore steam dryer, remained the only steam dryers available to consumers in the United States market until LG introduced the Tromm Steam Dryer on national basis

in January 2008.  Currently, Whirlpool's Duet® Steam Dryer, Sears' Kenmore HE5 Steam™ Dryer and LG's Tromm Steam Dryer are the only steam dryers on the market in the United States.  Electrolux does not market a steam dryer in the United States.

### Consumer Acceptance of the Duet® Steam Dryer

29. In its February 2008 issue, Consumer Reports, an expert, independent nonprofit organization whose mission is "to work for a fair, just, and safe marketplace for all consumers and to empower consumers to protect themselves," reported on independent testing it performed on Sears' Kenmore Elite HE5 Steam™ dryer and Whirlpool's Duet® Steam Dryer, which both use the same steam technology, and rated their performance "excellent."  Consumer Reports first noted Whirlpool's claim that the Duet® Steam Washer's steam mode boosted stain removal and concluded that the steam setting was "better at removing stains—the LG's, less so."  Consumer Report also examined Whirlpool's claim that the Duet® Steam Dryer's steam setting reduced wrinkles, noting: "We also tested the steam settings of Kenmore's and Whirlpool's matching dryers.  Both use a water hookup and heat to get rid of wrinkles and odors, and they mostly did so with the shirts we tested."  A true and correct copy of the Consumer Reports article is attached as Exhibit E.

30. As part of the development of the Duet® Steam Dryer, Whirlpool conducted extensive performance testing to substantiate that the Duet® Steam Dryer provided the benefits of reducing odors and relaxing wrinkles.

31. Whirlpool's testing confirmed that the Duet® Steam Dryer does effectively relax wrinkles and remove odors.

9

32.     Sears has also tested and validated the performance of the steam technology used in the Duet® Steam Dryer.  Since Whirlpool supplies the product to Sears for its Kenmore label, Sears also undertook to test the performance and marketing claims of the product.  After performing its own tests and analysis, Sears not only accepted the product under the Kenmore brand, but undertook its own independent branding and marketing campaign that refers to the technology as "steam."  Sears launched their HE5 Steam™ dryer referring to the steam technology as "SteamCare™ technology."

33.     Retailers have been selling the Duet® Steam Dryer on a national basis for approximately 4 months now.  More than ▓▓▓▓▓▓ units have been sold.  To my knowledge, Whirlpool has not received any complaints from its trade customers questioning whether the Duet® Steam Dryer actually uses steam or whether it truly delivers the benefits of wrinkle relaxation and odor reduction.  On the contrary, the Duet® Steam Dryer has been very successful in the marketplace, indicating that both retailers and consumers are pleased with its performance.

### Harm to Whirlpool If A Preliminary Injunction is Entered

34.     If Whirlpool were required to change the product name and marketing strategy after nearly a year of advertising and marketing the Duet® Steam Dryers, it would have serious and lasting consequences for the success of this product and for Whirlpool's reputation generally.

35.     Perhaps most importantly, an injunction would harm the image of Whirlpool's flagship laundry brand Duet®.  This would cast a shadow over more than just the Duet® Steam Dryer, but over the entire range of Whirlpool laundry products.

36.    Whirlpool would have to remove all existing advertising and point of purchase marketing material from retailers and replace it with new, revised marketing materials.  Whirlpool's marketing team estimates that it will cost approximately ███████ to reprint point of purchase literature (i.e., marketing materials distributed by Whirlpool's trade customers) and to reshoot and redistribute product demonstration videos.

37.    Whirlpool currently has thousands of units on more than 9,000 retail sales floors across the country and many thousands more in the warehouses and distribution centers of its trade customers.  In order to stop using the "steam" name, Whirlpool would need to take back and replace thousands of units on retail floors and in warehouses, or physically go to its trade customers and replace the consoles bearing the name Duet® Steam Dryer.

38.    Floor space in retailers showrooms is often extremely limited.  If the dryers are removed from retailers' showrooms, it is possible that Whirlpool will lose the floor space, and particularly the most prominent floor space, to competitors or even other appliance products.  Thus, even removing the units temporarily is likely to cause a significant competitive disadvantage to Whirlpool.

