# EXHIBIT A

| | | |
|---|---|---|
| **Contact:** | Melissa Vigue<br>Peppercom for Whirlpool<br>212.931.6165<br>mvigue@peppercom.com | Trish Taylor<br>Peppercom for Whirlpool<br>269.923.3351<br>ttaylor@peppercom.com |

## WHIRLPOOL® BRAND MOVES FULL STEAM AHEAD WITH NEW DUET® STEAM DRYER
*Latest Innovation Brings Steam to the Home Taking Clothes From Wrinkled To Ready-To-Wear in Minutes*

**NEW YORK, March 19, 2007** – Whirlpool brand today announced the newest addition to its family of laundry appliances, the Duet steam dryer. The new dryer redefines the category and brings science and a technical ingenuity into the home as it relaxes wrinkles and removes odors from clothing in just minutes. The Duet steam dryer boasts cutting-edge drying and refreshing technology aimed at meeting the needs of time-pressed consumers; and is the perfect partner to the recently launched Duet HT® washer, America's best-selling front loader.

"Whirlpool brand continually looks to its consumers for inspiration and the Duet steam dryer is yet another example of the company's commitment to bringing the innovation that consumers demand directly to its products, said Pam Rogers, Director, Whirlpool Brand Laundry Products. "Our research showed that the best way to serve consumers' laundry needs was to bring the benefit of steam to the dryer itself, allowing the garment to be dry, refreshed and ready-to-wear as soon as the cycle is finished.

In developing the Duet steam dryer, the minds behind Whirlpool brand's innovations were challenged to find yet another way to meet the lifestyle and laundry needs of the Whirlpool brand consumer. Recent research shows that 75 percent of clothes are sent to the dry cleaner to remove wrinkles and odors—not to remove visible stains. With the new drying cycles in the Duet steam dryer, consumers are able to dry their clothes evenly and with a gentle, but powerful combination of mist and heat in the dryer, refreshing clothes quickly – reducing trips to the dry cleaner and saving precious time and money.

Conversations with consumers helped Whirlpool brand learn that purchasers would regularly use these cycles to save time by reducing the need to iron; refresh clothes from business trips and remove odors from smoke, travel, cooking and storage.

### A Cycle for Everyone
The Duet steam dryer delivers the benefits of steam technology that relaxes wrinkles and removes odors right inside the dryer, by using the water line from the washer to spray a fine mist on clothes. It uses water vapor to gently penetrate fabrics to lift out odors and relax wrinkles while drying. Clothing comes out refreshed *and* dry – ready-to-wear.

For clothes that may not be dirty but need a quick freshening, the Quick Refresh cycle relaxes wrinkles and removes odors in about 15 minutes. And for those consumers who tend to leave a load in the dryer long after it has dried, the Duet steam dryer features the Enhanced Touch-up cycle, which relaxes wrinkles in about 20 minutes.

*-more-*

Another time-saving feature is the Duet steam dryer's AcclerCare™ drying system which minimizes drying time so that dry time equals wash time.

### The Portable Option
Whirlpool brand also understands the importance of flexibility and convenience in the laundry process and thus makes it possible for consumers to take steam technology to any room in the home or on the road with its innovative Fabric Freshener. The Fabric Freshener is the only portable appliance that can release odors and relax wrinkles in about 30 minutes with the power of immersive steam. With both of these options on hand, Whirlpool brand has consumers covered wherever their laundry needs may find them.

### The Laundry Family
The Duet steam dryer paired with the newly designed Duet HT washer makes for a very efficient laundry room. The Duet HT washer can wash up to 16 pairs of jeans in one load while using half the water and energy.* It was also recently recognized by NSF International (formerly the National Sanitation Foundation) as one of the first washers to be certified under its new protocol for sanitization. The NSF certification on the Duet HT washer and the features of the Duet steam dryer are all part of keeping the Whirlpool brand consumer's laundry needs covered.

The Duet Steam dryer will be available this fall at retailers nationwide in diamond dust, white, biscuit, black and white with sapphire blue. Visit www.whirlpool.com/duetsteam for more information.

### About Whirlpool Corporation
Whirlpool Corporation is the world's leading manufacturer and marketer of major home appliances, with annual sales of more than $18 billion, more than 80,000 employees, and more than 60 manufacturing and technology research centers around the world. The company markets Whirlpool, Maytag, KitchenAid, Jenn-Air, Amana, Brastemp, Bauknecht and other major brand names to consumers in nearly every country around the world. Additional information about the company can be found at http://www.whirlpoolcorp.com.

### # #

*Various sizes, compared to a traditional top load washer.