# EXHIBIT B

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77163364**
**Filing Date: 04/23/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77163364 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\633 \77163364\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | TrueSteam |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 318 x 299 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | LG Electronics Inc. |
| *STREET | 20, Yoido-dong, Yongdungpo-gu |
| *CITY | Seoul |
| *COUNTRY | Korea, South |
| EMAIL ADDRESS | mailroom@bskb.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Korea, South |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| DESCRIPTION | Electric washing machines; Automatic dishwashers; Electric vacuum cleaners |
| FILING BASIS | SECTION 1(b) |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION | Electric laundry dryers |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

| | |
|---|---|
| NAME | Robert J. Kenney |
| ATTORNEY DOCKET NUMBER | 0630-3169US1 |
| FIRM NAME | BIRCH, STEWART, KOLASCH & BIRCH, LLP |
| STREET | P.O. Box 747 |
| CITY | Falls Church |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22040-0747 |
| PHONE | (703) 205-8000 |
| FAX | (703) 205-8050 |
| EMAIL ADDRESS | mailroom@bskb.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | James M. Slattery (Reg. No. 28,380) Michael K. Mutter (Reg. No. 29,680) Charles Gorenstein (Reg. No. 29,271) Joe McKinney Muncy (Reg. No. 32,334) Paul C. Lewis (Reg. No. 43,368) Terrell C. Birch (Reg. No. 19,382) Raymond C. Stewart (Reg. No. 21,066) Joseph A. Kolasch (Reg. No. 22,463) |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Robert J. Kenney |
| FIRM NAME | BIRCH, STEWART, KOLASCH & BIRCH, LLP |
| STREET | P.O. Box 747 |
| CITY | Falls Church |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22040-0747 |
| PHONE | (703) 205-8000 |
| FAX | (703) 205-8050 |
| EMAIL ADDRESS | mailroom@bskb.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 650 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Paul C. Lewis/ |
| SIGNATORY'S NAME | Paul C. Lewis |
| SIGNATORY'S POSITION | Attorney |

| DATE SIGNED | 04/23/2007 |
|---|---|
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Apr 23 16:33:42 EDT 2007 |
| TEAS STAMP | USPTO/BAS-72.166.115.254-20070423163342584876-77163364-37027b9122c5d412b93e1d14f327228cd-DA-466-20070423154131005793 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

Serial Number: 77163364
Filing Date: 04/23/2007

### To the Commissioner for Trademarks:

**MARK:** TrueSteam (stylized and/or with design, see mark)
The literal element of the mark consists of TrueSteam.
The applicant, LG Electronics Inc., a corporation of Korea, South, having an address of 20, Yoido-dong, Yongdungpo-gu, Seoul, Korea, South, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 007: Electric washing machines; Automatic dishwashers; Electric vacuum cleaners
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 011: Electric laundry dryers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Robert J. Kenney and James M. Slattery (Reg. No. 28,380) Michael K. Mutter (Reg. No. 29,680) Charles Gorenstein (Reg. No. 29,271) Joe McKinney Muncy (Reg. No. 32,334) Paul C. Lewis (Reg. No. 43,368) Terrell C. Birch (Reg. No. 19,382) Raymond C. Stewart (Reg. No. 21,066) Joseph A. Kolasch (Reg. No. 22,463) of BIRCH, STEWART, KOLASCH & BIRCH, LLP, P.O. Box 747, Falls Church, Virginia, United States, 22040-0747 to submit this application on behalf of the applicant. The attorney docket/reference number is 0630-3169US1.

Correspondence Information:        Robert J. Kenney
                                   P.O. Box 747
                                   Falls Church, Virginia 22040-0747
                                   (703) 205-8000(phone)
                                   (703) 205-8050(fax)
                                   mailroom@bskb.com (authorized)

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Paul C. Lewis/   Date Signed: 04/23/2007
Signatory's Name: Paul C. Lewis
Signatory's Position: Attorney

RAM Sale Number: 466
RAM Accounting Date: 04/24/2007
Serial Number: 77163364
Internet Transmission Date: Mon Apr 23 16:33:42 EDT 2007
TEAS Stamp: USPTO/BAS-72.166.115.254-200704231633425
84876-77163364-37027b9122c5d412b93e1d14f
327228cd-DA-466-20070423154131005793

TrueSteam