IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.** | ) |
| **Plaintiff/Counterdefendant,** | ) Civil Action No.: 08 C 242 |
| **v.** | ) Judge Amy J. St. Eve |
| **WHIRLPOOL CORPORATION,** | ) Magistrate Judge Michael T. Mason |
| **Defendant/Counterplaintiff.** | ) |

**EXHIBIT C - SUBMITTED TO COURT PENDING MOTION TO SEAL**

**FILED AS RESTRICTED DOCUMENT PURSUANT TO
LOCAL RULES 5.8 AND 26.2 AND PROTECTIVE ORDER
ENTERED BY THE COURT ON FEBRUARY 11, 2008**