# EXHIBIT D

TEST SELL H H 605665



# New Duet® Steam Dryer

Naturally steams out wrinkles and removes odors in just minutes!
"From lying there to ready to wear"

## Duet® Steam Dryer

- The steam dryer (in select models) naturally steams out wrinkles and removes odors in just minutes.
- Research shows 75% of clothes are sent to the dry cleaners to remove wrinkles or odors, not to remove visible stains.
- Our research also shows that the best way to serve consumers laundry needs was to bring the benefit of steam to the dryer itself, allowing the garment to be dry, refreshed and ready-to-wear as soon as the cycle is finished.
- With the new steam drying cycles in the Duet® steam dryer, consumers are able to dry their clothes evenly with a gentle but powerful combination of mist and heat in the dryer, refreshing clothes quickly, reducing trips to the dry cleaner thus saving precious time and money.



WE/G9500T
- 7 cu. ft
- AccelerCare™
- Two Steam Dry Cycles
- Color: Diamond Dust



## Key Benefits

- **Steams out wrinkles**
- **Removes odors**
- **Ready-to-wear**

### What are the steps consumers take to do laundry today?

They throw items in a laundry basket. Carry them to the laundry room. Sort the clothes. Put them in the washer. Put them in the dryer. Put the clothes away in a dresser or closet.
Or some clothes go straight from the laundry basket to the dry cleaner.

### Lifestyle Change

With a steam dryer, consumers can put the clothes they have just worn straight in to the steam dryer. After a short cycle, the clothes are ready to wear. The consumer saves time from not having to wash those items. Money and effort are saved with reduced costs related to washing or dry cleaning.

### When would you use steam drying?

To **remove odors** from fabrics with:
- Smoke
- Cooking
- Travel
- Storage



**Steam out wrinkles** from:
- Travel
- Storage
- Clothes left in dryer too long

### Benefits

- Reduced ironing
- Reduced dry cleaning

Conversations with consumers helped Whirlpool brand learn that purchasers would regularly use these cycles to save time by reducing the need to iron, refresh clothes from business trips and remove odors from smoke, travel, cooking and storage.
Designed for dry fabrics, the steam cycles are for clothes that are not soiled but need a quick refreshing.

### How does it work?

The dryer uses the water line from the washer* to spray a fine mist on clothes and uses water vapor to gently penetrate fabrics to lift out odors and relax wrinkles while drying.
During the steam cycles, a small amount of water is sprayed into the dryer after several minutes of tumbling with heat. The STEAM status light will come on while the water is sprayed into the drum. The dryer will continue to tumble at Medium heat followed by a brief cool down.



### Cycles



#### Quick Refresh Cycle

Relaxes wrinkles and removes odors in about 15 minutes. This cycle is best for smoothing out wrinkles and reducing odors from loads consisting of one to four dry items of wrinkle-free cotton, cotton-polyester blend, common knits and synthetic garments.

#### Enhanced Touch-up Cycle

Relaxes wrinkles in about 20 minutes on loads that have been left in the dryer too long. This cycle uses steam and tumbling action to help refresh and relax wrinkles from items such as clothes packed in a suitcase or stored clothes that need to be refreshed.



The heat setting and cycle time are not adjustable for the Quick Refresh cycle, but can be adjusted for the Enhanced Touch Up cycle.

* Whirlpool Steam dryer uses plumbed in line vs. competitors manual water fill

Whirlpool® Home Appliances  (R)Registered trademark/TM Trademark of Whirlpool, U.S.A (c) 2007 Whirlpool Corporation. All rights reserved.    July 2007

Confidential- -                                                                                                                              WHR000530