# EXHIBIT E

It PAYS to bundle phone, Web, TV | The NEW Honda Accord | Super SNACKS

# Consumer Reports



**Shape up!**
BEST & WORST
Treadmills & ellipticals

TOP GYMS
Get fit for less

AS SEEN ON TV
Do exercise gadgets really work?

FEBRUARY 2008    EXPERT • INDEPENDENT • NONPROFIT®    www.ConsumerReports.org

# 12 money mistakes that can cost you $1,000,000

**PLUS** Retire right: Smart ways to save now
6,700 retirees reveal tips and traps

$4.99US



0  70992 31026  5

# WASHERS & DRYERS
## Performance for less

What a difference a year makes. Our latest tests found budget-friendly washers, including a $400 top-loader, that cleaned as well as the $1,500 front-loader at the top of our Ratings.

That's in stark contrast to the top-loading washers we tested last year, some of which were mediocre performers, as manufacturers struggled with new energy standards. Improvements include midwash soaking and more aggressive agitation. Two top-loaders, a $480 GE and a $400 Estate, also have short cycle times. But they still use more energy and water than front-loaders.

More front-loaders are also hitting the market under the $1,000 mark as manufacturers widen their product lines. A $650 Frigidaire Gallery front-loader, a CR Best Buy, is efficient and gentle on your clothes.

Manufacturers are still pushing pricier models with features such as steam settings, fancy drums, sleeker styling, and even germ-fighting silver



STEAM CLEAN Whirlpool's Duet Steam front-loader (foreground) did noticeably better at removing stains but is pricey at $1,600.

technology. But as we found in our tests of 20 front- and 22 top-load washers and 39 dryers, some of those extras aren't worth the money. Here are the details:

**Steam settings on the rise.** Three front-loaders, the Kenmore Elite HE5t Steam, Whirlpool Duet Steam, and LG Tromm SteamWasher, have steam modes that claim to boost cleaning, sanitize fabrics, and remove stains. Such settings did better at removing stains—the LG's, less so—but the models cleaned well even when we didn't use the steam.

We also tested the steam settings of Kenmore's and Whirlpool's matching dryers. Both use a water hookup and heat to get rid of wrinkles and odors, and they mostly did so with the shirts we tested. But the steam mode allows only up to four garments per load. Another wrinkle: At $1,100-plus, those dryers cost about twice as much as our Best Buys.

**Novel designs fall short.** Miele's front-loader has a tub with a honeycomb design that's billed as gentler on clothes. But the $1,900 Miele was only middling for gentleness. Staber's $1,300 washer, the priciest top-loader we tested, requires that you load clothes through the top into a chamber that spins like a front-loader. Yet that design significantly reduces capacity.

**Silver technology under scrutiny.** Samsung's SilverCare front-loaders release silver ions into the water to fight germs. Our test loads of clothes worn after we washed them in one such Sam-

## safetywise
### CUT YOUR RISK OF A DRYER FIRE

More than 13,000 fires a year start in laundry rooms, resulting in 10 deaths and $97 million in property damage. Nearly 4,000 of these fires arise from failure to clean dryer vents. Follow these safety tips:

**Get the right ducting.** Solid metal ducts are best for dryer venting, though semi-rigid metal is okay. Avoid ducts made of coiled-wire foil or plastic, which can sag and allow lint buildup.

**Keep the duct and screen clean.** Lint buildup obstructs airflow, making the dryer work harder, longer (at higher cost), and hotter, therefore risking fire. So periodically remove ducting and vacuum throughout. Clean your dryer's lint screen with a brush or running water after each load. Use your vacuum's crevice tool or another attachment to periodically clean the screen's compartment.

**Clean the sensors.** Moisture sensors in the drum automatically stop the dryer when clothes are ready. But residue from fabric-softener sheets and lint can build up on sensors. Every few months, dip a cotton ball in rubbing alcohol and wipe the sensors.

**Mind what you put in.** Check the owner's manual for a list of what shouldn't go into a dryer. It typically includes foam, rubber, plastic, glass-fiber materials, and anything exposed to flammable substances, even if you washed it first. And remember, any fabric can be damaged if kept in the dryer too long or dried on a higher setting than needed.



