**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) | Civil Action No.: 08 C 242 |
| Plaintiff, | ) ) ) | Judge St. Eve |
| v. | ) ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) ) | |
| Defendant. | ) | |

**DEFENDANT WHIRLPOOL CORPORATION'S**
**MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Defendant Whirlpool Corporation ("Whirlpool"), pursuant to Local Rule 7.1, respectfully requests that this Court grant it leave to file a brief in excess of 15 pages in opposition to LG Electronic U.S.A., Inc.'s ("LG") Motion for a Preliminary Injunction. In support of its motion, Whirlpool states as follows:

1. On January 10, 2008, LG filed a Complaint and a Motion for a Preliminary Injunction alleging that Whirlpool engaged in false advertising and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and several Illinois state laws.

2. Also on that date, LG sought leave of this Court to file a brief in support of its motion for preliminary injunction that exceeded 15 pages.

3. On January 15, 2008, this Court granted LG leave to file a 19-page brief.

4. Despite its best efforts, and in the course of fully responding to all of the arguments set forth in LG's 19-page brief, Whirlpool was unable to meet the 15-page limit set forth in Local Rule 7.1. Whirlpool's Memorandum of Law in opposition to LG's motion for a preliminary injunction is 23 pages long.

- 2 -

5. Whirlpool submits that the arguments and legal research presented in its Memorandum of Law will assist the Court in a just and expedient determination of the issues to be resolved.

WHEREFORE, for all the foregoing reasons, Whirlpool respectfully requests that this Court grant its motion for leave to file a brief in excess of 15 pages in opposition to LG's Motion for a Preliminary Injunction.

Dated: February 11, 2008

          Respectfully submitted,
          WHIRLPOOL CORPORATION

          */s/ Brian D. Roche*
          Brian D. Roche
          Carey L. Bartell
          Vanessa C. Martí
          REED SMITH LLP
          10 South Wacker Drive, Suite 4000
          Chicago, Illinois 60606
          Telephone: (312) 207-1000

          J. A. Cragwall, Jr.
          John J. Bursch
          Warner Norcross & Judd LLP
          900 Fifth Third Center
          111 Lyon Street NW
          Grand Rapids, Michigan 49503-2487
          Telephone (616) 752-2000

          Attorneys for Defendant, Whirlpool Corporation

## CERTIFICATE OF SERVICE

I, Vanessa C. Martí, an attorney, hereby certify that on February 11, 2008 I filed the attached MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

>Ronald Y. Rothstein
>rrothstein@winston.com
>
>David Alexander Latchana
>dlatchana@winston.com
>
>Shannon Leigh Stevens
>sstevens@winston.com

I hereby also certify that I mailed the attached MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES to the following by overnight mail on this 11th day of February, 2008:

>Mary M. Hutchings
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601

>By: */s/ _Vanessa C. Martí*_____
>Brian D. Roche
>Carey L. Bartell
>Vanessa C. Martí
>REED SMITH, LLP
>10 South Wacker Drive
>Chicago, IL 60606-7507
>(312) 207-1000