**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC. | ) | |
| a subsidiary of LG Electronics, Inc., | ) | |
| a Korean company | ) | |
| | ) | Civil Action No.: 08 C 242 |
| Plaintiff/Counterdefendant, | ) | |
| | ) | Judge St. Eve |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
| Defendant/Counterplaintiff. | ) | |

**EXPERT DECLARATION OF DR. JUDITH LEVI**
**IN SUPPORT OF WHIRLPOOL CORPORATION'S MEMORANDUM OF LAW**
**OPPOSING LG'S MOTION FOR PRELIMINARY INJUNCTION**

I, Dr. Judith N. Levi, hereby state and declare the following:

1.     My name is Dr. Judith N. Levi. I am more than twenty-one (21) years of age, of sound mind, capable of making this Expert Declaration, and fully competent to testify to the matters stated herein. Everything stated herein is of my own personal knowledge. I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

2.     I have been retained by Whirlpool Corporation ("Whirlpool"), through its counsel, Warner Norcross & Judd LLP, to investigate the validity or truth of the claim by LG Electronics U.S.A., Inc. ("LG") that the noun *steam* has only one definition in English, namely, the definition provided in LG's Complaint. The remainder of this Declaration outlines my background, the methodology of my investigation, and the conclusions I have reached. For the convenience of the Court, I have prepared the following index of the remainder of this Declaration:

## CONTENTS

|       |                                                                     | Page |
|-------|---------------------------------------------------------------------|------|
| I.    | My Credentials as a Linguist                                        | 2    |
| II.   | My Inquiry in the Present Case:  The Main Question and My Answer     | 3    |
| III.  | Linguistics and its Present Relevance                               | 5    |
| IV.   | My Qualifications in Linguistics, with a Focus on Semantics          | 6    |
| V.    | My Experience as Language Consultant to Lawyers (including Cases on Word Meaning) | 8 |
| VI.   | My Methodology for Analyzing Word Meaning                           | 10   |
| VII.  | Advantages to My Methodology over Reliance Solely on Dictionaries    | 12   |
| VIII. | My Findings and Conclusions                                         | 15   |
| IX.   | Corroboratory Evidence from Dictionary Definitions of *steam*       | 31   |

Exhibits:

| A-P | Tallies and Result Lists for Searches A-P, focused on *steam* |
| Q   | Summary Chart for Data in Searches A-P, focused on *steam*    |
| R   | Dictionary Definitions of *steam* as a Noun                  |
| S   | Tally and Result List for Search Q, focused on *steamy*       |
| T   | Curriculum Vitae for Judith N. Levi                           |
| U   | Professional Activities concerning Language and Law          |

## *I.  My Credentials as a Linguist*

3.    <u>Academic Career.</u>  My 29-year career as a faculty member of the Department of Linguistics at Northwestern University began in 1972, and continued until August 2001.  It included service as Chair of the Department of Linguistics from 1985 to 1989, and as Assistant Dean in the College of Arts and Sciences of Northwestern University from 1991-1994.

4.    <u>Education and Research Background.</u>  My educational background includes a B.A. in philosophy from Antioch College in 1964, an M.A. in linguistics from the University of Chicago in 1972, and a Ph.D. in linguistics from the University of Chicago in 1975.  My earlier research and publications in linguistics focused on theoretical linguistics, especially the areas of syntax (the study of grammatical structure and sentence organization) and semantics (the study of meaning).  Since the early 1980s my research and publications have focused on diverse topics

2

concerning the relationships between language and law, including issues relating to legal interpretation.

5.      Detailed information about my publications, international lecturing experience, conference organizing and participation, awards and honors, and other academic activities can be found in the two versions of my Curriculum Vitae included here as Exhibits T and U. (Exhibit T contains my Curriculum Vitae organized for an academic audience, and Exhibit U focuses exclusively on my professional activities related to language and law.)

6.      Consulting Experience.  Since 1978, I have served as a consultant and/or expert witness in linguistics for approximately 50 civil and criminal cases involving language issues.  In the majority of these cases, my focus of linguistic inquiry has been in one or more of these three areas: (1) the meaning of a word or phrase in ordinary language, (2) the grammatical structure of one or more sentences, and (3) the overall comprehensibility of a document for its intended audience. (See Section V below, as well as the last section of Exhibit U, for more details.)

7.      Current Employment.  Having taken  early retirement in September 2001 from my position as Associate Professor of Linguistics at Northwestern University (Evanston, Illinois), I am currently self-employed as an author, an academic editor, and a language consultant to lawyers.

## II.  My Inquiry in the Present Case: The Main Question and My Answer

8.      My Main Inquiry in the Present Case.  In the present case, the main issue that was brought to me, as an expert in linguistics, to analyze could be stated in two ways.  First, it could be stated as an assignment to investigate the validity or truth of the claim by LG Electronics USA (henceforth, LG) that the noun *steam* has only one definition in English, namely, the definition provided in their Complaint, on p. 4, under B (16), stating that "Steam is a clear gas

obtained by vaporizing water, which occurs at standard pressure when the water is heated at or above its boiling point of 100 degrees Centigrade." Alternatively, it could be stated as an assignment to investigate the validity or truth of Whirlpool's claim that the noun *steam* has multiple meanings in ordinary language (in English), one of which refers to a *visible* phenomenon that manifests at temperatures below (and often well below) one hundred degrees Centigrade, and one of which corresponds to the *invisible* phenomenon which LG's proposed definition is intended to denote.

9.    My Main Conclusion in the Present Case.    To state my professional conclusion most succinctly, my analysis of all the evidence I have consulted about the use of the noun *steam* in ordinary language demonstrates unequivocally that (1) LG's claim about the unique meaning of *steam* (as stated in the preceding paragraph) is false; and (2) Whirlpool's claim (as stated in the preceding paragraph) is correct.

10.    The Two Definitions in LG's Documents.    In the discussions below, I will assume that the definition I quoted in paragraph 8 (from the LG Complaint, under B [16]) is the one on which LG Electronics USA is basing its case. As a result, I will refer to it as "LG's definition" when I want to be more concise. However, it is important to recognize that it differs in significant ways from the definition which LG's own expert, Prof. Anthony M. Jacobi, has provided in Paragraph 15, on page 4 of his Expert Declaration. In that paragraph, Prof. Jacobi states:

> *Dry steam is water vapor at a temperature above that corresponding to liquid-vapor saturation. It is a clear gas obtained by vaporizing water. At standard pressure, water must be heated at or above 100 degrees Centigrade to vaporize the water and obtain dry steam. Dry steam has much higher energy content (enthalpy) than air, and than sub-cooled water, at the same temperature.*

4

11.    <u>Differences Between LG's Two Definitions.</u>  Prof. Jacobi's definition differs from LG's definition in these two significant ways:

- His definition does not define the noun *steam* but rather another entity he refers to only by the phrase *dry steam,* which he uses three times in four sentences.

- His definition includes so many technical terms (i.e., *liquid-vapor saturation, enthalpy,* and *sub-cooled water*) that it becomes clear that his definition is a technical one, presumably one that he has learned and applied in his specialty of thermodynamics – but certainly not a definition of what the noun *steam* means when laypeople use it in ordinary language.

In the paragraphs below, I will therefore restrict my attention to LG's definition, which at least comes closer to what *could* be a definition of some term in ordinary language than the language used by Prof. Jacobi in his paragraph 15.  However, I must emphasize that *neither* LG's purported definition of the noun *steam, nor* Prof. Jacobi's definition of the phrase *dry steam,* is an accurate representation of the actual use of the noun *steam* in ordinary language.  That will be demonstrated in detail in Sections VIII and IX below.

## III.  *Linguistics and Its Present Relevance*

12.    <u>What is Linguistics?</u>  Linguistics can be understood as the scientific and systematic study of language in virtually all its many aspects.  Some introductory comments about linguistics are now in order so the relevance of my analysis below (as well as any future testimony I might give) may be understood in the context of the discipline from which it comes.

