# EXHIBIT A

## to Levi Declaration

Prof. Judith N. Levi                          Whirlpool Corp. case re *steam*
Department of Linguistics                     Attorney: J. A. Cragwall, Jr.
Northwestern University                       January 2008

## *EXHIBIT  A (first part)*

## I.  TALLY FOR SEARCH A:
### 100 articles with *steam*
### appearing January 17-18, 2008

Parameters specified on Westlaw ALLNEWS database:
        STEAM & DA(1/17/2008 1/18/2008)

Usable:  63 usable examples
Unusable:  45 articles that used *steam* in an abstract sense, 2 articles that were duplicates of other articles, and 1 example with the noun *steam* having an ambiguous meaning  (*steam-powered romp* in a headline about a play, A17)

### A.  Usable data with *steam* as noun: 57
### (25 with *steam* alone, 32 in a compound noun)

**(1)  *Steam* used as noun alone (25)**

Uses in more ordinary discourse (10):
A5:  **Steam** fogged my mask upon entering the trailer [where flames came from gas jets, to simulate a real fire for firefighters' training; also reported in A95 in different words]
A9:  Water aimed at the fire turned into **steam...** [in large forest fire]
A31:  Suddenly a face appeared, wiping away the **steam** at the window.
A44:  In addition, the **steam** coming from the water below is hotter than that in your dishwasher, so the basket [in bamboo steamer] virtually cleans itself.
A50:  ...David Green was concerned at the level of emissions seen from some Tahunanui factories, and has recorded on camera what he termed as smoke of a ``particularly dirty nature'' billowing from the stacks at South Pine (Nelson) Ltd's Quarantine Rd plant...
Council environmental policy planner David Jackson said some of the emissions noticed by Mr Green was **steam** from kilns used to dry timber, but smoke also came from chimney stacks from the boilers at South Pine.
A53a: "I went for a workout today... then I took a **steam** [in steam room]."
A79: [Re seasoning firewood to remove moisture] As long as water remains, it boils off at 212 degrees and carries heat away from the [wood] fibers as **steam**.

A90 a: [re science fair project] That award would go to the student who demonstrated the power of **steam**.

A90 c: [re science fair project]   The aeopile was a toy -- a small hollow metal ball convinced to spin by the power of **steam**.

A95:     Upon entering the building the **steam** fogged my mask.  [describing same event as in A5]

In this set of ten examples, *steam* is used with two different meanings:
(i) *steam* understood as something visible ("visible steam"): A5, A9, A31, A50, A53a, A95
(ii) *steam* understood as something invisible ("invisible steam" or "dry steam") created by water at its boiling point: A44, A79, A90a, c

Uses in scientific and/or technological contexts (15):

A15:  ...solar thermal systems use the sun's heat to create **steam** for powering generators.

A19:  ...the plant would use "autoclaving"—using heat and **steam** to sort waste into recyclable materials for bio fuel for power generation.

A25:  Geothermal power plants tap underground reservoirs of **steam** to produce electricity...

A26:  " ...alternative technologies including electron beam, gamma irradiation, or **steam** for the sterilization of all products used for stem cell processing and storage."

A33, 69, 70, 71b: technological specifications given as category names not in sentences but in a list (not in sentences) [33 in *FedBizOpps*;  69, 70, 71b in Tenders Electronic Daily]

A37a, b  Other considerations would include...selling/providing **steam** to local communities, or being a source of high temperature steam for industrial processes...

A35:   Energy Systems Group provides **steam** and chilled water for VAMC Mountain Home...

A40:  Many power plants consume huge amounts of water that they emit as vapor after turning the water into **steam** to power electric turbines.

A81: (in patent application) Condensate produced by expanding **steam** produced in the geothermal field...

A83a, b:  Rather than combusting coal directly, it is combined with oxygen and **steam** and forms a gas primarily consisting of hydrogen. Electricity is created by burning the compound in a gas turbine, and creates **steam** to power steam turbines.

In the absence of first-hand knowledge of the science and technology involved in these examples, I would presume that most or all of them are using *steam* in the sense of "invisible steam" or "dry steam."

**(2) *Steam* as first element in a two-noun compound (32):**
Note that when *steam* is the first element in a two-noun compound (e.g., *steam train*), the entity referred to is not *steam* but the entity denoted by the second noun (e.g., *train* in the case of *steam train*).

Relating to trains: *steam rail tours* (A13), *steam train* (A14, 56, 68a), *steam locomotive* (A68b, 82, 97)

Relating to technology:  *steam engine* (A76), *steam turbine(s)* (A24a, 81b, 83), *steam generator*
      (A24b, 71, 74), *steam plant* (A34),  *steam cleaning* (A36, 38, both used in commercial
      contexts), *steam-boiler* (A58, 71a), *steam navigation* (A48), *steam-powered* (A18, 90b)
Relating to products, processes, or activities of potential interest to consumers:
      *steam room* (A6, 7, 8, 30, 53b, 67), *steam humidifier* (A86), *steam feature* (in a sauna;
      A92)
Other:  *steam explosion* (A16, 51)


### B.  Usable data with *steam* as verb: 6

[These six are all related to the process of cooking food known as *steaming*.]

A3:  [re Philly cheese steak sandwich prepared on "a hot griddle"] ...white American cheese is melted on the heap and a hoagie roll tents the whole mound to **steam**.

A55: "We encourage people...to grill and **steam** food rather than fry."

A63: **Steam** oysters before eating them.

A75: **Steam**...the fish briefly until just cooked.  [recipe]

A93:  He barely **steams** Yellow Finn potato cubes, then packs them into a mold...

A94:  He quickly **steams** these potato pieces until they express their sta


## II.  RESULTS LIST FOR SEARCH A

[Results List from Search A
using Westlaw ALLNEWS
appears on following pages]

Westlaw.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM


Prof. Judith N. Levi                              Whirlpool Corp. case re *steam*
Department of Linguistics                         Attorney: J. A. Cragwall, Jr.
Northwestern University                           January 2008


# *EXHIBIT A (second part)*

# RESULTS LIST FOR SEARCH A
# drawn from Westlaw ALLNEWS database


The Results List for Search A appears below.  Because of the way Westlaw transmitted it, the Westlaw heading could not be deleted from this opening page.

1.    Police guns slow protest
      **Advertiser (Australia)** Author: KATHARINE HOURELD, NAIROBI;          Word Count: 146
      1/18/08 ADVERTISERAU 29 2008 WLNR 984993 ...

      ...opposition protests in Kenya's capital yesterday.   Across most of the edgy East African nation,
      though, demonstrations appeared to be losing **steam**.   Residents hid indoors and crouched on the
      floors of shops as young men ran past in Nairobi's Mathare slum.   Police  ...


2.    Thailand: Jotun Thailand plans to increase paint and coating prices by mid-year
      **THAI PRESS REPORTS** Author: N/A;          Word Count: 523
      1/18/08 THAIPRESS (No Page) 2008 WLNR 1027315 ...

      ...said. The company is the leader in the market for marine coatings and protective paints. The
      shipping business here will **steam** ahead in the next few years, so the company is bullish about its
      near future. "Jotun's three-year business plan ...


3.    Taste of Gwinnett: Bites Kaysons does bar food right -- and TVs help
      **Atlanta Journal and Constitution (GA)** Author: LYNN PEISNER;  Author: For the Journal-
      Constitution;          Word Count: 378
      1/18/08 ATLNTAJC 5 2008 WLNR 1018567 ...

      ...mushrooms are added, white American cheese is melted on the heap and a hoagie roll tents the
      whole mound to **steam**. The sandwich is served with a choice of French fries, pasta salad, macaroni
      and cheese, cole slaw, onion rings or ...


4.    Illness sidelines Kantor
      **Australian** Author: Matthew Westwood;          Word Count: 390
      1/18/08 THEAUSTR 12 2008 WLNR 927353 ...

