# EXHIBIT B

## to Levi Declaration

Prof. Judith N. Levi                                    Whirlpool case re *steam*
Department of Linguistics                               Attorney: J. A. Cragwall, Jr.
Northwestern University                                 January 2008

## *EXHIBIT B (first part)*

### I.  TALLY FOR SEARCH B:
#### 100 articles with *steam* plus a suffix
#### appearing January 12-15, 2008

Parameters specified on Westlaw ALLNEWS database:
STEAM! & DA(AFT 1/11/2008 & BEFORE 1/16/2008)%STEAM]

Usable:  29 articles, with 31 usable examples
Unusable:  71 articles (50 abstract senses, 19 irrelevant senses (mostly proper nouns), and 2 duplicates of other articles

Usable data:
6 examples of *steamy* (3 meaning "pretty hot [but not with actual steam present]" and 3
        meaning "steam-emitting")
6 examples of *steaming* (1 in cooking sense, 5 others)
15 examples of *steamed* (all in cooking sense)
4_  examples of *steamer* (2 in cooking sense; 2 other)
31 total

Taken together, the examples involving the cooking process known as *steaming* total 18 of the 31.

*steamy*:
- 3 (B8, B35, B99) mean "pretty hot" (used to describe a town, a day, and a bar) but don't involve physical steam itself; rather, this is an extended sense based on the heat associated with the noun *steam*.
- 3 (B3, B7, B41) mean "steam-emitting," quite probably in the sense of "emitting visible steam"; these use *steamy* as an adjective describing fresh dog manure, soup (when in a pot, or in a bowl or cup before one), and French fries (when bitten into).

*steaming*:
- One example (B46) involves cooking, and refers to *steaming the  pork almost in its own juices* at an oven temperature of 400.
- The five other uses include four (B14b, 20, 32, and 64) which use it as an adjective to describe, respectively, *cowpats, manure, weather,* and *bowl of oatmeal*; and one (B46) as an adverb in *steaming hot* (describing a dinner as it is being served).

*steamed:*
- All 15 examples use this word as an adjective to describe various foods preparing by steaming, namely: [*steamed*] *green beans, rice, crawfish, rice, spud, clams, dim sum, kale, black bass, fish* and *white fish, white rice, green beans, carrots, sea bass, broccoli.*

*steamer*:
- 2 examples referred to a cooking appliance/device that serves to steam food; B23 referred to a commercial-scale *combi oven-steamer*, and B61 to a *three-tiered steamer* used at home.
- 2 other examples referred to an 1891 fire truck as a *steamer* (B66); and to a *steamer ghat* in Calcutta 100 years ago (B70), where *steamer* probably refers to a steam-powered boat/ship that could pull up to the *ghat* (steps leading down to a river, something like a pier in this context).

### Uses of words that do NOT refer to temperatures at or above 100 Centigrade

*steamy*, in the 3 examples (B8, B35, B99) meaning "pretty hot" (used to describe a town, a day, and a bar) but not involving physical steam itself.

*steamy* referring to fresh dog manure (B3), soup (B7) and French fries (B41) on the reasonable assumption that all these examples use *steamy* to describe things that emit *visible* steam

*steaming*, in five examples:  four (B14b, 20, 32, and 64) which use it as an adjective to describe, respectively, *cowpats, manure, weather,* and *bowl of oatmeal*; and one (B46) as an adverb in *steaming hot* (describing a dinner as it is being served).

### Uses of words that DO refer to temperatures at or above 100 Centigrade

*steaming*: in (B46), which involves cooking, and refers to *steaming the pork almost in its own juices* at an oven temperature of 400.

*steamed,* in all 15 examples that use this word as an adjective to describe various foods preparing by steaming, namely: [*steamed*] *green beans, rice, crawfish, rice, spud, clams, dim sum, kale, black bass, fish* and *white fish, white rice, green beans, carrots, sea bass, broccoli.*  [I am assuming that *while* the foods are steaming, in a closed container above boiling water, we could say that "dry steam" is actually present.]

*steamer,* in 2 examples referring  to a cooking appliance/device that serves to steam food; (B23 referred to a commercial-scale *combi oven-steamer*, and B61 to a *three-tiered steamer* used at home)

*steamer* in 2 other examples referring to an 1891 fire truck as a *steamer* (B66); and to a *steamer ghat* in Calcutta 100 years ago (B70), where *steamer* probably refers to a steam-powered boat/ship that could pull up to the *ghat* (steps leading down to a river, something

like a pier in this context). [I am assuming that in both cases, some boiler heats water to boiling, which generates invisible steam to power the truck or ship.]

## II.  RESULTS LIST FOR SEARCH B

[Results List from Search B
using Westlaw ALLNEWS
appears on following pages]

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

Prof. Judith N. Levi                              Whirlpool Corp. case re *steam*
Department of Linguistics                         Attorney: J. A. Cragwall, Jr.
Northwestern University                           January 2008

## EXHIBIT B (second part)

## RESULTS LIST FOR SEARCH B
## drawn from Westlaw ALLNEWS database

The Results List for Search B appears below.  Because of the way Westlaw transmitted it, the Westlaw heading could not be deleted from this opening page.

1.    australian open Surging Molik finds her groove
      **Advertiser (Australia)** Author: SCOTT GULLAN, MELBOURNE;    Word Count: 389
       1/15/08 ADVERTISERAU 74 2008 WLNR 776153 ...

      ...before starting her extraordinary run.  Trailing 1-3, the Australian produced a second-service ace to hold serve.  She then **steamrolled** over Kanepi's next service game before riding her monster serve to take the lead 4-3.  Molik then won the  ...

2.    Rinaldi, Alexander J.
      **Albany Times Union (NY)** Author: N/A;    Word Count: 341
       1/15/08 TIMESUN D6 2008 WLNR 827862 ...

      ...from 1943 to 1945, serving in North Africa and Italy. Upon leaving the Army, Alex worked for the Plumber and **Steamfitters** Union Local #7 for more than 35 years, and was a member for over 60 years. Alex was also a ...

      ...1NE72 ALBANY DIALYSIS CENTER ALBANY MEMORIAL HOSPITAL ALBANY PUBLIC SCHOOL ARMY NY ALEXANDER JOSEPH RINALDI NATIONAL KIDNEY FOUNDATION PAT AIEZZA **STEAMFITTERS** UNION LOCAL Agnes Cemetery Alex Alexander Alexander J. Rinaldi Interment Mary Rinaldi Rinaldi Rinaldi, Alexander COLONIE ...

3.    Cleaning up pet feces a gold mine for local
      **Bakersfield Californian, The (KRT)**    Word Count: 931
       1/15/08 BAKERSFLDCA (No Page) 2008 WLNR 807638 ...

      ...Bakersfield Californian    Jan. 15--Like a bloodhound tracking a wily rabbit, Runa Lemminn is seeking out **steamy** land mines Friday left by Chevy and Truman in the backyard of a northwest Bakersfield home when she pauses and ...

