# EXHIBIT C

## to Levi Declaration

Case 1:08-cv-00242    Document 53-4    Filed 02/11/2008    Page 1 of 14

Prof. Judith N. Levi                                        Whirlpool case re *steam*
Department of Linguistics                                   Attorney: J. A. Cragwall, Jr.
Northwestern University                                     January 2008

# *EXHIBIT C  (first part)*

### I.  TALLY FOR SEARCH C:
**50 articles with *steam* within 4 words of *see*
appearing November 2, 2007 to January 12, 2008**

Parameters specified on Westlaw ALLNEWS database:
  STEAM/4 SEE & DA(AFT 11/1/2007 & BEFORE 1/13/2008)

**Usable:  7 articles [most with *see steam* or *see the steam*]**
Unusable: 43 articles (29 with wrong syntax, 4 with abstract sense of *seeing steam* , 1 irrelevant sense, and 9 duplicates of other articles)

Usable examples:
C2:  I dropped the soap in the shower and literally could not **see** it in the **steam**...
C11:   You can **see** the **steam** rising off the water there, and people are bundled up.
C21:  Mix all ingredients in a glass coffee cup.  Put in the microwave until you **see steam**, and breathe deep.
C24:  Not during the warm days but in cold weather one can **see** the **steam** coming out from the surface [of pools of calcium-laden water]. It looks mystic ...
C35:  Now that's hot [referring to some cooked food].  I can **see steam** coming of it. [*sic*]
C37:  Usually I can tell if you're looking north or south. I don't even **see steam** coming off the top of a building. [on CNN; seems to be a meteorologist chatting in a helicopter, or reporting on projected images.  Note:  The implication is that at other times, he *can* see steam coming off the top of a building.]
C40:  To disinfect sponges, ...microwave while still wet.  When you **see steam**, the bacteria in the sponge will be history.

Examples with wrong syntax: 29
These were sentences where the noun *steam* was not the direct object of *see,* and/or had nothing to do with whether or not one could see steam.Examples:
- Add syrup (**see** below) and rum.  **Steam...** apple juice... [C4]
- ...the women she **steams** with always **see** who can stay in [the Alaskan steam bath] longer. [C5]
- ...it was rare to **see** three **steam** traction engines... [C6]
- William ran off to **see** the hall's **steam** clock. [C12]

Examples of abstract senses of *seeing steam*: 4
These all were expressions having to do with a person's anger being visible, represented as "steam coming out of his ears" and similar images, such as C43:

> OK, so I wasn't really ready to vote for Millen. I just wanted to **see** more **steam** come out of the ears of the Lions' fans.

Irrelevant example: 1
C14:  ...what is being considered are in situ projects, similar to some in Alberta, which would **see steam** and other solvents injected from the surface to allow the bitumen to flow. [Here *steam* appears to be the object of *see,* but the use of *see* is abstract and closer to the verb *involve*.]

## II.  RESULTS LIST FOR SEARCH C

[Results List from Search C
using Westlaw ALLNEWS
appears on following pages]



QUERY - STEAM! & DA(AFT 1/11/2008 &   DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

Prof. Judith N. Levi                                         Whirlpool Corp. case re *steam*
Department of Linguistics                                    Attorney: J. A. Cragwall, Jr.
Northwestern University                                      January 2008

## *EXHIBIT C (second part)*

## RESULTS LIST FOR SEARCH C
## drawn from Westlaw ALLNEWS database

The Results List for Search C appears below.  Because of the way Westlaw transmitted it, the Westlaw heading could not be deleted from this opening page.

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | STEAM /4 SEE & DA(AFTER 11/1/2007 & BEFORE 1/13/2008) |
| Date/Time of Request: | Sunday, January 20, 2008 08:57:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | ALLNEWS |
| Lines: | 416 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

1.  Clinton Comeback: Defies Polls to Win New Hampshire; The Comeback Kids: Clinton, McCain Win in New Hampshire; Big Mac Attack;
    **CNN: American Morning** Author: John Roberts, Kiran Chetry, Candy Crowley, Bill Schneider; Word Count: 4438
    1/9/08 CNNAMMORN (No Page) 2008 WLNR 465630 ...

