# EXHIBIT D

## to Levi Declaration

Prof. Judith N. Levi                                   Whirlpool case re *steam*
Department of Linguistics                              Attorney: J. A. Cragwall, Jr.
Northwestern University                                January 2008

## *EXHIBIT D*

## I.  TALLY FOR SEARCH D:
### 100 articles with *steam*
### appearing January 18-21, 2008

Parameters specified on Westlaw ALLNEWS database, US sources only:
> STEAM % LOSE LOSING LOSES LOST GAIN! LET LETS LETTING BUILD! RUN! RAN PICK!
> AHEAD FULL RAIL! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT!
> BOILER! NAVIGATION! EXPLOSION! SHOVEL! TABLE! /3 STEAM

Usable examples:  60 usable examples (53 as noun, 7 as verb)
Unusable examples:  48 (30 examples that used *steam* in an abstract sense, 12  articles that were
duplicates of other articles, and 6 uses irrelevant to analysis, including 1 typo, where *steam*
appeared instead of *stream*)
Note:  The total exceeds 100 because some articles had 2-3 examples.

### A.  Usable data with *steam* as noun: xx
### (27 with *steam* alone, 26 in a compound noun)

OBSERVATION:  In my judgment, *at least* the following examples use the word *steam* to refer
to something visible and/or something below the boiling point:
*steam* in:  D9, 11, 12, 19, 24, 31, 37, 39, 44b, 56, 57, 67a, 67b, 67c, 70, 79, 87, 89a
*steam shower*:  D2, D15
*steam* room:  D7, 26, 27, 40, 44a, 89b, 97; and *steam-room-like,* in D53, 96
*steam* bath:  D38

In my judgment, *at least* the following examples use the word *steam* to refer to the invisible gas
formed when water molecules are heated to a temperature at or above the boiling point (although
more specialized technological knowledge may be needed to confirm that these examples all
belong here):  D16a, 64b, 66, 72b, 76, 78, 80, 99.

### (1)  *Steam* used as noun alone (26)

Uses in more ordinary discourse (21):
D9 [an article about treating flu] **Steam:**  You can also try having your child hang out in a
        steamy bathroom...
D11:  The view of Green Bay from the upper deck was of smokestacks, **steam**, and empty
        streets...
D19:  It was so cold that **steam** hovered above the Chicago River...
D24:  ...approaching the bitter cold with equanimity, exhaling wisps of **steam** as he talked.

D31:  Now I ride the bike, ...have a **steam**, take a shower, and then...

D37:  " Frozen tundra" became part of the [NFL] sporting lexicon, and images of **steam** rising off the heads of players were burned into the collective memory.

D39:  ...a timeless vista: a towering, tree-covered slope near a burbling stream, all filtered through the haze of **steam** rising off the hot spring water.

D44b:  .. do the recommended "purification ritual" in the ladies' area starting with a hot **steam** in their spiral room... [in a spa]

D56: .  Black-and-white TV images of football players emitting so much **steam** from their hot breath on such a bitterly cold day...

D57:  Inhaling **steam** from a teakettle or in a hot shower can help.

D66:  ...and the moisture will expand into **steam**, evaporate, and leave behind tiny air pockets, making a tender flaky crust. [recipe]

D67a:  **Steam** seeping from a fracture atop the lava dome in Mount St. Helens' crater...

D67b:  Geologist John S. Pallister was flying over the volcano...when he spotted the **steam**. "It was interesting enough to take some pictures," said Pallister...

D67c:  punctuated by a second quake of magnitude 2.7 _ all in the same period in which he saw the **steam** [from the volcano].

D70:  **Steam** fogged my mask upon entering the [firemen's training] trailer..

D76:  Geothermal power plants tap underground reservoirs of **steam** to produce electricity...

D79:  ...a massive power  plant that locals say chugs river water and belches **steam** and smoke as far  as the eye can see.

D80:  Many power plants consume huge amounts of water that they emit as vapor after turning the water into **steam** to power electric turbines.

D87:  Scientists are keeping a close watch on **steam** leaking out of Mount St. Helens...

D89:  I went for a workout today...then I took a **steam** [in a steam room].

D99:  As long as water  remains [in firewood], it boils off at 212 degrees and carries heat away from the fibers as **steam**.

Uses in scientific and/or technological contexts (5):

D16a, b [about a glassmaker]:  The tool is kept wet so the hot glass will rotate smoothly on carbon and **steam**, rather than catch on the wood....**Steam** rises from the mold as Morrison rotates the glass...

D64b:  The aliphatics-rich gas stream is desulphurized, mixed with **steam,** and converted in a reforming reactor to a hydrogen-rich product stream.

D72b:  The technology enabled real-time production optimization of this multiphase flow where **steam**, bitumen and water are mixed with a high content of sour gas...

D78:  the use of alternative technologies including electron beam, gamma irradiation, or **steam** for the sterilization of all products used for stem cell processing and storage...

**(2) *Steam* as first element in a two-noun compound:**

Relating to products, processes, or activities of potential interest to consumers:

> *steam room* (D7, 26, 27, 40, 44a, 89b, 97), *steam cooker* (D4), *steam baths* (D10, 38), *steam shower* (D2, D15), *steam cleaning* [in or by clothes washers] (D18)

Others:
>  *steam whistles* (D22, 60), *steam fitter* (D51), *steam service* (D83), *steam strippers* (D90), *steam line* (D92)

**(3) *Steam* used in other kinds of compounds**

In a compound verb: (to) *steam-clean* (in consumer product, D8)
In a compound adjective:  *steam-powered* (D46), *steam-generating* (D65)*, steam-room-like*
>  (D53, 96)*, steam-assisted* (D72)

Embedded in longer noun-noun compounds (both are found in technical discourse and contexts):
>  *high-pressure steam sterilization step* (D63)
>  *distillate fuel steam reformer system* (D64)

## B.  Usable data with *steam* as verb: 7

Note:  Most of these use the verb *steam* to denote a process for cooking food.  The use of *steams* in D12 could be related either to that process, or it could have the meaning of 'emits steam' (as in *a steaming cup of coffee* or *a steaming tub of water*).

D12:    A huge tub of oatmeal **steams** nearby.
D17:    ...you can **steam** pieces of fish with herbs...
D20:    The pie crust is cut with an X so it **steams** as it cooks.
D29a:   She adds the leaves of the greens..., **steams** them until tender.
D29b:  **Steam** kale until almost tender. [recipe]
D69:  [re Philly cheese steak sandwich prepared on "a hot griddle"] ...white American cheese is
>  melted on the heap and a hoagie roll tents the whole mound to **steam**.

D94:  **Steam** oysters before eating them.


# II.  RESULTS LIST FOR SEARCH D

[Results List from Search D
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | STEAM % LOSE LOSING LOSES LOST GAIN! LET LETS LETTING BUILD! RUN! RAN PICK! AHEAD FULL RAIL! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! NAVIGATION! EXPLOSION! SHOVEL! TABLE! /3 STEAM |
| Date/Time of Request: | Monday, January 21, 2008 09:49:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 889 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

**Westlaw.**

QUERY - STEAM % LOSE LOSING LOSES                    DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

1.       In Sunshine State, high noon for GOP Rivals take aim as showdown looms
          **CHICAGO TRIBUNE** Author: Jill Zuckman and Mark Silva, Tribune correspondents;
          Author: Tribune correspondent Jason George contributed to this report from Texas.;          Word
          Count: 888
             1/21/08 CHICAGOTR 16 2008 WLNR 1156902 ...

