# EXHIBIT E

## to Levi Declaration

Prof. Judith N. Levi                              Whirlpool case re *steam*
Department of Linguistics                     Attorney: J. A. Cragwall, Jr.
Northwestern University                        January 2008

## *EXHIBIT E*

### I.  TALLY FOR SEARCH E:
**100 articles with *steam* plus a suffix**
**appearing January 19-21, 2008**

Parameters specified on Westlaw USNEWS database:
> STEAM! % STEAMROLL! STEAMSHIP! STEAMFITTER! STEAMBOAT! DRAMA NOVEL PLAY
> FICTION AFFAIR SCANDAL FILM MOVIE PLOT EDITION

Note:  Search E contains many examples of the noun *steam* by itself.  Most if not all of these also appeared in Search D, since they cover almost the same time period. For this reason, I will limit this tally of Search E to examples of words in which *steam* appears followed by one or more suffixes, namely, in the words *steamy, steams, steamed,* and *steamer.*

**Usable examples of *steam* with a suffix:  29**
**Examples of unsuffixed *steam* ignored in this tally:  33**
**Unusable in any case:  43 articles** (24 with abstract senses, 7 with irrelevant senses (mostly proper nouns), and 12 duplicates of other articles
[Because some articles had 2-3 occurrences of *steam* – with or without a suffix – the total number of examples is greater than 100.]

**Usable data (29 examples):**
3 examples of *steamy*:  E18, 56, 57 (1 meaning "steam-filled,"  2 meaning "pretty hot [but not
        with actual steam present]"
8 examples of *steaming* as an adjective:  E1, 7, 58, 66, 75, 90 (with meaning of 'emitting visible
        steam'); and E2, 17 (in the compound *steaming hot*)
1 example of *steaming* as a verb:  E20
2 examples of *steams* as a verb:  E23, 50 (both relating to the cooking process)
11 examples of *steamed* as an adjective:  E22, 47, 53, 59, 64, 69, 72a, 72b, 76, 93, 99 (all
        describing foods prepared by the process of steaming)
1 example of *steamed* as a verb:  E71 (also referring to food)
3 examples of the noun *steamer*: E8a (referring to a kind of shower), E45 (referring to soft-shell
        clams), E73 (referring to a horse-drawn vehicle)

**Uses of words that do NOT refer to temperatures at or above 100 Centigrade**

*steamy*, in the 2 examples (E56, 57) meaning "pretty/unusually hot" (both used to describe summer temperatures in New Orleans) but not involving physical steam itself.

*steamy* in E18, referring to a bathroom filled with steam from a shower

*steaming*, in 6 examples (E1, 7, 58, 66, 75, 90) in which it means "emitting visible steam"  (used to describe:  *trash, coffee, cup of coffee, pot of arroz con frijoles, cafe au lait,* and (believe it or not) *pile of* [fried!] pickles)

*steaming-hot* in E2, 17 to describe the temperature of a biscuit and hot sticky rice

*steamer* in E8a (referring, it appears, to a kind of shower)

### Uses of words that DO refer to temperatures at or above 100 Centigrade

*steamed,* in all 11 examples (E22, 47, 53, 59, 64, 69, 72a, 72b, 76, 93, 99) that use this word as an adjective to describe various foods preparing by steaming, namely:  [*steamed*] broccoli (3 times), baby carrots, Chilean sea bass, meatball, clams and shrimp, whole fish, clams, salmon, peas.  [I am assuming that *while* the foods are steaming, in a closed container resting above boiling water, we could say that "dry steam" is actually present; although after the foods have been removed from the steamer, they are likely to emit visible steam.]


## II.  RESULTS LIST FOR SEARCH E

[Results List from Search E
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

|  |  |
|---|---|
| Your Search: | STEAM! % STEAMROLL! STEAMSHIP! STEAMFITTER! STEAMBOAT! DRAMA NOVEL PLAY FICTION AFFAIR SCANDAL FILM MOVIE PLOT EDITION |
| Date/Time of Request: | Monday, January 21, 2008 09:40:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 939 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

Westlaw.

QUERY - STEAM! % STEAMROLL!                 DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

1.        EDITORIAL: Reinforcements at Countywide
          **Akron Beacon Journal (Ohio)** Author: N/A;        Word Count: 481
            1/21/08 AKRONBJ (No Page) 2008 WLNR 1156461 ...


          ...a plan to put the buried garbage where it belongs. Just as disturbing, the drilling revealed
          trash that was charred, **steaming** and smelly.  Company spokesmen continued to argue that
          underground fires and high temperatures are beginning to wane.  The EPA suggested  ...


2.        MO HARDEES Breakfast photo PRN3 01 21
          **AP Alert - Business** Author: N/A;        Word Count: 698
            1/21/08 APALERTBUS 12:03:25 ...


          ...20080121/AQM031) The Smoked Sausage Biscuit is made using a split Hillshire Farm (R)
          smoked sausage link tucked inside a **steaming**-hot Made From Scratch Biscuit.  In Hardee's
          Midwestern restaurants, a folded egg and a slice of American cheese are added  ...


3.        RADIO RATINGS: Morning show shake-ups' impact not reflected yet
          **Atlanta Journal and Constitution (GA)** Author: RODNEY HO;  Author: Staff;        Word
          Count: 785
            1/21/08 ATLNTAJC D3 2008 WLNR 1152458 ...


          ...morning show starring Cledus T. Judd. News/talk slippage WSB-AM, the city's top news/talk
          station, has been losing **steam** the past year.  The station has even slipped to third behind Kiss
          among 25-to-54-year-olds. ( V-103  ...


4.        Shaw Finalizes Little Gypsy 3 Re-Power Project Agreement
          **Business Wire** Author: N/A;        Word Count: 897
            1/21/08 BWIRE 13:45:00 ...


          ...work will include replacing an existing natural gas-fired boiler with two new circulating
          fluidized bed boilers that will supply **steam** to an existing **steam** turbine generator at Little
          Gypsy 3. The new facility is expected to be completed early in 2012. "We are pleased  ...


5.        Death Notice: ALLEN F. GIZA
          **CHICAGO TRIBUNE** Author: N/A;        Word Count: 600
            1/21/08 CHICAGOTR 7 2008 WLNR 1156959 ...


          ...My Way".  Travel was enjoyable to Allen and a trip he particularly would always remember
          was a trip to the **steam** trains in Colorado. At home, he built with the help of Conrad, a outdoor
          railroad which he loved sharing with  ...


6.        In Sunshine State, high noon for GOP Rivals take aim as showdown looms
          **CHICAGO TRIBUNE** Author: Jill Zuckman and Mark Silva, Tribune correspondents;
          Author: Tribune correspondent Jason George contributed to this report from Texas.;        Word
          Count: 888

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

> 1/21/08 CHICAGOTR 16 2008 WLNR 1156902 ...
>
> ...of 57 delegates to the party's convention.  And perhaps more importantly, a win here could
> provide a significant head of **steam** heading into Feb. 5, when more than 20 states hold
> primaries or caucuses. "The Republican race is a dead heat  ...

7.      Norris: McCain too old for White House
        **Columbia State (SC)** Author: N/A;        Word Count: 508
          1/21/08 THESTATE a5 2008 WLNR 1148183 ...

        ...Calvin O. Butts III. "Harlem for Obama!" the hecklers repeated, briefly drowning out Butts'
        endorsement.  When Clinton passed cups of **steaming** coffee to the crowd on the bitterly cold
        day, one Obama fan shouted, "I don't want your coffee!" "HIL-lary  ...

