# EXHIBIT F

## to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# *EXHIBIT F*

## I.  TALLY FOR SEARCH F:
### 50 articles with *see + (the) steam*
### appearing from 11-17-07 through 1/14/08

Parameters specified on Westlaw USNEWS database:
   "SEE STEAM" "SEE THE STEAM" "SEE LOTS OF STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! EAR! /2 STEAM

**Usable examples:  15, from 50 articles**
Unusable articles: 35 (27 duplicated articles; 4 abstract uses (usually, in expressions having to do with a person's anger being spoken of as if visible, as in F35: *In the heat of battle you could see the steam coming off the coach*); 4 irrelevant (usually, because the proximity of *see* and *steam* involved the wrong syntactic structure, as in F31: *These days, see, steam is a key to a clean home...*)

**All fifteen usable examples demonstrate that in ordinary language, people use the word *steam* to describe something that they can see, i.e., something that is visible.**

<u>Usable data:</u>
**10 examples of** *see the steam***:**

F1:  "You could see the **steam** rising'...
F3:   It is so cold that you can see the **steam** rising up off of the Chicago River downtown.
F5:  You can see the **steam** rising off the water there...
F6:  I can see the **steam** coming straight through the pillow.
F7:  You can see the **steam** coming right through the fabric!
F8:  Wow, you can really see the **steam** on that dark tile.
F24:  ...players could see the **steam** rising in a four-foot wave off the turf.
F33:   You can still see the **steam** from the second floor of the unit.  [news about a fire]
F34:  You can see the **steam** coming from the flames.  [news about a fire]
F41:  I love that I can actually see the **steam** coming out of the [cleaning] product...

**4 examples of** *see steam***:**
F26:  Put [alcoholic beverage] in the microwave until you **see steam,** and breathe deep.
F36:  "When [I] pulled in the parking lot and saw a body, I could **see steam** coming from her head."
F39:  Now that's hot.  I can **see steam** coming [out] of it [referring to some hot food].

F40:  I don't even **see steam** coming off the top of a building on that one.  [CNN reporter; clear implication is that this is surprising, and that one *can* see such steam at other times.]

**1 other relevant example:**
F4:  You see there's **steam** shooting up out of these small holes.

No examples in this collection of *see lots of steam*.


## II.  RESULTS LIST FOR SEARCH F

[Results List from Search F
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "SEE STEAM" "SEE THE STEAM" "SEE LOTS OF STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! EAR! /2 STEAM |
| Date/Time of Request: | Monday, January 21, 2008 09:34:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 389 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

Westlaw.

QUERY - "SEE STEAM" "SEE THE STEAM"          DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

1.    Full Blast
    **Sports Illustrated** Author: LEE JENKINS;    Word Count: 1378
    1/14/08 SI 50 2008 WLNR 413404 ...

...for clearance, and the plane dipped its wing.  For a volcanic defensive end, it was the ultimate joyride. " You could **see** the **steam** rising," Kerney says. " You could see the mountain blown out on one side and the trees all matted down.  The  ...

2.    CHANNEL 7 NEWS 2008-01-08 12:52:46
    **FOX 7 WSVN-FL** Author: N/A;    Word Count: 279
    1/8/08 FOX7WSVN-FL (No Page) 2008 WLNR 443483 ...

...LIKE LAST YEAR FOR OHIO STATE.  JUMP OUT TO AN EARLY LEAD AGAINST LSU IN THE CHAMPIONSHIP GAME ONLY TO **SEE** LSU **STEAM** ROLL THEM.  SAME THING TED GINNGINESS THE TRAILING.  MATT HAS FOUR TOUCHDOWN PASSES.  THIS ONE TO BRANDON.  LSU LEADS 24  ...

3.    WISN News at 6 2008-01-02 17:59:06
    **ABC 123 WISN-WI** Author: N/A;    Word Count: 356
    1/2/08 ABC123WISN-WI (No Page) 2008 WLNR 134577 ...

...IT COMING UP IN WEATHER WATCH WELL. -- COMING UP IN WEATHER WATCH 12.  IT IS SO COLD THAT YOU CAN **SEE** THE **STEAM** RISING UP OFF OF THE CHICAGO RIVER DOWNTOWN.    THE CANDIDATES JUMPS INTO THE RACE BEHIND THE ALDERMAN MICHAEL MCGEE GENE  ...

