# EXHIBIT G

## to Levi Declaration

Prof. Judith N. Levi                                  Whirlpool case re *steam*
Department of Linguistics                             Attorney: J. A. Cragwall, Jr.
Northwestern University                               January 2008

# *EXHIBIT G*

## I.  TALLY FOR SEARCH G:
**50 articles with *saw (some) steam*
appearing from 2/24/06 through 1/13/08**

Parameters specified on Westlaw USNEWS database:
   "SAW STEAM" "SAW SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE!
   TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM

**Usable examples:  24, from 50 articles**
Unusable articles: 26 (18 duplicated articles; 5 abstract uses; 3 irrelevant

**All 24 usable examples demonstrate that in ordinary language, people use the word *steam* to describe something that they can see, i.e., something that is visible.**

Usable data (all showing *saw steam*)
G1:  ...a late friend who **saw steam** coming out of a huge and rotting cedar tree stump.
G2:  ...they **saw steam** pouring off the [ocean's] water on the horizon.
G3:  He earned the nickname Smoke from a youth league coach who **saw steam** rise from an opponents pad after a Johnson tackle.
G5:  Erkfritz **saw steam** and rushed to the French door windows in back...she saw fire.
G6: ...the animal balked when she got downtown and **saw steam** coming out of a vent.
G7: ...he **saw steam** at the neighbor's house.
G8:  Dane told his mom he **saw steam** coming from his neighbor's house.
G9:  Little Dane woke up his mother and said he **saw steam** outside the window.
G12:  Fortunately Ken Legrand was driving through and **saw steam** rising from the crash site.
G15:  He **saw steam** coming out of the manhole cover...
G18:  Karen had pulled over when she **saw steam** rising from under the hood.
G22: I smelled the gasoline leak...also **saw steam** coming out from the engine.
G23:  Buck testified he **saw steam** from Sudler's breath rising from behind a washing machine in
        a backyard full of debris.
G27:  ...park visitors and staff **saw steam**. On February 21st, they **saw a plume of steam** rise
        several hundred feet in the air...
G31:  ...when he heard a thud in the Snake River and **saw steam** rise up from the falls.
G32:  ...Happened to look over and I **saw steam** [from a vehicle accident scene]
G38: [Witnesses] also say they **saw steam** rising from a place it normally doesn't...
G39: He looked out a window and **saw steam** rising from the house...
G40: ...[a football player] who threw so hard Epstein swears he **saw steam** coming off the ball.
G42: ...workers at the Kerman plant **saw steam** and smoke coming from the center of the bone
        mean pile earlier that morning...

G45: "I heard glass breaking and **saw steam**," he said [of a car].
G46: A lookout sun [*sic*] my windows last night and **saw steam** coming off the lawn. [This example is taken from a transcript of an ABC morning news program; my guess is that a court stenographer was typing this to create subtitles for the deaf, and the transcription symbols produced *A lookout sun* instead of *I look outside.*]
G47: But he [a photographer] liked what he **saw: steam** billowing from the westbound Phoebe Snow [train], people milling about.

One more example with *saw some steam*:
G44: RPU crews **saw some steam** coming from vaults at those junctions.


## II.  RESULTS LIST FOR SEARCH G

[Results List from Search G
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "SAW STEAM" "SAW SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM |
| Date/Time of Request: | Monday, January 21, 2008 09:31:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 398 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

**Westlaw.**

QUERY - "SAW STEAM" "SAW SOME	DATABASE(S) - USNEWS
STEAM" % RAILROAD! TRAIN!
LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOVEL! TABLE! /1 STEAM

1.  Black bears shy and sly
    **Republican, The (Springfield, MA)**    Word Count: 984
    1/13/08 REPUBLICAN B08 2008 WLNR 883685 ...

    ...one leg less than four. One of the first All Outdoors columns I wrote was about a late friend who **saw steam** coming out of a huge and rotting cedar tree stump. I even remember the column's headline - "Never Stomp on a ...

2.  Cold makes way for warmer temps
    **Miami Herald (FL)** Author: ADAM H. BEASLEY, PHIL LONG AND TERE FIGUERAS NEGRETE, abeasley@MiamiHerald.com;    Word Count: 1185
    1/3/08 MIAMIHD (No Page) 2008 WLNR 147780 ...

    ...that productivity was slow. They did have a remarkable view, however. When they looked out at the Atlantic Ocean, they **saw steam** pouring off the water on the horizon. "The only time I've seen something like that was in Flight of the ...

