# EXHIBIT H

## to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# *EXHIBIT H*

## I. TALLY FOR SEARCH H:
**33 articles with *see(s)/seeing/seen some steam*
appearing from 7/17/82 through 8/9/07**

Parameters specified on Westlaw USNEWS database:
    SEE! /1 "SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE!
    GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM

**Usable examples:  13, from 33 articles**
Unusable articles: 20 (5 duplicated articles; 11 abstract uses, many using *steam* in expressions referring to "seeing" people's anger; 4 irrelevant )

**The thirteen usable examples all demonstrate that the word *steam* is used in ordinary language to refer to something one can see, i.e., something visible.**

Usable data:
H1:  "Hang on; you can **see some steam** coming up..." [re space launch]
H3:   You want to hear a lively sizzle from the liquid in your pouch, and you want to **see some steam** escaping as you open it... [cooking instructions]
H4:  ...behind me you can **see some steam** or some smoke coming out from one of the pipes here.
H6:  .  Looking back to the east and you can **see some steam** coming up off the towers there (re Chicago, on Weather Channel)
H7: We **see some steam**, but the water never quite boils.
H9:  Now I **see some steam** coming off that.  Is that the heat that you put in to deliver the job and roll out hot?
H10: "Except on really cold winter days, you might **see some steam**" [from a power plant]
H11: . 38 degrees in fact, you can **see some steam** fog rising from the pond that's why we have humidity at 100%.  [weather report]
H12: Add the meat to the pan.  You'll hear a loud sizzle and **see some steam**.
H13: It's warm out there. 48 degrees.  You still **see some steam** rolling through.
H20: Tighten lid.  You may **see some steam** release from pressure valve; this is normal. [short ribs recipe]
H21: Tighten the lid.  You will **see some steam** release from the pressure valve.  This is normal. [broasted chicken recipe]
H23:  It appears the fire is out, except some spots where you could **see some steam**.

## II.  RESULTS LIST FOR SEARCH H

[Results List from Search H
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | SEE! /1 "SOME STEAM" % RAILROAD! TRAIN! LOCOMOTIVE! ENGINE! TURBINE! GENERATOR! PLANT! BOILER! EXPLOSION! SHOVEL! TABLE! /1 STEAM |
| Date/Time of Request: | Monday, January 21, 2008 09:29:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 281 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

Westlaw.

QUERY - SEE! /1 "SOME STEAM" %             DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM

1.  Idahoans watch launch from near, far Residents who traveled to Florida were in tears; kids at Discovery Center cheer, clap
    **Idaho Statesman (Boise)** Author: N/A;        Word Count: 1058
    8/9/07 IDAHOSM 5 2007 WLNR 15359757 ...

    ...in the Idaho section at Cape Canaveral Wednesday as Barbara Morgan blasted into space at last. "Hang on; you can **see some steam** coming up," Centennial High School teacher Linda Selvig shouted into the telephone as the countdown ended. " There goes the wash  ...

2.  Idahoans watch shuttle launch from near, far: Residents who traveled to Florida were in tears; kids at Discovery Center cheer, clap
    **Idaho Statesman (Boise)**       Word Count: 925
    8/9/07 IDAHOSM (No Page) 2007 WLNR 15362216 ...

    ...in the Idaho section at Cape Canaveral Wednesday as Barbara Morgan blasted into space at last. "Hang on; you can **see some steam** coming up," Centennial High School teacher Linda Selvig shouted into the telephone as the countdown ended. " There goes the wash  ...

3.  Cook over the coals in a cataplana
    **Oregonian, The (Portland, OR)**       Word Count: 883
    6/26/07 PTLDOGN 01 2007 WLNR 12298685 ...

    ...grill or not. You want to hear a lively sizzle from the liquid in your pouch, and you want to **see some steam** escaping as you open it (careful, it's hot). If your "cataplana" seems too quiet, juke up your heat a bit  ...

4.  CNN 11 AM 2007-01-15 11:00:00
    **CNN 11 AM** Author: N/A;       Word Count: 3988
    1/15/07 CNN11AM (No Page) 2007 WLNR 853349 ...

