# EXHIBIT I

## to Levi Declaration

Prof. Judith N. Levi                                    Whirlpool case re *steam*
Department of Linguistics                               Attorney: J. A. Cragwall, Jr.
Northwestern University                                 January 2008

# *EXHIBIT I*

## I.  TALLY FOR SEARCH I:
### 40 articles with *mist(s) of steam* appearing from  to 4/11/90 to 3/21/05

Parameters specified on Westlaw USNEWS database:
  MIST! /1 "OF STEAM"

**Usable examples:  28, from 40 articles**
Unusable articles: 12 (10 duplicated articles; 2 irrelevant, due to wrong syntax)

**The 28 usable examples all demonstrate that the word *steam* is used in ordinary language to refer to something that is not just visible, but sufficiently visible to permit the observer to describe its distribution and density by using the word *mist* (in contrast to other expressions used in other situations when visible steam is observed, such as *plumes of steam, billows of steam, puffy clouds of steam*, etc.)**

<u>Usable data:</u>
I-1.  These products are intended to provide an at-home spa experience, consisting of ultrafine, controlled **mists of steam** and facial skin care  treatments
I-2.  The gray, soiled river, with its **mist of steam** and smoke, was the only beauty.
I-4.  ...a new year with a stop...to glimpse the coming year in the **mists of steam** above a thick ceramic mug of coffee.
I-5.  ...microwave.  Inside, a pouch of EASY-OFF wipes is bursting to go to work -- its special cleaners released in a **mist of steam**.
I-7.  The pouch will pop open while heating to release special cleansers and a fresh lemon scent in a **mist of steam** that will soften and loosen baked on food residue.
I-8.  [The plant operators]... also saw a **mist of steam** with splinter sparks near the thermowell region of the interconnecting pipe...
I-9.  ...packed with its twin in a silver aluminum pan capped with a plastic lid, clear except for the opaque **mist of steam** escaping from the meat.
I- 10.  ...as Barbara Innocent quickly pulls back the aluminum foil coverings...A **mist of steam** wafts under her large straw hat and condenses on her face.
I-12.  ...X-Files star ...is first seen emerging from **mists of steam** at a train station.
I-13.   He shucked his clothes, stepped into the shower and shouted into the **mist of steam**...
I-14.  ...a gentle **mist of steam** rose from the St. Lucie River and Indian River Lagoon.
I-15 ... allows the traveler to lay back and float in a **mist of steam** while looking up into a canopy of stars [at a hot spring]
I-17.  ...and that cup of hot chocolate sending up a soothing **mist of steam**...
I-18.   The sun continues to rise, raising a **mist of steam** from my time machine's outer skin.

I-19.  I noticed recently that when I turn on the heater or defroster a light **mist of steam** comes out of the vents and fogs the windows.
I-20.  Refinery officials and county health authorities downplayed the accident, in which a fine **mist of steam** containing a substance called 90 Neutral blew over Old County Road, covering several cars with a slimy film.
I-22.  ...Steam-mist, or vaporizing, humidifiers are an updated version of the old-fashioned vaporizers; they boil water and release a **mist of steam** into the air.
I-23.  ...weary trekkers and hunters can hang up their clothes, and, in the morning, sit and watch a thick **mist of steam** roll off the trickling stream into the surrounding forest.
I-24.  ... those gracious old blue-and-gray passenger coaches standing in an atmospheric **mist of steam** vapor at Camden Station.
I-25.  Each morning and afternoon, ...2-year-old Gunnar Esiason must take a treatment of steam mist with drugs to help open his lungs.
I-28.  The distillation tower is a bright silver confluence of pipes that twist, turn and bend amid the hiss and **mist of steam**.
I-30.  ...when we heard a mighty ka-boom.  We rushed into the kitchen, into a **mist of steam** and peanut parts.
I-31.  Hot water is fed into the vacuum cleaner, producing a fine **mist of steam**.  ...
I-33.  A thin **mist of steam** rises from moist cotton as Cathy Cole feeds a shirt sleeve across her Ironrite, a 40-year-old ironing machine  ...
I-34.  A statue of a female veteran surrounded by a **mist of steam** was unveiled yesterday as the design for a national monument ...
I-38.  ... which consists of a white marble block, in contrast to the black marble of the wall, surrounded by a **mist of steam** from jets of water.
I-39.  Its name suggests the ominous rugged cliffs that open to Lake Naivasha and the **mists of steam** that rise from fractures in the Rift Valley floor.
I-40.  When Dennis ducked behind a screen after the song, the audience screamed, "Take it all off!"  **Mists of steam** rose from the stage as he reappeared.  The shrieks grew louder...

