# EXHIBIT J

## to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# ***EXHIBIT J***

## I.  TALLY FOR SEARCH J:
### 50 articles with *steam + billow(s), billowing, billowed* appearing from 5/29/07 to 1/16/08

Parameters specified on Westlaw USNEWS database:
    STEAM! /1 BILLOW!

**Usable examples:  21 from 50 articles**
Unusable articles: 30 (29 duplicated articles; 1 irrelevant)
Total exceeds 50 because one article had two usable examples.

FYI:  The *American Heritage Dictionary* (online edition) defines *billow* as follows:
    NOUN: 1. A large wave or swell of water. 2. A great swell, surge, or undulating mass, as of smoke or sound.
    INTRANSITIVE VERB: 1. To surge or roll in billows. 2. To swell out or bulge: *sheets billowing in the breeze.*
    TRANSITIVE VERB: To cause to billow: *wind that billowed the sails.*

**The 21 usable examples all demonstrate that the word *steam* is used in ordinary language to refer to something that is not just visible, but sufficiently visible to permit the observer to describe its distribution and/or size by using a form of the word *billow* (in contrast to other expressions used in other situations when visible steam is observed, such as *plumes of steam, mists of steam, puffy clouds of steam,* etc.)**

Usable data
J1.  Driving towards the nuclear power plant, he confidently welcomed the **billowing steam clouds.**
J3.  Here's your next challenge: **Steam billows** from vents in many downtown streets, sometimes creating a traffic hazard.
J6..  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE...
J13.  The pale smokestacks rising higher than a 40-story building; the whiter **steam billowing** from the stacks...
J19.  Our cooking routines will likewise fall back into soups and stews, crockpots and chili, casseroles and other dishes that **billow steam**.
J20.  **Billowing steam**, a roaring whistle and burning cinders won't be part of the experience.
J21.  **Steam billowed** around Irvin Stephens and Pam Newberry, then flowed out of the open windows as the duo cooked.

J22. In the distance, thick white **steam billowed** from the nuclear plant whose taxes helped build a stadium with pristine fake turf, a sprawling glass press box and ...

J23. Smoke and **steam billowed** out of the front [of a store on fire].

J25. The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**.

J26. Businesses in the cordoned-off area have seen their daily cash flow evaporate like the **steam billowing** from the broken 83-year-old pipe.

J27. With **steam billowing** from the hole, firefighters and city inspectors blamed it on the steam loop.

J28. The photo yesterday showing **steam billowing** from the Manhattan steam-pipe explosion was taken by freelance photographer Viktor Sekularac.

J30. ...**STEAM** PIPE EXPLOSION.THE CAMERA SHOWS BUSY RUSH HOUR TRAFFIC STOPPED AS THE 83-YEAR-OLD PIPE EXPLODES SENDING SMOKE AND **STEAM BILLOWING** INTO THE AIR.

J31. ...The powerful blast spewed rubble into crowded streets, splashed mud on commuters, and sent a giant plume of murky hot **steam billowing** into the air.

J41a. **Steam billows** out [of pile of horse manure and/or composting material] as the material is moved.

J41b. PHOTO 2: **STEAM BILLOWS** from the compost pile as Julie Shepard moves the rich, dark material. A single horse can produce up to 55 ......

J44. REPORTER MATT RENOUX WENT ALONG THIS WEEK AS ENGINE 12 GOT HER FINAL TUNE-UP. NATS [*sic*] **BILLOWING STEAM**, AND SMOKE

J45. MATT RENOUX SAYS IT SHOULD BE AT FULL **STEAM** BY FRIDAY. Reporter: **BILLOWING STEAM** AND SMOKE --. IT BRINGS A FLUSH TO MY FACE.

J47. **Steam billowed** from the unmanned rocket. Fire gushed from its base. The missile roared into the sky. "It was the most marvelous ...

J48. Wet snow was falling when I visited last September, and huge clouds of slightly sulfurous **steam billowed** out of the large spring-fed pool.

## II. RESULTS LIST FOR SEARCH J

[Results List from Search J
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | STEAM! /1 BILLOW! |
| Date/Time of Request: | Monday, January 21, 2008 08:31:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 407 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.



