# EXHIBIT K

## to Levi Declaration

Prof. Judith N. Levi                                         Whirlpool case re *steam*
Department of Linguistics                                    Attorney: J. A. Cragwall, Jr.
Northwestern University                                      January 2008

# *EXHIBIT K*

### I. TALLY FOR SEARCH K:
**40 articles with *cloud(s) of steam*
appearing from  7/18/07 to  1/17/08**

Parameters specified on Westlaw USNEWS database:
   CLOUD! /1 "OF STEAM"

**Usable examples:  37, from 50 articles**
Unusable articles: 14 (12 duplicated articles; 2 abstract uses)
The total exceeds 50 because one article had two usable examples.

FYI:  The *American Heritage Dictionary* (online edition) defines *cloud* [in relevant part] as follows (boldface added here):
   NOUN: 1a. **A visible body of very fine water droplets** or ice particles suspended in the atmosphere at altitudes ranging up to several miles above sea level. b. A mass, as of dust, smoke, or **steam,** suspended in the atmosphere or in outer space... 5. **Something that obscures.**
   TRANSITIVE VERB:  **1. To cover with** or as if with clouds: *Mist clouded the hills.* ...**3. To obscure**: *cloud the issues.*

**The 37 usable examples all demonstrate that the word *steam* is used in ordinary language to refer to something that is not just visible, but sufficiently visible to permit the observer to describe its distribution and density by using the word *cloud(s)* (in contrast to other expressions used in other situations when visible steam is observed, such as *plumes of steam, billows of steam, mists of steam,* etc.)**

Usable data (36 examples of the noun *cloud,* and one [K45] of the transitive verb *cloud*):
K1.  When the Earth first formed, the sun was much dimmer and the atmosphere was so dense with **clouds of steam** and toxic gases that ...
K2.  The people next to us open a foil package and a **cloud of steam** wafts out along with the enticing smell of fish and vegetables; the Sapporo is flowing.
K3.   My breath rose in a **cloud of steam**, then dissipated as shimmering ice crystals.
K7.  My feet still crunched in the frost, my breath turned into **clouds of steam** and I again felt I was in touch with the Earth.
K10.  But Dec. 6, 2006, found her watching the sunrise from the vineyards at Wollersheim Winery, her breath creating **clouds of steam**...
K11.  ...as six chefs labored amid the clang of pots and **clouds of steam** on an elaborate five-course meal.

K13. ...While waiting for leagues of men with whining chain saws to disconnect the logs and split them into smaller pieces, **clouds of steam** rose from the well-muscled backs of the Percherons and Belgians.

K15. ..an iconic image: a Great Northern Railway locomotive churns out a grand cumulus **cloud of steam** as it pulls a long, dark train,

K16. ... wind turbines whipping the sky and new nuclear reactors sending **clouds of steam** into the air.

K18. On Summers Street one day, the **clouds of steam** emitted by the car were mistaken for fire and a bystander threw a bucket of water on Dr. Butts....

K19. ...a line 20, 30 meters long in front of a dimly lit stall from which **clouds of steam** were steadily rising...

K20. Surono said the extreme heat in the lake was creating a **cloud of steam** and smoke some 500 meters (1,650 feet) high.

K22. ..those unfortunate guys on the side of the road, rooting around under the hood of a beater in a **cloud of steam** while traffic whizzes by...

K24. Massive black steam engines, framed by puffy white **clouds of steam**, pull some tourist trains.  Diesels haul others.

K26. Crack open the dough, and a **cloud of steam** perfumes the air like some memory-tugging incense.

K27. ...Naomi's cool beauty with plangent liquid fire and rushing through Boris's lavalike eruptions like an icy brook throwing off sizzling **clouds of steam**.

K28. ...shattered vehicles lurch through **clouds of steam** and flames.

K29.. As the engines fired, water poured into the flame pit beneath it, liberating **clouds of steam**.

K30. The silky **cloud of steam** from a train the boys [of Jesse James' gang] are to rob instantly locates the movie in the mists of legend.

K31.  Beer, by contrast, summons up images of massive metal boilers and **clouds of steam**; spirits seem to emerge from a maze of metal coils befitting a mad scientist's lab.

K32.  The interceptors propelled with an explosive glow of deep orange and white **clouds of steam** from its exhaust and moved slowly against the backdrop of the Pacific Ocean soaring into space as the ground trembled  ...

