# EXHIBIT L

## to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# *EXHIBIT L*

## I.  TALLY FOR SEARCH L:
### 50 articles with *white steam*
### appearing from 4/12/07 to 12/23/07

Parameters specified on Westlaw USNEWS database:
   "WHITE STEAM"

**Usable examples:  18, from 50 articles**
Unusable articles:  32 (30 duplicated articles, 1 abstract use, 1 irrelevant use)

**The 18 usable examples all demonstrate that the word *steam* is used in ordinary language to refer to something that has the color of white (or, in one case, brownish-white), which must therefore be visible.**

**Usable data:**
L1: ...  grimacing joggers exhaling puffs of **white steam**...
L2:   Nearby is a cooling plant that hisses **white steam**...
L4: ... standing in a meat locker, their breath puffs of **white steam** as they go "do, do-do, do-do, do-do . . . "
L5:   **White steam** from huge water coolers billows around them as its three plants burn ton after ton of coal to generate power  ...
L7:   I chuffed clouds of **white steam** and stood over the deer, feeling great pride...
L8:   When the whistle blows, **white steam** shoots skyward.
L19:  **White steam** pouring out of stacks and towards a bright blue sky is a common summer sight here...
L20:   In the distance, thick **white steam** billowed from the nuclear plant whose taxes helped build a stadium with pristine fake turf, a sprawling glass press box  ...
L21:   A steam pipe explosion beneath a Midtown street near Grand Central Terminal propelled a giant, scalding jet of **brownish-white steam** toward the sky...
L22:  **White steam** clouds rose as high as the nearby 77-story Chrysler Building.
L23:  The sight of wispy puffs of **white steam** coming from under the bonnet, as the English for some reason like to call the hood, made this option even  ...
L24:   In the ceiling you still see the square vents through which foamy **white steam** was emitted during malting time.
L25:   Her imposing oil Mills, Trains and Barges of 1940, a muscular mix of sooty smoke and **white steam**, is one of the show's more memorable images.
L26:  The billows of **white steam** frequently seen ascending from storm drains across San Bernardino serve as a reminder, she said.

L27: Stanley's side offers up a view of **white steam** from the lumber mill and a dozen sprinklers wetting pile after pile of stacked logs.

L28: The rain falling on the flames created huge plumes of **white steam** that mixed with the gray and black smoke, and officials were watching the weather carefully.

L34: And for a few short hours, clouds of **white steam**, black coal smoke and the howl of steam whistles - as unfamiliar to Baltimoreans today as they were...

L35  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.

## II.  RESULTS LIST FOR SEARCH L

[Results List from Search L
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "WHITE STEAM" |
| Date/Time of Request: | Monday, January 21, 2008 08:22:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 421 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.



QUERY - "WHITE STEAM"                    DATABASE(S) - USNEWS

1. Yearning for joy of Xmases gone by
    **Long Beach Press-Telegram (CA)** Author: N/A;    Word Count: 1785
    12/23/07 LBPRESS 1C 2007 WLNR 25317742 ...

    ...sounds of cawing crows and of clacking strollers being pushed by proud mothers and of grimacing joggers exhaling puffs of **white steam** and of hand-holding couples enveloped in the distinctive laughter of love. I will go down and walk around Marienplatz ...

2. China Grabs West's Smoke-Spewing Factories
    **New York Times (NY)** Author: JOSEPH KAHN and MARK LANDLER; Joseph Kahn reported from Handan, China, and Dortmund, Germany, and Mark Landler from Dortmund. Jake Hooker and Ma Yi contributed reporting from Beijing and Handan, and Sarah Plass from Dortmund and Frankfurt.;    Word Count: 4839
    12/21/07 NYT A1 2007 WLNR 25186712 ...

    ...the No. 7 blast furnace -- "the one the West Germans come to fix." Nearby is a cooling plant that hisses **white steam**, and a coking facility that oozes yellow exhaust.    Ms. Tian said she and other villagers learned to cope with Hangang's  ...

3. This game aged Kiffin - in the best possible way
    **San Francisco Chronicle (CA)** Author: Scott Ostler;    Word Count: 986
    11/26/07 SFCHR C1 2007 WLNR 23330143 ...

    ...Arrowhead at 2-9 under their rookie coach, the player grumbling would have started, or picked up momentum.  And the **white steam** coming from Al Davis' ears might have signaled a coaching change at season's end. The Raiders' way in recent years  ...

4. Chill out, bishops; Voting for pro-choice candidate just might not lead to eternal damnation
    **Chicago Sun Times (IL)** Author: Neil Steinberg; The Chicago Sun-Times;    Word Count: 1128
    11/16/07 CHISUN 20 2007 WLNR 22709697 ...

