# EXHIBIT M

## to Levi Declaration

Case 1:08-cv-00242    Document 53-14    Filed 02/11/2008    Page 1 of 17

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# *EXHIBIT M*

## I. TALLY FOR SEARCH M

### A. DATA FROM WESTLAW USNEWS SEARCH
### 3 articles with *steam obscuring*
### appearing from 9/24/06 to 8/30/00

Parameters specified on Westlaw USNEWS database:
   " STEAM OBSCURING"

**Usable examples: 3 of 3 articles**
Unusable articles: none

**The 3 usable examples all demonstrate that the word *steam* is used in ordinary language to refer to something that is not just visible, but sufficiently visible to permit the observer to recognize that its very density is preventing the viewer, partly or wholly, from seeing something else within or beyond that steam.**

Usable data:

M1.  Finally, we climbed the last switchback and gazed down into the Boiling Lake maw.  We saw - nothing.  Just **steam obscuring a deep, watery pit.** "Wait a few minutes," our guide advised. " It will clear." Just like that, the steam lifted ...
M2.  They contend the pool was operated in a dangerous manner with a tarp covering part of the pool and **steam obscuring the coaches' view of the water.**
M3.  An east wind rolled fog banks and **steam, obscuring the shoreline**.  Occasionally, the sun popped through like a red ball.

### B. DATA FROM GOOGLE SEARCHES

Because this particular Westlaw search turned up only a few useful examples, I turned to Google to investigate the extent to which it would provide additional evidence that the word *steam* is used in ordinary language to refer to something dense enough to hide something else from a observer, as demonstrated by the occurrence of either the phrase *steam obscuring* or *obscured by steam*.  The results were overwhelmingly positive.

Specifically, on January 24, 2008, I first requested the words *steam obscuring* on Google.  As can be seen in Exhibit M, Google showed "about 549" examples of this phrase.  I examined the first 30, and found that every single one was a valid and coherent sentence which described an

event in which some quantity of steam obscured something else from the view of an observer. All 30 sentences (with just a few duplicates) are included in Exhibit M, but a sample from those 30 is included here:

*...immensely tall clouds of **steam obscuring** the 1040-foot-tall Chrysler Building from just five blocks away...*
*...winches slowly warm up, with the escaping **steam obscuring** both their operators ad the spinning machinery in the warming light...*
*...there escapes a dense volume of **steam, obscuring** for the greater part of the time the view of the boiling mass of mud...*
*...a similar accident was shown to have been caused by smoke and **steam obscuring** the signal lights...*
*She stared at the warm liquid for a moment, the **steam obscuring** her vision...*
*When you place your ball on the tee, the rocket emits **steam obscuring** the hold.*

Also on January 24, 2008, I requested a Google search for the words "obscured by steam." As can be seen in Exhibit M, Google showed "about 568" examples of this phrase. I again examined the first 30, and found that every single one was a valid and coherent sentence which described an event in which some quantity of steam obscured something else from the view of an observer, or an event in which that potential problem had been avoided (e.g., *This will aid rescue and fire control because visibility will not be obscured by steam...*). All 30 sentences (which include just a few duplicates) are included in Exhibit M, but a sample from those 30 is included here:

*The upper flanks and summit [of the volcano] were **obscured by steam**...*
*When the road is **obscured by steam**... no approaching engine must pass through the steam or smoke until...*
*Other sources emit similar ash columns, but they are **obscured by steam** and ash in this view.*
*This will aid rescue and fire control because visibility will not be **obscured by steam**...*
*The source of the lava flow is a cinder cone that is **obscured by steam**...*
*During certain weather conditions, views may be slightly **obscured by steam** from a nearby plant.*
*...the view from the window was immediately **obscured by steam**.*
*In the left background, the cliffs of Akrotiri are **obscured by steam** coming from the warm sea water.*

## II. RESULTS LIST FOR SEARCH M

[Results List from Search M
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER, AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "STEAM OBSCURING" |
| Date/Time of Request: | Monday, January 21, 2008 08:20:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 27 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

**Westlaw.**

QUERY - "STEAM OBSCURING"         DATABASE(S) - USNEWS

1. <u>Hikers of the Caribbean More lush than plush, Dominica offers waterfalls, a boiling lake, and challenging trails where Capt. Jack Sparrow still may lurk.</u>
   **Philadelphia Inquirer (PA)** Author: By Chris Gray, Inquirer Staff Writer;    Word Count: 2105
   9/24/06 PHILA-INQ N01 2006 WLNR 16560725 ...

