# EXHIBIT N

## to Levi Declaration

Prof. Judith N. Levi                                    Whirlpool case re *steam*
Department of Linguistics                               Attorney: J. A. Cragwall, Jr.
Northwestern University                                 January 2008

# *EXHIBIT N*

## I. TALLY FOR SEARCH N

### A. DATA FROM WESTLAW USNEWS SEARCH
**8 articles with *hidden by steam* or *hidden in steam***
**appearing from 3/8/81 to 5/20/99**

Parameters specified on Westlaw USNEWS database:
    "HIDDEN BY  STEAM" "HIDDEN IN STEAM"

**Usable example:  1, from 8 articles**
Unusable articles:  7 (1 duplicated article, 7 irrelevant due to wrong syntax)

**The 1 usable example illustrates that the word *steam* is used in ordinary language to refer to something that is not just visible, but perceived as sufficiently dense as to hide the sight of something else behind or beyond it.**

Usable data:
N6:  ...by the time I got out of the car the bird was **hidden by  steam** coming from the river. (The
       temperature was three below zero.)

### B. DATA FROM GOOGLE SEARCHES

Because this particular Westlaw search turned up only one useful example, even though the concept is one that is wholly consistent with the rest of the evidence, I turned to Google to investigate the extent to which it would provide additional evidence that the word *steam* is used in ordinary language to refer to something dense enough to hide something else from a observer, as demonstrated by the occurrence of either the phrase *hidden in steam* or *hidden by steam*. The results were strongly positive.

Specifically, on January 24, 2008, I first requested the phrase *hidden in steam* on Google.  As can be seen in Exhibit N, Google showed "about 2,550" examples of this phrase.  I examined the first 22, and found that 5 contained coherent wording which described an event in which something or somebody was "hidden in steam." All 22 sentences (which include numerous duplicates, and irrelevant examples) are included in Exhibit N, but the 5 usable examples are shown here:

*Long and Hot. Until I Am* **Hidden in Steam** [Referring to taking a long, hot shower, this is apparently the title of an "experience" at www.experienceproject.com]

*...my mental picture is a refugee from Hades half* **hidden in steam***...*
*Next way north to sample the thermal geysers in Iceland where they parked* **hidden in steam.**
*The crater is probably a thousand feet by 1500' across, and the magma pool is usually* **hidden in**
*     steam** about a thousand feet down...*
*Loco[motive] part* **hidden in steam.** [appears to be a caption on a photograph]

Since Google allowed me to print only 22 examples for *hidden in steam,* I supplemented this group by googling (again, on Jan. 24, 2008) for examples of *hidden in the steam,* since their meaning would prove the same point as the first group. As can be seen by the pages contained in Exhibit N, Google indicated that it had "around 47,100" but printed only the first 19 of these. I examined the 19, and found 10 usable examples. All 19 may be found in Exhibit N, and a sample of the 10 usable ones are shown here:

*[Peary]...is unable to see his dogs, as they are completely* **hidden in the steam...**
*The only odor they appreciate lies* **hidden in the steam** *arising from the soup-kettle.*
*Snow on the ground, crisp night ar, groups of friends half-**hidden in the steam** *rising from mugs*
*     of hot mulled wine...*
*Thor summons a thunderstorm that puts out the fires, but leaves everything* **hidden in the steam**
*     and smoke.*
*The police couldn't return fire because he was* **hidden in the steam***.*

Lastly, I googled for the phrase *hidden by steam,* since that had originally been requested in the Westlaw search. Google showed "about 323" entries for *hidden by steam,* and I printed out the first 25. After examining them, I found 23 of the 25 usable, and only 2 unusable. All 25 are included in Exhibit N, and a sample of the usable ones appear here:

*The crater is often partially* **hidden by steam***.*
*(...the construction [of a waterfall] is completely* **hidden by steam** *and spray)...*
*Two persons rolling in snow, effectively* **hidden by steam***.*
*The faces of the protagonists* [in a film] *are often* **hidden by steam** *coming from the train*
*     engines.*
*...deep alleys and towering slums* **hidden by steam** *and smoke.*

## II. RESULTS LIST FOR SEARCH N

[Results List from Search N
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "HIDDEN BY STEAM" "HIDDEN IN STEAM" |
| Date/Time of Request: | Monday, January 21, 2008 08:19:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 67 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

Westlaw.

