# EXHIBIT O

## to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# *EXHIBIT O*

## I. TALLY FOR SEARCH O:
### 50 articles with *thick steam*
### appearing from 5-14-07 to 1-2-08

Parameters specified on Westlaw USNEWS database:
"THICK STEAM"

**Usable examples: 6 examples, from 50 articles**
Unusable articles: 45 (42 duplicated articles, including 37 for the same APSports story; and 3 irrelevant uses, due to wrong syntax)

**The 6 usable examples illustrate how the word *steam* is used in ordinary language to refer to something that is not just visible, but sufficiently visible for the observer to rate its density as *thick* (as opposed to other situations, where the visible steam might be described as *mists of steam*).**

Usable data:

O-1: **Thick steam** rose from the pack [of animals? Context is unclear; headline is: *Scottish town feels pull of blood sport*]

O-3: ...which is a contributing factor to the refinery's steam plume traveling low to the ground and across the highway. The **thick steam** has contributed to multiple-vehicle accidents...

O-4: Images of Mt. Kelud's crater lake showed a dome had formed, but **thick steam** made it difficult to estimate its size, volcanologist Umar Rosadi said.

O-10: BUT SOME TEST ON DUST AND DEBRIS WERE POSITIVE FOR ASBESTOS. OUR REPORTER INTERVIEW FROM NICK PARRISH SHOWS THE **THICK STEAM** BELOWING [*sic*]IN THE WIND. TERRORISM IS NOT SUSPECTED IN YESTERDAY'S EXPLOSION...

O-13: " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race.

O45b: Gordon's radiator was on the verge of busting for the latter part of the race, with **thick steam** blowing from under the hood as he ran second to Johnson.

Examples with *thick steam* from other searches

J22: In the distance, **thick white steam** billowed from the nuclear plant whose taxes helped build a stadium with pristine fake turf, a sprawling glass press box and ...

K49: ...THE BLAST WAS SO STRONG.... IT SHOOK NEARBY BUILDINGS.... YOU CAN SEE THE **THICK CLOUD OF STEAM** .... RISING FROM THE STREET....

## II.  RESULTS LIST FOR SEARCH O

[Results List from Search O
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "THICK STEAM" |
| Date/Time of Request: | Monday, January 21, 2008 08:09:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 392 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.



QUERY - "THICK STEAM"                                        DATABASE(S) - USNEWS

1.   Scottish town feels pull of blood sport Close Up
      **Seattle Times (WA)** Author: Eli Saslow;  Author: The Washington Post;       Word Count: 2390
        1/2/08 STLTI A3 2008 WLNR 111394 ...

      ...in the 15-foot-wide alley.  Two hundred Uppies grunted and pushed in one direction; 115 Doonies held their ground.  **Thick steam** rose from the pack, and Thomson couldn't find fresh air.  He called out for space, but the screaming mob drowned  ...

2.   Scottish Town Feels the Pull of a Centuries-Old Blood Sport<
      **Washington Post** Author: Eli Saslow;       Word Count: 3285
        12/31/07 WP-BUS (No Page) 2007 WLNR 25722682 ...

      ...in the 15-foot-wide alley.  Two hundred Uppies grunted and pushed in one direction; 115 Doonies held their ground.  **Thick steam** rose from the pack, and Thomson couldn't find fresh air.  He called out for space, but the screaming mob drowned  ...

3.   BRIEF: Heavy fog prompts area road closures today
      **Beaumont Enterprise, The (Texas) (KRT)**      Word Count: 220
        11/25/07 KRT-BEAUENT (No Page) 2007 WLNR 23300367 ...

      ...which is a contributing factor to the refinery's steam plume traveling low to the ground and across the highway. The **thick steam** has contributed to multiple-vehicle accidents, including a 9-vehicle wreck in January, according to The Enterprise archives. The closure  ...

4.   Volcanos stir in Indonesia
      **Alameda Times-Star (CA)** Author: Irwan Firdaus, Associated Press;       Word Count: 676
        11/6/07 ALMDATIMSTR (No Page) 2007 WLNR 21961713 ...

      ...the unpredictable nature of the 5,679-foot mountain. Images of Mt. Kelud's crater lake showed a dome had formed, but **thick steam** made it difficult to estimate its size, volcanologist Umar Rosadi said. Around 40 miles southeast of Kelud, Mount Semeru was  ...

