# EXHIBIT P

## to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

# *EXHIBIT P*

## I. TALLY FOR SEARCH P:
### 28 articles with *visible steam* appearing from 11/19/89 to 2/14/07

Parameters specified on Westlaw USNEWS database:
   "VISIBLE STEAM"

**Usable examples: 18, from 28 articles**
Unusable articles: 10 (5 duplicated articles, 2 abstract use, 3 irrelevant uses, due to wrong syntax and/or too little context to interpret)

**The 18 usable examples all demonstrate that the word *steam* is used in ordinary language to describe something that is visible.**

Usable data:

**9 examples of *visible steam*:**
P8:   ...but after watching him fill his lungs with compressed air and blow **visible steam** into a warm restaurant, I was impressed.
P10:  Snow is on the ground, but a lack of **visible steam** in the breath of the actors tells us the weather is not particularly cold....
P15:  If the vent fan will not clear the bathroom of all **visible steam** in a few minutes after a shower...
P17:  **Visible steam** is either water that is not yet hot enough to form this vapor or...
P20:  In addition, they say they have added a $5 million system to the plant's towers to ensure that no **visible steam** will be emitted on cold days when such plumes otherwise would be expected.
P22:  ...ideally, [the fan] should vent all **visible steam** within a minute or two after the shower is turned off...
P23:  ...fog and the more **visible steam** which arose when water was put directly on the container contents accounted for the large amount of smoke in the...
P25:  ...said he meant that "you should be able to put your hand on a vent and there should be no **visible steam**."
P28:  The jungle kept to itself at first--very closed and secretive, nothing but **visible steam** swirling around us like a veil.

**7 examples of** *visible steam plume(s)***:**

P1:  ...operation of the new Atlantic States emissions system has... Eliminated the visible steam plume for the first time since 1856...

P2:   Lot of volcanoes spit out **visible steam plumes**, and Sunday was a good night to see them.

P13:   It would also eliminate **highly visible steam plumes** from the plant's cooling mechanism.

P16:  Additions include devices to prevent any **visible steam plume** from the plant...

P18:  The dry cooling method would eliminate the **visible steam plume** from the facility and protect fish.

P21:  ...the plant would operate quietly, with no cooling towers or **visible steam plumes.**

P26:  Actually, the CAWCD said, the air pollution equipment "will create a **highly visible steam plume**" and a nitrous oxide haze around the plant at Page, Ariz., and over Lake Powell, a popular recreation area  ...

**2 others:**

P3:  ...cleaning and/or chemical sanitizing solutions if: (1) The steam block is equipped with a **visible steam trace** that exits at the bottom of the steam block;

P11:  ...the plume would hold enough moisture to form a **visible steam cloud**...

## II.  RESULTS LIST FOR SEARCH P

[Results List from Search P
using Westlaw USNEWS
appears on following pages]

**Westlaw Download Summary Report for FIELDER,AMANDA M 5828046**

| | |
|---|---|
| Your Search: | "VISIBLE STEAM" |
| Date/Time of Request: | Monday, January 21, 2008 08:03:00 Central |
| Client Identifier: | 666666.666666 |
| Database: | USNEWS |
| Lines: | 238 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

Westlaw.
QUERY - "VISIBLE STEAM"                    DATABASE(S) - USNEWS

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "VISIBLE STEAM"                    DATABASE(S) - USNEWS

1. Atlantic States is First Foundry in North America to Demonstrate Reduced Mercury Emissions
   **Business Wire** Author: N/A;       Word Count: 721
   2/14/07 BWIRE 17:00:00 ...

   ...operation of the new Atlantic States emissions system has:  -- Reduced natural gas and electricity consumption  -- Decreased waste generation  -- Eliminated the **visible steam** plume for the first time since      1856  -- Reduced noise levels associated with daily operations  -- Improved safety and facility housekeeping   About ...

2. Glacier steams on Fourpeaked Mountain VOLCANO: Ash is no cause for concern now, experts say.
   **Anchorage Daily News (AK)** Author: ANNE AURAND Anchorage Daily News;  Author: Staff;  Word Count: 560
   9/19/06 KRT-ANCHDN B1 2006 WLNR 16297303 ...

   ...didn't register anything.  But there are no seismometers right on Fourpeaked or Douglas, she said.  Lot of volcanoes spit out **visible steam** plumes, and Sunday was a good night to see them.  Homer residents had exceptional viewing: no wind, clear skies.  Many ...

