# EXHIBIT Q

## to Levi Declaration

Case 1:08-cv-00242    Document 53-18    Filed 02/11/2008    Page 1 of 2

Prof. Judith N. Levi  
Department of Linguistics  
Northwestern University  

Whirlpool Corp. case re *steam*  
Attorney: J. A. Cragwall, Jr.  
January 2008  

## *EXHIBIT Q*

### SUMMARY OF DATA FOR ALL WESTLAW SEARCHES (A-P)

| Search | Phrase(s) sought | # articles requested or received | Total usable examples | Nouns + verbs (N + V) | Total unusable examples |
|---|---|---|---|---|---|
| A | *steam* | 100 | 63 | 57 +6 | 45 |
| B | *steam* w suffix(es) [*steam* excluded] | 100 | 31 | 6 *steamy*, 6 *steaming*, 15 *steamed*, 4 *steamer* | 71 |
| C | *steam* within 4 words of *see* | 50 | 7 | 7 N | 43 |
| D | *steam* | 100 | 60 | 53 + 7 | 48 |
| E | *steam* w suffix(es) [*steam* included] | 100 | 29 (w suffixes) | 3 *steamy*, 9 *steaming*, 11 *steamed*, 3 *steamer*, 2 *steams* | 71 [many are in Search D] |
| F | *see steam, see the steam, see lots of steam* | 50 | 15 | 15 + 0 | 35 |
| G | *saw steam, saw some steam* | 50 | 24 | 24 N | 26 |
| H | *see/sees/seeing/ seen some steam* | 33 | 14 | 14 N | 19 |
| I | *mist(s) of steam* | 40 | 28 | 28 N | 12 |
| J | *steam* within 1 word of a form of *billow* e.g., *billowing steam* or *steam billowed* | 50 | 21 | 21 N | 30 |
| K | *cloud(s) of steam* | 50 | 36 | 36 N | 14 |
| L | *white steam* | 50 | 18 | 18 N | 32 |
| M ** | *steam obscuring* | 3 | 3 | 3 N | zero |
| N ** | *hidden in/by steam* | 8 | 1 | 8 N | 7 |
| O | *thick steam* | 50 | 6 | 6 N | 45 |
| P | *visible steam* | 28 | 18 | 18N | 10 |
| **16** | *TOTALS* | **862** | **374** | **262 nouns** | **508** |

**Notes**: ** signifies that additional data were sought through Google searches.  
The total number of examples (usable + unusable) may exceed the total number of articles, if any articles contain multiple examples of the word(s) being sought.  
Searches A-C were run on the Westlaw ALLNEWS database.  
Searches D-P were run on the Westlaw USNEWS database.