# EXHIBIT R

# to Levi Declaration

Prof. Judith N. Levi  Whirlpool case re *steam*
Department of Linguistics  Attorney: J. A. Cragwall, Jr.
Northwestern University  January 2008

## *EXHIBIT R*

## DICTIONARY DEFINITIONS OF *STEAM* AS A NOUN

### I. SUMMARY CHART

The four dictionaries I have examined are listed below in alphabetical order, abbreviated as follows:
- AHD: *The American Heritage Dictionary of the English Language,* 4th ed., 2006.
- MWCD: *Merriam-Webster's Collegiate Dictionary*, 11th ed., 2003.
- NOAD: *The New Oxford American Dictionary,* 2d ed., 2005.
- WTNID: *Webster's Third New International Dictionary of the English Language Unabridged* (2002).

| Dictionary | Sense | Definition |
|---|---|---|
| AHD | visible steam | a mist of cooling vapor |
| MWCD | visible steam | the mist formed by the condensation on cooling of water vapor |
| NOAD | visible steam | the vapor into which water is converted when heated, forming a white mist of minute water droplets in the air |
| WTNID | visible steam | the mist formed by the condensation on cooling of water vapor: visible vapor |
| AHD | invisible steam | the vapor phase of water |
| MWCD | invisible steam | the invisible vapor into which water is converted when heated to the boiling point |
| NOAD | invisible steam | the invisible gaseous form of water, formed by boiling, from which this vapor condenses[1] |
| WTNID | invisible steam | the invisible vapor into which water is converted when heated to the boiling point: water in the state of vapor |

---

[1] Although the wording here is not crystal clear, it appears to me that the words *this vapor* denote the vapor that is referred to in the "core sense" of the NOAD definition of the noun *steam.* That is, the NOAD organizes its entries into a core sense, with subsenses following. In the case of the noun *steam,* the core sense is defined as "the vapor into which water is converted when heated, forming a white mist of minute water droplets in the air," and the sense corresponding to "invisible steam" is treated as a subsense of that core sense. Because of this, it seems most plausible to interpret the phrase *from which this vapor condenses* to mean *from which* [visible steam] *condenses.* See the entire dictionary entry on p. 1657 of the NOAD, which is reproduced in Exhibit Q.

2

## II. DICTIONARY ENTRIES (DEFINITIONS)
### FOR: *steam, mist,* and *vapor*

NB:  The entries from each dictionary for *mist* and *vapor* are included because these two words are often used in the senses identified within each entry for *steam.*

(1)  *The American Heritage Dictionary of the English Language,* Fourth Edition (2006).  In its introductory notes under "Order of Senses" (p. xxxiv), this dictionary states:

> "Entries containing more than one sense are arranged for the convenience of contemporary dictionary users **with the central and often the most commonly sought meaning first.**  Senses and subsenses are grouped to show their relationships with each other..."  [Boldface added.]

*steam* **as noun** [p. 1696]
1a. The vapor phase of water.
b. A mist of cooling water vapor.
2a. Pressurized water vapor used for heating, cooking, or to provide mechanical power.
b. The power produced by a machine using pressurized water vapor.
c. Steam heating.
3. Power; energy.

*mist* **as noun** [p. 1126]
1. A mass of fine droplets of water in the atmosphere near or in contact with the earth.
2. Water vapor condensed on and clouding the appearance of a surface.
3. Fine drops of a liquid, such as waer, perfume, or medicaton, sprayed into the air.
4. A suspension of fine drops of a liquid in a gas.
5. Something that dims or conceals.
6. A haze before the eyes that blurs the vision.
7. Something that produces or gives the impression of dimness or obscurity... [abstract]
8. A drink consisting of a liquor served over cracked ice.

