# EXHIBIT S

## to Levi Declaration

Prof. Judith N. Levi
Department of Linguistics
Northwestern University

Whirlpool case re *steam*
Attorney: J. A. Cragwall, Jr.
February 2008

## *EXHIBIT S (first part)*

### I.  TALLY FOR SEARCH Q:
#### 141 articles with *steamy*
#### appearing after January 27, 2008

Parameters specified on Westlaw ALLNEWS database:
> **STEAMY** & DA(AFT 1/27/08)% STEAMY/5 (DRAMA NOVEL PLAY FICTION AFFAIR
> SCANDAL FILM MOVIE PLOT EDITION)

Note:  Because the Westlaw ALLNEWS database was used, the sources included non-US
publications.  To keep this tally comparable to Searches D-P, which drew only on the US
sources in the Westlaw USNEWS, all articles from non-US sources were excluded.

Total articles in Results List: 141
Total non-US articles:  44
Total US articles:  98
Unusable US articles:  68
- 31 duplicates of US articles
- 37 US articles where **steamy** was used with an abstract sense (mostly, in
  sense meaning 'erotic, sexy')

**Usable US articles**: 30 articles (containing 31 examples of *steamy*)

Judging by the 31 examples in Search Q, plus the 9 examples from Searches B and E, I
have observed that **the adjective *steamy* has multiple senses**, **including these three
non-abstract senses used to describe physical phenomena:**
> **1) "unusually/very hot and humid"** (used to describe weather, or the air or
> atmosphere in an indoor enclosure of some kind; or the place where that weather or air is
> experienced)
> **2) "steam-emitting"** (used to describe a physical object or source, such as
> cooked food or hot springs, from which visible steam is seen to emerge)
> **3) "steam-containing or steam-filled"** (used to describe an indoor space in
> which a considerable, or unusually large, amount of visible steam is perceived)

See further below for additional comments on the three senses, and a list of examples
employing each.  Abstract senses of *steamy*, such as the sense meaning "erotic, sexy," are
irrelevant to the present analysis and have been ignored in this tally.

## A.  EXAMPLES ILLUSTRATING THREE NON-ABSTRACT SENSES OF THE ADJECTIVE *STEAMY*

**Examples using *steamy* with the sense of "unusually/very hot and humid":**

Note:  The adjective *steamy* with this sense is used to describe (a) weather conditions outdoors, or (b) the air or atmosphere experienced in an indoor environment, such as a gym or bar.  In other words, it describes the quality of the air that human beings can sense on their skin and as they breathe the surrounding air.  This sense doesn't necessarily involve physical steam itself, but is an extended meaning based on the heat and humidity associated with both visible steam and invisible steam.  By a further extension, the adjective with this sense can also be used to modify (c) a noun denoting an outdoor location where that weather is typical, such as the city of  New Orleans; or a particular indoor location, such as a bar or gym.

Q4, 5, 7, 39, 55, 75, 79, 87, 91, 98, 112, 137 (as well as B8, B35, B99, E56, E57)

**Examples using *steamy* with the sense of "steam-emitting"**
Note:  Examples that use *steamy* with the sense of "steam-emitting" often describe foods that are still hot from the cooking process, and are emitting visible steam. But this sense of the word can be used for anything that emits visible steam, such as heated washcloths or towels [Q6] or hot springs [Q17].

Q6, 17, 29, 51, 53f, 57f, 58f, 65f, 77f, 80f  (as well as B3, B7f, B41f)
[*f* marks examples describing hot foods]

**Examples using *steamy* with the sense of "steam-containing or steam-filled"**
Note:  the adjective *steamy* can be used with this sense to describe an indoor space *containing* a considerable or unusually large amount of visible steam that has been previously emitted by something in that space, such as a (steam-filled) bathroom or kitchen [Q52, Q96] or a (steam-filled) vestibule [Q70b].

Q52, 70a&b, 92, 96, 111 (as well as E18)

**Example using *steamy* in another, unusual sense:**
Note:  The sense of *steamy* in this one unusual example appears to be approximately "like that in a steam-filled place."

Q13: ...geometric shapes. For some people, it appears as if they are looking through broken glass. For others, the vision is **steamy**. In some patients, [migraine] head pain is coupled with dizziness..

## B.  THE EXAMPLES FROM SEARCH Q

### Total usable US articles: 30 (with 31 usable examples)

Q4:  John K. Mara, who started out with the way his dad did, chasing loose footballs in **steamy** summer practices, is now the chief executive.

Q5: Temperatures range from 120 to 200 degrees. Steam rooms are tiled rooms equipped with jets that shoot hot and **steamy** air, and temperatures can reach 100 to 114 degrees.

Q6:  ...crunches, push-ups and lunges in the aisle of the plane. I'll ask the stewards for a lot of those **steamy** washcloths, and then retreat to the restroom for a sponge bath.

Q7:  ...mile high capital La Paz, the site of carnival celebrations the past week. The opposing side lies here in the **steamy** lowlands of the eastern half of the country bordering Brazil.

Q13:  ...geometric shapes. For some people, it appears as if they are looking through broken glass. For others, the vision is **steamy**. In some patients, [migraine] head pain is coupled with dizziness..

Q17:  ...rented our snowshoes at the Old Faithful Snow Lodge and headed out on our own. We snow-shoed past bubbling, **steamy** waters and watched Old Faithful go off a second time.

Q29:  B. Lake-like indentations resembling a taco C. Mountain ranges simulating dentures D. **Steamy** fissures and landscapes identical to an English muffin

Q39:  "I didn't figure I'd make it," Reid said. " I just thought she would." The first [cheerleader] tryout was on a **steamy** July day with 700 girls on hand.

Q51:  ......gadget trend started about 10 years ago with the whirlpool bath. He said he had a mare who loved the **steamy** soak so much she'd get in all by herself. "It definitely extends their life so they can compete longer," Mische ...

Q52:  Hang dry sweaters in a **steamy** bathroom to remove wrinkles, but remove delicate sweaters from hangers as soon as the wrinkles are out. Read the label ...

Q53:  Business proprietors across East Tawas plan to fill as many as 1,100 mugs with gallons of **steamy** hot chili in the 14th Annual "Chilly" Cook-Off.

Q55:  When he's awake he goes to class, and drills in the Sooners' **steamy** wrestling room for hours, even in the off-season.

Q57:  ...a suave maitre d' and a bevy of servers with sweet personalities. They'll even bring you extra **steamy** popovers if you ask politely. [I am interpreting *extra steamy popovers* to mean, roughly, "additional **steamy** popovers" rather than "popovers that are extra steamy," since in the restaurant context, the former is more plausible.]

Q58:  ...gusts of fire, fenugreek, cumin and coriander to rev up its flavor, with tender cubes of chicken lolling in its **steamy** bath. The saag paneer ($12.95), creamed spinach simmered with homemade white cheese cubes, is musky, earthy and lush.

Q65:  ...Tender escargot hidden under tops of buttery puff pastry. A **steamy** Saturday night cassoulet. A lighter-than-air strawberry shortcake...

Q70a:  ...**Steamy** misadventure ends at N. Scituate Library [headline].   A malfunctioning boiler valve ...

Q70b:  ...at work when her eyeglasses fogged over. "I unlocked the front door and said, Gee, the vestibule looks a little **steamy**,' and it wasn't wet out," she said yesterday. " You could tell something was wrong....

Q75:  ...a favorite fiber in terms of its innate softness, breathability, and agronomic abundance. Nothing wicks moisture away better [than cotton] on a **steamy** August day.

Q77:  Angan Restaurant [heading] Traditional Indian furnishings provide an air of authenticity, and a **steamy** field of color fills the buffet bins at this northern Indian, Delhi-style eatery.

Q79:  ...treated for cramps during the Oregon game, but guard Daniel Hackett said that conditions, not conditioning, were the culprits inside **steamy** McArthur Court. ``No, (conditioning) shouldn't be a factor," said Hackett...

Q80:  ...meantime, we sampled the fresh loaf of white bread and real butter. It was crusty on the outside with a **steamy**, soft center. No complaint breadwise...

Q87:  "Do the Right Thing" (Feb. 9): Lee's masterpiece unfolds in a **steamy** Brooklyn neighborhood and ends with a race riot. Great cast...

Q91:  ...On this night, the school was host to a countywide junior high basketball tournament and hundreds were crammed into the **steamy** gym...

Q92:  Hydrate by drinking plenty of water. Humidify your home or the place you spend most of your time. Take **steamy** showers. If you smoke, quit.

Q96:  I remember watching Grandma Germovsek make cabbage rolls in her **steamy** Euclid kitchen.

Q98:  ...a bag of work clothes hanging from the handlebars. The hazy August heat drapes the 52-year-old like a **steamy** blanket. His past trails him like a black cloud

Q111:  ..oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy** showers, he said. [Face care advice]

Q112  I had a notepad. Looking at him made me feel quite lucky that's all I had to carry that **steamy** day. I must say he was impressive for the amount of sweat that bathed him and for the redness of ...

Q131:  A **STEAMY** MASSAGE: Jordan Health Clinic and Day Spa in DeLand, like many spas across Volusia County, will be offering a Valentine's ... [The package starts off with a "steam shower" for two, which apparently inspired the header.]

Q137:  In the tropics, intense sunlight and **steamy** air coax rubber trees to spread their limbs as wide as our maples, limbs dense with foliage and dripping thin ...

**Additional examples of *steamy* from prior searches**

B3:  Like a bloodhound tracking a wily rabbit, Runa Lemminn is seeking out **steamy** land mines [i.e., piles of dog manure] Friday left by Chevy and Truman in the backyard of a northwest Bakersfield home when she pauses and

B7:  ...spokesman for the school's "Book of Soups" ... "It's hot and **steamy** and the vapors come up through your nose it's almost a sensual thing. "It warms your hands as you hold ...

