# EXHIBIT T

## to Levi Declaration

## *EXHIBIT T*

## CURRICULUM VITAE

JUDITH N. LEVI, Ph.D.

Department of Linguistics
Northwestern University
2016 Sheridan Road
Evanston, Illinois 60208-4090
(847) 853-1710

<j-levi@northwestern.edu>

**JUDITH N. LEVI**                    Department of Linguistics
205 Ridge Road, No. 405              Northwestern University
Wilmette, Illinois 60091            2016 Sheridan Road
(847) 853-1710                      Evanston, Illinois 60208-4090
<j-levi@northwestern.edu>           (847) 491-7020

I.    **PERSONAL DATA**

          Birthdate:    March 19, 1944
          Birthplace:   New York City
          Citizenship:  U.S.A.

II.   **EDUCATION**

      University of California at Los Angeles, June-July 1983
          Visiting Scholar in Summer Linguistic Institute of the
          Linguistic Society of America

      The Hebrew University of Jerusalem, Jerusalem, Israel, August 1978
          Summer study in Advanced Modern Hebrew
          The School for Overseas Students

      The University of Chicago, Chicago, IL, Ph.D. 1969-1972
          Major field:  Linguistics
          Minor field:  Syntax and Semantics
          Admitted to Candidacy:  September 1972
          Degree awarded:  1975
          Dissertation title:  The Syntax and Semantics of
          Nonpredicating Adjectives in English
          Dissertation committee:  Jerrold Sadock, James D.
          McCawley, Gene Gragg

      The University of Chicago, Chicago, IL, M.A. 1969-1972
          Major field:  Linguistics
          Thesis title: Middle Weak Verbs in Modern Hebrew:
                        Two Morphophonemic Analyses

      Antioch College, Yellow Springs, Ohio, B.A., 1960-1964
          Major: Philosophy     Minor: Foreign Languages

      Université de Besançon, Besançon (Doubs), France,
          1962-1963
          Cours d'Eté, 1962; Année Universitaire, 1962-1963
          (Credits earned as part of the Antioch Education
          Abroad program, primarily in philosophy and French

4

language)


**III.** **<u>EMPLOYMENT</u>**

College of Arts and Sciences, Northwestern University,
     Evanston, Illinois
     Assistant Dean for Freshmen, 1991-1994

Department of Linguistics, Northwestern University,
Evanston, Illinois
     Department Chair, 1985-1989
     Associate Professor Emeritus, September 2001-present
     Associate Professor, September 1979-August 2001
     Assistant Professor, February 1975-August 1979
     Instructor, September 1973-January 1975
     Lecturer in Modern Hebrew, September 1972-August 1973

Encyclopaedia Britannica Educational Corporation,
     Chicago, Illinois
     Editor of <u>ARTES LATINAE: Latin: Levels One and Two</u>
         (a multi-media program of Latin instruction),
         1967-1971.
     Editorial Assistant to Director, Department of Foreign
         Languages, 1966-1967.
Berlitz School of Languages, Chicago, Illinois.
     Teacher of English as a Second Language
         October-December 1966.


**IV.** **<u>MAJOR PROFESSIONAL INTERESTS</u>**

Linguistics: syntax, lexical semantics, language and law
Languages and language areas:  English, Semitic languages


**V.** **<u>PUBLICATIONS</u>**

    **A.** **BOOKS**

Books of which I am sole author:

<u>The Syntax and Semantics of Complex Nominals</u>.
     New York:  Academic Press, 1978.
     [Japanese translation by Shigeo Sugiura and
     Masaharu Katoh.  Tokyo:  Kobian Shobo, Ltd.,
     1983.]

Books edited:

Language in the Judicial Process.
New York:  Plenum Publishing Corporation, 1990.
Pp. xxiv + 373.  Co-editor (with A. G. Walker)

Papers from the Eighth Regional Meeting of the
Chicago Linguistic Society.
Chicago:  Chicago Linguistic Society, 1972.
Co-editor (with P. M. Peranteau & G. C. Phares)

The Chicago Which Hunt:  Papers From the Relative
Clause Festival.
Chicago:  Chicago Linguistic Society, 1972.
Co-editor (with P. M. Peranteau & G. C. Phares)

Artes Latinae:  Latin: Levels One and Two
Senior Editor of this multi-media instructional
program (author: Waldo E. Sweet)
Chicago:  Encyclopaedia Britannica Educational
Corporation, 1968-1971.

Other major works:

The Syntax and Semantics of Nonpredicating Adjectives
in English.
Ph.D. dissertation, The University of Chicago, 1975.
Marketed in mimeographed form by Indiana University
Linguistics Club, Bloomington, Indiana.


