# EXHIBIT U

## to Levi Declaration

# *EXHIBIT U*

**PROFESSIONAL ACTIVITIES**

**concerning**

**LANGUAGE AND LAW**

**JUDITH N. LEVI, Ph.D.**

**Department of Linguistics**
**Northwestern University**
**2016 Sheridan Road**
**Evanston, IL 60208-4090**
**(847) 853-1710,**
**(847) 491-7020**
**<j-levi@northwestern.edu>**

---

**JUDITH N. LEVI, Ph.D.**　　　　　　Northwestern University
Associate Professor Emeritus　　Evanston, IL 60208-4090
Department of Linguistics　　　　Phone/fax: (847) 853-1710
<j-levi@northwestern.edu>　　　　Dept. phone:(847)491-7020

**PROFESSIONAL ACTIVITIES CONCERNING LANGUAGE AND LAW**
[Updated January 2008]


**I. PUBLICATIONS CONCERNING LANGUAGE AND LAW**


16) "Improving Decisions on Death."  1996.  <u>Judicature</u> 79:5:224-231 (co-author:  Shari Seidman Diamond).  Also published as ABF Working Papers #9506, American Bar Foundation Working Paper Series, Chicago, Illinois, 1996.

15) "'What is Meaning in a Legal Text?'  A First Dialogue for Law and Linguistics."  1995.  <u>Washington University Law Quarterly</u> 73:3:771-783 [Introductory essay for special issue on law and linguistics]

14) "Regulatory Variables and Statutory Interpretation."  1995.  <u>Washington University Law Quarterly</u> 73:3:1103-1115 [Special issue on law and linguistics] (co-author:  William N. Eskridge, Jr., Professor of Law, Georgetown University Law Center)

13) "Bringing Linguistics into Judicial Decision-Making:  Semantic Analysis Submitted to the U.S. Supreme Court."  1995.  <u>Forensic Linguistics:  The International Journal of Language and the Law</u> 2:1:81-98.  (Co-authors:  Jeffrey P. Kaplan, Georgia M. Green, and Clark D. Cunningham; Cunningham is Professor of Law, Washington University, St. Louis, MO).

12) "Plain Meaning and Hard Cases."  1994.  <u>Yale Law Journal</u> 103:6:1561-1625.  (Co-authors:  Clark D. Cunningham, Georgia M. Green, and Jeffrey P. Kaplan; Cunningham is Professor of Law, Washington University, St. Louis, MO).

11) "Language as Evidence:  The Linguist as Expert Witness in North American Courts."  1994.  <u>Forensic Linguistics: The International Journal of Language and the Law</u> 1:1:1-26.

10) <u>Language and Law: A Bibliographic Guide to Social Science Research in the U.S.A.</u> 1993. Chicago: American Bar Association [ABA Commission on College and University Legal Studies].

9) "Evaluating Jury Comprehension of Illinois Capital Sentencing Instructions." 1993. <u>American Speech</u> 68:1:20-49.

8) "The Insurance Industry's 1970 Pollution Exclusion: An Exercise in Ambiguity." 1991. <u>Loyola University Chicago Law Journal</u> 23:1:67-101. (Co-authors: attorneys John S. Vishneski III, Todd G. Zimmerman, Robert A. Creamer)

7) <u>Language in the Judicial Process</u>. 1990. New York: Plenum Publishing Corporation. (Co-editor: Anne Graffam Walker; Foreword by Laurens Walker.) Pp. xxix + 373.

6) "The Study of Language in the Judicial Process." 1990. Chapter One in <u>Language in the Judicial Process</u>, edited by Judith N. Levi and Anne Graffam Walker. New York: Plenum Publishing Corporation. Pp. 3-35.

5) "The Invisible Network: Contemporary Research in the U.S.A. on Language and the Legal Process." 1989. In <u>Language and Law [Langue et Droit]: Proceedings of the First Conference of the International Institute of Comparative Linguistic Law</u> (Montreal, April 27-29, 1988), edited by Paul Pupier and Jose Woehrling. Montreal: Wilson & Lafleur. Pp. 519-550.

