IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.  )<br>  a subsidiary of LG Electronics, Inc.,  )<br>  a Korean company  )<br>  )<br>     Plaintiff/Counterdefendant,  )<br>  )<br>     v.  )<br>  )<br>WHIRLPOOL CORPORATION,  )<br>  )<br>     Defendant/Counterplaintiff.  )  | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**Notice of Motion**

TO: Ronald Y. Rothstein
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

PLEASE TAKE NOTICE that on **Thursday, February 14, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present WHIRLPOOL CORPORATION'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES, a copy of which is served herewith.

Dated: February 11, 2008

Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

By: */s/ _Vanessa C. Martí_____*

| | |
|---|---|
| Brian D. Roche<br>Carey L. Bartell<br>Vanessa C. Martí<br>REED SMITH LLP<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606<br>Telephone: (312) 207-1000 | J. A. Cragwall, Jr.<br>John J. Bursch<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, Michigan 49503-2487<br>Telephone (616) 752-2000 |

*Attorneys for Defendant, Whirlpool Corporation*

## **CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on February 11, 2008 I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

>Ronald Y. Rothstein
>rrothstein@winston.com
>
>David Alexander Latchana
>dlatchana@winston.com
>
>Shannon Leigh Stevens
>sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by overnight mail on this 11th day of February, 2008:

>Mary M. Hutchings
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL  60601

By:   /s/ _Vanessa C. Martí_____
  Brian D. Roche
  Carey L. Bartell
  Vanessa C. Martí
  REED SMITH, LLP
  10 South Wacker Drive
  Chicago, IL  60606-7507
  (312) 207-1000