## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.** | ) | |
| **a subsidiary of LG Electronics, Inc.,** | ) | |
| **a Korean company** | ) | |
| | ) | **Civil Action No.: 08 C 242** |
| **Plaintiff/Counterdefendant** | ) | |
| | ) | **Judge St. Eve** |
| **v.** | ) | |
| | ) | **Magistrate Judge Mason** |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **Defendant/Counterplaintiff,** | ) | |


### EXPERT DECLARATION OF DR. SUBBAIAH MALLADI
### IN SUPPORT OF WHIRLPOOL CORPORATION'S MEMORANDUM OF LAW
### OPPOSING LG'S MOTION FOR PRELIMINARY INJUNCTION

I, Subbaiah Malladi, hereby state and declare the following:

1.      I am over the age of 21, of sound mind, capable of making this declaration, and fully competent to testify to the matters stated herein.  Except as otherwise stated, I have personal knowledge of the facts stated in this declaration.  I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

2.      I have been retained by counsel for Whirlpool to evaluate Whirlpool's use of the word "steam" in connection with the performance of Whirlpool's Duet® Steam Dryer relative to LG Electronics' ("LG") claims.  I have also been asked to comment on the opinions expressed in declarations made by Dr. Anthony M. Jacobi, Mr.Tae Jin Lee, and Dr. Chul Jin Choi.  In addition, I was asked to evaluate both the Duet® Steam dryer

and the LG SteamDryer[TM] steam dryer relative to the temperature and humidity

environment experienced by clothing during various cycles where steam use is claimed.

## Qualifications

3.     I am Chief Technical Officer (CTO) and Corporate Vice President of

Exponent Failure Analysis Associates, Inc. ("Exponent").  Exponent is a leading

engineering consulting firm dedicated to helping our clients solve complex technical

problems.  Our staff consists of over 500 engineering and scientific professionals,

approximately 300 of which have earned Ph.D. or M.D. degrees, usually from one of the

nation's best universities. I hold a Doctorate in Mechanical Engineering from the

California Institute of Technology (CALTECH).  I also hold a Master of Technology in

Mechanical Engineering, a Bachelor of Engineering in Mechanical Engineering, and a

Bachelor of Science in Physics, Chemistry, and Mathematics from universities in India.  I

am a registered Mechanical Engineer in the State of California, license number M23272,

and the State of New York, license number 085137.  My curriculum vitae, which

includes a list of publications authored in the past ten years is attached as Exhibit A,

along with a list of cases in which I have testified within the last four years.

4.     As a Professional Engineer and Exponent's CTO, I specialize in applying

rigorous technical analyses to problems that arise or might arise with a wide variety of

equipment, including consumer home appliances.  Home appliances I have tested and

evaluated in that manner include washing machines, dryers, water heaters, furnaces,

refrigerators, ovens, ranges, and dishwashers.  I have broad experience with the

generation, transport, and use of steam, including evaluation of power plant equipment,

such as steam boilers and turbines.  My background also includes extensive analysis of liquid sprays, and the fluid mechanics of swirling fluid flows with and without heat transfer.  As a part of my analyses of the real-world performance of equipment, I regularly direct and perform laboratory and field experiments that include measurements of the thermal and fluid mechanical characteristics of systems.

### Materials Reviewed

5.      For the purpose of my investigation in this case, I purchased, examined, and tested two Whirlpool Duet® Steam dryers and two LG SteamDryers™.  I also examined documentation on these dryers, including the product manuals and service technician instructions.  Details on these machines, including copies of the documentation accompanying the dryers that I purchased, are included as Exhibit B.

6.      I have examined other materials in connection with my work in this matter, including the declarations of Dr. Jacobi, Mr. Lee, and Dr. Choi and the exhibits that accompanied their declarations.  I also have examined technical reference materials related to steam, a number of patents and patent applications, including those submitted by LG, pertaining to dryers and to appliances in which steam generation is reported, and the Complaint and Memorandum of Law and associated exhibits prepared and presented to the court by LG.  In addition, I have reviewed several publications on dryers, including the results of product testing published in *Consumer Reports*.  A list of these documents is included as Exhibit C.  Copies of referenced documents not previously produced are also provided in Exhibit C.

**Conclusions**

7.      Based on the work performed in this matter, and my background, training and experience, I have formed the following conclusions:

a.      The word "steam" is, and has long been defined in several ways, both in technical literature and in common consumer reference books such as dictionaries.  Authoritative or peer-reviewed references present several definitions of the word "steam" that are consistent with Whirlpool's usage of the term.

b.      Dr. Jacobi's and LG's definition of "steam" in this litigation is much narrower than definitions presented in authoritative or peer-reviewed references.

c.      LG has historically used the term "steam" in official patent filings with the U.S. Patent Office that are consistent with recognized authorities and with how Whirlpool generates steam in its Duet® Steam dryer.

d.      Other consumer products in the marketplace use the word "steam" in their name and in their description of operation.  Many of these products do not generate steam in the narrow, thermodynamic definition asserted by LG, but do generate steam according to common technical and lay definitions.

e.      Had LG performed more detailed temperature measurements, it would have learned that the Duet® Steam dryer does, in fact, generate "steam"

even in the narrow thermodynamic definition provided by Dr. Jacobi.  I have performed these detailed measurements on the Whirlpool® Duet Steam dryer and present them with my experimental protocol in Exhibit D.

f.    Contrary to the conclusions of Dr. Choi, my temperature measurements demonstrate that air temperatures in various areas within the drum of the Duet® Steam dryer exceed 100 C ("C" refers to degrees Centigrade) by a substantial margin, and do so both with and without water mist and with and without clothing during the steam cycles.  In addition, according to page "0 / 10" of LG's Exhibit 4C to Dr. Choi's declaration, LG's testing recorded measurements of 123.5 C in the Duet® Steam dryer, and a temperature of 105.5 C during the atomizing spray.  However, in reaching his conclusion that the Duet® Steam dryer does not produce "steam" at 100 C, Dr. Choi ignores these measurements.

g.    Furthermore, contrary to Dr. Choi's declaration, when the recommended limit of dry clothing (4 articles) was tested on the steam cycles of the Duet® Steam dryer, maximum temperatures at various areas within the drum increased, not decreased, from the temperatures measured without clothing.  These findings are consistent with the scientifically expected operational characteristics of the Duet® Steam dryer during the "Quick Refresh" and "Enhanced Touch Up" cycles.

h.      Whirlpool's published documentation and advertising challenged by LG (and itemized in LG's complaint) on the operation of the "Quick Refresh" and "Enhanced Touch-up" cycles on the Duet® Steam dryer are accurate, both in the description of these cycles and the conventional and narrow thermodynamic use of the word "steam".

i.      I have also performed experiments on LG SteamDryers[TM]. The details on these tests and the resulting measurements are presented in Exhibit E. The LG SteamDryer[TM] injects "wet steam" into the dryer drum during the Steam Fresh[TM] cycle and the Normal Cycles with Easy Iron option, as evidenced by water dripping down the back of the drum from the nozzle. Clothing in the drum of the LG SteamDryer[TM] is exposed to a mixture of water vapor, water mist and air at temperatures well below 100 C.

