# Exhibit B
# Part 1

# Product Documentation



To contact LG Electronics, 24 hours a day, 7 days a week:

**1-800-243-0000**

Or visit us on the Web at: *us.lge.com*

Número telefónico de LG Electronics, las 24 horas del día, 7 días a la semana:

**1-800-243-0000**

O visítenos en la Web en: *us.lge.com*

# TROMM™ DRYER
## with Steam

## USER'S GUIDE &
## INSTALLATION INSTRUCTIONS

Before beginning installation, read these instructions carefully. This will simplify installation and ensure that the dryer is installed correctly and safely. Leave these instructions near the dryer after installation for future reference.

# SECADORA TROMM™
## con vapór

## GUÍA DEL USUARIO E
## INSTRUCCIONES DE INSTALACIÓN

Antes de comenzar la instalación, lea atentamente estas instrucciones. Esto simplificará la instalación y asegurará que la secadora está instalada en forma correcta y segura. Conserve estas instrucciones cerca de la secadora luego de la instalación para futuras consultas.



## Models/Modelos

| Electric/Eléctrica | Gas/Gas |
| --- | --- |
| DLEX8377WM | DLGX8388WM |
| DLEX8377NM | DLGX8388NM |
| DLEX8377CM | DLGX8388CM |
| DLEX8377RM | DLGX8388RM |




P/No. 3828EL3010J

# INTRODUCTION

**IMPORTANT SAFETY INSTRUCTIONS**

Basic Safety Precautions ...........................................3
What to Do if You Smell Gas...................................4
Grounding Instructions..............................................5
Safety Instructions for Installation......................5, 6
Safety Instructions for Steam Functions...............6
Safety Instructions for Connecting Electricity .......7

**PARTS AND FEATURES**

Special Features .........................................................8
Key Parts and Components.......................................9

**INSTALLATION INSTRUCTIONS**

Choose the Proper Location ...................................10
Clearances................................................................10
Installation With Optional
Pedestal Base or Stacking Kit...............................11
Leveling the Dryer...................................................12
Reversing the Door Swing......................................13
Changing the Dryer Vent Location...................14, 15
Venting the Dryer.............................................16, 17
Connecting Gas Dryers....................................18-22
Connecting Electric Dryers...............................18-22
Special Requirements for Manufactured
or Mobile Homes.....................................................23
Final Installation Check ...........................................23

**HOW TO USE**

Sorting Loads............................................................24
Loading the Dryer.....................................................24
Check the Lint Filter Before Every Load................24
Control Panel Features.............................................25
Cycle Guide..............................................................26
The LCD Display.......................................................27
Operating the Dryer.................................................28
Cycle Setting Buttons..............................................29
Cycle Option Buttons...............................................29
Special Functions.....................................................30
Other Functions.................................................30, 31
Steam Functions................................................31-33
Steam Cycle Guide...................................................33

**USER-MAINTENANCE INSTRUCTIONS**

Regular Cleaning......................................................34

**TROUBLESHOOTING**

Before Calling for Service..................................35-37

**SPECIFICATIONS/OPTIONAL ACCESSORIES**

Key Dimensions and Specifications........................38
Optional Accessories...............................................38
Pedestal Installation..........................................39, 40
Stacking Kit Installation.....................................41, 42

**WARRANTY** .........................................................43

## THANK YOU!

Congratulations on your purchase and welcome to the LG family. Your new LG Dryer combines the most advanced drying sensor technology with simple operation and high efficiency. By following the operating and care instructions in this manual, your dryer will provide you with many years of reliable service.

### Product Registration Information

Model:

Serial Number:

Date of Purchase:

The model and serial number can be located on the rating plate inside the front door.

---

# IMPORTANT SAFETY INSTRUCTIONS

## READ ALL INSTRUCTIONS BEFORE USE

⚠ **WARNING:** For your safety, the information in this manual must be followed to minimize the risk of fire or explosion, electric shock, or to prevent property damage, personal injury, or loss of life.

**Your Safety and the safety of others is very important.**

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.

⚠ This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.
All safety messages will follow the safety alert symbol and either the word DANGER or WARNING.

These words mean:

⚠ **DANGER:** You can be killed or seriously injured if you don't immediately follow instructions.

⚠ **WARNING:** You can be killed or seriously injured if you don't follow instructions.
All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## BASIC SAFETY PRECAUTIONS

⚠ **WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

- Read all instructions before using the dryer.
- Before use, the dryer must be properly installed as described in this manual.
- Do not place items exposed to cooking oils in your dryer. Items contaminated with cooking oils may contribute to a chemical reaction that could cause a load to catch fire.
- Do not dry articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, or other flammable or explosive substances as they give off vapors that could ignite or explode.
- Do not reach into the dryer if the drum or any other part is moving.
- Do not repair or replace any part of the dryer or attempt any servicing unless specifically recommended in this Use and Care Guide or in published user-repair instructions that you understand and have the skills to carry out.
- Do not tamper with controls.
- Before the dryer is removed from service or discarded, remove the door to the drying compartment.



- Do not allow children to play on or in the dryer. Close supervision of children is necessary when the dryer is used near children.
- Do not use fabric softeners or products to eliminate static unless recommended by the manufacturer of the fabric softener or product.
- Do not use heat to dry articles containing foam rubber or similarly textured rubber-like materials.
- Keep area around the exhaust opening and adjacent surrounding areas free from the accumulation of lint, dust, and dirt.
- The interior of the dryer and the exhaust vent should be cleaned periodically by qualified service personnel.
- Do not install or store the dryer where it will be exposed to the weather.
- Always check the inside of the dryer for foreign objects.
- Clean lint screen before or after each load.



3

# IMPORTANT SAFETY INSTRUCTIONS

## READ ALL INSTRUCTIONS BEFORE USE

⚠ **WARNING** For your safety, the information in this manual must be followed to minimize the risk of fire or explosion, electric shock, or to prevent property damage, personal injury, or loss of life.

### SAFETY INSTRUCTIONS FOR CONNECTING ELECTRICITY

⚠ **WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

- **Do not, under any circumstances, cut or remove the ground prong from the power cord.** To prevent personal injury or damage to the dryer, the electrical power cord must be plugged into a properly grounded outlet.
- **For personal safety, this dryer must be properly grounded.** Failure to do so can result in electrical shock or injury.
- **Refer to the installation instructions in this manual for specific electrical requirements for your model.** Failure to follow these instructions can create an electrical shock hazard and/or a fire hazard.
- **This dryer must be plugged into a properly grounded outlet. Electrical shock can result if the dryer is not properly grounded. Have the wall outlet and circuit checked by a qualified electrician to make sure the outlet is properly grounded.** Failure to follow these instructions can create an electrical shock hazard and/or a fire hazard.
- **The dryer should always be plugged into its own individual electrical outlet which has a voltage rating that matches the rating plate.** This provides the best performance and also prevents overloading house wiring circuits which could cause a fire hazard from overheated wires.

- **Never unplug your dryer by pulling on the power cord.** Always grip plug firmly and pull straight out from the outlet. The power cord can be damaged, resulting in a risk of fire and electrical shock.
- **Repair or replace immediately all power cords that have become frayed or otherwise damaged.** Do not use a cord that shows cracks or abrasion damage along its length or at either end. The power cord can melt, creating electrical shock and/or fire hazard.
- **When installing or moving the dryer, be careful not to pinch, crush, or damage the power cord.** This will prevent injury and prevent damage to the dryer from fire and electrical shock.

## SAVE THESE INSTRUCTIONS

7

---

# IMPORTANT SAFETY INSTRUCTIONS

## READ ALL INSTRUCTIONS BEFORE USE

⚠ **WARNING** For your safety, the information in this manual must be followed to minimize the risk of fire or explosion, electric shock, or to prevent property damage, personal injury, or loss of life.

### SAFETY INSTRUCTIONS FOR INSTALLATION

**Exhaust/Ducting:**

- **Gas dryers MUST be exhausted to the outside.** Failure to follow these instructions can result in fire or death.
- **The dryer exhaust system must be exhausted to the outside of the dwelling. If the dryer is not exhausted outdoors, some fine lint and large amounts of moisture will be expelled into the laundry area.** An accumulation of lint in any area of the home can create a health and fire hazard.
- **Use only rigid metal or flexible metal 4-in. diameter ductwork inside the dryer cabinet or for exhausting to the outside.** Use of plastic or other combustible ductwork can cause a fire. Punctured ductwork can cause a fire if it collapses or becomes otherwise restricted in use or during installation.
- **Ductwork is not provided with the dryer, and you should obtain the necessary ductwork locally.** The end cap should have hinged dampers to prevent backdraft when the dryer is not in use. Failure to follow these instructions can result in fire or death.

- **The exhaust duct must be 4 in. (10 cm) in diameter with no obstructions.** The exhaust duct should be kept as short as possible. Make sure to clean any old ducts before installing your new dryer. Failure to follow these instructions can result in fire or death.
- **Rigid or semi rigid metal ducting is recommended for use between the dryer and the wall. In special installations when it is impossible to make a connection with the above recommendations, a UL-listed flexible metal transition duct may be used between the dryer and wall connection only.** The use of this ducting will affect drying time. Failure to follow these instructions can result in fire or death.
- **DO NOT use sheet metal screws or other fasteners which extend into the duct that could catch lint and reduce the efficiency of the exhaust system.** Secure all joints with duct tape. For complete details, follow the Installation Instructions. Failure to follow these instructions can result in fire or death.

### SAFETY INSTRUCTIONS FOR STEAM FUNCTIONS

⚠ **WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

- **Do not open the dryer door during steam cycles.** Failure to follow these instructions can result in a burn hazard.
- **Do not dry articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, or other flammable or explosive substances as they give off vapors that could ignite or explode.** Failure to follow these instructions can result in fire or death.

- **Do not fill the steam feeder with gasoline, dry-cleaning solvents, or other flammable or explosive substances.** Failure to follow these instructions can result in fire or death.
- **Do not touch the steam nozzle in the drum during or after the steam cycle.** Failure to follow these instructions can result in a burn hazard.
- **Do not fill the steam feeder with hot water (over 86° F / 30° C).** Failure to follow these instructions can result in a burn hazard.

6

# PARTS AND FEATURES

## PARTS AND FEATURES





### KEY PARTS AND COMPONENTS

In addition to the special features and components outlined in the *Special Features* section, there are several other important components that are referenced in this manual.

**❶ FRONT-MOUNT LINT FILTER**

Front-mounted lint filter allows for easy access and cleaning after every load.

**❷ LEVELING FEET**

Four leveling feet (two in the front, and two in the back) adjust to improve dryer stability on uneven floors.

**❸ DRYING RACK**

Use the drying rack with the RACK DRY cycle option. The drying rack allows items, such as sweaters, delicates, and gym shoes, to be placed in a flat position for drying.

**❹ PLC MODEM**

The PLC modem is used when installing the optional Remote Laundry Monitor (purchased separately).

Terminal Block
Access Panel
(Electric Models)

Exhaust Duct
Outlet

Power Cord Location
(Gas Models)

Gas
Connection
Location
(Gas Models)

**Rear of Dryer**

Included Accessories



❸ Drying Rack



6

---

# PARTS AND FEATURES



### SPECIAL FEATURES

**❶ EASY-TO-USE CONTROL PANEL**

Rotate the Cycle Selector Knob to select the desired dry cycle. Add cycle options or adjust settings with the touch of a button.

**❷ EASY-ACCESS REVERSIBLE DOOR**

Wide-opening door provides easy access for loading and unloading. Door swing can be reversed to adjust for installation location.

**❸ ULTRA-CAPACITY STAINLESS STEEL DRUM WITH DRUM LIGHT**

The ultra-large stainless steel drum offers superior durability. The drum is equipped with a yellow light that illuminates when the dryer door is open and turns off when the door is closed.

**❹ HELPFUL STEAM FUNCTIONS**

LG's new steam technology allows you to inject fabrics with a swirling jet of hot steam to refresh clothes, reduce static, and make ironing easier. Simply select the STEAM FRESH™ cycle, or you can add a steam option to selected cycles.

**❺ LCD DISPLAY SCREEN**

The easy-to-read display screen shows cycle options and information and provides status messages during operation.

8

# INSTALLATION INSTRUCTIONS

## INSTALLATION WITH OPTIONAL PEDESTAL BASE OR STACKING KIT

**INSTALLATION WITH OPTIONAL PEDESTAL BASE OR STACKING KIT**

**IMPORTANT:** If you are installing your dryer using an optional pedestal base or stacking kit, please refer to Optional Accessories in this manual or to the instructions for your pedestal or stacking kit before proceeding with the installation.

**Required Dimensions for Installation With Pedestal**



**Required Dimensions for Installation With Stacking Kit**



## OPTIONAL ACCESSORIES

For these and other LG products, contact your local LG dealer, or visit our Web site at us.lge.com.



Pedestal (sold separately)

Stacking Kit (sold separately)



---

# INSTALLATION INSTRUCTIONS

**IMPORTANT: Read all installation instructions completely before installing and operating your dryer!**

It is important that you review this entire manual before installing and using your dryer. Detailed instructions concerning electrical connections, gas connections, and exhaust requirements are provided on the following pages.

## CHOOSE THE PROPER LOCATION

- Store and install the dryer where it will not be exposed to temperatures below freezing or exposed to outdoor weather conditions.
- Choose a location with a solid, level floor.
- If the dryer is being installed in a garage, place the dryer at least 18 in. (46 cm) above the floor.
- Properly ground dryer to conform with all governing codes and ordinances.
- To reduce the risk of electric shock, do not install the dryer in damp or wet locations.
- If you are installing your dryer in a manufactured or mobile home, please refer to the section Special Requirements for Manufactured or Mobile Homes.

## CLEARANCES

- Most installations require a minimum 5½ in. (14 cm) clearance behind the dryer for the exhaust ducting.
- Allow minimum clearances of at least 1 in. (2.5 cm) on the sides and back to minimize vibration and noise.
- Allowing additional clearance for installation and servicing is recommended.
- Be sure to allow for wall, door, or floor moldings that may increase the required clearances.
- Allow at least 24 in. (61 cm) in front of the dryer to open the door.

**Additional instructions for closet installations:**

- The closet door must allow for sufficient airflow. Refer to the diagram above for minimum vent opening requirements. A louvered door is also acceptable.
- Make sure that there is at least 18 in. (46 cm) of clearance above the dryer.

# INSTALLATION INSTRUCTIONS

## LEVELING THE DRYER

To ensure that the dryer provides optimal drying performance, it must be level. To minimize vibration, noise, and unwanted movement, the floor must be a perfectly level, solid surface.

**NOTE:** Adjust the leveling feet only as far as necessary to level the dryer. Extending the leveling feet more than necessary can cause the dryer to vibrate.



Level

Leveling Feet

Position the dryer in the final location. Place a level across the top of the dryer.

- All four leveling feet must rest solidly on the floor. Gently push on the top corners of the dryer to make sure that the dryer does not rock from corner to corner.

If you are installing the dryer on the optional pedestal, you must use the leveling feet on the pedestal to level the dryer. The dryer leveling feet should be fully retracted.



Use an adjustable wrench to turn the leveling feet. Turn clockwise to raise the dryer or counterclockwise to lower it. Raise or lower the leveling feet until your dryer level from side-to-side and front-to-back.

Make sure that all 4 leveling feet are in firm contact with the floor.

## REVERSING THE DOOR SWING

The swing of the dryer door can be reversed to fit your installation location.



Hinge Screws

Door Latch

Latch Screws

Open the dryer door. Using a Phillips screwdriver, remove the 2 screws that secure the door hinge to the dryer door opening. Remove the 4 screws from the latch side of the dryer door opening, and remove the door latch.



Latch Screws

Hinge Screws

Turn the door around so the hinge is reversed, and reattach the hinge using the 2 screws previously removed. Reinstall the door latch and the 4 screws.

Test the door swing to make sure the door moves freely and latches securely.

---

# INSTALLATION INSTRUCTIONS

## CHANGING THE DRYER VENT LOCATION

Your new dryer is shipped to vent to the rear. It can also be configured to vent to the bottom or side (right-side venting is not available on gas models).

An adapter kit, part number 383EEL9001B, may be purchased from your LG retailer. This kit contains the necessary duct components to change the dryer vent location.

### OPTION 1: Side Venting



Adapter duct

Bracket

Knockout

Press the tabs on the knockout and carefully remove the knockout for the desired vent opening (right-side venting is not available on gas models). Press the adapter duct onto the blower housing and secure to the base of the dryer as shown.



Cover Plate

Elbow

4-in. (10 cm)

Preassemble a 4-in. (10 cm) elbow to the next 4-in. (10 cm) duct section, and secure all joints with duct tape. Be sure that the male end of the elbow faces AWAY from the dryer. Insert the elbow/duct assembly through the side opening and press it onto the adapter duct. Secure in place with duct tape. Be sure that the male end of the duct protrudes 1½ in. (3.8 cm) to connect the remaining ductwork. Attach cover plate to the back of the dryer with included screw.

### OPTION 2: Bottom Venting



Retaining Screw

Rear Exhaust Duct

Remove the rear exhaust duct retaining screw. Pull out the exhaust duct.



Adapter Duct

Bracket

Press the adapter duct onto the blower housing and secure to the base of the dryer as shown.



Cover Plate

Elbow

Insert the 4-in. (10 cm) elbow through the rear opening and press it onto the adapter duct. Be sure that the male end of the elbow faces down through the hole in the bottom of the dryer. Secure in place with duct tape. Attach the cover plate to the back of the dryer with included screw.

# INSTALLATION INSTRUCTIONS

## VENTING THE DRYER

**⚠ WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

- Do not crush or collapse ductwork. Failure to follow these instructions can result in fire or death.

- Do not allow ductwork to rest on or contact sharp objects. Failure to follow these instructions can result in fire or death.

- If connecting to existing ductwork, make sure it is suitable and clean before installing the dryer. Failure to follow these instructions can result in fire or death.

- Venting must conform to local building codes. Failure to follow these instructions can result in fire or death.

- Gas dryers MUST exhaust to the outdoors. Failure to follow these instructions can result in fire or death.

- Use only 4-in. (10 cm) rigid or flexible metal ductwork inside the dryer cabinet and for venting outside. Failure to follow these instructions can result in fire or death.

- To reduce the risk of fire, combustion, or accumulation of combustible gases, DO NOT exhaust dryer air into an enclosed and unventilated area, such as an attic, wall, ceiling, crawl space, chimney, gas vent, or concealed space of a building. Failure to follow these instructions can result in fire or death.

- To reduce the risk of fire, DO NOT exhaust the dryer with plastic or thin foil ducting. Failure to follow these instructions can result in fire or death.

- The exhaust duct must be 4 in. (10 cm) in diameter with no obstructions. The exhaust duct should be kept as short as possible. Make sure to clean any old ducts before installing your new dryer. Failure to follow these instructions can result in fire or death.

- Rigid or semirigid metal ducting is recommended for use between the dryer and the wall. In special installations when it is impossible to make a connection with the above recommendations, a UL-listed flexible metal transition duct may be used between the dryer and wall connection only. The use of this ducting will affect drying time. Failure to follow these instructions can result in fire or death.

- DO NOT use sheet metal screws or other fasteners which extend into the duct that could catch lint and reduce the efficiency of the exhaust system. Secure all joints with duct tape. Failure to follow these instructions can result in fire or death.

- To maximize operating results, please observe the duct length limitations noted in the chart on page 15. Failure to follow these instructions can result in fire or death.

- Ductwork is not provided with the dryer. You should obtain the necessary ductwork locally. The end cap should have hinged dampers to prevent backdraft when the dryer is not in use. Failure to follow these instructions can result in fire or death.

---

# INSTALLATION INSTRUCTIONS

## VENTING THE DRYER (cont.)

### Ductwork



| Wall Cap Type | Number of 90° Elbows | Max. Length of 4-in. Dia. Rigid Metal Duct | Max. Length of 4-in. Dia. Flexible Metal Duct |
|---|---|---|---|
| Recommended | 0 | 65 ft. (19.8 m) | 45 ft. (13.7 m) |
| | 1 | 55 ft. (16.8 m) | 35 ft. (10.7 m) |
| | 2 | 47 ft. (13.7 m) | 30 ft. (9.1 m) |
| | 3 | 36 ft. (11.0 m) | 25 ft. (7.6 m) |
| | 4 | 28 ft. (8.5 m) | 20 ft. (6.1 m) |
| Use Only for Short Flat Installations | 0 | 55 ft. (16.8 m) | 35 ft. (10.7 m) |
| | 1 | 47 ft. (13.7 m) | 27 ft. (8.1 m) |
| | 2 | 41 ft. (12.5 m) | 21 ft. (6.4 m) |
| | 3 | 30 ft. (9.1 m) | 17 ft. (5.2 m) |
| | 4 | 22 ft. (6.7 m) | 15 ft. (4.5 m) |

NOTE: Deduct 6 ft. (1.8 m) for each additional elbow. It is not recommended to use more than four 90° elbows.

### Routing and Connecting Ductwork

Follow the guidelines below to maximize drying performance and reduce lint buildup and condensation in the ductwork.

NOTE: Ductwork and fittings are NOT included and must be purchased separately.

- Use 4-in. (10 cm) diameter rigid or semirigid metal ductwork.

- The exhaust duct run should be as short as possible.

- Use as few elbow joints as possible.

- The male end of each section of exhaust duct must point away from the dryer.

- Use duct tape on all duct joints.

- Insulate ductwork that runs through unheated areas in order to reduce condensation and lint buildup on duct surfaces.

IMPORTANT: Failure to exhaust the dryer correctly will void the dryer's warranty.



Correct Venting



Incorrect Venting

14

15

# INSTALLATION INSTRUCTIONS

## CONNECTING GAS DRYERS

⚠️ **WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

**• Gas supply requirements:**
  To avoid the danger of suffocation, this dryer is configured for use with natural gas. It can be converted for use with LP (Liquefied Propane) gas. Gas pressure must not exceed 13 in. water column.

**• A qualified service or gas company technician** must connect the dryer to the gas service. Failure to do so can result in fire, explosion, or death.

**• Isolate the dryer from the gas supply system** by closing this individual manual shutoff valve during any pressure testing of the gas supply. Failure to do so can result in fire, explosion, or death.

**• Supply line requirements:**
  Your laundry room must have a rigid gas supply line to your dryer. In the United States, an individual manual shutoff valve MUST be installed within at least 6 ft. (1.8 m) of the dryer, in accordance with the National Fuel Gas Code ANSI Z223.1 or Canadian gas installation code CSA B149.1. A 1/8-in. NPT pipe plug must be installed. Failure to do so can result in fire, explosion, or death.

**• If using a rigid pipe, the rigid pipe should be** 1/2-in. IPS. If acceptable under local codes and ordinances, 3/8-in. approved tubing may be used if total length does not exceed 20 ft. (6.1 m). Larger tubing should be used for lengths in excess of 20 ft. (6.1 m). Failure to do so can result in fire, explosion, or death.

### Electrical Requirements for Gas Models Only

⚠️ **WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

**• Do not, under any circumstances, cut or** remove the third (ground) prong from the power cord. Failure to follow this warning can result in fire, explosion, or death.

**• For personal safety, this dryer must be properly** grounded. Failure to follow this warning can result in fire, explosion, or death.

**• The power cord of this dryer is equipped with** a 3-prong (grounding) plug which mates with a standard 3-prong (grounding) wall outlet to minimize the possibility of electric shock hazard from this appliance. Failure to follow this warning can result in fire, explosion, or death.

**• Connect the dryer to the type of gas shown on** the nameplate. Failure to do so can result in fire, explosion, or death.

**• To prevent contamination of the gas valve,** purge the gas supply of air and sediment before connecting the gas supply to the dryer. Before tightening the connection between the gas supply and the dryer, purge remaining air until the odor of gas is detected. Failure to do so can result in fire, explosion, or death.

**• DO NOT use an open flame to inspect for gas** leaks. Use a noncorrosive leak-detection fluid. Failure to do so can result in fire, explosion, or death.

**• Use only a new AGA- or CSA-certified gas** supply line with flexible stainless steel connectors. Failure to do so can result in fire, explosion, or death.

