# Exhibit B
# Part 2

# Product Documentation



P/N: 3MHK0155D1

DO NOT DISCARD

## IMPORTANT SAFETY NOTICE

The information in this service guide is intended for use by individuals possessing skill and experience in electrical, electronic, and mechanical appliance repair. Any attempt to repair a major appliance may result in personal injury and property damage. The manufacturer or seller cannot be responsible for the interpretation of this information, nor can it assume any liability in connection with its use.

## RECONNECT ALL GROUNDING DEVICES

If grounding wires, screws, straps, clips, nuts, or washers used to complete a path to ground are removed for service, they must be returned to their original position and properly fastened.

## WHAT TO DO IF YOU SMELL GAS:

■ Do not try to light a match, or cigarette, or turn on any gas or electrical appliance.
■ Do not touch any electrical switches. Do not use any phone in your building.
■ Clear the room, building, or area of all occupants.

■ Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions carefully.
■ If you cannot reach your gas supplier, call the fire department.

― OR ―

### IMPORTANT
Electrostatic Discharge (ESD)
Sensitive Electronics

ESD problems are present everywhere. ESD may damage or weaken the electronic control assembly. The new control assembly may appear to work well after repair is finished, but failure may occur at a later date due to ESD stress.

■ Use an anti-static wrist strap. Connect wrist strap to green ground connection point or unpainted metal in the appliance.
― OR ―
Touch your finger repeatedly to a green ground connection point or unpainted metal in the appliance.
■ Before removing the part from its package, touch the anti-static bag to a green ground connection point or unpainted metal in the appliance.
■ Avoid touching electronic parts or terminal contacts; handle electronic control assembly by edges only.
■ When repackaging failed electronic control assembly in anti-static bag, observe the instructions above.



### ⚠ WARNING!
Disconnect the power and turn off gas before servicing.
When you disassemble, for servicing, be sure to take gloves and careful cabinet edge.
Failure to follow these instructions can result in death or electrical shock.

## DIAGNOSTIC GUIDE

### Before servicing, check the following:

• Make sure there is power at the wall outlet.
• Has a fuse blown or circuit breaker tripped? Time delay fuse?
• Is the dryer vent properly installed and clear of lint or obstructions?
• Check all connections before replacing components. Look for broken or loose wires, failed terminals, or wires not pressed into connectors far enough.
• The most common cause for control failure is corrosion on connectors. Therefore, disconnection and reconnecting wires will be necessary throughout test procedures.
• Connectors: Look at the top of connector. Check for broken or loose wires. Check for wires not pressed into connector far enough to engage metal barbs.
• Resistance checks must be made with power cord unplugged from outlet.

## DIAGNOSTIC TESTS

This TEST should be used qualified service personnel only. Activating the heater manually with the door open may trip the thermostat attached to the heater, therefore do not activate it manually.
(Do not the door switch to operate the heater while the door is open)

## ACTIVATING THE DIAGNOSTIC TEST MODE

1. UNIT must be in standby (unit plugged in, display off)
2. Press POWER while pressing MORE TIME and LESS TIME simultaneously.
3. Press START/PAUSE button to advance through diagnostics.

| Pressing the START/PAUSE button | CHECKING ACTION | DISPLAY | CHECKPOINT | REMARK |
|---|---|---|---|---|
| None | Electric control & Temperature sensor | LQC TEST | Won't power up Defective LED or LCD | See test 1 |
| | | tE1 | Thermistor open | See test 2 |
| | | tE2 | Thermistor close | |
| Once | Motor | 30 = Low moisture 239 = High moisture | Motor runs | See test 3 |
| | | | Displays Moisture Sensor Operation: If moisture sensor is contacted with damp cloth. The display number is below 180, in normal condition. | See test 4 |
| Twice | ■ ELECTRIC TYPE Motor + Heater 1 (2700W) ■ GAS TYPE Motor + Valve | Current Temp. (5° ~ 70°C) | ■ ELECTRIC TYPE Heater runs-2700W ■ GAS TYPE  GAS Valve runs (Display the temperature in the drum.) | Gas valve See test 7 |
| 3 times | ■ ELECTRIC TYPE Motor + Heater 1 +Heater 2 (5400W) ■ GAS TYPE Motor+Valve | Current Temp. (5° ~ 70°C) | ■ ELECTRIC TYPE Heater runs-5400W ■ GAS TYPE  GAS Valve runs (Display the temperature in the drum.) | Gas valve See test 7 |
| 4 times | Motor, Heater | 30 = Low moisture 239 = High moisture | Motor, Heater Off | |
| 5 times | Control Off | | | Auto Off |
| During check, if the door is open. | Motor & Heater Off + Lamp On + Buzzer beeps several times | "dE" or "Simd" (THE DOOR IS OPEN)PLEASE CLOSE THE DOOR COMPLETELY) | Door switch | See test 6 |
| | | | Lamp | |
| During check, If the door is closed. | Motor on & Heater Off + Lamp Off | 70 ~ 239 | ✱ Press START once and open the door. Press START again to proceed with step 1. Press START again to proceed to steps 2, 3, and 4.  ✱ Press START twice and open the door. Proceed again through steps 1 ~ 4.  ✱ Press START third and open the door. Proceed again through steps 1~4. | |

## DISPLAY FAULT/ERROR CODES

The error codes below will be displayed when attempting to start a drying cycle, or after activating the Diagnostic Test mode.

| DISPLAY | CHECKING POINT | REMARK |
|---|---|---|
| TE1 | Thermistor open | See test 2 |
| TE2 | Thermistor close | |
| dE | Door switch | See test 6 |
| | Lamp | |

FOR SERVICE TECHNICIAN ONLY

P/NO. MFJ40015501
Tech Sheet

DO NOT DISCARD

## 27" LG DRYER TROUBLE SHOOTING MAP



- Check fuse
- Check control connection
- Check controller

- Broken or loosen belt
- Loosen Connection
- Bad Motor, Micro switch

- Loosen connection
- Thermostat (hi-limit, safety)
- Bad heater or igniter
- Check valve and flame sensor

- Duct is clogged
- Lint filter check
- Too much loads → Time dry
- Check air flow

### A. No Power



Check Fuse for 120V and 240V ☞ See Test 2

Check connection ☞ See Test 1

Check controller → Exchange

### B. Drum Does Not Rotate



The dryer is in PAUSE mode. Press START.

The door is open. After closing it, press START.

Plug in the motor connector.

The belt is off the pulley or broken.

Motor housing
Micro switch
Thermostat
Harness
☞ See Test 1

### C-1. No Heating for Electric



Go to B. DRUM DOES NOT ROTATE

Plug in the heater connector

Check the parts after disassembling

If Resistance of safety is ∞, the safety is broken. Replace the safety & hi-limit thermostat. ☞ See Test 6

☞ See Test 6

After fixing the dryer, run the TEST MODE. If the heat works, your dryer is not broken. Check your ductwork to see if it is filled with lint or installed wrong.

### C-2. No Heating for Gas



Go to B. DRUM DOES NOT ROTATE

Check the parts after disassembling

Check for broken igniter. ☞ Component testing No.11

* Check if gas valve is turned off or (L.P. only) the tank is empty.
* If the igniter works every couple of minutes, replace the flame detector.

- If Resistance of Safety is ∞, the Safety is broken.
- After reset the safety, replace the hi-Limit thermostat. ☞ See Test 7

☞ See Test 7

After fixing the dryer, run the TEST MODE. If the heat works, your dryer is not broken. Check your ductwork to see if it is filled with lint or installed wrong.

P/No.: MPK3D01501
Tech Sheet                                                                    DO NOT DISCARD

## D. Poor or NO Drying



| | NO | Go to C. NO HEATING for gas or electric |
| YES | | |
| | YES | Dry level is changeable. If dry level is set low or ultra low, change to a higher level |
| NO | | |
| | YES | Clean the lint filter. |
| NO | | |
| | NO | Clean the duct. Make sure it is properly installed. |
| YES | | |
| | YES | Small loads should be dried using TIME DRY instead of SENSOR DRY. |
| NO | | |

After fixing the dryer, run the TEST MODE.

## Test 1. Motor Test

| Caution | Before measuring resistance, be sure to turn power off, and do voltage discharge. (When discharging, contact the metal plug of Power cord with earth line.) |
| Trouble Symptom | Drum does not rotate, fan and heater do not operate. |
| Measurement Condition | Unplug dryer, then measure resistance. |



Is resistance below 3Ω between Connector WH① (White wire) and BL2-② (Brown wire)? ※ Measure while door is closed. → YES → • Replace control. (Relay check) • Check controller connector.
→ NO →
Is resistance below 3Ω between Connector WH① (White wire) and BL2-① (Yellow wire)? ※ Measure while door is closed. → NO → • Check if door frame presses door switch knob. • Check door switch • Check harness connection.
→ YES →
Is resistance below 3Ω between Connector BL2-① (Yellow wire) and BL2-② (Brown wire)? → YES → • Replace control. (Relay check) • Check controller connector.
→ NO →
Is resistance below 1Ω between terminals of outlet thermostat attached to blower housing? → NO → • Replace outlet. • Thermostat. (Refer to COMPONENT TEST INFORMATION.)
→ YES →
Is idler switch attached to motor bracket operate level by drum belt? (Not operating lever is normal.) → YES → • Check Idler Assembly. • Drum Belt cuts off • Drum Belt takes off from Motor Pulley.
→ NO →
Is resistance below 1Ω between Idler Switch terminals? → NO → • Replace idler switch.
→ YES →
• Check Motor. (Refer to MOTOR DIAGRAM AND SCHEMATIC.) • Check if control connector is plugged in.

## Test 2. 120V AC Electrical Supply

| Caution 1 | When measuring power, be sure to wear insulated gloves to avoid an electric shock. |
| Trouble Symptom | No power was applied to Controller. Display (LCD or LED) off. |
| Measurement Condition | Dryer power on, collector plugged in. |



Check the outlet, is the voltage 110V ~ 125V AC? → NO → • Check the fuse or circuit breaker.
→ YES →
Check if the voltage measured between Connector BK2 or WH2- 2 (Black Wire) Linked to the Controller and WH1- 1 (White Wire) is between 110~125V? → NO → • Check if the power cord is properly connected.
→ YES →
① Check if the controller wire is disconnected. ② Check if Terminal Block and Power Cord are connected (Check Plug). - Does Power Cord N (Natural) line match to Terminal Center N (Natural) line? → NO → • Reconnect the controller.
→ YES →
Replace the controller

## Test 3. Thermistor Test --- Measure with Power Off

| Caution | Before measuring resistance, be sure to turn power off, and do voltage discharge. (When discharging, contact the metal plug of the power cord with ground.) |
| Trouble Symptom | ① During diagnostic test, tE1 and tE2, an error occurs. ② During operation, the heater does not turn off. ③ Difference between actual and sensed temperature is significant. |
| Measurement Condition | After turning power off, measure the resistance. |



Short with metal to the 6 pin connector's Pin ② (Blue Wire) and Pin ④ (Orange Wire) to Controller. → YES → • Check if control and the 6 pin connector are properly connected. • Replace controller.
→ NO →
Check if resistance is in the range of Table 1 when measuring resistance between terminals after separating harness from thermistor assembly connector. → NO → • Replace thermistor.
→ YES →
Check harness-linking connector.

3

**FOR SERVICE TECHNICIAN ONLY**

P/NO. EMAK000650 1
Tech Sheet

DO NOT DISCARD

■ **Table 1. Resistance for Thermistor Temperature.**

| Air TEMP. °F (°C) | RES. KΩ | Air TEMP. °F (°C) | RES. KΩ | Air TEMP. °F (°C) | RES. KΩ |
|---|---|---|---|---|---|
| 50°F (10°C) | 18.0 | 90°F (32°C) | 7.7 | 130°F (54°C) | 2.9 |
| 60°F (16°C) | 14.2 | 100°F (38°C) | 6.2 | 140°F (60°C) | 3.0 |
| 70°F (21°C) | 11.7 | 110°F (43°C) | 5.2 | 150°F (66°C) | 2.5 |
| 80°F (27°C) | 9.3 | 120°F (49°C) | 4.3 | 160°F (71°C) | 2.2 |

## Test 4. Moisture Sensor

| | |
|---|---|
| **Caution** | Before measuring resistance, be sure to turn the power off, and do voltage discharge. (When discharging, contact the metal plug of the power cord with ground line.) |
| **Trouble Symptom** | Degree of dryness does not match dry level setting. |
| **Measurement Condition** | Turn the power off, then measure resistance. |



## Test 5. Door Switch Test

| | |
|---|---|
| **Caution** | Before measuring resistance, be sure to turn the power off, and do voltage discharge. (When discharging, contact the metal plug of the power cord with earth line.) |
| **Trouble Symptom** | Door opening is not sensed. (During operation, when opening Door, Drum motor and Heater run continuously) Door Close is not sensed. (Drum motor will not operate. Display will flash at half second intervals.) |
| **Measurement Condition** | After turning the dryer power off, measure the resistance. |



4

P/No.: MDK40081-0??
Test sheet

DO NOT DISCARD



## Test 6. Heater Switch Test - Electric Type

| Caution | Before measuring resistance, be sure to turn the power off, and do voltage discharge. (When discharging, contact the metal plug of the power cord with a ground line.) |
|---|---|
| Trouble Symptom | While operating, Heating will not work. Drying time takes longer. |
| Measurement Condition | After turning the power off, measure the resistance. |

1. Is resistance between Heater terminal ① and ② between 18 ~ 22Ω?
2. Is resistance between Heater terminal ① and ③ between 18 ~ 22Ω?
3. Is resistance between Heater terminal ② and ③ between 9 ~ 11Ω?

→ NO → • Replace the heater.

↓ YES

Check if the value of measured resistance is below 1Ω between terminal TH2 (Safety Thermostat).

→ NO → • Replace TH2(Safety Thermostat) and TH3 (Hi-Limit thermostat)

↓ YES

Check if the value of measured resistance is below 1Ω between terminal TH3 (Hi-Limit Thermostat).

→ NO → • Replace TH2(Safety Thermostat) and TH3 (Hi-Limit thermostat)

↓ YES

Check motor. Check if the value of measured resistance is below 1Ω between terminal ① and ⑧ at RUN condition.

→ NO → • Check the motor and replace it.

↓ YES

Check controller. Check harness-linking Connector.

■ Others    ■ Only for FLOW SENSE model

TH3  TH2      TH3  TH2

L2(Red) L2S(White)   L2(Red)  L2S(White)

※ Wires
• L2(Red)
• L2D(White) : Go to the duct(YL3 in main pcb).
• L2S(White) : Go to the safety.



## Test 7. GAS Valve Test - Gas Type

| Caution | When measuring power, be sure to wear insulated gloves to avoid electric shock. |
|---|---|
| Trouble Symptom | Dryer runs but no heat. Drying time takes longer. |
| Measurement Condition | With dryer power on |

Power On & Start (Normal Cycle)

↓ NO

Does the voltage at valve 1 measure greater than 90 VDC?

→ NO → • Check thermostat hi-limit safety

↓ YES

Igniter operates? (after 1 minute, igniter becomes reddish)

→ NO → • Check igniter and flame detector.

↓ YES

Does the voltage at valve 2 measure greater than 90 VDC 10 seconds after the igniter is turned off?

→ YES → • Check gas connection or gas supply

↓ NO

Does the terminal resistance at valves 1 and 2 measure greater than 2.5 KΩ? (Measure after power is turned off?)

→ YES → • Replace valve.

↓ NO

If valves 1 and 2 measure less than 10 VDC, are the valves off?

→ NO → • Replace valve.

↓ YES

• Harness check
• Controller change

NOTE : When the gas valve operates after disassembling, ignition will be off several seconds. It is normal because there is no circulation of air.

FOR SERVICE TECHNICIAN ONLY

P/No.: MFL40165010    DO NOT DISCARD.

## Component Testing Information

⚠ CAUTION

| Component | Test Procedure | Check Result | Remark |
|---|---|---|---|
| 1. Thermal cut off ¥ Check Top Marking: N130 | Measure resistance of terminal to terminal ① Open at 266 ± 12°F (130 ± 7°C) ② Auto reset 31°F (35°C) Same shape as outlet thermostat. | If the thermal fuse is blown, it must be replaced. ① Resistance value ≒ ∞ ② Continuity (250°F ↓) < 1Ω | • Heater case-safety • Electric type |
| 2. Hi-limit thermostat (Auto reset) | Measure resistance of terminal to terminal ① Open at 257 ± 9° F (125 ± 5° C) ② Close at 221 ± 9° F (105 ± 5° C) | ① Resistance value ≒ ∞ ② Resistance value < 5Ω | • Heater case hi-limit. • Electric type |
| 3. Outlet thermostat (Auto reset) ¥ Check Top Marking: N85 | Measure resistance of terminal to terminal ① Open at 185 ± 9° F (85 ± 5° C) ② Close at 149 ± 9° F (65 ± 5° C) Same shape as Thermal cut off. | ① Resistance value ≒ ∞ ② Resistance value < 5Ω | • Blower housing Safety • Electric type |
| 4. Lamp holder | Measure resistance of terminal to terminal | Resistance value 80Ω ~ 100Ω | |
| 5. Door switch | Measure resistance of the following terminal 1) Door switch knob open ① Terminal COM - NC (1-3) ② Terminal COM - NO (1-2) 2) Door switch push push ① Terminal COM - NC (1-3) ② Terminal COM - NO (1-2) | ① Resistance value < 1Ω ② Resistance value ≒ ∞ ① Resistance value ≒ ∞ ② Resistance value < 1Ω | Button pressed is closed circuit. |
| 6. Idler switch (Micro switch) | Measure resistance of the following terminal COM - NC | 1. lever open ① Resistance value < 1Ω 2. Lever push (close) ② Resistance value ≒ ∞ | |

| Component | Test Procedure | Check result | Remark |
|---|---|---|---|
| 7. Heater | Measure resistance of the following terminal ① Terminal 1 (COM) - 2 ② Terminal 1 (COM) - 3 ③ Terminal 2 - 3 | ① Resistance value 10Ω ② Resistance value 10Ω ③ Resistance value 20Ω | • Electric dryer |
| 8. Thermistor | Measure resistance of terminal to terminal Temperature condition 58 °F ~ (10~40 °C) 58 °F ~ 104 °F (10~40 °C) | Resistance value 10Ω | • Heater case hi-limit • Electric type |
| 9. Gas valve | Measure resistance of the following terminal ① Valve 1 terminal ② Valve 2 terminal | ① Resistance value > 1.5 kΩ ② Resistance value > 2.5 kΩ or 1.5 ~ 2.5 kΩ | • Gas dryer |
| 10. Igniter | Measure resistance of terminal to terminal | Resistance value 100~800Ω | • Gas dryer |
| 11. Flame Detect | Measure resistance of terminal to terminal ① Open at 370° F (Maximum) ② Close at 320° F | ① Resistance value ≒ ∞ ② Resistance value < 1Ω | • Gas dryer |
| 12. Outlet Thermostat (Auto reset) ¥ Check Top Marking: N95 | Measure resistance of terminal to terminal ① Open at 203 ± 7° F (95 ± 5° C) ② Close at 158 ± 9° F (70 ± 5° C) | ① Resistance value ≒ ∞ ② Continuity < 1Ω | • Gas dryer • Gas funnel |
| 13. Outlet Thermostat (Manual reset) ¥ Check Top Marking: N100 | Measure resistance of terminal to terminal ① Open at 212 ± 12° F (100 ± 7° C) ② Manual reset | If thermal fuse is open must be replaced ① Resistance value ≒ ∞ ② Continuity < 1Ω | • Gas dryer • Gas funnel |

FOR SERVICE TECHNICIAN ONLY

P.No : 3NHK00150HS
Tech Sheet                                                                                    DO NOT DISCARD

### ELECTRIC DRYER WIRING DIAGRAM



### GAS DRYER WIRING DIAGRAM



FOR SERVICE TECHNICIAN ONLY

P/No.: MTR40015501
Tech Sheet

DO NOT DISASM'D

## Change GAS setting (Natural gas or Propane (LP) gas)

### ⚠WARNING

This conversion kit shall be installed by a qualified service agency in accordance with the manufacturer's instructions and all applicable codes and requirements of the authority having jurisdiction.

