**Exhibit D**
**Whirlpool Dryer Testing**

Exhibit D-1, page 1

# Exhibit D-1

# Whirlpool Clothes Dryer Testing

## Quadrant Grid At Different Distances from the Rear Wall of the Drum

Exhibit D-1, page 2

# Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0
  - No clothes in drum
- Cycles tested
  - Quick Refresh
  - Enhanced Touch Up / High Temperature (20 minute time setting)
- Instrumentation
  - 2-D circular quadrant array with 22 thermocouples monitoring temperature
  - Grid of thermocouples moved along dryer axis
    - 1, 2, 3, 4, 6, 8, 14, 18 and 24 inches from hot air vent
- Additional Step
  - Interior cooled to room temp for approximately 10 minutes before testing

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer

Exhibit D-1, page 4



Exhibit D-1, page 5

# Thermocouple Locations



# Thermocouple Locations



Thermocouple ID listed next to measurement point

Location of coordinate origin =>

Exhibit D-1, page 6

# Thermocouple Locations

**Thermocouple Locations: Whirpool Dryer Tests**

| Thermocouple ID | X | Y |
|---|---|---|
| 1 | 0.5 | 8.2 |
| 2 | 2.4 | 7.8 |
| 3 | 0.6 | 6.5 |
| 4 | 2.4 | 6.1 |
| 5 | 4.8 | 6.6 |
| 6 | 0.9 | 4.5 |
| 7 | 2.5 | 4.9 |
| 8 | 4.5 | 4.6 |
| 9 | 6.2 | 4.8 |
| 10 | 0.8 | 3.0 |
| 11 | 2.4 | 3.4 |
| 12 | 4.4 | 3.6 |
| 13 | 7.1 | 3.2 |
| 14 | 0.8 | 2.0 |
| 15 | 2.5 | 1.9 |
| 16 | 4.7 | 2.1 |
| 17 | 7.6 | 1.6 |
| 18 | 1.0 | 0.6 |
| 19 | 2.5 | 0.3 |
| 20 | 4.7 | 0.2 |
| 21 | 6.5 | 0.2 |
| 22 | 7.6 | 0.5 |

Coordinates are in inches

The grid structure is placed so that the coordinate origin is 1¼" to the right and 0" above the center of the rear of the drum. The X-axis is horizontal, and the Y-axis is vertical. The grid is parallel to the rear wall of the drum, and the thermocouple sensing beads are in plane with the grid.

Exhibit D-1, page 8

# "Quick Refresh" Cycle Testing

Exhibit D-1, page 9

## "Quick Refresh" Cycle

### Peak Temperatures During Warm-up Period (0 - 4 minutes)
### (Temperatures in degrees Celsius)

| Distance to air inlet (mm) | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 65 | 68 | 75 | 78 | 89 | 88 | 90 | 87 | 85 | 86 |
| 2 | 90 | 94 | 110 | 103 | 116 | 103 | 101 | 92 | 89 | 88 |
| 3 | 67 | 81 | 101 | 94 | 100 | 95 | 95 | 92 | 89 | 88 |
| 4 | 118 | 106 | 113 | 104 | 101 | 96 | 96 | 92 | 91 | 90 |
| 5 | 142 | 144 | 135 | 124 | 101 | 96 | 92 | 92 | 93 | 90 |
| 6 | 64 | 71 | 85 | 92 | 93 | 90 | 91 | 92 | 90 | 89 |
| 7 | 107 | 81 | 88 | 85 | 88 | 87 | 90 | 91 | 90 | 90 |
| 8 | 147 | 127 | 98 | 102 | 90 | 85 | 86 | 89 | 91 | 90 |
| 9 | 135 | 115 | 90 | 87 | 85 | 81 | 84 | 87 | 92 | 90 |
| 10 | 65 | 68 | 80 | 84 | 89 | 87 | 91 | 90 | 90 | 89 |
| 11 | 70 | 68 | 75 | 79 | 85 | 84 | 89 | 89 | 89 | 90 |
| 12 | 98 | 91 | 87 | 88 | 82 | 80 | 85 | 87 | 89 | 89 |
| 13 | 72 | 76 | 76 | 76 | 78 | 77 | 82 | 84 | 89 | 89 |
| 14 | 67 | 69 | 76 | 80 | 86 | 84 | 88 | 88 | 88 | 89 |
| 15 | 67 | 68 | 74 | 79 | 85 | 84 | 88 | 88 | 88 | 89 |
| 16 | 70 | 67 | 71 | 74 | 80 | 80 | 85 | 86 | 88 | 89 |
| 17 | 67 | 69 | 69 | 71 | 76 | 76 | 81 | 83 | 87 | 88 |
| 18 | 68 | 70 | 74 | 76 | 81 | 81 | 86 | 87 | 87 | 89 |
| 19 | 68 | 70 | 75 | 76 | 82 | 82 | 85 | 85 | 86 | 88 |
| 20 | 70 | 73 | 74 | 74 | 80 | 81 | 85 | 86 | 88 | 89 |
| 21 | 69 | 72 | 72 | 73 | 78 | 79 | 84 | 85 | 87 | 90 |
| 22 | 68 | 71 | 71 | 72 | 77 | 78 | 83 | 85 | 88 | 90 |

