# Exhibit E
# LG Dryer Testing

Exhibit E-1, page 1

# Exhibit E-1

# LG SteamDryer™

# 3-D Grid Testing

# Test Protocol

- Clothes dryer tested
  - LG SteamDryer™
  - Model: DLEX8377NM
  - No clothes in dryer drum
- Steam cycles tested
  - Steam Fresh™ (3 items setting)
  - Normal with Easy Iron option (48 minute time setting)
- Instrumentation
  - 30 thermocouples monitoring temperature arranged to duplicate geometry reported in 'Exhibit 4C' to Dr. Chul Jin Choi's declaration
  - 27 thermocouples in 3-D grid and 3 thermocouples on air inlet

Exhibit E-1, page 5

3-D Grid in LG SteamDryer™



# LG SteamDryer™
## Thermocouples on Air Inlet Grill



Exhibit E-1, page 7

# Thermocouple Locations

Air inlet grill, top

Air inlet grill, middle

Air inlet grill, bottom



Exhibit E-1, page 8

# Steam Fresh™ Cycle Testing

Exhibit E-1, page 9

# LG SteamDryer™
# Model DLEX8377NM
# Steam Fresh™ Cycle

Maximum Temperature During Steam Phase [°C]



Exhibit E-1, page 10



# "Normal" Cycle with "Easy Iron" Option

Exhibit E-1, page 12

# LG SteamDryer™
## Model DLEX8377NM
## "Normal Cycle" with "Easy Iron" Option

### Maximum Temperature During Steam Phase [°C]



Exhibit E-1, page 13



LG SteamDryer™
Model DLEX8377NM
"Normal Cycle" with "Easy Iron" Option

Exhibit E-2, page 1

# Exhibit E-2

# LG SteamDryer™ Testing

# Square Grid Tests

Exhibit E-2, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer



Exhibit E-2, page 5

# LG SteamDryer™ Testing
## Thermocouple Locations



Exhibit E-2, page 6

# LG SteamDryer™ Testing
## Thermocouple Locations

Exhibit E-2, page 7



# LG SteamDryer™ Testing
## Thermocouple Locations

Thermocouple ID listed next to measurement point

# Thermocouple Coordinates

**Thermocouple Locations: LG Dryer Tests**

| Thermocouple ID | X | Y |
|---|---|---|
| 1 | 7.8 | 8.6 |
| 2 | 6.2 | 8.4 |
| 3 | 4.9 | 8.3 |
| 4 | 3.2 | 8.3 |
| 5 | 1.7 | 8.2 |
| 6 | 7.8 | 6.8 |
| 7 | 6.2 | 7.0 |
| 8 | 4.8 | 7.0 |
| 9 | 3.1 | 6.8 |
| 10 | 1.9 | 6.9 |
| 11 | 6.7 | 4.7 |
| 12 | 4.9 | 4.5 |
| 13 | 2.6 | 4.6 |
| 14 | 0.7 | 4.6 |
| 15 | 6.7 | 2.6 |
| 16 | 4.8 | 2.7 |
| 17 | 2.7 | 2.5 |
| 18 | 0.7 | 2.4 |
| 19 | 6.8 | 0.4 |
| 20 | 5.0 | 0.6 |
| 21 | 2.7 | 0.8 |
| 22 | 0.7 | 0.5 |

Coordinates are in inches

Thermocouple 19 is positioned 4" to the right and 2¼" above the center of the drum. The bottom row of thermocouples is horizontal and the grid is parallel to the back wall of the drum. The sensing bead of the thermocouples extends ¼" towards the back wall away from the plane of the grid structure. The grid structure was positioned 3" from the rear wall of the drum.

# Steam Fresh™ Cycle Testing

Exhibit E-2, page 10



# LG SteamDryer™
## Model DLEX8377NM
## Steam Fresh™ Cycle

Maximum Temperature During Steam Cycle [°C]

Exhibit E-2, page 11



"Normal" Cycle with "Easy Iron" Option

Exhibit E-2, page 13

# LG SteamDryer™
## Model DLEX8377NM
## "Normal Cycle" with "Easy Iron" Option

Maximum Temperature During Steam Cycle [°C]



Exhibit E-2, page 14





# Exhibit E-3

# LG SteamDryer™ Testing

# Nozzle Outlet Test

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer

Exhibit E-3, page 4



Exhibit E-3, page 5

# LG SteamDryer™ Testing
## Thermocouple Locations



Exhibit E-3, page 6

# LG SteamDryer™ Testing
## Thermocouple Locations



Exhibit E-3, page 7

# LG SteamDryer™ Testing
## Thermocouple Locations



# Steam Fresh™ Cycle Testing

Exhibit E-3, page 9

# LG SteamDryer™
## Model DLEX8377NM
# Steam Fresh™ Cycle

Maximum Temperature During Steam Cycle [°C]



Exhibit E-3, page 10



**LG SteamDryer™**
Model DLEX8377NM
**Steam Fresh™ Cycle - Temperatures Near Nozzle**