# Exhibit F
# Patents and Patent Applications



US006941674B2

(12) **United States Patent**
Park et al.

(10) Patent No.:     **US 6,941,674 B2**
(45) Date of Patent:     **Sep. 13, 2005**

(54) **METHOD AND APPARATUS FOR DETECTING RESIDUAL DRYING TIME OF CLOTHES DRYER**

(75) Inventors: **Dae-Yun Park**, Gwangmyeong (KR); **Kyung-Seop Hong**, Incheon (KR); **Young-Hwan Park**, Seoul (KR); **In-Cheol Jeong**, Goyang (KR); **Soo-Young Oh**, Seoul (KR); **Si-Moon Jeon**, Seoul (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/743,495**

(22) Filed: **Dec. 23, 2003**

(65) **Prior Publication Data**

US 2005/0050763 A1 Mar. 10, 2005

(30) **Foreign Application Priority Data**

Aug. 12, 2003     (KR) ................................ 10-2003-0055846

(51) **Int. Cl.$^7$** ................................................. **F26B 19/00**
(52) **U.S. Cl.** ............................... **34/88; 34/557; 34/562**
(58) **Field of Search** .......................... 34/528, 595, 476, 34/493, 562, 88, 557

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,531,305 A | * | 7/1985 | Nagayasu et al. ............ | 34/445 |
| 4,738,034 A | * | 4/1988 | Muramatsu et al. ........... | 34/524 |
| 5,291,667 A | * | 3/1994 | Joslin et al. .................. | 34/526 |
| 6,047,486 A | * | 4/2000 | Reck et al. ................... | 34/491 |
| 6,122,840 A | * | 9/2000 | Chbat et al. .................. | 34/496 |
| 6,446,357 B2 | * | 9/2002 | Woerdehoff et al. .......... | 34/491 |
| 6,449,876 B1 | | 9/2002 | Pursell | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 199 39 271 A1 | 2/2001 |
| DE | 199 39 273 A1 | 2/2001 |
| EP | 0 039 645 A1 | 11/1981 |
| EP | 1 048 996 A1 | 11/2000 |

* cited by examiner

*Primary Examiner*—Cheryl Tyler
*Assistant Examiner*—Kathryn S. O'Malley
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57)     **ABSTRACT**

In a method and an apparatus for detecting a residual drying time of a clothes dryer, by detecting a quantity of moisture contained in clothes in a clothes dryer and displaying a residual clothes drying time on the basis of the detected moisture quantity, a residual clothes drying time can be displayed accurately.

**4 Claims, 5 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4



FIG. 5



# FIG. 6



# FIG. 7



1

# METHOD AND APPARATUS FOR DETECTING RESIDUAL DRYING TIME OF CLOTHES DRYER

This Nonprovisional application claims priority under 35 U.S.C. § 119(a) on Patent Application No(s). 10-2003-0055846 filed in Korea on Aug. 12, 2003, the entire contents of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a clothes dryer, and in particular to a method and an apparatus for detecting a residual drying time of a clothes dryer.

### 2. Description of the Related Art

In general, a clothes dryer rotates clothes in a drum by rotating the drum and generates heat by using a heater, and low temperature-little moisture air is converted into high temperature-little moisture air while passing the heater according to rotation of a drying fan.

The clothes dryer heats the clothes by making the high temperature-little moisture air flow into the drum. Herein, the high temperature-little moisture air is converted into high temperature-much moisture air by steam generated while the clothes are heated. The high temperature-much moisture air is converted into low temperature-little moisture air by being condensed by an internal condenser, and it is converted into high temperature-little moisture air while passing the heater according to the rotation of the drying fan. In more detail, the clothes dryer dries clothes in the drum by performing the clothes heating process repeatedly. In addition, when clothes drying is finished, the clothes dryer stops the operation of the heater and cools the dried clothes by operating only a motor in order to make a user take out the clothes easily. Herein, a time required for heating clothes in the drum of the clothes dryer and cooling the clothes thereafter is called a clothes drying time.

In addition, in the conventional clothes dryer, in order to display a residual drying time, a drying time and a cooling time are preset, the set drying time is reduced in drying with the passage of time, and the set cooling time is reduced in cooling with the passage of time.

In the meantime, detailed description about the clothes dryer was disclosed in U.S. Pat. No. 6,449,876.

However, in the conventional clothes dryer, because a preset residual drying time is displayed regardless of a quantity of moisture contained in clothes in the drum of the clothes dryer, there may be error between an actual residual drying time and a displayed residual drying time, and accordingly reliability of the clothes dryer may be lowered due to that error.

## SUMMARY OF THE INVENTION

In order to solve the above-mentioned problem, it is an object of the present invention to provide a method and an apparatus for detecting a residual drying time of a clothes dryer capable of displaying a residual drying time accurately by detecting a quantity of moisture contained in clothes in a drum of a clothes dryer and displaying a residual drying time according to the detected quantity of moisture.

It is another object of the present invention to provide a method and an apparatus for detecting a residual drying time of a clothes dryer capable of displaying a residual drying time accurately by displaying a residual displaying time on the basis of a quantity of moisture contained in clothes in a

2

drum of a clothes dryer and an outlet temperature value of the drum of the clothes dryer.

In order to achieve the above-mentioned objects, a method for detecting a residual drying time of a clothes dryer in accordance with the present invention includes detecting a quantity of moisture contained in clothes in a clothes dryer; and displaying a residual clothes drying time on the basis of the detected moisture quantity.

In order to achieve the above-mentioned objects, a method for detecting a residual drying time of a clothes dryer in accordance with the present invention includes reducing a preset early clothes drying time in early operation of a clothes dryer with the passage of time and displaying the reduced time on a display in real-time; detecting a quantity of moisture contained in clothes in a drum of the clothes dryer and an outlet temperature of the drum; reading a residual clothes drying time corresponded to the detected moisture quantity and outlet temperature value from a memory storing a residual drying time pre-calculated on the basis of the moisture quantity and outlet temperature value of the drum; and displaying the read residual drying time in real-time; wherein the residual drying time includes an estimated drying time and an estimated cooling time.

In order to achieve the above-mentioned objects, an apparatus for detecting a residual drying time of a clothes dryer in accordance with the present invention includes a means for detecting a quantity of moisture contained in clothes in a clothes dryer; and a means for displaying a residual clothes drying time on the basis of the detected moisture quantity.

In order to achieve the above-mentioned objects, an apparatus for detecting a residual drying time of a clothes dryer in accordance with the present invention includes a moisture detector for detecting a quantity of moisture contained in clothes in clothes dryer; a temperature detector for detecting an outlet temperature of a drum of the clothes dryer; a controller for reading a residual drying time corresponded to the moisture quantity and the outlet temperature value of the drum from a storage storing a pre-calculated residual drying time on the basis of the moisture quantity and the outlet temperature value of the drum; and a display for displaying the read residual drying time according to the control signal of the controller.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 is a schematic-perspective view illustrating a structure of a clothes dryer having a residual drying time detecting apparatus in accordance with an embodiment of the present invention;

FIG. 2 is a graph showing level variation of a moisture detecting voltage according to a load of the clothes dryer detected in clothes drying by a moisture detector;

FIG. 3 is a graph showing outlet temperature variation of a drum according to a load of the clothes dryer detected in clothes drying by a temperature detector;

FIG. 4 is a block diagram illustrating a residual drying time detecting apparatus for a clothes dryer in accordance with an embodiment of the present invention;

FIG. 5 is a flow chart illustrating a residual drying time detecting method for a clothes dryer in accordance with an embodiment of the present invention;

US 6,941,674 B2

**3**

FIG. 6 is a graph showing outlet temperature variation of a drum detected by a temperature detector in early clothes drying in accordance with the present residual drying time detecting method; and

FIG. 7 is a graph showing outlet temperature variation of a drum per unit time detected by the temperature detector in early clothes drying in accordance with the present residual drying time detecting method.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Hereinafter, the preferred embodiment of a method and an apparatus for detecting a residual drying time of a clothes dryer capable of displaying a residual drying time accurately by displaying a residual displaying time on the basis of a quantity of moisture contained in clothes in a drum of a clothes dryer and/or an outlet temperature value of the drum of the clothes dryer will be described with reference to FIGS. 1~7.

FIG. 1 is a schematic-perspective view illustrating a structure of a clothes dryer having a residual drying time detecting apparatus in accordance with an embodiment of the present invention.

As depicted in FIG. 1, the clothes dryer includes a drum 10 for receiving and drying clothes; a door 12 installed on the front of the drum 10 so as to be open/closed; a drum cover 11 installed in the door 12 so as to be arranged on the front of the drum 10 when a sub-door 13 is closed; a moisture detector 102 having a pair of electrodes 102a, 102B installed on a slant surface 14 formed at the front lower end of the drum cover 11; and a temperature detector 101 installed in an air channel 13 for receiving high temperature-much moisture air such as steam generated in drying of clothes in the drum 10 in order to detect a temperature of the high temperature-much moisture air discharged from the drum 10. In more detail, in the clothes dryer, by operating a heater (not shown) and a motor (not shown), the drum 10 is rotated, and heat energy generated in the heater is transmitted into the drum 10. Herein, air discharged from the drum 10 while the clothes are heated and dried flows into the air channel 13 and is circulated.

Hereinafter, the operation of the moisture detector 102 and the temperature detector 101 of the apparatus for detecting the residual drying time of the clothes dryer in accordance with the embodiment of the present invention will be described.

FIG. 2 is a graph showing level variation of a moisture detecting voltage according to a load of the clothes dryer detected in clothes drying by the moisture detector 102. Herein, the load means a quantity of moisture of the clothes in the drum of the clothes dryer.

The pair of electrodes 102A, 102B of the moisture detector 102 are contacted with the clothes rotated according to the rotation of the drum 10. Herein, a both ends resistance value of the pair of the electrodes 102A, 102B is varied according to a quantity of moisture contained in the clothes in the drum 10. For example, when a quantity of moisture contained in the clothes in the drum 10 is increased, a both ends resistance value of the electrodes 102A, 102B is decreased, when a quantity of moisture contained in the clothes in the drum 10 is decreased, a both ends resistance value of the electrodes 102A, 102B is increased. Accordingly, a both ends resistance value of the moisture detector 102 is in inverse proportion to a quantity of moisture contained in the clothes in the drum 10.

**4**

In addition, the moisture detector 102 converts a both ends resistance value of the electrodes 102A, 102B into a moisture detecting voltage and outputs the converted moisture detecting voltage to a controller 103. Herein, in test results, in case of performing the clothes drying process, as depicted in FIG. 2, the moisture detecting voltage is different according to a load (quantity of moisture contained in the clothes). In more detail, the lower the load, the higher a moisture detecting voltage is detected, the higher the load, the lower a moisture detecting voltage is detected.

FIG. 3 is a graph showing outlet temperature variation of a drum according to a load of the clothes dryer detected in clothes drying by the temperature detector 101.

The temperature detector 101 detects a temperature of the air discharged from the drum 10 into the air channel 13. Herein, as depicted in FIG. 3, the detected temperature is different according to a load. In more detail, the lower the load, the higher a temperature is detected, the higher the load, the lower a temperature is detected.

Hereinafter, a method and an apparatus for detecting a residual drying time of a clothes dryer capable of detecting a quantity of moisture (load) contained in clothes accurately on the basis of a moisture detecting voltage value detected by the moisture detector 102 and a drum outlet temperature value detected by the temperature detector 101 and displaying a residual drying time according to the detected quantity of moisture (load) will be described with reference to FIGS. 4~7.

FIG. 4 is a block diagram illustrating a control apparatus having a residual drying time detecting unit for a clothes dryer in accordance with the embodiment of the present invention.

As depicted in FIG. 4, the control unit of the clothes dryer includes a command inputter 201 for inputting an operation command according to operation of a user; a heater operator 202 for operating a heater of the clothes dryer according to a control signal; a motor operator 203 for operating a motor of the clothes dryer according to a control signal; and a residual drying time detecting unit 100 for displaying a residual drying time of the clothes dryer on the basis of a quantity of moisture contained in the clothes in the drum 10 of the clothes dryer and/or a drum output temperature.

The residual drying time detecting unit 100 includes the moisture detector 102 for detecting a quantity of moisture contained in the clothes in the drum 10 of the clothes dryer; the temperature detector 101 for detecting an outlet temperature of the drum 10; the controller 103 for reading a residual drying time corresponded to the moisture quantity and the outlet temperature value of the drum 10 from a memory 103A storing a pre-calculated residual drying time on the basis of the moisture quantity and the outlet temperature value of the drum 10; and a display 104 for displaying the read residual drying time according to the control signal of the controller 103. Herein, a first look-up table showing an estimated drying time pre-calculated according to the moisture quantity and the outlet temperature value of the drum 10 and a second look-up table showing an estimated cooling time pre-calculated according to the moisture quantity and the outlet temperature value of the drum 10 are pre-stored in the memory 103A. In addition, when a drying command is received from the command inputter 201, the controller 103 reads a quantity of moisture contained in the clothes in the drum 10 of the clothes dryer on the basis of a moisture quantity value of the moisture detector 102 and a temperature value of the temperature detector 101 while controlling the clothes drying operation,

US 6,941,674 B2

5

reads a residual drying time from the first and second look-up tables according to the detected moisture quantity and transmits the read residual drying time value to the display 104.

Hereinafter, a method for detecting a residual drying time in accordance with the present invention will be described with reference to FIG. 5.

FIG. 5 is a flow chart illustrating a residual drying time detecting method in accordance with an embodiment of the present invention.

First, when the user puts clothes to be dried into the drum 10 and commands drying by operating the command inputter 201 as shown at step S10, the controller 103 displays a preset early clothes drying time on the display 104. In addition, the controller 103 reduces the early drying time with the passage of time and displays a reduced time on the display 104 as shown at step S11.

The motor operator 203 operates the motor according to a control signal from the controller 103 as shown at step S12, and the heater operator 202 operates the heater according to a control signal from the controller 103 as shown at step S13. Accordingly, by the rotational force of the motor, the drum 10 is rotated, heat energy generated by the heater is transmitted into the drum 10, air discharged from the drum 10 flows into the air channel 13 and is circulated.

Afterward, the controller 103 judges whether a preset detecting time (for example, 5 minutes) has passed as shown at step S14, when the present time has passed, it generates a moisture detecting signal and a temperature detecting signal, outputs the moisture detecting signal to the moisture detector 102 and outputs the temperature detecting signal to the temperature detector 101.

When the pair of electrodes 102A, 102B are contacted with the clothes rotated in the drum 10 according to the rotation of the drum 10, the moisture detector 102 detects a both end resistance value of the electrodes 102A, 102B varied according to a moisture quantity of the clothes on the basis of the moisture detecting signal, obtains a moisture detecting voltage by multiplying the detected resistance value by an input current value and outputs it to the controller 103. Herein, the moisture detector 102 can output the resistance value to the controller 103, and the controller 103 can detect a quantity of moisture contained in the clothes in the drum 10 on the basis of the resistance value as shown at step S15.

The temperature detector 101 detects an outlet temperature of the drum 10 on the basis of the temperature detecting signal and outputs the detected temperature value to the controller 103 as shown at step S16. Herein, the outlet temperature of the drum 10 will be described with reference to FIGS. 6 and 7.

FIG. 6 is a graph showing outlet temperature variation of the drum detected by the temperature detector 101 in early clothes drying in accordance with the present residual drying time detecting method, and FIG. 7 is a graph showing outlet temperature variation of the drum per unit time (Δ T) detected by the temperature detector 101 in early clothes drying in accordance with the present residual drying time detecting method.

Afterward, the controller 103 calculates a load (quantity of moisture contained in the clothes) of the clothes dryer by assigning the moisture detecting voltage and the outlet temperature variation of the drum (Δ T) to Equation 1 as shown at step S17. Herein, the controller 103 can detect a quantity of moisture contained in the clothes in the drum 10 on the basis of only the moisture detecting voltage value,

6

however, in order to detect a quantity of moisture accurately, it is preferable to detect a quantity of moisture on the basis of both the moisture detecting voltage value and the drum outlet temperature value (temperature variation (Δ T)).

$$TE = H(t1) \times \Delta T(t1) \qquad \text{Equation 1}$$

Herein, H(t1) is a level of a moisture detecting voltage for a time (t1), and Δ T(t1) is variation of a drum outlet temperature for a time (t1).

When the load (TE) is calculated, the controller 103 reads an estimated drying time according to the calculated load from the first look-up table in the memory 103A as shown at step S18 and displays the read estimated drying time on the display 104. Herein, the controller 103 reduces the read estimated drying time with the passage of time and displays the reduced estimated drying time on the display 104 in real-time as shown at step S19.

Afterward, the controller 103 judges whether the clothes drying operation is finished as shown at step S20, when the drying operation is finished, it performs the clothes cooling operation as shown at step S21, reads an estimated cooling time according to the calculated load from the second look-up table in the memory 103A as shown at step S22 and displays the read estimated cooling time on the display 104. Herein, the controller 103 reduces the read estimated cooling time with the passage of time and displays the reduced estimated cooling time on the display 104 as shown at step S23.

The controller 103 judges whether the cooling is finished as shown at step S24, displays a residual drying time as '0' on the display 104 when the cooling is finished and finishes the clothes drying operation of the clothes dryer as shown at step S25.

As described-above, in the method and apparatus for displaying the residual drying time of the clothes dryer, by detecting a quantity of moisture (load) contained in clothes in the drum 10 accurately and displaying a residual clothes drying time accurately according to the detected moisture quantity, it is possible to display a residual drying time accurately without having error between an actual residual drying time and a residual drying time displayed on the display 104. Accordingly, reliability of the clothes dryer can be improved.

What is claimed is:

1. An apparatus for detecting a residual drying time of a clothes dryer, comprising:
   a moisture detector for detecting a quantity of moisture contained in clothes in clothes dryer;
   a temperature detector for detecting an outlet temperature of a drum of the clothes dryer;
   a controller for reading a residual drying time corresponded to a sum of the moisture quantity and a variation of the outlet temperature value of the drum from a storage storing a pre-calculated residual drying time on the basis of the moisture quantity and the outlet temperature value of the drum; and
   a display for displaying the read residual drying time according to the control signal of the controller.

2. The apparatus of claim 1, wherein the storage includes a first look-up table showing an estimated drying time pre-calculated according to the moisture quantity and the outlet temperature value of the drum and a second look-up table showing an estimated cooling time pre-calculated according to the moisture quantity and the outlet temperature value of the drum.

3. The apparatus of claim 1, wherein the controller reduces the read residual drying time with the passage of time and displays the reduced time.

US 6,941,674 B2

7

4. A method for detecting a residual drying time of a clothes dryer, comprising:

reducing a preset early clothes drying time in early operation of a clothes dryer with the passage of time and displaying the reduced time on a display in real-time;

detecting a quantity of moisture contained in clothes in a drum of the clothes dryer and an outlet temperature of the drum;

8

reading a residual clothes drying time corresponded to a sum of the detected moisture quantity and a variation in temperature value from a memory storing a residual drying time pre-calculated on the basis of the moisture quantity and outlet temperature value of the drum; and

displaying the read residual drying time in real-time;

wherein the residual drying time includes an estimated drying time and an estimated cooling time.