39.    Because the name Duet® Steam Dryer is silk screened on the console of the product, there would be significant shipping, labor, and material costs to change the name of the product.  Whirlpool estimates that it would cost more than ███████ to replace the consoles on existing steam dryer units in inventory and in retailer's showrooms.  Such a process would likely take months to complete.

40.    Moreover, because the Duet® Steam Washer and Dryer are a matching set, and most consumers choose to purchase washers and dryers in pairs rather than

11

separately, Whirlpool would be compelled to change the name of the Duet® Steam Washer to match in some way the new name of the Duet® Steam Dryer. This would take a large effort and involve the republishing and reprinting of a large amount of marketing material. Additionally, changing the name of the Duet® Steam Washer would require retooling and replacing the dispensers on its Duet® Steam Washers, as they carry the "Duet Steam Washer" name.

41.     In addition to changing the name, Whirlpool would need to re-educate consumers and trade customers about the product. Because Whirlpool does not sell the Duet® Steam Dryer directly to consumers, it would first have to retrain its own internal field sales training force, consisting of hundreds of people, regarding the reason for the name change and description of the product, and how to assure trade customers and consumers that the performance they have come to expect from the product has not changed. It would also require personal visits to all of Whirlpool's major retail trade customers and a deployment of Whirlpool's field sales training force to retrain the thousands of retail sales associates who actually sell the product to consumers on trade customers' showroom floors.

42.     During the months when Whirlpool is unable to advertise, market or sell its Duet® Steam Dryers, consumers will only have one option available in the market for a steam dryer – the LG steam dryer. This statement is based on the reasonable assumption that any injunction against Whirlpool will result in effectively a "virtual" injunction against Sears and interrupt the sale of their Kenmore HE5 Steam™ dryer, which uses the very same steam technology and is manufactured by Whirlpool, as well.

43. As significant as the monetary cost would be to rename the product and retrain sales people, the cost to Whirlpool's reputation and the impact on other product sales would be immeasurably greater.

44. In the laundry market, the sales of washers and dryers are inextricably linked. This is because consumers typically buy washers and dryers in matching sets. For example, since September 2007, Whirlpool's sales figures indicate that ▓▓▓ of purchasers of the Duet® Steam Dryer in the color aspen, also purchased the matching Duet® Steam Washer, and that number (known as the "attachment rate") is even higher for purchasers of the product in the color white. Thus, if there is no steam dryer available to match the Whirlpool Duet® Steam Washer for a period of time, sales of the Duet® Steam Washer will also suffer.

45. Changing the name and marketing strategy for Whirlpool's Duet® Steam Dryers until there is a full trial will also have serious negative consequences for Whirlpool's reputation and good will with consumers, media, retailers and the industry in general. Any change to Whirlpool's marketing strategy for its Duet® Steam Dryers will likely be perceived as an admission or acknowledgement that these dryers are ineffective, something that LG does not even allege in this lawsuit.

46. This perception would harm Whirlpool's reputation not only with respect to these dryers, but also with its other products, especially in the consumer appliance market. Indeed, because "Whirlpool" is not just a brand name, but the name of the entire corporation, the taint on Whirlpool's Duet® Steam Dryer will arguably touch all of Whirlpool's products.

47.     Such a serious blow to Whirlpool's reputation will likely spill over to these other products – ones having nothing to do with the claims in this case – and allow direct competitors, especially LG, to unfairly benefit from the loss of good will Whirlpool has developed through its innovations and leadership in the appliance industry.

48.     Moreover, because the identical technology is used in Sears' Kenmore-brand steam dryer, as well as in the Maytag brand, an injunction directed to the Duet® Steam Dryer would be a virtual injunction against Sears' Kenmore product and the Maytag brand, as well.  Sears would likely experience similar costs and disruptions to its business, as well as similar impact on its Kenmore brand, as described above with respect to Whirlpool.

**[Continued on following page.]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February _____, 2008

_____
Pamela S. Rogers