**DO IT RIGHT** Check out www.ConsumerReports.org/dryerfire for ducting tips.

sung (since discontinued) suggested that the silver might slow growth of odor-causing bacteria. But the U.S. Environmental Protection Agency has determined that silver in wastewater could harm aquatic life and told us that Samsung is expected to submit data to prove the technology can be used without unreasonable risks.

**HOW TO CHOOSE**

Front-loaders, because of their higher spin speeds, might vibrate too much for living spaces. Also, some newer units are deep, so measure carefully if your washer and dryer are in a tight location. Other points to keep in mind:

**Top- or front-load washer?** With better, more efficient performance, front-loaders spin out more water, so clothes dry more quickly. But they still cost more and have longer cycles. The best high-efficiency top-loaders are improving wash performance, though conventional top-loaders, while typically less adept at washing, cost much less and have shorter cycles.

**Amortize costs.** Washer and dryer

## CR Quick Recommendations

Great washing isn't assured, especially in top-loaders, so check our wash performance Ratings. Each improvement in energy-efficiency Ratings, from good to very good, for instance, cuts an average of $10 to $20 from your annual energy costs. More-efficient washers also extract more water from each load, shortening the drying time. The higher the capacity, the fewer loads you'll need to do. And the shorter the cycle, the more chance you could finish multiple loads in an evening.

Note that some users of front-loading washers have experienced mold or mildew problems from water remaining in the door seal. Check the manual for guidance, or leave the door open for an hour or so after every wash session.

Our **Ratings** rank washers, within types, by overall score. **Quick Picks** lists high-value models from reliable brands.

## QUICK PICKS

**For fine performance and efficiency:**

**2 LG** $900

**7 Frigidaire** $650, CR Best Buy

Both washing machines cleaned clothes very well. The LG holds more clothes and was gentler on them, but the Frigidaire is faster, taking 30 minutes less than the LG to wash a load on similar cycles.

**Best if your budget is tight:**

**26 GE** $480, CR Best Buy

**35 Estate** $400

For hundreds less than the best high-efficiency top-loaders, these top-loaders were very good at washing and were reasonably efficient. The GE has a stainless tub and a fabric-softener dispenser. The Estate was a bit gentler on clothes. Although we lack repair-history data for Estate, it's made by Whirlpool, a reliable brand. Both models were relatively noisy.

# Ratings washers

• **Availability** Most models at stores through June 2008.   Excellent / Very good / Good / Fair / Poor

Within types, in performance order. Blue key numbers indicate Quick Picks.