13.    <u>Nature of Expertise in Linguistics.</u>  There is an immense difference between being a native speaker (however eloquent or articulate) of a language such as English, and understanding in detail the complex process by which one speaks, writes, and understands English with the everyday facility that is so commonplace we simply take it for granted.  One analogy is that all of us can digest our food, and we may even know a few isolated facts about

what is going on down there, but only biologists or medical specialists with appropriate training and expertise have a profound understanding of the process itself. Similarly, linguists too have extensive, specialized knowledge about language and its many dimensions, as well as the larger frameworks in which some subfields of linguistics are situated (e.g., cognitive science, acoustic phonetics, anthropology) – knowledge which goes well beyond what even highly-educated non-linguists know about their language.

14.    <u>Subfields of Linguistics.</u>    Linguistics has numerous core subfields, including *phonology* (the study of sounds and sound patterns in human language), *morphology* (the study of word structure and word formation in human language), *syntax* (the study of sentence structure and sentence interrelationships), *lexical semantics* (the study of word meaning), *sentential semantics* (the study of how sentences express meaning), and *pragmatics* (the study of how context contributes to meaning). Of these subfields, *lexical semantics* – or the study of word meaning – is most applicable to the present case because my main assignment in this case has been to investigate the meaning(s) of the noun *steam* in ordinary language.

## IV. My Qualifications in Linguistics with a Focus on Semantics

15.    <u>My Training and Research in Semantics.</u>    My professional training in semantics includes three years of graduate study at the University of Chicago, and a 300-page doctoral dissertation which was grounded in semantics as well as syntax (two of the core areas of linguistics). My research experience in semantics began with my 1975 dissertation, and has subsequently included authoring a book on the meaning (and grammar) of complex nominals in English, organizing and leading an interdisciplinary conference on the subject of legal and linguistic meaning (which became the focus of the special issue in Fall 1995 of *Washington University Law Quarterly* on law and linguistics), and conducting semantic research on the

6

meaning of the word *enterprise* as part of my co-authoring of a 1995 *Yale Law Journal* article called "Plain Meaning and Hard Cases" (103 *Yale Law Journal* 1561). I have also authored one article (in *American Speech* 1993) and co-authored another (in *Judicature* 1996) related to my testimony on the comprehensibility of  Illinois capital sentencing jury instructions, which included analyzing the meaning of several key words in the instructions.

16.    My Teaching Experience in Semantics.  My teaching experience in semantics includes developing and teaching eight different courses in meaning at both the undergraduate and graduate levels, as well as chairing (i.e., supervising) and serving on a number of dissertation committees for doctoral students conducting original semantic research.

17.    My Semantic Research for *Yale Law Journal* Article.  The article mentioned above, "Plain Meaning and Hard Cases" (103 *Yale Law Journal* 1561), was co-authored by one law professor (Prof. Clark Cunningham) and three linguistics professors (Profs. Georgia Green, Jeffrey Kaplan, and myself), acting as an interdisciplinary team to analyze the language issues in three Supreme Court cases that were about to be argued in the 1993-94 term.  I served as the lead linguist on the team (reflected in the fact that my name precedes the other linguists' in citations). Among other contributions, I had primary responsibility for conducting an analysis of the ordinary meaning of the word *enterprise,* which – as a key term in the RICO Act invoked by the plaintiff -- was central to one of the cases we were analyzing:  *NOW* v. *Scheidler* [968 F.2d 612 (7th Cir. 1992), cert. granted, 113 S Ct 2958 (1993) rev'd 114 S Ct 798 (1994)].  I conducted my analysis of the word *enterprise* using the same corpus linguistics methodology (described in Section VI below) that I have applied in the present case.

18.    Impact of *Yale Law Journal* Article.  The impact of the *Yale Law Journal* article can be seen in the fact that it received citations in the Supreme Court opinions for two of the

cases we had analyzed, and in a third opinion written by Justice O'Connor for another case.[1]  In her article, "Communicating and Commenting on the Court's Work" (83 *Georgetown Law Journal* 2119, at 2127), Justice Ginsburg singled our article out as an example of "articles accessible and useful to judges."  And in the first two years after the *YLJ* article appeared, it was cited 70 times in both legal journals and journals of law and social science.  A case report on the article, including its authors' perspectives on the impact that the article had on the three cases they had analyzed therein, can be found in "Bringing linguistics into judicial decision-making: semantic analysis submitted to the US Supreme Court," *Forensic Linguistics* 2:1:81-98 (1995), for which I was a co-author.

### V. My Experience as Language Consultant to Lawyers (Including Cases on Word Meaning)

19.    <u>My Experience as Language Consultant to Lawyers.</u>  I have served as a consultant and/or expert witness in forty-nine legal cases, both civil and criminal, since 1978.  The attorneys in these cases were based not just in Illinois, but also in California, Louisiana, Minnesota, New Jersey, Ohio, Pennsylvania, and the District of Columbia.

20.    <u>Types of Linguistic Analysis Provided.</u>  Of my forty-nine cases, I estimate that sixteen focused directly on the analysis of the meaning of one or more words or phrases in ordinary language.  In addition, nine focused on the overall comprehensibility of a document or jury instruction, and my analysis in these cases would necessarily involve attention to the meanings of the individual words in the text in question.

---

[1] The two cases analyzed in the *YLJ* article and cited in the Court's opinions were *US.* v. *Granderson* 969 F.2d 980 (11th Cir. 1992), cert. granted, 113 S Ct 3033 (1993), aff'd, 114 S Ct 1259; and *US* v *Staples*, 971 F.2d 608 (10th Cir. 1992), cert. granted, 113 S Ct 2412 (1993) rev'd, 114 S Ct 1793.  The third opinion in which we were cited was *Director, Office of Workers' Compensation Programs* v. *Greenwich Collieries,* 114 S Ct 2251, at 2255 (1994).

21.    <u>My Experience in Testifying.</u>  I have testified before a judge in four cases.  The first two cases were class action suits brought by the Legal Assistance Foundation of Chicago (LAFC) in 1982 and 1988, respectively:

> *Carmen Camacho et al. v. William M. Bowling et al.,* U.S. District Court, Northern District of Illinois, Eastern Division, Case No. 78 C 770; and
>
> *Doston et al. v. Duffy et al.* 732 F.Supp 857 (N.D. ILL, 1988).

The third case in which I testified was a 1988-89 civil case in Chicago:

> *Martin v. Heinold Commodities, Inc.,* No. 80 CH 6439, Circuit Court of Cook County, IL, County Dept., Chancery Division.

22.    <u>Testifying About Capital Sentencing Instructions.</u>  The fourth case in which I testified was a habeas corpus evidentiary hearing in *US ex rel. James P. Free, Jr. v. Kenneth McGinnis et al.*, U.S. District Court, Northern District of Illinois, Eastern Division, No. 89 C 3765. In that case I was hired by Bruce Braun and Kimball Anderson, attorneys at Winston & Strawn, to analyze the overall comprehensibility of the Illinois capital sentencing instructions in a case brought by a prisoner on Death Row.  My analysis was presented in court to U.S. Magistrate Judge Bernard Weisberg.  His report was subsequently endorsed by Judge Marvin Aspen, who ruled in favor of Mr. Free. [*United States ex rel. Free* v. *McGinnis*, 806 F. Supp 705 (N.D. Ill. 1992)].

23.    <u>Jury Instruction Research Appearing in *Judicature.*</u>  As a result of my testimony in the *Free* case, Prof. Shari Seidman Diamond (then a professor of psychology at the University of Illinois at Chicago and a senior research fellow at the American Bar Foundation; now the Howard J. Trienens Professor of Law at Northwestern University) invited me to participate with her in an empirical study to extend and apply our testimony in the *Free* case (since Prof. Diamond, a distinguished social science researcher on jury behavior, had also been an expert witness for Mr. Free).  We published our results in a co-authored article entitled "Improving decisions on death by

revising and testing jury instructions" which was accepted for a special issue of *Judicature* 79:5 (March-April 1996, pp. 224-232) focusing on 'The Jury: Research and Reform."