      ...Kantor) has asked me to take leadership of it and direct it," Lutton says. ``I am going into it full
      **steam**, but the circumstances are very sad."   Lutton was previously associate director of Perth's
      Black Swan Theatre Company and directed The  ...


5.    Reporter steps into the fire: Drill simulates being in burning structure
      **Bakersfield Californian, The (KRT)**          Word Count: 503
      1/18/08 BAKERSFLDCA (No Page) 2008 WLNR 1034579 ...

      ...made sure I was completely covered. Any exposed skin could suffer serious burns. " I'll be right
      behind you," Patterson said. **Steam** fogged my mask upon entering the trailer. I nearly walked into a
      firefighter, but Patterson gripped my shoulder and helped ...


6.    Inspired terror
      **Bangkok Post (Thailand)** Author: KONG RITHDEE;          Word Count: 964
      1/18/08 BANGKOKPST (No Page) 2008 WLNR 983168 ...

      ...history as an instant cult classic (I dare not just say "classic", though it's tempting). Naked in the
      tile-floored **steam** room, Nikolai is cornered by two Chechen assassins armed with knives and fully
      clothed. The ensuing scuffle is a so ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

7.    GETTING FIT AT PROPERTY FOCUS Horror of Lycra and exposing one's winter excess in a
       crowded gym? A private leisure complex at home might be the healthier New Year option.
       **Birmingham Post (UK)** Author: Marsya Lennox reports;        Word Count: 1107
       1/18/08 BSX-BMPST 32 2008 WLNR 1004522 ...

       ...main swimming pool with an infinity waterfall feature to enhance the relaxed mood. Add to this
       the changing room, shower, **steam** room, sauna and integrated sound system. The house links
       directly with the pool through the impressive billiards room, notable for ...

8.    YOUR LEISURE PROPERTY FOCUS
       **Birmingham Post (UK)** Author: N/A;        Word Count: 682
       1/18/08 BSX-BMPST 33 2008 WLNR 1004524 ...

       ...a magnificent leisure complex of some 2,245 sq ft, complete with heated indoor pool, hot tub,
       changing room, kitchen, sauna, **steam** room, treatment room and gymnasium - plus a private timber-
       decked sun terrace. The result is some serious one-upmanship even ...

       ...a Jacuzzi close by and a seating area. In one room there is a sun shower solarium, there is a **steam**
       room with seating for eight, large sauna, changing space and even a decent kitchen for instant snack-
       making. As if ...

9.    Rein lops off the Elvis look
       **CANBERRA TIMES** Author: N/A;        Word Count: 1011
       1/18/08 CANBERRATM (No Page) 2008 WLNR 932140 ...

       ...through the surrounding forests and flames leapt into the sky over 40m high. Water aimed at the
       fire turned into **steam** and the sound was louder than a jet engine." The bobsled terminal building,
       which firefighters were unable to defend, caught ...

10.    'Breaking Bad' -- better TV through chemistry?
       **CHICAGO TRIBUNE** Author: Maureen Ryan;        Word Count: 574
       1/18/08 CHICAGOTR 11 2008 WLNR 1023898 ...

       ...that started strong then began to fizzle soon after its promising premiere. "Breaking Bad" likewise
       starts out strong then loses **steam**, especially in its unevenly paced third episode. Yet I'm willing to
       give this promising show a chance, in the hopes ...

11.    NBA sinks its teeth into China
       **China Daily** Author: N/A;        Word Count: 577
       1/18/08 CHDY (No Page) 2008 WLNR 961550 ...

       ...than worth it. The paper's report says the Bucks are seeking out more Chinese-language
       advertisers. As the NBA gains **steam** in China, finding them should not be difficult. 482 General
       News Sports Asia China Professional Sports Clubs &amp; Promoters 7941 Commercial ...

12.    Federer steams on as Safin stutters

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**China Daily** Author: N/A;        Word Count: 747
    1/18/08 CHDY (No Page) 2008 WLNR 961567 ...

...Federer **steams** on as Safin stutters   MELBOURNE: Roger Federer stepped up his unrelenting charge toward a third successive  ...


13.    Get trained to drink
    **Courier Mail (Australia)** Author: Philip Hammond;        Word Count: 277
        1/18/08 COURMAILAU 45 2008 WLNR 926552 ...

...packaged together next month.   The Australian Railway Historical Society Queensland Division, about to enter its 51st year of operating nostalgic **steam** and diesel rail tours, plans a two-day Winelander rail excursion on February 23-24.   Some carriages from the Sunlander  ...


14.    What's on this weekend
    **Courier Mail (Australia)** Author: N/A;        Word Count: 1173
        1/18/08 COURMAILAU 46 2008 WLNR 926554 ...

...Valley. $15.  Bookings: 3844 4751, followed by a retro Cure Goth Party from 9pm. $10. FRIENDS of Thomas, the children's **steam** train special attraction, continues until January 28 at the Workshops Rail Museum, North St, Ipswich. 9.30am-5pm. Adult $17 ...


15.    Google invests in solar company
    **Daily Deal** Author: David Shabelman;        Word Count: 812
        1/18/08 DAILYDEAL (No Page) 2008 WLNR 1017364 ...

...photovoltaic systems that use semiconductor materials to convert sunlight into electrons, solar thermal systems use the sun's heat to create **steam** for powering generators. Among the company's other investors are Oak Investment Partners of Westport, Conn., and technology incubator Idealab , also ...


16.    Fire breaks out at plant in Beaufort
    **Daily News, The (Jacksonville, NC) (KRT)**        Word Count: 437
        1/18/08 DNEWSJNC (No Page) 2008 WLNR 1031948 ...

...to the silo, Salter said firefighters had to work carefully in extinguishing the blaze due to the threat of a **steam** explosion. A **steam** explosion occurred during a similar silo fire at the business in 2005, causing minor injuries to five firefighters, according to ...


17.    Moon madness
    **Daily Post (Liverpool, UK)** Author: N/A;        Word Count: 32
        1/18/08 LIVERPLPOST 1 2008 WLNR 1028213 ...

...Cox Story John C Reilly's new starring role Stags and Hen Russell's classic back on stage Rejects Revenge in a **steam**-powered romp at the Unity DEWEY COX STORY John Moon Reilly Rejects Revenge Russell Stags Walk ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM & DA(1/17/2008 1/18/2008)          DATABASE(S) - ALLNEWS

18.     Any hope for the future? Watch this space theatre Although their very existence is under threat,
        Rejects Revenge are ploughing ahead with a an exciting new production.
        **Daily Post (Liverpool, UK)** Author: Philip Key reports;          Word Count: 1162
        1/18/08 LIVERPLPOST 4 2008 WLNR 1028226 ...

        ...usual method of devising a show while Hibberd writes. Here Be Monsters features, he explains, the
        world's first - and last - **steam**-powered spaceship. It has been invented by Dr Frederick Watt, a
        descendant of James Watt, and he is joined by ...

19.     Villagers pledge to fight on over waste plant plans Residents fear massive influx of lorries
        **Daily Post (Liverpool, UK)** Author: LIAM MURPHY Daily Post Staff;          Word Count: 649
        1/18/08 LIVERPLPOST 15 2008 WLNR 1027966 ...

        ...the facility as well as generate electricity. As part of the process, the plant would use "autoclaving"
        - using heat and **steam** to sort waste into recyclable materials for bio fuel for power generation. This
        process also means people do not have ...

20.     Whaling hostage crisis is averted - Government ship steams to the rescue
        **Daily Telegraph (Sydney, Australia)** Author: LAUREN WILLIAMS;          Word Count: 617
        1/18/08 DALYTLGRPH 9 2008 WLNR 930901 ...