4.    More rains expected for northwest by weekend

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &                DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

**Business Line** Author: N/A;        Word Count: 442
    1/15/08 BUSLINE 13 2008 WLNR 758873 ...

...many parts of northern and adjoining central India. But they are likely to increase by 2-4°C as the
**steaming** head of the western disturbance pushes into the region. RAIN AND SNOW Isolated
rain/snowfall is likely over Jammu &amp; Kashmir ...

5.        Apple Loses a Big One in China China Mobile confirms that it has ended talks to team up with
          Apple on the iPhone. Maybe China Telecom is a better bet as a partner
          **Business Week Online** Author: Bruce Einhorn;        Word Count: 1096
          1/15/08 BUSONLINE (No Page) 2008 WLNR 801873 ...

...the sort of deal that Apple has cut with less formidable partners such as AT&amp;T T. "They are
just **steamrolling** over the competition at this point," says Dave Carini, an analyst in Beijing with
research firm Maverick China. " Things just ...

6.        This date in sports
          **Charleston Gazette (WV)** Author: N/A;        Word Count: 474
          1/15/08 CHLST-GZ 2B 2008 WLNR 826218 ...

...to open his career with a 15-game unbeaten streak as Pittsburgh beats Hartford 3-0. 2000 - The
Jacksonville Jaguars **steamroll** their way into the history books and the AFC championship game. In
the second-most overpowering playoff performance ever, the ...

7.        Crowd pleaser
          **Connecticut Post (Bridgeport) (KRT)**        Word Count: 931
          1/15/08 CONNPOSTBR (No Page) 2008 WLNR 820451 ...

...the campus of the CIA and spokesman for the school's "Book of Soups" (Lebhar-Friedman, 2001,
2005). "It's hot and **steamy** and the vapors come up through your nose it's almost a sensual thing. "It
warms your hands as you hold ...

8.        The iceman cometh
          **Courier Mail (Australia)** Author: Fiona Donnelly;        Word Count: 742
          1/15/08 COURMAILAU 34 2008 WLNR 743703 ...

...Fiona Donnelly    Ice carving in this heat?  You bet, writes Fiona Donnelly   MENTION ice-
carving and **steamy** Cairns isn't the first place you'd think of. But Bentley Park resident Tony
Herrmann still scooped a silver medal for ...

9.        Moving with the thymes
          **Courier Mail (Australia)** Author: Lizzie Loel;        Word Count: 966
          1/15/08 COURMAILAU 36 2008 WLNR 743708 ...

...accompany sirloin), a signature dish that features 120-day grain fed Darling Downs beef served on
a potato cake and **steamed** green beans.  A hearty jus surrounded the fillet, perfectly cooked to our
medium rare request.   The star of the show  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &            DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

10.    Major sponsor is wired at success; Blazing paddlers pay back bigtime for Aussie backers
       **Daily News; New Plymouth, New Zealand** Author: HUMPHREYS, Lyn;        Word Count: 480
       1/15/08 DLYNEWSNZ 0 2008 WLNR 820663 ...

       ...for their ambitious but dangerous record-breaking attempt on the Tasman. But it paid off on
       Sunday when the two **steamed** into a packed Ngamotu Beach after 62 days at sea. Unwired, a fourth
       generation broadband company, has provided support to ...


11.    WHAT'S HOT TO WATCH TODAY
       **Daily Star (UK)** Author: MIKE WARD;        Word Count: 344
       1/15/08 DALYSTAR (No Page) 2008 WLNR 800954 ...

       ... IT MAY have seemed like a good idea at the time, but in the latest episode of BBC1's **steamy**
       drama MISTRESSES (9pm) we find Siobhan deeply regretting having sex with her colleague
       Dominic. And she's insisting to her pal ...


12.    How can I maintain my BRAIN?: Good food, exertion and mental workouts keep your mind in peak
       condition
       **Dallas Morning News**        Word Count: 1286
       1/15/08 DALLASMN 1G 2008 WLNR 825330 ...

       ...brain, regulates appetite. - The frontal lobe, which Dr. Malcolm Stewart calls "the boss," helps you
       make choices. Fried rice or **steamed**? Small milkshake or large? - Eating poorly contributes to the
       development of vascular disease, which can have a negative impact on ...


13.    Boys and girls basketball standings
       **Denver Rocky Mountain News (CO)** Author: N/A;        Word Count: 3445
       1/15/08 RKYMN 12 2008 WLNR 799650 ...

       ...P. Centen. 0-2 .000 1-6 .143 Canon City 0-2 .000 0-8 .000 Western Slope Conference Overall
       **Steamboat** 3-0 1.000 7-1 .875 Palisade 3-0 1.000 9-2 .818 Rifle 1-1 .500 4 ...

       ...1-1 .500 2-7 .222 Rifle 1-2 .333 4-7 .364 Delta 0-3 .000 2-5 .286 **Steamboat** 0-3 .000 1-8 .111
       Independent Conference Overall Castle View 0-0 1.000 2-2 .500 CLASS 3A ...


14.    Put your best foot forward
       **Dominion Post** Author: WELHAM Keri;        Word Count: 1032
       1/15/08 DOMPOST 6 2008 WLNR 877207 ...

       ...of a working farm. Some people appear tortured by the relentless crying of hungry lambs and take
       issue with the **steaming** cowpats hidden in long grass.    As our group of four spent a weekend on a
       Hawke's Bay station and ventured ...

       ...lamb each, a decadent potato gratin, a juicy ratatouille and pavlova roll with fresh berries. It was a
       sensation, transported **steaming** hot from the MacIntyres' kitchen elsewhere on the sprawling
       property.    This is why private walks are taking off.  To walk  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &              DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

15.    Memorable protest promised
       **Dominion Post** Author: BEAUMONT Nathan;        Word Count: 536
       1/15/08 DOMPOST 2 2008 WLNR 761582 ...

       ...Memorable protest promised BEAUMONT Nathan    RADICAL anti-whaling group Sea Shepherd
       is **steaming** toward the Japanese whaling fleet as it continues to run from Greenpeace, and says its
       protest tactics will make the ...

16.    Superior laker takes on water after piercing
       **Duluth News-Tribune (Duluth, MN)**        Word Count: 285
       1/15/08 DULUTHTRIB (No Page) 2008 WLNR 809336 ...

       ...the water, no discharge," he said. " But we're taking precautions." The Coast Guard is working
       with the vessel's owner, American **Steamship** Co. of Williamsville, N.Y., to salvage it, but had no
       damage estimates available Monday night. Gross said the engine room ...

       ... 1MI45 North America  1NO39  Transportation  1TR48 Water Transportation  1WA23 Ports
       &amp; Harbors  1PO28 AMERICAN **STEAMSHIP** CO COAST GUARD MCCARTHY
       SUPERIOR MIDWEST ENERGY US COAST GUARD GATX CORP MCCARTHY AND CO US
       COAST GUARD AMERICAN **STEAMSHIP** Aaron Gross Gross Jan Superior Walter J. McCarthy
       Jr ...

17.    Mills & Boon creates brand in India without distribution
       **Economic Times (India)** Author: Vikram Doctor;        Word Count: 1266
       1/15/08 ECONMCTMS (No Page) 2008 WLNR 768132 ...