    ...sanctioned now in terms of their delegates. CHETRY:  It will be -- and we're talking about this morning, its interesting to **see** if they're not **steam** rolled into changing their minds about Florida at least because it's a huge state. ROBERTS:  Yes because it's a big  ...

2.  Young and Broke in the City, but Staying Afloat
    **New York Times (NY)** Author: JIM DWYER;        Word Count: 1004

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 & BEFORE 1/16/2008) % STEAM    DATABASE(S) - ALLNEWS

1/9/08 NYT B1 2008 WLNR 439935 ...

...Services in Latin America and is looking for work. " I dropped the soap in the shower and literally could not **see** it in the **steam** to pick it up."   Ms. Ford-Madrid, who works as a production assistant at Nickelodeon, has sleeping rights to a  ...

3. How do you want your CPE?
   **Accounting Today** Author: Liz Gold;        Word Count: 1442
   1/7/08 ACCTDY 3 2008 WLNR 343630 ...

   ...and process improvement consulting firm that is known for its on-site training - another method that is quickly picking up **steam** among providers. ( **See** story, page 4.) The most popular sessions at TTA, which offers approximately 430 online courses, are those that deal with  ...

4. GOLDFISH PACIFIC KITCHEN'S APPLE STAR MARTINI
   **Globe and Mail** Author: Kate MacLennan;        Word Count: 567
   1/5/08 GLOBEMAIL L4 2008 WLNR 263313 ...

   ...Blood orange wheel   Heat glass coffee cup with hot water.   Rim with cardamom sugar (see below). Add star anise syrup (**see** below) and rum.   **Steam** or boil apple juice, top up mixture in glass.   Float blood orange wheel to garnish.   Star Anise syrup:   6 whole  ...

5. Alaskans Purify the Spirit with Steam Baths
   **NPR Weekend Edition Saturday** Author: N/A;        Word Count: 666
   1/5/08 WKEND-SAT (No Page) 2008 WLNR 298070 ...

   ...wood.  DENNING-BARNES: Just how hot a person can stand it can be somewhat competitive. George says the women she **steams** with always **see** who can stay in longer, which took her over the limit one time.  Ms. GEORGE: I was just sitting there   ...

6. Pearns relive pre-tractor era
   **Tasmanian Country (Australia)** Author: BRUCE MOUNSTER;        Word Count: 278
   1/4/08 TASCOUNTRY 5 2008 WLNR 233063 ...

   ...in November during its annual Steamfest, coinciding with the Deloraine craft fair.   President Brenton Heazlewood said it was rare to **see** three **steam** traction engines, which were almost 100 years old in action, along with harvest machinery.   Australasia  1AU56 Oceania  1OC40  ...

7. Pearns relive pre-tractor era
   **Tasmanian Country (Australia)** Author: BRUCE MOUNSTER;        Word Count: 278
   1/4/08 TASCOUNTRY 5 2008 WLNR 404940 ...

   ...in November during its annual Steamfest, coinciding with the Deloraine craft fair.   President Brenton Heazlewood said it was rare to **see** three **steam** traction engines, which were almost 100 years old in action, along with harvest machinery.   Australasia  1AU56 Oceania  1OC40  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &           DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

8.        Model Trains Set To Pull In Crowds
          **ThisisOxfordshire.co.uk** Author: N/A;        Word Count: 151
           1/4/08 OXFORDSHIRE (No Page) 2008 WLNR 208175 ...

          ...when a rail exhibition celebrates its 25th anniversary.   Enthusiasts are expected to descend on Exeter Hall, Kidlington, this weekend, to **see** dozens of locomotives, **steam** engines and carriages wind their way around intricate tracks.   The annual exhibition, organised by the 33rd Oxford (Kidlington) Scout Group  ...

9.        No Delays For Scout Model Railway
          **ThisisOxfordshire.co.uk** Author: N/A;        Word Count: 151
           1/3/08 OXFORDSHIRE (No Page) 2008 WLNR 144720 ...

          ...a railway exhibition celebrates its 25th anniversary.    Enthusiasts are expected to descend on Exeter Hall in Kidlington this weekend to **see** dozens of locomotives, **steam** engines and carriages wind their way around intricate tracks.  The annual exhibition, organised by the 33rd Oxford (Kidlington) Scout Group  ...