             ...of 57 delegates to the party's convention.  And perhaps more importantly, a win here could
             provide a significant head of **steam** heading into Feb. 5, when more than 20 states hold
             primaries or caucuses. "The Republican race is a dead heat  ...

2.       Resorts are courting couples with Valentine's packages
          **Copley News Service** Author: Tom Roebuck;          Word Count: 780
             1/21/08 COPLEYNS 00:00:00 ...

             ...Mountain Inn bed-and-breakfast in Butler, Tenn., is offering a Mountain High Sweetheart
             Special through Feb. 18: accommodations (with **steam** shower for two), a romantic dinner by
             candlelight, in-room massages, candles, romantic music, red roses, champagne and the famous
             ...

3.       Seattle Start-Ups Shows The Challenges Of Chartering CUs
          **Credit Union Journal** Author: Steve Santiago, Reporter;          Word Count: 1335
             1/21/08 CREDITUNJ 1 2008 WLNR 1056502 ...

             ...area of King County. Spearheaded largely by a $500,000 grant from the Medina Foundation,
             the project is starting to gather **steam** after years of research and consultation, all in the hope
             that the new LICU will have the legs and visionary  ...

4.       FROST BITE
          **Fort Worth Star-Telegram (Fort Worth)** Author: Catherine Mallette, Star-Telegram Staff
          Writer;          Word Count: 264
             1/21/08 FTWTHST E3 2008 WLNR 1155623 ...

             ... Healthy Choice Cafe Steamers Grilled Chicken Marinara What it is:  This is part of a line
             that features **Steam** Cookers -- a steamer basket contains the food and is packaged inside a
             sauce bowl.  A "self-venting steaming film" heats  ...

5.       FROST BITE
          **Fort Worth Star-Telegram (Fort Worth) (KRT)**          Word Count: 266
             1/21/08 FTWTHST (No Page) 2008 WLNR 1158734 ...

             ...Jan. 21--Healthy Choice Cafe Steamers Grilled Chicken Marinara What it is: This is part of a
             line that features **Steam** Cookers -- a steamer basket contains the food and is packaged inside a
             sauce bowl.  A "self-venting steaming film" heats  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

6.          'I have a deam'
            **Macon Telegraph (GA)** Author: N/A;          Word Count: 1838
            1/21/08 BSX-MACTEL (No Page) 2008 WLNR 1147725 ...

            ...Nineteen sixty-three is not an end, but a beginning.  Those who hope that the Negro needed to
            blow off **steam** and will now be content will have a rude awakening if the nation returns to
            business as usual.  There will  ...

7.          Local attorney has hand in community planning
            **Macon Telegraph (GA)** Author: Linda S. Morris, lmorris@macon.com;          Word Count:
            1359
            1/21/08 BSX-MACTEL (No Page) 2008 WLNR 1147733 ...

            ...here with a hot tub," he said, laughing. But the only thing that now fills the tub and an
            adjoining **steam** room are boxes of legal files. Crowley has been in the same office building
            since he began practicing about 36  ...

8.          SOUTH FLORIDA FAIR: Beauty queen's gown ruined A beauty pageant winner's expensive
            dress was vandalized during the event at the South Florida Fairgrounds Saturday.
            **Miami Herald (FL)** Author: CHARLES PASSY, Palm Beach Post;          Word Count: 620
            1/21/08 MIAMIHD B3 2008 WLNR 1147855 ...

            ...found a sobbing Wittenbrink. Then, she got the word: "Somebody ruined Jessica's dress!"
            Stein was told. Efforts were made to **steam**-clean the gown, but to no avail.  By evening's end,
            the 13 contestants were instructed to gather backstage, where they  ...

9.          What's flu, what's not?
            **News Tribune, The (Tacoma, WA) (KRT)**          Word Count: 1852
            1/21/08 MNTTCMA (No Page) 2008 WLNR 1156445 ...

            ...follow cleaning instructions can allow mold to grow.  And that can be especially troubling to
            children with allergies or asthma. **Steam**: You can also try having your child hang out in a
            steamy bathroom for 10 minutes a few times a  ...

10.         CITY OF THE FUTURE
            **San Francisco Chronicle (CA)** Author: John King;          Word Count: 748
            1/21/08 SFCHR C1 2008 WLNR 1152279 ...

            ...in 2108 to be a place where forests of towers grow algae as well as house people, and where
            geothermal **steam** baths sprout atop Twin Peaks. Those elements are part of the proposal by
            IwamotoScott Architecture, selected Sunday as the winner  ...

11.         A Game-Winning Field Goal in the Cold

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM % LOSE LOSING LOSES                DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

**Washington Post** Author: Sally Jenkins;        Word Count: 1093
    1/21/08 WP-BUS (No Page) 2008 WLNR 1145389 ...

...barely distinguishable under a spreading layer of frost.  The view of Green Bay from the
upper deck was of smokestacks, **steam**, and empty streets and dead trees as far as the eye could
see.  No one was outdoors -- except the hardy  ...

12.     Boost public assistance to feed state's poor
    **Albany Times Union (NY)** Author: EDITH LEET;        Word Count: 777
    1/20/08 TIMESUN D1 2008 WLNR 1141186 ...

...tables with cheerful tablecloths, fresh fruit and butter and syrup for the pancakes to come.  A
huge tub of oatmeal **steams** nearby. It is gratifying to see our guests experience the same
comforts of warmth, welcome and appetizing, nutritious food.  One  ...

13.     Florida up to its mysterious ways as Republicans turn to it for clarity in presidential race
    **AP DataStream**        Word Count: 1232
    1/20/08 APDATASTREAM 16:31:27 ...

...a four-way donnybrook," predicted Charles Black.  He advises John McCain, who will come
to Florida with a head of **steam** after winning South Carolina on Saturday. Most Republican
candidates will focus on the corridor between Tampa and Daytona Beach along  ...

14.     GOP Primary a Toss-Up in Florida
    **AP Presidential**        Word Count: 1232
    1/20/08 APPRES 16:31:09 ...

...a four-way donnybrook," predicted Charles Black.  He advises John McCain, who will come
to Florida with a head of **steam** after winning South Carolina on Saturday. Most Republican
candidates will focus on the corridor between Tampa and Daytona Beach along  ...

15.     STATELY GUILFORD HOUSE HAS LIBRARY, EXPANSIVE ROOMS DESIRABLE
        SPACES
    **Baltimore Sun (MD)** Author: sun reporter;  Author: Andrea F. Siegel;        Word Count: 588
    1/20/08 BALTSUN 8L 2008 WLNR 1163840 ...

...the house can have five bedrooms.  The master suite features a bathroom with a deep, jetted
tub and a separate **steam** shower.  Another bedroom has a wall lined with built-in cabinets and
shelves.  French doors at the end of the  ...

16.     Artist's passion burns bright through his glass creations
    **Bellingham Herald (WA)**        Word Count: 1549
    1/20/08 BSX-BLLHER (No Page) 2008 WLNR 1133416 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

...the glob more uniformly round. The tool is kept wet so the hot glass will rotate smoothly on carbon and **steam**, rather than catch on the wood.  At various times during the making of each tumbler, Morrison or Lawrence will puff ...