8.      Resorts are courting couples with Valentine's packages
        **Copley News Service** Author: Tom Roebuck;        Word Count: 780
          1/21/08 COPLEYNS 00:00:00 ...

        ...stay a minimum of three nights.  Rooms at the inn, circa 1937, feature private bathrooms,
        which may include a massage, **steamer** or rainfall shower. FYI: Phone: 757-422-2621, 888-
        422-2630, Web: www.beachspabnb.com. MILE-HIGH HOTEL Located across from the ...

        ...Mountain Inn bed-and-breakfast in Butler, Tenn., is offering a Mountain High Sweetheart
        Special through Feb. 18: accommodations (with **steam** shower for two), a romantic dinner by
        candlelight, in-room massages, candles, romantic music, red roses, champagne and the famous
        ...

9.      Seattle Start-Ups Shows The Challenges Of Chartering CUs
        **Credit Union Journal** Author: Steve Santiago, Reporter;        Word Count: 1335
          1/21/08 CREDITUNJ 1 2008 WLNR 1056502 ...

        ...area of King County. Spearheaded largely by a $500,000 grant from the Medina Foundation,
        the project is starting to gather **steam** after years of research and consultation, all in the hope
        that the new LICU will have the legs and visionary  ...

10.     U.S. Drug Official Points Finger at Chavez
        **Los Angeles Times** Author: Chris Kraul;        Word Count: 614
          1/21/08 LAT-BUS (No Page) 2008 WLNR 1142833 ...

        ...bust in which Portuguese police found 10 tons of cocaine stored about a shipboard container
        that docked in Lisbon after **steaming** there from Venezuela. "On the destination side of this
        flow, there has been action, but on the departure side of  ...

11.     'I have a deam'
        **Macon Telegraph (GA)** Author: N/A;        Word Count: 1838

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! % STEAMROLL!                          DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

1/21/08 BSX-MACTEL (No Page) 2008 WLNR 1147725 ...

...Nineteen sixty-three is not an end, but a beginning. Those who hope that the Negro needed to blow off **steam** and will now be content will have a rude awakening if the nation returns to business as usual. There will ...

12.  Boot camp exercises tough to beat
     **Macon Telegraph (GA)** Author: Linda Shrieves, Orlando Sentinel;     Word Count: 1057
     1/21/08 BSX-MACTEL (No Page) 2008 WLNR 1147730 ...

...than ever. The boot-camp idea started more than five years ago, but the concept has continued to pick up **steam**. In its 2008 forecast, the American Council on Exercise noted that outdoor boot camps are among the popular "out-of ...

13.  Local attorney has hand in community planning
     **Macon Telegraph (GA)** Author: Linda S. Morris, lmorris@macon.com;     Word Count: 1359
     1/21/08 BSX-MACTEL (No Page) 2008 WLNR 1147733 ...

...here with a hot tub," he said, laughing. But the only thing that now fills the tub and an adjoining **steam** room are boxes of legal files. Crowley has been in the same office building since he began practicing about 36 ...

14.  SOUTH FLORIDA FAIR: Beauty queen's gown ruined A beauty pageant winner's expensive dress was vandalized during the event at the South Florida Fairgrounds Saturday.
     **Miami Herald (FL)** Author: CHARLES PASSY, Palm Beach Post;     Word Count: 620
     1/21/08 MIAMIHD B3 2008 WLNR 1147855 ...

...found a sobbing Wittenbrink. Then, she got the word: "Somebody ruined Jessica's dress!" Stein was told. Efforts were made to **steam**-clean the gown, but to no avail. By evening's end, the 13 contestants were instructed to gather backstage, where they ...

15.  Open Forum: The Economic Outlook
     **National Mortgage News** Author: Ben Bernanke, Chairman, Federal Reserve;     Word Count: 6797
     1/21/08 NATMTGN 4 2008 WLNR 1056578 ...

...the ensuing recovery, above-trend growth was accompanied by rising rates of resource utilization, particularly after the expansion picked up **steam** in mid-2003. Notably, the civilian unemployment rate declined from a high of 6.3% in June 2003 to 4 ...

...the ensuing recovery, above-trend growth was accompanied by rising rates of resource utilization, particularly after the expansion picked up **steam** in mid-2003. Notably, the civilian unemployment rate declined from a high of 6.3% in June 2003 to 4 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM! % STEAMROLL!                DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

16.    Hillary Clinton gets mixed reception in Harlem
       **Newsday (Melville, NY) (KRT)**        Word Count: 721
       1/21/08 NWSDAY (No Page) 2008 WLNR 1157231 ...

       ...Calvin O. Butts III. "Harlem for Obama!" the hecklers repeated, briefly drowning out Butts'
       endorsement.  When Clinton passed cups of **steaming** coffee to the crowd on the bitterly cold
       day, one Obama fan shouted, "I don't want your coffee!" "HIL-lary  ...

17.    Triangle Japanese celebrate new year
       **News & Observer, The (Raleigh, NC) (KRT)**        Word Count: 858
       1/21/08 NOBRNC (No Page) 2008 WLNR 1156350 ...

       ...New Year custom -- the making of mochi, Japanese rice cakes.  With a large wooden mallet,
       the men mashed grains of **steaming** hot sticky rice.  Kenta Iwasaki, 32, stood by adding hot
       water and kneading the dough as others took turns pounding  ...

18.    What's flu, what's not?
       **News Tribune, The (Tacoma, WA) (KRT)**        Word Count: 1852
       1/21/08 MNTTCMA (No Page) 2008 WLNR 1156445 ...

       ...follow cleaning instructions can allow mold to grow.  And that can be especially troubling to
       children with allergies or asthma.  **Steam**: You can also try having your child hang out in a
       **steamy** bathroom for 10 minutes a few times a day to relieve congestion. Fluids: Give plenty of
       fluids.  If a child  ...

19.    Triangle Japanese celebrate new year
       **News & Observer, The (Raleigh, NC)** Author: Peggy Lim;        Word Count: 1088
       1/21/08 NOBRNC B1 2008 WLNR 1159686 ...

       ...New Year custom -- the making of mochi, Japanese rice cakes.  With a large wooden mallet,
       the men mashed grains of **steaming** hot sticky rice.  Kenta Iwasaki, 32, stood by adding hot
       water and kneading the dough as others took turns pounding  ...

20.    Food Fight!
       **People** Author: Beth Perry;        Word Count: 343
       1/21/08 PPLEMAG 154 2008 WLNR 619253 ...

       ...BOX]  COPYING ... OR COINCIDENCE? . Each book's cover features a caricature of a chef
       winking, with carrots nearby. . Both authors recommend **steaming** the veggies, pureeing them
       in a food processor and packaging them in 1/4-cup portions inside baggies. . Recipes in  ...

21.    Taking on the $olar challenge Stirling Energy works to cut power ' s notorious cost
       **USA Today (USA)** Author: Julie Schmit;        Word Count: 1809
       1/21/08 USATD 1B 2008 WLNR 1154272 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! % STEAMROLL!                DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

...was named after the Rev. Robert Stirling, a Scottish clergyman, who patented it in 1816 while seeking an alternative to **steam** engines with explosive boilers. Technology dates to 1980s Stirling Energy's dish system was initially developed by McDonnell Douglas in the  ...

22.        School lunches
             **ADVOCATE** Author: Kevin McCarthy;        Word Count: 627
             1/20/08 ADVOCATE-CT 4 2008 WLNR 1049684 ...