4.    NewsChannel 5 at 6 PM 2008-01-02 18:05:34
    **CBS 5 WTVF-TN** Author: N/A;    Word Count: 390
    1/2/08 CBS5WTVF-TN (No Page) 2008 WLNR 205218 ...

...He did not want to go on camera.  He tells 34e this is what he calls the hot rock.  You **see** there's **steam** shooting up out of these small holes.  This is what kept him warm but if you look behind me, others  ...

5.    CNN 3 PM 2008-01-02 15:08:02
    **CNN 3PM** Author: N/A;    Word Count: 1040
    1/2/08 CNN3PM (No Page) 2008 WLNR 132457 ...

...ARE SO COLD.  IN FACT, HOW COLD WAS IT THIS MORNING?  TAKE A LOOK AT THINKS SHIVERING FOLKS.  YOU CAN **SEE** THE **STEAM** RISING OFF THE WATER THERE, AND PEOPLE ARE BUNDLED UP.  YOU CAN SEE YOUR BREATH.  THE TEMPERATURE DROPPED DOWN TO  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - "SEE STEAM" "SEE THE STEAM"           DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

6.     CHANNEL 6 NEWS 2008-01-01 05:50:20
     **6 WKMG-FL** Author: N/A;     Word Count: 304
     1/1/08 CBS6WKMG-FL (No Page) 2008 WLNR 56263 ...

     ...LET ME SHOW YOU.   GRAB THAT PILLOW.   I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.     JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.    THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI.  IT'S ACTUALLY KILLING THE DUST MITES IN  ...

7.     CHANNEL 6 NEWS 2008-01-01 05:38:17
     **6 WKMG-FL** Author: N/A;     Word Count: 324
     1/1/08 CBS6WKMG-FL (No Page) 2008 WLNR 57708 ...

     ...USE THIS JACKET TO SHOW YOU THE PENETRATING, PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.    WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!    THAT'S RIGHT, LOREN.   THE TOBI'S PROFESSIONAL STEAM POWER PENETRATES RIGHT THROUGH  Consumer Products &amp; Services   ...

8.     CHANNEL 2 NEWS 2007-12-31 12:45:55
     **NBC 2 WESH - ORLANDO** Author: N/A;     Word Count: 303
     12/31/07 NBC2WESH-FL (No Page) 2007 WLNR 25744056 ...

     ...TO CLEAN FLOORS EVER.    IT'S OUR UNIQUE, POWERFUL STEAM-GENERATING TECHNOLOGY.   NOW, WATCH THIS.  [ STEAM HISSING...]    WOW, YOU CAN REALLY **SEE** THE **STEAM** ON THAT DARK TILE.    AS YOU'RE CLEANING WITH THE SHARK STEAM MOP, THE STEAM EVAPORATES SO QUICKLY, IT LEAVES NOTHING  ...

9.     CHANNEL 2 NEWS 2007-12-31 12:53:34
     **NBC 2 WESH - ORLANDO** Author: N/A;     Word Count: 341
     12/31/07 NBC2WESH-FL (No Page) 2007 WLNR 25744061 ...

     ...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.    WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT THROUGH ALL THAT  BELLEVIEW CHALLENGE CHANNEL COFFEE FLOOR FLOORS GUESTS KIDDING MARK MOP NBC PLUG   ...

10.     NEWS AT 12;30PM 2007-12-29 12:45:51
     **CBS 11 WINK-FL** Author: N/A;     Word Count: 306
     12/29/07 CBS11WINK-FL (No Page) 2007 WLNR 25692442 ...

     ...TO CLEAN FLOORS EVER.    IT'S OUR UNIQUE, POWERFUL STEAM-GENERATING TECHNOLOGY.   NOW, WATCH THIS.  [ STEAM HISSING...]    WOW, YOU CAN REALLY **SEE** THE **STEAM** ON THAT DARK TILE.    AS YOU'RE CLEANING WITH THE SHARK STEAM MOP, THE STEAM EVAPORATES SO QUICKLY, IT LEAVES NOTHING  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "SEE STEAM" "SEE THE STEAM"          DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...


11.   NEWS AT 12;30PM 2007-12-29 12:53:28
      **CBS 11 WINK-FL** Author: N/A;       Word Count: 341
      12/29/07 CBS11WINK-FL (No Page) 2007 WLNR 25692447 ...