3.  Quiet, yet relentless *** Central lineman soft-spoken off field, intense on field
    **Baton Rouge Advocate**    Word Count: 769
    10/11/07 BATONR C9 2007 WLNR 19970315 ...

    ...was already a good player in his own right. He earned the nickname Smoke from a youth league coach who **saw steam** rise from an opponents pad after a Johnson tackle. I planned to go to Redemptorist but when coach Sid left ...

4.  ANTIQUE MACHINES
    **Centre Daily Times (State College, PA)** Author: N/A;    Word Count: 131
    9/7/07 CENTREDAILY A5 2007 WLNR 17457593 ...

    ...market with more than 800 vendors, an antique tractor pull, all sorts of antique machinery in operation, from tractors to **saws**, **steam** model trains, horse-drawn wagons and equipment, a children's pedal-pull, apple cider pressing and peanut roasting, homemade soup and ...

5.  Sunnyside-area home badly damaged by blaze
    **Columbian (Vancouver, WA)** Author: ISOLDE RAFTERY; ISOLDE RAFTERY Columbian staff writer;    Word Count: 308
    9/7/07 COLUMBIAWA C 2007 WLNR 17539120 ...

    ...The Poop Scoop, was at the home, 9802 N.E. 82nd St., tending to the family's two Saint Bernard dogs. Erkfritz **saw steam** and rushed to the French door windows in back. The windows were turning black from smoke, and she saw fire ...

6.  Mall horse firms buck over tests
    **Denver Post (CO)** Author: Christopher N. Osher Denver Post Staff Writer;    Word Count: 959

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "SAW STEAM" "SAW SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM

DATABASE(S) - USNEWS

9/4/07 DENVERPOST A01 2007 WLNR 17257011 ...

...from the M-80s when the city tested her in 1990 that the animal balked when she got downtown and **saw steam** coming out of a vent. "She did a complete 360-degree circle because she was scared of the steam," Ray ...

7.   Morning News 2007-08-10 05:55:47
     **CBS 8 KLAS-NV** Author: N/A;    Word Count: 239
     8/10/07 CBS8KLAS-NV (No Page) 2007 WLNR 15542283 ...

...HOUSE ON FIRE. THE LITTLE BOY WOKE HIS MOTHER FROM A NAP ON SUNDAY MORNING... TO TELL HER THAT HE **SAW STEAM** AT THE NEIGHBORS HOUSE. AT FIRST SHE THOUGHT HE WAS TALKING ABOUT THE NEIGHBORS' JACUZZI... BUT WHEN SHE DOUBLE CHECKED ...

8.   News 2007-08-10 07:50:51
     **FOX 19 WXIX-OH** Author: N/A;    Word Count: 206
     8/10/07 FOX19WXIX-OH (No Page) 2007 WLNR 15533033 ...

...19 WXIX News 2007-08-10 07:50:51 ...AND HE'S ONLY TWO YEARS OLD. DANE TOLD HIS MOM HE **SAW STEAM** COMING FROM HIS NEIGHBOR'S HOUSE... TURNS OUT IT WAS REALLY A FIRE. IT WAS A HOUSE UNDER CONSTRUCTION GOING UP ...

9.   FOX Morning News 2007-08-10 05:09:29
     **FOX 26 KRIV-TX** Author: N/A;    Word Count: 318
     8/10/07 FOX26KRIV-TX (No Page) 2007 WLNR 16389440 ...

...YEAR-OLD IN WASHINGTON STATE IS BEING CALLED A HERE ROW. LITTLE DANE WOKE UP HIS MOTHER AND SAID HE **SAW STEAM** OUTSIDE THE WINDOW. HE SAW SMOKE COMING FROM A NEIGHBOR'S HOUSE. FIREFIGHTERS SAY LITTLE DANE SAVED HIS NEIGHBORS FROM A ...

10.  CHANNEL 2 NEWS 2007-08-07 07:02:05
     **NBC 2 WESH - ORLANDO** Author: N/A;    Word Count: 278
     8/7/07 NBC2WESH-FL (No Page) 2007 WLNR 15241654 ...

...05 ORLANDO NBC 2 WESH CHANNEL 2 NEWS 2007-08-07 07:02:05 HEAD? I **SAW STEAM** COMING OUT OF HIS EARS. JIM CRAMER WILL JOIN US LIVE. ALSO WE TALK TO THE FORMER SPEAKER OF THE ...