    ...have been going in here, or if it's something coming from the fire. And I think behind me you can **see some steam** or some smoke coming out from one of the pipes here. That is not part of the fire area. But  ...

5.  LETTERS
    **Atlanta Journal and Constitution (GA)** Author: JEFF HERMANN, WESLEY FRANKLIN, DON REHWALDT, JIM MUNGOVAN, ADRIAN MOORE, KEN THOMPSON, JAMES V. KELSO III, MICHAEL A. DOYLE, DEBORAH HEISMAN, CHAD CORONADO, TRACY MCCOLLISTER, PAUNCHO HUFSTETLER, BRIAN ZEILER, CLINTON BASTIN, JONATHAN REINHOLD;
    Author: For the Journal-Constitution;       Word Count: 3047
    11/26/06 ATLNTAJC B5 2006 WLNR 20444414 ...

    ...Egypt against Israel, as he did on every other issue. SHAUL LAVAN, Atlanta We should be able to let off **some steam** Seeing former "Seinfeld" actor Michael Richards' video clip, in which he flips out

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

```
QUERY - SEE! /1 "SOME STEAM" %              DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM
```

after being heckled and uses racial epithets, and  ...

6.     The Weather Channel 2006-10-25 11:00:00
     **TWC THE WEATHER CHANNEL** Author: N/A;     Word Count: 2655
     10/25/06 TWCWTHRCHAN (No Page) 2006 WLNR 18554534 ...

...Chicago, though, by comparison not too bad sitting at 41 in o'hare.  Looking back to the east and you can **see some steam** coming up off the towers there so, yeah, kind of chilly, not as bad as it could be for latter  ...

7.     MARIE SIMMONS: SIMMONS SEZ: Reach for a fig, even if it's green
     **Contra Costa Times (Walnut Creek,CA)** Author: N/A;     Word Count: 922
     10/4/06 CCTIMES F4 2006 WLNR 17166904 ...

...of our attention.  But we might as well be watching a kettle of water on an extra-low flame.  We **see some steam**, but the water never quite boils.  The problem is that few of our figs ripen, although this year, adorned with  ...

8.     NBC5 News @ 5am 2006-09-28 05:00:00
     **NBC 5 WMAQ-IL** Author: N/A;     Word Count: 6798
     9/28/06 NBC5WMAQ-IL (No Page) 2006 WLNR 16866137 ...

...like a Beauty.  We won't at the seem coming out of Brian Urlacher's head.  Not the Cold Steam?  Will you **see some Steam**.  8094 Westbound delays from Torrence to the Bishop Ford.  Delays to the Merge.  Skyway and Indiana Toll Road looking Good  ...

9.     NEWS AT 5AM 2006-07-01 05:00:00
     **ABC 7 WZVN-FL** Author: N/A;     Word Count: 9919
     7/1/06 ABC7WZVN-FL (No Page) 2006 WLNR 11456652 ...

...same chamber, blending it all together and dropping out as a finished product.     steve: So that's it, huh?  Now I **see some steam** coming off that.  Is that the heat that you put in to deliver the job and roll out hot?     john  ...

10.    Power plant fueled by corncobs and wood in the works in Phillips: The company behind the proposed $86 million renewable energy project is asking the M...
     **Star Tribune: Newspaper of the Twin Cities (Minneapolis, MN)** Author: Ching Lo;  Author: Staff Writer;     Word Count: 369
     6/27/06 STTRMSP 4B 2006 WLNR 11139560 ...

...no noise and no visible emission" from the power plant, Havey said. " Except on really cold winter days, you might **see some steam**." The site, at 2850 20th Av.  S., now accepts construction waste.  The building on the site was built in 1939  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

```
QUERY - SEE! /1 "SOME STEAM" %              DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM
```

11.  News at Six AM 2006-05-02 06:00:00
       **ABC 2 WMAR - Baltimore, MD** Author: N/A;    Word Count: 9393
         5/2/06 ABC2WMAR-MD (No Page) 2006 WLNR 7549519 ...