## II.  RESULTS LIST FOR SEARCH I

[Results List from Search I
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | MIST! /1 "OF STEAM" |
| Date/Time of Request: | Monday, January 21, 2008 08:40:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 335 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

**Westlaw**

QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

1.     Wired & Well venue for personal care appliances.
   **MMR** Author: N/A;        Word Count: 388
   3/21/05 MMRTJ 28 2005 WLNR 5531851 ...

   ...with hot and cold functions. These products are intended to provide an at-home spa experience, consisting of ultrafine, controlled **mists of steam** and facial skin care treatments to cleanse, purify and moisturize.  The treatments go deep  into the cells to restore the  ...

2.     Everybody's kind of town Chicago Getting carried away in the 'city of big shoulders'
   **Sacramento Bee, The (CA)** Author: Reed Parsell Bee Staff Writer;       Word Count: 2647
   8/15/04 SACRAMENTOBEE M1 2004 WLNR 17462181 ...

   ...green on St. Patrick's Day, though such a thing is accomplished with orange dye. The gray, soiled river, with its **mist of steam** and smoke, was the only beauty.  And that smelled to heaven. - Frank Lloyd Wright, describing the Chicago of 1887 Among  ...

3.     Everybody's kind of town: Chicago Getting carried away in the 'city of big shoulders'
   **Sacramento Bee, The (CA)** Author: Reed Parsell;  Author: Bee Staff Writer;       Word Count: 2647
   8/15/04 SACRAMENTOBEE M1 2004 WLNR 20779066 ...

   ...green on St. Patrick's Day, though such a thing is accomplished with orange dye. The gray, soiled river, with its **mist of steam** and smoke, was the only beauty.  And that smelled to heaven. - Frank Lloyd Wright, describing the Chicago of 1887 Among  ...

4.     Each new year gives us a chance to pause for reflection, anticipation
   **Grand Rapids Press, The** Author: Ben Beversluis / The Grand Rapids Press;       Word Count: 928
   1/4/04 GRPR N1 2004 WLNR 17832307 ...

   ...a new year with a stop at The Windmill restaurant in downtown Holland to glimpse the coming year in the **mists of steam** above a thick ceramic mug of coffee.     Fueled by a hash-brown omelet and many refills, hot and black, the  ...

5.     WIPEOUT NEW DISPOSABLE WIPES CAN MAKE US LOOK AND FEEL BETTER, BUT THEY COME WITH A PRICE
   **St. Louis Post-Dispatch (MO)** Author: Mary Delach Leonard Of The Post-Dispatch;      Word Count: 1364
   9/30/02 STLSPD C1 2002 WLNR 13372886 ...

   ...microwave.  Inside, a pouch of EASY-OFF wipes is bursting to go to work -- its special cleaners released in a **mist of steam**.  The vapor attacks last night's explosion of pork and beans, this morning's blast of scrambled eggs. "Use the power of  ...

6.     WIPEOUT NEW DISPOSABLE WIPES CAN MAKE US LOOK AND FEEL BETTER, BUT THEY COME WITH A PRICE
   **St. Louis Post-Dispatch (MO)** Author: Mary Delach Leonard;  Author: Of The Post-Dispatch;  Word Count: 1493

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

        9/30/02 STLSPD C1 2002 WLNR 1194459 ...

...microwave.  Inside, a pouch of EASY-OFF wipes is bursting to go to work -- its special cleaners released in a **mist of steam**.  The vapor attacks last night's explosion of pork and beans, this morning's blast of scrambled eggs.  "Use the power of  ...

7.    GOOD TASTES
    **Daily News (Los Angeles, CA)** Author: N/A;       Word Count: 839
    9/18/02 DAILYNEWCA U9 2002 WLNR 1851794 ...