QUERY - STEAM! /1 BILLOW!                   DATABASE(S) - USNEWS

1. Evacuating Three Mile Island: a parent's perspective
   **Intelligencer Journal (Lancaster, PA)** Author: Eric J. Epstein;     Word Count: 629
     1/16/08 LANCINTJ A13 2008 WLNR 911591 ...

   ...My father admired the technology that was Three Mile Island.  Driving towards the nuclear power plant, he confidently welcomed the **billowing steam** clouds. Many residents boated, fished or water skied around the island. School students routinely were paraded through the plant to  ...

2. Evacuating Three Mile Island: a parent's perspective
   **Lancaster New Era (PA)** Author: Epstein, Eric J;     Word Count: 637
     1/16/08 LANCNE A 2008 WLNR 1017817 ...

   ...My father admired the technology that was Three Mile Island.  Driving towards the nuclear power plant, he confidently welcomed the **billowing steam** clouds. Many residents boated, fished or water skied around the island. School students routinely were paraded through the plant to  ...

3. ask!
    **Denver Rocky Mountain News (CO)** Author: Mike Rudeen, Rocky Mountain News;     Word Count: 214
     1/10/08 RKYMN 10 2008 WLNR 649660 ...

   ...person who wore them "was unlikely to engage in roughhousing," according to The Dictionary of Cliches. Here's your next challenge: **Steam billows** from vents in many downtown streets, sometimes creating a traffic hazard.  I understand the steam is from the central boiler  ...

4. CHANNEL 8 NEWS 2008-01-01 11:15:46
    **8 WFLA-FL** Author: N/A;     Word Count: 205
     1/1/08 NBC8WFLA-FL (No Page) 2008 WLNR 62250 ...

   ...THIS 160-FOOT LONG CIRCUS TRAIN IS COMPLETE WITH AN ANIMAL CASE, A TRAPEZE CAR AND HEADED BY A SMOKE-**BILLOWING STEAM** ENGINE.  LOOK AT THE KIR CIRCUS PERFORMERS ENTERTAIN ALONGSIDE.   LISTEN TO THAT.  IT'S FABULOUSFUL A MULTI-FLORAL COMBINATION THAT'S FANTASTIC  ...

5. South Florida Today 2008-01-01 11:17:41
    **NBC 6 WTVJ-FL** Author: N/A;     Word Count: 203
     1/1/08 NBC6WTVJ-FL (No Page) 2008 WLNR 61883 ...

   ...THIS 160-FOOT LONG CIRCUS TRAIN IS COMPLETE WITH AN ANIMAL CASE, A TRAPEZE CAR AND HEADED BY A SMOKE-**BILLOWING STEAM** ENGINE.  LOOK AT THE KIR CIRCUS PERFORMERS ENTERTAIN ALONGSIDE.   LISTEN TO THAT.  IT'S FABULOUSFUL A MULTI-FLORAL COMBINATION THAT'S FANTASTIC  ...

6. CHANNEL 2 NEWS 2007-12-31 12:47:26
    **NBC 2 WESH - ORLANDO** Author: N/A;     Word Count: 305
     12/31/07 NBC2WESH-FL (No Page) 2007 WLNR 25744057 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! /1 BILLOW!                           DATABASE(S) - USNEWS

...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...

7.   NEWS AT 12;30PM 2007-12-29 12:47:22
     **CBS 11 WINK-FL** Author: N/A;       Word Count: 306
     12/29/07 CBS11WINK-FL (No Page) 2007 WLNR 25692443 ...

     ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...

8.   MORNING NEWS 2007-12-25 05:17:07
     **4 KRON-CA** Author: N/A;       Word Count: 594
     12/25/07 NBC4KRONCAUS (No Page) 2007 WLNR 25414796 ...

     ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...

9.   News at 12pm 2007-12-25 12:45:13
     **NBC 2 WBBH-FL** Author: N/A;       Word Count: 305
     12/25/07 NBC2WBBH-FL (No Page) 2007 WLNR 25420909 ...

     ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...

10.  CHANNEL 2 NEWS 2007-12-16 05:45:12
     **NBC 2 WBBH-FL** Author: N/A;       Word Count: 296
     12/16/07 NBC2WBBH-FL (No Page) 2007 WLNR 24856821 ...

     ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...

11.  MORNING NEWS 2007-11-22 06:45:06
     **4 KRON-CA** Author: N/A;       Word Count: 595
     11/22/07 NBC4KRONCAUS (No Page) 2007 WLNR 23180443 ...

     ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

    IT'S JUST CLEANING ...

12.    430 AM NEWS 2007-11-22 04:45:06
    **4 KRON-CA** Author: N/A;    Word Count: 595
    11/22/07 NBC4KRONCAUS (No Page) 2007 WLNR 23181699 ...

    ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER. THIS IS TRULY DEEP-CLEANED. THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING ...

13.    Coal debate swirls around Santee Cooper
    **Post and Courier, The (Charleston, SC) (KRT)**    Word Count: 1668
    11/7/07 POSTCOUR (No Page) 2007 WLNR 22008642 ...

    ...the clouds near, everything turns shades of gray: The pale smokestacks rising higher than a 40-story building; the whiter **steam billowing** from the stacks; the conveyor belts feeding coal into the complex on one side; and the silver transmission lines marching ...

14.    5 AM NEWS 2007-11-04 04:58:03
    **7 KGO_-CA** Author: N/A;    Word Count: 9741
    11/4/07 ABC7KGOCAUS (No Page) 2007 WLNR 21818961 ...

    ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER. THIS IS TRULY DEEP-CLEANED. THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING ...

15.    5 AM NEWS 2007-11-04 05:13:03
    **7 KGO_-CA** Author: N/A;    Word Count: 594
    11/4/07 ABC7KGOCAUS (No Page) 2007 WLNR 21822050 ...

    ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER. THIS IS TRULY DEEP-CLEANED. THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING ...

16.    NEWS AT 5:30AM 2007-11-03 05:44:37
    **CBS 11 WINK-FL** Author: N/A;    Word Count: 295
    11/3/07 CBS11WINK-FL (No Page) 2007 WLNR 21804581 ...

    ...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER. THIS IS TRULY DEEP-CLEANED. THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING ...

17.    5AM MORNING NEWS 2007-11-03 05:43:11

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! /1 BILLOW!                DATABASE(S) - USNEWS

      **FOX 2 KTVU-CA** Author: N/A;        Word Count: 585
      11/3/07 FOX2KTVUCAUS (No Page) 2007 WLNR 21805780 ...

...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...


18.    5AM MORNING NEWS 2007-10-20 05:43:31
      **FOX 2 KTVU-CA** Author: N/A;        Word Count: 592
      10/20/07 FOX2KTVUCAUS (No Page) 2007 WLNR 20760381 ...

...JOB DONE IS EVAPORATING, AND NOTHING IS LEFT OVER.  THIS IS TRULY DEEP-CLEANED.   THE ACTION OF MOPPING GETS MORE **STEAM BILLOWING** OUT OF IT AND, I MEAN, IT MAKES THIS GREAT STEAMING NOISE, AND YOU JUST FEEL LIKE IT'S JUST CLEANING  ...


19.    With fall comes an unsettled feeling
      **Atlanta Journal and Constitution (GA)** Author: JOHN KESSLER;  Author: Staff;    Word Count: 491
      10/18/07 ATLNTAJC K1 2007 WLNR 20429074 ...

...month.  Our cooking routines will likewise fall back into soups and stews, crockpots and chili, casseroles and other dishes that **billow steam**. Then come the holidays.  And more holidays.  Baking and eating, eating, eating. Then repentance and diets. Then spring. Then summer  ...


20.    LOOKING BACK
      **Roanoke Times (VA)** Author: BELINDA HARRIS;     Word Count: 1521
      9/23/07 RNKETWN B2 2007 WLNR 18767690 ...

...after an asthma attack.  Million, 21, was in Mesa, Ariz., playing with the Colorado Rockies' fall instructional league team." n "**Billowing steam**, a roaring whistle and burning cinders won't be part of the experience.  But for the first time since Norfolk Southern  ...


21.    Sweet Success: Sorghum festival returning to Hancock County
      **Messenger-Inquirer (Owensboro, KY) (KRT)**     Word Count: 902
      9/22/07 BSX-MESSIN (No Page) 2007 WLNR 18610448 ...

...Success: Sorghum festival returning to Hancock County Beth Wilberding Messenger-Inquirer, Owensboro, Ky.      Sep. 22--HAWESVILLE -- **Steam billowed** around Irvin Stephens and Pam Newberry, then flowed out of the open windows as the duo cooked.      They kept track  ...