K33.  My mother sprays starch in the basement, the zigzagging iron, the **cloud of steam**.

K34.  It [presumably lava] slides, gleaming red-hot, into the sea amid billowing **clouds of steam**.  On the morning of July 21, two new fissures opened and erupted lava east of Pu'u'O'o vent.

K36. To beat the heat, the workers at Swiss Cleaners stepped out from clothes racks and **clouds of steam** at least once an hour for ice-water breaks.

K38.  ...flashback to the horrors of 9/11. A sudden, thunderous explosion rang out, seemingly from nowhere; in an instant, a **cloud of steam** and debris enveloped a large swath of Midtown - sending thousands scurrying in fear.

K39. ......TONIGHT, A DAY AFTER A DEADLY STEAM PIPE EXPLOSION.  A PIPE THAT'S 83 YEARS OLD BURST YESTEDAY SENDING A HUGE  **CLOUD OF STEAM**, DUST, AND DEBRIS INTO THE AIR.

K40. ...AN UNDERGROUND MANHATTAN STEAM PIPE....HUGE **CLOUDS OF STEAM** CAME GUSHING FROM THE GROUND AND BILLOUD HUNDREDS OF FEET INTO THE AIR.

K41.  IT WAS SCARY SCENE IN NEW YORK CITY.  A PIPE EXPLODED SENDING **CLOUDS OF STEAM** INTO THE AIR.

K42a.  ... people on sidewalks scamble to flee as debris from geyser pelts nearby skyscrapers; **cloud of steam** and hail of debris lasts more than two hours and raises concerns  A steam pipe explosion beneath a street near ...

K42b.  The **cloud of steam** -- and the hail of debris that followed -- lasted more than two hours and raised concerns about asbestos...

K43.  "Out our windows, we saw gray **clouds of steam** falling down and debris shooting up in clouds," she said about 15 minutes after the explosion.

K46.  NEW YORKERS THOUGHT OF 9/11 AS THEY RAN FROM A **CLOUD OF STEAM** IN MANHATTAN THIS EVENING...

K47.  THE **CLOUD OF STEAM** SHOOTING HIGH IN THE AIR IS FORCING THOUSANDS OF COMMUTERS.

K48.  ... THEY WERE TERRIFIED.  A **CLOUD OF STEAM** WAS SO HIGH, IT WAS A NORMAL WEDNESDAY THAT IN AN INSTANT TURNED INTO ...

K49.  ...THE BLAST WAS SO STRONG.... YOU CAN SEE THE THICK **CLOUD OF STEAM** ....  RISING FROM THE STREET.

K50..  A GEYSER-LIKE **CLOUD OF STEAM** SHOT INTO THE AIR.. REACHING AS HIGH AS THE UPPER FLOORS OF THE NEAR-BY CHRYSLER BUILDING.

One example where *cloud* is used as a transitive verb:

K45.  The explosion, just before 6 p.m. at 41st Street and Lexington Avenue, cracked through the pavement and became **a geyser of steam, clouding the air** and causing widespread confusion and chaos...

## II.  RESULTS LIST FOR SEARCH K

[Results List from Search K
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | CLOUD! /1 "OF STEAM" |
| Date/Time of Request: | Monday, January 21, 2008 08:29:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 425 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

**Westlaw**

QUERY - CLOUD! /1 "OF STEAM"                DATABASE(S) - USNEWS

1.  BIBLICAL LITERALISM TROUBLING -- AND WRONG
    **Hartford Courant** Author: Robert M. Thorson;  Author: Robert M. Thorson is a professor of geology at the University of Connecticut's College of Liberal Arts and Sciences and a member of The Courant's Place Board of Contributors. His column appears every other Thursday. He can be reached at profthorson@hotmail.com.;     Word Count: 842
    1/17/08 HARTFORDCRNT A9 2008 WLNR 942235 ...

    ...even as metaphor.  When the Earth first formed, the sun was much dimmer and the atmosphere was so dense with **clouds of steam** and toxic gases that Earth's broiling hot surface may have been perpetually dark, except for the proverbial fires of Hell  ...

2.  Shiki homes in on varied tastes of Japan
    **Boston Globe (MA)** Author: Devra First;  Author: Globe Staff;    Word Count: 1367
    1/16/08 BOSTONG 4E 2008 WLNR 868435 ...