    ...hairdos, white rabbit fur jackets, their hands hidden in matching muffs, standing in a meat locker, their breath puffs of **white steam** as they go "do, do-do, do-do, do-do . . . " A few forevers ago, when buying music meant searching bins  ...

5. AP Top Kansas News at 3:58 a.m. CDT
    **AP Alert - Nebraska** Author: N/A;    Word Count: 966
    11/9/07 APALERTNE 10:01:47 ...

    ...plants' permits up for KDHE review EMMETT, Kan. (AP) _ Jeffrey Energy Center's 600-foot stacks are visible from miles away.  **White steam** from huge water coolers billows around them as its three plants burn ton after ton of coal to generate power  ...

6. All Kansas coal plants' permits up for KDHE review
    **AP Alert - Kansas**    Word Count: 1193
    11/8/07 APALERTKS 23:15:41 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"              DATABASE(S) - USNEWS

...Associated Press Writer   EMMETT, Kan._Jeffrey Energy Center's 600-foot stacks are visible from miles away.  **White steam** from huge water coolers billows around them as its three plants burn ton after ton of coal to generate power  ...

7.  Bigger isn't necessarily better / First tagging of a whitetail, regardless of size, is vivid memory for any hunter
 **Houston Chronicle** Author: JOE DOGGETT;       Word Count: 1041
  11/1/07 HSTNCHRON 8 2007 WLNR 21578888 ...

...I pushed open the creaky blind door and paced with the rifle into the hushed ravine. I chuffed clouds of **white steam** and stood over the deer, feeling great pride, and it was one of the few bucks in my history that  ...

8.  W.Va. an ideal place for railroad tourism
 **Deseret Morning News** Author: Vicki Smith, Associated Press;       Word Count: 1124
  10/14/07 DSRTNEWS T03 2007 WLNR 25866874 ...

...fearless fawn that stands on the track, staring until the last possible moment before scampering off.    When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

9.  By VICKI SMITH
 **Bucks County Courier Times** Author: N/A;       Word Count: 1113
  10/11/07 BUCKSCCTIMES H1 2007 WLNR 20104300 ...

...fearless fawn that stands on the track, staring until the last possible moment before scampering off.  When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

10.  By VICKI SMITH
 **Bucks County Courier Times** Author: N/A;       Word Count: 1113
  10/11/07 BUCKSCCTIMES H1 2007 WLNR 20165070 ...

...fearless fawn that stands on the track, staring until the last possible moment before scampering off.  When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

11.  ALL ABOARD!
 **New Jersey Record (NJ)** Author: VICKI SMITH, THE ASSOCIATED PRESS;       Word Count: 1462
  10/7/07 RECNNJ T01 2007 WLNR 20087997 ...

...fearless fawn that stands on the track, staring until the last possible moment before scampering off.  When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                    DATABASE(S) - USNEWS

12.     W.Va. tourist trains offer leisurely way to see the countryside
    **Pittsburgh Tribune Review** Author: The Associated Press;   Word Count: 1501
    10/7/07 BSX-TRBREV (No Page) 2007 WLNR 19666184 ...

    ...fearless fawn that stands on the track, staring until the last possible moment before scampering off.   When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

13.     ALL ABOARD!
    **Record, The; Bergen County, N.J.** Author: VICKI SMITH, THE ASSOCIATED PRESS;   Word Count: 1455
    10/7/07 RECNNJ T01 2007 WLNR 20086174 ...

    ...fearless fawn that stands on the track, staring until the last possible moment before scampering off. When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

14.     Trains trek for tourists West Virginia packs the tracks
    **Journal - Gazette** Author: Vicki Smith Associated Press;   Word Count: 1295
    9/30/07 JGAZETTE 7E 2007 WLNR 19235423 ...

    ...a fearless fawn that stands on the track, staring until the last moment before scampering off. When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

15.     Trains trek for tourists West Virginia packs the tracks
    **Journal Gazette, The (Fort Wayne, IN)** Author: Vicki Smith Associated Press;   Word Count: 1293
    9/30/07 JGAZETTE 7E 2007 WLNR 19237050 ...

    ...a fearless fawn that stands on the track, staring until the last moment before scampering off. When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

16.     Rare gems sparkle at Cape Cod museum
    **Providence Journal Bulletin (RI)** Author: Peter C.T. Elsworth; Journal Staff Writer;   Word Count: 1560
    9/26/07 PROVJ G1 2007 WLNR 18966918 ...