   ...of sulfur. Finally, we climbed the last switchback and gazed down into the Boiling Lake maw. We saw - nothing. Just **steam obscuring** a deep, watery pit. "Wait a few minutes," our guide advised. " It will clear." Just like that, the steam lifted ...

2. <u>Drowning mystery</u>
   **Monterey County Herald (CA)** Author: N/A;    Word Count: 223
   1/1/03 MONTCHLD B1 2003 WLNR 16287176 ...

   ...manufacturers. They contend the pool was operated in a dangerous manner with a tarp covering part of the pool and **steam obscuring** the coaches' view of the water. In court documents, the defendants deny they contributed to Macarandan's death. Lawyers for the ...

3. <u>Open-minded angler catches pleasant surprise on LaSalle</u>
   **CHICAGO SUN TIMES (IL)** Author: Bowman, Dale;    Word Count: 987
   8/30/00 CHISUN 128 2000 WLNR 4299239 ...

   ...catches pleasant surprise on LaSalle Bowman, Dale    MARSEILLES, Ill. An east wind rolled fog banks and **steam, obscuring** the shoreline. Occasionally, the sun popped through like a red ball. There was nothing obscure about the fishing. It just ...

# III. RESULTS OF GOOGLE SEARCH
# FOR THE PHRASES
### *steam obscuring* and *obscured by steam*

[The results are shown on the
12 photocopied pages that follow.
The notation DUP in the left margin
indicates the article is a duplicate,
and was therefore ignored.]

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Web  Images  Maps  News  Shopping  Gmail  more ▼                                Sign in

Google  | "obscured by steam" | [Search]  Advanced Search / Preferences   (M1)

Web  Books                    Results 1 - 10 of about 568 for "obscured by steam". (0.36 seconds)

✓ **The Law of Personal Injuries on Railroads** - Google Books Result
by Edward Joseph White - 1909 - Personal injuries
... by the excuse that the track was **obscured by steam** and smoke, the court held that it was his duty to either listen, or stop and wait until the smoke ...
books.google.com/books?id=P809AAAAIAAJ...

✓ **Global Volcanism Program | Kanaga | Monthly Reports**
The upper flanks and summit were **obscured by steam**, and the exact origin of the incandescent streams could not be determined. Analysis of satellite images ...
www.volcano.si.edu/world/volcano.cfm?vnum=1101-11-&volpage=var - 34k -
Cached - Similar pages

✓ **Monitoreo de Volcanes | atlas**
Webcam images of Pu`u `O`o crater are still **obscured by steam**. Last 24 hours at June 18/19 eruption site: The Mauna Ulu webcam has some misty views this ...
atlas.snet.gob.sv/atlas/?q=aggregator/sources/10&page=1 - 29k - Cached - Similar pages

**The Principles and Practice and Explanation of the Machinery of ...** - Google Books Result
by Thomas Tredgold - 1850 - Locomotives - 276 pages
✓ When the road is **obscured by steam** (from a burst tube or any other cause), no approaching engine must pass through the steam or smoke until the engine-man ...
books.google.com/books?id=ua0QAAAAIAAJ...

✓ **Index of photographs of Anatahan Volcano, Commonwealth of the ...**
Other sources emit similar ash columns, but they are **obscured by steam** and ash in this view. Close view of east crater floor, Anatahan Volcano, ...
hvo.wr.usgs.gov/cnmi/images/index.html - 17k - Cached - Similar pages

**DEATH IN ELEVATED WRECK; Three Fatalities and Many Injured in ...**
✓ Everything was **obscured by steam**, that was coming up from an exhaust pipe under the tracks and by smoke and steam from the engines in the yards. ...
query.nytimes.com/gst/abstract.html?res=F70A14FA3F5913718DDDA10894D9405B848CF1D3 - 8k - Cached - Similar pages

**Nature** - Google Books Result
by Norman Lockyer - 1886
✓ A good view, but much **obscured by steam**, was obtained from the hill called Te Hape-o-Toroa —alt. 2300 feet—by Mr. Park on the 14th, and by myself on the ...
books.google.com/books?id=7CwCAAAAYAAJ...