QUERY - "HIDDEN BY STEAM" "HIDDEN IN          DATABASE(S) - USNEWS
STEAM"

1.          Okmulgee man wins big verdict
            **Tulsa World** Author: DAVID HARPER;          Word Count: 564
            5/20/99 TULSAWORLD A18 1999 WLNR 7800692 ...

            ...injuries and claimed that the steam-belching hole   in question was an "open and obvious" danger as
            opposed to a   **hidden** one.    "**Steam** is its own warning -- its own red flag," White said.    "It ought
            to be its own barricade."    But Savage told ...

2.          INTERNATIONAL SPACE STATION / UNDER CONSTRUCTION / PROJECT IS A LUXURY
            FOR RUSSIA
            **Press of Atlantic City, The** Author: By SHARON LaFRANIERE The Washington Post;          Word
            Count: 983
            1/3/99 PRESSATLC E1 1999 WLNR 5809123 ...

            ...Automatics Design Bureau pushes the right button. Then a thunderous roar shatters the afternoon
            calm.  Streams of water spurt from **hidden** nozzles.  **Steam** clouds billow skyward and a blue column
            of flame - the signature of a huge engine designed to propel a rocket ...

3.          THE POINT AFTER PATRIOTS/UCONN TOUCHDOWN IS MOOT
            **Hartford Courant** Author: MICHELE JACKLIN;  Author: Michele Jacklin is The Courant's political
            columnist.;          Word Count: 1015
            12/18/98 HARTFORDCRNT A23 1998 WLNR 6759055 ...

            ...sense he made trying to respond. Maybe it's not surprising then that amid the confusing give-and-
            take over liability, **hidden** costs, **steam** plants and coal tar, three points that merited serious discussion
            were totally lost. * Remember earlier this year when Gov. John ...

4.          FALLING IN LOVE -- WITH ISTANBUL; `STEAM' SHOWS THAT HAPPINESS IS NOT ONLY
            A STATE OF MIND, BUT ALSO GEOGRAPHY
            **Long Beach Press-Telegram (CA)** Author: Anita Gates New York Times News Service;          Word
            Count: 527
            11/26/98 LBPRESS C3 1998 WLNR 1441278 ...

            ...by sapphire-blue waters.  Then Marta arrives, seemingly just to see her husband after all these weeks
            but with a **hidden** agenda.    "**Steam**" ends with a completely unexpected death, but it doesn't end
            unhappily.    The film is a love letter to the quiet ...

5.          FILM REVIEW; Home Is Where the Bath Is: Finding Happiness
            **New York Times (NY)** Author: ANITA GATES;          Word Count: 680
            11/25/98 NYT E12 1998 WLNR 2997228 ...

            ...by sapphire-blue waters.  Then Marta arrives, seemingly just to see her husband after all these weeks
            but with a **hidden** agenda. "**Steam**" ends with a completely unexpected death, but it doesn't end
            unhappily. The film is a love letter to the quiet ...

6.          BIRDS AND BRRRS ON FRIGID JOURNEY WAY UP NORTH

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "HIDDEN BY STEAM" "HIDDEN IN          DATABASE(S) - USNEWS
STEAM"

**Columbus Dispatch (OH)** Author: Jim Fry;       Word Count: 487
2/1/97 COLDIS 07H 1997 WLNR 6807057 ...

...He saw the eider, an immature male, but by the time I got out of the car the bird was **hidden** by **steam** coming from the river. ( The temperature was three below zero.) Then we traveled westward to Hulbert and Paradise, Mich., in  ...

7.      HIKER FINDS DREAM TRAIL MOUNT ST. HELENS PROVIDES THRILLS
        **Albany Times Union (NY)** Author: Buzz Gray Staff writer;       Word Count: 1260
        8/16/87 TIMESUN C17 1987 WLNR 58595 ...

        ...rock fall at any time.  Hot cracks in the dome and crater floor become covered by snow and pose a **hidden** danger.  **Steam** and gas explosions may occur without warning.  It's not a place you'd want to stage a picnic.       Still, the climb  ...