5.   Volcanos blast ash, lava, smoke over Indonesia
      **Daily Review, The (Hayward, CA)** Author: Irwan Firdaus, Associated Press;      Word Count: 707
        11/6/07 DAILYREVIEW (No Page) 2007 WLNR 21961604 ...

      ...the unpredictable nature of the 5,679-foot mountain. Images of Mt. Kelud's crater lake showed a dome had formed, but **thick steam** made it difficult to estimate its size, volcanologist Umar Rosadi said. Around 40 miles southeast of Kelud, Mount Semeru was  ...

6.   Volcanos stir in Indonesia
      **Oakland Tribune, The (CA)** Author: Irwan Firdaus, Associated Press;       Word Count: 676
        11/6/07 OKLDTR (No Page) 2007 WLNR 21961714 ...

      ...the unpredictable nature of the 5,679-foot mountain. Images of Mt. Kelud's crater lake showed a dome had formed, but **thick steam** made it difficult to estimate its size, volcanologist Umar Rosadi

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "THICK STEAM"                    DATABASE(S) - USNEWS

said. Around 40 miles southeast of Kelud, Mount Semeru was ...

7.  Series of Indonesian volcanos blast ash, lava and thick smoke clouds
    **AP DataStream**     Word Count: 708
     11/5/07 APDATASTREAM 18:14:30 ...

    ...the unpredictable nature of the 5,679-foot mountain. Images of Mt. Kelud's crater lake showed a dome had formed, but **thick steam** made it difficult to estimate its size, volcanologist Umar Rosadi said. Around 40 miles southeast of Kelud, Mount Semeru was  ...

8.  Brining adds flavor to chicken breasts
    **Dallas Morning News** Author: N/A;        Word Count: 431
     8/29/07 DALLASMN 7G 2007 WLNR 16869681 ...

    ...teaspoon salt Fresh chopped chives (optional) Coarsely ground black pepper (optional) Cut each potato into slices about 1/3-inch **thick**. **Steam** on stove top until barely tender, about 10 minutes. Transfer potato slices to a bowl, allow them to cool slightly  ...

9.  Fire up the flavor: GRILLED CHICKEN
    **Wichita Eagle (KS)** Author: KATHY MANWEILER, The Wichita Eagle;    Word Count: 877
     8/6/07 WCHTEAG d5 2007 WLNR 15067820 ...

    ...salt Optional seasonings: Fresh chopped chives and coarsely ground black pepper Cut each potato into slices about 1/3-inch **thick**. **Steam** on stove top until barely tender, about 10 minutes.  Transfer potato slices to a bowl, allow them to cool slightly  ...

10. CNN 12 PM 2007-07-19 12:23:15
    **CNN LIVE TODAY NOON** Author: N/A;        Word Count: 376
     7/19/07 CNNLIVETDY12PM (No Page) 2007 WLNR 13883070 ...

    ...YORK.  BUT SOME TEST ON DUST AND DEBRIS WERE POSITIVE FOR ASBESTOS.  OUR REPORTER INTERVIEW FROM NICK PARRISH SHOWS THE **THICK STEAM** BELOWING IN THE WIND.  TERRORISM IS NOT SUSPECTED IN YESTERDAY'S EXPLOSION, BUT FEARS SENT HUNDREDS OF PEOPLE RUN FOR COVER  ...

11. Lawmakers Focus on 'Greening' the Capitol
    **NPR All Things Considered** Author: N/A;        Word Count: 820
     6/21/07 ATCON (No Page) 2007 WLNR 11743694 ...

    ...showing me around the basement room in the Ford Building.  It's filled with big boilers and a row of **thick steam** pipes with valves the size of your car's steering wheel.  It's all very industrial-age-looking and very  ...

12. 12 News This Morning 2007-06-18 06:00:05
    **ABC 123 WISN-WI** Author: N/A;        Word Count: 505
     6/18/07 ABC123WISN-WI (No Page) 2007 WLNR 11447390 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "THICK STEAM"                    DATABASE(S) - USNEWS

... 1NO39 Wisconsin 1WI54 ABC ADVISORY BOY BYPASS CAPTIONING FAMILY FORECAST GRANDMOTHER HAZE HOME LEADING ABC MATT OVERNIGHT PRETTY **THICK STEAM** STORMS STRONGEST THICK AIR TV VOLUME ZOOM HOME CARGO LANDING INC REACH TRADE AND MARKETING ABC CAROLINE LYDERS DEMARCO MORGAN ...