3. Grade "A" Pasteurized Milk Ordinance
   **RegAlert** Author: N/A;       Word Count: 175762
   8/2/06 REGALERT (No Page) 2006 WLNR 14096124 ...

   ...milk and milk product and cleaning and/or chemical sanitizing solutions if: (1) The steam block is equipped with a **visible steam** trace that exits at the bottom of the steam block; (2) The steam trace is equipped with a temperature sensor  ...

4. Details for Regulation Grade "A" Pasteurized Milk Ordinance : 2005 Revision
   **RegAlert** Author: N/A;       Word Count: 175123
   6/28/06 REGALERT (No Page) 2006 WLNR 23344131 ...

   ...milk and milk product and cleaning and/or chemical sanitizing solutions if: (1) The steam block is equipped with a **visible steam** trace that exits at the bottom of the steam block; (2) The steam trace is equipped with a temperature sensor  ...

5. Coffee can fuel creativity
   **Worcester Telegram & Gazette (MA)** Author: Chris Sinacola;       Word Count: 978
   1/22/06 TGMGZTWM 1 2006 WLNR 1245631 ...

   ...profound beings, such as Plato, Pyrrho, the Devil, Jupiter, Dante, and so on, there always goes up a certain semi-**visible steam**." Melville then connects this steam to "the invariable moisture of my hair, while plunged in deep thought, after six cups  ...

6. Pasteurized Milk And Milk Products
   **RegAlert** Author: N/A;       Word Count: 73099
   5/27/05 REGALERT (No Page) 2005 WLNR 8855643 ...

   ...milk and milk product and cleaning and/or chemical sanitizing solutions if: i. The steam block is equipped with a **visible steam** trace that exits at the bottom of the steam block; ii. The steam trace is

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "VISIBLE STEAM"                    DATABASE(S) - USNEWS

  equipped with a temperature sensor  ...


7.      Atlantic States to Become First Foundry in North America to Reduce Mercury Emissions
         **Business Wire** Author: N/A;        Word Count: 817
          5/4/05 BWIRE 17:18:00 ...

         ...in carbon monoxide emissions by 60%   -- Cost savings in natural gas and electricity consumption, and       waste disposal   -- Elimination of the **visible steam** plume for the first time       since 1856  -- Reduction in noise levels associated with daily operations   -- Improved safety and facility housekeeping  ...


8.      SUOS U PIOB: UP WITH PIPES; The drones, dance and drums of the Boise Highlanders
         **Boise Weekly** Author: Anonymous;       Word Count: 1403
          12/8/04 BOISEWKLY 13 2004 WLNR 16897700 ...

         ...of practice he doesn't feel up to par, but after watching him fill his lungs with compressed air and blow **visible steam** into a warm restaurant, I was impressed. "It's not the volume of air, it's the pressure built up in the  ...


9.      BOSTON POP MIRABELLI AND RAMIREZ GET THE SOX BACK IN TUNE
         **Boston Globe (MA)** Author: Kevin Paul Dupont Globe Staff ;       Word Count: 1062
          8/25/04 BOSTONG G1 2004 WLNR 3594372 ...

         ...Jays skipper John Gibbons took up the discussion with Randazzo, and eventually everyone agreed to disagree.   Play continued, with no **visible steam** pluming out of Zaun's mask.   The Jays tacked on another run in the third when No. 2 hitter Orlando Hudson  ...


10.     `Uprising' an inspiring story of courage
         **UNION-TRIBUNE** Author: Robert P. Laurence,TELEVISION CRITIC;       Word Count: 766
          11/2/01 SDUT E3 2001 WLNR 12021759 ...

         ...a noticeable lack of realism, though it was filmed in Slovakia.   Snow is on the ground, but a lack of **visible steam** in the breath of the actors tells us the weather is not particularly cold.   Food is said to be scarce  ...


11.     We Americans are learning slowly, painfully how to respond to terrorism
         **LANCASTER NEW ERA (PA)** Author: Brubaker, Jack;       Word Count: 1086
          10/26/01 LANCNE 8 2001 WLNR 4902936 ...

         ...in the opposite direction by car....  For the first few minutes the plume would hold enough moisture to form a **visible steam** cloud, signaling both the exact moment of release and the direction of the wind.   The would-be nuclear refugee sagely  ...