*vapor* **as noun** [p. 1902]
1. Barely visible or cloudy diffused matter, such as mist, fumes, or smoke, suspended in the air.
2a. The state of a substance that exists below its critical temperature and that may be liquefied by application of sufficient pressure.
 b. The gaseous state of a substance that is liquid or solid under ordinary conditions.
3a. The vaporized form of a substance for use in industrial, military, or medical processes.
 b. A mixture of a vapor and air, as the explosive gasoline-air mixture burned in an internal-combustion engine.
4. *Archaic.*  [omitted as irrelevant here]
5. **vapors** *Archaic.*  [omitted as irrelevant here]

(2) *<u>Merriam-Webster's Collegiate Dictionary</u>* Eleventh Edition (2003).  In its Explanatory Notes, under Divison of Senses (p. 20a), this dictionary first states:
> The system of separating the various senses of a word by numerals and letters is a lexical convenience.  **It reflects something of their semantic relationship, but it does not evaluate senses or set up a hierarchy of importance among them.** [Boldface added.]

On the same page, under "Order of Senses," it continues to explain:
> The order of senses within an entry is historical: **the sense known to have been first used in English is entered first.**... When a numbered sense is further subdivided into lettered subsenses, the inclusion of particular subsenses within a sense is based upon their semantic relationship to one another, but **their order is likewise historical**:  subsense 1a is earlier than 1b, 1b is earlier than 1c, and so forth...Subsenses may be out of historical order, however, with respect to the broader numbered senses...[Boldface added.]

Note that the entry for *steam* in this dictionary follows closely the entry – shown below -- in *Webster's Third New International Dictionary of the English Language Unabridged (2002),* but is briefer, in keeping with the more concise format and size of a collegiate dictionary compared to an unabridged dictionary.

*steam* **as noun** [p. 1221]
1:  a vapor arising from a heated substance
2a:  the invisible vapor into which water is converted when heated to the boiling point
 b:  the mist formed by the condensation on cooling of water vapor
3a:  water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work;  *also,* the power so generated (full ~ ahead)
> [The senses provided after these are abstract (as in *got here on his own steam*), or derived from basic senses (as in *travel by steam* to mean *travel by steamship*), and thus are not relevant to this case. For more detail, see p. 1221 of this dictionary.]

*mist* **as noun** [p. 795]
1:  water in the form of particles floating or falling in the atmosphere at or near the surface of the earth and approaching the form of rain
2: something that obscures understanding (~s of antiquity)
3: a film before the eyes
4a: a cloud of small particles or objects suggestive of a mist
  b:  a suspension of a finely divided liquid in a gas
  c:  a fine spray
5: a drink of liquor served over cracked ice

*vapor* **as noun** [p. 1393]
1: diffused matter (as smoke or fog) suspended floating in the air and impairing its transparency
2a:  a substance in the gaseous state as distinguished from the liquid or solid state

4

   b:  a substance (as gasoline, alcohol, mercury, or benzoin) vaporized for industrial, therapeutic, or military uses; *also*: a mixture (as the explosive mixture in an internal combustion engine) of such a vapor with air
3a:  something unsubstantial or transitory: PHANTASM
  b:  a foolish or fanciful idea
4 *pl* a:  *archaic* ..... b....[both omitted here as irrelevant]

(3)  ***The New Oxford American Dictionary*** SECOND EDITION (2005).  In its introductory notes under "Structure: Core Sense and Subsense," this dictionary states:

> Within each part of speech, the first definition given is the **core sense.**  The general principle on which the senses in the *New Oxford American Dictionary* are organized is that each word has at least one core meaning, to which a number of subsenses may be attached.  If there is more than one core sense... this is introduced by a bold sense number.  Core meanings represent typical, central uses of the word in question in modern standard English, as established by research on and analysis of American and World English through corpora (language databanks) and citation databases.  The core meaning is the one that represents the most literal sense that the word has in ordinary modern American usage.  This is not necessarily the same as the oldest meaning, because word meanings change over time.  Nor is it necessarily the most frequent meaning, because figurative senses are sometimes the most frequent. It is the meaning accepted by native speakers as the one that is most established as literal and central.
>
> The core sense also acts as a gateway to other, related subsenses.  These subsenses are grouped under the core sense, each one being introduced by a solid square symbol.