B8:  Ice carving in this heat?  You bet, writes Fiona Donnelly  MENTION ice-carving and **steamy** Cairns [Australia] isn't the first place you'd think of.[1]

---

[1] Wikipedia says this of the climate in Cairns (boldface added):  "Cairns experiences **a warm tropical climate**. It experiences a dry season between April and November and **a wet season with tropical**

B35: On a hot and **steamy** day in 1935, we meet Briony, a know-it-all adolescent and aspiring playwright who is organising a play starring ...[review of movie "Atonement"]

B41: ...that only comes when gilding the epicurean lily that is adding fat to carbo-hydrates with the result being a soft, **steamy** food trapped inside a gruff exterior that's golden, crunchy and hotter than 10 kinds of hell. The perfect french fry ...

B99: The large crowd, seemingly oblivious to the **steamy** conditions in the Beck's Bar, had already been buoyed by a short and sharp set from Gold Coast upstarts Operator ... [Australian source; also from Australian summer month of January, so the word is most likely referring to hot and humid conditions, rather than some erotic sense]

E56: ... Say you're U.S. Rep. William Jefferson. And say the doorbell at your Uptown New Orleans home rings early one **steamy** August morning, well before normal business hours.

E57: . Many Brazilians say they like what they find in New Orleans. They love the mild winter and **steamy** summer, a reminder of home and blessed relief from the harsh New England winter.

E18: **Steam**: You can also try having your child hang out in a **steamy** bathroom for 10 minutes a few times a day to relieve congestion. Fluids: Give plenty of fluids.


## II.  RESULTS LIST FOR SEARCH Q

[Results List from Search Q using Westlaw ALLNEWS appears on the following pages, headed "Exhibit S (second part). ]


---

**monsoons between November and March.** Mean rainfall of Cairns is 2,002.9 millimetres (79 in).[8] The township of Babinda at the southern end of the city is **one of Australia's wettest towns**, recording an annual rainfall of over 4,200 millimetres (165 in). **It has hot humid summers and milder temperatures in winter. The temperature varies from a mean temperature of 25.7 °C (78 °F) in July to 31.4 °C (89 °F) in January. "** Note that the article was published in the Australian summer month of January.

QUERY - STEAMY & DA(AFT 1/27/2008) %        DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

Prof. Judith N. Levi                          Whirlpool Corp. case re *steam*
Department of Linguistics                     Attorney:  J.A. Cragwall, Jr.
Northwestern University                       February 2008

### *EXHIBIT S (second part)*

## RESULTS LIST FOR SEARCH Q
## drawn from Westlaw ALLNEWS database

The Results List for Search Q appears below.  Because of the way Westlaw transmitted
it, the Westlaw header could not be deleted from this opening page.

1.    The Court Supremes
      **Sports Illustrated** Author: MICHAEL BAMBERGER;        Word Count: 1593
      2/11/08 SI 62 2008 WLNR 2185392 ...

      ...and native languages, a few of them rich, others poor, some in between--into a team. THE PRINCETON
      match got **steamy** quickly. Two years ago at Trinity, Princeton was one point from ending the Bantams'
      winning streak when Gustav Detter, a ...

2.    Brooke Shields
      **Entertainment Weekly** Author: JESSICA SHAW;        Word Count: 1078
      2/8/08 ENTWEEK 20 2008 WLNR 1812679 ...

      ...to tell everyone what I thought of all that." There's not much controversial about Lipstick's Wendy, other
      than a few **steamy** scenes with her onscreen husband, played by Paul Blackthorne. Nonetheless, Shields has
      struggled with the new gig. " For so long ...

3.    RANDY BRANDY
      **Daily Star (UK)** Author: TOM HUTCHISON;        Word Count: 160
      2/6/08 DALYSTAR (No Page) 2008 WLNR 2250675 ...

      ...dated a string of beautiful babes, including Kate Moss, 34, and ex-Big Brother sexpot Imogen Thomas, 25
      filmed the **steamy** scenes for his first-ever Hollywood blockbuster.  He stars as sex-mad British rocker
      Aldous in the comedy Forgetting Sarah  ...

4.    Tale of the Ticker Tape Will Live On and On
      **New York Times (NY)**        Word Count: 971
      2/6/08 NYT D1 2008 WLNR 2216900 ...

      ...finish each other's sentences.    John K. Mara, who started out with the way his dad did, chasing loose
      footballs in **steamy** summer practices, is now the chief executive. In the flush of that sensational finish
      Sunday night, Mara, who carries the ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

5.      STEAMED UP Hot time in the spa can wreak havoc on skin
        **Albany Times Union (NY)** Author: MOLLY BELMONT Special to the Times Union;          Word Count:
        679
         2/5/08 TIMESUN E3 2008 WLNR 2193770 ...

        ...room. Temperatures range from 120 to 200 degrees. Steam rooms are tiled rooms equipped with jets that
        shoot hot and **steamy** air, and temperatures can reach 100 to 114 degrees. While perspiration is said to
        detoxify the skin, Shoss said this ...

6.      Disease Fighter Turns Plane Aisle Into a Gym
        **New York Times (NY)**        Word Count: 652
         2/5/08 NYT C6 2008 WLNR 2136031 ...

        ...crunches, push-ups and lunges in the aisle of the plane. I'll ask the stewards for a lot of those **steamy**
        washcloths, and then retreat to the restroom for a sponge bath. I'll sleep like a baby for the rest of ...

7.      Bolivian Leader's Successes Expose Divisions
        **NPR Morning Edition** Author: N/A;        Word Count: 1390
         2/5/08 MORNED (No Page) 2008 WLNR 2182947 ...

        ...mile high capital La Paz, the site of carnival celebrations the past week. The opposing side lies here in the
        **steamy** lowlands of the eastern half of the country bordering Brazil. Small indigenous groups are long-
        standing here, but white European ...

8.      Umpire walks off in protest
        **PNG Post-Courier** Author: LESLIE OMARO;        Word Count: 603
         2/5/08 PNGPOSTC 35 2008 WLNR 2176433 ...

        ...their whites encouraging play to stop at 12 noon.    Meanwhile Mobil Steamships skipper Mahuta Kivung s
        half century (52) steered **Steamies** to their fifth consecutive win, over Coasters in the Port Moresby A grade
        cricket on Saturday.   A brilliant 91-run ...

        ...s opening batsmen Jimmy Maha (62) and Roy Ginate (40) was ruined as Kivung played a dominate role in
        taking **Steamies** winning streak into another week.    Opening batsman Frank Joseph (33) and 19-year-old
        Hein Siaka (52) contributed good figures ...

        ...and Ginate placing the Keapara men in a strong position to break a dreadful run.   But the run chase by
        **Steamies** looked easy after strong batting from Kivung, Joseph, Clive Elly (24), Siaka and Podi Vai (23). In
        the other match ...

9.      HILTON TO JOIN LESBIAN TV HIT
        **World Entertainment News Network** Author: N/A;        Word Count: 113
         2/5/08 WENTNN (No Page) 2008 WLNR 2118586 ...

        ...appearing on the programme but she has no idea whether she'll have to play gay or bare all in the **steamy**
        series. She tells Parade.com, "It's true. I have no idea what kind of character I'll be playing, but it's a ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %        DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

10.    Kuching can withstand `malling' of Borneo
       **New Straits Times** Author: N/A;       Word Count: 606
        2/4/08 NEWST (No Page) 2008 WLNR 2062159 ...

       ...ensuring     climate-controlled cool, are about as jarring a contrast as can be     imagined with Borneo's
       image of verdant and **steamy** rainforests, swinging     monkeys and giant rivers.     I worry about the impact
       "malling" will have on Kuching.     One part of me  ...

11.    DRINK UP! - GETTING NEIGHBORLY WITH RAQUEL IN 'THE CAPTAIN'
       **New York Post** Author: Linda Stasi, TV Critic;     Word Count: 575
        2/4/08 NYPOST 98 2008 WLNR 2110300 ...

       ...has-beens and up-and-coming-wannabes.   There's Charlene (Raquel Welsh), a sex-pot actress who still
       wants to make **steamy** thrillers at age 52 (remarkably, the gorgeous Raquel is actually - are you ready? - 67!);
       Marty (Chris Klein), Josh's best friend ...

12.    MP discovers PNG's Golden Staircase
       **New Zealand Herald** Author: Nick Squires Herald correspondent, in Sydney;     Word Count: 543
        2/4/08 NEWZLHR B03 2008 WLNR 2043174 ...

       ...important feature." The Kokoda Track is a 96km-long jungle trail which winds its way through the
       razorback mountains and **steamy** rainforests of the Owen Stanley Range in Papua New Guinea. In 1942
       Australian troops were deployed to halt 6000 advancing ...

13.    Help available for migraines
       **Pantagraph (Bloomington, IL)**     Word Count: 2467
        2/4/08 PNTGPH (No Page) 2008 WLNR 2111650 ...

       ...geometric shapes. For some people, it appears as if they are looking through broken glass. For others, the
       vision is **steamy**. In some patients, head pain is coupled with dizziness and a tingling sensation or numbness
       that appears to be marching ...

14.    Migraines differ from headaches
       **Pantagraph (Bloomington, IL)** Author: Paul Swiech;     Word Count: 1050
        2/4/08 PNTGPH D1 2008 WLNR 2118208 ...

       ...geometric shapes. For some people, it appears as if they are looking through broken glass. For others, the
       vision is **steamy**. In some patients, head pain is coupled with dizziness and a tingling sensation or numbness
       that appears to be marching ...

15.    Scoop
       **People** Author: ALYSSA SHELASKY;     Word Count: 1638
        2/4/08 PPLEMAG 19 2008 WLNR 1482202 ...

       ...had a son with ex-girlfriend Bridget Moynahan in August, shot the campaign in Simi Valley, Calif. And
       while the **steamy** ad might prompt some ribbing by Pats fans, Brady says, "It allows me to present a different

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %      DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

        side of myself ...

16.     Title: Essentials
       **UNION-TRIBUNE** Author: N/A;     Word Count: 607
       2/4/08 SDUT C2 2008 WLNR 2250567 ...