**B.   ARTICLES AND CHAPTERS**

"Improving Decisions on Death by Revising and Testing Jury
Instructions" (with Shari Seidman Diamond).  1996.
Judicature 79:5:224-231.

" 'What is Meaning in a Legal Text?'  A First Dialogue for
Law and Linguistics."  1995.  Washington University Law
Quarterly 73:3:771-783 [Introductory essay for special
issue on law and linguistics]

"Regulatory Variables and Statutory Interpretation."  1995.
Washington University Law Quarterly 73:3:1103-1115
[Special issue on law and linguistics] (with William N.
Eskridge, Jr.).

"Bringing Linguistics into Judicial Decisionmaking:
Semantic Analysis Submitted to the U.S. Supreme Court."
1995.  Forensic Linguistics:  The International Journal of
Speech, Language, and the Law 2:1:81-98 (with Jeffrey P.
Kaplan, Georgia M. Green, and Clark D. Cunningham).

"Plain Meaning and Hard Cases." 1994. <u>Yale Law Journal</u> 103:6:1561-1625 (with Clark D. Cunningham, Georgia M. Green, and Jeffrey P. Kaplan).

"Language as Evidence: The Linguist as Expert Witness in North American Courts." 1994. <u>Forensic Linguistics: The International Journal of Speech, Language, and the Law</u> 1:1:1-26.

<u>Language and Law: A Bibliographic Guide to Social Science Research in the U.S.A.</u>. 1994. Chicago: American Bar Association.

"Evaluating Jury Comprehension of Illinois Capital Sentencing Instructions." 1993. <u>American Speech</u> 68:1: 20-49.

"The Insurance Industry's 1970 Pollution Exclusion: An Exercise in Ambiguity." 1991. <u>Loyola University Chicago Law Journal</u> 23:1:67-101. (With John S. Vishneski III, Todd G. Zimmerman, and Robert A. Creamer)

"The Study of Language in the Judicial Process." 1990. In <u>Language in the Judicial Process</u>, edited by Judith N. Levi and Anne Graffam Walker. New York: Plenum Publishing Corporation. Pp. 3-35.

"The Invisible Network: Contemporary Research in the U.S.A. on Language and the Legal Process." 1989. In <u>Language and Law [Langue et Droit]: Proceedings of the First Conference of the International Institute of Comparative Linguistic Law</u>, edited by Paul Pupier and Jose Woehrling. Montreal: Wilson & Lafleur. Pp. 519-550.

"Applications of Linguistics to the Language of Legal Interactions." 1986. In <u>The Real-World Linguist: Linguistic Applications in the 1980s</u>, edited by Peter C. Bjarkman and Victor Raskin. Norwood, New Jersey: Ablex. Pp. 230-265.

"Rights of Language Minorities in the United States: An Introductory Bibliography." 1985. <u>Language Planning Newsletter</u> (August) 11:3:2-5. Honolulu, Hawaii: Institute of Culture and Communication, East-West Center.

"Language and the Law in the U.S.A." Manuscript. 1982. (Invited chapter for <u>Language in the Professions</u>, edited by Shirley Brice Heath. Book did not reach publication stage.) 74 pp.

"Complex Nominals: New Discoveries, New Questions."  1983.
 In Proceedings of the XIIIth International Congress of
Linguistics (Tokyo, Japan, August 29-September 4, 1982).
Pp. 183-197.

Linguistics, Language, and the Law:  A Topical
Bibliography.  1982.  Bloomington, Indiana:  Indiana
University Linguistics Club. Pp. xi, 48.  [Out of print;
revised and expanded version appeared in 1994; see above.]

"Ergativity in English?"  1977.  In Chicago Linguistic
Society Book of Squibs with Cumulative Index, edited by
Samuel E. Fox, et al. Chicago, IL:  Chicago Linguistic
Society.  Pp. 91-93. (With Jerrold M. Sadock).

"The Constituent Structure of Complex Nominals, or,  That's
Funny, You Don't Look Like a Noun."  1977.  In Papers from
the Thirteenth Regional Meeting of the Chicago Linguistic
Society, edited by W. A. Beach et al.  Chicago:  Chicago
Linguistic Society.  Pp. 325-338.

"A Semantic Analysis of Hebrew Compound Nominals."  1976.
In Studies in Modern Hebrew Syntax and Semantics edited by
Peter Cole.  North-Holland Publishing Company.  Pp. 9-55.

"On the Alleged Idiosyncrasy of Nonpredicate NPs in
English."  1974.  In Papers from the Tenth Regional Meeting
of the Chicago Linguistic Society, edited by M. W. LaGaly
et al.  Chicago:  Chicago Linguistic Society.  Pp. 402-415.