4) "Applications of Linguistics to the Language of Legal Interactions." 1986. In <u>The Real-World Linguist: Linguistic Applications in the 1980s</u>, edited by Peter C. Bjarkman and Victor Raskin. Norwood, New Jersey: Ablex. Pp. 230-265.

3) "Rights of Language Minorities in the United States: An Introductory Bibliography." 1985. <u>Language Planning Newsletter</u> (August) 11:3:2-5. Honolulu, Hawaii: Institute of Culture and Communication, East-West Center.

2) "Language and the Law in the U.S.A." Manuscript. 1982. (Invited chapter for <u>Language in the Professions</u>,

4

   edited by Shirley Brice Heath.  Book did not reach
   publication stage.)  74 pp.

1) <u>Linguistics, Language, and the Law:  A Topical Bibliography</u>.
   1982.  Bloomington, Indiana: Indiana University
   Linguistics Club. Pp. xi, 48.  [Out of print; revised
   and expanded edition appears as (4) above.]


**II.   PROFESSIONAL TALKS GIVEN CONCERNING LANGUAGE AND LAW**


30) "Linguistics and the Law" presented at Annual Meeting of
    the Association of the Judges of the New York State
    Court of Claims, Cooperstown, NY, September 26, 1997
    [Invited talk].

29) "Understandings of <u>meaning</u> in Linguistics and Law" read at
    Law and Society Association 1997 Annual Meeting, St.
    Louis, MO, May 30, 1997 (with Jeffrey P. Kaplan,
    Professor of Linguistics, San Diego State University)

28) "Using Linguistics to Interpret Laws:  The Problem of
    Disciplinary Boundaries" (with Law Professor Clark D.
    Cunningham, Washington University School of Law).  The
    Center for Urban Affairs and Policy Research/Law and
    Social Sciences Program, Northwestern University,
    Evanston, Illinois, May 9, 1996.

27) "Arguing and Deciding Hard Cases with the Help of
    Linguists:  Some Recent Supreme Court Cases"  (with
    Law Professor Clark D. Cunningham, Washington
    University School of Law).  American Bar Foundation,
    Chicago, Illinois, May 8, 1996.

26) "The Development of Linguistic Analysis of Word Meaning in
    Legal Cases."   Department of English, Hebrew
    University, Jerusalem, Israel, April 29, 1996.

25) "Speaking of Legal Interpretation:  Can Lawyers and
    Linguists Do It Together?"  Colloquium on "Discourse
    and the Professions,"  American Association for
    Applied Linguistics, Chicago, IL, March 25, 1996 (with
    Jeffrey Kaplan, Associate Professor of Linguistics,
    San Diego State University).

24) "Workshop on Interdisciplinary Collaboration: Lawyers and Linguists Look at Interpretation." Colloquium jointly sponsored by Linguistics Studies, the Program on Social Thought and Analysis, and the School of Law of Washington University, St. Louis, MO, January 25, 1996 (with Clark D. Cunningham, Professor of Law, Washington University). (Invited talk)

23) "Semantics and Pragmatics as Legal Argument." Department of English, Hebrew University, Jerusalem, Israel, December 13, 1994.

22) "Do Jurors Understand Jury Instructions?" Colloquium jointly sponsored by the School of Law and the Program on Social Thought and Analysis of Washington University, St. Louis, MO, October 7, 1994 (with Richard L. Wiener, Professor of Psychology and Public Policy, St. Louis University). (Invited talk.)

21) "Plain Meaning and Hard Cases." Presented at the Legal Studies Colloquium, University of Wisconsin-Madison Law School [sponsored by the Institute for Legal Studies and the Linguistics Department], Madison, Wisconsin, November 23, 1993 (with Clark D. Cunningham).