**Definition of Steam**

8.      I have reviewed numerous authoritative or peer-reviewed references related to the definition of the word "steam". These references are all consistent with each other and with Whirlpool's usage of the word "steam". I have excerpted a few of these authorities below.

a.      Webster's Unabridged Dictionary presents a large number of definitions for steam, a few of which are listed below. Also included are definitions for steam, dry steam, wet steam and water vapor.

As a noun[1]:

> *"1 a : a vapor arising from some heated substance"*

> *"2 a : the invisible vapor into which water is converted when heated to the boiling point: water in the state of vapor – compare DRY STEAM, WATER VAPOR, WET STEAM"*

> *"2 b : the mist formed by the condensation on cooling of water vapor : visible vapor"*

As a verb:

> *"2 : to apply steam to <women often like to ~ the skin by covering it with hot towels –Morris Fishbein>"*

Under the term "Dry Steam"[2]

> *"steam containing no free water particles – compare WET STEAM"*

Under the term "Wet Steam"[3]:

> *"steam composed of water vapor mixed with droplets of liquid water – compare DRY STEAM"*

---

[1] <u>Webster's Third New International Dictionary of the English Language Unabridged</u>, G. & C. Merriam Co., 1981, pg 2232.
[2] Ibid at 697.
[3] Ibid at 2599.

Under the term "Water Vapor"[4]

*"water in a vaporous form esp. when below boiling temperature and diffused (as in the atmosphere) – compare STEAM"*

b.  The <u>Encyclopedia of Chemical Technology</u>[5] starts the section on "Steam" with the following:

*"Steam [7732-18-5] is the most important industrially used vapor and, after water, the most common and important fluid used in chemical technology.  It can be generated by evaporation of water at subcritical pressures, by heating water above the critical pressure, and by sublimation of ice."*

c.  The thermodynamic properties of water vapor can be calculated by referencing steam tables[6], which are widely available in numerous references. These tables reference the properties of steam at temperatures at, above and below 100 C, and at pressures at, above and below atmospheric pressure.

9.      The definitions listed in paragraph 8 are representative of the definitions for steam found in many references[7].  Taken together, they show that the word "steam" has several meanings relating to water, and that "steam" is not restricted to water vapor at or above 100 C as asserted by LG in this litigation.  One set of definitions described in paragraph 8 includes water in the vapor phase, typically but not necessarily heated above

---

[4] Ibid at 2585
[5] <u>Encyclopedia of Chemical Technology</u>, Kirk-Othmer , 3rd edition, Volume 21, John Wiley & Sons, 1983, pg. 507.
[6] See for example, <u>Handbook of Chemistry and Physics</u>, 54th edition, 1973-1974, pp.  E-18 to E-26
[7] For example, <u>The New Encyclopædia Britannica</u>, vol. 11, 15th edition, 1989, page 228, or <u>The American Heritage Dictionary of the English Language</u>, Houghton Mifflin Company, Palo Alto, 1981, pg. 1261.

100 C, and may contain liquid water (wet steam) or not (dry steam).  Dr. Jacobi's definition of steam[8] refers to "dry steam," but does not include other forms of steam, such as "wet steam" or mist formed by condensation of water vapor.  His definition is unique, and not scientifically relevant to the Whirlpool advertising challenged in LG's complaint since neither the challenged advertising nor any other advertising that I have seen claims that the Duet® Steam dryer uses "dry steam".  It is my understanding that the intended meaning of the word "steam" found in Whirlpool's dryer literature is the broad meaning described in common consumer sources (e.g. dictionaries), because Whirlpool's dryer literature that I have examined uses the word "steam" without any modifier as to its liquid water content.

10.    As shown in the dictionary definitions quoted in paragraph 8, the word "steam" also means the visible mist formed as water vapor cools.  This is a commonly observed and referenced phenomenon, such as the "steam" one sees when taking a shower, or when the bathroom or kitchen becomes "steamed up".  Shower water is typically about 40 C, well below the normal atmospheric boiling temperature of water (100 C).

11.    Dryers operate with heated air blowing into the drum (including both the LG SteamDryer™ and the Whirlpool Duet® Steam dryer).  During the steam cycle in either machine, clothing will be exposed to a mixture of air, gaseous water vapor and liquid water droplets– in short, the "hot moist air"[9] described by Dr. Jacobi.  (Note that LG turns off the air heater during the steam portion of its cycle.  Also, cool room air is

---

[8] Expert Declaration of Anthony M. Jacobi, January 8, 2008, paragraph 15.
[9] Ibid at paragraph 18.

intermittently drawn through the drum, cooling the air inside the drum.)  LG cannot

logically restrict the definition of a "steam dryer" to just dryers that expose clothing to

dry steam without warm moist air, since its own "steam dryer" does not comport with this

definition.  During the "steam" cycles of the LG SteamDryer[TM], what clothing actually

experiences is warm moist air.  While Dr. Jacobi correctly asserts that a mist of water is

thermodynamically different from dry steam[10], LG's product does not expose clothing to

dry steam.  LG may take the position that at some point before injection into the drum,

the SteamDryer[TM] generates dry steam, but its literature does not tell consumers that

clothing never experiences this dry steam.  A claim by LG to the effect that its

SteamDryer™ exposes clothing to "dry steam" as described by Dr. Jacobi would be false.

Any consumer with the expectation that "steam" means "dry steam" and that LG's Steam

Dryer™ exposes clothing to "dry steam" would be mistaken.  In fact, a few inches from

the nozzle in LG's SteamDryer™, the temperature of the plume is less than 60 C.

### LG's Use of the Word Steam in Non-Litigation Filings

12.    LG has used the term "steam" in official filings with the U.S. Patent

Office.  I have reviewed several such documents and found that LG's usage of the word

"steam" in these documents is consistent with Whirlpool's use of the word "steam" and

that the products involved do not employ the type of 'steam generator' LG stated in its

complaint in the present matter.  The full text of patents and patent applications discussed

in this section are provided in Exhibit F.  Some excerpts are reproduced here.

---

[10] Ibid at paragraph 17.

a. US Patent 6,941,674: "Method and apparatus for detecting residual drying time of clothes dryer"

*"The clothes dryer heats the clothes by making the high temperature-little moisture air flow into the drum. Herein, the high temperature-little moisture air is converted into high temperature-much moisture air by steam generated while the clothes are heated."* [11]

*"… and a temperature detector 101 installed in an air channel 13 for receiving high temperature-much moisture air such as steam generated in drying clothes in the drum 10 in order to detect a temperature of the high temperature-much moisture air discharged from the drum 10.* [12]

This description of steam in LG's patent is consistent with common usage of the word steam, and mirrors LG's description of "warm humid air[13]," inside the Duet® steam dryer. Steam is not injected into the dryer from an outside source, but rather is generated inside the drum by the interaction of heated air with wet clothing.