**• Securely tighten all gas connections. Failure to** do so can result in fire, explosion, or death.

**• Use Teflon® tape or a pipe-joint compound that** is insoluble in Liquefied Petroleum (LP) gas on all pipe threads. Failure to do so can result in fire, explosion, or death.

**• DO NOT attempt any disassembly of the dryer;** any disassembly requires the attention and tools of an authorized and qualified service person or company. Failure to do so can result in fire, explosion, or death.

### Electrical Connection

**• This dryer must be plugged into a** 120-VAC, 60-Hz. grounded outlet protected by a 15-ampere fuse or circuit breaker. It is also recommended that a separate circuit serving only this dryer be provided. Failure to follow this warning can result in fire, explosion, or death.

**• Where a standard 2-prong wall outlet is** encountered, it is your personal responsibility and obligation to have it replaced with a properly grounded 3-prong wall outlet. Failure to follow this warning can result in fire, explosion, or death.

---

# INSTALLATION INSTRUCTIONS

## CONNECTING GAS DRYERS (cont.)

⚠️ **WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

**• Installation and service must be performed** by a qualified technician, service agency, or the gas supplier. Failure to do so can result in fire, explosion, or death.

**• Use only a new stainless steel flexible** connector and a new AGA-certified connector. Failure to do so can result in fire, explosion, or death.

**• A gas shutoff valve must be installed within** 6 ft. (1.8 m) of the dryer. Failure to do so can result in fire, explosion, or death.

**• The dryer is configured for Natural Gas when** shipped from the factory. Make sure that the dryer is equipped with the correct burner nozzle for the type of gas being used (Natural Gas or Liquefied Petroleum). Failure to do so can result in fire, explosion, or death.

### Connecting the Gas Supply

**1** Make sure that the gas supply to the laundry room is turned OFF. Confirm that the type of gas available in your laundry room is appropriate for the dryer. The dryer is prepared for Natural Gas with a 3/8-in. NPT gas connection.

**2** Remove the shipping cap from the gas connection at the back of the dryer. Be careful not to damage the threads of the gas connector when removing the shipping cap.

**3** Connect the dryer to your laundry room's gas supply using a new flexible stainless steel connector with a 3/8-in. NPT fitting.

**4** Securely tighten all connections between the dryer and your laundry room's gas supply. Turn on your laundry room's gas supply and check all pipe connections (both internal and external) for gas leaks with a noncorrosive leak-detection fluid.

### Electrical Connection

Plug dryer into a 120-VAC, 60-Hz. grounded 3-prong outlet.



**• If necessary, the correct nozzle (for the LP** nozzle kit order part number 4946EL4002B) should be installed by a qualified technician. Failure to do so can result in fire, explosion, or death.

**• All connections must be in accordance with** local codes and regulations. Failure to do so can result in fire, explosion, or death.

**• Gas dryers MUST exhaust to the outdoors.** Failure to do so can result in fire, explosion, or death.

[diagram labels:]
1/8" NPT Pipe Plug
3/8" NPT Gas Connection
Gas Supply Shutoff Valve
AGA/CSA-Certified Stainless Steel Flexible Connector

### High-Altitude Installations

The BTU rating of this dryer is AGA-certified for elevations below 10,000 feet.

If your gas dryer is being installed at an elevation above 10,000 feet, it must be derated by a qualified technician or gas supplier.



# INSTALLATION INSTRUCTIONS

## CONNECTING ELECTRIC DRYERS

**⚠ WARNING:** To help prevent fire, electric shock, serious injury, or death, the wiring and grounding must conform to the latest edition of the National Electrical Code, ANSI/NFPA 70 and all applicable local regulations. Please contact a qualified electrician to check your home's wiring and fuses to ensure that your home has adequate electrical power to operate the dryer.

### Electrical Requirements for Electric Models Only

**⚠ WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

• This dryer must be connected to a grounded metal, permanent wiring system, or an equipment-grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the dryer. Failure to do so can result in fire, explosion, or death.

• The dryer has its own terminal block that must be connected to a separate 240 VAC, 60-Hertz, single-phase circuit, fused at 30 amperes (the circuit must be fused on both sides of the line). ELECTRICAL SERVICE FOR THE DRYER SHOULD BE OF THE MAXIMUM RATE VOLTAGE LISTED ON THE NAMEPLATE. DO NOT CONNECT DRYER TO 110-, 115-, OR 120-VOLT CIRCUIT. Heating elements are available for field installation in dryers which are to operate on an electrical service of a different voltage than that listed on the rating plate. Failure to follow these instructions can result in fire, explosion, or death.

• If branch circuit to dryer is 15 ft. (4.5 m) or less in length, use UL (Underwriters Laboratories) listed No.-10 AWG wire (copper wire only), or as required by local codes. If over 15 ft. (4.50 m), use UL-listed No.-8 AWG wire (copper wire only), or as required by local codes. Allow sufficient slack in wiring so dryer can be moved from its normal location when necessary. Failure to do so can result in fire, explosion, or death.

• The power cord (pigtail) connection between wall receptacle and dryer terminal block IS NOT supplied with dryer. Type of pigtail and gauge of wire must conform to local codes and with instructions on the following pages. Failure to follow these instructions can result in fire, explosion, or death.

• A 4-wire connection is required for all mobile and manufactured home installations, as well as all new construction after January 1, 1996. A 4-wire connection must be used where local codes do not permit grounding through the neutral wire. Failure to do so can result in fire, explosion, or death.

### Special Electrical Requirements for Mobile or Manufactured Homes

**⚠ WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

• Any installation in a manufactured or mobile home must comply with the Manufactured Home Construction and Safety Standards Title 24 CFR, Part 32-80 or Standard CAN/CSA0240 MH and local codes and ordinances.

• A 4-wire connection is required for all mobile and manufactured home installations, as well as all new construction after January 1, 1996. Failure to do so can result in fire, explosion, or death.

# INSTALLATION INSTRUCTIONS

## CONNECTING ELECTRIC DRYERS (cont.)

**⚠ WARNING:**
• Connect the power cord to the terminal block. Each colored wire should be connected to same color screw. Wire color indicated on manual is connected to the same color screw in block. Failure to follow these instructions may result in a short or overload.

• Grounding through the neutral conductor is prohibited for: (1) new branch-circuit installations, (2) mobile homes, (3) recreational vehicles, and (4) areas where local codes prohibit grounding through the neutral conductor.



### Four-Wire Connection for Electric Dryers: Power Cord

• A 4-wire connection is required for all mobile and manufactured home installations, as well as all new construction after January 1, 1996.

• A UL-listed strain relief is required.



Remove the terminal block access cover on the upper back of the dryer. Install a UL-listed strain relief into the power cord through-hole; then thread a UL-listed, 30A, 240V, 4-wire, #10 AWG-minimum copper conductor power cord through the strain relief.

• Use a 30-amp, 240V, UL-listed power cord with #10 AWG-minimum copper conductor and closed-loop or forked terminals with upturned ends.

Transfer the dryer's ground wire from behind the green ground screw to the center screw of the terminal block. Attach the two hot leads of the power cord to the outer terminal block screws. Attach the white neutral wire to the center terminal block screw. Attach the power cord ground wire to the green ground screw. TIGHTEN ALL SCREWS SECURELY. Reinstall the terminal block access cover.



# INSTALLATION INSTRUCTIONS



## CONNECTING ELECTRIC DRYERS (cont.)

### ⚠ WARNING:

- **Connect the power cord to the terminal block. Each colored wire should be connected to same color screw. Wire color indicated on manual is connected to the same color screw in block. Failure to follow these instructions may result in a short or overload.**
- **Grounding through the neutral conductor is prohibited for: (1) new branch-circuit installations, (2) mobile homes, (3) recreational vehicles, and (4) areas where local codes prohibit grounding through the neutral conductor.**

### Three-Wire Connection for Electric Dryers: Power Cord



- A 3-wire connection is NOT permitted on new construction after January 1, 1996.
- A UL-listed strain relief is required.



Remove the terminal block access cover on the upper back of the dryer. Install a UL-listed strain relief into the power cord through-hole; then thread the power cable prepared in Step 1 through the strain relief.

- Use a **30-amp, 240V, UL-listed power cord with #10 AWG-minimum copper conductor** and closed loop or forked terminals with upturned ends.



Attach the two hot leads of the power cord to the outer terminal block screws. Attach the neutral wire to the center terminal block screw. Connect the external ground (if required by local codes) to the green ground screw. TIGHTEN ALL SCREWS SECURELY. Reinstall the terminal block access cover.

# INSTALLATION INSTRUCTIONS

## CONNECTING ELECTRIC DRYERS (cont.)

### ⚠ WARNING:

- **Connect the power cord to the terminal block. Each colored wire should be connected to the same color screw. Wire color indicated on manual is connected to the same color screw in block. Failure to follow these instructions may result in a short or overload.**
- **Grounding through the neutral conductor is prohibited for: (1) new branch-circuit installations, (2) mobile homes, (3) recreational vehicles, and (4) areas where local codes prohibit grounding through the neutral conductor.**

### Four-Wire Connection for Electric Dryers: Direct Wire

- A 4-wire connection is required for all mobile and recreational vehicle installations, as well as all new construction after January 1, 1996.
- A UL-listed strain relief is required.




Remove the terminal block access cover on the upper back of the dryer. Install a UL-listed strain relief into the power cord through-hole; then thread the power cable prepared in Step 1 through the strain relief.

- Use UL-listed **4-wire #10 AWG-minimum** copper conductor cable.
- Allow at least 5 ft (1.5 m) length to allow for removal and reinstallation of the dryer.



Remove 5 inches (12.7 cm) of the outer covering from the wire. Remove 5 inches of insulation from the ground wire. Cut off approximately 1½ inches (3.8 cm) from the other three wires and strip 1 inch (2.5 cm) insulation from each wire. Bend the ends of the three shorter wires into a hook shape.



Transfer the dryer's ground wire from behind the green ground screw to the center screw of the terminal block. Attach the two hot leads of the power cable to the outer terminal block screws. Attach the white neutral wire to the center terminal block screw. Attach the power cable ground wire to the green ground screw. TIGHTEN ALL SCREWS SECURELY. Reinstall the terminal block access cover.

# INSTALLATION INSTRUCTIONS

## CONNECTING ELECTRIC DRYERS (cont.)

### ⚠️WARNING:

• **Connect the power cord to the terminal block. Each colored wire should be connected to the same color screw. Wire color indicated on manual is connected to the same color screw in block. Failure to follow these instructions may result in a short or overload.**

• **Grounding through the neutral conductor is prohibited for: (1) new branch-circuit installations, (2) mobile homes, (3) recreational vehicles, and (4) areas where local codes prohibit grounding through the neutral conductor.**

### Three-Wire Connection for Electric Dryers: Direct Wire

• A 3-wire connection is NOT permitted on new construction after January 1, 1996.

• A UL-listed strain relief is required.

Remove 3½ inches (8.9 cm) of the outer covering from the wire. Strip 1 inch (2.5 cm) insulation from each wire. Bend the ends of the three wires into a hook shape.

Attach the two hot leads of the power cord to the outer terminal block screws. Attach the neutral wire to the center terminal block screw. Connect the external ground (if required by local codes) to the green ground screw. TIGHTEN ALL SCREWS SECURELY. Reinstall the terminal block access cover.

• Use UL-listed 3-wire #10 AWG-minimum **copper conductor cable.**

• Allow at least 5 ft (1.5 m) length to allow for removal and reinstallation of the dryer.



Remove the terminal block access cover on the upper back of the dryer. Install a UL-listed strain relief into the power cord through-hole; then thread the power cable prepared in Step 1 through the strain relief.

---

# INSTALLATION INSTRUCTIONS

## SPECIAL REQUIREMENTS FOR MANUFACTURED OR MOBILE HOMES

Any installation in a manufactured or mobile home must comply with the Manufactured Home Construction and Safety Standards Title 24 CFR, Part 32-80 or Standard CAN/CSA-Z240 MH and local codes and ordinances. If you are uncertain whether your proposed installation will comply with these standards, please contact a service and installation professional for assistance.

• A gas dryer must be permanently attached to the floor.

• The electrical connection for an electric dryer must be a 4-wire connection. More detailed information concerning the electrical connection is provided in the section Connecting Electric Dryers.

• To reduce the risk of combustion and fire, the dryer must be vented to the outside.

• DO NOT vent the dryer under a manufactured home or mobile home.

• Electric dryers may be vented to the outside using the back, left, right, or bottom panel.

• Gas dryers may be vented to the outside using the back, left, or bottom panel. Gas dryers may not be vented to the outside using the right side panel because of the burner housing.

• The dryer exhaust duct must be affixed securely to the manufactured or mobile home structure, and the exhaust duct must be made of a material that will resist fire and combustion. It is recommended that you use a rigid or flexible metal duct.

• DO NOT connect the dryer exhaust duct to any other duct, vent, chimney, or other exhaust duct.

• Make sure the dryer has adequate access to outside fresh air to ensure proper operation. The opening for outside fresh air must be at least 25 in² (163 cm²).

• It is important that the clearance of the duct from any combustible construction be at least 2 in. (5 cm), and when venting the dryer to the outdoors, the dryer can be installed with a clearance of 1 in. (2.5 cm) at the sides and back of the dryer.

• Please be aware that venting materials are not supplied with the dryer. You should obtain the venting materials necessary for proper installation.

## FINAL INSTALLATION CHECK

Once you have completed the installation of the dryer and it is in its final location, confirm proper operation with the following tests.

### Testing Dryer Heating

**GAS MODELS**

Close the dryer door, press the ON/OFF switch to turn the dryer on, and start the dryer on a heat setting. When the dryer starts, the igniter should ignite the main burner.

**NOTE:** If all air is not purged from the gas line, the gas igniter may turn off before the main burner ignites. If this happens, the igniter will reattempt gas ignition after approximately two minutes.

**ELECTRIC MODELS**

Close the dryer door, press the ON/OFF switch to turn the dryer on, and start the dryer on a heat setting. The exhaust air should be warm after the dryer has been operating for 3 minutes.

### Checking Airflow

Effective dryer operation requires proper airflow. The adequacy of the airflow can be measured by evaluating the static pressure. Static pressure in the exhaust duct can be measured with a manometer, placed on the exhaust duct approximately 2 ft. (60.9 cm) from the dryer. Static pressure in the exhaust duct should not exceed 0.6 in. (1.5 cm). The dryer should be checked while the dryer is running with no load.

### Checking Levelness

Once the dryer is in its final location, recheck the dryer to be sure it is level. Make sure it is level front to back and side to side, and that all 4 leveling feet are firmly on the floor.

# HOW TO USE

Following are instructions for starting and using your new dryer. Please refer to specific sections of this manual for more detailed information. **Important Warning: To reduce the risk of fire, electric shock, or injury to persons, read this entire manual, including the Important Safety Instructions, before operating this dryer.**

## SORTING LOADS

### Fabric Care Labels

Most articles of clothing feature fabric care labels that include instructions for proper care.

### Grouping Similar Items

For best results, sort clothes into loads that can be dried with the same drying cycle.

Different fabrics have different care requirements, and some fabrics will dry more quickly than others.

**Fabric Care Labels**



## LOADING THE DRYER

**⚠ WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:

- **Check all pockets to make sure that they are empty.** Items such as clips, pens, coins, and keys can damage both your dryer and your clothes. Flammable objects such as lighters or matches could ignite, causing a fire. Failure to do so can result in fire, explosion, or death.
- **Never dry items that have been exposed to oil, gasoline, or other flammable substances. Washing clothes will not completely remove oil residues.** Failure to obey this warning can result in fire, explosion, or death.

- Combine large and small items in a load.
- Damp clothes will expand as they dry. Do not overload the dryer; clothes require room to tumble dry properly.
- Close zippers, hooks, and drawstrings to prevent these items from snagging or tangling on other clothes.

## CHECK THE LINT FILTER BEFORE EVERY LOAD

Always make sure the lint filter is clean before starting a new load; a clogged lint filter will increase drying times.

To clean, pull the lint filter straight up and roll any lint off the filter with your fingers. Do not rinse or wash the filter to remove lint. Push the lint filter firmly back into place. See "Care and Cleaning" for more information.

Always ensure the lint filter is properly installed before running the dryer. Running the dryer with a loose or missing lint filter may damage the dryer and articles in the dryer.


Lint Filter

---

# HOW TO USE



## CONTROL PANEL FEATURES

Following are instructions for starting and using your new dryer. Please refer to specific sections of this manual for more detailed information. **Important Warning: To reduce the risk of fire, electric shock, or injury to persons, read this entire manual, including the Important Safety Instructions, before operating this dryer.**

### ❶ POWER ON/OFF BUTTON

Press to turn the dryer ON. Press again to turn the dryer OFF.

**NOTE:** Pressing the ON/OFF button during a cycle will cancel that cycle and all your settings will be lost.

### ❷ CYCLE SELECTOR KNOB

Turn this knob to select the desired cycle. Once the desired cycle has been selected, the standard presets will be shown in the display. On MANUAL DRY cycles, these settings can be adjusted using the cycle setting buttons anytime before starting the cycle.

### ❸ START/PAUSE BUTTON

Press this button to START the selected cycle. If the dryer is running, use this button to PAUSE the cycle without losing the current settings.

**NOTE:** If you do not press the START/PAUSE button to resume a cycle within 4 minutes, the dryer automatically turns off.

### ❹ MORE TIME/LESS TIME BUTTONS

To adjust the drying time, use these buttons with MANUAL DRY, TIME DRY, and STEAM FRESH™ cycles, as well as the REDUCE STATIC and EASY IRON options. Press the MORE TIME button to increase the selected manual cycle time by a minute; press LESS TIME to decrease the cycle time by a minute.

### ❺ CYCLE SETTING BUTTONS

Use these buttons to select the desired cycle settings for the selected cycle. The current settings are shown in the display. Press the button for that option to view and select other settings.

### ❻ TIME AND STATUS DISPLAY

The display shows the settings, estimated time remaining, options, and status messages for your dryer.

### ❼ OPTION BUTTONS

The OPTION buttons allow you to select additional cycle options. Certain buttons also allow you to activate special functions by pressing and holding the button for 3 seconds.

For detailed information about the individual options, please see the following pages.

### ❽ USEFUL STEAM FUNCTIONS

During the STEAM FRESH™ cycle and when selecting Steam options, the swirl nozzle injects fabrics with hot steam to refresh, reduce static, and help make ironing easy.

# HOW TO USE

## CYCLE GUIDE

The cycle guide below shows the options and recommended fabric types for each cycle.

| Type | Cycle | Fabric Type | Dry Level | Temperature | Time in Min. | More Time/ Less Time | Wrinkle Care | Anti-Bacterial | Damp Dry | Reduce Static | Easy Iron |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STEAM CYCLE / SENSOR DRY | STEAM FRESH™ | Comforter, Shirts, Trousers (need especially delicate fabrics) | Off | MID HIGH | 20 Adjustable | ● | | | | ● | ● |
| | HEAVY DUTY | Jeans, heavyweight items | Normal Adjustable | HIGH | 54 | ● | ● | ● | ● | ● | ● |
| | COTTON/ TOWELS | Denims, towels, heavy cottons | Normal Adjustable | MID HIGH | 55 | ● | ● | ● | ● | ● | ● |
| | NORMAL | Work clothes, corduroys, etc. | Normal Adjustable | MEDIUM | 41 | ● | ● | ● | ● | ● | ● |
| | PERM. PRESS | Permanent press, synthetic items | Normal Adjustable | LOW | 36 | ● | ● | | ● | ● | ● |
| | DELICATES | Lingerie, sheets, blouses | Normal Adjustable | LOW | 32 | ● | ● | | ● | ● | ● |
| | ULTRA DELICATE | Workout wear, sheer or lacy garments | Normal Adjustable | ULTRA LOW | 34 | ● | ● | | ● | ● | ● |
| MANUAL DRY | SPEED DRY | For small loads with short drying times | Off | HIGH Adjustable | 25 Adjustable | ● | ● | | ● | ● | ● |
| | AIR DRY | For items that require heat-free drying such as plastics or rubber | Off | No Heat | 30 | ● | | | | | |
| | TIME DRY | For general drying; time, temperature, and options can be set manually | Off | HIGH Adjustable | 40 Adjustable | ● | ● | | ● | ● | ● |
| | RACK DRY | Wool sweaters, silk, lingerie | Off | ULTRA LOW LOW | 50 Adjustable | ● | | | | | |

### SENSOR DRY Cycles

SENSOR DRY cycles utilize LG's unique dual sensor system to detect and compare the moisture level in clothes and in the air and adjust the drying time as needed to ensure superior results. The dryer automatically sets the dryness level and temperature at the recommended setting for each cycle. The estimated time remaining will be shown in the display.

NOTE: To protect your garments, not every dry level, temperature, or option is available with every cycle.

### MANUAL DRY Cycles

Use MANUAL DRY cycles to select a specific amount of drying time and a drying temperature. When a MANUAL DRY cycle is selected, the ESTIMATED TIME REMAINING display shows the actual time remaining in your cycle. You can change the actual time in the cycle by pressing MORE TIME or LESS TIME.

---

# HOW TO USE

## THE LCD DISPLAY

The LCD display shows the settings, estimated time remaining, options, and status messages for your dryer. When the dryer is turned on, the light in the display will illuminate.

**1 STATUS/CYCLE DISPLAY**
This portion of the display shows the selected cycle, operating status, and special messages. If a cycle has special instructions, they will also be displayed in this area.

**2 ESTIMATED TIME REMAINING**
When the START/PAUSE button is pressed, the dryer will display the estimated time (SENSOR DRY) or set time (TIME DRY) remaining, and begin tumbling.
NOTE: The cycle time on SENSOR DRY cycles may fluctuate as the dryer recalculates drying time for optimal results.

**3 CYCLE COMPLETION INDICATOR**
Shows how much of the current drying cycle has been completed.

**4 CHILD LOCK INDICATOR**
When CHILD LOCK is set, the Child Lock indicator will appear and all buttons are disabled except the ON/OFF button. This prevents children from changing settings while the dryer is operating.

**5 SENSOR DRY/MANUAL DRY**
This indicator shows whether the dryer is operating in a SENSOR DRY cycle, or in a MANUAL DRY cycle.

**6 CYCLE SETTING INDICATORS**
These indicators show the current cycle settings for DRY LEVEL, TEMP CONTROL, TIME DRY, and BEEPER. To change these settings, press the appropriate settings button.

**7 CHECK FILTER REMINDER**
The display will show CHECK FILTER when the dryer is turned on as a reminder to check the filter. It turns off when the START/PAUSE button is pressed.



CHECK FILTER
SELECT A CYCLE ▶▶▶

# HOW TO USE

## OPERATING THE DRYER

Once you have loaded the dryer:

**1** Press the ON/OFF button to turn on the dryer. The lights around the cycle selector knob will illuminate.



**2** Turn the cycle selector knob to the desired cycle. The display will show the preset Dry Level, Temperature, Time, and Option settings for that cycle.



**3** If you would like to change the settings for that cycle, press the option button(s) to display additional settings for that option. Press the button again to cycle through the settings until the desired setting is highlighted.



**NOTE:** To protect your garments, not every dry level, temperature, or option is available with every cycle.

**4** Select any additional cycle options, such as REDUCE STATIC, EASY IRON, CUSTOM PROGRAM, WRINKLE CARE, (TRACK DRY), and ANTI BACTERIAL, or (DAMP DRY BEEP), by pressing the button for that option.

## HOW TO USE

**5** Press the START/PAUSE button to begin the cycle. The display will change, and the dryer will display the estimated (SENSOR DRY) or set time (MANUAL DRY) remaining and start tumbling. To pause the cycle at any time, open the dryer door or press PAUSE. To resume the cycle where it was stopped, press START/PAUSE again.

**NOTE:** If the dryer has been stopped for more than 8 minutes, the dryer will turn off automatically.

**6** When the load is finished, the beeper (if set) will sound. If you have set the WRINKLE CARE option, the dryer will tumble the load periodically for up to 3 hours.