The information in these instructions must be followed to minimize the risk of fire or explosion or to prevent property damage, personal injury, or death.

Natural to-propane conversion must be performed by a licensed and certified gasfitter.

The installation is not proper and complete until the operation of the converted appliance is checked as specified in the manufacturer's instructions supplied with the kit.

### Kit Contents (SERVICE Parts Assembly 383EEL3002A)

- Orifice
- Replace Label
- Instruction sheet

The conversion shall be carried out in accordance with the requirements of the provincial authorities having jurisdiction and in accordance with the requirements of the CSA B149.1 INSTALLATION CODE.

Unit : mm

| Gas type | Orifice P/No | Marking | Shape | Orifice Dia |
|----------|--------------|---------|-------|-------------|
| Natural Gas | 4948EL4001B | NCU | | 2.27±0.015 |
| Propane Gas | 4948EL4002B | PCU | | 1.613±0.015 |

### Orifice Replacement



Orifice

1. To avoid personal injury, disconnect power before servicing this dryer.
2. Gas supply line shutoff valve must be in OFF position.
3. Disassemble the dryer.
4. Replace orifice as follows:
   ① Remove 2 screws.
   ② Disassemble the pipe assembly.
   ③ Replace Natural Gas orifice with Propane Gas orifice.
5. Set the Gas Valve as follows (Dryer shipped set for NATURAL gas.)
   - Using a flat blade screwdriver, close the change screw



Close Change screw        Full open Change screw

Propane Gas Setting      Natural Gas Setting

6. After replacement and reassembly, check dryer operation.
7. Attach the LP changeover label at the point the gas pipe enters the dryer.



GAS TYPE
LPG

### ■ GAS VALVE FLOW



### GAS IGNITION



### GAS VALVE STRUCTURE



* Clothes dryer input ratings are based on sea level operation and need not be changed for operation up to 2,000 feet elevation. For operation at elevations above 2,000 feet, input ratings should be reduced at the rate of 4 percent for each 1,000 feet above sea level.

**FOR SERVICE TECHNICIAN ONLY**





**duet** ® steam

# ELECTRONIC
# ELECTRIC DRYER

## Use & Care Guide

For questions about features, operation/performance, parts,
accessories or service, call: **1-800-253-1301**

or visit our website at... **www.whirlpool.com**

Table of Contents ................................................ 2

# TABLE OF CONTENTS

DRYER SAFETY...................................................................2
INSTALLATION INSTRUCTIONS ...............................................3
Tools and Parts .................................................................3
Options...............................................................................4
Location Requirements ...................................................4
Electrical Requirements ..................................................7
Electrical Connection ......................................................8
Venting Requirements.....................................................13
Plan Vent System ............................................................14
Install Vent System ..........................................................15
Install Leveling Legs .......................................................15
Connect Vent.....................................................................15
Connect Inlet Hose...........................................................16
Level Dryer ......................................................................16
Complete Installation ....................................................16
DRYER USE ......................................................................17
Starting Your Dryer...........................................................17
Stopping Your Dryer .......................................................19
Pausing or Restarting......................................................19

Control Locked....................................................................19
Drying and Cycle Tips ......................................................19
Status Lights......................................................................19
Cycles................................................................................20
Additional Features ...........................................................21
Changing Cycles, Options and Modifiers......................22
Drying Rack Option ...........................................................22
DRYER CARE......................................................................23
Cleaning the Dryer Location..............................................23
Cleaning the Lint Screen ...................................................23
Cleaning the Dryer Interior ...............................................23
Removing Accumulated Lint ..............................................24
Water Inlet Hoses ..............................................................24
Vacation, Storage and Moving Care..................................24
Changing the Drum Light ..................................................24
TROUBLESHOOTING ........................................................25
ASSISTANCE OR SERVICE ................................................27
ACCESSORIES .................................................................27
WARRANTY .......................................................................28

# DRYER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.



This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING."
These words mean:

**⚠ DANGER**

You can be killed or seriously injured if you don't <u>immediately</u> follow instructions.

**⚠ WARNING**

You can be killed or seriously injured if you don't follow instructions.

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the dryer, follow basic precautions, including the following:

- Read all instructions before using the dryer.

- Do not place items exposed to cooking oils in your dryer. Items contaminated with cooking oils may contribute to a chemical reaction that could cause a load to catch fire.

- Do not dry articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, or other flammable or explosive substances as they give off vapors that could ignite or explode.

- Do not allow children to play on or in the dryer. Close supervision of children is necessary when the dryer is used near children.

- Before the dryer is removed from service or discarded, remove the door to the drying compartment.

- Do not reach into the dryer if the drum is moving.

- Do not install or store the dryer where it will be exposed to the weather.

- Do not tamper with controls.

- Do not repair or replace any part of the dryer or attempt any servicing unless specifically recommended in this Use and Care Guide or in published user-repair instructions that you understand and have the skills to carry out.

- Do not use fabric softeners or products to eliminate static unless recommended by the manufacturer of the fabric softener or product.

- Do not use heat to dry articles containing foam rubber or similarly textured rubber-like materials.

- Clean lint screen before or after each load.

- Keep area around the exhaust opening and adjacent surrounding areas free from the accumulation of lint, dust, and dirt.

- The interior of the dryer and exhaust vent should be cleaned periodically by qualified service personnel.

- See installation instructions for grounding requirements.

### SAVE THESE INSTRUCTIONS

# INSTALLATION INSTRUCTIONS

## Tools and Parts

Gather the required tools and parts before starting installation. Read and follow the instructions provided with any tools listed here.

- Flat-blade screwdriver
- #2 Phillips screwdriver
- Adjustable wrench that opens to 1" (2.54 cm) or hex-head socket wrench (for adjusting dryer feet)
- Wire stripper (for direct wire installations)
- Level
- Vent clamps
- Caulking gun and compound (for installing new exhaust vent)
- Tin snips (new vent installations)
- ¼" nut driver or socket wrench (recommended)
- Tape measure

### Parts supplied

Remove parts package from dryer drum. Check that all parts are included.



*A. Leveling legs (4)*
*B. "Y" connector*
*C. Short inlet hose*
*D. Inlet hose with right-angle connector*
*E. Rubber washer*

**NOTE:** Do not use leveling legs supplied with dryer if installing on a pedestal.

### Parts needed

Check local codes. Check existing electrical supply and venting. See "Electrical Requirements" and "Venting Requirements" before purchasing parts.

- For close-clearance installations between 31.5" (80.01 cm) and 37" (93.98 cm), see "Plan Vent System" section for venting requirements.



|← 37" →|
(93.98 cm)

Mobile home installations require metal exhaust system hardware available for purchase from the dealer from whom you purchased your dryer. For further information, please refer to the "Assistance or Service" section.

### If using a power supply cord:

Use a UL listed power supply cord kit marked for use with clothes dryers. The kit should contain:

- A UL listed 30-amp power supply cord, rated 120/240 volt minimum. The cord should be type SRD or SRDT and be at least 4 ft (1.22 m) long. The wires that connect to the dryer must end in ring terminals or spade terminals with upturned ends.

- A UL listed strain relief.

3

## Options

### Pedestal

Are you placing the dryer on a pedestal? You have the option of purchasing pedestals of different heights separately for this dryer. You may select a 10" (25.4 cm) or 15.5" (39.4 cm) pedestal. These pedestals will add to the total height of the dryer for a total height of approximately 48" (121.9 cm) or 53.5" (135.9 cm), respectively.

For a garage installation, you will need to place the 10" (25.4 cm) pedestal at least 9" (22.9 cm) above the floor and the 15.5" (39.4 cm) pedestal at least 3.5" (8.9 cm) above the floor.



*A. 10" (25.4 cm) pedestal*
*B. 15.5" (39.4 cm) pedestal*

The pedestals are available in several colors.
To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section.

| Pedestal Height | Color | Part Number |
|---|---|---|
| 10" (25.4 cm) | White | WHP1000SQ |
| 10" (25.4 cm) | Diamond Dust (Silver) | WHP1000SU |
| 10" (25.4 cm) | Black | WHP1000SB |
| 15.5" (39.4 cm) | White | WHP1500SQ |
| 15.5" (39.4 cm) | Diamond Dust (Silver) | WHP1500SU |
| 15.5" (39.4 cm) | Black | WHP1500SB |
| 15.5" (39.4 cm) | New Aspen | WHP1500SA |
| 15.5" (39.4 cm) | Tuscan Chestnut | WHP1500SC |

### Stack Kit

Are you planning to stack your DUET® washer and dryer? To do so, you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8541503.

### Door Reversal Kit

Are you planning to reverse the door swing direction on your DUET® dryer? To do so, you will need to purchase a Door Reversal Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8579666.

### Backguard

If you are installing your DUET® washer and dryer and wish to avoid having loose items fall behind your machines, you may purchase a pair of washer/dryer backguards. These will reduce the chance of items falling behind the machines during operation.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8212452 (White).

## Location Requirements

### ⚠ WARNING



**Explosion Hazard**

**Keep flammable materials and vapors, such as gasoline, away from dryer.**

**Place dryer at least 18 inches (46 cm) above the floor for a garage installation.**

**Failure to do so can result in death, explosion, or fire.**

**You will need**

- A location that allows for proper exhaust installation. See "Venting Requirements."

- A separate 30-amp circuit.

- If you are using a power supply cord, a grounded electrical outlet located within 2 ft (61 cm) of either side of the dryer. See "Electrical Requirements."

- A sturdy floor to support the total dryer weight of 200 lbs (90.7 kg). The combined weight of a companion appliance should also be considered.

- Cold water faucets located within 4 ft (1.2 m) of the dryer, and water pressure of 20-100 psi (137.9-689.6 kPa). You may use the cold water supply from your washer using the "Y" connector provided.

- 20-100 psi (138-690 kPa) for best performance.

■ A level floor with a maximum slope of 1" (2.5 cm) under entire dryer. If slope is greater than 1" (2.5 cm), install Extended Dryer Feet Kit, Part Number 279810. Clothes may not tumble properly and automatic sensor cycles may not operate correctly if dryer is not level.

■ For a garage installation, you will need to place the dryer at least 18" (46 cm) above the floor. If using a pedestal, you will need 18" (46 cm) to the bottom of the dryer.

Do not operate your dryer at temperatures below 45°F (7°C). At lower temperatures, the dryer might not shut off at the end of an automatic cycle. This can result in longer drying times.

The dryer must not be installed or stored in an area where it will be exposed to water and/or weather.

Check code requirements. Some codes limit, or do not permit, installation of the dryer in garages, closets, mobile homes or sleeping quarters. Contact your local building inspector.

### Installation clearances

The location must be large enough to allow the dryer door to open fully.

### Dryer Dimensions



*Most installations require a minimum 5" (12.7 cm) clearance behind the dryer for the exhaust vent with elbow. See "Venting Requirements."

### Installation spacing for recessed area or closet installation

The following spacing dimensions are recommended for this dryer. This dryer has been tested for spacing of 0" (0 cm) clearance on the sides and rear. Recommended spacing should be considered for the following reasons:

■ Additional spacing should be considered for ease of installation and servicing.

■ Additional clearances might be required for wall, door and floor moldings.

■ Additional spacing should be considered on all sides of the dryer to reduce noise transfer.

■ For closet installation, with a door, minimum ventilation openings in the top and bottom of the door are required. Louvered doors with equivalent ventilation openings are acceptable.

■ Companion appliance spacing should also be considered.

**Custom undercounter installation - Dryer only**



*Required spacing

**Closet installation - Dryer only**



A. Side view - closet or confined area
B. Closet door with vents

*Required spacing
**For side or bottom venting, 2" (5.1 cm) spacing is allowed.

**Recessed or closet installation - Dryer on pedestal**



A. Recessed area
B. Side view - closet or confined area

*Required spacing
**For side or bottom venting, 2" (5.1 cm) spacing is allowed.

### Recommended installation spacing for cabinet installation

- For cabinet installation, with a door, minimum ventilation openings in the top of the cabinet are required.



*Required spacing
**For side or bottom venting, 2" (5.1 cm) spacing is allowed.

### Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.



*Required spacing



*Required spacing
**For venting out the side, 2" (5.1 cm) spacing is allowed.

### Mobile home - Additional installation requirements

This dryer is suitable for mobile home installations. The installation must conform to the Manufactured Home Construction and Safety Standard, Title 24 CFR, Part 3280 (formerly the Federal Standard for Mobile Home Construction and Safety, Title 24, HUD Part 280) or Standard CAN/CSA-Z240 MH.

### Mobile home installations require:

- Metal exhaust system hardware, which is available for purchase from your dealer.

- Special provisions must be made in mobile homes to introduce outside air into the dryer. The opening (such as a nearby window) should be at least twice as large as the dryer exhaust opening.

# Electrical Requirements

## It is your responsibility

- To contact a qualified electrical installer.

- To be sure that the electrical connection is adequate and in conformance with the National Electrical Code, ANSI/NFPA 70-latest edition and all local codes and ordinances.

  The National Electric Code requires a 4-wire supply connection for homes built after 1996, dryer circuits involved in remodeling after 1996, and all mobile home installations.

  A copy of the above code standards can be obtained from: National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269.

- To supply the required 3 or 4 wire, single phase, 120/240 volt, 60 Hz., AC only electrical supply (or 3 or 4 wire, 120/208 volt electrical supply, if specified on the serial/rating plate) on a separate 30-amp circuit, fused on both sides of the line. A time-delay fuse or circuit breaker is recommended. Connect to an individual branch circuit. Do not have a fuse in the neutral or grounding circuit.

- Do not use an extension cord.

- If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.

## Electrical Connection

To properly install your dryer, you must determine the type of electrical connection you will be using and follow the instructions provided for it here.

- If local codes do not permit the connection of a neutral ground wire to the neutral wire, see "Optional 3-wire connection" in the "Electrical Connection" section.

- This dryer is manufactured ready to install with a 3-wire electrical supply connection. The neutral ground wire is permanently connected to the neutral conductor (white wire) within the dryer. If the dryer is installed with a 4-wire electrical supply connection, the neutral ground wire must be removed from the external ground conductor screw (green screw), and secured under the neutral terminal (center or white wire) of the terminal block. When the neutral ground wire is secured under the neutral terminal (center or white wire) of the terminal block, the dryer cabinet is isolated from the neutral conductor.

- A 4-wire power supply connection must be used when the appliance is installed in a location where grounding through the neutral conductor is prohibited. Grounding through the neutral is prohibited for (1) new branch-circuit installations, (2) mobile homes, (3) recreational vehicles, and (4) areas where local codes prohibit grounding through the neutral conductors.

## If using a power supply cord:

Use a UL listed power supply cord kit marked for use with clothes dryers. The kit should contain:

- A UL listed 30-amp power supply cord, rated 120/240 volt minimum. The cord should be type SRD or SRDT and be at least 4 ft (1.22 m) long. The wires that connect to the dryer must end in ring terminals or spade terminals with upturned ends.

- A UL listed strain relief.

## If your outlet looks like this:



*4-wire receptacle (14-30R)*

Then choose a 4-wire power supply cord with ring or spade terminals and UL listed strain relief. The 4-wire power supply cord, at least 4 ft (1.22 m) long, must have four 10-gauge copper wires and match a 4-wire receptacle of NEMA Type 14-30R. The ground wire (ground conductor) may be either green or bare. The neutral conductor must be identified by a white cover.

## If your outlet looks like this:



*3-wire receptacle (10-30R)*

Then choose a 3-wire power supply cord with ring or spade terminals and UL listed strain relief. The 3-wire power supply cord, at least 4 ft (1.22 m) long, must have three 10-gauge copper wires and match a 3-wire receptacle of NEMA Type 10-30R.

## If connecting by direct wire:

Power supply cable must match power supply (4-wire or 3-wire) and be:

- Flexible armored cable or nonmetallic sheathed copper cable (with ground wire), protected with flexible metallic conduit. All current-carrying wires must be insulated.

- 10-gauge solid copper wire (do not use aluminum).

- At least 5 ft (1.52 m) long.

---

### GROUNDING INSTRUCTIONS

- For a grounded, cord-connected dryer:
This dryer must be grounded. In the event of malfunction or breakdown, grounding will reduce the risk of electric shock by providing a path of least resistance for electric current. This dryer uses a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

- For a permanently connected dryer:
This dryer must be connected to a grounded metal, permanent wiring system, or an equipment-grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the dryer.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or service representative or personnel if you are in doubt as to whether the dryer is properly grounded. Do not modify the plug on the power supply cord: if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

### SAVE THESE INSTRUCTIONS

7

## Electrical Connection

**Power Supply Cord**



**⚠WARNING**

**Fire Hazard**

**Use a new UL listed 30 amp power supply cord.**

**Use a UL listed strain relief.**

**Disconnect power before making electrical connections.**

**Connect neutral wire (white or center wire) to center terminal (silver).**

**Ground wire (green or bare wire) must be connected to green ground connector.**

**Connect remaining 2 supply wires to remaining 2 terminals (gold).**

**Securely tighten all electrical connections.**

**Failure to do so can result in death, fire, or electrical shock.**

**Direct Wire**



**⚠WARNING**

**Fire Hazard**

**Use 10 gauge solid copper wire.**

**Use a UL listed strain relief.**

**Disconnect power before making electrical connections.**

**Connect neutral wire (white or center wire) to center terminal (silver).**

**Ground wire (green or bare wire) must be connected to green ground connector.**

**Connect remaining 2 supply wires to remaining 2 terminals (gold).**

**Securely tighten all electrical connections.**

**Failure to do so can result in death, fire, or electrical shock.**

1. Disconnect power.
2. Remove the hold-down screw and terminal block cover.



A. Neutral ground wire
B. External ground conductor screw
C. Center, silver-colored terminal block screw
D. Terminal block cover and hold-down screw

3. Install strain relief.

**Style 1: Power supply cord strain relief**

■ Remove the screws from a ¾" (1.9 cm) UL listed strain relief (UL marking on strain relief). Put the tabs of the two clamp sections into the hole below the terminal block opening so that one tab is pointing up and the other is pointing down, and hold in place. Tighten strain relief screws enough to hold the two clamp sections together.



A. Strain relief tab pointing up
B. Hole below terminal block opening
C. Clamp section
D. Strain relief tab pointing down

■ Put power supply cord through the strain relief. Be sure that the wire insulation on the power supply cord is inside the strain relief. The strain relief should have a tight fit with the dryer cabinet and be in a horizontal position. Do not further tighten strain relief screws at this point.



## Style 2: Direct wire strain relief

■ Unscrew the removable conduit connector and any screws from a ¾" (1.9 cm) UL listed strain relief (UL marking on strain relief). Put the threaded section of the strain relief through the hole below the terminal block opening. Reaching inside the terminal block opening, screw the removable conduit connector onto the strain relief threads.



A. Removable conduit connector
B. Hole below terminal block opening
C. Strain relief threads

■ Put direct wire cable through the strain relief. The strain relief should have a tight fit with the dryer cabinet and be in a horizontal position. Tighten strain relief screw against the direct wire cable.



4. Now complete installation following instructions for your type of electrical connection:

   **4-wire** (recommended)

   **3-wire** (if 4-wire is not available)

## Electrical Connection Options

| If your home has: | And you will be connecting to: | Go to Section |
|---|---|---|
| 4-wire receptacle (NEMA Type 14-30R) | A UL listed, 120/240-volt minimum, 30-amp, dryer power supply cord* | 4-wire connection: Power supply cord |
| 4-wire direct | A fused disconnect or circuit breaker box* | 4-wire connection: Direct Wire |
| 3-wire receptacle (NEMA type 10-30R) | A UL listed, 120/240-volt minimum, 30-amp, dryer power supply cord* | 3-wire connection: Power supply cord |
| 3-wire direct | A fused disconnect or circuit breaker box* | 3-wire connection: Direct Wire |

*If local codes do not permit the connection of a cabinet-ground conductor to the neutral wire, go to "Optional 3-wire connection" section.

## 4-wire connection: Power supply cord

**IMPORTANT:** A 4-wire connection is required for mobile homes and where local codes do not permit the use of 3-wire connections.