Thermocouple Position

Exhibit D-1, page 10

# "Quick Refresh" Cycle
## Peak Temperatures During Mist Spray (4-5 minutes)
### (Temperatures in degrees Celsius)

| Distance for air inlet (mil) | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 56 | 58 | 70 | 67 | 75 | 80 | 63 | 76 | 77 | 78 |
| 2 | 75 | 71 | 97 | 87 | 98 | 93 | 84 | 80 | 78 | 79 |
| 3 | 61 | 73 | 91 | 72 | 83 | 86 | 52 | 69 | 77 | 80 |
| 4 | 103 | 96 | 95 | 89 | 82 | 83 | 74 | 76 | 75 | 80 |
| 5 | 128 | 129 | 116 | 104 | 87 | 82 | 76 | 77 | 78 | 79 |
| 6 | 53 | 60 | 77 | 65 | 73 | 70 | 38 | 71 | 71 | 78 |
| 7 | 86 | 66 | 75 | 68 | 73 | 75 | 46 | 66 | 75 | 80 |
| 8 | 132 | 109 | 80 | 86 | 69 | 69 | 62 | 70 | 77 | 80 |
| 9 | 120 | 99 | 79 | 72 | 70 | 65 | 56 | 70 | 75 | 77 |
| 10 | 44 | 45 | 60 | 37 | 37 | 46 | 38 | 62 | 68 | 75 |
| 11 | 50 | 50 | 58 | 57 | 60 | 63 | 37 | 67 | 72 | 76 |
| 12 | 85 | 79 | 70 | 65 | 50 | 63 | 38 | 70 | 74 | 78 |
| 13 | 58 | 65 | 63 | 59 | 54 | 53 | 39 | 64 | 72 | 75 |
| 14 | 37 | 34 | 35 | 34 | 35 | 35 | 35 | 57 | 66 | 76 |
| 15 | 38 | 42 | 42 | 39 | 36 | 43 | 35 | 56 | 68 | 76 |
| 16 | 53 | 52 | 48 | 42 | 39 | 54 | 35 | 54 | 63 | 74 |
| 17 | 53 | 57 | 60 | 54 | 48 | 54 | 40 | 59 | 65 | 73 |
| 18 | 41 | 40 | 35 | 33 | 33 | 38 | 35 | 44 | 66 | 68 |
| 19 | 39 | 41 | 43 | 34 | 36 | 37 | 48 | 69 | 73 | 77 |
| 20 | 53 | 52 | 48 | 42 | 36 | 36 | 34 | 43 | 53 | 74 |
| 21 | 52 | 53 | 58 | 57 | 45 | 39 | 34 | 66 | 78 | 81 |
| 22 | 51 | 52 | 58 | 58 | 44 | 40 | 35 | 65 | 75 | 78 |