* * * * *

US007020982B2

(12) **United States Patent** (10) **Patent No.: US 7,020,982 B2**

Park et al. (45) **Date of Patent: Apr. 4, 2006**

(54) **METHOD FOR CONTROLLING CLOTHES DRYER**

(75) Inventors: **Dae-Yun Park**, Gyeonggi-Do (KR); **Kyung-Seop Hong**, Incheon (KR); **Young-Hwan Park**, Seoul (KR); **In-Cheol Jeong**, Gyeonggi-Do (KR); **Soo-Young Oh**, Seoul (KR); **Si-Moon Jeon**, Seoul (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/912,039**

(22) Filed: **Aug. 6, 2004**

(65) **Prior Publication Data**

US 2005/0050758 A1    Mar. 10, 2005

(30) **Foreign Application Priority Data**

Aug. 12, 2003   (KR) ..................... 10-2003-0055673

(51) Int. Cl.
*F26B 3/00* (2006.01)

(52) U.S. Cl. ........................... **34/496**; 34/493; 34/318; 34/527

(58) **Field of Classification Search** .................. 34/528, 34/527, 524, 318, 322, 493, 496
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,824,477 A * | 7/1974 | Cotton ....................... 327/509 |
| 3,864,844 A * | 2/1975 | Heidtmann ................. 34/528 |
| 5,649,372 A * | 7/1997 | Souza .......................... 34/491 |
| 6,079,121 A * | 6/2000 | Khadkikar et al. .......... 34/528 |
| 6,449,876 B1 | 9/2002 | Pursell |

* cited by examiner

*Primary Examiner*—Kenneth Rinehart
(74) *Attorney, Agent, or Firm*—Greenblum & Bernstein P.L.C.

(57) **ABSTRACT**

A method for controlling a clothes dryer is disclosed to precisely dry clothes on the basis of a load amount according to moisture contained in clothes in the clothes dry and a temperature change according to proceeding drying of clothes. The method includes: detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in a drum; setting a heater exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal, and first drying clothes in the drum within the pre-set first temperature range; second-drying clothes in the drum within the pre-set second temperature range; and cooling clothes in the drum when the first and second-drying processes are completed.

**7 Claims, 6 Drawing Sheets**



# FIG. 1
### PRIOR ART



# FIG. 2



# FIG. 3



# FIG. 4



FIG. 5A



FIG. 5B



FIG. 6



# FIG. 7



# FIG. 8



US 7,020,982 B2

1

# METHOD FOR CONTROLLING CLOTHES DRYER

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a clothes dryer and, more particularly, to a method for controlling a clothes dryer.

### 2. Description of the Background Art

In general, in a clothes dryer, an internal drum is rotated to rotate clothes in a drum, heat is generated by a heater, and at this time, low temperature little moisture air passes the heater to be changed to high temperature little moisture air according to rotation of a drying fan.

The clothes dryer heats the clothes by introducing the high temperature little moisture air into the drum. The high temperature little moisture air is changed to high temperature much moisture air by steam generated as the clothes are heated, and the high temperature much moisture air is condensed by an internal condenser to turn to a low temperature little moisture air with its moisture removed, and then, as the low temperature little moisture air passes the heater according to rotation of the drying fan, it is changed to high temperature little moisture air.

In other words, the clothes dryer dries clothes by repeatedly performing the process of introducing air into the drum and heating clothes.

When drying of the clothes is completed, the heater is stopped and only the motor is driven to cool clothes so that a user can easily draw clothes out from the drum.

In order to accurately dry clothes in the drum of the clothes dryer, the clothes dry completion point in the drum should be precisely detected. If the clothes dry completion point is not accurately detected, clothes can be damaged due to overdry or a fire can be broken out. Or, the clothes dry operation can be finished with clothes not fully dried yet due to underdry. Thus, the clothes dry completion point of the clothes dryer must be precisely detected.

In brief, in the conventional clothes dryer, clothes are dried in the drum, and a clothes dry completion point is detected on the basis of a change in a temperature of air discharged from the drum and a change in a temperature of air before being heated by the heater after being condensed in the condenser.

The operation of the conventional clothes dryer will be described with reference to FIG. 1 as follows.

FIG. 1 is a graph showing a change in a temperature of air discharged from an exit of the drum and a change in a temperature of an entrance of the heater before being heated by the heater after being discharged from the drum and condensed in the condenser in drying clothes in accordance with the conventional art.

As shown in FIG. 1, during a preheat-drying period, an initial drying period in drying clothes, thermal energy generated from the heater increases air, clothes and an ambient temperature so that moisture at the surface of clothes can be easily evaporated. During a constant rate period of drying where drying proceeds in full-scale, thermal energy is sued for evaporating moisture at the surface of clothes, so that a temperature distribution shows that a temperature of the circulated air is maintained constantly without a big change.

During a falling rate period of drying at a later part of drying, there is little moisture in clothes and thus most thermal energy is used to increase a temperature of a cycle air itself, so that a temperature of the cycle air which has passed the drum is sharply increased.

2

In addition, since there is little moisture in the cycle air, condensing does not occur at the condenser and heat of condensation is not generated, and a temperature of the entrance of the heater after passing through the condenser is rather reduced. Namely, in the conventional clothes dryer, a dry completion point is determined on the basis of the change in the temperature of the exit of the drum and the change in the temperature of the entrance of the heater. For example, the cycle air temperature at the exit of the drum and the cycle air temperature at the entrance of the heater are detected, and then, if a detected temperature difference between the two cycle airs is not smaller than a predetermined temperature, it is determined that drying of clothes has been completed.

However, the conventional clothes dryer cannot precisely detect the clothes dry completion point with the temperature difference between two cycle airs, causing a problem that clothes can be overdried beyond it needs or clothes is underdried that a clothes drying operation is stopped even though clothes is not completely dried.

In addition, even after the point at which drying is completed, the heater is continuously heated only to increase the temperature of the cycle air itself, causing a problem that power is much wasted unnecessarily.

U.S. Pat. No. 6,449,876 issued Sep. 17, 2002 discloses detailed descriptions on the conventional clothes dryer.

## SUMMARY OF THE INVENTION

Therefore, one object of the present invention is to provide a method for controlling a clothes dryer capable of precisely drying clothes on the basis of a load amount according to moisture contained in clothes in the clothes dry and a temperature change according to proceeding drying of clothes.

Another object of the present invention is to provide a method for controlling a clothes dryer capable of effectively drying clothes while reducing power dissipation of a clothes dryer.

To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described herein, there is provided a method for controlling a clothes dryer including: detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in a drum; setting a heater exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal, and first drying clothes in the drum within the pre-set first temperature range; second-drying clothes in the drum within the pre-set second temperature range; and cooling clothes in the drum when the first and second-drying processes are completed.

To achieve the above objects, there is also provided a method for controlling a clothes dryer including: a step in which when a clothes dry command is inputted from a command input unit of a clothes dryer, a drum is rotated and a load amount detect signal corresponding to an amount of moisture contained in clothes in the drum is detected; a step in which a heat exit temperature range of the clothes dryer is set to pre-set first and second temperature ranges on the basis of the load amount detect signal and clothes in the drum is dried within the pre-set first temperature range; a step in which clothes in the drum is second-dried within the pre-set second temperature range; a step in which the first-drying and second-drying are completed, a motor of the clothes dryer is driven until a temperature of an exit of the drum of the clothes dryer drops to below a pre-set tempera-

US 7,020,982 B2

3

ture, to cool clothes, wherein the pre-set second temperature range is lower than the pre-set first temperature range.

The foregoing and other objects, features, aspects and advantages of the present invention will become more apparent from the following detailed description of the present invention when taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 is a graph showing a change in a temperature of air discharged from an exit of the drum and a change in a temperature of an entrance of the heater before being heated by the heater after being discharged from the drum and condensed in the condenser in drying clothes in accordance with the conventional art;

FIG. 2 is a perspective view showing the construction of the clothes dryer adopting a dry control method in accordance with the present invention;

FIG. 3 is a side view showing the construction of the clothes dryer adopting a dry control method in accordance with the present invention;

FIG. 4 is a block diagram showing the construction of a controlling unit of the clothes dryer adopting a dry control method in accordance with the present invention;

FIGS. 5A–5B are a flow chart of a method for controlling the clothes dryer in accordance with the present invention;

FIG. 6 is a graph showing a change in a temperature of a heater exit according to the dry control method in accordance with the present invention;

FIG. 7 is a graph showing a change in a load amount detect signal according to the dry control method in accordance with the present invention; and

FIG. 8 is a graph showing a change in power supplied to a heater according to the dry control method in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

A method for controlling a clothes dryer, in which a load amount detect signal corresponding to an amount of moisture contained in clothes in a drum of a clothes dryer is detected, a heater exit temperature range of the clothes dryer is set to first and second pre-set temperature ranges on the basis of the load amount detect signal, clothes in the drum is first-dried within the first pre-set temperature range, clothes in the drum is second-dried within the second pre-set temperature range, and when the first and second drying processes are completed, clothes in the drum is cooled, whereby clothes can be accurately dried and power dissipation of the clothes dryer can be reduced, in accordance with a preferred embodiment of the present invention will now be described with reference to FIGS. 2 to 8.

FIG. 2 is a perspective view showing the construction of the clothes dryer adopting a dry control method in accordance with the present invention, and FIG. 3 is a side view

4

showing the construction of the clothes dryer adopting a dry control method in accordance with the present invention.

As shown in FIGS. 2 and 3, the clothes dryer of the present invention includes a clothes dryer main body 100; a drum 102 installed in the main body 100 and receiving clothes to be dried; a condenser 104 installed at a right lower side of the drum 102; and a motor 106 installed at a left lower side of the drum 102. A pulley (not shown) is fixed at a rotational shaft of the motor 106, and since the pulley is connected to the drum 102 by a belt 108, so that as the motor 106 is driven, the drum 102 is rotated.

A cooling pan 110 and a drying pan 112 are installed at both left and right sides of the rotational shaft. An air passage 114 for inducing air blown by the cooling fan 110 to pass through the condenser 104 is installed between the cooling fan 110 and the condenser 104.

Air passages 116 and 118 for inducing air condensed in the condenser 104 to flow back into the drum 102 are respectively installed between the rear side of the condenser 104 and the drying fan 112 and between the drying fan 112 and the drum 102.

First heater 120 and second heater 120A for heating air are installed inside the air passage 118, and a first temperature sensor 122 for sensing a temperature of air heated in the first and second heaters 120 and 120A is installed at an upper side of the first and second heaters 120 and 120A. The first and second heaters 120 and 120A are different in power capacity. For instance, power dissipation of the first heater is about 2000 W while power dissipation of the second heater is about 800 W.

A door 124 is formed at a front side of the drum 120, and a drum cover 126 is formed at an inner side of the door 124 so as to be positioned at the front surface of the drum 102 when the door 124 is closed.

At a lower end of the drum cover 126, there are formed a load amount detecting sensor 128 made of a pair of electrodes is fixedly installed to detect a load amount of clothes to be dried (i.e., the amount of moisture contained in clothes to be dried), and an air passage 130 for inducing air discharged from the drum 102 toward the condenser 104. A second temperature sensor 132 for sensing a temperature of air discharged from the drum 102 is fixedly installed in the air passage 130.

The construction of the control unit of the clothes dryer in accordance with the present invention will now be described with reference to FIG. 4.

FIG. 4 is a block diagram showing the construction of a controlling unit of the clothes dryer adopting a dry control method in accordance with the present invention.

As shown in FIG. 4, the control unit of the clothes dryer in accordance with the present invention includes: a load amount detecting unit 200 for detecting a load amount (the amount of moisture) of clothes to be dried through the load amount detecting sensor 128; a drum exit temperature detecting unit 202 for detecting a temperature of air discharged from the drum 202 through the second temperature sensor 132; a heater exit temperature detecting unit 204 for detecting a temperature of air which has passed the first and second heaters 120 and 120A through the first temperature sensor 122; a command input unit 206 for inputting an operation command according to user's manipulation; a controller 208 for controlling a clothes drying operation by determining the load amount of clothes to be dried on the basis of an output signal of the load amount detecting unit 200 according to an operation command inputted from the command input unit 206 and determining a drum exit temperature and a heater exit temperature on the basis of output signals of the drum

US 7,020,982 B2

5

exit temperature detecting unit 202 and the heater exit temperature detecting unit 204; a motor driving unit 210 for driving the motor 106 under the control of the controller 208; and a heater driving unit 212 for heating the first and second heaters 120 and 120A under the control of the controller 208.

The operation of the control unit of the clothes dryer of the present invention will now be described with reference to FIG. 4.

First, when a user puts clothes in the drum 102 and instructs a dry command by manipulating the command input unit 206, the controller 208 controls the motor driving unit 210 to drive the motor 106. Then, the drum 102 is rotated according to driving of the motor 106, and accordingly, wet clothes in the drum 102 is also rotated and contacts with the pair of electrodes of the load amount detecting sensor 128.

The pair of electrodes of the load amount detecting sensor 128 have a resistance value varied depending on the amount of moisture contained in the contacted clothes. Namely, the load amount detecting unit 200 generates a certain level of load amount detect signal corresponding to a resistance value of the load amount detect sensor 128 (i.e., a voltage corresponding to the resistance value), and outputs the generated load amount detect signal to the controller 208. Herein, the resistance value of the pair of electrodes is varied depending on the amount of moisture contained in clothes inside the drum 102. For example, if the amount of moisture contained in clothes inside the drum 102 increases, the resistance value of the pair of electrodes decreases, whereas if the amount of moisture contained in clothes inside the drum 102 decreases, the resistance value of the pair of electrodes increases. Namely, the resistance value of the pair of electrodes of the load amount detecting unit 200 is in inverse proportion to the amount of moisture contained in clothes inside the drum 102.

The controller 208 determines whether clothes inside the drum 102 is wet clothes or dried clothes on the basis of the load amount detect signal, and in case of the wet clothes, the controller 208 determines the load amount, namely, moisture contained in clothes, on the basis of a level of the load amount detect signal.

When the load amount is determined, the controller 208 sets pre-set initial conditions for drying clothes, controls the motor driving unit 210 to drive the motor 106 and controls the heat driving unit 212 to heat the first and second heaters 120 and 120A to thereby dry clothes.

Herein, when the motor 106 is driven, the drum 102 is rotated, the clothes to be dried is also rotated, and the cooling fan 110 and the drying fan 112 are also rotated. At this time, according to rotation of the cooling fan 110, external air is introduced, and the introduced air passes through the condenser 104 through the air passage 114, cooling the condenser 104.

Thereafter, as low temperature little moisture air introduced through the air passage 116 from the condenser 104 according to the drying fan 112 passes through the air passage 118, it changes to high temperature little moisture air due to heat generated by the first and second heaters 120 and 120A, which is then introduced into the drum 102, thereby heating and drying clothes.

Herein, high temperature much moisture air due to steam generated while clothes are being dried is introduced to a front side of the condenser 104 through the air passage 130 installed at the drum cover 126 and condensed, and low temperature little moisture air condensed in the condenser 104 and discharged backwardly is retrieved toward the

6

drying fan 112 through the air passage 116. This circulation process is repeatedly performed to dry clothes.

The method for controlling clothes dryer in accordance with the present invention will now be described with reference to FIG. 5.

FIGS. 5A–5B are a flow chart of a method for controlling the clothes dryer in accordance with the present invention.

First, when a dry command is inputted from the command input unit 206 to the controller 208 (step S300), the controller 208 controls the motor driving unit 210 to drive the motor 106 (step S302) and receives a load amount detect signal generated from the load amount detecting unit 200 according to the amount of moisture contained in clothes contacting with the load amount detecting sensor 128 (step S304).

The controller 208 determines whether clothes in the drum 102 is dried clothes which does not need to be dried or not on the basis of the load amount detect signal (step S306), and if clothes in the drum 102 is dried clothes, the controller 208 drives the motor 106 for a predetermined time to cool the clothes and then, terminates the operation of the clothes dryer (step S308).

If, however, the clothes in the drum is not dried clothed according to determining in the step S306, the controller determines a load amount (the amount of moisture) of the clothes on the basis of a level of the load amount detect signal (step S310) and sets pre-set initial conditions (clothes dry conditions) according to the determined load amount (step S312). In this case, the controller 208 determines the amount of moisture of the clothes in the drum by comparing the load amount detect signal and a pre-set reference load amount signal through an experimentation.

A method for setting clothes dry conditions according to the load amount determined in the step S312 will now be described with reference to FIGS. 6 and 7.

FIG. 6 is a graph showing a change in a temperature of a heater exit according to the dry control method in accordance with the present invention, and FIG. 7 is a graph showing a change in a load amount detect signal according to the dry control method in accordance with the present invention.

As shown in FIG. 6, a temperature range (Tmax1, Tmin1) of the heater exit during a first dry period, a temperature range (Tmax2, Tmin2) of the heater exit during a second dry period, first and second threshold voltages ($V_{TH1}$, $V_{TH2}$) for detecting first and second dry completion points on the basis of the load amount detect signal at the graph of FIG. 7, and a cooling completion temperature for cooling clothes at the graph of FIG. 6 after the first drying and the second drying are completed, are set, respectively, whereby clothes dry conditions according to the load amount determined in the step S312 is completed.

Herein, preferably, the temperature range (Tmax1, Tmin1) of the heater exit during the first clothes dry period is set to be higher than the range (Tmax2, Tmin2) of the heater exit during the second clothes dry period, and the temperature range (Tmax1, Tmin1) of the heater exit and the temperature range (Tmax2, Tmin2) of the heater exit when there is much load amount is set to be higher than the temperature range (Tmax1, Tmin1) and the temperature range (Tmax2, Tmin2) of the heater exit when there is a little load amount. The first threshold voltage VTH1 is set to be fixed to a certain level regardless of the load amount, and the second threshold voltage VTH2 is set to be high when there is much load amount and set to be low when there is a little load amount.

US 7,020,982 B2

7

Thereafter, when the clothes dry conditions are completely set in the step S312, the controller 208 controls the heater driving unit 212 to heat the first heater 120 and, at the same time, controls the temperature of the heater exit detected by the heater exit temperature detecting unit 204 to the first dry temperature range (Tmax1~Tmin1) set in the clothes dry condition while controlling heating of the second heater 120A (step S314).

In other words, in the step (S314), the first heater 120 is continuously heated, while the second heater 120A having low heating value stops heating if the temperature of the heater exit detected by the heater exit temperature detecting unit 204 is not smaller than the maximum first dry temperature (Tmax1) and is heated if the temperature of the heater exit is not greater than the minimum first dry temperature (Tmin1). By repeatedly performing the heating operation, the temperature of the heater exit is controlled to be the first dry temperature range (Tmax1~Tmin1) set in the clothes dry condition.