**FRONT-LOADERS** *These offer the top performance and efficiency overall but require low-sudsing detergent.*

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **LG** Tromm SteamWasher WM2688H[WM] | $1,500 | 81 | ⊖ | ● | ● | ● | ⊖ | ⊖ | • | 70 |
| 2 | **LG** WM0642H[W] | 900 | 81 | ⊖ | ● | ● | ● | ⊖ | ⊖ | • | 95 |
| 3 | **Whirlpool** Duet Steam WFW9600T[W] | 1,600 | 81 | ⊖ | ● | ● | ● | ○ | ⊖ | • | 95 |
| 4 | **Miele** Touchtronic W4840 | 1,900 | 81 | ⊖ | ● | ● | ● | ○ | ● | • | 100 |
| 5 | **Kenmore** (Sears) Elite HE5t Steam 4778[1] | 1,600 | 80 | ⊖ | ● | ● | ● | ⊖ | ⊖ | • | 100 |
| 6 | **Kenmore** (Sears) Elite HE5t 4708[1] | 1,300 | 79 | ⊖ | ● | ● | ● | ⊖ | ⊖ | • | 105 |
| 7 | **Frigidaire** Gallery GLTF2940F[S] LTF2940F[ ] (Lowe's), FTFB2940FL[ ] (Best Buy) | 650 | 79 | ⊖ | ● | ⊖ | ● | ⊖ | ⊖ | • | 65 |
| 8 | **LG** WM2016C[W] | 800 | 78 | ⊖ | ● | ● | ● | ⊖ | ⊖ | • | 90 |
| 9 | **Samsung** WF203AN[W] | 800 | 78 | ⊖ | ● | ● | ● | ⊖ | ⊖ |  | 75 |
| 10 | **Maytag** Epic MFW9700S[Q] | 900 | 77 | ⊖ | ⊖ | ⊖ | ● | ⊖ | ⊖ | • | 70 |
| 11 | **Whirlpool** Duet HT WFW9400S[W] WFW9200S[ ] | 1,200 | 77 | ⊖ | ● | ● | ● | ⊖ | ⊖ | • | 105 |
| 12 | **Bosch** Nexxt 500 Series WFMC330[1]UC | 1,050 | 77 | ⊖ | ● | ⊖ | ⊖ | ⊖ | ⊖ | • | 80 |
| 13 | **Bosch** Nexxt 800 Series WFMC840[1]UC | 1,300 | 77 | ⊖ | ● | ⊖ | ⊖ | ⊖ | ⊖ | • | 105 |
| 14 | **Frigidaire** Affinity ATF8000F[S] LTF8000F[ ] (Lowe's), ATFB8000F[ ] (Best Buy) | 800 | 76 | ○ | ● | ● | ⊖ | ⊖ | ○ | • | 55 |
| 15 | **Kenmore** (Sears) HE2t 4756[1] 4757[ ] | 900 | 76 | ⊖ | ● | ● | ⊖ | ⊖ | ○ | • | 95 |
| 16 | **LG** WM2277H[W] | 1,000 | 73 | ○ | ● | ● | ● | ⊖ | ○ | • | 75 |
| 17 | **Bosch** Nexxt 100 Series WFMC100[1]UC | 850 | 73 | ⊖ | ⊖ | ● | ● | ⊖ | ⊖ | • | 100 |
| 18 | **Speed Queen** CTSA0A[W]N | 1,400 | 72 | ○ | ⊖ | ● | ⊖ | ● | ○ |  | 50 |
| 19 | **Kenmore** (Sears) HE2 Plus 4751[2] 4753[ ] | 800 | 72 | ⊖ | ● | ⊖ | ⊖ | ⊖ | ○ | • | 70 |
| 20 | **Whirlpool** Duet Sport WFW8300S[W] | 800 | 71 | ○ | ⊖ | ○ | ⊖ | ⊖ | ○ | • | 70 |

### Guide to the Ratings

**Overall score** denotes mainly performance, capacity, and energy efficiency. **Washing** performance is for a normal or heavy-duty cycle for an 8-pound and a maximum load. **Energy efficiency** is based on energy needed to run the washer and heat the water for a warm wash, and the water extracted in the final spin. **Water efficiency** is based on total water used to run each model's 8-pound and maximum loads. **Capacity** measures the size load a washer can effectively handle. Models with high scores for **gentleness** are least likely to cause wear and tear to clothing. **Noise** was judged by panelists. **Cycle time** is rounded to the nearest 5 minutes. **Price** is approximate retail. The overall score of previously tested models might differ from earlier reports because of changes in scoring procedures.

owners tend to keep their units 10 to 13 years, says a study by the National Association of Home Builders. So high-efficiency models can end up costing the same as or less than standard models. Our Ratings for energy and water efficiency show the most-efficient models.

**Be choosy about features.** Auto temperature control gives you consistent water temperature and wash performance on a given setting. Automatic dispensers release detergent, bleach, or softener when needed. Extended-spin cycles don't extract much additional water. In general, you might never need more than four or five wash cycles. Porcelain tops are more durable and scratch-resistant, but they're

### Brand repair history

The graphs show the percentage of the following brands of washers and dryers bought between 2003 through 2007 that have ever been repaired or had a serious problem. Differences of less than 4 points are not meaningful. Maytag was the most repair-prone front-loading washer. Amana, Maytag, and Fisher & Paykel were among the most repair-prone top-loaders; Roper, among the most reliable. Frigidaire gas dryers have been among the more repair-prone brands. Models within a brand may vary, and changes in design or manufacture may affect reliability. Still, choosing a brand with a good repair history can improve your odds of getting a reliable model.