24.     Affidavits and Depositions.  Of the forty-nine cases on which I have worked as a consultant and/or expert witness, I estimate that I have provided affidavits in at least twelve cases, and have been deposed in at least  five cases.  For further details, see the list of my cases in Exhibit U, "Professional Activities concerning Language and Law."

25.     Consulting Fee in Present Case.  For my consulting services in the present case, I have been paid three hundred fifty dollars ($350) an hour for substantive work, and one hundred dollars ($100) an hour for ancillary work (e.g., clerical work) and travel time.

## VI. *My Methodology for Analyzing Word Meaning*

26.     Creating a "Corpus."  When I am asked to analyze the meaning of a word or phrase, my customary methodology begins with the use of a computerized database such as Westlaw to gather 100 or more examples of the word (or phrase) in question, typically from a broad variety of contemporary newspapers and magazines.  This enables me to create a "corpus" (i.e., a set) of naturally occurring, real-world examples of the word which have been chosen in an objective, replicable fashion from ordinary written English, representing the language of educated adult native speakers of English.  In this way, I can discover a much fuller range of uses of the word, and conduct a much more accurate analysis of its patterns of usage, than would otherwise be possible. Moreover, because the choice of specific examples is determined by the search engine – and can easily be replicated by any interested party who types in the same parameters -- the contents of the data set cannot be viewed as having been subjectively chosen or influenced in any way by either the client or by me. (On occasion, when a search turns up few or no examples of the word or phrase I am interested in, I may use the Google search engine to

explore that word or phrase further.  In the present case, I did this only for Searches M and N.
The data from those Google searches are reported in the Tallies for Searches M and N, and
included in full in Exhibits M and N, respectively.)

27.    Corpus Linguistics.  The use of a "corpus" of real-world examples, drawn from an
extensive computerized database such as Westlaw, is central to the domain of contemporary
linguistics called "*corpus linguistics*."  Although corpus linguistics existed before the use of
computers (e.g., for creating dictionaries or word frequency counts), it has expanded
dramatically since computerized databases became widely available. For example, an increasing
number of dictionaries are basing their entries on analyses of data drawn from one or more large,
computerized "corpora" (the plural of "corpus"), because such analyses are more complete,
thorough, and accurate than was ever possible before. The acceptability of "corpus linguistics"
within the discipline of linguistics is attested to by the variety of national and international
conferences held on this subject every year, by the national and international journals devoted to
this subject, and by its use in scholarly research at every level from graduate students to senior
faculty.

28.    Analyzing the Data in the Corpus. The computer-assisted data searches thus
provide me with corpora of sufficient size and variety for me to examine the word or phrase
under study in great detail.  I then proceed to apply the full extent of my semantic training,
analytic experience, and knowledge of the linguistic literature to explore and identify the
meaning(s) of the word or phrase. The analysis will vary depending on the word.  For example,
in studying the meaning of a noun, one might investigate (among other things) the range of
adjectives that can modify it, as well as the range of verbs for which it can serve as either subject
or object.  In studying the meaning of a verb, one might investigate (among other things) the

range of subjects it can take, the range of direct or indirect objects it can take, and  the adverbs that can modify it.  In all cases, the linguistic context in which the word is found will also be an essential part of the inquiry; sometimes just the sentence containing it suffices, while at other times the whole paragraph, section, or even the entire document will be considered.

29.  <u>Data Management.</u>  In order to keep close track of the data, and to be able to account for the complete set, I assign an individual letter-number combination to each article identified in a search (e.g., K-1 to K-50 for the 50 examples of *cloud(s) of steam*).  In the paragraphs below, any specific citations I provide to the data will use these individual "example numbers."  I thus have detailed records of the specific data on which I base my semantic conclusions.  In addition, every tally that I make of the data turned up in a particular search includes the name of the specific database (e.g., Westlaw's ALLNEWS or USNEWS), plus the specific parameters that were used in that search (e.g., CLOUD!/1 "OF STEAM") so that the search can be precisely replicated by any interested party.

30.  <u>My Experience With This Methodology.</u>  I have used this methodology in cases focusing on word meaning at least since 1991, applying it in at least seven cases, including the four most extensive cases of my entire consulting career.

## VII.  *Advantages to My Methodology*
### *over*
### *Relying Solely on Dictionaries*

31.  <u>Problems With Using Dictionaries.</u>  Although we have probably all said or heard, "Go look it up in the dictionary," this common instruction contains a false presupposition, namely, that there is only *one* dictionary.  In fact, there are many dictionaries -- of different sizes, functions, and target audiences -- whose entries for a particular word can vary from dictionary to dictionary, or even from edition to edition of the same dictionary.  Moreover, many words have

entries that encompass multiple definitions, or senses; for the most part, the reader is left to his or her own devices for figuring out which sense, if any, is relevant to the context in question. This task is made all the more difficult by the predetermined format and necessary brevity of dictionary entries. In contrast to the contextual indeterminacies and formal constraints of standard dictionaries, a report by a linguist such as this one can link the analysis to particular contexts (as needed), can articulate any subtle distinctions in meaning and usage among different senses of the same word, and thus can elucidate the word meanings relevant to the case, free of the arbitrary entry formats and inadequate space of dictionary definitions.

32. <u>Mismatch of Entries and Linguistic Reality.</u> Dictionaries' coverage is never wholly accurate, while space limitations make even the largest dictionaries less than comprehensive; thus, every dictionary is fated to include some words that are no longer used, and omit some words that *are* in current use. The absence of a given word, or a specific sense of a given word, in a dictionary is not evidence that the word or sense is not being employed in contemporary speech. Indeed, most people have probably had the experience of looking up a word only to find that whatever meanings are given there do not suit the context which sent them to the dictionary in the first place.[2] Unlike the lexicographer, who cannot possibly have enough time to properly evaluate the thousands of entries that have been passed on for decades or even centuries in previous editions of a dictionary, I begin my analysis with a fresh slate of data gathered electronically from the relevant time period, so that I am always working with an objectively gathered set of contemporary examples.

33. <u>Dictionary Entries May Not Be Original.</u> Rather than conducting independent investigations of the meaning of each word (a task that would in any case be logistically

---

[2] See Georgia M. Green, *Pragmatics and Natural Language Understanding*, Hillsdale, NJ: Lawrence Erlbaum Associates, 1989; p. 56, note 17; and Sidney I. Landau, *Dictionaries: The Art and Craft of Lexicography,* Cambridge: Cambridge University Press, 1989, p. 162.

impossible), dictionary writers are not above copying the entries of other dictionaries. Lexicographer Landau frankly notes, "Dictionaries have always copied from one another..." [*op. cit.*, p. 296] and comments further, "It behooves all dictionary editors to take an indulgent view of the pilfering of ideas, since no one is innocent. Ideas are sometimes expressed similarly not from want of imagination but because any major alteration of form would use too much space." [*op. cit.*, p. 297]   Thus, constraints of both time and space can prevent more complete and/or more accurate analyses of word meaning from appearing in dictionaries.

34.   <u>Independence of Linguists' Analyses.</u>  In contrast, my analyses of word meanings in cases like the present one are carried out with no preconceived notions of what to expect or what to say.  Instead, I take a fresh look at the meaning of a given word or phrase by first carefully examining the extensive set of electronically-gathered  examples in my corpus, and then bringing to bear on that set, or corpus, all the semantic sophistication that my training and long experience can provide.  I do not consult dictionaries during this process, and only turn to them at the very end of my work (if then) to see whether their entries are consistent with my analysis, or can perhaps improve it – but then only on the condition that my extensive set of data supports their claims of meaning.  In other words, I do not take dictionaries to be unassailable authorities, but rather the products of hard-working word-analyzing colleagues whose proposals about word meaning (i.e., their dictionary entries) I may or may not agree with.