        ...Whaling hostage crisis is averted - Government ship **steams** to the rescue LAUREN
        WILLIAMS    THE two anti-whaling campaigners held hostage onboard a Japanese whaling  ...

21.     Government ship steams to the rescue - Whaling hostage crisis is averted
        **Daily Telegraph (Sydney, Australia)** Author: LAUREN WILLIAMS;          Word Count: 624
        1/18/08 DALYTLGRPH 9 2008 WLNR 985200 ...

        ...Government ship **steams** to the rescue - Whaling hostage crisis is averted LAUREN
        WILLIAMS    THE two anti-whaling campaigners held  ...

22.     Steady as she goes, says bank's 'captain'
        **Daily Telegraph (UK)** Author: James Quinn;          Word Count: 350
        1/18/08 DTLONDON 5 2008 WLNR 1017446 ...

        ...as Fed chairman    Ben Bernanke predicts, then he and the bank should be in a good position to sail
        full **steam** ahead.  Banking  1BA20 Subprime Lending  1SU05 Mortgage Banking  1MO85
        Financial Services  1FI37 Retail Banking Services   ...

23.     Hakuho handles gritty Goeido / Yokozuna becomes sole leader with 5th straight win at New Year
        Tournament
        **Daily Yomiuri (Japan)** Author: James Hardy / Daily Yomiuri Sportswriter;          Word Count: 1246
        1/18/08 DYYSHIM 24 2008 WLNR 936960 ...

        ...2-3) was responsible for the loss, pushing Chiyotaikai back over the bales after the ozeki's charge
        ran out of **steam**. "I couldn't move my body, I couldn't move my feet," lamented Chiyotaikai. "
        Nothing is going right, and there's no rest ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

24.     Alstom to build power plant in Netherlands
        **Datamonitor Wires** Author: N/A;        Word Count: 256
         1/18/08 DAMONCP (No Page) 2008 WLNR 1024297 ...

        ...integrated plant and provide the main power plant components including two GT26 gas turbines and the associated equipment such as **steam** turbines, turbogenerators and heat recovery **steam** generators. Owing to its advanced cycle gas turbine technology, Alstom said that the plant can maintain a high level of ...

25.     Merrill Lynch to finance Raser geothermal plant
        **Deseret Morning News** Author: Bloomberg News;        Word Count: 286
         1/18/08 DSRTNEWS D14 2008 WLNR 1027983 ...

        ...to a total of 155 megawatts if certain conditions are met, Raser said.     Geothermal power plants tap underground reservoirs of **steam** to produce electricity while generating less pollution than generators that burn coal or oil. Raser and other companies are working ...

26.     Recent findings in stem cell research described by B.E. Butterworth and colleagues Stem Cell Research
        **Drug Week** Author: N/A;        Word Count: 494
         1/18/08 DRUGWEEK 1081 2008 WLNR 559680 ...

        ...safety concerns with ethylene oxide can be eliminated by the use of alternative technologies including electron beam, gamma irradiation, or **steam** for the sterilization of all products used for stem cell processing and storage." Butterworth and colleagues published their study in ...

27.     PM panel cuts growth projection to 8.9%
        **Economic Times (India)** Author: N/A;        Word Count: 736
         1/18/08 ECONMCTMS (No Page) 2008 WLNR 959551 ...

        ...by C Rangarajan. This is so despite dark clouds of a slowdown on the external horizon and domestic industry losing **steam** in sectors like consumer durables. The EAC forecasts a growth rate of 8.9% for 2007-08 and 8.5% ...

28.     Moody's forecasts around 8% growth in economy
        **Economic Times (India)** Author: N/A;        Word Count: 523
         1/18/08 ECONMCTMS (No Page) 2008 WLNR 959557 ...

        ...than estimated 9% growth in 2007. According to Moody's, tight money conditions will dampen demand for credit and take some **steam** out of consumer spending. But despite monetary tightening, Moody's felt that RBI would unlikely raise rates further, for fears of ...

29.     Moody's forecasts around 8% growth in economy
        **Economic Times (India)** Author: N/A;        Word Count: 523
         1/18/08 ECONMCTMS (No Page) 2008 WLNR 968238 ...

        ...than estimated 9% growth in 2007. According to Moody's, tight money conditions will dampen

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM & DA(1/17/2008 1/18/2008)          DATABASE(S) - ALLNEWS

demand for credit and take some **steam** out of consumer spending. But despite monetary tightening, Moody's felt that RBI would unlikely raise rates further, for fears of ...

30.     It's trim up north
        **Express (UK)** Author: Mike Haworth;          Word Count: 1020
        1/18/08 EXPRESSUK (No Page) 2008 WLNR 1024930 ...

        ...in the drawers and artwork on the walls. The complex's sumptuous Elysium accommodates a spa, gym and health club, sauna, **steam** room and a stunning, 20m-long, rooftop infinity pool with panoramic views of the city.   But what really makes award  ...

31.     Peacock glad he signed on for hot streak
        **Express (UK)** Author: Tony Banks;          Word Count: 574
        1/18/08 EXPRESSUK (No Page) 2008 WLNR 1025100 ...

        ...in the country, with Premier League Chelsea, among others, closely monitoring the situation. Suddenly a face appeared, wiping away the **steam** at the window. It was Keegan, who had been quietly nudging Peacock to sign for weeks. " It's going to get ...

32.     ENERGY & COMMERCE 2008 PRIORITIES INCLUDE FOOD, TOBACCO, BIOGENERICS
        **FDA Week** Author: N/A;          Word Count: 784
        1/18/08 FDAWEEK (No Page) 2008 WLNR 1031520 ...

        ...The idea of charging generic drug user fees received some attention early last year, but the proposal never gained much **steam**. The generic drug industry made it clear that companies wanted reforms, such as prohibiting brand companies from blocking generic competition ...

33.     Special Notice Operation, Maintenance and Support Services, Fort Stewar and Hunter Army Airfield, GA
        **FedBizOpps** Author: N/A;          Word Count: 634
        1/18/08 COMBD (No Page) 2008 WLNR 1030536 ...

        ...Collection and Disposal; (9) Water Treatment and Distribution Systems; (10) Was tewater Collection and Treatment Systems; (11) Central Energy Plants; **Steam**, High-Temperature Hot-Water and Chill-Water Distribution Systems; (12) Gas Distribution Systems; (13) Electrical Distribution Systems; (14) Project Work ...

34.     44 - Furnace, steam plant & drying equipment; & nuclear reactors 44--CARTRIDGE,DEHYDRATO
        **FedBizOpps** Author: N/A;          Word Count: 266
        1/18/08 COMBD (No Page) 2008 WLNR 1030789 ...

        ...44 - Furnace, **steam** plant &amp; drying equipment; &amp; nuclear reactors 44--CARTRIDGE,DEHYDRATO   Defense Logistics Agency  DLA, DEFENSE SUPPLY CENTER PHILADELPHIA ...

        ...DLA, DEFENSE SUPPLY CENTER PHILADELPHIA; 700 ROBBINS AVENUE; PHILADELPHIA, PA 19111-5092 Subject: 44--CARTRIDGE,DEHYDRATO Classification Code: 44 - Furnace, **steam** plant &amp; drying equipment; &amp; nuclear reactors Solicitation Number:

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

SPM8EF08T1038 Contact: Questions regarding this solicitation should be emailed to dibbsBSM@dla.mil Setaside ...

35.     **J - Maintenance, repair & rebuilding of equipment J--Preventive Maintenance & Repair of Gov't OwnedVAMC Commercial Laundry Facility Equipment**
        **FedBizOpps** Author: N/A;        Word Count: 594
         1/18/08 COMBD (No Page) 2008 WLNR 1031006 ...

        ...located on-site at the James H. Quillen VA Medical Center, Building 205, Mountain Home, TN. Energy Systems Group provides **steam** and chilled water for VAMC Mountain Home through a lease arrangement with the VA corporate office and has provided laundry ...