       ...as new consumer segments emerge, new series can be crafted for them. So where the company has
       series of increasingly **steamy** fiction, it also has the Steeple Hill series of Christian romances. Go
       says the company recently developed a series of ...

18.    LA LIGA REVIEW Half-way points to Real
       **El Pais (English)** Author: N/A;        Word Count: 346
       1/15/08 PAISMS 6 2008 WLNR 780909 ...

       ...now-coach Bernd Schuster saw the other side of the field - it's been 40 years since the white train
       has **steamrolled** through the first half of a season with such ease. Real's historic rival, Barça, is its
       biggest threat in the ...

19.    BURTON'S SECRET LOVERS
       **Express (UK)** Author: Anna Pukas;        Word Count: 1541
       1/15/08 EXPRESSUK (No Page) 2008 WLNR 796029 ...

       ...women. But it transpires that she was far from his only conquest. According to a new biography,
       Burton had a **steamy** affair with the most desirable woman of her day, or perhaps any day: Marilyn
       Monroe.   The affair happened when Burton  ...

20.    King-size soap cleans up
       **Express (UK)** Author: TV EXPRESS EDITED BY CHARLOTTE CIVIL Matt Baylis;        Word

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Count: 696
  1/15/08 EXPRESSUK (No Page) 2008 WLNR 796275 ...

...James III. The responsibility of ruling the nation duly landed - and it was about as welcome as a ton of **steaming** manure - on the shoulders of his son, Richard (Rupert Evans), a young man at his happiest downing sambucas in exclusive ...


21.    Ports shares leap
  **Express (UK)** Author: N/A;    Word Count: 46
  1/15/08 EXPRESSUK (No Page) 2008 WLNR 796375 ...

...Ports shares leap    SHARES in Forth Ports **steamed** ahead 152p to 2090p after the Australian investment firm Babcock &amp; Brown raised its stake to more than 20 per cent ...


22.    Falaras put his vision into action FLINT JOURNAL COLUMN
  **Flint Journal** Author: Ron Krueger;    Word Count: 580
  1/15/08 BSX-FLINTJ 2 2008 WLNR 811175 ...

...somewhat embodied in Bubba's Roadside Inn, which Falaras opened in 1993 in Flint Township as a Bayou-style roadhouse dispensing **steamed** crawfish, gumbo and shrimp gratinee. Falaras and his team have conducted a lot of road research over the past 20 ...


23.    Dreaming of new 'toys': foodservice directors don't wait for the holidays; their 'wish lists' are ongoing.
  **Food Service Director** Author: Holaday, Susan;    Word Count: 1548
  1/15/08 FOODSERVDIR 47 2008 WLNR 427026 ...

...of Food, Nutrition, Hotel and Hospitality Neil Lavender, who does about 3,900 meals a day, would like a combi oven-**steamer** that is computerized, reduces water usage and energy and "increases your production rate." "You can spray it out easily ...


24.    LEARN live experience act realise now
  **Geelong Advertiser (Regional Daily)** Author: N/A;    Word Count: 2373
  1/15/08 GLNGADRDLY 30 2008 WLNR 774910 ...

...44351    Vegetarian    ASIAN VEGETARIAN COOKING    Cook vegetarian Thai Soup, Szechwan    bean curd rolls, &amp; Chinese green    vegetables with mushrooms, bean curd &amp; **steamed** rice. Recipes, tastings inc, At    Oberon H/S. Wed Mar 19, 6.30-8.30pm, 1    session, $48 (inc food  ...


25.    Battered investors wait for new day to dawn in Japan
  **Globe and Mail** Author: DALE JACKSON;    Word Count: 1052
  1/15/08 GLOBEMAIL B13 2008 WLNR 792885 ...

...for global equities.    You can't blame the neighbourhood - Chinese equities doubled over the same period, and while the Chinese economy **steamed** ahead by 10 per cent, Japan's gross domestic product growth plodded along at 1.3 per cent.    With the Nikkei  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

26.     Molik hits form to steamroll into second round
**Gold Coast Bulletin (Australia)** Author: N/A;          Word Count: 425
1/15/08 GCBLTN 49 2008 WLNR 802756 ...

...Molik hits form to **steamroll** into second round     Women   ALICIA Molik followed the lead of
Australia's young tennis brigade to complete ...

...down in the second set.   Trailling 1-3, the Australian produced a second service ace to hold
serve.  She then **steamrolled** over Kanepi's next service game before riding her monster serve to take
the lead 4-3.   Molik was well and  ...


27.     Photography brings couple together
**Greeley Tribune (CO) (KRT)**     Word Count: 580
1/15/08 GREELEYTRIB (No Page) 2008 WLNR 804854 ...

...lenses." Lisa, 47, met J.R., 60, in the early 1990s while taking a photography class at Colorado
Mountain College in **Steamboat** Springs. J.R. was teaching the class, and Lisa was an eager student
who admired J.R.'s range of Nikon lenses. Lisa's ...


28.     Aggies swat Coppin
**Greensboro News & Record (NC)** Author: Rob Daniels;          Word Count: 658
1/15/08 GBNWSREC C1 2008 WLNR 822802 ...

...thanks to a stretch of wretched basketball in which the Aggies turned the ball over seven times in
nine possessions. **Steamed** didn't sufficiently describe the opinion of the coaching staff. A&amp;T
had won exactly one game against Division I competition ...


29.     Electrical service for town was a tough sell
**Greenwich Time (Greenwich, CT)** Author: Dave Keyes;          Word Count: 1148
1/15/08 GREENWICH-CT 1 2008 WLNR 780258 ...

...mostly nonresidents, and it was financed with out-of-town capital. Electric current was generated
in a brick building on **Steamboat** Road.   However, lighting, or what passed for illumination in
town, goes back well before 1890.  A rectified oil of turpentine  ...


30.     THIS DAY IN SPORTS
**Hartford Courant** Author: N/A;          Word Count: 484
1/15/08 HARTFORDCRNT C6 2008 WLNR 821993 ...

...Chargers' biggest NFL victory, a 17-13 win over the Pittsburgh Steelers in the AFC championship.
2000 - The Jacksonville Jaguars **steamroll** their way into the history books and the AFC
championship game. In the second-most overpowering playoff performance ever, the ...


31.     THIS DAY IN SPORTS
**Hartford Courant** Author: N/A;          Word Count: 385
1/15/08 HARTFORDCRNT C6 2008 WLNR 822059 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

...Chargers' biggest NFL victory, a 17-13 win over the Pittsburgh Steelers in the AFC championship. 2000 - The Jacksonville Jaguars **steamroll** their way into the history books and the AFC championship game. In the second-most overpowering playoff performance ever, the ...

32.    ice cream summer
       **Herald Sun (Australia)** Author: ZOE SKEWES;        Word Count: 2075
        1/15/08 HERSUNM S04 2008 WLNR 744905 ...

...day than slurping your way through a refreshingly cold ice cream cone. Even the sticky drips provide relief from the **steaming** weather.  Melbourne's unofficial king of ice cream Jock Main, of Jock's Ice Cream in Albert Park, confirms summer is the  ...