10.       Model Trains Set To Pull In Crowds
          **ThisisOxfordshire.co.uk** Author: N/A;        Word Count: 152
           1/3/08 OXFORDSHIRE (No Page) 2008 WLNR 147647 ...

          ...a rail exhibition celebrates its 25th anniversary.   Enthusiasts are expected to descend on Exeter Hall, in Kidlington, this weekend to **see** dozens of locomotives, **steam** engines and carriages wind their way around intricate tracks.   The annual exhibition, organised by the 33rd Oxford (Kidlington) Scout Group  ...

11.       CNN 3 PM 2008-01-02 15:08:02
          **CNN 3PM** Author: N/A;        Word Count: 1040
           1/2/08 CNN3PM (No Page) 2008 WLNR 132457 ...

          ...ARE SO COLD.  IN FACT, HOW COLD WAS IT THIS MORNING?  TAKE A LOOK AT THINKS SHIVERING FOLKS.  YOU CAN **SEE** THE **STEAM** RISING OFF THE WATER THERE, AND PEOPLE ARE BUNDLED UP.  YOU CAN SEE YOUR BREATH.  THE TEMPERATURE DROPPED DOWN TO  ...

12.       Pride and Prometheus.
          **Magazine of Fantasy and Science Fiction** Author: Kessel, John;        Word Count: 15610
           1/1/08 MAGFANTSCIFI 55 2008 WLNR 1557 ...

          ...Forgive me.  These antiquities call to mind sad associations.  Give me a moment."  "Certainly," she said.  William ran off to **see** the hall's **steam** clock.  Mary turned and examined the contents of the neighboring cabinet.  Beneath the glass was a collection of bones that  ...

13.       As Huckabee gains steam, establishment sees a threat; Upstart candidate breaking GOP mold
          **Boston Globe (MA)** Author: Susan Milligan;  Author: Globe staff;        Word Count: 1545
           12/29/07 BOSTONG 1A 2007 WLNR 25714600 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

    ...As Huckabee gains **steam**, establishment **sees** a threat; Upstart candidate breaking GOP mold Susan Milligan Globe staff   CAMPAIGN 2008 WEST DES MOINES   ...

14.    Sask. has eyes on oilsands Environmentalists urge province to be cautious
   **Winnipeg Free Press (Manitoba, CA)** Author: N/A;     Word Count: 761
   12/28/07 WINFREPR b11 2007 WLNR 25557528 ...

   ...of the bitumen deposits.  Instead, what is being considered are in situ projects, similar to some in Alberta, which would **see steam** and other solvents injected from the surface to allow the bitumen to flow.  But that doesn't mean the environmental issues   ...

15.    Restless frothing of the Sun's surface named top space story of 2007
   **Hindustan Times** Author: N/A;     Word Count: 619
   12/26/07 HINDUTIMES (No Page) 2007 WLNR 25435485 ...

   ...in front of its host star was found.  Intriguingly, it may be made of exotic hot ice and shrouded in **steam**.  9.  Satellite could **see** shadow of extra dimensions.  Researchers calculated if our 3D universe is floating in a higher dimensional space, the shape of   ...

16.    MAYOR OF TELEVISION BLOG
   **Daily News (Los Angeles, CA)** Author: > DAVID KRONKE;     Word Count: 629
   12/24/07 DAILYNEWCA L18 2007 WLNR 25539129 ...

   ...Coulter or listens to Rush Limbaugh, this is the perfect gift, if you're the sort of person who likes to **see steam** come out of people's ears. 547 TV - SHOW - LIST  Local Government  1LO75  Government  1GO80 DVD DVD THESE  ...

17.    Mayor of Television blog
   **Long Beach Press-Telegram (CA)** Author: N/A;     Word Count: 628
   12/24/07 LBPRESS U10 2007 WLNR 25362999 ...

   ...Coulter or listens to Rush Limbaugh, this is the perfect gift, if you're the sort of person who likes to **see steam** come out of people's ears. 547  Local Government  1LO75 Government  1GO80 DVD DVD THESE LEARY RANDOM HOUSE  ...

18.    CNN 12 PM 2007-12-23 12:41:59
   **CNN LIVE TODAY NOON** Author: N/A;     Word Count: 405
   12/23/07 CNNLIVETDY12PM (No Page) 2007 WLNR 25354252 ...