...Morrison stands on a short platform and lowers the hot glass into the center of the mold, which Lawrence closes. **Steam** rises from the mold as Morrison rotates the glass and puffs air into the top of the pipe.  The mold  ...

17.        Market brings flavors of Asia to S.C. Variety of unusual ingredients can be found at store
           **Charlotte Observer (NC)** Author: ERIN MCMANUS;        Word Count: 602
              1/20/08 CHAROBSVR 3Y 2008 WLNR 1123562 ...

           ...outer husks when the shoots are done. " South Carolina has the best bamboo shoots," she said. Yang says you can **steam** pieces of fish with herbs inside a section of mature bamboo. " The flavor is great." The Hmoob Market is behind  ...

18.        Shopping for a washer? Consider these points
           **CHICAGO TRIBUNE** Author: Beth Botts;        Word Count: 439
              1/20/08 CHICAGOTR 2 2008 WLNR 1128445 ...

           ...reason to have a lot of specialized cycles and different water levels.  Silver ion cleaning technology (for germ-fighting) and **steam** cleaning were unimpressive in Consumer Reports tests.  What's worth looking for?  Automatic dispensers for detergent and bleach. 4. Keep the ...

19.        Chicago gives weather the cold shoulder Subzero windchills don't keep residents inside
           **CHICAGO TRIBUNE** Author: Gerry Smith, Tribune reporter;  Author: Tribune reporter Deborah Horan contributed to this report.;        Word Count: 1277
              1/20/08 CHICAGOTR 1 2008 WLNR 1128589 ...

           ...soldiered on, with people dressed in layers, their expressions concealed behind scarves and ski masks. It was so cold that **steam** hovered above the Chicago River and billowed from the tops of downtown skyscrapers.  It was so cold that Lake Michigan  ...

20.        The family jeweler A CAREER-CHANGING CHEF, PREPARING FOOD IS LIKE STRINGING MULTICOLORED BEADS
           **CHICAGO TRIBUNE** Author: STEPHEN FRANKLIN;  Author: Stephen Franklin is a Tribune staff writer;        Word Count: 899
              1/20/08 CHICAGOTR 24 2008 WLNR 1128351 ...

           ...and unusual harmony, beautiful jewels of the Earth," Leyla says. The pie crust is cut with an X so it **steams** as it cooks.  Ultimately it turns a golden brown.  Then, when the pies are opened, there are the shades of  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

21.    Republican candidates turn attention to Florida
       **Chicago Tribune (KRT)**      Word Count: 954
          1/20/08 KRT-CHITRIB (No Page) 2008 WLNR 1143635 ...

       ...of 57 delegates to the party's convention.  And perhaps more importantly, a win here could
       provide a significant head of **steam** heading into Feb. 5, when more than 20 states hold
       primaries or caucuses.  "The Republican race is a dead heat  ...

22.    Railroaders reminisce
       **Clovis News Journal (Clovis, NM)**      Word Count: 549
          1/20/08 CLOVISNEWSJ-NM (No Page) 2008 WLNR 1133382 ...

       ...he retired, he'd tell me he wished he'd never retired," Riley recalled. "The prettiest music you
       can hear is those **steam** whistles.  I love it.  Entertainment  1EN08 Celebrities  1CE65
       BAXTER CURREN BAXTER CURREN SENIOR CENTER FEEN A MINTS  ...

23.    LETTERS TO THE EDITOR
       **Dallas Morning News** Author: N/A;      Word Count: 1459
          1/20/08 DALLASMN 2P 2008 WLNR 1139155 ...

       ...lanes?  What's wrong with one simple rule: You need two people in your vehicle. Staring at
       that empty lane really **steams** me when I'm on Highway 75, so, coming home to Plano from
       North Dallas the other night with my wife  ...

24.    BRIEF: Mind over matter
       **Gazette, The (Cedar Rapids, IA) (KRT)**      Word Count: 176
          1/20/08 GAZETTEIA (No Page) 2008 WLNR 1132142 ...

       ...15 trips it takes him to retrieve all the grocery carts, approaching the bitter cold with
       equanimity, exhaling wisps of **steam** as he talked. "Doing a job like this, it's really a lot more
       about endurance and stamina than speed," he  ...

25.    City stores benefit from NFL teams' success
       **Greenwich Time (Greenwich, CT)** Author: Carlton Christopher;      Word Count: 545
          1/20/08 GREENWICH-CT (No Page) 2008 WLNR 1119506 ...

       ...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no
       wonder why. New England **steam**-rolled through the regular season undefeated, and with two
       more wins, would be only the second National Football League team  ...

26.    Kick up your heels, shake your bootie and pig out
       **Idaho Statesman (Boise)** Author: Jeanne Huff;  Author: jhuff@ idahostatesman.com;  Author:
       Jeanne Huff: 377-6483;      Word Count: 1758
          1/20/08 IDAHOSM (No Page) 2008 WLNR 1139412 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

...$85. McCall RV Resort, 200 Scott St., (800) 709-9739.  Full hook-ups and cable TV, swimming pool, hot tub, **steam** room, fitness room, $39.  Small cabins sleep 4-6, kitchen, bath, $135. Ashley Inn, (208) 382-5621, Cascade.  Fireplace, pool ...

27.        One Park Place: Amenities provide residents with relief from winter
           **Kansas City Star (MO)** Author: One Park Place;          Word Count: 680
           1/20/08 KCSTAR I1 2008 WLNR 1117326 ...

           ...is an indoor saltwater lap pool.  On the other hand, if homeowners are looking for pure relaxation, a whirlpool spa, **steam** room and a massage room are also available.  Lastly, if conducting business is the order of the day, One Park ...

28.        The Miami Herald Recommends OUR OPINION: FLORIDA VOTERS SHOULD SAY NO TO AMENDMENT ONE, DEMAND BETTER TAX RELIEF
           **Miami Herald (FL)** Author: N/A;          Word Count: 564
           1/20/08 MIAMIHD L6 2008 WLNR 1121577 ...

           ...of Amendment One and the state's skewed tax structure are counting on.  Offering some tax relief today will take the **steam** out of the drive for tax reform, leaving the current system in place and making it harder to achieve meaningful ...

29.        Winter g r e e n It's time for kale, chard, collards to shine
           **Milwaukee Journal Sentinel (WI)** Author: KAREN HERZOG;  Author: Milwaukee Journal Sentinel;          Word Count: 2204
           1/20/08 MLWK 1 2008 WLNR 1165418 ...

           ...red pepper and the stems of chard or kale.  She adds the leaves of the greens with a little water, **steams** them until tender, and then finishes the dish with a little vinegar or lemon juice to add acidity and to ...

           ...1½ cups milk or half-and-half cream  Preheat oven to 350 degrees.  Butter a 2-quart shallow baking dish. **Steam** kale until almost tender, 8 to 10 minutes. Meanwhile, peel and cut potatoes and onions into 1/8-inch-thick ...

30.        Winter green: It's time for kale, chard, collards to shine
           **Milwaukee Journal Sentinel, The (KRT)**          Word Count: 2173
           1/20/08 MLWK (No Page) 2008 WLNR 1122181 ...