...toast sticks, turkey sausage link, chilled apples and cinnamon, vanilla pudding   Thursday: Chicken Parmesan on whole wheat, lettuce and tomato, **steamed** broccoli, sliced pears   Friday: Whole-grain cheese/pepperoni pizza, citrus Jell-O, chilled fruit cocktail, garden tossed salad Middle schools ...

...Caesar wrap, Oriental chicken cyclone salad   Wednesday: Buffalo chicken, baked potato, chili and cheese baked potato, ham, broccoli and cheese, **steamed** broccoli, garden salad, cheeseburger pizza, spicy breaded chicken wrap, peppy pizza salad   Thursday: Whole-wheat pasta with marinara sauce or ...

...on whole wheat, corn, chilled fresh fruit, whole fruit, Oriental chicken cyclone salad Wednesday: Hamburger on whole wheat, turkey sub, **steamed** broccoli, chilled fresh fruit, whole fruit, peppy pizza salad   Thursday: Whole wheat pasta with marinara sauce, turkey ranch wrap, California  ...

23.        Boost public assistance to feed state's poor
             **Albany Times Union (NY)** Author: EDITH LEET;        Word Count: 777
             1/20/08 TIMESUN D1 2008 WLNR 1141186 ...

...tables with cheerful tablecloths, fresh fruit and butter and syrup for the pancakes to come.  A huge tub of oatmeal **steams** nearby. It is gratifying to see our guests experience the same comforts of warmth, welcome and appetizing, nutritious food. One  ...

24.        for the record
             **Albany Times Union (NY)** Author: N/A;        Word Count: 1126
             1/20/08 TIMESUN E2 2008 WLNR 1141183 ...

...Development Agency and Empire Generating Co. LLC Location: Riverside Avenue, Rensselaer Purpose: 350,000-square-foot, 510-megawatt power plant and **steam**-generation plant Amount: $280,000,000 Recorded: Dec. 20 Saratoga County Lender: Curtis Lumber Co., Inc. Borrower: Katz Excavating and Construction LLC  ...

25.        Positive spin using negatives
             **Albany Times Union (NY)** Author: BARBARA WALLRAFF;        Word Count: 459
             1/20/08 TIMESUN G2 2008 WLNR 1141100 ...

...sometimes make it worse. " At the end of the evening, the wives gave each other goodbye kisses" sounds a bit **steamy**, but most people would say, "The wives gave each other a goodbye kiss" - perfectly correct. The one hard-and-fast  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

26.        MEN-ONLY GROUPS GAIN STEAM
           **Baltimore Sun (MD)** Author: McClatchy-Tribune;  Author: Haley Edwards;        Word
           Count: 441
            1/20/08 BALTSUN 4E 2008 WLNR 1133759 ...

           ...MEN-ONLY GROUPS GAIN **STEAM** McClatchy-Tribune Haley Edwards   It's Wednesday
           night, just after 7, and the betting has already begun  ...

27.        STATELY GUILFORD HOUSE HAS LIBRARY, EXPANSIVE ROOMS DESIRABLE
           SPACES
           **Baltimore Sun (MD)** Author: sun reporter;  Author: Andrea F. Siegel;        Word Count: 588
            1/20/08 BALTSUN 8L 2008 WLNR 1163840 ...

           ...the house can have five bedrooms.  The master suite features a bathroom with a deep, jetted
           tub and a separate **steam** shower.  Another bedroom has a wall lined with built-in cabinets and
           shelves.  French doors at the end of the  ...

28.        Artist's passion burns bright through his glass creations
           **Bellingham Herald (WA)**        Word Count: 1549
            1/20/08 BSX-BLLHER (No Page) 2008 WLNR 1133416 ...

           ...the glob more uniformly round. The tool is kept wet so the hot glass will rotate smoothly on
           carbon and **steam**, rather than catch on the wood.  At various times during the making of each
           tumbler, Morrison or Lawrence will puff ...

           ...Morrison stands on a short platform and lowers the hot glass into the center of the mold,
           which Lawrence closes. **Steam** rises from the mold as Morrison rotates the glass and puffs air
           into the top of the pipe.  The mold  ...

29.        100-year-old has a passion for train building
           **Burton News** Author: N/A;  Word Count: 599
            1/20/08 BURTONNEWS 4 2008 WLNR 1116407 ...

           ...building    BURTON - Fascinated by their size and power, as a young boy, Lawrence
           Schneeberger would watch **steam** locomotives travel through his town.  "I would just sit there
           and stare at it ... the 20th Century Limited on the  ...

30.        FISHING: FAQs to start the new year Here's the latest on ramp openings, what's biting, size
           limits, more
           **Charlotte Observer (NC)** Author: GUS GUSTAFSON;        Word Count: 729
            1/20/08 CHAROBSVR 17N 2008 WLNR 1122734 ...

           ...permitted in access areas at the Lake Norman State Park near Troutman and at the McGuire
           Nuclear Station and Marshall **Steam** Plant. Which fish are caught during the winter months?

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

> Some species of fish bite every day of the year on  ...

31.   Market brings flavors of Asia to S.C. Variety of unusual ingredients can be found at store
      **Charlotte Observer (NC)** Author: ERIN MCMANUS;      Word Count: 602
         1/20/08 CHAROBSVR 3Y 2008 WLNR 1123562 ...

      ...outer husks when the shoots are done. " South Carolina has the best bamboo shoots," she
      said. Yang says you can **steam** pieces of fish with herbs inside a section of mature bamboo. "
      The flavor is great." The Hmoob Market is behind  ...

32.   Shopping for a washer? Consider these points
      **CHICAGO TRIBUNE** Author: Beth Botts;       Word Count: 439
         1/20/08 CHICAGOTR 2 2008 WLNR 1128445 ...

      ...reason to have a lot of specialized cycles and different water levels.  Silver ion cleaning
      technology (for germ-fighting) and **steam** cleaning were unimpressive in Consumer Reports
      tests.  What's worth looking for?  Automatic dispensers for detergent and bleach. 4. Keep the
      ...

33.   Chicago gives weather the cold shoulder Subzero windchills don't keep residents inside
      **CHICAGO TRIBUNE** Author: Gerry Smith, Tribune reporter;  Author: Tribune reporter
      Deborah Horan contributed to this report.;       Word Count: 1277
         1/20/08 CHICAGOTR 1 2008 WLNR 1128589 ...

      ...soldiered on, with people dressed in layers, their expressions concealed behind scarves and
      ski masks. It was so cold that **steam** hovered above the Chicago River and billowed from the
      tops of downtown skyscrapers.  It was so cold that Lake Michigan  ...

34.   Illegal West Bank settlers vex Israel OutpoststhatOlmertcalls 'disgrace'defygovernment, pose
      threat to peace talks
      **CHICAGO TRIBUNE** Author: Joel Greenberg, TRIBUNE CORRESPONDENT;       Word
      Count: 1151
         1/20/08 CHICAGOTR 16 2008 WLNR 1128513 ...

      ...see everything built," said Elad Sela, 17, from the neighboring settlement of Yitzhar.   "In the
      end, they'll run out of **steam**." The scene at Shvut Ami last week demonstrated the challenge
      that unauthorized settler outposts in the West Bank pose to  ...

35.   Republican candidates turn attention to Florida
      **Chicago Tribune (KRT)**     Word Count: 954
         1/20/08 KRT-CHITRIB (No Page) 2008 WLNR 1143635 ...