      ...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.   WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT THROUGH ALL THAT   BELLEVIEW CBS CHALLENGE COFFEE FLOOR FLOORS GUESTS KIDDING MARK MOP PLUG RUST   ...


12.   CHANNEL 2 NEWS 2007-12-29 12:38:20
      **NBC 2 WESH - ORLANDO** Author: N/A;       Word Count: 325
      12/29/07 NBC2WESH-FL (No Page) 2007 WLNR 25692499 ...

      ...USE THIS JACKET TO SHOW YOU THE PENETRATING, PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.   WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!   THAT'S RIGHT, LOREN.   THE TOBI'S PROFESSIONAL STEAM  BURNING CAKE CHANNEL FABRIC FABRICS FIBERS IRON JAN   ...


13.   CHANNEL 2 NEWS 2007-12-29 12:50:29
      **NBC 2 WESH - ORLANDO** Author: N/A;       Word Count: 311
      12/29/07 NBC2WESH-FL (No Page) 2007 WLNR 25692507 ...

      ...LET ME SHOW YOU.   GRAB THAT PILLOW.   I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.    JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.    THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI. IT'S ACTUALLY KILLING THE DUST MITES IN   ...


14.   MORNING NEWS 2007-12-25 05:23:09
      **4 KRON-CA** Author: N/A;       Word Count: 641
      12/25/07 NBC4KRONCAUS (No Page) 2007 WLNR 25414798 ...

      ...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.   WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT THROUGH ALL THAT PAINT-- THAT'S PRETTY AMAZING.  MAN, THOSE KIDS WERE HAVING SO MUCH FUN   ...


15.   CHANNEL 10 NEWS 2007-12-25 06:36:09
      **ABC 10 WPLG-FL** Author: N/A;       Word Count: 323
      12/25/07 ABC10WPLG-FL (No Page) 2007 WLNR 25411738 ...

      ...USE THIS JACKET TO SHOW YOU THE PENETRATING, PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.   WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!   THAT'S RIGHT, LOREN.   THE TOBI'S

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

# Westlaw

QUERY - "SEE STEAM" "SEE THE STEAM"         DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

    PROFESSIONAL STEAM POWER PENETRATES RIGHT THROUGH  Consumer Products &amp; Services  ...


16.   CHANNEL 10 NEWS 2007-12-25 06:48:13
    **ABC 10 WPLG-FL** Author: N/A;         Word Count: 308
    12/25/07 ABC10WPLG-FL (No Page) 2007 WLNR 25411755 ...

    ...LET ME SHOW YOU.  GRAB THAT PILLOW.  I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.   JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.   THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI. IT'S ACTUALLY KILLING THE DUST MITES IN  ...


17.   News at 12pm 2007-12-25 12:43:41
    **NBC 2 WBBH-FL** Author: N/A;         Word Count: 309
    12/25/07 NBC2WBBH-FL (No Page) 2007 WLNR 25420908 ...

    ...TO CLEAN FLOORS EVER.   IT'S OUR UNIQUE, POWERFUL STEAM-GENERATING TECHNOLOGY.  NOW, WATCH THIS. [ STEAM HISSING...]   WOW, YOU CAN REALLY **SEE** THE **STEAM** ON THAT DARK TILE.   AS YOU'RE CLEANING WITH THE SHARK STEAM MOP, THE STEAM EVAPORATES SO QUICKLY, IT LEAVES NOTHING   ...


18.   News at 12pm 2007-12-25 12:51:21
    **NBC 2 WBBH-FL** Author: N/A;         Word Count: 347
    12/25/07 NBC2WBBH-FL (No Page) 2007 WLNR 25420914 ...

    ...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.   WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT THROUGH ALL THAT PAINT-- THAT'S PRETTY AMAZING.  MAN, THOSE KIDS WERE HAVING  BELLEVIEW CHALLENGE COFFEE  ...


19.   CHANNEL 2 NEWS 2007-12-25 12:48:24
    **NBC 2 WESH - ORLANDO** Author: N/A;         Word Count: 307
    12/25/07 NBC2WESH-FL (No Page) 2007 WLNR 25420921 ...

    ...LET ME SHOW YOU.  GRAB THAT PILLOW.  I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.   JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.   THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI. IT'S ACTUALLY KILLING THE DUST MITES IN  ...