11.  Leads: NBC's Today show, 7:00 AM
     **NBC TODAY SHOW** Author: N/A;    Word Count: 584
     8/7/07 NBCTODAY (No Page) 2007 WLNR 15195996 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - "SAW STEAM" "SAW SOME  DATABASE(S) - USNEWS
STEAM" % RAILROAD! TRAIN!
LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOVEL! TABLE! /1 STEAM

...kind of a thought bubble on Erin Burnett's head there? She's going, `This guy's a loon.' VIEIRA: Yeah, but I **saw steam** coming out of his ears. LAUER: Exactly. Anyway, Jim Cramer's going to join us live in a couple of minutes ...

12. Early AM 2007-06-27 05:37:18
   **ABC 8 KAIT-AR** Author: N/A;   Word Count: 187
   6/27/07 ABC8KAIT-AR (No Page) 2007 WLNR 12198915 ...

   ...SHE CRASHED, AND HER CAR BECAME WEDGED IN THE DITCH, DRIVER SIDE DOWN. FORTUNATELY KEN LEGRAND WAS DRIVING THROUGH AND **SAW STEAM** RISING FROM THE CRASH SITE. HE CALLED 9-1-1 AND THEN A FRIEND. ABC BUSH CHASING DITCH HEADLOCK ORDINANCE ...

13. Early AM 2007-06-27 06:37:17
   **ABC 8 KAIT-AR** Author: N/A;   Word Count: 395
   6/27/07 ABC8KAIT-AR (No Page) 2007 WLNR 12198940 ...

   ...SHE CRASHED, AND HER CAR BECAME WEDGED IN A DITCH, DRIVER SIDE DOWN. FORTUNATELY KEN LEGRAND WAS DRIVING THROUGH AND **SAW STEAM** RISING FROM THE CRASH SITE. HE CALLED 9-1-1 AND THEN A FRIEND. THE TWO MEN SMASHED A WINDOW ...

14. KAIT 5PM 2007-06-26 17:01:29
   **ABC 8 KAIT-AR** Author: N/A;   Word Count: 352
   6/26/07 ABC8KAIT-AR (No Page) 2007 WLNR 12198956 ...

   ...VICTIM CRASHED AND HER CAR BECAME WEDGED IN THE DITCH, DRIVER SIDE DOWN. FORTUNATELY KEN LEGRAND WAS DRIVING THROUGH AND **SAW STEAM** STEAM RISING FROM THE CRASH SITE. HE CALLED 9-1-1 AND THEN A FRIEND. THE TWO MEN SMASHED A ...

15. 7 News At 5 AM 2007-04-16 05:30:00
   **ABC 7 KMGH-CO** Author: N/A;   Word Count: 3937
   4/16/07 ABC7KMGH-CO (No Page) 2007 WLNR 7244580 ...

   ...SAID HE HAD JEANS ON AND SNESHG BUS IMMEDIATELY AFTER HE RAN ACROSS THE SCENE DAVID STARTED TO SCREAM.   HE **SAW STEAM** COMING OUT OF THE MANHOLE COVER AND TIPDLE BOY WANTED TO RUN THROUGH IT AND I DIDN'T THINK ANYTHING OF ...

16. 7 News At 6 AM 2007-04-16 06:30:00
   **ABC 7 KMGH-CO** Author: N/A;   Word Count: 4199
   4/16/07 ABC7KMGH-CO (No Page) 2007 WLNR 7244582 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "SAW STEAM" "SAW SOME      DATABASE(S) - USNEWS
STEAM" % RAILROAD! TRAIN!
LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOVEL! TABLE! /1 STEAM

...CAUSED BY ALL OF THE STEAM COMING FROM THE VENTS.   HE WAS AHEAD OF ME A LITTLE BIT AND HE **SAW STEAM** COMING OUT OF THE MANHOLE COVER AND TYPICAL BOY WANTED TO YOU KNOW RUN THROUGH IT.  AND I DIDN'T THINK  ...

17.   7 News-7AM 2007-04-16 06:00:00
       **ABC 7 KMGH-CO** Author: N/A;       Word Count: 8227
       4/16/07 ABC7KMGH-CO (No Page) 2007 WLNR 7244584 ...