       ...looking at east end right now on eastern shore chilly spot at cooks hope. 38 degrees in fact, you can **see some steam** fog rising from the pond that's why we have humidity at 100%. Across the board on stormcenter weathernet a wide ...

12.  Stir-frying puts some sizzle in a cook's repertoire
       **CHICAGO TRIBUNE** Author: James P. DeWan, Special to the Tribune. DeWan is an instructor at the Cooking and Hospitality Institute of Chicago.;   Word Count: 1133
         1/25/06 CHICAGOTR 9 2006 WLNR 7218109 ...

       ...If marinating meat, drain it, reserving the marinade. Add the meat to the pan. You'll hear a loud sizzle and **see some steam**. Let the meat sit for several seconds to bring the pan back up to temperature. Stir the meat, exposing all ...

13.  Good Day NY Wake-up 2005-12-29 05:00:00
       **FOX 5 WNYW-NY** Author: N/A;    Word Count: 611
         12/29/05 FOX5WNYW-NY (No Page) 2005 WLNR 22318119 ...

       ...time. You're looking at the grand army plaza in midtown right now. It's warm out there. 48 degrees. You still **see some steam** rolling through. Threan is fog in areas, too. Be careful on the roadways. Welcome back to 'good day.' some call ...

14.  Oil futures barrel up, then fall back / Analysts see some steam left in price rally
       **Houston Chronicle** Author: BRAD FOSS;    Word Count: 343
         3/18/05 HSTNCHRON 3 2005 WLNR 24644369 ...

       ...Oil futures barrel up, then fall back / Analysts **see some steam** left in price rally BRAD FOSS   Oil prices briefly rose above $57 a barrel Thursday before ...

15.  SOUP DU JOUR: SOUP THAT CURES
       **Charlotte Observer (NC)** Author: HELEN MOORE ;   Word Count: 1063
         2/18/04 CHAROBSVR 3E 2004 WLNR 3303855 ...

       ...there was no way for the steam in the lower pot to escape. ( When using a store-bought double boiler, **some steam seeps** out around the lower pot while in use. It is designed to do this.)   The expanding steam in the lower ...

16.  Mentor Graphic - Chmn. & CEO Interview
       **CNBC/DOW JONES BUSINESS VIDEO** Author: Brad Goode;    Word Count: 787
         1/28/04 CNBC-DJBV (No Page) 2004 WLNR 4238645 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - SEE! /1 "SOME STEAM" %  DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM

...getting up early to talk business. WALDEN RHINES, CHMN. &amp; CEO, MENTOR GRAPHICS: Good morning, Brad. GOODE: Well, we`ve certainly **seen some steam** building in semiconductor stocks. So are you seeing this and can you claim victory in terms of a spillover into ...

17.  Mentor Graphic - Chmn. & CEO Interview
     **CNBC/DOW JONES BUSINESS VIDEO** Author: Brad Goode;    Word Count: 787
     1/28/04 CNBC-DJBV (No Page) 2004 WLNR 4238649 ...

...getting up early to talk business. WALDEN RHINES, CHMN. &amp; CEO, MENTOR GRAPHICS: Good morning, Brad. GOODE: Well, we`ve certainly **seen some steam** building in semiconductor stocks. So are you seeing this and can you claim victory in terms of a spillover into ...

18.  Mentor Graphic - Chmn. & CEO Interview
     **CNBC/DOW JONES BUSINESS VIDEO** Author: Brad Goode;    Word Count: 787
     1/28/04 CNBC-DJBV (No Page) 2004 WLNR 4238680 ...

...getting up early to talk business. WALDEN RHINES, CHMN. &amp; CEO, MENTOR GRAPHICS: Good morning, Brad. GOODE: Well, we`ve certainly **seen some steam** building in semiconductor stocks. So are you seeing this and can you claim victory in terms of a spillover into ...

19.  Mentor Graphic - Chmn. & CEO Interview
     **CNBC/DOW JONES BUSINESS VIDEO** Author: Brad Goode;    Word Count: 787
     1/28/04 CNBC-DJBV (No Page) 2004 WLNR 4238682 ...