...no longer).  The pouch will pop open while heating to release special cleansers and a fresh lemon scent in a **mist of steam** that will soften and loosen baked on food residue.  Cool in the microwave oven (with door closed) three minutes, then  ...

8.    Fire in secondary reformer outlet line to waste heat boiler
    **PROCESS SAFETY PROGRESS** Author: Singh, Jagmohan;       Word Count: 2693
    9/1/02 SAFEPROCESS 205 2002 WLNR 5493698 ...

...The plant operators heard a sound like leaking gas a few seconds ahead of the explosion.  They also saw a **mist of steam** with splinter sparks near the thermowell region of the interconnecting pipe, and the jacket area near the boiler had turned  ...

9.    Meatball Wizard: La Famiglia dishes up Italian masterpieces flavored with family tradition
    **Phoenix New Times** Author: Anonymous;       Word Count: 1951
    5/2/02 PHNXNEWTIMES (No Page) 2002 WLNR 11718530 ...

...home, packed with its twin in a silver aluminum pan capped with a plastic lid, clear except for the opaque **mist of steam** escaping from the meat.  When I first got home, there were two of them.  The first one I ate as  ...

10.    SERVICE BLOOMS IN CHACONIA SISTERHOOD <
    **South Florida Sun-Sentinel**      Word Count: 869
    11/17/01 SFLSUN-SENT 1B 2001 WLNR 10783376 ...

...rise as Barbara Innocent quickly pulls back the aluminum foil coverings, revealing spicy meats and various other curried dishes.  A **mist of steam** wafts under her large straw hat and condenses on her face. "No more curry goat?"  Innocent asks, feigning surprise in  ...

11.    LEGIONNAIRES' IS WORRISOME TO WORKERS AT COUNTY HALL
    **Buffalo News (NY)** Author: CHARITY VOGEL - News Staff Reporter;       Word Count: 945
    4/7/01 BUFFALONWS C1 2001 WLNR 1181043 ...

...basement where water has leaked and pooled -- all potential sources for the legionella bacteria, which is transmitted through the inhalation **of steam**, **mist** or vapor.   No immediate problems were found, but health officials said they may return to take water samples for testing  ...

12.    Entranced by a strange old world

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

**St Petersburg Times**   Word Count: 937
3/15/01 STPTFTI 5W 2001 WLNR 11063709 ...

...X-Files star in an Oscar-worthy performance that is complex and loaded with subtleties, is first seen emerging from **mists of steam** at a train station.  Her striking visage gradually comes into view as she slowly, gracefully makes her way across the  ...

13.   Boot Camp High: Capital High JROTC marches on despite corps staffing shortage
**SUNDAY GAZETTE-MAIL (CHARLESTON, WV)** Author: Eyre, Eric;   Word Count: 2019
1/7/01 CHLST-GZ 1 2001 WLNR 4677574 ...

...But his plans were more immediate, more urgent.  He shucked his clothes, stepped into the shower and shouted into the **mist of steam**, shouted it over and over again until his throat burned: "Sergeant Major.  Capital High School drill squad.  Permission to enter  ...

14.   SLOW WARMING TREND FORECAST THROUGH WEEKEND
**Stuart News** Author: Dan McCue of the News staff;   Word Count: 644
12/22/00 XSNE B3 2000 WLNR 7607556 ...

...saw schoolchildren bundled up and stepping lively in an effort to keep warm while awaiting their buses, and a gentle **mist of steam** rose from the St. Lucie River and Indian River Lagoon.     "It was only 36 degrees . . . but even that was a  ...

15.
**Pittsburgh Post-Gazette (PA)** Author: CASSANDRA VIVIAN ;   Word Count: 2825
12/10/00 PITTSPOST F1 2000 WLNR 3344441 ...

...deep in the earth and spills into an awaiting trough, allows the traveler to lay back and float in a **mist of steam** while looking up into a canopy of stars.  All the oases have these intoxicating hot springs.  They are more controlled  ...

16.
**Pittsburgh Post-Gazette (PA)** Author: N/A;   Word Count: 2423
12/10/00 PITTSPOST F5 2000 WLNR 3344676 ...