22.    1st football team to kick off season
      **Cleveland Plain Dealer** Author: Bill Lubinger;    Word Count: 979
      8/30/07 PLDLCL E1 2007 WLNR 16992183 ...

...sounds more threatening. Heavy rains moved a recent morning practice to nearby Perry High School.  In the distance, thick white **steam billowed** from the nuclear plant whose taxes helped

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

build a stadium with pristine fake turf, a sprawling glass press box and  ...


23.   U. Texas-area Dollar General catches fire
       **University Wire** Author: Philip Jankowski;     Word Count: 265
        8/3/07 UNIWIRE 21:49:00 ...

       ...Flames brushed the back of the store while firefighters attempted to douse the fire from ladder
       units above.  Smoke and **steam billowed** out of the front.  The Dollar General store appears to be
       a total loss, though firefighters were able to largely  ...


24.   U. Texas: U. Texas-area Dollar General catches fire
       **U-WIRE** Author: N/A;     Word Count: 289
        8/3/07 U-WIRE 00:00:00 ...

       ...Flames brushed the back of the store while firefighters attempted to  douse the fire from ladder
       units above.  Smoke and **steam billowed** out of  the front.  The Dollar General store appears to be
       a total loss, though  firefighters were able to largely  ...


25.   Working on the railroad
       **Seattle Times (WA)** Author: Darrell Smith;  Author: McClatchy Newspapers;     Word Count:
       937
        7/29/07 STLTI F1 2007 WLNR 14546155 ...

       ...are here in America." The trouble is, when young people think of railroads, they might think of
       shoveling coal and **billowing steam**.  That sepia-toned image, however, has given way to a mix of
       computers, electronics and mechanics. Wages currently average slightly  ...


26.   Onlookers flock to site of blast
       **Newsday (USA)** Author: MATTHEW CHAYES.Special to Newsday;     Word Count: 631
        7/22/07 NWSDAY A22 2007 WLNR 13979588 ...

       ...better view. " There's no asbestos." Businesses in the cordoned-off area have seen their daily
       cash flow evaporate like the **steam billowing** from the broken 83-year-old pipe. Islam
       Mohammad, a clerk at a newsstand near a closed-off subway station  ...


27.   City has pipes like one that blew in NYC
       **St. Louis Post-Dispatch (MO)** Author: Tim O'Neil ST. LOUIS POST-DISPATCH;     Word
       Count: 579
        7/21/07 STLSPD A17 2007 WLNR 13954879 ...

       ...1963, when a rupture blew out a 60-by-20-foot section of pavement at Eleventh and Market
       streets.  With **steam billowing** from the hole, firefighters and city inspectors blamed it on the
       steam loop.  Union Electric executives maintained it might have  ...


28.   CORRECTIONS
       **Newsday (USA)** Author: N/A;     Word Count: 152
        7/20/07 NWSDAY A18 2007 WLNR 13847350 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

...fotofoto gallery in Huntington.  Her name was misspelled in an art review in Tuesday's Part 2.  The photo yesterday showing **steam billowing** from the Manhattan steam-pipe explosion was taken by freelance photographer Viktor Sekularac.  The credit was incorrect. Brig.  Gen. Kevin  ...

29.  Corrections
 **Newsday (Melville, NY) (KRT)** Author: N/A;        Word Count: 157
  7/20/07 NWSDAY (No Page) 2007 WLNR 13871115 ...

...fotofoto gallery in Huntington.  Her name was misspelled in an art review in Tuesday's Part 2.  The photo yesterday showing **steam billowing** from the Manhattan steam-pipe explosion was taken by freelance photographer Viktor Sekularac.  The credit was incorrect.    Brig.  Gen. Kevin  ...

30.  News 2007-07-19 23:10:21
  **ABC 9 WCPO-OH** Author: N/A;        Word Count: 195
  7/19/07 ABC9WCPO-OH (No Page) 2007 WLNR 13889529 ...

...STEAM PIPE EXPLOSION.THE CAMERA SHOWS BUSY RUSH HOUR TRAFFIC STOPPED AS THE 83-YEAR-OLD PIPE EXPLODES SENDING SMOKE AND **STEAM BILLOWING** INTO THE AIR.  ONE WOMAN WAS KILLED AND ABOUT 40 OTHERS INJURED.  A CONTRACT EMPLOYEE AT A NUCLEAR MATERIAL CLEANUP  ...