    ...in high spirits, and nearly everyone is speaking Japanese.  The people next to us open a foil package and a **cloud of steam** wafts out along with the enticing smell of fish and vegetables; the Sapporo is flowing.  Staff members chat with customers  ...

3.  Wonders of winter Mushing in Minnesota and fireside lounging
    **Myrtle Beach Sun News (SC)** Author: Chris Welsch, (Minneapolis) Star Tribune;    Word Count: 1479
    1/14/08 BSX-SUNNWS E3 2008 WLNR 730324 ...

    ...covered trail at Maplelag Resort in northwestern Minnesota.  When I stopped moving, pure silence ensued.  My breath rose in a **cloud of steam**, then dissipated as shimmering ice crystals.  Every sound stood out in sharp relief.  I heard a rustling of feathers, then  ...

4.  Wonders of winter Mushing in Minnesota and fireside lounging
    **Myrtle Beach Sun News (SC)** Author: Chris Welsch, (Minneapolis) Star Tribune;    Word Count: 1479
    1/13/08 BSX-SUNNWS E3 2008 WLNR 697302 ...

    ...covered trail at Maplelag Resort in northwestern Minnesota.  When I stopped moving, pure silence ensued.  My breath rose in a **cloud of steam**, then dissipated as shimmering ice crystals.  Every sound stood out in sharp relief.  I heard a rustling of feathers, then  ...

5.  STRONG WINDS LESSEN BITE OF COLD SNAP 'WE DODGED A BULLET'
    **Palm Beach Post (FL)** Author: SUSAN SALISBURY, Palm Beach Post Staff Writer;    Word Count: 851
    1/4/08 PALMBCHPST 1D 2008 WLNR 305769 ...

    ...OF COLD SNAP 'WE DODGED A BULLET' SUSAN SALISBURY, Palm Beach Post Staff Writer   PAHOKEE That **cloud of steam** you saw rising Thursday over the chilled fields and groves of South Florida came from its farmers, breathing a collective  ...

6.  Strong winds lessen bite of cold snap

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - CLOUD! /1 "OF STEAM"                    DATABASE(S) - USNEWS

**Palm Beach Post, The (FL) (KRT)**    Word Count: 847
1/4/08 PALMBCHPST (No Page) 2008 WLNR 230454 ...

...winds lessen bite of cold snap Susan Salisbury The Palm Beach Post, Fla.    Jan. 4--That **cloud of steam** you saw rising Thursday over the chilled fields and groves of South Florida came from its farmers, breathing a collective  ...

7.    WINTER CAN'T HIDE ARBORETUM'S BEAUTY
**Spokesman-Review, The (Spokane, WA)** Author: Pat Munts Correspondent;  Author: The Spokesman-Review;    Word Count: 554
1/1/08 SPKS-REV 10Z 2008 WLNR 800294 ...

...to head back to the warmth of the car.  My feet still crunched in the frost, my breath turned into **clouds of steam** and I again felt I was in touch with the Earth. Then it appeared.  A thin, white pole about 6  ...

8.    Minnesota escapes: From wilderness mushing to fireside lounging
**Miami Herald (FL)** Author: CHRIS WELSCH, Minneapolis Star Tribune;    Word Count: 1508
12/31/07 MIAMIHD J999 2007 WLNR 25686052 ...

...covered trail at Maplelag Resort in northwestern Minnesota.  When I stopped moving, pure silence ensued.  My breath rose in a **cloud of steam**, then dissipated as shimmering ice crystals. Every sound stood out in sharp relief.  I heard a rustling of feathers, then  ...

9.    Baby, it's cold outside: Embracing Minnesota winters
**Kansas City Star (MO)** Author: CHRIS WELSCH Star Tribune (Minneapolis);    Word Count: 1506
12/30/07 KCSTAR (No Page) 2007 WLNR 25652055 ...

...covered trail at Maplelag Resort in northwestern Minnesota.  When I stopped moving, pure silence ensued.  My breath rose in a **cloud of steam**, then dissipated as shimmering ice crystals. Every sound stood out in sharp relief.  I heard a rustling of feathers, then  ...

10.    SWEET, FRUITY ICE WINE'S FLAVOR UNMATCHED
**Capital Times (Madison, WI)** Author: Michael Muckian;    Word Count: 1270
12/24/07 WICAPTIMES B4 2007 WLNR 25389321 ...

...winter mornings.  But Dec. 6, 2006, found her watching the sunrise from the vineyards at Wollersheim Winery, her breath creating **clouds of steam** as she carefully clipped individual clusters of frozen grapes that would be used to create the third annual bottling of  ...