    ...back to running condition at any time.  Nine of the cars are running. Highlights include the 1930 Duesenberg, a 1909 **White Steam** Car Model M and a rare bright yellow 1912 Mercer Raceabout.  Race fans can compare the light and lively Mercer ...

    ...speed of 20 miles per hour," said Hatch, adding that it had a range of about 70 miles. A 1909 **White Steam** Car Model M and a 1911 Stanley Steamer Model 62 Runabout represent steam power, a technology that lost out to gasoline because it took so long to build up a sufficient head of steam to get started. The **White Steam** car has the distinction of being one of the first official White House cars.  It was part of the fleet ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                              DATABASE(S) - USNEWS

    ...HOLLYWOOD LASALLE SPORT PHAETON LINCOLN SPORT MILBURN LIGHT ELECTRIC MODEL PROJO SEARS SEARS SURREY SHAKER STANLEY STEAMER MODEL WHITE HOUSE **WHITE STEAM WHITE STEAM** CAR MODEL WIHLBORGS FASTIGHETER AB NEW ELI LILLY AND CO FORD AND HARRISON LLP WHITE HOUSE SEARS ROEBUCK AND CO ...

17.   Loco-tourism , Trains offer leisurely way to see the Mountain State
    **Sunday Gazette-Mail (Charleston, WV)**     Word Count: 1142
    9/23/07 CHLST-GZ 2B 2007 WLNR 18677911 ...

    ...fearless fawn that stands on the track, staring until the last possible moment before scampering off. When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

18.   Loco-tourism , Trains offer leisurely way to see the Mountain State
    **Sunday Gazette-Mail (Charleston, WV)** Author: Vicki Smith; The Associated Press;     Word Count: 1143
    9/23/07 CHLST-GZ 2B 2007 WLNR 18678135 ...

    ...fearless fawn that stands on the track, staring until the last possible moment before scampering off. When the whistle blows, **white steam** shoots skyward.  And from time to time, a cloud of acrid black smoke wafts over the cars, the necessary result  ...

19.   Shaw runs boiler on rug scraps
    **Chattanooga Times (Free Press, TN) (KRT)**     Word Count: 1034
    9/2/07 KRT-CHATTFP (No Page) 2007 WLNR 17163218 ...

    ...runs boiler on rug scraps Brooks Rexroat Chattanooga Times/Free Press, Tenn.     Sep. 2--DALTON, Ga. -- **White steam** pouring out of stacks and toward a bright blue sky is a common summer sight here, where it appears as  ...

20.   1st football team to kick off season
    **Cleveland Plain Dealer** Author: Bill Lubinger;     Word Count: 979
    8/30/07 PLDLCL E1 2007 WLNR 16992183 ...

    ...it sounds more threatening. Heavy rains moved a recent morning practice to nearby Perry High School.  In the distance, thick **white steam** billowed from the nuclear plant whose taxes helped build a stadium with pristine fake turf, a sprawling glass press box  ...

21.   News Summary
    **New York Times (NY)** Author: N/A;     Word Count: 895
    7/19/07 NYT A2 2007 WLNR 13734820 ...

    ...Injured     A steam pipe explosion beneath a Midtown street near Grand Central Terminal propelled a giant, scalding jet of brownish-**white steam** toward the sky, sending commuters who had been heading home for the day stampeding to safety.  Officials said that one  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                    DATABASE(S) - USNEWS

22.  NYC explosion of steam pipe ' like a volcano ' City testing air for asbestos contamination
 **USA Today (USA)** Author: Kevin McCoy and Tali Yahalom;     Word Count: 520
 7/19/07 USATD 3A 2007 WLNR 13738261 ...

 ...hour, and sent a geyser of mud, steam and scalding water into the air on 41st Street, according to witnesses.  **White steam** clouds rose as high as the nearby 77-story Chrysler Building. People poured from the doors of surrounding buildings and  ...

23.  Connecticut Post, Bridgeport, Charles Walsh column: Hissing sound starts shaky family trip
 **Connecticut Post (Bridgeport) (KRT)**      Word Count: 968
 6/29/07 CONNPOSTBR (No Page) 2007 WLNR 12320808 ...

 ...over a line of dead raccoons.)     So let's go with the failed cooling system.  The sight of wispy puffs of **white steam** coming from under the bonnet, as the English for some reason like to call the hood, made this option even  ...

24.  Longing in England: 'Death in Venice' on Two Stages
 **New York Times (NY)** Author: ANTHONY TOMMASINI;        Word Count: 1428
 6/11/07 NYT E3 2007 WLNR 10829563 ...