[PDF] **H:\OrcWild\Division\BONNIE\QUATTRO\aerial surveys\ne il survey ...**
File Format: PDF/Adobe Acrobat - View as HTML
✓ ... some snow squalls, 4 inches of snow in past 24hrs. Comments:. Braidwood and Dresden partially **obscured by steam**, LaSalle totally **obscured by steam**.
dnr.state.il.us/admin/systems/duckgeese/2004/ne%20il%20survey%2010504.pdf -
Similar pages

[PDF] **Opmaak App. Plywood**
File Format: PDF/Adobe Acrobat - View as HTML

✓ becomes **obscured by steam** created by the combination. of the caustic hot water bath and
cooler outdoor temper-. atures. During the colder winter months ...
www.flir.com.hk/Success_Stories/Plywood%20ENG.pdf - Similar pages

### Engine Company Fireground Operations - Google Books Result
by Harold Richman, National Fire Protection Association - 2006 - Technology & Engineering
- 167 pages
✓ This will aid rescue and fire control because visibility will not be **obscured by steam**, fire
fighters will not be scalded by steam, and victims will not be ...
books.google.com/books?isbn=0763743984...


1 2 3 4 5 6 7 8 9 10    **Next**

---

"obscured by steam"    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

Google       "obscured by steam"                    Search   Advanced Search    (U3)
                                                             Preferences

---

Web                              Results 11 - 20 of about 761 for "**obscured** **by** **steam**". (0.32 seconds)

✓ **Global Volcanism Program | Volcanoes of the World | Types and ...**
The source of the lava flow is a cinder cone that is **obscured by steam** at the upper right.
Concentric fractures on the glacier surface are created as the ...
www.volcano.si.edu/world/tpgallery.cfm?category=Magma%20meets%20Water - 20k -
Cached - Similar pages

✓ **hackwriters.com - Tourismo El Salvador by Nathan Richards,**
The highest, with a diameter of 10 feet or thereabouts, was the smallest of the six and
almost completely **obscured by steam**. By the third pool the water had ...
www.hackwriters.com/nath.htm - 23k - Cached - Similar pages

✓ **The Queensbury website: Our History: Queensbury Tunnel**
... of the 'Home' signal which was located just as the train emerged from the tunnel, and
often it could be **obscured by steam** and smoke, thus easy to miss. ...
www.queensburyvillage.co.uk/index.asp?s=1&p=2 - 12k - Cached - Similar pages

✓ **Craig McPherson at Forum | Art in America | Find Articles at BNET.com**
Two chimneys, partially **obscured by steam**, extend from the painting's top edge down
toward the diagonal thrust of two covered conduits. ...
findarticles.com/p/articles/mi_m1248/is_10_93/ai_n15860953 - 27k -
Cached - Similar pages

✓ **Story: Disaster at Porter, Indiana - 1921**
... every effort should be made to so locate signals that they are not likely to become
**obscured by steam** or smoke from engines or to be confusing. ...
www.michiganrailroads.com/RRHX/Stories/DisasterAtPorter1921.htm - 43k -
Cached - Similar pages

✓ **Summary of recent volcanic activity**
partially **obscured by steam**. An hour later, 2 steam clouds ap-. peared above the crater
and quickly dissipated. Onthe 22nd, ...
www.springerlink.com/index/K5271U5000L30547.pdf - Similar pages

✓ **I35W St. Anthony Falls Bridge - Minnesota Dept. of Transportation**
During certain weather conditions, views may be slightly **obscured by steam** from a nearby
plant. Please check back for an updated image in approximately 15 ...
projects.dot.state.mn.us/35wbridge/index.html - 31k - Cached - Similar pages