8.      HELP IS URGED FOR 36,000 HOMELESS IN CITY'S STREETS
        **New York Times (NY)** Author: DAVID BIRD;       Word Count: 1791
        3/8/81 NYT 11 1981 WLNR 252204 ...

        ...they are chased away by the police. 36,000 on the Streets But many of the homeless are all but invisible, **hidden** in **steam** tunnels that snake under the streets or out of sight in cardboard boxes and packing cases that look like refuse  ...

## III.  RESULTS OF GOOGLE SEARCH
## FOR THE PHRASES
### *hidden in (the) steam, hidden by steam*

**The results are shown on the 14 photocopied pages that follow.
The notation DUP in the left margin indicates
the article is a duplicate, and was therefore ignored.
Also ignored are articles marked with an X
at the left; these were irrelevant for various reasons.**

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Case 1:08-cv-00242   Document 53-15   Filed 02/11/2008   Page 7 of 20

Web   Images   Maps   News   Shopping   Gmail   more ▼          N1          Sign in

Google

[ "hidden in steam" ]   [ Search ]   Advanced Search
Preferences

Web                    Results 1 - 10 of about 2,550 for "hidden in steam". (0.23 seconds)

X   Steam Icon [Archive] - The Hidden - Source
I'm not sure if this has been addressed or not, but there really should be an icon next to the
**Hidden in Steam**. I've created my own icon that I use and felt ...
www.forum.hidden-source.com/archive/index.php?t-3513.html - 12k -
Cached - Similar pages

DUP   Steam Icon - The Hidden - Source
I'm not sure if this has been addressed or not, but there really should be an icon next to the
**Hidden in Steam**. I've created my own icon that I use and felt ...
forum.hidden-source.com/showthread.php?t=3513 - 60k - Cached - Similar pages

X   CRUSADE TO LESSEN BOILER EXPLOSIONS; Perils From This Source ...
The perils **hidden in steam** boilers, engineers say, are raster than those inherent in and
other high' . Standards of design and construction, as laid down by ...
query.nytimes.com/gst/abstract.html?
res=F30610FD3A541B7A93C0AB178AD85F468285F9 - 6k - Cached - Similar pages

X   HELP IS URGED FOR 36000 HOMELESS IN CITY'S STREETS - New York Times
But many of the homeless are all but invisible, **hidden in steam** tunnels that snake under
the streets or out of sight in cardboard boxes and packing cases ...
query.nytimes.com/gst/fullpage.html?res=9D03EEDD1539F93BA35750C0A967948260 -
47k - Cached - Similar pages

X   CS-Nation - comments - steaming up - the future of Counter-Strike ...
5:20 pm pdt - 9/14/03, I didn't even get it working yet, keeps locking up at "valdating system
resources" Better not be gayspy ads **hidden in Steam** some ...
www.csnation.net/comments.php?id=6468 - 48k - Cached - Similar pages

✓   Long and Hot, Until I Am **Hidden In Steam** : I Am Going to Take a ...
I am going to light a few candles, put on some music and take a long hot shower. Try to
wash away the blues. It is chilly here, so I am going to pull out ...
www.experienceproject.com/uw.php?e=75378?ref=carousel - Similar pages

DUP   Long and Hot, Until I Am **Hidden In Steam** : I Am Going to Take a ...
I am going to light a few candles, put on some music and take a long hot shower. Try to
wash away the blues. It is chilly here, so I am going to pull out ...
www.experienceproject.com/randomstory.php?g=39435&a=1 - Similar pages

✓   B&W's Big And Beautiful Nautilus 800 Loudspeaker by Alvin Gold
I haven't seen one of these, but my mental picture is a refugee from Hades half **hidden in
steam**, which takes in unsuspecting wood veneers at one end, ...
www.enjoythemusic.com/magazine/equipment/0802/bwnautilus800.htm - 37k -
Cached - Similar pages

✓   Alien
Next way north to sample the thermal geysers in Iceland where they parked **hidden in
steam**. In between stops and before they put away their samples, ...
musea.us/Musea%20December%202004.html - 30k - Cached - Similar pages

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 8 of 20

**FOLK COLLECTION 8a: Group 7: Human Condition Legends: Utah State ...**
3.7.1.4 Gold taken by outlaw is **hidden in Steam** Mill Canyon in Franklin Basin, Utah/Idaho.
.1. 3.7.1.5 Iron door from bank vault hides money taken from bank ...
library.usu.edu/folklo/folkarchive/condition.htm - 75k - Cached - Similar pages