13.    AP Sports NewsBrief at 8:11 p.m. EDT
       **AP Online** Author: N/A;      Word Count: 945
        5/14/07 APWIRES 00:11:54 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

14.    AP Sports NewsBrief at 8:19 p.m. EDT
       **AP Online** Author: N/A;      Word Count: 948
        5/14/07 APWIRES 00:19:21 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

15.    AP Sports NewsBrief at 8:46 p.m. EDT
       **AP Online** Author: N/A;      Word Count: 948
        5/14/07 APWIRES 00:46:26 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

16.    AP Sports NewsBrief at 9:07 p.m. EDT
       **AP Online** Author: N/A;      Word Count: 1060
        5/14/07 APWIRES 01:07:29 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

17.    AP Sports NewsBrief at 9:39 p.m. EDT
       **AP Online** Author: N/A;      Word Count: 1062
        5/14/07 APWIRES 01:39:16 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

18.    AP Sports NewsBrief at 10:17 p.m. EDT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "THICK STEAM"                                    DATABASE(S) - USNEWS

        **AP Online** Author: N/A;        Word Count: 1062
        5/14/07 APWIRES 02:17:27 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

19.      AP Sports NewsBrief at 10:18 p.m. EDT
        **AP Online** Author: N/A;        Word Count: 1062
        5/14/07 APWIRES 02:18:49 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

20.      AP Sports NewsBrief at 10:19 p.m. EDT
        **AP Online** Author: N/A;        Word Count: 1062
        5/14/07 APWIRES 02:19:53 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

21.      AP Sports NewsBrief at 10:21 p.m. EDT
        **AP Online** Author: N/A;        Word Count: 1062
        5/14/07 APWIRES 02:21:33 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

22.      AP Sports NewsBrief at 11:01 p.m. EDT
        **AP Online** Author: N/A;        Word Count: 1082
        5/14/07 APWIRES 03:01:47 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

23.      AP Sports NewsBrief at 11:12 p.m. EDT
        **AP Online** Author: N/A;        Word Count: 1081
        5/14/07 APWIRES 03:12:16 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "THICK STEAM"                          DATABASE(S) - USNEWS

24.     AP Sports NewsBrief at 11:21 p.m. EDT
        **AP Online** Author: N/A;      Word Count: 1087
         5/14/07 APWIRES 03:21:19 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

25.     AP Sports NewsBrief at 11:46 p.m. EDT
        **AP Online** Author: N/A;      Word Count: 1066
         5/14/07 APWIRES 03:47:03 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

26.     AP Sports NewsBrief at 11:47 p.m. EDT
        **AP Online** Author: N/A;      Word Count: 1066
         5/14/07 APWIRES 03:47:30 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

27.     AP Sports NewsBrief at 11:48 p.m. EDT
        **AP Online** Author: N/A;      Word Count: 1072
         5/14/07 APWIRES 03:48:48 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

28.     AP Sports NewsBrief at 11:49 p.m. EDT
        **AP Online** Author: N/A;      Word Count: 1072
         5/14/07 APWIRES 03:49:25 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

29.     AP Sports NewsBrief at 11:55 p.m. EDT
        **AP Online** Author: N/A;      Word Count: 1072
         5/14/07 APWIRES 03:55:30 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw**

QUERY - "THICK STEAM"                    DATABASE(S) - USNEWS

30.  AP Sports NewsBrief at 12:01 a.m. EDT
     **AP Online** Author: N/A;      Word Count: 1072
       5/14/07 APWIRES 04:01:24 ...

     ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

31.  AP Sports NewsBrief at 1:16 a.m. EDT
     **AP Online** Author: N/A;      Word Count: 1056
       5/14/07 APWIRES 05:16:46 ...

     ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

32.  AP Sports NewsBrief at 1:17 a.m. EDT
     **AP Online** Author: N/A;      Word Count: 1056
       5/14/07 APWIRES 05:17:20 ...

     ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

33.  AP Sports NewsBrief at 1:27 a.m. EDT
     **AP Online** Author: N/A;      Word Count: 1010
       5/14/07 APWIRES 05:27:38 ...

     ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

34.  AP Sports NewsBrief at 1:28 a.m. EDT
     **AP Online** Author: N/A;      Word Count: 971
       5/14/07 APWIRES 05:28:59 ...

     ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

35.  AP Sports NewsBrief at 1:30 a.m. EDT
     **AP Online** Author: N/A;      Word Count: 969
       5/14/07 APWIRES 05:30:45 ...

     ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - "THICK STEAM"                               DATABASE(S) - USNEWS

  36.    AP Sports NewsBrief at 1:36 a.m. EDT
        **AP Online** Author: N/A;    Word Count: 974
        5/14/07 APWIRES 05:36:34 ...

        ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

  37.    AP Sports NewsBrief at 2:20 a.m. EDT
        **AP Online** Author: N/A;    Word Count: 974
        5/14/07 APWIRES 06:20:10 ...

        ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

  38.    AP Sports NewsBrief at 5:34 a.m. EDT
        **AP Online** Author: N/A;    Word Count: 714
        5/14/07 APWIRES 09:34:59 ...

        ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

  39.    AP Sports NewsBrief at 7:05 a.m. EDT
        **AP Online** Author: N/A;    Word Count: 714
        5/14/07 APWIRES 11:05:47 ...

        ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

  40.    AP Sports NewsBrief at 7:53 a.m. EDT
        **AP Online** Author: N/A;    Word Count: 714
        5/14/07 APWIRES 11:53:13 ...

        ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

  41.    AP Sports NewsBrief at 8:23 a.m. EDT
        **AP Online** Author: N/A;    Word Count: 714
        5/14/07 APWIRES 12:23:07 ...

        ...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Westlaw.**

QUERY - "THICK STEAM"                    DATABASE(S) - USNEWS

thing should have ever made ...

42. AP Sports NewsBrief at 8:31 a.m. EDT
  **AP Online** Author: N/A;     Word Count: 714
  5/14/07 APWIRES 12:32:00 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

43. AP Sports NewsBrief at 8:48 a.m. EDT
  **AP Online** Author: N/A;     Word Count: 714
  5/14/07 APWIRES 12:48:12 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

44. AP Sports NewsBrief at 9:13 a.m. EDT
  **AP Online** Author: N/A;     Word Count: 714
  5/14/07 APWIRES 13:22:57 ...

...perfect in five Car of Tomorrow events. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

45. Jeff Gordon Wins at Darlington Raceway
  **AP Online - Sports**     Word Count: 1041
  5/14/07 APONLINESPORT 00:46:25 ...

...perfect in five Car of Tomorrow events. "I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

...out the top 10. Gordon's radiator was on the verge of busting for the latter part of the race, with **thick steam** blowing from under the hood as he ran second to Johnson. But a caution with 23 laps to go changed ...

46. Jeff Gordon Wins at Darlington Raceway
  **AP Online - Sports**     Word Count: 1041
  5/14/07 APONLINESPORT 03:55:27 ...

...perfect in five Car of Tomorrow events. "I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

...out the top 10. Gordon's radiator was on the verge of busting for the latter part of the race, with **thick steam** blowing from under the hood as he ran second to Johnson. But a caution with 23 laps

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "THICK STEAM"                    DATABASE(S) - USNEWS

to go changed  ...

47.    Jeff Gordon Wins at Darlington Raceway
       **AP Online - Sports** Author: N/A;        Word Count: 1041
        5/14/07 APONLINESPORT 13:51:15 ...

       ...perfect in five Car of Tomorrow events. "I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

       ...out the top 10. Gordon's radiator was on the verge of busting for the latter part of the race, with **thick steam** blowing from under the hood as he ran second to Johnson. But a caution with 23 laps to go changed  ...

48.    NASCAR NEXTEL CUP: DODGE AVENGER 500 Gordon keeping it cool
       **Charleston Gazette (WV)**        Word Count: 1054
        5/14/07 CHLST-GZ 1B 2007 WLNR 9194717 ...

       ...in the five Car of Tomorrow events. "I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made ...

       ...out the top 10. Gordon's radiator was on the verge of busting for the latter part of the race, with **thick steam** blowing from under the hood as he ran second to Johnson. But a caution with 23 laps to go changed  ...

49.    Darling of Darlington; Gordon gives Hendrick team another victory
       **Chicago Sun Times (IL)** Author: Associated Press;        Word Count: 559
        5/14/07 CHISUN 86 2007 WLNR 9118766 ...

       ...the Car of Tomorrow has been used. "I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. " There's no way that thing should have ever made  ...

50.    Gordon's victory steam-powered
       **CHICAGO TRIBUNE** Author: FROM NEWS SERVICES;        Word Count: 66
        5/14/07 CHICAGOTR 17 2007 WLNR 9154514 ...

       ...of the season Sunday at Darlington Raceway. " I can't believe that thing lasted," Gordon said of his motor, which had **thick steam** streaming out of it for the last hour of the race. AUTO RACING PRO SPORTS: SHORTSTOPS Gordon Jeff Gordon  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.