12.     If you seek inspiration, look around you
         **Grand Rapids Press, The** Author: Terri Finch Hamilton / The Grand Rapids Press;       Word Count: 2118
          10/17/00 GRPR B1 2000 WLNR 7823914 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "VISIBLE STEAM"                    DATABASE(S) - USNEWS

...a blue-black surface beyond the dropoff to deep water.  Far out on the horizon a sliver of freighter, barely **visible**, **steams** south to Chicago.    The trail turns north.  We stay west and traverse a short stretch of open dunes, buried now  ...

13.    IN BUSINESS; 'Dry Cooling' Technology Required for Power Plant
         **New York Times (NY)** Author: ROBERT WORTH;       Word Count: 145
          6/11/00 NYT 8 2000 WLNR 3279481 ...

...fish in the Hudson River by reducing the amount of water the plant would use.  It would also eliminate highly **visible steam** plumes from the plant's cooling mechanism.  Local environmentalists applauded the decision.  Pacific Gas &amp; Electric, which wants to build the plant ...

14.    Moxie kept Helling downstairs
         **Fort Worth Star-Telegram (Fort Worth)**      Word Count: 835
          4/10/00 FTWTHST 1 2000 WLNR 1286582 ...

...between Helling's pride and Oates' patience.  You've watched it unfold - Oates walking to the mound, quick hook in hand, while **visible steam** seems to spew from Helling's ears.    "The day I'm happy when he comes to the mound to take me out  ...

15.    CONCRETE ROOF LEAK OFTEN TIP OF REAL PROBLEM
         **San Francisco Examiner (CA)** Author: MARK HETTS;      Word Count: 976
          3/15/00 SFEXCA 2 2000 WLNR 5068 ...

...long for some of the lower-capacity vent fans.  If the vent fan will not clear the bathroom of all **visible steam** in a few minutes after a shower, you might want to invest in a more powerful fan, as well.  Hope  ...

16.    Soda mining project primed Industrial venture clears BLM hurdles
         **Denver Post (CO)** Author: Nancy Lofholm, Denver Post Western Slope Bureau;      Word Count: 731
          1/7/00 DENVERPOST B06 2000 WLNR 543616 ...

...about 135 employees and with $1 million in project extras added to allay concerns.  Additions include devices to prevent any **visible steam** plume from the plant and brown paint that makes the 13 buildings on the site blend in with the surrounding  ...

17.    Q & A
         **New York Times (NY)** Author: C. CLAIBORNE RAY;       Word Count: 300
          9/14/99 NYT F2 1999 WLNR 3010858 ...

...steam does not contain any unevaporated water.  Steam vapor forms at temperatures above the boiling point, normally 212 degrees Fahrenheit.  **Visible steam** is either water that is not yet hot enough to form this vapor or, in the case of your kettle  ...

18.    2 AGENCIES WEIGH IN ON POWER PLANT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "VISIBLE STEAM"                                DATABASE(S) - USNEWS

    **Albany Times Union (NY)** Author: CLAIRE HUGHES Business writer;   Word Count: 880
    7/7/99 TIMESUN E1 1999 WLNR 389386 ...

...some pollutants from the proposed plant than the company's proposed air-cooling system.  The dry cooling method would eliminate the **visible steam** plume from the facility and protect fish.  Ultimately, the state Board on Electric Generation Siting and the Environment will consider  ...


19.  [New York State Agencies Urge Power Company to Alter Plant Proposal](#)
    **Times Union (Albany, NY) (KRT)** Author: Claire Hughes;   Word Count: 854
    7/7/99 TIMESUN (No Page) 1999 WLNR 6305997 ...

...some pollutants from the proposed plant than the company's proposed air-cooling system.  The dry cooling method would eliminate the **visible steam** plume from the facility and protect fish.  Ultimately, the state Board on Electric Generation Siting and the Environment will consider  ...


20.  POWER PLANT REPORT RELEASED COYOTE VALLEY: CALPINE DATA INDICATES PROPOSED FACILITY WOULD BE A SIGNIFICANT SOURCE OF SMOG-PRODUCING POLLUTANTS.
    **San Jose Mercury News (CA)** Author: BARRY WITT, Mercury News Staff Writer ;   Word Count: 1120
    5/1/99 SJMERCN 1B 1999 WLNR 1728513 ...

...future.  In addition, they say they have added a $5 million system to the plant's towers to ensure that no **visible steam** will be emitted on cold days when such plumes otherwise would be expected.   "We think we've done a good job  ...