*steam* **as noun** [p. 1657]
[core sense] the vapor into which water is converted when heated, forming a white mist of minute water droplets in the air.
[subsenses, preceded by small square symbol in the original]
- the invisible gaseous form of water, formed by boiling, from which this vapor condenses.
- the expansive force of this vapor used as a source of power for machines...

[Later subsenses, found on p. 1657 of this dictionary, are abstract and/or irrelevant to this case..]

*mist* **as noun** [p. 1085]
[core sense]  a cloud of tiny water droplets suspended in the atmosphere at or near the earth's surface limiting visibility, but to a lesser extent than fog; strictly, with visibility remaining above 1.5 miles (1 km): *the peaks were shrouded in mist* | [in *sing.*] *a mist rose out of the river*

5

[subsenses, preceded by small square symbol in the original]
- [in *sing.*] a condensed vapor settling in fine droplets on a surface: *a breeze cooled the mist of perspiration that had dampened her temples*
- [in *sing.*] a haze or film over the eyes, esp. caused by tears, and resulting in blurred vision ... [example omitted here, since the sense is irrelevant here]
- used in reference to something that blurs one's perceptions or memory [[example omitted here, since the sense is irrelevant here]

*vapor* **as noun** [p. 1860]
[core sense] a substance diffused or suspended in the air, esp. one normally liquid or solid: *dense clouds of smoke and toxic vapor | chemical vapors*
[subsenses, preceded by small square symbol in the original]
- *Physics* a gaseous substance that is below its critical temperature, and can therefore be liquefied by pressure alone.  Compare with GAS.
- (**the vapors)** *dated* [omitted as irrelevant here]

(4) *Webster's Third New International Dictionary of the English Language Unabridged* (2002).  In its introductory notes under SENSE DIVISION, this dictionary states:
> "The order of senses is historical: **the one known to have been first used in English is entered first."** [Boldface added.]

*steam* **as noun** [p. 2232]
1a:  a vapor arising from some heated substance:  EXHALATION (a ~ of incense)
 b:  *archaic*:  stale air... [not relevant in present case]
2a:  the invisible vapor into which water is converted when heated to the boiling point: water in the state of vapor
 b:  the mist formed by the condensation on cooling of water vapor: visible vapor
3a:  water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work; *also,* the power so generated (full ~ ahead)
> [As in the entry in *Merriam-Webster's Collegiate Dictionary* described above, the senses provided after these are abstract (as in *got here on his own steam*), or derived from basic senses, as in *travel by steam* to mean *travel by steamship*), and thus are not relevant to this case.  For more detail, see p. 2232 of this dictionary.]

*mist* **as noun** [p. 1446]
[illustrative examples omitted from senses 1-4]
1:  water in the form of particles suspended in the atmosphere at or near the surface of the earth:  small water droplets floating or falling, approaching the form of rain, and sometimes distinguished from fog as being more transparent or as having particles perceptibly moving downward...
2: something that hides or blurs objects or concepts:  something that dims or obscures one's perception or understanding...
3: a dimness of vision:  a haze or film before the eyes...

6

4a: a cloud of small particles or objects resembling or suggestive of a mist
   b: a suspension of a finely divided liquid in a gas:  FOG
   c: a fine spray
5 or **mist gray** [color term; irrelevant sense]


*vapor* **as noun** [p. 2533]
1: diffused matter (as smoke, fog, mist, steam, or an exhalation) suspended floating in the air and impairing its transparency (cold motors turning over and the ~ from the exhausts steaming – R.H. Newman)
2a: a substance in the gaseous state as distinguished from the liquid or solid state:  a gasified liquid or solid: a gaseous substance that is at a temperature below its critical temperature and therefore liquefiable by pressure alone
   b: a substance (as gasoline, alcohol, mercury, or benzoin) vaporized for industrial, therapeutic, or military uses; *also*: a mixture (as in an internal combustion engine) of such a vapor with air
3a: *archaic:*  something unsubstantial or transitory... [irrelevant here]
   b: a foolish or fanciful idea... [irrelevant here]
4  **vapors** a:  *archaic* .....  b....[both omitted here as irrelevant]
5 : a medicinal agent designed for administration in the form of inhaled vapor