       ...to be a playwright. His latest work -- "Tony and Cleo," now up at 6th @ Penn -- gives the treatment to the **steamy** saga of Cleopatra and Mark Antony. The play, says the theater, is based on primary sources instead of Shakespeare. ( It ...

17.     No Headline Available
       **ADVOCATE** Author: Terri Vanech;     Word Count: 1008
       2/3/08 ADVOCATE-CT 2 2008 WLNR 1784696 ...

       ...rented our snowshoes at the Old Faithful Snow Lodge and headed out on our own. We snow-shoed past bubbling, **steamy** waters and watched Old Faithful go off a second time. It was so quiet -- and beautiful. Even my ski slope ...

18.     Underworld sin paves way for author's fame
       **Albany Times Union (NY)** Author: STEPHANIE EARLS Staff Writer;     Word Count: 1192
       2/3/08 TIMESUN J1 2008 WLNR 2115591 ...

       ...demons," Kessler said. " I didn't even know I'd written a romance." And not just any romance. A ... well, a pretty **steamy** one - and not just 'cause it's occasionally set in Hell. "Some of the writing can be a little raunchy, but ...

19.     MUSIC REVIEW Thompson gives musical history class
       **Boston Herald (MA)** Author: CHRISTOPHER JOHN TREACY;     Word Count: 471
       2/3/08 BOSTONH 31 2008 WLNR 2119466 ...

       ...a fire under opener ``Java Jive,'' and threw much sultry sizzle into both Cole Porter's ``Night &amp; Day'' and Arthur Hamilton's **steamy** ``Cry Me a River.'' But Thompson fell short of conquering rock 'n' roll. Sure, his folkie deconstructions of ABBA's ``Money ...

20.     A CHICK FLICK FOR THE MIDDLE EAST: Confronting taboos, sweetly `Caramel' explores struggles, scandals of Lebanese women's lives
       **Charlotte Observer (NC)** Author: BORZOU DARAGAHI, Los Angeles Times;     Word Count: 802
       2/3/08 CHAROBSVR 7E 2008 WLNR 2030708 ...

       ...played by amateur actors, whose lives revolve around a Beirut hair salon. Layale, played by Labaki, is tangled in a **steamy** romance with a married man. Shiite Muslim Nisrine (Yasmine Al Masri) reveals to co-workers that she's not a virgin ...

21.     HE'S A LIMP WIMP
       **Daily Star (UK)** Author: JANE O'GORMAN;     Word Count: 528
       2/3/08 DALYSTAR (No Page) 2008 WLNR 2157258 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

...very drunk and snogged in full view of everyone. Then he dragged me into a store room and we had **steamy**
sex among the stationery.  That night I went home and told my unemployed husband we were through.  I
moved into ...

22.      Pilates du jour Living | Primrose Hill's L'Absinthe is teaching flexible locals the French bistro method of
          beating stress
          **Independent on Sunday (UK)** Author: WORDS BY TERRY DURACK Restaurant critic of the year
          PHOTOGRAPH BY LUCA ZAMPEDRI;          Word Count: 833
           2/3/08 BSX-IDPS 51 2008 WLNR 2043525 ...

          ...crisp pastry, and served with a vestige of heat from the baking, not bunged in a microwave and turned into
          **steamy** sogginess. An all-French cheese course (£5.50) includes a splodge of gooey, spreading Vacherin
          served in a big spoon ...

23.      EGO IS A GIRL'S BEST FRIEND The Critics
          **Mail on Sunday (UK)** Author: Craig Brown;          Word Count: 1741
           2/3/08 BSX-MLSN 65 2008 WLNR 2113402 ...

          ...most of us remember Kathleen not for her West End performance as the neurotic middle-aged-Martha, but
          for her **steamy** sex scenes as the femme fatale in Body Heat, back in 1981, when she in her twenties.
          Portraying sexuality is ...

24.      Life's mysteries not so puzzling
          **Newsday (USA)** Author: SIMON KENNEDY. Bloomberg News;          Word Count: 786
           2/3/08 NWSDAY C25 2008 WLNR 2032865 ...

          ...sex among American teenagers. Tim Harford, the "Undercover Economist," wonders why she got so
          worked up. Harford sifts through the **steamy** data in his latest guide to the hidden patterns of human behavior,
          "The Logic of Life." His conclusion: Adolescents aren't ...

25.      Steamy sex rampage of anti-freeze poison wife;Exclusive;Interview; Sarah J ohnson
          **News of the World (UK)** Author: Matthew Acton;          Word Count: 1618
           2/3/08 WORLDNEWSUK 44 2008 WLNR 2170340 ...

          ...**Steamy** sex rampage of anti-freeze poison wife;Exclusive;Interview; Sarah J ohnson Matthew Acton    PAL
          TELLS ...

          ... Violent Crime 1VI27 Crime 1CR87 Social Issues 1SO05 AFFAIRS EXCLUSIVE HATED INTERVIEW
          JCB PAL SARAH **STEAMY** TREMBLING SARAH JOHNSON INTERVIEW PORT AUTONOME DE
          LOME JCB Altogether Annette Callous Knight HUBBY EVIL Kate Kate Knight Key Knight ...

26.      Traditional glamour suffers in Miss America reformat Miss Oklahoma says drastic changes elicit many cool
          reactions
          **Oklahoman**          Word Count: 778
           2/3/08 OKLAHOMAN 1D 2008 WLNR 2094815 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

...Wear." The revamped, trendy "Miss America Live!" pageant televised Jan. 26 on The Learning Channel
took some quirky twists and **steamy** turns never before seen in the pageant's history. Miss Oklahoma
Makenna Smith returned to the state the day after the ...

27.    Valentine's Day is just a
       **Olympian (Olympia, WA)** Author: N/A;          Word Count: 629
        2/3/08 OLYMPIAN (No Page) 2008 WLNR 2042696 ...

       ...long, cold nights and raging hormones gets the better of them - this is a paperback romance, after all! After
       a **steamy** session of lovemaking, they spend so much time planning their future together it's a wonder they
       manage to stumble across ...

28.    review / Dancing stars step up pace in ATLANTIC CITY
       **Press of Atlantic City, The** Author: REGINA SCHAFFER Staff Writer, 609-272-7211;          Word Count:
       651
        2/3/08 PRESSATLC B1 2008 WLNR 2205871 ...

       ...Edyta Sliwinska are now veterans of the "Dancing With the Stars" tour. That showed in several flawless
       routines, including a **steamy** cha-cha to "I Like the Way You Move."   One of the highlights of the show act
       didn't come from  ...

29.    The cleanup
       **San Francisco Chronicle (CA)** Author: Marshall Kilduff;          Word Count: 324
        2/3/08 SFCHR E2 2008 WLNR 2023810 ...

       ...Geologic formations that look like a spider B. Lake-like indentations resembling a taco C. Mountain ranges
       simulating dentures D. **Steamy** fissures and landscapes identical to an English muffin 8More space: What's
       expected to fall from sky in next few months ...

30.    Now playing
       **St. Louis Post-Dispatch (MO)** Author: N/A;          Word Count: 286
        2/3/08 STLSPD F4 2008 WLNR 2183728 ...

       ...steeped in the culture of telenovelas and voodoo superstition, this is a subtly flavorful slice-of-life rather
       than a **steamy** potboiler. ( In Portuguese with subtitles.) (Joe Williams) 'The Eye' (PG-13; 1:40): In a remake
       of an Asian horror ...

31.    BOOK REVIEW: ; ROMANCE; Independent heroine gets a clue
       **Sunday Gazette-Mail (Charleston, WV)** Author: Lezlie Patterson; McClatchy Newspapers;          Word
       Count: 443
        2/3/08 CHLST-GZ 2F 2008 WLNR 2122280 ...

       ...like hero material. Here, he does. His acceptance of Penelope's independence and his "handling" of her
       gives him extra points. **Steamy** scene grade: XXXX. One of the ways he handled her. Happily-Ever-After:
       Very good. The bad guys are thwarted ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

**32.**    LOVE is in the air
**Sunday Herald Sun (Australia)** Author: VERONICA MATHESON;          Word Count: 619
2/3/08 SUNHERSUN 31 2008 WLNR 2000428 ...

...fish that swim within touching distance.  Both places have blue sapphire waters to cool off in after all
manner of **steamy** activities.   In the romance stakes Australia didn't get a look-in at the finals of the World
Travel Awards held  ...

**33.**    Luxury in first-class tradition
**Sunday Mail (Adelaide, Australia)** Author: Brad Crouch;          Word Count: 764
2/3/08 SUNDAYMAIL E12 2008 WLNR 1999132 ...

...street vendors.  Walking among them has a hypnotic charm, enhanced by the aroma of freshly cooked food
wafting on the **steamy** air. You can pick up a great meal at a cafe for under $6 while soaking up the ambience
of ...

**34.**    Aisle give you a ring, you rat... CORRIE EXCLUSIVE 2
**Sunday Mirror (UK)** Author: N/A;          Word Count: 102
2/3/08 SUNMIRROR 30 2008 WLNR 2028445 ...

...ring, you rat... CORRIE EXCLUSIVE 2   IT'S your wedding day, you're pregnant and then you discover
**steamy** texts from another woman on your bridegroom's mobile phone. No wonder Corrie bride Maria
Sutherland (Samia Smith) looks so disgusted ...

**35.**    FILM REVIEWS
**Sunday Star Times (Aukland, NZ)** Author: TAY Karen;          Word Count: 396
2/3/08 SUNSTARTM 6 2008 WLNR 2179523 ...

...of her screen time count.  - KAREN TAY   THE PITCH: Joy Luck Club for the literary
masses.   WATCH OUT FOR: The **steamy** kissing scene in the car, melt-your- mouth material. BUFFY
JANE JOY LUCK CLUB KAREN KAREN JOY FOWLER ROBIN SWICORD ...