"Where Do All Those Other Adjectives Come From?"  1973. In
apers from the Ninth Regional Meeting of the Chicago
Linguistic Society, edited by C. Corum et al.  Chicago, IL:
Chicago Linguistic Society.  Pp. 332-345.


C.    **WORKS REVIEWED**

Review article, reviewing The Language of Judges by
Lawrence M. Solan (Chicago:  The University of Chicago
Press, 1993).  See "Plain Meaning and Hard Cases" above
[under B].

Review of Cahier de Linguistique No 3, edited by Judith
McA'Nulty (Montréal: Les Presses de l'Université du Québec,
1973).  1977.  International Journal of American
Linguistics 43:227-232.  (With Morris Goodman.)


D.    **REVIEWS OF MY WORK**

Review of Language and Law:  A Bibliographic Guide to Social Science Research in the U.S.A.  by Edward Finegan. 1997. Forensic Linguistics: The International Journal of Speech, Language and the Law 4:2:303-4.

Review of Language in the Judicial Process by Jeffrey P. Kaplan.  1994.  Forensic Linguistics:  The International Journal of Speech, Language and the Law 1:1:94-106.

"Linguistic Issues in the Law," review article by Peter M. Tiersma (Loyola Law School, Los Angeles) on Language in the Judicial Process. 1993.  Language 69:1:113-137.

Review of Language in the Judicial Process by Michael Stubbs (University of Trier, Germany).  To appear in Discourse and Society 1993.

"Forensic Linguistics Comes of Age," by Ronald R. Butters (Duke University) [Review of Language in the Judicial Process and another book].  1993. American Speech 63:1:110-112.

Review by Doris Marie Provine (Syracuse University) of Language in the Judicial Process.  1992.  Judicature: 76:1:47-48.  [Also in The Law and Politics Book Review 1:5:69-71 (an electronic journal), July 1991.]

Review by John Flood (European University Institute, UK) of Language in the Judicial Process.  1991.  Contemporary Sociology 20:926-7.

Review by Edward Finegan (University of Southern California) of Linguistics, Language, and the Law: A Topical Bibliography.  1984.  Language 60:199-200.

Review by Marcel Thelen (Institute for Dutch Lexicography, Leyden, The Netherlands) of The Syntax and Semantics of Complex Nominals (1978).  1981.  Quaderni di Semantica: An International Journal of Theoretical and Applied Semantics. Pp. 185-192.

Review article by Frederick J. Newmeyer (University of Washington) of The Syntax and Semantics of Complex Nominals (1978).  1979.  Language 55:2:396-407.

VI.    **PAPERS AND LECTURES DELIVERED**

"Linguistics and the Law" presented at Annual Meeting of

the Association of the Judges of the New York State Court of Claims, Cooperstown, NY, September 26, 1997 [invited talk]

"Understandings of <u>meaning</u> in Linguistics and Law" read at Law and Society Association 1997 Annual Meeting, St. Louis, MO, May 30, 1997 (co-authored; second author, Jeffrey P. Kaplan)

"Using Linguistics to Interpret Laws:  The Problem of Disciplinary Boundaries" (with Law Professor Clark D. Cunningham, Washington University School of Law).  The Center for Urban Affairs and Policy Research/Law and Social Sciences Program, Northwestern University, Evanston, Illinois, May 9, 1996.

"Arguing and Deciding Hard Cases with the Help of Linguists:  Some Recent Supreme Court Cases"  (with Law Professor Clark D. Cunningham, Washington University School of Law).  American Bar Foundation, Chicago, Illinois, May 8, 1996.

"The Development of Linguistic Analysis of Word Meaning in Legal Cases."  Department of English, Hebrew University, Jerusalem, Israel, April 29, 1996.

"Speaking of Legal Interpretation:  Can Lawyers and Linguists Do It Together?"  Colloquium on "Discourse and the Professions,"  American Association for Applied Linguistics, Chicago, IL, March 25, 1996 (with Jeffrey Kaplan, Associate Professor of Linguistics, San Diego State University).

"Workshop on Interdisciplinary Collaboration:  Lawyers and Linguists Look at Interpretation."  Colloquium jointly sponsored by Linguistics Studies, the Program on Social Thought and Analysis, and the School of Law of Washington University, St. Louis, MO, January 25, 1996 (with Clark D. Cunningham, Professor of Law, Washington University). (Invited talk)

"Semantics and Pragmatics as Legal Argument."  Department of English, Hebrew University, Jerusalem, Israel, December 13, 1994.