20) "When a Linguist Testifies: The Experience of Linguists as Expert Witnesses in North American Courts." Presented at the Annual Meeting of the Law and Society Association, Chicago, IL, May 29, 1993.

19) "On the Adequacy of Illinois Jury Instructions for Capital Sentencing: One Linguist's Testimony." Presented at the Annual Meeting of the Law and Society Association, Philadelphia, PA, May 31, 1992.

18) "The Social Utility of Linguistic Analysis in Litigation: Environmental Pollution Liability and Death Penalty Jury Instructions." Presented at the May Monthly Meeting of the Chicago Linguistic Society, Chicago, Illinois, May 21, 1992. (Invited talk.)

17) "The Invisible Network: Contemporary Research in the U.S.A. on Language and the Legal Process." Presented at the First International Conference on Comparative

        Linguistic Law, Universite du Quebec a Montreal, Montreal, Canada, April 27-29, 1988.  (Invited talk.)

16) "Linguistics and the Law:  Scholarship and Involvement in the 1980s." Presented at the January Monthly Meeting of the Chicago Linguistic Society, University of Chicago, Chicago, Illinois, January 15, 1987.  (Invited talk.)

15) "Language and Law in the U.S.A.: A Guided Tour." Keynote address to the Conference on Language in the Judicial Process, Georgetown University, Washington, D.C. July 26, 1985.

14) "Linguistics, Language, and the Law: New Directions in Research and Consulting in the U.S.A."  Postgraduate Centre of Law and Department of Linguistics, South Gujarat University, Surat, Gujarat, India.  October 17, 1984.

13) "Linguistics, Language, and the Law: New Directions in Research and Consulting in the U.S.A."  Indian Law Society Law College, Pune, Maharashtra, India.  October 13, 1984.

12) "Linguistics, Language, and the Law."  Deccan College Post-graduate and Research Institute (linguistics section), Pune, Maharashtra, India.  October 12, 1984.

11) "Language and Law: Linguistic Issues in Legal Processes and Interactions."  Department of Law, University of Poona, Pune, Maharashtra, India.  October 12, 1984.

10) "Linguistics Meets the Law: New Directions in Research and Consulting."  Annual Meeting of the Law and Society Association, Panel on "Language and the Legal Process," Boston, Massachusetts, June 10, 1984.  (Invited talk.)

9) "Linguistics and the Law." Featured speaker at Linguistics Symposium, San Diego State University, San Diego, California, March 31, 1984.  (Invited talk.)

7

8) "Linguistics in the Courtroom: Research and Consulting in Legal Domains." Linguistic Symposium, 1983 Summer LSA Linguistic Institute, University of California at Los Angeles, July 6, 1983.

7) "Linguistics, Language, and the Law: Explorations Beyond the Ivory Tower." Monthly Meeting, Chicago Linguistics Society, The University of Chicago, Chicago, Illinois, November 10, 1982. (Invited talk.)

6) "The Language of Court Interactions." Northwestern University Law and Social Policy Program, Center for Urban Affairs and Policy Research, Northwestern University, Evanston, Illinois, November 9, 1982. (Invited talk.)

5) "The Language of Court Interaction." Department of Linguistics, University of Delhi, Delhi, India, August 16, 1982. (Invited talk.)

4) "Applications of Linguistics to the Language of Legal Interactions." Ninth in a series of presentations comprising a symposium on "Linguistic Applications in the 1980s," sponsored by Purdue Linguistics Group, School of Humanities, Social Sciences, and Education, Purdue University, West Lafayette, Indiana, May 4, 1982. (Invited talk.)

3) "Language and the Law," lecture sponsored by the University Lecture Fund and the School of Education, Stanford University, Stanford, California, January 30, 1981.

2) "Linguistic Research on the Language of Legal Interactions and Legal Processes," Linguistics Colloquium, University of California, Berkeley, California, January 29, 1981.