---

[11] "Method and Apparatus for Detecting Residual Drying Time of Clothes Dryer", filed Dec. 23, 2003, patent date Sept. 13, 2005, Assignee: LG Electronics Inc., Seoul (KR), column 1, lines 22-26.
[12] Ibid at column 3, lines 31-36.
[13] Declaration of Dr. Chul Jin Choi, January 7, 2008, at paragraph 15, and Declaration of Tae Jin Lee, January 10, 2008, at paragraph 19.

b.  US Patent 7,020,982: "Method for controlling clothes dryer"

*"The clothes dryer heats the clothes by introducing the high temperature little moisture air into the drum.  The high temperature little moisture air is changed to high temperature much moisture air by steam generated as the clothes are heated..."* [14]

*"Herein, high temperature much moisture air due to steam generated while clothes are being dried is introduced to a front side of the condenser 104 through the air passage 130 installed at the drum cover 126 and condensed..."* [15]

The description of "steam" in LG's patent is consistent with common usage of the word "steam" and very much mirrors the description in LG's experts' declarations of "warm humid air[16]" inside the Duet® steam dryer. LG's patent states that clothes dryers (both dryers in general and the specific dryer configurations that apply to the patent) operate by introducing hot, relatively dry air to clothing in the drum, and that hot humid air leaves the drum.  The hot relatively dry air is converted to hot humid air by steam coming from the wet clothing.  Steam is not injected into the dryer from an outside source, but rather is generated inside the drum by the interaction of heated air with wet clothing..

---

[14] "Method for Controlling Clothes Dryer", filed Aug. 6, 2004, patent date Apr. 4, 2006, Assignee: LG Electronics Inc., Seoul (KR), column 1, lines 15-19.
[15] Ibid at column 5, lines 62-65.
[16] Declaration of Dr. Chul Jin Choi, January 7, 2008, at paragraph 15, and Declaration of Tae Jin Lee, January 10, 2008, at paragraph 19.

c.  The concept of generating steam by circulating hot air over wet surfaces is discussed in another LG patent involving dishwashers: US Patent 7,216,654: "Dishwasher"

*"Drying is accomplished by heating air to be circulated within a cavity where the dishes are placed by a user.  As an inherent byproduct of drying wet dishes, the water is converted into steam, which is discharged from the cavity to facilitate the drying action."*[17]

This LG patent describes a process of generating steam by passing hot air over wet surfaces.  The process of water evaporation from a wetted surface using air is certainly a recognized means for generating steam, and mirrors the approach taken to generate steam in the Duet® Steam dryer. This language appears in the section "Discussion of Related Art", so LG's patent is discussing dishwashers in general.  The language simply states that steam is generated as a by-product of drying dishes, not boiled from the dishes creating "dry" steam.

d.  US Patent Application US 2006/0086001: "Washing machine combined with dryer"

*"The present invention relates to a washing machine, and more particularly, to a washing machine combined with a dryer, which has a screening unit to prevent hot steam, generated in a drum during a hot*

---

[17] "Dishwasher", filed Nov. 26, 2003, patent date May 15, 2007, Assignee: LG Electronics Inc., Seoul (KR), column 1, lines 19-23.

*water washing operation, from reversely flowing along a dryer duct toward the outside of a tub or the outside of the washing machine.*"[18]

"*However, the washing machine combined with the vented dryer has a disadvantage in that a hot steam, generated during a hot water washing operation, flows reversely into the dryer duct and leaks to the outside.*"[19]

"*An object of the present invention is to provide a washing machine combined with a dryer, in which a hot steam generated during a hot water washing operation is prevented from reversely flowing to the outside of the washing machine through a dryer duct.*"[20]

"*According to the present invention, the hot steam generated during the hot water washing operation is prevented from reversely flowing to the outside of the washing machine through the dryer duct.*"[21]

"*When the hot steam, generated from the drum 135 in the washing or rinsing operation, reversely flows to the dryer duct 3000, the screening unit 400 blocks the hot steam.*"[22]

Washing machines typically have two hoses for the water supply: one for supplying cold water and one for supplying hot water. The hottest water temperatures in washing machines sold without auxiliary heaters is

---

[18] "Washing Machine Combined with Dryer", United States Patent Application Publication No.: US 2006/0086001, filed Jul. 13, 2005, published Apr. 27, 2006, Assignee: LG Electronics Inc., paragraph 2.
[19] Ibid at paragraph 9
[20] ibid at paragraph 13
[21] ibid at paragraph 18
[22] ibid at paragraph 65

therefore the water temperature found in that home's hot water supply

system, which is well below 100 C.  Even washing machines with heaters

do not boil clothing, so hot water washing occurs at temperatures below

100 C.  In this patent application, LG is explicitly saying that steam can be

generated using such hot (not boiling) water. In particular, the second

paragraph cited is in the section "Description of the Related Art" and

refers to combined washing machine / dryer combinations in general, not

the invention for which a patent is sought.  According to this LG patent

application, the water vapor above a hot tub of water is sufficient to be

termed "steam". Temperatures do not need to be at or above the boiling

point of water (100 C at atmospheric pressure) to generate steam.  The

steam emanating from hot water will be, in LG's terms, "warm moist air",

and may contain visible, condensed droplets or mist ("wet steam").

e.   US Patent Application US 2006/0101589: "Washing machine

combined with dryer and controlling method thereof".  The same language

referenced above in US Patent Application US 2006/0086001 for

paragraphs 2, 9, 13 and 18 are repeated verbatim in this patent

application.[23]  This patent application also includes the following

paragraphs related to steam generation.

---

[23] "Washing Machine Combined with Dryer and Controlling Method Thereof", United States Patent Application Publication No.: US 2006/0101589, filed July 18, 2005, published May 18, 2006, Assignee: LG Electronics Inc., paragraphs 2, 9, 13 and 18.

*"If the washing operation is carried out using a hot water for washing certain kinds of clothes such as white cotton clothes, hot steam flows reversely to the dryer duct 300."*[24]

*"When the washing operation is carried out using a hot water, the temperature sensor 400 measures the temperature inside the dryer duct 300 to detect whether hot steam flows reversely to the dryer duct 300 from the drum 135 through the air outlet 340."*[25]

*"By placing the temperature sensor 400 near the air outlet 340, the reverse flow of the hot steam can be immediately detected during the hot water washing operation."*[26]

*"As described above, the hot steam generated in the drum 135 during the hot water washing operation is prevented from reversely flowing to the outside or flowing into the inside of the washing machine combined with the dryer 100."*[27]

As discussed previously, LG is again explicitly saying that steam can be generated by evaporating water at temperatures below the boiling point, implying that water vapor-air mixtures can be called steam at temperatures below 100 C in atmospheric conditions.

---

[24] Ibid at paragraph 41
[25] ibid at paragraph 49
[26] ibid at paragraph 54
[27] ibid at paragraph 67

f. US Patent Application US 2005/0223504: "Washing machine having drying function and method for controlling the same".