To prevent wrinkling, remove items from the dryer immediately after the end of the cycle.

**7** Always clean the lint filter after every cycle.

To clean, pull the lint filter straight up and roll any lint off the filter with your fingers. Do not rinse or wash the filter to remove lint. Push the lint filter firmly back into place.

---

# HOW TO USE

## CYCLE SETTING BUTTONS

SENSOR DRY cycles have preset settings that are selected automatically and cannot be changed. MANUAL DRY cycles have default settings, but you may also customize the settings using the cycle setting buttons. Press the button for that option to view and select other settings.

**DRY LEVEL**



Selects the level of dryness for the cycle. Press the DRY LEVEL button repeatedly to scroll through available settings.

- This option is only available with SENSOR DRY cycles.
- The dryer will automatically adjust the cycle time. Selecting VERY DRY or MORE DRY will increase the cycle time, while LESS DRY or DAMP DRY will decrease the cycle time.
- Use a LESS DRY or DAMP DRY setting for items that you wish to iron.

## CYCLE OPTION BUTTONS

Your dryer features several additional cycle options to customize cycles to meet your individual needs. Certain option buttons also feature a special function (see the following page for details) that can be activated by pressing and holding that option button for 3 seconds.

### To Add Cycle Options to a Cycle:

**1** Turn on the dryer and turn the cycle selector knob to select the desired cycle.

**2** Use the cycle setting buttons to adjust the settings for that cycle.

**3** Press the cycle option button(s) for the option you would like to add. A confirmation message will be shown in the display.

**4** Press the START/PAUSE button to start the cycle. The dryer will start automatically.

---

# HOW TO USE

**NOTE:** To protect your garments, not every dryness level, temperature, or option is available with every cycle. See the Cycle Guide for details.

**TEMP. CONTROL**



Adjusts the temperature setting from ULTRA LOW to HIGH. This allows precise care of your fabrics and garments. Press the TEMP. CONTROL button repeatedly to scroll through available settings.

**TIME DRY**

Allows you to manually select the drying time, from 20 to 60 minutes, in 10-minute increments. Use this for small loads or to remove wrinkles. Use the MORE TIME/LESS TIME buttons to add or reduce the drying time in 1-minute increments.

**BEEPER**

Adjusts the volume of the end-of-cycle beeper, or turns off the beeper.

**WRINKLE CARE**

Selecting this option will tumble the load periodically for up to 3 hours after the selected cycle, or until the door is opened. This is helpful in preventing wrinkles when you are unable to immediately remove items from the dryer.

**ANTI BACTERIAL**

This option will add a high heat setting to reduce bacteria. It can only be used with the HEAVY DUTY, COTTON/TOWELS, and NORMAL cycles.

**NOTE:** Do not use this cycle with delicate fabrics.

# HOW TO USE

## SPECIAL FUNCTIONS

The option buttons also activate special functions, including DAMP DRY BEEP, CHILD LOCK, and LANGUAGE. Press and hold the option button marked with the special function for 3 seconds to activate.

### ★ DAMP DRY BEEP

With this option, the dryer will beep when the load is approximately 80% dry. This allows you to remove faster-drying lightweight items or items that you would like to hang while still slightly damp. Press and hold the ANTI BACTERIAL button for 3 seconds to activate or deactivate DAMP DRY BEEP.

### ★ CHILD LOCK

Use this option to prevent unwanted use of the dryer or to keep cycle settings from being changed while the dryer is operating. Press and hold the EASY IRON button for 3 seconds to activate or deactivate the CHILD LOCK function.

The lock icon will be shown in the display, and all controls are disabled.

## OTHER FUNCTIONS

### ★ RACK DRY
Use RACK DRY with items, such as wool sweaters, silk, and lingerie, that should dry flat. RACK DRY can also be used with items that should not be tumbled dry, such as gym shoes or stuffed

### To Install the Drying Rack
1 With the dryer door open, slide the rack into the dryer drum.



animals. Press and hold the WRINKLE CARE button for 3 seconds to activate or deactivate the RACK DRY function.

NOTE: NEVER use the rack with a tumble dry cycle.

2 Make sure it is seated evenly on the edge of the inner door rim and resting flat on the inside of the dryer.

NOTE: Be sure to remove the drying rack after using the RACK DRY cycle.



### ★ LANGUAGE

This option allows you to change the language shown in the display. Once set, the selected language will stay set even after the power is turned off.

The display language options are English, French, and Spanish; English is the default language.

### To change the language:
1 Press the ON/OFF button to turn on the dryer.

2 Press and hold the BEEPER button for 3 seconds, until the following screen appears in the display.

[SELECT LANGUAGE
ENGLISH
FRANÇAIS
ESPAÑOL]

3 Press the BEEPER button repeatedly to cycle through "FRANÇAIS" (French), "ESPAÑOL" (Spanish), and then back to English.

---

# HOW TO USE

## OTHER FUNCTIONS

### Custom Program
If you have a special combination of settings that you use frequently, you can save these settings as a CUSTOM PROGRAM.

### ★ To Save a Custom Program:
1 Turn on the dryer and turn the cycle selector knob to select the desired cycle.
2 Use the cycle setting buttons to adjust the settings for that cycle.
3 Press the cycle option button(s) for the option you would like to add. A confirmation message will be shown in the display.
4 Press and hold the CUSTOM PROGRAM button for 3 seconds.

NOTE: You may only save one custom program at a time. Pressing and holding the CUSTOM PROGRAM button will overwrite any previously saved custom program.

### ★ To Recall a Custom Program:
1 Turn on the dryer.
2 Press the CUSTOM PROGRAM button.
3 Press the START/PAUSE button to start the cycle.

## STEAM FUNCTIONS

### To Fill the Steam Feeder
1 Pull out the drawer.



Drawer

2 Lift out the steam feeder.



3 Fill the steam feeder to MAX with water.

Steam Feeder   Water ONLY

4 Place the steam feeder in the drawer, then push in the drawer until it clicks into place.

### IMPORTANT NOTES ABOUT STEAM CYCLES
Before using a Steam Cycle, the steam feeder must be filled with water up to the MAX line. If not, an Error message or ADD WATER will be displayed. Make sure that the steam feeder is filled with water and the drawer is completely closed. Turn the dryer off then restart the Steam Cycle.

• Only use water. Do not fill the steam feeder with foreign substances, rinse agents, or detergents.
• Before moving the dryer, make sure the steam feeder is empty.
• Do not use distilled water; the water level sensor in the steam generator will not work.

### ⚠ WARNING:
• Do not fill the steam feeder with liquids such as gasoline, dry-cleaning solvents, or other flammable or explosive substances. They give off vapors that could explode.
• Do not fill the steam feeder with hot water (over 86° F / 30° C).
• Do not drink water from the steam feeder.

# HOW TO USE

## STEAM FUNCTIONS

LG's new steam technology allows you to inject fabrics with a swirling jet of hot steam to refresh clothes, reduce static, and make ironing easier. Simply select the STEAM FRESH™ cycle, or you can add a Steam option to selected cycles.

### Using the STEAM FRESH™ Cycle

STEAM FRESH™ uses the power of steam alone to quickly reduce wrinkles and odor on fabrics. It brings new life to wrinkled clothes that have been stored for an extended time and makes heavily wrinkled clothes easier to iron. STEAM FRESH™ can also be used to help reduce odors in fabrics.

**NOTES:**
• REDUCE STATIC or EASY IRON options can also be used during the STEAM FRESH™ cycle.
• Depending on the load (quantity of items), you may change the amount of time for the cycle by pressing the MORE TIME or LESS TIME button. The display will show the amount of time. Change the amount of time for the cycle by pressing the MORE TIME or LESS TIME button. The display will show 3, 5, or 8 items. Change 3 of fewer items, 5 is for 4 or 5 items, and BULKY LOAD indicates a large load such as a comforter.

**To Use the STEAM FRESH™ Cycle:**
1. Turn on the dryer and turn the cycle selector knob to select the STEAM FRESH™ cycle.
2. To add an option function, select REDUCE STATIC, EASY IRON, or WRINKLE CARE.
3. Depending on the load (quantity of items), steam time can be changed by pressing the MORE TIME or LESS TIME buttons.
4. Press START/PAUSE button to start the cycle.

**To Add STEAM to a Standard Cycle:**
1. Turn on the dryer and turn the cycle selector knob to select the desired cycle.
2. Use the cycle setting buttons to adjust the settings for that cycle.
3. Press the Steam option button for the Steam option you would like to add. Then adjust for the load size using the MORE TIME or LESS TIME buttons.
4. Press START/PAUSE button to start the cycle.

### Using the Steam Options:


This option injects steam late in the drying cycle to reduce the static electricity caused by dry fabrics rubbing together. Change the amount of time for the option by pressing the MORE TIME or LESS TIME button, depending on the load (quantity of items). The display will show the recommended number of items such as 7, 9, 11, 14, 16, or 18.


The EASY IRON option provides uniform, properly dampened fabrics for ironing, which can save time and make ironing easier. Change the amount of time for the cycle by pressing the MORE TIME or LESS TIME button, depending on the load (quantity of items). The display will show the recommended number of items, such as 1, 2, 3, 4, or 5.

The REDUCE STATIC and EASY IRON options can only be used with the HEAVY DUTY, COTTON/TOWELS, NORMAL and PERM. PRESS, DELICATES, ULTRA DELICATE, and TIME DRY cycles.

**NOTES:**
• When SENSOR DRY is selected with the REDUCE STATIC option, a DRY LEVEL of LESS or DAMP cannot be selected.
• The REDUCE STATIC or EASY IRON option may also be selected during TIME DRY cycles.
• After the Steam option is selected in TIME DRY, the MORE TIME or LESS TIME buttons will change the steam time ONLY.
• After pressing START/PAUSE, the MORE TIME or LESS TIME buttons will be disabled.

### ⚠ WARNING:
• Do not open the dryer door during Steam Cycles. Steam can cause severe burns.
• Do not fill the steam feeder with gasoline, dry-cleaning solvents, or other flammable or explosive substances. They give off vapors that could explode.
• Do not drink water from the steam feeder.
• Do not fill the steam feeder with hot water (over 86° F / 30° C).
• Do not touch the steam nozzle in the drum during or after the STEAM cycle.

---

# HOW TO USE

## STEAM FUNCTIONS

**IMPORTANT NOTES ABOUT STEAM CYCLES:**
• Steam may not be clearly visible during the Steam Cycles. This is normal.
• Do not use STEAM FRESH™ with items such as wool, blankets, leather jackets, silk, wet clothes, lingerie, foam products, or electric blankets.
• For best results, load articles of similar size and fabric type. Do not overload.

• When the filter/duct is clogged, the Steam option may not have optimal results.
• When the Steam function is operating, the drum will stop to allow steam to stay in the drum.
• The steam feeder must be filled with water up to the MAX line. Otherwise, an Error message will be displayed.

## STEAM CYCLE GUIDE

| | STEAM | DEFAULT TIME | TEMP CONTROL | DRY LEVEL | FABRIC STATE | FABRIC TYPE | MAXIMUM AMOUNT |
|---|---|---|---|---|---|---|---|
| **STEAM FRESH™** | | STEAM FRESH™ (20 minutes) | ● | | Dry | Comforter Shirts *except especially delicate fabrics | Single (1 each) 5 each |
| | + REDUCE STATIC | STEAM FRESH™ (10 minutes) | ● | | Dry | Shirts *except especially delicate fabrics | 8 lbs. |
| | + EASY IRON | STEAM FRESH™ (12 minutes) | ● | | Dry | Shirts (5 each) | Shirts (5 each) |
| **TIME DRY** | + REDUCE STATIC | HEAVY DUTY COTTON/TOWELS NORMAL PERM. PRESS DELICATES ULTRA DELICATE | | ● | Wet | Follow selected cycle | 8 lbs. |
| | + REDUCE STATIC | TIME DRY (45 minutes) | | ● | Wet | Follow selected cycle | Shirts (5 each) |
| | + EASY IRON | TIME DRY (47 minutes) | ● | | Wet | Follow selected temp | 8 lbs. |
| | | | ● | | Wet | Follow selected temp | Shirts (5 each) |

• Shirt: 70% cotton/30% poly blend.
• When the lint filter or exhaust duct is clogged, steam options will not give proper results.
• For best results, load articles of similar size and fabric type. Do not overload.

# USER-MAINTENANCE INSTRUCTIONS

## REGULAR CLEANING

**⚠ WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using this appliance, follow basic precautions, including the following:
- Unplug the dryer before cleaning **to avoid the risk of electric shock.** Failure to follow this warning can cause serious injury, fire, electrical shock, or death.
- **Never use harsh chemicals, abrasive cleaners, or solvents to clean the washer.** They will damage the finish.

### Cleaning the Exterior

Proper care of your dryer can extend its life. The outside of the machine can be cleaned with warm water and a mild, nonabrasive household detergent.

Immediately wipe off any spills with a soft, damp cloth.

**IMPORTANT:** Do not use methylated spirits, solvents, or similar products.

Never use steel wool or abrasive cleansers; they can damage the surface.

### Cleaning the Interior

Wipe around the door opening and seal with a soft, damp cloth to prevent lint and dust buildup that could damage the door seal.

Clean the window with a soft cloth dampened with warm water and a mild, nonabrasive household detergent; then wipe dry.

The stainless steel drum can be cleaned with a conventional stainless steel cleaner, used according to the manufacturer's specifications. Never use steel wool or abrasive cleaners; they can scratch or damage the surface.

### Cleaning Around and Under the Dryer

Vacuum lint and dust from around the dryer and underneath it regularly. Vent ductwork should be checked for lint buildup and cleaned at least once per year. If any noticeable reduction in airflow or drying performance occurs, immediately check ductwork for obstructions and blockages.

### Maintaining Ductwork

Vent ductwork should be checked for lint buildup and cleaned at least once per year. If any noticeable reduction in airflow or drying performance occurs, immediately check ductwork for obstructions and blockages. Contact a qualified technician or service provider.

### Cleaning the Lint Filter



Lint Filter

Always clean the lint filter after every cycle.

To clean, open the dryer door and pull the lint filter straight up. Then:

**1** Roll any lint off the filter with your fingers, or



**2** Vacuum the lint filter, or



**3** Wash the lint filter in warm, soapy water and allow to dry thoroughly before reinstalling.

**NOTE:** NEVER operate the dryer without the lint filter in place.

---

# TROUBLESHOOTING

## BEFORE CALLING FOR SERVICE

Your dryer is equipped with an automatic error-monitoring system to detect and diagnose problems at an early stage. If your dryer does not function properly or does not function at all, check the following before you call for service.

| Problem | Possible Causes | Solutions |
|---|---|---|
| Dryer will not turn on | • Power cord is not properly plugged in. | • Make sure that the plug is plugged securely into a grounded outlet matching the dryer's rating plate. |
| | • House fuse is blown, circuit breaker has tripped, or power outage has occurred. | • Reset circuit breaker or replace fuse. Do not increase fuse capacity. If the problem is a circuit overload, have it corrected by a qualified electrician. |
| Dryer does not heat | • House fuse is blown, circuit breaker has tripped, or power outage has occurred. | • Reset circuit breaker or replace fuse. Do not increase fuse capacity. If the problem is a circuit overload, have it corrected by a qualified electrician. |
| | • Gas supply or service turned off (gas models only). | • Confirm that the house gas shutoff and the dryer gas shutoff are both fully open. |
| Greasy or dirty spots on clothes | • Fabric softener used incorrectly. | • Confirm and follow the instructions provided with your fabric softener. |
| | • Clean and dirty clothes being dried together. | • Make sure to use your dryer to dry only clean items, because dirty items can soil clean clothes placed in the same or subsequent loads. |
| | • Clean and dirty clothes dried together. | • Stains on dried clothes are actually stains that weren't removed during the washing process. Make sure your clothes are being completely cleaned according to the instructions for your washer and detergent. |
| Display shows error code tE1 or tE2 | • Thermistor is malfunctioning. | • Turn off the dryer and call for service. |
| Lint on clothes | • Lint filter not cleaned properly. | • Make sure the lint filter is cleaned before every load. With some loads that produce high amounts of lint, it may be necessary to clean the filter during the cycle. |
| | • Laundry not sorted properly. | • Some fabrics are lint producers (i.e., a fuzzy white cotton towel) and should be dried separately from clothes that are lint trappers (i.e., a pair of black linen pants). |
| | • Excess static in clothes. | • See the Excess static in clothes after drying section below. |
| | • Dryer is overloaded. | • Divide larger loads into smaller loads for drying. |
| | • Tissue, paper, etc., left in pockets. | • Check pockets thoroughly before washing and drying clothes. |
| Excess static in clothes after drying | • Fabric softener not used or used incorrectly. | • Use a fabric softener to reduce static electricity. Be sure to follow the manufacturer's instructions. |
| | • Clothes dried too long (overdried). | • Overdrying a load of laundry can cause a buildup of static electricity. Adjust settings and use a shorter drying time, or use SENSOR DRY cycles. Try |
| | • Drying synthetics, permanent press, or synthetic blends. | • These materials can cause static buildup. Try using a fabric softener. |



# TROUBLESHOOTING

**BEFORE CALLING FOR SERVICE (cont.)**

| Problem | Possible Causes | Solutions |
|---|---|---|
| Drying time is not consistent | Heat settings, load size, or dampness of clothing is not consistent. | • The drying time for a load will vary depending on the heat setting, the type of heat used (electric, natural, or LP gas), the size of the load, the type of fabrics, the wetness of the clothes, and the condition of the exhaust ducts and lint filter. |
| Clothes take too long to dry | Load is not properly sorted. | • Separate heavy items from lightweight items. Larger and heavier items take longer to dry. |
| | Large load of heavy fabrics. | • Heavy fabrics take longer to dry because they tend to retain more moisture. To help reduce and maintain more consistent drying times for large and heavy fabrics, separate these items into smaller loads of a consistent size. |
| | Dryer controls are not set properly. | • Use the appropriate control settings for the type of load you are drying. |
| | Lint filter needs to be cleaned. | • Make sure the lint filter is cleaned before every load. With some loads that produce high amounts of lint, it may be necessary to clean the filter during the cycle. |
| | Exhaust ducts blocked, dirty, or duct run is too long. | • Confirm that the exhaust ductwork is properly configured and free of debris, lint, and obstructions. Make sure that outside wall dampers can open properly and are not blocked, jammed, or damaged. |
| | House fuse is blown, circuit breaker has tripped, or power outage has occurred. | • Reset circuit breaker or replace fuse. Do not increase fuse capacity. If the problem is a circuit overload, have it corrected by a qualified electrician. |
| | Dryer is overloaded. | • Divide large loads into smaller loads for drying. |
| | Dryer is underloaded. | • If you are drying a very small load, add a few extra items to ensure proper tumbling action. |
| Clothes are wrinkled | Clothes dried too long (overdried). | • Overdrying a load of laundry can lead to wrinkled clothes. Try a shorter drying time, and remove items while they still retain a slight amount of moisture. |
| | Clothes left in dryer too long after cycle ends. | • Remove items from the dryer immediately at the end of the cycle. Use the WRINKLE CARE option to continue tumbling clothes at the end of the cycle, for up to 3 hours. |
| Clothes are shrinking | Garment care instructions are not being followed. | • To avoid shrinkage, please carefully follow the fabric care instructions for your garment, because some fabrics will naturally shrink when washed. Other fabrics can be washed but will shrink when dried in a dryer. Use a low or no heat setting and/or the RACK DRY option. |
| The screen displays:  | Water supply error. | • Check steam feeder drawer:
(1) Make sure steam feeder is filled with water to MAX line.
(2) Make sure steam feeder is seated properly and drawer is fully closed.
(3) Turn the dryer off then restart the Steam cycle.
• Do not use distilled water; the water level sensor in steam generator will not work.
• Pump not working. Unplug dryer and call for service. |

# TROUBLESHOOTING

**BEFORE CALLING FOR SERVICE (cont.)**

| Problem | Possible Causes | Solutions |
|---|---|---|
| Water drips from nozzle when Steam Cycle starts. | • This is normal. | • This is steam condensation. The dripping water will stop after a short time. |
| Steam doesn't generate but no error code is shown. | • Water level error. | • Unplug dryer and call for service. |
| Garments still wrinkled after STEAM FRESH™. | • Too many or too different types of garments in dryer. | • Small loads of 1 to 5 items work best.
• Load fewer garments. Load similar-type garments. |
| There are no creases left on garment after STEAM FRESH™. | • The function of this cycle is to remove wrinkles from fabric. | • Use an iron to make creases. |
| Garments have static after REDUCE STATIC. | • This is normal. | • Depends on individual moisture level in skin. |
| Garments are too damp or too dry after REDUCE STATIC. | • Correct drying options not selected. | • Select load weight manually before starting REDUCE STATIC option. |
| Garments are not uniformly damp after EASY IRON. | • This is normal. | • Depends on the amount or type of garments. |
| Water drips from door during EASY IRON. | • This is normal. | • This is steam condensation on door surface. |
| Steam is not visible during Steam Cycle. | • This is normal. | • Steam vapor is difficult to see when the door is closed. |
| The drum does not turn during Steam Cycle. | • This is normal. | • The drum is turned off so that the steam vapor remains in the drum. |
| Cannot see steam vapor at the beginning of cycle. | • This is normal. | • Steam is released at different stages of the cycle for each option. |
| The display shows BULKY LOAD. | • MORE TIME button pressed. | • Pressing the MORE TIME button several times will set the cycle for a large load such as a comforter. |
| Top plate of the dryer is very warm. | • This is normal. | • The top plate of the dryer will get warm during steam functions. |
| Odors remain in clothing after STEAM FRESH™. | • STEAM FRESH™ did not remove odor completely. | • Fabrics containing strong odors should be washed in a normal cycle. |



# SPECIFICATIONS/OPTIONAL ACCESSORIES

## KEY DIMENSIONS AND SPECIFICATIONS

The appearance and specifications listed in this guide may vary due to constant product improvements.

| Description | TROMM Series Steam Dryer |
| --- | --- |
| STEAM Dryer Models | DLEX3577WM, DLEX3577NM, DLEX3577CM, DLEX3577RM, DLGX3388WM, DLGX3388NM, DLGX3388CM, and DLGX3388RM |
| Electrical Requirements* | Please refer to the rating label regarding detailed information. |
| Gas Requirements* | NG: 10–13 in. WC/LP: 10–13 in. WC (Gas Models only) |
| Dimensions | 27"(W) X 30"(D) X 38¹¹⁄₁₆"(H), 50" (D with door open)<br>68.6 cm (W) X 76.1 cm (D) X 98.3 cm (H), 127 cm (D with door open) |
| Net Weight | 131 lb. (59.6 kg) |
| Drying Capacity | IEC 7.3 cu. ft. (22.5 lbs./10.1 kg) |

*Refer to the rating plate on your dryer.

## OPTIONAL ACCESSORIES

For these and other LG products, contact your local LG dealer, or visit our Web site at us.lge.com.



**Pedestal**

Give your LG washer and dryer a boost with matching 14-inch high pedestals. They feature a storage drawer for added convenience.

| 14" Pedestal | Color |
| --- | --- |
| WDP3W | White |
| WDP3B | Black |
| WDP3S | Titanium |
| WDP3N | Navy Blue |
| WDP3R | Wild Cherry Red |
| WDP3G | Pearl Gray |

**Stacking Kit**

If space is at a premium, use this kit to securely stack your LG front-load washer and dryer.

| Bracket Kit | Color |
| --- | --- |
| WSTK1 | White |
| BSTK1 | Black |
| SSTK1 | Titanium |
| NSTK1 | Navy Blue |
| RSTK1 | Wild Cherry Red |
| GSTK1 | Pearl Gray |



**Remote Laundry Monitor**

Check the status of a load of laundry from anywhere in the house without special wiring. This unit plugs into any standard household outlet and toggles between washer and dryer status.

---

# OPTIONAL ACCESSORIES

## PEDESTAL INSTALLATION

The pedestal accessory includes:
- Pedestal base
- One (1) drawer divider
- Four (4) brackets
- Eight (8) screws
- Wrench



Tools Needed for Installation:
- Phillips-head screwdriver
- Wrench (supplied)

To ensure safe and secure installation, please thoroughly follow the instructions below.