 

A. 4-wire receptacle (NEMA type 14-30R)
B. 4-prong plug
C. Ground prong
D. Neutral prong
E. Spade terminals with upturned ends
F. ¾" (1.9 cm) UL listed strain relief
G. Ring terminals

1. Remove center silver-colored terminal block screw.
2. Remove neutral ground wire from external ground conductor screw. Connect neutral ground wire and the neutral wire (white or center wire) of power supply cord under center, silver-colored terminal block screw. Tighten screw.



A. External ground conductor screw - Dotted line shows position of NEUTRAL ground wire before being moved to center silver-colored terminal block screw.
B. Center silver-colored terminal block screw
C. Neutral ground wire
D. Neutral wire (white or center wire)
E. ¾" (1.9 cm) UL listed strain relief

3. Connect ground wire (green or bare) of power supply cord to external ground conductor screw. Tighten screw.



A. External ground conductor screw
B. Ground wire (green or bare) of power supply cord
C. ¾" (1.9 cm) UL listed strain relief
D. Center silver-colored terminal block screw
E. Neutral ground wire
F. Neutral wire (white or center wire)

4. Connect the other wires to outer terminal block screws. Tighten screws.



5. Tighten strain relief screws.
6. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.
7. You have completed your electrical connection. Now go to "Venting Requirements."

## 4-wire connection: Direct wire

**IMPORTANT:** A 4-wire connection is required for mobile homes and where local codes do not permit the use of 3-wire connections.

Direct wire cable must have 5 ft (1.52 m) of extra length so dryer can be moved if needed.

Strip 5" (12.7 cm) of outer covering from end of cable, leaving bare ground wire at 5" (12.7 cm). Cut 1½" (3.8 cm) from 3 remaining wires. Strip insulation back 1" (2.5 cm). Shape ends of wires into a hook shape.



When connecting to the terminal block, place the hooked end of the wire under the screw of the terminal block (hook facing right), squeeze hooked end together and tighten screw, as shown.



1. Remove center silver-colored terminal block screw.
2. Remove neutral ground wire from external ground conductor screw. Connect neutral ground wire and place the hooked end (hook facing right) of the neutral wire (white or center wire) of direct wire cable under the center screw of the terminal block. Squeeze hooked ends together. Tighten screw.



A. External ground conductor screw - Dotted line shows position of NEUTRAL ground wire before being moved to center silver-colored terminal block screw.
B. Center silver-colored terminal block screw
C. Neutral ground wire
D. Neutral wire (white or center wire)
E. ¾" (1.9 cm) UL listed strain relief

10

3. Connect ground wire (green or bare) of direct wire cable to external ground conductor screw. Tighten screw.



A. External ground conductor screw
B. Ground wire (green or bare) of power supply cable
C. ¾" (1.9 cm) UL listed strain relief
D. Center silver-colored terminal block screw
E. Neutral ground wire
F. Neutral wire (white or center wire)

4. Place the hooked ends of the other direct wire cable wires under the outer terminal block screws (hooks facing right). Squeeze hooked ends together. Tighten screws.



5. Tighten strain relief screw.
6. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.
7. You have completed your electrical connection. Now go to "Venting Requirements."

### 3-wire connection: Power supply cord

**Use where local codes permit connecting cabinet-ground conductor to neutral wire.**



A. 3-wire receptacle (NEMA type 10-30R)
B. 3-wire plug
C. Neutral prong
D. Spade terminals with up turned ends
E. ¾" (1.9 cm) UL listed strain relief
F. Ring terminals
G. Neutral (white or center wire)

---

1. Loosen or remove center silver-colored terminal block screw.
2. Connect neutral wire (white or center wire) of power supply cord to the center, silver-colored terminal screw of the terminal block. Tighten screw.



A. External ground conductor screw
B. Neutral ground wire
C. Center silver-colored terminal block screw
D. Neutral wire (white or center wire)
E. ¾" (1.9 cm) UL listed strain relief

3. Connect the other wires to outer terminal block screws. Tighten screws.



4. Tighten strain relief screws.
5. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.
6. You have completed your electrical connection. Now go to "Venting Requirements."

### 3-wire connection: Direct wire

**Use where local codes permit connecting cabinet-ground conductor to neutral wire.**

Direct wire cable must have 5 ft (1.52 m) of extra length so dryer can be moved if needed.

Strip 3½" (8.9 cm) of outer covering from end of cable. Strip insulation back 1" (2.5 cm). If using 3-wire cable with ground wire, cut bare wire even with outer covering. Shape ends of wires into a hook shape.



11

When connecting to the terminal block, place the hooked end of the wire under the screw of the terminal block (hook facing right), squeeze hooked end together and tighten screw, as shown.



1. Loosen or remove center silver-colored terminal block screw.

2. Place the hooked end of the neutral wire (white or center wire) of direct wire cable under the center screw of terminal block (hook facing right). Squeeze hooked end together. Tighten screw.



*A. External ground conductor screw*
*B. Neutral ground wire*
*C. Center silver-colored terminal block screw*
*D. Neutral wire (white or center wire)*
*E. ¾" (1.9 cm) UL listed strain relief*

3. Place the hooked ends of the other direct wire cable wires under the outer terminal block screws (hooks facing right). Squeeze hooked ends together. Tighten screws.



4. Tighten strain relief screw.

5. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.

6. You have completed your electrical connection. Now go to "Venting Requirements."

## Optional 3-wire connection

**Use for direct wire or power supply cord where local codes do not permit connecting cabinet-ground conductor to neutral wire.**

1. Remove center silver-colored terminal block screw.

2. Remove neutral ground wire from external ground conductor screw. Connect neutral ground wire and the neutral wire (white or center wire) of power supply cord/cable under center, silver-colored terminal block screw. Tighten screw.



*A. External ground conductor screw*
*B. Center silver-colored terminal block screw*
*C. Neutral ground wire*
*D. Neutral wire (white or center wire)*
*E. ¾" (1.9 cm) UL listed strain relief*
*F. Grounding path determined by a qualified electrician*

3. Connect the other wires to outer terminal block screws. Tighten screws.



4. Tighten strain relief screws.

5. Connect a separate copper ground wire from the external ground conductor screw to an adequate ground.

6. Insert tab of terminal block cover into slot of dryer rear panel. Secure cover with hold-down screw.

## Venting Requirements



**⚠WARNING**

**Fire Hazard**

**Use a heavy metal vent.**

**Do not use a plastic vent.**

**Do not use a metal foil vent.**

**Failure to follow these instructions can result in death or fire.**

**WARNING:** To reduce the risk of fire, this dryer MUST BE EXHAUSTED OUTDOORS.

**IMPORTANT:** Observe all governing codes and ordinances.

The dryer exhaust must not be connected into any gas vent, chimney, wall, ceiling or a concealed space of a building.

### If using an existing vent system

- Clean lint from the entire length of the system and make sure exhaust hood is not plugged with lint.

- Replace any plastic or metal foil vent with rigid or flexible heavy metal vent.

- Review Vent system chart. Modify existing vent system if necessary to achieve the best drying performance.

### If this is a new vent system

**Vent material**

- Use a heavy metal vent. Do not use plastic or metal foil vent.

- 4" (10.2 cm) heavy metal exhaust vent and clamps must be used. DURASAFE™ venting products are recommended.



*4" (10.2 cm) heavy metal exhaust vent*

DURASAFE™ vent products can be purchased from your dealer or by calling Whirlpool Parts and Accessories. For more information, see the "Assistance or Service" section.

**Rigid metal vent**

- For best drying performance, rigid metal vents are recommended.

- Rigid metal vent is recommended to avoid crushing and kinking.

**Flexible metal vent**

- Flexible metal vents are acceptable only if accessible for cleaning.

- Flexible metal vent must be fully extended and supported when the dryer is in its final location.

- Remove excess flexible metal vent to avoid sagging and kinking that may result in reduced airflow and poor performance.

- Do not install flexible metal vent in enclosed walls, ceilings or floors.

**Elbows**

45° elbows provide better airflow than 90° elbows.



*Good*          *Better*

**Clamps**

- Use clamps to seal all joints.

- Exhaust vent must not be connected or secured with screws or other fastening devices that extend into the interior of the duct. Do not use duct tape.



*Clamp*

**Exhaust**

Recommended hood styles are shown here.



*A. Louvered hood style*
*B. Box hood style*

The angled hood style (shown here) is acceptable.



- An exhaust hood should cap the vent to keep rodents and insects from entering the home.

- Exhaust hood must be at least 12" (30.5 cm) from the ground or any object that may be in the path of the exhaust (such as flowers, rocks or bushes, snow line, etc.).

- Do not use an exhaust hood with a magnetic latch.

**Improper venting can cause moisture and lint to collect indoors, which may result in:**

- Moisture damage to woodwork, furniture, paint, wallpaper, carpets, etc.

- Housecleaning problems and health problems.

13

# Plan Vent System

## Choose your exhaust installation type

### Recommended exhaust installations

Typical installations vent the dryer from the rear of the dryer. Other installations are possible.



A. Dryer
B. Elbow
C. Wall
D. Exhaust hood

E. Clamps
F. Rigid metal or flexible metal vent
G. Vent length necessary to connect elbows
H. Exhaust outlet

### Optional exhaust installations

This dryer can be converted to exhaust out the right side, left side, or through the bottom. Contact your local dealer to have the dryer converted.





### ⚠ WARNING

**Fire Hazard**

**Cover unused exhaust holes with one of the following kits:**

**279818 (white)**

**279820 (black)**

**279925 (biscuit)**

**279969 (pewter)**

**280171 (diamond dust)**

**W10152954 (new aspen)**

**W10152955 (tuscan chestnut)**

**Contact your local dealer.**

**Failure to follow these instructions can result in death, fire, electrical shock, or serious injury.**

### Special provisions for mobile home installations

The exhaust vent must be securely fastened to a noncombustible portion of the mobile home structure and must not terminate





A. Standard rear offset exhaust installation
B. Left or right side exhaust installation
C. Bottom exhaust installation (not an option with pedestal installations)

### Alternate installations for close clearances

Venting systems come in many varieties. Select the type best for your installation. Two close-clearance installations are shown. Refer to the manufacturer's instructions.



A. Over-the-top installation (also available with one offset elbow)
B. Periscope installation

**NOTE:** The following kits for close clearance alternate installations are available for purchase. To order, please see the "Assistance or Service" section.

- Over-the-Top Installation:

  Part Number 4396028

- Periscope Installation (For use with dryer vent to wall vent mismatch):

  Part Number 4396037 - 0" (0 cm)  to 18" (45.72 cm) mismatch

  Part Number 4396011 - 18" (45.72 cm) to 29" (73.66 cm) mismatch

  Part Number 4396014 - 29" (73.66 cm) to 50" (127 cm) mismatch

beneath the mobile home. Terminate the exhaust vent outside.



### Determine vent path

- Select the route that will provide the straightest and most direct path outdoors.
- Plan the installation to use the fewest number of elbows and turns.
- When using elbows or making turns, allow as much room as possible.
- Bend vent gradually to avoid kinking.
- Use the fewest 90° turns possible.

### Determine vent length and elbows needed for best drying performance

- Use the following Vent system chart to determine type of vent material and hood combinations acceptable to use.

  **NOTE:** Do not use vent runs longer than those specified in the Vent system chart. Exhaust systems longer than those specified will:

  - Shorten the life of the dryer.
  - Reduce performance, resulting in longer drying times and increased energy usage.

The Vent system chart provides venting requirements that will help to achieve the best drying performance.

**Vent system chart**
**NOTE:** Side and bottom exhaust installations have a 90° turn inside the dryer. To determine maximum exhaust length, add one 90° turn to the chart.

| Number of 90° turns or elbows | Type of vent | Box or louvered hoods | Angled hoods |
|---|---|---|---|
| 0 | **Rigid metal** | 64 ft (20 m) | 58 ft (17.7 m) |
|   | **Flexible metal** | 36 ft (11 m) | 28 ft (8.5 m) |
| 1 | **Rigid metal** | 54 ft (16.5 m) | 48 ft (14.6 m) |
|   | **Flexible metal** | 31 ft (9.4 m) | 23 ft (7 m) |
| 2 | **Rigid metal** | 44 ft (13.4 m) | 38 ft (11.6 m) |
|   | **Flexible metal** | 27 ft (8.2 m) | 19 ft (5.8 m) |
| 3 | **Rigid metal** | 35 ft (10.7 m) | 29 ft (8.8 m) |
|   | **Flexible metal** | 25 ft (7.6 m) | 17 ft (5.2 m) |
| 4 | **Rigid metal** | 27 ft (8.2 m) | 21 ft (6.4 m) |
|   | **Flexible metal** | 23 ft (7 m) | 15 ft (4.6 m) |

## Install Vent System

1. Install exhaust hood. Use caulking compound to seal exterior wall opening around exhaust hood.
2. Connect vent to exhaust hood. Vent must fit inside exhaust hood. Secure vent to exhaust hood with 4" (10.2 cm) clamp.
3. Run vent to dryer location. Use the straightest path possible. See "Determine vent path" in "Plan Vent System." Avoid 90° turns. Use clamps to seal all joints. Do not use duct tape, screws or other fastening devices that extend into the interior of the vent to secure vent.

## Install Leveling Legs

> # ⚠ WARNING
>
> **Excessive Weight Hazard**
>
> **Use two or more people to move and install dryer.**
>
> **Failure to do so can result in back or other injury.**

1. To protect the floor, use a large flat piece of cardboard from the dryer carton. Place cardboard under the entire back edge of the dryer.
2. Firmly grasp the body of the dryer (not the console panel). Gently lay the dryer on the cardboard. See illustration.



3. Examine the leveling legs. Find the diamond marking.



4. Screw the legs into the leg holes by hand. Use a wrench to finish turning the legs until the diamond marking is no longer visible.
5. Place a carton corner post from dryer packaging under each of the 2 dryer back corners. Stand the dryer up. Slide the dryer on the corner posts until it is close to its final location. Leave enough room to connect the exhaust vent.

## Connect Vent

1. Using a 4" (10.2 cm) clamp, connect vent to exhaust outlet in dryer. If connecting to existing vent, make sure the vent is clean. The dryer vent must fit over the dryer exhaust outlet and inside the exhaust hood. Check that the vent is secured to exhaust hood with a 4" (10.2 cm) clamp.
2. Move vent into its final location. Do not crush or kink vent.
3. (On gas models) Check that there are no kinks in the flexible gas line.
4. Once the exhaust vent connection is made, remove the corner posts and cardboard.

## Connect Inlet Hose

The dryer must be connected to the cold water faucet using the new inlet hoses. Do not use old hoses.

**1.** Turn cold water faucet off and remove washer inlet hose.

**2.** Remove old rubber washer from inlet hose and replace with new rubber washer provided. If space permits, attach the brass female end of the "Y" connector to the cold water faucet.

**NOTE:** If "Y" connector can be attached directly to cold water faucet, go to Step 6. If "Y" connector cannot be attached directly to the cold water faucet, the short hose must be used. Continue with Step 3.

**3.** Attach short hose to cold water faucet. Screw on coupling by hand until it is seated on faucet.

**4.** Using pliers, tighten the couplings with an additional two-thirds turn.



**NOTE:** Do not overtighten. Damage to the coupling can result.

**5.** Attach "Y" connector to brass male end of small hose. Screw on coupling by hand until it is seated on connector.

**6.** Attach straight end of long hose to "Y" connector.

**7.** Attach washer cold inlet hose to other end of "Y" connector. Screw on coupling by hand until it is seated on connector.

**8.** Using pliers, tighten the couplings with an additional two-thirds turn.



*A. Inlet to cold water*

**NOTE:** Do not overtighten. Damage to the coupling can result.

**9.** Attach angled end of long hose to fill valve at bottom of dryer back panel. Screw on coupling by hand until it is seated on fill valve connector.

**10.** Using pliers, tighten the coupling with an additional two-thirds turn.



**NOTE:** Do not overtighten. Damage to the coupling can result.

**11.** Check that the water faucets are on.

**12.** Check for leaks around "Y" connector, faucet and hoses.

## Level Dryer

Check the levelness of the dryer. Check levelness first side to side, then front to back.



If the dryer is not level, prop up the dryer using a wood block. Use a wrench to adjust the legs up or down and check again for levelness.

## Complete Installation

**1.** Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.

**2.** Check that you have all of your tools.

**3.** Dispose of/recycle all packaging materials.

**4.** Be sure the water faucets are on.

**5.** Check for leaks around "Y" connector, faucet and hoses.

**6.** Check the dryer's final location. Be sure the vent is not crushed or kinked.

**7.** Check that the dryer is level. See "Level Dryer."

**8.** For power supply cord installation, plug into an outlet. For direct wire installation, reconnect power.

**9.** Remove the blue protective film on the console and any tape remaining on the dryer.

**10.** Read "Dryer Use."

**11.** Wipe the dryer drum interior thoroughly with a damp cloth to remove any dust.

12. If you live in a hard water area, use of a water softener is recommended to control the buildup of scale through the water system in the dryer. Over time, the buildup of lime scale may clog different parts of the water system, which will reduce product performance. Excessive scale buildup may lead to the need for certain part replacement or repair.

13. Select a Timed Dry heated cycle, and start the dryer. Do not select the Air Only Temperature setting.

   **If the dryer will not start, check the following:**

   ■ Controls are set in a running or "On" position.

   ■ Start button has been pushed firmly.

   ■ Dryer is plugged into an outlet and/or electrical supply is connected.

   ■ Household fuse is intact and tight, or circuit breaker has not tripped.

   ■ Dryer door is closed.

This dryer automatically runs an installation diagnostic routine at the start of its first cycle.

**If you receive an L2 code, there may be a problem with your home power supply keeping the dryer's heater from turning on.** See "Troubleshooting."

**If you receive an AF code, your dryer vent may be crushed or blocked.** See "Troubleshooting."

**NOTE:** You may notice a burning odor when the dryer is first heated. This odor is common when the heating element is first used. The odor will go away.

# DRYER USE



## Starting Your Dryer

**⚠ WARNING**



**Explosion Hazard**

**Keep flammable materials and vapors, such as gasoline, away from dryer.**

**Do not dry anything that has ever had anything flammable on it (even after washing).**

**Failure to follow these instructions can result in death, explosion, or fire.**

**⚠ WARNING**



**Fire Hazard**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Items containing foam, rubber, or plastic must be dried on a clothesline or by using an Air Cycle.**

**Failure to follow these instructions can result in death or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

This manual covers several different models. Your dryer may not have all of the cycles and features described.

The following is a guide to starting your dryer. Please refer to specific sections of this manual for more detailed information.

1. Clean lint screen before each load. See "Cleaning the Lint Screen."

2. Place laundry in dryer and shut door.

3. Press the POWER button then rotate the dial to select either an Automatic or Manual Cycle. The preset settings and drying time for the cycle chosen will be displayed.

   **NOTE:** A default time is displayed when an Automatic Cycle is selected. During the first few minutes of the drying process, the cycle time may automatically vary from the default time based on the size and fabric type of the load. Toward the end of the drying process, the estimated time display will adjust again, showing the final drying time.

**To use an Automatic Cycle**

**NOTE:** A light next to each feature will glow green when the feature is selected or will glow amber when the feature is selectable. The light will not glow when the selection is unavailable with the cycle or option combinations selected.

- Press the POWER button.

- Rotate the dial to select an Automatic Cycle.

- Select DRYNESS LEVEL to adjust how dry you want the load to be. As the cycle runs, the control senses the dryness of the load and adjusts the time automatically for the selected Dryness Level.

**NOTE:** Most loads may be dried using Normal, which is shown in boldface type on your control panel. Normal is the energy preferred dryness level and will use the least energy.



The default dryness setting is Normal when an Auto Dry Cycle is selected. You can select a different dryness level, depending on your load, by pressing DRYNESS LEVEL and choosing More, Normal or Less. Selecting More, Normal or Less automatically adjusts the dryness level at which the dryer will shut off. Once a dryness level is set, it cannot be changed without stopping the cycle.

The Dryness Level can be changed only with Automatic Cycles.