Thermocouple Position

Exhibit D-1, page 11





**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
**"Quick Refresh" Cycle**

Exhibit D-1, page 12



Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Quick Refresh" Cycle

Mist On

2" from air inlet grill

Time [min]

Temperature [C]

TC1 °C
TC2 °C
TC3 °C
TC4 °C
TC5 °C
TC6 °C
TC7 °C
TC8 °C
TC9 °C
TC10 °C
TC11 °C
TC12 °C
TC13 °C
TC14 °C
TC15 °C
TC16 °C
TC17 °C
TC18 °C
TC19 °C
TC20 °C
TC21 °C
TC22 °C

Exhibit D-1, page 13



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Quick Refresh" Cycle

Exhibit D-1, page 14



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
**"Quick Refresh" Cycle**

Exhibit D-1, page 15





Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Quick Refresh" Cycle

Exhibit D-1, page 19



Exhibit D-1, page 20



Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Quick Refresh" Cycle

Exhibit D-1, page 21

# Temperature Contour Map
## "Quick Refresh" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

1"

Temperatures in Celsius

"Quick Refresh" cycle
Maximum temperature during warm-up

# Temperature Contour Map
## "Quick Refresh" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

2"

140° C

Temperatures in Celsius

"Quick Refresh" cycle
Maximum temperature during warm-up

Exhibit D-1, page 23

# Temperature Contour Map
## "Quick Refresh" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

3"

130° C

Temperatures in Celsius

"Quick Refresh" cycle
Maximum temperature during warm-up



# Temperature Contour Map
## "Quick Refresh" Cycle

Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

4"

Temperatures in Celsius

"Quick Refresh" cycle
Maximum temperature during warm-up

Exhibit D-1, page 25

# Temperature Contour Map
## "Quick Refresh" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

6"

Temperatures in Celsius

"Quick Refresh" cycle
Maximum temperature during warm-up

Exhibit D-1, page 26

# Whirlpool Duet® Steam Dryer
## 3-D Temperature Map Showing 100°C Isotherm During Warm-up
"Quick Refresh" Cycle



Exhibit D-1, page 27

# "Enhanced Touch Up" Cycle Testing

# "Enhanced Touch Up" Cycle

## Peak Temperatures During Warm-up Period (5-6 minutes)

### (Temperatures in degrees Celsius)

| Distance to air inlet/grill | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 48 | 64 | 68 | 72 | 81 | 82 | 85 | 82 | 80 | 83 |
| 2 | 79 | 79 | 90 | 104 | 111 | 101 | 95 | 87 | 84 | 84 |
| 3 | 58 | 70 | 90 | 96 | 94 | 92 | 90 | 86 | 84 | 84 |
| 4 | 123 | 106 | 106 | 108 | 97 | 96 | 93 | 87 | 85 | 84 |
| 5 | 135 | 139 | 135 | 114 | 94 | 92 | 88 | 88 | 87 | 86 |
| 6 | 53 | 66 | 72 | 83 | 84 | 86 | 87 | 86 | 84 | 85 |
| 7 | 120 | 81 | 87 | 81 | 82 | 86 | 86 | 86 | 85 | 85 |
| 8 | 143 | 113 | 89 | 91 | 84 | 81 | 80 | 85 | 85 | 86 |
| 9 | 132 | 110 | 85 | 78 | 79 | 79 | 78 | 83 | 84 | 86 |
| 10 | 61 | 68 | 71 | 78 | 83 | 84 | 78 | 85 | 85 | 85 |
| 11 | 96 | 67 | 69 | 74 | 80 | 82 | 83 | 84 | 83 | 84 |
| 12 | 116 | 94 | 83 | 79 | 77 | 79 | 79 | 82 | 83 | 85 |
| 13 | 68 | 72 | 69 | 71 | 73 | 75 | 77 | 81 | 83 | 86 |
| 14 | 62 | 69 | 71 | 75 | 80 | 80 | 82 | 83 | 83 | 84 |
| 15 | 62 | 69 | 71 | 74 | 79 | 81 | 83 | 83 | 83 | 84 |
| 16 | 68 | 69 | 68 | 71 | 75 | 78 | 79 | 81 | 82 | 84 |
| 17 | 65 | 68 | 66 | 68 | 70 | 73 | 75 | 79 | 82 | 85 |
| 18 | 63 | 69 | 70 | 72 | 77 | 79 | 80 | 82 | 82 | 83 |
| 19 | 65 | 72 | 71 | 72 | 76 | 78 | 79 | 81 | 81 | 83 |
| 20 | 67 | 72 | 71 | 72 | 74 | 77 | 78 | 81 | 82 | 84 |
| 21 | 67 | 71 | 71 | 71 | 73 | 76 | 78 | 79 | 82 | 85 |
| 22 | 66 | 70 | 70 | 70 | 72 | 75 | 77 | 80 | 82 | 85 |