FIG. 8 is a graph showing a change in power supplied to a heater according to the dry control method in accordance with the present invention.

As shown in FIG. 8, a load amount detect signal generated by the load amount detecting unit 200 during the first dry period for drying clothes shows very small level change at an initial stage, and as clothes becomes dried and moisture is evaporated from clothes, a resistance value of the load amount detecting sensor 128 increases and the level of the load amount detect signal also increases.

Thereafter, the controller 208 determines whether the level of the load amount detect signal detected by the load amount detecting unit 200 is not smaller than the first threshold voltage ($V_{TH1}$) set in the clothes dry condition (step S316)

If the level of the load amount detect signal is not greater than the first threshold voltage ($V_{TH1}$) in the step S316, the controller 208 determines whether a pre-set first dry completion time has elapsed (step S318).

In addition, if the level of the load amount detect signal is not greater than the first threshold voltage ($V_{TH1}$) and at the same time the first dry completion time previously set in the step S318 has not elapsed, it returns to the step S314 and the controller continuously performs the operation of the first dry period while controlling the temperature of the heater exit to the first dry temperature range (Tmax1~Tmin1). Herein, the first dry completion time in the step S318 is to prevent a phenomenon that clothes being dried is overheated to be damaged or a fire is broken out.

In other words, when there is much load amount, even through the first drying is performed for a long time, the level of the load amount detect signal would not be increased to above the pre-set first threshold voltage (VTH1), and in this case, if the first drying is kept performing with high heat, the clothes could be damaged from overheat and a fire could be broken.

Therefore, in the present invention, a time taken for sufficiently drying clothes during the first dry period is set as a first dry completion time, and when the first dry completion time elapses, the first drying is terminated.

Meanwhile, if a level of the load amount detect signal is not smaller than the pre-set first threshold voltage (VTH1) in the step S316 or when the pre-set first dry completion time elapses, in the step S318, the controller 208 terminates the first drying operation.

After the first drying operation is terminated, the controller 208 controls the temperature range of the heater exit detected by the heater exit temperature detecting unit 204 to

8

the second dry temperature range (Tmax2~Tmin2) previously set in the clothes dry condition (step S320). At this time, the controller 208 determines whether a level of the load amount detect signal detected by the load amount detecting unit 200 is not smaller than the second threshold voltage (VTH2) previously set in the clothes dry condition (step S322).

If a level of the load amount detect signal detected by the load amount detecting unit 200 is not greater than the second threshold voltage (VTH2), the controller 208 returns to the step S320 for controlling the temperature range of the heater exit to the second dry temperature range (Tmax2~Tmin2).

In other words, an over-dry phenomenon occurs during the second drying period so that most of thermal energy generated from the first and second heaters 120 and 120A increases the temperature of the circulated air itself.

Thus, in the present invention, the first heater 120 having high heat value is continuously heated, where the second heater 120A having low heat value is stopped heating when the temperature of the heater exit detected by the heater exit temperature detecting unit 204 is not smaller than the maximum second dry temperature (Tmax2), and then, when the temperature of the heater exit is not higher than the minimum second dry temperature (Tmin2), the second heater 120A is heated again, whereby the temperature of the heater exit is maintained within the second dry temperature range (Tmax2~Tmin2) which has been set to be lower than the first dry temperature range (Tmax1~Tmin1), thereby reducing power dissipation of the clothes dryer. Herein, clothes is quickly dried during the second dry period, so that a level of the load amount detect signal detected by the load amount detecting unit 200 rises fast.

Meanwhile, if the level of the load amount detect signal detected by the load amount detecting unit 200 is not smaller than the second threshold voltage (VTH2), the controller 208 controls the heater driving unit 212 to stop both the first and second heaters 120 and 120A, and terminates the second drying operation. At this time, the controller 208 cools clothes while continuously driving the motor 106 (step S324).

And then, the controller 208 detects a temperature of the drum exit through the drum exit temperature detecting unit 202 (step S326) and determines whether the temperature of the drum exit is not greater than a pre-set cooling completion temperature (step S328). Namely, the controller determines whether the temperature of the drum exit is a temperature (i.e., cooling completion temperature) suitable for a user to take dried clothes out of the drum 102. If the temperature of the drum exit is higher than the cooling completion temperature, the controller 208 returns to the step S326 and determines whether the temperature of the drum exit is not higher than the cooling completion temperature. When the temperature of the drum exit is not higher than the cooling completion temperature, the controller 208 stops the motor 106 and terminates the clothes drying operation (step S330).

As so far described, the method for controlling the clothes dryer of the present invention has the following advantages.

That is, for example, in drying clothes, a load amount is first determined, and the first drying process and the second drying process are performed within a pre-set temperature range according to the determined load amount. Thus, clothes can be accurately dried. In addition, at a point where clothes drying is almost completed, generation of heat that would increase a temperature of the cycle air is reduced and thus power dissipation can be reduced.

As the present invention may be embodied in several forms without departing from the spirit or essential charac-

US 7,020,982 B2

9

teristics thereof, it should also be understood that the above-described embodiments are not limited by any of the details of the foregoing description, unless otherwise specified, but rather should be construed broadly within its spirit and scope as defined in the appended claims, and therefore all changes and modifications that fall within the metes and bounds of the claims, or equivalence of such metes and bounds are therefore intended to be embraced by the appended claims.

What is claimed is:

1. A method for controlling a clothes dryer comprising:

rotating a drum and detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in the drum when a clothes dry command is inputted from a command input unit of the clothes dryer;

setting a heat exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal;

first drying clothes in the drum within the pre-set first temperature range;

second drying the clothes in the drum within the pre-set second temperature range; and

driving a motor of the clothes dryer when the first drying and second drying are completed, until a temperature of an exit of the drum of the clothes dryer drops to below a pre-set temperature, to cool the clothes,

wherein the pre-set second temperature range is lower than the pre-set first temperature range, and

wherein, in the first drying of the clothes, if a level of the load amount detect signal is not greater than a preset first threshold voltage and a pre-set first dry completion period has not elapsed, the clothes in the drum are dried in the pre-set first temperature range.

2. A method for controlling a clothes dryer comprising:

rotating a drum and detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in the drum when a clothes dry command is inputted from a command input unit of the clothes dryer;

setting a heat exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal;

first drying clothes in the drum within the pre-set first temperature range;

second drying the clothes in the drum within the pre-set second temperature range; and

driving a motor of the clothes dryer when the first drying and second drying are completed, until a temperature of an exit of the drum of the clothes dryer drops to below a pre-set temperature, to cool the clothes,

wherein the pre-set second temperature range is lower than the pre-set first temperature range, and

wherein, in the second drying of the clothes, if the level of the load amount detect signal is not smaller than the pre-set first threshold voltage, the clothes in the drum are dried in the pre-set second temperature range.

3. A method for controlling a clothes dryer comprising:

rotating a drum and detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in the drum when a clothes dry command is inputted from a command input unit of the clothes dryer;

setting a heat exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal;

first drying clothes in the drum within the pre-set first temperature range;

10

second drying the clothes in the drum within the pre-set second temperature range; and

driving a motor of the clothes dryer when the first drying and second drying are completed, until a temperature of an exit of the drum of the clothes dryer drops to below a pre-set temperature, to cool the clothes,

wherein the pre-set second temperature range is lower than the pre-set first temperature range, and

wherein, in the second drying of the clothes, if the level of the load amount detect signal is not smaller than the preset first threshold voltage and the pre-set first dry completion period has elapsed, the clothes in the drum are dried in the pre-set second temperature range.

4. The method of claim 3, wherein, in the cooling of the clothes, when the clothes in the drum are dried in the pre-set second temperature range, if the level of the load amount detect signal is not smaller than the pre-set second threshold voltage, the clothes in the drum are cooled, and the second threshold voltage is set to be higher than the first threshold voltage.

5. The method of claim 4, wherein the first threshold voltage is set to be fixed in advance regardless of the load amount detect signal, and the second threshold voltage is set to be flexible at above the first threshold voltage according to the amount of moisture contained in clothes in the drum.

6. A method for controlling a clothes dryer comprising:

rotating a drum and detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in the drum when a clothes dry command is inputted from a command input unit of the clothes dryer;

setting a heat exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal;

first drying clothes in the drum within the pre-set first temperature range;

second drying the clothes in the drum within the pre-set second temperature range; and

driving a motor of the clothes dryer when the first drying and second drying are completed, until a temperature of an exit of the drum of the clothes dryer drops to below a pre-set temperature, to cool the clothes,

wherein the pre-set second temperature range is lower than the pre-set first temperature range, and

wherein the second drying of the clothes in the drum is performed when a pre-set dry completion time elapses.

7. A method for controlling a clothes dryer comprising:

rotating a drum and detecting a load amount detect signal corresponding to an amount of moisture contained in clothes in the drum when a clothes dry command is inputted from a command input unit of the clothes dryer;

setting a heat exit temperature range of the clothes dryer to pre-set first and second temperature ranges on the basis of the load amount detect signal;

first drying clothes in the drum within the pre-set first temperature range;

second drying the clothes in the drum within the pre-set second temperature range; and

driving a motor of the clothes dryer when the first drying and second drying are completed, until a temperature of an exit of the drum of the clothes dryer drops to below a pre-set temperature, to cool the clothes,

wherein the pre-set second temperature range is lower than the pre-set first temperature range, and

wherein the detecting the load amount detect signal comprises:

US 7,020,982 B2

11

detecting a resistance value of a pair of electrodes which contacts with the clothes in the drum when the drum is rotated;

generating a voltage corresponding to the resistance value; and

12

detecting the generated voltage, and

wherein the amount of moisture contained in the clothes is inversely proportional to the resistance value.

* * * * *



US007216654B2

(12) **United States Patent**
    Kang

(10) **Patent No.:**     **US 7,216,654 B2**
(45) **Date of Patent:**          **May 15, 2007**

(54) **DISHWASHER**

(75) Inventor:  **Myung Ho Kang**, Busan (KR)

(73) Assignee:  **LG Electronics Inc.**, Seoul (KR)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 565 days.

(21) Appl. No.: **10/721,739**

(22) Filed:  **Nov. 26, 2003**

(65)          **Prior Publication Data**

    US 2004/0163686 A1     Aug. 26, 2004

(30)      **Foreign Application Priority Data**

    Nov. 28, 2002    (KR) ...................... 10-2002-0074988

(51) **Int. Cl.**
    **B08B 3/00**      (2006.01)
    **F24D 1/00**      (2006.01)
    **F24D 1/02**      (2006.01)
    **F24D 19/00**     (2006.01)
(52) **U.S. Cl.** ..................... **134/58 DL**; 134/44; 134/52; 134/58 D; 134/90; 134/102.1; 134/105; 237/9 R; 237/68
(58) **Field of Classification Search** .............. 134/58 D, 134/105, 90, 102.1, 44, 52, 58 DL; 234/9 R, 234/68
    See application file for complete search history.

(56)          **References Cited**

        FOREIGN PATENT DOCUMENTS

JP      H-03-143419      *    6/1991

* cited by examiner

*Primary Examiner*—Michael Barr
*Assistant Examiner*—Rita R. Patel
(74) *Attorney, Agent, or Firm*—Ked & Associates, LLP

(57)          **ABSTRACT**

A dishwasher having a dishwasher is provided in which an intake port cover for closing a steam intake port is mechanically operated. The dishwasher has a cavity enclosed in part by a door, and a fan motor which drives a fan installed at an upper portion of the door. During a drying operation, the fan generates a suction force to draw steam from the cavity through an intake port of the fan housing and out through an exhaust port. An intake port cover is movably installed with respect to the intake port so as to open and close the steam intake port based on an operation mode of the fan. The intake port cover has a central shaft coupled to a rotational shaft of the fan such that a driving force generated by the fan as it rotates is transferred to the intake port cover so as to selectively open and close the steam intake port. The steam intake port is open during a drying operation, and is closed during a washing and rinsing operations.

**19 Claims, 5 Drawing Sheets**





FIG. 1
Related Art



FIG. 2

# FIG. 3





FIG. 4



FIG. 5

US 7,216,654 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**DISHWASHER**

This application claims the benefit of Korean Application No. 10-2002-0074988 filed on Nov. 29, 2002, which is hereby incorporated by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a dishwasher having a steam discharger including a fan motor for forcibly discharging steam, and more particularly, to such a dishwasher in which the steam discharger is provided with a mechanically controllable intake port cover, which interoperates with the fan motor.

2. Discussion of the Related Art

Generally speaking, a dishwasher is provided with a heater for performing the drying of dishes and the like immediately following a washing step. Drying is accomplished by heating air to be circulated within a cavity where the dishes are placed by a user. As an inherent byproduct of drying wet dishes, the water is converted into steam, which is discharged from the cavity to facilitate the drying action. Thus, a general dishwasher is provided with a fan and fan motor for forcibly discharging the steam, which are provided as part of a steam discharger communicating between an upper point of the cavity and the exterior of the dishwasher. The steam discharger is typically installed within the dishwasher's door.

Referring to FIG. 1, illustrating a dishwasher according to a related art, a washtub 4 is formed as a substantially hexahedral cavity in which sliding rack 8 is mounted. The washtub 4 is installed in a body 2 having an open front where a hinged door 6 is provided to close the cavity. A steam discharger 30 is installed in an upper portion of the door 6, to discharge steam generated by the drying of dishes and the like.

The steam discharger 30 is comprised of a fan housing 32 one end of which communicates with the cavity at a steam intake port 32a and the other end of which penetrates the outer surface of the door 6 at a steam exhaust port 32b; an intake port cover 36, coupled to one end of a shaft 36a, for selectively opening and closing the steam intake port; and an electromagnet 38, disposed at the other end of the shaft, for controllably operating the intake port cover via the shaft through a hole 32h provided in the fan housing. Thus, the electromagnet 38 of the steam discharger 30 is installed on the exterior of the fan housing 32. A fan motor (not shown) is installed in the fan housing 32 and is disposed proximate to the steam exhaust port 32b, to draw steam from inside the washtub 4 and to discharge the steam from the dishwasher.

The electromagnet 38 is activated to operate the shaft 36a, by way of an electromagnetic force applied to the shaft, to cause the intake port cover 36 to seal the cavity during washing and rinsing steps, by blocking the steam intake port 32a to reduce heat loss and noise as well as preventing the spraying water from entering the steam discharger. Then, upon performing the drying step, the electromagnet 38 is deactivated to retract the shaft 36a and thereby cause the intake port cover 36 to open the steam intake port 32a so that the steam may be discharged by driving the fan motor within the fan housing.

During operation, however, the steam discharger 30 tends to fail since the electromagnet 38 cannot be protected from the steam entering through the steam intake port 32a. That is, while the electromagnet 38 is deactivated and the steam intake port 32a is open, the steam escapes through the hole

32h of the fan housing 32 to make contact with electromagnet's components, causing an accelerated corrosion of terminals and the like. As a result, the electromagnet of the above steam discharger, adopted for use in the dishwasher according to the related art, is subject to frequent malfunction, short-circuiting, and permanent damage. There may also be corrosive damage introduced to other conductive elements necessary for operating an electromagnet.

SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a dishwasher that substantially obviates one or more of the problems due to limitations and disadvantages of the related art.

An object of the present invention, which has been devised to solve the foregoing problem, lies in providing a dishwasher having a steam discharger, in which an intake port cover for closing a steam intake port is mechanically operated.

It is another object of the present invention to provide a dishwasher having a steam discharger, which eliminates the use of an electromagnet for operating an intake port cover of the steam discharger.

It is another object of the present invention to provide a dishwasher having a steam discharger, which improves reliability of the dishwasher.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent to those having ordinary skill in the art upon examination of the following or may be learned from a practice of the invention. The objectives and other advantages of the invention will be realized and attained by the subject matter particularly pointed out in the specification and claims hereof as well as in the appended drawings.

To achieve these objects and other advantages in accordance with the present invention, as embodied and broadly described herein, there is provided a dishwasher having a cavity, where steam is created, enclosed in part by a side and a fan motor for driving a fan via a rotational shaft, each of which are installed at an upper point of the cavity side, for generating a suction force to discharge the steam from the cavity through the upper point of the cavity side via a steam discharger. The steam discharger comprises a fan housing, enclosing the fan motor and fan, for guiding the steam discharged by an operation of the fan motor, the fan housing having a steam intake port communicating with the cavity, a steam exhaust port penetrating the cavity side, and a through-hole disposed in opposition to the steam intake port; an intake port cover, movably installed within the fan housing, for opening and closing the steam intake port of the fan housing, the intake port cover having a central shaft extending through the through-hole of the fan housing; and coupling means, linking the rotational shaft of the fan motor and the central shaft of the intake port cover, for transferring the driving force of the fan motor to the intake port cover to selectively open and close the steam intake port of the fan housing.

It is to be understood that both the foregoing explanation and the following detailed description of the present invention are exemplary and illustrative and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate

3

embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings:

FIG. 1 is a cross-sectional view of a dishwasher according to a related art;

FIG. 2 is a cross-sectional view of a dishwasher having a steam discharger according to the present invention;

FIG. 3 is a perspective view of a mechanism for controlling an intake port cover of the dishwasher shown in FIG. 2;

FIG. 4 is a cross-sectional view of the mechanism of FIG. 3; and

FIG. 5 is a cross-sectional view illustrating an operational status of the mechanism as shown in FIG. 4.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

Reference will now be made in detail to the preferred embodiment of the present invention, examples of which are illustrated in the accompanying drawings. Throughout the drawings, like elements are indicated using the same or similar reference designations where possible.

A general dishwasher has a cavity, i.e., a washtub, where steam is created, which is enclosed in part by a side, i.e., a hinged door. The dishwasher according to the present invention is further provided with a fan motor for driving a fan via a rotational shaft. The fan motor, fan, and rotational shaft are each installed at an upper point of the hinged door, to generate a suction force and thereby discharge the steam from the washtub through the door via a steam discharger. The present invention is particularly directed towards the steam discharger of such a dishwasher.

Referring to FIGS. 2–4, a dishwasher according to the present invention comprises a steam discharger 80, which is typically installed between the inner and outer surfaces of a hinged door 56 installed on a front side of a body 52 encasing a washtub 54 where dishes and the like are placed on a sliding rack 58 to be washed. The stream discharger 80 comprises a fan housing 82, enclosing a fan motor assembly 84, for guiding the steam discharged by an operation of the fan motor assembly, the fan housing having a steam intake port 82a communicating with the cavity of the washtub 54, a steam exhaust port 82b penetrating the cavity side, and a through-hole 82d in opposition to the steam intake port; an intake port cover 86, movably installed within the fan housing, for selectively opening and closing the steam intake port of the fan housing, the intake port cover having a central shaft 86a extending through the through-hole of the fan housing; and coupling means 90, linking the rotational shaft of the fan motor and the central shaft of the intake port cover, for transferring the driving force of the fan motor to the intake port cover to selectively open and close the steam intake port of the fan housing. An operation of the coupling means 90 opens the steam intake port 82a during the performance of a drying step by the dishwasher and closes the steam intake port during the performance of washing and rinsing steps.