**2 LG**


**7 Frigidaire**


**26 GE**


**35 Estate**





Within types, in performance order. Blue key numbers indicate Quick Picks.

| Key number | Brand & model | Price | Overall score (0-100 P F G VG E) | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **TOP-LOADERS** *The most affordable type, on average. Models without agitators are footnoted.* | | | | | | | | | | |
| 21 | **Maytag** Bravos MTW6600T[Q] ② | $950 | 75 | ◐ | ◐ | ○ | ● | ○ | ◐ | • | 60 |
| 22 | **Whirlpool** Cabrio HE WTW6600S[W] ② | 1,000 | 74 | ◐ | ◐ | ○ | ● | ◐ | ◐ | • | 55 |
| 23 | **Fisher & Paykel** Aquasmart WL26CW ② | 900 | 74 | ◐ | ◐ | ● | ◐ | ○ | ◐ | • | 55 |
| 24 | **Whirlpool** Cabrio WTW6200S[W] | 700 | 69 | ○ | ◐ | ● | ◐ | ◐ | ◐ | • | 50 |
| 25 | **GE** Profile Harmony WPGT9360E[WW] ② | 950 | 65 | ◐ | ○ | ○ | ◐ | ◐ | ◐ | • | 55 |
| 26 | **GE** WJRE5500G[WW] | 480 | 64 | ◐ | ○ | ○ | ◐ | ○ | ○ | • | 45 |
| 27 | **Kenmore** (Sears) 2884[2] | 550 | 64 | ● | ◐ | ○ | ● | ◐ | ○ | • | 60 |
| 28 | **Fisher & Paykel** Intuitive IWL16 | 800 | 63 | ○ | ● | ○ | ◐ | ◐ | ◐ | • | 50 |
| 29 | **GE** Profile WPRE6150H[WT] | 620 | 63 | ◐ | ○ | ○ | ◐ | ○ | ○ | • | 50 |
| 30 | **Maytag** MTW5800T[W], MTW5820T[ ] (Sears), MTW5807T[ ] | 500 | 63 | ◐ | ○ | ○ | ● | ● | ○ | • | 45 |
| 31 | **Whirlpool** WTW5800S[W] WTW5821S[ ] (Sears) | 550 | 61 | ◐ | ◐ | ○ | ◐ | ○ | ○ | • | 55 |
| 32 | **Amana** NTW5700T[Q] | 500 | 60 | ○ | ○ | ○ | ◐ | ◐ | ○ | • | 45 |
| 33 | **Kenmore** (Sears) 2872[2] 2873[ ] | 550 | 60 | ○ | ◐ | ◐ | ● | ◐ | ○ | • | 50 |
| 34 | **Staber** HXW2304 ② | 1,300 | 60 | ◐ | ◐ | ● | ◐ | ◐ | ◐ | | 55 |
| 35 | **Estate** ETW4400T[Q] | 400 | 59 | ◐ | ○ | ○ | ◐ | ◐ | ○ | • | 35 |
| 36 | **GE** WHDRR418G[WW] (Home Depot) | 450 | 57 | ○ | ○ | ◐ | ◐ | ○ | ○ | | 40 |
| 37 | **GE** WWSE5240G[WW] | 430 | 52 | ○ | ○ | ○ | ◐ | ◐ | ○ | • | 45 |
| 38 | **Hotpoint** VWSR4160G[WW] | 400 | 51 | ○ | ○ | ○ | ○ | ○ | ○ | | 40 |
| 39 | **Haier** Genesis GWT900A[W] ② | 900 | 50 | ○ | ◐ | ○ | ○ | ● | ○ | • | 55 |
| 40 | **Whirlpool** WTW5300S[Q] | 350 | 49 | ○ | ○ | ◐ | ○ | ◐ | ○ | | 40 |
| 41 | **Kenmore** (Sears) 2742[2] 2842[ ], 2843[ ] | 400 | 46 | ● | ○ | ◐ | ○ | ● | ○ | • | 40 |
| 42 | **Frigidaire** FWS1233F[S] | 350 | 36 | ◐ | ○ | ◐ | ◐ | ◐ | ◐ | | 30 |

② Discontinued, but similar model is available. Price is for similar model.  ① These top-loaders have no center-post agitators and are often called "high-efficiency," or HE, washers; they require low-sudsing detergent.  ② Rotates horizontally like a front-loader but loads from top.

Data are based on reader responses on more than 113,000 washers and 80,000 dryers to the Annual Product Reliability Survey conducted by the Consumer Reports National Research Center. Data are adjusted to eliminate differences linked solely to age and usage of the product. Data for washers and dryers are not directly comparable.