35.   <u>Potential Value of Dictionary Definitions.</u>  As noted earlier, the central linguistic issue I have been asked to address is the validity of LG's claim that the noun *steam* is used in only one way, with that way limited to their definition, "Steam is a clear gas obtained by vaporizing water, which occurs at standard pressure when the water is heated at or above its boiling point of 100 degrees Centigrade."  Such a claim can be readily tested by the kind of

independent analysis that I have undertaken, and whose methodology I have described in Section VI. However, in a case like the present one, in which the central issue is whether a particular word has a single meaning or multiple meanings, an examination of dictionary definitions can be helpful as a complement to a linguist's independent study of a large corpus of naturally occurring data. It is an easy matter to examine a representative sample of major dictionaries of American English in order to see whether the noun *steam* has more than one non-technical definition in its entry.

36.    <u>Convergence of Corpus and Dictionary Evidence in this Case.</u>    As will be demonstrated in Section IX below, every major dictionary that I have examined is in agreement that the noun *steam* has one or more meanings *in addition to* the scientific definition denoting invisible water vapor (i.e., the gaseous form of water). Since this is the conclusion that I myself came to on the basis of an extensive investigation of a corpus of naturally occurring sentences using the noun *steam,* the dictionary definitions may be considered as additional evidence that confirms my own conclusions. As a result, Section IX will demonstrate both that Whirlpool's claim about the meaning(s) of the noun *steam* in ordinary language is supported by the dictionary evidence, and that LG's claim about the unique meaning of *steam* is disproved by the dictionary evidence.

## *VIII. My Findings and Conclusions*

37.    <u>Multiple Meanings of the Noun *Steam.*</u>    Based on my examination of the data in sixteen searches conducted using the Westlaw databases ALLNEWS and USNEWS, I have concluded that in the ordinary language of American English, the noun *steam* can be used with at least two non-abstract meanings, as well as numerous abstract meanings.

15

38.    <u>Visible Steam.</u>  One non-abstract meaning for the noun *steam* denotes what I will call **"visible steam."**   When the noun *steam* is used with this meaning, it denotes a visible phenomenon whose visibility is a function of the (necessarily non-gaseous) water droplets within it.  (This is *not* a technical definition, but just an informal way of describing "visible steam," for present purposes.)   *Webster's Third New International Dictionary* (11th ed., 2002) defines this sense of the noun *steam* as "the mist formed by condensation on cooling of water vapor: visible vapor."  [See paragraph 74 below for additional dictionary definitions of this sense of *steam*.]  Because this meaning denotes a visible phenomenon, we would expect to find sentences in which different visible dimensions or features of the phenomenon would be identified, such as color, shape, density, direction or extent of movement, and so forth.  The data I have collected demonstrate that this is indeed the case.

39.    <u>Invisible Steam.</u>   A second non-abstract meaning for the noun *steam* denotes what I will call **"invisible steam"** (the entity which LG's definition specifies, and which LG's expert Prof. Jacobi has referred to as "dry steam").   When the noun *steam* is used with this meaning, it denotes the invisible gas which is formed when water is heated to or beyond its boiling point of 100 degrees Centigrade.  (This too is not intended as a technical definition, but as an informal description of "invisible steam," for present purposes.)   *Webster's Third New International Dictionary* (11th ed., 2002) defines this sense of the noun *steam* as "the invisible vapor into which water is converted when heated to the boiling point: water in the state of vapor."  [See paragraph 74 below for additional dictionary definitions of this sense of *steam*.]  The data I have collected also include sentences in which the noun *steam* carries this meaning.

40.   <u>Abstract Meanings.</u>   The noun *steam* also is used with numerous abstract meanings. Of the two most common abstract meanings for the noun *steam*, the first uses that noun metaphorically to represent anger. Examples from the data collected include:

- *Thomas said her son was upset and in disbelief that she had turned him in. "You could see the **steam** coming off of his head," she said.* [F32]
- *He tried to put up this cool, detached front, but I think I actually saw **steam** coming out of his ears.* [G24]

The second abstract meaning for the noun ***steam*** refers to energy, power, and – by extension -- powerful movement forward or forward momentum. Examples from the data collected include:

- *Across most of* [Kenya], *demonstrations appeared to be losing **steam**.* [A1]
- *We know that they are going full **steam** ahead with this investigation...* [A39]
- *...Briggsdale tries to continue building **steam** for its pursuit of a North Central Conference title* [A43]
- *Analysts see some **steam** left in price rally...* [H14]

However, because the abstract meanings of the noun *steam* are irrelevant for the present case, they will be ignored in the discussion below. In addition, sentences that use *steam* in any abstract sense are tallied among the "unusable data" identified as such in the tallies for Searches A-P (shown as Exhibits A-P).

41.   *<u>Steam as a Verb.</u>*   The word *steam* can also be used as a verb, which in turn has several meanings of its own. Examples of the verb *steam* turned up in some of the searches for *steam,* since the search engine does not distinguish between nouns and verbs that have the same form (i.e., the same spelling). Examples to illustrate this include:

- *"We encourage people...to grill and **steam** food rather than fry."* [A55]
- *...you can **steam** pieces of fish with herbs...* [D17, recipe]
- ***Steam** oysters before eating them.* [D94]

In addition to Searches A and D (which sought the word *steam* itself), Searches B and E (which sought suffixed forms of *steam*) produced numerous examples of the verb *steam* in its four forms -- *steam, steams, steaming,* and *steamed* -- as well as examples of the related adjectives *steamy*

and *steamed*.  However, the examples of the verb *steam* and of adjectives derived from *steam* proved to be unnecessary in the present investigation, because the examples of the noun *steam* were so abundant and so clear as evidence for the different relevant senses of the noun.  As a result, the data on *steam* as a verb will be ignored in the paragraphs to follow.

42.    Linguistic Consequences of Steam's Visibility.  Because one common meaning of the noun *steam* in ordinary language is the meaning I am calling "visible steam," and because the noun denotes a visible phenomenon when used with that meaning, we would expect (or, in scientific terms, predict) that in ordinary language, we would find:

(a) many examples in which people speak of *seeing steam*, and
(b) many examples referring to *aspects* of that phenomenon that are visible to the human eye.

The data that I have collected in Searches A-P (see Exhibits A-P) demonstrate the truth of both of these predictions over and over again.

43.    How the Linguistic Evidence Reflects Steam's Visibility.  To begin with, the data include many examples in which people speak (or write) of the experience of seeing steam (using such expressions as *see/saw/seeing steam, see/saw/seeing the steam, see/saw/seeing some steam,* and so forth); this is shown in paragraph 44 below.  In addition, the data include many sentences in which people use words which identify the shape, the density, the size or height, the color, and the manner and/or speed of movement of the "visible steam" they are referring to. (These are shown in paragraphs 45-48 below.)  Moreover, the data also include examples that demonstrate that visible steam can be so visible as to appear in photographs (paragraph 49), and so dense as to obscure the view of something else from an observer (paragraph 50). In this latter case, when "visible steam" is perceived to be so *visibly* dense and/or opaque that it hides,

obscures, or shrouds something else from view, we see that the noun *steam* is necessarily being used in a very different way than when it is used to refer to an *invisible* gas.

44.    <u>Examples of Seeing Visible Steam.</u>    The data include numerous examples of sentences in which someone sees or has seen visible steam, as indicated by the fact that the main verb is a form of the verb *see* [*sees, seeing, saw, seen*] and its direct object is either the simple noun *steam,* or a phrase that indicates some configuration or  manifestation composed of visible steam (such as *steam plumes, steam billows, clouds of steam, puffs of steam*, and so forth).  Some examples of this sort include:

- *To disinfect sponges, ...microwave while still wet.  When you **see steam**, the bacteria in the sponge will be history.* [C40]
- *It is so cold that you can **see the steam** rising up off of the Chicago River downtown.* [F3]
- *Put [alcoholic beverage] in the microwave until you **see steam,** and breathe deep.* [F26]
- *...the animal balked when  she got downtown and **saw steam** coming out of a vent.* [G6]
- *Karen had pulled over when she **saw steam** rising from under the hood.* [G18]
- *"Hang on; you can **see some steam** coming up..."* [re space launch]  [H1]
- *It appears the fire is out, except some spots where you could **see some steam**.* [H23]

In addition, the Tally for Search C contains 6 more examples, the Tally for Search F contains 13 more examples, the Tally for Search G contains 22 more examples, and the Tally for Search H contains 11 more examples, for a total of 52 more examples.