36.     **J - Maintenance, repair & rebuilding of equipment J -- Corrosion control, steam cleaning, blast, and paint**
        **FedBizOpps** Author: N/A;        Word Count: 340
         1/18/08 COMBD (No Page) 2008 WLNR 1031009 ...

        ...J - Maintenance, repair &amp; rebuilding of equipment J -- Corrosion control, **steam** cleaning, blast, and paint   Department of the Air Force  Department of the Air Force, Air Force ...

        ...OO-ALC, OO-ALC/PKXD 6038 Aspen Ave (Bldg 1289), Hill AFB, UT, 84056, UNITED STATES Subject: J -- Corrosion control, **steam** cleaning, blast, and paint Classification Code: J - Maintenance, repair &amp; rebuilding of equipment Solicitation Number: FA8224-08-Q-3002 Contact: Valerie ...

        ...Force Materiel Command Hill AFB OO-ALC The contractor shall provide one skilled personnel full time to perform corrosion control, **steam** cleaning, blast, and paint in support of 526th EMXG generator requirements within the ground power section (MALGB), and electronics directorate ...

37.     **Y - Construction of structures and facilities Y -- Request for Information**
        **FedBizOpps** Author: N/A;        Word Count: 1360
         1/18/08 COMBD (No Page) 2008 WLNR 1031135 ...

        ...a long-term Power Purchase Agreement (PPA). Other considerations would include selling excess power to the electric grid, selling/providing **steam** to local communities, or being a source of high temperature **steam** for industrial processes such as synthetic fuels and petrochemical plants. The Department of the Air Force expects all expressions of ...

38.     **J - Maintenance, repair & rebuilding of equipment Corrosion control, steam cleaning, blast, and paint**
        **FedBizOpps** Author: N/A;        Word Count: 106
         1/18/08 COMBD (No Page) 2008 WLNR 1031585 ...

        ...J - Maintenance, repair &amp; rebuilding of equipment Corrosion control, **steam** cleaning, blast, and paint   Department of the Air Force  Department of the Air Force, Air Force ...

        ...Force, Air Force Materiel Command, Hill AFB OO-ALC Classification Code: J - Maintenance, repair &amp; rebuilding of equipment Subject: Corrosion control, **steam** cleaning, blast, and paint Solicitation Number: FA8224-08-Q-3002 Internet Link: http://www.fbo.gov/spg/USAF/AFMC/OOALC/FA8224%2D08 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

39.     Where is Stacy Peterson?
        **FOX** Author: Greta Van Susteren;     Word Count: 990
        1/18/08 FOX (No Page) 2008 WLNR 1014504 ...

        ...of the investigation? BOSCO: Yes. We speak to the Illinois state police regularly. We know that
        they are going full **steam** ahead with this investigation and have not strayed from the course. VAN
        SUSTEREN: What do you expect will happen based ...


40.     Iowa slips a notch to fourth in wind rankings
        **Gazette, The (Cedar Rapids, IA) (KRT)**     Word Count: 409
        1/18/08 GAZETTEIA (No Page) 2008 WLNR 1036056 ...

        ...water resources. Many power plants consume huge amounts of water that they emit as vapor after
        turning the water into **steam** to power electric turbines. The largest wind projects completed in Iowa
        last year were the 123-megawatt Pomeroy I project ...


41.     Two sectors, two separate stories As the residential market dries up, a record amount has been
        invested in office, retail and infrastructure projects
        **Globe and Mail** Author: LORI McLEOD - REAL ESTATE REPORTER;     Word Count: 554
        1/18/08 GLOBEMAIL B5 2008 WLNR 1016434 ...

        ...outlook for residential building activity falling flat while new office, retail and infrastructure
        projects continue to move ahead at full **steam**.   A record $40-billion was invested in non-residential
        building construction in Canada in 2007, according to data released yesterday  ...


42.     Ladies may need a translator to understand the Dude Code
        **Globe and Mail** Author: DAVID EDDIE - damage@globeandmail.com;     Word Count: 1065
        1/18/08 GLOBEMAIL L3 2008 WLNR 1016212 ...

        ...men are, that they don't mean anything by it, it's just a way of keeping each other real, letting off
        **steam**, sanding down each other's rough edges.   Attempt to convey the difficult-to-swallow-but-
        consummate truth that it's only when  ...


43.     Alarcon heads Down Under
        **Greeley Tribune (CO) (KRT)**     Word Count: 692
        1/18/08 GREELEYTRIB (No Page) 2008 WLNR 1035439 ...

        ...be featured prominently in Coloradopreps.com rankings, sitting at eighth. After defeating Weldon
        Valley on Thursday, Briggsdale tries to continue building **steam** for its pursuit of a North Central
        Conference title as it takes on Frontier Academy at 6 p.m. today in ...


44.     Tip of the day
        **Hamilton Spectator** Author: N/A;     Word Count: 141
        1/18/08 HAMILTONSPEC G12 2008 WLNR 1016584 ...

        ...residue, which could be transferred to the next batch of food you cook and affect its flavour.   In
        addition, the **steam** coming from the water below is hotter than that in your dishwasher, so the

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

basket virtually cleans itself.    However, a  ...


45.     THE RETURN OF RONALD REAGAN World | As US president, he was widely mocked. Yet
        today he is being cited as an inspiration by presidential candidates of all political persuasions....
        **Independent (UK)** Author: Rupert Cornwell;        Word Count: 1975
         1/18/08 INDPNDT 38 2008 WLNR 1027511 ...

        ...around the neck of whoever wins the party's nomination. Even worse, the whole philosophy of
        conservativism has run out of **steam**. Back when Reagan came to power, the miseries of the
        Seventies were fresh in everyone's mind. Now, as the conservative ...


46.     Rock/Pop
        **Irish Times** Author: N/A;        Word Count: 1008
         1/18/08 IRISHT 12 2008 WLNR 1007676 ...

        ...and power on display. Elsewhere, alongside the hirsute grooves and psych fringes, Stormy High
        works up a majestic head of **steam** and Queens Will Play has a ghostly, spooky undercurrent.
        Throughout, Black Mountain return again and again to the dark side ...


47.     PDI-P claims irregularities in Gianyar election
        **Jakarta Post (Indonesia)** Author: N/A;        Word Count: 637
         1/18/08 JAKRTP 5 2008 WLNR 1000246 ...

        ...political analyst from Warmadewa University, Made Suantina, said PDI-P's defeat in Gianyar did
        not necessarily mean it was losing **steam**.      "We shouldn't generalize from regent or gubernatorial
        elections and legislative elections.  I think the Balinese people know when they have  ...


48.     MCA action may target namings
        **LLOYDS LIST** Author: N/A;        Word Count: 190
         1/18/08 LLOYDSLI (No Page) 2008 WLNR 941286 ...

        ...strikes to maximise the impact'. 154 Company News Human Resources &amp; Employment
        Industrial Relations &amp; Unions Pay Awards &amp; Benefits PENINSULAR AND ORIENTAL
        **STEAM** NAVIGATION CO ROYAL CARIBBEAN CRUISES LTD Labor Unions &amp; Similar
        Organizations 8631 Public Order and Safety, Not Elsewhere Classified 9229 Regulation ...

        ...CARIBBEAN CRUISES LIMITED MCA ARCHITECTURE INC RA HOLDINGS INC
        MULTICHOICE AFRICA (PTY) LTD ROYAL CARIBBEAN CRUISES LTD PENINSULAR
        AND ORIENTAL **STEAM** NAVIGATION CO David Osler Formally ...


49.     Stocks Seen Getting Strong Bounce But Staying Power Unclear - IBM, GE Results Help as Does
        Stimulus Hopes
        **MidnightTrader** Author: N/A;        Word Count: 932
         1/18/08 MIDTRADE (No Page) 2008 WLNR 1032863 ...