33.    DINING OUT
       **Herald Sun (Australia)** Author: STEPHEN DOWNES;        Word Count: 904
        1/15/08 HERSUNM S08 2008 WLNR 744912 ...

...such an underrated fish, yet it offers big flavoursome fillets of strong texture. A terrific flank of it arrived on **steamed** spud. A mound of cold mayonnaise containing lots of sweet blue-swimmer crab flesh was to the northwest, and a ...

34.    Molik in groove Alicia hits top gear after nervous start
       **Herald Sun (Australia)** Author: SCOTT GULLAN;        Word Count: 726
        1/15/08 HERSUNM 124 2008 WLNR 801954 ...

...before starting her extraordinary run.  Trailing 1-3, the Australian produced a second service ace to hold serve.  She then **steamrolled** Kanepi's next service game before riding her monster serve to take the lead 4-3. Molik then won the first ...

35.    Rated: MA15+. Running time: 123mins Stars: Keira Knightley, James McAvoy, Romola Garai, Brenda Blethyn, Vanessa Redgrave and Saoirse Ronan. ATONEMENT
       **Hills Shire Times (Australia)** Author: N/A;        Word Count: 326
        1/15/08 HILLSSHIRET 107 2008 WLNR 776548 ...

...line of Ian McEwan's intrigue and spreads it over the big screen without missing a beat.  On a hot and **steamy** day in 1935, we meet Briony, a know-it-all adolescent and aspiring playwright who is organising a play starring ...

36.    Giants stun star-studded Cowboys NFL
       **International Herald Tribune** Author: John Branch;        Word Count: 1750
        1/15/08 INTLHT 21 2008 WLNR 801606 ...

...yard plunge and a 14-7 Dallas lead with 53 seconds left in the half. The Cowboys looked ready to **steamroll** the Giants. Manning, in his latest hero turn, rescued them. Back-to-back passes to Steve Smith pushed the Giants ...

37.    Romney wins Michigan GOP primary
       **Knight Ridder Washington Bureau (KRT)**        Word Count: 980

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

1/15/08 KRWASHB (No Page) 2008 WLNR 830829 ...

...Romney's triumph, after second-place finishes in Iowa and New Hampshire, derailed any hope that McCain was building momentum to **steamroll** through ensuing contests. Michigan thus scrambles the Republican nomination race. McCain leads in the latest Nevada and South Carolina polls ...

38.    Romney wins Michigan GOP primary
       **Knight Ridder Washington Bureau (KRT)**        Word Count: 1147
       1/15/08 KRWASHB (No Page) 2008 WLNR 831989 ...

       ...Romney's triumph, after second-place finishes in Iowa and New Hampshire, derailed any hope that McCain was building momentum to **steamroll** through ensuing contests.  Michigan thus scrambles the Republican nomination race.  (END OPTIONAL TRIM)   McCain leads in the latest Nevada and  ...

39.    Romney wins Michigan GOP primary
       **Knight Ridder Washington Bureau (KRT)**        Word Count: 1149
       1/15/08 KRWASHB (No Page) 2008 WLNR 833775 ...

       ...Romney's triumph, after second-place finishes in Iowa and New Hampshire, derailed any hope that McCain was building momentum to **steamroll** through ensuing contests.  Michigan thus scrambles the Republican nomination race.  (END OPTIONAL TRIM)   McCain leads in the latest Nevada and  ...

40.    South China jetfoil collision sparks triple investigation
       **LLOYDS LIST** Author: Keith Wallis Hong Kong;        Word Count: 444
       1/15/08 LLOYDSLI (No Page) 2008 WLNR 762513 ...

       ...man said the ferries would be inspected and the crew questioned. Both vessels are classed by ABS and insured through **Steamship** Mutual Underwriting Association (Bermuda). High-speed ferry services were suspended immediately after the incident, although limited services later resumed before ...

       ...Water Transportation 1WA23 Passenger Transportation 1PA35 ABS BOEING CO FUNCHAL HONG KONG HONG KONG MARINE DEPARTMENT MARITIME ADMINISTRATION **STEAMSHIP** MUTUAL UNDERWRITING ASSOCIATION MARUFUKU KK HONG KONG AND CHINA GAS COMPANY LTD BOEING CO BOEING CO (THE) KUMAGAI GUMI CO ...

41.    What's Hot!: Help find the finest fry
       **Long Beach Press-Telegram (CA)** Author: N/A;        Word Count: 960
       1/15/08 LBPRESS 1A 2008 WLNR 802770 ...

       ...that only comes when gilding the epicurean lily that is adding fat to carbohydrates with the result being a soft, **steamy** food trapped inside a gruff exterior that's golden, crunchy and hotter than 10 kinds of hell. The perfect french fry ...

42.    Alicia's super surge does it
       **Mercury (Hobart, Australia)** Author: SCOTT GULLAN;        Word Count: 375

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

1/15/08 MERCURYAB 38 2008 WLNR 776137 ...

...before starting her extraordinary run.   Trailing 1-3, the Australian produced a second-service ace
to hold serve.  She then **steamrolled** over Kanepi's next service game, before riding her monster
serve to lead 4-3.  Molik then won the first two  ...

43.      Romney secures critical Michigan victory
         **Miami Herald (FL)** Author: DAVID LIGHTMAN, dlightman@mcclatchydc.com;          Word
         Count: 1066
          1/15/08 MIAMIHD (No Page) 2008 WLNR 831132 ...

         ...Romney's triumph, after second-place finishes in Iowa and New Hampshire, derailed any hope that
         McCain was building momentum to **steamroll** through ensuing contests. Michigan thus scrambles
         the Republican nomination race. McCain leads in the latest Nevada and South Carolina polls ...

44.      EXPLORING MONTEREY DURING WINTER
         **Modesto Bee, The (CA)** Author: ALLEN PIERLEONI, THE SACRAMENTO BEE;          Word
         Count: 2682
          1/15/08 MODESTOBEE E1 2008 WLNR 838590 ...

         ...Museum, 701 West Cliff Drive, 831-420-6289, www.santacruzsurfingmuseum.org: It's housed
         inside the Mark Abbott Memorial Lighthouse, set above the **Steamer** Lane surfing corridor. The
         history of local surfing is chronicled via surfing footage on TV sets, and displays of surfboards ...

         ...went for the excellent fried shrimp "appetizer" (12 big gulfers with tartar sauce), fish 'n' chips
         (halibut or cod) and **steamed** clams in a terrific broth. MONTEREY History tells us that Juan
         Rodriguez Cabrillo was the first European to discover Monterey ...

         ...ABALONE CO NBC PACIFIC PACIFIC COAST PACIFIC GROVE PHIL POINT LOBOS
         STATE RESERVE PRESCOTT AVE ROCKY POINT SOUTHERN PACIFIC RAILROAD
         **STEAMER** LANE TV UNIVERSITY OF CALIFORNIA WAYFARER NBC UNIVERSAL INC
         PACIFIC AND WESTERN CREDIT CORP IL FORNAIO (AMERICA) CORP IL FORNAIO ...