   ...HE'S DONE THAT HAS MADE HIM AN ENIGMA TO THE ONES IN THE PRIMARY HILLARY CLINTON IS STILL GOING FULL **STEAM** AHEAD.  WE'LL **SEE** WHAT HAPPENS IN IOWA.  NONETHELESS, THE LAST MONTH HAS BEEN THE WORST OF HER CAMPAIGN.   AND YOU'VE GOT TO GIVE   ...

19.    Best of 2007 - Part 3

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &        DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

      **CNN: Late Edition** Author: N/A;     Word Count: 5210
      12/23/07 CNNLATE (No Page) 2007 WLNR 25323876 ...

...conservative Republicans, who are the ones voting in the primary. Hillary Clinton, she's -- you know, she is still going full **steam** ahead.  We will **see** what happens in Iowa.  Nonetheless, the last month has been the worst of her campaign. BLITZER:  And you've got to  ...

20.   Air quality implementation plans: Prevention of significant deterioration and nonattainment new source review; reasonable possibility in recordkeeping
      **RegAlert** Author: N/A;     Word Count: 14234
      12/21/07 REGALERT (No Page) 2007 WLNR 25260815 ...

...the source owner/operator must make a pre-change report prior to construction if the unit is an electric utility **steam** generating unit. ( **See**, e.g., 40 CFR 52.21(r)(6)(ii). ) Under this final rule, however, the pre-change reporting requirement does not  ...

21.   MOLLY'S PUB
      **Houston Press** Author: Mountjoy, Debbylou;     Word Count: 270
      12/20/07 HOUSPRESS N 2007 WLNR 25826231 ...

...not the pink or blue stuff) Mix all ingredients in a glass coffee cup.  Put in the microwave until you **see steam**, and breathe deep. Bars Alcoholic beverages Houston Texas MOLLYS PUB HOUSTON TX Drinking Places (Alcoholic Beverages) 722410  Entertainment   ...

22.   No Jack city
      **Missoula Independent** Author: Duganz, Patrick;     Word Count: 1168
      12/20/07 MISSOULAINDP 8 2007 WLNR 25835421 ...

...Clark Fork River, and how the city's downtown dump constandy smoldered with fire. "Everybody burned coal and wood and the **steam** engines-you couldn't **see** the mountains, you didn't care if you had open space or not. So I'm going to tell you something.  You're  ...

23.   Monday Mail
      **Courier Mail (Australia)** Author: N/A;     Word Count: 526
      12/17/07 COURMAILAU 52 2007 WLNR 24826748 ...

...home straight.  Merit award to Shane Scriven (Mitanni).  THE QUOTE "I thought she was going to win.  But I didn't **see** the **steam** train coming."  Trainer Ron Maund after his filly Saratoga was blown away by a powerful finish from Hebitda.  THREE HORSES   ...

24.   Warm cotton terraces : Pamukkale
      **TURKISH DAILY NEWS** Author: N/A;     Word Count: 763
      12/13/07 TURKDLYN (No Page) 2007 WLNR 24586746 ...

...of water fall until it reaches the last travertine. Not during the warm days but in cold weather one can **see** the **steam** coming out from the surface.  It looks mystic even though it is not possible to bathe in travertines during winter  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &         DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

25.    New York Law Journal  Wednesday, December 12, 2007  APPELLATE TERM DECISION
       Appellate Term  CASE  12/12/2007 NYLJ 33, (col. 6)  12/12/2007 NYLJ 33, (col. 6)

       ... rent, that landlord had waived the requirement of written notice and that the lease had been
       expressly or implicitly extended (**see** Probst v. Rochester **Steam** Laundry, 171 NY 584 [1902];
       Panagiotopoulos v. Ricardelli, 5 Misc 3d 129  [A], 2004 NY Slip ...

26.    A TALL ORDER FROM A WORLD IN NEED, WANT SANDRA SNYDER WALL TO WALL
         **Times Leader (Wilkes-Barre, PA)** Author: N/A;        Word Count: 718
          12/8/07 WBTIMES 1D 2007 WLNR 25483707 ...

       ...great, would you at least consider the snazzy purple and gray Shark Steam Mop for half that tag?
       These days, **see**, **steam** is a key to a clean home, and I want all my people to have that joy.  The truly
       selfless  ...