           ...red pepper and the stems of chard or kale.  She adds the leaves of the greens with a little water, **steams** them until tender, and then finishes the dish with a little vinegar or lemon juice to add acidity and to ...

           ...2  cups milk or half-and-half cream  Preheat oven to 350 degrees.  Butter a 2-quart shallow baking dish. **Steam** kale until almost tender, 8 to 10 minutes. Meanwhile, peel and cut potatoes and onions into 1/8-inch-thick ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

31.   The Modesto Bee, Calif., Ron Agostini column: Fifty years and counting
      **Modesto Bee, The (CA) (KRT)**      Word Count: 1477
        1/20/08 MODESTOBEE (No Page) 2008 WLNR 1131755 ...

      ...and softball for years.  Now I ride the bike for a half-hour, do some upper-body work, have a
      **steam**, take a shower and then I go upstairs for my reward -- a beer and the camaraderie. "My
      wife died three  ...

32.   MOUNTAINS OF MARKETING: Sand sculptures carve image for M.B. events Companies
      keep busy building unique artwork used for publicity
      **Myrtle Beach Sun News (SC)** Author: Lisa Fleisher, The Sun News;      Word Count: 1243
        1/20/08 BSX-SUNNWS D1 2008 WLNR 1119012 ...

      ...based in San Diego on March 8. For a while, workers in the micro industry questioned
      whether it had enough **steam** to keep churning. "We used to have debates about this decades
      ago how long is this sand castle thing going  ...

33.   PARENTS CLUB NEWS
      **New Orleans Times Picayune** Author: N/A;      Word Count: 851
        1/20/08 NOTPCN 5 2008 WLNR 1126561 ...

      ...and School Association will sponsor Teacher Appreciation Week during Catholic School
      Week Jan. 27 through Feb. 1. ST. EDWARD SCHOOL **STEAM** is hosting a pancake breakfast
      fund-raiser on Jan. 27 from 8 a.m. to noon in the cafeteria. In addition ...

      ...KIRKPATRICK LADIES COUNCIL LHSAA MATTHEW MONSIGNOR BENDIX
      CENTER NATIONAL SHRINE PARENTS PARENTS CLUB PROVIDENCE SCHOOL
      SCHOOL ASSOCIATION SMAC SPEECH ST **STEAM** PARENTS Alan Welch Child
      Derenbecker EDWARD SCHOOL Elementary Erin Plauche MARY MAGDALEN SCHOOL
      Presentations Proceeds Providence School Quo Vadis Quo  ...

34.   PARENTS CLUB NEWS
      **New Orleans Times Picayune** Author: N/A;      Word Count: 851
        1/20/08 NOTPCN 6 2008 WLNR 1126559 ...

      ...and School Association will sponsor Teacher Appreciation Week during Catholic School
      Week Jan. 27 through Feb. 1. ST. EDWARD SCHOOL **STEAM** is hosting a pancake breakfast
      fund-raiser on Jan. 27 from 8 a.m. to noon in the cafeteria. In addition ...

      ...KIRKPATRICK LADIES COUNCIL LHSAA MATTHEW MONSIGNOR BENDIX
      CENTER NATIONAL SHRINE PARENTS PARENTS CLUB PROVIDENCE SCHOOL
      SCHOOL ASSOCIATION SMAC SPEECH ST **STEAM** PARENTS Alan Welch Child
      Derenbecker EDWARD SCHOOL Elementary Erin Plauche MARY MAGDALEN SCHOOL
      Presentations Proceeds Providence School Quo Vadis Quo  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM % LOSE LOSING LOSES        DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...


35.        And the nominees should be . . . We still don't know if we'll have a show to show for it, but in
           two days the Academy of Motion Picture Arts and Sciences will announce the nominees for the
           80th annual Academy Awards. Our man at the movies weighs in with his picks and predictions
           for the Fab Five in each category.
           **New Orleans Times Picayune** Author: Mike Scott Movie writer;        Word Count: 2689
              1/20/08 NOTPCN 1 2008 WLNR 1126690 ...


           ...the "British Oscars" -- and its big win last week, Joe Wright's period drama has built up an
           impressive head of **steam** heading into the fat part of the Oscar season. The dark horse: "There
           Will Be Blood."  Paul Thomas Anderson's sweeping  ...


36.        McCain and Clinton Capture Tough Wins Huckabee Trails in S. Carolina Primary
           **New York Times (NY)** Author: MICHAEL COOPER and MEGAN THEE; Michael Powell
           contributed reporting from Columbia, S.C. and Michael Luo from Jacksonville, Fla.;        Word
           Count: 1717
              1/20/08 NYT A1 2008 WLNR 1124430 ...


           ...In an unusually fluid Republican field, his aides said they hoped the victory would give Mr.
           McCain a head of **steam** going into the Jan. 29 Florida primary and the nationwide series of
           nominating contests on Feb. 5.    "It took us  ...


37.        Ice Bowl II Games Hardened By Winter's Chill Stay Deeply Etched In the Memory
           **New York Times (NY)** Author: JOHN BRANCH;        Word Count: 476
              1/20/08 NYT 1 2008 WLNR 1124366 ...


           ...Bay Packers beat the Dallas Cowboys at Lambeau Field. " Frozen tundra" became part of the
           sporting lexicon, and images of **steam** rising off the heads of players were burned into the
           collective memory.        Some of the most famous games in N.F.L  ...


38.        CHECK IN, CHECK OUT
           **New York Times (NY)** Author: GREGORY DICUM;        Word Count: 685
              1/20/08 NYT 4 2008 WLNR 1124449 ...


           ...with a range of bathing options -- from the Japanese furo tubs in every room to suites
           equipped with saunas or **steam** baths.  At a minimum, all rooms have deep rectangular furos
           with adjacent showers and separate water closets. ( All those doors  ...


39.        A Relaxing Tradition Dips a Toe in the 21st Century
           **New York Times (NY)** Author: DANIEL ALTMAN;        Word Count: 1962
              1/20/08 NYT 7 2008 WLNR 1124102 ...


           ...glass is a timeless vista: a towering, tree-covered slope near a burbling stream, all filtered
           through the haze of **steam** rising off the hot spring water.    Besides a smooth fusion of
           traditional and modern in its bathing setting, said Mr  ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

40.          Shrinking Pains
             **New York Times (NY)**      Word Count: 670
                1/20/08 NYT 13 2008 WLNR 1124257 ...

             ...as in the New Hampshire opinion polls, the women's vote is underrepresented. " Obama by
             eight points, Romney by five," one **steam**-room pundit assured me the night before that contest.
             But the flat screens over our elliptical trainers advertise hamburgers, not ...

41.          Dorothy V. Fry
             **Oklahoman** Author: N/A;        Word Count: 369
                1/20/08 OKLAHOMAN 24A 2008 WLNR 1166195 ...

             ...She retired from Tinker Air Force Base. She was a member of the Shawnee Tractor and
             Engine Club; the Oklahoma **Steam** Threshers; Toastmasters at Tinker and Broadway United
             Methodist Church. She enjoyed watching her grandsons play sports. Dorothy was preceded in
             ...