      ...of 57 delegates to the party's convention.  And perhaps more importantly, a win here could
      provide a significant head of **steam** heading into Feb. 5, when more than 20 states hold
      primaries or caucuses.  "The Republican race is a dead heat  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! % STEAMROLL!                     DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION


36.          Railroaders reminisce
             **Clovis News Journal (Clovis, NM)**        Word Count: 549
               1/20/08 CLOVISNEWSJ-NM (No Page) 2008 WLNR 1133382 ...

             ...he retired, he'd tell me he wished he'd never retired," Riley recalled. "The prettiest music you
             can hear is those **steam** whistles. I love it. Entertainment  1EN08 Celebrities  1CE65
             BAXTER CURREN BAXTER CURREN SENIOR CENTER FEEN A MINTS  ...


37.          Romney couldn't connect with S.C. voters
             **Columbia State (SC)** Author: N/A;        Word Count: 775
               1/20/08 THESTATE a9 2008 WLNR 1121589 ...

             ...altar." Romney's campaign never did catch fire here.  After a brief period leading in S.C. polls
             last fall, he lost **steam**, slumping to third, fourth or fifth in the polls. Why? Three reasons.
             Romney is from Massachusetts, automatically making him suspect  ...


38.          ROMANCE READER: Investigation trail becomes lovers' lane
             **Columbia State (SC)** Author: N/A;        Word Count: 683
               1/20/08 THESTATE e9 2008 WLNR 1121579 ...

             ...like hero material.  Here, he does.  His acceptance of Penelope's independence and his
             "handling" of her gives him extra points. **STEAMY** SCENE GRADE: XXXX.  One of the
             ways he handled her. HAPPILY-EVER-AFTER: Very good.  The bad guys are thwarted ...

             ...gbr uk eu gb.eng Stephanie Laurens William Morrow Books Barnaby Adair Kasey Michaels
             Nora Roberts Sandra Brown BECKET COURTLAND SECRET **STEAMY** TAMING Barbara
             Delinsky Barnaby Barnaby Adair Cassandra Chantal Cynster Calverton Kasey Michaels Lezlie
             Patterson Nora Roberts Penelope ROMANCE Sandra Brown  ...


39.          Obituaries
             **Columbus Dispatch (OH)** Author: N/A;        Word Count: 346
               1/20/08 COLDIS 07B 2008 WLNR 1134107 ...

             ...Scout Family of Ohio" and honored by Gov. Lausche.  Nick was Award Chairman for Troop
             474 and belonged to Ashtabula **Steam** Engine Club, 76'ers Heisey Club, Heisey Collectors of
             America, Train Collectors of America and Westerville Promenaders.  He was an usher ...

             ...at www.dispatch.com/obituaries" Obituary namelist USA  1US73 Americas  1AM92 Ohio
             1OH35 North America  1NO39  ASHTABULA **STEAM** ENGINE CLUB CHUCK FOREST
             GREG HEISEY CLUB INSPIRATIONAL BAND MEMBER JAMES CANCER HOSPITAL
             JEFFREY MFG N HIGH ST PRIMO SCRIPT  ...


40.          REMEMBERING MARTIN LUTHER KING JR. STILL CONNECTED WITH KING
             FAMILY


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



**Daily Press** Author: Samieh Shalash;  Author: sshalash@dailypress.com 247-4537;        Word Count: 1388
   1/20/08 DAILYPRESSVA A1 2008 WLNR 1145225 ...

...King's words electrified the crowd in Newport News, Boddie said, because he "had just spoken at a conference and was **steamed** up from that." Boddie recalls first meeting King in 1958, a year after King founded the Southern Christian Leadership Conference  ...

41.        Still connected with King family: A minister helped bring the civil rights leader to Newport News in 1962; their sons later became friends.
           **Daily Press (Newport News, VA) (KRT)**        Word Count: 741
           1/20/08 KRT-DLYPRESSVA (No Page) 2008 WLNR 1131087 ...

...King's words electrified the crowd in Newport News, Boddie said, because he "had just spoken at a conference and was **steamed** up from that." Boddie recalls first meeting King in 1958, a year after King founded the Southern Christian Leadership Conference  ...

42.        BRIEF: Mind over matter
           **Gazette, The (Cedar Rapids, IA) (KRT)**        Word Count: 176
           1/20/08 GAZETTEIA (No Page) 2008 WLNR 1132142 ...

...15 trips it takes him to retrieve all the grocery carts, approaching the bitter cold with equanimity, exhaling wisps of **steam** as he talked. "Doing a job like this, it's really a lot more about endurance and stamina than speed," he  ...

43.        BRIEF: FOX 31 Weather
           **Greeley Tribune (CO) (KRT)**        Word Count: 228
           1/20/08 GREELEYTRIB (No Page) 2008 WLNR 1131467 ...

...This front will slowly work its way south late this afternoon and tonight.  As it begins to pick up some **steam**, conditions will go downhill for Colorado. First, clouds will thicken across the area, and then light snow showers will work  ...

44.        City stores benefit from NFL teams' success
           **Greenwich Time (Greenwich, CT)** Author: Carlton Christopher;        Word Count: 545
           1/20/08 GREENWICH-CT (No Page) 2008 WLNR 1119506 ...

...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team  ...

45.        Kick up your heels, shake your bootie and pig out
           **Idaho Statesman (Boise)** Author: Jeanne Huff;  Author: jhuff@ idahostatesman.com;  Author: Jeanne Huff: 377-6483;        Word Count: 1758
           1/20/08 IDAHOSM (No Page) 2008 WLNR 1139412 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

...$85. McCall RV Resort, 200 Scott St., (800) 709-9739. Full hook-ups and cable TV, swimming pool, hot tub, **steam** room, fitness room, $39. Small cabins sleep 4-6, kitchen, bath, $135. Ashley Inn, (208) 382-5621, Cascade. Fireplace, pool ...

...Southside Grill and Cantina, 339 Deinhard Lane, (208) 634-2128. Tacos, enchiladas, salads, ribs, steak, chicken. Lunch, dinner. Daily. Reservations. **Steamers** Steaks &amp; Seafood Restaurant, 308 E. Lake St., (208) 634-1411. Seafood, steaks, lamb, desserts. Dinner. Daily. Reservations. Toll Station Pizza ...

46.    One Park Place: Amenities provide residents with relief from winter
       **Kansas City Star (MO)** Author: One Park Place;       Word Count: 680
          1/20/08 KCSTAR I1 2008 WLNR 1117326 ...

       ...is an indoor saltwater lap pool. On the other hand, if homeowners are looking for pure relaxation, a whirlpool spa, **steam** room and a massage room are also available. Lastly, if conducting business is the order of the day, One Park ...

47.    RECIPES: Topping off a baked potato
       **Lexington Herald-Leader (KY)** Author: Kathy Manweiler, MCCLATCHY NEWSPAPERS; Word Count: 439
          1/20/08 LEXINGTONHLD h4 2008 WLNR 1122233 ...

       ...in no time. Broccoli and cheese potato 1 medium baked potato (21/3-by-43/4 inches) 1/2 cup **steamed** broccoli 1/4 cup of Kathy's cheese sauce (recipe below) Top potato with broccoli and cheese sauce and serve hot ...

48.    The Miami Herald Recommends OUR OPINION: FLORIDA VOTERS SHOULD SAY NO TO AMENDMENT ONE, DEMAND BETTER TAX RELIEF
       **Miami Herald (FL)** Author: N/A;       Word Count: 564
          1/20/08 MIAMIHD L6 2008 WLNR 1121577 ...

       ...of Amendment One and the state's skewed tax structure are counting on. Offering some tax relief today will take the **steam** out of the drive for tax reform, leaving the current system in place and making it harder to achieve meaningful ...