20.   MAYOR OF TELEVISION BLOG
    **Daily News (Los Angeles, CA)** Author: > DAVID KRONKE;         Word Count: 629
    12/24/07 DAILYNEWCA L18 2007 WLNR 25539129 ...

    ...Coulter or listens to Rush Limbaugh, this is the perfect gift, if you're the sort of person who likes

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "SEE STEAM" "SEE THE STEAM"         DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

to **see steam** come out of people's ears. 547 TV - SHOW - LIST  Local Government  1LO75 Government  1GO80 DVD DVD THESE  ...

21.  Mayor of Television blog
     **Long Beach Press-Telegram (CA)** Author: N/A;       Word Count: 628
       12/24/07 LBPRESS U10 2007 WLNR 25362999 ...

     ...Coulter or listens to Rush Limbaugh, this is the perfect gift, if you're the sort of person who likes to **see steam** come out of people's ears. 547  Local Government  1LO75 Government  1GO80 DVD DVD THESE LEARY RANDOM HOUSE  ...

22.  News at 12pm 2007-12-23 12:36:08
     **NBC 2 WBBH-FL** Author: N/A;       Word Count: 324
       12/23/07 NBC2WBBH-FL (No Page) 2007 WLNR 25352748 ...

     ...USE THIS JACKET TO SHOW YOU THE PENETRATING, PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.   WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!   THAT'S RIGHT, LOREN.  THE TOBI'S PROFESSIONAL STEAM POWER PENETRATES RIGHT THROUGH  CAKE FABRIC FABRICS FIBERS  ...

23.  News at 12pm 2007-12-23 12:48:17
     **NBC 2 WBBH-FL** Author: N/A;       Word Count: 308
       12/23/07 NBC2WBBH-FL (No Page) 2007 WLNR 25354147 ...

     ...LET ME SHOW YOU.  GRAB THAT PILLOW.  I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.   JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.   THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI. IT'S ACTUALLY KILLING THE DUST MITES IN  ...

24.  1982 win over Oklahoma put stamp on W.Va. football program
     **AP DataStream**      Word Count: 947
       12/22/07 APDATASTREAM 21:16:04 ...

     ...and that loss was still fresh in the Mountaineers' memory. It was so hot on the field that players could **see** the **steam** rising in a four-foot wave off the turf.  Fans cracked jokes at the players as they were ready to  ...

25.  FBC T25 Fiesta Last Meeting
     **AP Online - Sports** Author: The Associated Press;        Word Count: 952
       12/22/07 APONLINESPORT 20:20:47 ...

     ...and that loss was still fresh in the Mountaineers' memory. It was so hot on the field that players could **see** the **steam** rising in a four-foot wave off the turf.  Fans cracked jokes at the players as

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "SEE STEAM" "SEE THE STEAM"           DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

they were ready to  ...

26.   **MOLLY'S PUB**
      **Houston Press** Author: Mountjoy, Debbylou;      Word Count: 270
      12/20/07 HOUSPRESS N 2007 WLNR 25826231 ...

      ...not the pink or blue stuff) Mix all ingredients in a glass coffee cup.  Put in the microwave until you **see steam**, and breathe deep. Bars Alcoholic beverages Houston Texas MOLLYS PUB HOUSTON TX Drinking Places (Alcoholic Beverages) 722410  Entertainment   ...

27.   **CHANNEL 2 NEWS 2007-12-18 12:36:16**
      **NBC 2 WESH - ORLANDO** Author: N/A;       Word Count: 327
      12/18/07 NBC2WESH-FL (No Page) 2007 WLNR 25005143 ...

      ...USE THIS JACKET TO SHOW YOU THE PENETRATING, PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.   WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!   THAT'S RIGHT, LOREN.  THE TOBI'S PROFESSIONAL STEAM POWER PENETRATES RIGHT THROUGH THE FABRIC.  AS IT ...

28.   **CHANNEL 2 NEWS 2007-12-18 12:48:28**
      **NBC 2 WESH - ORLANDO** Author: N/A;       Word Count: 325
      12/18/07 NBC2WESH-FL (No Page) 2007 WLNR 25006070 ...

      ...LET ME SHOW YOU.  GRAB THAT PILLOW.  I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.   JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.   THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI.  IT'S ACTUALLY KILLING THE DUST MITES IN  ...

29.   **CHANNEL 2 NEWS 2007-12-16 05:43:41**
      **NBC 2 WBBH-FL** Author: N/A;       Word Count: 303
      12/16/07 NBC2WBBH-FL (No Page) 2007 WLNR 24856820 ...