...CAUSED BY ALL OF THE STEAM COMING FROM THE VENTS.   HE WAS AHEAD OF ME A LITTLE BIT AND HE **SAW STEAM** COMING OUT OF THE MANHOLE COVER AND TYPICAL BOY WANTED TO YOU KNOW RUN THROUGH IT.  AND I DIDN'T THINK  ...

18.   Love and remembrance: Davis Kelly Fountain of Youth and Discovery honors boy, benefits community
       **Greensboro News & Record (NC)** Author: TINA FIRESHEETS;       Word Count: 1127
       4/10/07 GBNWSREC D1 2007 WLNR 6825732 ...

...tractor trailer hit the family's Range Rover parked on the side of Interstate 85.  Karen had pulled over when she **saw steam** rising from under the hood.  Davis and his 3-month-old sister, Sophie, were in child safety seats.  They stayed  ...

19.   Love and remembrance; Davis Kelly Fountain of Youth and Discovery honors boy, benefits community.
       **News & Record (Piedmont Triad, NC), The** Author: TINA FIRESHEETS;       Word Count: 1063
       4/10/07 GBNWSREC D1 2007 WLNR 6981474 ...

...tractor trailer hit the familyAEs Range Rover parked on the side of Interstate 85.  Karen had pulled over when she **saw steam** rising from under the hood.  Davis and his 3-month-old sister, Sophie, were in child safety seats.  They stayed  ...

20.   Postcards From the Edge of Impressionism
       **Washington Post** Author: Paul Richard;       Word Count: 1159
       3/26/07 WP-BUS (No Page) 2007 WLNR 5651876 ...

...is in his art. He was born in Honfleur on the Channel coast in 1824.  As a boy the painter **saw steam** replacing sail.  His father was a mariner who served aboard the first black-smoke steamer to ply the Channel coast  ...

21.   2007-03-25 21:00:00
       **FOX 12 WFLD-IL** Author: N/A;       Word Count: 842
       3/25/07 FOX12WFLD-IL (No Page) 2007 WLNR 6112806 ...

...AND FEELING THOSE FEELINGS THAT GEORGETOWN'S PLAYERS ARE FEELING.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

![Westlaw]

QUERY - "SAW STEAM" "SAW SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM

DATABASE(S) - USNEWS

THE LIFE DOESN'T ALWAYS GO LIKE YOU WANT.  I THINK I **SAW STEAM** RISING FROM THE BACK OF HIS HEAD THERE.  THE FIRST--  NO, THAT WAS A KNIFE.  THE FIRST REGIONAL FINAL AND  ...

22.   2007-03-21 21:10:00
  **WB 56 WLVI - Boston, MA (Manchester,NH)** Author: N/A;   Word Count: 817
  3/21/07 WB56WLVI-MA (No Page) 2007 WLNR 5708184 ...

...WAS GOING TO EXPLODE AND ULTIMATELY HIS HOUSE.  I SMELLED THE GASOLINE LEAK AND THE GAS TANK WAS LEAKING.  ALSO **SAW STEAM** COMING OUT FROM THE ENGINE.  HE DIDN'T HESITATE TO HELP.  MARY WAS IN THE PASSENGER'S SEAT.  SHE GOT OUT ON  ...

23.   Police: Boy said he was made to kill his friend: The teen confessed to shooting a 17-year-old in the head while they were walking together, investigat...
  **Reading Eagle (PA) (KRT)**   Word Count: 721
  3/6/07 KRT-READEGLE (No Page) 2007 WLNR 4242444 ...

...police surrounded the area and Officer Wendell Buck searched backyards in the 1100 block of Chestnut Street.  Buck testified he **saw steam** from Sudler's breath rising from behind a washing machine in a backyard full of debris.  Buck said he told Sudler  ...

24.   2007-03-06 19:50:00
  **WB 2 KWGN-CO** Author: N/A;   Word Count: 761
  3/6/07 WB2KWGN-CO (No Page) 2007 WLNR 5156208 ...

...DAD.  HOW DID HE TAKE IT?  HE TRIED TO PUT UP THIS COOL, DETACHED FRONT, BUT I THINK I ACTUALLY **SAW STEAM** COMING OUT OF HIS EARS.  BASICALLY, HE TOLD ME TO HIT THE ROAD.  AND YOU TOOK HIM LITERALLY.  I JUST  ...

25.   2007-03-06 20:50:00
  **WB 56 WLVI - Boston, MA (Manchester,NH)** Author: N/A;   Word Count: 772
  3/6/07 WB56WLVI-MA (No Page) 2007 WLNR 5162350 ...