...getting up early to talk business. WALDEN RHINES, CHMN. &amp; CEO, MENTOR GRAPHICS: Good morning, Brad. GOODE: Well, we`ve certainly **seen some steam** building in semiconductor stocks. So are you seeing this and can you claim victory in terms of a spillover into ...

20.  SPECIAL SHORT RIBS ARE LONG ON FLAVOR
     **South Florida Sun-Sentinel**    Word Count: 2377
     8/14/03 SFLSUN-SENT 3 2003 WLNR 15440712 ...

...Deep fry, uncovered, 2 minutes or until nicely browned. Carefully slide lid onto pressure cooker base. Tighten lid. You may **see some steam** release from pressure valve; this is normal. Cook 10 minutes. Carefully pull up on pressure valve and let steam escape ...

21.  HEAT IS ON TO BROAST CHICKEN IN OIL, OVEN
     **Tampa Tribune (FL)**    Word Count: 713
     2/5/03 TAMPATRIB 4 2003 WLNR 1545193 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - SEE! /1 "SOME STEAM" %            DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM

...cooker.  Deep-fry, uncovered, 2 minutes.   Carefully slide the lid onto the pressure cooker base.  Tighten the lid.  You will **see some steam** release from the pressure valve.  This is normal.  Cook chicken 10 to 12 minutes.  Carefully pull up on pressure valve  ...

22.     Dow holds gains; Nasdaq fades
          **Marketwatch**  Author: CBS.MarketWatch.com;        Word Count: 582
           5/10/01 MKTWATCH 20:12:42 ...

...waned in afternoon action.  The Dow came within a whisper -- just 21 points -- of the pesky 11,000 barrier before losing **some steam**. **See** full story.  WASHINGTON (CBS.MW) -- Senate tax writers moved to center stage Thursday, after the evenly divided upper chamber narrowly passed  ...

23.     TREE STUMP OPERATION IS MAKING PROGRESS ; L. MT. BETHEL OFFICIALS REVIEW MULCHING SITE THEY ONCE CALLED A HEALTHCRISIS.
          **Morning Call (Allentown, PA)** Author: DENNIS KELLY, The Morning Call   ;      Word Count: 502
           8/23/98 ALLMC B03 1998 WLNR 2293131 ...

...we saw today was dirt and tree stumps.  It appears the fire is out, except some spots where you could **see some steam**.  It's not like it was two months ago."   Except for a few wisps of steam seeping from piles of mulch  ...

24.     TOP ATTENTION TO BOTTOM LINES: Stock investors turn spotlight on earnings amid fears of rising interest rates, inflation
          **Dallas Morning News**      Word Count: 1157
           4/15/97 DALLASMN 1D 1997 WLNR 6632139 ...

...Bill Quinn, a vice president for IBES International Inc. in New York.  "As long as the numbers come in, we'll **see some steam** left," Mr. Quinn said. " We're likely to get some bounce. "  It's been a wild ride these past few weeks for  ...

25.     SCHOOLS GET HIGH MARKS ON SAVINGS
          **Richmond Times Dispatch (VA)** Author: Carlos Santos  Times-Dispatch Staff Writer   ;      Word Count: 585
           11/13/96 RCHMDTD B4 1996 WLNR 1041808 ...

...reinvigorated state support, he had feared colleges would slack off. ``We were wary that as the year went on we'd **see some steam** go out of restructuring,'' he said.   But restructuring, mandated by the General Assembly and overseen by the council, has so  ...

26.     Once No. 5, Jones is now No. 1 with bullet KU faces a Virginia team whose coach wasn't top pick, just right one.
          **Kansas City Star (MO)** Author: BLAIR KERKHOFF ;  Author: Staff Writer ;      Word Count:

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

```
QUERY - SEE! /1 "SOME STEAM" %              DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM
```

    742
    3/24/95 KCSTAR D2 1995 WLNR 179587 ...