...deep in the earth and spills into an awaiting trough, allows the traveler to lay back and float in a **mist of steam** while looking up into a canopy of stars.  All the oases have these intoxicating hot springs.  They are more controlled  ...

17.   THAT GREEN TEAM JUST SCRAMBLES ALL THE XS AND OS
**Memphis Commercial Appeal (TN)** Author: Michael Kelley;   Word Count: 1080
10/22/00 COMAPL B6 2000 WLNR 5199219 ...

...go back to our red pencils and our blue pencils and that cup of hot chocolate sending up a soothing **mist of steam** and producing that familiar aroma in the press box every Friday night.   Michael Kelley is an editorial writer and columnist  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

18.        Messages in the mist
           **Kansas City Star (MO)**       Word Count: 924
             11/10/99 KCSTAR B7 1999 WLNR 7498966 ...

    ...I take off joyful about the new things the girls have left me.  The sun continues to rise, raising a **mist of steam** from my time machine's outer skin.  The dew and the girls' finger writings slowly evaporated.  They were completely gone by  ...


19.        SETTING OPTIMAL TIRE PRESSURE
           **San Jose Mercury News (CA)** Author: Brad Bergholdt ;       Word Count: 643
             12/4/98 SJMERCN 2G 1998 WLNR 1702976 ...

    ...problem with my '85 Mercury Lynx. I noticed recently that when I turn on the heater or defroster a light **mist of steam** comes out of the vents and fogs the windows.  The car doesn't have air conditioning, so the defroster was never  ...


20.        OILY LEAK ON TORMEY HURT NONE, COUNTY SAYS
           **West County Times (CA)** Author: Chuck Squatriglia;       Word Count: 676
             10/16/97 WESTCTIMES A03 1997 WLNR 4018464 ...

    ...call it in and ask?"    Downplayed accident    Refinery officials and county health authorities downplayed the accident, in which a fine **mist of steam** containing a substance called 90 Neutral blew over Old County Road, covering several cars with a slimy film.    Tosco spokesman  ...


21.        OILY LEAK ON TORMEY HURT NONE, COUNTY SAYS
           **West County Times (CA)** Author: Chuck Squatriglia;       Word Count: 676
             10/16/97 WESTCTIMES A03 1997 WLNR 4022320 ...

    ...call it in and ask?"    Downplayed accident    Refinery officials and county health authorities downplayed the accident, in which a fine **mist of steam** containing a substance called 90 Neutral blew over Old County Road, covering several cars with a slimy film.    Tosco spokesman  ...


22.        HIGH AND DRY When indoor temperatures rise, moist air evaporates. Why too much dry air in your home makes you sick and what you can do about it.
           **Newsday (USA)** Author: John S. Saladyga. STAFF WRITER;       Word Count: 2144
             2/23/95 NWSDAY B27 1995 WLNR 494584 ...

    ...Steam-mist, or vaporizing, humidifiers are an updated version of the old-fashioned vaporizers; they boil water and release a **mist of steam** into the air. CHOOSING between warm and cool moisture is a matter of personal preference, says University Hospital's Dattwyler.  But  ...


23.        Russia's Far East: Rainbown and Bears
           **New York Times (NY)** Author: Celestine Bohlen;;       Word Count: 3272
             3/6/94 NYT 628 1994 WLNR 3558747 ...

    ...bathing hut, weary trekkers and hunters can hang up their clothes, and, in the morning, sit and watch a thick **mist of steam** roll off the trickling stream into the surrounding forest. There is a kind of traveler who will go around the  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

24. **JUST OUT: A HUMAN HISTORY OF BALTIMORE'S `GREAT ROAD'**
  **Baltimore Sun (MD)** Author: JACQUES KELLY;    Word Count: 787
   11/15/93 BALTSUN 1B 1993 WLNR 801559 ...

  ...Baltimoreans remember for its personable service delivered on those gracious old blue-and-gray passenger coaches standing in an atmospheric **mist of steam** vapor at Camden Station.   COLUMN: JACQUES KELLY 663 Maryland  1MA47 USA  1US73 Americas  1AM92 Ohio  1OH35  ...