31.  The Nation 1 killed after pipe explodes in New York
  **Los Angeles Times**        Word Count: 864
  7/19/07 LATIMES 15 2007 WLNR 13736419 ...

...The powerful blast spewed rubble into crowded streets, splashed mud on commuters, and sent a giant plume of murky hot **steam billowing** into the air. Fears of a terrorist attack rippled across the city as the explosion shook buildings and sent terrified  ...

32.  Steam Pipe Installed in 1924 Explodes Downtown
  **Los Angeles Times** Author: Erika Hayasaki;        Word Count: 763
  7/19/07 LAT-BUS (No Page) 2007 WLNR 13714288 ...

...The powerful blast spewed rubble into crowded streets, splashed mud on commuters, and sent a giant plume of murky hot **steam billowing** into the air. Fears of a terrorist attack rippled across the city as the explosion shook buildings and sent terrified  ...

33.  Railroads make tracks for younger workers DERAILED
  **Greensboro News & Record (NC)** Author: DARRELL SMITHBY DARRELL SMITH; Word Count: 1091
  7/15/07 GBNWSREC H7 2007 WLNR 13485520 ...

...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**.  That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages average slightly more  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

34. Railroads make tracks for younger workers DERAILED.
    **News & Record (Piedmont Triad, NC), The** Author: DARRELL SMITHBY DARRELL SMITH;        Word Count: 1101
       7/15/07 GBNWSREC H7 2007 WLNR 13566270 ...

    ...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages average slightly more ...

35. Railroads hang now-hiring signs Qualified workers harder to find
    **Journal - Gazette** Author: Darrell Smith Sacramento Bee;       Word Count: 1026
       7/9/07 JGAZETTE 7C 2007 WLNR 13006204 ...

    ...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly ...

36. Railroads hang now-hiring signs Qualified workers harder to find
    **Journal Gazette, The (Fort Wayne, IN)** Author: Darrell Smith Sacramento Bee;       Word Count: 1025
       7/9/07 JGAZETTE 7C 2007 WLNR 13007876 ...

    ...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly ...

37. 'Help wanted' for railroad jobs Nation: Aging work force retires, creating labor shortage in railroad industry.
    **Long Beach Press-Telegram (CA)** Author: Darrell Smith;       Word Count: 734
       7/2/07 LBPRESS 2 2007 WLNR 12467682 ...

    ...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly ...

38. RAILROADS LOOK TO YOUTH AS SENIOR WORKERS RETIRE
    **Pittsburgh Post-Gazette (PA)** Author: DARRELL SMITH, THE SACRAMENTO BEE; Word Count: 850
       7/1/07 PITTSPOST J1 2007 WLNR 12417981 ...

    ...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly ...

39. Railroads look to youth as senior workers retire
    **Press-Register (Mobile, AL)**      Word Count: 946
       7/1/07 MOBILEREG F5 2007 WLNR 12964108 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly ...

40.   Railroads looking to younger workers
      **Virginia Pilot and Ledger-Star (Norfolk, VA)** Author: DARRELL SMITH;    Word Count: 911
      7/1/07 PILOT-STAR 1 2007 WLNR 12418387 ...

...are here in America."  The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**.  That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics.  Wages currently average slightly ...

41.   HORSE MANURE INTO BLACK GOLD A NATURAL PRODUCT PROVIDES INCOME
      **Hartford Courant**    Word Count: 1348
      6/24/07 HARTFORDCRNT B1 2007 WLNR 11959392 ...

...Farm must be turned every week.  Pendergast wrestles the main pile -- which stands almost 10 feet tall -- with a tractor.  **Steam billows** out as the material is moved.  Under a straw-like cover, the mixture is darker and already beginning to change ...

...and bedding.  Shepard is owner of White Wood Farm in Killingworth.  The two market the compost they process. PHOTO 2: **STEAM BILLOWS** from the compost pile as Julie Shepard moves the rich, dark material.  A single horse can produce up to 55  ...