11.    Foodies mob kitchen Chef's tables at restaurants pick up steam despite cost
**Crain's New York Business** Author: LISA FICKENSCHER;    Word Count: 966
12/17/07 CRNYBUS 2 2007 WLNR 25297494 ...

...in the Waldorf-Astoria, Mary and David Reid sat transfixed as six chefs labored amid the clang of pots and **clouds of steam** on an elaborate five-course meal. True, the nearly $400 dinner tab

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - CLOUD! /1 "OF STEAM"            DATABASE(S) - USNEWS

meant that the couple from upstate New York ...

12. GREAT GETAWAYS: PART 2 WINTER RETREATS Let it snow From wilderness mushing to fireside lounging, these five escapes into Minnesota winter embody the c...
**Star Tribune: Newspaper of the Twin Cities (Minneapolis, MN)** Author: Chris Welsch; Author: Staff Writer;    Word Count: 283
12/16/07 STTRMSP 1G 2007 WLNR 25232499 ...

...covered trail at Maplelag Resort in northwestern Minnesota.  When I stopped moving, pure silence ensued.  My breath rose in a **cloud of steam**, then dissipated as shimmering ice crystals.  Every sound stood out in sharp relief.  I heard a rustling of feathers, then  ...

13. Firewood split by a town united Residents chop fuel for those in need each year
**Milwaukee Journal Sentinel (WI)** Author: ERIN RICHARDS and ANNYSA JOHNSON; Author: Milwaukee Journal Sentinel;    Word Count: 781
12/9/07 MLWK 1 2007 WLNR 24334834 ...

...While waiting for leagues of men with whining chain saws to disconnect the logs and split them into smaller pieces, **clouds of steam** rose from the well-muscled backs of the Percherons and Belgians.  Icicles grew long on horse whiskers and men's  ...

14. Firewood split by a town united: Residents chop fuel for those in need each year
**Milwaukee Journal Sentinel, The (KRT)**     Word Count: 746
12/9/07 MLWK (No Page) 2007 WLNR 24312907 ...

...While waiting for leagues of men with whining chain saws to disconnect the logs and split them into smaller pieces, **clouds of steam** rose from the well-muscled backs of the Percherons and Belgians.  Icicles grew long on horse whiskers and men's beards  ...

15. The artist as historian Photographer David Plowden has documented a half-century's worth of change
**CHICAGO TRIBUNE** Author: Donna Seaman;    Word Count: 965
12/8/07 CHICAGOTR 6 2007 WLNR 24282456 ...

...book's more than 200 pristine plates is an iconic image: a Great Northern Railway locomotive churns out a grand cumulus **cloud of steam** as it pulls a long, dark train, a veritable photographer's gray scale, across a snowy field in Minnesota in 1955  ...

16. Crist Energy Plan: Clean Or Costly?
**Tampa Tribune (FL)** Author: RUSSELL RAY;    Word Count: 1455
12/4/07 TAMPATRIB 1 2007 WLNR 24710211 ...

...includes solar panels dotting the rooftops of homes and businesses, wind turbines whipping the sky and new nuclear reactors sending **clouds of steam** into the air.  In a series of mandates that the Florida Legislature will begin reviewing and debating early next year  ...

17. Crist Energy Plan: Clean Or Costly?

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - CLOUD! /1 "OF STEAM"                    DATABASE(S) - USNEWS

**Tampa Tribune (FL) (KRT)**    Word Count: 1246
12/4/07 TAMPATRIB (No Page) 2007 WLNR 23914524 ...

...includes solar panels dotting the rooftops of homes and businesses, wind turbines whipping the sky and new nuclear reactors sending **clouds of steam** into the air. In a series of mandates that the Florida Legislature will begin reviewing and debating early next year  ...

18.   20th Century Images Sound alarm, 1905 by Richard Andre
**Charleston Gazette (WV)** Author: N/A;    Word Count: 158
11/19/07 CHLST-GZ 10A 2007 WLNR 23001061 ...

...that. Charleston's first automobile was a Foster Steamer owned by dentist J. Fleetwood Butts. On Summers Street one day, the **clouds of steam** emitted by the car were mistaken for fire and a bystander threw a bucket of water on Dr. Butts and  ...