 ...for concerts and opera, which opened in 1967.  In the ceiling you still see the square vents through which foamy **white steam** was emitted during malting time.     But with no proscenium or backstage area to speak of, productions must be simple.  This  ...

25.  Pennsylvanians' handsome works . . . Michener show "Artists of the Commonwealth" has a western bent. Susan Hagen's wood miniatures make a stark Eastern State statement.
 **Philadelphia Inquirer (PA)** Author: Edward J. Sozanski;        Word Count: 1477
 6/10/07 PHILA-INQ H06 2007 WLNR 10823714 ...

 ...Pittsburgh's foremost female artist.  Her imposing oil Mills, Trains and Barges of 1940, a muscular mix of sooty smoke and **white steam**, is one of the show's more memorable images.  Likewise Aaron Harry Gorson's Monongahela Steel Mills and Barges and Everett Warner's  ...

26.  Student skits teach energy-saving tips
 **San Bernardino County Sun (CA) (KRT)**     Word Count: 512
 6/7/07 BSX-SBSUN (No Page) 2007 WLNR 10624267 ...

 ...San Bernardino, and how steaming water from the Arrowhead Hot Springs is a provider of that energy.  The billows of **white steam** frequently seen ascending from storm drains across San Bernardino serve as a reminder, she said.     "San Bernardino is one of  ...

27.  Whistles while they work
 **AP Alert - Washington** Author: K.C. MEHAFFEY;      Word Count: 2256
 5/26/07 APALERTWA 17:53:11 ...

 ...Outside Lovelady's window, a light morning fog rises off the Okanogan River, while Stanley's side offers up a view of **white steam** from the lumber mill and a dozen sprinklers wetting pile after pile of stacked logs. "Wood chips are the No  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                    DATABASE(S) - USNEWS

28.     Weather could be blessing or curse for New Jersey firefighters fighting blaze started by flare
         **AP Alert - Business**     Word Count: 602
           5/17/07 APALERTBUS 00:06:42 ...

        ...third of the fire was contained as of midday Wednesday.  The rain falling on the flames created huge plumes of **white steam** that mixed with the gray and black smoke, and officials were watching the weather carefully. "We do not have the  ...

29.     Rain aids firefighters in S. Jersey Massive blaze targets parkway, homes
         **New Jersey Record (NJ)** Author: WAYNE PARRY, THE ASSOCIATED PRESS;      Word Count: 691
           5/17/07 RECNNJ A04 2007 WLNR 9304938 ...

        ...the road but thousands of homes east of it.  The rain falling on the flames was creating huge plumes of **white steam** that was mixing with the gray and black smoke blowing eastward toward the parkway, dramatically reducing visibility. By 6 p.m  ...

30.     Rain aids firefighters in S. Jersey ; Massive blaze targets parkway, homes
         **Record, The; Bergen County, N.J.** Author: WAYNE PARRY, THE ASSOCIATED PRESS;     Word Count: 687
           5/17/07 RECNNJ A04 2007 WLNR 9307459 ...

        ...the road but thousands of homes east of it. The rain falling on the flames was creating huge plumes of **white steam** that was mixing with the gray and black smoke blowing eastward toward the parkway, dramatically reducing visibility. By 6 p.m  ...

31.     N.J. hopes rain will help in battling fire
         **Virginia Pilot and Ledger-Star (Norfolk, VA)** Author: WAYNE PARRY;      Word Count: 570
           5/17/07 PILOT-STAR 9 2007 WLNR 9289696 ...

        ...third of the fire was contained as of midday Wednesday.  The rain falling on the flames created huge plumes of **white steam** that mixed with the gray and black smoke, and officials were watching the weather carefully.  "We do not have the  ...

32.     Rain brings hope that South Jersey wildfire can be contained soon
         **AP Alert - New Jersey** Author: N/A;       Word Count: 138
           5/16/07 APALERTNJ 23:22:53 ...

        ...pushed the fire eastward toward the Garden State Parkway. The rain falling on the flames has created huge plumes of **white steam**. And that's mixing with the gray and black smoke blowing eastward toward the Parkway, dramatically reducing visibility. The fire has  ...

33.     N.J. Firefighters Hope Rain Douses Blaze
         **AP Online Regional - US**     Word Count: 607
           5/16/07 APONLINEUS 23:37:15 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                                DATABASE(S) - USNEWS

...third of the fire was contained as of midday Wednesday. The rain falling on the flames created huge plumes of **white steam** that mixed with the gray and black smoke, and officials were watching the weather carefully. "We do not have the ...