✓ **JSTOR: Safety for Railroad Employes**
... then face toward approaching current of traffic, keeping sharp lookout in both directions
and clear of all tracks which are **obscured by steam** or smoke ...
links.jstor.org/sici?sici=0002-7162(192601)123%3C110%3ASFRE%3E2.0.CO%3B2-8 -
Similar pages

✓ **January 4, 6, 11, and 15, 2002, summary of the eruption of Kilauea ...**
Incandescence can be seen faintly just right of center, mostly **obscured by steam**. Lava is
visible in the small skylight just left and above center. Right. ...
hvo.wr.usgs.gov/kilauea/update/archive/2002/Jan/4-15.html - 26k - Cached - Similar pages

---

p.2 of 11-20

Bridge at War: Chapter 1
There was a considerable increase in noise from the engine, and the view from the window was immediately **obscured by steam**. There was a series of jerks ...
trevor-hopkins.org.uk/lyndesfarne/war-bridge-ch1.html - 15k - Cached - Similar pages

Previous 1 2 3 4 5 6 7 8 9 10 11    Next

"obscured by steam"    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

"obscured by steam" - Google Search
Page 1 of 2
Case 1:08-cv-00242    Document 53-14    Filed 02/11/2008    Page 10 of 17

P. 1 of 21-30

Web    Images    Maps    News    Shopping    Gmail    more ▼                                    Sign in

Google         "obscured by steam"                           [Search]   Advanced Search
                                                                        Preferences

MS

---

Web    Books                           Results **21 - 30** of about **568** for "**obscured** by **steam**". (0.18 seconds)

**Story: Disaster at Porter, Indiana - 1921**
... every effort should be made to so locate signals that they are not likely to become
**obscured by steam** or smoke from engines or to be confusing. ...
www.michiganrailroads.com/RRHX/Stories/DisasterAtPorter1921.htm - 43k -
Cached - Similar pages

DUP

**1st -12th Annual Report of the United States Geological and ...** - Google Books Result
by F. V. Hayden - 1883 - 12 pages
The column was not much **obscured by steam**. After the action ceased, water ran into the
basin from several channels, and in 3 minutes had sunk out of sight. ...
books.google.com/books?id=LchLAAAAMAAJ...

✓

**Summary of recent volcanic activity**
partially **obscured by steam**. An hour later, 2 steam clouds ap-. peared above the crater
and quickly dissipated. Onthe 22nd, ...
www.springerlink.com/index/K5271U5000L30547.pdf - Similar pages

DUP

**I35W St. Anthony Falls Bridge - Minnesota Dept. of Transportation**
During certain weather conditions, views may be slightly **obscured by steam** from a nearby
plant. Please check back for an updated image in approximately 15 ...
projects.dot.state.mn.us/35wbridge/index.html - 31k - Cached - Similar pages

✓

**Santorini and Its Eruptions** - Google Books Result
by Ferdinand Fouqué - 1998 - Social Science - 560 pages
In the left background, the cliffs of Akrotiri are **obscured by steam** coming from the warm
sea water. PL VII. The northeastern extremity of Giorgios from a ...
books.google.com/books?isbn=0801856140...

✓

**JSTOR: Safety for Railroad Employes**
... then face toward approaching current of traffic, keeping sharp lookout in both directions
and clear of all tracks which are **obscured by steam** or smoke ...
links.jstor.org/sici?sici=0002-7162(192601)123%3C110%3ASFRE%3E2.0.CO%3B2-8 -
Similar pages

DUP

**January 4, 6, 11, and 15, 2002, summary of the eruption of Kilauea ...**
Incandescence can be seen faintly just right of center, mostly **obscured by steam**. Lava is
visible in the small skylight just left and above center. Right. ...
hvo.wr.usgs.gov/kilauea/update/archive/2002/Jan/4-15.html - 26k - Cached - Similar pages

✓

**Massachusetts Reports: Cases Argued and Determined in the Supreme ...** - Google Books
**Result**
by Massachusetts Supreme Judicial Court - 1894 - Law reports, digests, etc
... that was as far as I could see anything up from the ground; the rest was **obscured by**
**steam** or smoke, or whatever you might call it; you could not see ...
books.google.com/books?id=3REQAAAAYAAJ...