1 **2** 3    **Next**

---

| "hidden in steam" | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 9 of 20

Web   Images   Maps   News   Shopping   Gmail   more ▼                          (N3)          Sign in

Google

| "hidden in steam" | Search | Advanced Search |
|---|---|---|
| | | Preferences |

---

**Web   Books**                    Results **11 - 20** of about **2,550** for "**hidden in steam**". (0.09 seconds)

(11)

abt
X
**VBA Electronic Journal**
With a realization of the latent forces that lie **hidden in steam** and electricity, the world has
awakened as if startled into a new life. ...
www.vba.org/jul00.htm - 41k - Cached - Similar pages

X
**Blurred objects / items / buildings? [Archive] - The Hidden - Source**
Right click on **hidden in steam** and tell it to create a shorcut. Go to the desktop and right
click the icon - select properties from this list ...
forum.hidden-source.com/archive/index.php?t-3705.html - 12k - Cached - Similar pages

DUP
**HELP IS URGED FOR 36000 HOMELESS IN CITY'S STREETS - New York Times**
But many of the homeless are all but invisible, **hidden in steam** tunnels that snake under
the streets or out of sight in cardboard boxes and packing cases ...
query.nytimes.com/gst/fullpage.html?
res=9D03EEDD1539F93BA35750C0A967948260&sec=&spon=&pagewan... - 51k -
Cached - Similar pages

DUP
**HELP IS URGED FOR 36000 HOMELESS IN CITY'S STREETS - New York Times**
But many of the homeless are all but invisible, **hidden in steam** tunnels that snake under
the streets or out of sight in cardboard boxes and packing cases ...
query.nytimes.com/gst/fullpage.html?
res=9D03EEDD1539F93BA35750C0A967948260&sec=&spon=&pagewan... - 49k -
Cached - Similar pages

X
**The National Magazine: Devoted to Literature, Art, and Religion - Google Books Result**
1853
For fifteen hundred years after the commencement of our era, men saw not the energies
**hidden in steam**, and a whole academy of philosophers might have walked ...
books.google.com/books?id=vCcAAAAAYAAJ...

DUP
**I Am Going to Take a Long Hot Shower: Stories, Experiences and ...**
Long and Hot, Until I Am **Hidden In Steam**. 05:53PM on Oct 22nd, 2007. I am going to light
a few candles, put on some music and take a long hot shower. ...
www.experienceproject.com/group_stories.php?g=39435&s=d - 50k -
Cached - Similar pages

DUPS
**I Am Going to Take a Long Hot Shower | A Group for Support, Chat ...**
Long and Hot, Until I Am **Hidden In Steam**. I am going to light a few candles, put on some
music and take a long hot shower. Try to wash away the blues. ...
www.experienceproject.com/group_profile.php?g=39435 - 56k - Cached - Similar pages

**Swell Gift! : I Absolutely Love Bookstores | Stories at The ...**
Long and Hot, Until I Am **Hidden In Steam** By SEARCHINGFORMEANING In I Am Going
to Take a Long Hot Shower · 2008 By SEARCHINGFORMEANING ...
www.experienceproject.com/uw.php?e=91567 - Similar pages

**I Am Going to Take a Long Hot Shower | A Group for Support, Chat ...**

Long and Hot, Until I Am **Hidden In Steam**. I am going to light a few candles, put on some
music and take a long hot shower. Try to wash away the blues. ...

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 10 of 20

N4

www.experienceproject.com/group_profile.php?g=39435&ref=carousel - 56k -
Cached - Similar pages

## Dispatches From Afar
**The crater is probably a thousand feet by 1500' across, and the magma pool is usually
hidden in steam about a thousand feet down. ...**
susansadventures.blogspot.com/ - 529k - Cached - Similar pages

**Previous** 1 2 3      **Next**

| "hidden in steam" | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 11 of 20

(N5)