21.  POWER PLANT PROPOSED FOR LIBERTYVILLE RESIDENTS WORRY ABOUT POLLUTION AND WATER USE
    **CHICAGO TRIBUNE**     Word Count: 825
    3/25/99 CHICAGOTR 1 1999 WLNR 6869532 ...

...in Lake County are experiencing problems," he said. Wassilkowsky said the plant would operate quietly, with no cooling towers or **visible steam** plumes.  Water consumption would be 100,000 to 115,000 gallons a day from Lake Michigan, he said.  The plant would operate  ...


22.  FOR DRY BATHROOM, VENT FAN TO OUTSIDE OF HOUSE
    **Seattle Times (WA)** Author: N/A;     Word Count: 733
    4/12/98 STLTI G3 1998 WLNR 1518169 ...

...not enter when the fan is off.    As for how powerful the fan should be, ideally it should vent all **visible steam** within a minute or two after the shower is turned off, and the walls should be dry to the touch  ...


23.  VIADUCT REOPENS AFTER WRECK AT TRAIN YARD BLASTING CAP FIRE SHUTS DOWN AREA
    **Cincinnati Post (OH)**     Word Count: 449
    6/21/96 CINPOST 5A 1996 WLNR 840999 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.



QUERY - "VISIBLE STEAM"				DATABASE(S) - USNEWS

...container with water, while inside the blasting caps detonated harmlessly.   Assistant Fire Chief Gary Auffart said fog and the more **visible steam** which arose when water was put directly on the container contents accounted for the large amount of smoke in the  ...


24.    LIBERTY SHIP VOLUNTEER KEEPS MASSIVE ENGINE HUMMING RICHARD BRANNON KNOWS THE INTIMATE WORKINGS OF THE 50-YEAR-OLD BEHEMOTH THAT POWERS THE S.S. JEREM...
  **PORTLAND PRESS HERALD** Author: By Ted Cohen Staff Writer Dennis Hoey, staff writer, contributed to this report.;       Word Count: 861
    8/10/94 PTLD-PH 1A 1994 WLNR 4000104 ...

...boilers that create steam for the three cylinders.    Triple expansion engines are unique in that all the moving parts are **visible**.  **Steam** passes through three pistons, which are connected to a crank shaft and propeller shaft.  The low-pressure piston is 70  ...


25.    STEAMED: PHILADELPHIA AND ITS PEDESTRIANS
  **Philadelphia Inquirer (PA)** Author: Inga Saffron, INQUIRER STAFF WRITER;       Word Count: 1862
    9/26/93 PHILA-INQ M01 1993 WLNR 1992908 ...

...said he meant that "you should be able to put your hand on a vent and there should be no **visible steam**."    If Smith can make good on the promise, it would be a great improvement for Philadelphia.  The trouble is, vents  ...


26.    NAVAJO STATION'S LARGEST CUSTOMER CALLS EPA PLAN A 'FLAGRANT WASTE'
   **Utility Environment** Author: N/A;       Word Count: 545
    9/20/91 UTENVR 1 1991 WLNR 1607267 ...

...wintertime improvement in the haze at the Canyon.    Actually, the CAWCD said, the air pollution equipment "will create a highly **visible steam** plume" and a nitrous oxide haze around the plant at Page, Ariz., and over Lake Powell, a popular recreation area  ...


27.    BIGGEST CUSTOMER OF NAVAJO STATION COMPLAINS TO EPA ON SCRUBBER COSTS
  **Electric Utility Week** Author: N/A;       Word Count: 640
    9/16/91 ELUTW 4 1991 WLNR 1581999 ...

...CAP) would rise 7% to 10% if the rule goes into effect.    The air pollution equipment "will create a highly **visible steam** plume" and a nitrous oxide haze around the power plant at Page, Ariz., and over Lake Powell, a heavily-used  ...


28.    Monteverde Cloud Forest Is a Costa Rican Wonder
   **Los Angeles Times**      Word Count: 1919
    11/19/89 LATIMES 9 1989 WLNR 2658307 ...

...of the May-to-November rainy season. The jungle kept to itself at first--very closed and secretive, nothing but **visible steam** swirling around us like a veil.   I couldn't decide whether to scour the ground or search the treetops for signs  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

QUERY - "VISIBLE STEAM"                    DATABASE(S) - USNEWS

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.