**36.**    A Top End treat even in the wet
**Sunday Telegraph (Sydney, Australia)** Author: Kathleen Cuthbertson;          Word Count: 847
2/3/08 SUNTEL 38 2008 WLNR 2009585 ...

...to fame (crocodiles, World War II history, Kakadu) and increased airline attention generated by the arrival
of Tiger, and this **steamy** capital becomes much more than the place you fly to to catch the Ghan.
Geographically speaking, Darwin is a mishmash  ...

**37.**    Jaques masters all but sweep shot
**Sunday Telegraph (Sydney, Australia)** Author: TERRY SMITH;          Word Count: 270
2/3/08 SUNTEL 72 2008 WLNR 2009634 ...

...slip.  Chasing the Easts' total of 4-357, Jaques, who made regular calls for a drink and dry gloves in **steamy**
conditions, gradually increased the tempo of his play. He hit eight fours in a stay of 90 balls when he ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %         DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

38.    Underworld sin paves way for author's fame
       **Times Union (Albany, NY) (KRT)**        Word Count: 1203
       2/3/08 TIMESUN (No Page) 2008 WLNR 2042032 ...

       ...demons," Kessler said. " I didn't even know I'd written a romance." And not just any romance. A ... well, a
       pretty **steamy** one -- and not just 'cause it's occasionally set in Hell. "Some of the writing can be a little
       raunchy, but ...

39.    Roots of original cheerleader in New England, Hamilton
       **Times, The (Trenton, NJ)**        Word Count: 771
       2/3/08 TIMES-NJ C02 2008 WLNR 2050064 ...

       ...tryouts. "I didn't figure I'd make it," Reid said. " I just thought she would." The first tryout was on a **steamy**
       July day with 700 girls on hand. By the end of the process, Laurel and Mary were among the 32 ...

40.    BREATH OF FRENCH FLAIR
       **Australian** Author: Leonie Coombes;        Word Count: 1987
       2/2/08 THEAUSTR 8 2008 WLNR 1927891 ...

       ...it won the International Exhibition in London and still bears Queen Victoria's coat of arms.   After a few
       hours of **steamy** sightseeing, La Plantation d'Albion emits a siren call. It must be cocktail time. Trade winds
       cool the spacious poolside pavilions ...

41.    SOAP WEEK PLOT THE NEXT SIX DAYS
       **Daily Record (Glasgow, Scotland)** Author: N/A;        Word Count: 681
       2/2/08 DAILYRECSCOT 17 2008 WLNR 1992908 ...

       ...Jack are unaware when Rory overhears them discussing whether or not he should marry Sam. Viv joins Ric
       in a **steamy** shower and Brad wonders if it's time he left Summer Bay for good. FRIDAY NEIGHBOURS:
       Carmella has a pregnancy scare ...

42.    Sydney Confidential
       **Daily Telegraph (Sydney, Australia)** Author: HOLLY BYRNES, SARAH GRANT and ANGELA
       SAURINE;        Word Count: 576
       2/2/08 DALYTLGRPH 22 2008 WLNR 2045663 ...

       ...Sydney Confidential HOLLY BYRNES, SARAH GRANT and ANGELA SAURINE    **Steamy** Delta has
       big year   IT'S not only her look that has been sexed up, Delta Goodrem has created her own  ...

43.    The accidental songwriter Melody Gardot talks to Adam Sweeting about the crash that nearly ended her life -
       started her career
       **Daily Telegraph (UK)** Author: Adam Sweeting;        Word Count: 882
       2/2/08 DTLONDON 10 2008 WLNR 1988532 ...

       ...new album, Worrisome Heart, will speak for itself, with its enticing mix of blues, jazz and the occasional
       eruption of **steamy**, erotic longing. Gardot displays a rare knack for imbuing music that can sound false or

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

clichéd in lesser hands with ...

44.     50 great things to do in America Music, sport, history, culture, cuisine, kitsch, wildlife, beaches, thrills -
         whatever you want, the USA has it, says...
         **Daily Telegraph (UK)** Author: Graham Boynton;          Word Count: 9376
          2/2/08 DTLONDON 1 2008 WLNR 1988983 ...

         ...of the two and Charleston has beach islands that are great to visit in spring and fall, but avoid the **steamy**
         intense summer months.  See: www.visitusa.org.uk.  49 Hang out at Venice Beach  It has been called   the
         Coney Island of the  ...

45.     Running back through it all: MOVIES Jim Brown recalls his storied football and film careers
         **Dallas Morning News**          Word Count: 793
          2/2/08 DALLASMN 4E 2008 WLNR 2016375 ...

         ...Lee documentary. He and Raquel Welch shared the first interracial love scene in the history of American
         cinema, in the **steamy** 100 Rifles. He has worked with Al Pacino, Lee Marvin and Oliver Stone and appeared
         in dozens of TV shows ...

46.     Jim Brown recalls his careers as running back and movie star: MOVIES: Jim Brown recalls his storied
         football and film careers
         **Dallas Morning News, The (KRT)**          Word Count: 796
          2/2/08 DALLASMN (No Page) 2008 WLNR 2014402 ...

         ...Lee documentary. He and Raquel Welch shared the first interracial love scene in the history of American
         cinema, in the **steamy** 100 Rifles. He has worked with Al Pacino, Lee Marvin and Oliver Stone and appeared
         in dozens of TV shows ...

47.     Lashings of French dressing
         **Dominion Post** Author: MACDONALD Nikki;          Word Count: 1193
          2/2/08 DOMPOST 5 2008 WLNR 2103192 ...

         ...top 17, but a snapshot of French cinema in 2007. Though typically characterised by the twin extremes of
         dark, brooding, **steamy** or quirky and beautifully-shot arthouse movies, balanced by blockbuster slapstick
         comedy, French cinema is much more diverse, Garnier says ...

48.     A fleapit called desire
         **Herald Sun (Australia)** Author: PETER COSTER;          Word Count: 756
          2/2/08 HERSUNM 89 2008 WLNR 1922824 ...

         ... WHEN Jo-Wilfried Tsonga's father started throwing left hooks between rounds at the tennis, it might have
         been that **steamy** African night 33 years ago when Muhammad Ali defeated George Foreman.   Didier
         Tsonga crossed the Zaire river to Kinshasa where  ...

49.     Cyprus Independent Magazine | OCTOBER
         **Independent (UK)** Author: Mark Wilson;          Word Count: 817

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %        DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

2/2/08 INDPNDT 37 2008 WLNR 2006589 ...

...a Graeco-Roman village", whatever one of those is. I went for the thermae experience - a succession of tepid, hot, **steamy** and even hotter and steamier rooms; and just when I thought I could take no more I was persuaded to ...


50.    Irvine is for lovers ... of steamy books
       **Orange County Register, The (CA)** Author: ERIKA CHAVEZ;        Word Count: 227
       2/2/08 OCREG (No Page) 2008 WLNR 2030532 ...

       ...Irvine is for lovers ... of **steamy** books ERIKA CHAVEZ   IRVINE IRVINE Romance is alive and well in Irvine, according to Amazon.com, which ...


51.    HORSE HEAVEN
       **Palm Beach Post (FL)** Author: KELLY WOLFE, Palm Beach Post Staff Writer;        Word Count: 643
       2/2/08 PALMBCHPST 1C 2008 WLNR 2065980 ...

       ...gadget trend started about 10 years ago with the whirlpool bath. He said he had a mare who loved the **steamy** soak so much she'd get in all by herself. "It definitely extends their life so they can compete longer," Mische ...


52.    Take care of your sweaters
       **St. Louis Post-Dispatch (MO)** Author: Written by Jennifer Farrar - AP;        Word Count: 592
       2/2/08 STLSPD 6 2008 WLNR 2016183 ...

       ...bed, or use padded hangers after buttoning or zipping all closures to maintain the shape. Hang dry sweaters in a **steamy** bathroom to remove wrinkles, but remove delicate sweaters from hangers as soon as the wrinkles are out. Read the label ...


53.    PERCHVILLE PROMISE Next weekend's winter fest will be chili and much more
       **Bay City Times (Bay City, MI)** Author: JERRY NUNN;        Word Count: 832
       2/1/08 BAYCITYTMS C1 2008 WLNR 1948535 ...

       ...be chili. Very chili. Business proprietors across East Tawas plan to fill as many as 1,100 mugs with gallons of **steamy** hot chili in the 14th Annual "Chilly" Cook-Off. It's a whole-hearted effort to bring folks out of their ...


54.    Wolfe takes on Miami's complexity 'Back to Blood' to tackle race, crime, sex, class, immigration
       **Centre Daily Times (State College, PA)** Author: Audra D.S. Burch and Lydia Martin, McClatchy Newspapers;        Word Count: 1960
       2/1/08 CENTREDAILY B4 2008 WLNR 1898924 ...

       ...course -- and not always fared well. In movies, television and other books, the city is often painted, perhaps tainted, as **steamy**, glossy and unrestrained. Wolfe does Atlanta So far, these Miami visits are not unlike Wolfe's dance with Atlanta before "A ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %           DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

55.      Even with ADHD, OU wrestler Joey Fio has made the transition on the mat and in the classroom
         **Daily Oklahoman, The (KRT)**          Word Count: 893
         2/1/08 DAILY-OK (No Page) 2008 WLNR 1927920 ...

         ...around midnight and gets up at 5 a.m. When he's awake he goes to class, and drills in the Sooners' **steamy**
         wrestling room for hours, even in the off-season. Fio's seemingly endless supply off stamina doesn't come
         from his diet ...

56.      Well done
         **Daily Star (UK)** Author: N/A;          Word Count: 34
         2/1/08 DALYSTAR (No Page) 2008 WLNR 1929371 ...

         ... GORDON RAMSAY punished a thieving chef by stripping him naked and wrapping him in clingfilm in a
         **steamy** kitchen.   We bet that made his meat and two veg bubble and squeak!  COLUMNS  ...