"Do Jurors Understand Jury Instructions?"  Colloquium jointly sponsored by the School of Law and the Program on Social Thought and Analysis of Washington University, St. Louis, MO, October 7, 1994 (with Richard L. Wiener, Professor of Psychology and Public Policy, St. Louis University).  (Invited talk.)

"Linguistic Analysis of Supreme Court Cases."  Roundtable
(with C. Cunningham, G. Green, J. Kaplan, F. Schauer) at
the Annual Meeting of the Law and Society Association,
Phoenix, AZ, June 18, 1994.

"Plain Meaning and Hard Cases."  Presented to the Legal
Studies Colloquium [sponsored by the Institute for Legal
Studies and the Linguistics Department], University of
Wisconsin-Madison, Madison, WI, November 23, 1993 (with
Clark D. Cunningham, Associate Professor of Law, Washington
University, St. Louis, MO).

"When a Linguist Testifies:  The Experience of Linguists as
Expert Witnesses in North American Courts."  Presented at
the Annual Meeting of the Law and Society Association,
Chicago, IL, May 29, 1993.

"Words are Tricky Devils:  A Linguist Looks at Natural
Language Land Mines."  Presented to the Fifth Annual
Conference on Translation and Interpretation, Skokie, IL,
September 26, 1992.  (Invited talk.)

"On the Adequacy of Illinois Jury Instructions for Capital
Sentencing:  One Linguist's Testimony."  Presented at the
Annual Meeting of the Law and Society Association,
Philadelphia, PA, May 31, 1992.

"The Social Utility of Linguistic Analysis in Litigation:
Environmental Pollution Liability and Death Penalty Jury
Instructions."  Presented at the May Monthly Meeting of the
Chicago Linguistic Society, Chicago, Illinois, May 21,
1992.  (Invited talk.)

"On Teaching Facts of Language as Facts of Life."
Presented to the Recognition Society of the North Shore
Country Day School, Winnetka, Illinois, October 24, 1991.
(Invited talk.)

"Linguistic Testimony in Courts of Law."  Presented to
Summer Intern Program, American Bar Foundation, Chicago,
Illinois, July 19, 1990. (Invited talk.)

"The Invisible Network:  Contemporary Research in the
U.S.A. on Language and the Legal Process."   Presented at
the First International Conference on Comparative
Linguistic Law, Universite du Quebec a Montreal, Montreal,
Canada, April 27-29, 1988.  (Invited talk.)

"Linguistics and the Law:  Scholarship and Involvement in
the 1980s."  Presented at the January Monthly Meeting of

the Chicago Linguistic Society, University of Chicago, Chicago, Illinois, January 15, 1987. (Invited talk.)

"Language and Law in the U.S.A.: A Guided Tour." Keynote address to the Conference on Language in the Judicial Process, Georgetown University, Washington, D.C. July 26, 1985.

"Linguistics, Language, and the Law: New Directions in Research and Consulting in the U.S.A." Postgraduate Centre of Law and Department of Linguistics, South Gujarat University, Surat, Gujarat, India. October 17, 1984.

"Linguistics, Language, and the Law: New Directions in Research and Consulting in the U.S.A." Indian Law Society Law College, Pune, Maharashtra, India. October 13, 1984.

"Linguistics, Language, and the Law." Deccan College Post-graduate and Research Institute (linguistics section), Pune, Maharashtra, India. October 12, 1984.

"Language and Law: Linguistic Issues in Legal Processes and Interactions." Department of Law, University of Poona, Pune, Maharashtra, India. October 12, 1984.

"Linguistics Meets the Law: New Directions in Research and Consulting." Annual Meeting of the Law and Society Association, Panel on "Language and the Legal Process," Boston, Massachusetts, June 10, 1984. (Invited talk.)

"Linguistics and the Law." Featured speaker at Linguistics Symposium, San Diego State University, San Diego, California, March 31, 1984. (Invited talk.)

"Linguistics in the Courtroom: Research and Consulting in Legal Domains." Linguistic Symposium, 1983 Summer LSA Linguistic Institute, University of California at Los Angeles, July 6, 1983.

"Linguistics, Language, and the Law: Explorations Beyond the Ivory Tower." Monthly Meeting, Chicago Linguistics Society, The University of Chicago, Chicago, Illinois, November 10, 1982. (Invited talk.)

"The Language of Court Interactions." Northwestern University Law and Social Policy Program, Center for Urban Affairs and Policy Research, Northwestern

University, Evanston, Illinois, November 9, 1982.
(Invited talk.)