1) "Language and Law: Linguistic Issues in Legal Processes and Interactions," Center for the Interdisciplinary Study of Science and Technology, Northwestern University, Evanston, Illinois, November 21, 1980. (Invited talk.)

**III. OTHER PROFESSIONAL ACTIVITIES**

**PROFESSIONAL REVIEWING**

Proposal referee for National Science Foundation Law and
         Science Program, American Bar Foundation, and Oxford
         University Press.
Manuscript reviewer in the area of language and law for
         Cambridge University Press, The University of Chicago
         Press, and Law & Social Inquiry.
Member, Editorial Advisory Board, Law and Society Review.
Member, Editorial Advisory Board, Forensic Linguistics: The
         International Journal of Language and the Law


**CONFERENCE ORGANIZING**

Organizer of invitational conference, "What is Meaning in a
     Legal Text:  A Dialogue among Scholars of Law and
     Linguistics," funded by Northwestern University and
     Washington University School of Law, Northwestern
     University, Evanston, IL March 31-April 2, 1995.
     Proceedings published in September 1995
     special issue of the Washington University Law Quarterly on
     law and linguistics, together with 25 essays by legal and
     linguistic scholars on the theme of the conference.

Organizer of session on "Language, Law, and Society" for the
     Research Committee on Sociolinguistics component of the
     Eleventh World Congress of Sociology, New Delhi, India,
     August 18-23, 1986.

Co-organizer (with Anne Graffam Walker) of "Language and the
     Judicial Process," a special symposium held July 26-28,
     1985 at Georgetown University, Washington, D.C., as part of
     the Linguistic Society of America's 1985 Summer Linguistic
     Institute. Funded by the National Science Foundation
     Programs in Law and Social Science, and Linguistics.



**OTHER CONFERENCE ACTIVITY**

9

Invited participant, Conference on "The Appearance of Justice: Juries, Judges, and the Media," sponsored by the Center of Domestic and Comparative Policy Studies of the Woodrow Wilson School of Public and International Affairs and the Annenberg Washington Program in Communications Policy Studies of Northwestern University, Princeton University, Princeton, NJ, November 11, 1994.

Invited participant, Conference on the Use of the Language Scientist as Expert in the Legal Setting, sponsored by the Section of Linguistics of the New York Academy of Sciences, New York City, April 27-29, 1988.

Invited participant, Conference on the American Jury and the Law, sponsored by the American Judicature Society and the Johnson Foundation, Wingspread Conference Center, Racine, Wisconsin, November 18-20, 1985.

Invited participant, American Bar Association's "NationalConference on Law in Undergraduate Liberal Education," Washington, D.C., March 22-24, 1985.

**PROFESSIONAL HONORS**

Featured in article, "Looking for the Meaning of Life? Call a Linguist" in ABA Journal (February 1996, p. 28).

Cited (for 1994 Yale Law Journal article -- see Publication 12 above -- co-authored with Clark Cunningham, Georgia Green, and Jeffrey Kaplan) in three Supreme Court opinions of the 1993-1994 term, and by Justice Ruth Bader Ginsburg in her 1995 article, "Communicating and Commenting on the Court's Work" (83 Georgetown Law Journal 2127).

Named Fulbright Scholar for a multiple-lectureship assignment in India in 1986-87, to lecture on social science research on language and the law in the U.S.A. Award declined due to other professional commitments.

Appointed Visiting Scholar at the American Bar Foundation, Chicago, Illinois, January to June 1990, during research leave from Northwestern University.

**PROFESSIONAL MEMBERSHIPS**

Member, Linguistic Society of America, 1970-present
Member, Law and Society Association, 1984-2001
Member, Association of Trial Behavior Consultants, 1984-85
Member, Linguistic Society of America Ad Hoc Committee on
　　　Careers for Linguists (re: language and law), 1982-83


**LAW-RELATED TEACHING**

Development of new course, Linguistics A01 [freshman seminar
　　　format] "Language and the Law."  Northwestern
　　　University.  Taught annually from 1983-1984 to 1989-
　　　90.