*"A portion of the wash water (w) directed to the drying device connection hose 97 is sprayed to the rear part of the heater 81 through the spray nozzle 98, and the sprayed wash water (w) contacts the air of a high temperature having passed through the heater 81, is heated to steam, is guided together with the air to the front part of the drum 70, and soaks the laundry (m) in the drum 70, thereby washing the laundry (m) in a high-temperature state."*[28]

---

[28] "Washing Machine having Drying Function and Method For Controlling the Same", US Patent Application No: US 2005/0223504, filed Jan. 18, 2005, published Oct. 13, 2005, Assignee LG Electronics Inc., Seoul (KR), paragraph 95.

This patent application describes a process very similar to the process used by Whirlpool to generate "steam".  A mist of water is sprayed into hot air. The thermal energy from the heated air evaporates some or all of the water in each of the water droplets, generating steam.  The Duet® Steam dryer performs this process precisely.

13.    These patents and patent applications filed by LG clearly state that steam is generated when heated air removes moisture.  According to the language in several of these documents, adding hot air to a moist environment generates "steam".

14.    LG Patent applications US 2006/0086001 and US 2006/0101589 (see paragraph 12 d and 12 e) go considerably further, and state that steam is generated when washing or rinsing clothes with hot water.  The patent applications do not state boiling water; they state "hot water".  Furthermore, the description of the operation of these inventions does not describe any means whereby the washing or rinsing water is heated to the boiling point when introduced into the drum.  This description is consistent with the common practice that washing machines use hot water below the boiling point. According to the language in these patent applications, "steam" is created at atmospheric pressure by hot water in air.  Thus, in these patent applications, LG uses the common definition of steam – that is, a definition that includes wet steam or a condensed mist of liquid water mixed with water vapor and air.

15.    LG explicitly states in US Patent 7,020,982 that steam is generated during the drying process (see section 12. b, 2nd italicized paragraph),  One of LG's arguments in this case is that "*any traditional, non-steam dryer could claim to be a "steam" dryer simply by virtue of the fact that water evaporates within the dryer drum from wet clothing*".[29]  LG's argument ignores a significant difference between a regular dryer and a steam dryer: one can place <u>dry</u>, odoriferous clothing into the Duet® Steam dryer and enjoy the benefits of steam refreshing, a capability absent from conventional dryers.

16.    There is an inconsistency in how LG defines the word "steam".  If LG intended the term "steam" in these patents and patent applications to be interpreted as they are now claiming, water vapor at 100 C or higher, then this requirement should have been set forth in the patent specification.   However, as the previously cited excerpts show, interpreting the term "steam" so narrowly would render a description of its processes (in the previously referenced patents and patent applications) incorrect.  In this litigation, LG has asserted such a narrow thermodynamic definition of steam that clothing treated in LG's own SteamDryer[TM] would not meet this definition.  When making representations to the U.S. Government in several filings with the U.S. Patent Office, LG clearly and unambiguously adopts the common usage definition of the word "steam" – that is, a definition that includes wet steam or a condensed mist of liquid water mixed with water vapor and air.  This definition of steam encompasses the environment inside the Duet® Steam dryer.

---

[29] *Redacted Memorandum of Law in Support of Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction*, January 10, 2008, page 11.

17.     LG's patent application US 2005/0223504 (see section 12 f: "Washing machine having drying function and method for controlling the same") describes a process very similar to the process used by Whirlpool to generate steam in the Duet® Steam dryer.  A mist of water is sprayed into hot air.  The thermal energy from the heated air evaporates some or all of the water in each of the droplets, thereby generating steam.

## Use of the Word "Steam" in the Description of Other Home Appliances

18.     Consumer products are sold in the market place using the word "steam" to describe some portion of the operation of the device, where water temperatures do not reach 100 C.

a.   Dryel makes a product that allows a dryer to clean clothes normally designated for dry cleaning (see Figure 1).  A full description of the product is available on its website[30].  Copies of the referenced pages are provided in Exhibit G.  At the top of the website is the following statement:

*"Steams and Cleans dry clean clothes in your dryer!"*

---

[30] http://www.dryel.com/

The use of this product is also described on Dryel's website[31].  One to four garments are placed in the supplied Dryel bag, along with a pre-moistened Dryel cloth.  The bag is sealed and placed in the dryer.  According to this site, to "Steam It," one sets the dryer on medium to high heat for 30 minutes.  The Dryel website also includes a description of how the product works[32]:

> "*Dryer heat activates the moist-cleaning cloth to create a gentle steam-cleaning environment inside the Dryel Bag.  This environment helps protect clothes from shrinking and helps remove wrinkles while steam gently removes odors.*"

The pre-moistened cloth contains a water-based solution of wetting agents, fragrance, and other materials[33].  The cloth is placed into a bag along with the clothing to be laundered.  The bag is then placed in the dryer and the dryer operated on medium or high heat.

Starter Kit



Dryel is the easy, convenient way to care for your dry clean only and special care clothes.

The Dryel Stain Remover and Absorbent Pads treat stains before the dryer process. The specially formulated Dryel Cloths and the reusable Dryel Bag safely steam and clean garments in your dryer.

Figure 1. Image from Dryel.com website.

---

[31] http://dryel.com/using/index.html
[32] http://dryel.com/starterkit/index.html
[33] From the P&G Material Safety Data Sheet,
http://www.pg.com/company/our_commitment/msds/fabric_home.jhtml

The Dryel website cautions users not to use Dryel in laundromat-style dryers because their high temperatures could cause the bag to melt[34].

The amount of moisture on the Dryel cloth is limited, and the temperature of the cloth or clothing inside the bag is unlikely to reach 100 C in most dryers – the average temperature within the dryers tested in this matter is less than 100 C. Therefore, the process used by Dryel creates steam in the conventional sense, not the narrow interpretation asserted by LG in this litigation.

b.  A steam bath generator is sold by JS Dyna-Tech Industries under the trade name Eutopa Steam Tower.  The literature accompanying the advertising of this device[35] and provided in Exhibit G describe the operation of the device as follows (see Figure 2):

*"Eutopa Steam Bath Generator creates a steam vapor with an innovative and elegant tower design that provides an exhilarating steam experience.  The three atomizer heads break down the hot water (140F – 150 F) into ultra fine steam mist less than (0.002 inches dia.) that instantly transform into steam vapor in your bathing enclosure.  The steam transformation takes place at approximately from the front of the atomizing head creating an enclosure temperature of 100-110 F while producing a hot (not scalding) swirling steam."*

---

[34] http://dryel.com/using/index.html
[35] http://www.jsdynatech.com/Consumer/eutopa.htm



Figure 2. Image from JS Dyna-Tech Industries website

This description is consistent with the conventional definition of steam, which includes mist at temperatures below 100 C. (The 140 F-150 F temperature range cited in the excerpt corresponds to a temperature range of 60 C – 65 C).

c.  The company Edgestar[TM] makes a washer dryer combo, model CW 2200 (see Figure 3.) The dryer is a ventless "condensing" style dryer. The Use and Care

Guide[36], provided in Exhibit G, describes the operation as follows (emphasis added):

"*The washer dryer combo offers many improvements in this method of drying. The condensing chamber (b) is located outside of the tub assembly, reducing the amount of heat to overcome. This allows for more cooling of the circulated air. The air inside the unit is completely recycled and never escapes the unit. This eliminates the need for constantly heating cool outside air as is necessary with traditional flow-through (vented) dryers, resulting in reduced energy consumption. In a properly designed "ventless" system it is physically impossible for any air (steam) to escape the unit because the intake of the fan must equal the output. The only way air can be forced from the unit is for additional outside air to be drawn into the system, creating a positive pressure. <u>In a ventless system the cool air is passed over the heater assembly and injected into the drum creating steam within the unit. The hot, moist air is then drawn from the drum of the unit</u> and passed through the condensing chamber where it is subjected to the cooling effect of the condensing spray, and the water is condensed out of the air and collected. (The effect is similar to having a glass of ice water sitting on a table and condensation starts to puddle).*"

---

[36] Edgestar Use and Care Guide, 461305725, page 4.