**⚠ WARNING**
- **Incorrect installation can cause serious accidents.**
- **The appliances are heavy. Two or more people are required when installing the pedestal.** There is a risk of serious back injury or other injuries.
- **Do not allow children to play in or on the drawer.** There is a risk of suffocation or injury.
- **Do not step on the handle.** There is a risk of serious injury.
- **If appliances are already installed, disconnect them from all power, water, or gas lines and from draining or venting connections.** Failure to do so can result in electrical shock, fire, explosion, or death.



For dryer

For washer/combo

1 Make sure the leveling feet of the appliance are fully retracted (see detail for leveling washer feet in Step 2), then position the appliance on top of the pedestal.

The washer feet will fit into the outermost corner positions and the dryer feet will fit into the innermost positions as shown.

NOTE: The appliance and pedestal assembly must be placed on a solid, sturdy, level floor for proper operation.

2 Once the leveling feet of the washer are fully retracted, tighten all locknuts securely.

NOTE: The leveling feet on the dryer do not have locknuts.

Tighten all 4 locknuts securely

# OPTIONAL ACCESSORIES

## PEDESTAL INSTALLATION (cont.)



Make sure the side surface of the appliance is clean and dry. Remove paper backing from the tape on the bracket.



Install 2 screws to securely attach the bracket to the pedestal.

Once properly attached, firmly press the top part of the bracket with the double-sided tape to the side of the appliance. Repeat steps 3–5 to attach the other brackets.

**NOTE:** If the brackets are not installed properly, noise and vibration may result. Be sure to remove paper backing and to use all screws to install the brackets.

Move the appliance to the desired location.

Position the bracket as shown. The bent part of the bracket should rest along the edge of the pedestal, and the holes in the bottom part of the bracket should align with the holes in the pedestal.



Loosen the locknuts on all 4 leveling feet of the **pedestal** until you can turn them with the wrench. Turn clockwise to raise or counterclockwise to lower. Once the pedestal is level and all 4 feet are solidly against the floor, securely tighten all locknuts by hand.

**NOTE:** Noise and vibration may result if locknuts are not tightened.

Be sure to connect the appliances to all water, power, or gas lines and draining or venting connections before operation.

If there is excessive vibration during the first operation after installation, slightly adjust the leveling feet.

---

# OPTIONAL ACCESSORIES

## STACKING KIT INSTALLATION

*This stacking kit includes:*
- Two (2) side rails
- One (1) front rail
- Four (4) screws



*Tools Needed for Installation:*
- Phillips-head screwdriver



Make sure the surface of the washer is clean and dry. Remove paper backing from the tape on one of the stacking kit side brackets.

To ensure safe and secure installation, please observe the following instructions.

### ⚠ WARNING

- **Incorrect installation can cause serious accidents.**
- **The weight of the dryer and the height of installation make this stacking procedure too risky for one person. Two or more people are required when installing the stacking kit.** There is a risk of serious back injury or other injuries.
- **Do not use the stacking kit with a gas dryer in potentially unstable conditions such as a mobile home.** Failure to follow this warning can result in serious injury.
- **Place the washer on a solid, stable, level floor capable of supporting the weight of both appliances.** Failure to follow this warning can result in serious injury.
- **If appliances are already installed, disconnect them from all power, water, or gas lines and from draining or venting connections.** Failure to do so can result in electrical shock, fire, explosion, or death.



Fit the side bracket to the side of the washer top as shown in the above illustration. Firmly press the adhesive area of the bracket to the washer with a screw on the back side of the bracket. Secure the side bracket to the bracket. Repeat steps 1 and 2 to attach the other side bracket.



# OPTIONAL ACCESSORIES

## STACKING KIT INSTALLATION (cont.)



Washer

Dryer

**3** Place the dryer on top of the washer by lifting the dryer feet into the side brackets as illustrated. Avoid finger injuries; do not allow fingers to be pinched between the washer and dryer. Slowly slide the dryer toward the back of the washer until the side bracket stoppers catch the dryer feet.



**4** Insert the front rail between the bottom of the dryer and the top of the washer. Push the front rail toward the back of the washer until it comes in contact with the side rail stoppers. Install the two remaining screws to secure the front rail to the side rails.


---

## LG ELECTRONICS, INC.
## LG DRYER LIMITED WARRANTY - USA

Your LG Dryer will be will repaired or replaced, at LG's option, if it proves to be defective in material or workmanship under normal use, during the warranty period ("Warranty Period") set forth below, effective from the date ("Date of Purchase") of original consumer purchase of the product. This warranty is good only to the original purchaser of the product and effective only when used in the United States, including Alaska, Hawaii, and U.S. Territories.

| WARRANTY PERIOD: | HOW SERVICE IS HANDLED: |
|---|---|
| **LABOR: One Year** from the Date of Purchase.<br><br>**PARTS: One Year** from the Date of Purchase.<br><br>Replacement Units and Repair Parts may be new or remanufactured.<br><br>Replacement Units and Repair Parts are warranted for the remaining portion of the original unit's warranty period. | **In-Home Service:**<br><br>Please retain dealer's dated bill of sale or delivery ticket as evidence of the Date of Purchase for proof of warranty, and submit a copy of the bill of sale to the service person at the time warranty service is provided.<br><br>Please call **1-800-243-0000 and choose the appropriate option to locate your nearest LG Authorized Service Center.**<br><br>Or visit our Web site at: http://www.lgservice.com. |

**THIS WARRANTY IS IN LIEU OF ANY OTHER WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. TO THE EXTENT ANY IMPLIED WARRANTY IS REQUIRED BY LAW, IT IS LIMITED IN DURATION TO THE EXPRESS WARRANTY PERIOD ABOVE. NEITHER THE MANUFACTURER NOR ITS U.S. DISTRIBUTOR SHALL BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES OF ANY NATURE, INCLUDING WITHOUT LIMITATION, LOST REVENUES OR PROFITS, OR ANY OTHER DAMAGE WHETHER BASED IN CONTRACT, TORT, OR OTHERWISE.** Some states do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above exclusion or limitation may not apply to you. This warranty gives you specific legal rights and you may also have other rights that vary from state to state.

**THIS LIMITED WARRANTY DOES NOT APPLY TO:**

• Service trips to your home to deliver, pick up, and/or install the product, instruct, or replace house fuses or correct wiring, or correction of unauthorized repairs.

• Damages or operating problems that result from misuse, abuse, operation outside environmental specifications or contrary to the requirements of precautions in the Operating Guide, accident, vermin, fire, flood, improper installation, acts of God, unauthorized modification or alteration, incorrect electrical current or voltage, or commercial use, or use for other than intended purpose.

The cost of repair or replacement under these excluded circumstances shall be borne by the consumer.

**CUSTOMER INTERACTIVE CENTER NUMBERS**

| To obtain Customer Assistance, Product Information, or Dealer or Authorized Service Center location: | Call **1-800-243-0000** (24 hours a day, 365 days per year), and select the appropriate option from the menu.<br><br>**Or visit our Web site at: http://www.lgservice.com.** |
|---|---|

**TO CONTACT LG ELECTRONICS**
**BY MAIL:**
LG Customer Interactive Center
P.O. Box 240007
201 James Record Road
Huntsville, Alabama 35824
ATTN: CIC

45

# INTRODUCCIÓN



¡GRACIAS!!

Felicitaciones por su compra y

bienvenido a la familia LG. Su

nueva Secadora LG combina la

tecnología de sensor de secado más

avanzada con un funcionamiento

sencillo y muy eficiente. Al seguir las

instrucciones de funcionamiento y

mantenimiento de este manual, su

secadora le brindará muchos años

de servicio fiable.

## INSTRUCCIONES IMPORTANTE DE SEGURIDAD

Precauciones básicas de seguridad .................45
Qué hacer si huele gas .....................................46
Instrucciones de conexión a tierra ...................47
Instrucciones importante para la instalación...47, 48
Instrucciones de seguridad para funciones de
vapor ................................................................48
Instrucciones importante para conectar
la electricidad ..................................................49

## PIEZAS Y CARACTERÍSTICAS

Características especiales .................................50
Piezas y componentes clave............................51

## INSTRUCCIONES PARA LA INSTALACIÓN

Escoja el lugar adecuado..................................52
Espacios de instalación....................................52
Instalaciones con la base pedestal
o kit de apoyo opcionales .................................53
Nivelación de la secadora.................................54
Cómo invertir el sentido de la puerta................54
Cómo cambiar la ubicación del conducto
de ventilación de la secadora...........................55
Conexión del conducto de ventilación de la seca-
dora...........................................................56, 57
Conexión de secadoras a gas ....................58, 59
Cómo conectar las secadoras eléctricas.....60-64
Requisitos especiales para viviendas
móviles o prefabricadas ...................................65
Revisión de instalación final.............................65

## CÓMO USAR

Clasificación de cargas ....................................66
Como cargar de la secadora.............................66
Limpie el filtro de pelusa antes
de cada carga...................................................66
Características del panel de control...................67
Guía de ciclos ..................................................68
La pantalla de LCD ..........................................69
Funcionamiento la secadora.............................70
Botones de ajuste de ciclos .............................71
Botones de opción de ciclos.............................72
Funciones especiales..................................72, 73
Otras funciones...........................................74-76

## INSTRUCCIONES DEL MANTENIMIENTO
PARA EL USUARIO

Limpieza regular...............................................77

## RESOLUCIÓN DE PROBLEMAS

Antes de llamar a mantenimiento................78-81

## ESPECIFICACIONES/ACCESORIOS
OPCIONALES

Dimensiones y especificaciones clave..............82
Accesorios opcionales......................................82
Instalación del pedestal..............................83, 84
Instalación del kit de apilado.......................85, 86

GARANTÍA..........................................................87

## Información de registro del producto

Modelo:

Número de serie:

Fecha de compra:

El modelo y número de serie figuran en la placa
de clasificación en la parte interna de la puerta
del frente.



44

---

# INSTRUCCIONES IMPORTANTE DE SEGURIDAD

## LEA TODAS LAS INSTRUCCIONES ANTES DE USAR

**⚠ADVERTENCIA** Por su seguridad, debe seguir la información indicada en este manual para minimizar el riesgo de incendio o explosión, descarga eléctrica, o para prevenir daños a la propiedad, lesiones personales o muerte.

### Su Seguridad y la de los demás son de suma importancia.
En este manual y en su electrodoméstico figuran muchos mensajes importantes de seguridad. Lea y cumpla siempre con todos los mensajes de seguridad.

⚠ Este es el símbolo de alerta de seguridad.
El mismo alerta sobre potenciales riesgos de muerte o heridas tanto para usted como para otras personas.
Todos los mensajes de seguridad estarán a continuación del símbolo de alerta de seguridad y con la palabra PELIGRO o ADVERTENCIA. Estas palabras significan:

**⚠PELIGRO:** Corre riesgo de muerte o de sufrir heridas serias si no sigue las instrucciones inmediatamente.

**⚠ADVERTENCIA:** Corre riesgo de muerte o de sufrir heridas serias si no sigue las instrucciones.

Todos los mensajes de seguridad le indicarán cuál es el riesgo potencial, le dirán cómo reducir las posibilidades de sufrir heridas y qué puede suceder si no se siguen las instrucciones.

## PRECAUCIONES BÁSICAS DE SEGURIDAD

**⚠ADVERTENCIA:** Para minimizar el riesgo de incendio o explosión, descarga eléctrica, o para prevenir lesiones personales cuando use electrodomésticos, se deben seguir precauciones básicas de seguridad, incluyendo las siguientes:

• Lea todas las instrucciones antes de usar la secadora.
• Antes de usar la secadora debe estar correctamente instalada como se describe en este manual.
• No toque artículos que hayan sido limpiados, lavados, remojados o salpicados previamente con gasolina, disolventes de limpieza en seco u otras substancias inflamables o explosivas, ya que emanan vapores que podrían encenderse o explotar, incluso después del lavado.
• No coloque artículos que hayan sido expuestos a aceites, incluyendo aceites comestibles, en su secadora. Los artículos contaminados con aceites comestibles podrían contribuir a la generación de una reacción química que podría ocasionar que una carga se incendie.
• No introduzca las manos en la secadora cuando el tambor o las otras partes estén en movimiento.
• No deje que los niños jueguen en la secadora ni dentro de ella. Cuando se usa la secadora cerca de los niños, se necesita una supervisión estricta.
• No repare o reemplace ninguna parte de la secadora ni intente reparar la misma a menos que esto se recomiende en forma específica en esta Guía de Uso y Cuidado o en instrucciones de reparación publicadas las cuales comprenda y sepa aplicar.

• No altere los controles.
• Antes de poner la secadora fuera de servicio o de tirarla, quite la puerta para prevenir que los niños se metan adentro.
• No use calor para secar artículos que contienen caucho espumoso o materiales de textura similar al caucho.
• Use suavizadores de tela o productos para eliminar estática únicamente del modo recomendado por el fabricante.
• Evite la acumulación de pelusa, polvo o tierra alrededor del área de la apertura de ventilación y áreas adyacentes.
• La parte interior de la secadora y el conducto de ventilación se deberán limpiar periódicamente, y la misma deberá ser realizada por personal calificado del servicio.
• No instale ni coloque esta secadora en lugares donde pueda estar expuesta a variables climáticas.
• Antes de cargar la secadora, siempre revise que no haya objetos extraños en su interior. Mantenga la puerta cerrada cuando no la use.
• Retire la pelusa del filtro antes o después de cada carga.

45


## INSTRUCCIONES IMPORTANTE DE SEGURIDAD

### LEA TODAS LAS INSTRUCCIONES ANTES DE USAR

**⚠ADVERTENCIA** Por su seguridad, se debe seguir la información indicada en este manual para minimizar el riesgo de incendio o explosión, descarga eléctrica, o para prevenir daños a la propiedad, lesiones personales o muerte.

**INSTRUCCIONES DE CONEXIÓN A TIERRA**

Este electrodoméstico deberá estar conectado a tierra. En caso de avería o mal funcionamiento, la conexión a tierra reducirá el riesgo de descargas eléctricas al brindar un camino con una resistencia menor para la corriente eléctrica. Este electrodoméstico debe estar equipado con un cable con un conductor para la conexión a tierra del equipo y un enchufe con conexión a tierra. El enchufe deberá estar conectado a una toma de corriente instalada en forma adecuada y con conexión a tierra de acuerdo con todos los códigos y ordenanzas locales.

**⚠ADVERTENCIA** — Una conexión inapropiada del conductor de conexión a tierra del equipo puede provocar riesgos de descargas eléctricas. Consulte a un electricista

calificado o personal del servicio si tiene dudas de que el electrodoméstico se encuentre conectado a tierra apropiadamente.

No modifique el enchufe que se entrega con el electrodoméstico. Si no coincide con la toma de corriente, contrate a un electricista calificado para que instale una toma de corriente en forma adecuada.

Este electrodoméstico debe estar conectado a un sistema de cableado de metal permanente con conexión a tierra o se debe tender un conductor para la conexión a tierra del equipo con los conductores del circuito y conectado al terminal de tierra del equipo o a un conductor de suministro del electrodoméstico.

Si la secadora no se encuentra adecuadamente conectada a tierra se pueden producir descargas eléctricas.

**INSTRUCCIONES IMPORTANTE PARA LA INSTALACIÓN**

**⚠ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• **Conecte la secadora adecuadamente a tierra** según todos los códigos y las regulaciones vigentes. Siga los detalles en las instrucciones de instalación. Si la secadora no se encuentra adecuadamente conectada a tierra se pueden producir descargas eléctricas.

• **Antes de usar, la secadora debe estar correctamente instalada como se describe en este manual.** Si la secadora no se encuentra adecuadamente conectada a tierra se podrán producir descargas eléctricas.

• **Todas las reparaciones y controles deberán ser realizados por un centro de servicio autorizado a menos que se den otras recomendaciones específicas en el Manual del Usuario.** Utilice sólo piezas de fábrica autorizadas. Si no se cumple con esta advertencia se podrían producir heridas graves, incendios, descargas eléctricas o muerte.

• **Instale y almacene la secadora en un lugar no expuesto a temperaturas inferiores al punto de congelación o al expuesto a la intemperie.**

• **Con el fin de reducir el riesgo de descargas eléctricas, no instale la secadora en espacios húmedos.** Si no se cumple con esta advertencia se podrán producir heridas graves, incendios, descargas eléctricas o muerte.

• **Conecte un circuito eléctrico clasificado, instalado y adecuado para evitar sobrecarga eléctrica.** Un circuito eléctrico inadecuado se puede fundir, creando descargas eléctricas y/o riesgo de incendio.

• **Quite todos los elementos de embalaje y deseche adecuadamente todos los materiales de envío.** Si no se cumple con esta advertencia se podrían producir una explosión, incendio, quemaduras o muerte.

• **Coloque la secadora a una altura mínima de 18 pulgadas encima del piso para una instalación en el garaje.** Si no se cumple con esta advertencia se podría producir una explosión, incendio, quemaduras o muerte.

• **Mantenga todos los envoltorios alejados de los niños.** Los materiales de los envoltorios pueden resultar peligrosos para los niños. Existe riesgo de asfixia.

---

## INSTRUCCIONES IMPORTANTE DE SEGURIDAD

### LEA TODAS LAS INSTRUCCIONES ANTES DE USAR

**⚠ADVERTENCIA** Por su seguridad, se debe seguir la información indicada en este manual para minimizar el riesgo de incendio o explosión, descarga eléctrica, o para prevenir daños a la propiedad, lesiones personales o muerte.

• **No almacene o use gasolina ni ningún otro tipo de vapores o líquidos inflamables cerca de este electrodoméstico ni de ningún otro electrodoméstico.**

• **Únicamente un técnico calificado de mantenimiento, agencia de mantenimiento o compañía de gas deberán realizar el mantenimiento y la instalación.**

### QUÉ HACER SI HUELE GAS:

1. **No intente encender un cigarrillo o fósforo, ni encender ningún electrodoméstico a gas o eléctrico.**

2. **No toque ningún interruptor eléctrico. No use ningún teléfono en su edificio.**

3. **No permita que ninguna persona se encuentre en la habitación, edificio o área.**

4. **Llame a su compañía de gas inmediatamente desde el teléfono de un vecino. Siga las instrucciones de su compañía de gas al pie de la letra.**

5. **Si no puede comunicarse con su compañía de gas, llame al departamento de bomberos.**

**LEY EJECUTIVA PARA LA SEGURIDAD DEL AGUA POTABLE Y LOS TÓXICOS DE CALIFORNIA (CALIFORNIA SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACT)**

Esta ley requiere que el gobernador de California publique un listado de sustancias conocidas en el estado que causan cáncer, defectos congénitos u otras lesiones reproductivas, y obliga a los negocios a alertar a los clientes sobre la posible exposición a tales sustancias.

Los electrodomésticos a gas pueden causar exposición leve a cuatro de estas sustancias, principalmente benceno, monóxido de carbono, formaldehído y hollín, generado principalmente por la combustión parcial del gas natural o los combustibles LP (petróleo líquido).

Las secadoras calibradas adecuadamente minimizarán la combustión parcial. Para minimizar incluso más la exposición a estas sustancias, se puede dotar a la secadora de la ventilación adecuada al exterior.



# INSTRUCCIONES IMPORTANTE DE SEGURIDAD

## LEA TODAS LAS INSTRUCCIONES ANTES DE USAR

**⚠ADVERTENCIA** Por su seguridad, se debe seguir la información indicada en este manual para minimizar el riesgo de incendio o explosión, descarga eléctrica, o para prevenir daños a la propiedad, lesiones personales o muerte.

### INSTRUCCIONES IMPORTANTE PARA CONECTAR LA ELECTRICIDAD

**⚠ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:



- Bajo ninguna circunstancia, corte o quite la tercera pata (puesta a tierra) del cable eléctrico. Para evitar heridas a nivel personal o daños sobre la secadora, el cable de corriente eléctrica debe estar conectado en una conexión a tierra en condiciones adecuadas.

- Por motivos de seguridad personal, este electrodoméstico debe estar conectado a tierra adecuadamente. Si esto no se cumple se podrán producir descargas eléctricas o heridas.

- Consulte las instrucciones de instalación de este manual para obtener los requisitos eléctricos específicos de su modelo. Si estas instrucciones no se cumplen se podrán producir descargas eléctricas y/o riesgo de incendio.

- Esta secadora debe estar enchufada a un tomacorriente conectado a tierra que se encuentra adecuadamente conectada a tierra se puede producir descargas eléctricas. Contrate a un electricista calificado para que compruebe que la corriente y el circuito eléctrico para asegurarse que el enchufe está correctamente conectado a tierra. Si estas instrucciones no se cumplen se podrán producir descargas eléctricas y/o riesgo de incendio.

- La secadora siempre debe estar enchufada a su tomacorriente individual, con la clasificación de tensión correspondiente a la clase de datos de servicio. Esto proporciona el mejor desempeño y previene a la vez sobrecarga de los circuitos de cableado del hogar, lo que podría producir un incendio debido a los cables sobrecalentados.

- Nunca desenchufe su secadora empujando el cable de corriente. Siempre tome su enchufe firmemente y empuje el mismo hacia fuera para retirarlo. El cable de corriente se puede cortar debido a cualquier movimiento de su parte central, resultando en una descarga eléctrica.

- Repare o reemplace de inmediato todos los cables de corriente pelados o con cualquier tipo de daño. No use un cable con cortaduras o abrasión sobre su extensión externas. Este cable de corriente se puede fundir, creando descargas eléctricas y/o riesgo eléctrica.

- Al instalar o cambiar de lugar la secadora, evite todo tipo de cortes u otros daños en el cable de corriente. Este tipo de heridas o daños debido a incendios o descargas eléctricas sobre la secadora.

## GUARDE ESTAS INSTRUCCIONES

---

# INSTRUCCIONES IMPORTANTE DE SEGURIDAD

## LEA TODAS LAS INSTRUCCIONES ANTES DE USAR

**⚠ADVERTENCIA** Por su seguridad, se debe seguir la información indicada en este manual para minimizar el riesgo de incendio o explosión, descarga eléctrica, o para prevenir daños a la propiedad, lesiones personales o muerte.

### INSTRUCCIONES IMPORTANTE PARA LA INSTALACIÓN

**Conducto de escape/Tubería**

- Las secadoras a gas DEBEN tener un conducto de ventilación al exterior. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

- El sistema de ventilación de la secadora debe tener un conducto de ventilación al exterior de la habitación. Si la secadora no tiene un conducto de ventilación al exterior, pelusa resultará en el área de lavado. La acumulación de pelusa en cualquier parte de la casa puede crear riesgos de salud o incendio. Use únicamente sistemas de ventilación de metal rígido o flexible de 4 pulgadas de diámetro dentro del gabinete de la secadora para la ventilación al exterior. Los sistemas de ventilación ajustándose pueden causar incendios si se colapsan o bloquean durante el uso o la instalación.

- No se provee el sistema de ventilación de la secadora, el mismo deberá obtenerse localmente. La tapa terminal deberá tener capacidad para prevenir el retorno de descarga cuando no se usa la secadora. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

- El conducto de escape deberá tener 10 cm (4 pulg.) de diámetro sin obstrucciones. El conducto de escape deberá mantenerse lo más corto posible. Asegúrese de limpiar cualquier tipo de conducto antiguo antes de instalar su secadora nueva. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

- Se expenden conductos rígidos o semirígidos para usar entre la secadora y la pared. En instalaciones particulares cuando es imposible realizar una conexión siguiendo las recomendaciones antes indicadas, únicamente se puede utilizar un conducto metálico de transición aprobado por UL entre la secadora y la conexión de pared. Usar este tipo de conducto afectará el tiempo de secado. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

- NO utilice tornillos de lámina de metal ni otro tipo de aseguradores que se extiendan dentro del conducto y puedan atrapar pelusa y acumularla, obstruyendo el sistema de escape. Asegure todas las uniones con cinta adhesiva impermeable. Para más detalles, siga las instrucciones de instalación. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

### INSTRUCCIONES DE SEGURIDAD PARA FUNCIONES DE VAPOR

**⚠ADVERTENCIA:** Para reducir el riesgo de incendio, descarga eléctrica, o lesiones a personas cuando utilice este artefacto, deben seguirse precauciones básicas de seguridad, incluyendo las siguientes:

- No abra la puerta de la secadora durante los ciclos de vapor. Al seguir estas instrucciones puede provocar un peligro de quemaduras.