**NOTE:** The More/Less Dry settings are not available on the Sanitize cycle.

- Press the WRINKLE SHIELD™ feature button if this option is desired.

- Press the CYCLE SIGNAL button to set end of cycle signal volume to desired level.

- Press the DAMP DRY CYCLE SIGNAL button to set damp dry signal volume to desired level.

- Press and hold START button until dryer starts (about 1 second).

Once an Automatic cycle has started, the WRINKLE SHIELD™ feature and cycle signals can be adjusted. Press the PAUSE/CANCEL key twice to clear the settings, allowing you to select another cycle and Dryness Level.

**NOTE:** Time and Temperature are not adjustable for Automatic Cycles. Pressing the DRY TIME or TEMPERATURE buttons will cause a triple beep, indicating that the time cannot be changed.

**How Automatic Cycles Work**

The AccelerCare™ function improves drying performance with Auto Moisture Sensing Plus, which advances the cycle as moisture is extracted from clothing. A thermistor (electronic temperature sensor) and moisture sensing strips in the dryer drum help measure the amount of moisture in the clothes as they tumble. An electronic control determines the load type to help save time, avoid overdrying, and increase the accuracy of the end dryness level. After the first 5 minutes of an automatic cycle, the estimated time display will adjust based on the approximate load size, cycle, dryness level selected and amount of moisture left in the clothes. When the clothes have reached approximately 80% of the dryness level selected, the estimated time display will adjust again, showing the final drying time. The AccelerCare™ feature takes the guesswork out of drying time and enhances fabric care.

**To use a Manual Cycle**

**NOTE:** A light next to each feature will glow green when the feature is selected or will glow amber when the feature is selectable. The light will not glow when the selection is unavailable with the cycle or option combinations selected.

- Press POWER.

- Rotate the dial to select a Manual Cycle.

- Press the DRY TIME up or down buttons until the desired drying time is displayed. Press DRY TIME, and the time will change by 1-minute intervals. Press and hold DRY TIME, and the time will change by 5-minute intervals. The initial time displayed is the actual drying time.



The Dry Time feature can be used only with Manual Cycles and the Enhanced Touch Up Cycle.

- Press TEMPERATURE until the desired temperature glows green.



Temperature settings can be changed only with Manual Cycles.

- Press the WRINKLE SHIELD™ feature button if this option is desired.

- Press the CYCLE SIGNAL button to set end of cycle signal volume to desired level.

- Press and hold START button until dryer starts (about 1 second).

**NOTE:** Dryness Level is not adjustable for Manual, Steam or Sanitize Cycles. Pressing the Dryness Level button will cause the triple beep indicating that this option is not selectable.

While a Manual Cycle is running, you cannot change the cycle until you clear the settings. You can change the settings for Time, Temperature, the WRINKLE SHIELD™ feature and the cycle signals. Press the PAUSE/CANCEL key twice to clear the settings, allowing you to select another cycle.

**To use a Steam Cycle**

- Press the POWER button.

- Rotate the dial to select either the Enhanced Touch Up or Quick Refresh cycles.

- Press the DRY TIME up or down buttons until the desired drying time is displayed. Press DRY TIME, and the time will change by 1-minute intervals. Press and hold DRY TIME, and the time will change by 5-minute intervals. The initial time displayed is the actual drying time.

  **NOTE:** The More Time and Less Time buttons can be used only with Manual Cycles and the Enhanced Touch Up Cycle.



- Press TEMPERATURE until the desired temperature glows green.

**NOTE:** During the Enhanced Touch Up Cycle, you can change the settings for Time, Temperature, the WRINKLE SHIELD™ feature and Cycle Signal. During the Quick Refresh Cycle you can change the WRINKLE SHIELD™ feature and the Cycle Signal. Press STOP twice to stop the dryer and clear the settings. Select another cycle or option.

## Stopping Your Dryer

**To stop your dryer at any time**
Press PAUSE/CANCEL twice or open the door.

## Pausing or Restarting

**To pause the dryer at any time**
Open the door or press PAUSE/CANCEL once.

**To restart the dryer**
Close the door and press and hold START button until dryer starts.

**NOTE:** Drying will continue from where the cycle was interrupted, if you close the door and press Start within 5 minutes. If the cycle is interrupted for more than 5 minutes, the dryer will shut off. Select new cycle settings before restarting the dryer.

## Control Locked

This feature allows you to lock your settings to avoid unintended use of the dryer. You can also use the Control Locked feature to avoid unintended cycle or option changes during dryer operation.

**To enable the Control Locked feature when dryer is running:**
Press and hold the CONTROL LOCK/UNLOCK button for 3 seconds. The control is locked when a single beep is heard and the Control Locked status light is on.

- When the dryer is off, it is not necessary to press the Control On button before activating the Control Locked feature.

**To unlock:**
Press and hold the CONTROL LOCK/UNLOCK button for 3 seconds to turn this feature off.

**NOTE:** When the dryer is running and Control Locked is on, the dryer can be stopped by pressing the Pause/Cancel button, but cannot be restarted until the control is unlocked.

## Drying and Cycle Tips

Select the correct cycle and dryness level or temperature for your load. If an Automatic Cycle is running, the display shows the estimated cycle time when your dryer is automatically sensing the dryness level of your load. If a Manual Cycle is running, the display shows the exact number of minutes remaining in the cycle.

Cool Down tumbles the load without heat during the last few minutes of all cycles. Cool Down makes the loads easier to handle and reduces wrinkling. The length of the Cool Down depends on the load size and dryness level.

**Drying tips**
- Follow care label directions when they are available.

- If desired, add a fabric softener sheet. Follow package instructions.

- Remove the load from the dryer as soon as tumbling stops to reduce wrinkling. This is especially important for permanent press, knits and synthetic fabrics.

- Avoid drying heavy work clothes with lighter fabrics. This could cause overdrying of lighter fabrics, leading to increased shrinking or wrinkling.

- If you dry sheets in a mixed load or large items in the Bulky Items cycle, rearrange the load when the signal sounds. This will aid in the drying process.

**Cycle tips**
- Dry most loads using the preset cycle settings.

- Refer to the Automatic or Manual Preset Cycle Settings chart (in the "Cycles" section) for a guide to drying various loads.

  - Drying temperature and Dryness Level are preset when you choose an Automatic Cycle. You can choose a different dryness level, depending on your load by pressing the DRYNESS LEVEL button to select MORE, NORMAL or LESS.

  - If you wish to adjust the cycle length of a Manual Cycle, you must press the DRY TIME up or down buttons. Adjust the temperature of a Manual Cycle by pressing TEMPERATURE until the desired temperature is selected.

  **NOTE:** You cannot choose a Dryness Level with Manual, Steam or Sanitize Cycles.

## Status Lights

You may follow the progress of your dryer with the drying Status indicator lights.

### Wrinkle Shield        Steam

### Wet  Damp  Cool Down  Done

**WRINKLE SHIELD™ Feature**
The WRINKLE SHIELD™ feature light glows during the WRINKLE SHIELD™ feature (when selected).

**Steam Feature**
The Steam light glows when the dryer is dispensing water during the Quick Refresh and Enhanced Touch Up cycles.

**Wet**
The Wet light will turn on when a wet item has been detected in the dryer. The Wet light will remain on until:

- The damp dry point is reached in an Automatic Cycle.

- The dryer enters the cool down period in a Manual Cycle.

**Damp**
The Damp light indicates that the load has reached the damp dry level. To be alerted when your load is approximately 80% dry, you may use the Damp Dry Signal option. See "Damp Dry Signal" in "Additional Features" section.

**NOTE:** The Damp light is not used with manual cycles.

**Cool Down**
The Cool Down light glows during the cool down part of the cycle. Laundry is cooling down for ease in handling.

**Done**
The Done light illuminates when the drying cycle is finished. This indicator stays on during the WRINKLE SHIELD™ feature.

**Indicator lights**
Other indicator lights on the control panel show Cycle, Temperature, Dryness Level, and cycle signal settings selected.

The time display will indicate the estimated or actual time remaining in a cycle.

# Cycles

Select the drying cycle that matches the type of load you are drying. See Automatic Preset or Manual Preset Cycle Settings chart.



*Cycle Control knob*

## Automatic Cycles

Automatic Cycles allow you to match the cycle to the load you are drying. See the following Automatic Preset Cycle Settings chart. Each cycle dries certain fabrics at the recommended temperature. A sensor detects the moisture in the load and automatically adjusts the drying time for optimal drying.

### Sanitize
Use this cycle for items such as towels, bedding, children's clothing or other items needing to be sanitized. This cycle is designed to eliminate 99.9% of 3 common infectious bacteria. This cycle should be run to completion to ensure sanitization. For best results, do not interrupt cycle.



NSF Protocol P154
Sanitization Performance of
Residential Clothes Dryers

### Heavy Duty
Use this cycle to get High heat for heavyweight mixed loads, cotton towels or jeans.

### Bulky Items
Use this cycle to get Medium heat for drying large items that require very long drying times such as jackets, comforters and pillows. Rearrange the load halfway through the dryer cycle. This will aid in the drying process.

### Normal
Use this cycle to get Medium heat for drying sturdy fabrics such as work clothes and sheets.

### Casual
Use this cycle to get Low heat for drying no-iron fabrics such as sport shirts, casual business clothes and permanent press blends.

### Delicate
Use this cycle to get Low heat to gently dry items such as washable knit fabrics.

### Super Delicate
Use this cycle to get Extra-Low heat to gently dry items such as lingerie.

### Damp Dry
Use this cycle to dry items to a damp level using Low heat. Damp dry items such as jeans (to avoid stiffness) or cotton clothing (to make ironing easier). The temperature setting on this cycle cannot be adjusted. Items will have different levels of dampness. At the end of this cycle, clothes will be damp. To be alerted when this cycle is complete, select the End of Cycle Signal.

## Automatic Preset Cycle Settings

| Automatic Cycles Load Type | Temperature | Time* (Minutes) |
|---|---|---|
| **SANITIZE** Towels, bedding, children's clothing | High | 60 |
| **HEAVY DUTY** Heavyweight items, towels, jeans | High | 50 |
| **BULKY ITEMS** Jackets, comforters, pillows | Medium | 55 |
| **NORMAL** Corduroys, work clothes, sheets | Medium | 40 |
| **CASUAL** Permanent press, synthetics | Low | 35 |
| **DELICATE** Lingerie, blouses, washable woolens | Low | 30 |
| **SUPER DELICATE** Lingerie, blouses, washable woolens | Extra Low | 25 |
| **DAMP DRY** Clothes to come out suitable for ironing | Low | 20 |

*Estimated Time with Dryness Level (normal) setting. Time will vary depending on load type and load size.

## Manual Cycles

Use Manual Cycles to select a specific amount of drying time and a drying temperature. When a Manual Cycle is selected, the Estimated Time Remaining display shows the actual time remaining in your cycle. You can change the actual time in the cycle by pressing the DRY TIME up or down buttons.

### Timed Dry
Use this cycle to complete drying if items are still damp after an Automatic Cycle. Timed Dry is also useful for drying heavyweight and bulky items such as bedspreads and work clothes. Lightweight garments, such as exercise wear, can be dried using Timed Dry on a Low temperature setting.

### Quick Dry
Use this cycle for drying small loads or loads that need a short drying time.

## Manual Preset Cycle Settings

| Manual Cycles Load Type | Temperature | Default Time (Minutes) |
|---|---|---|
| **TIMED DRY** Heavyweight items, bulky items, bedspreads, work clothes | High | 40 |
| **QUICK DRY** Small loads | High | 21 |

## Air Only

Use the Timed Dry/Air Only setting for items that require drying without heat such as rubber, plastic and heat-sensitive fabrics. This chart shows examples of items that can be dried using Air Only.

| Type of Load | Time* (Minutes) |
|---|---|
| Foam rubber - pillows, padded bras, stuffed toys | 20 - 30 |
| Plastic - Shower curtains, tablecloths | 20 - 30 |
| Rubber-backed rugs | 40 - 50 |
| Olefin, polypropylene, sheer nylon | 10 - 20 |

*Reset time to complete drying, if needed.

### When using Air Only

■ Check that coverings are securely stitched.

■ Shake and fluff pillows by hand periodically during the cycle.

■ Dry item completely. Foam rubber pillows are slow to dry.

**NOTE:** Automatic Cycles are not available when using the Air Only setting.

### Steam Cycles

In these cycles, a small amount of water is sprayed into the dryer drum after several minutes of tumbling with heat. The STEAM status light will come on while the water is sprayed into the drum. The dryer will continue to tumble at High heat for the duration of the cycle. The Steam cycles include Quick Refresh and Enhanced Touch Up. The heat setting and cycle time are not adjustable for the Quick Refresh cycle, but can be adjusted for the Enhanced Touch Up cycle.

**NOTE:** Results may vary depending on fabric. 100% cotton garments with wrinkle-free finish may yield better results than those without.

Use of a fabric softener sheet is not recommended with steam cycles as it may cause temporary staining on the clothes.

### Quick Refresh

This cycle is best for smoothing out wrinkles and reducing odors from loads consisting of one to four dry items of wrinkle-free cotton, cotton-polyester blend, common knits and synthetic garments.

### Enhanced Touch Up

This cycle uses water and heat to help smooth out wrinkles from items such as clothes packed in a suitcase or wrinkled from being left in the dryer too long.

### Steam Preset Cycle Settings

| Timed Cycles Load Type | Default Temperature* | Default Time (Minutes)* |
|---|---|---|
| **QUICK REFRESH** Helps to smooth out wrinkles and reduce odors from loads consisting of one to four dry items. | Medium | 15 |
| **ENHANCED TOUCH UP** Helps to smooth out wrinkles in loads left in the dryer for an extended period. | Medium | 20 |

*Temperature and time are selectable only for the Enhanced Touch Up Cycle.

**NOTE:** The Enhanced Touch Up cycle has a minimum dry time of 15 minutes and a maximum dry time of 40 minutes. Only the Medium and High temperature settings can be used for the Enhanced Touch Up cycle.

## Additional Features

### Drum Light

Select Drum Light to turn on the light inside the dryer drum. During a cycle, if Drum Light is selected, the drum light turns on and will remain on until DRUM LIGHT is pressed again, the door is open and closed, or the door is left open for 20 minutes.

When the dryer is not running, the drum light will turn on when DRUM LIGHT is pressed or the dryer door is opened, and it will remain on until the dryer door has been open for 20 minutes, the dryer door is closed or DRUM LIGHT is pressed again.

Press DRUM LIGHT at any time to turn the drum light ON or OFF.

### WRINKLE SHIELD™ Feature

When you are unable to remove a load of clothes from the dryer as soon as it stops, wrinkles can form. The WRINKLE SHIELD™ feature periodically tumbles, rearranges and fluffs the load to help keep wrinkles from forming.

■ Press the WRINKLE SHIELD™ feature to get up to 140 minutes of heat-free, periodic tumbling at the end of a cycle.

■ Stop at any time by pressing the WRINKLE SHIELD™ feature or opening the dryer door.

■ For the Casual Cycle, the WRINKLE SHIELD™ feature is preset to "ON." The other cycles will retain the WRINKLE SHIELD™ feature in the Normal cycle. (For example, if you select the WRINKLE SHIELD™ feature in the Normal cycle, the WRINKLE SHIELD™ feature will be on the next time you select the Normal cycle.)

**NOTE:** If you do not select the WRINKLE SHIELD™ feature, the dryer stops after the cool down period.

### Damp Dry Signal

On some models, the Damp Dry Signal may be selected to alert you that your clothes are approximately 80% dry. This is useful when you want to remove lightweight items in a mixed load to avoid overdrying or remove partially dry items that may need ironing.

The DAMP DRY SIGNAL is useful when drying bedsheets/linens in a mixed load. When the signal goes off, open the door to stop the dryer, rearrange the load inside the dryer, close the door and restart the dryer to finish the drying cycle. Rearranging the load will aid in the drying process.



Press DAMP DRY SIGNAL until the desired volume (Loud, Soft or Off) glows green.

**NOTE:** The Damp Dry Signal is available only with the Automatic Cycles. The Damp Dry Signal is not a selectable option for the Sanitize cycle.

## Cycle Signal

The End of Cycle Signal produces an audible sound when the drying cycle is finished. Promptly removing clothes at the end of the cycle reduces wrinkling.



- Loud
- Soft
- Off

Cycle Signal

Press CYCLE SIGNAL until the desired volume (Loud, Soft or Off) glows green.

**NOTE:** When the WRINKLE SHIELD™ feature is selected and the End of Cycle Signal is on, an audible sound will be emitted every 5 minutes until the clothes are removed, or the WRINKLE SHIELD™ feature is finished.

## Button Sound

You can change the volume of the sound of the beeps. Press BUTTON SOUND until the desired volume (Loud, Soft or Off) glows green. The Power and Cancel buttons will still beep softly even when the Button Sound is set to Off.



- Loud
- Soft
- Off

Button Sound

## Changing Cycles, Options and Modifiers

You can change Auto Cycles, Timed Cycles, Modifiers and Options anytime before pressing Start.

- Three short tones sound if an unavailable combination is selected. The last selection will not be accepted.

### Changing Cycles after pressing Start

1. Press PAUSE/CANCEL twice. This ends the current cycle.
2. Select the desired cycle and options.
3. Press and hold START. The dryer starts at the beginning of the new cycle.

**NOTE:** If you do not press Start within 5 minutes of selecting the cycle, the dryer automatically shuts off.

### Changing Modifiers and Options after pressing Start

You can change a Modifier or Option anytime before the selected Modifier or Option begins.

1. Press PAUSE/CANCEL once.
2. Select the new Modifier and/or Option.
3. Press and hold START to continue the cycle.

**NOTE:** If you happen to press Pause/Cancel twice, the program clears and your dryer shuts down. Restart the selection process.

### Changing the Preset Dryness Level Settings

If all your loads on all Auto Dry cycles are consistently not as dry as you would like, you may change the preset Dryness Level settings to increase the dryness. This change will affect all of your Auto Dry cycles.

Your Dryness Level settings can be adjusted to adapt to different installations, environmental conditions or personal preference. There are 3 drying settings: 1 (factory preset dryness level), 2 (slightly dryer clothes, approximately 15% more drying time) and 3 (much dryer clothes, approximately 30% more drying time).

1. The Dryness Level settings cannot be changed while the dryer is running.
2. Press and hold the Dryness Level button for 5 seconds. The dryer will beep, and "CF" will be displayed for 1 second followed by the current drying setting.
3. To select a new drying setting, press the Dryness Level key again until the desired drying setting is shown.
   **NOTE:** While cycling through the settings, the current setting will not flash, but the other settings will flash.
4. Press START to save the drying setting.
5. The drying setting you selected will become your new preset drying setting for all Auto Dry cycles.

## Drying Rack Option

The drying rack is useful for drying items you would not necessarily want to tumble dry or that you would normally line dry (for example, sweaters).

To obtain a drying rack for your model, follow the instructions on the insert included in your dryer drum.

**To use the drying rack**

Do not remove the lint screen.

1. Open dryer door.



A. Front edge

2. Place drying rack inside dryer drum, positioning the back wire on the ledge of the inner dryer back panel. Push down on front edge of drying rack to secure over the lint screen.



A. Dryer rack front edge
B. Dryer back panel

3. Put the wet items on top of the rack. Leave space between the items so air can reach all the surfaces.

**NOTE:** Do not allow items to hang over the edge of the rack.



22

4. Close the door.
5. Select Timed Dry and desired temperature (see following chart). Items containing foam, rubber, or plastic must be dried on a clothesline or by using the Air Only temperature setting.

   **NOTE:** Do not use automatic cycles with the drying rack.
6. You must select a time by pressing the DRY TIME up or down buttons. Reset time as needed to complete drying. Refer to the following table.
7. Press and hold START button (about 1 second).