Thermocouple Position

# "Enhanced Touch Up" Cycle
## Peak Temperatures During Mist Spray (5-6 minutes)
### (Temperatures in degrees Celsius)

| Distance to air inlet grille | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 50 | 50 | 56 | 66 | 66 | 62 | 68 | 64 | 68 |
| 2 | 70 | 75 | 87 | 96 | 104 | 90 | 82 | 64 | 65 | 69 |
| 3 | 49 | 68 | 90 | 82 | 86 | 79 | 53 | 61 | 65 | 70 |
| 4 | 108 | 103 | 101 | 94 | 93 | 84 | 76 | 63 | 60 | 71 |
| 5 | 122 | 137 | 130 | 95 | 84 | 80 | 71 | 68 | 71 | 71 |
| 6 | 32 | 51 | 64 | 68 | 71 | 34 | 42 | 54 | 62 | 69 |
| 7 | 104 | 76 | 80 | 64 | 76 | 69 | 44 | 59 | 59 | 70 |
| 8 | 130 | 104 | 79 | 70 | 76 | 70 | 56 | 60 | 64 | 72 |
| 9 | 120 | 104 | 79 | 56 | 62 | 42 | 36 | 60 | 66 | 72 |
| 10 | 34 | 37 | 35 | 35 | 35 | 33 | 35 | 52 | 63 | 69 |
| 11 | 81 | 50 | 58 | 38 | 38 | 35 | 34 | 51 | 56 | 70 |
| 12 | 103 | 86 | 76 | 37 | 39 | 39 | 35 | 55 | 64 | 70 |
| 13 | 52 | 64 | 59 | 42 | 36 | 34 | 35 | 54 | 63 | 71 |
| 14 | 31 | 33 | 32 | 33 | 35 | 34 | 34 | 52 | 62 | 70 |
| 15 | 31 | 34 | 33 | 34 | 33 | 33 | 32 | 50 | 55 | 70 |
| 16 | 51 | 61 | 49 | 33 | 36 | 33 | 33 | 50 | 54 | 69 |
| 17 | 44 | 56 | 53 | 39 | 40 | 34 | 36 | 54 | 57 | 70 |
| 18 | 39 | 34 | 32 | 32 | 32 | 31 | 32 | 40 | 62 | 70 |
| 19 | 35 | 34 | 33 | 33 | 36 | 37 | 54 | 61 | 63 | 64 |
| 20 | 40 | 35 | 35 | 34 | 33 | 31 | 31 | 42 | 60 | 67 |
| 21 | 37 | 48 | 50 | 33 | 33 | 31 | 31 | 54 | 58 | 70 |
| 22 | 50 | 58 | 57 | 34 | 34 | 33 | 31 | 48 | 59 | 71 |

Thermocouple Position



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Enhanced Touch Up" Cycle







Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Enhanced Touch Up" Cycle

Exhibit D-1, page 33



Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Enhanced Touch Up" Cycle

4" from air inlet grill

Mist On

TC1 °C
TC2 °C
TC3 °C
TC4 °C
TC5 °C
TC6 °C
TC7 °C
TC8 °C
TC9 °C
TC10 °C
TC11 °C
TC12 °C
TC13 °C
TC14 °C
TC15 °C
TC16 °C
TC17 °C
TC18 °C
TC19 °C
TC20 °C
TC21 °C
TC22 °C