The fan motor assembly 84 is installed within an upper portion of the fan housing 82, to be parallel with the intake port cover 86, and includes a fan motor 84c for driving via a rotational shaft 84b and fan 84a to generate a suction force drawing air and steam from the steam intake port 82a and expelling the air and steam from the washtub 54 through the steam exhaust port 82b. The steam intake port 82a of the fan housing 82 is substantially flush with the inner surface of the

4

door 56, and the steam exhaust port 82b of the fan housing preferably protrudes slightly from the outer surface of the door.

The intake port cover 86 is formed of a rubber based material to provide an airtight seal of the steam intake port 82a. To assist the sealing action, an annular rib 82c, protruding toward the intake port cover 86, is provided to an inner circumference of the steam intake port 82a.

The coupling means 90 comprises a spring 92, installed on an outer circumference of the rotational shaft 84b of the fan motor 84c, to be elastically supported by the fan motor; a push ring 94, installed movably along the rotational shaft of the fan motor, for compressing the spring; a push member 96, hinge-coupled with the rotational shaft of the fan motor, for pressing the push ring when the rotational shaft of the fan motor is driven; and a linking rod 98 having one end supported by the push ring, the other end coupled to a distal end of the central shaft 86a of the intake port cover 86, and a leverage point hinge-coupled to the fan housing 82 so that when, the push ring compresses the spring, the intake port cover opens the steam intake port 82a.

The push ring 94 includes a hollow body 94a, fitted to the rotational shaft 84b of the fan motor 84c, having one end abutting the spring 92; and an annular flange 94b, formed on the other end of the hollow body, the annular flange providing a first surface to catch the end of the linking rod 98 and a second surface in contact with the push member 96.

The push member 96 includes a skewed hollow shaft 96a, disposed at a first predetermined angle with respect to the rotational shaft 84b of the fan motor 84c and hinge-coupled to the rotational shaft at a second predetermined angle so as to movably rotate against the rotational shaft, and a pair of pivoting arms 96b extending perpendicularly from the circumferential surface of the skewed hollow shaft. The inner diameter dimension of the skewed hollow shaft 96a, which is greater than the outer diameter dimension of the rotational shaft 84b of the fan motor 84c, depends on the second predetermined angle of the skewed hollow shaft. When the rotational shaft 84b rotates, a centrifugal force is created in the pivoting arms 96b of the skewed hollow shaft 96a, so that the pivoting arms are brought perpendicular to the rotational shaft 84b of the fan motor 84c. Hence, an inner lip of the skewed hollow shaft 96a pushes against the second surface of the annular flange 94b, to thereby compress the spring 92 and activate the linking rod 98.

In the operation of the steam discharger of the present invention, the fan motor 84c is inactive (i.e., not driven) during the performance of washing and rinsing steps by the dishwasher. Thus, as shown in FIG. 4, the fan motor 84c is in stopped state, and the intake port cover 86 blocks the steam intake port 82a. Upon initiating the dishwasher's drying step, the fan motor 84 is actuated to rotate the fan 84a to expel the steam from the washtub 54 via the fan housing 82. In doing so, as shown in FIG. 5, the driving force of the fan motor 84c causes the intake port cover 86 to open the steam intake port 82a via the coupling means 90.

In detail, as the fan motor 84c is actuated to rotate the rotational shaft 84b, the skewed hollow shaft 96a is rotated to thereby create a centrifugal force acting on the pivoting arms 96b. As the pivoting arms 96b spin, the centrifugal force forces the pivoting arms perpendicular with the rotational shaft 84b of the fan motor 84c and in turn forces the circumferential surface of the skewed hollow shaft 96a parallel with the rotational shaft so that the inner lip of the skewed hollow shaft 96a presses the push ring 94, which compresses the spring 92. Simultaneously, one end of the linking rod 98 is set in motion by the annular flange 94b, so

5

6

that the other end acts the central shaft 86a of the intake port cover 86 to open the steam intake port 82a. Thus, by a forcible blowing force of the fan 84a driven by the fan motor 84c via the rotational shaft 84b, the steam in the washtub 54 is sucked into the fan housing 82 via the steam intake port 82a to be expelled from the washtub through the steam exhaust port 82b.

Accordingly, the steam discharger of a dishwasher according to the present invention mechanically transfers power from the rotational shaft of the fan motor to the intake port cover, such that the steam intake port is opened whenever the fan motor is driven, thereby obviating an electrical activating means such an electromagnet.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover such modifications and variations, provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A dishwasher having a steam discharger, the steam discharger comprising:

a fan housing having a steam intake port in communication with a cavity of the dishwasher and a steam exhaust port which penetrates a side of the cavity, wherein the fan housing is configured to receive a fan and a fan motor therein, and to guide steam from the cavity out through the steam exhaust port;

an intake port cover movably installed within the fan housing, wherein the intake port cover is configured to open and close the steam intake port of the fan housing; and

a coupler configured to link the intake port cover with a rotational shaft of the fan motor, and to transfer a driving force of the fan motor to the intake port cover so as to selectively open and close the steam intake port of the fan housing.

2. The dishwasher of claim 1, wherein the steam intake port of the fan housing is configured to be open during drying operation and to be closed during washing and rinsing operations.

3. The dishwasher of claim 1, wherein the intake port cover has a central shaft that is linked to the rotational shaft of the fan motor via the coupler.

4. The dishwasher of claim 3, wherein the fan housing includes a through-hole disposed in opposition to the steam intake port, and wherein the central shaft of the intake port cover extends through the through-hole of the fan housing so as to link to the rotational shaft of the fan motor via the coupler.

5. The dishwasher of claim 3, wherein the coupler comprises:

a spring installed on an outer circumference of the rotational shaft of the fan motor so as to be elastically supported by the fan motor;

a push ring, movably installed along the rotational shaft of the fan motor and configured to compress the spring;

a push member hinge-coupled to the rotational shaft of the fan motor and configured to press the push ring when the rotational shaft of the fan motor is driven; and

a linking rod having a first end supported by the push ring, a second end coupled to a distal end of the central shaft of the intake port cover, and a leverage point hinge-coupled to the fan housing such that movement of the push ring against the bias of the spring causes the steam intake port to open.

6. The dishwasher of claim 5, wherein, when the fan motor is not rotating, and the spring is in a static state, the intake port cover closes the steam intake port.

7. The dishwasher of claim 5, wherein the push ring comprises:

a hollow body fitted over the rotational shaft of the fan motor and having a first end abutting a corresponding end of the spring; and

an annular flange formed on a second end of the hollow body, wherein the annular flange includes a first surface configured to catch the first end of the linking rod and a second surface configured to contact the push member.

8. The dishwasher of claim 5, wherein the push member comprises:

a skewed hollow shaft disposed at a first predetermined angle with respect to the rotational shaft of the fan motor and hinge-coupled to the rotational shaft of the fan motor at a second predetermined angle so as to movably rotate against the rotational shaft; and

a pair of pivoting arms each extending perpendicular to an outer circumferential surface of the skewed hollow shaft.

9. The dishwasher of claim 8, wherein an inner diameter dimension of the skewed hollow shaft is greater than an outer diameter dimension of the rotational shaft of the fan motor, and wherein the inner diameter dimension of the skewed hollow shaft is based on the second predetermined angle at which the skewed hollow shaft is hinge-coupled to the rotational shaft of the fan motor.

10. A dishwasher having a cavity where steam is generated, and a fan motor for driving a fan via a rotational shaft to discharge steam from the cavity, comprising:

a fan housing, enclosing the fan motor and fan, the fan housing having a steam intake port communicating with the cavity and a steam exhaust port penetrating the side of the cavity;

an intake port cover, movably installed within the fan housing, for opening and closing the steam intake port of the fan housing; and

coupling means, linking the intake port cover with the rotational shaft of the fan motor, for transferring the driving force of the fan motor to the intake port cover to selectively open and close the steam intake port of the fan housing, wherein the intake port cover has a central shaft for linking with the rotational shaft of the fan motor.

11. The dishwasher of claim 10, wherein the coupling means comprises:

a push ring movably installed along the rotational shaft of the fan motor;

a push member rotatably coupled to the rotational shaft of the fan motor so as to push the push ring when the rotational shaft of the fan motor is driven; and

a linking rod having a first end supported by the push ring, a second end coupled to the central shaft of the intake port cover, and a leverage point coupled to the fan housing such that axial movement of the push ring causes the intake port cover to open the steam intake port.

12. The dishwasher of claim 11, further comprising a biasing member mounted on the rotational shaft of the fan motor and configured such that axial movement of the push ring compresses the biasing member.

US 7,216,654 B2

| 7 | 8 |

**13**. The dishwasher of claim **12**, wherein the push ring comprises:

a hollow body positioned around the rotational shaft of the fan motor, with a first end thereof positioned adjacent the biasing member; and

an annular flange formed on a second end of the hollow body, wherein a first surface of the annular flange is configured to engage the first end of the linking rod and a second surface of the annular flange is configured to contact the push member.

**14**. The dishwasher of claim **11**, wherein the push member comprises;

a skewed hollow shaft rotatably coupled to the rotational shaft of the fan motor so as to rotate with respect to the rotational shaft; and

a pair of pivoting arms extending perpendicularly from an outer circumferential surface of the skewed hollow shaft.

**15**. A dishwasher having a fan configured to discharge steam from a wash cavity of the dishwasher, comprising:

a fan housing with a steam intake port and a steam exhaust port;

a fan mounted in the housing and configured to draw steam from the cavity into the steam intake port and to exhaust steam out through the exhaust port; and

an intake port cover that is configured to selectively open and close the intake port, wherein the intake port cover is coupled to the fan such that rotation of the fan causes the intake port to move to an open position.

**16**. The dishwasher of claim **15**, further comprising a push ring mounted on a rotational shaft of the fan, wherein rotation of the fan causes the push ring to move axially along the rotational shaft, and wherein axial movement of the push ring cause the intake port cover to move between the open and closed positions.

**17**. The dishwasher of claim **16**, further comprising a linking rod coupled between the push ring and the exhaust port cover, wherein the linking rod is configured such that axial movements of the push ring case the exhaust port cover to move between the open and closed positions.

**18**. The dishwasher of claim **17**, further comprising a biasing member mounted on the rotational shaft of the fan and configured to bias the push ring into a closed position when the fan is not rotation.

**19**. The dishwasher of claim **17**, further comprising a lever member coupled to the rotational shaft of the fan and configured such that when the fan operates, the lever member causes the push ring to move axially.

* * * * *



US 20060086001A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2006/0086001 A1
Jeong et al.                                    (43) **Pub. Date:**        **Apr. 27, 2006**

(54) **WASHING MACHINE COMBINED WITH DRYER**

(75) Inventors: **In Chul Jeong**, Seoul (KR); **Young Hwan Park**, Seoul (KR); **Sog Kie Hong**, Seoul (KR); **Dae Yun Park**, Gwangmyung-si (KR)

Correspondence Address:
JONATHAN Y. KANG, ESQ.
LEE, HONG, DEGERMAN, KANG &
SCHMADEKA
14th Floor
801 S. Figueroa Street
Los Angeles, CA 90017 (US)

(73) Assignee: **LG Electronics Inc.**

(21) Appl. No.:       **11/185,767**

(22) Filed:          **Jul. 13, 2005**

(30)           **Foreign Application Priority Data**

Oct. 22, 2004    (KR) ......................... 84925/2004
Oct. 22, 2004    (KR) ......................... 84926/2004

**Publication Classification**

(51) Int. Cl.
    *F26B  11/02*        (2006.01)
(52) U.S. Cl. ................................................. 34/606; 34/607

(57)              **ABSTRACT**

A washing machine combined with a dryer is provided. In the washing machine combined with the dryer, a tub is provided, a dryer duct is installed outside of the tub, a dryer fan is installed in the dryer duct to draw in a surrounding air, a heater is installed in the dryer duct to apply heat to the drawn-in air, and a screening unit is installed in the dryer duct to selectively block the flow of the air, wherein the dryer duct includes an air inlet to introduce the surrounding air, an air outlet connected to the tub to allow the introduced air to flow into the tub, and an air passage formed between the air inlet and the air outlet to pass the introduced air therethrough.



FIG.1



Case 1:08-cv-00242   Document 55-8   Filed 02/11/2008   Page 37 of 78

FIG.2



Case 1:08-cv-00242    Document 55-8    Filed 02/11/2008    Page 38 of 78

FIG.3



Case 1:08-cv-00242    Document 55-8    Filed 02/11/2008    Page 39 of 78

FIG.4



FIG.5



Case 1:08-cv-00242    Document 55-8    Filed 02/11/2008    Page 41 of 78

FIG.6



Case 1:08-cv-00242    Document 55-8    Filed 02/11/2008    Page 42 of 78

FIG.7



Case 1:08-cv-00242    Document 55-8    Filed 02/11/2008    Page 43 of 78

FIG.8



# WASHING MACHINE COMBINED WITH DRYER

## BACKGROUND OF THE INVENTION

[0001]   1. Field of the Invention

[0002]   The present invention relates to a washing machine, and more particularly, to a washing machine combined with a dryer, which has a screening unit to prevent a hot steam, generated in a drum during a hot water washing operation, from reversely flowing along a dryer duct toward the outside of a tub or the outside of the washing machine.

[0003]   2. Description of the Related Art

[0004]   A washing machine is a home appliance for washing clothes automatically. In a typical washing machine, a motor spins a drum to agitate clothes together with water containing detergent to remove dirt from the clothes.

[0005]   A drum type washing machine is becoming very common. In the drum type washing machine, clothes are lifted and dropped to force water and detergent solution to pass through the clothes to remove dirt from the clothes. Since the clothes are lifted and dropped in the drum, the drum type washing machine can clearly washes the clothes while damaging the clothes less than other types of washing machines. Also, the drum type washing machine can wash more clothes at a time than other types of washing machines.

[0006]   Further, a washing machine combined with a dryer is introduced to eliminate the inconvenience of using a washing machine and a dryer separately. Washing machines combined with a dryer can be classified into a condenser type and a vented type depending on a drying method.

[0007]   The washing machine combined with the condenser type dryer removes residual moisture from clothes by circulating a heated air through a drum. On the contrary, the washing machine combined with the vented type dryer removes residual moisture from clothes by blowing a heated air into a drum and discharging the air to the outside through a tub and an air-vent duct. Here, the air discharged has a relatively high humidity because it has taken moisture from the clothes in the drum.

[0008]   The washing machine combined with the vented type dryer is provided at an upper portion with a dryer duct in which a flower fan and a heater are installed. The blower fan draws in air from between a cabinet and a tub, and the heater applies heat to the air. An outlet of the dryer duct is connected to a drum to direct the heated air into the drum. The air takes moisture from clothes in the drum and then the air is discharged to the outside.

[0009]   However, the washing machine combined with the vented dryer has a disadvantage in that a hot steam, generated during a hot water washing operation, flows reversely into the dryer duct and leaks to the outside.

[0010]   That is, through an inlet of the dryer duct where the blower fan is installed, the steam reversely flows toward a space between the tub and the cabinet and discharged to the outside of the washing machine through a gap defined at a connecting portion of the cabinet, thereby increasing humidity of the room and causing problems such as mildew on the walls.

[0011]   Further, the steam makes the cabinet rusted. Furthermore, when the steam infiltrates, into electric compo-

nents and condenses therein, it causes malfunction of electrical components and increases the possibility of a fire.

## SUMMARY OF THE INVENTION

[0012]   Accordingly, the present invention is directed to a washing machine combined with a dryer that substantially obviates one or more problems due to limitations and disadvantages of the related art.

[0013]   An object of the present invention is to provide a washing machine combined with a dryer, in which a hot steam generated during a hot water washing operation is prevented from reversely flowing to the outside of the washing machine through a dryer duct.

[0014]   Additional advantages, objects, and features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from practice of the invention. The objectives and other advantages of the invention may be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

[0015]   To achieve these objects and other advantages and in accordance with the purpose of the invention, as embodied and broadly described herein, a washing machine combined with a dryer includes: a tub; a dryer duct installed outside of the tub, the dryer duct including an air inlet to introduce a surrounding air, an air outlet connected to the tub to allow the introduced air to flow into the tub, and an air passage formed between the air inlet and the air outlet to pass the introduced air therethrough; a dryer fan installed in the dryer duct to draw in the surrounding air; a heater installed in the dryer duct to apply heat to the drawn-in air; and a screening unit installed in the dryer duct to selectively block the flow of the air.

[0016]   In another aspect of the present invention, a washing machine combined with a dryer includes: a cabinet; a tub accommodated in the cabinet; a dryer duct allowing a surrounding air to flow inside of the tub from between the cabinet and the tub; a dryer fan installed in the dryer duct to draw in the surrounding air; a heater installed in the dryer duct to apply heat to the drawn-in air; and a screening unit including a screen rotatably installed in the dryer fan and a hinge protruded from a side of the screen.

[0017]   In a further another aspect of the present invention, a washing machine combined with a dryer includes: a dryer duct; a dryer fan installed in the dryer duct to draw in a surrounding air; a heater installed in the dryer duct to apply heat to the drawn-in air; and a screening unit including a screen rotatably installed in the dryer fan and a hinge protruded from a side of the screen.

[0018]   According to the present invention, the hot steam generated during the hot water washing operation is prevented from reversely flowing to the outside of the washing machine through the dryer duct.

[0019]   Therefore, problems resulting from high humidity in room, such as mildew on walls, can be prevented.

[0020]   Further, the cabinet or the tub of the washing machine can be prevented from rusting.

2

[0021] Furthermore, the electrical components of the washing machine can be prevented from firing and malfunctioning.

[0022] It is to be understood that both the foregoing general description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

[0023] The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings:

[0024] FIG. 1 is a perspective view of a washing machine combined with a vented dryer that is provided with a screening unit to prevent an adverse flow of steam according to the present invention;

[0025] FIG. 2 is a side sectional view of the washing machine combined with the vented dryer depicted in FIG. 1;

[0026] FIG. 3 is a perspective view of a screening unit according to an embodiment of the present invention;

[0027] FIG. 4 shows an inside of a dryer duct during a heat drying operation according to an embodiment of the present invention;

[0028] FIG. 5 shows an inside of a dryer duct when a heat drying operation is not carried out according to an embodiment of the present invention;

[0029] FIG. 6 is a perspective view of a screening unit according to another embodiment of the present invention;

[0030] FIG. 7 shows an inside of a dryer duct during a heat drying operation according to another embodiment of the present invention; and

[0031] FIG. 8 shows an inside of a dryer duct when a heat drying operation is not carried out according to another embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

[0032] Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

[0033] FIG. 1 is a perspective view of a washing machine combined with a dryer that is provided with a screening unit to prevent an adverse flow of steam according to the present invention, and FIG. 2 is a side sectional view of the washing machine combined with the vented dryer depicted in FIG. 1.