# Ratings dryers

pricey. Color adds pizzazz but costs about $100 more per unit when available.

Don't assume you should replace your dryer if you buy a new washer. But most newer dryers have moisture sensors that automatically stop the dryer when the laundry is dry. If a unit doesn't specify whether it has a sensor, look for bare-metal bands in the drum. Also consider a dryer that lets you lower or mute the volume of an end-of-cycle signal.

**Skip extended warranties.** Our survey data show that major appliances tend not to break during the typical extended-warranty period. When they do, repairs tend to cost about the same as the warranty. Instead, check whether buying with your credit card extends the manufacturer warranty.


4 GE


9 GE

## CR Quick Recommendations

Most dryers we tested scored at least very good for drying performance. Those that scored excellent were better at drying delicate clothes at low temperatures and leaving loads damp enough to iron.

Our **Ratings** rank dryers by overall score. **Quick Picks** lists high-value models from reliable brands.

### QUICK PICKS

**For top drying at moderate prices; both are CR Best Buys:**

**4 GE** $650
**9 GE** $500

Both cost hundreds less than other high-scoring models and have moisture sensors, which shut off the machine when laundry is dry, saving energy and preserving clothes. The GE (4) has a monitor that shows drying progress. The (4) has push buttons and rotary dials; (9), only dials. Both dryers let you adjust or mute the volume of their end-of-cycle signals—helpful if close to bedrooms—though (9) is the noisier of the two.

• **Availability** Most models at stores through June 2008.

Key: Excellent ● / Very good ◐ / Good ○ / Fair ◑ / Poor ○

Within types, in performance order. Blue key numbers indicate Quick Picks.