45.    <u>Shape and/or Density of Visible Steam.</u>    Examples of the noun *steam* with its "visible steam" meaning, in which the *shape* and/or *density* of the visible steam is identifiable and specified, include these:

- *In the distance, **thick white steam billowed** from the nuclear plant.* [J22, L20]
- *...when young people think of railroads, they might think of shoveling coal and **billowing steam**.  [J25]*
- *...a Great Northern Railway locomotive churns out a **grand cumulus cloud of steam** as it pulls a long, dark train...* [K15]
- *Massive black steam engines, framed by **puffy white clouds of steam**, pull some tourist trains.* [K24]
- *You can see the **thick cloud of steam**... rising from the street.*  [K49]
- *A **geyser-like cloud of steam** shot into the air...* [K50]

19

- *The sight of **wispy puffs** of white steam coming from under the bonnet, as the English for some reason like to call the hood...* [L23]

In addition to these specific examples, the Tally for Search J includes 18 other examples of phrases like *steam billows* and *billowing steam*, the Tally for Search K includes 32 other examples of *cloud(s) of steam* and the Tally for Search O includes 6 examples using the phrase *thick steam,* for a total of 56 more examples.

      46.    <u>Size or Height of Visible Steam.</u>  Examples of the noun *steam* with its "visible steam" meaning, in which the *size or height* of the visible steam is identifiable and specified, include these:

- *...players could see the steam rising **in a four-foot wave off the turf**.* [F24]
- *On February 21st, they saw **a plume of steam** [from a Wyoming geyser] **rise several hundred feet in the air...*** [G27]
- *...The powerful blast spewed rubble into crowded streets, splashed mud on commuters, and sent **a giant plume of murky hot steam** billowing into the air.* [J31]
- *A steam pipe explosion beneath a Midtown street near Grand Central Terminal propelled **a giant, scalding jet of brownish-white steam toward the sky...*** [L21]
- *White steam clouds **rose as high as the nearby 77-story Chrysler Building**.* [L22]
- *The rain falling on the flames created **huge plumes of white steam...*** [L28]
- *Surono said the extreme heat in the lake was creating **a cloud of steam and smoke some 500 meters (1,650 feet) high**.* [K20]
- *...which is a contributing factor to the refinery's **steam plume** traveling low to the ground and across the highway. The **thick steam** has contributed to multiple-vehicle accidents...* [O3]

      47.    <u>Color of Visible Steam.</u>  Examples of the noun *steam* with its "visible steam" meaning, in which the *color* of the visible steam is identifiable and specified, include these:

- *...The powerful blast spewed rubble into crowded streets, splashed mud on commuters, and sent a giant plume of **murky hot steam** billowing into the air.* [J31]
- *Massive black steam engines, framed by puffy **white clouds of steam**, pull some tourist trains.* [K24]
- *"Out our windows, we saw **gray clouds of steam** falling down and debris shooting up in clouds,"* she said about 15 minutes after the explosion.* [ K4]
- *A steam pipe explosion beneath a Midtown street near Grand Central Terminal propelled a giant, scalding jet of **brownish-white steam** toward the sky.* [L21]

In addition, Search L contains 18 examples of the phrase *white steam,* including:

- *...grimacing joggers exhaling puffs of **white steam**...* [L1]
- ***White steam** from huge water coolers billows around them...* [L6]
- *I chuffed clouds of **white steam** and stood over the deer...* [L7]

48.  <u>Manner and/or Speed of Movement of Visible Steam.</u>  Examples of the noun

*steam* with its "visible steam" meaning, in which the *manner and/or speed of the movement* of

the visible steam is identifiable and specified, include these:

- [Gentle swirling] ***Steam**: You can also try having your child hang out in a **steamy** bathroom for 10 minutes...* [D9]
- ["Swirling"]: *The jungle kept to itself at first--very closed and secretive, nothing but visible **steam** swirling around us like a veil.* [P28]
- [Hovering] . *It was so cold that **steam** hovered above the Chicago River...* [D19]
- [Slowly rising]...*a timeless vista: a towering, tree-covered slope near a burbling stream, all filtered through the haze of **steam** rising off the hot spring water.* [D39]
- [Lung-powered exhalation] ...*approaching the bitter cold with equanimity, exhaling wisps of **steam** as he talked...* [D24]
- [Sweat evaporating] *" Frozen tundra" became part of the sporting lexicon, and images of **steam** rising off the heads of players were burned into the collective memory.* [D37]
- [Slow escaping = seeping] ***Steam** seeping from a fracture atop the lava dome in Mount St. Helen's crater...* [D67]
- ["belching"] ...*a massive power plant that locals say chugs river water and belches **steam** and smoke as far as the eye can see.* [D79]
- ["shooting"] *The cloud of **steam** shooting high in the air is forcing thousands of commuters...* [K47]
- [Explosive propulsion] ...*The powerful blast spewed rubble into crowded streets, splashed mud on commuters, and sent a giant plume of murky hot **steam** billowing into the air.* [J32]
- [Explosive propulsion] ***Steam** billowed from the unmanned rocket. Fire gushed from its base. The missile roared into the sky.* [J47]

In addition, the Tally for Search J includes 19 more relevant examples which use phrases like

*The steam billowed, the billowing steam,* and *the steam billowing out.*

49.  <u>Visible Steam can be Photographed.</u>  Examples of the noun *steam* with its

"visible steam" meaning, which show that the steam is so visible that it can be photographed,

include these:

- *Geologist John S. Pallister was flying over the volcano in southwestern Washington on Sunday when he spotted the* **steam**. *"It was interesting enough to take some pictures," said Pallister...* [D67]
- *The photo yesterday showing* **steam** *billowing from the Manhattan steam-pipe explosion was taken by freelance photographer Viktor Sekularac.* [J29]
- *The two market the compost they process.* **PHOTO 2: STEAM BILLOWS** *from the compost pile as Julie Shepard moves the rich, dark material.* [J41]

50.   Visible Steam's Capacity to Block a View.   Examples of the noun *steam* with its "visible steam" meaning, in which the visible steam is thick and/or opaque enough to be described as blocking the view of something else from the observer, include these:

- *...The explosion, just before 6 p.m. at 41st Street and Lexington Avenue, cracked through the pavement and became* **a geyser of steam, clouding the air** *and causing widespread confusion and chaos...* [K45]
- *Finally, we ...gazed down into the Boiling Lake maw. We saw - nothing. Just* **steam obscuring** *a deep, watery pit.* [M1]
- *They contend the pool was operated in a dangerous manner with a tarp covering part of the pool and* **steam obscuring** *the coaches' view of the water.* [M2]
- *An east wind rolled fog banks and* **steam, obscuring** *the shoreline.* [M3]
- *...the bird was* **hidden by steam** *coming from the river.* [N6]
- *... a dome had formed* [in a volcanic crater], *but* **thick steam made it difficult to estimate its size...** [O4]

51.   More Examples of Steam's Obscuring Power.   In most of the examples above, a specific verb (*to obscure, hide, cloud*) indicates the opacity of the steam, but in other examples in the collected data, no such verb is present – yet we can easily infer from the contexts below that the "traffic hazard" in J3 and the "multiple vehicle accidents" in O3 were the direct result of visible steam that had obscured the drivers' view of the road:

- **Steam** *billows from vents in many downtown streets, sometimes creating a traffic hazard.* [J3]
- *...which is a contributing factor to the refinery's steam plume traveling low to the ground and across the highway. The* **thick steam** *has contributed to multiple-vehicle accidents...* [O3]

52.   Ambient Temperature for Visible Steam.   If the only use of the noun *steam* in ordinary language were to denote the gaseous form of water which can exist only at or above the

temperature of 100 degrees Centigrade, then we would expect that sentences describing occurrences in ordinary life (as opposed to fictional or science-fictional environments) could not refer to steam existing in environments in which the ambient temperature was *below* 100 degrees Centigrade, much less significantly below that temperature. Yet the data collected demonstrate that the noun *steam* is often used in ordinary language to denote what I am calling "visible steam," which is necessarily a physical phenomenon that *must* exist below the boiling point of water. Environments that are common settings for sentences in which visible steam is observed in temperatures *below* the boiling point of water include:

(a)    steam rooms
(b)    bathrooms filled with steam from a shower
(c)    the outdoors, especially in winter but also in summer (since most places on earth do not – yet – subject us to temperatures as high as 100 degrees Centigrade)
(d)    even the air in our kitchens near cooking utensils that contain heated foods and liquids.