        ...and $0.53 a share. Analysts forecast $2.43 for 2008 and $0.51, respectively. The reporting calendar
        picks up **steam** next week. Among key earnings slated for release: BAC, JNJ, TLAB, UNH, WB,
        AAPL, CREE, HOKU, SPSN, TXN, ABT, COH ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

50.    Aim for cleaner air, industry told
       **Nelson Mail (New Zealand)** Author: N/A;        Word Count: 525
          1/18/08 NELSONMAIL 3 2008 WLNR 988829 ...

       ...such a long period.    Council environmental policy planner David Jackson said some of the
       emissions noticed by Mr Green was **steam** from kilns used to dry timber, but smoke also came from
       chimney stacks from the boilers at South Pine.    General  ...

51.    Monster movie 'Cloverfield' copies shamelessly
       **News Tribune, The (Tacoma, WA) (KRT)**        Word Count: 728
          1/18/08 MNTTCMA (No Page) 2008 WLNR 1024256 ...

       ...Sept. 11 are now so deeply etched into the DNA of New Yorkers that all subsequent urban
       calamities, like the **steam** explosion that tore up Midtown Manhattan in July of last year,
       immediately trigger fears that terrorists have struck again. Yet ...

52.    Bill Clinton, Stumping and Simmering
       **New York Times (NY)** Author: PATRICK HEALY; Steve Friess contributed reporting from Las
       Vegas.;        Word Count: 1118
          1/18/08 NYT A17 2008 WLNR 1016542 ...

       ...campaign saw as contributing to her victory in the New Hampshire primary.    At the same time,
       Mr. Clinton was releasing   **steam** that had built up within the campaign over news coverage.
       "Bubbling just below the surface is a deep resentment on  ...

53.    The Resort as Residence
       **New York Times (NY)** Author: STEVE BAILEY;        Word Count: 857
          1/18/08 NYT F2 2008 WLNR 1016861 ...

       ...his life there: "I went for a workout today -- this time not with a personal trainer -- then I took a
       **steam**. The **steam** room is pristine. Then an 80-minute Swedish massage. Then doubles golf
       tomorrow morning. There will be bottled water on ...

54.    Youngsters' joy at opening of [pounds]90,000 play area
       **Northern Echo (UK)** Author: N/A;        Word Count: 229
          1/18/08 BSX-NECHO 10 2008 WLNR 1029552 ...

       ...Youngsters' joy at opening of [pounds]90,000 play area    YOUNGSTERS can play full **steam**
       ahead thanks to a new [pounds]90,000 playground.The Ainstable Road playing field comes complete
       with a static train for toddlers ...

55.    Echo health - On course to tackling obesity
       **Northern Echo (UK)** Author: Barry Nelson;        Word Count: 1376
          1/18/08 BSX-NECHO 20 2008 WLNR 1029589 ...

       ...cas, it was the local Asda in Eston. " We encourage people to look at portion sizes and to grill and

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**steam** food rather than fry. A healthy breakfast is also a very good way to start the day, " says Lindsay. Anne ...


56.    No Headline Available
        **Northern Times (Australia)** Author: N/A;        Word Count: 81
        1/18/08 NTIMESAUSTL 20 2008 WLNR 931051 ...

        ... 2 THE Australian Narrow Gauge Railway Museum Society is hosting an open day this Sunday at Woodford. **Steam** train rides will depart from the Margaret Street Station from 10am to 4pm. The rides provide an opportunity for the ...


57.    A leading role eyed for region Hoping for some movie magic to save Norristown.
        **Philadelphia Inquirer (PA)** Author: Art Carey;        Word Count: 1327
        1/18/08 PHILA-INQ A01 2008 WLNR 1022285 ...

        ...executive director of the Greater Philadelphia Film Office, who has been tracking the two studio projects, says everything is "full **steam** ahead." Both projects enjoy the strong support of Gov. Rendell, and each is slated to receive a $10 million grant ...


58.    Aircraft carrier Kennedy returns to rest in Phila.
        **Philadelphia Inquirer (PA)** Author: Henry J. Holcomb;        Word Count: 376
        1/18/08 PHILA-INQ C02 2008 WLNR 1022275 ...

        ...closing and skilled workers were leaving weekly for new jobs, the project was finished on time. It was the largest **steam**-boiler overhaul in Navy history, and it gave the warship the promised additional 12 years of service. Contact staff writer ...


59.    ECONOMIC STIMULUS GAINS STEAM IN D.C. BUSH TO LAY OUT PRINCIPLES TODAY CONGRESS PREPARING A PACKAGE
        **Pittsburgh Post-Gazette (PA)** Author: Neil Irwin and Jonathan Weisman The Washington Post;        Word Count: 1157
        1/18/08 PITTSPOST A1 2008 WLNR 1026907 ...

        ...ECONOMIC STIMULUS GAINS **STEAM** IN D.C. BUSH TO LAY OUT PRINCIPLES TODAY CONGRESS PREPARING A PACKAGE Neil Irwin and Jonathan Weisman The Washington Post ...


60.    ECONOMIC STIMULUS GAINS STEAM IN D.C. BUSH TO LAY OUT PRINCIPLES TODAY CONGRESS PREPARING A PACKAGE
        **Pittsburgh Post-Gazette (PA)** Author: Neil Irwin and Jonathan Weisman The Washington Post;        Word Count: 1157
        1/18/08 PITTSPOST A1 2008 WLNR 1027030 ...

        ...ECONOMIC STIMULUS GAINS **STEAM** IN D.C. BUSH TO LAY OUT PRINCIPLES TODAY CONGRESS PREPARING A PACKAGE Neil Irwin and Jonathan Weisman The Washington Post ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM & DA(1/17/2008 1/18/2008)          DATABASE(S) - ALLNEWS

61.    M&S's knight is not beaten yet
       **Retail Week** Author: George MacDonald;          Word Count: 467
       1/18/08 RETWEEK (No Page) 2008 WLNR 1022634 ...

       ...retailer's subsequent share crash brought the price to 387.75p and sages questioned whether the
       recovery had run out of **steam**. M&amp;S's Christmas could certainly have been much merrier, but
       the post-mortem has generated more heat than light. Few ...


62.    Hokies' ACC woes continue to mount: Thursday's loss is Tech's fifth consecutive in conference play.
       **Roanoke Times, The (Roanoke, VA) (KRT)**          Word Count: 776
       1/18/08 RNKETWN (No Page) 2008 WLNR 1033685 ...

       ...10-0 run to cut the deficit to three before Lloyd rejoined the fray and Tech's comeback ran out of
       **steam**. "I thought we were going to win, when we cut it to three," said Haskins, who hit a pair of ...


63.    83 GUESTS, EMPLOYEES STRICKEN BY NOROVIRUS SINGER ISLAND KITCHEN
       SHUTTERED
       **South Florida Sun-Sentinel** Author: N/A;          Word Count: 963
       1/18/08 SFLSUN-SENT 1A 2008 WLNR 1029827 ...

       ...prevention Frequently wash hands, especially after using the bathroom and before eating or
       preparing food. Carefully wash fruits and vegetables. **Steam** oysters before eating them. Thoroughly
       clean and disinfect contaminated surfaces immediately after an illness by using a bleach-based
       household ...


64.    Moody's forecasts GDP growth at 8 per cent
       **Statesman (Calcutta, India)** Author: N/A;          Word Count: 109
       1/18/08 STATESMAN (No Page) 2008 WLNR 943044 ...

       ...will slow down to eight per cent in 2008, as higher interest rates would dampen credit demand and
       take some **steam** out of consumer spending, international rating agency Moody's said today.
       Although the fundamentalsremain strong and its prospects upbeat after an ...