45.      Dantes Ready to Duel
         **Moscow Times** Author: N/A;          Word Count: 401
          1/15/08 MSCWTMS (No Page) 2008 WLNR 768892 ...

         ...cuisines from around the world. Of course, there's sushi, sashimi and rolls, but more interestingly
         there is a selection of **steamed** dim sum, with fillings including chicken and prawn (300 rubles), crab
         and scallops (350 rubles), beef or lamb (both 300 ...

46.      Profile: Chef Jose Andres, "Jose Made in Spain," prepares traditional Spanish dishes
         **NBC TODAY SHOW** Author: N/A;          Word Count: 1672
          1/15/08 NBCTODAY (No Page) 2008 WLNR 821844 ...

         ...VIEIRA: Like a crust. Mr. ANDRES: Like a crust, and at the end what we're going to be doing is
         **steaming** the pork almost in its own juices. It's a very healthy way to cook such a wonderful piece of
         pork ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

47.    GO GREEN: Some wonderful vegetables sponsored by Environment Agency Growing your own
       can help you vary your diet with the weather, as STEVE EMSLEY explains in his diary in this week
       **Newcastle Evening Chronicle** Author: STEVE EMSLEY;        Word Count: 358
       1/15/08 ECHRONICLE 2 2008 WLNR 811241 ...

       ...oven at 180 degrees for 40 minutes until golden brown. I have a few leaves of curly kale with it
       **steamed** for five minutes. The kale is packed with vitamin C, which helps keep the colds away.
       COTHERSTONE ENVIRONMENT AGENCY ...


48.    Sadly, impediments cleared from Patriots' path to crown
       **New Orleans Times Picayune** Author: John DeShazier;        Word Count: 791
       1/15/08 NOTPCN 1 2008 WLNR 788938 ...

       ...c'mon. The Patriots would've been favored to beat the Colts or Cowboys, probably by double
       figures. They're as likely to **steamroll** the Chargers and improve to 18-0 as the sun is to shine in San
       Diego, as likely to pop ...


49.    PENGUINS 4, RANGERS 1: Down and out quickly
       **Newsday (USA)** Author: STEVE ZIPAY. steve.zipay@newsday.com;        Word Count: 748
       1/15/08 NWSDAY A54 2008 WLNR 787911 ...

       ...elbowed Kris Letang, who went down as if he were shot to set up the two-man advantage. Rozsival
       was **steaming** because with the Rangers down 2-0, Lundqvist had covered a long shot, and Malkin's
       sudden stop sprayed snow on ...


50.    Rangers lose to Penguins, 4-1
       **Newsday (Melville, NY) (KRT)**    Word Count: 751
       1/15/08 NWSDAY (No Page) 2008 WLNR 797716 ...

       ...elbowed Kris Letang, who went down as if he were shot to set up the two-man advantage. Rozsival
       was **steaming** because with the Rangers down 2-0, Lundqvist had covered a long shot, and Malkin's
       sudden stop sprayed snow on ...


51.    Rangers fall victim to Malkin's hat trick
       **Newsday (Melville, NY) (KRT)**    Word Count: 739
       1/15/08 NWSDAY (No Page) 2008 WLNR 797730 ...

       ...elbowed Kris Letang, who went down as if he were shot to set up the two-man advantage. Rozsival
       was **steaming** because with the Rangers down 2-0, Lundqvist had covered a long shot, and Malkin's
       sudden stop sprayed snow on ...


52.    Aggies swat Coppin.
       **News & Record (Piedmont Triad, NC), The** Author: Rob Daniels;        Word Count: 782
       1/15/08 GBNWSREC C1 2008 WLNR 999368 ...

       ...thanks to a stretch of wretched basketball in which the Aggies turned the ball over seven times in
       nine possessions. **Steamed** didn't sufficiently describe the opinion of the coaching staff. A&amp;T

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &             DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

had won exactly one game against Division I competition ...


53.     The News & Observer, Raleigh, N.C., Road Worrier column: Driver finds GPS navigator doesn't
        know it all
        **News & Observer, The (Raleigh, NC) (KRT)**        Word Count: 838
        1/15/08 NOBRNC (No Page) 2008 WLNR 796592 ...

        ...Myers said. She referred the Road Worrier to a Navteq spokeswoman, who could not be reached
        for comment. Melling is **steamed** about the obsolete travel information, and Garmin's refusal to
        refund his $70. But he and his Nuvi are still on ...


54.     Driver finds GPS navigator doesn't know it all
        **News & Observer, The (Raleigh, NC)** Author: Bruce Siceloff;        Word Count: 810
        1/15/08 NOBRNC B1 2008 WLNR 799707 ...

        ...Myers said. She referred the Road Worrier to a Navteq spokeswoman, who could not be reached
        for comment. Melling is **steamed** about the obsolete travel information, and Garmin's refusal to
        refund his $70. But he and his Nuvi are still on ...


55.     NAUTICAL-THEMED 44 LOST AT SEA
        **New York Daily News** Author: DANYELLE FREEMAN;        Word Count: 817
        1/15/08 NYDLYNWS 35 2008 WLNR 818317 ...

        ...hotel guests at the sacrifice of excitement.   Like the setting itself, many of the dishes proved timid
        and lackluster.  A **steamed** black bass barely registered any flavor at all. The dashi broth poured
        tableside, albeit a lovely gesture, was nearly as ...


56.     THE FALSE 'HOOD - TRUTH CAN'T BE FOUND IN ISIAH'S VICINITY
        **New York Post** Author: Peter Vecsey;        Word Count: 998
        1/15/08 NYPOST 69 2008 WLNR 821246 ...

        ...the second quarter of the Raptors game. How embarrassing for Thomas when he told assistants to
        move over so the **steamed** Randolph could sit next to him - and Randolph kept on trucking and
        spewing.  This was the day after the news  ...


57.     Molik win ends good day for Aussie girls
        **Northern Territory News/Sunday Territorian (Australia)** Author: N/A;        Word Count: 346
        1/15/08 NTERRNEWS 36 2008 WLNR 752637 ...

        ...before starting her extraordinary run.  Trailling 1-3, the Australian produced a second service ace
        to hold serve.   She then **steamrolled** over Kanepi's next service game before riding her monster
        serve to take the lead 4-3.  Molik then won the  ...


58.     Molik win ends good day for Aussie girls
        **Northern Territory News/Sunday Territorian (Australia)** Author: N/A;        Word Count: 346
        1/15/08 NTERRNEWS 36 2008 WLNR 776458 ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

...before starting her extraordinary run.   Trailling 1-3, the Australian produced a second service ace to hold serve.   She then **steamrolled** over Kanepi's next service game before riding her monster serve to take the lead 4-3.   Molik then won the  ...

59.   Around the world in 80 seconds
      **Northern Territory News/Sunday Territorian (Australia)** Author: N/A;          Word Count: 387
       1/15/08 NTERRNEWS 11 2008 WLNR 752559 ...

...around the eastern town of Ipswich in Suffolk.   Historic voyage   NEW YORK: Three of the world's best-known ocean liners **steamed** out of New York harbour together late yesterday, sailing out of the same port for the first and only time ...