27.    NOW YOU CAN TAKE IT EASY IN THIS CAPITAL HOTSPOT Speakeasy
         **Daily Record (Glasgow, Scotland)** Author: N/A;        Word Count: 323
          12/7/07 DAILYRECSCOT 50 2007 WLNR 24142792 ...

       ...club culture came from a source close to home for Sarah.  She said: "When I was going out myself,
       I'd **see** the big queue, **steam** bellowing out the club and know it was mayhem inside. "All I want is a
       seat and to be able  ...

28.    For this mother, love means calling the cops
         **Star-Ledger, The (Newark, NJ)** Author: BARRY CARTER;        Word Count: 1069
          12/6/07 STLGRN 17 2007 WLNR 24091745 ...

       ...Thomas.  It's reality.  Thomas said her son was upset and in disbelief that she had turned him in.
       "You could **see** the **steam** coming off of his head," she said. But Muhammad says he wasn't angry
       nor surprised by what she did.  He  ...

29.    NAVY MISSILE CRUISER VISITS LAUDERDALE LEYTE GULF CREW, ON SHORE LEAVE,
       GETS A WARM HELLO FROM THE WEATHER
         **South Florida Sun-Sentinel** Author: N/A;        Word Count: 467
          12/4/07 SFLSUN-SENT 3B 2007 WLNR 23912589 ...

       ...a fun port of call for them," Kelley said. " We want to give these guys every opportunity to blow
       some **steam** off and **see** what the town is like." Angelinas, who has never been to Fort Lauderdale,
       ticked off possible destinations. " I'm assuming there  ...

30.    MISSILE CRUISER VISITS LAUDERDALE
         **South Florida Sun-Sentinel** Author: N/A;        Word Count: 388
          12/4/07 SFLSUN-SENT 9B 2007 WLNR 23912663 ...

       ...a fun port of call for them," Kelley said. " We want to give these guys every opportunity to blow

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &          DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

some **steam** off and **see** what the town is like." Angelinas, who has never been to Fort Lauderdale, ticked off possible destinations. " I'm assuming there  ...

31. Navy missile cruiser Leyte Gulf visits Fort Lauderdale: Leyte Gulf crew, on shore leave, gets a warm hello from the weather
  **South Florida Sun-Sentinel (KRT)**      Word Count: 409
    12/4/07 SUNSENT (No Page) 2007 WLNR 23909206 ...

...a fun port of call for them," Kelley said. " We want to give these guys every opportunity to blow some **steam** off and **see** what the town is like." Angelinas, who has never been to Fort Lauderdale, ticked off possible destinations. " I'm assuming there  ...

32. Spa For Bolton Arena
  **ThisisLancashire.co.uk** Author: Edward Chadwick;      Word Count: 302
    12/2/07 LANCASHIRE (No Page) 2007 WLNR 23802358 ...

...looking new spa being created at the heart of the council's flagship sports complex.  The refurbishment at Bolton Arena will **see** a cutting edge **steam** room and relaxing tepidarium created as part of £100,000 plans.  Changing rooms and saunas are also being overhauled at the  ...

33. Battle to protect small shops goes to the Lords STANDARD CAMPAIGN SAVE OUR SMALL SHOPS
  **Evening Standard (London, UK)** Author: JONATHAN PRYNN;      Word Count: 561
    11/30/07 BSX-EVSTND 27 2007 WLNR 23699621 ...

...and development of town centres and shopping areas and to ensure that a fairer system is put in place to **see** that supermarkets cannot **steam**-roll through developments, which can take the heart out of local areas." Lord Cotter will visit traders in Portobello Market  ...

34. Steam demand rates.(Brief article)
  **Real Estate Weekly** Author: N/A;      Word Count: 248
    11/28/07 RE-WEEKLY 16 2007 WLNR 24791484 ...

...NOTE: Real Estate Weekly's Oct. 31 article on Con Edison's newly introduced steam demand rates implied that all demand-billed **steam** customers will **see** an increase in bills.  In fact, many demandbilled steam customers will save money under demand billing.  The usage charge ($/Mlb  ...