42.          ABBA's, Rat Pack's music among Civic Center's scheduled shows
             **Oklahoman**        Word Count: 418
                1/20/08 OKLAHOMAN 2D 2008 WLNR 1166007 ...

             ...unlikely relationship blossoms between a middle-management worker and the factory's new
             superintendent. The score features the classics "Hey, There," "**Steam** Heat" and "Hernando's
             Hideaway." "The Rat Pack: Live at the Sands," a nostalgic musical tribute to Frank Sinatra,
             Dean Martin ...

43.          Have a cool time catching some trout
             **Oklahoman**        Word Count: 975
                1/20/08 OKLAHOMAN 3E 2008 WLNR 1166017 ...

             ...Creek area was created by diverting the river through what had been, and is now again, a
             creek bed. The **steam** riffles and surges through the forest in a setting that is stunningly
             beautiful even without the trout. The other trout ...

44.          Scottsdale hotels put the 'ahhhhh' in spas
             **Orlando Sentinel** Author: Kyle Wagner, The Denver Post;       Word Count: 1623
                1/20/08 ORLANDOSENT K2 2008 WLNR 1131227 ...

             ...large pools sided by private cabanas for late-afternoon siestas. The spa is roomy and inviting,
             with large saunas and **steam** rooms. * High point: The location makes this feel like a true
             getaway, and the setting is gorgeous. Potpourri in the ...

             ...out back before or after treatment, or do the recommended "purification ritual" in the ladies'

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES                DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

area starting with a hot **steam** in their spiral room, followed by a cool-off in the groovy, private "snail showers," then soak in the Japanese ...

45.        Jeannette's Pryor saga steams toward conclusion
           **Pittsburgh Tribune Review** Author: Paul Schofield;        Word Count: 833
           1/20/08 BSX-TRBREV (No Page) 2008 WLNR 1135754 ...

           ...Jeannette's Pryor saga **steams** toward conclusion Paul Schofield    Jeannette's No. 1 son, Terrelle Pryor, seemed at ease when he and ...

46.        DESIGN SECRETS OF A MASTER
           **San Francisco Chronicle (CA)** Author: George Raine;        Word Count: 2263
           1/20/08 SFCHR E1 2008 WLNR 1116011 ...

           ...never again to be without sufficient water to fight fires.  In his fantasy, the city in about 1910 built a **steam**-powered pumping station (now the site of Epic Roasthouse) and a distribution center (Waterbar) to deliver water from the bay ...

47.        CD REVIEWS: BRAHMS - Classical
           **San Francisco Chronicle (CA)** Author: Steven Winn;        Word Count: 164
           1/20/08 SFCHR N44 2008 WLNR 1040383 ...

           ...CD REVIEWS: BRAHMS - Classical Steven Winn   RATING: (POLITE APPLAUSE) Brahms thought he was out of **steam** as a composer until he met clarinetist Richard Mühlfeld in 1891.  Out came a late burst of chamber music, including ...

48.        No Headline Available
           **ADVOCATE** Author: Dieter Stanko;        Word Count: 548
           1/19/08 ADVOCATE-CT 2 2008 WLNR 1082440 ...

           ...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team ...

49.        Sales are super for merchandise from Patriots, Giants
           **ADVOCATE** Author: Robin Watson;        Word Count: 548
           1/19/08 ADVOCATE-CT A1 2008 WLNR 1082475 ...

           ...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team ...

50.        Sales are super for merchandise from Patriots, Giants

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

**ADVOCATE** Author: Robin Watson;      Word Count: 548
      1/19/08 ADVOCATE-CT A1 2008 WLNR 1082474 ...

...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team  ...

51.    BRYANT, ROLAND f. sr.
      **Albany Times Union (NY)** Author: N/A;      Word Count: 174
      1/19/08 TIMESUN B5 2008 WLNR 1113377 ...

... F. Sr. AMSTERDAM Roland F. Bryant Sr. passed away January 18, 2008. Resident of Amsterdam.  Plumber and **steam** fitter for over 50 years by Local 105 of Schenectady.  Proud Korean veteran of the U.S. Marine Corps.  Beloved husband  ...

52.    Blake survives in 5-set thriller American rallies after being 2 points from loss
      **Albany Times Union (NY)** Author: JOHN PYE Associated Press;      Word Count: 300
      1/19/08 TIMESUN C3 2008 WLNR 1113505 ...

...shouting "Yeah!  Yeah!" when he leveled the match on a serve that Grosjean whacked long.  That seemed to take the **steam** out of Grosjean.  Blake broke serve twice as he opened up a 5-1 lead in the deciding set.  He  ...

53.    Storm generated flood of damaged instruments
      **AP Alert - Louisiana** Author: MARK WALLER;      Word Count: 1420
      1/19/08 APALERTLA 15:45:07 ...

...anything Foster had seen in three decades of lutherie.  Corrosion ate metal strings and screws.  Wooden bodies warped in the **steam** room-like conditions, even on instruments stored above the water's reach. "That's the first time I've ever seen strings just  ...

54.    Blake wins 5-setter in 2nd Grand Slam in a row
      **AP DataStream**    Word Count: 747
      1/19/08 APDATASTREAM 20:07:47 ...

...lead in the tiebreaker, but Blake took the last four points, three on clean winners. That seemed to take the **steam** out of the Frenchman.  Blake broke Grosjean twice as he opened up a 5-1 lead in the deciding set  ...

55.    STEPS TO PROTECT TEENS ONLINE ATTORNEYS GENERAL, MYSPACE WORK ON ID TECHNOLOGY
      **Baltimore Sun (MD)** Author: Sun reporter;  Author: Chris Emery;      Word Count: 1509
      1/19/08 BALTSUN 1A 2008 WLNR 1131808 ...

©  2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

...sex crimes," he said.  In fact, social networks might provide an outlet for adventurous or alienated youths to burn off **steam** or seek companionship, without taking real-world risks. "If they want to take risks and flirt, 10 years ago they  ...

56.     Detroit Free Press Drew Sharp column: For this fan, let it snow, let it snow ...
        **Detroit Free Press (KRT)**      Word Count: 809
          1/19/08 DTRTFP (No Page) 2008 WLNR 1104999 ...

        ...first memory of Lambeau Field is also my fondest.  Black-and-white TV images of football players emitting so much **steam** from their hot breath on such a bitterly cold day, sometimes you couldn't even see their helmets. Today, that game  ...

57.     Cold truth There's still no cure, but there's a lot to know about treatment and prevention
        **Fort Worth Star-Telegram (Fort Worth)** Author: Harvard Health Letters;      Word Count: 1491
          1/19/08 FTWTHST E12 2008 WLNR 1096714 ...

        ...other brands) can help with a cough. Taking a decongestant isn't the only way to open up nasal passages.  Inhaling **steam** from a teakettle or in a hot shower can help.  Drinking plenty of water helps unplug nasal passages by keeping  ...

58.     For January 19, 2008, MSNBC - Part 2
        **MSNBC Television** Author: Tim Russert;      Word Count: 5364
          1/19/08 MSNBCTELV (No Page) 2008 WLNR 1140237 ...

        ...to trail and try  to set up in a plot against his leading Republican opponent. He described himself as an **steam** roller in dealing with the legislature.   It didn`t help him there very much. Here`s a guy who`s  ...