49.    For Your Information
       **Miami Herald (FL)** Author: N/A;       Word Count: 1825
          1/20/08 MIAMIHD XX 2008 WLNR 1121608 ...

       ...of weekend family breakfast includes pancakes, sausage and fruit. Other activities include horse trail rides, pony rides, farm tours and **steam** train rides; 9 a.m. to noon, Tradewinds Park, 3600 W. Sample Rd., Coconut Creek;  $4  breakfast plus  $1.50  park ...

       ...of the 1940s; 2 p.m., Tamarac Theatre of Performing Arts, 7143 Pine Island Rd., Tamarac; $20 . 954-726-7898. Model **Steam** Train Rides:  All aboard for rides on a half-mile track around a lake; 10 a.m. to 4 p.m., Tradewinds ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



...SCIENCE CELEBRATIONS ETHEL MERMAN FERN FOREST NATURE CENTER FLOOR NEWSROOM FONTANEDA SOCIETY LAS OLAS NATIONAL ART FESTIVAL MIAMIHERALD COM MODEL **STEAM** TRAIN MODERN GRANDPARENTING N FEDERAL HWY N FLAMINGO RD N PARK RD NSCA REGISTERED SPORTING CLAYS PERFORMING ARTS RAKU ROCK ...

50.    Winter g r e e n It's time for kale, chard, collards to shine
  **Milwaukee Journal Sentinel (WI)** Author: KAREN HERZOG;  Author: Milwaukee Journal
Sentinel;        Word Count: 2204
  1/20/08 MLWK 1 2008 WLNR 1165418 ...

...red pepper and the stems of chard or kale.  She adds the leaves of the greens with a little water, **steams** them until tender, and then finishes the dish with a little vinegar or lemon juice to add acidity and to ...

...1½ cups milk or half-and-half cream  Preheat oven to 350 degrees.  Butter a 2-quart shallow baking dish. **Steam** kale until almost tender, 8 to 10 minutes. Meanwhile, peel and cut potatoes and onions into 1/8-inch-thick ...

51.    Winter green: It's time for kale, chard, collards to shine
  **Milwaukee Journal Sentinel, The (KRT)**        Word Count: 2173
  1/20/08 MLWK (No Page) 2008 WLNR 1122181 ...

...red pepper and the stems of chard or kale.  She adds the leaves of the greens with a little water, **steams** them until tender, and then finishes the dish with a little vinegar or lemon juice to add acidity and to ...

...2  cups milk or half-and-half cream Preheat oven to 350 degrees.  Butter a 2-quart shallow baking dish. **Steam** kale until almost tender, 8 to 10 minutes. Meanwhile, peel and cut potatoes and onions into 1/8-inch-thick ...

52.    The Modesto Bee, Calif., Ron Agostini column: Fifty years and counting
  **Modesto Bee, The (CA) (KRT)**        Word Count: 1477
  1/20/08 MODESTOBEE (No Page) 2008 WLNR 1131755 ...

...and softball for years.  Now I ride the bike for a half-hour, do some upper-body work, have a **steam**, take a shower and then I go upstairs for my reward -- a beer and the camaraderie. "My wife died three ...

53.    SUSAN NICHOLSON: 7-Day Menu Planner
  **Myrtle Beach Sun News (SC)** Author: N/A;        Word Count: 913
  1/20/08 BSX-SUNNWS E10 2008 WLNR 1118941 ...

...salad, peaches. Tuesday | Meatless For a special no-meat dinner, make Lentil-Stuffed Peppers (see recipe).  Serve the peppers with **steamed** baby carrots, a spinach salad and whole-wheat rolls.  Top leftover-warmed apple crisp with fat-free vanilla ice cream ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! % STEAMROLL!　　　　　　DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION


54.　　　　　PARENTS CLUB NEWS
　　　　　　　**New Orleans Times Picayune** Author: N/A;　　Word Count: 851
　　　　　　　1/20/08 NOTPCN 5 2008 WLNR 1126561 ...

　　　　　...and School Association will sponsor Teacher Appreciation Week during Catholic School
　　　　　Week Jan. 27 through Feb. 1. ST. EDWARD SCHOOL **STEAM** is hosting a pancake breakfast
　　　　　fund-raiser on Jan. 27 from 8 a.m. to noon in the cafeteria. In addition ...

　　　　　...KIRKPATRICK LADIES COUNCIL LHSAA MATTHEW MONSIGNOR BENDIX
　　　　　CENTER NATIONAL SHRINE PARENTS PARENTS CLUB PROVIDENCE SCHOOL
　　　　　SCHOOL ASSOCIATION SMAC SPEECH ST **STEAM** PARENTS Alan Welch Child
　　　　　Derenbecker EDWARD SCHOOL Elementary Erin Plauche MARY MAGDALEN SCHOOL
　　　　　Presentations Proceeds Providence School Quo Vadis Quo ...


55.　　　　　PARENTS CLUB NEWS
　　　　　　　**New Orleans Times Picayune** Author: N/A;　　Word Count: 851
　　　　　　　1/20/08 NOTPCN 6 2008 WLNR 1126559 ...

　　　　　...and School Association will sponsor Teacher Appreciation Week during Catholic School
　　　　　Week Jan. 27 through Feb. 1. ST. EDWARD SCHOOL **STEAM** is hosting a pancake breakfast
　　　　　fund-raiser on Jan. 27 from 8 a.m. to noon in the cafeteria. In addition ...

　　　　　...KIRKPATRICK LADIES COUNCIL LHSAA MATTHEW MONSIGNOR BENDIX
　　　　　CENTER NATIONAL SHRINE PARENTS PARENTS CLUB PROVIDENCE SCHOOL
　　　　　SCHOOL ASSOCIATION SMAC SPEECH ST **STEAM** PARENTS Alan Welch Child
　　　　　Derenbecker EDWARD SCHOOL Elementary Erin Plauche MARY MAGDALEN SCHOOL
　　　　　Presentations Proceeds Providence School Quo Vadis Quo ...


56.　　　　　Behind the door, a hapless victim?
　　　　　　　**New Orleans Times Picayune** Author: Stephanie Grace;　　Word Count: 829
　　　　　　　1/20/08 NOTPCN 7 2008 WLNR 1126746 ...

　　　　　... Say you're U.S. Rep. William Jefferson. And say the doorbell at your Uptown New Orleans
　　　　　home rings early one **steamy** August morning, well before normal business hours.  Say the man
　　　　　at the door is the head of the local FBI ...


57.　　　　　BRAZILIAN BOOM Attracted by construction jobs and an easygoing lifestyle, more and more
　　　　　Brazilian immigrants are settling in New Orleans. But it's too soon to say whether the enclave
　　　　　will put down permanent roots.
　　　　　　　**New Orleans Times Picayune** Author: Bruce Nolan Staff writer;　　Word Count: 2137
　　　　　　　1/20/08 NOTPCN 1 2008 WLNR 1126870 ...

　　　　　...and 38 births. Many Brazilians say they like what they find in New Orleans. They love the
　　　　　mild winter and **steamy** summer, a reminder of home and blessed relief from the harsh New
　　　　　England winter. Moreover, they say, the Louisiana climate ...

©  2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

 

58.     SAILS PITCH As he prepares for this summer's Beijing Games, four-time Olympian Johnny Lovell insists -- again -- that this will be his last venture on the world's biggest competitive stage
   **New Orleans Times Picayune** Author: Bob Marshall Outdoors editor;    Word Count: 1539
   1/20/08 NOTPCN 1 2008 WLNR 1126415 ...