      ...TO CLEAN FLOORS EVER.   IT'S OUR UNIQUE, POWERFUL STEAM-GENERATING TECHNOLOGY.  NOW, WATCH THIS. [ STEAM HISSING...]   WOW, YOU CAN REALLY **SEE** THE **STEAM** ON THAT DARK TILE.   AS YOU'RE CLEANING WITH THE SHARK STEAM MOP, THE STEAM  Hard Floor Coverings  1HA17 Floor  ...

30.   **CHANNEL 2 NEWS 2007-12-16 05:52:42**
      **NBC 2 WBBH-FL** Author: N/A;       Word Count: 326
      12/16/07 NBC2WBBH-FL (No Page) 2007 WLNR 24856827 ...

      ...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.   WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "SEE STEAM" "SEE THE STEAM"           DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

THROUGH ALL THAT PAINT-- THAT'S PRETTY AMAZING.  MAN, THOSE KIDS WERE HAVING SO MUCH FUN  ...

31.    A TALL ORDER FROM A WORLD IN NEED, WANT SANDRA SNYDER WALL TO WALL
**Times Leader (Wilkes-Barre, PA)** Author: N/A;     Word Count: 718
12/8/07 WBTIMES 1D 2007 WLNR 25483707 ...

...great, would you at least consider the snazzy purple and gray Shark Steam Mop for half that tag?  These days, **see**, **steam** is a key to a clean home, and I want all my people to have that joy.  The truly selfless  ...

32.    For this mother, love means calling the cops
**Star-Ledger, The (Newark, NJ)** Author: BARRY CARTER;     Word Count: 1069
12/6/07 STLGRN 17 2007 WLNR 24091745 ...

...Thomas.  It's reality.  Thomas said her son was upset and in disbelief that she had turned him in.  "You could **see** the **steam** coming off of his head," she said. But Muhammad says he wasn't angry nor surprised by what she did.  He  ...

33.    Eyewitness Morning 2007-12-04 05:35:44
**ABC 13 KTRK-TX** Author: N/A;     Word Count: 287
12/4/07 ABC13KTRK-TX (No Page) 2007 WLNR 23986092 ...

... Houston, TX ABC 13 KTRK Eyewitness Morning 2007-12-04 05:35:44  YOU CAN STILL **SEE** THE **STEAM** FROM THE SECOND FLOOR OF THE UNIT.  CREWS WERE CALLED AT 1:30.  THE FIRE CONSUMED ALREADY TWO APARTMENTS ON  ...

34.    Eyewitness Morning 2007-12-04 06:01:13
**ABC 13 KTRK-TX** Author: N/A;     Word Count: 255
12/4/07 ABC13KTRK-TX (No Page) 2007 WLNR 23986103 ...

...APARTMENT WONDER WHAT WILL HAPPEN TO THEM.  THE FIRE STARTED ON THE SECOND FLOOR OF THE APARTMENT BUILDING.  YOU CAN **SEE** THE **STEAM** COMING FROM THE FLAMES.  THE FIRE IS COMPLETELY OUT.  CREWS WERE CALLED AT 1:30.  THE FIRE HAD ALREADY SPREAD  ...

35.    CHANNEL 28 NEWS 2007-12-03 17:05:20
**28 WFTS-FL** Author: N/A;     Word Count: 192
12/3/07 ABC28WFTS-FL (No Page) 2007 WLNR 23942618 ...

...03 17:05:20  IT HAPPEN IN THE THIRD QUARTER.  EVERY PLAY MATTERS.  IN THE HEAT OF BATTLE YOU COULD **SEE** THE **STEAM** COMING OFF THE COACH.   JOHN GREW DELL IS UPSET.   -- JON GRUDEN IS UPSET.   YOU COULD SEE HIM TURN SEVERAL SHADES  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - "SEE STEAM" "SEE THE STEAM"          DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

36. Eyewitness News Toda 2007-11-29 05:02:30
    **NBC 3 WRCB-TN** Author: N/A;     Word Count: 399
      11/29/07 NBC3WRCB-TN (No Page) 2007 WLNR 23655498 ...

    ...IN THE HEAD.  TAPE 3..4:27:54...'  WHEIN PULLED IN the parking lot and saw a body, I could **see steam** coming from her head.'  PROSECUTORS SAY MCCORMICK    Violent Crime  1VI27 Crime  1CR87 Social Issues  1SO05  ...