...DAD.  HOW DID HE TAKE IT?  HE TRIED TO PUT UP THIS COOL, DETACHED FRONT, BUT I THINK I ACTUALLY **SAW STEAM** COMING OUT OF HIS EARS.  BASICALLY, HE TOLD ME TO HIT THE ROAD.  AND YOU TOOK HIM LITERALLY.  I JUST  ...

26.   2007-03-06 19:50:00
  **WB 9 WGN-IL** Author: N/A;   Word Count: 772
  3/6/07 WB9WGN-IL (No Page) 2007 WLNR 5160320 ...

...DAD.  HOW DID HE TAKE IT?  HE TRIED TO PUT UP THIS COOL, DETACHED FRONT, BUT I THINK I ACTUALLY **SAW STEAM** COMING OUT OF HIS EARS.  BASICALLY, HE

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "SAW STEAM" "SAW SOME              DATABASE(S) - USNEWS
STEAM" % RAILROAD! TRAIN!
LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOVEL! TABLE! /1 STEAM

TOLD ME TO HIT THE ROAD.  AND YOU TOOK HIM LITERALLY.  I JUST  ...


27.    Latest Wyoming news, sports, business and entertainment:
       **AP Alert - Wyoming** Author: N/A;      Word Count: 3238
        2/28/07 APALERTWY 09:31:59 ...

       ...to May 2000, the geyser has had seven major eruptions in seven years. On February 11th, park visitors and staff **saw steam**.  On February 21st, they saw a plume of steam rise several hundred feet in the air, and observed a draining  ...


28.    Scientist: Geyser event was 'forceful minor eruption' _ or 'burp'
       **AP Alert - Montana** Author: N/A;      Word Count: 165
        2/27/07 APALERTMT 20:44:15 ...

       ...to May 2000, the geyser has had seven major eruptions in seven years. On February 11th, park visitors and staff **saw steam**.  On February 21st, they saw a plume of steam rise several hundred feet in the air, and observed a draining  ...


29.    Latest Montana news, sports, business and entertainment:
       **AP Alert - Montana** Author: N/A;      Word Count: 1287
        2/27/07 APALERTMT 21:23:16 ...

       ...to May 2000, the geyser has had seven major eruptions in seven years. On February 11th, park visitors and staff **saw steam**.  On February 21st, they saw a plume of steam rise several hundred feet in the air, and observed a draining  ...


30.    Scientist: Geyser event was 'forceful minor eruption' _ or 'burp'
       **AP Alert - Wyoming** Author: N/A;      Word Count: 152
        2/27/07 APALERTWY 21:54:33 ...

       ...to May 2000, the geyser has had seven major eruptions in seven years. On February 11th, park visitors and staff **saw steam**.  On February 21st, they saw a plume of steam rise several hundred feet in the air, and observed a draining  ...


31.    SUV slides across icy river, lands in Snake River Falls Mother and 4-year-old daughter survive with minor injuries
       **Idaho Statesman (Boise)** Author: N/A;      Word Count: 445
        2/17/07 IDAHOSM 10 2007 WLNR 3281964 ...

       ...Post Register  IDAHO FALLS -- Steven Haws was working Friday morning when he heard a thud in the Snake River and **saw steam** rise up from the falls. "(I) didn't know what it was," he said.  He couldn't see much through the bushes  ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - "SAW STEAM" "SAW SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM                    DATABASE(S) - USNEWS

32. Comcast Cable News 2007-01-07 06:00:00
   **NWS8 8 NEWS - Washington, DC (Hagerstown, MD)** Author: N/A;        Word Count: 5864
   1/7/07 NWS88NEWS-DC (No Page) 2007 WLNR 321344 ...

   ...accident left the vehicle barely recognizable.  It was a passing driver who called police. '...Happened to look over and I **saw steam** which I thought was unusual, u turn... Saw the man face down.' other drivers said the street was slippery this  ...

33. ABC 7 News 2007-01-06 18:00:00
   **7 WJLA-DC** Author: N/A;        Word Count: 3627
   1/6/07 ABC7WJLA-DC (No Page) 2007 WLNR 321246 ...

   ...barely recognizable.  The victim was ejected and a passer-by who called police.   I happened to look over and I **saw steam**.  That was unusual.  I made a u. Turn and came back and found the vehicle and found the gentleman.   that  ...