...pounded a blackboard without much give, breaking a bone in his right hand. He continues to wear a brace. Releasing **some steam seemed** to put some in Virginia, which has lost just twice since, both times to Wake Forest. The Cavaliers haven't been ...

27.   WHAT THE VOTE MEANS TO BUSINESS The new Congress will be pro-business for sure. Small business, that is. With a family-valuestwist. Some big companies may even miss the Democrats.
   **FORTUNE** Author: Ann Reilly Dowd REPORTER ASSOCIATE Lucretia Marmon;     Word Count: 3001
   12/12/94 FORTUNE 129 1994 WLNR 4101014 ...

...major manufacturer in America has downsized, reengineered, and increased quality," says Jasinowski. " Finally Congress will begin to restructure, and we'll **see some steam** let out of that never-ending program-generating, regulation-spewing machine. This is a very big change." The new Congress ...

28.   PECO UNIT, DEVELOPER PLAN 120-MW COGENERATION PLANT IN PHILADELPHIA
   **Electric Utility Week** Author: N/A;     Word Count: 490
   10/22/90 ELUTW 8 1990 WLNR 1495946 ...

...good project is a substantial steam host that will be in business for the long term. Friderichs said Adwin had **seen some steam** hosts, including one in PECO's service area, go out of business or move, making projects unfeasible. He added that there ...

29.   STOCK MARKETS ARE LOOKING GOOD WESTERN EUROPE AND JAPAN
   **Christian Science Monitor (USA)** Author: Guy Halverson;     Word Count: 800
   1/3/90 CHSM 9 1990 WLNR 842540 ...

...for West German and Japanese stock markets. But he anticipates difficulties in both settings. In the case of Japan, he **sees some** "**steam** coming out of that market," following its pell-mell growth in recent years, with the Nikkei stock market average up ...

30.   E STREET GANG HOPES BOSS MAKES U-TURN
   **Daily News (Los Angeles, CA)** Author: Marilyn Beck;     Word Count: 993
   11/27/89 DAILYNEWCA L19 1989 WLNR 774429 ...

...former "A-Team" star. He added, "I don't know if the love scenes are steamy or not - but you may **see some steam** coming out of my ears." The inside track: Earth, Wind and Fire's latest Columbia Records album, "Heritage," will hit record ...

31.   BOSS' E STREET BAND PALS SURPRISED BY HIS SOLO PLANS
   **Denver Rocky Mountain News (CO)** Author: MARILYN BECK TRIBUNE MEDIA SERVICES;

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - SEE! /1 "SOME STEAM" %               DATABASE(S) - USNEWS
RAILROAD! TRAIN! LOCOMOTIVE!
ENGINE! TURBINE! GENERATOR! PLANT!
BOILER! EXPLOSION! SHOVEL! TABLE! /1
STEAM

    Word Count: 911
    11/27/89 RKYMN 50 1989 WLNR 328609 ...

...former A-Team star.  He adds: "I don't know if the love scenes are steamy or not - but you may **see some steam** coming out of my ears."   THE INSIDE TRACK: Earth, Wind and Fire's latest Columbia Records LP, Heritage, will hit the  ...


32.    Running-mate `suspense' is GOP joke on the media
    **Star Tribune: Newspaper of the Twin Cities (Minneapolis, MN)** Author: Noel Holston; Staff Writer;       Word Count: 1210
    8/18/88 STTRMSP 01E 1988 WLNR 1642479 ...

...delegates who gabbed or read during the speech, opined that "a lot of steam has gone out of this convention."  **Some steam seemed** to have gone out of the networks, too.  They covered most of Pat Robertson's speech and all of Jerry Ford's  ...


33.    CREDIT UNIONS' GROWING PAINS
    **New York Times (NY)** Author: WINSTON WILLIAMS, Special to the New York Times; Word Count: 1193
    7/17/82 NYT 125 1982 WLNR 300129 ...

...of the National Credit Union Administration. " I think some of them are walking away from the hot money market.  I **see some steam** being let out of that." Before the steam evaporates entirely, however, demand for credit union loans will have to recover  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.