25. **BOOMER'S DAY RISES, SETS WITH SON FOR JETS QB, OFFSPRING'S ILLNESS MEANS `REAL TASTE OF REALITY'**
  **St. Louis Post-Dispatch (MO)** Author: 1993, The Baltimore Sun;    Word Count: 1353
   9/14/93 STLSPD 01C 1993 WLNR 632632 ...

  ... NEW YORK Each morning and afternoon, for about an hour, 2-year-old Gunnar Esiason  must take a treatment **of steam mist** with drugs to help open his lungs.   Then his father, Boomer, or his mother, Cheryl, does chest physical therapy by  ...

26. **ADJUSTMENTS**
  **Pittsburgh Post-Gazette (PA)** Author: MIKE PRESTON, THE BALTIMORE SUN;    Word Count: 1805
   9/5/93 PITTSPOST D6 1993 WLNR 2147259 ...

  ... Each morning and afternoon, for about an hour, 2-year-old Gunnar Esiason must take a treatment **of steam mist** with drugs to help open his lungs.   Then his father, Boomer, or his mother, Cheryl, does chest physical therapy by  ...

27. **HOME'S WHERE HIS HEART IS BACK IN N.Y., ESIASON REFUELS JETS, RESOLVED TO FIGHT SON'S CYSTIC FIBROSIS**
  **Baltimore Sun (MD)** Author: Mike Preston Staff Writer;    Word Count: 2483
   8/18/93 BALTSUN 1D 1993 WLNR 783108 ...

  ... Each morning and afternoon, for about an hour, 2-year-old Gunnar Esiason must take a treatment **of steam mist** with drugs to help open his lungs.   Then his father, Boomer, or his mother, Cheryl, does chest physical therapy by  ...

28. **OIL'S WELL THAT ENDS WELL AT EAST CHICAGO, IND., RECYCLING PLANT**
  **Chicago Tribune (KRT)** Author: Casey Bukro;    Word Count: 1595
   5/31/93 KRT-CHITRIB (No Page) 1993 WLNR 3842686 ...

  ...asphalt. The distillation tower is a bright silver confluence of pipes that twist, turn and bend amid the hiss and **mist of steam**. "The reason you change oil is not because it is gone, but because it is dirty," Hillstrom said to the  ...

29. **OIL RECYCLER GREASES RUSTY CITY'S ECONOMY**
  **CHICAGO TRIBUNE**    Word Count: 1558
   5/30/93 CHICAGOTR 1 1993 WLNR 4082323 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

...asphalt.  The distillation tower is a bright silver confluence of pipes that twist, turn and bend amid the hiss and **mist of steam**. "The reason you change oil is not because it is gone, but because it is dirty," Hillstrom said to the  ...

30.   TRUE SOUTH BOILED PEANUTS FULL STEAM AHEAD FOR GOOBER GLUTTONS
     **Atlanta Journal and Constitution (GA)** Author: Martha Woodham STAFF WRITER;       Word Count: 881
      7/5/92 ATLNTAJC M2 1992 WLNR 2355423 ...

...were relaxing in the living room when we heard a mighty ka-boom.  We rushed into the kitchen, into a **mist of steam** and peanut parts.  It was as if we had dynamited a bushel of peanuts.  Peanuts dangled from the ceiling, stuck  ...

31.   TAKING CARE OF CARPET SPECIAL CLEANING PROBLEMS REQUIRE PROFESSIONAL HELP, BUT YOU CAN DO IT YOURSELF
     **New Orleans Times Picayune** Author: Dees Coxe;       Word Count: 1455
      6/1/91 NOTPCN R12 1991 WLNR 761191 ...

...set for several minutes, the steam cleaning process begins.  Hot water is fed into the vacuum cleaner, producing a fine **mist of steam**.  The steam extracts the dirt that has already been lifted by the solvents, leaving no residue.  A deodorant is then  ...

32.   LOW-MAINTENANCE BATHS BECOME WAVE OF FUTURE
     **Greensboro News & Record (NC)**      Word Count: 1208
      3/24/91 GBNWSREC F3 1991 WLNR 4310676 ...

...tub-shower ``room'' behind sliding doors or a curtain.  A few, such as the Kohler Environment, have offered countless options **of steam**, **mist**, heat, light, and music.  Getting clean is not the main idea with these products.  More often, tub and shower are  ...