42.   Horse manure into black gold
      **Hartford Courant, The (CT) (KRT)**    Word Count: 1232
      6/24/07 HRTFCNT (No Page) 2007 WLNR 11948681 ...

...Farm must be turned every week.  Pendergast wrestles the main pile -- which stands almost 10 feet tall -- with a tractor.  **Steam billows** out as the material is moved.  Under a straw-like cover, the mixture is darker and already beginning to change  ...

43.   Railroad industry ramping up for new hires: As workers age and demand for service increases, the freight haulers are scrambling for qualified...
      **Intelligencer**    Word Count: 1000
      6/24/07 BSX-INTEL E2 2007 WLNR 12182887 ...

...are here in America." The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly  ...

44.   Five 2007-06-15 17:05:37
      **NBC 5 KOAA-CO** Author: N/A;    Word Count: 385
      6/15/07 NBC5KOAA-CO (No Page) 2007 WLNR 11460936 ...

...SIDETRACKED BY MECHANICAL PROBLEMS.  REPORTER MATT RENOUX WENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

    ALONG THIS WEEK AS ENGINE 12 GOT HER FINAL TUNE-UP.  NATS **BILLOWING STEAM**, AND SMOKE NATS ===SOT-DAN-13:29:37=== 'GETTING HER TUNED UP TO MAKE THE RUNS.'  ARE GOOD SIGNS THAT  ...

45.     9 News 5 PM 2007-06-13 17:10:57
    **NBC 9 KUSA-CO** Author: N/A;    Word Count: 389
    6/13/07 NBC9KUSA-CO (No Page) 2007 WLNR 11081310 ...

    ...ON MEMORIAL WEEKEND WAS SIDETRACKED BY MECHANICAL PROBLEMS.  MATT RENOUX SAYS IT SHOULD BE AT FULL STEAM BY FRIDAY.   Reporter: **BILLOWING STEAM** AND SMOKE --.   IT BRINGS A FLUSH TO MY FACE.   Reporter: -- ARE GAD SIGNS THE ENGINEER DAN ADLER'S HARD WORK IS  ...

46.     Railroads look to youth as senior workers retire
    **Sacramento Bee, The (CA)** **(KRT)**    Word Count: 1414
    6/12/07 SACRAMENTOBEE (No Page) 2007 WLNR 12014253 ...

    ...are here in America."  The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**.  That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly  ...

47.     THE AGE OF ATLAS: 50 YEARS OF FLIGHT How a rocket transformed San Diego, defense and the space race
    **UNION-TRIBUNE** Author: Steve Liewer,STAFF WRITER;    Word Count: 1691
    6/11/07 SDUT A1 2007 WLNR 11023911 ...

    ...missile -- built near Lindbergh Field and trucked across the country -- gleamed in the afternoon sun.  It was June 11, 1957.  **Steam billowed** from the unmanned rocket.  Fire gushed from its base.  The missile roared into the sky.  "It was the most marvelous  ...

48.     Banff on a budget
    **San Francisco Chronicle (CA)** Author: John Flinn;    Word Count: 2122
    6/10/07 SFCHR G1 2007 WLNR 10808512 ...

    ...changing rooms and spa facilities.  Wet snow was falling when I visited last September, and huge clouds of slightly sulfurous **steam billowed** out of the large spring-fed pool.  I dropped a loonie (Still confused?  That's what Canadians call their one-dollar  ...

49.     Railroads look to youth as senior workers retire: Revived, more-technical industry tries to fight outmoded image
    **Sacramento Bee, The (CA)** Author: Darrell Smith;  Author: Bee Staff Writer;    Word Count: 1363
    5/29/07 SACRAMENTOBEE D1 2007 WLNR 10071794 ...

    ...are here in America."  The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**.  That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics. Wages currently average slightly  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - STEAM! /1 BILLOW!                    DATABASE(S) - USNEWS

50.   Railroads look to youth as senior workers retire: Revived, more-technical industry tries to fight outmoded image
    **Sacramento Bee, The (CA) (KRT)**    Word Count: 1379
    5/29/07 SACRAMENTOBEE (No Page) 2007 WLNR 10034706 ...

...are here in America."    The trouble is, when young people think of railroads, they might think of shoveling coal and **billowing steam**. That sepia-toned image, however, has given way to a mix of computers, electronics and mechanics.    Wages currently average slightly ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.