19.   The Noodle King's Fast Food Line
**Investor's Business Daily** Author: DOUG TSURUOKA;    Word Count: 1194
11/19/07 INVBUSD (No Page) 2007 WLNR 22752117 ...

...pass this area and saw a line 20, 30 meters long in front of a dimly lit stall from which **clouds of steam** were steadily rising," Ando wrote in an autobiography published in 2002. " People dressed in shabby clothes shivered in the cold  ...

20.   Thousands refuse to flee as Indonesian volcano spews smoke
**AP Alert - Agriculture**    Word Count: 700
11/4/07 APALERTAGRIC 13:49:13 ...

...is in the heart of densely populated Java island. Surono said the extreme heat in the lake was creating a **cloud of steam** and smoke some 500 meters (1,650 feet) high. While warning of a possible eruption, scientists have also said a blast  ...

21.   Thousands refuse to flee rumbling Indonesia volcano, despite warning of imminent eruption
**AP DataStream**    Word Count: 621
11/4/07 APDATASTREAM 14:53:08 ...

...is in the heart of densely populated Java island. Surono said the extreme heat in the lake was creating a **cloud of steam** and smoke some 1,600 feet high. While warning of a possible eruption, scientists have also said a blast may be  ...

22.   HERE'S YOUR AUTO-DO LIST FOR WINTER
**Pittsburgh Post-Gazette (PA)** Author: N/A;    Word Count: 892
10/21/07 PITTSPOST W2 2007 WLNR 20653957 ...

...of those unfortunate guys on the side of the road, rooting around under the hood of a beater in a **cloud of steam** while traffic whizzes by or making the kids help push the car up an exit ramp in the rain.  At  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - CLOUD! /1 "OF STEAM"                    DATABASE(S) - USNEWS

23.     State's water pump is going bad
          **Macon Telegraph (GA)** Author: N/A;       Word Count: 445
            10/16/07 BSX-MACTEL (No Page) 2007 WLNR 20259394 ...

          ...drives the state's economy has a busted water pump, and if not fixed, will roll to a halt in a **cloud of steam**. So what to do?  The state already has restrictions on outdoor watering, but an outright ban of outdoor watering has  ...


24.     All aboard for Fall Foliage ** 16 historic rail lines to see our state's stunning colors
          **Morning Call (Allentown, PA)** Author: Diane Stoneback Of The Morning Call;        Word Count: 2590
            10/7/07 ALLMC F1 2007 WLNR 19803347 ...

          ...golden leaves of Pennsylvania's forests, tinted by memories of railroading's golden era. Massive black steam engines, framed by puffy white **clouds of steam**, pull some tourist trains.  Diesels haul others.  But no matter which of the 16 rail lines you choose for a  ...


25.     All aboard for fall foliage
          **Morning Call, The (Allentown, PA) (KRT)**        Word Count: 1058
            10/7/07 ALLMC (No Page) 2007 WLNR 19652264 ...

          ...golden leaves of Pennsylvania's forests, tinted by memories of railroading's golden era.  Massive black steam engines, framed by puffy white **clouds of steam**, pull some tourist trains.  Diesels haul others.  But no matter which of the 16 rail lines you choose for a  ...


26.     Kaleidoscope of flavors: Bukhara Grille sets itself apart with its nuanced use of spices
          **Dallas Morning News**       Word Count: 1111
            10/5/07 DALLASMN 8 2007 WLNR 19563090 ...

          ...in a small pot that has been sealed with an overlay of naan dough.  Crack open the dough, and a **cloud of steam** perfumes the air like some memory-tugging incense.  Each fluffy grain emerges distinct, and the lamb even creates a thin  ...


27.     Breaking the Loud Barrier
          **Reader; Chicago** Author: Kendrick, Monica;        Word Count: 1465
            10/4/07 READERCHI 47 2007 WLNR 20626743 ...

          ...Naomi's cool beauty with plangent liquid fire and rushing through Boris's lavalike eruptions like an icy brook throwing off sizzling **clouds of steam**.  A sometime member of canonical Japanese psych-rock bands Ghost and White Heaven, Kurihara is one of the best electric  ...


28.     Enjoy Every Scapula
          **Village Voice, The** Author: Baker, R C;        Word Count: 1270
            10/3/07 VILVC 58 2007 WLNR 21191849 ...