34.  A STEAMY HISTORY COMES TO LIFE THE B&O RAILROAD MUSEUM GIVES VISITORS A RIDE AND A LESSON ON LIFE IN BALTIMORE 100 YEARS AGO
     **Baltimore Sun (MD)** Author: Sun reporter; Author: Frank D. Roylance;     Word Count: 1231
     4/30/07 BALTSUN 1B 2007 WLNR 8142821 ...

...them out on the tracks for hundreds of visitors and their kids. And for a few short hours, clouds of **white steam**, black coal smoke and the howl of steam whistles - as unfamiliar to Baltimoreans today as they were commonplace in the ...

35.  Fla. sugar mill closes as industry says trade pacts threaten U.S. jobs
     **AP DataStream**     Word Count: 933
     4/12/07 APDATASTREAM 04:53:44 ...

...of freshly cut cane and swaths of rich, black soil. A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time. The Bryant Sugar House has ground more than 90 billion tons of ...

36.  Fla. sugar mill closes as industry says trade pacts threaten U.S. jobs
     **AP DataStream**     Word Count: 933
     4/12/07 APDATASTREAM 04:38:36 ...

...of freshly cut cane and swaths of rich, black soil. A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time. The Bryant Sugar House has ground more than 90 billion tons of ...

37.  Fla. sugar mill closes as industry says trade pacts threaten U.S. jobs
     **AP DataStream**     Word Count: 933
     4/12/07 APDATASTREAM 04:38:20 ...

...of freshly cut cane and swaths of rich, black soil. A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time. The Bryant Sugar House has ground more than 90 billion tons of ...

38.  Fla. sugar mill closes as industry says trade pacts threaten U.S. jobs
     **AP DataStream**     Word Count: 933
     4/12/07 APDATASTREAM 04:38:20 ...

...of freshly cut cane and swaths of rich, black soil. A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time. The Bryant Sugar House has ground more than 90 billion tons of ...

39.  Sugar Mill Closes; Trade Pacts Blamed

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                               DATABASE(S) - USNEWS

           **AP General Financial/ Business News**   Word Count: 933
           4/12/07 APGENFINNEWS 04:44:52 ...

...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...


40.    AP Business NewsBrief at 5:54 a.m. EDT
         **AP Online** Author: N/A;    Word Count: 916
         4/12/07 APWIRES 09:54:35 ...

...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...


41.    AP Business NewsBrief at 5:59 a.m. EDT
          **AP Online** Author: N/A;    Word Count: 916
         4/12/07 APWIRES 09:59:54 ...

...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...


42.    AP Business NewsBrief at 6:23 a.m. EDT
          **AP Online** Author: N/A;    Word Count: 916
         4/12/07 APWIRES 10:23:46 ...

...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...


43.    AP Business NewsBrief at 12:44 a.m. EDT
          **AP Online** Author: N/A;    Word Count: 1033
         4/12/07 APWIRES 04:44:54 ...

...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...


44.    AP Business NewsBrief at 1:02 a.m. EDT
          **AP Online** Author: N/A;    Word Count: 974
         4/12/07 APWIRES 05:02:50 ...

...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "WHITE STEAM"                    DATABASE(S) - USNEWS

45.     AP Business NewsBrief at 1:17 a.m. EDT
        **AP Online** Author: N/A;        Word Count: 970
        4/12/07 APWIRES 05:17:36 ...

        ...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...

46.     AP Business NewsBrief at 4:23 a.m. EDT
        **AP Online** Author: N/A;        Word Count: 913
        4/12/07 APWIRES 08:23:09 ...

        ...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...

47.     AP Business NewsBrief at 4:24 a.m. EDT
        **AP Online** Author: N/A;        Word Count: 918
        4/12/07 APWIRES 08:24:58 ...

        ...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...

48.     AP Business NewsBrief at 6:50 a.m. EDT
        **AP Online** Author: N/A;        Word Count: 926
        4/12/07 APWIRES 10:50:27 ...

        ...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...

49.     AP Business NewsBrief at 6:51 a.m. EDT
        **AP Online** Author: N/A;        Word Count: 926
        4/12/07 APWIRES 10:51:28 ...

        ...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...

50.     AP Business NewsBrief at 3:05 a.m. EDT
        **AP Online** Author: N/A;        Word Count: 936
        4/12/07 APWIRES 07:05:59 ...

        ...of freshly cut cane and swaths of rich, black soil.  A sweet, musty smell hangs heavy in the air as **white steam** pours from its smokestacks for the last time.  The Bryant Sugar House has ground more than 90 billion tons of  ...

©  2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "WHITE STEAM"                              DATABASE(S) - USNEWS

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.