✓

**Bridge at War: Chapter 1**
There was a considerable increase in noise from the engine, and the view from the window
was immediately **obscured by steam**. There was a series of jerks ...

DUP

trevor-hopkins.org.uk/lyndesfarne/war-bridge-ch1.html - 15k - Cached - Similar pages

**FAR Associates: A New Type of Pyrometer Solves Classic Problems**
Not all interfering environmental effects stem from target offgas. Fig. 3 shows a weld seam almost completely **obscured by steam**. ...
www.pyrometry.com/ih1995.php - 29k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12  **Next**

"obscured by steam"    [Search]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

p.1 of 1-10

Web  Images  Maps  News  Shopping  Gmail  more ▼                                    Sign in

Google   ["steam obscuring"]   [Search]  Advanced Search / Preferences     H7

Web   Books                    Results 1 - 10 of about 549 for "steam obscuring". (0.24 seconds)

✓ **New York City steampipe explosion! - AOL Video**
Stan videos crowds and immensely tall clouds of **steam obscuring** the 1040-foot-tall
Chrysler Building from just five blocks away, at Park & 39th! A st...
video.aol.com/video-detail/new-york-city-steampipe-explosion/3831145756 - 72k -
Cached - Similar pages

DUP  **Manhattan Steam Pipe Explosion - Midtown NYC - AOL Video**
Stan videos crowds and immensely tall clouds of **steam obscuring** the 1040-foot-tall Ch...
steam pipe explosion in midtown Manhattan. Not Yet Rated: ...
video.aol.com/video-detail/manhattan-steam-pipe-explosion-midtown-nyc/468424804 - 72k -
Cached - Similar pages
More results from video.aol.com »

✓ **The New Zealand Site**
TheNewZealandSite. The New Zealand Site The New Zealand Site. « Back, Send this
photo as a postcard. Craters of the Moon: **Steam obscuring** the path. July 2002.
thenewzealandsite.com/photo/794/ - 9k - Cached - Similar pages

✓ **Liberty/Victory Ship: several World War II workhorses steam**
Above, winches slowly warm up, with the escaping **steam obscuring** both their operators
and the spinning machinery in the morning light. ...
www.encyclopedia.com/doc/1G1-86040160.html - 51k - Cached - Similar pages

✓ **Scottish Screen Archive**
... tracking shot from train (5.20) elevated view of train as it passes below, **steam
obscuring** view (5.38) train crossing landsape in distance, ...
www.scottish-screen.com/film/detail.php?id=61200001 - 21k - Cached - Similar pages

✓ **Getty Images - Image details**
Title: Man sitting in sauna, **steam obscuring** face. Image #: AB20377. License type: Rights-
managed. Photographer: Rob Lang. Collection: Taxi ...
www.gettyimages.com/Search/Detail.aspx?id=ab20377 - 23k - Cached - Similar pages

✓ **Words Cut Like Steel :: Greeting the Dawn Day 1**
Yojiro smiles as he sips from his tea, the **steam obscuring** his face. "Merely spreading the
word of the Kami and Fortunes," Yojiro replies, ...
wcls.informe.com/forum/greeting-the-dawn-day-1-dt714.html - 88k - Cached - Similar pages

✓ **1st -12th Annual Report of the United States Geological and ... - Google Books Result**
by F. V. Hayden - 1872 - 12 pages
... is circular and from it there escapes a dense volume of **steam, obscuring** for the greater
part of tho time the view of the boiling mass of mud, ...
books.google.com/books?id=MtRLAAAAMAAJ...

✓ **Winter 07/08 Projects and Plans? - Page 3 - DSM Forums**
a) I can just imagine what would happen if that line bursts, spews onto the turbo, and you get a
cloud of **steam obscuring** your windshield at 100 mph! ...
www.dsmtuners.com/forums/road-course-autocross/274919-winter-07-08-projects-plans-
3.html - 178k - Cached - Similar pages



M8

... are installed along the cooling section of the runout table, due to the large quantities of water droplets and **steam obscuring** the surface of the steel. ...
books.google.com/books?isbn=0824759206...