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

Google

| "hidden in steam" | Search | Advanced Search Preferences |

---

**Web**                                    Results **21** - **22** of **22** for **"hidden in steam"**. (0.05 seconds)

[PDF] HMRS PHOTOGRAPH COLLECTIONS PhotoCAT Monochrome Photographs ...
File Format: PDF/Adobe Acrobat
Loco part **hidden in steam**, pt fBridge bgd. Track from yardd fgd. 2-4-2T BR F5 67203 on
Loughton train at Epping R3R, sigBx. ESR 03/09/1949 G ...
www.hmrs.org.uk/photocat/HMRS-PhotoCAT-BW-indep-BR.pdf - Similar pages

Swell Gift! : I Absolutely Love Bookstores | Stories at The ...
Long and Hot, Until I Am **Hidden In Steam** By SEARCHINGFORMEANING In I Am Going
to Take a Long Hot Shower · 2008 By SEARCHINGFORMEANING ...
www.experienceproject.com/uw.php?e=91567?ref=carousel - Similar pages

Previous 1 2 3

| "hidden in steam" | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼



Sign in

Google

"hidden in the steam"            Search    Advanced Search
                                           Preferences

---

**Web    Books**                Results 1 - 10 of about **47,100** for "**hidden** in the **steam**". (0.22 seconds)

PEARY ON HIS WAY TO HOME IN MAINE; Chats Informally on the Train ...
... Is unable to se his doge, as they are completely **hidden in the steam** their breath and
bodies, a steam as dense and white as that from a steam pipe. ...
query.nytimes.com/gst/abstract.html?
res=F30812F6345512738DDDAA0A94D1405B898CF1D3 - 6k - Cached - Similar pages

Harry Potter and the Goblet of Fire
The 3rd Mini-Shield **hidden in the Steam** Kettle. A pair of Erklings will keep appearing
behind your back so get rid of them and use the Cauldron to destroy ...
www.gamesover.com/HP4/Level6_1.htm - 30k - Cached - Similar pages

NextdayAnime.com The Last Stop for YOUR Japanese Animation DVDs!
During the fight, another secret **hidden in the steam** ball came to a light. Science is a hope
of the human being, or forbidden wisdom? ...
www.nextdayanime.com/cgi-bin/search.cgi?todo=6&id=4376 - 59k - Cached - Similar pages

Alaska and Its Resources - Google Books Result
by William Healey Dall - 1870 - 627 pages
The only odor they appreciate lies **hidden in the steam** arising from the soup-kettle. Rain
coming on, we camped on a steep bank, and the Russians followed ...
books.google.com/books?id=uMi6OUFxW2sC...

Modeling and Control of Co-generation Power Plants: A Hybrid ...
does not appear in Figure 1 because it is **hidden in the "steam** turbine" block. The plant
has two continuous-valued inputs (u ...
www.springerlink.com/index/XJTEEYK05AYUVBPQ.pdf - Similar pages

Visiting Vienna - Best time to visit Vienna
Snow on the ground, crisp night air, groups of friends half-**hidden in the steam** rising from
mugs of hot mulled wine, roast chestnuts, candlelight, ...
www.visitingvienna.com/weather/besttimetovisit/ - 14k - Cached - Similar pages

The Penultimate Peril - Google Books Result
by Lemony Snicket - 2005 - Juvenile Fiction - 368 pages
Klaus was grateful that his amazed expression was **hidden in the steam**. The middle
Baudelaire could not imagine why the mysterious impostor]. ...
books.google.com/books?isbn=0064410153...

[PDF] Excerpt from THE GRANDFATHER CLAUSE All the while, Vinny watched ...
File Format: PDF/Adobe Acrobat - View as HTML
Did he know that there was a sawed-off 12-gauge **hidden in the steam** table or did he. just
run out the back door when he heard the shooting? ...
www.philgenovese.com/pdf/Trouble%20at%20TR%20excerpt.pdf - Similar pages

The King of Attolia by Megan Whalen Turner | avidbookreader.com
"Basileus," someone **hidden in the steam** whispered. Others echoed the praise. "Basileus."
Only Teleus shook his head. Costis watched him, not surprised. ...
avidbookreader.com/2007/02/18/the-king-of-attolia-by-megan-whalen-turner/ - 32k -
Cached - Similar pages