57.      Sweet (and savory) surrender: Seductive popovers and nibbles set the stage for steakhouse meals with a twist
         **Dallas Morning News**          Word Count: 1362
         2/1/08 DALLASMN 8 2008 WLNR 1949414 ...

         ...suited manager to a suave maitre d' and a bevy of servers with sweet personalities. They'll even bring you
         extra **steamy** popovers if you ask politely. CHECK OUT THE EATS BLOG for comings, goings and other
         foodie news. GuideLive.com/eats Don't ...

58.      Turning up heat on Indian cuisine
         **Denver Rocky Mountain News (CO)** Author: Lori Midson, Special to the Rocky;          Word Count: 1999
         2/1/08 RKYMN 24 2008 WLNR 1923094 ...

         ...gusts of fire, fenugreek, cumin and coriander to rev up its flavor, with tender cubes of chicken lolling in its
         **steamy** bath. The saag paneer ($12.95), creamed spinach simmered with homemade white cheese cubes, is
         musky, earthy and lush. It ...

59.      whether you go red or green, it's all for a good cause
         **Fort Worth Star-Telegram (Fort Worth)** Author: MARY ROGERS, Star-Telegram Staff Writer;
         Word Count: 520
         2/1/08 FTWTHST B2 2008 WLNR 1914482 ...

         ...at the Hilton Hotel's Crystal Ballroom. Sandra Brown , the bestselling author who spices up her chili-red-
         hot books with **steamy** scenes, is the keynote speaker. If you're familiar with Sandra's work, then you know
         she is likely to warm things ...

60.      Fort Worth Star-Telegram, Texas, Mary Rogers column: whether you go red or green, it's all for a good cause
         **Fort Worth Star-Telegram (Fort Worth) (KRT)**          Word Count: 522
         2/1/08 FTWTHST (No Page) 2008 WLNR 1926598 ...

         ...at the Hilton Hotel's Crystal Ballroom. Sandra Brown, the bestselling author who spices up her chili-red-hot
         books with **steamy** scenes, is the keynote speaker. If you're familiar with Sandra's work, then you know she is
         likely to warm things ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %        DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

61.    Eco-friendly bamboo, --vegetal steel,' gains ground
       **Globe and Mail** Author: JOSHUA GOODMAN - Associated Press;        Word Count: 865
        2/1/08 GLOBEMAIL G21 2008 WLNR 1911098 ...

       ...projects, mostly in Colombia but also in Brazil, India and Germany with structures as graceful as they are
       muscular.  In **steamy** Girardot, a two-hour drive from his bamboo home in Bogota, the 58-year-old Velez has
       just completed a ...

62.    Trapped between hedonism, holiness; Filmmaker explores 'comic misadventures' in 'Sinners in Paradise' doc
       **Guelph Mercury** Author: BILL BRIOUX;        Word Count: 870
        2/1/08 GUELPHMERCURY B3 2008 WLNR 1935729 ...

       ...at another island resort, Jamaica's Hedonism II, an all-nude hot spot where randy tourists enjoy outdoor
       orgies in a **steamy** hot tub. The sin inn was right next door to several family resorts. Like Mr. Bean at Hef's
       house, Kastner ...

63.    10 things you gotta do to play like Robin Trower.(LESSONS)
       **Guitar Player**        Word Count: 3192
        2/1/08 GUITARPLYR 116 2008 WLNR 762132 ...

       ...then turns on the Uni-Vibe and breaks the tempo down to a sultry 12/8 meter to establish the **steamy** C7-
       based figure in Ex. 6g. He injects trilled tritones between C bass notes (Remember Ex. 3a?) in bar 1 ...

64.    MISS, 27: I BEDDED MY LITTLE SEX FIEND PUPIL, 15 Teacher faces 30 years in jail
       **Mirror (UK)** Author: IAN MARKHAM-SMITH;        Word Count: 378
        2/1/08 MIRROR 14 2008 WLNR 1908697 ...

       ...faces up to 30 years in prison for the romps. Her lusty liaisons were uncovered after the boy's mother found
       **steamy** messages the 27-year-old teacher had written to her son. In one of the messages married Bogard sent
       to ...

65.    Eating Out: Chef's Table in Franklin Lakes
       **New Jersey Record (NJ)** Author: ELISA UNG, RESTAURANT REVIEWER;        Word Count: 1458
        2/1/08 RECNNJ 31 2008 WLNR 2049946 ...

       ...Rack of lamb you can cut with a butter knife. Tender escargot hidden under tops of buttery puff pastry. A
       **steamy** Saturday night cassoulet. A lighter-than-air strawberry shortcake. A surprising garnish of sweet
       chestnut purée, ground through a special ...

66.    DOC LIKELY KILLED IN 9/11 ATTACKS, NOT BY HOOKUPS IN CITY BARS, COURT RULES A
       HERO AFTER ALL
       **New York Daily News** Author: JOSE MARTINEZ DAILY NEWS STAFF WRITER;        Word Count: 422
        2/1/08 NYDLYNWS 5 2008 WLNR 1938422 ...

       ...WRITER    A YOUNG doctor's death was the result of the 9/11 terror attacks - and not **steamy** hookups

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

with strangers she met in bars, a state appeals court ruled yesterday.   Dr.  Sneha Philip, whose name was removed ...

67.     IN FOCUS: Oklahoma wrestler Joey Fio 'I consider it a gift Even with ADHD , OU wrestler Joey Fio has made the transition on the mat and in the classro...
**Oklahoman**          Word Count: 891
2/1/08 OKLAHOMAN 1C 2008 WLNR 2094839 ...

...around midnight and gets up at 5 a.m. When he's awake he goes to class, and drills in the Sooners' **steamy** wrestling room for hours, even in the off-season. Fio's seemingly endless supply off stamina doesn't come from his diet ...

68.     United to maintain lead
**PNG Post-Courier** Author: LESLIE OMARO;          Word Count: 371
2/1/08 PNGPOSTC 66 2008 WLNR 1917330 ...

...hopefully keep Taora poised at sixth place on the ladder.   For Mobil STC, win number five looks certain when the **steamies** face TST Coasters who have been in and out of the winners circle lately.   In Sunday s matches Raukele will  ...

69.     projoEXPRESS - QUICK CITY AND TOWN NEWS FROM ALL EDITIONS OF TODAY'S PROVIDENCE JOURNAL
**Providence Journal Bulletin (RI)** Author: N/A;          Word Count: 730
2/1/08 PROVJ B2 2008 WLNR 2185190 ...

...some broken bones after his minivan drove off a bridge in Foster and plunged into the Moosup River Wednesday evening. **Steamy** misadventure ends at little cost to North Scituate Library A malfunctioning boiler valve floods the basement of the library, but ...

70.     Steamy misadventure ends at N. Scituate Library
**Providence Journal Bulletin (RI)** Author: Thomas J. Morgan; Journal Staff Writer;          Word Count: 548
2/1/08 PROVJ C2 2008 WLNR 2185170 ...

...**Steamy** misadventure ends at N. Scituate Library Thomas J. Morgan; Journal Staff Writer   A malfunctioning boiler valve ...

...at work when her eyeglasses fogged over. "I unlocked the front door and said, Gee, the vestibule looks a little **steamy**,' and it wasn't wet out," she said yesterday. " You could tell something was wrong. I went to the door to ...

71.     Steamy misadventure ends at little cost to N. Scituate Library
**Providence Journal Bulletin (RI)** Author: Thomas J. Morgan; Journal Staff Writer;          Word Count: 561
2/1/08 PROVJ C3 2008 WLNR 2185123 ...

...**Steamy** misadventure ends at little cost to N. Scituate Library Thomas J. Morgan; Journal Staff Writer   A ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

...at work when her eyeglasses fogged over. "I unlocked the front door and said, Gee, the vestibule looks a little **steamy**,' and it wasn't wet out," she said yesterday. " You could tell something was wrong. I went to the door to ...


72.    Eating Out: Chef's Table in Franklin Lakes
       **Record, The; Bergen County, N.J.** Author: ELISA UNG, RESTAURANT REVIEWER;        Word Count: 1448
        2/1/08 RECNNJ 31 2008 WLNR 2048904 ...

       ...Rack of lamb you can cut with a butter knife. Tender escargot hidden under tops of buttery puff pastry. A **steamy** Saturday night cassoulet. A lighter-than-air strawberry shortcake. A surprising garnish of sweet chestnut pure, ground through a special ...


73.    Alice's House
       **St. Louis Post-Dispatch (KRT)**      Word Count: 272
        2/1/08 STLSPD (No Page) 2008 WLNR 1913253 ...

       ...in the culture of telenovelas and voodoo superstition, "Alice's House" is a subtly flavorful slice of life rather than a **steamy** potboiler. Director Chico Teixiera is a documentarian, and he uses nonprofessional actors and a handheld camera to find drama in ...


74.    Alice lives here and comes alive
       **St. Louis Post-Dispatch (MO)** Author: Joe Williams Post-Dispatch Film Critic;        Word Count: 293
        2/1/08 STLSPD E3 2008 WLNR 1925456 ...

       ...in the culture of telenovelas and voodoo superstition, "Alice's House" is a subtly flavorful slice of life rather than a **steamy** potboiler. Director Chico Teixiera is a documentarian, and he uses nonprofessional actors and a handheld camera to find drama in ...


75.    THE TOUCH, THE FEEL-AND NOW, THE HEAL-OF COTTON
       **US Federal News** Author: N/A;        Word Count: 1952
        2/1/08 USFEDNEWS (No Page) 2008 WLNR 1907991 ...

       ...a favorite fiber in terms of its innate softness, breathability, and agronomic abundance. Nothing wicks moisture away better on a **steamy** August day.  No other fabric feels as naturally smooth and airy against the skin.  And now, thanks to research done  ...


76.    LANE DENIES SEX SCENE RUMOURS
       **World Entertainment News Network** Author: N/A;        Word Count: 132
        2/1/08 WENTNN (No Page) 2008 WLNR 1939200 ...