"Complex Nominals: New Discoveries, New Questions."
Presentation to Plenary Session on Morphology, XIIIth
International Congress of Linguistics, Tokyo, Japan,
August 31, 1982.  (Invited talk.)

"A Transformationalist Analysis of English
Nominalizations."  Linguistic Society of Nepal, Kathmandu,
Nepal, August 22, 1982.

"The Language of Court Interaction."  Department of
Linguistics, University of Delhi, Delhi, India, August
16, 1982.  (Invited talk.)

"Complex Nominals: Remarks and Criticism."  Department
of Linguistics, University of Delhi, Delhi, India,
August 13, 1982.  (Invited talk.)

"Applications of Linguistics to the Language of Legal
Interactions."  Ninth in a series of presentations
comprising a symposium on "Linguistic Applications in
the 1980's," sponsored by Purdue Linguistics Group,
School of Humanities, Social Sciences, and Education,
Purdue University, West Lafayette, Indiana, May 4,
1982.  (Invited talk.)

"Back From (To?) the Wars: A Transformationalist View
of English Nominalizations," University of Illinois at
Urbana-Champaign Linguistics Club, Urbana, Illinois,
April 17, 1981.  (Invited talk.)

"Language and the Law," lecture sponsored by the
University Lecture Fund and the School of Education,
Stanford University, Stanford, California, January 30,
1981.

"Linguistic Research on the Language of Legal Interactions
and Legal Processes," Linguistics Colloquium, University of
California, Berkeley, California, January 29, 1981.
"Language and Law:  Linguistic Issues in Legal
Processes and Interactions," Center for the
Interdisciplinary Study of Science and Technology,
Northwestern University, Evanston, Illinois, November
21, 1980. (Invited talk.)

"Remarks on Nominalizations, or, What One Discovers
When One Stops Hitting the Other Guy Over the Head
with Them,"  Two Hundred Sixth Monthly Meeting,

Chicago Linguistic Society, Chicago, Illinois, January 20, 1978.  (Invited talk.)

"The Constituent Structure of Complex Nominals, or, That's Funny, You Don't Look Like a Noun!", Thirteenth Regional Meeting, Chicago Linguistic Society, Chicago, Illinois, April 16, 1977.

"Complex Nominals: Nouns of Limited Variety and Unlimited Length," Annual Meeting of the Linguistic Society of America, Philadelphia, Pennsylvania, December 28, 1976.

"What is This Thing Called Linguistics?", lecture to visiting German students as part of DAAD orientation series, Northwestern University, Evanston, Illinois, August 1975.

"The Beautiful Princess and the Civil Engineer: Syntax and Semantics of Nominal Compounds and Implications for the Lexicon,"  Meeting of the Center for Lexicographic Studies, Northwestern University, Evanston, Illinois, April 28, 1975.

"On the Alleged Idiosyncrasy of Nonpredicate NPs in English," Tenth Regional Meeting of the Chicago Linguistic Society, Chicago, Illinois, April 1975.

"What Makes Provincial Governors (*So) Provincial?" Linguistics Colloquium, Stanford University, Palo Alto, California, February 28, 1974.  (Invited talk.)

"The Semantic Structure of Nominal Nonpredicating Adjectives," The University of Chicago Tuesday Seminar, Chicago, Illinois, February 19, 1974. (Invited talk.)

"Where Do All Those Other Adjectives Come From?"  Ninth Regional Meeting of the Chicago Linguistic Society, Chicago, Illinois, April 1973.

**VII.**  **AWARDS AND HONORS**

    **A.**  **PREDOCTORAL**

        National Science Foundation Fellow, 1970-1972, for graduate study at The University of Chicago.

National Merit Scholar, 1960-1964, for undergraduate study at Antioch College, Yellow Springs, Ohio.

**B.    POSTDOCTORAL**

Invited by Student Advisory Board (College of Arts and Sciences, Northwestern University) to be the 1991 College of Arts and Sciences Convocation Speaker. Convocation Address given: "On Seeking Wisdom Beyond Knowledge," June 21, 1991.

Research leave granted by Northwestern University, January-June 1990. Served as Visiting Scholar at American Bar Foundation, Chicago, Illinois during that period.

Appointed (July 1986) as Fulbright Scholar by the Council for International Exchange of Scholars for a "multiple-lectureship assignment" to lecture in India in 1986-87 on language and law research in the United States; award relinquished due to other professional commitments.

Invited to be one of four featured speakers in the Plenary Session on Morphology at the XIIIth International Congress of Linguists in Tokyo, August/September 1982; attendance funded by a travel grant from The Alumnae of Northwestern University.