Development of new course, Linguistics C24:  "Language and Law"
　　　[originally:  Language and the Professions:  Law.]
　　　Northwestern University.  Taught annually since 1990-
　　　91.

Development of new course, Linguistics C30:  "Topics in Language
　　　and Behavior:  Meaning in Law and Language."
　　　Northwestern University.  First taught Spring 1998.

Development of new course, Linguistics D11: "Seminar in
　　　Linguistic Theory:  Meaning and the Law" [graduate
　　　seminar], Northwestern University.  First taught Fall
　　　1995.


Development of coursebooks of readings for above courses.


**LEGAL TRAINING**

Audited course in Contracts taught by Prof. Ian Macneil,
Northwestern Law School, Fall and Spring Semesters, 1981-82.


**LEGAL CONSULTING**

** = testified as expert witness

11

49. Civil case [linguistic analysis of sentence structure in a sublease], Chicago, 2005.  Filed affidavit in 3 consolidated cases. Case reportedly settled.
48. Civil case [linguistic analysis of overall comprehensibility of an employer document sent to all employees], Chicago, 2005.  Consulted briefly.
47. Civil case [linguistic analysis of ordinary meaning of three key words in a settlement agreement], Washington, D.C. and Delaware.  2004-2005. Filed report and response to opponent's expert's rebuttal. Deposed but did not testify.
46. Civil case [linguistic analysis of language in contract and side letter], Washington, D.C. 2003.  Consulted.
45. Civil case [linguistic analysis of structural ambiguity in language in tariff schedule; resumption of a 1997 case], Chicago, 2003.  Deposed but did not testify.
44. Civil case [linguistic analysis of insurance policy language], Minneapolis, MN, 2002. Consulted, filed affidavits; Case filed subject to protective order.
43. Criminal case [linguistic analysis of jury instructions in capital sentencing; assistance in drafting instructions to propose at trial], Galesburg, IL 2002.  Affidavit filed.
42. Civil case [linguistic analysis of regulatory language], Boston, MA, 2002.
41. Civil case [linguistic analysis of language in a defamation case], Chicago, IL, 2002.
40. Civil case [linguistic analysis of language in stock option documents in a merger case], Chicago, IL, 2001.
39. Civil case [syntactic analysis of contract language], Chicago, IL, 2001.
38. Civil case [linguistic analysis of insurance policy language], Chicago, IL 1998-2000. Filed affidavit, and was deposed.
37. Criminal case [linguistic analysis of potential ambiguity in standard proffer letter], Chicago, IL, 1998.
36. Civil case [linguistic analysis of key phrase in movie contract], Chicago, IL, 1998.
35. Civil case [consultation concerning "clarity and conspicuousness" of language in an advertisement], Chicago, IL, 1998.
34. Civil case [evaluation of similarity of names in trademark case], St. Louis, MO, 1997.
33. Civil case [linguistic analysis of contract language, especially re syntactic ambiguity of key clause], Menlo Park, CA, 1997.

32. Criminal case [analysis of meaning of a word in grand jury testimony, in context of alleged perjury] Chicago, IL, 1997.
31. Criminal case [linguistic analysis of insurance policy exclusion language], Chicago, IL, 1997.
30. Civil case [linguistic analysis of ambiguous phrase in U.S. tariff schedule], Chicago, IL, 1997. Deposed February 2003.
29. Civil case [analysis of whether a particular term had acquired a "generic" sense, in a potential trademark case], New Jersey, 1996-97.
28. Criminal case [advised on issues pertaining to analysis of recordings produced via wiretaps] Chicago, IL, 1996
27. Civil case [interpretation of language in entertainment industry contract], Los Angeles, 1996.
26. Criminal case [linguistic analysis of death penalty jury instructions; rewriting of these instructions for empirical study to test degree of improved comprehensibility with appropriate rewriting], Columbus, Ohio, 1995.
25. Civil case [linguistic analysis of term in insurance policy], Washington, D.C., 1994. Consulted with attorneys, who terminated my participation when my report was not as supportive of their position as they would have wanted.
24. Civil case [linguistic analysis of syntactic structure of insurance policy language], Chicago, 1994.
23. Civil case [linguistic analysis of impact of improper use of dictionary definition of _time_ in jury deliberations centering on what was _timely_], Chicago, 1994. Participation limited to advising plaintiff's attorney about appeal.
22. Criminal case [linguistic analysis of death penalty jury instructions, involving comparisons with instructions analyzed in case (16) below], Chicago, 1993.
21. Criminal case [linguistic analysis of death penalty jury instructions, involving comparisons with instructions analyzed in case (16) below], Chicago, 1992-93.