Figure 3. Images from the EdgeStar<sup>TM</sup> Use and Care Guide

Again, steam is created by blowing heated air over clothing, which this manual also describes as hot moist air. This description is consistent with the conventional definition of steam, not the narrow thermodynamic definition asserted by LG in this litigation.

d. Bissell sells a floor cleaner called the "QuickSteamer®"[37]. This product uses a mixture of hot tap water and cleaning formula, along with brushes and suction to clean carpets and rugs. Water never reaches 100 C as there is no heater within the unit. This product, which has the word "Steamer" in its name, is a product that uses the word steam in the conventional sense and not

---

[37] The website for this page can be found at the following website:
http://www.bissell.com/Products/ak/COMPARE/c/UprightDeepCleaner/p/QuickSteamer/product.aspx?%23=Detail#Detail
The User's Guide can be found at http://www.bissell.com/images/UserGuides/1770_0206.pdf

according to the narrow thermodynamic definition asserted by LG.  A copy of the User Guide is provided in Exhibit G. An image of the QuickSteamer® is shown in Figure 4.



Figure 4. Image from Bissell QuickSteamer® User's Guide

19.     These and other products in the marketplace for use by consumers use the term "steam" in name, and in the descriptions of how their products operate, even though water vapor above 100 C is not generated or used.  The prevalence of the use of the word "steam" to denote hot water vapor or mists containing mixtures of condensed water droplets in a mixture of air and water vapor is consistent with conventional definitions of the word "steam".

## Temperature Measurements and Steam Generation

20.     Several experiments were performed at Exponent on the Duet® Steam dryer where temperatures were measured at different locations in the dryer drum.  The tests were performed with and without clothing and on both of the steam cycles offered on the Whirlpool dryer.  Temperature measurements were made using thermocouples.  In addition, some testing was performed with a thermal imaging camera that can sense and record temperatures as a visual image.  Exhibit D contains descriptions of the experiments, protocols, equipment, and test results that were performed at Exponent and that form part of the bases for the conclusions that I have expressed in this declaration.

21.     Selected materials from Exhibit D-1 regarding the testing performed on the Duet® Steam dryer are reproduced here.  Figure 5 shows the experimental setup where the grid of 22 temperature sensors can be placed at different distances from the face of the air inlet grill at the rear of the drum.  These series of tests were performed with an empty drum to prevent clothing from interfering with the temperature sensors.





Figure 5. Photograph of grid of temperature sensors placed in the flow entering the drum through the air inlet grill (top image taken from Exhibit D-1, page 5). The entire grid can be placed at different distances from the back face of the drum (bottom images taken from Exhibit D-1, pages 21 and 24).

Figure 6 shows the temperatures measured by the 22 sensors during the "Quick Refresh" cycle with the grid one inch in front of the air inlet grill.  The atomized mist is applied between the fourth and fifth minute.  Four sensors regularly record temperatures in excess of 100 C with a peak temperature of 147 C.  For the period when the mist is spraying, the peak temperature was measured to be 132 C.



Figure 6. Temperatures in the Duet® Steam dryer drum using a grid of 22 sensors placed one inch in front of the grill, with the dryer set to "Quick Refresh" (Exhibit D-1, page 11)

Figure 7 shows the temperatures measured by the 22 sensors during the "Enhanced Touch Up" cycle with the grid one inch in front of the air inlet grill. The atomized mist is applied between the fifth and sixth minute. Five sensors regularly record temperatures in excess of 100 C with a peak temperature of 143 C. For the period when the mist is spraying, the peak temperature was measured to be 130 C.



Figure 7. Temperatures in the Duet® Steam dryer drum using a grid of 22 sensors placed one inch in front of the grill, with the dryer set to "Enhanced Touch Up" (Exhibit D-1, page 30)

Figure 8 for the "Quick Refresh" cycle and Figure 9 for the "Enhanced Touch Up" cycle are analogous to topographical maps where lines represent contours of similar elevation; on the temperature maps, lines represent contours of similar temperature. The red line

represents 100 C.  Darker colors indicate hotter temperatures.  Data used in these maps are the maximum measured temperatures at any given sensor.  The temperature maps were assembled into 3-dimensional images showing the contours where peak temperatures reach 100 C.  These results for the "Quick Refresh" and "Enhanced Touch Up" cycles are shown in Figure 10 and Figure 11 respectively.

Thermal images were also captured of the air inlet grill during operation of the Duet® Steam dryer.  A description of these experiments is presented in Exhibit D-2, with a sample image supplied in Figure 12.  This image shows that the maximum temperature on the face of the grill when the image was taken is about 140 C.



Figure 8. Temperature contour maps generated from the grid testing.  Temperatures are the peak temperatures measured during the "Quick Refresh" cycle for each temperature sensor.  The red line is the 100 C contour.  Darker colors represent high temperatures. (Exhibit D-1, pages 21-24)



Figure 9. Temperature contour maps generated from the grid testing. Temperatures are the peak temperatures measured during the "Enhanced Touch Up" cycle for each temperature sensor. The red line is the 100 C contour. Darker colors represent hotter temperatures. (Exhibit D-1, pages 40-43)



Figure 10. Three-dimensional image showing the contour where peak temperatures reach 100 C during the "Quick Refresh" cycle. (Exhibit D-1, page 26)



Figure 11. Three-dimensional image showing the contour where peak temperatures reach 100 C during the "Enhanced Touch Up" cycle. (Exhibit D-1, page 45)



Figure 12. Thermal image of back of drum and air inlet grill during the "Quick Refresh" cycle. The temperatures are constantly changing in time as the heater heats up and cools down. The maximum temperature shown in this image is 140 C. (Exhibit D-2, page 7)

22.    The testing performed at Exponent conclusively demonstrates that air temperatures within several regions of the Duet® Steam dryer drum are well over 100 C. This is true before, during, and after the spray period, and both with and without clothing in the dryer.

23.    LG's own test results on the Duet® Steam dryer, reported by Dr. Choi in LG's Exhibit 4C, show that at least three sensors regularly recorded temperatures well in excess of 100 C. The exact location of each thermocouple corresponding to the lines in the plots could not be ascertained from the information provided to us. However, even if the locations where the temperatures exceeded 100 C were at or just inside the air inlet

grill, it should have been obvious to Dr. Choi that the air at those grill locations would have remained over 100 C for some regions inside the drum.