- No seque artículos que previamente se hayan limpiado, lavado, sumergido, o manchado con gasolina, solventes para limpieza en seco, u otras sustancias inflamables o explosivas ya que emanan vapores que podrían prenderse fuego o explosión. Al no seguir estas instrucciones puede provocar un incendio o la muerte.

- No llene el alimentador de vapor con gasolina, solventes para limpieza en seco, u otras sustancias inflamables o explosivas. No seguir estas instrucciones puede provocar un incendio o la muerte.

- No toque la boquilla de vapor del tambor durante o después del ciclo de vapor. No seguir estas instrucciones puede provocar un peligro de quemaduras.

- No llene el alimentador de vapor con agua caliente (más de 86° F / 30° C). No seguir estas instrucciones puede provocar un peligro de quemaduras.

# PIEZAS Y CARACTERÍSTICAS

## PIEZAS Y COMPONENTES CLAVE

Además de las características y componentes descritos en la sección de Características especiales, hay varios componentes importantes adicionales a los cuales se hace referencia en este manual.



Panel de acceso del bloque terminal (Modelos eléctricos)

Salida del conducto de escape

Ubicación del cable eléctrico (Modelos a gas)

Ubicación de la toma de gas (Modelos a gas)

**Parte trasera de la secadora**

**❶ FILTRO DE PELUSA MONTADO AL FRENTE**

El filtro de pelusa montado al frente permite un fácil acceso y limpieza después de cada carga.

**❷ PATAS NIVELADORAS**

Cuatro patas niveladoras (dos en la parte frontal y dos en la trasera) ajustables para mejorar la estabilidad de la secadora en pisos desnivelados.

**❸ SECADO EN PARRILLA**

Use el estante de secado con la opción de ciclo RACK DRY (secado en parrilla). El estante de secado permite colocar los artículos como sacos, prendas delicadas, calzado deportivo, en una posición horizontal para secarlos.

**❹ MODEM DEL PLC**

El PLC (Controlador lógico programable) este utilizado para instalar el Monitor remoto de lavandería (Remote Laundry Monitor). (Adquirido por separado).



**Accesorios incluidos**

**❸** Secado en parrilla

51

---

# PIEZAS Y CARACTERÍSTICAS

## CARACTERÍSTICAS ESPECIALES



**❶ PANEL DE CONTROL FÁCIL PARA USAR**

Gire la perilla selectora de ciclos al ciclo de secado deseado. Añada los ajustes de ciclo o programe las opciones con el toque de un botón.

**❷ PUERTA REVERSIBLE DE FÁCIL ACCESO**

La amplia puerta provee acceso para carga y descarga. Se puede invertir el sentido de la puerta para adaptarlo al lugar de la instalación.

**❸ TAMBOR DE ACERO INOXIDABLE DE CAPACIDAD SUPERIOR ILUMINADO**

El tambor de acero inoxidable de gran capacidad ofrece durabilidad superior. El tambor está equipado con una luz amarilla que se ilumina al abrir la puerta de la secadora y se apaga cuando se cierra.

**❹ FUNCIONES DE VAPOR ÚTILES**

La nueva tecnología de vapor de LG le permite inyectar las telas con un chorro giratorio de vapor caliente para refrescar las prendas, reducir la estática, y facilitar el planchado. Simplemente seleccione el ciclo STEAM FRESH™ o agregue la opción Steam (vapor) a los ciclos seleccionados.

**❺ PANTALLA DE LCD**

La pantalla LCD de fácil lectura muestra las opciones e información de ciclo e indica mensajes de estado durante el funcionamiento.

50

# INSTRUCCIONES PARA LA INSTALACIÓN

**IMPORTANTE: ¡Lea todas las instrucciones de instalación completamente antes de instalar y hacer funcionar su secadora!**

Es importante que revise todo este manual antes de instalar y usar su secadora. Se proporcionan instrucciones detalladas pertinentes a las conexiones eléctricas, de gas, y los requisitos de escape en las siguientes páginas.

## ESCOJA EL LUGAR ADECUADO

- Almacene e instale la secadora en un lugar no expuesto a temperaturas inferiores a las de congelación ni a la intemperie.
- Escoja una ubicación con un piso rígido y nivelado.
- Si va a instalar la secadora en el garaje, colóquela a una altura mínima de 18 pulgadas (46 cm) por encima del piso.

## ESPACIOS DE INSTALACIÓN



- La mayoría de instalaciones requieren un espacio mínimo de 5 1/2 pulgadas (14 cm) detrás de la secadora para la instalación del conducto de escape.
- Deje espacios mínimos de por lo menos 1 pulgada (2.5 cm) a los lados y parte trasera para minimizar la vibración y el ruido.
- Se recomienda disponer de espacio adicional para la instalación y el mantenimiento.
- No olvidar prever espacio para las molduras de pared, puerta, o piso que podrían aumentar los espacios de instalación requeridos.
- Deje por lo menos 24 pulgadas (61.2 cm) al frente de la secadora para abrir la puerta.

- Conecta la secadora adecuadamente a tierra según todos los códigos y las regulaciones vigentes.
- Para reducir el riesgo de descarga eléctrica, no instale la secadora en sitios húmedos ni mojados.
- Si instala la secadora en una vivienda móvil o prefabricada, por favor consulte la sección de *Requisitos especiales para viviendas móviles o prefabricadas.*

Instrucciones adicionales para las instalaciones en armarios:

- La puerta del armario debe disponer de flujo de aire suficiente. Consulte el diagrama indicando más arriba para obtener los requisitos mínimos de abertura para ventilación. También es aceptable una puerta tipo persiana.
- Asegúrese que se dispone de por lo menos 18 pulgadas (46 cm) de espacio de instalación sobre la secadora.

---

# INSTRUCCIONES PARA LA INSTALACIÓN

## INSTALACIONES CON LA BASE PEDESTAL O KIT DE APILADO OPCIONALES

**IMPORTANTE:** Si está instalando su secadora con una base de pedestal o un kit de apilado opcionales, consulte la sección de *Accesorios opcionales* incluida en este manual o las instrucciones de su pedestal o kit de apilado antes de continuar con la instalación.



Dimensiones requeridas para la instalación con pedestal



Dimensiones requeridas para la instalación con el kit de apilado

## ACCESORIOS OPCIONALES

Para estos y otros productos LG, llame a su distribuidor LG local, o visite nuestro sitio Web en *us.lge.com.*

Pedestal
*(Adquirido por separado)*

Kit de apilado
*(Adquirido por separado)*

# INSTRUCCIONES PARA LA INSTALACIÓN

## NIVELACIÓN DE LA SECADORA

Para asegurar que la secadora brinde un desempeño óptimo de secado, debe estar nivelada. Para minimizar la vibración, el ruido, y movimiento no deseados, el piso deberá ser una superficie perfectamente nivelada y sólida.

**NOTA:** Fije las patas niveladoras sólo en la medida necesaria para nivelar la secadora. La extensión de las patas niveladoras más de lo necesario puede causar vibración de la secadora.



Coloque la secadora en la posición final. Coloque un nivelador sobre la secadora.

- Las 4 patas niveladoras deberán apoyarse firmemente en el piso. Empuje suavemente las esquinas superiores de la secadora para asegurarse de que su secadora no se mece de esquina a esquina.

Si está instalando la secadora sobre el accesorio de pedestal opcional, deberá usar las patas niveladoras para nivelar la secadora. Las patas niveladoras de la secadora deberán estar completamente retraídas.



Use una llave de tuercas ajustable para girar las 4 patas niveladoras. Gire en la dirección de las manecillas del reloj para levantar la secadora o en dirección contraria para bajarla. Suba o baje las patas niveladoras hasta que la secadora esté nivelada de lado a lado y de adelante hacia atrás.

Asegúrese de que las 4 patas niveladoras se encuentran haciendo contacto firme con el piso.

## CÓMO INVERTIR EL SENTIDO DE LA PUERTA

Se puede invertir el sentido de la puerta para que se adapte a su lugar de instalación.



Abra la puerta de la secadora. Utilizando un destornillador Phillips, quite los 2 tornillos que aseguran la bisagra de la puerta a la abertura de la puerta de la secadora. Quite los 4 tornillos del lado del pasador de la puerta y los cuatro tornillos, y quite el pasador.



Dé vuelta a la puerta de modo que se invierta la bisagra, y vuelva a colocar la puerta usando los dos tornillos que quitó anteriormente. Reinstale el pasador de la puerta y los cuatro tornillos.

Pruebe el movimiento de la puerta asegurándose de que se mueve libremente y se asegura correctamente.

---

# INSTRUCCIONES PARA LA INSTALACIÓN

## CÓMO CAMBIAR LA UBICACIÓN DEL CONDUCTO DE VENTILACIÓN DE LA SECADORA

Su secadora está equipada de fábrica para ventilar en la parte trasera. También puede configurarse para ventilar en la parte inferior o lateralmente (no está disponible la ventilación del lado derecho en los modelos a gas).

Para adquirir el kit adaptador, número de pieza 383EEL3001B, de su distribuidor LG. Este kit contiene los componentes de conducto necesarios para cambiar la ubicación de la ventilación de la secadora.




Quite el tornillo de seguridad del conducto de ventilación trasero. Tire del conducto de ventilación hacia afuera.

### OPCIÓN 1: Ventilación lateral



Apriete las lengüetas en el dispositivo de expulsión y retírelo cuidadosamente para obtener la ventilación adecuada (no está disponible la ventilación lateral derecha en los modelos a gas). Apriete el conducto adaptador en la carcasa del ventilador y asegure la base de la secadora como se indica.

Conecte un codo de 4 pulgadas (10 cm) a la siguiente sección de conducto de 4 pulgadas (10 cm), y asegure todas las conexiones con cinta adhesiva impermeable. Asegúrese de que el extremo macho del codo apunte hacia abajo por el orificio ubicado en la parte inferior de la secadora. Inserte el montaje de codo/conducto a través de la abertura lateral y asegure en el conducto adaptador. Asegúrelo en su lugar con cinta adhesiva impermeable.

Asegúrese de que el extremo macho del conducto sobresalga 1 1/2 pulgadas (3,8 cm) para conectar el resto del sistema de ventilación. Conecte la placa de cubierta a la parte trasera de la secadora con el tornillo provisto.

### OPCIÓN 2: Ventilación inferior



Apriete el conducto adaptador en la carcasa del ventilador y asegure la base de la secadora como se indica.

Inserte el codo de 4 pulgadas (10 cm) a través de la abertura trasera y apriételo en el conducto adaptador. Asegúrese de que el extremo macho del codo apunte hacia abajo por el orificio ubicado en la parte inferior de la secadora. Asegúrelo en su lugar con cinta adhesiva impermeable.

Conecte la placa de cubierta a la parte trasera de la secadora con el tornillo provisto.

# INSTRUCCIONES PARA LA INSTALACIÓN

## CONEXIÓN DEL CONDUCTO DE VENTILACIÓN DE LA SECADORA

**⚠ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• No aplaste ni doble el sistema de conducto. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• No permita que el sistema de conducto se asiente sobre objetos puntiagudos ni entre en contacto con los mismos. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Si conecta a un sistema de conducto existente, asegúrese de que sea adecuado y de que esté limpio antes de instalar la secadora. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• El sistema de ventilación debe seguir los códigos de construcción. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Las secadoras se DEBEN ventilar hacia el exterior. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Únicamente use un sistema de conducto rígido y de metal flexible de 10 cm (4 pulg.) dentro del gabinete de la secadora y para ventilación al exterior. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Para reducir el riesgo de incendio, combustión o acumulación de gases combustibles, NO descargue el escape de la secadora en un área cerrada o no ventilada, tal como un desván, pared, cielo raso, espacio entre el cimiento y la tierra, chimenea, conducto de gas o espacio ocultos de un edificio. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Para reducir el riesgo de incendio, descargue el escape de la secadora usando conductos de plástico o de lámina metálica. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• El conducto de escape deberá tener 10 cm (4 pulg.) de diámetro sin obstrucciones. El conducto de escape deberá mantenerse lo más corto posible. Asegúrese de limpiar cualquier tipo de conducto antiguo antes de instalar su secadora nueva. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Se recomiendan conductos rígidos o semirrígidos para usar entre la secadora y la pared. En instalaciones particulares cuando es imposible realizar una conexión siguiendo las recomendaciones antes indicadas, se puede utilizar un conducto metálico flexible de transición aprobado por UL entre la secadora y la conexión de pared solamente. Usar este tipo de conducto afectará el tiempo de secado. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• NO utilice tornillos de lámina de metal ni otro tipo de aseguradores que se extiendan dentro del conducto y puedan atrapar pelusa y reducir la eficiencia del sistema de escape. Asegure todas las uniones con cinta adhesiva impermeable. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• Para maximizar los resultados de funcionamiento, siga las limitaciones de longitud del conducto indicadas en el cuadro en página 57. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

• No se provee el sistema de ventilación con la secadora; el mismo deberá obtenerse localmente. La tapa terminal deberá tener reguladores y deberá prevenir el retorno de descarga cuando no se usa la secadora. Si no se siguen estas instrucciones se podrá producir incendio o muerte.

# INSTRUCCIONES PARA LA INSTALACIÓN

## CONEXIÓN DEL CONDUCTO DE VENTILACIÓN DE LA SECADORA (cont.)

### Sistema de conducto





| Tipo de tapa de pared | Número de Codos de 90° | Long. máx. de conducto metálico rígido de diám. 4" | Long. máx. de conducto metálico flexible de diám. 4" |
|---|---|---|---|
| Recomendado | 0 | 65 pies (19.8 m) | 45 pies (13.7 m) |
|  | 1 | 55 pies (16.8 m) | 35 pies (10.7 m) |
|  | 2 | 47 pies (13.7 m) | 30 pies (9.1 m) |
|  | 3 | 36 pies (11.0 m) | 25 pies (7.6 m) |
|  | 4 | 28 pies (8.5 m) | 20 pies (6.1 m) |
| Solamente por el uso en las instalaciones de conducto corto | 0 | 55 pies (16.8 m) | 35 pies (10.7 m) |
|  | 1 | 47 pies (13.7 m) | 27 pies (8.1 m) |
|  | 2 | 41 pies (12.5 m) | 21 pies (6.4 m) |
|  | 3 | 30 pies (9.1 m) | 17 pies (5.2 m) |
|  | 4 | 22 pies (6.7 m) | 15 pies (4.5 m) |

NOTA: Reste 6 pies (1.8 m) por cada codo adicional. No se recomienda usar más de cuatro codos de 90°.

### Direccionamiento y conexión del sistema de conducto de escape

Siga las pautas indicadas más abajo para maximizar el desempeño de secado y reducir la acumulación de pelusa en el sistema de conducto.

NOTA: El sistema de conducto y las conexiones NO están incluidas y deben adquirirse por separado.

• Use un sistema de conducto metálico rígido o semirrígido de 10 cm (4 pulg.).

• El conducto de escape deberá tenderse lo más corto posible.

• Use la menor cantidad de conexiones de codo que sea posible.

• El extremo macho de cada sección del conducto de escape deberá apuntar hacia afuera de la secadora.

• Use cinta adhesiva impermeable en todas las conexiones de conducto.

• Aísle el sistema de conducto que se tiende a través de áreas sin calefacción para reducir la condensación y acumulación de pelusa en las superficies del conducto.

IMPORTANTE: Si no se instala correctamente la ventilación de escape de la secadora, se anulará la garantía.

Ventilación de escape correcta

Ventilación de escape incorrecta

# INSTRUCCIONES PARA LA INSTALACIÓN

## CONEXIÓN DE SECADORAS A GAS

⚠ **ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• **Requisitos de suministro de gas:**
Como enviada de fábrica, si configura la secadora para usarse con gas natural. Deberá convertirse para usar con gas LP (propano líquido). La presión de gas no debe sobrepasar la columna de agua de 13 pulgadas.

• Un técnico calificado de mantenimiento o de la compañía de gas debe conectar la secadora al suministro de gas. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Aísle la secadora del sistema de suministro de gas al cerrar la válvula manual individual durante cualquier tipo de prueba de presión del suministro de gas. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• **Requisitos de la línea de suministro:** Su cuarto de lavado debe tener una línea rígida de suministro de gas. En los EE.UU., se debe instalar una válvula de corte manual individual a una distancia de máxima de 6 pies (1,8 m) de la secadora, de acuerdo con el Código Nacional de Gas Combustible ANSI Z223.1, o el código de instalación de gas de Canadá CSA B149.1. Se debe instalar un tapón de tubería de 1/8 pulgadas NPT. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Si se usa tubería rígida, ésta deberá ser de 1/2 pulgadas IPS. Si es aceptable según los códigos y las regulaciones locales, y cuando la secadora está conectada a la tubería de suministro de gas con tubería de 3/8 pulgadas aprobada, cuando las longitudes sean menores a 20 pies (6,1 m). Se deberá usar tubería más larga en caso de longitudes que excedan los 20 pies (6,1 m). Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Conecte la tubería al tipo de gas indicado en la placa del nombre. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Para prevenir la contaminación de la válvula de gas, elimine el aire y sedimento del suministro de gas, antes de ajustar la conexión entre el suministro de gas y la secadora, purgue el aire hasta que se detecte olor a gas. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• No use una llama abierta para inspeccionar las fugas de gas. Use un fluido anticorrosivo para detección de fugas. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Utilice únicamente una línea de suministro de gas nueva certificada por AGA o CSA, con conectores flexibles de acero inoxidable. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Ajuste bien todas las conexiones de gas. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Use cinta de Teflón* o un compuesto para conexiones de tubería insoluble en gas de petróleo líquido (LP) en todas las roscas de tubería. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• No intente desmontar ningún componente de la secadora. Si algún componente requiere de la atención y herramientas de un técnico o compañía de mantenimiento autorizado y complejos. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

### Requisitos eléctricos para modelos a gas únicamente

⚠ **ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• Bajo ninguna circunstancia, corte o quite la tercera patilla (puesta a tierra) del cable eléctrico. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Se debe enchufar esta secadora a un tomacorriente conectado a tierra de 120 V CA, 60 Hz protegido por un fusible o cortacircuitos de 15 amperios. Recomendamos también que la secadora es conectada con un circuito individual que suministra esta secadora solamente. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• El cable eléctrico de esta secadora está equipado con un enchufe de 3 patas (conexión a tierra) que protege contra el riesgo de descarga eléctrica. Se debe enchufar en un tomacorriente de pared de tres patas (con conexión a tierra) para minimizar la posibilidad de peligro de descarga eléctrica con este electrodoméstico. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• En caso de disponer de un tomacorriente de pared estándar de 2 patas, debe cambiarlo por uno de 3 patas conectado a tierra adecuadamente. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

---

# INSTRUCCIONES PARA LA INSTALACIÓN

## CONEXIÓN DE SECADORAS A GAS (cont.)

⚠ **ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• La instalación y el mantenimiento deben proveerse por un instalador calificado, agencia de mantenimiento, o compañía de gas. Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

• La secadora debe ser instalada por un técnico de servicio calificado y un conector certificado por AGA nuevo. Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

• Se debe instalar una válvula de corte de gas accesible dentro de 6 pies (1,8 m) de la secadora. Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

• La secadora está configurada para gas natural cuando se envía de fábrica. Asegúrese de que la secadora esté equipada con la boquilla de quemador correcta al tipo de gas que se usará (gas natural o petróleo líquido, LP). Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

• De ser necesario, un técnico calificado debe instalar la boquilla correcta (parte del kit de boquilla LP, ordene la pieza de pedido Núm. 4948EL4002B) y se debe anotar el cambio en la secadora. Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

• Se deben realizar todas las conexiones según los códigos y las regulaciones locales. Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

• Las secadoras de gas DEBEN ventilar hacia el exterior. Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

### Conexión del suministro de gas

**1** Asegúrese de que el suministro de gas al cuarto de lavado se encuentre APAGADO. Confirme que el tipo de gas disponible en su cuarto de lavado sea el adecuado para la secadora. La secadora está lista para la conexión de gas natural de 3/8 pulgadas NPT.

**2** Quite la tapa de envío de la conexión de gas localizada en la parte trasera de la secadora. Asegúrese de no dañar la rosca del conector de gas al quitar la tapa de envío.

**3** Conecte la secadora al suministro de gas de su cuarto de lavado usando un conector de acero inoxidable flexible nuevo con una conexión de 3/8 pulgadas NPT.

**4** Ajuste bien todas las conexiones entre la secadora y el suministro de gas de su cuarto de lavado. Abra el suministro de gas de su cuarto de lavado y verifique que no haya fugas en todas las conexiones de tubería (tanto interiores como exteriores) usando un fluido anticorrosivo para detección de fugas.



Tapón o tubería de gas 3/8" NPT
Válvula de corte de suministro de gas
Conector flexible de acero inoxidable certificado por AGA/CSA
Conector certificado por gas 3/8" NPT

### Conexión eléctrica

Enchufe la secadora en un tomacorriente de 120 V CA, 60 Hz de tres patas conectado a tierra.

### Instalaciones en lugares de gran altitud

La clasificación BTU para esta secadora es certificación AGA para elevaciones por debajo de los 10.000 pies.

Si va a instalar su secadora a más de 10.000 pies, debe ser desclasificada por un técnico calificado o compañía de gas.

# INSTRUCCIONES PARA LA INSTALACIÓN

## CÓMO CONECTAR LAS SECADORAS ELÉCTRICAS

**⚠ADVERTENCIA:** Para ayudar a evitar incendios, descargas eléctricas, heridas graves o muerte, el cableado e instalación a tierra deben cumplir con la última edición del Código Eléctrico Nacional, ANSI/NFPA 70 y todas las regulaciones locales aplicables. Por favor comuníquese con un electricista calificado para que controle el cableado y los fusibles y así asegurar que su casa posee energía eléctrica adecuada para operar la secadora.

### Requisitos eléctricos únicamente para modelos eléctricos

**⚠ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• Esta secadora debe estar conectada a un sistema de cableado metálico permanente conectado a tierra, o se debe tender un conductor de conexión a tierra de equipo con los conductores de circuito y conectado a la terminal de conexión a tierra del equipo o conductor de la secadora. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• La secadora tiene su propio bloque terminal, el cual debe conectarse a un circuito de una sola fase de 240 V CA, de 60 Hz, protegido con fusible de 30 amperios (el circuito debe tener protección de fusible a ambos terminales de la línea). EL SUMINISTRO ELÉCTRICO DE LA SECADORA DEBERÁ SER DE LA MÁXIMA CLASIFICACIÓN DE VOLTAJE LISTADA EN LA PLACA DE CARACTERÍSTICAS. NO CONECTE LA SECADORA A UN CIRCUITO DE 110, 115 O 120 VOLTIOS. Si dispone de elementos de calentamiento para instalación de campo en secadoras que deben conectarse a un suministro eléctrico de voltaje diferente al listado en la placa de datos de servicio. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Si un circuito de ramal a su secadora es de 15 pies (4,5 m) o menos de longitud, use alambre listado por UL (Underwriters Laboratories) Núm.-10 AWG (únicamente alambre de cobre), o según lo requieran las leyes locales. Si es más largo de 15 pies (4,50 m), use alambre listado por UL (Underwriters Laboratories) Núm.-9 AWG (únicamente alambre de cobre), o según lo requieran las leyes locales. Disponga de suficiente dotación de cableado, de manera normal cuando sea necesario. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• NO se provee la conexión en espiral del cable eléctrico entre la caja de pared y el bloque terminal de la secadora con la misma. El tipo de conexión en espiral y el calibre del alambre deben seguir los códigos locales y las instrucciones indicadas en las siguientes páginas. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.