**NOTE:** Check the lint screen and remove any lint accumulated from items dried on the rack.

This chart shows examples of items that can be rack dried and the suggested cycle, temperature setting and drying time. Actual drying time will depend on the amount of moisture items hold.

| Rack Dry | Setting | Temp. | Time* |
|---|---|---|---|
| **Wool Sweaters**<br>Block to shape and lay flat on the rack. | Timed Dry | Low | 60 |
| **Stuffed toys or pillows**<br>Cotton or polyester fiber filled | Timed Dry | Low | 60 |
| **Stuffed toys or pillows**<br>Foam rubber filled | Timed Dry | Air Only<br>(no heat) | 90 |
| **Sneakers or canvas shoes** | Timed Dry | Air Only<br>(no heat) | 90 |

*(Minutes) Reset time to complete drying, if needed.
**NOTE:** You must remove rack for normal tumbling.

# DRYER CARE

## Cleaning the Dryer Location

Keep dryer area clear and free from items that would obstruct the flow of combustion and ventilation air.

**⚠ WARNING**



**Explosion Hazard**

**Keep flammable materials and vapors, such as gasoline, away from dryer.**

**Place dryer at least 18 inches (46 cm) above the floor for a garage installation.**

**Failure to do so can result in death, explosion, or fire.**

## Cleaning the Lint Screen

### Every load cleaning

The lint screen is located in the door opening of the dryer. The control panel has an indicator light to remind you to clean the lint screen before each load. A screen blocked by lint can increase drying time.

**To clean**
1. Pull the lint screen straight up. Roll lint off the screen with your fingers. Do not rinse or wash screen to remove lint. Wet lint is hard to remove.



2. Push the lint screen firmly back into place.

**IMPORTANT:**
■ Do not run the dryer with the lint screen loose, damaged, blocked, or missing. Doing so can cause overheating and damage to both the dryer and fabrics.
■ If lint falls off the screen into the dryer during removal, check the exhaust hood and remove the lint. See "Venting Requirements."

### As needed cleaning

Laundry detergent and fabric softener residue can build up on the lint screen. This buildup can cause longer drying times for your clothes, or cause the dryer to stop before your load is completely dry. The screen is probably clogged if lint falls off while the screen is in the dryer.

Clean the lint screen with a nylon brush every 6 months, or more frequently, if it becomes clogged due to a residue buildup.

**To wash**
1. Roll lint off the screen with your fingers.
2. Wet both sides of lint screen with hot water.
3. Wet a nylon brush with hot water and liquid detergent. Scrub lint screen with the brush to remove residue buildup.



4. Rinse screen with hot water.
5. Thoroughly dry lint screen with a clean towel. Replace screen in dryer.

## Cleaning the Dryer Interior

### To clean dryer drum
1. Make a paste with powdered laundry detergent and very warm water.
2. Apply paste to a soft cloth.

   **OR**

   Apply a liquid, nonflammable household cleaner to the stained area and rub with a soft cloth until all excess dye and stains are removed.
3. Wipe drum thoroughly with a damp cloth.

4.  Tumble a load of clean cloths or towels to dry drum.

**NOTE:** Garments that contain unstable dyes, such as denim blue jeans or brightly colored cotton items, may discolor the dryer interior. These stains are not harmful to your dryer and will not stain future loads of clothes. Dry unstable dye items inside out to avoid transfer of dye.

## Removing Accumulated Lint

### From Inside the Dryer Cabinet

Lint should be removed every 2 years, or more often, depending on dryer usage. Cleaning should be done by a qualified person.

### From the Exhaust Vent

Lint should be removed every 2 years, or more often, depending on dryer usage.

## Water Inlet Hoses

Replace inlet hoses and hose screen after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage and Moving Care

Install and store your dryer where it will not freeze. Because some water may stay in the hoses, freezing can damage your dryer. If storing or moving your dryer during freezing weather, winterize it.

### Non-Use or Vacation Care

Operate your dryer only when you are at home. If you will be on vacation or not using your dryer for an extended period of time, you should:

1.  Unplug dryer or disconnect power.
2.  Clean lint screen. See "Cleaning the Lint Screen."
3.  Turn off the water supply to the dryer. This helps to avoid unintended flooding (due to a water pressure surge) while you are away.

### To winterize dryer

1.  Unplug dryer or disconnect power.
2.  Shut off water faucet.
3.  Disconnect water inlet hose from faucet and drain.

### To use dryer again

1.  Flush water pipes. Reconnect water inlet hose to faucet. Turn on water faucet.
2.  Plug in dryer or reconnect power.

### Moving care

#### For power supply cord-connected dryers:

1.  Unplug the power supply cord.
2.  Shut off water faucet.
3.  Disconnect the water inlet hose from faucet, then drain the hose. Transport hose separately.
4.  Make sure leveling legs are secure in dryer base.
5.  Use masking tape to secure dryer door.

#### For direct-wired dryers:



| ⚠ WARNING |
| :---: |
| **Electrical Shock Hazard** |
| **Disconnect power before servicing.** |
| **Replace all parts and panels before operating.** |
| **Failure to do so can result in death or electrical shock.** |

1.  Disconnect power.
2.  Disconnect wiring.
3.  Shut off water faucet.
4.  Disconnect the water inlet hose from faucet, then drain the hose. Transport hose separately.
5.  Make sure leveling legs are secure in dryer base.
6.  Use masking tape to secure dryer door.

### Reinstalling the dryer

Follow the "Installation Instructions" to locate, level and connect the dryer.

## Changing the Drum Light

The dryer light automatically turns on inside the dryer drum when you open the door.

### To change the drum light

1.  Unplug dryer or disconnect power.
2.  Open the dryer door. Locate the light bulb cover on the back wall of the dryer. Remove the screw located in the lower right corner of the cover. Remove the cover.



3.  Turn bulb counterclockwise. Replace the bulb with a 10-watt appliance bulb only. Replace the cover and secure with the screw.
4.  Plug in dryer or reconnect power.

# TROUBLESHOOTING

**First try the solutions suggested here or visit our website and reference FAQs (Frequently Asked Questions) to possibly avoid the cost of a service call...**
**In U.S.A. www.whirlpool.com/help - In Canada www.whirlpool.ca**

## Dryer Operation

### Dryer will not run

- **Has a household fuse blown, or has a circuit breaker tripped?**
  There may be 2 household fuses or circuit breakers for the dryer. Check that both fuses are intact and tight, or that both circuit breakers have not tripped. Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

- **Is the correct power supply available?**
  Electric dryers require 240-volt power supply. Check with a qualified electrician.

- **Was a regular fuse used?**
  Use a time-delay fuse.

- **Is the dryer door firmly closed?**

- **Was the Start button firmly pressed?**
  Large loads may require pressing and holding the Start button for 2-5 seconds.

### No heat

- **Has a household fuse blown, or has a circuit breaker tripped?**
  The drum may be turning, but you may not have heat. Electric dryers use 2 household fuses or circuit breakers. Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

### Unusual sounds

- **Has the dryer had a period of non-use?**
  If the dryer hasn't been used for a while, there may be a thumping sound during the first few minutes of operation.

- **Is a coin, button, or paper clip caught between the drum and front or rear of the dryer?**
  Check the front and rear edges of the drum for small objects. Clean out pockets before laundering.

- **Are the four legs installed, and is the dryer level front to back and side to side?**
  The dryer may vibrate if not properly installed. See the Installation Instructions.

- **Is the clothing knotted or balled up?**
  When balled up, the load will bounce, causing the dryer to vibrate. Separate the load items and restart the dryer.

## Dryer displaying code message

- **"PF" (power failure), check the following:**
  Was the drying cycle interrupted by a power failure? Press and hold START to restart the dryer.

- **"E" Variable (E1, E2, E3) service codes:**
  Call for service.

- **"L2" Diagnostic Code. The drum will turn, but there may be a problem with your home power supply keeping the dryer's heater from turning on. Check the following:**
  Check to see if a household fuse has blown or circuit breaker has tripped. Electric dryers use two household fuses or breakers. Replace the fuse or reset the circuit breaker.

  Confirm the power cord is properly installed. Refer to "Electrical Connection" for details.

  Select a Timed Dry heated cycle, and restart the dryer.

  If the message persists, consult a qualified electrician.

  The dryer will continue to run when this diagnostic code is present. Press any key to clear the code from the display. The Estimated Time Remaining will return on the display.

- **"AF" Diagnostic Code. The dryer vent may be crushed or blocked. Check the following:**
  Check to see if the vent run from the dryer to the wall is crushed.

  Confirm the vent run from the dryer to the wall is free of lint and debris.

  Confirm the exterior vent exhaust hood is free of lint and debris.

  Confirm your vent system falls within the recommended run length and number of elbows for the type of vent you are using. Refer to "Plan Vent System" for details.

  Select a Timed Dry heated cycle, and restart the dryer.

  If the message persists, have your entire home venting run cleaned.

  The dryer will continue to run when this diagnostic code is present. Press any key to clear the code from the display. The Estimated Time Remaining will return on the display.

## Dryer Results

### Clothes are not drying satisfactorily, drying times are too long, or load is too hot

- **Is the lint screen clogged with lint?**
  Lint screen should be cleaned before each load.

---

## ⚠ WARNING



### Fire Hazard

Use a heavy metal vent.

Do not use a plastic vent.

Do not use a metal foil vent.

Failure to follow these instructions can result in death or fire.

---

- **Is the exhaust vent or outside exhaust hood clogged with lint, restricting air movement?**
  Run the dryer for 5-10 minutes. Hold your hand under the outside exhaust hood to check air movement. If you do not feel air movement, clean exhaust system of lint or replace exhaust vent with heavy metal or flexible metal vent. See the Installation Instructions.

- **Are fabric softener sheets blocking the grille?**
  Use only one fabric softener sheet, and use it only once.

- **Is the exhaust vent the correct length?**
  Check that the exhaust vent is not too long or has too many turns. Long venting will increase drying times. See the Installation Instructions.

- **Is the exhaust vent diameter the correct size?**
  Use 4" (10.2 cm) diameter vent material.

---

## ⚠ WARNING



### Explosion Hazard

Keep flammable materials and vapors, such as gasoline, away from dryer.

Place dryer at least 18 inches (46 cm) above the floor for a garage installation.

Failure to do so can result in death, explosion, or fire.

---

- **Is the dryer located in a room with temperature below 45°F (7°C)?**
  Proper operation of dryer cycles requires temperatures above 45°F (7°C).

- **Is the dryer located in a closet?**
  Closet doors must have ventilation openings at the top and bottom of the door. The front of the dryer requires a minimum of 1" (2.5 cm) of airspace, and, for most installations, the rear of the dryer requires 5" (12.7 cm). See the Installation Instructions.

- **Has the Air Only temperature setting been selected?**
  Select the right temperature for the types of garments being dried. See "Additional Features."

- **Is the load too large and heavy to dry quickly?**
  Separate the load to tumble freely.

- **Are clothes coming out of the Refresh cycle with damp or wet spots?**
  Under certain environmental or installation conditions you may experience underdrying. Select the Touch Up cycle (20 min. default time), which can be customized by selecting High temperature and/or additional cycle time by pressing the Dry Time up button.

### Cycle time too short

---

## ⚠ WARNING

### Excessive Weight Hazard

Use two or more people to move and install dryer.

Failure to do so can result in back or other injury.

---

- **Is the automatic cycle ending early?**
  The load may not be contacting the sensor strips. Level the dryer.

  Change the dryness level setting on Automatic Cycles. Increasing or decreasing the dryness level will change the amount of drying time in a cycle.

### Lint on load

- **Is the lint screen clogged?**
  Clean lint screen. Check for air movement.

### Stains on load or drum

- **Was dryer fabric softener properly used?**
  Add dryer fabric softener sheets at the beginning of the cycle. Fabric softener sheets added to a partially dried load can stain your garments. Do not use fabric softener sheets with steam cycles.

  Drum stains are caused by dyes in clothing (usually blue jeans). These will not transfer to other clothing.

### Loads are wrinkled

- **Was the load removed from dryer at the end of the cycle?**
  Select Enhanced Touch Up Cycle to tumble the load with water and heat. This cycle is best for smoothing out wrinkles and reducing odors from loads consisting of wrinkle-free cotton, cotton polyester blends, common knits and synthetic garments.

  **NOTE:** Refer to garment care label instructions. Dry clean only garments are not recommended.

- **Loads are still wrinkled following Steam Cycle?**
  Make sure water is connected to the dryer. Check that water inlet hose is connected to both the faucet and dryer's water inlet valve. Check that the water supply is turned on.

- **Was the dryer overloaded?**
  Dry smaller loads that can tumble freely. Smaller loads of 1-4 garments yield best results with Quick Refresh Cycle. Results may also vary depending on fabric type. This cycle is best for reducing wrinkles and odors from loads consisting of wrinkle-free cotton, cotton polyester blends, common knits and synthetics.

## Odors

■ **Have you recently been painting, staining or varnishing in the area where your dryer is located?**
If so, ventilate the area. When the odors or fumes are gone from the area, rewash and dry the clothing.

■ **Is water connected to the dryer?**
Check that water inlet hose is connected to both the faucet and dryer's water inlet valve. Check that the water supply is turned on.

■ To remove odors left in garments after wearing, select Quick Refresh for small loads of 1-4 garments. This cycle is best for reducing wrinkles and odors from loads consisting of wrinkle-free cotton, cotton polyester blends, common knits and synthetics.

# ASSISTANCE OR SERVICE

Before calling for assistance or service, please check "Troubleshooting." It may save you the cost of a service call. If you still need help, follow the instructions below.

When calling, please know the purchase date and the complete model and serial number of your appliance. This information will help us to better respond to your request.

### If you need replacement parts

If you need to order replacement parts, we recommend that you use only FSP® factory specified parts. These parts will fit right and work right because they are made with the same precision used to build every new WHIRLPOOL® appliance. To locate FSP® replacement parts in your area, call our Customer eXperience Center telephone number or your nearest designated service center.

### For assistance and service

Call the Whirlpool Customer eXperience Center toll free:
**1-800-253-1301.**

**Our consultants provide assistance with:**

■ Features and specifications on our full line of appliances

■ Installation information

■ Use and maintenance procedures

■ Accessory and repair parts sales

■ Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)

■ Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service, anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

### For further assistance

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Corporation
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

### Accessories U.S.A.

To order accessories, call the Whirlpool Customer eXperience Center toll free at **1-800-442-9991** and follow the menu prompts. Or visit our website at **www.whirlpool.com**.

# ACCESSORIES

Enhance your dryer with these premium accessories.
For more high-quality items or to order, call **1-800-901-2042**, or visit us at **www.whirlpool.com/accessories**. In Canada call **1-800-807-6777**, or visit us at **www.whirlpoolparts.ca**.

| Part Number | Accessory |
|---|---|
| 20-48KITRC | 4 ft (1.2 m) gas line dryer connector installation kit |
| PT220L | 4 ft (1.2 m) dryer cord, 3-wire, 30 amp |
| PT400L | 4 ft (1.2 m) dryer cord, 4-wire, 30 amp |
| PT600L | 6 ft (1.8 m) dryer cord, 4-wire, 30 amp |
| 4210463 | Dryer vent lint brush |
| 31682 | All-purpose appliance cleaner |
| 1903WH | Laundry supply storage cart |
| 8576846A | LP gas conversion kit |
| 8579666A | Door reversal kit (all colors) |
| W10121663 | Dryer rack |
| 8541503 | Stack kit |
| WW10044609A | Steam hose kit |

# WHIRLPOOL CORPORATION MAJOR APPLIANCE WARRANTY

## ONE YEAR LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company. This limited warranty applies only when the major appliance is used in the country in which it was purchased.

## ITEMS WHIRLPOOL WILL NOT PAY FOR

1. Service calls to correct the installation of your major appliance, to instruct you how to use your major appliance, to replace or repair house fuses or to correct house wiring or plumbing.

2. Service calls to repair or replace appliance light bulbs, air filters or water filters. Those consumable parts are excluded from warranty coverage.

3. Repairs when your major appliance is used for other than normal, single-family household use.

4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by Whirlpool.

5. Any food loss due to refrigerator or freezer product failures.

6. Replacement parts or repair labor costs for units operated outside the United States or Canada.

7. Pickup and delivery. This major appliance is designed to be repaired in the home.

8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.

9. Expenses for travel and transportation for product service in remote locations.

10. The removal and reinstallation of your appliance if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.

11. Replacement parts or repair labor costs when the major appliance is used in a country other than the country in which it was purchased.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

Outside the 50 United States and Canada, this warranty does not apply. Contact your authorized Whirlpool dealer to determine if another warranty applies.

If you need service, first see the "Troubleshooting" section of the Use & Care Guide. After checking "Troubleshooting," additional help can be found by checking the "Assistance or Service" section or by calling Whirlpool. In the U.S.A., call **1-800-253-1301**. In Canada, call **1-800-807-6777**.                                                                                                    12/05

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major appliance to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

Dealer name _____

Address _____

Phone number _____

Model number _____

Serial number _____

Purchase date _____

**W10136968C**
© 2007 Whirlpool Corporation.
All rights reserved.

® Registered Trademark/TM Trademark of Whirlpool, U.S.A.

9/07
Printed in U.S.A.

**TECH SHEET - DO NOT DISCARD**                                                                                    **PAGE 1**



# ⚠ WARNING

**Electrical Shock Hazard**
**Disconnect power before**
**servicing.**

**Replace all parts and**
**panels before operating.**

**Failure to do so can**
**result in death or**
**electrical shock.**

---

## IMPORTANT

### Electrostatic Discharge Sensitive Electronics (ESD)

ESD problems are present everywhere. ESD may damage or weaken the machine control electronics. The new control assembly may appear to work well after repair is finished, but failure may occur at a later date due to ESD stress.

■ Use an anti-static wrist strap. Connect wrist strap to green ground connection point or unpainted metal in the appliance  -OR- Touch your finger repeatedly to a green ground connection point or unpainted metal in the appliance.

■ Before removing the part from its package, touch the anti-static bag to a green ground connection point or unpainted metal in the appliance.

■ Avoid touching electronic parts or terminal contacts; handle machine control electronics by edges only.

■ When repackaging failed machine control electronics in anti-static bag, observe above instructions.

## DIAGNOSTIC GUIDE

Before servicing, check the following:

■ Make sure there is power at the wall outlet.

■ Has a household fuse blown or circuit breaker tripped? Was a regular fuse used? Use a time-delay fuse.

■ Is dryer vent properly installed and clear of lint or obstructions?

■ All tests/checks should be made with a VOM (volt-ohm-milliammeter) or DVM (digital-voltmeter) having a sensitivity of 20,000 Ω per volt DC or greater.

■ Check all connections before replacing components. Look for broken or loose wires, failed terminals, or wires not pressed into connectors far enough.

■ A potential cause of a control not functioning is corrosion on connections. Observe connections and check for continuity with an ohmmeter.

■ Connectors: Look at top of connector. Check for broken or loose wires. Check for wires not

pressed into connector far enough to engage metal barbs.

■ Resistance checks must be made with dryer unplugged or power disconnected.

## DIAGNOSTIC TESTS

These tests allow service personnel to test and verify all inputs to the machine control electronics. You may want to do a quick and overall checkup of the dryer with these tests before going to specific troubleshooting tests.

### ACTIVATING THE SERVICE DIAGNOSTIC TEST MODE

1. Be sure the dryer is in standby mode (plugged in with all indicators off, or with only the Done indicator on).

2. Select any one button (except Pause/Cancel and Controls Lock/Unlock) and follow the steps below, using the same button (remember the button):

Press/   Release   Press/   Release   Press/
hold 2 → for 2 → hold 2 → for 2 → hold 2
seconds   seconds   seconds   seconds   seconds

3. If this test mode has been entered successfully, all indicators on the console are illuminated for 5 seconds with *8:88* showing in the Estimated Time Remaining three-digit display. If there are no saved fault codes or active fault codes, all indicators on the console will momentarily turn off, then stay on with *8:88* displayed. Continue with diagnostics.

4. If entry into Diagnostic Test Mode is unsuccessful, choose a different button (except Pause/Cancel) and repeat step 2.

  → If no indicators come on after repeating step 2 using a different button, go to TEST #1, page 4.

### DIAGNOSTIC: Active Fault Codes

If there is an active fault code, it will be flashing in the display. Review the Display Fault/Error Codes table, page 3, for the recommended procedure.

If there is no active fault code, *8:88* will be displayed and all of the indicator lights will be turned on.