Exhibit D-1, page 34



Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Enhanced Touch Up" Cycle

Exhibit D-1, page 35



# Whirlpool Duet® Steam Dryer
## Model WED9600TA0
## "Enhanced Touch Up" Cycle

Exhibit D-1, page 36





Exhibit D-1, page 38



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Enhanced Touch Up" Cycle

Exhibit D-1, page 39



Exhibit D-1, page 40

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

1"

Temperatures in Celsius

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Exhibit D-1, page 41

# Temperature Contour Map
## "Enhanced Touch Up" Cycle

Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

2"



130° C

Temperatures in Celsius

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Exhibit D-1, page 42

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

3"

130° C

Temperatures in Celsius

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Exhibit D-1, page 43

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

4"

Temperatures in Celsius

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Exhibit D-1, page 44

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

6"

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Temperatures in Celsius

Exhibit D-1, page 45

# Whirlpool Duet® Steam Dryer

## 3-D Temperature Map Showing 100°C Isotherm During Warm-up

"Enhanced Touch Up" Cycle



# Exhibit D-2

# Infrared (IR) Camera
# Thermal Image Testing

Exhibit D-2, page 2

# Infrared (IR) Imaging
## Air Inlet Grill

## Temperature Measurement Protocol

- Duet® Steam Dryer door removed and replaced with Mylar sheet (interlock defeated)

- Mylar sheet sealed to IR camera

- Water supply disconnected to protect the infrared thermal imaging optics

- Interior surfaces of dryer spray painted with a flat black paint to obtain a high, uniform emissivity.  Camera emissivity was set to 1.0.

- IR images depict the surface temperatures inside the dryer and not the temperature of the air stream

- Surface temperature measurements with TC compared to IR measurements

- Dryer run on "Quick Refresh" cycle

Exhibit D-2, page 3

# IR Imaging

- Mikron Infrared, Inc.
  - IR Camera Model TH7200
  - Temperature range 0 – 500 °C
  - 2 Hz data acquisition frequency

- IR Camera field-of-view offset from central axis of drum to focus on area around the hot air inlet grill in the upper right of the drum back wall

Exhibit D-2, page 4

# IR Camera Setup



Exhibit D-2, page 5

# Interior of Duet® Steam Dryer Painted Flat Black



Exhibit D-2, page 6

# Close-up View of Air Inlet Grill



Exhibit D-2, page 7

# Infrared Temperature Map
## "Quick Refresh" Cycle



|       | Min  | Max   | Avg   |
|-------|------|-------|-------|
| ROI 1 | 72.3 | 140.1 | 106.7 |
| ROI 2 | 21.3 | 140.1 | 90.5  |

Notes: ROI 1 and ROI 2 are "Regions of Interest". ROI 1 is inside the red oval, and ROI 2 is inside the blue outline of the air inlet grill. The "Min", "Max" and "Avg" values represent the minimum, maximum and average temperatures measured within each region of interest.

# Exhibit D-3

## Whirlpool Duet® Steam Dryer Testing

### Testing With and Without Clothing in the Drum "Quick Refresh" and "Enhanced Touch Up" Cycles

# Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0
- Steam cycles tested
  - "Quick Refresh" with and without clothes
  - "Enhanced Touch Up" with and without clothes
    - High Temperature Setting
    - 20 minute time setting
- Clothing
  - 3 long sleeve cotton shirts, 1 short sleeve cotton shirt
- Instrumentation
  - 9 thermocouples mounted on a 3 x 3 grid positioned 3.5" away from the air inlet grill
  - 1 thermocouple monitoring temperature 1" from air inlet grill
- Additional Step
  - Drum interior cooled to room temp for approximately 10 minutes before each test

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - All thermocouples sampled at 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 156782
  - Lenovo ThinkPad T61 laptop computer