[0034] Referring to FIGS. 1 and 2, a washing machine combined with a dryer 100 includes an enclosing cabinet 110, a front cover 111 installed on a front of the cabinet 110, a door 120 openable mounted at a center of the front cover 111 for loading clothes, a tub 130 installed in the cabinet 110 to receive water, and a drum 135 installed in the tub 130 to receive clothes to be washed.

[0035] Also, the washing machine combined with the dryer 100 includes a motor 140, a control panel 112, a detergent dispenser 150, and a water inlet valve 180. The motor 140 is mounted on a back of the tub 130 with its shaft connected to the drum 135 to drive the drum 135, the control panel 112 is formed on an upper side of the front cover 111 with a plurality of buttons for a user to select operating conditions, the detergent dispenser 150 is installed beside the control panel 112 to receive washer detergents, fabric softeners, or the like, and the water inlet valve 180 is installed on an upper rear of inside of the cabinet 110 to control the inflow of water to the detergent dispenser 150.

[0036] Further, the washing machine combined with the dryer 100 includes a water inlet line 181 and a bellows 151. The water inlet line 181 connects the water inlet valve 180 and the detergent dispenser 150 for the water inflow, and the bellows 151 connects the detergent dispenser 150 and the tub 130 to allow the water to flow into the tub 130 after it is mixed with the wash detergents in the detergent dispenser 150.

[0037] Further, the washing machine combined with the dryer 100 includes a damper 131, a drain tube 171, a drain pump 170, and a drain hose 172. The damper 131 supports the tub 130 to dampen the vibration generated when the drum 135 is rotated, the drain tube 171 is connected to a bottom of the tub 130 to drain the water contaminated during a washing operation, the drain pump 170 is connected to an end of the drain tube 171 to pump out the contaminated water, and the drain hose 172 is connected from the drain pump 170 to the outside to discharge the pumped water to the outside.

[0038] Further, the washing machine combined with the dryer 100 includes a dryer duct 300, a heater 162, a dryer fan 160, a screening unit 400, a connecting tub 200, and an air-vent duct 190. The dryer duct 300 introduces surrounding air into the drum 135 to start a heat drying operation after the clothes are washed, rinsed, and spin dried. The heater 162 is installed in the dryer duct 300 to heat the introduced air to a high temperature, and the dryer fan 160 is installed in the dryer duct 300 to draw in the surrounding air. The screening unit 400 is pivotally installed in the dryer duct 300 to prevent a hot steam, generated in the drum 135 during a hot water washing operation, from reversely flowing through the dryer duct 300 to the outside. The air-vent duct 190 is installed in a rear side of the cabinet 110 and the connecting tub 200 is connected between the tub 130 and the air-vent duct 190, such that the air containing lots of moisture taken from the clothes during the heat drying operation can be discharged from the drum 135 to the outside.

[0039] An operation of the washing machine combined with the dryer 100 will now be described.

[0040] First, a user loads clothes in the drum 135 through the door 120 and fills the detergent dispenser 150 with detergent or fabric softener. Then, the user selects operating conditions using the control panel 112 and presses a start button to start a washing operation.

[0041] Upon the pressing of the start button a washing operation is started, and the water inlet valve 180 is opened to introduce water from a water source to the detergent dispenser 150. The introduced water is mixed with the

detergent in the detergent dispenser **150** and the water containing detergent (washing water) is dropped down to the tub **130** through the bellows **151** until it fills the tub **130** to a predetermined level.

[0042] When the washing water is filed in the tub **130** to the predetermined level, the water inlet valve **180** is closed, and the motor **140** is operated to drive the connected drum **135**. The clothes, as the drum **135** is rotated, is lifted up and dropped down in the drum **135** to force the washing water to pass through it to remove dirt.

[0043] After the washing operation, the washing water contaminated during the washing operation is drained from the tub **130** to the drain pump **170** through the drain tube **171**. The drain pump **170** pumps out the contaminated water to the outside through the drain hose **172**.

[0044] Meanwhile, if the washing operation is carried out using a hot water for washing certain kinds of clothes such as white cotton clothes, a hot steam is generated in the drum **135** during the hot water washing operation and it flows reversely to the dryer duct **300**. The reversely flowing steam is blocked by the screening unit **400**, such that it can be prevented from reversely flowing to the outside.

[0045] After the contaminated water is discharged, fresh water is introduced into the drum **135** through the water inlet line **181** for a rinsing operation. After the rinsing operation, a spin drying operation is carried out. In the spin drying operation, the drum **135** is rotated at a high speed to apply centrifugal force to the clothes to remove water from the clothes. After this spin drying operation, a heat drying operation is carried out.

[0046] In the heat drying operation, the heater **162** is powered on and heated to a high temperature, and the dryer fan **160** is rotated to draw in air into the dryer duct **300** from between the cabinet **110** and the tub **130**. The drawn air is heated by the heater **162** to a high temperature and low humidity. The heated air is flows into the drum **135** along the dryer duct **300** to take moisture from the clothes in the drum **135**. After taking moisture from the clothes, the air becomes humid and it is discharged from the drum **135** to the outside through the connecting tub **200** and the air-vent duct **190**.

[0047] FIG. 3 is a perspective view of a screening unit according to an embodiment of the present invention.

[0048] Referring to FIG. 3, when assembled, the screening unit **400** is installed in the dryer duct **300** to prevent a hot steam from reversely flowing from the drum **135** to the outside through the dryer duct **300** during the hot water washing operation.

[0049] The screening unit **400** includes a screen **410** and a hinge **420**. Substantially, the screen **410** is shaped after the inside shape of the dryer duct **300**. The hinge **420** is protruded at each upper side of the screen **410**, such that the screening unit **400** can be pivotably installed.

[0050] That is, the hinge **420** is formed along an end of the screen **410** to protrude outwardly, such that when the screening unit **400** is installed in the **300** the screen **410** can be tilted about the hinge **420** by the pressure of air flowing through the dryer duct **300**. When assembled, the hinge **420** is rotatably fitted into each inner side of the **300**, such that the screening unit **400** can be rotated a predetermined angle from a closed position to allow airflow from the dryer fan

**160** to the tub **130** When the heat drying operation is carried out. On the other hand, the screening unit **400** can be maintained in a vertical, closed position when the heat drying operation is not carried out.

[0051] A configuration and operation of the dryer fan **300**, in which the screening unit is installed, will now be more fully described with reference to the accompanying drawings.

[0052] FIG. 4 shows an inside of a dryer duct during a heat drying operation according to an embodiment of the present invention.

[0053] Referring to FIG. 4, the screening unit **400** in the dryer duct **300** is tilted at a certain angle during a heat drying operation.

[0054] The dryer duct **300**, in which the screening unit **400** is installed, includes a fan receiving portion **310**, an air passage **330**, an air outlet **340**, and an air inlet **320**. The fan receiving portion **310** has a smooth curvature and receives the dryer fan **160**, the air passage **330** is extended from the dryer fan **160** to provide an air passage, the air outlet **340** is defined at an end of the air passage **330** to direct air drawn in by the dryer fan **160** toward the tub **130**, and the air inlet **320** is extended downwardly from a bottom of the fan receiving portion **310** and formed with a hole to pass air therethrough.

[0055] In detail, the heater **162** is mounted in the air passage **330** to heat the air drawn in by the dryer fan **160** before the air flows into the tub **130**, and the air passage **330** is bent downwardly at its end for connection with the tub **130**. The fan receiving portion **310** has a smooth curvature to minimize airflow resistance. That is, when the dryer fan **160** draws in air in an axial direction and blows the air in a radial direction, the air is smoothly guided by the smooth curvature of the wall of the dryer duct **300**, thereby reducing the airflow resistance.

[0056] Meanwhile, in the dryer duct **300**, the screening unit **400** is installed to allow airflow from the dryer fan **160** to the tub **130** during the heat drying operation and to prevent a hot steam from reversely flowing from the tub **130** to the dryer fan **160** during the hot water washing operation.

[0057] If the screening unit **400** is installed in front of the heater **162**, hot air from the heater **162** may deform the screening unit **400** or burn the screening unit **400**. Therefore, the screening unit **400** may be installed in the dryer duct **300** between the dryer fan **160** and the heater **162**. However, the installing location is not limited to the position between the dryer fan **160** and the heater **162**. The screening unit **400** may be installed between the heater **162** and the air outlet **340** if it is made of heat resistant material.

[0058] Also, for an easy rotation by the air blown from the dryer fan **160** and a high durability against the hot steam from the tub **130**, the screening unit **400** may be made of light and rustproof material, such as stainless steel.

[0059] Further, a rotation control unit such as a stopper **350** may be protruded from an inner bottom of the dryer duct **300** to prevent the screening unit **400** from rotating toward the dryer fan **160** from a vertically closed position.

[0060] The stopper **350** may include one or more protrusions or may be formed in a continuous rib shape. By the

stopper **350**, the screening unit **400** is prevented from rotating toward the dryer fan **160** by the reversely flowing hot steam during the washing operation, such that the hot steam can be prevented from reversely flowing into the dryer fan **160** and reversely passing through the air inlet **320**.

[0061] Alternatively, the screening unit **400** may have the same width as the inner width of the dryer duct **300** but have a longer height than the inner height of the dryer duct **300**, such that the screening unit **400** is inclined at a predetermined angle when it closed the dryer duct **300**. Therefore, the screening unit **400** can be prevented from rotating toward the dryer fan **160** from a closed position without the stopper **350**.

[0062] In a heat drying operation, the dryer fan **160** is rotated to draw in air from between the cabinet **110** and the tub **130**. The drawn air flows along the inner wall of the fan receiving portion **310** and reaches the screening unit **400**, and the screening unit **400** is rotated a predetermined angle by the pressure of the air to allow the air to flow toward the air outlet **340** along the air passage **330**. The air, as it passes through the air passage **330**, is heated to a high temperature by the heater **162**. The heated air further flows into the tub **130** through the air outlet **340**. Then, the heated air enters the drum **135** from the tub **130** through a plurality of holes defined in the drum **135**. In the drum **135**, the heated, low-humidity air takes moisture from the clothes to dry the clothes.

[0063] **FIG. 5** shows an inside of a dryer duct when a heat drying operation is not carried out according to an embodiment of the present invention.

[0064] Referring to **FIG. 5**, when the heat drying operation is not carried out, the screening unit **400** is kept in a closed position to close the dryer duct **300**.

[0065] When the hot steam, generated from the drum **135** in the washing or rinsing operation, reversely flows to the dryer duct **300**, the screening unit **400** blocks the hot steam. Therefore, the hot steam can be prevented from flowing into the inner space between the cabinet **110** and the tub **130** through the air inlet **320**.

[0066] That is, the screening unit **400** is kept in a vertically closed position as shown in **FIG. 5**. The stopper **350** securely supports the screening unit **400** against the pushing force of the hot steam, such that the screening unit **400** can be stably kept in the closed position without rotation to the dryer fan **160**.

[0067] Meanwhile, by making the height of the screening unit **400** longer than the inner height of the dryer duct **300** as described above, the screening unit **400** can be stably kept in the closed position at an inclined angle without the support of the stopper **350**.

[0068] **FIG. 6** is a perspective view of a screening unit according to another embodiment of the present invention.

[0069] Referring to **FIG. 6**, a screening unit **500** is provided to prevent the reverse flow of the hot steam. The screening unit **500** includes a screen **510**, a rotation control unit such as the stopper **530** formed at a lower end of the screen **510**, and a hinge **520** protruded from each side of the screen **510**.

[0070] Each of the stopper **530** is extended from the lower end of the screen **510**, and it includes a support rod **532** extended from the screen **510** at a predetermined angle and a weight **531** formed at a free end of the support rod **532**.

[0071] When a heat drying operation is carried out, the screen **510** comes into contact with the inner bottom of the dryer duct **300** to open the dryer duct **300**. On the other hands, when the heat drying operation is not carried out, the screen **510** is rotated up from the inner bottom of the dryer duct **300** to close the dryer duct **300**. In this closed position, the support rod **532** prevents over rotation of the screen **510** toward the dryer fan **160**. That is, the screen **510** is kept in a stand-up position (closed position) when the heat drying operation is not carried out.

[0072] If the support rod **532** is extended from the screen **510** at a right angle, the screen **510** may have the same width and height as the inner width and height of the dryer duct **300**. Further, if the support rod **532** is extended from the screen **510** at an angle larger than 90 degrees, the screen **510** makes an angle with the vertical when it is rotated up from the closed position. Therefore, the screen **510** may have the same width as the inner width of the dryer duct **300** but a height lager than the inner height of the dryer duct **300** in order to securely close the dryer duct **300** when it is rotated up from the closed position.

[0073] The length of the support rod **532** and the size of the weight **531** are properly selected such that the screen **510** can make contact with the inner bottom of the dryer duct **300** during the heat drying operation and it can be rotated up by the torque generated by the weight **531** and the support rod **532** after the heat drying operation.

[0074] In detail, during washing and rinsing operations, the weight **531** and the support rod **532** make contact with the inner bottom of the dryer duct **300**, and the screen **510** closes the dryer duct **300**. In the heat drying operation after the rinsing operation, the screen **510** is rotated down and makes contact with the inner bottom of the dryer duct **300** by the pressure of the air drawn in by the dryer fan **160**, such that the dryer duct **300** can be opened during the heat drying operation. After the heat drying operation, the screen **510** is rotated up to close the dryer duct **300** again. That is, the torque generated by the weight **531** is larger than the torque generated by weight of the screen **510**, such that the screen **510** can be rotated upwardly about the hinge **520** to close the dryer duct **300** when the heat drying operation is not carried out.

[0075] **FIG. 7** shows an inside of a dryer duct during a heat drying operation according to another embodiment of the present invention, and **FIG. 8** shows an inside of a dryer duct when a heat drying operation is not carried out according to another embodiment of the present invention.

[0076] The screening unit **500** is in an open position to open the dryer duct **300** during the heat drying operation as shown in **FIG. 7**, and the screening unit **500** is in a close position to close the dryer duct **300** when the heat drying operation is not carried out as shown in **FIG. 8**.

[0077] In detail, the screening unit **500** is installed in the dryer duct **300** and it is rotatable in the dryer duct **300** about the hinge **520**. That is, the hinge **520**, protruded from each lower side of the screening unit **500**, is rotatably fitted into the inner wall of the dryer duct **300**. When the dryer fan **160** draws in air from the outside for the heat drying operation, the screen **510** comes into contact with the inner bottom of

the dryer duct **300** by the pressure of the drawn air, such that the air can flow to the air passage **330** where it is heated by the heater **162**. After heated, the air further flows toward the tub **130** through the air outlet **340**.

[0078]   Meanwhile, during the washing and rinsing operations, the screen **510** is rotated up by the stopper **530**, and the stopper **530** comes into contact with the inner bottom of the dryer duct **300**. Here, the screen **510** may make an angle with the vertical according to the angle between the screen **510** and the support rod **532** of the stopper **530**. That is, if the support rod **532** and the screen **510** make an angle larger than 90 degrees, the screen **510** closes the dryer duct **300** at an inclined angle to the vertical.

[0079]   Further, an elastic member such as a spring can be used to maintain the screen **510** in the rotated-position (close position) when the heat drying operation is not carried out.

[0080]   The spring may have one end abutted on the screen **510** and the other end abutted on the inner bottom of the dryer duct **300**. When the heat drying operation is carried out, the air blown from the dryer fan **160** rotates down the **510** while compressing the spring, and after the heat drying operation the spring rotates up the screen **510** and maintains the screen **510** in the rotated-up position.

[0081]   It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention. Thus, it is intended that the present invention covers the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A washing machine combined with a dryer, comprising:

a tub;

a dryer duct installed outside of the tub, the dryer duct including an air inlet to introduce a surrounding air, an air outlet connected to the tub to allow the introduced air to flow into the tub, and an air passage formed between the air inlet and the air outlet to pass the introduced air therethrough;

a dryer fan installed in the dryer duct to draw in the surrounding air;

a heater installed in the dryer duct to apply heat to the drawn-in air; and

a screening unit installed in the dryer duct to selectively block the flow of the air.

2. The washing machine according to claim 1, wherein the screening unit is rotatably installed in the dryer duct.

3. The washing machine according to claim 1, wherein the screening unit is made of stainless steel.

4. The washing machine according to claim 1, wherein the screening unit includes:

a screen having a predetermined size; and

a hinge protruded from a side of the screen to allow rotation of the screen.

5. The washing machine according to claim 4, wherein the predetermined size of the screen is equal to or larger than the interior size of the cross section of the dryer fan.

6. The washing machine according to claim 1, wherein the dryer duct further includes a stopper protruded from an inner surface thereof to prevent over-rotation of the screening unit.

7. The washing machine according to claim 6, wherein the stopper is a protrusion or a rib.

8. The washing machine according to claim 1, wherein the screening unit includes:

a screen;

a hinge protruded from a side of the screen; and

a stopper formed at an end of the screen.

9. The washing machine according to claim 8, wherein the screen and the stopper make an angle of 90 degrees or more with each other.

10. The washing machine according to claim 8, wherein the stopper includes:

a support rod extended from the end of screen with a predetermine length; and

a weight formed at a free end of the support rod with a predetermined size.

11. The washing machine according to claim 1, wherein the screening unit opens the dryer duct when a heat drying operation is carried out and closes the dryer duct when the heat drying operation is not carried out.

12. The washing machine according to claim 1, further comprising an elastic member to facilitate the selective blocking action of the screening unit, the elastic member having one end connected to the screening unit and the other end connected to an inner surface of the dryer duct.

13. The washing machine according to claim 1, wherein the screening unit is installed between the dryer fan and the heater.

14. A washing machine combined with a dryer, comprising:

a cabinet;

a tub accommodated in the cabinet;

a dryer duct allowing a surrounding air to flow inside of the tub from between the cabinet and the tub;

a dryer fan installed in the dryer duct to draw in the surrounding air;

a heater installed in the dryer duct to apply heat to the drawn-in air; and

a screening unit including a screen rotatably installed in the dryer duct and a hinge protruded from a side of the screen.

15. The washing machine according to claim 14, wherein the screening unit is made of heat and/or rust resistant material.

16. The washing machine according to claim 14, wherein the screen has a height larger than the interior height of the dryer duct to prevent over-rotation of the screen toward the dryer fan when a heat drying operation is not carried out.

17. The washing machine according to claim 14, wherein when a heat drying operation is not carried out, the screening unit securely closes the dryer duct to prevent a hot steam of the tub from reversely passing through the dryer duct.

18. The washing machine according to claim 14, wherein when a heat drying operation is carried out the screen is rotated by the air draw in by the dryer fan.

US 2006/0086001 A1

Apr. 27, 2006

6

**19**. The washing machine according to claim 14, further comprising a rotation control unit to keep the screen in a substantially vertical position when a heat drying operation is not carried out.

**20**. The washing machine according to claim 19, wherein the rotation control unit includes a stopper protruded from an inner surface of the dryer duct to prevent over-rotation of the screen.

**21**. The washing machine according to claim 19, wherein the rotation control unit is formed at an end of the screen and includes a weight to apply torque to the screen.

**22**. The washing machine according to claim 19, wherein the rotation control unit is a spring having one end connected to the screen and the other end connected to an inner surface of the dryer duct.