| Key number | Brand & model (Similar models, in small type, are comparable to tested model) | Price | Overall score (0-100: P F G VG E) | Drying | Capacity | Noise | Stainless drum | Porcelain top |
|---|---|---|---|---|---|---|---|---|
| 1 | LG DLE5977[W] Gas: DLG5988[ ] | $850 | 85 | ● | ● | ● | • | • |
| 2 | Kenmore (Sears) Elite HE5 Steam 8772[1] 8773[ ] Gas: 9772[ ], 9773[ ] | 1,300 | 85 | ● | ● | ● | • | |
| 3 | GE Profile Harmony DPGT750EC[WW] Gas: DPGT750GC[ ] | 800 | 84 | ● | ● | ● | • | |
| 4 | GE DBVH512EF[WW] Gas: DBVH512GF[ ] | 650 | 83 | ● | ● | ◐ | | |
| 5 | Kenmore (Sears) Elite Oasis 6706[2] Gas: 7706[ ] | 800 | 83 | ◐ | ● | ● | | • |
| 6 | LG Tromm DLE8377[W] Gas: DLG8388[ ] | 1,050 | 82 | ◐ | ● | ● | • | |
| 7 | Whirlpool Duet Steam WED9600T[W] Gas: WGD9600T[ ] | 1,100 | 82 | ◐ | ● | ● | • | |
| 8 | Kenmore (Sears) Elite Oasis 6703[2] 6704[ ] Gas: 7703[ ] | 700 | 81 | ● | ● | ◐ | | • |
| 9 | GE Profile DPSE810EG[WT] Gas: DPSE810GG[ ] | 500 | 79 | ● | ● | ○ | • | |
| 10 | Maytag Bravos MED6400T[Q] Gas: MGD6400T[ ] | 750 | 78 | ◐ | ● | ◐ | | • |
| 11 | Maytag Epic MED9700S[Q] Gas: MGD9700S[ ] | 800 | 78 | ◐ | ● | ● | • | |
| 12 | Kenmore (Sears) Elite Oasis 6708[2] Gas: 7708[ ] | 900 | 77 | ◐ | ● | ● | | • |
| 13 | GE DCVH660EH[WW] Gas: DCVH660GH[ ] | 800 | 77 | ◐ | ● | ◐ | | |
| 14 | Kenmore (Sears) Elite HE5 8708[1] Gas: 9708[ ] | 1,150 | 76 | ◐ | ● | ● | • | |
| 15 | Samsung DV337AE[W] Gas: DV337AG[ ] | 900 | 76 | ◐ | ● | ◐ | • | |
| 16 | Siemens UltraSense WTXD532[2]US Gas: WTXD5522UC | 880 | 76 | ◐ | ● | ● | • | |
| 17 | Kenmore (Sears) 6774[1] ▣ 6872[ ] 6873[ ] Gas: 7872[ ], 7873[ ] | 550 | 76 | ◐ | ● | ◐ | | |
| 18 | Kenmore (Sears) 6784[1] ▣ 6884[ ] Gas: 7884[ ] | 630 | 75 | ◐ | ● | ◐ | | • |
| 19 | Whirlpool Duet Sport WED8500S[R] Gas: WGD8500S[ ] | 800 | 74 | ◐ | ● | ◐ | | • |
| 20 | Kenmore (Sears) HE2 8656[2] ▣ 8756[ ] Gas: 9756[ ] | 800 | 73 | ◐ | ● | ◐ | | |
| 21 | Bosch Nexxt 800 WTMC832[1]US Gas: WTMC852[1]US | 1,100 | 73 | ◐ | ● | ◐ | | • |
| 22 | Bosch Nexxt 100 WTMC130[1]US Gas: WTMC150[1]UC | 750 | 72 | ◐ | ● | ◐ | | • |
| 23 | Maytag MED5900T[W] Gas: MGD5900T[ ] | 550 | 71 | ◐ | ● | ○ | | • |
| 24 | Whirlpool Cabrio WED6200S[W] Gas: WGD6200S[ ] | 600 | 71 | ◐ | ◐ | ◐ | | |
| 25 | Miele Touchtronic T9800 Gas: T9820 | 1,300 | 69 | ◐ | ◐ | ◐ | • | |
| 26 | Kenmore (Sears) 6683[2] ▣ 6863[ ] Gas: 7863[ ] | 470 | 68 | ◐ | ● | ○ | | |
| 27 | Frigidaire Gallery GLER104FS[S] Gas: GLGR104FS[ ] | 400 | 67 | ◐ | ◐ | ◐ | | • |
| 28 | Amana NED5800T[Q] Gas: NGD5800T[ ] | 450 | 67 | ◐ | ● | ◐ | | |
| 29 | Whirlpool WED5800S[W] Gas: WGD5800S[ ] | 480 | 66 | ◐ | ● | ○ | | |
| 30 | Frigidaire LEQ2152E[S] (Lowe's) Gas: LGQ2152E[ ] | 600 | 63 | ○ | ◐ | ◐ | | |
| 31 | Frigidaire Affinity AEQ6000E[S] Gas: AGQ6000E[ ] | 600 | 60 | ○ | ◐ | ◐ | | • |
| 32 | Fisher & Paykel Intuitive DEIX2 Gas: DGIX2 | 840 | 60 | ○ | ◐ | ● | | • |
| 33 | GE DTSR495EF[GG] ▣ DRSR495EG[ ] Gas: DRSR495GG[ ] | 500 | 55 | ○ | ● | ○ | • | |
| 34 | Fisher & Paykel DEGX2 Gas: DGGX2 | 770 | 51 | ○ | ◐ | ○ | | • |
| 35 | Kenmore (Sears) 6742[2] ▣ 6842[ ] Gas: 7842[ ] | 380 | 48 | ◐ | ◐ | ◐ | | |
| 36 | GE DRSR483EG[WW] Gas: DRSR483GG[ ] | 400 | 47 | ◐ | ● | ○ | • | |
| 37 | Miele Touchtronic T1413 | 1,450 | 47 | ◐ | ◐ | ● | • | |
| 38 | Whirlpool WED5500S[Q] Gas: WGD5500S[ ] | 400 | 38 | ◐ | ◐ | ○ | | |
| 39 | Staber HXD2304E Gas: HXD2304G | 800 | 33 | ◐ | ● | ◐ | | |

▣ Discontinued, but similar model is available. Price is for similar model.

### Guide to the Ratings

**Overall score** is based mainly on drying performance, capacity, and noise. **Drying** combines tests on loads of various sizes and fabric mixes. All models had enough capacity to hold our 12-pound load; higher scores indicate larger capacity. **Noise** reflects panelists' judgments. **Price** is approximate retail for electric models; most gas models are $40 to $80 more. Bracketed letters or numbers under **brand & model** are color codes. The order of previously tested models might differ from earlier reports because of changes in scoring procedures.