Examples of visible steam being reported in each of these environments are shown in paragraphs 53-56 below.

53.    <u>Visible Steam in Steam Rooms.</u>   The temperature in modern steam rooms using moist heat is much closer to body temperature (one source citing a normal range of 110-114 degrees Fahrenheit) than the temperature in dry-temperature saunas, which may even exceed 212 degrees Fahrenheit (the same source specifying a range of 160 to 200 degrees Fahrenheit).[3]  The data collected include a number of references to steam rooms, which we can therefore assume contain and/or provide steam at a temperature well below the boiling point of water, i.e., the kind of steam I am calling "visible steam."   Note, however, that all the examples in the data that use

---

[3]  See the helpful explanation at Columbia University Health Service's Q&A Internet website at: http://www.goaskalice-cms.org/6360.html .  It specifies that "Saunas provide **dry** heat... The temperature in a sauna typically ranges from 160-200 degrees Fahrenheit with a low level of humidity (ranging from 5-30 percent). Steam rooms, on the ot[her hand] provide **moist** heat from a water-filled generator pumping steam into the enclosed room. The temperature in a steam room typically ranges from 110-114 degrees Fahrenheit with a humidity level of 100 percent."

the phrase *steam room* (namely, A6, 7, 8, 53b, 67; and D7, 26, 27, 40, 44a, 89b, 97) happen not to include specific references to the steam in those rooms; the presence of visible steam can in these cases be inferred from the context and our real-world knowledge of the ambient temperature in those steam rooms.  Examples of those uses include:

- *...main swimming pool with an infinity waterfall feature to enhance the relaxed mood. Add to this the changing room, shower, **steam room,** sauna and integrated sound system.* [A7]
- *...if homeowners are looking for pure relaxation, a whirlpool spa, **steam room** and a massage room are also available.*  [D27]
- *Corrosion ate metal strings and screws.  Wooden bodies warped in the **steam room**-like conditions, even on [musical] instruments stored above the water's reach.*  [D53; note this reference — to damage caused by storms in Louisiana, possibly including Hurricane Katrina -- presupposes humidity, not temperatures near 100 degrees Centigrade]
- *"I went for a workout today -- this time not with a personal trainer -- then I took a **steam**. The **steam room** is pristine.*  [D89]

    54.    <u>Visible Steam in Bathrooms.</u>  It is a commonplace experience to see visible steam in one's bathroom during or after a shower, yet we know that the room temperature (like the shower water temperature) is far from 212 degrees Fahrenheit  -- since we would be scalded otherwise.  As a result, we also know that the examples below are all referring to visible steam, rather than invisible steam; note that two of the examples are explicit in describing what is seen as *visible steam*:

- *...Mountain Inn bed-and-breakfast in Butler, Tenn., is offering a Mountain High Sweetheart Special through Feb. 18: accommodations (with **steam** shower for two), a romantic dinner by candlelight...* [D2]
- ***Steam:**  You can also try having your child hang out in a **steamy** bathroom...* [D9, an article about treating flu]
- *The master suite features a bathroom with a deep, jetted tub and a separate **steam** shower.*  [D15]
- *Inhaling **steam** from a teakettle or in a hot shower can help...* [D57]
- *He shucked his clothes, stepped into the shower and shouted into the **mist of steam**...* [I-13]
- *If the vent fan will not clear the bathroom of all **visible steam** in a few minutes after a shower...* [P15]
- *...ideally, [the fan] should vent all **visible steam** within a minute or two after the shower is turned off...* [P22]

55.    <u>Visible Steam Seen Outdoors.</u>  We are perhaps most often aware of visible steam in cold weather, when it is "cold enough to see your breath."  This familiar experience (at least here in the Midwest) illustrates how frequently we encounter an environment in which the ambient temperature is *way* below 212 degrees Fahrenheit, yet we see visible steam.  Examples of sentences from the collected data which describe such cold-weather situations include:

- *It was so cold that **steam** hovered above the Chicago River...* [D19]
- *...approaching the bitter cold with equanimity, exhaling wisps of **steam** as he talked.* [D24]
- *Black-and-white TV images of football players emitting so much **steam** from their hot breath on such a bitterly cold day...* [D56]
- *...38 degrees in fact, you can **see some steam** fog rising from the pond that's why we have humidity at 100%.* [H11, a weather report]
- *...by the time I got out of the car the bird was **hidden by  steam** coming from the river. (The temperature was three below zero.)* [N66]
- *In addition, they say they have added a $5 million system to the plant's towers to ensure that no **visible steam** will be emitted on cold days when such plumes otherwise would be expected.* [P20]

But of course, since we Americans live in environments whose temperatures never go near 212 degrees Fahrenheit, we must recognize that almost every experience of seeing visible steam outdoors will take place in an environment 100 degrees or more *below* 212 degrees, as can be seen in these examples:

- *...a late friend who **saw steam** coming out of a huge and rotting cedar tree stump.* [G1]
- *...they **saw steam** pouring off the [ocean's] water on the horizon.* [G2]
- *He earned the nickname Smoke from a youth league coach who **saw steam** rise from an opponents pad after a Johnson tackle.* [G3]
- *I smelled the gasoline leak...also **saw steam** coming out from the engine.* [G22]
- *Looking back to the east and you can **see some steam** coming up off the towers there* (H6, re Chicago, on Weather Channel)
- *It's warm out there. 48 degrees.  You still **see some steam** rolling through.* [H13]
- *. ...a gentle **mist of steam** rose from the St. Lucie River and Indian River Lagoon.* [I-14]

56.    <u>Visible Steam in our Kitchens.</u>  It is certainly true that in our kitchens, we often heat water and other liquids to or beyond the boiling point.  Yet although this process will

certainly – by definition – create *invisible* steam, nevertheless it is a fact that we frequently have the experience of seeing *visible* steam in our kitchens, sometimes even in close proximity to water or another liquid that is boiling. These situations in which both invisible and visible steam occur are thus excellent illustrations of the fact that the noun *steam* in English is used in ordinary language to refer not just to the invisible (gaseous) form of water, but also to the physical phenomenon in which the condensing particles of water have *become* visible. Examples describing steam which we see (i.e., visible steam) in kitchens include these:

- *You want to hear a lively sizzle from the liquid in your pouch, and you want to **see some steam** escaping as you open it...* [H3, cooking instructions]
- *But we might as well be watching a kettle of water on an extra-low flame. We **see some steam**, but the water never quite boils.* [H7]
- *Add the meat to the pan. You'll hear a loud sizzle and **see some steam**.* [H12]
- *Tighten the lid. You will **see some steam** release from the pressure valve. This is normal.* [H21, broasted chicken recipe]
- *.. to glimpse the coming year in the **mists of steam** above a thick ceramic mug of coffee.* [I-4]
- *...microwave. Inside, a pouch of EASY-OFF wipes is bursting to go to work -- its special cleaners released in a **mist of steam**.* [I-5]
- *The pouch will pop open while heating to release special cleansers and a fresh lemon scent in a **mist of steam** that will soften and loosen baked on food residue.* [I-6]
- *...packed with its twin in a silver aluminum pan capped with a plastic lid, clear except for the opaque **mist of steam** escaping from the meat.* [I-9]
- *...when we heard a mighty ka-boom. We rushed into the kitchen, into a **mist of steam** and peanut parts.* [I-30]

57.    <u>This Evidence Fully Supports Whirlpool's Claim About the Noun *Steam.*</u>    As can readily be seen from the data cited above, the evidence gleaned from Searches A-P demonstrates consistently and conclusively that in ordinary language, the noun *steam* is used with at least two non-abstract meanings: the one corresponding to what I have been calling "visible steam" and the one corresponding to what I have been calling "invisible steam." Since this is the claim that Whirlpool is advancing about the meaning(s) of the noun *steam* in ordinary language, it is clear that the findings reported above fully support Whirlpool's claim.