65.    Seven acquitted of arson charge
       **Statesman (Calcutta, India)** Author: N/A;          Word Count: 289
       1/18/08 STATESMAN (No Page) 2008 WLNR 943195 ...

       ...a petrol pump at Khagrabari in Cooch Behar when movement spearheaded by The Greater Cooch
       Behar Peoples Association was gathering **steam**. Uittam Das, Dhirendranath Roy, Rajib Roy and
       Alok Barman were arrested and on 24 September, 2005 remanded in police custody ...


66.    Sea Wolves hungry for another win streak
       **Sun Herald (Biloxi, MS)** Author: LARRY HOLDER, lholder@sunherald.com;          Word Count:
       670
       1/18/08 SHRLD C5 2008 WLNR 1014709 ...

       ...is contributing and that's how we're going to win." With the Sea Wolves' hot streak starting to pick
       up more **steam**, Walby said teams have begun taking notice. So any signs of a let-up now can't

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

happen. "I think the ...

67.    AT THE CASINOS
        **Sun Herald (Biloxi, MS)** Author: N/A;        Word Count: 5028
        1/18/08 SHRLD M19 2008 WLNR 1014719 ...

        ...Infusion - 6 a.m.-midnight Sun.-Thurs.; 6 a.m.-1 a.m. Fri.-Sat. Senses Spa &amp; Salon - Fitness
        center, coed lounge and **steam** room, 19 treatment rooms. Hours of operation 8 a.m.-8 p.m. Fitness
        hours of operation 6 a.m.-8 p.m. daily ...

68.    BUSH TELEGRAPH
        **Tasmanian Country (Australia)** Author: N/A;        Word Count: 1589
        1/18/08 TASCOUNTRY 23 2008 WLNR 982808 ...

        ...Water and Nutrients project.  Lunch provided.  RSVP to Mark Smith 6432 2233 or Tanya Mijak
        dairytas@eburnie.com.au or 6430 4908.    **Steam** trains: **Steam** trains will run every half-hour from
        11am to 4pm from the original Sheffield railway station on February 2 and ...

        ...are $4 adult and $2 accompanied child (aged 5-16), with reductions for families, pensioners and
        students. The four-wheel **steam** locomotive was built in 1906 in Munich, Germany, and spent its
        working life in Tasmania on quarry railway lines. There's ...

69.    CZ-Prague: steam, hot water and associated products
        **Tenders Electronic Daily** Author: N/A;        Word Count: 226
        1/18/08 TENDERDLY (No Page) 2008 WLNR 1007654 ...

        ...CZ-Prague: **steam**, hot water and associated products   Document number - E13107-2008 Number
        of Official Journal 12/2008 Document ...

        ...Office Type of bid required - 1 - Global tender Awarding criteria - 9 - Not applicable Product
        code(s) - 40300000 Product name(s) - **Steam**, hot water and associated products Original
        language(s) - CS Name of awarding authority - FAKULTNI THOMAYEROVA NEMOCNICE S
        POLIKLINIKOU Town of ...

70.    FI-Tampere: electricity, gas, nuclear energy and fuels, steam, hot water and other sources of energy
        **Tenders Electronic Daily** Author: N/A;        Word Count: 672
        1/18/08 TENDERDLY (No Page) 2008 WLNR 1008150 ...

        ...FI-Tampere: electricity, gas, nuclear energy and fuels, **steam**, hot water and other sources of
        energy   Common procurement vocabulary (CPV): 40000000. Electricity, gas, nuclear energy and
        fuels, **steam**, hot water and other sources of energy. Document number - E13328-2008 Number of
        Official Journal 12/2008 Document received - 20080114 ...

        ...Not applicable Awarding criteria - 8 - Not defined Product code(s) - 40000000 Product name(s) -
        Electricity, gas, nuclear energy and fuels, **steam**, hot water and other sources of energy Original
        language(s) - FI Name of awarding authority - TAMPEREEN YLIOPISTOLLISEN SAIRAALAN
        ERITYISVASTUUALUEEN YHTEISHANKINTAYKSIKKOE ...

        ...THE CONTRACT II.1)  DESCRIPTION II.1.5)  Common procurement vocabulary (CPV):
        40000000.   Description: Electricity, gas, nuclear energy and fuels, **steam**, hot water and other

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

sources of energy. SECTION V: AWARD OF CONTRACT V.3) NAME AND ADDRESS OF
ECONOMIC OPERATOR ...


71.     UK-Abingdon: repair, maintenance and installation services.
        **Tenders Electronic Daily** Author: N/A;       Word Count: 18328
        1/18/08 TENDERLY (No Page) 2008 WLNR 1013366 ...

        ...Generation Plant &amp; Equipment; 1.11.1 - Industrial Hot Water Boilers (excl. Domestic Boilers
        - use 1.01.22); 1.11.2 - **Steam** Boilers; 1.11.3 - Boiler Ancillary Equipment; 1.11.4 - Generators -
        Power Station 1.11.6 - Engines &amp; Engine Spares (excl ...

        ...Spares; 1.11.8 - Fuel &amp; Oil Systems &amp; Spares; 1.11.9 - Feed Water Systems &amp;
        Spares; 1.11.10 - Turbines &amp; Spares - **Steam**; 1.11.11 - Solid Fuel Supply Systems &amp;
        Spares; 1.11.12 - Liquid Fuel Supply Systems &amp; Spares; 1.11.13 - Gas ...

        ...Fuel; 1.22.24 - PWR Pressure Vessel &amp; Internals; 1.22.25 - PWR Pressuriser &amp; Pressure
        Control Systems; 1.22.26 - PWR **Steam** Generator Plant; 1.22.27 - PWR Chemical &amp; Volume
        Control/Reactor Make-up Systems; 1.22.28 - PWR Emergency Boration &amp; Charging ...


72.     UK-Abingdon: agricultural, horticultural, hunting and related products
        **Tenders Electronic Daily** Author: N/A;       Word Count: 18187
        1/18/08 TENDERLY (No Page) 2008 WLNR 1013428 ...

        ...Generation Plant &amp; Equipment 1.11.1 - Industrial Hot Water Boilers (excl. Domestic Boilers -
        use 1.01.22) 1.11.2 - **Steam** Boilers 1.11.3 - Boiler Ancillary Equipment 1.11.4 - Generators - Power
        Station 1.11.6 - Engines &amp; Engine Spares (excl ...

        ...Spares 1.11.8 - Fuel &amp; Oil Systems &amp; Spares 1.11.9 - Feed Water Systems &amp;
        Spares 1.11.10 - Turbines &amp; Spares - **Steam** 1.11.11 - Solid Fuel Supply Systems &amp;
        Spares 1.11.12 - Liquid Fuel Supply Systems &amp; Spares 1.11.13 - Gas ...

        ...Fuel 1.22.24 - PWR Pressure Vessel &amp; Internals 1.22.25 - PWR Pressuriser &amp; Pressure
        Control Systems 1.22.26 - PWR **Steam** Generator Plant 1.22.27 - PWR Chemical &amp; Volume
        Control/Reactor Make-up Systems 1.22.28 - PWR Emergency Boration &amp; Charging ...


73.     F-Villeurbanne: electricity, gas, nuclear energy and fuels, steam, hot water and other sources of
        energy
        **Tenders Electronic Daily** Author: N/A;       Word Count: 2708
        1/18/08 TENDERLY (No Page) 2008 WLNR 1013477 ...

        ...F-Villeurbanne: electricity, gas, nuclear energy and fuels, **steam**, hot water and other sources of
        energy   COMMON PROCUREMENT VOCABULARY (CPV): 40000000. Electricity, gas, nuclear
        energy and fuels, **steam**, hot water and other sources of energy. Document number - E14580-2008
        Number of Official Journal 12/2008 Document received - 20080115 ...