60.   Around the world in 80 seconds
      **Northern Territory News/Sunday Territorian (Australia)** Author: N/A;          Word Count: 387
       1/15/08 NTERRNEWS 11 2008 WLNR 776390 ...

...around the eastern town of Ipswich in Suffolk.   Historic voyage   NEW YORK: Three of the world's best-known ocean liners **steamed** out of New York harbour together late yesterday, sailing out of the same port for the first and only time ...

61.   Rosemark conley diet: Wendy's day two
      **Nottingham Evening Post** Author: N/A;          Word Count: 296
       1/15/08 NOTTINGHAMEP 13 2008 WLNR 837473 ...

...sauce in the afternoon then, when I came in from work, I put the whole dinner in my three-tiered **steamer** and heated up the sauce. It was quick and easy and worked out as a substantial piece of fish which ...

62.   Rosemary conley diet: What you can eat
      **Nottingham Evening Post** Author: N/A;          Word Count: 179
       1/15/08 NOTTINGHAMEP 13 2008 WLNR 837479 ...

...between 2 slices wholegrain bread Mid-afternoon Power Snack 150g strawberries with 1 tsp 0% fat Greek-style yogurt Dinner **Steamed** fish with parsley sauce: 200g **steamed** white fish served with 115g boiled new potatoes (with skins) and unlimited vegetables of your choice plus low-fat parsley ...

63.   White miso marinade adds depth to fish and eggplant Japanese Eggplant and Halibut With White Miso Marinade
      **Oregonian, The (Portland, OR)** Author: IVY MANNING;          Word Count: 741
       1/15/08 PTLDOGN XOP 2008 WLNR 857970 ...

...to 12 ounces), cut diagonally into 1/2-inch-thick slices 2 tablespoons vegetable oil (divided) 4 green onions, chopped **Steamed** white rice, for serving 1 cucumber, thinly sliced Whisk the miso, mirin, sugar, sake and soy sauce together in a ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

64.     Rise and shine with oatmeal
        **Oregonian, The (Portland, OR)** Author: SARA BIR;        Word Count: 764
           1/15/08 PTLDOGN (No Page) 2008 WLNR 857949 ...

        ...devotees of real oatmeal --oatmeal with integrity --know better. On many inhospitable early winter
        mornings, it's the prospect of a **steaming** bowl of oatmeal that gets me out of bed. But oatmeal isn't
        monolithic; it takes many forms. Instant oats can ...

65.     Well, aren't you special? Customizing your order usually isn't a problem, but try to be reasonable.
        **Orlando Sentinel** Author: Carolyn O'Neil, Cox News Service;        Word Count: 485
           1/15/08 ORLANDOSENT E7 2008 WLNR 803053 ...

        ...halibut; you want the salad dressing on the side; you'd like olive oil instead of butter and your
        green beans **steamed** and not sauteed? Your waistline may thank you, but what about your waiter?
        Diet tips for eating out often include ...

66.     Get fired up in the holidays
        **Penrith Press (Australia)** Author: N/A;        Word Count: 173
           1/15/08 PENRITHP 20 2008 WLNR 775162 ...

        ...memories for adults too.  It boasts the largest collection of fire trucks in the country including the
        1891 horse-drawn **steamer** Big Ben, and a 1939 Dennis Big 6 pumper  the pride of the NSW Fire
        Brigade in their heyday.  The  ...

67.     ENB corporate 9s liven up town
        **PNG Post-Courier** Author: Mapun Pidian;        Word Count: 299
           1/15/08 PNGPOSTC 34 2008 WLNR 774211 ...

        ...2008 Gurias train on squad and an avenue for companies to promote their products    Companies
        which participated included BNBM, Compaq, **Steamships**, Rabtrans, Zero, Agmark NGIP, Dalmine,
        RENB, Rabweld, Gazelle Motors, Agmark Shipping, SP Brewery, Gazelle Realty and SPS.   The
        games go  ...

68.     Met even better live and local.
        **Register-Guard (Eugene, OR)** Author: Sharon Schuman For The Register-Guard;        Word
        Count: 836
           1/15/08 REGGUARDOR A7 2008 WLNR 1001176 ...

        ...a program to take opera live to the people in 600 movie theaters worldwide. In December, the
        series presented a **steamy** "Romeo and Juliet," followed by a controversial "Hansel and Gretel" on
        New Year's Day and an updated "Macbeth" on Jan ...

69.     PAID OBITUARIES
        **South Florida Sun-Sentinel** Author: N/A;        Word Count: 6069
           1/15/08 SFLSUN-SENT 8B 2008 WLNR 801284 ...

        ...children: Pat of Beltsville, MD, Larry (Kate Rose) of Denver, CO, Pamela of Annapolis, MD and
        Suzy (Gail) Good of **Steamboat** Springs, CO; grandchildren, Carrie and Christy Good and Dan and

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Zach Fried. Visitation will be Friday, January 18th at 12 ...


**70.**    100 YEARS AGO TODAY
**Statesman (Calcutta, India)** Author: N/A;        Word Count: 221
    1/15/08 STATESMAN (No Page) 2008 WLNR 765268 ...

...to local industries and manufactures. Free admission to all parts of the mela.The melagrounds are situated close to MessrsHoareMiller &amp; Cos **steamer** ghatand about two miles from the TirishbighaE.I.R.station and Tribeni,B.P. Railway station . H HarmstonsCircus. ~ This popular show is now drawing ...


**71.**    100 YEARS AGO TODAY
**Statesman (Calcutta, India)** Author: N/A;        Word Count: 222
    1/15/08 STATESMAN (No Page) 2008 WLNR 765280 ...

...to local industries and manufactures. Free admission to all parts of the mela.The melagrounds are situated close to MessrsHoareMiller &amp; Co's **steamer** ghatand about two miles from the TirishbighaE.I.R.station and Tribeni,B.P. Railway station . H Harmston'sCircus. ~ This popular show is now drawing ...


**72.**    Major sponsor is wired at success Blazing paddlers pay back bigtime for Aussie backers
**TARANAKI DAILY NEWS** Author: HUMPHREYS Lyn;        Word Count: 485
    1/15/08 TARANAKI 7 2008 WLNR 817614 ...

...for their ambitious but dangerous record-breaking attempt on the Tasman.    But it paid off on Sunday when the two **steamed** into a packed Ngamotu Beach after 62 days at sea.    Unwired, a fourth generation broadband company, has provided support to  ...


**73.**    Hard Luck For Matthew As 95 Is Not Enough
**ThisisTheWestCountry.co.uk** Author: author unknown;        Word Count: 854
    1/15/08 WESTCOUNTRY (No Page) 2008 WLNR 806596 ...

...77, Ian Rutherford 78, Keith Holman 71); Cowboys 476 (Frank Kidner 67), Bombers 503 (Barry Vincent 79, John Lovibond 89); **Steamers** 477 (Chris Orledge 66), Snurgers 442 (Colin Bishop 59); Odds and Ends 523 (Mike Tasker 74, Alan Carpenter 70), Social ...