35. Profile: Paul Deen shows dishes from her latest cookbook, "Christmas With Paula Deen: Recipes and Stories From My Favorite Holiday"
  **NBC TODAY SHOW** Author: N/A;      Word Count: 1253
    11/27/07 NBCTODAY (No Page) 2007 WLNR 23442204 ...

...on them.  All right, now I've gotten your spoons mixed up.  Aren't they yummy? ROKER: Now that's hot.  I can **see steam** coming of it. LAUER: Paula, we're going to take a break.  When we come back, we're going to do this  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &             DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

36. [You'd never know there's a strike; Bones' pair heats up, House nears a decision. And that's only the start of what's new tonight](#)
 **Toronto Star** Author: Vinay Menon;        Word Count: 829
   11/27/07 TRNTST L07 2007 WLNR 23396665 ...

...of which shows still have new stuff in store as the writers' strike continues, and which are running out of **steam**, **see** page L12.  Bones' David Boreanaz and Emily Deschanel, above, get cozy under the mistletoe.  Hugh Laurie, left, is pressured to  ...

37. [CNN 1 PM 2007-11-26 13:30:04](#)
 **CNN 1PM** Author: N/A;        Word Count: 290
   11/26/07 CNN1PM (No Page) 2007 WLNR 23404807 ...

...THIS IS M WHERE ATHE HUDSON RIVER.  USUALLY I CAN TELL IF YOU'RE LOOKING NORTH OR SOUTH.  I DON'T EVEN **SEE STEAM** COMING OFF THE TOP OF A BUILDING ON THAT ONE.  IT'S NOT GOING TO GET BETTER AS THE DAY GOES  ...

38. [Northern exposure accents shadows Closely guarded tourism comes to the realm of the Dear Leader](#)
 **Cleveland Plain Dealer** Author: Elizabeth Sullivan;        Word Count: 1766
   11/25/07 PLDLCL M1 2007 WLNR 23366793 ...

...bicycling from one remote outpost to another, wood smoke curling from low-slung huts nestled in deforested hills. One also **sees steam**-driven tractors - and, once, a car - on the other side of the green fence. At night at the Mount Kumgang  ...

39. [CATHOLIC CONFESSION MAKING A COMEBACK](#)
 **WISCONSIN STATE JOURNAL** Author: KELSEY ANDERSON For the State Journal; Word Count: 1584
   11/25/07 BSX-WISTJ A1 2007 WLNR 23394869 ...

...method, following the Vatican's suggestion of discussing the importance of confession to receive the Eucharist, follows a trend that Donnelly **sees** picking up **steam**. "There is a push by traditionalists from the top down," says Donnelly. " Pope Benedict is considered a conservative leader compared  ...

40. [magic makeovers: New secret weapon in germ warfare; tricks of the trade.](#)
 **Sunday Mail (Glasgow, Scotland)** Author: Justin and Colin;       Word Count: 56
   11/18/07 SUNDYMSCOT 4 2007 WLNR 22924573 ...

...and Colin   To disinfect smelly sponges, first wash thoroughly then microwave while still wet.  When you **see steam**, the bacteria in the sponge will be history.  Remove carefully (to avoid burning) and wash thoroughly before use.  NB - ensure  ...

41. [magic makeovers: New secret weapon in germ warfare](#)
 **Sunday Mail (Malaysia)** Author: Justin and Colin;       Word Count: 56
   11/18/07 SUNDYMALAY (No Page) 2007 WLNR 22843794 ...

...and Colin   To disinfect smelly sponges, first wash thoroughly then microwave while still wet.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 & BEFORE 1/16/2008) % STEAM          DATABASE(S) - ALLNEWS

When you **see steam**, the bacteria in the sponge will be history.  Remove carefully (to avoid burning) and wash thoroughly before use.  NB - ensure  ...


42.   magic makeovers: New secret weapon in germ warfare tricks of the trade
       **Sunday Mail (Scotland)** Author: Justin;  Author: Colin;     Word Count: 56
        11/18/07 SUNDYMSCOT 4 2007 WLNR 22828926 ...

...Justin Colin   To disinfect smelly sponges, first wash thoroughly then microwave while still wet.  When you **see steam**, the bacteria in the sponge will be history.  Remove carefully (to avoid burning) and wash thoroughly before use.  NB - ensure  ...