59.     Head of steam
        **New Jersey Record (NJ)** Author: N/A;      Word Count: 35
          1/19/08 RECNNJ S02 2008 WLNR 1135603 ...

        ...Head of **steam**   Eric Bernotas of the United States looking ahead during his run during the men's World Cup  ...

60.     EAST JEFFERSON POLICE REPORTS
        **New Orleans Times Picayune** Author: N/A;      Word Count: 2626
          1/19/08 NOTPCN 3 2008 WLNR 1085095 ...

        ...from a business on Jan. 5. 1400 block of Jefferson Highway A train restoration organization reported that someone stole three **steam** whistles with a total value of $2,500 on Jan. 10. 4500 block of Jefferson Highway An employee in a convenience  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

61.       Head of steam
          **Record, The; Bergen County, N.J.** Author: N/A;        Word Count: 35
          1/19/08 RECNNJ S02 2008 WLNR 1134206 ...

          ...Head of **steam**  Eric Bernotas of the United States looking ahead during his run during the
          men's World Cup  ...

62.       Obituaries
          **Sun Herald (Biloxi, MS)** Author: N/A;        Word Count: 2465
          1/19/08 SHRLD A10 2008 WLNR 1076331 ...

          ...the side of God. Before moving to the coast, Bob "the rag man" worked in various
          management positions with Natchez **Steam** Laundry for 26 years.  He has always been a
          devoted and caring father and grandfather.  He carried on rearing four ...

          ...BADGE DUCHESS CLUB FEDERAL PROJECTS GARRAD GARRAD WILLIAMS
          GULFPORT HIGH SCHOOL HARLEY DAVIDSON KOREAN MEDAL LSU MISSISSIPPI
          STATE GUARD NATCHEZ **STEAM** LAUNDRY NATCHEZ TRACE MEMORIAL
          NATIONAL GUARD DIXIE DIVISION NILE NOTICES OBITUARIES OCEAN SPRINGS
          OCEAN SPRINGS SCHOOL POET SOCIETY REDEEMING LIFE  ...

63.       Japanese Inventor Develops Endoscope Manufacturing Method
          **US Federal News** Author: N/A;        Word Count: 202
          1/19/08 USFEDNEWS (No Page) 2008 WLNR 1150327 ...

          ...inner diameter dimension of the pliable tube at ambient temperature after application of the
          thermal load of the high-pressure **steam** sterilization step is larger than the inner diameter
          dimension at ambient temperature before application of the thermal load."   The inventor  ...

64.       Florida Inventors Develop Distillate Fuel Steam Reformer System
          **US Federal News** Author: N/A;        Word Count: 322
          1/19/08 USFEDNEWS (No Page) 2008 WLNR 1081938 ...

          ...Florida Inventors Develop Distillate Fuel **Steam** Reformer System   By US Fed News
          ALEXANDRIA, Va., Jan. 19 -- Aly H. Shaaban of Lynn Haven ...

          ...developed a sulfur removal fuel processor.   According to the U.S. Patent &amp; Trademark
          Office, the invention relates to a "distillate fuel **steam** reformer system in which a fuel feed
          stream is first separated into two process streams: an aliphatics-rich, sulfur-depleted ...

          ...gas stream, and an aromatics- and sulfur-rich liquid residue stream.  The aliphatics-rich gas
          stream is desulfurized, mixed with **steam**, and converted in a reforming reactor to a hydrogen-
          rich product stream."   An abstract of the invention, released by the  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

65.    Primary Energy Distri 01 18
        **AP Alert - Energy** Author: N/A;          Word Count: 403
         1/18/08 APALERTENG 12:32:16 ...

        ...pulverized coal facility (collectively, the "Projects"). The Projects have a combined electrical
        generating capacity of 283 megawatts and a combined **steam** generating capacity of 1.8
        MMlbs/hour. Primary Energy creates value for its customers by capturing and recycling waste
        energy ...

66.    Make a tart for your Valentine's sweet
        **AP Alert - Environment**          Word Count: 793
         1/18/08 APALERTENV 21:48:03 ...

        ...oven, the bits of fat trapped between layers of flour and water will melt, and the moisture will
        expand into **steam**, evaporate, and leave behind tiny air pockets, making a tender flaky crust.
        After mixing the flour with the other dry ...

67.    Small Quake Reported at Mount St. Helens
        **AP Online** Author: N/A;          Word Count: 503
         1/18/08 APWIRES 00:16:33 ...

        ...Small Quake Reported at Mount St. Helens   VANCOUVER, Wash._**Steam** seeping from a
        fracture atop the lava dome in Mount St. Helens' crater and the mountain's first noteworthy
        seismic activity ...

        ...said Wednesday. Geologist John S. Pallister was flying over the volcano in southwestern
        Washington on Sunday when he spotted the **steam**. "It was interesting enough to take some
        pictures," said Pallister, a private pilot who works in the hazards section of ...

        ...period, punctuated by a second quake of magnitude 2.7 _ all in the same period in which he
        saw the **steam**. Tiltmeters also registered alternate ground swelling and deflation near the lava
        dome, which has been growing in the crater since ...

68.    AP Science NewsBrief at 7:17 p.m. EST
        **AP Online** Author: N/A;          Word Count: 1007
         1/18/08 APWIRES 00:17:48 ...

        ...saber-toothed cats _ a prehistoric version of Tom and Jerry. Small Quake Reported at Mount
        St. Helens VANCOUVER, Wash. ( AP ) _ **Steam** seeping from a fracture atop the lava dome in
        Mount St. Helens' crater and the mountain's first noteworthy seismic activity ...

69.    Taste of Gwinnett: Bites Kaysons does bar food right -- and TVs help
        **Atlanta Journal and Constitution (GA)** Author: LYNN PEISNER;  Author: For the Journal-
        Constitution;          Word Count: 378
         1/18/08 ATLNTAJC 5 2008 WLNR 1018567 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

...mushrooms are added, white American cheese is melted on the heap and a hoagie roll tents the whole mound to **steam**. The sandwich is served with a choice of French fries, pasta salad, macaroni and cheese, cole slaw, onion rings or ...

70.  Reporter steps into the fire: Drill simulates being in burning structure
     **Bakersfield Californian, The (KRT)**          Word Count: 503
        1/18/08 BAKERSFLDCA (No Page) 2008 WLNR 1034579 ...

...made sure I was completely covered. Any exposed skin could suffer serious burns. " I'll be right behind you," Patterson said. **Steam** fogged my mask upon entering the trailer. I nearly walked into a firefighter, but Patterson gripped my shoulder and helped ...

71.  Answers, wins eluding Brady's team
     **Baton Rouge Advocate** Author: RANDY ROSETTA;          Word Count: 968
        1/18/08 BATONR C1 2008 WLNR 1054375 ...

...program stands right now: The Tigers are languishing near the bottom of an SEC that has lost a lot of **steam** nationally as a strong basketball conference. Somehow, there is no trace of momentum remaining from the 2006 Final Four berth ...

72.  Schlumberger Announces Fourth-Quarter and Full-Year 2007 Results
     **Business Wire** Author: N/A;          Word Count: 7154
        1/18/08 BWIRE 11:00:00 ...