   ...venture on the world's biggest competitive stage Bob Marshall Outdoors editor   Placing his hands around the **steaming** cup of coffee, Johnny Lovell looked the reporter straight in the eyes and proclaimed: "I can guarantee you this is  ...

 

59.     DINING OUT: / BLUE FIN IN GREAT NECK
   **Newsday (USA)** Author: PETER M. GIANOTTI. peter.gianotti@newsday.com;    Word Count: 717
   1/20/08 NWSDAY G14 2008 WLNR 1126490 ...

   ...fried filet mignon with onions and basil.  Fusionistas can revel in the rack of lamb with "black bean lamb jus," **steamed** Chilean sea bass with black bean sauce and "hot olive oil," and the crabmeat-stuffed broiled prawns with orange-dill  ...

 

60.     Clinton faces tough battle for black vote
   **Newsday (Melville, NY) (KRT)**    Word Count: 791
   1/20/08 NWSDAY (No Page) 2008 WLNR 1143147 ...

   ...Calvin O. Butts III.  "Harlem for Obama!" the hecklers repeated, briefly drowning out Butts' endorsement.  When Clinton passed cups of **steaming** coffee to the crowd on the bitterly cold day, one Obama fan shouted, "I don't want your coffee!"  "HIL-lary  ...

 

61.     Review: Blue Fin, Great Neck
   **Newsday (Melville, NY) (KRT)**    Word Count: 719
   1/20/08 NWSDAY (No Page) 2008 WLNR 1128906 ...

   ...fried filet mignon with onions and basil.  Fusionistas can revel in the rack of lamb with "black bean lamb jus," **steamed** Chilean sea bass with black bean sauce and "hot olive oil," and the crabmeat-stuffed broiled prawns with orange-dill  ...

 

62.     Have a cool time catching some trout
   **Oklahoman**    Word Count: 975
   1/20/08 OKLAHOMAN 3E 2008 WLNR 1166017 ...

   ...Creek area was created by diverting the river through what had been, and is now again, a creek bed.  The **steam** riffles and surges through the forest in a setting that is stunningly beautiful even without the trout. The other trout  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! % STEAMROLL!                 DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

63.         Northwest looks to develop energy from volcanoes
            **Olympian (Olympia, WA)** Author: LES BLUMENTHAL;       Word Count: 1398
               1/20/08 OLYMPIAN (No Page) 2008 WLNR 1129261 ...

            ...that tend to be pathways to the deep circulation of hot water. Although that water is hot
            enough to run **steam** turbines, Petty and others said the temperatures of the geothermal water
            and hot rocks underlying the Cascades might be even  ...

64.         Meatballs to bowl you over
            **Oregonian, The (Portland, OR)** Author: Sara Perry: sara@saraperry.com; The Oregonian,
            1320 S.W. Broadway, Portland, OR 97201;       Word Count: 571
               1/20/08 PTLDOGN O05 2008 WLNR 1158936 ...

            ...out the Swedish meatball. I think every cuisine has a meatball of its own. There's the
            Turkish kofta, the Chinese **steamed** meatball, and who could forget the suburban sweet-and-
            sour cocktail meatball? Q: So, how many cooks does it take  ...

65.         Engineer Karl Adams was gentle, inventive train lover
            **Orlando Sentinel** Author: Linda Florea, Sentinel Staff Writer;       Word Count: 561
               1/20/08 ORLANDOSENT J2 2008 WLNR 1131335 ...

            ...to be close to one of his daughters. Karl Adams was a railroad buff, taking his first ride in a
            **steam** engine on his 13th birthday with his uncle. Whenever the Adamses vacationed, they
            traveled on roads that paralleled train tracks  ...

66.         Food for my body and my soul
            **Orlando Sentinel** Author: Jacob Kramer, Special to the sentinel;       Word Count: 405
               1/20/08 ORLANDOSENT K1 2008 WLNR 1131232 ...

            ...and while I was being inundated with questions about my life in the United States, my "new"
            mother placed a **steaming** pot of arroz con frijoles in the middle of the table, which abruptly
            ended all conversation. She practically stole my  ...

67.         Scottsdale hotels put the 'ahhhhh' in spas
            **Orlando Sentinel** Author: Kyle Wagner, The Denver Post;       Word Count: 1623
               1/20/08 ORLANDOSENT K2 2008 WLNR 1131227 ...

            ...large pools sided by private cabanas for late-afternoon siestas. The spa is roomy and inviting,
            with large saunas and **steam** rooms. * High point: The location makes this feel like a true
            getaway, and the setting is gorgeous. Potpourri in the  ...

            ...out back before or after treatment, or do the recommended "purification ritual" in the ladies'
            area starting with a hot **steam** in their spiral room, followed by a cool-off in the groovy, private
            "snail showers," then soak in the Japanese  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

68.    Engineer Karl Adams was gentle, inventive train lover
       **Orlando Sentinel, The (FL) (KRT)**        Word Count: 574
          1/20/08 KRT-ORLSENTL (No Page) 2008 WLNR 1132802 ...

       ...to be close to one of his daughters. Karl Adams was a railroad buff, taking his first ride in a
       **steam** engine on his 13th birthday with his uncle.  Whenever the Adamses vacationed, they
       traveled on roads that paralleled train tracks  ...

69.    St. Stephen's Green Fare at the new pub at first didn't cut it, but savvy owners knew where to
       turn.
       **Philadelphia Inquirer (PA)** Author: Craig LaBan;        Word Count: 1146
          1/20/08 PHILA-INQ M04 2008 WLNR 1127234 ...

       ...a well-browned blanket of piped mashed potatoes.  The rich lobster bisque is classic, though I
       found the addition of **steamed** clams and shrimp (and a heavy brandy finish) to be distracting.
       That fusty old diner standby - chicken croquettes - gets a  ...

70.    HELP FOR SHELTER JUST CLICK AWAY HUMANE SOCIETY IN ONLINE CONTEST
       FOR AID
       **Pittsburgh Post-Gazette (PA)** Author: Janice Crompton Pittsburgh Post-Gazette;        Word
       Count: 1447
          1/20/08 PITTSPOST W1 2008 WLNR 1129467 ...

       ...some at the shelter at first dismissed the makeover program as a pipe dream.  But when it
       began picking up **steam**, volunteers put into gear a political-like campaign with e-mail blasts
       and other tools. "It's like a domino effect  ...

71.    GOOD TO KNOW: BUCKWHEAT
       **Post Standard** Author: Elizabeth Narins;        Word Count: 175
          1/20/08 SYRACUSE 20 2008 WLNR 1150452 ...

       ...dietary fiber. The groat, the edible portion of buckwheat, is a triangular kernel that can be
       ground into flour or **steamed**, boiled or baked to be served as a breakfast porridge, side dish or
       meal.  Unroasted buckwheat has a soft and  ...

72.    Taste / Some contest-winning secrets for cooking seafood like a pro
       **Press of Atlantic City, The** Author: AMY KUPERINSKY Staff Writer, 609-272-7251;
       Word Count: 1156
          1/20/08 PRESSATLC E12 2008 WLNR 1148617 ...

       ...about the freshness.  Trust your local fishmonger."   Wong's favorite seafood is whole fish
       like porgies, sea bass and tilapia served **steamed** or in a stir fry. The chef, from Oakhurst's
       Catered to You, prepared Four Points Sea Bass and a Shore ...