37. Eyewitness News Toda 2007-11-29 06:01:58
    **NBC 3 WRCB-TN** Author: N/A;     Word Count: 430
      11/29/07 NBC3WRCB-TN (No Page) 2007 WLNR 23655552 ...

    ... Chattanooga, TN NBC 3 WRCB Eyewitness News Toda 2007-11-29 06:01:58   saw a body, I could **see steam** coming from her head.'  PROSECUTORS SAY MCCORMICK CONFESSED TO KILLING NICHOLS TO AN UNDERCOVER OFFICER... BUT DEFENSE ATTORNEYS SAY HE'S  ...

38. Eyewitness News 2007-11-28 23:05:53
    **NBC 3 WRCB-TN** Author: N/A;     Word Count: 309
      11/28/07 NBC3WRCB-TN (No Page) 2007 WLNR 23650336 ...

    ...THE HEAD.  TAPE 3..4:27:54...'  WHEN IN PULLED IN the parking lot and saw a body, I could **see steam** coming from her head.'  PROSECUTORS SAY MCCORMICK CONFESSED TO KILLING NICHOLS TO AN UNDERCOVER OFFICER... BUT DEFENSE ATTORNEYS SAY HE'S  ...

39. Profile: Paul Deen shows dishes from her latest cookbook, "Christmas With Paula Deen: Recipes and Stories From My Favorite Holiday"
    **NBC TODAY SHOW** Author: N/A;     Word Count: 1253
      11/27/07 NBCTODAY (No Page) 2007 WLNR 23442204 ...

    ...on them.  All right, now I've gotten your spoons mixed up.  Aren't they yummy? ROKER: Now that's hot.  I can **see steam** coming of it. LAUER: Paula, we're going to take a break.  When we come back, we're going to do this  ...

40. CNN 1 PM 2007-11-26 13:30:04
    **CNN 1PM** Author: N/A;     Word Count: 290
      11/26/07 CNN1PM (No Page) 2007 WLNR 23404807 ...

    ...THIS IS M WHERE ATHE HUDSON RIVER.  USUALLY I CAN TELL IF YOU'RE LOOKING NORTH OR SOUTH.  I DON'T EVEN **SEE STEAM** COMING OFF THE TOP OF A BUILDING ON THAT ONE.  IT'S NOT GOING TO GET BETTER AS THE DAY GOES  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "SEE STEAM" "SEE THE STEAM"        DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

41.  NEWS AT 6AM 2007-11-25 06:17:11
     **CBS 11 WINK-FL** Author: N/A;    Word Count: 353
      11/25/07 CBS11WINK-FL (No Page) 2007 WLNR 23330561 ...

     ...ARE CLEAN.  IT DEODORIZES, IT SANITIZES AND IT GIVES YOU A PEACE OF MIND.   I LOVE THAT I CAN ACTUALLY **SEE** THE **STEAM** COMING OUT OF THE PRODUCT AND I KNOW THAT MY FLOORS ARE BEING CLEANED AND YOU CAN SEE THAT IT  ...

42.  Northern exposure accents shadows Closely guarded tourism comes to the realm of the Dear Leader
     **Cleveland Plain Dealer** Author: Elizabeth Sullivan;    Word Count: 1766
      11/25/07 PLDLCL M1 2007 WLNR 23366793 ...

     ...bicycling from one remote outpost to another, wood smoke curling from low-slung huts nestled in deforested hills. One also **sees steam**-driven tractors - and, once, a car - on the other side of the green fence. At night at the Mount Kumgang  ...

43.  4 AM NEWS 2007-11-23 04:06:06
     **4 KRON-CA** Author: N/A;    Word Count: 628
      11/23/07 NBC4KRONCAUS (No Page) 2007 WLNR 23247495 ...

     ...USE THIS JACKET TO SHOW YOU THE PENETRATING, PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.   WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!   THAT'S RIGHT, LOREN.  THE TOBI'S PROFESSIONAL STEAM POWER PENETRATES RIGHT THROUGH THE FABRIC.  AS IT ...

44.  4 AM NEWS 2007-11-23 04:18:05
     **4 KRON-CA** Author: N/A;    Word Count: 573
      11/23/07 NBC4KRONCAUS (No Page) 2007 WLNR 23247504 ...