34. Comcast Cable News 2007-01-06 17:00:00
   **NWS8 8 NEWS - Washington, DC (Hagerstown, MD)** Author: N/A;        Word Count: 3089
   1/6/07 NWS88NEWS-DC (No Page) 2007 WLNR 321210 ...

   ...accident left the vehicle barely recognizable.  It was a passing driver who called police. '...Happened to look over and I **saw steam** which I thought was unusual, u turn... Saw the man face down.' other drivers said the street was slippery this  ...

35. Comcast Cable News 2007-01-06 18:00:00
   **NWS8 8 NEWS - Washington, DC (Hagerstown, MD)** Author: N/A;        Word Count: 3103
   1/6/07 NWS88NEWS-DC (No Page) 2007 WLNR 321247 ...

   ...accident left the vehicle barely recognizable.  It was a passing driver who called police. '...Happened to look over and I **saw steam** which I thought was unusual, u turn... Saw the man face down.' other drivers said the street was slippery this  ...

36. Comcast Cable News 2007-01-06 22:00:00
   **NWS8 8 NEWS - Washington, DC (Hagerstown, MD)** Author: N/A;        Word Count: 2810
   1/6/07 NWS88NEWS-DC (No Page) 2007 WLNR 325611 ...

   ...accident left the vehicle barely recognizable.  It was a passing driver who called police. '...Happened to look over and I **saw steam** which I thought was unusual, u turn... Saw the man face down.' other drivers said the street was slippery this  ...

37. Comcast Cable News 2007-01-06 22:30:00
   **NWS8 8 NEWS - Washington, DC (Hagerstown, MD)** Author: N/A;        Word Count: 2819
   1/6/07 NWS88NEWS-DC (No Page) 2007 WLNR 325612 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

```
QUERY - "SAW STEAM" "SAW SOME              DATABASE(S) - USNEWS
STEAM" % RAILROAD! TRAIN!
LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOVEL! TABLE! /1 STEAM
```

...accident left the vehicle barely recognizable.  It was a passing driver who called police. '.
..Happened to look over and I **saw steam** which I thought was unusual, u turn... Saw the man face down.' other drivers said the street was slippery this  ...

38.    ABC 27 News 2006-11-02 19:00:00
    **ABC 27 WHTM-PA** Author: N/A;    Word Count: 2404
    11/2/06 ABC27WHTM-PA (No Page) 2006 WLNR 19160341 ...

...pritchett.  Scary moments near three mile island today.  Witnesses say they heard and felt an explosion.  They also say they **saw steam** rising from a place it normally doesn't-- we are told there is no danger to the public-- amy kehm has  ...

39.    Power being restored to thousands _ slowly
    **AP Alert - New Hampshire** Author: N/A;    Word Count: 543
    8/3/06 APALERTNH 11:46:30 ...

...bolt struck seconds later. "It felt like I had a heart attack," said Miller. He looked out a window and **saw steam** rising from the house, at first assuming it was a clothes dryer.  He investigated and saw black smoke billowing from  ...

40.    The man that is Moon Pro Football Hall of Fame Induction ceremony in Canton, Ohio Saturday, 10 a.m., ESPN
    **Seattle Times (WA)** Author: Greg Bishop;  Author: Seattle Times staff reporter;    Word Count: 3619
    7/30/06 STLTI C1 2006 WLNR 13172777 ...

...shot the football 50 yards in the air -- this "little, itty, bitty guy" who threw so hard Epstein swears he **saw steam** coming off the ball. "Next year," Epstein told Moon that afternoon, "you're our starting quarterback." They went together to West  ...

41.    Moon's long road to Hall of Fame winds down
    **Seattle Times, The (KRT)**    Word Count: 3288
    7/29/06 STLTI (No Page) 2006 WLNR 13282727 ...

...shot the football 50 yards in the air _ this "little, itty, bitty guy" who threw so hard Epstein swears he **saw steam** coming off the ball.   "Next year," Epstein told Moon that afternoon, "you're our starting quarterback."   They went together to West  ...

42.    Fire damages Kerman animal processing plant
    **Fresno Bee** Author: Robert RodriguezThe Fresno Bee;    Word Count: 370
    7/21/06 FRESNOBEE C1 2006 WLNR 12630803 ...