33.   KEEPING THE FAMILY IRON HOT
     **New Orleans Times Picayune** Author: RENI HALEY St. Tammany bureau;       Word Count: 585
      2/24/91 NOTPCN 1H1 1991 WLNR 743045 ...

...KEEPING THE FAMILY IRON HOT RENI HALEY St. Tammany bureau   A thin **mist of steam** rises from moist cotton as Cathy Cole feeds a shirt sleeve across her Ironrite, a 40-year-old ironing machine  ...

34.   STATUE TO HONOR WOMEN IN SERVICE IN VIETNAM ERA
     **Baltimore Sun (MD)** Author: Ariane de Vogue Washington Bureau of The Sun;       Word Count: 580
      11/12/90 BALTSUN 3A 1990 WLNR 697848 ...

...de Vogue Washington Bureau of The Sun   A statue of a female veteran surrounded by a **mist of steam** was unveiled yesterday as the design for a national monument to honor the estimated 10,000 women who served in Vietnam  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

35.   MEMORIAL DESIGN UNVEILED STATUE, WATER JETS TO HONOR VIETNAM'S WOMEN VETERANS
   **Fresno Bee** Author: Baltimore Sun;    Word Count: 368
   11/12/90 FRESNOBEE B4 1990 WLNR 1230803 ...

   ...HONOR VIETNAM'S WOMEN VETERANS Baltimore Sun  WASHINGTON A statue of a female veteran surrounded by a **mist of steam** was unveiled Sunday as the design for a national monument to honor the estimated 10,000 women who served in Vietnam ...

36.   National briefs
   **Houston Chronicle** Author: N/A;    Word Count: 345
   11/12/90 HSTNCHRON A4 1990 WLNR 4249239 ...

   ...to determine who was responsible, Rayford said.    Statue design unveiled    WASHINGTON - A statue of a female veteran surrounded by a **mist of steam** was unveiled Sunday as the design for a national monument to honor the estimated 10,000 women who served in Vietnam ...

37.   STATUE UNVEILED FOR VIET WOMEN'S MEMORIAL
   **Pittsburgh Post-Gazette (PA)** Author: PRESS NEWS SERVICES;    Word Count: 250
   11/12/90 PITTSPOST A7 1990 WLNR 1889458 ...

   ...VIET WOMEN'S MEMORIAL PRESS NEWS SERVICES  WASHINGTON A statue of a female veteran surrounded by a **mist of steam** has been unveiled as the design for a national monument to honor the estimated 10,000 women who served in Vietnam ...

38.   WOMEN'S MONUMENT
   **Seattle Times (WA)** Author: AP;    Word Count: 138
   11/12/90 STLTI A2 1990 WLNR 903459 ...

   ...Desmond which consists of a white marble block, in contrast to the black marble of the wall, surrounded by a **mist of steam** from jets of water.  The monument will honor the 10,000 women who served in Vietnam.  Diane Carlson Evans, founder of  ...

39.   Out of Africa--Kenya's Own Wine
   **Los Angeles Times**    Word Count: 1810
   5/20/90 LATIMES 5 1990 WLNR 3601673 ...

   ...national game park and Masai reserve.  Its name suggests the ominous rugged cliffs that open to Lake Naivasha and the **mists of steam** that rise from fractures in the Rift Valley floor. A short rowboat ride took us across Lake Naivasha to Elsamere  ...

40.   STRIPPERS STIR PASSIONS IN TUKWILA PLANNING OFFICIALS SAY DANDY'S TOO CLOSE TO NEIGHBORHOOD PLAY AREA
   **Seattle Times (WA)** Author: ANH DO;    Word Count: 1325
   4/11/90 STLTI F1 1990 WLNR 913985 ...

   ...Lost that Lovin' Feeling."    When Dennis ducked behind a screen after the song, the audience

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - MIST! /1 "OF STEAM"                    DATABASE(S) - USNEWS

screamed, "Take it all off!"  **Mists of steam** rose from the stage as he reappeared.  The shrieks grew louder, drowning out Kenny Loggins' "Highway to the Danger Zone  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.