          ...doors, festooned in swirling graffiti and checkerboard war paint are soon rentand flopping like flayed skin; shattered vehicles lurch through **clouds of steam** and flames.  This is Pollock's unconscious.  Bacon's accident, and Bosch's Hell mashed up into a kinetic action painting of the

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - CLOUD! /1 "OF STEAM"                DATABASE(S) - USNEWS

...

29.  Rocket man: Elon Musk doesn't just want to revolutionize space travel. He wants to save humankind from extinction.(Company overview)
    **Los Angeles Magazine**     Word Count: 7605
     10/1/07 LAMAG 140 2007 WLNR 18924257 ...

    ...Kwajalein Atoll, part of the Marshall Islands.  As the engines fired, water poured into the flame pit beneath it, liberating **clouds of steam**.  Space enthusiasts throughout the world fixed on their computer screens, watching a live feed of the rocket, called Falcon 1  ...

30.  Too Tough to Die.
     **Time** Author: Richard Corliss;      Word Count: 1984
      10/1/07 TIMEMAG 75 2007 WLNR 18441836 ...

    ...is elegiac in tone, for both the soon-to-be-late Jesse James and the genre he occupies.  The silky **cloud of steam** from a train the boys are to rob instantly locates the movie in the mists of legend.  Like Ford's 1962  ...

31.  The 'natural' trap.(Inquiring Winemaker)
     **Wines & Vines**     Word Count: 2020
      10/1/07 WINE-VINE 58 2007 WLNR 22341729 ...

    ...stomp the grapes with my feet.  Lucy is why.) Beer, by contrast, summons up images of massive metal boilers and **clouds of steam**; spirits seem to emerge from a maze of metal coils befitting a mad scientist's lab.  The romantic view of wine  ...

32.  MDAA interceptor test 09 28
     **AP Alert - Business** Author: N/A;     Word Count: 790
      9/28/07 APALERTBUS 21:37:15 ...

    ...Reagan Missile Defense Site at Vandenberg AFB, California.  The interceptors propelled with an explosive glow of deep orange and white **clouds of steam** from its exhaust and moved slowly against the backdrop of the Pacific Ocean soaring into space as the ground trembled  ...

33.  Compulsions of Silkworms & Bees.
     **Southern Review**     Word Count: 770
      9/22/07 SOREVAB 967 2007 WLNR 21103358 ...

    ...on memory:   The poem begins again, again, as memory:   My mother sprays starch in the basement,          the zigzagging iron, the **cloud of steam**.  Baggott makes the convincing case, in this poem and at other high points in the book, that our best poems  ...

34.  Seeing the heat of the night in Hawaii
     **New Jersey Record (NJ)** Author: KRISTIN JACKSON, THE SEATTLE TIMES;     Word Count: 1681
      9/2/07 RECNNJ T01 2007 WLNR 17398643 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - CLOUD! /1 "OF STEAM"          DATABASE(S) - USNEWS

...slowly 6 miles down a slope to the Pacific Ocean. It slides, gleaming red-hot, into the sea amid billowing **clouds of steam**. On the morning of July 21, two new fissures opened and erupted lava east of Pu'u'O'o vent. It had been  ...

35.  Seeing the heat of the night in Hawaii
 **Record, The; Bergen County, N.J.** Author: KRISTIN JACKSON, THE SEATTLE TIMES; Word Count: 1677
  9/2/07 RECNNJ T01 2007 WLNR 17398471 ...

...slowly 6 miles down a slope to the Pacific Ocean. It slides, gleaming red-hot, into the sea amid billowing **clouds of steam**. On the morning of July 21, two new fissures opened and erupted lava east of Pu'u'O'o vent. It had been  ...

36.  BEAT THE HEAT POWER GRID, HEALTH IN DANGER AS MERCURY KEEPS CLIMBING
 **Daily News (Los Angeles, CA)** Author: DANA BARTHOLOMEW Staff Writer;     Word Count: 668
  8/31/07 DAILYNEWCA N1 2007 WLNR 17092594 ...

...July 2006, at 6165 megawatts. To beat the heat, the workers at Swiss Cleaners stepped out from clothes racks and **clouds of steam** at least once an hour for ice-water breaks. ``We work a little bit, then go outside for relief,'' store  ...

37.  Temps in SoCal top 100 degrees
 **Long Beach Press-Telegram (CA)** Author: Dana Bartholomew, Staff writer;     Word Count: 501
  8/31/07 LBPRESS 8A 2007 WLNR 17053629 ...