Quiz - Broken Warrior: The Tale of Kai Yamagata ((10)) - anime ...
She stared at the warm liquid for a moment; the **steam obscuring** her vision, then brought the cup to her lips. The sensation of the warm of the cup pressing ...
www.quizilla.com/.../quizzes/Broken%20Warrior:%20The%20Tale%20of%20Kai%20Yamagata%20((10))/ - 20k - Cached - Similar pages

Previous 1 2 3 4 5 6 7 8 9 10 11    Next

"steam obscuring"    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼                                         Sign in

Google            "steam obscuring"                          Search   Advanced Search
                                                                     Preferences                MQ

---

Web  Books                        Results 11 - 20 of about 549 for "steam obscuring". (0.09 seconds)

✓ A JUST PLACING OF RESPONSIBILITY
... and has rested .there at least since 1891, when a similar accident was shown to have
been caused by smoke and **steam obscuring** the signal lights. ...
query.nytimes.com/gst/abstract.html?
res=F40A10F63F5412738DDDA90994D9405B828CF1D3 - 5k - Cached - Similar pages

✓ Middle East Stage: Andrew Dispatch - February 9, 2000
The main chamber had a high ceiling with small holes cut out at the top, where the last
streams of sunlight fought their way through the **steam obscuring** the ...   *view*
worldtrek.org/odyssey/mideast/020900/020900andrewhamam.html - 15k -   *down*
Cached - Similar pages                                                    *below.*

*re Turkish steam bath (hamam)*

✓ The American and English Railroad Cases: A Collection of All Cases ... - Google Books Result
by Lawrence Lewis, Adelbert Hamilton, John Houston Merrill, William Mark McKinney,
James Manford Kerr, John Crawford Thomson - 1890 - Railroad law
Same—Evidence—Smoke or **Steam Obscuring** View.—Although plaintiff does not allege
in his pleading that his view of the train by which he was injured was ...
books.google.com/books?id=p789AAAAIAAJ...

✓ Mold oscillator - US Patent 4727924
... which incidentally forms vast quantities of **steam, obscuring** the casting and close-by
equipment from visual inspection and effectively preventing ...
www.patentstorm.us/patents/4727924-description.html - 26k - Cached - Similar pages

✓ BBC - North East Wales WWII - Spitfire pilot rescued off Rhyl
Suddenly the aircraft seemed to touch a wave top, give a small bounce and splash into the
water upside down, a spray of water and **steam obscuring** the ...  → *accident scene.*
www.bbc.co.uk/wales/northeast/sites/wwii/pages/rhylspitfire.shtml - 30k -
Cached - Similar pages

✓ Other People's Weddings - Google Books Result
by Noah Hawley - 2004 - Fiction - 275 pages
... the mirror, **steam obscuring** my reflection. I put my palm against the glass, wipe myself
into focus. There you on, I mink. What's left of you. ...
books.google.com/books?isbn=0312322739...

✓ The New Zealand Site
You must supply a valid 'From' as well as a valid 'To' email address in order for your
postcard to be sent successfully. **Steam obscuring** the path ...
thenewzealandsite.com/postcards/form/794 - 11k - Cached - Similar pages

✓ Stoke-on-Trent City Council: Slips, Trips and Falls
Smoke/**steam obscuring** view - Eliminate or control by redirecting it away from risk areas;
improve ventilation and provide warning signs. ...
www.stoke.gov.uk/redirect/?oid=%5Bcom.arsdigita.categorization.Category%3A%7Bid%
3D1287519%7D%5D - 18k - Cached - Similar pages

Process Imaging for Automatic Control - Google Books Result
by Hugh McCann, David M. Scott - 2005 - Computers - 439 pages

---

✓ ... are installed along the cooling section of the runout table, due to the large quantities of water droplets and **steam obscuring** the surface of the steel. ...
books.google.com/books?isbn=0824759206...