---

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 13 of 20

p. 2 of 7-10

N7

## Pyramid: It's (Not) Just A Game

And no one knows exactly what is **hidden in the steam** tunnels. The Ordeal. Monday
morning rolls around as it must for all but C.T.H.U.L.H.U. students, ...
www.sjgames.com/pyramid/sample.html?id=4771 - 39k - Cached - Similar pages

1 **2** 3    **Next**

1 **2** 3    **Next**

"hidden in the steam"    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

Google

| "hidden in the steam" | Search | Advanced Search |
|                       |        | Preferences     |

---

**Web**                          Results 11 - 19 of 19 for "hidden in the steam". (0.10 seconds)

[PDF] MODELLING AND CONTROL OF CO-GENERATION POWER PLANTS UNDER ...
File Format: PDF/Adobe Acrobat - View as HTML
represented in Figure 1. Note that the heat recov-. ery steam generator does not appear in
Figure 1. because it is **hidden in the "steam** turbine" block. ...
www-rocq.inria.fr/who/Giancarlo.Ferrari-Trecate/files/Conference2.pdf - Similar pages

RESOLUTION A BOOMERANG.; Freeholder's Law Against Motor Vehicles ...
"While he was thus enjoying himself on a recent afternoon an automobile, **hidden In the
steam** of Its own making, snorted down upon him , In a Tnad race ...
query.nytimes.com/gst/abstract.html?
res=F30D16F93A5D12738DDDAB0994DF405B818CF1D3 - 3k - Cached - Similar pages

Surtur
Thor summons a thunderstorm that puts out the fires, but leaves everything **hidden in the
steam** and smoke. Thor stops the rain. Thor and Beta Ray Bill strike ...
www.leaderslair.com/marvelvillains/surtur.html - 37k - Cached - Similar pages

Advantages of converting to vegetarianism for the non-vegetarians
... was a great smoking cauldron of water, and there were dark figures, half **hidden in the
steam**, dancing around the edge of it, brandishing long poles. ...
www.lifepositive.com/body/holistic-recipes/recipes/vegetarianism.asp - 67k -
Cached - Similar pages

An Adventure Story of Steamboy - Anime DVD
During the fight, another secret **hidden in the steam** ball came to a light.Science is a hope
of the human being, or forbidden wisdom? ...
www.import-action.com/e0234.html

Blogsperú - kathe, sirviente de aficiones vacías - Personales- [ Translate this page ]
Fresh steps in the sideways; shadows **hidden in the steam** of two bodies. Walk, walk, walk
STOP! A friendly rain has been trapped by a storm. walk, walk, ...
www.blogsperu.com/blog/6127 - 23k - Cached - Similar pages

An Adventure Story of Steamboy DVD Box set
During the fight, another secret **hidden in the steam** ball came to a light.Science is a hope
of the human being, or forbidden wisdom? ...
store.animespectrum.com/e0234.html

[PDF] 22576 how_50-1
File Format: PDF/Adobe Acrobat
missed Black history with images of "the Negro **hidden in the steam**-. ing jungle." 501. He
briefly admitted the moral wrong of slavery but ...
www.law.howard.edu/dictator/media/229/how_50_1.pdf - Similar pages

SN&R > Local Stories > Death trip > 03.15.01
The police couldn't return fire because he was **hidden in the steam**. He backed away, ran
down the block, and jumped a fence, landing in the middle of a crowd ...
www.newsreview.com/sacramento/Content?oid=oid%3A4882 - 118k -
Cached - Similar pages

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 15 of 20

*In order to show you the most relevant results, we have omitted some entries very similar to the 19 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Previous** 1  2

---

| "hidden in the steam" | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

*N10*

Web   Images   Maps   News   Shopping   Gmail   more ▼                          Sign in

Google

| "hidden by steam" | | Search | Advanced Search |
|---|---|---|---|
| | | | Preferences |

_____

**Web**                                    Results **1 - 10** of about **323** for "hidden by steam". (0.43 seconds)

March 2001 summary of the eruption of Kilauea Volcano, Hawai`i
View downstream, with the breakout point at the left partly **hidden by steam** at 0841 in the
rain. View downstream from near breakout point, Kilauea volcano, ...
hvo.wr.usgs.gov/kilauea/update/archive/2001/Mar/main.html - 23k - Cached - Similar pages