       ...rumours her sex scenes with OLIVIER MARTINEZ in movie UNFAITHFUL were for real, insisting the claims are just "wishful thinking". **Steamy** shots in the 2002 thriller were made to look so lifelike, internet gossips claimed the adulterous pair took simulated sex ...


77.    COVER STORY: A bounty for the belly


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

**Atlanta Journal and Constitution (GA)** Author: JON WATERHOUSE;  Author: For the Journal-
Constitution;          Word Count: 1592
   1/31/08 ATLNTAJC 20 2008 WLNR 1786632 ...

...108 N. Berry St., Stockbridge. 770-389-5430. Angan Restaurant Traditional Indian furnishings provide an
air of authenticity, and a **steamy** field of color fills the buffet bins at this northern Indian, Delhi-style eatery.
In the evenings, diners have to ...


78.    It's 90 years since it all began with bellyboarding
       **Cornishman** Author: N/A;          Word Count: 556
        1/31/08 CORNISHMAN 39 2008 WLNR 1899721 ...

...board to the back of his belt and paddling out to catch the green-faced sets. Post WWII on a **steamy**
summer's day there could be hundreds of people bellyboarding on a Cornish beach. The Surf Life Saving
Association was formed ...


79.    USC BASKETBALL NOTEBOOK: TROJANS GETTING A BIT OF THE BUG
       **Daily News (Los Angeles, CA)** Author: Phil Collin Staff Writer;          Word Count: 697
        1/31/08 DAILYNEWCA C5 2008 WLNR 1963065 ...

...treated for cramps during the Oregon game, but guard Daniel Hackett said that conditions, not conditioning,
were the culprits inside **steamy** McArthur Court. ``No, (conditioning) shouldn't be a factor,'' said Hackett, the
son of USC strength and conditioning manager Rudy Hackett ...


80.    Review: Bob's Steak & Chop House Bob's brings the beef to the 'burbs
       **Dallas Observer** Author: Martin, Merritt;          Word Count: 1435
        1/31/08 DALLASOBS (No Page) 2008 WLNR 2007005 ...

...meantime, we sampled the fresh loaf of white bread and real butter. It was crusty on the outside with a
**steamy**, soft center. No complaint breadwise, aside from the threat of a dinner ruined by carb overload. The
calamari came piled ...


81.    Paper and pencil, oh so yesterday
       **Dayton Daily News (OH)** Author: DOUG PAGE COMMENTARY;          Word Count: 620
        1/31/08 DAYTONDN Z1 2008 WLNR 1944913 ...

...in class, the teacher made you read it aloud to the class. Made a fellow think twice before sending a **steamy**
little missive to one's prospective prom date. In an effort to be an "engaged father," I attempted to share with
...


82.    The paper and pencil is oh so yesterday
       **Dayton Daily News (OH)** Author: DOUG PAGE COMMENTARY;          Word Count: 620
        1/31/08 DAYTONDN Z2 2008 WLNR 1944946 ...

...in class, the teacher made you read it aloud to the class. Made a fellow think twice before sending a **steamy**
little missive to one's prospective prom date. In an effort to be an "engaged father," I attempted to share with
...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

83.     Paper and pencil, oh so yesterday
        **Dayton Daily News (OH)** Author: DOUG PAGE COMMENTARY;          Word Count: 620
        1/31/08 DAYTONDN Z3 2008 WLNR 1944966 ...

        ...in class, the teacher made you read it aloud to the class. Made a fellow think twice before sending a **steamy**
        little missive to one's prospective prom date. In an effort to be an "engaged father," I attempted to share with
        ...

84.     Paper and pencil, oh so yesterday
        **Dayton Daily News (OH)** Author: DOUG PAGE COMMENTARY;          Word Count: 621
        1/31/08 DAYTONDN Z5 2008 WLNR 1945029 ...

        ...in class, the teacher made you read it aloud to the class. Made a fellow think twice before sending a **steamy**
        little missive to one's prospective prom date. In an effort to be an "engaged father," I attempted to share with
        ...

85.     Paper and pencil, oh so yesterday
        **Dayton Daily News (OH)** Author: DOUG PAGE COMMENTARY;          Word Count: 620
        1/31/08 DAYTONDN Z6 2008 WLNR 1945046 ...

        ...in class, the teacher made you read it aloud to the class. Made a fellow think twice before sending a **steamy**
        little missive to one's prospective prom date. In an effort to be an "engaged father," I attempted to share with
        ...

86.     DANCE / A whole different kind of Carmen / And this one has a Russian flavor
        **Houston Chronicle** Author: NANCY WOZNY;          Word Count: 783
        1/31/08 HSTNCHRON 2 2008 WLNR 1876421 ...

        ...A whole different kind of Carmen / And this one has a Russian flavor NANCY WOZNY   The **steamy** tale
        of the sultry gypsy Carmen has captivated composers and choreographers for more than 160 years. Georges
        Bizet's 1875 opera ...

87.     Movies: A series of series
        **Kansas City Star (MO)** Author: ROBERT W. BUTLER, The Kansas City Star;          Word Count: 670
        1/31/08 KCSTAR F23 2008 WLNR 1774746 ...

        ...right" fraternities and sororities. Laurence Fishburne and Lee star. "Do the Right Thing" (Feb. 9): Lee's
        masterpiece unfolds in a **steamy** Brooklyn neighborhood and ends with a race riot. Great cast: Ossie Davis,
        Ruby Dee, Danny Aiello, John Turturro and Lee ...

88.     Movies: A series of series
        **Kansas City Star (MO) (KRT)**          Word Count: 666
        1/31/08 KCSTAR (No Page) 2008 WLNR 1840594 ...

        ...right" fraternities and sororities. Laurence Fishburne and Lee star. --"Do the Right Thing" (Feb. 9): Lee's

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %         DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

       masterpiece unfolds in a **steamy** Brooklyn neighborhood and ends with a race riot. Great cast: Ossie Davis,
       Ruby Dee, Danny Aiello, John Turturro and Lee ...


89.        USC thin on the perimeter
       **Long Beach Press-Telegram (CA)** Author: Phil Collin, Staff Writer;         Word Count: 811
        1/31/08 LBPRESS 7C 2008 WLNR 1807005 ...

       ...treated for cramps during the Oregon game, but guard Daniel Hackett said that conditions, not conditioning,
       were the culprits inside **steamy** McArthur Court. "No, (conditioning) shouldn't be a factor," said Hackett, the
       son of USC strength and conditioning manager Rudy Hackett ...


90.        Newscast: Detroit's mayor apologizes for scandal
       **NBC TODAY SHOW** Author: N/A;         Word Count: 418
        1/31/08 NBCTODAY (No Page) 2008 WLNR 1826947 ...

       ...intimately involved with each other? Ms. CHRISTINE BEATTY: No. CURRY: But last week, a Detroit
       newspaper revealed a series of **steamy** text messages exchanged between the two. In those text messages,
       they professed that they were madly in love with each ...


91.        A small town rich in pride despite its humble history
       **Star-Ledger, The (Newark, NJ)**         Word Count: 1772
        1/31/08 STLGRN 35 2008 WLNR 1939901 ...

       ...On this night, the school was host to a countywide junior high basketball tournament and hundreds were
       crammed into the **steamy** gym - the same place where Reese starred as a shooting guard. The Lake County
       girls team, 19-0, with every ...


92.        SUPER SCREAM Vocal cords may be no match for the big game
       **Sun Herald (Biloxi, MS)** Author: KAT BERGERON, kbergeron@sunherald.com;         Word Count: 965
        1/31/08 SHRLD C9 2008 WLNR 1783287 ...

       ...alcohol. Hydrate by drinking plenty of water. Humidify your home or the place you spend most of your
       time. Take **steamy** showers. If you smoke, quit. Avoid secondhand smoke. Avoid spicy foods and overeating.
       Total silence is the best gift for ...


93.        Manpower ready to interact and have some fun
       **Townsville Bulletin (Australia)** Author: N/A;         Word Count: 348
        1/31/08 TOWNBULL 406 2008 WLNR 1800824 ...

       ... MANPOWER Australia are back in the twin cities where they are set to get the Townsville RSL hot and
       **steamy** for a night of pure girly entertainment.  The group of six men spent most of 2007 performing to sell-
       out  ...


94.        Detroit mayor apologizes but says he won ' t resign
       **USA Today (USA)** Author: Bill McGraw;         Word Count: 499
        1/31/08 USATD 6A 2008 WLNR 1789133 ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

...Kwame Kilpatrick held hands with his wife Wednesday at his church and apologized repeatedly in his first public remarks over **steamy** text messages that appear to contradict his sworn denials of an affair with a top aide. "I want to start ...

95.    Dream machine
    **Brisbane News (Australia)** Author: MIKE O'CONNOR;          Word Count: 797
    1/30/08 BRISBANENEWS 14 2008 WLNR 1751927 ...

...generated by the beautiful 4.3-litre V8 engine sitting behind the driver's head might make things just a little **steamy** on a summer's day.   The price may sound outrageous, but some 50 Australians have already handed over their deposits.  As  ...

96.    Aged cheese before beauty
    **Cleveland Plain Dealer** Author: Kim Crow;          Word Count: 802
    1/30/08 PLDLCL 1 2008 WLNR 1786122 ...

...end of the meal. This habit manifested itself quite early. I remember watching Grandma Germovsek make cabbage rolls in her **steamy** Euclid kitchen. As I stood on a wooden chair to reach the counter, she showed me how to put a ...

97.    Hairdresser weaves tale in 'Kabul'
    **Cleveland Plain Dealer** Author: Donna Marchetti;          Word Count: 694
    1/30/08 PLDLCL E4 2008 WLNR 1786101 ...

...said that "readers of commercial African-American fiction who haven't yet discovered Mason would do well to pick up this **steamy** cautionary tale." Michigan hairdresser weaves a good tale in 'Kabul Beauty School' 552 Afghanistan 1AF45 USA 1US73 Americas ...