**VIII.    PROFESSIONAL ACTIVITY**

**A.    MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS**

Member:   Linguistic Society of America, 1970-
          Chicago Linguistic Society, 1969-
          Law and Society Association, 1984-
          Association of Trial Behavior Consultants,
             1984-85
President: Chicago Linguistic Society, 1971-1972

**B.    CONFERENCE ORGANIZATION**

Conference Organizer, "What is Meaning in a Legal
    Text: A Dialogue among Scholars of Law and
    Linguistics," funded by Northwestern University

and Washington University School of Law,
Northwestern University, Evanston, IL March 31-
April 2, 1995.

Conference Organizer, "Language in the Judicial
Process," a national conference funded by the
National Science Foundation (Program in Law and
Social Science), Georgetown University,
Washington, D.C. July 26-28, 1985.  (Co-
organizer: Anne Graffam Walker, Georgetown
University.)

Organizer of session on "Language, Law, and Society,"
as part of the sociolinguistics component of the
Eleventh World Congress of Sociology, New Delhi,
August 18-23, 1986.  [Change in travel plans
prevented attendance.]


**C.    OTHER CONFERENCE PARTICIPATION**

Chair:    Abstracts Committee, Chicago Linguistic
          Society, 1971-1972.
          Semantics Session, Annual Meeting of the
          Linguistic Society of America,
          Minneapolis, December 1983.
          Pragmatics and Syntax Session, Annual
          Meeting of the Linguistic Society of
          America, Chicago, January 1991.
          Semantics Session, Annual Meeting of the
          Linguistic Society of America, Chicago,
          January 1997.

Member:   Local Arrangements Committee for the Annual
          Meeting of the Linguistic Society of
          America, Chicago, December 1977.

Invited participant:

          Conference on "The Appearance of Justice:
          Juries, Judges, and the Media," co-sponsored by
          the Annenberg Washington Program (of Northwestern
          University) and the Woodrow Wilson School of
          Public and International Affairs (of Princeton
          University).  Participant in panel on "Modelling
          Fairness:  Interdisciplinary Perspectives."
          Princeton University, Princeton, NJ, November 11,
          1994.

          Conference on the Use of the Language Scientist
          as Expert in the Legal Setting, sponsored by the

Section of Linguistics of the New York Academy of Sciences, New York City, April 27-29, 1988.

National Conference on the Role of Law in Undergraduate Liberal Education, sponsored by the American Bar Association, Washington, D.C., March 1985.

Conference on the American Jury and the Law, sponsored by the American Judicature Society and the Johnson Foundation, Racine, Wisconsin, November 18-20, 1985.

Panel on Research in Law and  Social Science, 72nd Annual Meeting of the Speech Communication Association, Chicago, Illinois, November 15, 1986.

## D.    PEER-REVIEW RESPONSIBILITIES

Member of the Editorial Advisory Board for Forensic Linguistics:  The International Journal of Language and the Law 1993-  .

Member of the Editorial Advisory Board for the Law and Society Review, 1986-1988.

Reviewed linguistics manuscripts submitted to Language (the publication of the Linguistic Society of America), Natural Language and Linguistic Theory, Journal of Pragmatics, Journal of Memory and Language, and International Journal of Humor Research.

Reviewed proposals for funding of linguistics projects, and projects in Law and the Social Sciences, for the National Science Foundation.

Reviewed research proposals submitted for funding to the American Bar Foundation, in the area of law and language.

Reviewed manuscripts on law and language submitted for publication to Cambridge University Press, and to Law & Social Inquiry (Journal of the American Bar Foundation); and book proposal submitted to The University of Chicago Press.

Reviewed linguistics manuscripts for publication by Holt, Rinehart and Winston, and provided a detailed critique of the first edition of a nationally-used linguistic text in preparation for the second edition.

Served as Panel Member to evaluate National Science
Foundation/National Research Council Minority Graduate
Fellowship Applications, Washington, D.C.  February 1988.

IX.  <u>TEACHING AND ADVISING</u>

    A.  **MOST RECENT TEACHING AREAS**

        Undergraduate:  Introduction to meaning (semantics and
           pragmatics); semantics; language and the law,
           including legal interpretation.
        Graduate:  semantics; language and the law, including
           legal interpretation.

    B.  **TEACHING AWARDS**

        Recipient of "Outstanding Teacher Award,"
           Northwestern University College of Arts and
           Sciences, Spring 1975

        Associated Student Government 1984-85, 1992-93 Faculty
           Honor Roll.

    C.  **CURRICULAR DEVELOPMENT**

        1.  Linguistics A01 <u>Language and Law</u> (new Freshman
           Seminar, first taught Winter 1984).

        2.  Linguistics B06 <u>Syntax and Meaning in Human</u>
           <u>Language</u> (new distribution requirement, first
           taught 1987-88).