20. Civil case [linguistic analysis of insurance policy language], Minneapolis, MN, 1992-93. Attorneys withdrew my name as witness after receiving my report.
19. Criminal case [linguistic analysis of death penalty jury instructions, involving comparison with instructions analyzed in case (16) below], Chicago, 1992.
18. Civil case [semantic analysis of an expression in a merger agreement], Chicago, 1992. Outcome unknown.

17. Criminal case [linguistic analysis of interrogation of a murder suspect who was indicted on the basis of that interrogation], Chicago, 1992. Scheduled retrial cancelled when State withdrew case.
16. **Criminal case [linguistic analysis of jury instructions in a death penalty case, for a *habeas corpus* evidentiary hearing], Chicago 1991. Testified before magistrate. Decision made in favor of petitioner, September 1992. Reversal by Seventh Circuit, December 1993. *Cert.* refused.
15. Civil case [syntactic and semantic analysis of insurance policy language in a Superfund liability case], Chicago 1991. Case first suspended pending relevant decision by Illinois Supreme Court in a related case; parties then settled.
14. Civil case [linguistic analysis of language in a contract between a clinic and a doctor], Chicago, 1991.
13. Civil case [comprehensibility and interpretation of consumer contract and related documents], Chicago, 1989. Deposed as expert witness; trial never held.
12. Civil case, appellate level [assistance in analysis, argumentation, and phrasing of appeal based on language-related issue], Chicago 1989.
11. **Civil case [interpretation of language in disclosure statement], Chicago, 1988-89. Testified as expert witness.
10. **Civil case [class action suit involving comprehensibility of mandated notice], Chicago, 1987. Testified as expert witness.
9. Civil case [pre-trial evaluation of another expert's claims regarding author identification of a memo], Las Vegas, 1986.
8. **Administrative hearing [comprehensibility of mandated notice], Chicago, 1984. Deposed.
7. Pre-trial advising [linguistic analysis of contract provision], civil case, Chicago, 1984.
6. Criminal case [analysis of language used in alleged mail and wire fraud], Baltimore, 1983. Testimony as expert witness excluded.
5. Civil case [analysis of possibly discriminatory language in licensing examination], Chicago, 1983.
4. Administrative case [stylistic analysis of series of threatening letters], Chicago Heights, Illinois, 1982.
3. Civil case [linguistic analysis of term in insurance policy], Chicago, 1982. Affidavit filed.

2. \*\*Civil case [class action suit involving comprehensibility of mandated notice], Chicago, 1982. Testified as expert witness.
1. Civil case [linguistic analysis of contract provision], San Francisco, 1978. Testimony excluded, offer of proof filed.


**Other consulting activity**

4. Periodic informal consultations with journalists writing on issues relating to language and law (e.g., for article in <u>ABA Journal</u> February 1996).
3. Rewriting legal document [revision to improve clarity and comprehensibility], Chicago, 1986.
2. Frequent referrals to other linguists as potential consultants and/or expert witnesses for attorneys making inquiries in diverse matters.
1. Occasional service as bibliographic consultant for attorneys seeking research on specific topics.