24.     Steam can be generated by different methods, each method having advantages and disadvantages. Steam created by heating water in a reservoir relies on either film or pool boiling to generate steam. This process takes time, and LG's Steam Fresh™ cycle takes several minutes to heat the water to the boiling point and then vaporize a useful amount for injection into the drum. The rate of steam generation is limited by the ability of the heater to transfer energy to the water. In contrast, one can generate steam in other ways, such as flash vaporization or by spraying water into a heated environment (Whirlpool's approach). The advantage to the spray process is that the steam is generated almost instantly. This occurs because the surface area of the fine mist of water is very large, allowing for greater heat transfer between the heated medium (air) and water. One can readily observe this by spraying a mist of water into an oven heated to 100 C or higher

25.     My test measurements show that temperatures drop inside the Duet® Steam dryer drum during the spraying of water. The air temperatures in the drum drop because the water droplets inside the drum are evaporating. The process of evaporation transfers heat from the hotter air to the cooler water droplet, resulting in a cooling of the air. My measurements also show that these depressions in temperature also occur in areas where the ambient air is in excess of 100 C. The evaporation of droplets in this region above 100 C produces water vapor at or above 100 C. This is direct evidence that steam, even in the narrow thermodynamic definition asserted by LG in this litigation, exists in the Whirlpool Duet® dryer.

26.     Measurements on the Whirlpool Duet® Steam dryer reported by Dr. Choi also show temperatures in excess of 100 C, and temperature drops in those regions during water spray.

27.     Further testing involving flow visualization inside the Duet® Steam dryer during water spray has definitively confirmed that some of the mist water droplets enter regions of the drum where temperatures exceed 100 C.  The airflow within the drum is complex, consisting of a dispersive cone of fine droplets generated by the spray nozzle, swirl imparted by the drum baffles, jets of air from the air inlet grill that can entrain nearby droplets, and suction of air at the lint screen where the air exits the drum.

    a.     The spray nozzle is designed to atomize a liquid stream into a mist of fine, conical spray that disperses moisture throughout the drum cavity.  Due to the positioning of the nozzle on the back wall of the dryer, parts of the spray are transported to the front of the inlet air grill by the swirling airflow generated by the rotating drum baffles.  The jets of hot air emanating from the air inlet grill entrain the fine mist of droplets from adjacent regions of the drum, resulting in a mixing of the hot air from the heater with the entrained droplets from the spray.

    b.     The combination of heated air and the entrained droplets result in areas where the fine mist is heated to temperatures of 100 C.  This region contains "steam" in both the common use definition and the narrow thermodynamic definition asserted by LG in this litigation.  Clothing passing through this region will

therefore be infused with steam according to both common usage and the restrictive definition asserted by LG.

    c.   The Duet® Steam dryer generates this steam directly inside the drum where clothes are present. The dryer drum is maintained at high temperatures with a supply of hot air well in excess of 100 C at the inlet.

28.    Moist clothing passing through the most highly heated areas of the Duet® Steam dryer drum will be subjected to air flowing at temperatures above 100 C, again creating water vapor at or above 100 C. This generates steam in all senses of the word, including LG's narrow thermodynamic definition.

29.    Dr. Jacobi based his opinions, in part, on representations by Dr. Choi that the temperatures within the drum of the Duet® Steam dryer did not exceed 100 C, stating[38]:

> *"It is my understanding that the operating temperature of the Whirlpool machine's dryer drum is always below 100 degrees Centigrade."*[39]

My detailed measurements clearly show regions with temperatures well over 100 C in the dryer before, during, and after the spray period, and both with and without clothing. Therefore, Dr. Jacobi's conclusions are partly based on a faulty understanding of the operation of the Whirlpool Duet® Steam dryer.

30.    LG reported temperature measurements inside the Whirlpool Duet® Steam dryer that were lower than 100 C on all but three sensors. The reason for the

---

[38] Expert Declaration of Dr. Anthony M. Jacobi, January 8, 2008, paragraph 22 and 23.
[39] Ibid at paragraph 22.

generally lower temperatures reported by LG as compared to those measured by Exponent is that LG did not position its temperature sensors in the hottest parts of the drum. If LG performed more meticulous experiments, or carefully reviewed the temperature data they had collected, they would have learned that the Duet® Steam dryer does, in fact, generate "steam" even in the narrow thermodynamic definition provided by Dr. Jacobi.

31.    The measurements by Exponent also show that the addition of clothing to the drum increased, not decreased, peak measured temperatures in the hot regions within the drum. Given a basic understanding of the operation of the dryer, this result is scientifically expected. Dryers shut off the air heating element when the air exiting the drum reaches a certain temperature. This feature controls the rate of drying and also serves as a safety feature to prevent overheating. Clothing in the drum absorbs thermal energy from the air entering the drum; therefore, it takes longer for the air exiting the drum to reach the cut-off temperature with clothing present. The heater element stays energized longer, resulting in higher peak temperatures at the air inlet and regions surrounding the grill. The longer the heater element stays on, the hotter the air will be as it enters the drum. As a result, adding clothing to the drum increases the peak temperatures measured in the vicinity of the air entering the drum.

32.    Testing was performed at Exponent in the Duet® Steam dryer with temperature sensors at nine locations 3½ inches away from the grill and one sensor on the grill itself. These tests were run for each of the two Duet® steam cycles with four men's shirts and with the drum empty. Details on these experiments are provided in Exhibit D-3, with selected materials reproduced here. To prevent interference with the temperature

sensors by clothing tumbling in the dryer, a special cage was fabricated to protect the

sensors (see Figure 13).  The garment load used in the testing is shown in Figure 14.



Figure 13. Cage used to protect temperature sensors for testing of the Duet® Steam
dryer with clothes. (Exhibit D-3, pages 6 and 7)



Figure 14. Clothing load used for testing – 4 shirts. (Exhibit D-3, page 5)

The results of tests conducted with and without clothing in the drum of the Duet® Steam dryer while set to the "Quick Refresh" cycle are shown in Figure 15.  Peak temperatures measured during warm-up were 136 C without clothes and 151 C with clothes in the drum.  Peak temperatures measured during the spray mist were 132 C without clothes and 151 C with clothes in the drum.  A comparison of the temperature plots indicates that the presence of clothing in the drums extends the time period when the heater stays on, as well as raises the peak temperatures measured.

Tests were also conducted with and without clothing in the drum of the Duet® Steam dryer while set to the "Enhanced Touch Up" cycle, with the results shown in Figure 16.

Peak temperatures measured during warm-up were 138 C without clothes, and 156 C with clothes in the drum.  Peak temperatures measured during the spray mist were 138 C without clothes and 145 C with clothes in the drum.  A comparison of the temperature plots indicates that the presence of clothing in the drum extends the time period when the heater stays on and raises the peak temperatures measured.