• Se requiere una conexión de 4 hilos en todas las instalaciones de viviendas móviles y prefabricadas, así como en todas las construcciones nuevas posteriores al 1 de enero de 1996. Si no se cumple con esto se podrá producir" una explosión, incendio o muerte.

### Requisitos eléctricos especiales para viviendas móviles o prefabricadas

**⚠ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

• Cualquier instalación en una vivienda móvil o prefabricada debe realizarse de conformidad con los Estándares de seguridad y construcción de viviendas prefabricadas, Título 24 CFR, Parte 32-80 o estándar CAN/CSA-Z240 MH) y con los códigos y regulaciones locales.

• **Se requiere una conexión de 4 hilos en todas las instalaciones de viviendas móviles y prefabricadas, así como en todas las construcciones nuevas posteriores al 1 de enero de 1996. Si no se cumple con esto se podrá producir una explosión, incendio o muerte.**



# INSTRUCCIONES PARA LA INSTALACIÓN

## CÓMO CONECTAR LAS SECADORAS ELÉCTRICAS (cont.)

**⚠ADVERTENCIA:**
• Conecte el cable de suministro de corriente al bloque terminal. Cada cable se debe conectar al tornillo del mismo color. El color del cable que figura en el manual se conecta al tornillo del mismo color en el bloque. De otro modo se podrá producir un flujo de corriente corto o excesivo.

• **Contacto por conductor neutro esta prohibido por: (1) nuevas instalaciones de branch-circuito, (2) las casas móbiles, (3) vehículos recreacionales, y (4) áreas donde los códigos prohíbe una conexión a tierra por el conductor neutro.**

**⚠ADVERTENCIA:** *Conexión de cuatro hilos para secadoras eléctricas: Cable eléctrico con enchufe*

• Se requiere una conexión de 4 hilos en todas las instalaciones de viviendas móviles y prefabricadas, así como en todas las construcciones nuevas posteriores al 1 de enero de 1996.

• Se requiere un protector de tensión listado por UL.



Quite la cubierta de acceso al bloque terminal localizado en la parte superior trasera de la secadora. Instale un protector de tensión listado por UL, en el orificio de paso del cable eléctrico; luego pase un cable eléctrico conductor de cobre de por lo menos de Núm.-10 AWG de 4 hilos, 30 A 240V, listado por UL a través del protector de tensión.

• Instale un cable eléctrico de 30 amp, 240 V, listado por UL con un conductor de cobre Núm.-10 AWG como mínimo y terminales de conexión de horquilla con extremos doblados hacia arriba.



• Transfiera el alambre de conexión a tierra de la secadora detrás del tornillo de conexión a tierra de color verde al tornillo central del bloque terminal. Conecte los dos conductores calientes del cable eléctrico a los tornillos del bloque terminal exterior. Conecte el cable neutro de color blanco al tornillo del bloque terminal central. Conecte el alambre de conexión a tierra del cable eléctrico al tornillo de conexión a tierra de color verde. AJUSTE BIEN TODOS LOS TORNILLOS. Reinstale la cubierta de acceso del bloque terminal.

# INSTRUCCIONES PARA LA INSTALACIÓN

## COMO CONECTAR LAS SECADORAS ELÉCTRICAS (cont.)

### ⚠ADVERTENCIA:

- Conecte el cable de suministro de corriente al bloque terminal. Cada cable se debe conectar al tornillo del mismo color. El color del cable del cable que figura en el manual se conecta el tornillo del mismo color en el bloque. De otro modo se podrá producir un flujo de corriente corto o excesivo.

- Contacto por conductor neutro esta prohibido por: (1) nuevas instalaciones de branch-circuito, (2) las casas móbiles, (3) vehículos recreacionales, y (4) áreas donde los códigos prohíbe una conexión a tierra por el conductor neutro.

### Conexión de cuatro hilos para secadoras eléctricas: Conexión directa

- Se requiere una conexión de 4 hilos en todas las instalaciones de viviendas móviles y prefabricadas, así como en todas las construcciones nuevas posteriores al 1 de enero de 1996.

- Se requiere un protector de tensión listado por UL.



- Instale un cable eléctrico listado por UL con 4 conductores de cobre Núm.-10 AWG como mínimo.

- Prepare un mínimo de 5 pies (1.5 m) de longitud para poder quitar y reemplazar la secadora.



Bloque terminal

Protector de tensión listado por UL.

Cable eléctrico de cuatro hilos listado por UL.

Quite la cubierta de acceso al bloque terminal localizado en la parte superior trasera de la secadora. Instale un protector de tensión listado por UL. en el orificio de pase del cable eléctrico; luego pase un cable eléctrico fabricado en el Paso 1 a través del protector de tensión.

Desplace 5 pulg. (12.7 cm) de la cubierta del cable del final. Despaque 5 pulg. del aislamiento del cable de tierra. Corte 1½ pulg. (3.8 cm) de los otros 3 cables y despaque 1 pulg. (2.5 cm) del aislamiento del cada uno. Haga los finales del 3 cables en forma de gancho.



Caliente (rojo)  Neutro (blanco)  Caliente

Tornillo de conexión a tierra

Alambres de conexión a tierra del cable eléctrico

1" (2.5 cm)

5" (12.7 cm)

Alambre de conexión a tierra

Transfiera el alambre de conexión a tierra de color verde de la secadora detrás del tornillo de conexión a tierra a tierra de color verde al tornillo del bloque terminal. Conecte los dos conductores calientes del cable eléctrica a los tornillos del bloque terminal exterior. Conecte el cable neutro bloque terminal central. Conecte el cable neutro de color blanco al tornillo del bloque terminal central. Conecte el alambre de conexión a tierra del cable eléctrica al tornillo del cable de color verde. AJUSTE BIEN TODOS LOS TORNILLOS. Reinstale la cubierta de acceso del bloque terminal.

---

# INSTRUCCIONES PARA LA INSTALACIÓN

## COMO CONECTAR LAS SECADORAS ELÉCTRICAS (cont.)

### ⚠ADVERTENCIA:

- Conecte el cable de suministro de corriente al bloque terminal. Cada cable se debe conectar al tornillo del mismo color. El color del cable del cable que figura en el manual se conecta el tornillo del mismo color en el bloque. De otro modo se podrá producir un flujo de corriente corto o excesivo.

- Contacto por conductor neutro esta prohibido por: (1) nuevas instalaciones de branch-circuito, (2) las casas móbiles, (3) vehículos recreacionales, y (4) áreas donde los códigos prohíbe una conexión a tierra por el conductor neutro.

### Conexión de tres hilos para secadoras eléctricas: Cable eléctrico con enchufe

- NO se permite una conexión de 3 hilos en construcciones nuevas después del 1 de enero de 1996.

- Se requiere un protector de tensión listado por UL.



Bloque terminal

Protector de tensión listado por UL.

Cable eléctrico de tres hilos listado por UL.

Quite la cubierta de acceso al bloque terminal localizado en la parte superior trasera de la secadora. Instale un protector de tensión listado por UL. en el orificio de pase del cable eléctrico; luego pase un cable eléctrico conductor de cobre de por lo menos Núm. 10 AWG de 3 hilos, 30 A, 240 V, listado por UL. a través del protector de tensión.



- Instale un cable eléctrico de 30 amp, 240 V, listado por UL con un conductor de cobre Núm.-10 AWG como mínimo y terminales de bucle cerrado o de horquilla con extremos doblados hacia arriba.



Caliente (rojo)  Neutro (blanco)  Caliente

Tornillo de conexión a tierra

Alambre de conexión a tierra

Conecte los dos conductores calientes del cable eléctrica a los tornillos del bloque terminal exterior. Conecte el cable neutro al tornillo del bloque terminal central. Conecte la conexión a tierra exterior (de ser requerido por los códigos locales) al tornillo de conexión a tierra de color verde. AJUSTE BIEN TODOS LOS TORNILLOS. Reinstale la cubierta de acceso del bloque terminal.



# INSTRUCCIONES PARA LA INSTALACIÓN

## CÓMO CONECTAR LAS SECADORAS ELÉCTRICAS (cont.)

### ⚠ ADVERTENCIA:

- **Conecte el cable de suministro de corriente al bloque terminal. Cada cable se debe conectar al tornillo del mismo color. El color del cable que figura en el manual se conecta al tornillo del mismo color en el bloque. De otro modo se podrá producir un flujo de corriente corto o excesivo.**
- **Contacto por conductor neutro está prohibido por: (1) nuevas instalaciones de branch-circuito, (2) las casas móviles, (3) vehículos recreacionales, y (4) areas donde los códigos prohíbe una conexión a tierra por el conductor neutro.**

#### Conexión de tres hilos para secadoras eléctricas: conexión directa

- NO se permite una conexión de 3 hilos en construcciones nuevas después del 1 de enero de 1996.
- Se requiere un protector de tensión listado por UL.



Despegue 3½ pulg. (8,9 cm) de la cubierta del cable del final. Despegue 1 pulg. (2,5 cm) del aislamiento de los tres alambres. Haga los finales del 3 cables en forma de gancho.



Conecte los dos conductores calientes del cable eléctrico a los tornillos del bloque terminal exterior. Conecte el cable neutro (blanco) del bloque terminal central.
Conecte la conexión a tierra interior (si su secadora está equipada con ser requerido por los códigos locales) al tornillo de conexión a tierra de color verde. AJUSTE BIEN TODOS LOS TORNILLOS. Reinstale la cubierta de acceso del bloque terminal.

- Instale un cable eléctrico listado por UL con 4 conductores de cobre Núm.-10 AWG como mínimo.
- Prepare un mínimo de 5 pies (1,5 m) de longitud para poder quitar y reemplazar la secadora.



Quite la cubierta de acceso al bloque terminal localizada en la parte superior trasera de la secadora. Instale un protector de tensión listado por UL en el orificio de pase de cable eléctrico; luego pase el cable eléctrico fabricado en el Paso 1 a través del protector de tensión.

---

# INSTRUCCIONES PARA LA INSTALACIÓN

## REQUISITOS ESPECIALES PARA VIVIENDAS MÓVILES O PREFABRICADAS

Cualquier instalación en una vivienda móvil o prefabricada debe realizarse de conformidad con los Estándares de seguridad y construcción de viviendas prefabricadas, Título 24 CFR, Parte 32-80 o estándar CAN/CSA-Z240 MH y con los códigos y regulaciones locales. Verifíquese antes de la instalación que ha propuesto cumple con estos estándares, llame a un técnico de mantenimiento e instalación para obtener más ayuda.

- Una secadora de gas deberá fijarse permanentemente sobre el piso.
- La conexión eléctrica de una secadora móvil debe ser una conexión de 4 hilos. Se provee información más detallada pertinente a la conexión eléctrica en la sección Cómo conectar las secadoras eléctricas.
- Para reducir el riesgo de combustión e incendio, se debe ventilar la secadora hacia el exterior.
- NO ventile la secadora debajo de una vivienda móvil o prefabricada.
- Las secadoras eléctricas deben ventilarse hacia el exterior usando el panel trasero, izquierdo, derecho o inferior.
- Las secadoras a gas deben ventilarse al exterior usando el panel trasero, izquierdo o inferior. Las secadoras a gas no deben ventilarse hacia el exterior usando el panel derecho debido a la carcasa del quemador.

### REVISIÓN DE INSTALACIÓN FINAL

Una vez que haya completado la instalación de la secadora y la misma se encuentre en su ubicación final, confirme que funcione correctamente realizando las siguientes pruebas.

#### Comprobación del calentamiento de la secadora

##### MODELOS A GAS

Cierre la puerta de la secadora, apriete el interruptor ON/OFF para encender la secadora, e inicie la secadora en un ajuste de calor. Cuando inicia la secadora, el encendedor deberá encender el quemador principal.

**NOTA:** Si no se purga todo el aire de la línea de gas, el encendedor de gas podría apagarse antes de que se encienda el quemador. Si esto sucede, el encendedor volverá a intentar encender el gas después de aproximadamente dos minutos.

##### MODELOS ELÉCTRICOS

Cierre la puerta de la secadora, apriete el interruptor ON/OFF para encender la secadora, e inicie la secadora en un ajuste de calor. El escape de aire deberá estar caliente después de que la secadora haya funcionado durante 5 minutos.

- El conducto de escape de la secadora debe estar bien fijado a la estructura de la vivienda móvil o prefabricada, y el conducto de escape debe estar fabricado de un material resistente al fuego y a la combustión. Se recomienda el uso de un conducto de metal rígido o flexible.
- NO conecte el conducto de escape de la secadora a ningún otro conducto, respiradero, chimenea ni a ningún otro tipo de conducto de escape.
- Asegúrese de que la secadora disponga de acceso adecuado al aire fresco del exterior. La abertura para la toma de aire fresco exterior debe ser de por lo menos 25 pulgadas² (163 cm²).
- Es importante que el espacio libre del conducto con respecto a cualquier material combustible de combustión sea de por lo menos 2 pulgadas (5 cm) y que, cuando se ventile la secadora al exterior, se pueda instalar la secadora dejando un espacio libre de 1 pulgadas (2,5 cm) a los lados y la parte trasera de la secadora.
- Tenga en cuenta que los materiales de construcción nuevos proveen con la secadora. Debe asegurar los materiales de ventilación necesarios para una instalación adecuada.

#### Revisión del flujo de aire

El funcionamiento efectivo de la secadora requiere un nivel de presión estática adecuada. La presión estática se deberá a la corrección del flujo de aire puede medirse evaluando la presión estática. La presión estática del conducto de escape se puede medir con un manómetro, colocado en el conducto de escape aproximadamente a 2 pies (60,9 cm) de distancia de la secadora. La presión estática del conducto de escape no deberá exceder las 0,8 pulgadas (1,5 cm). Se debe revisar la secadora mientras está funcionando sin carga.

#### Revisión del nivelado

Una vez que la secadora se encuentra en su ubicación final, vuelva a revisar que la misma se encuentre nivelada. Asegúrese de que esté nivelada de adelante hacia atrás y de lado a lado, y de que las cuatro patas niveladoras se encuentren asentadas en el piso firmemente.



# COMO USAR

A continuación encontrará instrucciones para comenzar a usar su secadora nueva. Para más información por favor consulte las secciones específicas de este manual. **Advertencia importante: Para reducir el riesgo de incendios, descargas eléctricas, o heridas, lea este manual en su totalidad, incluyendo las Instrucciones Importantes de Seguridad, antes de operar la secadora.**

## CLASIFICACIÓN DE CARGAS

### Etiquetas de mantenimiento de las telas

La mayoría de las prendas de vestir tienen etiquetas de mantenimiento de las telas para lograr un mantenimiento adecuado.

### Agrupamiento de prendas similares

Para obtener los mejores resultados, clasifique las prendas en cargas que puedan secarse con el mismo ciclo de secado.

Los diferentes tipos de telas tienen diferentes requisitos de cuidado, y algunas telas se secarán más rápido que otras.

### Etiquetas de cuidado de las telas



## COMO CARGAR DE LA SECADORA

**⚠ ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas a su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:

**Revise todos los bolsillos para asegurarse de que estén vacíos. Los artículos como clips, fósforos, plumas, monedas, y llaves pueden dañar su secadora o sus prendas. Los objetos inflamables tales como encendedores o fósforos podrían encenderse y provocar un incendio.** Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

**Nunca seque prendas que hayan sido expuestas a aceite, gasolina, u otras substancias inflamables. Lavar las prendas no eliminará completamente los residuos de aceite.** Si no se cumple con esto se podrá producir una explosión, incendio, o muerte.

- Combine prendas grandes y pequeñas en una carga.
- Las prendas húmedas se extenderán mientras se secan. No sobrecargue la secadora; las prendas necesitan espacio para girar y secar adecuadamente.
- Cierre las cremalleras, ganchos, y cordones para prevenir que estos artículos se enganchen o enreden en otras prendas.

## REVISE EL FILTRO DE PELUSA ANTES DE CADA CARGA

Asegúrese de que el filtro de pelusa esté limpio antes de iniciar una carga nueva; un filtro de pelusa bloqueado incrementará los tiempos de secado.

Para limpiarlo, tire del filtro de pelusa verticalmente, y con los dedos, enrolle cualquier pelusa para retirarla del filtro. No enjuague ni lave el filtro para eliminar la pelusa. Empuje el filtro de pelusa firmemente en su lugar. Para información adicional, vea la sección "Cuidado y Limpieza".

Asegúrese siempre de que el filtro de pelusa esté instalado adecuadamente antes de poner a funcionar la secadora. Hacer funcionar la secadora sin o con un filtro de pelusa suelto podría dañar la secadora y los artículos en el interior de la misma.



Filtro de pelusa

---

# COMO USAR

## CARACTERÍSTICAS DEL PANEL DE CONTROL

A continuación encontrará instrucciones para comenzar a usar su secadora nueva. Para más información por favor consulte las secciones específicas de este manual. **Advertencia importante: Para reducir el riesgo de incendios, descargas eléctricas, o heridas, lea este manual en su totalidad, incluyendo las Instrucciones Importantes de Seguridad, antes de operar la secadora.**

**❶ BOTÓN DE ENCENDIDO/APAGADO (ON/OFF)**
Apriete el botón para encender la secadora. Apriete nuevamente para apagar la secadora.
**NOTA:** Apretar el botón de ENCENDIDO/APAGADO durante un ciclo cancelará ese ciclo y borrará cualquier ajuste de carga.

**❷ PERILLA SELECTORA DE CICLOS**
Gire esta perilla para seleccionar el ciclo deseado. Una vez que se haya seleccionado el ciclo deseado, los preajustes estándar se muestran en la pantalla. En los ciclos de secado manual (MANUAL DRY) se pueden programar estos ajustes usando los botones de ajuste de ciclos en cualquier momento antes de iniciar el ciclo.

**❸ BOTÓN DE INICIO/PAUSA (START/PAUSE)**
Apriete este botón para iniciar el ciclo seleccionado. Si la secadora está funcionando, utilice este botón para hacer una PAUSA en el ciclo, sin perder los ajustes actuales.
**NOTA:** Si no aprieta el botón INICIO/PAUSA para detener un ciclo en 4 minutos, la secadora se apagará automáticamente.

**❹ BOTONES DE MÁS TIEMPO/MENOS TIEMPO (MORE TIME/LESS TIME)**
Use estos botones con los ciclos de secado manual (MANUAL DRY), de secado cronometrado (TIME DRY), y de STEAM FRESH™ y con las opciones REDUCE STATIC (reducir estática) y EASY IRON (planchado fácil) para programar el tiempo de secado. Apriete el botón MORE TIME para aumentar el tiempo de ciclo manual seleccionado en intervalos de un minuto; apriete LESS TIME para disminuir el tiempo del ciclo en intervalos de un minuto.

**❺ BOTONES DE AJUSTE DE CICLOS**
Utilice estos botones para seleccionar los ajustes deseados dentro del ciclo seleccionado. Los ajustes actuales se muestran en la pantalla. Apriete el botón para ver esa opción y seleccionar otros ajustes.

**❻ PANTALLA DE TIEMPO Y ESTADO**
La pantalla muestra las configuraciones, tiempo restante estimado, opciones, y mensajes de estado de su secadora.

**❼ BOTONES DE OPCIONES**
Los botones de opciones le permiten seleccionar opciones de ciclo adicionales. Ciertos botones también le permitirán activar funciones especiales al apretar y mantener apretado el botón durante 3 segundos.
Para obtener información detallada sobre las opciones individuales, consulte las siguientes páginas.

**❽ FUNCIONES DE VAPOR ÚTILES**
Durante el ciclo STEAM FRESH™ y las opciones de selección de STEAM (vapor), la boquilla graduada inyecta las telas con vapor caliente para refrescar, reducir la estática, y facilitar el planchado.

# CÓMO USAR

## LA PANTALLA DE LCD

La pantalla LCD muestra los ajustes, el tiempo restante estimado, las opciones y los mensajes de estado correspondientes a su secadora. Cuando se enciende la secadora, se iluminará la luz de la pantalla.



**① PANTALLA DE ESTADO/CICLO (STATUS/CYCLE)**
Esta porción de la pantalla muestra el ciclo seleccionado, estado de funcionamiento y mensajes especiales. Si el ciclo tiene instrucciones especiales, también se mostrarán en esta área.

**② ESTIMADO TIEMPO RESTANTE (ESTIMATED TIME REMAINING)**
Cuando se apriete el botón inicio/pausa (START/PAUSE), la secadora mostrará el tiempo estimado de secado con sensor (SENSOR DRY), o el tiempo programado de secado cronometrado (TIME DRY) restante, y comenzará a girar.
**NOTA:** El tiempo de ciclo en los ciclos secado con sensor (SENSOR DRY) podrían fluctuar a medida que la secadora vuelve a calcular el tiempo de secado para obtener resultados óptimos.

**③ INDICADOR DE FINALIZACIÓN DE CICLO**
Esta porción de la pantalla muestra el ciclo de secado actual que se ha completado.

**④ INDICADOR DE CERRADURA A PRUEBA DE NIÑOS (CHILD LOCK)**
Cuando se ha fijado el cerradura a prueba de niños, aparecerá el indicador de seguro infantil y se desactivarán todos los botones excepto el botón de encendido/apagado (ON/OFF). Esto previene que los niños cambien los ajustes mientras la secadora se encuentra en funcionamiento.

**⑤ SECADO CON SENSOR/MANUAL (SENSOR DRY/MANUAL DRY)**
El indicador muestra si la secadora está operando en ciclo de secado con sensor (SENSOR DRY), o en un ciclo de secado manual (MANUAL DRY).

**⑥ INDICADORES DE PROGRAMACIÓN DE CICLO**
Estos indicadores muestran los ajustes de ciclo actual para el nivel de secado (DRY LEVEL), control de temperatura (TEMP. CONTROL), tiempo de secado (TIME DRY), y alarma (BEEPER). Para cambiar estos ajustes, apriete el botón de ajustes adecuado.

**⑦ RECORDATORIO DE REVISE EL FILTRO (CHECK FILTER REMINDER)**
La pantalla mostrará CHECK FILTER cuando se ha encendido la secadora como un recordatorio para revisar el filtro. Se apaga cuando se aprieta el botón START/PAUSE.

```
REVISE EL FILTRO
SELECCIONE UN CICLO ▶ ▶
```

69

---

# CÓMO USAR

## GUÍA DE CICLOS

La guía de ciclos indicada más abajo muestra las opciones y los tipos de telas recomendadas y tipos de telas recomendadas para cada ciclo.



| Tipo | Ciclo | Tipo de tela | Nivel de secado | Temperatura | Tiempo en min | Más temp/ menos tiempo | Ciclos de arrugas | Anti-Bacterial | Secado húmedo | Reducida estática | Planchado fácil |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CICLO DE VAPOR / SECADO CON SENSOR** | STEAM FRESH (PRESSING & EASY) | Estirador, camisas, pantalones ligeros | Off (apagado) | MEDIANO ALTO | 20 | ● | | | | | |
| | HEAVY DUTY (MUY POTENTE) | Jeans, prendas pesadas | Normal / Ajustable | ALTO | 54 | ● | ● | ● | ● | ● | ● |
| | COTTON/TOWELS (ALGODÓN/TOALLAS) | Toalla de jean, toallas, algodones pesados | Normal / Ajustable | MEDIANO ALTO | 55 | ● | ● | ● | ● | ● | ● |
| | NORMAL | Ropa de trabajo, cotidiano, etc. | Normal / Ajustable | MEDIANO | 41 | ● | ● | ● | ● | ● | ● |
| | PERM. PRESS (PERMA PRESS) | Planchado permanente, Productos sintéticos | Normal / Ajustable | BAJO | 36 | ● | ● | ● | ● | ● | ● |
| | DELICATES (DELICADO) | Lencería, sábanas, blusas | Normal / Ajustable | BAJO | 32 | ● | ● | | ● | ● | ● |
| | ULTRA DELICATE (ULTRA DELICADO) | Ropa de vestir muy fina que se encoja | Normal / Ajustable | ULTRA BAJO | 34 | ● | ● | | ● | ● | ● |
| **CICLO MANUAL** | SPEED DRY (SECADO RÁPIDO) | Para cargas pequeñas con tiempos cortos de secado | Off (apagado) | ALTO / Ajustable | 25 | | | | ● | ● | ● |
| | AIR DRY (AIRE) | Para ítems que requieran el secado libre de calor como plásticos o goma | Off (apagado) | Sin calor | 30 | | | | | | |
| | TIME DRY (SECADO EN TIEMPO) | Para secado general al tiempo, y las opciones pueden ajustar la temperatura | Off (apagado) | ALTO / Ajustable | 40 | | | | ● | ● | ● |
| | BACK DRY (SECADO EN PARRILLA) | Lista, muestra la parte del secado | Off (apagado) / Ajustable | ULTRA BAJO BAJO | 50 | | | | | | |

### Ciclos de SECADO CON SENSOR (SENSOR DRY)
Los ciclos de SECADO CON SENSOR utilizan el sistema exclusivo de sensor doble de LG para detectar y comparar el nivel de humedad en las prendas y en el aire, y programar el tiempo de secado del modo necesario para asegurar resultados superiores. La secadora ajusta automáticamente el nivel de sequedad para cada ciclo. El tiempo restante estimado se mostrará en la pantalla.
**NOTA:** Para proteger sus prendas, no todos los niveles, temperatura, u opciones están disponible con cada ciclo.