### DIAGNOSTIC: Saved Fault Codes

If there are saved fault codes, the most recent fault code will show "F:" and flash "XX" where XX is the fault code.

| Press and release the same button used to activate diagnostics | → | beep tone | → | Second most recent fault code is displayed. |
|---|---|---|---|---|
| Repeat | → | beep tone | → | Third most recent fault code is displayed. |
| Repeat | → | beep tone | → | Fourth most recent fault code is displayed. |
| Repeat | → | | | All indicators momentarily turn off, then stay on. |

## DIAGNOSTIC: Console Buttons and Indicators

Pressing buttons and rotating the cycle selector will turn off the corresponding indicator and sound a beep as shown in figure 1, page 2.

  ✔ Pressing ⚠ (more time) will toggle the left digit and colon on the display while sounding a beep.

  ✔ Pressing ▽ (less time) will toggle the right two digits on the display while sounding a beep.

  ✔ Pressing the Wrinkle Shield button will activate the Inlet Air Flow Test. See DIAGNOSTIC: Displaying Inlet Air Flow, page 2.

  ✔ Pressing the Cycle Signal button will activate the Line Voltage Test. See DIAGNOSTIC: Displaying Line Voltage, page 2.

→ If indicators fail to come on and beep after pressing buttons and rotating the cycle selector, go to TEST #7, page 8.

### DIAGNOSTIC: Door Switch

Opening the door should cause a beep and an alphanumeric number (such as *P:3E*) to be displayed. Closing the door should cause a beep and *8:88* to be displayed.

→ If opening the door fails to cause a beep and a number and letter to be displayed, go to TEST #8, page 9.

**NOTE:** Opening the door while in Diagnostic Test Mode may not activate the drum light. The light will come on when Start is pressed, or upon opening the door after the Diagnostic Test Mode has been canceled.

### DIAGNOSTIC: Moisture Sensor

1. Open the door and locate two metal strips on the inside of the dryer. Using a wet cloth or one finger, jointly touch both strips.

  → If a continuous beep tone is heard and an alphanumeric number is displayed on the console, the sensor is OK.

  → If a continuous beep tone is not heard, or if a continuous beep tone is heard before touching both moisture strips, go to step 2.

2. Check to see if there is water in the dryer around the moisture strips.

  → If no water is present, go to TEST #5, page 8.

  → If water is present, wipe the strips off with a dry cloth and repeat step 1.

  → If wiping the strips does not stop the beeping, run a timed dry cycle for 2 minutes to dry out the drum, then repeat this diagnostic test.

---

**FOR SERVICE TECHNICIAN'S USE ONLY**                                                        **PART NO. W10143265A**

**TECH SHEET - DO NOT DISCARD**                                                  **PAGE 2**



**Figure 1.** *Console Diagnostics.*

## DIAGNOSTIC: Motor, Heater, Water, Drum Light and Console ID

Close the door. Press the Start button. The motor, heater, drum light, and water valve will turn on. Continuing to press the Start button will display the project codes and software revisions. These codes are not relevant to the service of the machine and can be ignored.

**NOTE:** The console buttons only control the indicator lights in Diagnostic Test Mode. When the buttons are pressed the corresponding features will not be activated.

→ If the motor does not turn on, go to TEST #3, page 5.

→ If no heat is detected, go to TEST #4, page 6.

→ If no water is detected, go to TEST #9, page 9.

**NOTE:** Press Pause/Cancel when the test is complete to turn off the machine. If the machine is left running in Diagnostic Test Mode, water will build up in the drum.

## DIAGNOSTIC: Displaying Inlet Air Flow

Used to display the air flow value at the inlet of the heater box being measured by the machine control.

After entering the Diagnostic Test Mode, waiting for the 5 second delay, and cycling through any saved fault codes, press the Wrinkle Shield button to activate air flow detection. A 30 or 50 second countdown timer will start and the dryer will turn on.

→ If the dryer is cold, the countdown will start at 50 seconds.

   **NOTE:** If the dryer is extremely cold (less than 40°F [4.4°C]) the air flow may not be detected properly, and "--" will be displayed.

→ If the dryer is hot, the countdown timer will start at 30 seconds (cool down period) followed by an additional 50 second countdown.

A Dryness Level modifier LED will also be illuminated to indicate the air flow range corresponding to the number displayed.

■ The More LED will be illuminated for air flow readings above 40 cfm.

■ The Normal LED will be illuminated for air flow readings between 29 and 40 cfm.

■ The Less LED will be illuminated for air flow readings less than 29 cfm.

   → If air flow value is low (Less LED is lit), check to make sure the lint screen is clean, the door seal is in place and the vent is not obstructed.

## DIAGNOSTIC: Displaying Line Voltage

Used to display the line voltage currently being measured by the machine control:

After entering the Diagnostic Test Mode, waiting for the 5 second delay, and cycling through any saved fault codes, press the Cycle Signal button. The voltage value will be displayed.

→ If the line voltage is not seen on L2, the display will flash *L2*. Go to TEST #1, page 4.

### DEACTIVATING THE DIAGNOSTIC TEST MODE

Press the Pause/Cancel button to exit diagnostics.

### ACTIVATING THE MANUAL LOAD TEST

1. Be sure the dryer is in standby mode (plugged in with all indicators off, or with only the Done indicator on).

2. Select any one button (except Pause/Cancel) and follow the steps below, using the same button (remember the button):

   **a.** Press/hold 2 seconds
   **b.** Release for 2 seconds
   **c.** Press/hold 2 seconds
   **d.** Release for 2 seconds
   **e.** Press/hold 2 seconds
   **f.** Release for 2 seconds
   **g.** Press/hold 2 seconds

The motor starts right away, the "Steam" Status LED comes on, and "0" (zero) is displayed (this step starts the Manual Load sequence):

| | | |
|---|---|---|
| 1. Motor turns on. | → "Steam" Status LED turns on. | 0:00 is displayed. |

Now press any key (except Pause/Cancel) and the control will advance through each step of the following sequence:

| | | |
|---|---|---|
| 2. Motor + heater. | → "Wet" Status LED turns on. | 0:01 is displayed. |
| 3. Motor + heater + water valve. | → "Damp" Status LED turns on. | 0:02 is displayed. |
| 4. Motor + heater + water valve + drum light. | → "Cool Down" Status LED turns on. | 0:03 is displayed. |
| 5. All loads turn off. | → "Done" Status LED turns on. | 0:04 is displayed. |

### DEACTIVATING THE MANUAL LOAD TEST

Press the Pause/Cancel button to exit this mode.

**TECH SHEET - DO NOT DISCARD**                                                                PAGE 3

## DISPLAY FAULT/ERROR CODES

The fault codes below would be indicated when attempting to start a drying cycle, or after activating the Diagnostic Test Mode.

| Display | Description | Explanation / Recommended Procedure |
|---------|-------------|-------------------------------------|
| PF | Power Failure | PF flashes to indicate that a power failure occurred while the dryer was running.<br>■ Press Start to continue the cycle, or press Pause/Cancel to clear the display. |
| L2 | Low Line Voltage | L2 flashes if low line voltage (less than 30 V) is detected at installation.<br>■ Check to see if a household fuse has blown or a circuit breaker has tripped.<br>■ Confirm the power cord is properly installed and plugged into the power outlet.<br>■ Check the relay connections on the electronic control. |
| AF | Low Air Flow Condition | AF flashes if low inlet air flow is detected at install.<br>■ Check to see if the vent run from the dryer to the wall is crushed.<br>■ Perform steps under DIAGNOSTIC: Displaying Inlet Air Flow, page 2. |
| F:01 | Primary Control Failure | F:01 flashes when there is a primary control failure.<br>■ Replace the machine control electronics. See Accessing & Removing the Electronic Assemblies, page 9. |
| F:02 | Keypad/ User Interface Failure | F:02 flashes when there is a stuck button or user interface mismatch. This fault code appears ONLY when in the Diagnostic Test Mode.<br>■ See TEST #7, page 8. |
| F:20 | Heater Failure | F:20 flashes if no voltage is detected at the heater relay.<br>■ Check that the wires are plugged in on the heater element and at the relay on the electronic control. This fault code appears ONLY when in the Diagnostic Test Mode. |
| F:22 | Outlet Thermistor Open | F:22 flashes if the outlet thermistor is open.<br>■ See TEST #4a, page 7. |
| F:23 | Outlet Thermistor Shorted | F:23 flashes if the outlet thermistor has shorted.<br>■ See TEST #4a, page 7. |
| F:24 | Inlet Thermistor Open | F:24 flashes if the inlet thermistor is open. This fault code appears ONLY when in the Diagnostic Test Mode.<br>■ See TEST #4a, page 7. |
| F:25 | Inlet Thermistor Shorted | F:25 flashes if the inlet thermistor is shorted. This fault code appears ONLY when in the Diagnostic Test Mode.<br>■ See TEST #4a, page 7. |
| F:26 | Motor Drive System Failure | F:26 flashes if there is a motor drive system failure.<br>■ See TEST #3, page 5. |
| F:28 | Moisture Sensor Open | F:28 flashes if the moisture sensor strip is open. This fault code appears ONLY when in the Diagnostic Test Mode.<br>■ See TEST #5, page 8. |
| F:29 | Moisture Sensor Shorted | F:29 flashes if the moisture sensor strip has shorted. This fault code appears ONLY when in the Diagnostic Test Mode.<br>■ See TEST #5, page 8. |



See Accessing & Removing the Electronic Assemblies, page 9, to access:
■ Machine Control Electronics
■ UI Power Cube
■ Console Electronics and Housing

See Removing the Back Panel, page 11, to access:
■ Drum Light Assembly
■ Water Nozzle
■ Blower Motor Assembly
■ Water Valve

Door Switch

See Removing the Toe Panel, page 9, to access:
■ Moisture Sensors
■ Outlet Thermistor
■ Thermal Cut-off
■ Inlet Thermistor/High Limit Thermostat Assembly (Electric Models)
■ High Limit Thermostat (Gas Models)
■ Heater Assembly (Electric or Gas)
■ Thermal Fuse

Heater Assembly

Moisture Sensor Strips

**Figure 2.** *Component locations.*

| Display | Description | Explanation / Recommended Procedure |
|---------|-------------|-------------------------------------|
| F:30 | Restricted Air Flow Condition | F:30 flashes if a restricted air flow condition exists. This fault code appears ONLY when in the Diagnostic Test Mode:<br>■ Check to make sure the lint screen is clean, the door seal is in place and the vent is not obstructed.<br>■ See DIAGNOSTIC: Displaying Inlet Air Flow, page 2. |
| F:31 | L2 Line Voltage Error | F:31 flashes if a low voltage condition (less than 30 V) has been detected. This fault code appears ONLY when in the Diagnostic Test Mode.<br>■ Check to see if a household fuse has blown or a circuit breaker has tripped.<br>■ Confirm the power cord is properly installed and plugged into the power outlet.<br>■ Check the relay connections on the electronic control. |
| F:50 | Water Valve Failure | F:50 flashes if no voltage is detected at the water valve relay.<br>■ Check that the wires are plugged in on the valve and at the relay on the electronic control. This fault code appears ONLY when in the Diagnostic Test Mode. |
| F:70 / F:71 | No Communication Between Electronic Assemblies | F:70 / F:71 flashes when there is no communication between the machine control and the console electronics.<br>■ Check console electronics harness connections to the machine control.<br>■ Replace the machine control electronics. See Accessing & Removing the Electronic Assemblies, page 9. |
| F:72 through F:78 | Console Electronics Failure | F:72 through F:78 flashes when there is a console electronics failure.<br>■ Replace the console electronics. See Accessing & Removing the Electronic Assemblies, page 9. |

**FOR SERVICE TECHNICIAN'S USE ONLY**                                          **PART NO. W10143265A**

**TECH SHEET - DO NOT DISCARD**      **PAGE 4**

## TROUBLESHOOTING GUIDE

Some tests will require accessing components.

| Problem | Possible Cause / Test |
|---|---|

**NOTE:** Possible Cause/Tests MUST be performed in the sequence shown for each problem.

**Won't power up:**
**No response when buttons are pressed.**

1. Supply connections. See TEST #1, at right.
2. Check harness connections.
3. Console electronics and housing assembly. See TEST #7, page 8.

**Won't start cycle when start button is pressed:**

1. If number display flashes, check to be sure the door is completely shut, and press and hold down Start for about 1 second.
2. See TEST #3, page 5.
3. See TEST #8, page 9.

**Won't shut off when expected:**

1. Check Pause/Cancel button.
2. Console electronics and housing assembly. See TEST #7, page 8.
3. Moisture sensor. See TEST #5, page 8.

**Control won't accept selections:**

Console electronics and housing assembly. See TEST #7, page 8.

**Won't heat:**

1. Heater. See TEST #4, page 6.
2. Check harness connections.
3. See DIAGNOSTIC: Displaying Line Voltage, page 2.
4. Check installation.

**Heats in air cycle:**

Heater. See TEST #4, page 6.

**Shuts off before clothes are dry:**

1. Check the dryness setting for auto cycles.
2. Check for full lint screen.
3. See DIAGNOSTIC: Displaying Inlet Air Flow, page 2.
4. Check for clogged vent.
5. Moisture sensor. See TEST #5, page 8.
6. Dryness level adjust. See TEST #5a, page 8.

**Pushing Power button causes dryer to beep, but no indicators light:**

1. Check console electronics harness connections to the machine control.
2. Replace machine control electronics. See Accessing & Removing the Electronic Assemblies, page 9.

**Water not dispensing:**

1. Make sure a "Steam" cycle (either Quick Refresh or Enhanced Touch Up) is selected.
2. See TEST #9, page 9.

## TROUBLESHOOTING TESTS

**NOTE:** These checks are done with the dryer unplugged or disconnected from power.

### TEST #1 *Supply Connections*

This test assumes that proper voltage is present at the outlet, and visual inspection indicates that the power cord is securely fastened to the terminal block (electric dryer) or wire harness connection (gas dryer).



**Figure 3.** *Remove the cover plate.*

**ELECTRIC DRYER:**

1. Unplug dryer or disconnect power.
2. Remove the cover plate from the top right corner of the back of the dryer. See figure 3.
3. With an ohmmeter, check for continuity between the neutral (N) terminal of the plug and the center contact on the terminal block. See figure 4.
   → If there is no continuity, replace the power cord and test the dryer.
   → If there is continuity, go to step 4.
4. In a similar way, check which terminal of the plug is connected to the left-most contact on the terminal block and make a note of it. This will be L1 (black wire) in the wiring diagram. See figure 4.



**Figure 4.** *Plug-to-terminal connections for electric dryer.*

   → When this is found, go to step 5.
   → If neither of the plug terminals have continuity with the left-most contact of the terminal block, replace the power cord and test the dryer.
5. Access the machine control electronics without disconnecting any wiring to the control board. See Accessing & Removing the Electronic Assemblies, page 9.
6. With an ohmmeter, check for continuity between the L1 terminal of the plug (found in

step 4) and P9-2 (black wire) on the machine control board. See figure 18, page 10.
   → If there is continuity, go to step 7.
   → If there is no continuity, check that wires to the terminal block are mechanically secure. If so, replace the main wire harness and test the dryer.
7. Check for continuity between the neutral (N) terminal of the plug and P8-3 (white wire) on the machine control board.
   → If there is continuity, go to step 8.
   → If there is no continuity and the mechanical connections of the wire are secure, replace the main wire harness.
8. Visually check that the P5 connector is inserted all the way into the machine control electronics.
9. Visually check that the console electronics and housing assembly is properly inserted into the front console.
10. If both visual checks pass, replace the console electronics and housing assembly.
11. Plug in dryer or reconnect power.
12. Perform steps under DIAGNOSTIC: Console Buttons and Indicators, page 1, to verify repair.
13. If indicators still do not light, perform TEST #2, page 5.

**GAS DRYER:**

1. Unplug dryer or disconnect power.
2. Remove the cover plate from the top right corner of the back of the dryer. See figure 3.
3. Check that the power cord is firmly connected to the dryer's wire harness. See figure 5.



**Figure 5.** *Power cord-to-wire harness connection for gas dryer.*

4. Access the machine control electronics without disconnecting any wiring to the control board. See figure 17, page 10.
5. With an ohmmeter, check for continuity between the neutral (N) terminal of the plug and P8-3 (white wire) on the machine control board. The left-hand side of figure 6 shows the position of the neutral terminal (N) on the power cord plug. Also see figure 18, page 10.
   → If there is continuity, go to step 6.
   → If there is no continuity, disconnect the white wire of the harness from the power cord at

---

the location illustrated in figure 5, page 4. Test the continuity of the power cord neutral wire as illustrated in figure 6. If an open circuit is found, replace the power cord. Otherwise, go to step 6.



**Figure 6.** *Power cord terminals, gas dryer.*

6. In a similar way, check the continuity between the L1 terminal of the plug and P9-2 (black wire) on the control board.

→ If there is continuity, go to step 8.

→ If there is no continuity, check the continuity of the power cord in a similar way to that illustrated in figure 6, but for power cord's L1 wire.

→ If an open circuit is found, replace the power cord. Otherwise, replace the main harness.

7. Visually check that the P5 connector is inserted all the way into the machine control electronics.

8. Visually check that the console electronics and housing assembly is properly inserted into the front console.

9. If both visual checks pass, replace the console electronics and housing assembly.

10. Plug in dryer or reconnect power.

11. Perform the Console Buttons and Indicators Diagnostic test, page 1, to verify repair.

12. If indicators still do not light, perform TEST #2.

## TEST #2  Machine Control Power Check

This test is used to determine if power is present at the machine control electronics. This test assumes that TEST #1 has been completed.

**NOTE:** The drum light is controlled by the machine control on all models.

1. Plug in dryer or reconnect power.

2. Open the door.

→ If the drum light illuminates, then power is present at the machine control. Go to TEST #6, page 8.

→ If the drum light fails to illuminate, the problem may be as simple as a bad bulb. Replace bulb with a working bulb. If drum light still fails to illuminate, continue with step 3.

3. Unplug dryer or disconnect power.

4. Replace the machine control electronics.

---

5. Plug in dryer or reconnect power.

6. Perform steps under DIAGNOSTIC: Console Buttons and Indicators, page 1, to verify repair.

## TEST #3  Motor Circuit

This test will check the wiring to the motor and the motor itself. The following items are part of this motor system:

| Part of Motor System | Electric Dryer | Gas Dryer |
|---|:---:|:---:|
| Harness/connection | ✔ | ✔ |
| Thermal fuse | ✔ | ✔ |
| Belt/belt switch | ✔ | ✔ |
| Drive Motor | ✔ | ✔ |
| Centrifugal switch | ✔ | ✔ |
| Door switch | ✔ | ✔ |
| Machine control electronics. See ESD information, page 1. | ✔ | ✔ |

1. Unplug dryer or disconnect power.

2. Access the machine control electronics and measure the resistance across P8-4 and P9-1. See Accessing & Removing the Electronic Assemblies, page 9.

→ If resistance across P8-4 and P9-1 is in the range of 1 to 6 Ω, replace the machine control electronics.

→ Otherwise, go to step 3.

3. Check the wiring and components in the path between these measurement points by referring to the appropriate wiring diagram (gas or electric) on page 12.

**ELECTRIC DRYER ONLY:** Check the thermal fuse. See TEST #4b, page 7.

**ALL DRYERS:** Continue with step 4 below to test the remaining components in the motor circuit.

4. Check the belt switch and drive motor. Access the belt switch and drive motor by removing the back panel. See Removing the Back Panel, page 11. Slowly remove the drum belt from the spring-loaded belt switch pulley, gently letting the belt switch pulley down. See figure 7.



**Figure 7.** *Slowly remove drum belt.*

5. Remove the white connector from the drive motor switch. See figure 8.

---



**Figure 8.** *Remove white connector.*

6. Remove the bare copper wire terminal from pin 5 of black drive motor switch. See figure 9.



**Figure 9.** *Main and start winding measure points.*

7. Using figure 9, check for the resistance values of the motor's Main and Start winding coils as shown in the following table.