Exhibit D-3, page 4



Power (120/240 V)

Air inlet

Thermocouples
(Kept in same
position for all tests)

Nozzle

Exhaust Duct Outlet

Water in

Drum

Door

Data Acquisition System

Personal computer

Exhibit D-3, page 5

# Clothes: Three Long-Sleeve Cotton Shirts and One Short-Sleeve Cotton Shirt



Exhibit D-3, page 6

# Thermocouple Locations



Exhibit D-3, page 7

# Thermocouple Locations



Exhibit D-3, page 8

# Thermocouple Locations



Location of coordinate origin >

Exhibit D-3, page 9

# Thermocouple Coordinates

## Relative to the Cage

| Thermocouple ID | X (in) | Y (in) |
|---|---|---|
| 1 | 0.0 | 3.0 |
| 2 | 1.5 | 3.0 |
| 3 | 3.0 | 3.0 |
| 4 | 0.0 | 1.5 |
| 5 | 1.5 | 1.5 |
| 6 | 3.0 | 1.5 |
| 7 | 0.0 | 0.0 |
| 8 | 1.5 | 0.0 |
| 9 | 3.0 | 0.0 |
| 10 (1" from grate) | 1.5 | 1.5 |

Note: Thermocouples 1-9 are 3.5" from grate

The cage structure is placed so the horizontal and vertical edges of the cage are parallel to the bottom and left edges of the hot air inlet grill respectively. Thermocouple 7 is positioned 4¾" to the right and 4½" above the center of the drum.

Exhibit D-3, page 11

# Peak Temperatures During Mist Spray
## (Temperatures in °C)

| Cycle Load | Thermocouple Position | "Quick Refresh" Without Clothes | "Quick Refresh" With Clothes | "Enhanced Touch Up" Without Clothes | "Enhanced Touch Up" With Clothes |
|---|---|---|---|---|---|
| 1 | | 112 | 125 | 114 | 126 |
| 2 | | 124 | 142 | 132 | 139 |
| 3 | | 132 | 151 | 138 | 145 |
| 4 | | 84 | 103 | 88 | 105 |
| 5 | | 86 | 104 | 97 | 101 |
| 6 | | 113 | 133 | 121 | 128 |
| 7 | | 59 | 83 | 69 | 88 |
| 8 | | 74 | 86 | 82 | 89 |
| 9 | | 76 | 90 | 81 | 93 |
| 10 | | 131 | 149 | 138 | 142 |

Exhibit D-3, page 12



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
**"Quick Refresh" Cycle Without Clothes**

Exhibit D-3, page 13



Exhibit D-3, page 14



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
**"Enhanced Touch Up" Cycle, High Temperature, Without Clothes**

Exhibit D-3, page 15



Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Enhanced Touch Up" Cycle, High Temperature Setting, With Clothes

# Dew Point Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0
- Test Configuration
  - Manual Cycle: Timed Dry
  - Temperature Setting: Air Only (No Heat)
  - Mist Activated Using a Manually-Operated Bypass Switch Installed in the Circuitry
- Instrumentation
  - Sensirion Temperature and Humidity Probe SHT75
  - Data Acquisition: Sensirion EK-H3,
- Sensor Position
  - Top right corner of air inlet grill
  - 3" Away from surface of air inlet grill
- Test Sequence
  - See Table at Right

| Time (min) | Mist On/Off | Dryer On/Off | Door |
|---|---|---|---|
| 0 – ½ | Off | Off | Open |
| ½ – 1 | Off | Off | Closed |
| 1 – 3 | Off | On | Closed |
| 3 – 4 | On | On | Closed |
| 4 – 5 | Off | On | Closed |

Exhibit D-4, page 3

# Photographs of Test Setup



SHT-75 Probe

Probe head is 3" from upper right corner of air inlet grill

Exhibit D-4, page 4



# Dew Point Measurements: Duet® Steam Dryer

Sensor 3 Inches from the Top Right Corner of the Air Inlet Grill, No Heat