**23**. A washing machine combined with a dryer, comprising:

a dryer duct;

a dryer fan installed in the dryer duct to draw in a surrounding air;

a heater installed in the dryer duct to apply heat to the drawn-in air; and

a screening unit including a screen rotatably installed in the dryer duct and a hinge protruded from a side of the screen.

\* \* \* \* \*



US 20060101589A1

(19) **United States**

(12) **Patent Application Publication**    (10) Pub. No.: **US 2006/0101589 A1**
 Hong et al.    (43) Pub. Date:    **May 18, 2006**

(54) **WASHING MACHINE COMBINED WITH DRYER AND CONTROLLING METHOD THEREOF**

(75) Inventors: **Sog Kie Hong**, Seoul (KR); **Young Hwan Park**, Seoul (KR)

Correspondence Address:
**LEE, HONG, DEGERMAN, KANG & SCHMADEKA**
**14th Floor**
**801 S. Figueroa Street**
**Los Angeles, CA 90017 (US)**

(73) Assignee: **LG Electronics Inc.**

(21) Appl. No.: **11/184,288**

(22) Filed: **Jul. 18, 2005**

(30) **Foreign Application Priority Data**

Nov. 12, 2004 (KR) ........................................ 92298/2004

**Publication Classification**

(51) **Int. Cl.**
 *D06F 29/00* (2006.01)
 *D06F 35/00* (2006.01)
(52) **U.S. Cl.** ................................... **8/158**; 68/23 R; 68/20

(57) **ABSTRACT**

A washing machine combined with a dryer is provided. In the washing machine combined with a dryer, a tub is provided, a dryer duct is installed outside of the tub to introduce a surrounding air into the tub, a heater is installed in the dryer duct to apply heat to the surrounding air, a temperature sensor is installed in the dryer duct to measure temperature inside the tub or temperature inside the dryer duct, and a dryer fan is installed in the dryer duct to draw in the surrounding air.



100

Case 1:08-cv-00242　　Document 55-8　　Filed 02/11/2008　　Page 51 of 78

FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



1

## WASHING MACHINE COMBINED WITH DRYER AND CONTROLLING METHOD THEREOF

### BACKGROUND OF THE INVENTION

[0001]   1. Field of the Invention

[0002]   The present invention relates to a washing machine, and more particularly, to a washing machine combined with a dryer, in which a hot steam generated during a hot water washing operation is prevented from reversely flowing to the outside.

[0003]   2. Description of the Related Art

[0004]   A washing machine is a home appliance for washing clothes automatically. In a typical washing machine, a motor spins a drum to agitate clothes together with water containing detergent to remove dirt from the clothes.

[0005]   A drum type washing machine is becoming very common. In the drum type washing machine, clothes are lifted and dropped to force water and detergent solution to pass through the clothes to remove dirt from the clothes. Since the clothes are lifted and dropped in the drum, the drum type washing machine can clearly washes the clothes while damaging the clothes less than other types of washing machines. Also, the drum type washing machine can wash more clothes at a time than other types of washing machines.

[0006]   Further, a washing machine combined with a dryer is introduced to eliminate the inconvenience of using a washing machine and a dryer separately. Washing machines combined with a dryer can be classified into a condenser type and a vented type depending on a drying method.

[0007]   The washing machine combined with the condenser type dryer removes residual moisture from clothes by circulating a heated air through a drum. On the contrary, the washing machine combined with the vented type dryer removes residual moisture from clothes by blowing a heated air into a drum and discharging the air to the outside through a tub and an air-vent duct. Here, the air discharged has a relatively high humidity because it has taken moisture from the clothes in the drum.

[0008]   The washing machine combined with the vented type dryer is provided at an upper portion with a dryer duct in which a flower fan and a heater are installed. The blower fan draws in air from between a cabinet and a tub, and the heater applies heat to the air. An outlet of the dryer duct is connected to a drum to direct the heated air into the drum. The air takes moisture from clothes in the drum and then the air is discharged to the outside.

[0009]   However, the washing machine combined with the vented dryer has a disadvantage in that a hot steam, generated during a hot water washing operation, flows reversely into the dryer duct and leaks to the outside.

[0010]   That is, through an inlet of the dryer duct where the blower fan is installed, the steam reversely flows toward a space between the tub and the cabinet and discharged to the outside of the washing machine through a gap defined at a connecting portion of the cabinet, thereby increasing humidity of the room and causing problems such as mildew on the walls.

[0011]   Further, the steam makes the cabinet rusted. Furthermore, when the steam infiltrates into electric compo-

nents and condenses therein, it causes malfunction of electrical components and increases the possibility of a fire.

### SUMMARY OF THE INVENTION

[0012]   Accordingly, the present invention is directed to a washing machine combined with a dryer that substantially obviates one or more problems due to limitations and disadvantages of the related art.

[0013]   An object of the present invention is to provide a washing machine combined with a dryer, in which a hot steam generated during a hot water washing operation is prevented from reversely flowing to the outside of the washing machine through a dryer duct.

[0014]   Additional advantages, objects, and features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from practice of the invention. The objectives and other advantages of the invention may be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

[0015]   To achieve these objects and other advantages and in accordance with the purpose of the invention, as embodied and broadly described herein, a washing machine combined with a dryer includes: a tub; a dryer duct installed outside of the tub to introduce a surrounding air into the tub; a heater installed in the dryer duct to apply heat to the surrounding air; a temperature sensor installed in the dryer duct to measure temperature inside the tub or temperature inside the dryer duct; and a dryer fan installed in the dryer duct to draw in the surrounding air.

[0016]   In another aspect of the present invention, a washing machine combined with a dryer includes: a temperature sensor; a dryer fan operating in accordance with temperature measured by the temperature sensor; a controller controlling the dryer fan in accordance with the temperature measured by the temperature sensor; a storage unit storing a reference temperature for determining the operation of the dryer fan; and a driving unit driving the dryer fan.

[0017]   In a further another aspect of the present invention, there is provided a controlling method of a washing machine combined with a dryer, including: starting a washing operation using a hot water; measuring temperature inside a dryer duct with a temperature sensor; comparing the measured temperature with a reference temperature; operating a dryer fan depending on the comparison result; and completing the washing operation.

[0018]   According to the present invention, the hot steam generated during the hot water washing operation is prevented from reversely flowing to the outside of the washing machine through the dryer duct.

[0019]   Therefore, problems resulting from high humidity in room, such as mildew on walls, can be prevented.

[0020]   Further, the cabinet or the tub of the washing machine can be prevented from rusting.

[0021]   Furthermore, the electrical components of the washing machine can be prevented from firing and malfunctioning.

2

[0022] It is to be understood that both the foregoing general description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

[0023] The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings:

[0024] FIG. 1 is a perspective view of a washing machine combined with a vented dryer that is capable of preventing an adverse flow of steam according to the present invention;

[0025] FIG. 2 is a side sectional view of the washing machine combined with the vented dryer depicted in FIG. 1;

[0026] FIG. 3 is a phantom view of a dryer duct according to an embodiment of the present invention;

[0027] FIG. 4 is a phantom view of a dryer duct according to another embodiment of the present invention;

[0028] FIG. 5 is a block diagram showing a control configuration of a washing machine combined with a dryer according to the present invention; and

[0029] FIG. 6 is a flowchart showing a controlling method of a washing machine combined with a dryer according to the present invention.

DETAILED DESCRIPTION OF THE INVENTION

[0030] Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

[0031] FIG. 1 is a perspective view of a washing machine combined with a vented dryer that is capable of preventing an adverse flow of steam according to the present invention, and FIG. 2 is a side sectional view of the washing machine combined with the vented dryer depicted in FIG. 1.

[0032] Referring to FIGS. 1 and 2, a washing machine combined with a dryer 100 includes an enclosing cabinet 110, a front cover 111 installed on a front of the cabinet 110, a door 120 openable mounted at a center of the front cover 111 for loading clothes, a tub 130 installed in the cabinet 110 to receive water, and a drum 135 installed in the tub 130 to receive clothes to be washed.

[0033] Also, the washing machine combined with the dryer 100 includes a motor 140, a control panel 112, a detergent dispenser drawer 150, and a water inlet valve 180. The motor 140 is mounted on a back of the tub 130 with its shaft connected to the drum 135 to drive the drum 135, the control panel 112 is formed on an upper side of the front cover 111 with a plurality of buttons for a user to select operating conditions, the detergent dispenser drawer 150 is installed beside the control panel 112 to receive washer detergents, fabric softeners, or the like, and the water inlet valve 180 is installed on an upper rear of inside of the cabinet 110 to control the inflow of water to the detergent dispenser drawer 150.

[0034] Further, the washing machine combined with the dryer 100 includes a water inlet line 181 and a bellows 151. The water inlet line 181 connects the water inlet valve 180 and the detergent dispenser drawer 150 for the water inflow, and the bellows 151 connects the detergent dispenser drawer 150 and the tub 130 to allow the water to flow into the tub 130 after it is mixed with the wash detergents in the detergent dispenser drawer 150.

[0035] Further, the washing machine combined with the dryer 100 includes a damper 131, a drain tube 171, a drain pump 170, and a drain hose 172. The damper 131 supports the tub 130 to dampen the vibration generated when the drum 135 is rotated, the drain tube 171 is connected to a bottom of the tub 130 to drain the water contaminated during a washing operation, the drain pump 170 is connected to an end of the drain tube 171 to pump out the contaminated water, and the drain hose 172 is connected from the drain pump 170 to the outside to discharge the pumped water to the outside.

[0036] Further, the washing machine combined with the dryer 100 includes a dryer duct 300, a heater 162, a dryer fan 160, a temperature sensor 400, a connecting tub 200, and an air-vent duct 190. The dryer duct 300 introduces surrounding air into the drum 135 to start a heat drying operation after the clothes are washed, rinsed, and spin dried. The heater 162 is installed in the dryer duct 300 to heat the introduced air to a high temperature, the dryer fan 160 is installed in the dryer duct 300 to draw in the surrounding air, and the temperature sensor 400 is installed in the dryer duct 300 to measure the temperature in the dryer duct 300 during the heat drying operation. The air-vent duct 190 is installed in a rear side of the cabinet 110 and the connecting tub 200 is connected between the tub 130 and the air-vent duct 190, such that the air containing lots of moisture taken from the clothes during the heat drying operation can be discharged from the drum 135 to the outside.

[0037] An operation of the washing machine combined with the dryer 100 will now be described.

[0038] First, a user loads clothes in the drum 135 through the door 120 and fills the detergent dispenser drawer 150 with detergent or fabric softener. Then, the user selects operating conditions using the control panel 112 and presses a start button to start a washing operation.

[0039] Upon the pressing of the start button a washing operation is started, and the water inlet valve 180 is opened to introduce water from a water source to the detergent dispenser drawer 150. The introduced water is mixed with the detergent in the detergent dispenser drawer 150 and the water containing detergent (washing water) is dropped down to the tub 130 through the bellows 151 until it fills the tub 130 to a predetermined level.

[0040] When the washing water is filed in the tub 130 to the predetermined level, the water inlet valve 180 is closed, and the motor 140 is operated to drive the connected drum 135. The clothes, as the drum 135 is rotated, is lifted up and dropped down in the drum 135 to force the washing water to pass through it to remove dirt.

[0041] If the washing operation is carried out using a hot water for washing certain kinds of clothes such as white cotton clothes, hot steam flows reversely to the dryer duct 300. The reversely flowing steam is detected by the tem-

3

perature sensor 400, and the dryer fan 160 is operated upon the detection of the temperature sensor 400 to prevent the steam from reversely passing through the dryer duct 300. Namely, the dryer fan 160 draws in surrounding air and blows it toward the reversely flowing steam to prevent the steam passing through the dryer duct 300. The relationship and operation of the temperature sensor 400 and the dryer fan 160 will be more fully described later.

[0042]    Meanwhile, after the washing operation, the washing water contaminated during the washing operation is drained from the tub 130 to the drain pump 170 through the drain tube 171. The drain pump 170 pumps out the contaminated water to the outside through the drain hose 172.

[0043]    After the contaminated water is discharged, fresh water is introduced into the drum 135 through the water inlet line 181 for a rinsing operation. After the rinsing operation, a spin drying operation is carried out. In the spin drying operation, the drum 135 is rotated at a high speed to apply centrifugal force to the clothes to remove water from the clothes. The removed water is spun out from the drum 135 through a plurality of holes defined in the drum 135, and it is collected at a bottom of the tub 130. The drain pump 170 pumps out the collected water to the outside. After this spin drying operation, a heat drying operation is carried out.

[0044]    In the heat drying operation, the heater 162 is powered on and heated to a high temperature, and the dryer fan 160 is rotated to draw in air into the dryer duct 300 from between the cabinet 110 and the tub 130. The drawn air is heated by the heater 162 to a high temperature and low humidity. The heated air is flows into the drum 135 along the dryer duct 300 to take moisture from the clothes in the drum 135. After taking moisture from the clothes, the air becomes humid and it is discharged from the drum 135 to the outside through the connecting tub 200 and the air-vent duct 190.

[0045]    FIG. 3 is a phantom view of a dryer duct according to an embodiment of the present invention.

[0046]    Referring to FIG. 3, a dryer duct 300 has a smoothly curved shape with a fan receiving portion 310, an air passage 330, an air outlet 340, and an air inlet 320. The fan receiving portion 310 receives the dryer fan 160, the air passage 330 is extended from the dryer fan 160 to provide an air passage, the air outlet 340 is defined at an end of the air passage 330 to direct air drawn in by the dryer fan 160 toward the tub 130, and the air inlet 320 is extended downwardly from a bottom of the fan receiving portion 310 and formed with a hole to pass air therethrough.

[0047]    In detail, the heater 162 is mounted in the air passage 330 to heat the air drawn in by the dryer fan 160 before the air flows into the tub 130, and the air passage 330 is bent downwardly at its end for connection with the tub 130. The fan receiving portion 310 has a smooth curvature to minimize airflow resistance. That is, when the dryer fan 160 draws in air in an axial direction and blows the air in a radial direction, the air is smoothly guided by the smooth curvature of the wall of the dryer duct 300, thereby reducing the airflow resistance.

[0048]    Further, in the dryer duct 300, the temperature sensor 400 is installed between the dryer fan 160 and the heater 162.

[0049]    When the washing operation is carried out using a hot water, the temperature sensor 400 measures the tem-

perature inside the dryer duct 300 to detect whether hot steam flows reversely to the dryer duct 300 from the drum 135 through the air outlet 340.

[0050]    In detail, when the temperature measured by the temperature sensor 400 is higher than a reference temperature due to the reverse flow of the hot steam, a controller drives the dryer fan 160 to draw in air from between the cabinet 110 and the tub 130 into the dryer duct 300. The drawn air by the dryer fan 160 prevents the reverse flow of the hot steam.

[0051]    Further, the dryer fan 160 is controlled to be rotated at a proper speed to prevent the drawn air having a relatively low temperature from flowing into the drum 135 where the clothes are washed with a hot water, thereby maintaining the hot water washing operation without efficiency decrease. For the same purpose, the dryer fan 160 can be intermittently operated or the operating time of the dryer fan 160 can be adjusted.

[0052]    FIG. 4 is a phantom view of a dryer duct according to another embodiment of the present invention.

[0053]    Referring to FIG. 4, the temperature sensor 400 is installed in the dryer duct 300 near the air outlet 340, instead of installing it in the dryer duct 300 between the heater 162 and the dryer fan 160 in the previous embodiment.

[0054]    By placing the temperature sensor 400 near the air outlet 340, the reverse flow of the hot steam can be immediately detected during the hot water washing operation. With a measured temperature by the temperature sensor 400, the operation of the dryer fan 160 is determined in the same manner as the previous embodiment. That is, the temperature sensor 400 sends measured temperature to the controller of the washing machine combined with the dryer 100, and the controller compares the measured temperature with a reference temperature to determine the operation of the dryer fan 160. In detail, if the measured temperature is lager than the reference temperature, the dryer fan 160 is operated to suck surrounding air, and if the measured temperature is not lager than the reference temperature, the dryer fan 160 is not operated. Herein, the temperature sensor 400 may measure the temperature at a regular interval.

[0055]    A controlling method of the washing machine combined with the dryer 100 will be described in association with the operation of the dryer duct 300 and with reference to the accompanying drawings.

[0056]    FIG. 5 is a block diagram showing a control configuration of a washing machine combined with a dryer according to the present invention, and FIG. 6 is a flowchart showing a controlling method of a washing machine combined with a dryer according to the present invention.

[0057]    Referring to FIGS. 5 and 6, according to a control configuration of the present invention, the washing machine combined with the dryer 100 includes the temperature sensor 400, the controller such as a microcomputer 410, a storage unit 420, and a driving unit 430. The temperature sensor 400 measures the temperature inside the dryer duct 300, the dryer fan 160 is operated depending on the temperature measured by the temperature sensor 400, the microcomputer 410 receives the measured temperature from the temperature sensor 400 and controls the operation of the dryer fan 160 according to the measured temperature, the

storage unit **420** stores a reference temperature for the comparison with the measured temperature, and the driving unit **430** rotates the dryer fan **160** under the control of the microcomputer **410**.

[0058] In detail, the temperature sensor **400** measures the temperature inside the dryer duct **300** and sends it to the microcomputer **410**. The microcomputer **410** compares the measured temperature with the reference temperature stored in the storage unit **420**. If it is determined that the measured temperature is larger than the reference temperature, the microcomputer **410** controls the driving unit **430** to rotate the dryer fan **160**.

[0059] The operation of the dryer fan **160** based on the temperature measured by the temperature sensor **400** will now be more fully described with reference to the flowchart in **FIG. 6**. Hereinafter, it is assumed that the washing operation of the washing machine combined with the dryer **100** is carried out using a hot water.

[0060] First, a user loads clothes in the drum **135** and fills the detergent dispenser drawer **150** with detergent. Then, the user selects operating conditions and presses a start button to supply water to the tub **130**.

[0061] After that, a washing operation is started.

[0062] In operation S110, the temperature sensor **400** installed in the dryer duct **300** is operated to measure the temperature inside the dryer duct **300** and it sends the measured temperature to the microcomputer **410**. In operation S120, the microcomputer **410** determines whether the measured temperature is larger than the reference temperature stored in the storage unit **420**. If so, the process goes to operation S140 where the microcomputer **410** controls the dryer fan **160** to be rotated. If not, the washing operation is continued without the operation of the dryer fan **160**.

[0063] In operation S130, it is determined whether the washing operation is completed.

[0064] If so, the operation of the temperature sensor **400** is stopped. If not, the process goes back to operation S110 to repeat above-mentioned operations.

[0065] Here, since outside air can flow into the drum **135** by the operation of the dryer fan **160** to result in temperature drop inside the drum **135** during the hot water washing operation, the dryer fan **160** may be intermittently operated at a regular interval instead of being continuously operated. Therefore, the temperature drop inside the drum **135** can be prevented. Also, the temperature sensor **400** continually measures the temperature inside the dryer duct **300** at a regular interval during the washing operation.