58.  <u>This Evidence Disproves LG's Claim About the Noun *Steam.*</u>  The same evidence that demonstrates the accuracy of Whirlpool's claim about the multiple meanings of the noun *steam* in ordinary language also proves the untenability of the claim made by LG to the effect that the *only* use of the noun *steam* in English is with the technical, or scientific, definition provided on p. 4 (under B16) of LG's Complaint, namely, that "Steam is a clear gas obtained by vaporizing water, which occurs at standard pressure when the water is heated at or above its boiling point of 100 degrees Centigrade."

59.  <u>LG's Definition Makes Many Wrong Predictions.</u>  If LG's definition were the correct one – and the only one – for the noun *steam,* then it would follow from LG's definition of *steam* as "a clear gas" that speakers of ordinary language would have no basis for describing it as being visible or being seen, or for describing it in terms of its color, shape and density, size or height, color, speed and manner of movement, opacity, or other qualities discernible by the human eye. Nor could steam ever be photographed by any normal camera.  Yet the searches contain abundant examples showing that the phenomenon named in ordinary language by the noun *steam* can indeed be described in these ways:

- as being visible (see the eighteen examples in Search P)
- as being seen (see paragraph 44 above, and many more examples in Searches F, G, and H)
- in terms of its perceptible shape and/or density (see paragraph 45)
- in terms of its perceptible size or height (see paragraph 46)
- in terms of its perceptible color (see paragraph 47)
- in terms of its perceptible manner and/or speed of movement (see paragraph 48)
- in terms of its perceptible opacity and capacity to hide other things from view (see paragraph 50).

In addition, we have found that the noun *steam* can be, and *has* been, used in ordinary language to refer to a phenomenon that has been photographed (see paragraph 49).

60.    LG's Wrong Predictions about Ambient Temperature.    Moreover, if LG's definition were the correct one – and the only one – for the noun *steam,* then we would expect that it could be produced (or "obtained"), and thus potentially observed, only in situations in which the temperature was at or above 100 degrees Centigrade.    However, the examples demonstrate that speakers of ordinary language refer to steam that can be found in situations whose ambient temperature is below, or even significantly below, 100 degrees Centigrade.    This was demonstrated by the examples involving references to (visible) steam that can be found in steam rooms (paragraph 53), in bathrooms with showers (paragraph 54), outdoors in both cold and warmer temperatures (paragraph 55), and in kitchens (paragraph 56).

61.    Both Evidence Sets Refute LG's Claim.    As a result, both the wide distribution of examples in which the noun *steam* is used in ordinary language to refer to "visible steam," and the fact that LG's definition makes so many false predictions about the use of the noun *steam* in ordinary language, combine to demonstrate conclusively that LG's claim  about the noun *steam* is simply false.

62.    Summary Chart of the Data Used as Evidence for these Conclusions.    For ease of reference, a summary chart for the data gathered in Searches A-C  (drawn from the Westlaw ALLNEWS database) and Searches D-P (drawn from the Westlaw USNEWS database) is presented as Exhibit Q.  For each Search, the chart shows the word(s) or phrase(s) sought, the number of articles requested (or received, in the few cases in which the search turned up fewer examples than requested), the total number of usable examples, the number of examples of nouns and of verbs, and the total number of unusable examples.

63.    Unusable Examples.  Unusable examples included all examples in which the word *steam* in any form was used with an abstract meaning, because such meanings were irrelevant to

the present case; duplicate articles; examples in which the word *Steam* was part of a proper noun, as in *the Oklahoma Steam Threshers* [D41] or *Natchez Steam Laundry* [D62], because this meant that the choice of the word *steam* in that sentence was not a free one; and examples in which the syntax made the example irrelevant to the analysis.  Examples of the latter include these:

- Add syrup (**see** below) and rum.  **Steam...** apple juice... [C4]
- ...the women she **steams** with always **see** who can stay in [the Alaskan steam bath] longer. [C5]
- ...it was rare to **see** three **steam** traction engines... [C6]

64.   Databases Used.   The first three searches (A-C) were run on the Westlaw ALLNEWS database, which includes publications from both within and outside of the U.S.  The results from these three searches helped me to design the parameters for subsequent searches, which were conducted using the Westlaw USNEWS database.   The change in the database chosen was made to make sure that the patterns of usage obtained were not skewed in any way by the inclusion of non-US publications. (For this reason, when citing data from Searches A-C in the analysis above, I have tried to use only examples from the US sources cited there.)   In any case, I detected no significant difference between the two databases in regard to the central linguistic issue I have been analyzing, since both are crystal clear in showing that the noun *steam* is used to refer both to "invisible steam" and to "visible steam."

65.   Analysis of the Adjective *Steamy.*   After analyzing the use of the noun *steam* in ordinary language, I was asked to analyze the use of the adjective *steamy* in ordinary language. To do this, I requested that another Westlaw database search be run, this time focusing solely on the adjective *steamy.*   The data that appeared in that search (Search Q) together with nine examples of *steamy* from Searches B and E, are presented and analyzed in Exhibit S.  Basing my analysis on the forty examples from Searches B, E, and Q, I concluded that the adjective *steamy* has multiple meanings, or senses.   Its abstract senses (including the sense meaning,

approximately, 'erotic, sexy') are irrelevant to this case, and have thus been ignored in my analysis. Its non-abstract senses include three primary ones, as identified in the three paragraphs that follow.

66.    The Sense of *Steamy* Meaning "Unusually or Very Hot and Humid."    When the adjective *steamy* is used with this sense, it describes either (a) weather conditions in some location, or (b) the air or atmosphere experienced in an *indoor* environment, such as a gym or a crowded bar. It identifies a relatively high level of both heat and humidity perceived to be in that weather or that air, a perception based on what human beings can sense on their skin and as they breathe the surrounding air. This sense doesn't necessarily involve physical steam itself, but is an extended meaning based on the heat and humidity associated with both visible steam and invisible steam. By a further extension, the adjective with this sense can also be used to modify (c) a noun denoting an outdoor location where that weather is typical, such as the city of New Orleans; or a particular indoor location, such as a crowded bar or gym. Examples of the adjective *steamy* when used with this sense include these (with others identified in Exhibit S):

- The opposing side lies here in the **steamy** lowlands of the eastern half of the country bordering Brazil. [Q7]
- When he's awake he goes to class, and drills in the Sooners' **steamy** wrestling room for hours, even in the off-season. [Q55]
- Nothing wicks moisture away better [than cotton] on a **steamy** August day. [Q75]
- ...treated for cramps during the Oregon game, but guard Daniel Hackett said that conditions, not conditioning, were the culprits inside **steamy** McArthur Court. ``No, (conditioning) shouldn't be a factor,'' said Hackett... [Q79]
- ...On this night, the school was host to a countywide junior high basketball tournament and hundreds were crammed into the **steamy** gym... [Q91]
- In the tropics, intense sunlight and **steamy** air coax rubber trees to spread their limbs as wide as our maples, limbs dense with foliage...[Q137]

67.    The Sense of *Steamy* Meaning "Steam-Emitting."    The adjective *steamy* is often used with this sense to describe foods that are still hot from the cooking process, and from which visible steam is emerging, as in *steamy popovers* [Q57], *steamy hot chili* [Q53], and *a steamy*

*Saturday night cassoulet* [Q65]. But this sense of the word can be used for anything that emits visible steam, such as *steamy washcloths* [Q6] or *steamy fissures* [Q29], or even *steamy land mines* [used to denote piles of dog manure in B3]. Additional examples may be found in Exhibit S.

68.   The Sense of *Steamy* Meaning "Steam-Containing or Steam-Filled."   The adjective *steamy* can be used with this sense to describe an indoor space *containing* a considerable or unusually large amount of visible steam that has been previously emitted by something in that space, such as a (steam-filled) bathroom or kitchen [Q52, Q96] or a (steam-filled) vestibule [Q70b].[4]   Additional examples may be found in Exhibit S.