        ...Not defined Awarding criteria - 1 - Lowest price Product code(s) - 40000000 Product name(s) -
        Electricity, gas, nuclear energy and fuels, **steam**, hot water and other sources of energy Original
        language(s) - FR Name of awarding authority - EDF-AAICS Town of awarding ...

        ...SECTION II: OBJECT OF THE CONTRACT II.4)  COMMON PROCUREMENT
        VOCABULARY (CPV): 40000000.   Description: Electricity, gas, nuclear energy and fuels, **steam**,

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

hot water and other sources of energy. II.5) SCHEDULED DATE FOR AWARD PROCEDURES
AND DURATION OF THE CONTRACT: Duration ...


74.    RO-Rovinari: parts of steam generators
       **Tenders Electronic Daily** Author: N/A;        Word Count: 1785
       1/18/08 TENDERLY (No Page) 2008 WLNR 1013569 ...

       ...RO-Rovinari: parts of **steam** generators   Common procurement vocabulary (CPV): 31161700.
       Parts of **steam** generators. Document number - E14601-2008 Number of Official Journal 12/2008
       Document received - 20080116 Document dispatched - 20080116 Deletion date (Date ...

       ...of bid required - 1 - Global tender Awarding criteria - 1 - Lowest price Product code(s) - 31161700
       Product name(s) - Parts of **steam** generators Original language(s) - RO Name of awarding authority -
       COMPLEXUL ENERGETIC ROVINARI SA Town of awarding authority - ROVINARI
       CONTRACT NOTICE ...

       ...SECTION II: OBJECT OF THE CONTRACT II.1)  DESCRIPTION II.1.6)  Common
       procurement vocabulary (CPV): 31161700.   Description: Parts of **steam** generators. SECTION IV:
       PROCEDURE IV.3) ADMINISTRATIVE INFORMATION IV.3.3) Conditions for obtaining
       specifications and additional documents: Time limit ...


75.    A little cheat saves time;Food drink
       **Times (UK)** Author: Lindsey Bareham;        Word Count: 1345
       1/18/08 TIMESUK 6 2008 WLNR 1020736 ...

       ...lemon juice and leave in the shell.      Following the lines of the fillets, slice the fish in chunky, big
       strips.   **Steam** (or fry, dusted with flour, if more convenient) the fish briefly until just cooked. Wipe
       the lettuce through the dressing ...


76.    My wife knitted Clangers;Classic children's TV
       **Times (UK)** Author: Hannah Fletcher;        Word Count: 1990
       1/18/08 TIMESUK 10 2008 WLNR 1020742 ...

       ...his father, Awdry was a "keen railway man" and the stories that came out of Christopher's
       darkened room were of **steam** engines called Edward and Thomas.      "My mother said they could
       be published," says Awdry's daughter, Hilary  Fortnam, 61. " My father  ...


77.    aries march 21-april 20
       **Townsville Bulletin (Australia)** Author: N/A;        Word Count: 1188
       1/18/08 TOWNBULL 207 2008 WLNR 982060 ...

       ...Other annoyances, including possible schedule changes, lend themselves to overreaction -- just
       back off if possible.   In the spotlight: Clouds of **steam** accompanied by overreaction and
       misunderstanding.   Significant day: Tuesday.   june 22-july 23   cancer  There may still be a little
       **steam** to dissipate after the Moon's encounter with Mars in Gemini, but life should now start to settle
       into a more ...


78.    Bouquets and Brickbats: Candidate needs to cool his jets Opinion of The Tribune Gloves are off in

QUERY - STEAM & DA(1/17/2008 1/18/2008)          DATABASE(S) - ALLNEWS

the 3rd District, with Adam Hill demanding to debate Jerry Lenthall--problem is, the election is more than four months away
**Tribune (San Luis Obispo, CA)** Author: N/A;        Word Count: 627
  1/18/08 SLOTRIBUNE (No Page) 2008 WLNR 1021444 ...

...Milne, "College is a one-time thing, and provided I stay healthy and productive for another year, I shouldn't lose **steam** for the next level." That's well said, and Cal Poly and Ramses Barden should both benefit from the decision. As ...


79.     Tulsa World, Okla., Action Line column: Firewood 'seasoning' takes six months
**Tulsa World (OK) (KRT)**        Word Count: 669
  1/18/08 TULSAWORLD (No Page) 2008 WLNR 1033777 ...

...degrees. As long as water remains, it boils off at 212 degrees and carries heat away from the fibers as **steam**. In the fire, moisture in the combustion air and moisture produced by the combustion process must also be driven off ...


80.     Kenya violence loses steam
**TURKISH DAILY NEWS** Author: N/A;        Word Count: 433
  1/18/08 TURKDLYN (No Page) 2008 WLNR 1020636 ...

...Kenya violence loses **steam**    Machete-wielding young slum dwellers in Nairobi hurled stones at police who fired tear gas and ...

...day of opposition protests in Kenya. Across most of the edgy East African nation, though, demonstrations appeared to be losing **steam**. Opposition leader Raila Odinga called for three days of demonstrations that began yesterday. Turnout has been low, though, and there ...


81.     California Inventor Develops Wastewater Treatment Technologies Combining System
**US Federal News** Author: N/A;        Word Count: 347
  1/18/08 USFEDNEWS (No Page) 2008 WLNR 1022938 ...

...Patent &amp; Trademark Office: "Applicant's preferred embodiment utilizes municipal wastewater effluent to replenish a depleted geothermal field. Condensate produced by expanding **steam** produced in the geothermal field through a **steam** turbine-generator may be pooled with cooked water collected from said field, and then directed through a penstock from a ...

...accomplished during periods of peak electric demand. A fraction of the effluent may be used as cooling water for the **steam** turbine-generator and its associated condenser before injection into the geothermal field. At least a portion of the pipeline to ...


82.     Photo technician developed a love for hobby-size trains
**Virginia Pilot and Ledger-Star (Norfolk, VA)** Author: BROWN CARPENTER;        Word Count: 508
  1/18/08 PILOT-STAR 7 2008 WLNR 1025335 ...

...We visited the Cass Railroad in West Virginia and the Tweetsie Railroad in North Carolina," she said.   "He really loved **steam** locomotives."   In fact, Herbert avoided actually traveling by rail. Passenger trains were being phased out and diesels and electric locomotives  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

83.    Could our tides turn Britain into a sustainable 'Saudi Arabia'?
       **Western Mail (UK)** Author: Sarah Miloudi Western Mail;        Word Count: 1940
          1/18/08 WESTMAIL 22 2008 WLNR 1031802 ...

       ...the substance at an early stage in its processing. Rather than combusting coal directly, it is
       combined with oxygen and **steam** and forms a gas primarily consisting of hydrogen. Electricity is
       created by burning the compound in a gas turbine, and creates **steam** to power **steam** turbines.
       Gasification plants are seen as a more attractive option to traditional methods of producing coal as
       the process is ...

84.    Presidential race needs science debate
       **Wichita Eagle (KS)** Author: N/A;        Word Count: 834
          1/18/08 WCHTEAG a3 2008 WLNR 1003555 ...

       ...that will shape our country's future for decades to come. That's why voters should support a
       bipartisan effort now gaining **steam** to hold a presidential science debate. A grassroots group called
       Science Debate 2008 is pushing for a televised debate sometime ...

85.    Post-election it's full steam ahead for Workplace Ombudsman
       **Workforce** Author: N/A;        Word Count: 605
          1/18/08 WORKFORCE (No Page) 2008 WLNR 991686 ...

       ...Post-election it's full **steam** ahead for Workplace Ombudsman   Workplace Ombudsman Nick
       Wilson started 2008 on a proactive note with a  ...