**74.**    Highbridge Skittles League Cup Line-ups
**ThisisTheWestCountry.co.uk** Author: author unknown;        Word Count: 187
    1/15/08 WESTCOUNTRY (No Page) 2008 WLNR 806666 ...

...at Brent Knoll Inn, Lightouse Rogues v Misfits at Berrow Hotel, Crown Criminals v Gunners at Pawlett Legion, Bombers v **Steamers** at Tom Mogg Inn, Lighthouse Boys v The Lads at Coopers Arms.   Second Chance Cup - Wanderers v Odds &amp; Ends at  ...


**75.**    Lorry Causes More Traffic Chaos For Colwall
**ThisistheMidlands.co.uk** Author: Gary Bills-Geddes;        Word Count: 476
    1/15/08 MIDLANDS (No Page) 2008 WLNR 801811 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

...en route."   Concerned Colwall resident, Adrian Mealing, said: "This incident brought the village to its knees and we are all **steaming** mad about it, because we told Herefordshire Council that this would happen.   "HGVs can't use the tiny chicane over the  ...

76.     Jones Nets 'Fish Of A Lifetime'
**ThisisDorset.net** Author: Echo Reporter;          Word Count: 736
  1/15/08 DORSET (No Page) 2008 WLNR 801388 ...

...details from Rovers Tackle on 01329 220354.    The crew of Christchurch AC are organising eight Monday evening open fixtures at **Steamer** Point with the first match set for January 21. For details call 01202 480520. ABU CYRIL SQUIRES LONI MALCOLM STOTE ...

77.     Test in Perth could be a steaming cauldron
**Toronto Star** Author: N/A;          Word Count: 734
  1/15/08 TRNTST S16 2008 WLNR 789899 ...

...Test in Perth could be a **steaming** cauldron   News  Today Perth will be the scene of the eagerly anticipated third Test match of  ...

78.     Around the world
**Townsville Bulletin (Australia)** Author: N/A;          Word Count: 991
  1/15/08 TOWNBULL 13 2008 WLNR 776203 ...

...has found a cheap, eco-friendly source of energy to warm one of its offices: body heat from 250,000 commuters **steaming** through Stockholm's central train station. Body heat already warms the station itself but the surplus, currently let out in thin ...

79.     Washington Legislature gets together again
**Tri-City Herald (Kennewick, WA) (KRT)**          Word Count: 418
  1/15/08 BSX-TRICTY (No Page) 2008 WLNR 805315 ...

...and Republican challenger Dino Rossi, who webcast his version Monday evening. For their part, minority Republicans are tired of getting **steamrolled** by near two-thirds Democratic caucuses in both chambers. "How about for every two bills you pass you give us ...

80.     It Costs Just $2,500. It's Cute as a Bug. And It Could Mean Global Disaster.
**Washington Post** Author: Mira Kamdar, Special to The Washington Post;          Word Count: 1848
  1/15/08 WP-BUS (No Page) 2008 WLNR 812634 ...

...the world's car manufacturers, this wild disparity suggests a market whose potential has barely been tapped. So to avoid being **steamrolled** by the Nano, a slew of auto industry leaders unveiled their own efforts at India's Auto Expo. Maruti Suzuki, an ...

...crosswalks or overpasses. Millions of bicyclists, who have no designated lanes to use, weave dangerously in and out of stalled, **steaming** traffic or try to pedal ahead as best they can on pitted, crumbling shoulders. In fact, India seems hellbent on ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

81.    Lean Plate Club; Talk About Nutrition and Health.
       **Washingtonpost.com** Author: Sally Squires;        Word Count: 7327
         1/15/08 WASHPOSTCOM (No Page) 2008 WLNR 998090 ...

       ...is how most of us eat!) the whole GI is not the sum of its parts. So if I **eat steamed** carrots as a side
       dish with lamb and wild rice, what is that actually doing to my blood sugar? Sally ...


82.    BODY HEAT
       **World Entertainment News Network** Author: N/A;        Word Count: 48
         1/15/08 WENTNN (No Page) 2008 WLNR 773741 ...

       ...has found a cheap, eco-friendly source of energy to warm one of its offices: body heat from
       250,000 commuters **steaming** through Stockholm's central train station. ( PCH/WNWCAAB/LR)
       energy Stockholm LR BODY HEAT Jan 14 ...


83.    City to pay $700K for skywalk
       **Wyoming Tribune-Eagle (KRT)**        Word Count: 1055
         1/15/08 WYMGTRIBEG (No Page) 2008 WLNR 815206 ...

       ...West Lincolnway. The walkway will also connect to the long-empty Hynds Building on
       Lincolnway and Capital. Outback Investments of **Steamboat** Springs, Colo., bought this building
       and plans to remodel it and lease the space for offices, retail and a restaurant ...


84.    Second half begins with tough series
       **Ann Arbor News (Ann Arbor, MI)** Author: N/A;        Word Count: 485
         1/14/08 ANNARBORNEWS B3 2008 WLNR 824999 ...

       ...Honest, the University of Michigan hockey team should really start seeing some competition in the
       next two weeks. The Wolverines **steamrolled** Western Michigan in a home-and-home series this
       weekend, 6-1 and 5-1, for their largest margin of ...


85.    INTO THE WOODS Rally America offers an alternative to the WRC
       **AutoWeek** Author: ROGER HART;        Word Count: 590
         1/14/08 AUTOWK 46 2008 WLNR 933512 ...

       ...June 7: Wellsboro, Penn. (www.stpr.org) July 11-12: Bethel, Maine
       (www.newenglandforestrally.com) Aug. 22-23: Bemidji, Minn. (www.ojibweforestrally.com) Sept.
       13-14: Steamboat Springs, Colo. (www.rallycolorado.org) Oct. 17-18: Houghton, Mich.
       (www.lsprorally.com) 469 Rally America USA  1US73 Americas  1AM92 Michigan   ...


86.    Longtime Cardinals employee dies Hendin had been with team since 1973
       **Belleville News Democrat (IL)** Author: News-Democrat;        Word Count: 366
         1/14/08 NEWSDEM D2 2008 WLNR 735118 ...

       ...Hendin was elected into the UMSL Sports Hall of Fame in 2003.- He founded the university's first
       spirit club "The **Steamers**" and was sports editor of The Current, the university's student newspaper.
       Hendin served many St. Louis area civic and charitable ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &         DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

87.    Tonight's TV: Welcoming new brand of justice TV Choice CITY OF VICE (C4, 9pm)
       **Birmingham Mail (UK)** Author: N/A;        Word Count: 233
        1/14/08 EVENINGMAL 19 2008 WLNR 751933 ...

       ...continues to elude the Runners and they fear embarrassment by failing in their first case. City of
       Vice exposes the **steamier** side of life in 18th-century London and the show has all the excitement of
       a contemporary crime series. Birmingham's ...

88.    Reading records sweep in Div.2: Boys steamroll, girls gain revenge
       **Boston Globe (MA)** Author: David Carty;  Author: GLOBE CORRESPONDENT;        Word
       Count: 530
        1/14/08 BOSTONG 8D 2008 WLNR 810229 ...