43.   BEN SMITH Column: Bye week stops Pats' winning
       **Journal - Gazette** Author: Ben Smith The Journal Gazette;      Word Count: 443
        11/13/07 JGAZETTE 2B 2007 WLNR 22464215 ...

...by the lowly Cardinals, 31-21. OK, so I wasn't really ready to vote for Millen.  I just wanted to **see** more **steam** come out of the ears of the Lions' fans. *This week's Rex Grossman Update: Lousy day for Rex, what with  ...


44.   BEN SMITH Column: Bye week stops Pats' winning
       **Journal Gazette, The (Fort Wayne, IN)** Author: Ben Smith The Journal Gazette;     Word Count: 443
        11/13/07 JGAZETTE 2B 2007 WLNR 22466133 ...

...by the lowly Cardinals, 31-21. OK, so I wasn't really ready to vote for Millen.  I just wanted to **see** more **steam** come out of the ears of the Lions' fans. *This week's Rex Grossman Update: Lousy day for Rex, what with  ...


45.   Elmer Smith: The veterans we'd rather not acknowledge
       **Philadelphia Daily News (PA)** Author: N/A;      Word Count: 795
        11/13/07 PHILADAILY 8 2007 WLNR 22409149 ...

...or even through the homeless panhandlers who are starting to reclaim their places on Philadelphia streets. We see but don't **see** them sleeping on **steam** vents or huddled in doorways at night or lined up on park benches during the daylight hours.  Their numbers increase  ...


46.   Traffic management: a growing nightmare for SOC designers.
       **EDN** Author: N/A;     Word Count: 3843
        11/8/07 EDNN 48 2007 WLNR 22315877 ...

...Bus) structure.'  But there are growing indications that the centralized-bus approach to SOC interconnect is simply running out of **steam** (**see** sidebar 'Is the problem bus bandwidth or processor bandwidth?').  This problem appears to be partly architectural.  As the number of  ...


47.   You can't make this stuff up 'Bronco' coasts to re-election as Calgary mayor
       **Winnipeg Free Press (Manitoba, CA)** Author: N/A;     Word Count: 969


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 &         DATABASE(S) - ALLNEWS
BEFORE 1/16/2008) % STEAM

    11/6/07 WINFREPR a11 2007 WLNR 21884795 ...

...off his third term with a promise to begin tackling transit and affordable housing issues within 60 days. " I could (**see**) the **steam** coming out of Bronco's snout here over the last month," says Ald. Diane Colley-Urquhart.  Among the issues on the  ...

48.    Brockworth
    **Gloucestershire Echo (UK)** Author: N/A;         Word Count: 127
    11/3/07 GLOUECHO 2 2007 WLNR 21753411 ...

...fields, local residents have used them for well over 30 years for football, cricket, outdoor bowls, tennis, golf, caravan and **steam** rallies. I **see** that the builders have nearly completed the terraced houses facing Ermin Street on the former parish council offices.  I  would  ...

49.    CNN 11 AM 2007-11-02 11:33:41
    **CNN 11 AM** Author: N/A;         Word Count: 389
    11/2/07 CNN11AM (No Page) 2007 WLNR 21722044 ...

...NOEL JUST OVER 400 MILES SOUTH-SOUTHEAST OF CAP HATTERAS.  IT'S MOVING NORTHEAST AT 17 MILES AN HOUR.  PICKING UP **STEAM**.  YOU CAN **SEE** THE CLOUD PATTERN.  IT'S NOT LOOKING LIKE A TYPICAL HURRICANE.  BEGINNING TO LOSE ITS TROPICAL CHARACTERISTICS.  STILL STRONG AT 80  ...

50.    All aboard for the Cotton Mill Express
    **Manchester Evening News (UK)** Author: Paul r taylor;         Word Count: 465
    11/2/07 MANEVENEWS (No Page) 2007 WLNR 21671088 ...

...of the  country now have regular summer steam trains - London, Birmingham and York, for example - but Manchester has nothing and **sees steam** trains only spasmodically. "Manchester is surrounded on three sides by dramatic scenery as good as anything else in England, and  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAM! & DA(AFT 1/11/2008 & BEFORE 1/16/2008) % STEAM

DATABASE(S) - ALLNEWS

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.