...Working in Canada' s technologically challenging and fast-growing heavy-oil sector, Schlumberger Testing completed for Suncor the first-ever **steam**-assisted gravity drainage (SAGD) operation using the unique Vx* advanced multiphase flowmeter in an environment where flowline surface temperatures could exceed 200 degC. The technology enabled real-time production optimization of this multiphase flow where **steam**, bitumen and water are mixed with a high content of sour gas, demonstrating that multiphase Vx technology can be applied ...

73.  Wintertime, and the theater is humming with 'Gershwin'
     **Cleveland Plain Dealer** Author: Tony Brown;          Word Count: 746
        1/18/08 PLDLCL E3 2008 WLNR 1083979 ...

...and he may be in Cleveland at our darkest time of the year. But he fills the Drury Theatre with **steam** imported directly from Catfish Row in Charleston, S.C., and he doesn't do it alone. To reach this Plain Dealer reporter ...

74.  Quarters in trailer steam firefighters
     **Connecticut Post (Bridgeport) (KRT)**          Word Count: 508
        1/18/08 CONNPOSTBR (No Page) 2008 WLNR 1047583 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM % LOSE LOSING LOSES                DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

...Quarters in trailer **steam** firefighters Aaron Leo Connecticut Post, Bridgeport       Jan. 18--
BRIDGEPORT -- The trailer temporarily housing firefighters whose Ocean  ...


75.       Clubs Here's hoping it'll be glitter galore for Distortion Disko at the Hi-Dive
           **Denver Post (CO)** Author: Kathleen St. John Special to The Denver Post;       Word Count:
          667
           1/18/08 DENVERPOST F16 2008 WLNR 1052321 ...

          ...For those who can live without a Timbaland track for an evening,  Distortion Disko promises
          to be a new weeknight **steam** valve.  Get  rid of those work clothes and consider the glitter.
          Distortion Disko.  Wednesday nights at the Hi-Dive. $3  ...


76.       Merrill Lynch to finance Raser geothermal plant
           **Deseret Morning News** Author: Bloomberg News;       Word Count: 286
           1/18/08 DSRTNEWS D14 2008 WLNR 1027983 ...

          ...to a total of 155 megawatts if certain conditions are met, Raser said.      Geothermal power
          plants tap underground reservoirs of **steam** to produce electricity while generating less
          pollution than generators that burn coal or oil.  Raser and other companies are working  ...


77.       For these conference title games, let it snow, let it snow . . .
           **Detroit Free Press (KRT)**       Word Count: 879
           1/18/08 DTRTFP (No Page) 2008 WLNR 1097129 ...

          ...first memory of Lambeau Field is also my fondest.  Black-and-white TV images of football
          players emitting so much **steam** from their hot breath on such a bitterly cold day, sometimes
          you couldn't even see their helmets.  Today, that game  ...


78.       Recent findings in stem cell research described by B.E. Butterworth and colleagues Stem Cell
          Research
           **Drug Week** Author: N/A;       Word Count: 494
           1/18/08 DRUGWEEK 1081 2008 WLNR 559680 ...

          ...safety concerns with ethylene oxide can be eliminated by the use of alternative technologies
          including electron beam, gamma irradiation, or **steam** for the sterilization of all products used
          for stem cell processing and storage." Butterworth and colleagues published their study in  ...


79.       Economic Stimulus; Power Plant Dilemma
           **FOX** Author: Bret Baier, Jim Angle, Shepard Smith;       Word Count: 1989
           1/18/08 FOX (No Page) 2008 WLNR 1059455 ...

          ...Beach,  Delaware -- those beautiful beaches, relaxed retirees, and a massive power  plant that
          locals say chugs river water and belches **steam** and smoke as far  as the eye can see. JOAN
          DEAVER, CITIZENS FOR A BETTER SUSSEX:  This is our 800  ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw*

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

80.    Iowa slips a notch to fourth in wind rankings
       **Gazette, The (Cedar Rapids, IA) (KRT)**          Word Count: 409
       1/18/08 GAZETTEIA (No Page) 2008 WLNR 1036056 ...

       ...water resources.  Many power plants consume huge amounts of water that they emit as vapor
       after turning the water into **steam** to power electric turbines. The largest wind projects
       completed in Iowa last year were the 123-megawatt Pomeroy I project  ...

81.    Federer's nemesis Safin out in Australia
       **Journal - Gazette** Author: JOHN PYE Associated Press;        Word Count: 835
       1/18/08 JGAZETTE 6B 2008 WLNR 1084515 ...

       ...It was a good warmup for the third-round for Serena and a chance for Venus to blow off
       some **steam** after making 44 unforced errors and struggling with her serve in a grinding 7-5, 6-
       4 win over Camille  ...

82.    Federer's nemesis Safin out in Australia
       **Journal Gazette, The (Fort Wayne, IN)** Author: JOHN PYE Associated Press;        Word
       Count: 835
       1/18/08 JGAZETTE 6B 2008 WLNR 1078151 ...

       ...It was a good warmup for the third-round for Serena and a chance for Venus to blow off
       some **steam** after making 44 unforced errors and struggling with her serve in a grinding 7-5, 6-
       4 win over Camille  ...

83.    Stray Voltage Shocks Drop Nearly 80 Percent; New Technology and More Testing Make New
       Yorkers Safer
       **Market Wire** Author: N/A;        Word Count: 808
       1/18/08 INTERNETWIRE 00:00:00 ...

       ...energy companies, with approximately $12 billion in annual revenues and $28 billion in
       assets.  The utility provides electric, gas and **steam** service to more than 3 million customers in
       New York City and Westchester County, New York.  For additional financial, operations  ...

84.    Financials lead Europe lower again UBS to restructure investment banking unit; Rio Tinto
       gains on M&A
       **MarketWatch** Author: Sarah Turner;        Word Count: 415
       1/18/08 MKTWATCH 08:55:00 ...

       ...finish in the red again as a steady stream of bad news from the insurance and banking sectors
       take the **steam** out of an earlier rally. 1/18/2008 12:18:00 PM LONDON (MarketWatch) --
       Stocks in Europe finished in the red again Friday as a steady stream of bad news from the
       insurance and banking sectors took the **steam** out of an earlier rally. Shares in UBS AG UBS

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM % LOSE LOSING LOSES                    DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

lost 5% after the Swiss banking giant said it plans  ...

85.   Financials lead Europe lower again UBS to restructure investment banking unit; Rio Tinto
      gains on M&A
       **MarketWatch** Author: Sarah Turner;          Word Count: 834
        1/18/08 MKTWATCH 08:55:00 ...

        ...finish in the red again as a steady stream of bad news from the insurance and banking sectors
        take the **steam** out of an earlier rally. 1/18/2008 12:28:00 PM LONDON (MarketWatch) --
        Stocks in Europe finished in the red again Friday as a steady stream of bad news from the
        insurance and banking sectors took the **steam** out of an earlier rally. Shares in UBS AG UBS
        lost 5% after the Swiss banking giant said it plans  ...

86.   WINE TASTINGS
       **Modesto Bee, The (CA)** Author: N/A;          Word Count: 294
        1/18/08 MODESTOBEE G16 2008 WLNR 1075413 ...

        ...Shop, 2101 Sylvan Ave., Suite 101, Modesto; 492-0600 WHEN: 6 to 8 p.m. Thursday
        BEERS: A variety of Anchor **Steam** brews will be poured COST: $12 263 list modbee
        Alcoholic Beverages  1AL86 Beverages  1BE22 Wines  1WI47 Food  ...