       ...grated rind of the lemon.  Season the lemon butter with salt and white pepper.  Serves 4.  ¶°
       &lt;b&gt;BARNEGAT BAY **STEAMED** CLAMS&lt;/b&gt;  Serves 4  3 (or so) cups dry
       white wine or water  3 shallots, chopped  3 cloves garlic, chopped  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



**73.**    A history book, with action to burn: "Reading Firefighting" traces the evolution of battling blazes in the city, with proceeds from sales to benefit.....
**Reading Eagle (PA) (KRT)**        Word Count: 682
1/20/08 KRT-READEGLE (No Page) 2008 WLNR 1131164 ...

...Reading Eagle, Pa.      Jan. 20--The evolution of Reading firefighting, from the era of horse-drawn **steam** engines to today's powerful equipment, is chronicled in a photographic history book that will hit local bookstores this week. The ...

...about 1888. The chemical engines could be used as soon as they arrived at a fire, a big upgrade over **steam** engines, which required time to build up pressure. A photo taken at Penn Square during the Labor Day parade in 1924 of Union Fire Company's 1923 American LaFrance 750-gallon pumper, along with the company's horse-drawn **steamer** that it replaced. The city replaced its horse-drawn fire equipment with motorized vehicles between 1911 and 1923. The book's ...

**74.**    CD REVIEWS: BRAHMS - Classical
**San Francisco Chronicle (CA)** Author: Steven Winn;      Word Count: 164
1/20/08 SFCHR N44 2008 WLNR 1040383 ...

...CD REVIEWS: BRAHMS - Classical Steven Winn   RATING: (POLITE APPLAUSE) Brahms thought he was out of **steam** as a composer until he met clarinetist Richard Mühlfeld in 1891.  Out came a late burst of chamber music, including  ...

**75.**    Quebec dining for the not-so epicure-ious
**Star-Ledger, The (Newark, NJ)** Author: N/A;      Word Count: 706
1/20/08 STLGRN 2 2008 WLNR 1137521 ...

...fries covered with cheese and gravy (it's filling, anyway); buckwheat crepes that recall the region's Breton and Norman roots; and **steaming** café au lait served in boules, or handle-less bowls you pick up with your hands. Adults can try ice  ...

**76.**    Mi Sueño in Middlesex is a dream of a restaurant
**Star-Ledger, The (Newark, NJ)**      Word Count: 1005
1/20/08 STLGRN 44 2008 WLNR 1137667 ...

...touch comes from combining guacamole with a carpaccio of thin-sliced tuna fillet ($9.95), while Asia is represented by **steamed** salmon ($9.95) with julienne Oriental vegetables, soy sauce and sesame oil. As you might guess, the wood-grilled items  ...

**77.**    The State, Columbia, S.C., Lee Bandy column: Romney couldn't connect with S.C. voters
**State, The (Columbia, SC) (KRT)**      Word Count: 777
1/20/08 THESTATE (No Page) 2008 WLNR 1126024 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM! % STEAMROLL!            DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

...altar." Romney's campaign never did catch fire here.  After a brief period leading in S.C. polls last fall, he lost **steam**, slumping to third, fourth or fifth in the polls. Why? Three reasons. Romney is from Massachusetts, automatically making him suspect  ...

78.      No Headline Available
         **ADVOCATE** Author: Dieter Stanko;        Word Count: 548
         1/19/08 ADVOCATE-CT 2 2008 WLNR 1082440 ...

...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team  ...

79.      Sales are super for merchandise from Patriots, Giants
         **ADVOCATE** Author: Robin Watson;        Word Count: 548
         1/19/08 ADVOCATE-CT A1 2008 WLNR 1082475 ...

...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team  ...

80.      Sales are super for merchandise from Patriots, Giants
         **ADVOCATE** Author: Robin Watson;        Word Count: 548
         1/19/08 ADVOCATE-CT A1 2008 WLNR 1082474 ...

...spike."  The Patriots have been a consistent top seller all season Mackenzie said, and it's no wonder why. New England **steam**-rolled through the regular season undefeated, and with two more wins, would be only the second National Football League team  ...

81.      BRYANT, ROLAND f. sr.
         **Albany Times Union (NY)** Author: N/A;        Word Count: 174
         1/19/08 TIMESUN B5 2008 WLNR 1113377 ...

... F. Sr. AMSTERDAM Roland F. Bryant Sr. passed away January 18, 2008. Resident of Amsterdam.  Plumber and **steam** fitter for over 50 years by Local 105 of Schenectady.  Proud Korean veteran of the U.S. Marine Corps.  Beloved husband  ...

82.      Blake survives in 5-set thriller American rallies after being 2 points from loss
         **Albany Times Union (NY)** Author: JOHN PYE Associated Press;        Word Count: 300
         1/19/08 TIMESUN C3 2008 WLNR 1113505 ...

...shouting "Yeah!  Yeah!" when he leveled the match on a serve that Grosjean whacked long. That seemed to take the **steam** out of Grosjean.  Blake broke serve twice as he opened up a 5-1 lead in the deciding set.  He  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

83.     Rail Runner Tax Vote Finally Back on Track
        **Albuquerque Journal (NM)** Author: N/A;        Word Count: 309
              1/19/08 ALBUQJNL A8 2008 WLNR 1165846 ...

        ...pay for its operation.  The governor has thrown the right switch.  Now we'll see if this train
        has any **steam** behind it. 304 New Mexico  1NE26 USA  1US73 Americas  1AM92 North
        America  1NO39    ...

84.     Storm generated flood of damaged instruments
        **AP Alert - Louisiana** Author: MARK WALLER;        Word Count: 1420
              1/19/08 APALERTLA 15:45:07 ...

        ...anything Foster had seen in three decades of lutherie.  Corrosion ate metal strings and screws.
        Wooden bodies warped in the **steam** room-like conditions, even on instruments stored above
        the water's reach.  "That's the first time I've ever seen strings just  ...

85.     Minnesota health operator purges its hospitals and clinics of drug company trinkets
        **AP Alert - Medical**        Word Count: 641
              1/19/08 APALERTMEDIC 11:02:44 ...

        ...down and making unbiased medical decisions, Irons said. The backlash against the cozy
        relationships between doctors and drug makers gained **steam** from an article in the Journal of
        the American Medical Association in 2006.  It said research had shown that even  ...

86.     British prime minister says China should look to London for sovereign fund investments
        **AP DataStream**        Word Count: 988
              1/19/08 APDATASTREAM 03:17:38 ...

        ...companies. U.S. lawmakers successfully killed off part of a deal between DP World and
        British port operator Peninsular and Oriental **Steam** Navigation Co., or P&amp;O, last year _ a
        furor in Congress led the United Arab Emirates company to sell the ...

        ...Trade  1EC26 BARCLAYS PLC BRITISH CHINA INVESTMENT CORP CHINESE
        CHINESE FOREIGN MINISTRY CHINESE PREMIER WEN CONGRESS GUEST HOUSE
        ORIENTAL **STEAM** NAVIGATION CO PREMIER WEN ROYAL DUTCH SHELL PLC
        VIRGIN WEN WORLD BANK BARCLAYS PLC BARCLAYS PLC (US) BRITISH AND
        MALAYAN  ...

87.     British prime minister says China should look to London for sovereign fund investments
        **AP DataStream**        Word Count: 988
              1/19/08 APDATASTREAM 03:30:31 ...

        ...companies. U.S. lawmakers successfully killed off part of a deal between DP World and
        British port operator Peninsular and Oriental **Steam** Navigation Co., or P&amp;O, last year _ a
        furor in Congress led the United Arab Emirates company to sell the ...