     ...LET ME SHOW YOU.  GRAB THAT PILLOW.  I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.   JAN, I CAN **SEE** THE **STEAM** COMING STRAIGHT THROUGH THE PILLOW.   THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI.  IT'S ACTUALLY KILLING THE DUST MITES IN  ...

45.  MORNING NEWS 2007-11-22 06:42:07
     **4 KRON-CA** Author: N/A;    Word Count: 530
      11/22/07 NBC4KRONCAUS (No Page) 2007 WLNR 23180442 ...

     ...TO CLEAN FLOORS EVER.   IT'S OUR UNIQUE, POWERFUL STEAM-GENERATING TECHNOLOGY.  NOW, WATCH THIS. [ STEAM HISSING...]   WOW, YOU CAN REALLY **SEE** THE **STEAM** ON THAT DARK TILE.  Hard Floor Coverings  1HA17 Carpets  1CA35

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "SEE STEAM" "SEE THE STEAM"          DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

    Floor Coverings  1FL45 Home Furnishings &amp; Home Decor  ...


46.  MORNING NEWS 2007-11-22 06:51:06
  **4 KRON-CA** Author: N/A;        Word Count: 645
  11/22/07 NBC4KRONCAUS (No Page) 2007 WLNR 23180445 ...

...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.   WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT THROUGH ALL THAT PAINT-- THAT'S PRETTY AMAZING.  MAN, THOSE KIDS WERE HAVING SO MUCH FUN  ...


47.  430 AM NEWS 2007-11-22 04:42:07
  **4 KRON-CA** Author: N/A;        Word Count: 530
  11/22/07 NBC4KRONCAUS (No Page) 2007 WLNR 23181698 ...

...TO CLEAN FLOORS EVER.   IT'S OUR UNIQUE, POWERFUL STEAM-GENERATING TECHNOLOGY.  NOW, WATCH THIS. [ STEAM HISSING...]   WOW, YOU CAN REALLY **SEE** THE **STEAM** ON THAT DARK TILE.  Hard Floor Coverings  1HA17 Carpets  1CA35 Floor Coverings  1FL45 Home Furnishings &amp; Home Decor  ...


48.  430 AM NEWS 2007-11-22 04:51:06
  **4 KRON-CA** Author: N/A;        Word Count: 645
  11/22/07 NBC4KRONCAUS (No Page) 2007 WLNR 23181701 ...

...A HUGE MESS, BUT I TELL YOU WHAT: IF YOU CAN CLEAN ALL THIS, I'M GONNA BUY ONE.   WELL, LET'S **SEE**.   O.K. [ **STEAM** HISSING...] LOOK AT IT CUT THROUGH ALL THAT PAINT-- THAT'S PRETTY AMAZING.  MAN, THOSE KIDS WERE HAVING SO MUCH FUN  ...


49.  CHANNEL 2 NEWS 2007-11-17 12:37:40
  **NBC 2 WESH - ORLANDO** Author: N/A;        Word Count: 320
  11/17/07 NBC2WESH-FL (No Page) 2007 WLNR 22862722 ...

...2 NEWS 2007-11-17 12:37:40  PROFESSIONAL POWER OF THE TOBI FROM THE INSIDE-OUT.   WOW, YOU CAN **SEE** THE **STEAM** COMING RIGHT THROUGH THE FABRIC!   THAT'S RIGHT, LOREN.  THE TOBI'S PROFESSIONAL STEAM POWER PENETRATES RIGHT THROUGH THE FABRIC.  AS IT  ...


50.  CHANNEL 2 NEWS 2007-11-17 12:48:19
  **NBC 2 WESH - ORLANDO** Author: N/A;        Word Count: 315
  11/17/07 NBC2WESH-FL (No Page) 2007 WLNR 22869071 ...

...LET ME SHOW YOU.  GRAB THAT PILLOW.  I'LL PUT THE TOBI RIGHT UNDERNEATH THE PILLOW, AND WATCH.   JAN, I CAN **SEE** THE **STEAM** COMING

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "SEE STEAM" "SEE THE STEAM"					DATABASE(S) - USNEWS
"SEE LOTS OF STEAM" % RAILROAD!
TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOV...

    STRAIGHT THROUGH THE PILLOW.   THAT'S THE PROFESSIONAL STEAM POWER OF THE TOBI.  IT'S ACTUALLY KILLING THE DUST MITES IN  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.