...stored," said Wayne Van Ornam, North Central Fire Protection District fire marshal. Van Ornam said workers at the Kerman plant **saw steam** and smoke coming from the center of the bone meal

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

```
QUERY - "SAW STEAM" "SAW SOME              DATABASE(S) - USNEWS
STEAM" % RAILROAD! TRAIN!
LOCOMOTIVE! ENGINE! TURBINE!
GENERATOR! PLANT! BOILER!
EXPLOSION! SHOVEL! TABLE! /1 STEAM
```

        pile earlier that morning and tried to put it out  ...

43.    Fire damages Kerman animal processing plant
     **Fresno Bee, The (CA)** Author: Robert Rodriguez The Fresno Bee;     Word Count: 370
     7/21/06 FRESNOBEE C1 2006 WLNR 12592931 ...

    ...stored," said Wayne Van Ornam, North Central Fire Protection District fire marshal. Van Ornam said workers at the Kerman plant **saw steam** and smoke coming from the center of the bone meal pile earlier that morning and tried to put it out  ...

44.    Leaks found in Mayo-RPU steam line
     **Post-Bulletin (Rochester, MN) (KRT)**     Word Count: 347
     5/31/06 KRT-POSTBUL (No Page) 2006 WLNR 9329651 ...

    ...in expansion joints contained in 10 vaults along the route of the high-pressure system built last year.  RPU crews **saw some steam** coming from vaults at those junctions.  The steam line was shut off on April 17 and service to Mayo has  ...

45.    Chase ends with car in man's living room Driver knocks another car into Lisle house, police say.(News)
     **Daily Herald (Arlington Heights, IL)** Author: Jedlowski, Jill;     Word Count: 459
     5/27/06 CHIDLYHRLD 3 2006 WLNR 9746938 ...

    ...he heard a commotion outside his ranch-style house.  And then he heard it inside.  "I heard glass breaking and **saw steam**," he said. " The car was steaming pretty good."  He and his 68-year-old mother live there; neither was injured  ...

46.    27 Wake Up Wisconsin 2006-05-26 05:00:00
     **ABC 27 WKOW-WI** Author: N/A;     Word Count: 4030
     5/26/06 ABC27WKOW-WI (No Page) 2006 WLNR 9110310 ...

    ...issues.  What's new, what's hot and what's fun for this upcoming roland :   A lookout sun my windows last night and **saw steam** coming off the lawn.  Tara : Was in the hot air coming out of fuel?  Roland : The rain came down and  ...

47.    TIME TRAVELER IN A 50-YEAR JOURNEY THROUGH BACK ROADS AND SMALL TOWNS, PHOTOGRAPHER DAVID PLOWDEN HAS FILLED A SCORE OF BOOKS WITH HIS LOVING RECORD OF A FADING AMERICAN LANDSCAPE
     **CHICAGO TRIBUNE** Author: Don Terry;     Word Count: 3094
     5/7/06 CHICAGOTR 16 2006 WLNR 7823428 ...

    ...Hasselblad in the car and put his smaller Rolleiflex around his neck, just in case.  But he liked what he **saw**: **steam** billowing from the westbound Phoebe Snow, people milling about.  It looked like a movie set.  He asked the stationmaster for  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "SAW STEAM" "SAW SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM

DATABASE(S) - USNEWS

48. Photographer records fading American landscape
**Chicago Tribune (KRT)**   Word Count: 3172
4/26/06 KRT-CHITRIB (No Page) 2006 WLNR 8309123 ...

...Hasselblad in the car and put his smaller Rolleiflex around his neck, just in case.  But he liked what he **saw**: **steam** billowing from the westbound Phoebe Snow, people milling about.  It looked like a movie set.  He asked the stationmaster for  ...

49. Competition - Sweet desserts, great music part of chili and soup fun
**Memphis Commercial Appeal (TN)** Author: Ginger Neas Special to My Life;   Word Count: 340
3/29/06 COMAPL 6 2006 WLNR 5324217 ...

...Special to My Life   If you drove past Grace Evangelical Church on a recent Sunday and **saw steam** coming out of the doors and windows, you were witnessing the bubbling over of the church's second annual Chili Contest  ...

50. Today in New York 2006-02-24 06:30:00
**NBC 4 WNBC-NY** Author: N/A;   Word Count: 3780
2/24/06 NBC4WNBC-NY (No Page) 2006 WLNR 3343073 ...

...done.  The great songs in the pajama game include hearn doe's hideaway there once was a man and as you **saw steam** heat.  Harry connick junior is given a chance to show his skills as a fine jazz pianist.  A chat with  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.