...last July, at 6165 megawatts. To beat the heat, the workers at Swiss Cleaners stepped out from clothes racks and **clouds of steam** at least once an hour for ice-water breaks. "We work a little bit, then go outside for relief," store  ...

38.  HANDLING MIDTOWN'S VOLCANO
 **New York Post** Author: N/A;     Word Count: 513
  7/20/07 NYPOST 28 2007 WLNR 13894303 ...

...flashback to the horrors of 9/11. A sudden, thunderous explosion rang out, seemingly from nowhere; in an instant, a **cloud of steam** and debris enveloped a large swath of Midtown - sending thousands scurrying in fear. Yet it took only minutes before the  ...

39.  KOMO 4 NEWS AT 6 2007-07-19 18:32:20
 **4 KOMO-WA** Author: N/A;     Word Count: 150
  7/19/07 ABC4KOMO-WA (No Page) 2007 WLNR 13926365 ...

...TONIGHT, A DAY AFTER A DEADLY STEAM PIPE EXPLOSION. A PIPE THAT'S 83 YEARS OLD BURST YESTEDAY SENDING A HUGE **CLOUD OF STEAM**, DUST, AND DEBRIS INTO THE AIR. A WOMAN SUFFERED A HEART ATTACK AND DIED.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - CLOUD! /1 "OF STEAM"                    DATABASE(S) - USNEWS

    DOZENS OF PEOPLE ARE HURT.  THE  ...

40.    FOX News 2007-07-19 21:18:26
    **FOX 31 KDVR-CO** Author: N/A;    Word Count: 99
    7/19/07 FOX31KDVR-CO (No Page) 2007 WLNR 13928385 ...

...AN UNDERGROUND MANHATTAN STEAM PIPE.  JUST A BLOCK FROM GRAND CENTRAL TERMINAL AT THE HEIGHT OF YESTERDAY'S RUSH HOUR.  HUGE **CLOUDS OF STEAM** CAME GUSHING FROM THE GROUND AND BILLOUD HUNDREDS OF FEET INTO THE AIR.  THE SCARY SCENE CONJURED UP IMAGES OF ...

41.    Live at 11 2007-07-19 11:09:36
    **NBC 4 WTMJ-WI** Author: N/A;    Word Count: 535
    7/19/07 NBC4WTMJ-WI (No Page) 2007 WLNR 13876561 ...

...07-19 11:09:36  MORE NEWS NOW...IT WAS SCARY SCENE IN NEW YORK CITY.  A PIPE EXPLODED SENDING **CLOUDS OF STEAM** INTO THE AIR.ONE WOMAN DIED FROM A HEART ATTACK AND AT LEAST 30 OTHERS WERE HURT.  MICHELLE FRANZEN REPORTS. (--- FRANZEN  ...

42.    Steam Pipe Explosion Unnerves Mid-Manhattan
    **New York Times (NY)** Author: JAMES BARRON;    Word Count: 1592
    7/19/07 NYT A1 2007 WLNR 13735026 ...

...in one of busiest parts of city; people on sidewalks scamble to flee as debris from geyser pelts nearby skyscrapers; **cloud of steam** and hail of debris lasts more than two hours and raises concerns  A steam pipe explosion beneath a street near ...

...blast, officials said the crater could grow even larger because pavement at the edges was in danger of collapse.   The **cloud of steam** -- and the hail of debris that followed -- lasted more than two hours and raised concerns about asbestos, which was used  ...

43.    Fewer Steam Explosions, but Asbestos And Aging Pipes Remain Buried Hazards
    **New York Times (NY)** Author: KEN BELSON and ANTHONY DePALMA; Reporting was contributed by Diane Cardwell, Sewell Chan, Glenn Collins, James Estrin, Cassi Feldman, Thomas J. Lueck, Michael Luo, Dylan Loeb McClain, Patrick McGeehan, Colin Moynihan, Anthony Ramirez, William K. Rashbaum, John Schwartz, Nicholas W. Skyles, Dalton Walker and Ethan Wilensky-Lanford.;    Word Count: 997
    7/19/07 NYT B4 2007 WLNR 13735375 ...

...law firm at 369 Lexington Avenue near the accident, saw soon after the explosion.     "Out our windows, we saw gray **clouds of steam** falling down and debris shooting up in clouds," she said about 15 minutes after the explosion. " People were going down  ...