DUP Quiz - Broken Warrior: The Tale of Kai Yamagata ((10)) - anime ...
She stared at the warm liquid for a moment; the **steam obscuring** her vision, then brought the cup to her lips. The sensation of the warm of the cup pressing ...
www.quizilla.com/.../quizzes/Broken%20Warrior:%20The%20Tale%20of%20Kai%20Yamagata%20((10))/ - 20k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

"steam obscuring"    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

p. 1 of 21-30

M11

Web  Images  Maps  News  Shopping  Gmail  more ▼                    Sign in

Google   "steam obscuring"    [Search]  Advanced Search / Preferences

Web  Books             Results **21** - **30** of about **549** for "**steam obscuring**". (0.07 seconds)

DUP

### H & S Guidance - Slips and Trips
Smoke/**steam obscuring** view. Eliminate or control by redirecting it away from risk areas;
improve ventilation and warn of it. Unsuitable footwear ...
www.devonline.gov.uk/.../eh-healthandsafety-intro/eh-hs-guidance/eh-hs-slipsandtrips.htm -
15k - Cached - Similar pages

✓

### Clio's Children: Dostoevsky at Semyonov Square and Other Poems - Google Books Result
by John Allman - 1985 - Poetry
The **steam obscuring** their eyes, the breath escaping through the peasants' crenelated
teeth, rising like the clouds above boiling cabbage. ...
books.google.com/books?isbn=0811209350...

✓

### Halfbakery: Dry Ice Fun Park
... as introducing a breathable atmosphere within the dome would result in a cloud of
"**steam**", **obscuring** vision and leading to collisions between skaters. ...
www.halfbakery.com/idea/Dry_20Ice_20Fun_20Park - 24k - Cached - Similar pages

✓

### [PDF] Slips, Trips, and Falls Quiz
File Format: PDF/Adobe Acrobat - View as HTML
Eliminate or control smoke or **steam obscuring** the view of the floor surface by cidgerrtine it
away from risk areas. 18. Ensure workers' footwear has the ...
www.teched101.com/pdf/sliptripfalls.pdf - Similar pages

✓

### Beyond the Postmodern Mind: The Place of Meaning in a Global ... - Google Books Result
by Huston Smith - 2003 - Philosophy - 312 pages
... see is loss—loss that has been suffered, not from the proven facts of science, but from
vapors that rise from them like **steam, obscuring** our sight: 1. ...
books.google.com/books?isbn=0835608301...

✓

### GameSpy.com - Previews
On an environmental basis, moving through the levels shows such improvements as blades
of grass in outdoor areas and escaping **steam obscuring** the view of ... *the surroundings*
archive.gamespy.com/previews/april02/ravenshield/ - 20k - Cached - Similar pages

✓

### [PDF] Watch your step.pub
File Format: PDF/Adobe Acrobat - View as HTML
Smoke or **steam obscuring** view. •. Incorrect cleaning procedures. •. Moving or handling
leads. •. Rushing around. What Should I Do. as an Employer? ...
www.fdean.gov.uk/ObjView.asp?Object_ID=1906 - Similar pages

✓

### Mothers & Daughters: An Anthology - Google Books Result
by Alberto Manguel - 1998 - Fiction - 356 pages
Mimi got up out of the bathtub, every pore on her bright pink body spreading open willfully,
**steam obscuring** the reflection of her tender fresh naked female ...
books.google.com/books?isbn=081181629X...

✓

### Mini Golf
When you place your ball on the tee, the rocket emits **steam obscuring** the hole. The bear
growls and dares you to "fire". Another hole spins on a turntable. ...

www.agilitynut.com/minigolf/pa3.html - 12k - Cached - Similar pages

[PDF] **Preventing slips and trips at work**
File Format: PDF/Adobe Acrobat - View as HTML
Smoke/**steam obscuring** view - Eliminate or control by redirecting it away from risk areas; improve ventilation and. warn of it. ...
www.sahha.gov.mt/showdoc.aspx?id=795&filesource=4&file=PreventingSlipsAndTripsAtWork.pdf - Similar pages

Previous 1 2 3 4 5 6 7 8 9 10 11 12    Next

"steam obscuring"    [Search]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google