The best volcano climbs in Central America - Bluelist - Lonely Planet
The crater is often partially **hidden by steam**.This combined with the cloud-spattered
mountains surrounding Quetzaltenango gives the summit a mystical feel. ...
www.lonelyplanet.com/bluelist/index.cfm?fa=main.viewList&list_id=8691 - 66k -
Cached - Similar pages

The Black Hole Pre-Production/Concept Art and Production Photos
During filming, most of the sketchy set is **hidden by steam**. On the left Director Gary
Nelson can be seen applying one of Vincent's original "eyes. ...
www.geocities.com/Area51/Shire/6822/prepro.html - 7k - Cached - Similar pages

Iceland 2001
All of this was being repeated everywhere we looked, some **hidden by steam** and smoke,
some visible, some audible, and the scope and scale different for each ...
www.linux.org.uk/~telsa/Trips/iceland-3.html - 17k - Cached - Similar pages

Blackwell Synergy - Geology Today, Volume 19 Issue 2 Page 46-53 ...
Instead, there was a flat basin, peppered with boiling pools, half-**hidden by steam** that
poured from the adjacent glacier (photo 4). ...
www.blackwell-synergy.com/doi/abs/10.1046/j.1365-2451.2003.00401.x - Similar pages

PLOWS INTO TROOP TRAIN.; Engine Kills Lieut. Col. MacDonald and ...
I Several hundred persons were standing ', on the station platform cheering the' troop train
as it pulled out when the locomotive, **hidden by steam**, ...
query.nytimes.com/gst/abstract.html?
res=F30711FC3C5E11738DDDAB0A94D9405B878DF1D3 - 2k - Cached - Similar pages

Global Volcanism Program | Tinakula | Monthly Reports
The breached summit crater is mostly **hidden by steam** emissions. Photographed by Donn
Tolia, Director, Geological Survey of the Solomon Islands; ...
www.volcano.si.edu/world/volcano.cfm?vnum=0506-01=&volpage=var - 49k -
Cached - Similar pages

Neilson Reid
Behind it, almost **hidden by steam**, is another Neilson Reid product, Class 7A no 1007,
built in 1896 for the Cape Government Railway. ...
www.cat-flap.demon.co.uk/neilson.htm - 3k - Cached - Similar pages

Argentina: You want waterfalls? I'll give you waterfalls ...
... right into the mouth of the most powerful of all the waterfalls (it doesn't affect the view; the
construction is completely **hidden by steam** and spray). ...
travel.independent.co.uk/americas/article208886.ece - Similar pages

.: Lauklines :. [www.lauklines.no]

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 17 of 20

P. 2 of 140

N11

The shower in the dressing room. Two persons rolling in snow, effectively **hidden by steam**. Cooling Tip for brave people A third option is to jump into the ...
www.lauklines.no/sauna.aspx - 34k - Cached - Similar pages

1 **2** **3**     **Next**

---

| "hidden by steam" | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 1:08-cv-00242     Document 53-15     Filed 02/11/2008     Page 18 of 20



Web  Images  Maps  News  Shopping  Gmail  more ▼                                    Sign in

Google

| "hidden by steam" | Search | Advanced Search Preferences |

---

**Web**                          Results **11 - 20** of about 323 for **"hidden by steam"**. (0.08 seconds)

 ### Accents06-16-05
In Man on the Tracks, the faces of the protagonists are often **hidden by steam** coming from
the train engines. It is a chilling world of paranoia and betrayal ...
www.mssu.edu/accents/accents2006/accents04-07-06.htm - 26k - Cached - Similar pages

### Nightmare in Ormoc Bay
I saw her for just a second with both her bow and stern rising and her midships being down
and **hidden by steam** and vapor. ...
www.dd-692.com/nightmare.htm - 26k - Cached - Similar pages

### Zeroth Order Approximation: The Pasadena Rule (Part I of IV)
From where we stood, Halemaumau was a deep funnel leading down into the bowels of
Mauna Loa, its bottom **hidden by steam** and the curve of the slope. ...
zerothorderapprox.blogspot.com/2006/01/pasadena-rule-part-i-of-iv.html - 63k -
Cached - Similar pages

 ### Santiago
Some of these mountains are actually active volcanoes Their summits **hidden by steam**
and cloud. There are simply beautiful waterfalls everywhere, ...
fritzartist.net/journey/journey_1.htm - 16k - Cached - Similar pages