98.    High cost of freedom
    **Columbus Dispatch (OH)** Author: Geoff Dutton;          Word Count: 3779
    1/30/08 COLDIS 01A 2008 WLNR 1753715 ...

...a bag of work clothes hanging from the handlebars. The hazy August heat drapes the 52-year-old like a **steamy** blanket. His past trails him like a black cloud. The produce warehouse where he works is almost in sight, the ...

99.    High cost of freedom: Despite innocence, he's labeled a sex offender
    **Columbus Dispatch (Ohio) (KRT)**          Word Count: 3653
    1/30/08 COLDIS (No Page) 2008 WLNR 1754153 ...

...a bag of work clothes hanging from the handlebars. The hazy August heat drapes the 52-year-old like a **steamy** blanket. His past trails him like a black cloud. The produce warehouse where he works is almost in sight, the ...

100.    A clincher for Katie

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %        DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

**Daily Star (UK)** Author: N/A;        Word Count: 90
   1/30/08 DALYSTAR (No Page) 2008 WLNR 1738817 ...

...A clincher for Katie    EMMERDALE babe Katie Sugden plants a **steamy** kiss on Grayson Sinclair's lips as she finally comes clean about her feelings for him.   What Katie, who is pregnant  ...

101.       Keeping his cool makes a difference
           **Dominion Post** Author: WATKINS Tracy;        Word Count: 369
              1/30/08 DOMPOST 2 2008 WLNR 1689901 ...

...have reverberated through the country like a bomb, but on the night some could barely stay awake.   Yesterday was another **steamy** Auckland day, but National Party leader John Key cleverly delivered his speech under the comfort of hotel air-conditioning. The ...

102.       As the Democrats get nasty, Obama still personifies the future
           **Globe and Mail** Author: JEFFREY SIMPSON - jsimpson@globeandmail.com;        Word Count: 837
              1/30/08 GLOBEMAIL A19 2008 WLNR 1720570 ...

...presumably sickening, for Democrats to watch the divisions widen. The Clinton-Obama race has gotten nasty. The rhetoric has gotten **steamy**.  Personal relations are being frayed.  The result is another conventional wisdom of this presidential contest being shattered.   It was said  ...

103.       Mayor ready to apologize He plans speech tonight, appoints new chief of staf
           **Grand Rapids Press, The** Author: The Associated Press;        Word Count: 395
              1/30/08 GRPR A3 2008 WLNR 1816730 ...

...she and the mayor lied under oath about an affair.      The allegations followed the Free Press' disclosure last week of **steamy** text messages between Kilpatrick and Beatty.  Wayne County Prosecutor Kym Worthy has launched an investigation.      The mayor's new chief of  ...

104.       Breaking Taboos In a Very Sweet Way
           **Los Angeles Times** Author: Borzou Daragahi;        Word Count: 1245
              1/30/08 LAT-BUS (No Page) 2008 WLNR 1754799 ...

...played by amateur actors, whose lives revolve around a Beirut hair salon. Layale, played by Labaki, is tangled in a **steamy** romance with a married man. Shiite Muslim Nisrine (Yasmine Al Masri) reveals to co-workers that she's not virgin, a ...

105.       Australia movie clash Bowen to fight for premiere
           **Townsville Bulletin (Australia)** Author: Liz McKinnon;        Word Count: 554
              1/30/08 TOWNBULL 6 2008 WLNR 1749876 ...

...Territorians to join the campaign to give Hollywood a run for its money and bring the international premiere to the **steamy** capital.   ``I've written to Baz Luhrmann to offer the government's support for the staging of the premiere, and I'm encouraging  ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

**106.**    Community focus: Local displays of affection
          **Tulsa World (OK) (KRT)**        Word Count: 517
           1/30/08 TULSAWORLD (No Page) 2008 WLNR 1747340 ...

          ...for an appointment; studio is at 14710 W. 61st St., Sand Springs. Contact: 245-2855 or 282-2058 Hot and
          **steamy** Double Shot Coffee Co. Product: Coffee made from beans roasted in the store; beans are also
          available for purchase roasted ...

**107.**    Local displays of affection
          **Tulsa World (OK) (KRT)**        Word Count: 517
           1/30/08 TULSAWORLD (No Page) 2008 WLNR 1747374 ...

          ...for an appointment; studio is at 14710 W. 61st St., Sand Springs. Contact: 245-2855 or 282-2058 Hot and
          **steamy** Double Shot Coffee Co. Product: Coffee made from beans roasted in the store; beans are also
          available for purchase roasted ...

**108.**    GOOD MORNING AMERICA
          **ABC Good Morning America** Author: N/A;        Word Count: 22879
           1/29/08 ABCGMA (No Page) 2008 WLNR 1748692 ...

          ...DIANE SAWYER (ABC NEWS): (Voiceover) Coming up on 'Good Morning America," a big city mayor
          in hot water over some **steamy** text messages.   Could racy emails ruin his career, even send him to
          jail?  GRAPHICS: HOW OLD ARE YOU REALLY? DIANE  ...

**109.**    IN BRIEF
          **Augusta Chronicle, The (GA) (KRT)** Author: N/A;        Word Count: 286
           1/29/08 AUGCHRON A05 2008 WLNR 2131095 ...

          ...an investigation last week into the allegations, which came to light when the Detroit Free Press reported
          details of 14,000 **steamy** text messages between Ms. Beatty and Mr. Kilpatrick. A conviction of lying under
          oath can bring up to 15 years ...

**110.**    Detroit mayor's chief of staff resigns amid scandal
          **CHICAGO TRIBUNE** Author: FROM NEWS SERVICES;        Word Count: 348
           1/29/08 CHICAGOTR 10 2008 WLNR 1727624 ...

          ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press
          reported details of **steamy** text messages between Beatty and Kilpatrick. A conviction of lying under oath can
          bring up to 15 years' imprisonment. Both ...

**111.**    Easy tips can help you save face--and skin--this winter
          **CHICAGO TRIBUNE** Author: Fort Worth Star-Telegram;        Word Count: 645
           1/29/08 CHICAGOTR 34 2008 WLNR 1727821 ...

          ...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy**
          showers, he said. Steer clear of soaps like Dial, Ivory and Zest. They dry skin. Use a non-soap cleanser ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

112.     My confessor, my friend
         **Columbia State (SC)** Author: N/A;     Word Count: 741
           1/29/08 THESTATE 9 2008 WLNR 1645027 ...

         ...dorm. I had a notepad. Looking at him made me feel quite lucky that's all I had to carry that **steamy** day. I
         must say he was impressive for the amount of sweat that bathed him and for the redness of ...


113.     My confessor, my friend
         **Columbia State (SC)** Author: N/A;     Word Count: 741
           1/29/08 THESTATE (No Page) 2008 WLNR 1758095 ...

         ...dorm. I had a notepad. Looking at him made me feel quite lucky that's all I had to carry that **steamy** day. I
         must say he was impressive for the amount of sweat that bathed him and for the redness of ...


114.     The BB years
         **Daily Star (UK)** Author: KATIE BEGLEY;     Word Count: 303
           1/29/08 DALYSTAR (No Page) 2008 WLNR 1672185 ...

         ...Wilson, 23.  But cameras went off as security man dived in to break up a fight.   BB6 - NOT SO GOOD
         **Steamy** - but dull. Makosi Musambasi, 27, and winner Anthony Hutton, 25, fumbled in the pool while Kinga
         Karolczak, 22, stunned the ...


115.     Appliance of science can ease life's woes
         **Express (UK)** Author: Robert Matthews Scientist;     Word Count: 922
           1/29/08 EXPRESSUK (No Page) 2008 WLNR 1665563 ...

         ...then pass through with little distortion - allowing you to see through the windscreen again.   The same trick
         also works with **steamy** bathroom mirrors.  TO RUN OR NOT TO RUN?   You are strolling in the park
         when the skies open and you  ...


116.     Clipper crew rides the waves to move to front of fleet
         **Grimsby Evening Telegraph (UK)** Author: N/A;     Word Count: 300
           1/29/08 GRMSBYEVE 17 2008 WLNR 1708053 ...

         ...Straits, the fleet has revelled in getting into some open space and some stronger breeze. "Conditions
         onboard are sticky and **steamy** below deck as the upwind conditions force the hatches shut due to water
         across the deck. "With the colder temperatures ...


117.     Father witnesses another special moment
         **Herald Sun (Australia)** Author: SCOTT GULLAN;     Word Count: 556
           1/29/08 HERSUNM 86 2008 WLNR 1618692 ...

         ...has no parental link with Muhammad Ali," he said after his son's defeat.   As a 20-year-old in Congo's
         **steamy** capital Brazzaville, the lure of seeing Ali and Foreman fight for the heavyweight title of the world
         only a couple ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

118.    Detroit mayor's chief of staff resigns amid perjury probe / Recent report alleges the two lied under oath about
        an affair
        **Houston Chronicle** Author: DAVID RUNK;          Word Count: 512
        1/29/08 HSTNCHRON A6 2008 WLNR 1699083 ...

        ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press
        reported details of **steamy** text messages between Beatty and Kilpatrick. A conviction of lying under oath can
        bring up to 15 years' imprisonment. Both ...

119.    Best in show
        **MX (Australia)** Author: N/A;          Word Count: 416
        1/29/08 MXAUSTL 26 2008 WLNR 1677927 ...

        ...movie of the '90s that thrust Ryan Phillipe and Reese Witherspoon into the spotlight. The recently divorced
        pair made a **steamy** on-screen couple with the help of the seductive and backstabbing Sarah Michelle Gellar,
        right. Witherspoon stars as the virginal ...

120.    AROUND THE NATION
        **New Jersey Record (NJ)** Author: From news service reports;          Word Count: 344
        1/29/08 RECNNJ A05 2008 WLNR 1758301 ...

        ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press
        reported details of **steamy** text messages between Beatty and Kilpatrick. Both Kilpatrick and Beatty testified
        in a trial last summer that they did not ...