        3.  Linguistics B07 <u>Introduction to Formal</u>
           <u>Linguistics</u> (course revised with Prof. Ellen
           Schauber to meet objectives of new distribution
           requirements, introduced in 1980-1981.)

        4.  Linguistics B11 <u>Words and Meaning</u> (new course,
           first taught Winter 1978.

        5.  Linguistics C06-1,2 <u>Transformational Grammar</u>
           (original C06-1 revised and expanded into two-
           quarter sequence with Prof. Schauber; introduced
           in 1980-1981).

        6.  Linguistics C06-2 <u>Transformational Grammar</u>
           (new course in generative semantic theory,

first taught Spring 1977).

7.   Linguistics C24 <u>Language and Law</u> (first taught as
     regular offering Winter 1991).

8.   Linguistics C30 <u>Topics in Language and Behavior:
     Meaning in Law and Language</u> (first taught Spring
     1998).

9.   Linguistics C96-7 <u>Topics in Language and Law:
     Junior Tutorial</u> (first taught Winter 1991).

10.  Linguistics D11 <u>Seminar in Linguistic Theory</u> (new
     topic:  complex nominals; first taught Fall
     1994).

11.  Linguistics D11 <u>Seminar in Linguistic Theory</u> (new
     topic:  meaning in the law; first taught Fall
     1996)


C.   **COURSES TAUGHT**

A01  <u>Language and Law</u>: freshman seminar; lectures,
     discussion, and paper writing

B01  <u>Languages and Linguistics</u>: introduction to
     linguistics; lecture and discussion.
     [Later superseded by Linguistics A10.]

B05  <u>Meaning</u>: introduction to semantics and
     pragmatics; lectures and discussion.

B06  <u>Syntax and Meaning in Human Language</u>:
     introduction to formal linguistics in the areas
     of morphology, syntax, and semantics; lectures
     and discussion.

B07  <u>Introduction to Formal Linguistics</u>: entry-
     level course covering basic subfields of
     linguistics that can be treated formally; lecture
     and discussion [Later superseded by Linguistics
     B06 and B07.]

B11  <u>Words and Meaning: Introduction to the
     Linguistic Study of Words</u>:  general education
     course; lecture and discussion.

C01  <u>Introduction to Study of Language</u>:
     introduction to linguistics for graduate

students in other departments; lecture and
discussion.

C05    Semantics: introduction to linguistic
       semantics, for undergraduate and graduate
       students in linguistics as well as other
       departments; primarily lectures.

C06    Fundamentals of Syntax:  introduction to
       syntactic concepts and analysis; lectures,
       problem-solving, and discussion.  [Replaced
       earlier C06-1,2 sequence.]

C06-1  Transformational Grammar:  introduction to
       theory of syntax; lectures, problem-solving, and
       argumentation.

C06-2  Transformational Grammar(Generative Semantics):
       more advanced course; lectures, and discussion.

C18    Introductory Syntax:  course primarily for
       majors; lectures on theory as well as
       problem-solving.  [Replaced by other courses]

C24    Language and the Professions: Law:
       interdisciplinary course for general education;
       lecture and discussion.

C30    Topics in Language and Behavior: Meaning in Law
       and Language: interdisciplinary seminar on
       linguistics and legal interpretation.

C80    English in the University:  Professorship:
       advanced English course for international
       graduate students interested in learning more
       about teaching at an American university;
       discussion.

C96-7  Topics in Language and Law:  Junior  Tutorial:
       tutorial format for small interdisciplinary
       group; emphasis on student participation in
       discussion and critical evaluations.

D05-1  Syntactic Analysis: course primarily for
       graduates and advanced undergraduate majors;
       lectures and problem-solving, using data from
       many languages.

D05-2  Syntactic Analysis: second part of
       graduate-level course, usually focusing on
       development of critical reading skills in the

professional literature.

D11   <u>Seminar in Linguistic Theory</u>: seminar for advanced graduate students on complex nominals.

D11   <u>Seminar in Linguistic Theory</u>:  seminar for graduate students (and law students) on meaning in legal interpretation.