Figure 15. Temperatures measured in the Duet® Steam dryer with 4 shirts in the drum (top, Exhibit D-3, page 13) and without any clothing in the drum (bottom, Exhibit D-3, page 12). The dryer was set to the "Quick Refresh" cycle.





Figure 16. Temperatures measured in the Duet® Steam dryer with 4 shirts in the drum (top, Exhibit D-3, page 15) and without any clothing in the drum (bottom, Exhibit D-3, page 14).  The dryer was set to the "Enhanced Touch Up" cycle.

33.     Peak temperatures measured were consistently higher with clothing present than without clothing in the dryer.  This finding is in direct contradiction to Dr. Choi's sworn declaration[40]: *"I can say confidently that if clothing is in the tub, temperatures will be lower."*

34.     There should be no ambiguity about the presence of regions with over 100 C temperature and generation of steam within the Duet® Steam dryer drum, even in the narrow thermodynamic definition asserted by LG in this litigation.

35.     Exponent has also performed tests with humidity probes placed in front of the grill.  These probes cannot withstand the hot air temperatures from the grill, so measurements were made with the heater off.  The sprayer was also wired so that the water mist could be sprayed on demand.  These tests, which are described in Exhibit D-4, show an increase in dew point in front of the air inlet grill when water is sprayed and with the dryer blower on (see Figure 17).  The dew point is the temperature at which water vapor present in the air starts to condense – when air contains more moisture, its dew point is higher.  The increase in dew point corresponds to an increase in water vapor at the location of the sensor.  Since the sensor is located in front of the air inlet grill, the increase in dew point means that some of the spray mist is being entrained into the air entering through the grill, and forming water vapor.  This test was run without heat. If the incoming air were heated, it would increase the rate of steam generation, even in the narrow thermodynamic definition asserted by LG in this litigation.

---

[40] Declaration of Chul Jin Choi, January 8, 2008, paragraph 19.



Figure 17. Measurement of dew point in a Duet® Steam dryer in front of the air inlet grill without and with the sprayer on. (Exhibit D-4, page 4)

36.    Flow visualization studies were also performed to identify where mist droplets travel within the drum. An image collected during the testing is shown in Figure 18.  In this photograph, a light source is placed below the air inlet grill of the Duet® Steam dryer facing upwards, while the mist spray is active and the dryer drum is rotating. Droplets in front of the grill are clearly present.



Figure 18. Visualization of mist spray immediately in front of the grill while the sprayer is on and the drum is rotating. Bottom photograph is a close-up view of the top photograph.

**<u>Whirlpool's Use of the Word Steam in Advertising and Literature</u>**

37.    The Duet® Steam dryer generates steam in several forms, including the narrow thermodynamic definition of the word "steam" adopted by LG in this litigation and the common usage of "steam", including some of LG's patent applications.

38.    In its complaint, LG has challenged certain language regarding Whirlpool's use of the word "steam" to characterize the process used by the Duet® Steam dryer.  Each of the disputed claims as identified in LG's complaint will be evaluated in light of the analyses and data presented in this declaration.[41]

a.    *"Naturally steam out wrinkles and odors with the touch of a button.  The new Duet® Steam dryer features two cycles – Enhanced Touch-Up and Quick Refresh – that infuse clothing with steam to refresh and dewrinkle."*

It is my understanding that LG is disputing that "steam" is generated and used in the dewrinkling and refresh (odor removal) cycles of the Duet® Steam dryer.  Based on the analysis and testing I have done and presented, the data clearly demonstrate that steam, in both the narrow thermodynamic sense asserted by LG and the conventional and accepted sense, is generated and used by the Duet® Steam dryer.  As clothing passes through regions of heated water vapor, including water vapor at or above 100 C, it becomes infused with steam.

---

[41] Plaintiff LG Electronics U.S.A., Inc.'s *Motion for Preliminary Injunction and Request for Expedited Hearing*, January 10, 2008, page 9, item 1.

b.  *"The pure power of steam – Nothing beats the power of steam to get rid of wrinkles.  The Duet® Steam dryer naturally steams our wrinkles in just minutes, while removing any lingering odors."*

My understanding is that LG is disputing that "steam" is generated and used in the dewrinkling and refresh (odor removal) cycles of the Duet® Steam dryer.  As discussed earlier, clothing passes through regions of heated water vapor, including water vapor at or above 100 C.  Therefore, the clothing will be subjected to steam in both the narrow thermodynamic sense asserted by LG and the conventional, widely accepted sense.  The ability of the steam cycles on the Duet® Steam dryer to remove wrinkles and deodorize clothing was verified by an independent testing organization, *Consumers Union*[42].

c.   *"The Duet® Steam Dryer:*

  i. *"naturally steams away tough stains;"*

  ii. *"steams out tough wrinkles and odors;" and*

  iii. uses *"the pure power of steam:"*

As just discussed, it is my understanding that LG is disputing the use of the word "steam" to describe the Whirlpool process.  Again, Exponent testing shows that the clothing in the Duet® dryer will be subjected to steam in both the narrow thermodynamic sense asserted by LG and the conventional, widely accepted sense.

d.  *"How does the addition of steam work to enhance cleaning performance?"*

  *The Duet® Steam Dryer:*

---

[42] <u>Consumer Reports</u>, February 2008, page 45.

    i.   *provides the "unique benefits of steam;" and*

    ii.  *provides a setting of "20 minutes of steam and tumbling;"*

My understanding is that LG is disputing that "steam" is generated. As before, my testing and analyses have demonstrated that steam is generated consistent with both the narrow thermodynamic and conventional definitions of the word.

    e.   *"The Whirlpool Duet® Steam laundry pair, a whole new way to care for your clothes from start to finish, with the pure power of steam. Just another laundry innovation from Whirlpool."*

The Whirlpool language disputed by LG is apparently the use of the word "steam" in connection with the dryer as part of a pair, and not in connection with the washer. As previously discussed, steam is generated in the Duet® Steam dryer, whether using the conventional definition or LG's narrow thermodynamic definition of steam.

    39.    Whirlpool describes the operation of its steam cycles as follows[43]:

*"In these cycles, a small amount of water is sprayed into the dryer drum after several minutes of tumbling with heat. The STEAM status light will come on while the water is sprayed into the drum. The dryer will continue to tumble at High heat for the duration of the cycle. The Steam cycles include Quick Refresh and Enhanced Touch Up. The heat setting and cycle time are not adjustable for the Quick Refresh cycle, but can be adjusted for the Enhanced Touch Up Cycle."*

---

[43] Whirlpool® Duet® Steam Electronic Electric Dryer, Use & Care Guide, part W10136968C, page 21.

I have observed the operation of the two steam cycles on the Duet® Steam dryer, and the description of the steam generation is accurate.

40.    The Duet® dryer was tested by *Consumers Union*, an independent testing organization. They reported that the steam cycles on the Whirlpool Duet® Dryer performed their functions[44]:

> "We also tested the steam setting of Kenmore's and Whirlpool's matching dryers. Both use a water hookup and heat to get rid of wrinkles and odors, and they mostly did so with the shirts we tested."