### Ciclos de SECADO MANUAL (MANUAL DRY)
Use los ciclos de SECADO MANUAL para seleccionar una cantidad específica de tiempo y temperatura de secado. Cuando se selecciona el ciclo de SECADO MANUAL, la pantalla de tiempo restante estimado (ESTIMATED TIME REMAINING) muestra el tiempo restante real en su ciclo. Puede cambiar el tiempo real en el ciclo apretando MORE TIME (más tiempo) o LESS TIME (menos tiempo).

68

# CÓMO USAR

## FUNCIONAMIENTO DE LA SECADORA

Una vez que ha cargado la secadora:

**1** Apriete el botón encendido/apagado (ON/OFF) para encender la secadora. Las luces alrededor de la perilla selectora de ciclos se iluminarán.

**2** Gire la perilla selectora al ciclo deseado. La pantalla mostrará los ajustes preseleccionados de nivel de secado (DRY LEVEL), temperatura (TEMPERATURE), Tiempo (TIME), y Opción (OPTION) para ese ciclo.

**3** Si desea cambiar los ajustes para ese ciclo, apriete el(los) botón(es) para mostrar ajustes adicionales para esa opción. Apriete el botón nuevamente para alternar entre los ajustes hasta que se haya resaltado el deseado.



**NOTA:** Para proteger sus prendas, no todos los niveles de secado, temperatura, u opción están disponibles en todos los ciclos.

**4** Seleccione opciones de ciclo adicionales, tales como REDUCE STATIC (reducción estática), EASY IRON (planchado fácil), CUSTOM PROGRAM (programa especializado), WRINKLE CARE (cuidado de arrugas), "rsecado en parrilla" y ANTI BACTERIAL ("DAMP DRY SEEP" (antibacterial) "(top of secado húmedo), presionando el botón para dicha opción.

## BOTONES DE AJUSTE DE CICLOS

Los ciclos de SECADO CON SENSOR tienen ajustes preprogramados que se seleccionan automáticamente y no pueden cambiarse. Los ciclos de SECADO MANUAL tienen ajustes preseleccionados, pero pueden personalizarse usando los botones de ajustes de ciclos. Apriete el botón de esa opción para ver y seleccionar otros ajustes.

**5** Apriete el botón de inicio/pausa (START/PAUSE) para iniciar el ciclo. La pantalla cambiará, y la secadora mostrará el tiempo estimado de secado con sensor (SENSOR DRY) o el tiempo programado de secado manual (MANUAL DRY) restante e iniciará el giro. Para detener el ciclo en cualquier momento, abra la puerta de la secadora o apriete pausa (PAUSE). Para continuar con el ciclo, desde el punto en que se detuvo, apriete START/PAUSE nuevamente.



**NOTA:** Si se ha detenido la secadora por más de 8 minutos, la secadora se apagará automáticamente.

**6** Cuando se ha terminado la carga, sonará la alarma (se hubiese programado). Si ha programado la opción de cuidado de arrugas (WRINKLE CARE), la secadora girará la carga de manera periódica por un plazo de hasta 3 horas.

Para prevenir las arrugas, retire los artículos de la secadora inmediatamente después del término del ciclo.

**7** Limpie siempre el filtro de pelusa después de cada ciclo.

Para limpiarlo, tire del filtro de pelusa verticalmente, y con los dedos, enrolle cualquier pelusa para retirarla del filtro. No enjuague ni lave el filtro para eliminar la pelusa. Vuelva a colocar el filtro de pelusa firmemente en su lugar.

## BOTONES DE OPCIÓN DE CICLOS

Su secadora dispone de varias opciones de ciclo adicionales, las cuales personalizan los ciclos para satisfacer sus necesidades individuales. Ciertos botones de opción también incorporan una función especial (vea la siguiente página para obtener mayor información) que se activa apretando y manteniendo apretado ese botón de opción por 3 segundos.

**Para añadir opciones de ciclo al ciclo:**

**1** Encienda la secadora y gire la perilla para fijar los ajustes para ese ciclo.

**2** Use los botones de programación de opción de ciclo para seleccionar el ciclo deseado.

**3** Apriete el(los) botón(es) de opción de ciclo para la opción que desea añadir. Aparecerá en la pantalla un mensaje de confirmación.

**4** Apriete el botón inicio/pausa (START/PAUSE) para iniciar el ciclo. La secadora iniciará automáticamente.

---

# CÓMO USAR

**NOTA:** Para proteger las prendas, no todos los niveles de secado, temperatura, u opción están disponibles en todos los ciclos. Vea la Guía de ciclos para obtener más detalles.

## CONTROL DEL TEMPERATURA (TEMP. CONTROL)



Regula el ajuste de temperatura desde ultra bajo (ULTRA LOW) a alto (HIGH). Esto permite el cuidado óptimo de sus telas y prendas. Apriete el botón control del temperatura (TEMP. CONTROL) varias veces para navegar por los ajustes disponibles.

## TIEMPO DE SECADO (TIME DRY)



Le permite seleccionar el tiempo de secado manualmente, de 20 a 60 minutos, en incrementos de 10 minutos. Use esta opción en cargas pequeñas o para eliminar arrugas. Use los botones de más tiempo/menos tiempo (MORE TIME/LESS TIME) para añadir o reducir el tiempo de secado en incrementos de 1 minuto.

## ALARMA (BEEPER)



Ajusta el volumen de la alarma de finalización de ciclo o lo apaga.

## NIVEL DE SECADO (DRY LEVEL)



Selecciona el nivel de sequedad para el ciclo. Apriete el botón de nivel de secado (DRY LEVEL) varias veces para navegar por los ajustes disponibles.

• Esta opción está disponible únicamente en los ciclos de secado con sensor (SENSOR DRY).

• La secadora ajustará el tiempo de ciclo automáticamente. Al seleccionar muy seco (VERY DRY) o más seco (MORE DRY) se incrementará el tiempo del ciclo, mientras que menos seco (LESS DRY) o húmedo seco (DAMP DRY) disminuirá el tiempo del ciclo.

• Use un ajuste menos seco (LESS DRY) o húmedo seco (DAMP DRY) en los artículos que desee planchar.

## CUIDADO DE ARRUGAS (WRINKLE CARE)

Al seleccionar esta opción, hará girar la carga periódicamente por un plazo de hasta 3 horas después del ciclo seleccionado, o hasta que se abra la puerta. Esto es de ayuda para prevenir la formación de arrugas cuando no le sea posible retirar las prendas de la secadora inmediatamente.

## ANTI BACTERIAL

Esta opción añadirá un ajuste de calor extra para eliminar bacterias. Puede utilizarse con los ciclos de uso industrial muy potente (HEAVY DUTY), algodón/toallas (COTTON/TOWELS), y NORMAL.

**NOTA:** No use este ciclo con telas delicadas.



# CÓMO USAR

## FUNCIONES ESPECIALES

Los botones de opción también activan las funciones especiales, incluyendo DAMP DRY BEEP (bip de secado húmedo), CHILD LOCK (cerradura a prueba de niños), y LANGUAGE (idioma). Para activar, presione y sostenga el botón marcado con la función especial durante 3 segundos.

### * CERRADURA A PRUEBA DE NIÑOS (CHILD LOCK)

 Utilice esta opción para evitar un uso no deseado de la secadora o para evitar modificaciones en las configuraciones de ciclo mientras la secadora está funcionando. Presione y sostenga el botón EASY IRON (planchado fácil) durante 3 segundos para activar o desactivar la función CHILD LOCK (cerradura a prueba de niños). El ícono de bloqueo podrá verse en la pantalla y todos los controles quedarán desactivados.

### * BIP DE SECADO HÚMEDO (DAMP DRY BEEP)

 Con esta opción, la secadora emitirá un pitido cuando la carga esté seca en un 80% aproximadamente. Esto le permite quitar elementos livianos que se secan más rápido que le gustaría planchar o colgar mientras todavía están apenas húmedos. Presione y sostenga el botón ANTI BACTERIAL (antibacterial) durante 3 segundos para activar o desactivar DAMP DRY BEEP (bip de secado húmedo).

## OTRAS FUNCIONES

### * SECADO EN PARRILLA (RACK DRY)

 Use el ciclo RACK DRY con artículos tales como calzado deportivo o animales de peluche. Presione y sostenga el botón WRINKLE CARE (cuidado de arrugas) durante 3 segundos para activar/desactivar la función RACK DRY (secado en parrilla).

NOTA: NUNCA use el este ciclo en combinación con un ciclo de secado giratorio.

### Para instalar el estante de secado

1 Manteniendo abierta la puerta de la secadora, deslice el estante en el tambor de la secadora.

(cerradura a prueba de niños), y LANGUAGE (idioma). Para activar, presione y sostenga el botón marcado con la función especial durante 3 segundos.

### * IDIOMA (LANGUAGE)

 La opción idioma (LANGUAGE) le permite cambiar el idioma indicado en la pantalla. Una vez fijado, se establecerá el idioma seleccionado, incluso si se apaga la secadora.

Las opciones de idioma de la pantalla están en inglés, francés y español, siendo el inglés el idioma por defecto.

Para cambiar el idioma:

1 Apriete el botón encendido/apagado (ON/OFF) para encender la secadora.

2 Apriete y mantenga apretado el botón bip (BEEPER) por 3 segundos, hasta que aparezca la siguiente pantalla.



SELECT LANGUAGE
español
français
english

3 Apriete el botón BEEPER repetidamente para alternar entre "FRANÇAIS" (francés), "ESPAÑOL" y luego nuevamente al "ENGLISH" (inglés).

secarse girando, tales como calzado deportivo o detergentes. También se pueden secar artículos de peluche. Presione y sostenga el botón WRINKLE CARE (cuidado de arrugas) durante 3 segundos para activar/desactivar la función RACK DRY (secado en parrilla).

NOTA: NUNCA use el este ciclo en combinación con un ciclo de secado giratorio.

 

2 Asegúrese de que está asentado uniformemente sobre el borde interior de la puerta y descanse horizontalmente sobre el interior de la secadora.

NOTA: Asegúrese de quitar el estante de secado después de usar el ciclo RACK DRY.

---

# CÓMO USAR

## OTRAS FUNCIONES

### PROGRAMA ESPECIALIZADO

 Si tiene una combinación especial de ajustes que usa con frecuencia, puede guardar estos ajustes a manera de programa especializado (CUSTOM PROGRAM).

### * Para guardar un programa especializado:

1 Encienda la secadora y gire la perilla selectora de ciclos a manera para seleccionar el ciclo deseado.

2 Use los botones de programación de ciclo para fijar los ajustes para ese ciclo.

3 Apriete el(los) botón(es) de opción de ciclo para la opción que desea añadir. Aparecerá en la pantalla un mensaje de confirmación.

4 Apriete y mantenga apretado el botón CUSTOM PROGRAM durante 3 segundos.

NOTA: Puede guardar solo un programa personalizado a la vez. Al apretar y mantener apretado el botón CUSTOM PROGRAM, reemplazará cualquier programa personalizado que haya guardado anteriormente.

### Para recuperar un programa especializado

1 Encienda la secadora.

2 Apriete el botón CUSTOM PROGRAM.

3 Apriete el botón inicio/pausa (START/PAUSE) para iniciar el ciclo.

## FUNCIONES DE VAPOR

### Para llenar el alimentador de vapor

1 Abra el cajón.



2 Quite el alimentador de vapor.

3 Llene el alimentador de vapor con agua.



SOLO agua

Alimentador de vapor

4 Coloque el alimentador de vapor en el cajón y presione el cajón hasta que se trabe en su lugar.

### NOTAS IMPORTANTES SOBRE CICLOS DE VAPOR

 Antes de usar el ciclo de vapor, debe llenarse el alimentador de vapor con agua hasta la línea MÁX. Si no lo hace, se mostrará un mensaje de Error y la indicadora AÑADIRAGUA. Asegúrese de que el alimentador de vapor esté lleno/lleno hasta está llenado con agua caliente completamente. Apague la secadora, luego vuelva a iniciar el ciclo de vapor.

* Sólo use agua. No llene el alimentador de vapor con sustancias extrañas, agentes para enjuague, o detergentes.
* Antes de mover la secadora, verifique que el alimentador de vapor esté vacío.
* Antes de usar el alimentador de vapor con agua destilada, el sensor de nivel de agua del generador de vapor no funcionará.

### ⚠ADVERTENCIA:

* No llene el alimentador de vapor con líquidos tales como gasolina, solventes para limpieza en seco, u otras sustancias inflamables o explosivas. Emiten vapores que podrían explotar.
* No llene el alimentador de vapor con agua caliente (más de 86° F / 30° C).
* No beba agua del alimentador de vapor.



# CÓMO USAR

### FUNCIONES DE VAPOR

La nueva tecnología de vapor de LG le permite inyectar las telas con un chorro giratorio de vapor caliente para refrescar las prendas, reducir la estática, y facilitar el planchado. Simplemente seleccione el ciclo STEAM FRESH™ o agregue la opción Steam (vapor) a los ciclos seleccionados.

#### Cómo usar el ciclo STEAM FRESH™

STEAM FRESH™ utiliza sólo el poder del vapor para rápidamente reducir arrugas y olores de las telas. Da nueva vida a las prendas arrugadas que han estado guardadas por mucho tiempo y facilita el planchado en ropa muy arrugada. STEAM FRESH™ también puede usarse para reducir los olores en las telas.

**NOTAS:**
- Las opciones REDUCE STATIC (reducir estática) o EASY IRON (planchado fácil) también pueden usarse durante el ciclo STEAM FRESH™.
- Dependiendo de la carga (cantidad de prendas), puede modificarse el tiempo del ciclo presionando los botones MORE TIME (más tiempo) o LESS TIME (menos tiempo). En la pantalla podrá verse 3, 5, o BULKY LOAD (carga voluminosa), 3 significa 3 o menos prendas, 5 es para 4 o 5 prendas, y BULKY LOAD (carga grande) indica una carga grande, como un edredón.

#### Para usar el ciclo STEAM FRESH™:

① Encienda la secadora y gire la perilla selectora al ciclo STEAM FRESH™.

② Para agregar una función opcional, seleccione REDUCE STATIC (reducir estática), o EASY IRON (planchado fácil), o WRINKLE CARE (cuidado de arrugas).

③ Dependiendo de la carga (cantidad de prendas), puede modificarse el tiempo de vapor presionando los botones MORE TIME (más tiempo) o LESS TIME (menos tiempo).

④ Presione el botón de START/PAUSE (inicio/ pausa) para iniciar el ciclo.

#### Para agregar STEAM (vapor) a un ciclo estándar:

① Encienda la secadora y gire la perilla selectora al ciclo deseado.

② Utilice los botones de configuración de ciclo para ajustar las configuraciones para ese ciclo.

③ Presione el botón Steam (vapor) para la opción que le gustaría agregar. Luego ajuste el tamaño de carga utilizando los botones MORE TIME (más tiempo) o LESS TIME (menos tiempo).

④ Presione el botón de START/PAUSE (inicio/ pausa) para iniciar el ciclo.

---

# CÓMO USAR

### FUNCIONES DE VAPOR (cont.)

#### Cómo usar las opciones de vapor

La opción REDUCE STATIC (reducir estática) inyecta vapor al final del ciclo de secado para reducir la electricidad estática producida por la fricción de telas. Modifica el tiempo del ciclo presionando el botón MORE TIME (más tiempo) o LESS TIME (menos tiempo). La pantalla muestra la cantidad de prendas recomendadas, par ejemplo, 7, 9, 11, 14, 16, o 18.

La opción EASY IRON (planchado fácil) deja las telas adecuadamente húmedas para el planchado, lo que puede ahorrar tiempo y facilitar el planchado. Modifique el tiempo del ciclo presionando el botón MORE TIME (más tiempo) o LESS TIME (menos tiempo). La pantalla muestra la cantidad de prendas recomendadas, par ejemplo, 1, 2, 3, 4, o 5.

Sólo puede utilizarse las opciones REDUCE STATIC y EASY IRON con los ciclos HEAVY DUTY (muy potente), COTTON/TOWELS (algodón/ toallas), NORMAL (normal) y PERM. PRESS (prensar perm.), DELICATES (delicado), ULTRA DELICATE (ultra delicado) y TIME DRY (secado temporizado).

**NOTAS:**
- Cuando se selecciona SENSOR DRY (secado con sensor) con la opción REDUCE STATIC (reducir estática), no puede seleccionarse DRY LEVEL (nivel de secado) de LESS (menos) o DAMP (húmedo).
- Las opciones REDUCE STATIC (reducir estática) o EASY IRON (planchado fácil) también puede seleccionarse durante los ciclos TIME DRY (secado temporizado).
- Cuando la opción de vapor está seleccionarse durante los ciclos TIME DRY (secado temporizado), los botones MORE TIME (más tiempo) o LESS TIME (menos tiempo) cambiar el tiempo de vapor solamente.
- Después de presionar START/PAUSE, los botones MORE TIME (más tiempo) o LESS TIME (menos tiempo) no funcionar.

### ⚠ADVERTENCIA:

- No abra la puerta de la secadora durante ciclos de vapor. El vapor puede provocar quemaduras graves.
- No llene el alimentador de vapor con gasolina, solventes para limpieza en seco, u otras sustancias inflamables o explosivas. Emiten vapores que podrían explotar.
- No beba agua del alimentador de vapor.
- No llene el alimentador de vapor con agua caliente (más de 86° F / 30° C).
- No toque la boquilla de vapor del tambor durante o después del ciclo de vapor.

# COMO USAR

## FUNCIONES DE VAPOR (cont.)

**NOTAS IMPORTANTES SOBRE LOS CICLOS DE VAPOR:**
- Puede que el vapor no sea claramente visible durante los ciclos de vapor. Esto es normal.
- No use el ciclo STEAM FRESH™ con elementos como lana, mantas, camperas de cuero, seda, ropa húmeda, lencería, productos de espuma o mantas eléctricas.
- Para mejores resultados, las prendas deben ser de tamaños y de tipos de tela similares. No sobrecargue la secadora.
- Cuando se tapa el filtro/conducto, la opción Steam (vapor) puede no tener resultados óptimos.
- Cuando la función Steam (vapor) está siendo utilizada, el tambor se detendrá para permitir que el vapor permanezca en el tambor.
- El alimentador de vapor debe llenarse con agua hasta la línea MÁX. De otro modo, se mostrará un mensaje de Error.

## GUÍA DE CICLO DE VAPOR

| Vapor | Tiempo programado por la fábrica | Control de temp. | Nivel de Secado | Estado de tela | Tipo de tela | Cantidad Máx. |
|---|---|---|---|---|---|---|
| STEAM FRESH™ | STEAM FRESH™ Refrescamiento al vapor (20 min.) | ● | | Seca | Edredón Camisas *excepto telas especialmente delicadas | Camisas (1 cada) 5 cada |
| + REDUCCION DE ESTATICA | STEAM FRESH™ Refrescamiento al vapor (10 min.) | ● | | Seca | Camisas *excepto telas especialmente delicadas | 8 lbs. |
| + PLANCHADO FACIL | STEAM FRESH™ Refrescamiento al vapor (12 min.) | ● | | Seca | Camisas *excepto telas especialmente delicadas | Camisas (5 cada) |
| MUY POTENTE ALGODON/TOALLAS NORMAL | ● | | Mojada | Siga el ciclo seleccionado | 8 lbs. |
| + REDUCCION DE ESTATICA | PRENSA/PERM. DELICADO | ● | | Mojada | Siga el ciclo seleccionado | Camisas (5 cada) |
| + PLANCHADO FACIL | ULTRA DELICADO | ● | | Mojada | Siga la temperatura seleccionada | 8 lbs. |
| + REDUCCION DE ESTATICA | Secado temporizado (45 min.) | ● | | Mojada | Siga la temperatura seleccionada | Camisas (5 cada) |
| + PLANCHADO FACIL | Secado temporizado (47 min.) | ● | | Mojada | | |

- Camisas: mezcla de 70% algodón/30% poliéster.
- Cuando se tapan el filtro de pelusa o el conducto de salida, las opciones de salida no darán los resultados adecuados.
- Para mejores resultados, las prendas deben ser de tamaños y tipos de tela similares. No sobrecargue la secadora.

# INSTRUCCIONES DEL MANTENIMIENTO PARA EL USARIO

## LIMPIEZA REGULAR

**⚠ ADVERTENCIA:** Para reducir el riesgo de incendio, descargas eléctricas o heridas al usar su electrodoméstico, siga las precauciones básicas, incluyendo lo siguiente:
- **Desenchufe la secadora antes de limpiar la misma para evitar el riesgo de descargas eléctricas.** Si no se cumple con esta advertencia se podrán producir heridas graves, incendios, descargas eléctricas o muerte.
- Al limpiar la secadora nunca utilice químicos de corte, limpiadores abrasivos o solventes. Los mismos dañarán su aspecto.

### Limpieza del exterior

El mantenimiento adecuado de su secadora podría prolongar su vida útil. El exterior de la unidad puede limpiarse con agua tibia y un detergente de jabón medio, no abrasivo. Limpie inmediatamente cualquier clase de fuga, con un trapo suave y húmedo.
**IMPORTANTE:** No use alcohol desnaturalizado, disolventes o productos similares.
Nunca use limpiadores abrasivos o de lana metálica; pueden dañar la superficie.

### Limpieza del interior

Limpie con un paño alrededor de la abertura y el sello de la puerta con un paño suave húmedo para prevenir la acumulación de pelusa y polvo que podrían dañar el sello de la puerta.
Limpie la abertura con un paño suave humedecido con agua caliente y un detergente suave no abrasivo para el hogar; luego seque con un paño.
Se puede limpiar el tambor de acero inoxidable con un limpiador de acero inoxidable convencional, usado según las especificaciones del fabricante.
Nunca use limpiadores abrasivos ni de lana metálica; pueden raspar o dañar la superficie.

### Limpieza alrededor y debajo de la secadora

Aspire la pelusa y polvo alrededor de la secadora y debajo de ella con regularidad. Se debe revisar que el sistema de conductos de ventilación no tenga acumulación de pelusa y se debe limpiar una vez por año. Si se percibe una reducción del flujo de aire o desempeño del secado notorios, revise que el sistema de conductos no esté bloqueado ni tenga obstrucciones.

### Mantenimiento del sistema de conductos

Se debe revisar que el sistema de conductos de ventilación no tenga acumulación de pelusa y se debe limpiar una vez por año. Si se percibe una reducción del flujo de aire o desempeño del secado notorios, revise que el sistema de conductos no esté bloqueado ni tenga obstrucciones. Llame a un técnico o proveedor de mantenimiento calificados.




Filtro de pelusa

### Limpieza del filtro de pelusa

Limpie siempre el filtro de pelusa después de cada ciclo.

Para limpiarlo, abra la puerta de la secadora y tire del filtro de pelusa verticalmente. Luego:

❶ Con los dedos, enrolle cualquier pelusa para retirarla del filtro, o

❷ Limpie el filtro de pelusa con un aspirador, o

❸ Lave el filtro de pelusa en una solución de agua caliente y jabonosa y luego deje que se seque profundamente antes de reinstalar.