**NOTE:** Main and Start winding coils must be checked at the motor.

| Winding | Resistance Ω | Contact Points of Measurement |
|---|---|---|
| MAIN | 3.3–3.6 | Lt. blue wire in back at pin 4 and bare copper wire terminal removed from pin 5 of black drive motor switch |
| START | 2.7–3.0 | Lt. blue wire in back at pin 4 and bare copper wire terminal on pin 3 of black drive motor switch |

→ If the resistance at the motor is correct, there is an open circuit between the motor and machine control electronics. Check for failed belt switch.

→ If the Start winding resistance is much greater than 3 Ω, replace the motor.

8. Check the belt switch by measuring resistance between the two light blue wires, as shown in figure 10, page 6, while pushing up the belt switch pulley.

---

**TECH SHEET - DO NOT DISCARD**



**Figure 10.** *Checking the belt switch.*

→ If the resistance reading goes from infinity to a few ohms as pulley arm closes the switch, belt switch is OK. If not, replace the belt switch.

→ If belt switch is OK and there is still an open circuit, check and repair the wiring harness.

9. Door Switch problems can be uncovered by following procedure under DIAGNOSTIC: Door Switch, page 1; however, if this was not done, the following can be done without applying power to the dryer. Connect an ohmmeter across P8-3 (neutral, white wire) and P8-4 (door, tan wire).

→ With the door properly closed, the ohmmeter should indicate a closed circuit (0–2 Ω).

→ If not, replace the door switch assembly.

### TEST #4  Heater

This test is performed when either of the following situations occur:

✔ Dryer does not heat
✔ Heat will not shut off

This test checks the components making up the heating circuit. The following items are part of this system:

| Part of Heating System | Electric Dryer | Gas Dryer |
|---|---|---|
| Harness/connection | ✔ | ✔ |
| Heater relay | ✔ | ✔ |
| Thermal cut-off | ✔ | ✔ |
| Thermal fuse | ✔ | ✔ |
| Inlet thermistor/high limit thermostat assembly | ✔ | no |
| High limit thermostat | no | ✔ |
| Heat element assembly | ✔ | no |
| Gas burner assembly | no | ✔ |
| Centrifugal switch | ✔ | ✔ |
| Outlet thermistor | ✔ | ✔ |
| Machine control electronics. See ESD Information, page 1. | ✔ | ✔ |
| Console electronics and housing assembly | ✔ | ✔ |
| Gas supply | no | ✔ |



**Electric Dryer**



**Gas Dryer**

**Figure 11.** *Thermal Components, viewed from front.*

### Dryer does not heat:

Locate the components using figure 11.

**ELECTRIC DRYER:**

1. Unplug dryer or disconnect power.

2. Remove the toe panel to access the thermal components. See Removing the Toe Panel, page 9.

3. Using an ohmmeter and referring to the wiring diagram, measure the resistance from the red wire terminal at the thermal cut-off to the red wire terminal at the heater.

→ If the resistance is about 10 Ω, go to step 5.

→ If an open circuit is detected, go to step 4.

4. Visually check the wire connections to the thermal cut-off, high limit thermostat, and heater. If connections look good, check for continuity across each of these components.

→ Replace the heater if it is electrically open.

→ Replace both the thermal cut-off and inlet thermistor/high limit thermostat assembly if either the thermal cut-off or the high limit thermostat is electrically open.

5. If no open circuit is detected, remove the P4 connector, then measure the resistance between P4-3 (red wire) and P4-6 (red wire) at the connector. See figure 18, page 10, for connector location; and Accessing & Removing the Electronic Assemblies, page 9.

→ If 5–15 kΩ are measured, replace the machine control electronics.

→ If the resistance is less than 1 kΩ, replace the outlet thermistor.

**GAS DRYER:**

1. Unplug dryer or disconnect power.

2. Remove the toe panel to access the thermal components. See Removing the Toe Panel, page 9.

3. Perform TEST #4b, page 7. If the thermal fuse is OK, go to step 4.

4. Perform TEST #4c, page 7. If the thermal cut-off is OK, go to step 5.

5. Locate the high limit thermostat. See figure 11. Measure the continuity through it by connecting the meter probes on the red wire and black wire terminals.

→ If there is an open circuit, replace the high limit thermostat and thermal cut-off.

→ Otherwise, go to step 6.

6. Perform TEST #4d, page 8. If this is OK, replace the machine control electronics.

### Heat will not shut off:

1. Unplug dryer or disconnect power.

2. Access the machine control electronics. See figure 18, page 10, for connector location; and Accessing & Removing the Electronic Assemblies, page 9.

**ELECTRIC DRYER:** Remove the P4 connector, then measure the resistance between P4-3 (red wire) and P4-6 (red wire) at the connector.

**GAS DRYER:** Remove the P14 connector, then measure the resistance between P14-3 (red-white wire) and P14-6 (red-white wire) at the connector.

**ALL DRYERS:**

→ If 5–15 kΩ are measured, replace the machine control electronics.

→ If the resistance is greater than 20 kΩ, replace the outlet thermistor.

**TECH SHEET - DO NOT DISCARD**                                                                          **PAGE 7**

## TEST #4a  *Thermistors*

**Outlet Thermistor**

The machine control electronics monitors the exhaust temperature using the outlet thermistor, and cycles the heater relay on and off to maintain the desired temperature.

Begin with an empty dryer and a clean lint screen.

**1.** Plug in dryer or reconnect power.

**2.** Start the Timed Dry cycle.

**3.** If after 60 seconds, *F:22* or *F:23* flashes in the display and the dryer shuts off, the thermistor or wire harness is either open or shorted.

→ Unplug dryer or disconnect power.

→ Check wire connections at the machine control electronics and thermistor. See Accessing & Removing the Electronic Assemblies, page 9, and for thermistor location see figure 11, page 6.

→ If wire connections are OK, check the outlet thermistor resistance per step 5.

**4.** If *F:22* or *F:23* does not flash in the display, the connections to the thermistor are good. Therefore, check the exhaust temperature value at any or all of the temperature levels in question, using the Timed Dry cycle, and the following process:

Hold a glass bulb thermometer capable of reading from 90° to 180°F (32° to 80°C) in the center of the exhaust outlet. The correct exhaust temperatures are as follows:

### EXHAUST TEMPERATURES

| TEMPERATURE SETTING | HEAT TURNS OFF* °F (°C) | HEAT TURNS ON °F (°C) |
|---|---|---|
| High | 155°±5° (68°±3°) | |
| Medium High | 150°±5° (66°±3°) | 10–15° (6–8°) below the heat turn off temperature |
| Medium | 140°±5° (60°±3°) | |
| Low | 125°±5° (52°±3°) | |
| Extra Low | 105°±5° (41°±3°) | |

\* The measured overshoot using the glass bulb thermometer in the exhaust outlet can be 30°F (17°C) higher.

**5.** If the exhaust temperature is not within specified limits, or you have come here from step 3, perform the following:

**NOTE:** All thermistor resistance measurements must be made while dryer is unplugged or disconnected from power.

**ELECTRIC DRYER:** Remove the P4 connector, then measure the resistance between P4-3 (red wire) and P4-6 (red wire) at the connector.

→ If the resistance is OK, check P4-3 and P4-6 to machine ground.

→ If resistance is greater than 0 (zero), replace wiring harness.

**GAS DRYER:** Remove the P14 connector, then measure the resistance between P14-3 (red-white wire) and P14-6 (red-white wire) at the connector.

→ If the resistance is OK, check P14-3 and P14-6 to machine ground.

→ If resistance is greater than 0 (zero), replace wiring harness.

**ALL DRYERS:**

The following table gives temperatures and their associated resistance values.

### OUTLET THERMISTOR RESISTANCE

| TEMP. °F (°C) | RES. RANGE kΩ | TEMP. °F (°C) | RES. RANGE kΩ |
|---|---|---|---|
| 50° (10°) | 19.0–22.0 | 80° (27°) | 8.5–10.5 |
| 60° (16°) | 14.8–16.8 | 90° (32°) | 6.8–8.8 |
| 70° (21°) | 11.5–13.5 | 100° (38°) | 5.0–7.0 |

→ If the thermistor resistance does not agree with table, replace the outlet thermistor.

→ If the thermistor resistance checks agree with the measurements in the table, replace the machine control electronics.

**Inlet Thermistor, Electric Dryer**

The machine control electronics monitors the inlet temperature using an inlet thermistor that is part of the high limit thermostat assembly.

**1.** Activate the Diagnostic Test Mode.

**2.** If *F:24* or *F:25* is a displayed error in the Diagnostic Test Mode, the inlet thermistor or wire harness is either open or shorted.

→ Unplug dryer or disconnect power.

→ Check wire connections at the machine control electronics and inlet thermistor. See Accessing & Removing the Electronic Assemblies, page 9, and for inlet thermistor location see figure 11, page 6.

→ If wire connections are good, remove the wires from the inlet thermistor/high limit thermostat assembly and replace the assembly.

→ Plug in dryer or reconnect power.

**3.** If *F:24* or *F:25* is not an error that is displayed in the Diagnostic Test Mode, the connections to the thermistor are good. Therefore, check the thermistor's resistance value, using the following process:

→ Unplug dryer or disconnect power.

→ Access the heater assembly. See figure 2, page 3; and Removing the Toe Panel, page 9.

→ Hold a glass bulb thermometer capable of reading from 68° to 176°F (20° to 80°C) in the heater assembly

→ Check the resistance of the inlet thermistor. See figure 11, page 6, for location.

The following table shows the resistance values that should be observed for the various temperatures at the heater assembly.

### INLET THERMISTOR RESISTANCE

| TEMP. °F (°C) | RES. RANGE kΩ | TEMP. °F (°C) | RES. RANGE kΩ |
|---|---|---|---|
| 68° (20°) | 61.2–63.7 | 131° (55°) | 14.6–15.3 |
| 77° (25°) | 49.0–51.0 | 140° (60°) | 12.1–12.8 |
| 86° (30°) | 39.5–41.1 | 149° (65°) | 10.2–10.7 |
| 95° (35°) | 32.0–33.3 | 158° (70°) | 8.5–9.0 |
| 104° (40°) | 26.1–27.2 | 167° (75°) | 7.2–7.6 |
| 113° (45°) | 21.4–22.3 | 176° (80°) | 6.1–6.5 |
| 122° (50°) | 17.6–18.5 | | |

→ If the thermistor resistance does not agree with the measurements in the table, replace the inlet thermistor/high limit thermostat assembly.

→ If the thermistor resistance agrees with the measurements in the table, replace the machine control electronics.

## TEST #4b  *Thermal Fuse*

**ELECTRIC DRYER:** The thermal fuse is wired in series with the dryer drive motor.

**GAS DRYER:** The thermal fuse is wired in series with the dryer gas valve.

**ALL DRYERS:**

**1.** Unplug dryer or disconnect power.

**2.** Access the thermal fuse by first removing the toe panel. See Removing the Toe Panel, page 9; and for thermal fuse location see figure 11, page 6.

**3.** Using an ohmmeter, check the continuity across the thermal fuse.

→ If the ohmmeter indicates an open circuit, replace the failed thermal fuse.

## TEST #4c  *Thermal Cut-Off*

If the dryer does not produce heat, check the status of the thermal cut-off.

**1.** Unplug dryer or disconnect power.

**2.** Access the thermal cut-off by first removing the toe panel. See Removing the Toe Panel, page 9.

**3.** Using an ohmmeter, check the continuity across the thermal cut-off. See figure 11, page 6, for location.

**4.** If the ohmmeter indicates an open circuit, perform the following:

**ELECTRIC DRYER:** Replace the failed thermal cut-off and inlet thermistor/high limit thermostat assembly. In addition, check for blocked or improper exhaust system, or failed heat element.

**GAS DRYER:** Replace the failed thermal cut-off and high limit thermostat. In addition, check for blocked or improper exhaust system.

---

**FOR SERVICE TECHNICIAN'S USE ONLY**                                                  **PART NO. W10143265A**

**TECH SHEET · DO NOT DISCARD**

### TEST #4d  *Gas Valve, Gas Dryer*

1. Unplug dryer or disconnect power.
2. Access the gas valve by removing the toe panel. See Removing the Toe Panel, page 9.
3. Use an ohmmeter to determine if a gas valve coil has failed. Remove harness plugs. Measure resistance across terminals. Readings should match those shown in the following chart. If not, replace coil.

| Terminals | Resistance Ω |
|-----------|--------------|
| 1 to 2 | 1365 ± 60 |
| 1 to 3 | 560 ± 25 |
| 4 to 5 | 1325 ± 55 |



**IMPORTANT:**
Be sure all harness wires are looped back through the strain relief after checking or replacing coils.

### TEST #5  *Moisture Sensor*

**NOTE:** This test is started with the machine completely assembled.

This test is performed when an automatic cycle stops too soon, or runs much longer than expected.

**NOTE:** Dryer will shut down automatically after 2½ hours.

The following items are part of this system:


Metal sensor strips

1. Activate the Diagnostic Test Mode and advance past saved fault codes. See procedure on page 1.
2. Open the dryer door. The dryer will beep and an alphanumeric number will be displayed.
3. Locate the two metal sensor strips on the face of the lint screen housing. Using a wet cloth or one finger, jointly touch both strips.
   → If a beep tone is heard and an alphanumeric number is displayed on the console, the sensor passes the test. Go to step 9.
   → If a beep tone is not heard, or a continuous beep tone is heard before touching both moisture strips, continue with step 4.

   **NOTE:** Over drying may be caused by a short circuit in the sensor system.
4. Access the moisture sensor wires by removing the toe panel. See Removing the Toe Panel, page 9. Disconnect the sensor wires from the harness. See figure 12.
5. Access the machine control electronics. See Accessing & Removing the Electronic Assemblies, page 9. Remove connector P13 from the circuit board. Check the main harness connections between the sensor harness and machine control for a short or open circuit.



Drum

MOVs (Metal Oxide Varistors)

Harness Connection

Blower Housing

**Figure 12.** *Disconnect sensor from wire harness.*

   → Replace the main harness if necessary.
   → If harness is OK, continue with step 6.
6. Access the moisture sensor by removing the toe panel. See Removing the Toe Panel, page 9. Disconnect the sensor from the wire harness. See figure 12.
7. Measure the resistance across the outermost contacts of the cable that includes the two red MOVs. 
   → If a small resistance is measured, check for debris across moisture strips inside of the drum; clean if debris is present. If debris is not present, replace sensor harness.
   → If a small resistance is not measured, continue with step 8.
8. Measure the resistance across each of the outermost contacts and the center terminal (ground connection). 
   → If a resistance less than infinity is measured, replace the sensor harness.
9. If moisture sensor diagnostic test passes, check the thermistor: Perform TEST #4a, page 7.
   → If the problem persists after replacing the moisture sensor and thermistor, replace the machine control electronics.

### TEST #5a  *Adjusting Customer-Focused Drying Modes*

**NOTE:** If the customer is complaining about the clothes being damp and the moisture sensor passes TEST #5, step 3, the total dry time can be lengthened by changing from a "CF1" (standard auto cycle) to "CF2" (15% more drying time) or "CF3" (30% more drying time) auto cycle.

1. In Standby mode (dryer plugged in but not powered up), press and hold the Dryness Level button for 5 seconds. The dryer will beep and the current drying mode will be seen on the display. The factory default value is "CF1".
2. To select a different drying mode, press the Dryness Level button again. The dryer display will flash and show *CF2*, *CF3*, or *CF1*.
3. With the display flashing the selected auto cycle mode, press the Start button to save the drying mode and exit diagnostics (the Start button in this mode does not start a drying cycle). The result will be stored in EEPROM of the control board, and will be retained after a power loss.
4. Press the Pause/Cancel button at any time to cancel changes and exit from this mode.

### TEST #6  *Power Cube*

This test is performed when:
   ✔ None of the indicators light up
   ✔ No beep sound is heard

1. Unplug dryer or disconnect power.
2. Check to make sure the connector is fully inserted in the power cube board at P1.
3. Using an ohmmeter and referring to the appropriate wiring diagram, page 12; and figure 18, page 10, check to be sure there is continuity between P2-1 on the power cube board and P003-3 on the console electronics user interface board.
   → If all connections are good, go to TEST #7.
   → If TEST #7 fails also, replace the UI power cube and the console electronics and housing assembly. See Accessing & Removing the Electronic Assemblies, page 9.

### TEST #7  *Buttons and Indicators*

This test is performed when any of the following situations occurs during the Console Buttons and Indicators Diagnostic Test, page 1:
   ✔ None of the indicators light up
   ✔ No beep sound is heard
   ✔ Some buttons do not light indicators

**None of the indicators light up:**

1. See Diagnostic Guide/Before Servicing... on page 1.
2. Perform TEST #1, page 4, to verify supply connections.
3. Perform steps in Accessing & Removing the Electronic Assemblies, page 9, and visually check that the P5 connector is inserted all the way into the machine control electronics.
4. Visually check that the console electronics and housing assembly is properly inserted into the front console.
5. If both visual checks pass, replace the console electronics and housing assembly.
6. Plug in dryer or reconnect power.

---

7. Perform the Console Buttons and Indicators Diagnostic test, page 1, to verify repair.

8. If indicators still do not light, the machine control electronics has failed:

→ Unplug dryer or disconnect power.

→ Replace the machine control electronics.

→ Plug in dryer or reconnect power.

→ Perform the Console Buttons and Indicators Diagnostic test, page 1, to verify repair.

**No beep sound is heard:**

1. Perform steps in Accessing & Removing the Electronic Assemblies, at right, and visually check that the P5 connector is inserted all the way into the machine control electronics.

→ If visual check passes, replace the console electronics and housing assembly.

2. Plug in dryer or reconnect power.

3. Perform the Console Buttons and Indicators Diagnostic test, page 1, to verify repair.

4. If replacing the console electronics and housing assembly failed:

→ Unplug dryer or disconnect power.

→ Replace the machine control electronics.

→ Plug in dryer or reconnect power.

→ Perform the Console Buttons and Indicators Diagnostic test, page 1, to verify repair.

**Some buttons do not light indicators:**

1. Perform steps in Accessing & Removing the Electronic Assemblies, at right, and visually check that the console electronics and housing assembly is properly inserted into the front console.

→ If visual check passes, replace the console electronics and housing assembly.

2. Plug in dryer or reconnect power.

3. Perform the Console Buttons and Indicators Diagnostics test, page 1, to verify repair.

## TEST #8  Door Switch

Refer to page 1 and perform steps under Activating the Diagnostic Test Mode. Then on the same page perform steps under DIAGNOSTIC: Door Switch. Functionality is verified with a beep each time the door is closed and opened, and an alphanumeric number appears in the display.



**Figure 13.** Door switch location.

---

If any of the preceding conditions are not met:

1. Unplug dryer or disconnect power.

2. Check that the wires between the door switch and machine control electronics are connected. See figure 13 for switch location, and see Accessing & Removing the Electronic Assemblies, below right.

→ If the connections are OK, replace the wire and door switch assembly and retest.

→ If wire and door switch assembly have been replaced and dryer still does not start, replace the machine control electronics.

## TEST #9  Water Valve

Activate the Diagnostic Test Mode as shown on page 1. Press Start and verify that water is being sprayed in the drum. See figure 14.



**Figure 14.** Water System Components.

If no water is sprayed in the drum:

1. Perform steps in Accessing & Removing the Electronic Assemblies, at right, and check that the wires are connected to the water valve relay on the machine control electronics. See figure 18, page 10.

2. Check that water is hooked up and turned on.

3. Inside the drum, unscrew and replace the water nozzle using a 7/16" wrench or socket.

4. Perform steps in Removing the Back Panel, page 11, then:

→ Check that the wires and hose are connected to the water valve assembly.

→ Check that the water valve assembly hose is connected to the nozzle.

5. If everything is hooked up and the water still does not dispense:

---

→ Unplug dryer or disconnect power.

→ Replace the valve assembly.

6. Plug in dryer or reconnect power.

7. Activate the Service Diagnostic Test Mode, page 1, and check to make sure water is being sprayed into the drum.

8. If water is still not dispensed:

→ Unplug dryer or disconnect power.

→ Replace the machine control electronics.