[0066] In addition, the dryer fan **160** may be properly operated at a lower speed to prevent the outside air from flowing into the drum **135** during the washing operation.

[0067] As described above, the hot steam generated in the drum **135** during the hot water washing operation is prevented from reversely flowing to the outside or flowing into the inside of the washing machine combined with the dryer **100**. Also, the outside air drawn in by the dryer fan **160** is prevented from flowing into the drum **135** during the hot water washing operation, thereby maintaining the hot water washing operation without temperature drop.

[0068] It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention. Thus, it is intended that the present invention covers the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A washing machine combined with a dryer, comprising:

a tub;

a dryer duct installed outside of the tub to introduce a surrounding air into the tub;

a heater installed in the dryer duct to apply heat to the surrounding air;

a temperature sensor installed in the dryer duct to measure temperature inside the tub or temperature inside the dryer duct; and

a dryer fan installed in the dryer duct to draw in the surrounding air.

2. The washing machine according to claim 1, wherein the temperature sensor is installed between the heater and the dryer fan.

3. The washing machine according to claim 1, wherein the temperature sensor is installed near an air outlet of the dryer duct.

4. The washing machine according to claim 1, wherein the temperature sensor is operated when a washing operation is carried out using a hot water.

5. The washing machine according to claim 1, wherein the temperature sensor measures temperature of steam that flows reversely from the tub to the dryer duct and the dryer fan is operated based on the measured temperature.

6. The washing machine according to claim 1, wherein the dryer fan is intermittently operated at a regular interval to prevent the surrounding air drawn into the dryer duct from flowing into the tub.

7. A washing machine combined with a dryer, comprising:

a temperature sensor;

a dryer fan operating in accordance with temperature measured by the temperature sensor;

a controller controlling the dryer fan in accordance with the temperature measured by the temperature sensor;

a storage unit storing a reference temperature for determining the operation of the dryer fan; and

a driving unit driving the dryer fan.

8. The washing machine according to claim 7, wherein the controller compares the measured temperature with the reference temperature and controls the dryer fan depending on the comparison result.

9. A controlling method of a washing machine combined with a dryer, comprising:

starting a washing operation using a hot water;

measuring temperature inside a dryer duct with a temperature sensor;

comparing the measured temperature with a reference temperature;

US 2006/0101589 A1

May 18, 2006

5

operating a dryer fan depending on the comparison result; and

completing the washing operation.

**10**. The controlling method according to claim 9, wherein the dryer fan is operated when the measured temperature is larger than the reference temperature.

**11**. The controlling method according to claim 9, wherein if the measured temperature is larger than the reference temperature, it is determined that steam generated in a tub is reversely moved into the dryer duct.

**12**. The controlling method according to claim 9, wherein if the measured temperature is not larger than the reference temperature, the dryer fan is not operated.

**13**. The controlling method according to claim 9, wherein the temperature sensor is not operated after the washing operation is completed.

**14**. The controlling method according to claim 9, wherein the dryer fan is operated and stopped in turns at a regular interval to prevent a surrounding air drawn by the dryer fan from flowing into a tub.

**15**. The controlling method according to claim 9, wherein the dryer fan is operated at a low speed to prevent a surrounding air drawn into the dryer duct from flowing into a tub.

*   *   *   *   *



US 20050223504A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2005/0223504 A1

Lee et al. (43) Pub. Date: **Oct. 13, 2005**

(54) **WASHING MACHINE HAVING DRYING FUNCTION AND METHOD FOR CONTROLLING THE SAME**

(75) Inventors: Tae Hee Lee, Buchun-si (KR); Moon Hee Hong, Seoul (KR); Hyun Seok Seo, Inchun-si (KR)

Correspondence Address:
GREENBLUM & BERNSTEIN, P.L.C.
1950 ROLAND CLARKE PLACE
RESTON, VA 20191 (US)

(73) Assignee: LG Electronics Inc., Seoul (KR)

(21) Appl. No.: 11/036,059

(22) Filed: Jan. 18, 2005

(30) **Foreign Application Priority Data**

Apr. 7, 2004 (KR) ...................................... 2004-23784

**Publication Classification**

(51) Int. Cl.$^7$ ................................................. D06F 25/00
(52) U.S. Cl. ..................................... 8/158; 68/19.2; 68/20

(57) **ABSTRACT**

A washing machine having a drying function and a method for controlling the same. The washing machine includes a tub for containing wash water; a drum rotatably placed in the tub for containing laundry, and provided with through holes for circulating the wash water or air therethrough; a drying device provided with a circulation fan and a heater for drying the laundry in the drum; and a pumping device for pumping the wash water in the tub so that the wash water in the tub is circulated into the drum or heated by the air passing through the drying device, and is then circulated into the drum. The washing machine performs washing of laundry without any additional heater for heating the wash water, thereby having low production costs and a simple structure of the tub.



Patent Application Publication   Oct. 13, 2005   Sheet 1 of 9       US 2005/0223504 A1

## FIG. 1 (Prior Art)



Case 1:08-cv-00242    Document 55-8    Filed 02/11/2008    Page 64 of 78

## FIG. 2



## FIG. 3



Case 1:08-cv-00242 Document 55-8 Filed 02/11/2008 Page 66 of 78

## FIG. 4



## FIG. 5



FIG. 6



# FIG. 7



Patent Application Publication  Oct. 13, 2005  Sheet 8 of 9  US 2005/0223504 A1

## FIG. 8



## FIG. 9



1

## WASHING MACHINE HAVING DRYING FUNCTION AND METHOD FOR CONTROLLING THE SAME

### BACKGROUND OF THE INVENTION

[0001]  1. Field of the Invention

[0002]  The present invention relates to a washing machine having a drying function, which performs a drying operation as well as a washing operation, and more particularly to a washing machine having a drying function, in which wash water is heated by a drying device without an additional heater for heating the wash water, and a method for controlling the washing machine.

[0003]  2. Description of the Related Art

[0004]  Generally, washing machines are apparatuses for eliminating contaminants from laundry using actions of a detergent and wash water, and are divided into an agitator type washing machine, a pulsator type washing machine, and a drum type washing machine.

[0005]  The agitator type washing machine washes laundry by rotating a washing rod, protruded from the center of a tub, in the clockwise or counterclockwise direction, the pulsator type washing machine washes laundry using friction between a water current and the laundry by rotating a circular pulsator, formed on the bottom of the tub, in the clockwise or counterclockwise direction, and the drum type washing machine washes laundry by putting wash water and a detergent into a drum, provided with lifters protruded therefrom and rotatably placed in the tub, and rotating the drum.

[0006]  Recently, in order to increase washing capacity, washing machines having a drying function, which comprise a heater for heating wash water and a drying device for drying laundry, have been increased in number.

[0007]  FIG. 1 is a longitudinal sectional view of a conventional washing machine having a drying function.

[0008]  As shown in FIG. 1, the conventional washing machine comprises a casing 2, a tub 4 installed in the casing 2 for containing wash water (w), a drum 10 rotatably placed in the tub 4 for containing laundry (m), a motor 20 for rotating the drum 10, a heater 22 installed at the lower part of the inside of the tub 4 for heating the wash water (w) in a washing or rinsing mode, and a drying device 30 installed outside the tub 4 for circulating and drying air in the tub 4 in a drying mode.

[0009]  A water supply device 6 for supplying a detergent or the wash water (w) to the inside of the tub 4 in the washing or rinsing mode is connected to the upper part of the tub 4, and a drainage device 8 for discharging the wash water (w) from the inside of the tub 4 to the outside is connected to the lower part of the tub 4.

[0010]  A heater-receiving portion 5 for receiving the heater 22 is formed in the bottom of the tub 4, and a sealing member for preventing water leakage between the heater 22 and the tub 4 is installed on the tub 4.

[0011]  The heater 22 for heating the wash water (w) includes a heating portion 23 received in the heater-receiving portion 5 of the tub 4 for generating heat when power is

supplied thereto, and a power-supply portion 25, to which an electric wire 24 is connected so that the power is supplied to the heating portion 23.

[0012]  The drying device 30 includes a drying duct 36 containing a heater 32 and a circulation fan 34 for discharging hot air to the inside of the tub 4, a condensing duct 38 for guiding the air in the tub 4 to the drying duct 36, and a water supply nozzle 40 formed at one side of the condensing duct 38 for spraying cooling water to the inside of the condensing duct 38 so that moisture in the air passing through the condensing duct 38 is condensed.

[0013]  Hereinafter, the operation of the above conventional washing machine having a drying function will be described in detail.

[0014]  First, the water supply device 6 in the washing or rinsing mode supplies the wash water (w) to the inside of the tub 4, and the motor 20 is operated to rotate the drum 10, thereby causing the laundry (m) in the drum 10 to be washed.

[0015]  In the washing or rinsing mode, power is supplied to the heater 22 for heating the wash water (w), and the heater 22 heats the wash water (w). The washing or rinsing capacity of the laundry (m) is improved using the heated wash water (w).

[0016]  When the above washing or rinsing mode is terminated, the drainage device 8 discharges the wash water (w) from the tub 4 to the outside of the washing machine.

[0017]  Thereafter, the dehydrating mode is performed. Here, when the motor 20 rotates the drum 10 at a high speed, the laundry (m) is rotated together with the rotation of the drum 10, thereby being centrifugally dehydrated.

[0018]  The motor 20, when operated, rotates the drum 10 so that the laundry (m) is dried, turns on the heater 32 and the circulation fan 34, and supplies cooling water through the water supply nozzle 40.

[0019]  When the circulation fan 34 is turned on, the air in the drum 10 and the tub 4 passes through the condensing duct 38 and is condensed by the cooling water so that the air has a low humidity, passes through the drying duct 36 and is heated by the heater 32 so that the air has a high temperature and a low humidity, and is circulated into the drum 10 so as to dry the laundry (m) in the drum.

[0020]  The conventional washing machine having the drying function separately comprises the heater 22 for heating the wash water (w) in the washing or rinsing mode and the drying device 30 for drying the laundry (m), thereby having high production costs.

[0021]  Further, since the heater-receiving portion 5 is installed in the bottom of the inside of the tub 4, and the heater 22 for heating the wash water (w) is installed on the tub 4, the conventional washing machine has complicated structures of the tub 4 and the heater 22, and an assembly process including various steps.

### SUMMARY OF THE INVENTION

[0022]  Therefore, the present invention has been made in view of the above problems, and it is an object of the present invention to provide a washing machine having a drying

2

function, which comprises one heater for drying laundry and heating wash water, thereby having low production costs.

[0023] It is another object of the present invention to provide a washing machine having a drying function, which has simple structure and assembly process.

[0024] It is yet another object of the present invention to provide a method for controlling a washing machine having a drying function, which controls wash water such that the wash water is circulated into a drying device or is sprayed to the inside of a drum, thereby improving washing or rinsing capacity.

[0025] In accordance with one aspect of the present invention, the above and other objects can be accomplished by the provision of a washing machine having a drying function comprising: a tub for containing wash water; a drum rotatably placed in the tub for containing laundry, and provided with through holes for circulating the wash water or air therethrough; a drying device provided with a circulation fan and a heater for drying the laundry in the drum; and a pumping device for pumping the wash water in the tub so that the wash water in the tub is circulated into the drum, or is heated by the air passing through the drying device and circulated into the drum.

[0026] In accordance with another aspect of the present invention, there is provided a washing machine having a drying function comprising: a tub for containing wash water; a drum rotatably placed in the tub for containing laundry, and provided with through holes for circulating the wash water or air therethrough; a drying device provided with a circulation fan and a heater for drying the laundry in the drum; and a pumping device for pumping the wash water in the tub so that the wash water in the tub is heated by the air passing through the drying device, and is then circulated into the drum.

[0027] Preferably, the drying device may include a drying duct containing the heater and the circulation fan for discharging hot air to the inside of the tub; a condensing duct for guiding the air in the tub to the drying duct; a water supply nozzle for spraying cooling water to the inside of the condensing duct so that moisture in the air passing through the condensing duct is condensed; a cooling water hose for guiding the cooling water to the water supply nozzle; and a cooling water valve for intermitting the flow of the cooling water supplied to the cooling water hose.

[0028] Further, preferably, the pumping device may include a drainage bellows connected to the tub for discharging the wash water in the tub; a circulation pump for pumping the discharged wash water to the drainage bellows; and a circulation channel for guiding the wash water pumped by the circulation pump to the inside of the drying device or the inside of the drum.

[0029] More preferably, the circulation channel may include a common channel connected to the circulation pump; a drying device connection channel communicating with the common channel; and a drum spray channel communicating with the common channel.

[0030] Preferably, the pumping device may further include a wash water circulation control valve for opening and closing the drying device connection channel or the drum spray channel.

[0031] The common channel may include a common hose having one end connected to the circulation pump and the other end connected to the wash water circulation control valve.

[0032] The drying device connection channel may include a drying device connection hose having one end connected to the wash water circulation control valve and the other end connected to the drying device; and a spray nozzle for spraying the wash water, having passed through the drying device connection hose, to the rear part of the heater so that the wash water is heated by the air heated by the heater.

[0033] The drum spray channel may include a drum spray hose having one end connected to the wash water circulation control valve and the other end located in front of the drum; and a spray nozzle connected to the other end of the drum spray hose and provided with an opening facing toward the inside of the drum so that the wash water having passed through the drum spray hose is sprayed to the inside of the drum.

[0034] Preferably, the pumping device may include a drainage bellows connected to the tub for discharging the wash water in the tub; a circulation pump for pumping the discharged wash water to the drainage bellows; and a circulation channel for guiding the wash water pumped by the circulation pump to the drying device.

[0035] In accordance with yet another aspect of the present invention, there is provided a method for controlling a washing machine having a drying function comprising: turning on a circulation fan and a heater of a drying device in a washing or rinsing mode; and turning on a circulation pump so that wash water in a tub is heated by air having passed through the heater and supplied to the inside of a drum, or is supplied from the front part of the drum to the inside of the drum.

[0036] Preferably, a wash water circulation control valve installed on a circulation channel may be controlled in a synchronous mode so that a portion of the wash water pumped by the circulation pump is heated by the air having passed through the heater, and the remainder of the wash water is supplied to the inside of the drum.

[0037] Further, preferably, the wash water circulation control valve may be controlled in an alternate mode so that the wash water pumped by the circulation pump is alternately heated by the air having passed through the heater or supplied to the inside of the drum.

[0038] The washing machine of the present invention heats the wash water using the heater of the drying device so that washing of laundry at a high temperature is performed without any additional heater for heating the wash water, thereby having low production costs and a simple structure of the tub.

[0039] The washing machine of the present invention uniformly sprays the wash water to the inside of the drum without heating as well as pumps the wash water to the inside of the drying device, heats the wash water, and sprays the wash water to the inside of a drum, thereby improving washing and rinsing capacities and decreasing the quantity of the wash water in use.

[0040] The washing machine of the present invention comprises the wash water circulation control valve for

3

opening and closing the drying device connection channel or the drum spray channel so that high-temperature washing by means of heating using the heater or washing by means of spraying of the wash water is selected, thereby obtaining optimum washing and rinsing capacities in consideration of kinds of the laundry.

[0041]    The washing machine of the present invention further comprises the spray nozzle for spraying the wash water to the rear part of the heater, thereby performing steam washing.

[0042]    The method for controlling the washing machine of the present invention causes a portion of wash water to be heated by air having passed through a heater and the remainder of the wash water to be sprayed to the inside of a drum, or the wash water to be alternately heated by the air having passed through the heater and sprayed to the inside of the drum, thereby simultaneously improving washing and rinsing capacities by means of a high temperature and washing and rinsing capacities by means of the spraying of the wash water.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0043]    The above and other objects, features and other advantages of the present invention will be more clearly understood from the following detailed description taken in conjunction with the accompanying drawings, in which:

[0044]    FIG. 1 is a longitudinal sectional view of a conventional washing machine having a drying function;

[0045]    FIG. 2 is an exploded perspective view of a washing machine having a drying function in accordance with a first embodiment of the present invention;

[0046]    FIG. 3 is a longitudinal sectional view of the washing machine in a washing or rinsing mode in accordance with the first embodiment of the present invention;

[0047]    FIG. 4 is a longitudinal sectional view of the washing machine in a drying mode in accordance with the first embodiment of the present invention;

[0048]    FIG. 5 is a block diagram of the washing machine in accordance with the first embodiment of the present invention;

[0049]    FIG. 6 is a flow chart illustrating a method for controlling the washing machine in accordance with the first embodiment of the present invention;

[0050]    FIG. 7 is an exploded perspective view of a washing machine having a drying function in accordance with a second embodiment of the present invention;

[0051]    FIG. 8 is a longitudinal sectional view of the washing machine in accordance with the second embodiment of the present invention; and

[0052]    FIG. 9 is a block diagram of the washing machine in accordance with the second embodiment of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0053]    Now, preferred embodiments of the present invention will be described in detail with reference to the annexed drawings.

[0054]    FIG. 2 is an exploded perspective view of a washing machine having a drying function in accordance with a first embodiment of the present invention, FIG. 3 is a longitudinal sectional view of the washing machine in a washing or rinsing mode in accordance with the first embodiment of the present invention, and FIG. 4 is a longitudinal sectional view of the washing machine in a drying mode in accordance with the first embodiment of the present invention.

[0055]    As shown in FIGS. 2 to 4, the washing machine of this embodiment comprises a casing 50 defining an external appearance, a tub 60 installed in the casing 50 for containing wash water (w), a drum 70 rotatably placed in the tub 60 for containing laundry (m), a drying device 80 for drying the laundry (m) in the drum 70, and a pumping device 90 for pumping the wash water (w) in the tub 60 so that the wash water in the tub 60 is circulated into the drum 70 or heated by the air passing through the drying device 80, and is then circulated into the drum 70.

[0056]    The casing 50 includes a base 52, a cabinet 54 disposed on the base 52 and provided with an opened front surface, a cabinet cover 56 disposed on the front surface of the cabinet 54 and provided with an opening 56A formed therethrough for allowing the laundry to be put into and taken out of the casing 50, and a top cover 58 disposed on the upper surface of the cabinet 54.

[0057]    A door 56B for opening and closing the opening 56A is rotatably installed on the cabinet cover 56.

[0058]    The tub 60 is mounted on dampers 61A connected to the base 52, and is supported by the base 52 so that shock applied to the tub 60 can be absorbed, and the tub 60 is suspended from springs 61B connected to the cabinet 54, and is supported by the cabinet 54 such that shock applied to the tub 60 can be absorbed.

[0059]    The tub 60 is a cylindrical bucket, which is laid horizontally. An opening 62 is formed through the center of the front surface of the tub 60, a water supply device 64 for supplying the wash water (w) or a detergent is connected to one side of the upper part of the tub 60, and the pumping device 90 is connected to one side of the lower part of the tub 60.