## IX.   Corroboratory Evidence from Dictionary Definitions of steam

69.   The Basic Question.   The central linguistic issue that I have been asked to address in this case is whether the noun *steam* is used in a single sense (corresponding to what I have been calling "invisible steam" and to what LG's expert Prof. Jacobi calls "dry steam"), or whether it has at least two senses:  one of which is what I have been calling "invisible steam," and one of which is what I have been calling "visible steam."   This section is intended to answer this question:

> "Does the evidence provided by the definitions of the noun *steam* in major dictionaries of American English support LG's claim that the noun *steam* has only one sense, or does it support the claim of Whirlpool that (a) the noun *steam* has more than that one sense, and (b) one of its main senses corresponds to the visible phenomenon referred to throughout this document as *visible steam*?"

---

[4] Note that a kitchen would not normally be described as "steamy" if the only visible steam in it were coming from a single tea-kettle (even though it *would* contain *some* visible steam at that point), nor would it need to be 100 percent filled with steam in order to be described as *steamy* (as we see in example Q96, *I remember watching Grandma Germovsek make cabbage rolls in her steamy Euclid kitchen*).  Rather, the use of *steamy* with this sense involves a notion of a relatively or unusually large amount of steam that is above the minimal level suggested by the literal meaning of "steam-containing" but that can fall well short of being 100 percent filled as suggested by the literal meaning of  "steam-filled."

Just like the evidence I gathered in my Westlaw searches, the evidence that I have examined in four major dictionaries of American English is unambiguous in supporting Whirlpool's claim about the multiple meaning(s) of the noun *steam* in ordinary language, and in disproving LG's claim about the existence of but a single (unique) meaning of the noun *steam*.

70.    <u>A Question of Terminology.</u>  Before introducing the specific definitions from four dictionaries in support of this conclusion, I need to emphasize two points.  The first is that where I have been using familiar non-technical vocabulary in speaking of "two (or more) meanings" of the noun *steam*, a dictionary is more likely to use the term *sense* (and, where appropriate, *subsense*) to refer to distinct meanings associated with the same word, when it is the same part of speech (e.g., noun, verb, adjective, etc.)  This will be apparent in the paragraphs to follow.

71.    <u>Sequence of Senses in a Dictionary Entry.</u>   The second point is that the relative ordering of senses within a dictionary entry for a word has different significance in different dictionaries.  In two of the dictionaries cited below (the *Merriam-Webster Collegiate Dictionary* and the much larger *Webster's Third New International Dictionary*), the senses appear in order of their historical development, with the earliest known sense listed as "sense 1" and later senses following in the order in which they developed (and/or were documented) in the language.  However, at least the *Merriam-Webster's* takes pains to point out under "Division of Senses" in its introductory notes (p. 20a):

> The system of separating the various senses of a word by numerals and letters is a lexical convenience.  **It reflects something of their semantic relationship, but it does not evaluate senses or set up a hierarchy of importance among them.** [Boldface added.]

72.    <u>Non-historical Criteria for Ordering Senses.</u>    In contrast, the two other dictionaries cited below have chosen different criteria for determining the order of senses in their entries.  In *The American Heritage Dictionary*, the entries for words with multiple senses "are

arranged... with the central and often the most commonly sought meaning first" (p. xxxiv). *The New Oxford American Dictionary* (2d ed., 2005) arranges the senses within a single entry in yet another way: by identifying what its compilers consider to be the "core sense," which may or may not be "the most commonly sought meaning" and which may or may not be the oldest known sense. Instead, the core sense, or core meaning, is explained this way:

> Core meanings represent typical, central uses of the word in question in modern standard English... The core meaning is the one that represents the most literal sense that the word has in ordinary modern American usage...It is the meaning accepted by native speakers as the one that is most established as literal and central. [From "Structure: Core Sense and Subsense" in the dictionary's Introduction; see Exhibit R for the full quotation.]

73.    The Order of Senses is Irrelevant to this Case.    Since the only significant linguistic question I have been asked to answer is whether, in ordinary language, the noun *steam* is used in such a way as to include *both* the "visible steam" and the "invisible steam" senses, what matters in this case is whether the dictionary entry for the noun *steam* -- in a representative sample of major dictionaries -- includes both those senses. It does not matter which sense is listed first or last; all that matters is that the senses are included *somewhere* in the entry.

74.    Dictionary Definitions for the Noun *Steam.*    The table below shows that the entry for the noun *steam* in each of the four dictionaries I have examined contains (a) a definition that denotes what I have been calling "visible steam," and (b) a definition that denotes what I have been calling "invisible steam." (Each also contains additional senses, primarily abstract, but since those are irrelevant to the present case, I have omitted them here. However, that information can be found in Exhibit R, which includes all the definitions for the noun *steam.*) The four dictionaries I have examined are listed below in alphabetical order, abbreviated as follows:

- AHD: *The American Heritage Dictionary of the English Language,* 4th ed., 2006.
- MWCD: *Merriam-Webster's Collegiate Dictionary*, 11th ed., 2003.

- NOAD: *The New Oxford American Dictionary*, 2d ed., 2005.
- WTNID: *Webster's Third New International Dictionary of the English Language Unabridged* (2002).

| Dictionary | Sense | Definition |
|---|---|---|
| AHD | visible steam | a mist of cooling vapor |
| MWCD | visible steam | the mist formed by the condensation on cooling of water vapor |
| NOAD | visible steam | the vapor into which water is converted when heated, forming a white mist of minute water droplets in the air |
| WTNID | visible steam | the mist formed by the condensation on cooling of water vapor: visible vapor |
| AHD | invisible steam | the vapor phase of water |
| MWCD | invisible steam | the invisible vapor into which water is converted when heated to the boiling point |
| NOAD | invisible steam | the invisible gaseous form of water, formed by boiling, from which this vapor condenses[5] |
| WTNID | invisible steam | the invisible vapor into which water is converted when heated to the boiling point: water in the state of vapor |

75. <u>The Dictionary Evidence Disproves LG's Claim About *Steam.*</u>    The four dictionaries of American English I examined were chosen by me as an appropriate sample of the most recent editions of dictionaries of American English in print today. (Although *The New Oxford American Dictionary* may be less familiar to some Americans than the other three, its pedigree as a dictionary produced by the publisher of the outstanding *Oxford English Dictionary* is most distinguished.) They are all in agreement in defining the noun *steam* as a word which in ordinary language has at least two senses with physical referents (namely, what I have been calling "visible steam" and what I have been calling "invisible steam"), as well as one or more senses with abstract referents. As a result, their content

---

[5] Although the wording here is not crystal clear, it appears to me that the words *this vapor* denote the vapor that is referred to in the "core sense" of the NOAD definition of the noun *steam*. That is, the NOAD organizes its entries into a core sense, with subsenses following. In the case of the noun *steam,* the core sense is defined as "the vapor into which water is converted when heated, forming a white mist of minute water droplets in the air," and the sense corresponding to "invisible steam" is treated as a subsense of that core sense. Because of this, it seems most plausible to interpret the phrase *from which this vapor condenses* to mean *from which* [visible steam] *condenses.* See the entire dictionary entry on p. 1657 of the NOAD, which is reproduced in Exhibit R.

- supports the conclusion about the multiple meanings of the noun *steam* which I drew based on my own analysis of the data drawn from Searches A-P;
- disproves the claim made by LG that the noun *steam* has a unique meaning, as expressed in their own definition, "Steam is a clear gas obtained by vaporizing water, which occurs at standard pressure when the water is heated at or above its boiling point of 100 degrees Centigrade"; and
- supports the claim made by Whirlpool that the noun *steam* is used with multiple meanings in ordinary language, including not just the sense identified in LG's definition, but also a sense corresponding to what I have been calling "visible steam."

[INTENTIONALLY LEFT BLANK]

EXECUTED this _____7th_____ day of February, 2008.

Dr. Judith Levi