86.    GOOD MORNING AMERICA
       **ABC Good Morning America** Author: N/A;        Word Count: 19777
          1/17/08 ABCGMA (No Page) 2008 WLNR 972401 ...

       ...you do for your youngest?  Well, you go back to the old-fashioned methods.   Use plenty of fluids,
       maybe a **steam** humidifier and a big dose of TLC.   Chris?  CHRIS CUOMO (ABC NEWS): (Off-
       camera)  Hmm.  And prepare for a lot  ...

87.    Dredge ship unloads in bay
       **ABC Premium News** Author: Karl Hoerr;        Word Count: 256
          1/17/08 AUSBCN (No Page) 2008 WLNR 991831 ...

       ...Hoerr   Friday, January 18, 2008 Preparations for the dredging of Port Phillip Bay are proceeding
       full-**steam** ahead, even though the Federal Government is yet to sign off on the project's
       environmental management plan. The first shipment ...

88.    Citigroup loss causes new plunge for markets
       **Advertiser (Australia)** Author: MEREDITH BOOTH;        Word Count: 396
          1/17/08 ADVERTISERAU 4 2008 WLNR 878804 ...

       ...to sub-prime home loans given to Americans with poor credit histories during a housing boom that
       ran out of **steam** almost two years ago.   The casualties are expected to mount later this week with

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

rival U.S. bank Merrill Lynch, yesterday ...

89.     Citigroup loss causes new plunge for markets
        **Advertiser (Australia)** Author: MEREDITH BOOTH;        Word Count: 396
        1/17/08 ADVERTISERAU 4 2008 WLNR 925201 ...

        ...to sub-prime home loans given to Americans with poor credit histories during a housing boom that
        ran out of **steam** almost two years ago.   The casualties are expected to mount later this week with
        rival U.S. bank Merrill Lynch, yesterday ...

90.     Smarts On Display At Route 66
        **Albuquerque Journal (NM)** Author: RORY McCLANNAHAN Mountain View Telegraph;
        Word Count: 683
        1/17/08 ALBUQJNL A2 2008 WLNR 942750 ...

        ...son, however, his wasn't my favorite project. That award would go to the student who
        demonstrated the power of **steam**.  I didn't get the student's name because the projects were set up
        anonymously.   The project was simple: It was a **steam** powered boat that floated around in a water
        tub that had most likely been borrowed from a horse or other ...

        ...about 60 A.D. The aeopile was a toy -- a small hollow metal ball convinced to spin by the power of
        **steam**.   And there at Route 66 Elementary School was Hero's prodigy, building a toy that illustrated
        a basic scientific principle ...

91.     Thailand: Bank of Thailand's rate decision later today is unlikely to move yields markedly but bond
        rally should run out of steam
        **THAI PRESS REPORTS** Author: N/A;        Word Count: 142
        1/17/08 THAIPRESS (No Page) 2008 WLNR 880299 ...

        ...Bank of Thailand's rate decision later today is unlikely to move yields markedly but bond rally
        should run out of **steam**    Section: Economy - The Bank of Thailand (BOT) meets on rates later
        today and policy makers are ...

        ...to have a major impact on yields but the current bond rally, which started in December, is running
        out of **steam**. Bond valuation rose amid lower Thai money market rates, lower US rates and a
        positive election outcome in December. Now ...

92.     WHERE TO FIND IT: Spa tubs, saunas easy, portable
        **Atlanta Journal and Constitution (GA)** Author: H.M. CAULEY;  Author: For the Journal-
        Constitution;        Word Count: 517
        1/17/08 ATLNTAJC 2 2008 WLNR 909008 ...

        ...portable sauna to their at-home relaxation options. The saunas are made of cedar or cypress and
        can have a **steam** feature added. They also can be built to accommodate one to six people. Prices
        start at $3,895. Hot Spring Spas ...

93.     Time for TOTS: AN ADORED SIDE DISH AND CASSEROLE STAPLE FOR MORE THAN 50
        YEARS, THE HUMBLE POTATO NUGGET HAS TAKEN A DECIDEDLY UPSCALE TURN,

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

ESPECIALL...
**Atlanta Journal and Constitution (GA)** Author: JOHN KESSLER;  Author: Staff;        Word
Count: 1416
 1/17/08 ATLNTAJC K1 2008 WLNR 908959 ...

...for a better one that, in fact, echoes the industrial process perfected by Grigg a half-century earlier.
He barely **steams** Yellow Finn potato cubes, then packs them into a mold to cool, letting the
expressed potato starch do the binding ...

94.      Make your own tiny tater treasures
**Atlanta Journal and Constitution (GA)** Author: JOHN KESSLER;  Author: Staff;        Word
Count: 1445
 1/17/08 ATLNTAJC K4 2008 WLNR 908990 ...

...of novel techniques before he hit paydirt. He starts by cutting potatoes into fine dice on a
mandoline. He quickly **steams** these potato pieces until they express their starch and packs them into
a mold to chill. He can then portion ...

95.      Reporter gets a taste of firefighters' jobs
**Bakersfield Californian, The (KRT)**        Word Count: 689
 1/17/08 BAKERSFLDCA (No Page) 2008 WLNR 981306 ...

...out of the way. "I'll be right behind you," Patterson said just before we entered. Upon entering the
building the **steam** fogged my mask. With low visibility I nearly walked into a firefighter, but
Patterson gripped my shoulder and kept talking ...

96.      Eastport's close encounter Cargo ship averts serious trouble after anchor drags
**Bangor Daily News**        Word Count: 850
 1/17/08 BANGORDN 5 2008 WLNR 939663 ...

... EASTPORT - A Dutch-owned ship filled with nearly 10,000 tons of pulp left for France under its
own **steam** Tuesday, but there were a few anxious moments getting the ship into port on Saturday.
Just before 6 a.m. Saturday ...

...Tuesday the ship finished loading its cargo, pulp from the Domtar Inc. mill in Baileyville, and left
under its own **steam**. "Everything was done according to exact procedures," Rogers said. Because
Head Harbor Passage is in Canada, Saturday's incident drew a ...

97.      First class toffs fined for smoking cigars on way to Keynsham
**Bath Chronicle** Author: N/A;        Word Count: 1272
 1/17/08 BATHCHRONICLE 66 2008 WLNR 1002993 ...

...three years before Stephenson's Rocket appeared in the north of England, William Ashman the
engineer of Clandown Colliery built a **steam** locomotive which was able to draw nine loaded
wagons between Clandown and Midford. It reached a speed of three and ...

98.      Area home sales sink 32% in Dec.
**Baton Rouge Advocate** Author: N/A;        Word Count: 147

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM & DA(1/17/2008 1/18/2008)          DATABASE(S) - ALLNEWS

1/17/08 BATONR A1 2008 WLNR 952116 ...

...Rouge area plunged nearly 32 percent in December, closing out a volatile year in which the housing market continued losing **steam** after the revved-up demand created by the 2005 hurricanes. Data compiled by the Greater Baton Rouge Association of Realtors ...

99.    Michigan toy law is great, but it's really a job for Congress
       **Bay City Times (Bay City, MI)** Author: OUR VIEW;          Word Count: 401
       1/17/08 BAYCITYTMS A8 2008 WLNR 945379 ...

       ...lead, in the products sold in the U.S. Yet, just as the Christmas toy-shopping season began to pick up **steam** last fall, it became clear that the federal government was not up to that job. The Consumers Product Safety Commission ...

100.   Area home sales sink 32% *** Data show 574 homes sold in eight-parish market in December
       **Baton Rouge Advocate**        Word Count: 699
       1/17/08 BATONR D1 2008 WLNR 952289 ...

       ...Baton Rouge area plunged nearly 32 percent in December, closing out a volatile year in which the market continued losing **steam** after the revved-up demand created by the 2005 hurricanes. Data compiled by the Greater Baton Rouge Association of Realtors ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.