       ...Reading records sweep in Div.2: Boys **steamroll**, girls gain revenge David Carty GLOBE
       CORRESPONDENT   JAMES KALPERIS MSTCA INDOOR RELAYS The Reading girls'
       track  ...

89.    WINTER HOT STREAK MAG NAMES HUB'S BEST BODIES
       **Boston Herald (MA)** Author: N/A;        Word Count: 199
        1/14/08 BOSTONH 17 2008 WLNR 765455 ...

       ...dead of winter by putting together their annual Bodies by Boston issue - on newsstands tomorrow.
       You MAY recall last year's **steamy** edition featuring Red Sox stud Gabe Kapler. This year, the all-
       star athlete theme is back, featuring several prominent Boston ...

90.    Moist to wet conditions may last till Jan-end
       **Business Line** Author: N/A;        Word Count: 473
        1/14/08 BUSLINE 5 2008 WLNR 722719 ...

       ...until Monday but some respite is on offer Wednesday onwards ahead of the arrival of a western
       disturbance with its **steaming** facade. Indications are that the semi-permanent trough over
       Afghanistan-Pakistan would continue to determine weather over northwest India during ...

91.    Contemporary Japanese cuisine
       **Business Times (Singapore)** Author: N/A;        Word Count: 614
        1/14/08 BUSTMS (No Page) 2008 WLNR 725243 ...

       ...awayuki-mushi ($45) aka chawanmushi gone amok, but deliciously so. A leaf is shaped into a boat
       filled with soup, **steamed** sea bass covered with beaten eggwhite, sea urchin and a dab of hot pepper.
       Generous chunks of king crab leg ...

92.    STATEHOUSE BEAT Oil leak memo catches heat
       **Charleston Gazette (WV)** Author: Phil Kabler;        Word Count: 917
        1/14/08 CHLST-GZ 1C 2008 WLNR 826103 ...

       ...from John Bonham, assistant general counsel for the Division of Motor Vehicles, who was, to say

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &                DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

the least, a little **steamed** over the memo. He sent a scathing response to Gray: "I am in receipt of your e-mail accusing me ...

93.    School menu
**Charleston Gazette (WV)** Author: N/A;        Word Count: 131
    1/14/08 CHLST-GZ 2D 2008 WLNR 826127 ...

...Milk Thursday Breakfast Waffle sticks w/syrup Bacon Cereal Fresh fruit Juice/milk Lunch
Spaghetti w/meat sauce Tossed salad **Steamed** broccoli Wheat roll Fresh fruit Milk Friday
Continuing Education, no school Life SCHOOL Breakfast Chicken Continuing Education Diced
Fresh Green ...

94.    Creek kayakers plunge into national competition
**Chattanooga Times (Free Press, TN) (KRT)**        Word Count: 662
    1/14/08 KRT-CHATTFP (No Page) 2008 WLNR 756761 ...

...and pride," he said. " They're adventure seekers." DEFENDING THEIR CROWN Members of
2007's winning team, the Southeast Tennessee-based Stanley **Steamers**, are preparing for this year's
event somewhere on the Colorado River in Arizona's Grand Canyon National Park, team leader Jeff
West said. Four Stanley **Steamers** and four friends on Jan. 7 put sea kayaks into the Colorado at
Lees Ferry for an 11-day, 300 ...

...shape when members return later this month to get ready to compete at TVF's first venue in
February. The Stanley **Steamers** have won every year so far, but that could change with new venues
and more paddlers, he said. E-mail ...

95.    Weep no longer, readers, over the literature of longing
**Chicago Tribune (KRT)**        Word Count: 1541
    1/14/08 KRT-CHITRIB (No Page) 2008 WLNR 852455 ...

...closer, I saw my mistake, but not before contemplating a literature of longing. It's not what you
think. It's not **steamy** romance novels and bodice-rippers. Because the object of serious longing isn't
reserved exclusively for love. You can yearn with ...

96.    Super Serena ready to defend her crown
**Courier Mail (Australia)** Author: Leo Schlink;        Word Count: 1060
    1/14/08 COURMAILAU 34 2008 WLNR 716863 ...

...about the pair that has never lost its edge.   Venus had not won a major in two years until she
**steamed** to the Wimbledon title in July.   Ditto for Serena at Melbourne Park last January.   If there
is a blip of  ...

97.    Calendar
**Credit Union Journal** Author: N/A;        Word Count: 546
    1/14/08 CREDITUNJ 6 2008 WLNR 747233 ...

...25-27 Basics of Business Lending. Madison Wisconsin. Venue: TBA. For info: www.cues.org.
MARCH March 2-7 CUES ExecuSummit. Sheraton **Steamboat** Springs Resort and Conference

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &               DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

Center, **Steamboat**, Colorado. For info: www.cues.org March 3-6 CUNA Governmental Affairs
Conference, D.C. Convention Center, Washington. For info: 800-356-9655 ...

...CONFERENCE NAFCU TECHNOLOGY SECURITY CONFERENCE NCUA BOARD NCUA
BOARD MEETING PLANET HOLLYWOOD RESORT CASINO RISK MANAGEMENT
SECURITY SUMMIT SAVANNAH SHERATON **STEAMBOAT** SPRINGS RESORT SITE:
TBD STRATEGIC PLANNING TEMPE MISSION PALMS WHARTON SCHOOL MISSOURI
AND NORTHERN ARKANSAS RAILROAD CO MISSOURI AND NORTHERN ...

98.  Billy and Honey do the Twister
     **Daily Star (UK)** Author: N/A;        Word Count: 116
      1/14/08 DALYSTAR (No Page) 2008 WLNR 753834 ...

     ...a fun way to spice up their marriage.   An insider said: "They get the Twister mat out and things
     get **steamy**. It's great to see them put some passion back into their relationship." COLUMNS
     TROUBLED BILLY Billy Emma Barton Honey Perry ...

99.  Masterful mix-up
     **Daily Telegraph (Sydney, Australia)** Author: BRONWYN THOMPSON;        Word Count: 281
      1/14/08 DALYTLGRPH 58 2008 WLNR 717016 ...

     ...he wasn't so much offering encouragement as turning the party on its head.   The large crowd,
     seemingly oblivious to the **steamy** conditions in the Beck's Bar, had already been buoyed by a short
     and sharp set from Gold Coast upstarts Operator ...

100.  Letters To The Editor
      **Denver Post (CO)** Author: N/A;       Word Count: 615
       1/14/08 DENVERPOST B07 2008 WLNR 825457 ...

      ...a snowstorm is usually not a good thing - unless you happen to wind up at Melissa Nuessel's coffee
      shop, The **Steaming** Bean, in Silverthorne.   My husband, daughter and I were among the 2,000
      travelers stranded  when Interstate 70 was closed the ...

      ...New England 1NE37 North America 1NO39 ANGELA KEANE JOHN KELLY LAFAYETTE
      IMPEACH KATHLEEN PARKER KATHLEEN PARKER PARKER **STEAMING** BEAN
      PARKER AND PARSLEY PRODUCING PROPERTIES 87 B LTD PARKER AND PARSLEY 86
      A LTD PARKER AND PARSLEY 89 B ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.