87.   Newscast: Scientists watching Mount St. Helens after small earthquake this week
       **NBC TODAY SHOW** Author: N/A;          Word Count: 45
        1/18/08 NBCTODAY (No Page) 2008 WLNR 1050270 ...

        ... Time: 7:00-11:00 AM ANN CURRY, anchor: Scientists are keeping a close watch on **steam**
        leaking out of Mount St. Helens in Washington state after a small earthquake there this week.
        They don't think it's  ...

88.   Bill Clinton, Stumping and Simmering
       **New York Times (NY)** Author: PATRICK HEALY; Steve Friess contributed reporting from
        Las Vegas.;          Word Count: 1156
        1/18/08 NYT A17 2008 WLNR 1016542 ...

        ...campaign saw as contributing to her victory in the New Hampshire primary.     At the same
        time, Mr. Clinton was releasing  **steam** that had built up within the campaign over news
        coverage.     "Bubbling just below the surface is a deep resentment on  ...

89.   The Resort as Residence
       **New York Times (NY)** Author: STEVE BAILEY;          Word Count: 857
        1/18/08 NYT F2 2008 WLNR 1016861 ...

        ...his life there: "I went for a workout today -- this time not with a personal trainer -- then I took
        a **steam**. The **steam** room is pristine.  Then an 80-minute Swedish massage.  Then doubles

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*West*law.

QUERY - STEAM % LOSE LOSING LOSES          DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

golf tomorrow morning. There will be bottled water on ...

90.    Disposal of Controlled Hazardous Substances
       **RegAlert** Author: N/A;        Word Count: 43600
          1/18/08 REGALERT (No Page) 2008 WLNR 1079414 ...

       ...requirements of Regulations .19-1-.19-5 of this chapter[.]; (14) Condensates derived from the
       overhead gases from kraft mill **steam** strippers that are used to comply with 40 CFR §63.446(e)
       if the condensates are combusted at the mill ...

91.    Notice of Actions Taken at December 5, 2007, Meeting
       **RegAlert** Author: N/A;        Word Count: 1123
          1/18/08 REGALERT (No Page) 2008 WLNR 1079536 ...

       ...Commission denied a request for an administrative hearing concerning the following project:
       Project Sponsor-PPL Susquehanna, LLC; Project Facility-Susqhehanna **Steam** Electric Station,
       Salem Township, Luzerne County, Pa. (Docket No. 19950301). Public Hearing-Extension of
       Emergency Water Withdrawal Certificates: Emergency water ...

92.    Holyoke High costs increase
       **Republican, The (Springfield, MA)**        Word Count: 509
          1/18/08 REPUBLICAN A01 2008 WLNR 1111560 ...

       ...only thing increasing the project cost. Holyoke Gas and Electric officials recently announced
       they will have to shut off the **steam** line that feeds the school because it is corroded and
       inefficient. That means the entire heating system will have to ...

93.    WORLD LOSES ANOTHER WWII VET
       **Roanoke Times (VA)** Author: Ray Cox ray.cox@roanoke.com 381-1672;        Word Count:
       902
          1/18/08 RNKETWN 4 2008 WLNR 1084195 ...

       ...true. But there is another Guadalcanal, one remembered without a trace of fondness or
       nostalgia. That Guadalcanal was a jungle **steam**-cooked by stupefying humidity, flooded by
       torrential rain, crawling with all manner of vermin from rats to lice to the ...

94.    83 GUESTS, EMPLOYEES STRICKEN BY NOROVIRUS SINGER ISLAND KITCHEN
       SHUTTERED
       **South Florida Sun-Sentinel** Author: N/A;        Word Count: 963
          1/18/08 SFLSUN-SENT 1A 2008 WLNR 1029827 ...

       ...prevention Frequently wash hands, especially after using the bathroom and before eating or
       preparing food. Carefully wash fruits and vegetables. **Steam** oysters before eating them.
       Thoroughly clean and disinfect contaminated surfaces immediately after an illness by using a

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**West**law

QUERY - STEAM % LOSE LOSING LOSES            DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

> bleach-based household  ...

95.    BILL WOULD LIMIT BARS' DRINK SPECIALS
       **St. Paul Pioneer Press (MN)** Author: Associated Press;        Word Count: 444
          1/18/08 STPLPP B4 2008 WLNR 1095427 ...

       ...BILL WOULD LIMIT BARS' DRINK SPECIALS Associated Press   Recent drinking deaths
       among young adults are adding **steam** to efforts by state lawmakers to restrict cheap drink
       specials at bars. Rep. Morrie Lanning, R-Moorhead, said he'll push  ...

96.    Plucked from the wreckage: String instruments ravaged by Katrina get lovingly restored
       **Star-Ledger, The (Newark, NJ)**        Word Count: 840
          1/18/08 STLGRN 51 2008 WLNR 1048793 ...

       ...anything Foster had seen in three decades of lutherie.  Corrosion ate metal strings and screws.
       Wooden bodies warped in the **steam** room-like con-ditions, even on instruments stored above
       the water's reach. "That's the first time I've ever seen strings  ...

97.    AT THE CASINOS
       **Sun Herald (Biloxi, MS)** Author: N/A;        Word Count: 5028
          1/18/08 SHRLD M19 2008 WLNR 1014719 ...

       ...Infusion - 6 a.m.-midnight Sun.-Thurs.; 6 a.m.-1 a.m. Fri.-Sat. Senses Spa &amp; Salon -
       Fitness center, coed lounge and **steam** room, 19 treatment rooms.  Hours of operation 8 a.m.-8
       p.m. Fitness hours of operation 6 a.m.-8 p.m. daily  ...

98.    Europe ends the week down, as financials, insurers weigh
       **Thomson Financial News** Author: Sarah Turner, MarketWatch;        Word Count: 805
          1/18/08 THOMSONFIN 17:28:00 ...

       ...in the red again Friday as a steady stream of bad news from the insurance and banking sectors
       took the **steam** out of an earlier rally. Shares in UBS AG (UBS)  lost 5% after the Swiss
       banking giant said it plans  ...

99.    Firewood 'seasoning' takes six months
       **Tulsa World** Author: PHIL MULKINS World Action Line Editor;        Word Count: 669
          1/18/08 TULSAWORLD E3 2008 WLNR 1099411 ...

       ...degrees.  As long as water   remains, it boils off at 212 degrees and carries heat away   from
       the fibers as **steam**.  In   the fire, moisture in the combustion air and moisture produced by the
       combustion process must also be driven off  ...

100.   Tulsa World, Okla., Action Line column: Firewood 'seasoning' takes six months

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM % LOSE LOSING LOSES                    DATABASE(S) - USNEWS
LOST GAIN! LET LETS LETTING BUILD!
RUN! RAN PICK! AHEAD FULL RAIL!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATO...

**Tulsa World (OK) (KRT)**     Word Count: 669
1/18/08 TULSAWORLD (No Page) 2008 WLNR 1033777 ...

...degrees.  As long as water remains, it boils off at 212 degrees and carries heat away from the fibers as **steam**.  In the fire, moisture in the combustion air and moisture produced by the combustion process must also be driven off  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.