        ...Trade  1EC26 BARCLAYS PLC BRITISH CHINA INVESTMENT CORP CHINESE

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

*Westlaw.*

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

        CHINESE FOREIGN MINISTRY CHINESE PREMIER WEN CONGRESS GUEST HOUSE
ORIENTAL **STEAM** NAVIGATION CO PREMIER WEN ROYAL DUTCH SHELL PLC
VIRGIN WEN WORLD BANK BARCLAYS PLC BARCLAYS PLC (US) BRITISH AND
MALAYAN  ...

88.      Obituaries
      **Columbus Dispatch (OH)** Author: N/A;    Word Count: 346
       1/19/08 COLDIS 06B 2008 WLNR 1112674 ...

      ...Scout Family of Ohio" and honored by Gov. Lausche.  Nick was Award Chairman for Troop
474 and belonged to Ashtabula **Steam** Engine Club, 76'ers Heisey Club, Heisey Collectors of
America, Train Collectors of America and Westerville Promenaders.  He was an usher ...

      ...at www.dispatch.com/obituaries" Obituary namelist USA  1US73 Americas  1AM92 Ohio
1OH35 North America  1NO39  ASHTABULA **STEAM** ENGINE CLUB CHUCK FOREST
GREG HEISEY CLUB INSPIRATIONAL BAND MEMBER JAMES CANCER HOSPITAL
JEFFREY MFG N HIGH ST PRIMO SCRIPT  ...

89.      Detroit Free Press Drew Sharp column: For this fan, let it snow, let it snow ...
      **Detroit Free Press (KRT)**    Word Count: 809
       1/19/08 DTRTFP (No Page) 2008 WLNR 1104999 ...

      ...first memory of Lambeau Field is also my fondest.  Black-and-white TV images of football
players emitting so much **steam** from their hot breath on such a bitterly cold day, sometimes
you couldn't even see their helmets. Today, that game  ...

90.      The Fayetteville Observer, N.C., Nomee Landis column: Would you like fried pickles with
that?
      **Fayetteville Observer, The (Fayetteville, NC) (KRT)**    Word Count: 750
       1/19/08 FAYETOBS (No Page) 2008 WLNR 1097781 ...

      ...in the oil until they were golden.  He fished them out with a long-handled basket and
carefully tipped the **steaming** pile of pickles onto a paper-lined plate.  A plastic cup of Ranch
dressing, for dipping, accompanied them. I sat  ...

91.      MARKETS: Bruised investors are braced for further blows
      **Financial Times USA** Author: DAVE SHELLOCK;    Word Count: 794
       1/19/08 FINTUSA 11 2008 WLNR 1059191 ...

      ...ECB official - helped drive the euro lower. A surge in commodities at the start of the week
ran out of **steam** as recession concerns increased.  Oil fell 3.2 per cent over the week to below
Dollars 90 a barrel, while  ...

92.      Cold truth There's still no cure, but there's a lot to know about treatment and prevention
      **Fort Worth Star-Telegram (Fort Worth)** Author: Harvard Health Letters;    Word Count:

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

1491
1/19/08 FTWTHST E12 2008 WLNR 1096714 ...

...other brands) can help with a cough. Taking a decongestant isn't the only way to open up nasal passages. Inhaling **steam** from a teakettle or in a hot shower can help. Drinking plenty of water helps unplug nasal passages by keeping  ...

93.        Elementary school lunch menus: Week of Jan. 21
           **Kansas City Star (MO)** Author: N/A;        Word Count: 246
           1/19/08 KCSTAR 6 2008 WLNR 1071144 ...

...cheese; fresh veggies with dip, chilled pineapple, ice cream fudge bar Wednesday:  Macaroni and cheese/Little Smokies or nachos supreme; **steamed** broccoli, frozen strawberries, cinnamon roll Thursday:  Tyson chicken nuggets or taco salad; hot mashed potatoes with gravy, golden corn, dinner  ...

94.        Joker gets a deal When Brooks leaves, Phillips has the job
           **Lexington Herald-Leader (KY)** Author: Chip Cosby, CCOSBY@HERALD-
           LEADER.COM;        Word Count: 1062
           1/19/08 LEXINGTONHLD A1 2008 WLNR 1081181 ...

...have to hold up his end of the deal as well. When asked about the possibility of the program losing **steam**, Todd said, "The first person to know that would be a problem would be Joker.  If we aren't winning and  ...

95.        EAST JEFFERSON POLICE REPORTS
           **New Orleans Times Picayune** Author: N/A;        Word Count: 2626
           1/19/08 NOTPCN 3 2008 WLNR 1085095 ...

...from a business on Jan. 5. 1400 block of Jefferson Highway A train restoration organization reported that someone stole three **steam** whistles with a total value of $2,500 on Jan. 10. 4500 block of Jefferson Highway An employee in a convenience  ...

96.        BOYS BASKETBALL
           **Newsday (USA)** Author: N/A;        Word Count: 3107
           1/19/08 NWSDAY A31 2008 WLNR 1081973 ...

...CORP AL SHAW ROCKY FREDA THOMAS AND COFFEY LTD MUELLER AG INNOVATIVE INTERFACES INC BI PERFORMANCE SERVICES PENINSULAR AND ORIENTAL **STEAM** NAVIGATION COMPANY (THE) ADR P COTT 54 66 69 70 73 80 AA ABC Alex Brown Alex Snead Amateau Amityville  ...

97.        january 19 in history
           **Orlando Sentinel** Author: The Associated Press;        Word Count: 122
           1/19/08 ORLANDOSENT E2 2008 WLNR 1095005 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - STEAM! % STEAMROLL!                    DATABASE(S) - USNEWS
STEAMSHIP! STEAMFITTER! STEAMBOAT!
DRAMA NOVEL PLAY FICTION AFFAIR
SCANDAL FILM MOVIE PLOT EDITION

...january 19 in history The Associated Press   In 1736, James Watt, inventor of the **steam** engine, was born in Scotland. In 1807, Confederate Gen. Robert E. Lee was born in Westmoreland County, Va. In 1809  ...

98.       Briefs: Alcoa names former Merrill chief Stan O'Neal to board
          **Pittsburgh Tribune Review** Author: staff and wire reports;          Word Count: 834
            1/19/08 BSX-TRBREV (No Page) 2008 WLNR 1107167 ...

...2, near Spring City in east-central Tennessee.  It will also upgrade and replace information and control systems, and supply **steam** generator services, crane replacement and upgrades, risk assessment, engineering services, licensing services and safety analysis.  The project is expected to  ...

99.       Garden dreaming on such a winter's day
          **Sacramento Bee, The (CA)** Author: Pat Rubin;  Author: prubin@sacbee.com;          Word Count: 871
            1/19/08 SACRAMENTOBEE K4 2008 WLNR 1069864 ...

...armfuls of flowers.  I envision vases of sunflowers, cosmos, dahlias and zinnias.  I can almost taste sauteed zucchini and eggplant, **steamed** peas and baked acorn squash slathered with butter. I'm a pushover for heirloom varieties of beans, for every kind of  ...

100.      Garden dreaming on such a winter's day
          **Sacramento Bee, The (CA) (KRT)**          Word Count: 865
            1/19/08 SACRAMENTOBEE (No Page) 2008 WLNR 1098051 ...

...armfuls of flowers.  I envision vases of sunflowers, cosmos, dahlias and zinnias.  I can almost taste sauteed zucchini and eggplant, **steamed** peas and baked acorn squash slathered with butter. I'm a pushover for heirloom varieties of beans, for every kind of  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.