44.    STEAM PIPE EXPLOSION UNNERVES MID-MANHATTAN
    **New York Times Abstracts** Author: JAMES BARRON;    Word Count: 184
    7/19/07 NYT-ABS A1 2007 WLNR 13853910 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - CLOUD! /1 "OF STEAM"                    DATABASE(S) - USNEWS

...in one of busiest parts of city; people on sidewalks scamble to flee as debris from geyser pelts nearby skyscrapers; **cloud of steam** and hail of debris lasts more than two hours and raises concerns about asbestos; Con Edison and city's Dept of  ...

45.   STEAM BLAST RATTLES NEW YORK : One killed as city officials assure It was not terrorism
   **Star-Ledger, The (Newark, NJ)**      Word Count: 1132
   7/19/07 STLGRN 1 2007 WLNR 13783356 ...

   ...The explosion, just before 6 p.m. at 41st Street and Lexington Avenue, cracked through the pavement and became a geyser **of steam**, **clouding** the air and causing widespread confusion and chaos as office workers, motorists and pedestrians tried to flee.  Subway trains were  ...

46.   KING-5 LATE NEWS 2007-07-18 23:05:03
   **5 KING-WA** Author: N/A;       Word Count: 69
   7/18/07 NBC5KING-WA (No Page) 2007 WLNR 13883561 ...

   ...5 LATE NEWS 2007-07-18 23:05:03  NEW YORKERS THOUGHT OF 9/11 AS THEY RAN FROM A **CLOUD OF STEAM** IN MANHATTAN THIS EVENING BUT IT WAS NOT THE RESULT OF TERRORISM.  AN UNDERGROUND PIPE BROKE.  ONE PERSON DIED AND ...

47.   7 News At 5 PM 2007-07-18 17:07:24
   **ABC 7 KMGH-CO** Author: N/A;       Word Count: 535
   7/18/07 ABC7KMGH-CO (No Page) 2007 WLNR 13848209 ...

   ...OUT OF NEW YORK CITY, THIS IS VIDEO FROM A STEAM PIPE EXPLOSION NEAR MANHATTAN' S GRAND CENTRAL STATION.  THE **CLOUD OF STEAM** SHOOTING HIGH IN THE AIR IS FORCING THOUSANDS OF COMMUTERS.   DEMOCRATS PURSUED ALL THROUGH THE NIGHT, THEY HOPED TO FORCE  ...

48.   Eyewitness News 2007-07-18 23:02:05
   **ABC 7 WABC - New York** Author: N/A;       Word Count: 346
   7/18/07 ABC7WABC-NY (No Page) 2007 WLNR 13872711 ...

   ...HOW LONG IT WILL TAKE.  TODAY PEOPLE WERE ROCKED FROM THEIR HOMES AND THEIR OFFICES, AND THEY WERE TERRIFIED.  A **CLOUD OF STEAM** WAS SO HIGH, IT WAS A NORMAL WEDNESDAY THAT IN AN INSTANT TURNED INTO A  USA 1US73 Americas   ...

49.   News 2007-07-18 22:27:59
   **FOX 19 WXIX-OH** Author: N/A;       Word Count: 211
   7/18/07 FOX19WXIX-OH (No Page) 2007 WLNR 13849020 ...

   ...THE BLAST WAS SO STRONG.... IT SHOOK NEARBY BUILDINGS.... CAUSING PEOPLE TO RUN FOR SAFETY.  YOU CAN SEE THE THICK **CLOUD OF STEAM** .... RISING FROM THE STREET. 15 PEOPLE WERE HURT... TWO CRITICALLY.  POLICE SAY THE BLAST WAS NOT TERRORISM RELATED.  THE BLACK  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - CLOUD! /1 "OF STEAM"                    DATABASE(S) - USNEWS

50.     News at 10 2007-07-18 22:09:00
        **FOX 5 KVVU-NV** Author: N/A;      Word Count: 502
        7/18/07 FOX5KVVU-NV (No Page) 2007 WLNR 13870778 ...

        ...ONE PERSON.  NEW YORK POLICE SAY A TRANSFORMER EXPLODED.. TEARING THROUGH A STREET, NEAR GRAND CENTRAL TERMINAL.  A GEYSER-LIKE **CLOUD OF STEAM** SHOT INTO THE AIR.. REACHING AS HIGH AS THE UPPER FLOORS OF THE NEAR-BY CHRYSLER BUILDING.  MAYOR MICHAEL BLOOMBERG  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.