 ### Jg164413 843..853
**hidden by steam** behind the security fence. Site 3 (arrow) is just below the fence,. where
travertine is clearly seen as a white ...
www.ingentaconnect.com/content/geol/jgs/2007/00000164/00000004/art00013?
crawler=true - Similar pages

 ### Hooting Yard March 2006 : Blotzmann Bird Psychology Diagrams
... no Tiny Enid (by now an adult famed wherever people speak of daredevil adventuresses)
and no hedge **hidden by steam**. In fact there is no hedge at all, ...
www.hootingyard.org/archive/mar06.htm - 112k - Cached - Similar pages

### Principia Infecta: Realm of Steam
**Hidden by steam** and heat-cloud of the Vennas realm, no man since has set eyes upon
these Holies. Nor I, nor the good Voidmaster, the Prophet guide his soul. ...
www.principiainfecta.com/archives/2006/05/realm_of_steam.php - 22k -
Cached - Similar pages

 ### If I got this off steam.... - Total War Center Forums
... I just downloaded the game off of steam, I have no CD. As far as I can tell, all the data
files are either **hidden by steam** or on some other server. ...
www.twcenter.net/forums/showthread.php?t=88979 - 114k - Cached - Similar pages

 ### Catalog Fantastique A-F
Vader **hidden by steam** C-ESB-D4 Cont. #D3, lightsaber ignites as it flashes into Luke's
hand C-ESB-D5 MS of Vader, really steamed now, swinging lightsaber in ...
www.stillthings.com/FantastiqueA-F.html - 282k - Cached - Similar pages

[PDF] **The Dark Foundations**

Case 1:08-cv-00242    Document 53-15    Filed 02/11/2008    Page 19 of 20

File Format: PDF/Adobe Acrobat - View as HTML
deep alleys and towering slums **hidden by steam** and smoke. To his right, the. crimson orb
of Sarata was setting in dust clouds over a vast salt sea. ...
files.tyndale.com/thpdata/FirstChapters/978-1-4143-0767-1.pdf - Similar pages

**Previous** 1 2 3      **Next**

"hidden by steam"        Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Case 1:08-cv-00242   Document 53-15   Filed 02/11/2008   Page 20 of 20

*N14*

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

Google

| "hidden by steam" | | Search | Advanced Search |
|---|---|---|---|
| | | | Preferences |

Web   Books                              Results **21 - 25** of **25** for "hidden by steam". (0.04 seconds)

✓ Thirty-five Years at Crown Point Press: Making Prints, Doing Art - Google Books Result
by Karin Breuer, Ruth Fine, Steven A. Nash - 1997 - Art - 216 pages
... **hidden by steam** ...      *Partially hidden by steam from*      *[Caption]*
books.google.com/books?isbn=0520210611...      *Thermal pools, belongrage...*

✓ Project Gutenberg Etext Main-Travelled Roads, by Hamlin Garland ...
They were deep in the process; half-**hidden by steam** from the potatoes and stew, in less
than sixty seconds from their entrance. With a shrinking from the ...
www.gutenberg.org/dirs/etext01/matra10.txt - 483k - Cached - Similar pages

✓ Bill in Exile » Blog Archive » A LETTER TO BILL
I prefered Bill's story, though, because in McVicar the only payoff for all that time spent
naked and **hidden by steam** is an escape from prison. ...
www.billinexile.com/?p=1411 - 50k - Cached - Similar pages

*DUP* Metro Nonfiction Bookbag. - Google Books Result
by Metropolitan Teaching and Learning Company - 2001
... **hidden by steam** ...
books.google.com/books?isbn=076131413X...

✓ From Boys to Men: Gay Men Write About Growing Up - Google Books Result
by Robert Williams, Ted Gideonse - 2006 - Fiction - 336 pages
A woman bent over a kitchen sink in yellow light, her face **hidden by steam**. My shadow
lengthened on the street and I followed it, obeying some instinct. ...
books.google.com/books?isbn=0786716320...

*In order to show you the most relevant results, we have omitted some entries very similar to*
*the 25 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Previous** 1 2 3

| "hidden by steam" | Search |
|---|---|

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google