121.    WIRETAP LAW RUNNING OUT
        **Pittsburgh Post-Gazette (PA)** Author: N/A;          Word Count: 651
        1/29/08 PITTSPOST A5 2008 WLNR 1673363 ...

        ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press
        reported details of **steamy** text messages between Ms. Beatty and Mr. Kilpatrick. Agriculture chief OK'd
        WASHINGTON -- The Senate confirmed Edward Schafer as Secretary of ...

122.    AROUND THE NATION
        **Record, The; Bergen County, N.J.** Author: From news service reports;          Word Count: 340
        1/29/08 RECNNJ A05 2008 WLNR 1760040 ...

        ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press
        reported details of **steamy** text messages between Beatty and Kilpatrick. Both Kilpatrick and Beatty testified
        in a trial last summer that they did not ...

123.    DIGEST
        **South Florida Sun-Sentinel** Author: N/A;          Word Count: 731
        1/29/08 SFLSUN-SENT 3A 2008 WLNR 1736449 ...

        ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

reported details of **steamy** text messages between Beatty and Kilpatrick. New York Police face investigation
in death of off-duty officer Authorities are investigating ...


124.     Some tips to avoid the dry skin that winter weather brings
         **Star-Ledger, The (Newark, NJ)** Author: ERIN WHITE;          Word Count: 825
           1/29/08 STLGRN 23 2008 WLNR 1687924 ...

         ...oily frying pan, you put it in hot, soapy water. That's what you're doing to your skin" by taking long,
         **steamy** showers, he says. Steer clear of soaps like Dial, Ivory and Zest. They dry skin. Use a non-soap
         cleanser ...


125.     Cinematic kisses par excellence
         **USA Today (USA)** Author: Deirdre Donahue;          Word Count: 187
           1/29/08 USATD 4D 2008 WLNR 1692469 ...

         ...precedes the moment of osculation. To be included, Knight writes, the kisses had to embody "romantic
         serendipity," not just be "**steamy** lip-locks."   Some are classics, like Rhett Butler (Clark Gable) to Scarlett
         O'Hara (Vivien Leigh) in Gone With the Wind  ...


126.     at a glance
         **Virginia Pilot and Ledger-Star (Norfolk, VA)** Author: N/A;          Word Count: 455
           1/29/08 PILOT-STAR 10 2008 WLNR 1666448 ...

         ...launched an investigation last week into the allegations, which came to light when the Detroit Free Press
         reported details of **steamy** text messages between Beatty and Kilpatrick.   District of Columbia   bush seeks
         new funding for wars   WASHINGTON | The White House will  ...


127.     beauty: Soak away Take time out from the world with a soothing bath and lots of pampering products
         **Western Mail (UK)** Author: N/A;          Word Count: 255
           1/29/08 WESTMAIL 8 2008 WLNR 1679813 ...

         ... 1: Calm One, Calm All bubble bath 100ml, pounds 4.99, Soap &amp; Glory (available at Boots) 2: Getting
         **Steamy** bubble bath, pounds 18.50, Benefit (0808 238 0230, www.benefitcosmetics.co.uk) 3: Body Spa
         Vervain-Lime bath sea salts, pounds 1 ...


128.     Don't skimp on skin care as nasty weather chaps and dries
         **Alameda Times-Star (CA)** Author: N/A;          Word Count: 2398
           1/28/08 ALMDATIMSTR (No Page) 2008 WLNR 1671527 ...

         ...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy**
         showers, he says. Steer clear of soaps such as Dial, Ivory and Zest. They dry skin. Use a non-soap ...


129.     Don't skimp on skin care as nasty weather chaps and dries
         **Argus, The (Fremont-Newark, CA)** Author: N/A;          Word Count: 2398
           1/28/08 ARGUSFNCA (No Page) 2008 WLNR 1671528 ...


© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %        DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy** showers, he says. Steer clear of soaps such as Dial, Ivory and Zest. They dry skin. Use a non-soap ...

130.    Don't skimp on skin care as nasty weather chaps and dries
    **Daily Review, The (Hayward, CA)** Author: N/A;    Word Count: 2398
    1/28/08 DAILYREVIEW (No Page) 2008 WLNR 1671529 ...

...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy** showers, he says. Steer clear of soaps such as Dial, Ivory and Zest. They dry skin. Use a non-soap ...

131.    GIFTS OF NOTE: Try a new trick for Valentine's Day
    **Daytona News-Journal** Author: STAFF REPORT;    Word Count: 770
    1/28/08 DAYTONANEWSJ 01D 2008 WLNR 1790940 ...

...overnight cruise is $2,080 and a two-night cruise is $3,360. For more information, call 386-445-4000. 2 A **STEAMY** MASSAGE: Jordan Health Clinic and Day Spa in DeLand, like many spas across Volusia County, will be offering a Valentine's ...

132.    Make your life easier with the appliance of science
    **Express (UK)** Author: ROBERT MATTHEWS;    Word Count: 1407
    1/28/08 EXPRESSUK (No Page) 2008 WLNR 1602792 ...

...then pass through with little distortion - allowing you to see through the windscreen again.   The same trick also works with **steamy** bathroom mirrors: just dab your fingertip on a bar of soap and rub it across the mirror. That stops the ...

133.    Monty weaves his magic
    **Express (UK)** Author: TV EXPRESS EDITED BY CHARLOTTE CIVIL Matt Baylis;    Word Count: 671
    1/28/08 EXPRESSUK (No Page) 2008 WLNR 1602971 ...

...Xilitla, he couldn't fake his annoyance with a fantasy garden built by the British eccentric Edward James. Tussling against the **steamy** jungle, its weird sculptures and labyrinthine staircases were designed to startle and transport the visitor. Monty plainly thought it was ...

134.    Diane Keaton hates seeing herself naked!
    **Hindustan Times** Author: N/A;    Word Count: 169
    1/28/08 HINDUTIMES (No Page) 2008 WLNR 1620439 ...

...actress/director Diane Keaton has revealed that she hates the look of her nude form and thus has stopped taking **steamy** baths.   The Oscar winning actress admits that she has switched to showers, because they're fast and she doesn't want to ...

...do change. You're not just stuck when you get older; you make really interesting moves.   "Instead of taking those long, **steamy** baths, I'm in the shower now," she added.   Published by HT Syndication with permission from Asian News International.   HTS tc ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

135.    Don't skimp on skin care as nasty weather chaps and dries
        **Oakland Tribune, The (CA)** Author: N/A;        Word Count: 2398
        1/28/08 OKLDTR (No Page) 2008 WLNR 1671530 ...

        ...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy**
        showers, he says. Steer clear of soaps such as Dial, Ivory and Zest. They dry skin. Use a non-soap ...

136.    UNUSUAL 'TREATMENT' OFFERS NIGHTLY CHOICES FROM COUCH
        **Palm Beach Post (FL)** Author: KEVIN D. THOMPSON, Palm Beach Post Television Writer;        Word
        Count: 649
        1/28/08 PALMBCHPST 5D 2008 WLNR 1720227 ...

        ...him. Her reaction to being pressured is to get drunk, pick up some random guy in a bar and have **steamy**
        sex in a bathroom stall. "A girl is being forced into marriage," Laura tells Paul. " What is she supposed to ...

137.    The ESSENTIALS
        **Providence Journal Bulletin (RI)** Author: N/A;        Word Count: 648
        1/28/08 PROVJ D2 2008 WLNR 1693715 ...

        ...of these plants is going to compare with their counterparts growing under native conditions. In the tropics,
        intense sunlight and **steamy** air coax rubber trees to spread their limbs as wide as our maples, limbs dense
        with foliage and dripping thin ...

138.    Don't skimp on skin care as nasty weather chaps and dries
        **San Mateo County Times (CA)** Author: N/A;        Word Count: 2398
        1/28/08 SMATEOCTYTMS (No Page) 2008 WLNR 1671531 ...

        ...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy**
        showers, he says. Steer clear of soaps such as Dial, Ivory and Zest. They dry skin. Use a non-soap ...

139.    News Quiz: What Best Picture nominee was passed over for Best Director?
        **St. Louis Post-Dispatch (KRT)**        Word Count: 374
        1/28/08 STLSPD (No Page) 2008 WLNR 1689913 ...

        ...Toyota B. Ford C. General Motors D. Chrysler 4. The mayor of what city may face perjury charges because
        of **steamy** text messages? A. Atlanta B. Detroit C. San Francisco D. San Antonio 5. Which restaurant recently
        added a $2 menu ...

        ...found dead in an apartment in SoHo. 3. C. General Motors remained the leader, just ahead of Toyota. 4. B.
        **Steamy** text messages from Detroit Mayor Kwame Kilpatrick could lead to perjury charges. 5. D. The
        Sammie is a new menu ...

140.    Souza naughty girl;Emmerdale;TV Biz;Television
        **Sun, The (UK)** Author: Sara Nathan;        Word Count: 94
        1/28/08 SUNUK 23 2008 WLNR 1617195 ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

QUERY - STEAMY & DA(AFT 1/27/2008) %          DATABASE(S) - ALLNEWS
STEAMY /5 (DRAMA NOVEL PLAY FICTION
AFFAIR SCANDAL FILM MOVIE PLOT
EDITION)

...girl;Emmerdale;TV Biz;Television Sara Nathan    (Photograph) - NAUGHTY Nicola De Souza is caught in
a **steamy** Emmerdale clinch  with lover David Metcalfe by her shocked stepson Miles.      Miles spies gold-
digger Nicola, played by Nicola Wheeler  ...


141.    Don't skimp on skin care as nasty weather chaps and dries
        **Tri-Valley Herald (Pleasanton, CA)** Author: N/A;        Word Count: 2398
         1/28/08 TRIVALLEYH (No Page) 2008 WLNR 1671532 ...

...oily frying pan, you put it in hot soapy water. That's what you're doing to your skin" by taking long, **steamy**
showers, he says. Steer clear of soaps such as Dial, Ivory and Zest. They dry skin. Use a non-soap ...

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.