**E.    ADVISOR ON M.A. COMMITTEES**

Elizabeth Burt, Linguistics
Yelena Goretskaya, Linguistics [major advisor]
Lisa Cutler, Linguistics [major advisor]
Catherine Coppolillo, Linguistics
William Stone, Linguistics
Edward King, Anthropology
Mark Grover, Computer Science
Viola Camunas, Linguistics
Ashley Lommers-Johnson, Linguistics

**F.    ADVISOR ON PH.D. COMMITTEES**

<u>Major advisor for the dissertations of</u>:

Laurel Stvan (Ph.D., 1998, Linguistics)
Franziska Lys (Ph.D., 1988, Linguistics)
Kerri Mommer (Ph.D., 1986, Linguistics)
Janet Cohen Jenkins (dissertation not completed)

<u>Committee member for the dissertations of</u>:

Saundra Wright (Ph.D. 2001, Linguistics)
Michelle Feist (Ph.D. 2000, Linguistics)
Susan Freedman (Ph.D., Linguistics; not completed)
Siniruddha Dash (Ph.D., 1988, University of Poona, Pune, India)
John Piipo (Ph.D. 1986, Garrett Evangelical Theological Seminary)
Tenena Moise Soro (Ph.D., 1986, Linguistics)
Ellen Barton (Ph.D. 1985, Linguistics)
Kiran Biswas (Ph.D., 1981, Department of Humanities and Social Sciences, Indian Institute of Technology, Kanpur, India)
Mark Grover, (Ph.D., 1981, Computer Science)
Senko Maynard (Ph.D., 1980, Linguistics)
Judith Markowitz (Ph.D., 1977, Linguistics)

## X.   UNIVERSITY SERVICE

### A.   UNIVERSITY SENATE COMMITTEES

University Research Grants Committee, 1994-97
Searle Center for Teaching Excellence Steering
   Committee, 1993-97
Ad Hoc Committee on Summer Academic Workshop, 1983-
   1984
General Faculty Committee, 1978-1981
Human Relations Committee, 1975-1978
Norris Center Bookstore Advisory Committee, 1974-1976

### B.   COLLEGE OF ARTS AND SCIENCES COMMITTEES

Committee on Promotion and Tenure, 1982-1985
Committee on Distributional Requirements, 1978-1980
Freshman Seminar Committee, 1976-1978
Ad Hoc Committee on Credit, 1976
Appeals Committee, 1975-1978

### C.   DEPARTMENTAL COMMITTEES AND SERVICE

Department Chair, 1985-1989
Director, Graduate Studies, 1996-1998
Director, Graduate Admissions, 1990-1991; pro tem,
   Spring 1998
Search Committees, 1985-1986, 1986-198  (Committee
   Chair), 1987-1988, 1990-91
Foreign Language Requirements Committee, 1975-
Undergraduate Honors Committee, 1975-1985
Undergraduate Curriculum Committee, 1975-1985
Theoretical Linguistics Committee, 1976-1978

### D.   OTHER UNIVERSITY SERVICE

CAS Assistant Dean for Freshmen, 1991-1994
CAS College Advisor, 1984-1985
Master, Women's Studies Residential College, 1980-1982
Faculty Associate, Shepard Residential College, 1973-
   1980
Faculty Associate, International Studies Residential
   College, 1994-1997

## XI.  EXPERIENCE ABROAD

**A.    FOREIGN LANGUAGES**
French: fluent speaking, hearing, reading, writing.
German: conversational speaking, hearing; reading.
Latin: equivalent of two years' college study.
Modern Hebrew:  conversational speaking, hearing;
    some reading, writing.
Modern Written Arabic:  one year's college study.

**B.    STUDY ABROAD**

Université de Besançon, Besançon (Doubs), France,
    1962-1963
        Cours d'Eté, 1962; Année Universitaire, 1962-1963
        (Credits earned as part of the Antioch Education
        Abroad program, primarily in philosophy and
        French language)

The Hebrew University of Jerusalem, Jerusalem, Israel,
    August 1978
        Summer study in Advanced Modern Hebrew
        The School for Overseas Students

**C.    PROFESSIONAL ACTIVITIES ABROAD**
Lectured on language and law at the Hebrew University,
    Jerusalem, Israel, December 1994, April 1996.
Lectured on language and law in 1984 at:
        Department of Law, University of Poona, Pune,
            India
        Indian Law Society Law College, Pune, India
        Postgraduate and Research Institute, Deccan
            College, Pune, India (linguistics audience)
        Postgraduate Centre of Law and Department of
            Linguistics, South Gujarat University,
            Surat, India.
Lectured on linguistics, and on language and law, at
    the University of Delhi, Delhi, India, 1982.
Lectured on linguistics, Linguistic Society of Nepal,
    Kathmandu, Nepal, 1982.
Invited speaker in plenary session on morphology,
    XIIIth International Congress of Linguists,
    Tokyo, Japan, 1982.
Guest speaker to English students, Konan Women's
    College, Kobe, Japan, 1982