## Comparison with the LG SteamDryer[TM]

41.    As part of my analysis, I obtained two LG SteamDryers[TM] for analysis and comparison with the Whirlpool Duet® Steam dryer. Specifically, I operated the LG SteamDryer[TM] in the Steam Fresh™ cycle, and in the Normal Cycle with the Easy Iron option, and measured temperatures within the drum during these cycles. These measurements are shown in Exhibit E-1. Selected materials provided in Exhibit E-1 are reproduced here as well.

42.    The fixture described in LG's Exhibit 4C to measure temperatures in the Whirlpool Duet® Steam Dryer (the "3-D Grid") was constructed and was then used to measure the temperatures in the LG SteamDryer™. Figure 19 shows the temperature sensors installed in an LG SteamDryer™. Twenty-seven temperature sensors were

---

[44] <u>Consumer Reports</u>, February 2008, page 45.

positioned using a wireframe grid mounted on a drying rack, and another three sensors were mounted to the air inlet grill.  Figure 20 shows the measured temperatures when the dryer was operated in the Steam Fresh™ cycle.  The peak temperatures measured on each of the 3-D Grid sensors during the "steam" phase of the Steam Fresh™ cycle are shown in Figure 21.  A maximum temperature of 59 C was recorded – well below the 100 C that LG asserts is required for steam.  The testing was repeated with the LG SteamDryer™ operated in the normal mode with the "Easy Iron" option.  The results of those tests are shown in Figure 22 and Figure 23.  A maximum temperature of 62 C was recorded during the steam phase of this cycle – well below the 100 C that LG asserts is required for steam.



Figure 19. Temperature sensors installed in LG SteamDryer™ using locations comparable to LG's testing from its Exhibit 4C. (Exhibit E-1, page 6 on left and page 5 on right)



Figure 20. Testing of the LG SteamDryer™ on the Steam Fresh™ cycle using the 3-D grid of temperature sensors. (Exhibit E-1, page 10)

LG SteamDryer™
Model DLEX8377NM
Steam Fresh™ Cycle

**Maximum Temperature During Steam Phase [°C]**



Figure 21. Peak measured grid point temperatures during the steam phase of the Steam Fresh™ cycle. (Exhibit E-1, page 9)



Figure 22. Testing of the LG SteamDryer™ on the Normal Cycle with the Easy Iron option using the 3-D grid of temperature sensors. (Exhibit E-1, page 13)

# LG SteamDryer™
# Model DLEX8377NM
# "Normal Cycle" with "Easy Iron" Option

### Maximum Temperature During Steam Phase [°C]



Figure 23. Peak measured grid point temperatures during the steam phase of the Normal Cycle with the Easy Iron option. (Exhibit E-1, page 12)

43.    Additional testing on the LG SteamDryer™ was performed; this time using a flat grid of temperature sensors positioned three inches from the nozzle.  The test protocol and results are provided in Exhibit E-2, and selected results are reproduced here. A photograph of the test setup is shown in Figure 24.  As with the 3-D grid testing, two cycles were tested: The Steam Fresh™ cycle and the "Normal Cycle" with "Easy Iron" option.  The results for these two cycles are shown in Figure 25 and Figure 26 respectively.  Peak measured temperatures during the "steam" phases of each cycle are 62 C and 60 C respectively, well below the 100 C that LG asserts is required for steam.



Figure 24. Photograph of flat grid of temperature sensors positioned 3 inches from the rear wall of the LG SteamDryer™.  The orange object is the nozzle. (From Exhibit E-2, page 7)



Figure 25. Testing of the LG SteamDryer™ on the Steam Fresh® cycle using a flat grid of temperature sensors placed three inches from the back wall of the drum. (From Exhibit E-2, page 11)



Figure 26. Testing of the LG SteamDryer™ on the "Normal Cycle" with the "Easy Iron" option using a flat grid of temperature sensors placed three inches from the back wall of the drum. (From Exhibit E-2, page 14)

44.     A third test was performed on the LG SteamDryer™, this time positioning thermocouples inline with the outlet of the steam nozzle to measure temperatures of the plume exiting the nozzle during the steam phase of the Steam Fresh™ cycle.  The testing protocol and results are described in Exhibit E-3, with selected materials reproduced here. Three thermocouples were positioned at ½", 1", and 1¾" from the outlet of the nozzle, and in a direct line to sense the temperature of the plume exiting the nozzle (see Figure 27).  The results of the testing are shown in Figure 28.  Even at 1 inch from the nozzle, the peak temperatures were below 85 C.  A summary of the peak temperatures measured during the testing is shown in Figure 29.





Figure 27. Photographs of test setup. (Exhibit E-3, page 5 on top, and Exhibit E-3, page 7 on bottom)



Figure 28. Testing of the LG SteamDryer™ on the Steam Fresh® cycle using three temperature sensors placed close to, and inline with the nozzle (From Exhibit E-3, page 10)

# LG SteamDryer™
### Model DLEX8377NM
## Steam Fresh™ Cycle

**Maximum Temperature During Steam Cycle [°C]**



98.7  ½"

84.0  1"

81.6  1¾"

Figure 29. Peak measured temperatures at the three sensors positioned close to the nozzle during the steam phase of the Steam Fresh™ cycle. (Exhibit E-3, page 9)

45.     During the "steam" phase of its steam cycles, the LG SteamDryer™ does not energize the air heater.  Steam is generated in a remote reservoir and starts to condense as it travels along the 17 inches of unheated tubing on the way to the nozzle. Additional condensation forms in the nozzle, and water can often be seen dripping from the nozzle during steam cycle operation. During most of the time that steam enters the drum (57 seconds out of every minute), the drum does not rotate and the clothing simply rests on the bottom of the drum, away from the small plume of steam that exits the nozzle.  Clothes on the bottom of the stack will have even more limited exposure.  For three seconds every minute, the drum rotates.  It is only during this period where some clothing may have an opportunity to pass close to the nozzle.  Note that as the drum rotates, fresh room air is drawn through the dryer.  This cool air sweeps away vapor and

mist and cools off the air in the drum.  This effect can be seen in Figure 26, where the dryer air temperature suddenly drops by 20 or more degrees at one-minute intervals.  The average drum air temperature remains below 60 C.  Thus, steam entering the drum encounters air that is considerably cooler than 100 C and the steam rapidly cools, condensing moisture.  Temperature measurements have shown that this happens within an inch of the nozzle.  The actual exposure of any clothing to steam using LG's narrow thermodynamic definition would be negligible, if any, since a) the drum is mostly filled with warm moist air, b) clothing rests on the bottom of the drum most of the time, c) in those fleeting moments when the clothing is tumbling and steam generation is on, the clothing would have to pass less than an inch from  the nozzle to even have any opportunity to experience water vapor above 85 C, and d) any water vapor at 100 C in the drum would be considered "wet steam", not "dry steam".  For the most part, clothing in the LG SteamDryer™ experiences warm moist air.

EXECUTED this _____8th_____ day of February, 2008.

Subbaiah V. Malladi
Ph. D., P.E.