**NOTA:** NUNCA opere la secadora sin haber colocado antes el filtro de pelusa.

# RESOLUCIÓN DE PROBLEMAS

## ANTES DE LLAMAR A MANTENIMIENTO

Su secadora está equipada con un sistema de monitoreo de errores automático para la detección y el diagnóstico de problemas en una etapa temprana. Si su secadora no funciona adecuadamente o no funciona en lo absoluto, revise lo siguiente antes de llamar a mantenimiento.

| Problema | Causas posibles | Soluciones |
|---|---|---|
| La secadora no se enciende | • El cable eléctrico no está enchufado adecuadamente.<br>• La potencia se quemó, el cortacircuitos se ha accionado, o ha ocurrido una interrupción eléctrica. | • Asegúrese de que el enchufe esté conectado adecuadamente a tierra, que se segura en un tomacorriente con conexión a tierra, que se corresponda a la placa de clasificación.<br>• Reactive el disyuntor o cambie el fusible. Si el problema se debe a una sobrecarga de circuito, pida a un electricista calificado que solucione el problema. |
| La secadora no calienta | • El fusible del hogar está quemado, el cortacircuitos se ha accionado, o ha ocurrido una interrupción eléctrica.<br>• Se ha asegado el suministro o servicio de gas (solo modelos a gas). | • Reactive el disyuntor o cambie el fusible. No aumente la capacidad del fusible. Si el problema se debe a una sobrecarga de circuito, pida a un electricista calificado que solucione el problema.<br>• Confirme que la válvula de corte de gas de la vivienda y la válvula de corte de gas de la secadora estén completamente abiertas. |
| Manchas de grasa o suciedad en las prendas | • Suavizador de telas usado incorrectamente.<br>• Prendas limpias y sucias secadas juntas.<br>• Prendas limpias y sucias secadas juntas. | • Confirme y siga las instrucciones provistas con su suavizador de telas.<br>• Asegúrese de usar la secadora solo para secar artículos limpios, ya que los artículos sucios pueden ensuciar las prendas limpias en la misma carga o en las subsiguientes.<br>• Las manchas en ropa seca son en realidad manchas que no se eliminaron durante el proceso de lavado. Asegúrese de que las ropas queden completamente limpias de acuerdo con las instrucciones de su lavadora y detergente. |
| La pantalla muestra los errores tE1 o tE2 | • No está funcionando el calefactor. | • Apague la secadora y llame a mantenimiento. |
| Pelusa en las prendas | • No se ha limpiado correctamente el filtro de pelusa.<br>• Prendas de lavado no clasificadas adecuadamente.<br>• Exceso de estática en las prendas.<br>• La secadora está sobrecargada.<br>• Pañuelos de papel, papeles, etc. dejados en los bolsillos. | • Asegúrese de limpiar el filtro de pelusa antes de cada carga. Con algunas cargas que producen altas cantidades de pelusa, puede ser necesario limpiar el filtro durante el ciclo.<br>• Algunas telas producen pelusas (por ejemplo: una toalla de algodón peluda blanca) y deben secarse aparte de las prendas que atrapan pelusa (por ejemplo: un par de pantalones de lino negro).<br>• Observe el exceso de estática en las prendas después del secado indicado de la sección más abajo.<br>• Divida las cargas grandes en cargas más pequeñas para realizar el secado.<br>• Revise los bolsillos minuciosamente antes de lavar y secar prendas. |
| Exceso de estática en las prendas después del secado | • No se usa suavizador de tela o se usa incorrectamente.<br>• Las prendas se secaron por demasiado tiempo (excesivamente secas).<br>• Se secan telas sintéticas, planchado permanente, o combinación de materiales sintéticos. | • Use un suavizador de telas para reducir la electricidad estática. Asegúrese de seguir las instrucciones del fabricante.<br>• Sobrecargar una carga de lavado puede causar la acumulación de electricidad estática. Programe los ajustes y una carga de secado menos prolongado, o use los ciclos de secado con sensor (SENSOR DRY).<br>• Estos materiales pueden causar acumulación de estática. Intente usar un suavizador de telas. |

# RESOLUCIÓN DE PROBLEMAS

## ANTES DE LLAMAR A MANTENIMIENTO (cont.)

| Problema | Causas posibles | Soluciones |
|---|---|---|
| El tiempo de secado no es constante | • Los ajustes de calor, el tamaño de la carga, o la humedad de las prendas no son constantes. | • El tiempo de secado para una carga variará dependiendo del ajuste de calor, tipo de calor utilizado (eléctrico, natural, o gas LP), el tamaño de la carga, el tipo de tela, el nivel de humedad de las prendas, y la condición de los conductos de escape y el filtro de pelusa. |
| Las prendas tardan demasiado tiempo en secarse | • La carga no está correctamente clasificada.<br>• Carga grande de telas pesadas.<br>• No se han programado adecuadamente los controles de la secadora.<br>• Se necesita limpiar el filtro de pelusa.<br>• Los conductos de escape están bloqueados, sucios, o el tendido de los conductos es demasiado largo.<br>• El fusible del hogar está quemado, el cortacircuitos se ha accionado, o ha ocurrido una interrupción eléctrica. | • Separe los artículos pesados de los livianos. Los artículos más grandes y pesados requieren de mayor tiempo de secado.<br>• Las telas pesadas requieren de mayor tiempo de secado ya que tienen la capacidad de retener mayor humedad. Para ayudar a reducir y mantener tiempos de secado más constantes para telas pesadas y de mayor tamaño, separe estos artículos en cargas más pequeñas de un tamaño sistemático.<br>• Use los ajustes de control adecuados para el tipo de carga que está secando.<br>• Asegúrese de limpiar el filtro de pelusa antes de cada carga. Con algunas cargas que producen altas cantidades de pelusa, puede ser necesario limpiar el filtro durante el ciclo.<br>• Confirme que el sistema de conducto de escape se encuentre configurado correctamente y que esté libre de desechos, pelusa, ni obstrucciones. Asegúrese de que los reguladores de tiro exteriores abran adecuadamente y no estén bloqueados, atascados, ni dañados.<br>• Reactive el disyuntor o cambie el fusible. No aumente la capacidad del fusible. Si el problema se debe a una sobrecarga de circuito, pida a un electricista calificado que solucione el problema. |
| | • La secadora está sobrecargada.<br>• Hay muy poca carga en la secadora. | • Divida las cargas grandes en cargas más pequeñas para realizar el secado.<br>• Si está secando una carga muy pequeña, añada algunos artículos adicionales para asegurar un acción de giro apropiada. |
| Las prendas están arrugadas | • Las prendas se secaron por demasiado tiempo (excesivamente secas).<br>• Se han dejado las prendas en la secadora por demasiado tiempo una vez ha finalizado el ciclo. | • Secar excesivamente una carga de lavandería puede producir arrugas. Intente secar por un período menos prolongado y retire los artículos mientras aún retienen una cantidad leve de humedad.<br>• Retire inmediatamente todos los artículos de la secadora del ciclo. Use la opción cuidado de arrugas (WRINKLE CARE) para continuar girando las prendas al final de un ciclo, por un plazo máximo... |
| Las prendas encogen | • No se siguen las instrucciones de la etiqueta de la prenda. | • Para evitar que las prendas encojan, siga cuidadosamente las instrucciones de cuidado de telas correspondiente a su prenda, ya que algunas telas encogen naturalmente cuando se lavan. Otras telas se pueden lavar, pero encogen cuando se secan en una secadora. Use un ajuste de giro (sin calor) o la opción secado con estante (RACK DRY). |



# RESOLUCIÓN DE PROBLEMAS

**ANTES DE LLAMAR A MANTENIMIENTO (cont.)**

| Problema | Causas posibles | Soluciones |
|---|---|---|
| No se ve vapor durante el ciclo de vapor. | • Esto es normal. | • Es difícil ver el vapor con la puerta cerrada. |
| El tambor no gira durante el ciclo de vapor. | • Esto es normal. | • El tambor está apagado para que el vapor permanezca en el tambor. |
| No se ve vapor al comienzo del ciclo. | • Esto es normal. | • El vapor se libera en diferentes etapas del ciclo para cada opción. |
| La pantalla muestra BULKY LOAD (carga voluminosa). | • El botón MORE TIME (más tiempo) está presionado. | • Presionando el botón MORE TIME (más tiempo) varias veces configurará el ciclo para una carga grande, como un edredón. |
| La placa superior de la secadora está muy caliente. | • Esto es normal. | • La placa superior de la secadora se calienta durante las funciones de vapor. |
| Olores restantes en la ropa después de STEAM FRESH*. | • STEAM FRESH* no elimina completamente el olor. | • Lave las telas que contienen los olores en un ciclo de lavado normal. |

81



# RESOLUCIÓN DE PROBLEMAS

**ANTES DE LLAMAR A MANTENIMIENTO (cont.)**

| Problema | Causas posibles | Soluciones |
|---|---|---|
| La pantalla muestra: | • Error de entrada de agua. | • Verifique el cajón del alimentador de vapor:<br>(1) El alimentador de vapor debe estar lleno de agua hasta la línea MAX.<br>(2) Constate que el alimentador de vapor esté bien colocado y que el cajón esté completamente cerrado.<br>(3) Apague la secadora, luego vuelva a iniciar el ciclo de vapor.<br>• No use agua destilada; el sensor de nivel de agua del generador de vapor no funcionará.<br>• No funciona la bomba. Desenchufe la secadora y llame al servicio técnico. |
| Gotea agua de la boquilla cuando comienza el ciclo de vapor. | • Esto es normal. | • Esto es condensación de vapor. El agua parará de gotear después de un tiempo. |
| No se produce vapor pero no aparece ningún código de error. | • Error de nivel de agua. | • Desenchufe la secadora y llame al servicio técnico. |
| Las prendas siguen arrugadas después del ciclo STEAM FRESH*. | • Demasiadas prendas o prendas muy diferentes en la secadora. | • Cargas pequeñas de 1 a 5 prendas funcionan mejor.<br>• Cargue menos prendas. Cargue prendas de clase similar. |
| No quedan rayas en la ropa después de STEAM FRESH*. | • La función de este ciclo es quitar las arrugas de las telas. | • Use una plancha para hacer las rayas. |
| Las prendas tienen estática después de REDUCE STATIC (reducir estática). | • Esto es normal. | • Depende del nivel individual de humedad de la piel. |
| Las prendas están muy húmedas o muy secas después de REDUCE STATIC (reducir estática). | • Opciones correctas de secado no seleccionadas. | • Seleccione el peso de la carga manualmente antes de comenzar la opción REDUCE STATIC (reducir estática). |
| Las prendas no quedan uniformemente húmedas después de EASY IRON (planchado fácil). | • Esto es normal. | • Depende de la cantidad o clase de prendas. |
| Gotea agua de la puerta durante EASY IRON (planchado fácil). | • Esto es normal. | • Esto es condensación de vapor sobre la superficie de la puerta. |

# ESPECIFICACIONES/ACCESORIOS OPCIONALES

## ● DIMENSIONES Y ESPECIFICACIONES CLAVE

El aspecto y las especificaciones enumeradas en esta guía podrían variar debido a mejoras constantes del producto.

| Secadora TROMM™ Modelos DLEX8377WM, DLEX8377NM, DLEX8377CM, DLEX8377RM, DLGX8388WM, DLGX8388NM, DLGX8388CM, y DLGX8388RM | |
|---|---|
| Descripción | Secadora serie TROMM con vapor |
| Requisitos eléctricos* | Consulte la placa de clasificación para información en detalles. |
| Requisitos de gas* | NG: 10 a 13 pulgadas WC/LP: 10 a 13 pulgadas WC (Sólo modelos a gas) |
| Dimensiones | 27"(ancho) X 30"(profundidad) X 38¹¹/₁₆"(altura), 50" (P con la puerta abierta) 68,6 cm (ancho) X 76,1 cm (profundidad) X 98,3 cm (altura), 127,0 cm (P con la puerta abierta) |
| Peso neto | 131 libra (59,6 kg) |
| Capacidad de secado | IEC 7,3 pies cúbicos (22,5 lb/10,1 kg) |

*Consulte la placa de clasificación colocada en su secadora.

## ● ACCESORIOS OPCIONALES

Para estos y otros productos LG, llame a su distribuidor LG local, o visite nuestro sitio Web en *us.lge.com*.



**Pedestal**
Incremente el desempeño de su lavadora LG con los pedestales de 35,5 centímetros (14 pulgadas) de alto correspondientes. Proveen un cajón de almacenamiento para brindar mayor comodidad.

**Pedestal 14"**   **Color**
WDP3W          Blanco
WDP3B          Negro
WDP3S          Titanio
WDP3N          Azul Marino
WDP3R          Rojo Cereza
WDP3G          Gris perla

**Kit de apilado**
Si no se dispone de espacio, utilice este kit para apilar de manera segura su lavadora de carga frontal y secadora LG.

**Kit de abrazadera**   **Color**
WSTK1            Blanco
BSTK1            Negro
SSTK1            Titanio
NSTK1            Azul Marino
RSTK1            Rojo Cereza
GSTK1            Gris perla



**Monitor remoto de lavado**
Revise el estado de su carga de lavado desde cualquier lugar en el hogar sin cableado especial. La unidad se enchufa a cualquier tomacorriente de casa estándar y alterna entre el estado de la lavadora y secadora.

# ACCESORIOS OPCIONALES

## ● INSTALACIÓN DEL PEDESTAL

*El accesorio de pedestal incluye:*
- Base de pedestal
- Un (1) divisor de cajón
- Cuatro (4) abrazaderas
- Ocho (8) tornillos
- Llave



*Herramientas necesarias para la instalación:*
- Destornillador Phillips
- Llave (provista)



Para asegurar la instalación segura, siga cuidadosamente las siguientes instrucciones.

### ⚠ADVERTENCIA
- **La instalación incorrecta puede causar accidentes graves.**
- **Los electrodomésticos son muy pesados. Se requiere de dos o más personas para instalar del pedestal. Si esto no se cumple se podrán sufrir daños en la espalda u otras heridas.**
- **No permita que los niños jueguen en el cajón. Existe riesgo de asfixia y heridas.**
- **Nunca se debe parar sobre la manija. Si lo hace se podrán producir heridas graves.**
- **Si los electrodomésticos ya se encuentran instalados, desconéctelos de cualquier fuente de alimentación, tuberías de gas o agua, y de las conexiones de drenaje o ventilación. Si no se cumple con esta advertencia se podrán producir incendios, explosión, descargas eléctricas, o muerte.**

### 1



Para la secadora/combinación

Para la lavadora/combinación

Asegúrese de que las patas niveladoras del electrodoméstico estén replegadas completamente (ver los detalles de nivelación de la lavadora en el Paso 2); luego coloque el electrodoméstico encima del pedestal.

Las patas de la lavadora coincidirán en las posiciones esquineras externas exteriores y las de la secadora coincidirán con las posiciones externas interiores como indicado.

**NOTA:** El conjunto del electrodoméstico y el pedestal deben estar colocados en un piso sólido, resistente y nivelado para obtener el funcionamiento adecuado.

### 2

Una vez que las patas niveladoras de la lavadora estén completamente replegadas, ajustar todas las tuercas de manera segura.

**NOTA:** Las patas niveladoras de la secadora no contienen tuercas.

Ajuste bien las cuatro tuercas de fijación.

## ACCESORIOS OPCIONALES

### INSTALACIÓN DEL PEDESTAL (cont.)

**3** Asegúrese de que la superficie lateral de la lavadora esté limpia y seca. Quite el papel de respaldo de la cinta en la abrazadera.



**4** Coloque la abrazadera la manera indicada. La parte doblada de la abrazadera deberá reposar en todo el borde del pedestal, y los orificios en la parte inferior de la abrazadera deberán alinearse con los orificios en el pedestal.

**5** Instale los 2 tornillos para conectar firmemente la abrazadera al pedestal.

Una vez que se han conectado adecuadamente, apriete firmemente la parte superior de la abrazadera con la cinta de doble lado a un lado del electrodoméstico. Repita los pasos 3 al 5 para conectar las demás abrazaderas.

**NOTA:** Si las abrazaderas no están adecuadamente instaladas, podría ocurrir vibración y ruido. Asegúrese de quitar el respaldo de papel y utilizar todos los tornillos para instalar las abrazaderas.

Transporte el electrodoméstico al sitio deseado.

**6** Afloje las tuercas en las 4 patas niveladoras del pedestal hasta que pueda girarlos con la llave. Gire en el sentido de las manecillas del reloj para levantar o al contrario para bajar. Una vez que el pedestal esté nivelado y todas las 4 patas estén apoyadas firmemente en el piso, asegure de manera segura las tuercas manualmente.

**NOTA:** Puede haber ruido y vibración si las tuercas no están aseguradas.

Asegúrese de conectar los electrodomésticos a todas las tuberías de agua o gas o la fuente de poder o conexiones de ventilación antes de poner en funcionamiento.

Si hay vibración excesiva durante el primer ciclo de funcionamiento después de la instalación, ajuste levemente las patas niveladoras.

*Levantar* — *Bajar*

## ACCESORIOS OPCIONALES

### INSTALACIÓN DEL KIT DE APILADO

**Este kit de apilado incluye:**
- Dos (2) rieles laterales.
- Un (1) riel frontal.
- Cuatro (4) tornillos.



**Herramientas necesarias para la instalación:**
- Destornillador Phillips

**1** Asegúrese de que la superficie de la lavadora esté limpia y seca. Quite el papel de respaldo de la cinta ubicado en una de las abrazaderas laterales del kit de apilado.

**2** Haga coincidir la abrazadera lateral del lado de la parte superior de la lavadora en donde se indica en la ilustración anterior. Apriete firmemente el área adhesiva de la abrazadera a la superficie de la lavadora. Asegure la abrazadera lateral a la lavadora con un tornillo en su lado trasero. Repita los pasos 1 y 2 para conectar la abrazadera del otro lado.



Para asegurar la instalación segura, siga las siguientes instrucciones.

### ⚠ ADVERTENCIA

- **La instalación incorrecta puede causar accidentes graves.**
- **El peso de la secadora y la altura de la instalación hacen que el procedimiento de apilado sea demasiado riesgoso para que lo realice una sola persona. Se requiere de dos o más personas para instalar el kit de apilado. Si esto no se cumple se podrán sufrir daños en la espalda u otras heridas.**
- **No utilizar el kit de apilado con una secadora a gas en combinación potencialmente inestables tales como una casa rodante. Si lo hace se podrán producir heridas graves.**
- **Coloque la lavadora sobre un piso sólido, estable, y nivelado para soportar el peso de ambos electrodomésticos. Si lo hace se podrán producir heridas graves.**
- **Si los electrodomésticos ya se encuentran instalados, desconéctelos de cualquier fuente de alimentación, tuberías de gas o agua, y de las conexiones de desagüe o ventilación. Si no se cumple con esta advertencia se podrán producir incendios, explosión, descargas eléctricas o muerte.**



# ACCESORIOS OPCIONALES

## INSTALACIÓN DEL KIT DE APILADO (cont.)



**3** Coloque la secadora sobre la lavadora haciendo coincidir las patas en las abrazaderas laterales como se indica. Evite lesionarse los dedos; no deje que los dedos queden atrapados entre la lavadora y la secadora. Deslice despacio la secadora hacia la parte trasera de la lavadora hasta que los topes de la abrazadera lateral coincidan con las patas de la secadora.



**4** Inserte el riel frontal entre la parte inferior de la secadora y la parte superior de la lavadora. Empuje el riel frontal hacia la parte trasera de la lavadora hasta que entre en contacto con los topes del riel lateral. Instale los dos tornillos restantes para asegurar el riel frontal a los laterales.

---



## LG ELECTRONICS, INC.
### GARANTÍA LIMITADA DE LA SECADORA LG – EE. UU.

Su secadora LG será reparada o reemplazada, a discreción de LG, si se comprueba que existe un defecto en el material o la mano de obra bajo condiciones de uso normales, durante el período de garantía ("Período de garantía") establecido más abajo, vigente desde la fecha ("Fecha de compra") de la compra del cliente original del producto. Esta garantía es válida únicamente para el comprador original del producto y cuando se usa en EE. UU., incluyendo Alaska, Hawaii, y los territorios de los EE. UU., exclusivamente.

**PERÍODO DE GARANTÍA:**

**MANO DE OBRA:** Un año desde la Fecha de compra.

**PIEZAS:** Un año desde la Fecha de compra.

Las unidades de reemplazo y piezas de reparación podrían ser nuevas o refabricadas.

Las unidades de reemplazo o piezas de reparación están garantizadas por la porción restante del período de garantía de la unidad original.

**CÓMO SE ADMINISTRA EL MANTENIMIENTO:**

**Mantenimiento en el hogar "In-Home":**

Guarde la factura fechada del distribuidor o la boleta de entrega como evidencia de la Fecha de compra como prueba para la garantía, y entregue una copia de la factura al técnico de mantenimiento al momento que se presta el mantenimiento.

**Llame al 1-800-243-0000 y escoja la opción adecuada para ubicar a su Centro de Mantenimiento Autorizado LG más cercano.**

O visite nuestro sitio Web en: http://www.lgservice.com.

ESTA GARANTÍA REEMPLAZA CUALQUIER OTRA, EXPRESA O IMPLÍCITA, INCLUYENDO SIN LIMITACIÓN, CUALQUIER GARANTÍA DE COMERCIALIZACIÓN O ADECUACIÓN PARA UN PROPÓSITO DETERMINADO. EN LA MEDIDA REQUERIDA POR LA LEY, CUALQUIER GARANTÍA IMPLÍCITA SE LIMITA EN SU VIGENCIA AL PERÍODO DE GARANTÍA EXPRESA INDICADO MÁS ARRIBA. NI EL FABRICANTE NI EL DISTRIBUIDOR DE LOS EE. UU. SERÁN RESPONSABLES POR DAÑOS INCIDENTALES, CONSECUENCIALES, INDIRECTOS, ESPECIALES, O PUNITIVOS DE CUALQUIER NATURALEZA INCLUYENDO SIN LIMITACIÓN, PÉRDIDA DE GANANCIAS O INGRESOS, O CUALQUIER OTRA CLASE DE DAÑOS, CONTRACTUALES, EXTRACONTRACTUALES, O DE CUALQUIER TIPO. Algunos estados no permiten la exclusión o limitación de daños incidentales o consecuenciales o limitación en la duración de una garantía implícita, de modo que la exclusión o limitación indicada anteriormente podría no aplicar en su caso. Esta garantía le brinda derechos legales específicos y podría también tener otros derechos que varían según el estado.

**ESTA GARANTÍA LIMITADA NO APLICA A:**

- Viajes de mantenimiento desde su hogar para entrega, recepción y/o instalación del producto, instrucción, o reemplazo de fusibles del hogar o cableado adecuado o corrección de reparaciones no autorizadas.
- Los daños o problemas operativos que resulten de la negligencia en el uso, el abuso, o el funcionamiento fuera de las especificaciones medioambientales o inconsistentes con los requisitos de precauciones establecidos en la Guía de funcionamiento, accidente, incendio, inundación, instalación inadecuada, casos de fuerza mayor, modificación o alteración no autorizada, corriente o voltaje incorrectos, o uso comercial, o uso diferente al indicado.

El costo de reparación o reemplazo bajo estas circunstancias excluidas será responsabilidad del cliente.

**NÚMEROS DE CENTROS INTERACTIVOS DE CLIENTE**

| **Para obtener Asistencia para el cliente, información del producto, o mantenimiento o distribuidor autorizado:** | **Llame al 1-800-243-0000** (24 horas al día, 365 días al año), y seleccione la opción adecuada a partir del menú. |
|---|---|
| | **O visite nuestro sitio Web en: http://www.lgservice.com.** |

**PARA CONTACTAR A LG ELECTRONICS POR CORREO:**
LG Customer Interactive Center
P.O. Box 240007
201 James Record Road
Huntsville, Alabama 35824
ATTN: CIC

87