## REMOVING THE TOE PANEL

1. Unplug dryer or disconnect power.

2. Remove two screws below the toe panel.

3. Slide the toe panel down, then pull it out from the bottom. See figure 15.



**Figure 15.** Pull the toe panel down to clear flange, then pull panel out.

## ACCESSING & REMOVING ELECTRONIC ASSEMBLIES

There are three electronic assemblies: the Machine Control Electronics, the UI Power Cube, and the Console Electronics and Housing. See figure 16.

1. Unplug dryer or disconnect power.

2. Remove the three rear screws from the top panel, and slide the top panel to the rear to remove.



**Figure 16.** Locate the electronic assemblies.

## Machine Control Electronics

1. Perform preceding steps 1 and 2, then remove the two screws that hold the machine control electronics bracket in place.

2. Slide the bracket over the top of the drum to access the machine control electronics connectors and mounting screw. See figure 17, page 10.



**Figure 17.** *Remove machine control electronics from mounting bracket.*

3. Remove all the wire connections to the machine control electronics. See figure 18.

4. Remove the screw holding the machine control electronics assembly to the mounting bracket. See figure 17.

5. There are two plastic legs on the front of the machine control electronics that slide under the mounting bracket.

   ✔ There is one plastic leg on the rear of the machine control electronics that slides under the mounting bracket.

   ✔ There is a locking tab on the bottom of the machine control electronics that snaps into the mounting bracket.

Press the locking tab on the bottom of the machine control electronics and slide the assembly to the front, then lift.

## UI Power Cube

1. Perform steps 1 and 2 under Accessing & Removing the Electronic Assemblies, page 9.

2. Remove all wire connections to the UI power cube. See figure 18.

3. Remove the screw holding the UI power cube to the mounting bracket. See figure 17.

4. There are two plastic legs on the front of the UI power cube that slide under the mounting bracket. Slide cube out and remove.

## Console Electronics and Housing Assembly

The console panel must be removed to access the console electronics and housing assembly.

1. Perform steps 1 and 2 under Accessing & Removing the Electronic Assemblies, page 9, and disconnect the P2 harness from the machine control, and the P2 connector from the UI power cube.

2. Remove the screw that fastens the assembly to the machine control mounting bracket (figure 17), and the two screws that fasten the console assembly to the machine (figure 19).



**Figure 19.** *Remove the console panel to access the console electronics and housing assembly.*

3. Gently remove the decorative trim that surrounds the door and upper console by unsnapping it from the machine. See figure 20.



**Figure 20.** *Remove the decorative trim.*



**Figure 18.** *UI Power Cube and Machine control electronics.*

**4.** Slide the console up and off of the machine. See figure 19, page 10.

**5.** The console mounting bracket is fastened to the console front panel with two latches at both sides of the console assembly. Unlatch the bracket gently with a screwdriver while pulling the mounting bracket assembly out. See figure 19, page 10.

**6.** The console electronics is split into two assemblies connected by two cables. Each assembly is fastened to the decorative piece by four plastic latches. To remove these assemblies, gently compress the plastic latches while pulling up on the assembly. For the cycle selector assembly, the cycle selector knob must first be removed by firmly pulling on it or gently prying it straight upward. See figure 21.



**Figure 21.** Locate 8 plastic latches.

## REMOVING THE BACK PANEL

**1.** Unplug dryer or disconnect power.

**2.** Remove the three rear screws from the top panel, and slide the top panel to the rear to remove.

**3.** Remove the cover plate, disconnect the power cord, and remove ground screw.

**4.** Remove the metal spring clip between the back panel and the exhaust outlet. See figure 22.



**Figure 22.** Remove 12 screws.

**5.** Remove the ten screws on the rear, and two screws on the top of the back panel. Pull the back panel off the machine. See figure 22.

**ELECTRIC DRYER:** In addition to the above, remove the terminal block from the back panel.



| Function | Contacts | | | | |
|---|---|---|---|---|---|
| | 1M | 2M | 3M | 5M | 6M |
| Start | | | | | |
| Run | | | | | |

● = Contacts closed

**Centrifugal Switch (Motor)**



**Pluggable Drive Motor Switch**



**Gas Valve, Gas Dryer**

SOFTWARE COPYRIGHTED.
MANUFACTURED UNDER ONE OR MORE
OF THE FOLLOWING U.S. PATENTS:

| | | | |
|---|---|---|---|
| 4669200 | 4989347 | 6446357 | D314261 |
| 4700495 | 5066050 | 6597144 | D314262 |
| 4754556 | 5560120 | 6604298 | D457991 |
| 4840285 | 5809828 | 6685241 | D457992 |
| 4865366 | 6020698 | 6732447 | D495453 |
| 4899464 | 6047486 | 6784673 | |
| 4908050 | 6199300 | 6819255 | |

## ELECTRIC DRYER WIRING DIAGRAM

**IMPORTANT:** Electrostatic (static electricity) discharge may cause damage to machine control electronics. See page 1 for details.



## GAS DRYER WIRING DIAGRAM



# TOP AND CONSOLE PARTS

27" ELECTRIC DRYER

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
(White)     (Ultimate Silver)   (Aspen)     (White/Blue) (Black/Chrome)



WIRING HARNESS PARTS

FOR ORDERING INFORMATION REFER TO PARTS PRICE LIST

# TOP AND CONSOLE PARTS

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
**(White)     (Ultimate Silver)   (Aspen)     (White/Blue) (Black/Chrome)**

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 1 | | Literature Parts |
| | W10136968 | Use & Care Guide |
| | W10143265 | Tech Sheet |
| | W10139791 | Guide, Quick Start |
| | W10134980 | Installation, Diagnostic Guide |
| | W10139322 | Sheet, Tip Steam Dry |
| 2 | | Top |
| | 8519251 | White |
| | W10114785 | Ultimate Silver |
| | W10140290 | Aspen |
| | 8579997 | Black/Chrome |
| 3 | W10110988 | Harness, Main |
| 4 | | Panel, Console (Includes Items: 20,21,22,27,28 & 29) |
| | W10153650 | White |
| | W10153654 | Ultimate Silver |
| | W10153655 | Aspen |
| | W10153653 | White/Blue |
| | W10153652 | Black/Chrome |
| 5 | 3391018 | Tie, Cable |

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 6 | W10006840 | Bracket, Console (Includes No.12) |
| 7 | W10112268 | Clip, Harness (4) |
| 8 | 94614 | Terminal |
| 9 | 3936144 | Plug, Terminal |
| 10 | 94613 | Terminal |
| 11 | 3390647 | Screw, 8–18 x 1/2 |
| 12 | W10112267 | Foam–Seal |
| 13 | W10030070 | Array, Power |
| 14 | 3936150 | Connector, 7–Circuit |
| 15 | 3395683 | Connector, (Motor) |
| 16 | 8281225 | Screw, 8–18 x 1/2 |
| 17 | 2203186 | Connector, 5–Circuit |
| 18 | W10110659 | User Interface (Right) |
| 19 | W10110658 | User Interface (Center) (Includes: Illus. 13 ) |
| 20 | W10012430 | Encoder–Wheel |
| 21 | W10012440 | Retainer–Snap |

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 22 | W10012410 | Knob, Light Ring (Includes: Illus. 21 ) |
| 23 | W10012810 | Rast, Wheel Holder (Service Only With Illus. 28 ) |
| 24 | W10012460 | Detent Wheel (Service Only With Illus. 28 ) |
| 25 | W10095960 | Harness, Communication |
| 26 | W10012820 | Knob, Spring (2) (Service Only With Illus. 28 ) |
| 27 | | Knob, Control (Includes: Illus. 21 ) |
| | W10116702 | White |
| | W10116704 | Ultimate Silver |
| | W10153663 | Aspen |
| | W10116706 | White/Blue |
| | W10116705 | Black/Chrome |
| 28 | 280230 | Encoder, Wheel Kit. (Includes Item: 23, 24, & 26 ) |
| 29 | W10117943 | Badge |
| 30 | W10110976 | Cube Cable |

# CABINET PARTS

### For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0
(White)      (Ultimate Silver)      (Aspen)      (White/Blue) (Black/Chrome)



FOR ORDERING INFORMATION REFER TO PARTS PRICE LIST

# CABINET PARTS

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
(White)    (Ultimate Silver)    (Aspen)    (White/Blue) (Black/Chrome)

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 1 | 8576583 | Cover, Terminal Block |
| 2 | 3390814 | Screw, 8–18 x 3/8 |
| 3 | 8533974 | Screw Ground |
| 4 | 3397659 | Block, Terminal |
| 5 | 3394881 | Switch, Broken Belt |
| 6 | 3357011 | Screw, 10–16 x 1/2 |
| 7 | | Panel, Side (L.H.) |
| | W10138989 | White |
| | W10138995 | Ultimate Silver |
| | W10138999 | Aspen |
| | W10138996 | Black/Chrome |
| 8 | 3392100 | Foot, Dryer |
| | 279810 | Foot – Optional (Extended Length Package Of 2) (Not Included) |
| 9 | 660658 | Clamp, Motor (2) |
| 10 | 3387374 | Spring, Idler |
| 11 | 3389420 | Retainer, Idler |
| 12 | | Plug, Multivent |
| | 697750 | White |
| | 8579117 | Ultimate Silver |
| | W10136987 | Aspen |
| | 3388309 | Black/Chrome |
| 13 | 3388672 | Pulley Assembly |
| 14 | 279318 | Terminal, Brass & Tinned (3) (Includes Illus. 33) |
| 15 | 8066120 | Lever, Snap Switch |
| 16 | 3394081 | Wire, Belt Switch |
| 17 | W10128772 | Sound Panel |
| 18 | 233520 | Washer, Thrust |

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 19 | W10128087 | Assembly, Door Switch |
| 20 | W10121334 | Washer |
| 21 | 8066115 | Cover–Plate |
| 22 | 8529053 | Ramp, Door |
| 23 | W10118614 | Seal, Door Switch |
| 24 | | Panel, Side (R.H.) |
| | W10139003 | White |
| | W10139009 | Ultimate Silver |
| | W10139013 | Aspen |
| | W10139010 | Black/Chrome |
| 25 | W10118470 | Cover, Bracket Control |
| 26 | 343641 | Screw, 10–16 x 1/2 |
| 27 | 8538263 | Motor, Assembly 60 HZ. |
| 28 | 3398948 | Wire, Jumper (Broken Belt Switch) |
| 29 | 8578220 | Pulley 60 HZ. |
| 30 | 3387610 | Belt, Drive |
| 31 | W10053558 | Panel, Rear |
| 32 | 3387118 | Bracket, Motor |
| 33 | 279393 | Terminal Block Screw Kit (For Terminal Block) |
| 34 | 49026 | 4" – 90° Elbow |
| 35 | | Toe, Panel |
| | W10116271 | White |
| | W10116277 | Ultimate Silver |
| | W10140572 | Aspen |
| | W10116273 | Black/Chrome |
| 36 | 8563747 | Exhaust Pipe & Bracket |
| 37 | 8563750 | Exhaust Pipe (Short) |

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 38 | 8563749 | Exhaust Pipe (Long) |
| 39 | 3388674 | Idler Bracket |
| 40 | W10141671 | Control Board |
| 41 | 8563727 | Bracket, Control |
| 42 | 98129 | Screw, 6–20 x 1 1/16 |
| 43 | 3390647 | Screw, 8–18 x 1/2 |
| 44 | 3387242 | Seal, Front Panel |
| 45 | 3393008 | Screw, 10–16 x 1/2 |
| 46 | 8519459 | Clip, Toe Panel |
| 47 | W10110990 | Harness, Digital Interface |
| 48 | 90767 | Screw, 8–18 x 3/8 |
| 49 | 696144 | Strike, Door (2) |
| 50 | 8519207 | Base, Cabinet |
| 51 | | Front Panel |
| | 8578388 | White |
| | 8578940 | Ultimate Silver |
| | W10140574 | Aspen |
| | 8578936 | Black/Chrome |
| 52 | 3407228 | Power Cube |
| 53 | 3389682 | Space–Toe Panel |
| 54 | 62825 | Clip–S Type |

**Optional Parts Not Included**

**Dryer Exhaust Kit**
**(For Side & Bottom Venting)**

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 55 | 279818 | White |
| | 279820 | Black |
| | 280171 | Ultimate Silver |
| | W10152954 | Aspen |

**FOR ORDERING INFORMATION REFER TO PARTS PRICE LIST**

W10145263

# BULKHEAD PARTS

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
(White)    (Ultimate Silver)    (Aspen)    (White/Blue) (Black/Chrome)



# BULKHEAD PARTS

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
(White)    (Ultimate Silver)    (Aspen)    (White/Blue) (Black/Chrome)

| Illus. No. | Part No. | DESCRIPTION | Illus. No. | Part No. | DESCRIPTION | Illus. No. | Part No. | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | 8575324 | Shaft, R.H. Thread | 26 | W10109200 | Screw, 11–16 x 3/4 | 48 | 8557403 | Thermostat 295°F (146°C) (Hi–Limit) |
| 2 | 3390647 | Screw, 8–18 x 1/2 | 27 | 697694 | Seal, Drum | | | |
| 3 | 3394984 | Door, Lint Screen | 28 | 695240 | Screw, 8–18 x 1/2 | 49 | 8544770 | Housing–Tab Heater Box |
| 4 | 3406653 | Harness, Sensor | 29 | 8533971 | Screw, 8–18 x 3/8 | 50 | 8066099 | Bracket, Heater Box |
| 5 | 697354 | Air Duct Assembly | 30 | 3391018 | Cable–Tie | | | |
| 6 | 697813 | Seal, Outlet Housing | 31 | 90767 | Screw, 8–18 x 3/8 | 51 | 3387230 | Screw, 10–16 x 1 |
| 7 | 697814 | Seal, Drum Front | 32 | 3392519 | Thermal–Fuse (91°C) | 52 | 8544776 | Flange–Heater Box |
| 8 | 3934666 | Nut,3/8 x 16(R.H.) | | | | 53 | W10113136 | Baffle, Drum |
| 9 | W10128544 | Cap–Plug | 33 | 3406124 | Bulb, Light | 54 | 8519245 | Bulkhead, Front (Includes Illus. 65 & 66 ) |
| 10 | 3402841 | Lens, Drum Light | 34 | 3387223 | Electrode, Sensor | | | |
| | | | 35 | 3977373 | Bracket, Drum Light | | | |
| 11 | 489463 | Screw, 8–18 x 3/8 | | | | 55 | W10044617 | Cover, Inlet Valve |
| 12 | 8572105 | Clip, Exhaust Pipe | 36 | W10136369 | Socket Assembly | 56 | W10044598 | Hose, (Not Servicable Included With Illus. 57 ) |
| 13 | 8066208 | Clip–Spring | 37 | 697772 | Wheel, Blower | | | |
| 14 | 8544771 | Heater Element | 38 | W10044616 | Cover, Drum Light | | | |
| 15 | 279457 | Terminal Wire Kit (For Heater Element Wiring Harness Repair) | 39 | 3394986 | Spring, Lint Screen Door | 57 | W10044606 | Nozzle & Hose Assembly (Includes Illus. 30,56,59,61 & 62) |
| | | | 40 | W10044596 | Valve, Water Inlet (Includes Illus. 31,41,55 & 63) | | | |
| 16 | W10001120 | Nut, 3/8–16 (L.H.) | 41 | W10044597 | Bracket–Valve | 58 | 8299979 | Grill, Outlet |
| 17 | W10124071 | Bulkhead, Rear | 42 | 8577274 | Thermistor | 59 | W10044629 | Nozzle & Screen Assembly |
| 18 | 3387459 | Washer, Support | 43 | 487909 | Screw, 8–15 x 1/2 | | | |
| 19 | 8575325 | Shaft, L.H. Thread | 44 | 8544362 | Housing, Blower | 60 | 697770 | Seal, Cover Plate |
| 20 | 690997 | Ring, Tri | 45 | 8066168 | Lint Duct Assembly | 61 | W10044579 | Washer, Nozzle |
| 21 | 8536973 | Roller, Support | 46 | 8544769 | Housing–Slot Heater Box | 62 | W10044580 | Nut, Brass 9/16–24 x 1/32 |
| 22 | 8066224 | Exhaust Pipe | | | | | | |
| 23 | 3394985 | Housing, Outlet | 47 | 8318314 | Thermal Cut–Off (Includes Illus. 48) | 63 | W10044605 | Coupling, Hose |
| 24 | 8529007 | Plug, Rear Bulkhead | | | | 64 | W10049370 | Lint, Screen |
| 25 | W10138031 | Complete Drum Assembly | | | | 65 | W10128629 | Shield, Blower Housing (Includes Illus. 2. ) |

**FOR ORDERING INFORMATION REFER TO PARTS PRICE LIST**

W10145263

# DOOR PARTS

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
(White)     (Ultimate Silver)     (Aspen)     (White/Blue) (Black/Chrome)



| Illus. No. | Part No. | DESCRIPTION | Illus. No. | Part No. | DESCRIPTION | Illus. No. | Part No. | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | W10085210 | Label–Hinge Hole Cover | 8 | 3393008 | Screw, 10–16 x 1/2 | 17 | 8566254 | Window |
| 2 | W10139920 | Door Hinge Assembly | 9 | 8579520 | Door Assembly (Outer) | 18 | 8580116 | Pad–Handle |
| 3 | W10017850 | Screw, 10–24 x 3/64 | 10 | 8578229 | Door Assembly (Inner) (Includes Illus. 12 & 27) | 19 | | Tear–Drop Trim & Clip Assembly |
| 4 | 9742177 | Screw, 8–18 x 5/8 | | | | | W10133736 | White |
| 5 | 8578153 | Cover–Hinge (L.H.) (Following Parts Not Included) | 11 | 355515 | Screw, 8–18 x 11/16 | | W10133739 | Ultimate Silver |
| | 8578152 | Cover–Hinge (R.H.) | 12 | 3398175 | Door Catch Assembly (Upper) | | W10133740 | Aspen |
| 6 | W10139457 | Seal–Door | 13 | 8519356 | Retainer–Window (Upper) | | W10133741 | White/Blue |
| 7 | | Handle, Ring & Pad Assembly | 14 | 8519354 | Retainer–Window (Lower) | | W10133737 | Black/Chrome |
| | W10048070 | Silver | 15 | 8579662 | Gasket, Window | 20 | W10074630 | Door–Shield |
| | W10048010 | Gold | 16 | W10048910 | Screw–Plug | 21 | 8578157 | Door Intermediate |
| | | | | | | 22 | 8578156 | Door Mask |
| | | | | | | 23 | 8578155 | Door Screen |
| | | | | | | 24 | 3393258 | Screw, 10–16 x 1/2 |
| | | | | | | 25 | W10129065 | Clip–Trim (8) |
| | | | | | | 27 | 690081 | Door Catch Assembly (Lower) |

**FOR ORDERING INFORMATION REFER TO PARTS PRICE LIST**

W10145263

# OPTIONAL PARTS (NOT INCLUDED)

**For Models: WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0**
(White)   (Ultimate Silver)   (Aspen)   (White/Blue) (Black/Chrome)

| Illus.<br>No. | Part<br>No. | DESCRIPTION |
|---|---|---|
| | | **PAINT, TOUCH-UP (1/2oz.)** |
| | 72017 | White |
| | 72302 | Black |
| | 8212605 | Ultimate Silver |
| | W10157756 | New Aspen |
| | | **PAINT, PRESSURIZED SPRAY (12 oz.)** |
| | 350930 | White |
| | 786020 | Black |
| | 350938 | Primer, Gray |
| | | **PAINT, BULK (1 qt.)** |
| | 799344 | White (Uncut) |
| | 786302 | Black (Uncut) |
| | | **ACCESSORY PARTS** |
| | 8529894 | Kit, Hold Down |
| | 8541503 | Kit, Stack Assembly |
| | 8579666A | Kit, Door Reversing |
| | 80047 | Kit, Dryer Repair |
| | 8521957 | Dry Rack |

**FOLLOWING PARTS
NOT ILLUSTRATED**

| | | |
|---|---|---|
| | 76314 | (Hose Inlet) 6'Hose With Elbow |
| | W10044603 | (Hose Inlet) 1' Hose |
| | 3976300 | Washer |
| | W10044604 | Connector Hose |