[0060]    The water supply device 64 includes a water supply valve 64B connected to an external hose 64A for intermitting the wash water (w) supplied through the external hose 64A, a water supply hose 64C for guiding the wash water (w) having passed through the water supply valve 64B, a detergent container 64D for containing the detergent so that the detergent is mixed with the wash water (w) guided by the water supply hose 64C, and a water supply bellows tube 64E for guiding the wash water (w) or the detergent discharged from the detergent container 64D to the inside of the tub 60.

[0061]    A gasket 65, which closely contacts the door 56B when the door 56B is closed for preventing the wash water (w) or the laundry (m) from being separated from the drum 70, is installed on the tub 60.

[0062]    Further, a motor 68 for rotating the drum 70 is installed on the tub 60.

[0063]    The motor 68 is installed on the rear surface of the tub 60, and a rotary shaft of the motor 68 for directly rotating

[0085] When the washing mode is selected, the control unit 120 turns on the water supply valve 64B until the wash water (w) in the tub 60 reaches a designated water level, and turns off the water supply valve 64B when the wash water (w) in the tub 60 reach the designated water level (S1 and S2).

[0086] The wash water (w), supplied by the turning-on of the water supply valve 64B, sequentially passes through the water supply hose 64C, the detergent container 64D, and the water supply bellows 64E, and flows to the inside of the tub 60. A portion of the wash water (w) in the tub 60 is contained in the drainage bellows 91, and a great portion of the wash water (w) is contained in the bottom of the inside of the tub 60.

[0087] Here, the portion of the wash water (w), which is contained in the bottom of the inside of the tub 60, passes through the opening 72 or the through holes 74 of the drum 70, and flows to the inside of the drum 70, thereby soaking the laundry (m).

[0088] After the supply of the wash water (w) is terminated (the water supply valve is turned off) or when the supply of the wash water (w) is progressed, the control unit 120 turns on the motor 68 for a designated time (S3).

[0089] When the motor 68 is turned on, the drum 70 is rotated, and the laundry (m) is lifted and dropped by the lifters 76, thereby being washed.

[0090] After the supply of the wash water (w) is terminated (the water supply valve is turned off) or when the supply of the wash water (w) is progressed, the control unit 120 turns on the heater 81 and the circulation fan 82 for a designated time (S4).

[0091] When the heater 81 and the circulation fan 82 are turned on, the air in the drum 70 or the tub 60 is guided by the circulation fan 82, sequentially passes through the condensing duct 84 and the drying duct 83, is heated by the heater 131, and is then circulated to the inside of the drum 70 through the front part of the drum 70.

[0092] The control unit 120 turns on the circulation pump 94 for a designated time together with the turning-on of the heater 81 and the circulation fan 82, controls the wash water circulation control valve 95 such that the wash water circulation control valve 95 is operated in one mode of synchronous and alternate modes (S5).

[0093] Here, in the synchronous mode, the drying device connection channel and the drum spray channel are simultaneously opened so that a portion of the pumped wash water is heated by the air having passed through the heater 81 and the remainder of the pumped wash water is sprayed to the inside of the drum 70. On the other hand, in the alternate mode, the drying device connection channel and the drum spray channel are selectively opened at a designated time interval so that the pumped wash water is alternately heated by the air having passed through the heater 81 and sprayed to the inside of the drum 70.

[0094] In case that the circulation pump 94 is turned on and the wash water circulation control valve 95 is operated in the synchronous mode, the wash water (w) in the drainage bellows 91 is pumped to the common hose 96 by the circulation pump 94, and the pumped wash water (w) passes

through the wash water circulation control valve 95 and is divided into the drying device connection hose 97 and the drum spray hose 99.

[0095] A portion of the wash water (w) directed to the drying device connection hose 97 is sprayed to the rear part of the heater 81 through the spray nozzle 98, and the sprayed wash water (w) contacts the air of a high temperature having passed through the heater 81, is heated to steam, is guided together with the air to the front part of the drum 70, and soaks the laundry (m) in the drum 70, thereby washing the laundry (m) in a high-temperature state.

[0096] The remainder of the wash water (w) directed to the drum spray hose 99 passes through the spray nozzle 100, is sprayed to the inside of the drum 70, and collides with the laundry (m) in the drum 70, thereby increasing the washing capacity of the laundry (m) and rapidly soaking the laundry (m).

[0097] In case that the circulation pump 94 is turned on and the wash water circulation control valve 95 is operated in the alternate mode, the wash water (w) in the drainage bellows 91 is pumped to the common hose 96 by the circulation pump 94, and the pumped wash water (w) is alternately pumped to the drying device connection hose 97 and the drum spray hose 99.

[0098] When the wash water (w) is pumped to the drying device connection hose 97, the pumped wash water (w) is sprayed and heated, and soaks the laundry (m) in the drum 70, thereby washing the laundry (m) in a high-temperature state. When the wash water (w) is pumped to the drum spray hose 99, the pumped wash water (w) is sprayed to the inside of the drum 70, thereby increasing the washing capacity of the laundry (m) and rapidly soaking the laundry (m).

[0099] After a designated time from the turning-on of the heater 81 and the circulation fan 82 and the turning-on of the circulation pump 94 elapses, the control unit 120 turns off the heater 81 and the circulation fan 82, and turns off the circulation pump 94 (S6).

[0100] After a designated time from the turning-on of the motor 68 elapses, the control unit 120 turns off the motor 68 (S7).

[0101] After the washing machine having the drying function is operated in the above-described washing mode, the contaminated wash water (w) remains in the bottom of the inside of the tub 70 and in the drainage bellows 91 and the filter case 93. The contaminated wash water (w) is discharged to the outside of the washing machine (S8).

[0102] The control unit 120 operates the drainage pump 102 for a designated time, and the contaminated wash water (w) in the bottom of the inside of the tub 70 and in the drainage bellows 91 and the filter case 93 is discharged to the outside of the washing machine through the drainage hose 104.

[0103] Thereafter, when the rinsing mode is selected, in the same manner as the washing mode, the control unit 120 supplies the wash water (w), circulates the wash water (w), rotates the drum 70, and controls the water supply valve 64B, the motor 68, the heater 91, the circulation fan 92, the circulation pump 94, the wash water circulation control valve 95, and the drainage valve 102 so that the wash water

(w) contaminated by rinsing the laundry (m) is discharged to the outside of the washing machine (S9 to S16).

[0104]   Here, new wash water (w), which is supplied to the inside of the tub 60, in the same manner as the washing mode, is sprayed and heated to rinse the laundry (m) in the drum 70 in a high-temperature state, or is sprayed to the inside of the drum 70 to increase the washing capacity of the laundry (m) and rapidly soak the laundry (m).

[0105]   When the dehydrating mode is selected, the control unit 120 rotates the motor 68 at a high speed for a designated time and then turns off the motor 68, the motor 68 rotates the drum 70 at a high speed, and moisture remaining in the laundry (m) is eliminated by centrifugal dehydration (S17, S18, and S19).

[0106]   Further, the control unit 120 operates the drainage pump 102, and the drainage pump 102 discharges the wash water obtained by dehydrating the laundry (m) to the outside of the washing machine (S20).

[0107]   When the drying mode is selected, the control unit 120 turns on the motor 68 for a designated time (S21 and S22).

[0108]   When the motor 68 is turned on, the drum 70 is rotated, and the laundry (m) in the drum 70 is lifted and dropped by the lifters 76 of the drum 70.

[0109]   During the turning-on of the motor 68, the control unit 120 turns on the heater 81 and the circulation fan 82 for a designated time, and turns on the cooling water valve 87 (S23).

[0110]   When the cooling water valve 87 is turned on, the cooling water having passed through the cooling water hose 86 flows down to the inside of the condensing duct 84 through the cooling water nozzle 85.

[0111]   When the heater 81 and the circulation fan 82 are turned on, the air in the drum 70 and the tub 60 passes through the condensing duct 84 and is condensed by the cooling water so that the air has a low humidity, and passes through the drying duct 83 and is heated by the heater 81 so that the air has a high temperature and a low humidity. Then, the air is circulated into the drum 70, thereby drying the laundry (m) in the drum 70.

[0112]   After a designated time from the turning-on of the heater 81 and the circulation fan 82 elapses, the control unit 120 turns off the heater 81, the circulation fan 82, and the cooling water valve 87 (S24).

[0113]   Further, after a designated time from the turning-on of the motor 68 elapses, the control unit 120 turns off the motor 68 (S25).

[0114]   The control unit 120 operates the drainage pump 102, and the drainage pump 102 discharges the condensed water obtained by passing through the condensing duct 84 and the wash water flowing down along the cooling water nozzle 85 to the outside of the washing machine (S26).

[0115]   FIG. 7 is an exploded perspective view of a washing machine having a drying function in accordance with a second embodiment of the present invention, FIG. 8 is a longitudinal sectional view of the washing machine in accordance with the second embodiment of the present invention, and FIG. 9 is a block diagram of the washing machine in accordance with the second embodiment of the present invention.

[0116]   As shown in FIGS. 6 and 7, the washing machine of this embodiment comprises a pumping device 130 for circulating the wash water (w) in the tub 60 so that the wash water (w) in the tub 60 is heated by air passing through the drying device 80 and is then circulated into the drum 70. Since the configurations and functions of the casing 50, the tub 60, the drum 70 and the drying device 80 of the washing machine of this embodiment except for the pumping device 130 are the same as those of the washing machine of the first embodiment, these parts of the washing machine of this embodiment has the same reference numerals as those of the washing machine of the first embodiment, and the detailed descriptions thereof will thus be omitted.

[0117]   The pumping device 130 includes a drainage bellows 131 connected to a drain of the tub 60 for discharging the wash water (w) in the tub 60.

[0118]   The pumping device 130 further includes a filter case 133 having a filter 132 for eliminating foreign substances, such as lint, from the wash water (w) discharged through the drainage bellows 131.

[0119]   The pumping device 130 further includes a circulation pump 134 for pumping the wash water (w) to circulate the wash water (w), and a circulation channel for guiding the wash water (w) pumped by the circulation pump 134 to the drying device 80.

[0120]   The circulation pump 134 is installed at one side of the filter case 133 so that the wash water (w) in the filter case 133 is pumped by the circulation pump 134.

[0121]   The circulation pump 134 includes an impeller for pumping the wash water (w), and a motor unit for rotating the impeller.

[0122]   The circulation channel includes a drying device connection hose 137 having one end connected to the circulation pump 134 and the other end connected to the drying duct 83 of the drying device 80, and a spray nozzle 138 for spraying the wash water (w), having passed through the drying device connection hose 137, to the rear part of the heater 81 of the drying device 80.

[0123]   The spray nozzle 138 has a mesh structure for causing the pumped wash water (w) to collide therewith and to be sprayed.

[0124]   Hereinafter, the operation of the above-described washing machine will be described in detail.

[0125]   First, in the washing or rinsing mode, the control unit 120 turns on the motor 68, turns on the heater 81 and the circulation fan 82 of the drying device 80, and turns on the circulation pump 134 so that the wash water (w) in the tub 60 is heated by the air having passed through the heater 81.

[0126]   When the motor 68 is turned on, the drum 70 is rotated, and the laundry (m) in the drum 70 is lifted and dropped by the lifters 76, thereby being washed.

[0127]   When the heater 81 and the circulation fan 82 are turned on, the air in the drum 70 or the tub 60 is guided by the circulation fan 82, sequentially passes through the con-

densing duct 84 and the drying duct 83, is heated by the heater 131, and is then circulated to the inside of the drum 70 through the front part of the drum 70.

[0128]  When the circulation pump 134 is turned on, the wash water (w) having passed through the drainage bellows 131 is pumped to the drying device connection hose 137 by the circulation pump 134, the pumped wash water (w) is sprayed to the inside of the drying duct 84 by the spray nozzle 138, and the sprayed wash water (w) contacts the air in the drying duct 84 heated by the heater 131 so that the sprayed wash water (w) is heated to a high temperature and changed to steam, and is then sprayed to the inside of the drum 70 through the front part of the drum 70.

[0129]  The wash water (w) of a high temperature sprayed to the inside of the drum 70 directly soaks the laundry (m), thereby washing or rinsing the laundry (m) in a high-temperature state.

[0130]  After the washing machine having the drying function of this embodiment is operated in the washing or rinsing mode, the washing machine is operated in the dehydrating and drying modes. The dehydrating and drying modes of the washing machine of this embodiment are the same as those of the washing machine of the first embodiment, and the detailed descriptions thereof will thus be omitted.

[0131]  As apparent from the above description, the present invention provides a washing machine having a drying function, which heats wash water using a heater of a drying device so that washing of laundry in a high-temperature state is performed without any additional heater for heating the wash water, thereby having low production costs and a simple structure of a tub.

[0132]  The washing machine of the present invention uniformly sprays the wash water to the inside of the drum without heating as well as pumps the wash water to the inside of the drying device, heats the wash water, and sprays the wash water to the inside of a drum, thereby improving washing and rinsing capacities and decreasing the quantity of the wash water in use.

[0133]  The washing machine of the present invention comprises a wash water circulation control valve for opening and closing a drying device connection channel or a drum spray channel so that high-temperature washing by means of heating using the heater or washing by means of spraying of the wash water is selected, thereby obtaining optimum washing and rinsing capacities in consideration of kinds of the laundry.

[0134]  The washing machine of the present invention further comprises a spray nozzle for spraying the wash water to the rear part of the heater, thereby performing steam washing.

[0135]  The present invention further provides a method for controlling a washing machine having a drying function, in which a portion of wash water is heated by air having passed through a heater and the remainder of the wash water is sprayed to the inside of a drum, or the wash water is alternately heated by the air having passed through the heater and sprayed to the inside of the drum, thereby simultaneously improving washing and rinsing capacities by means of a high temperature and washing and rinsing capacities by means of the spraying of the wash water.

[0136]  Although the preferred embodiments of the present invention have been disclosed for illustrative purposes, those skilled in the art will appreciate that various modifications, additions and substitutions are possible, without departing from the scope and spirit of the invention as disclosed in the accompanying claims.

What is claimed is:

1. A washing machine having a drying function comprising:

a tub for containing wash water;

a drum rotatably placed in the tub for containing laundry, and provided with through holes for circulating the wash water or air therethrough;

a drying device provided with a circulation fan and a heater for drying the laundry in the drum; and

a pumping device for pumping the wash water in the tub so that the wash water in the tub is circulated into the drum, or is heated by the air passing through the drying device and circulated into the drum.

2. The washing machine as set forth in claim 1, wherein the drying device includes:

a drying duct containing the heater and the circulation fan for discharging hot air to the inside of the tub;

a condensing duct for guiding the air in the tub to the drying duct;

a water supply nozzle for spraying cooling water to the inside of the condensing duct so that moisture in the air passing through the condensing duct is condensed;

a cooling water hose for guiding the cooling water to the water supply nozzle; and

a cooling water valve for intermitting the flow of the cooling water supplied to the cooling water hose.

3. The washing machine as set forth in claim 1, wherein the pumping device includes:

a drainage bellows connected to the tub for discharging the wash water in the tub;

a circulation pump for pumping the discharged wash water to the drainage bellows; and

a circulation channel for guiding the wash water pumped by the circulation pump to the inside of the drying device or the inside of the drum.

4. The washing machine as set forth in claim 3, wherein the circulation channel includes:

a common channel connected to the circulation pump;

a drying device connection channel communicating with the common channel; and

a drum spray channel communicating with the common channel.

5. The washing machine as set forth in claim 4, wherein the pumping device further includes a wash water circulation control valve for opening and closing the drying device connection channel or the drum spray channel.

6. The washing machine as set forth in claim 5, wherein the common channel includes a common hose having one end connected to the circulation pump and the other end connected to the wash water circulation control valve.

US 2005/0223504 A1

8

Oct. 13, 2005

7. The washing machine as set forth in claim 5, wherein the drying device connection channel includes a drying device connection hose having one end connected to the wash water circulation control valve and the other end connected to the drying device.

8. The washing machine as set forth in claim 7, wherein the drying device connection channel further includes a spray nozzle for spraying the wash water, having passed through the drying device connection hose, to the rear part of the heater so that the wash water is heated by the air heated by the heater.

9. The washing machine as set forth in claim 8, wherein the spray nozzle has a mesh structure for causing the wash water to collide therewith and to be sprayed.

10. The washing machine as set forth in claim 5, wherein the drum spray channel includes a drum spray hose having one end connected to the wash water circulation control valve and the other end located in front of the drum.

11. The washing machine as set forth in claim 10, wherein the drum spray channel further includes a spray nozzle connected to the other end of the drum spray hose and provided with an opening facing toward the inside of the drum so that the wash water having passed through the drum spray hose is sprayed to the inside of the drum.

12. A washing machine having a drying function comprising:

a tub for containing wash water;

a drum rotatably placed in the tub for containing laundry, and provided with through holes for circulating the wash water or air therethrough;

a drying device provided with a circulation fan and a heater for drying the laundry in the drum; and

a pumping device for pumping the wash water in the tub so that the wash water in the tub is heated by the air passing through the drying device, and is then circulated into the drum.

13. The washing machine as set forth in claim 12, wherein the drying device includes:

a drying duct containing the heater and the circulation fan for discharging hot air to the inside of the tub;

a condensing duct for guiding the air in the tub to the drying duct;

a water supply nozzle for spraying cooling water to the inside of the condensing duct so that moisture in the air passing through the condensing duct is condensed;

a cooling water hose for guiding the cooling water to the water supply nozzle; and

a cooling water valve for intermitting the flow of the cooling water supplied to the cooling water hose.

14. The washing machine as set forth in claim 12, wherein the pumping device includes:

a drainage bellows connected to the tub for discharging the wash water in the tub;

a circulation pump for pumping the discharged wash water to the drainage bellows; and

a circulation channel for guiding the wash water pumped by the circulation pump to the drying device.

15. The washing machine as set forth in claim 14, wherein the circulation channel includes a drying device connection hose having one end connected to the wash water circulation control valve and the other end connected to the drying device.

16. The washing machine as set forth in claim 15, wherein the circulation channel further includes a spray nozzle for spraying the wash water, having passed through the drying device connection hose, to the rear part of the heater so that the wash water is heated by the air heated by the heater.

17. The washing machine as set forth in claim 16, wherein the spray nozzle has a mesh structure for causing the wash water to collide therewith and to be sprayed.

18. A method for controlling a washing machine having a drying function comprising:

turning on a circulation fan and a heater of a drying device in a washing or rinsing mode; and

turning on a circulation pump so that wash water in a tub is heated by air having passed through the heater and supplied to the inside of a drum, or is supplied from the front part of the drum to the inside of the drum.

19. The method as set forth in claim 18,

wherein a wash water circulation control valve installed on a circulation channel is controlled in a synchronous mode so that a portion of the wash water pumped by the circulation pump is heated by the air having passed through the heater, and the remainder of the wash water is supplied to the inside of the drum.

20. The method as set forth in claim 19,

wherein a wash water circulation control valve installed on a circulation channel is controlled in an alternate mode so that the wash water pumped by the circulation pump is alternately heated by the air having passed through the heater or supplied to the inside of the drum.

*   *   *   *   *