# Exhibit G
# Consumer Products with Steam

Dryel.com || Welcome

Home  Using Dryel  Dryel Starter Kit  Hints & Tips  FAQs  Where To Buy  Contact Us  Consumer Feedback

## Steams and Cleans dry clean clothes IN YOUR DRYER!

Do your dry cleaning at HOME!



**SHOP 'TIL DROP**

SAVE $20 on special clothes care products AND WIN $ 2,000 shopping spree

>>Click Here to Enter<<

**$4.00 OFF Kits or Refills**

SAVE $4.00
See Below

**ALSO AVAILABLE FROM DRYEL:**

Stain Remover
🎬 Watch Video

Spray Starch Alternative
🎬 Watch Video

### How would you like to receive your $4.00 off coupon:

**e-Mail** @  Enter your email address and receive your $4.00 off coupon.

**Mail** ✉  Simply fill out the form and your $4.00 off coupon will arrive in the mail within 10 days.

**e-Store** 🛒  Just place an order on the next page and get $4.00 off on the combo automatically.

## Is your local store out of stock on Dryel?
*now your favorite Dryel products are available online too!*

**Starter Kit**



Dryel is the easy, convenient way to care for your dry clean only and special care clothes.

The Dryel Stain Remover and Absorbent Pads treat stains before the dryer process. The specially formulated Dryel Cloths and the reusable Dryel Bag safely steam and clean garments in your dryer.

Just **$6.99 + S&H**
with Instant **$3.00 Off Coupon**
(reg. $9.99 + S&H)

| Qty | Price | Description |
|-----|-------|-------------|
|     | $ 9.99 | Dryel Starter Kit |

**Starter Kit + Refill Combo**

Dryel.com || Welcome



**Everything included in the Starter Kit plus** an economical six-load refill pack to care for up to 24 garments.

**TODAY'S SPECIAL VALUE:**
**$15.98 + FREE S&H with Instant $4.00 Off Coupon!**
*(reg. $19.98 +S&H)*

| Qty | Price | Description |
| --- | --- | --- |
| | $ 19.98 | Original Scent |
| | $ 19.98 | Clean Breeze |

### Single Refills



**Single pack of economical six-load refill packs to care for up to 24 garments.**

Available in two scents.
• Original
• Clean Breeze®

**Just $7.98 + S&H with Instant $2.00 Off Coupon!**
*(reg. $9.98 +S&H)*

| Qty | Price | Description |
| --- | --- | --- |
| | $ 9.98 | Original Scent |
| | $ 9.98 | Clean Breeze |

### Case of 8 Refill Packages

**A full case of 8 refill packs to care for up to 192 garments.**

Available in two scents:
• Original
• Clean Breeze®

**Just $63.93 + S&H - $16 OFF in Instant Coupons! EVERYDAY SUPER VALUE**
*(reg. $79.93 + S&H)*

| Qty | Price | Description |
| --- | --- | --- |
| | $ 79.93 | Original Scent |
| | $ 79.93 | Clean Breeze |

### Case of 4 Starter Kits



**4 Full Starter Kits**

Each kit includes:
• An instructional pamphlet
• Dryel Stain Remover (4 oz) and Absorbent Pads
• Dryel Cloths
• Reusable Dryel Bag

**Just $31.95 + S&H - $8 OFF in Instant Coupons! EVERYDAY SUPER VALUE**
*(reg. $39.95 + S&H)*

| Qty | Price | Description |
| --- | --- | --- |
| | $ 39.95 | Case of 4 Starter Kits |

### Dryel Spray Starch Alternative

**Dryel Spray Starch Alternative**

A full pack of three 27 oz bottles

**Just $9.49 + S&H for three 27 oz bottles**
*(reg. $10.99 + S&H)*

| Qty | Price | Description |
| --- | --- | --- |
| | $ 9.49 | 3 Pack of Spray Starch Alternative |

### Dryel Stain Kit



**Dryel Stain Kit**

Each kit includes:
• A 100 ml bottle of stain remover
• 4 absorbant pads

**Only $3.99 + S&H**

| Qty | Price | Description |
| --- | --- | --- |
| | $ 3.99 | Dryel Stain Kit |

### Case of 10 Adjustable Hangers

2 of 3

Dryel.com || Welcome



**A full case of 10 adjustable hangers** that expand to allow damp garments to dry smooth and wrinkle-free! Hangers are rounded to prevent puckering.

Perfect for keeping all your clothes wrinkle-free in the closet too!

**IMPORTANT INFORMATION REGARDING SHIPPING:**

**PLEASE NOTE.**
We currently ship to the continental United States only.
**We do not ship to Canada, Hawaii or Alaska.**
**We do not ship to P.O. Boxes.**
Sales tax applies in Ohio, Kentucky, South Carolina and Georgia

**$14.96 + 4.96 each S&H**

| Qty | Price | Description |
|-----|-------|-------------|
|     | $ 14.96 | Case of 10 Adjustable Hangers |

**Checkout**

C-O-M-O-D-O
AUTHENTIC
SITE
SECURED BY SSL

Home   Using Dryel   Dryel Starter Kit   Hints & Tips   FAQs   Where To Buy   Contact Us   Consumer Feedback   Privacy Policy

©2007 Dryel and its logos are trademarks of the Procter & Gamble Company, Cincinnati, Ohio under the license of Changing Paradigms, West Chester, Ohio



Home   Using Dryel   Dryel Starter Kit   Hints & Tips   FAQs   Where To Buy   Contact Us   Consumer Feedback

# Using Dryel

> 3 Easy Steps   > Removing Stains

**Dryel's convenient, in-home system safely delivers fresh clothes in about 30 minutes** — you can toss a Dryel® Bag into the dryer whenever you put a load of laundry in the washer. Dryel works to remove stains and odors and helps minimize wrinkles. Most garments are ready to wear with little to no ironing.

Use Dryel on items such as sweaters, blouses, blazers, dresses, slacks and vests. It cares for fabrics such as wool, rayon, silk, linen, acetate and blends of these fabrics. Dryel is safe even for brass buttons, shoulder pads or sequins. Dryel is not formulated for use on leather, suede, velvet, or fur, or with large items that do not have room to tumble freely in the Dryel Bag.

Before you begin, check your garments and treat for spots or stains. Stains should be completely removed using the Dryel Stain Remover prior to placing the garments in the Dryel Bag.

## 1. Zip It

**a.** Place one to four garments in the Dryel Bag and add the pre-moistened Dryel Cloth. The bag should not be more than half full to allow garments to tumble freely.
**b.** Seal Dryel Bag by zipping (for the fabric bag) or pressing closure strips together (for the nylon bag). Do not use any other bag. Using any other type of bag may cause damage to your garments or dryer.

**WARNING FOR WHITE NYLON BAG:** If you notice bag holes prior to normal bag wear out (20 loads), stop using Dryel. Your dryer may run at a very high temperature. Do not use Dryel in laundromat-style dryers because their high temperatures could cause the bag to melt. Do not use in compact dryers.

## 2. Steam It

**a.** Clean lint filter.
**b.** Place Dryel Bag in dryer.
**c.** Set dryer on medium to high heat – 30 minutes on timed setting.

## 3. Hang It

**a.** Remove garments from Dryel Bag.
**b.** Hang garments promptly to help wrinkles fall out. Some fabrics or garments may require touch-up ironing.
**c.** Throw away Dryel Cloth after use, but save Dryel Bag for next time. The Fabric Dryel Bag is designed to last up to 50 loads; the nylon bag will last up to 20 loads.





Dryel Refill Cloths
Clean Breeze Scent

Dryel Starter Kit

Dryel.com || Using Dryel



Home   Using Dryel   Dryel Starter Kit   Hints & Tips   FAQs   Where To Buy   Contact Us   Consumer Feedback

## Dryel Starter Kit

> In The Kit   > Stain Remover & Absorbent Pads   > Dryel Cloths   > Reusable Dryel Bags



**Your Dryel® Starter Kit includes:**

- An instructional pamphlet
- Dryel Stain Remover and Absorbent Pads
- Dryel Cloths
- Reusable Dryel Bag

**Dryel is the easy, convenient way to care for your dry clean only and special care clothes.** The Dryel Stain Remover and Absorbent Pads treat stains before the dryer process. The specially formulated Dryel Cloth and the reusable Dryel Bag safely freshen garments in your dryer.

**How Dryel Works**

Dryer heat activates the moist-cleansing cloth to create a gentle steam-cleaning environment inside the Dryel Bag. This environment helps protect clothes from shrinking and helps remove wrinkles while steam gently removes odors. Dryel is so convenient to use that you can put a Dryel load in the dryer when you put a load of laundry in the washer. When it's time for your laundry to go in the dryer, your Dryel load will be ready to hang.

**Bag Reuse and Refill Packs**

The kit contains four moist-cleansing cloths that will care for four dryer loads (up to four garments in each load for a total of 16 garments). Dryel is also available in economical six-load refill packs in Whisper Fresh® or Original Scent to care for up to 24 garments.

Home   Using Dryel   Dryel Starter Kit   Hints & Tips   FAQs   Where To Buy   Contact Us   Consumer Feedback   Privacy Policy

©2007 Dryel and its logos are trademarks of the Procter & Gamble Company, Cincinnati, Ohio
under the license of Changing Paradigms, West Chester, Ohio



DRYEL

Home    Using Dryel    Dryel Starter Kit    Hints & Tips    FAQs    Where To Buy    Contact Us    Consumer Feedback

# Hints & Tips

**Reference the following tips to get the best performance out of your Dryel® fabric care system:**

> Garments and Dryel
> Dryel and Stains
> Water Spot Removal
> Ironing Tips

## Garments and Dryel

- Dryel can be used on hand-washable items such as cotton sweaters or washable silks. However, Dryel is not recommended for machine-washable cotton or poly-cotton dress shirts.
- You can mix colors in a load. For best results, group garments of similar fabric and weight together. To avoid lint transfer, treat items like fuzzy sweaters individually.
- Dryel is compatible with commercial dry cleaning. Dryel can be used on items that have been commercially dry cleaned and vice versa.
- Dryel can be used on garments with accessories, such as brass buttons or shoulder pads, and on specialty fabrics with beads or sequins.

back to top

## Dryel and Stains

- To help prevent the stain from spreading, first draw a ring around the stain with the Dryel Stain Remover. Then follow regular stain remover instructions. Perspiration spots or strong underarm odors should be treated as a stain.
- The Dryel stain removal process works best on smaller, fresher stains.
- The in-dryer process does not set stains. If a stain is still visible after the in-dryer process, treat again using the stain remover.
- If no further progress is seen, take garment to a commercial dry cleaner.

back to top

## Water Spot Removal

If a water spot or ring forms, use the following method: Note: If you have used the stain removal solution, make sure the stain is completely removed before attempting to remove the water spot.

1. Spread a clean, light-colored towel on an ironing board.

2. Turn garment inside-out and lay water spot face down on towel.

3. Wet area thoroughly with water using your iron's spray nozzle, a spray bottle or wet cloth.

4. Adjust iron to appropriate fabric setting (see ironing tips) and iron wetted area until dry.

5. Move to a dry portion of the towel and repeat steps 3 and 4 until water spot or ring is removed.

If after several attempts the ring is still visible, take the garment to your local dry cleaner for further treatment.

back to top

## Ironing Tips

A few fabrics may require touch-up ironing. If your iron does not have a Fabric Guide, use the following ironing guidelines:

| Fabric | Instructions |
|---|---|
| Silk | Iron inside-out on low heat |

Dryel.com || Hints & Tips

| | |
|---|---|
| Wool, Mohair, Cashmere, Camel, Alpaca | Use steam and medium heat |
| Rayon | Iron inside-out on low heat |
| Dry Clean Only - Cotton, Linen, Ramie | Use steam with medium or high heat |
| Polyester | Low or medium heat |
| Acetate, Acrylic | Cool iron |
| Nylon | Low heat |

back to top

Home   Using Dryel   Dryel Starter Kit   Hints & Tips   FAQs   Where To Buy   Contact Us   Consumer Feedback   Privacy Policy

©2007 Dryel and its logos are trademarks of the Procter & Gamble Company, Cincinnati, Ohio under the license of Changing Paradigms, West Chester, Ohio

Dryel.com || FAQs

DRYEL

# Answers to Questions About Dryel

**Reference the following tips to get the best performance out of your Dryel® fabric care system:**

1. How does Dryel® work?

2. How much will fit in the Dryel Bag?

3. What temperature setting should I use?

4. How does the Dryel Stain Remover work?

5. Can I mix colors and fabrics?

6. How can I minimize wrinkling when using Dryel?

7. What fabrics can Dryel be used on?

8. Can I use on leather or suede? Are there any garments that Dryel does not work on?

9. Can I reuse any part of the kit or buy the cloths separately?

## How does Dryel® work?

The Dryel fabric care system allows you to care for your dry clean only clothes and hand-washable items, including blazers, sweaters, vests, slacks, skirts, dresses and jackets in the convenience of your own home using your home dryer in about 30 minutes.

Stain removal solution penetrates the stain with an erasing motion. Stains are broken down and absorbed into the stain removal pad, which pulls the stain away from the garment.

Heat from the dryer activates the moist Dryel Cloth to create a gentle steam cleaning environment inside the redesigned zippered fabric bag. This environment protects clothes from shrinking while the steam gently removes odors, leaving your clothes smelling fresh.

Dryel also helps remove wrinkles. Most garments are ready to wear with little to no ironing.

back to top

## How much will fit in the Dryel Bag?

The number of garments the bag will hold depends on the size of the items. You can put up to four garments in the bag as long as you allow enough room for the items to move freely. The bag should be a little less than half full.

back to top

## What temperature setting should I use?

Set your dryer on a medium to high heat-timed setting for 30 minutes for best results. Dryers may vary in temperature. Clothes may be slightly damp when you remove them from the Dryel Bag. If needed, increase or decrease the time by 5 minutes.

back to top

## How does the Dryel Stain Remover work?

The Dryel Stain Remover and the gentle pressure you apply presses the stain from the fabric. The action of the bottle tip and the stain removal solution presses the stain through the fabric onto the absorbent pad. The pad absorbs the stain and helps to keep it from spreading.

back to top

1 of 2

Dryel.com || FAQs

## Can I mix colors and fabrics?

You can mix colors in a load. For best results, group garments of similar fabric and weight together. To avoid lint transfer, care for items such as soft wool sweaters individually.

back to top

## How can I minimize wrinkling when using Dryel?

- Hang or fold garments between wearing and using Dryel
- Button or zip items
- Group similar weight fabrics together
- Do not overfill the bag
- Hang garments immediately after the dryer cycle

back to top

## What fabrics can Dryel be used on?

Dryel is a specially designed fabric care system that can be used on dry clean only and special care fabrics such as wool, rayon, silk, linen, acetate and blends of these fabrics.

It can also be used on hand-washable items such as cotton sweaters and other special care garments. Dryel can be used on garment accessories such as brass buttons, sequins or shoulder pads. However, Dryel should not be used on leather, velvet, suede or fur.

back to top

## Can I use Dryel on leather or suede? Are there any garments that Dryel does not work on?

Dryel is not formulated for leather, velvet, suede or fur, or items too large to fit in the Dryel Bag. These items should be taken to a professional dry cleaner.

back to top

## Can I reuse any part of the kit or buy the cloths separately?

The Dryel Bags are specially designed for reuse. You can reuse the nylon Dryel Bag for up to 20 loads and the fabric bag for up to 50 loads.

Dryel Cloth refills are available in economical six-load packs with either Whisper Fresh® or Original Scent.

back to top

Home    Using Dryel    Dryel Starter Kit    Hints & Tips    FAQs    Where To Buy    Contact Us    Consumer Feedback    Privacy Policy

©2007 Dryel and its logos are trademarks of the Procter & Gamble Company, Cincinnati, Ohio
under the license of Changing Paradigms, West Chester, Ohio



**Page 1 of 4**
Procter & Gamble
Fabric and Home Care Division
Ivorydale Technical Center
5299 Spring Grove Avenue
Cincinnati, OH  45217-1087

# MATERIAL SAFETY DATA SHEET

MSDS #: FH/N/2003/RPRL-5MSRFH          Issue Date: June, 2003
Supersedes: FH/N/2001/ARAA-4WDP3G      Issue Date:

## SECTION I - CHEMICAL PRODUCT

Identity:  **Safely Cares For Dry Clean & Special Care Clothes**

Brands:  **DRYEL (All variations)**

Hazard Rating:

|  |  |
|---|---|
| Health: 1 | 4=EXTREME |
| Flammability: 0 | 3=HIGH |
| Reactivity: 0 | 2= MODERATE |
|  | 1=SLIGHT |

Emergency Telephone Number:  24 hour P&G Operator:  1-800-214-8913 or local Poison Control Center.

## SECTION II - COMPOSITION AND  INGREDIENTS

Dryel Starter Kit contains: 1 bottle of stain removal solution, 4 absorbent pads, 4 packets of dryer activated cloths, and 1 polyester fabric bag.

Dryel Club Starter Kit contains: 1 bottle of stain removal solution, 4 absorbent pads, 8 packets of dryer activated cloths and 1 polyester fabric bag.

Dryel Refill Kit contains: 6 packets of dryer activated cloths, 10.5 x 15 inches.

Stain removal solution contains: water, biodegradable cleaning agents, and preservatives.

Dryer activated cloths contain: water, biodegradable wetting agents, preservatives, a fiber protection agent and perfume.

Hazardous Ingredients as defined by OSHA, 29 CFR 1910.1200.

| Chemical Name | Common Name | CAS No. | Recommended Limits | Composition Range | LD50/LC50 |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

## SECTION III - HAZARDS IDENTIFICATION - Stain Remover and Dryer Cloth Solution

**Health Hazards (Acute and Chronic):**  None expected with normal consumer use.
   Ingestion:  N/A
   Eye Contact:  N/A
   Inhalation:  N/A

**Signs and Symptoms of Exposure**:
   Ingestion:  N/A
   Eye Contact:  Instillation into the eye may result in transient superficial effects similar to those produced by mild toilet soaps.
   Skin:  Use on irritated or extremely dry skin may aggravate the existing condition.
   Inhalation:  N/A

**DRYEL  SAFELY CARES FOR DRY CLEAN & SPECIAL CARE CLOTHES** MSDS (Continued)
Page 2 of 4

| SECTION IV - FIRST AID INFORMATION - Stain Remover and Dryer Cloth Solution |
|---|

**Emergency and First Aid Procedures**:
   Inhalation:  N/A
   Ingestion:  N/A
   Eye contact:  In case of accidental eye contact, flush thoroughly with water.
   Skin:  For skin irritation, rinse exposed area with water.

**Other**:   Consumer product packages have a caution statement:

**WARNING: Use only with the original plastic bag or the Dryel Fabric Bag.  If while using the original plastic bag you notice holes prior to normal bag wear out (20 Loads), stop using the plastic bag. Your dryer may run at a very high temperature.  Do not use the white bag in laundromat-style dryers because their higher temperatures could cause bag to melt. Do not use the plastic bag in compact dryers.**  AVOID ACCIDENTS:  KEEP OUT OF REACH OF CHILDREN.  In case of  eye contact with solution, rinse thoroughly with water.

| SECTION V - FIRE FIGHTING INFORMATION - Stain Remover and Dryer Cloth Solution | | |
|---|---|---|

**Flash Point (Method Used)**:  >200F          **Explosive Limits**:          *LEL:* N/A          *UEL:* N/A

**Extinguishing Media**: N/A

**Special Fire Fighting Procedures**:. N/A

**Unusual Fire Hazards**:  N/A

**Stability**          *Unstable*:          *Conditions to Avoid*: Temperatures >$100^{C}$F ($43^{C}$C)
                    *Stable*: X          Advanced Stain Cleaning Formula

**Incompatibility (Materials to Avoid)**: Transition Metals Advanced Stain Cleaning Formula

**Hazardous Decomposition/By Products**:  None known

**Hazardous Polymerization**:          *May Occur*:          *Conditions to Avoid*:  None known.
                              *Will Not Occur*: X

| SECTION VI - ACCIDENTAL RELEASE MEASURES - Stain Remover and Dryer Cloth Solution |
|---|

**Personal Precautions:**  None required with normal consumer use**.**

**Environmental Precautions:** DISPOSAL IS TO BE PERFORMED IN COMPLIANCE WITH ALL  FEDERAL, STATE AND LOCAL REGULATIONS. Small (household) solutions may be disposed of in sewer.

**Steps To Be Taken in Case Material is Released or Spilled**: Use water spray to dilute and/or wash away spills.

| SECTION VII - HANDLING AND STORAGE - Stain Remover and Dryer Cloth Solution |
|---|

**Precautions To Be Taken in Handling and Storing**:  Store in a cool, dry place.

**Other Precautions**: None

2

**DRYEL SAFELY CARES FOR DRY CLEAN & SPECIAL CARE CLOTHES** MSDS (Continued)
Page 3 of 4

---

### SECTION VIII - EXPOSURE CONTROLS, PERSONAL PROTECTION - Stain Remover & Dryer Cloth Solution

**Respiratory Protection (Specify Type)**: None required with normal consumer use.

**Ventilation**    *Local Exhaust*: Not required with normal consumer use.        *Special*: None

   *Mechanical (General)*: Acceptable        *Other*:   None

**Eye Protection**: None required with normal consumer use.

*Industrial Setting*: If splash is likely, use chemical goggles.

**Protective Gloves**: None required with normal use.

**Other Protective Equipment**: None required with normal use.

---

### SECTION IX - PHYSICAL/CHEMICAL CHARACTERISTICS - Stain Remover and Dryer Cloth Solution

|  | Stain Remover | Dryer Cloth Solution |  | Stain Remover | Dryer Cloth Solution |
|---|---|---|---|---|---|
| Boiling point °F: | ~200 °F | ~200 °F | Specific Gravity ($H_2O$=1): | 0.98 | 0.98 |
| Vapor Pr. (mm Hg): | unknown - | similar to $H_2O$ | Percent Volatile by Volume (%): | ~99.5 | ~99.5 |
| pH: | 7.5 | 6.8 | Evaporation Rate (nBuOAc=1): | ~1.2 | ~1.2 |
| Solubility in Water: | complete | complete | Appearance: | clear | white, opaque |
| Vapor Dens.(Air=1): | unknown | unknown | Odor: | clean, fatty | floral or fruity |

---

### SECTION X - STABILITY AND REACTIVITY - Stain Remover and Dryer Cloth Solution

**Possible Hazardous Reactions/Conditions:** None known

**Conditions to Avoid:** Open flame

**Materials to Avoid:** None

**Hazardous Decomposition Products:** None known

**Other Recommendations:** None

---

### SECTION XI - TOXICOLOGICAL INFORMATION

None Available

---

### SECTION XII - ECOLOGICAL INFORMATION

No concerns at relevant environmental concentrations.

---

### SECTION XIII - DISPOSAL CONSIDERATIONS - Stain Remover and Dryer Cloth Solution

**Waste Disposal Method**: DISPOSAL IS TO BE PERFORMED IN COMPLIANCE WITH ALL FEDERAL, STATE AND LOCAL REGULATIONS.   Small (household) quantities of stain remover solution may be disposed of via sewer.   Bag, spent dryer cloths, spent absorbent pads and cartons/inserts may be landfilled.

Steam Showers



**JS Dyna-Tech**
INDUSTRIES

J.S. Dyna-Tech
514 Aulneau Street
Winnipeg, MB, CA,
R2H 2V3
204-477-0478

1-866-295-8896

Innovative Steam Shower Products

Toll Free *1-866-295-8896*

Steam Showers



EUTOPA
Steam Room



***Invigorate*** your senses and surround yourself in the luxurious warmth of the Eutopa Steam Shower personal steam shower generator. The exhilarating experience of warm swirling steam vapours, embrace the body and entice the senses. Eutopa Steam Shower is an inviting escape after a long day – easing tired muscles and rejuvenating your state of mind. Create your own private steam sauna or spa with our Eutopa steam bath system.

Eutopa Steam Shower is a steam generator that creates a steam vapour with a innovative and elegant tower design that provides an exhilarating steam experience. The three atomizer heads break down the hot water into mist that instantly transform into steam vapour in your steam spa. See Steam Bath Generator Q & A

Our steam shower system can reach temperature of up to 100-110 F with a heating capacity for up to 150 Cu. Ft. bathing enclosures and Eutopa easily connects to your hot water tank with no required electrical connections.   See Eutopa Steam Shower Sizing Calculations

With our optional <u>Aromatherapy package</u> you can now enjoy the benefits of an exhilarating steam shower with the benefits of Aromatherapy…

**Key Benefits of our Steam Shower Generator:**

- Affordable at less than 1/4 the cost of traditional steam shower generator systems.
- Whisper quiet, instant on.
- Adjustable steam shower mist control.
- Easily installed into existing bathroom enclosures.
- No extra space needed.
- No electrical connections required !
- Conserves water and energy.
- Low maintenance.
- Sleek and elegant in design.
- Optional Aromatherapy diffuser
- CSA & NRTL approved.
- Canadian & international patents pending

Steam Showers

Discover the health benefits of whisper soft steam shower – relaxing your body and soothing your daily tensions. Eutopa Steam shower cleanses and refreshes the skin while enhancing overall circulation - creating your own Utopia.





### OPERATION

To operate, turn valve fully counter clockwise. Close bath enclosure and allow 5 to 10 min. to reach proper steam shower temperature. Your bath enclosure should reach 100 to 110F, depending on tub enclosure construction and size. Enter your steam room and turn flow to your desired setting. You can stand in front (within 12") of the atomizer heads comfortably. The higher the flow, the warmer the enclosure will become. Full sealed steam shower doors are required for proper steam room performance.

Hot water consumption is only 0.25 GPM1, that's about 1/10 of a water saver shower head. It uses hot water from your home's existing hot water tank. In 20 minutes of operation actually uses less hot water than a 5 minute shower!

### HOW IT WORKS

140F Hot water supply to atomizer head

Atomized



Eutopa Steam bath Generator creates a steam vapor with a innovative and elegant tower design that provides an exhilarating steam shower experience. The three atomizer heads break down the hot water (140F -150F)into ultra fine steam mist less than ( 0.002 inches dia.) that instantly transform into steam vapor in your bathing enclosure. The steam transformation takes place at approximately from the front of the atomizing head creating an enclosure temperature of 100 -110 F while producing a hot (not scalding) swirling steam. See Steam Shower Generator Installation

Eutopa Steam Shower Generator mounts on the shower/drain side of a bathing enclosure (acrylic, tile, glass block or even fiberglass). To install loosen top cover and valve handle screws and remove cover. Place unit with valve stem at approx. 54 inches above tub floor on a flat section of wall. Drill three mounting holes and a supply tube hole then insert three plastic expansion plugs. A shut off valve is then connected just above your hot water tank (hot side) line above the tank and 3/8 inch O.D. PEX line (available at all major hardware

Steam Showers

stores)is routed from the hot water tank to the back of the Eutopa System. Hot water tank can be up to 70 feet from your enclosure. The flexible PEX poly line can be run (fished) up to you steam room or surface mounted. Typical installation takes approximately 1 hr. Installation instructions must be followed accurately for proper performance of the unit. PEX line and Installation Tee can be purchased at our online store Accessories Store. You can even use our steam shower while you are showering without affecting the performance.

Finally, there's an affordable and elegant design of the Eutopa Steam Shower Generator providing the benefits of a European spa in the privacy of your home



8"

"Steam Vapour"

Atomizer head

### Eutopa Steam Shower Tower Model EM 300-3

*$ 175.00 US*

- Capacity for up to 150 Cu. Ft steam bath enclosure. See Eutopa Sizing Calculations

- Adjustable steam shower mist output

- 2-1/2" x 3" x 18-1/4" long

- 3 steam shower mist atomizer heads

- Gloss white durable HIPS construction

- Available with Gold or Chrome Trim

>> **Buy Now**

### Eutopa Steam Shower Tower Model EM 200-2

*$155.00 US*

- Capacity for up to 100 Cu. Ft steam bath enclosure. See Eutopa Sizing Calculations

- Adjustable steam shower mist output

- 2-1/2" x 3" x 14-1/2" long

- 2 steam shower mist atomizer heads

- Gloss white durable HIPS construction

- Available with Gold or Chrome Trim



>> **Buy Now**

### Eutopa Aromatherapy Diffuser Well and Essential Oil Blend Package



Steam Showers

$ 49.50 US

Add the aromatherapy diffuser well to your Eutopa Steam Generator to enhance your system with the added benefit and therapeutic properties of Aromatherapy.

The aroma therapy well is designed to attach directly to your Eutopa system EM200-2 and Em300-3. Place 4-5 drops of aroma therapy essential oil to the diffuser well then turn on your steam shower to enjoy the hot swirling steam shower with aromatherapy benefits.

This package includes three 10 ml Essential oil blends.  Other oils can be ordered on our Online store

>> Buy Now



10 ml Eucalyptus blend     10 ml Bergamot blend          10 ml Lavender blend

## Your Savings

Eutopa's innovative design is a fraction of the cost of boiler tank steam generator systems that sell for $550.00 US retail, not to mention the expense of installation which typically costs an additional  $400 US.  That's a total installed cost of at least $950 US!  Eutopa Steam Shower is a 75% savings , 1/4 the cost of our competitors! Think of what you can save by installing Eutopa steam bath generator system by your self!

*ONLINE STORE |Shipping*

er | Store- Accessories | Gaurantee



# Use and Care Guide

**WASHER DRYER COMBO**
**COMBINADA LAVADORA  SECADORA**
**COMBINE LAVE-LINGE/SECHE-LINGE**
**ELECTRONIC**

## Contents

| | | | |
|---|---|---|---|
| Appliance Registration | 2 | Care & Cleaning | 14 |
| Model and Serial Numbers | 2 | Vacation & Winter Storage | 15 |
| Safety Instructions | 3 | Safety Features | 16 |
| Installation Instructions | 4~7 | Fabric Care Symbols | 17~18 |
| Water and Electrical Requirements | 8 | Troubleshooting Guide | 19~21 |
| Operating Guide | 9~10 | Warranty | Backcover |
| Cycle Selection | 11~12 | | |
| Detergent Guide | 13 | | |

**Technical Services and Support**
**Call Center**
**For service call: 1.866.517.7827**

# Model CW 2200

**A 220 Volt Product**



**CENELEC**
**UL HARMONIZED**

# Help us Help You...

### Before using your washer dryer read this book carefully.

It is intended to help you properly operate and maintain your new washer dryer.

Keep it handy for answers to your questions. If you don't understand something or need technical assistance, please contact:
Technical Service and Support

101 3rd Street
Kentwood, LA 70444
Phone: 1.866.517.7827

### Write down the model and serial numbers

You will find them on a label fastened at the rear of the unit. Before using your washer dryer please write these numbers here.

―――――――――――――
Model Number

―――――――――――――
Serial Number

### If you received a damaged washer dryer

Immediately contact the delivery company, dealer or the builder from which the unit was purchased. Damage is not covered under the manufacturers warranty.

### Save Time and Money Before you request service

Check the trouble shooting guide (Pages 19 to 21). It lists causes of minor operating problems that you can correct yourself.

## Energy - Saving Tips

The power and water consumption of your washer dryer can be minimized if you follow these suggestions.

• **Operate washer dryer only in full load**
  When you put in a partial cotton load, press the Super Rinse button. This automates the cycle for energy needs.
• **If you don't need pre-wash** avoid using cycle 1.
• **Always select cycle 3** for cotton load and keep temperature at 140.
• **Always soak or treat stains** before the wash.
• **Always select the maximum rpm spin speed** to reduce moisture content.

## If you need Service

To obtain service see the warranty service page in the back of this book. We're proud of our service and want you to be pleased. If for some reason you are not happy with the service you receive, here are two steps to follow for further help.

**FIRST** contact the people who serviced your appliance. Explain why you are not pleased. In most cases, this will solve the problem.

**NEXT** if you are still not pleased, write down all the details and call 1.866.517.7287 Explain your problem. A customer service representative will assist you.



# IMPORTANT SAFETY INSTRUCTIONS

## Read all instructions before using this appliance

**WARNING--** When using this appliance, always exercise basic safety precautions, including the following:

Use this appliance only for its intended purpose, as you will find described in this Use and Care Guide.

This washer dryer must be properly installed and located in accordance with installation instructions before it is used.

If you did not receive an installation instructions sheet with this book, please call 1.866.517.7827 to receive assistance in installation.

This appliance must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment grounding terminal or lead of the appliance.

Connect to a properly rated protected and sized power supply circuit to avoid electrical overload.

Do not store or use combustible materials, gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance.

Use only detergents recommended for use in a front loading washer.

Do not wash steel, plastic, knives, or other hard or abrasive items, to avoid damage to the drum.

## To minimize the possibility of injury

- Do not touch the heating element during or immediately after use.
- Do not abuse or tamper with controls.
- Do not sit on or stand on the top of the appliance.
- Close supervision is necessary if this appliance is used by or near children. Do not allow children to play inside, on or with this appliance. Dispose of discarded appliances and shipping or packing material properly. Before discarding a washer dryer remove the door.
- Keep all washing detergents out of the reach of children, preferably in a locked cabinet. Observe all warnings on container labels to avoid personal injury.
- To minimize the possibility of electric shock, disconnect this appliance from the power supply before attempting any maintenance
- Do not reach into the appliance if the tub or drum is moving.
- Do not install or store this appliance, where it will be exposed to extreme weather.
- Do not dry clothing containing rubber, foam rubber or any rubber textured materials.
- Note: Pressing the Power button does not disconnect the appliance from the power supply.
- We recommend having a qualified technician service your appliance.
- Gas is produced by the chemical action within the tub of your washer dryer. It can accumulate in the tub and/or water pipes if hot water is not used for two weeks or longer. Some of these gases may be noxious or even combustible. To prevent the possibility of damage or injury, if you have not used the appliance for two weeks or more, or moved into a residence in which the water pipes may not have been used for sometime, turn on all water faucets on all water faucets and allow them to run for several minutes before using this appliance.

## In keeping with your best interest and safety, please read these carefully

- Do not wash or dry clothes or any items that have been soaked in, spotted with, washed in, or cleaned in with gasoline, dry cleaning solvents or any other flammable or explosive substances, this could lead to vapors that could ignite or explode.
- Make sure that Dry cleaning solvents, gasoline, flammable or explosive substances are not added or get mixed with the wash water. These substances give off vapors that could ignite or explosive.
- If your washer dryer has not been used for 2 weeks or more, there is a possibility of hydrogen gas being formed as in any closed hot water system. Make sure that you turn on the water supply system and let the machine run and drain for a few times. This will flush out the accumulated gas, if any. In the interest of safety please do not use an open flame and do not smoke during this time near the machine. Hydrogen gas is flammable.
- Do not allow children to play near the machine.
- Do nor reach into or attempt to open the machine while the drum is moving.
- Do not tamper with controls.
- Do not repair, replace or attempt to any form of sevicing, unless otherwise recommended in our user manual or carry out any instructions that you have not understood and not have skills to carry out. Always leave servicing to qualified personnel. Call 1.866.517.7827 for service needs.
- Remove the door of your washer dryer before removing from service or discarded.
- Do not use softeners or such forms of products to eliminate static unless recommended by the clothing manufacturer or by the softener manufacturer.
- Do not dry items containing foam rubber textured materials.
- If you are using a vented machine please keep the exhaust opening and surrounding area free from dust, dirt or lint at all times.
- If you are using a vented machine please keep the exhaust duct and the inside of the appliance clean, free from dust, dirt or lint. Please check periodically.
- Always keep away cooking oils and items exposed to cooking oils from your washer dryer. Contaminated items could create a chemical reaction that could possibly cause the load to catch fire.

 The down lightning flash icon enclosed within a triangle is intended to warn the user that parts used inside this product risk electric shock topersons.

 The exclamation icon within the triangle is intended to tell the user that important operating and sevicing instructions accompany this product in paper form.



# SAVE THESE
# INSTRUCTIONS

*Important Safety Instructions*

# Installation sheet

## Tools needed for Installation



- Multi wrench
- Utility Knife
- Channel Lock
- Nut driver
- Level
- Screw driver
  - Flat Blade

## Parts supplied for installation.

Inlet Water Hose - One Washers - Two

## Electrical

Refer to serial plate for specific electrical requirements

## Water

Washer dryer needs one standard 3/4 inch water supply faucet with a pressure between 30 to 120 pounds per square inch

## Cabinet Dimensions



Height 33.46 inch

Depth 21.65 inch

Width 23.62 inch

## Operation Of A Condensing Dryer

The washer dryer combo offers many improvements in this method of drying. The condensing chamber (b) is located outside of the tub assembly, reducing the amount of heat to overcome. This allows for more cooling of the circulated air.

The air inside the unit is completely recycled and never escapes the unit. This eliminates the need for constantly heating cool outside air as is necessary with traditional flow-through (vented) dryers, resulting in reduced energy consumption.

In a properly designed "ventless" system it is physically impossible for any air (steam) to escape the unit because the intake of the fan must equal the output. The only way air can be forced from the unit is for additional outside air to be drawn into the system, creating a positive pressure.

In a ventless system the cool air is passed over the heater assembly and injected into the drum creating steam within the unit. The hot, moist air is then drawn from the drum of the unit and passed through the condensing chamber where it is subjected to the cooling effect of the condensing spray, and the water is condensed out of the air and collected.
(The effect is similar to having a glass of ice water sitting on a table and condensation starts to puddle). The air is then reheated and sent back into the drum to absorb more moisture. This cycle is repeated until all moisture is removed from the air stream.

During the drying cycle water is flowing through the baffle system of the condenser assembly at a minimal rate. This cooling water is collected along with the condensation and pumped out of the system by the washer pump. Below is a sketch of the air flow through a ventless system.

Key:
a- Fan motor & heating assembly
b- Condensing chamber
c- Pump
d- Condensation and cooling water discharge
e- Cooling water inlet



To Drain

# Installation sheet

Proper installation is extremely important for your washer dryer to function correctly. When you first receive your washer dryer remove the box and packing material from the unit and inspect it carefully. If you find damage, immediately contact the delivery company and the company from which the unit was purchased.

## STEP 1
## PREPARE WASHER DRYER

1. Carefully remove the box and packaging materials from the outside of the washer dryer.
2. The drain hose and the power cord are secured on the back of the unit. Please unstrap them.
3. Unscrew and remove the four shipping bolts from the back of the washer dryer. Remove the four spacers that the bolts were attached to as well. Store these in a safe place in case you need to move the washer dryer in the future.
4. Loosen the two front adjustable legs to the desired level and lock nuts with spanner provided.

## STEP 2
## INSTALL WASHER DRYER

1. Place the drain hose in the drain. Do not allow the hose to kink or get damaged.
2. Do not install the drain hose into the drain in an air-tight connection; ensure there is some airflow possible.
3. For best performance the drain hose should not be restricted in any way.
4. The drain stand pipe should be not be higher than 2.6 ft and not lower than 1.64 ft.
5. Caution must be exercised to avoid collapsing or damaging the drain hose.
6. Strap the drain hose to the stand pipe.
7. Thread the inlet water hose to your cold water faucet connection. Tighten by hand until snug. Turn an additional 2/3rd turn by pliers.
8. Do not **OVERTIGHTEN**. Make sure the water line connection into the back of the unit is secure.
9. Turn on the cold water supply. Check all connections for leaks.
10. Plug the power cord into a grounded 220V, 60Hz approved electrical service protected by a 10 amp fuse or a comparable circuit breaker. The washer dryer is grounded through the third prong G ( refer to page 7. ).
11. Slide washer dryer into position. Make sure the drain hose remains routed straight through the clip without collapsing or kinking.
12. Level washer dryer by turning the leveling legs in or out as necessary.
13. Tighten leg lock nuts.
14. The washer dryer must be level on four sides.  To properly level use a carpenters level. It is always a good idea to check for level again after the first few washes and re-level if necessary.




Installation Sheet

# Installation Sheet
## STEP 3
## Final Installation Check List

1. Instructions and other items have been removed from the tub.
**2. Shipping bolts have been removed.**
3. Washer dryer is plugged in to an electric outlet and is properly grounded.
4. Water hose is connected to the faucet with inlet screens and washers.
5. Water is turned on and checked for leaks at faucet and machine end connections.
6. Drain hose is properly located into drain facility and is not collapsed or damaged.
7. Washer dryer has been properly levelled, all legs firmly on the floor and lock nuts engaged.
8. Water fills properly.
9. Test for proper operation by running the washer dryer through a complete cycle.

## Test Run

1. Prepare your laundry
2. Select fabric type and Wash cycle Program. Refer to fabric care label for instructions.
3. Load cotton laundry into the drum. Load no more than 6 lbs. of laundry. Do not over load.
   ( Load unit approximately 2/3 visually full with similar fabrics ).
4. Load detergent in dispenser 2 for main wash. Follow detergent guide. Use low sudsing detergent.
5. Turn Wash Program knob to select the desired wash cycle.
6. Press the desired buttons.
7. Press dry time button to start drying.
8. Press Start.
9. Verify washer dryer is filling with water.
10. Verify washer dryer stops filling.
11. Verify drum is turning and the cycle is ON.
12. Verify unit rinses during the rinse cycle.
13. Verify unit spins during spin cycle.
14. Pull on the door to make sure it does not open.
15. Allow the cycle to finish. Release start button to unlock door. ( Allow 2-3 minutes for door to unlock ).
16. Open door, take out laundry.
17. Verify laundry is clean and dry. Fold and put away.
**18. Repeat 1 to 8 for a second cotton load of 6 lbs.** Do not overload.
19. Press Antiwrinkle button.
20. Press Start.
21. Check if your clothes are wrinkle free.



**Make any corrections necessary to properly complete the installation. If in doubt, call tollfree 1.866.517.7827 for guidance on installation issues.**

## WARNING

Proper installation is the responsibility of the owner. Service performed as a result of improper setup, adjustment or connection are the responsibility of the installer.

# Installation sheet



### Shipping Bolts

Spacers

Bolts

Spacers

Spacers

### Leveling

Adjustable Feet

Higher

Lower

Adjustable Feet

### Plug and Wall Receptacle

### Plumbing

Max. 36 inches

Min. 28 inches

H C

C

A

A. Should be 36 inches maximum and 28 inches minimum.

Installation Sheet

# Water and Electrical Requirements

 

## Electrical

220V, 60Hz 20/30 Amp fuse or circuit breaker
We recommend a dedicated circuit meant only for the washer dryer.
The washer dryer is equipped with a power cord and a four prong NEMA 14-30P plug.
**Never use an extension cord.**
An electrical ground is required on this appliance. This unit is equipped with a three prong grounded plug for use in a properly installed and grounded outlet.
**Warning**
Improper connection of the equipment grounding conductor can result in a risk of electric shock. Check with a qualified electrician or servicer if you are in doubt on grounding the appliance. Do not modify the plug provided with this appliance. Have a qualified electrician install the plug into the wall receptacle if the plug does not fit the outlet. To prevent risk or fire, electric shock or personal injury all wiring and grounding must be done in accordance with National Electrical Code, local codes and ordinances. The owner of the appliance is responsible for providing adequate electrical service for this appliance.

## Grounding Instructions

This appliance needs a branch circuit requirement of 15 A. Always install on a branch circuit protected by 20A OR 30A ratings.

This appliance must be grounded. Grounding reduces and eliminates the risk of electric shock. This appliance is fitted with a proper grounding pins. Plug your washer dryer into a appropriate outlet that is installed and grounded in accordance with your state and country electrical codes.

**Warning.** Improper connection without grounding can result in electric shock. Check with your local qualified electrician or authorized service personnel, if in doubt.

## Water

Water pressure of 30 to 120 p.s.i. is required to correctly fill the washer dryer. Pressure of less than 30 p.s.i. may cause a failure in the water valve or extended fill time. The inlet valve system may not shut off correctly. To avoid the possibility of water damage should a hose leak, always have faucets accessible. Turn off faucet when washer dryer is not in use.

## Drain Facility

We recommend the height of the standpipe to be not higher than 2.63ft and not lower than 1.64 ft. Make sure the drain facility is capable of accepting the drain hose in a secure manner.

## Flooring

For best performance the unit must be installed on a solidly constructed floor. Wooden floors need reinforcement to minimize machine vibration. Carpeting and soft tile surfaces are contributing factors in vibration and may cause the washer dryer to move slightly during the spin and dry cycles. Never install the washer dryer on a raised platform or on any weak structure. Proper flooring is the responsibility of the owner.

## Location

We recommend the washer dryer not be installed in areas where water may freeze or boil. The washer dryer maintains some amount of water internally at all times in components like the valve, the pump, and in the hose areas. If this water freezes, it can damage belts, the pump, the motor, hoses or other components. Make sure the operating temperature is not below 60 degrees F. Your washer dryer is a ventless system, therefore it can be installed in a closet or in an alcove.

## Warning

Your washer dryer is manufactured for operation on 60Hz AC approved electrical service. This model is not designed for use on 50 Hz AC electrical service. We do not recommend conversion.

**For Technical Assistance or if your washer dryer requires service, replacement parts or accessories contact Technical Services and Support toll free at 1.866.517.7827.**

# HOW TO USE YOUR WASHER DRYER



## Making It Easy For You

**220    V. 60Hz**

**Power Button**
Push to turn power on or off.

**Wash Program Knob**
Use this knob to select Wash programs. Always turn knob clockwise. Point the knob to the desired program number.
Each program has a pre set spin speed and a drying time. Once the program is selected watch the display area to view details.

**Dry time button**
Press to select or choose drying time
Refer to the drying chart for help

**Super Wash Button-(Lights Up when pushed)**
When pressed in the cotton cycles of 1, 2, 3, 4 & 5 or in the synthetic cycles of 6, 7 & 8 the wash time is increased by 20 minutes giving your clothes an extra wash.

**Pre Wash Button**
When pressed the machine does a 104º F pre wash as an additional cycle for 10 minutes. Use in cotton cycles of 1, 2, 3, 4, 5, 6, 7, 8 & 16 only.

**Start Button**
Press to begin the cycle. Once your laundry is loaded and your selections are complete, press the start button to commence operation. Display panel lights up and flashes two dots to indicate starting. Once pressed the program is irreversible. To Modify, reset or edit turn wash program to OFF position and start again.

**Antiwrinkle Button**
**( Lights Up when pushed)**
Press to obtain an anti wrinkle effect. Use in cotton cycles of 1 to 10 and 16, 17 & 19. At the end of the wash program the drum performs a special operation creating a sponge effect that re- arranges your delicate clothes to avoid wrinkles. When pressed, spin speed is restricted to 800 rpm and wash time increases by 28 minutes.

**Super Rinse Button**
**(Lights Up when pushed)**
Do not press if your load is half or less. Press if your load is large and you need an extra rinse. When pressed wash time is increased by 10 minutes and water consumption goes up by 3.2 gallons.

**Spin Button (Does not light up)**
Each wash cycle is pre set at a defined spin speed You can choose to increase or decrease spin speed to suit your fabric. Refer to the wash cycle chart and decide on the spin speed. Press to increase.

**Time Delay Button**
**(Seen on the display panel)**
Delays the starting of the wash cycle. Choose between 1 hr to 16 hrs. Allows you flexibility and the freedom to begin laundry at the time of your choosing. Each press raises the time in increments of 1hr.

# DISPLAY PANEL READINGS

The display window / panel is divided in two parts – Upper and lower. The upper part displays the current ongoing operations. The lower part displays numbers to indicate cycle time, delay timer or spin speed.

| | | |
|---|---|---|
| **When Power button is pressed** | - | Three horizontal, lines show RESET, if wash prog knob is at OFF position. |
| **When Wash Prog is selected** | - | Background lights up, two dots flash, followed by cycle description, total time in minutes and the pre set spin speed. |
| **When start button is pressed** | - | Background lights up, cycle description is flashed, time left to complete comes up, and when the cycle is completed END gets flashed. |
| **When drying time is selected** | - | Background lights up, drying time selected is shown. |
| **When Drying cycle starts** | - | Background lights up, a sun sign appears in the display window and drying time is shown. At the end of the cycle the sun sign disapears. |

## DISPLAY PANEL READINGS

Good washing starts with hot water. To get your clothes clean and dry you need hot water. Your washer dryer automatically heats the water in the wash cycle.

There are 7 basic wash programs and 2 drying programs.

### WASH

Cotton, Permanent Press, Quick, Delicate, Wool, Rinse and Spin, Daily and Cold wash.

### DRY

Cotton Manual, Permanent Press Manual.

Each of these basic programs have many sub cycles that allow you to alter a cycle based your personal preferences. Refer to the wash program knob and to the wash cycle chart for assistance. In addtion to this, you also have many other options to choose from. Refer to the button descriptions below.

1. **SUPER WASH**    For heavily soiled laundry or large heavy loads of cotton or permanent press fabrics.
2. **RINSE PLUS**    For washing large loads which require additional detergent, loads with fabrics that tend to soak up detergent, or people with sensitive skin.
3. **SPIN SPEED**    Alter or vary the spin speed. Choose from 400, 600, 800, 1000 or 1200 rpm.
4. **ANTIWRINKLE**    For delicate clothes. Limits the spin to 800 rpm.
5. **TIME DELAY**    For delaying the start of the wash cycle.
6. **PRE WASH**    For stained laundry.
7. **START**    Begins the program.
8. **DRY TIME**    Choose between 4 drying times.

## DRYING TIME GUIDE

Dry time can depend on fabric type, wash cycle selected, room temperature, room moisture etc. Allow your Personal experience to guide the selection process.

## DRYING GROUND RULES

1. Do not tumble dry woolen clothes.
2. Avoid drying woven and loop knit materials.
3. Do not overload permanent press and synthetics for drying.
4. Remove permanent press clothes immediately after dryying to reduce wrinkles.
5. Avoid drying fiber or leather clothes unless specified by the clothing manufacturer's.
6. To dry infant or children's clothing, refer to the clothing manufacturer instructions.
7. Do not dry clothes made from or containing rubber or plastic materials.
8. Do not dry fiberglass reinforced clothes.

## HOW TO USE YOUR WASHER DRYER FOR THE FIRST TIME

- Turn power on.
- Load laundry, load detergent, shut the door.
- Turn wash program knob to OFF position. Leave it for 5 minutes or till cycle resets.
- Turn wash program knob to the desired program and sub cycle.
- Press buttons to choose your options.
- Press time delay button if you need to delay.
- Choose drying time required if you wish to bypass the pre set speed.
- Press start.

Your washer dryer will automatically wash, rinse spin and dry clothes.

# WASH CYCLE CHART

| Program | Cycle | Laundry | Cycle time | Pre set speed | Load | Pre set Temp. |
|---------|-------|---------|------------|---------------|------|---------------|
| COTTON | Heavy Duty | Very Dirty | 1:47 h:m | 1200 rpm | 11 lbs | 194 °F |
| | Super | Normal | 1:47 h:m | 1200 rpm | 11 lbs | 167 °F |
| | Regular | Color | 1:49 h:m | 1200 rpm | 11 lbs | 140 °F |
| | Color | Color | 1:45 h:m | 1200 rpm | 11 lbs | 113 °F |
| | Gentle | Delicate color | 1:22 h:m | 1200 rpm | 11 lbs | 104 °F |
| PERM PRESS | Regular | Normal | 0:42 h:m | 1200 rpm | 11 lbs | 86 °F |
| | Gentle | Delicate color | 0:41 h:m | 1000 rpm | 11 lbs | 86 °F |
| | Eco | Normal | 1:38 h:m | 1200 rpm | 6.85 lbs | 140 °F |
| DELICATES | Regular | Normal | 1:18 h:m | 800 rpm | 6.85 lbs | 104 °F |
| | Eco | Normal | 1:12 h:m | 800 rpm | 6.85 lbs | 86 °F |
| WOOL | Regular | Woolen clothes | 1:09 h:m | 800 rpm | 6.85 lbs | 104 °F |
| | Cold Wash | Delicate woolen clothes | 0:57 h:m | 550 rpm | 6.85 lbs | 86 °F |
| DRYING | Delicate | Man made fibers | 0:50 h:m | 550 rpm | 6.85 lbs | 86 °F |
| DRYING | Cotton | Cotton clothes | 0:54 h:m | 800 rpm | 3 lbs | 104 °F |
| QUICK | Cotton express | Cotton clothes | 0:41 h:m | 800 rpm | 3 lbs | Cold |
| | Quick Wash | Perm press | 0:50 ~ 1:10 h:m | | 3 ~ 6 lbs | |
| | Cold Wash | For cold water wash | 1:10 ~ 1:30 h:m | | 11 lbs | |
| RINSE | Rinse | | | | | |
| SPIN | Spin | | | | | |

# Drying Options

Choose your drying options from the table below to suit your personal preference.

| Fabric | Load | RPM | Dry<br>*Minutes* | Damp Dry<br>*Minutes* |
|--------|------|-----|------------------|----------------------|
| Cotton & Linen | 6 lbs | 1200 | 85 | 65 |
| Cotton & Linen | 4.4 lbs | 1200 | 75 | 55 |
| Synthetic & Delicate | 3.3 lbs | 850 | 80 | 65 |
| Synthetic & Delicate | 2.2 lbs | 850 | 50 | 45 |



# Detergent Guide

## How to choose and use the right detergent

**First,** use only detergent specifically made for use in front load washers. Other types will cause over sudsing.

**Second,** use only low sudsing powder or liquid detergent. Performance of this machine will be adversely effected if high suds detergents are used. **Third,** check your water hardness. If your water is hard (7 grains or more) your detergent has to work harder.

**Your water department can tell you how hard your water is**. So can your county extension agent or your area's water softener company. Just call and ask them how many grains of hardness are in your water.

**How much detergent do you use?** That depends. Is your water hard or soft? With hard water you need extra detergent to get your clothes clean. With soft water you need less detergent. Too much detergent can be harmful-potentially causing serious problems with your washer dryer. For this reason, it is always best to find out your water hardness and adjust your detergent usage.

**Keep your detergent fresh.** Under the sink isn't a good place to store detergent. Too much moisture will cause the powder to cake. **If your powder detergent gets older or lumpy throw it away**. It won't wash well. Old detergent often won't dissolve. If you use a liquid detergent these precautions are not necessary because liquid detergents don't lump as they age or come in contact with water.

You will find four compartments in your Washer Dryer dispenser. Pre-wash, Wash, Softener, Bleach.

Front load machines need much lless detergent than top load washing machines. Follow detergent manufacturer instructions for front load machines. Detergent is flushed automatically into the drum from the detergent dispenser. Over sudsing will cause your unit to malfunction. Suds may rise through detergent dispenser and may spill on your floor, so, be very careful in choosing the detergent quantity based on laundry load, fabric type and soil/stain conditions. **Always choose a low sud detergent for this machine.**

## Bleach Recommendation

Always dilute bleach before using.
Excessive/ Frequent use of bleach can damage clothes.
Bleaching Whitens clothes, removes problem stains, deodorizes & sanitizes.
Use discretely and always follow bleach manufacturer instructions.
Do not add bleach while rinsing. Pour bleach in detergent dispenser 3.
Do not overfill bleach. This can damage clothes.

## Fabric Softener Recommendation

All fabrics benefit by the use of softeners. We recommend use of softener to reduce the "clinging" effect in synthetics and make laundry feel soft. Pour the softener in detergent dispenser 4. Do not overfill. Excessive use of softener may affect wash results. Always follow softener manufacturer instructions.




1 - Pre Wash  1.76 ounce Max.
2 - Main Wash  4.41 Ounce Max.
3 - Bleach 2.71 Fluid Ounce
4 - Softener 2.71 Fluid Ounce Max.



**Detergent Guide**

# Care and Cleaning

⚠ **Unplug electric power cord before cleaning washer dryer to avoid shock.**

### Cleaning the Exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your unit to keep it looking new.

### Cleaning the Interior

The drum is made of stainless steel so it will no rust. However, specks of rust can be caused by small metal articles like safety pins, paper clips or belt buckles washed in the washer dryer. The drum should be cleaned regularly. Not cleaning the drum may lead to a build up of scale clogs, limescale and dirt leading to replacement. Clean the drum by using chlorine bleach. Mix one cup of bleach and two scoops or caps of detergent. Pour this into detergent drawer compartment two. Choose automatic wash program, rotate Wash program knob to position four. Rotate Water Temperature knob to 140 ºF position. Push Power button to start. Repeat if necessary. To remove hard water deposits or scales, use washer safe labeled cleaners. Wipe drum thoroughly with a damp cloth. Apply a liquid nonflammable household cleaner to stained areas and wipe with a soft cloth to remove stains or colors. Never use steel wool. Use descaling agents suitable for use on stainless steel. Some descalers contain chemical components that can attack parts of your washer dryer. Be careful in selecting the right descaler. After cleaning run a cycle with plain water to remove any residual agents before inserting laundry.

### Water Inlet Hose

Replace hose after five years of use to reduce risk of hose failure. Periodically inspect and replace if bulges, kinks, cuts, wear or leaks are found. Mark the date of replacement on the hose with a permanent marker.

### Lint Filter

⚠ **To avoid water spills during removal of lint filter, place a bowl or tray under filter assembly.**

The lint filter is located at the bottom right corner. Always run the unit on spin mode before removing the lint filter to drain away residual water. Place a bowl or tray under the lint filter area to catch any residual water. **We recommend this strongly to avoid water spills on your floor.** Open the bottom panel. Unscrew and remove the lint filter. Run water on the filter to clean away detergent or softener residue. Rinse with hot water, dry using a clean towel and reinsert the filter back. Turn it clock wise and lock it in position. We recommend cleaning  after every 25 full loads. It is not necessary to clean the lint filter after every load.

### Detergent Drawer

Pull the detergent drawer out. Wash all compartments under running water. Clean the recess with an old toothbrush. Make sure all detergent accumulations are removed. Use a jet of running hot water to flush out residues. Replace the drawer and run a rinse cycle without laundry.



# Vacation & Winter Storage

  

Install and store your washer/dryer where it will not freeze. Because some water may stay in the hoses and other parts and components, freezing can damage your washer dryer. If storing or moving your washer dryer during freezing weather, winterize it.

## Nonuse or Vacation care

If you are going away on vacation or not using your washer/dryer for an extended period of time, you should....
• Unplug washer/dryer or disconnect power
• Turn off water supply. This helps avoid accidental flooding due to  a water pressure surge while you are away.

## To Winterize Washer Dryer

• Shut off water tap.
• Disconnect and drain water inlet hose.
• Fill all four detergent drawer compartments with RV-type antifreeze. Run washer dryer on Program 4 for about 30 seconds to mix antifreeze in water. Unplug washer dryer or disconnect power.

## To Use Washer Dryer Again

• Flush out Water pipe and hose.
• Reconnect Water inlet hose.
• Turn on water tap.
• Plug in washer dryer or reconnect power
• Run washer dryer through a complete automatic cycle. Choose program four position on the dial.
• Load the detergent drawer compartment two with 4.41 ounces of low sudsing detergent to clean out anti freeze.

**Note**: Please make sure it is safe to discharge antifreeze into your drain pipe before doing so.

## To Transport the Washer Dryer

• Shut the water tap.
• Disconnect and drain water inlet hose.
• Disconnect drain hose from the drain system.
• If your washer/dryer is moved during freezing weather, winterize it before moving.
• Unplug washer/dryer or disconnect power.
• Wash lint filter.
• Make sure leveling legs are secure.
• Place inlet hose into the drum.
• Drape power cord and drain hose over edge and secure it firmly with tape.
• Insert shipping bolts and spacers.
• Use masking tape to secure washer dryer door.

## Reinstalling your Washer Dryer

Follow installation instructions as given. Run the washer dryer through an automatic cycle. Select program four. Use one scoop or cap full of detergent to remove the antifreeze if used. Load  detergent in compartment two.



 **Safety Features**



# We Care For You...

For the protection of your family and loved ones your washer dryer is equipped with many safety features.

**Child Safe Door**
An electromechanical safety device in the door prevents it from opening during operation. Door will not open until the unit is shut down and the power button is turned off.

**Washer Motor**
A thermal safety device protects the motor from overload or underload giving the motor long life.

**Temperature**
A safety thermostat prevents excessive water temperature. Water will not heat if the water level is inadequate, water from the tap stops flowing or the tap is not turned ON. The machine will not start if prescribed water level is not available.

**Water Spills**
The filling valve stops if the water inlet filter is clogged or if the drain pump motor malfunctions. This protects your flooring, carpets, and rugs from water spills.

**Safe Areas**
By design, access is  denied to children/adults reaching into the door or touching the pump motor filter while the unit is ON.

**Fuse**
A safety fuse built into the unit prevents excessive electrical overload.

**Plug**
Your washer dryer plug is equipped with a grounding terminals to protect against leakage currents. System and equipment are both grounded by two prongs in the plug.

  

# Fabric Care

## Care Label Guide

The following information is provided by U.S. Federal Trade Commission as part of Project Clean. The symbols appearing on garment labels provide care instructions from the garment manufacturer. These symbols seen on the fabric serve as minimum laundering instructions to indicate washing, bleaching, drying, ironing and dry cleaning. Additional symbols or words or both may be used to clarify the instructions.
The water temperatures listed below are provided as a guideline. Actual water temperatures obtained in the home depend on washing machine settings, regional supply temperatures and water heater settings.



**It's time to wash new clothes that you brought last week and you don't undestand a care label?**

Care information tags are available on most clothes sold in the United States. These written instructions normally give a single care method for your garment. When an international care symbol tag is also present, all cara methods will usually be shown. We are happy to present the international symbol guide as a handy reference to help you select a correct wash and dry program that supports the care method prescribed by the garment manufacturer.



**WASH**

 Normal

 Permanent Press/Wrinkle Resistant

 Gentle/Delicate

 Hand Wash

 Water Temperature 120 ºF (Hot)

 Water Temperature 105 ºF (Warm)

 Water Temperature 85 ºF (Cold/Cool)

 Warning: Do Not Wring

 Warning: Do Not Wash



# Fabric Care

## BLEACH

Any Bleach (when needed)

Only non-chlorine bleach (when needed)

Warning: Do Not Bleach

## DRY

Dry

Normal

Permanent Press/Wrinkle Resistant

Gentle/Delicate

Heat Setting: High

Heat Setting: Medium

Heat Setting: Low

Special Instructions:
Line Dry/Hang to Dry

Special Instructions: Drip Dry

Special Instructions: Dry Flat

Special Instructions: Dry in Shade

Warning: Do Not Dry
(used with do not wash)

Warning: Do Not Tumble Dry

## IRON

Iron

High

Medium

Low

Warning: Do Not Iron

Warning: No Steam

## DRY-CLEAN

Dry Clean

Any Solvent

Dry Clean - Normal Cycle: Any Solvent
Except Trichloroethylene

Dry Clean - Normal Cycle: Petroleum
Solvent Only

Professionally Dry-clean: Reduce Moisture

Professionally Dry-clean: Short Cycle

Professionally Dry-clean: No Steam Finishing

Professionally Dry-clean: Low Heat

Warning: Do Not Dry-clean

 # Questions?
# Use This Troubleshooting Guide

| PROBLEM | POSSIBLE CAUSE AND REMEDY |
|---|---|
| **Washer won't fill, rinse or drum will not turn** | • Is power cord plugged into a 220V power receptacle?<br>• Is Wash Program knob pointing to the correct program number?<br>• Is water inlet hose kinked?<br>• Is water pressure at the tap correct? Is the tap ON?<br>• Is the door closed?<br>• Is the fuse blown or circuit breaker tripped?<br>• Are shipping bolts and spacers removed?<br>• Are knobs rotated clock wise?<br>• Is your Wash Program knob working correctly? |
| **Drum does not fill, but water is flowing** | • Is your drain hose fixed at the correct height?<br>• Is the power cord plugged into a 220V power receptacle?<br>• At the start of the cycle water inflow is low and is absorbed by the laundry quickly. This creates a perception that water is not flowing.<br>• This is normal, allow the program and the cycle to continue. |
| **Washer dryer stops** | • Is power cord plugged into a 220V power receptacle?<br>• Are all knobs correctly rotated? Do they point to the program?<br>• Is water inlet hose blocked or kinked? Is the tap on?<br>• Is there electrical power at the wall receptacle?<br>• Call an electrician to check the wall socket.<br>• Are you using an extension cord? Do not use an extension cord.<br>• Is the drum overloaded with laundry?<br>• Is the lint filter clogged? ( Do not open while unit is full of water). |
| **Washer won't drain** | • Is the drain hose clogged? Is the end of drain hose more than 2.63 ft above the floor?<br>• Is the lint filter clogged? ( Do not open while unit is full of water).<br>• See installation instructions for proper installation of drain hose.<br>• Is the door open?<br>• Are there excessive suds?<br>• Is your voltage low? Check your electrical service or call an electrician. Do not use an extension cord. |
| **Washer continues to fill or drain or the cycle seems stuck** | • Is the end of the drain hose more than 2.63 ft above the floor?<br>• Is there a air gap in the drain hose?<br>• Is the lint filter clogged? ( Do not open while unit is full of water).<br>• Are all knobs correctly positioned?<br>• Is the unit plugged into a 220V power receptacle?<br>• Is voltage low? Check electrical service or call an electrician. |
| **Washer makes noise** | • Are shipping bolts and spacers removed?<br>• Are gears engaging? These are normal washer dryer noises.<br>• Coins or safety pins or other metal items may be in the drum<br>• Heavy wash loads can produce a thumping sound. This is normal.<br>• Is the Washer Dryer levelled? Are all four feet resting firmly on the floor?<br>• Adjust leveling legs if necessary.<br>• Is your flooring correct? Refer page 8. |

*Troubleshooting Guide*

# Troubleshooting Guide

| PROBLEM | POSSIBLE CAUSE AND REMEDY |
|---|---|
| **Washer/Dryer leaks** | • Is water inlet hose tight? Are all hose washers properly seated?<br>• Is the drain hose clamped and properly installed?<br>• Is the sink or drain clogged?<br>• Was too much detergent used? Excessive suds will cause the unit to overflow.<br>• Is the unit leveled and resting firmly on the floor?<br>• Check leveling and adjust. Check household plumbing for leaks.<br>• Check filter cap is closed tightly? Is trim in place?<br>• Check detergent dispenser for clogs. |
| **Detergent dispenser clogged** | • Did you use excessive detergent? Is the detergent low sudsing? Always measure and use low sudsing detergents. Pour it carefully and wipe up spills.<br>• Did you pour fabric softener in the fabric softener dispenser?<br>• Did you pour bleach into its correct dispenser?<br>• Did you use a powdered bleach? Use liquids only. |
| **Load too wet** | • Is your wash cycle program correct? See pages 11 and 12.<br>• Did you select 1200 rpm spin speed?<br>• Is the temperature setting correct?<br>• Did you turn your knobs correctly? Do they point correctly?<br>• Did you press Rinse and Hold button? Is voltage correct? |
| **Residue or lint on load** | • Did you sort your laundry properly?<br>• Did you overload the washer/dryer? Lint can be trapped in the load if overloaded. Wash smaller loads.<br>• Was paper or tissue left in the pockets?<br>• Did you use enough detergent? Follow detergent guide.<br>• Did you set temperature correctly? Cold water will not dissolve detergent completely.<br>• Did you clean lint filter? |
| **Stains after wash** | • Did you follow the guide when adding detergents? Refer page 13<br>• Use just enough detergent to remove soil and become soluble.<br>• Use correct fabric softener depending on fabric type.<br>• Is water in your tap hard? Install an ion filter if possible.<br>• Did you properly sort the load? Is color bleeding? Mix only if color does not run.<br>• Did you leave clothes in the drum at the end of the cycle? Some dyes transfer during dry cycle. Make sure color does not run.<br>• Is detergent dispenser clean? Clean if necessary. |
| **Load is wrinkled** | • Is your wash cycle correct? Is the drum overloaded?<br>• Did you remove clothes after the wash cycle, hang dry and then use the dryer?<br>• Allow the unit to run from wash to dry without interruption.<br>• Check the fabric type-some fabrics are drip dry only.<br>• Did you set the temperature knob correctly? Excess temperature may cause the load to wrinkle. |

Troubleshooting Guide

# Troubleshooting Guide

| PROBLEM | POSSIBLE CAUSE AND REMEDY |
|---|---|
| **Load is tangled or twisted** | • Did you overload drum? Loads should move freely during washing.<br>• Did you place laundry loosely into the drum? Do not wrap clothing together. |
| **Fabric damage** | • Were sharp items removed from the pockets before washing?<br>• Empty pockets, zip  zippers, snap or hook fasteners before washing.<br>• Were strings and sashes tied to prevent tangling?<br>• Were items previously damaged? Mend rips & broken threads in seams before washing.<br>• Did you overload drum? Laundry should move freely during washing.<br>• Did you pour bleach directly on the laundry? Did you follow clothing care label instructions? |
| **Washer does not dry** | • Did you overload drum? Is your washer dryer draining properly?<br>• Is your laundry load too small to tumble properly? Add more laundry.<br>• Is the water turned on? The dryer uses cold water during the dry cycle to create the condensation process. Is the unit connected to cold water? |
| **Door does not open** | • Check that washer dryer is off. Have you pressed Stop? Wait for about three minutes.<br>• Gently hit the door to cause a vibration to release the safety device. |

Troubleshooting Guide



**To receive more information call toll-free 1.866.517.7827**

# Notes

## WARRANTY

This EdgeStar product is warranted to be free from defective workmanship and materials for the first year following the date of original purchase. Replacement parts will be supplied free of charge for the first year following the date of original purchase. Labor will be performed free of charge for the first 90 days following the date of original purchase.

## COMMERCIAL USE WARRANTY EXCLUSIONS

If used in a commercial environment, this EdgeStar product is warranted to be free from defective workmanship and materials for the 90 days following the date of original purchase. Replacement parts will be supplied free of charge and labor will be performed free of charge for the 90 days following the date of original purchase.

## MULTI-FAMILY USE WARRANTY EXCLUSIONS

If used in a multi-family environment, this EdgeStar product is warranted to be free from defective workmanship and materials for the first year following the date of original purchase. Replacement parts will be supplied free of charge for the first year following the date of original purchase.

## WHAT IS COVERED:

This warranty applies to the original purchaser only, and only covers defects in workmanship experienced during operation of the product under normal service, maintenance, and usage conditions. This warranty applies to the purchase and use of this product in residential settings within the United States of America.

## WHAT IS NOT COVERED:

The following limitations apply to the coverage of this warranty:
Optional accessories, attachments, and appearance items are excluded from warranty coverage, as is shipping damage, and any damage caused by improper voltage or any other misuse, including abnormal service, handling, or usage.
This warranty does not cover normal wear and tear on parts or replacement of parts designed to be replaced, e.g. filters, etc.
This warranty does not cover service trips to deliver, pick-up, repair, or install the product, or to instruct in proper usage of the product.
Damages or operating problems resulting from abuse, operation outside environmental specifications, uses contrary to instructions provided in the owner's manual, accidents, vermin, fire, flood, improper installation, unauthorized service, acts of God, or unauthorized installation or modification are excluded from warranty coverage.
This warranty does not cover labor incurred 91 days or more after the date of original purchase. Note the warranty exclusions listed above if this product is used in a commercial or multi-family setting.

## DESCRIPTION OF WARRANTY SERVICE:

All defective product components covered by this warranty will be repaired or replaced, at EdgeStar's option, free of charge on a mail-in basis to EdgeStar's authorized repair facility during the first 90 days from the date of original purchase.

All defective product components covered by this warranty will be repaired or replaced, at EdgeStar's option, on a mail-in basis to EdgeStar's authorized repair facility during the time period beginning on the 91st day from the date of original purchase and ending one year from the date of original purchase. During this time period, parts will be supplied free of charge, but labor charges will apply. All replacement parts and units will be new, remanufacturered, or refurbished.

All products and components replaced by EdgeStar under warranty service become the property of EdgeStar.

Please note that the term of the warranty does not extend beyond 90 days for units used in commercial settings.

Please note that labor is not included for units used in a multi-family setting.


## OBTAINING WARRANTY SERVICE:

Contact EdgeStar for troubleshooting assistance and warranty service authorization at 1-866-517-7827. Please have your order receipt available to confirm the date of purchase.

Once an EdgeStar authorized representative has confirmed that your product is eligible for warranty service, he or she will discuss your options for service.

Within the first 90 days after the date of purchase, in-home service will be provided free of charge within the lower 48 United States (excluding units used in multi-family settings.)

Do not return defective product to the place of purchase.


This warranty is in lieu of any other warranty, express or implied, including without limitation, any warranty of merchantability or fitness for a particular purpose. To the extent any implied warranty is required by law, it is limited in duration to the express warranty period above. Neither the manufacturer nor its distributors shall be liable for any incidental, consequential, indirect, special, or punitive damages of any nature, including without limitation, lost revenues or profits, or any other damage whether based in contract, tort, or otherwise. Some states do not allow the exclusion of incidental or consequential damages, so the above exclusion may not apply to you. This warranty gives you specific legal rights. You may have other rights that vary from state to state.



# QuickSteamer®

## U S E R ' S   G U I D E

**1770/1970 SERIES QUICKSTEAMER**
**2080 SERIES QUICKSTEAMER POWERBRUSH**
**2090 SERIES QUICKSTEAMER MULTISURFACE**

**3** Safety Instructions

**4** Product View

**5** Assembly

**6-8** Operations

**8-9** Maintenance

**10** Troubleshooting

**10** Consumer Services

**11** Replacement Parts

**12** Warranty



**T**hanks for buying a BISSELL QuickSteamer®

We're glad you purchased a BISSELL QuickSteamer Lightweight deep cleaner. Everything we know about floor care went into the design and construction of this complete, high-tech home cleaning system.

Your QuickSteamer is well made, and we back it with a limited one-year warranty. We also stand behind it with a knowledgeable, dedicated Consumer Services department, so, should you ever have a problem, you'll receive fast, considerate assistance.

My great-grandfather invented the floor sweeper in 1876. Today, BISSELL is a global leader in the design, manufacture, and service of high quality homecare products like your QuickSteamer .

Thanks again, from all of us at BISSELL.

*Mark J. Bissell*

**Mark J. Bissell**
**President and Chief Executive Officer**



# IMPORTANT SAFETY INSTRUCTIONS

**When using an electrical appliance, basic precautions should be observed, including the following:**

Read all instructions before using your QUICKSTEAMER®

## ⚠ WARNING: To reduce the risk
of fire, electric shock, or injury:

- Do not immerse.
- Use only on surfaces moistened by cleaning process.
- Always connect to a properly grounded outlet. See Grounding Instructions.
- Unplug from outlet when not in use and before conducting maintenance or troubleshooting.
- Do not leave machine when it is plugged in.
- Do not service machine when it is plugged in.
- Do not use with damaged cord or plug.
- If appliance is not working as it should, has been dropped, damaged, left outdoors, or dropped into water, have it repaired at an authorized Service Center.
- Do not expose to rain. Store indoors.
- Do not pull or carry by cord, use cord as a handle, close door on cord, pull cord around sharp corners or edges, run appliance over cord, or expose cord to heated surfaces.
- Do not carry the appliance while in use.
- Do not unplug by pulling on cord. Unplug by grasping the plug, not the cord.
- Do not handle plug or appliance with wet hands.
- Do not put any object into appliance openings, use with blocked opening, or restrict air flow.
- Do not expose hair, loose clothing, fingers or body parts to openings or moving parts.
- Do not pick up hot or burning objects.
- Do not pick up flammable or combustible materials (lighter fluid, gasoline, kerosene, etc.) or use in the presence of explosive liquids or vapor.
- Do not use appliance in an enclosed space filled with vapors given off by oil base paint, paint thinner, some moth proofing substances, flammable dust, or other explosive or toxic vapors.
- Do not pick up toxic material (chlorine bleach, ammonia, drain cleaner, gasoline, etc.).
- Do not modify the 3-prong grounded plug.
- Do not allow to be used as a toy.
- Do not use for any purpose other than described in this User's Guide.
- Use only manufacturer's recommended attachments.
- Use only cleaning products formulated by BISSELL for use in this appliance to prevent internal component damage. See the Cleaning Fluid section of this guide.
- Keep openings free of dust, lint, hair, etc.
- Keep appliance on a level surface.
- Turn off all controls before unplugging.
- Be extra careful when cleaning stairs.

- Close attention is necessary when used by or near children.

**WARNING: The Power Cord on this product contains lead, a chemical known to the State of California to cause birth defects or other reproductive harm. *WASH HANDS AFTER HANDLING*.**

## SAVE THESE INSTRUCTIONS.

THIS MODEL IS FOR HOUSEHOLD USE ONLY. Commercial use of this unit voids the manufacturer's warranty.

## GROUNDING INSTRUCTIONS

This appliance must be connected to a grounded wiring system. If it should malfunction or break down, grounding provides a safe path of least resistance for electrical current, reducing the risk of electrical shock. The cord for this appliance has an equipment-grounding conductor and a grounding plug. It must only be plugged into an outlet that is properly installed and grounded in accordance with all local codes and ordinances.



Grounded Outlets

Grounding Pin

## ⚠ WARNING: Improper
**connection of the equipment-grounding conductor can result in a risk of electrical shock. Check with a qualified electrician or service person if you aren't sure if the outlet is properly grounded. DO NOT MODIFY THE PLUG. If it will not fit the outlet, have a proper outlet installed by a qualified electrician. This appliance is designed for use on a nominal 120-volt circuit, and has a grounding attachment plug that looks like the plug in the drawing above. Make certain that the appliance is connected to an outlet having the same configuration as the plug. No plug adapter should be used with this appliance.**

www.bissell.com





Spray Trigger

Quick Release Cord Wrap™

Power Cord

Handle Assembly

Clean Water/ Solution Tank

Lower Cord Wrap

Upper Body

Lower Body

Large Easy Rolling Wheels

Power Switch

Detent Lever

Vent Cover (Containing Foam Filter)

Collection Tank

Collection Tank Latch

Removable Nozzle

## BISSELL Formulas:

These items are available for purchase with your model. To order replacement parts or additional tools or formulas, please refer to page 11.








48 oz. Fiber Cleansing Formula™ with Scotchgard™ Protector

48 oz. Multi-Allergen Removal™ Formula™ with Scotchgard™ Protector

48 oz. Pet Odor and Soil Removal™ Formula with Scotchgard™ Protector

48 oz. BISSELL Natural Orange Extract Formula with Scotchgard™ Protector

22 oz. Tough Stain PreCleaner™

32 oz. Hard Floor Solutions™

**4**    www.bissell.com

800.237.7691

# How to Use this Guide

**This User's Guide has been designed to help you get the utmost satisfaction from your BISSELL QuickSteamer Lightweight Deep Cleaner. You'll find assembly and operating instructions, safety precautions, as well as maintenance and troubleshooting instructions. Please read this Guide thoroughly before assembling your Deep Cleaner.**

Pay particular attention to the product diagram, assembly instructions, and part names. Locate and organize all parts before assembly. Familiarize yourself with the parts and where they go. Following this User's Guide will greatly enhance your ability to get the most performance from your BISSELL QuickSteamer for many years.

Your QuickSteamer comes in three, easy to assemble components:

    Handle assembly
    Upper Handle assembly
    Clean/Solution Tank
    3 Screws

The only thing you will need to assemble your cleaner is a Phillips head  screwdriver.

# Assembling Your QuickSteamer

1.    Slide Upper Body into Lower Body.
2.    Secure with Screws.
3.    Slide Strain Reliever Handle down into Upper Body until it will go no further.
4.    Secure with Screw.
5.    Place Clean/Solution Tank on back of unit.

# Special Features

**Clean/Solution Tank - holds 1/2-gallon of hot water and cleaning solution.**

**Collection Tank - holds 1/2-gallon of dirty water.**

**Power Cord - for storage, wrap Power Cord around Upper and Lower Cord Wraps, and secure plug to Cord with molded clip.**



# How to Use Your BISSELL QuickSteamer

## Before You Clean

1. Plan activities to give carpet time to dry.
2. Remove easily moved furniture (chairs, lamps, coffee/cocktail tables, etc.) from room if needed.
3. Vacuum carpet thoroughly.
4. Decide where to begin — and end — your job. Clean in 3' X 4' sections, starting in areas farthest from exit. Plan to leave a path open to empty soiled water and refill cleaner.
5. Carpeting will dry in three to four hours, depending on carpet style and air circulation in room. A floor fan speeds drying.
6. Replace furniture on damp carpeting by placing waxed paper under legs until floor dries completely.

## Fill the Tank

1. Remove the Clean/Solution Tank by lifting it straight up, then away from the Lower Body.
2. Unscrew the black cap at the bottom of the Clean/Solution Tank.
3. Add one of the BISSELL Advanced Cleaning formulas for Deep Cleaning machines to the formula fill line on the Clean/Solution tank. Fill the rest of the tank with hot (not boiling) tap water to the water fill line. Replace and tighten the black cap.
4. Place Clean/Solution Tank on Lower Body.
5. Rotate Quick Release Cord Wrap™ to release the Power Cord and plug into an outlet.

## Pre-Treating

**Pre-treat stubborn stains and highly soiled carpet in hallways and other high-traffic areas.**

1. Using BISSELL Tough Stain pre-cleaner, generously spray evenly over soiled area, do not overwet carpet.
2. Wait 3 -5 minutes before deep cleaning.



⚠ **WARNING:**

To reduce the risk of fire, use only BISSELL Cleaning Formulas for Deep Cleaning Machines. Use of cleaning formulas that contain lemon or pine oil may damage this appliance and void warranty. Chemical spot cleaners or solvent-based soil removers should not be used. These products may react with the plastic materials used in your QuickSteamer, causing cracking or pitting.









800.237.7691

## Carpet Cleaning

1. With your foot, press the red Power Switch [located in foot of unit] ON.
2. With foot, press the Detent Lever on right side of Lower Body.
3. Depress Spray Trigger to spray cleaning solution. **Do not overwet.**
4. To suction up water, repeat motion over same area without depressing Trigger.
5. Repeat Steps 3 and 4 until no more dirt can be removed.
6. Continue to clean entire carpet, working in 3' x 4' sections.
7. Empty the Collection Tank when dirty water reaches the full line, or when the Clean/Solution Tank is empty. See page 8 for instructions.
8. If Floor Nozzle stops spraying, turn Power Switch OFF and check water and cleaning solution levels. Refill if needed.

## Hard Floor Cleaning

1. Attach Hard Floor Tool to Unit.
2. Remove the Collection Tank (refer to #3a and b in the Routine Maintenance section on page 8)
   A. **For 1770/1970 series it is necessary to remove the Cross Action Brush first.** Using your thumbs squeeze the 2 grey tabs towards the outside of the unit. Push down at the same time and release the Cross Action Brush.
3. Attach the Hard Floor Tool by hooking it into the front of the removable nozzle and swinging it down until the tabs pop into place.
4. Replace the Collection Tank. Be sure to attach the 2 latches.
5. Fill Clean/Solution Tank with BISSELL Hard Solutions™ to FORMULA fill line.
6. Fill Clean/Solution Tank with hot (not boiling) tap water to the WATER fill line.
7. Follow steps 1-8 in Deep Cleaning section above.





**2080/2090 series**



**1770/1790 series**



## Cleaning Fluid Section

Keep plenty of genuine BISSELL Fiber Cleansing Formula™ on hand so you can clean and protect whenever it fits your schedule. Always use genuine BISSELL deep cleaning formulas.

## ⚠ WARNING:

To Reduce the Risk of Fire and Electric Shock due to internal component damage, use only BISSELL cleaning fluids intended for use with the deep cleaner. Non-BISSELL cleaning solutions may harm the machine and void the warranty.



48 oz. BISSELL Fiber Cleansing Formula™ with Scotchgard™ Protector
**item # 0710A**



48 oz. BISSELL Multi-Allergen Removal™ Formula with Scotchgard™ Protector
**item # 0720A**



48 oz. BISSELL Pet Odor and Soil Removal™ Formula with Scotchgard™ Protector
**item # 0730A**



48 oz. BISSELL Natural Orange Extract Formula with Scotchgard™ Protector
**item # 0740**



32 oz. BISSELL Hard Floor Solutions
**item # 0484**

## Routine Maintenance

### When You're Done

1. Turn Power Switch OFF.
2. Unplug Power Cord from outlet.
3. Remove and empty Collection Tank.
   a. Release Collection Tank latches [1 each side] by pulling up from bottom of latch and then out.
   b. Carefully lift Collection Tank from Lower Body.
   c. Carry Collection Tank to a toilet or sink. To empty, pour out contents using opening at back of Tank.
   d. Rinse Collection Tank thoroughly.
   e. Remove lint and hair from Red Gasket in base of unit. (**Do not remove gasket**)
4. Clean Nozzle Window by lifting latch and removing from machine. Rinse under running water. When finished replace Nozzle and secure with latch.
5. Replace Collection Tank on Lower Body and secure with latches.
6. Wrap Power Cord around Quick Release Cord Wrap™ on side of QUICKSTEAMER®.
7. Wipe all surfaces with a soft cloth. Store cleaner upright in a protected, dry area.
   NOTE: You may have cleaning solution remaining in the Clean/Solution Tank. You may store your QuickSteamer this way for the next cleaning task, but never keep soiled solution in the Collection Tank.

## ⚠ WARNING:

To reduce the risk of injury from moving parts and/or electrical shock, turn Power Switch OFF and disconnect plug from electrical outlet before performing maintenance or troubleshooting checks.









## ⚠ CAUTION:

Do not store unit where freezing may occur. Damage to internal components may result.

ug603-5603_1770_206.indd   8                            2/28/06   4:27:26 PM

## To Install the Replacement Brush Belt

**\*QuickSteamer PowerBrush models only**

1. Turn the machine off and unplug from wall outlet.
2. Remove Clean/Solution and Collection Tanks.
3. Lie machine down to access the bottom of the machine.
4. With a Phillips head screwdriver, ⊗ unscrew the Brush Cover and remove.
5. Remove the Brush End Cap and remove belt from brush.
6. Brush can now be removed.
7. Belt can be removed by sliding off the Motor Pulley.
8. Clean or replace belt. Attach belt to Motor pulley and brush, insert brush into right side End Cap.
9. Reattach the left End Cap and slide brush back into place.
10. Replace the brush cover and screw into place.



Brush Cover

## Troubleshooting

**Reduced Spray Or No Spray.**

**Possible Causes**

1. Clean Tank empty

**Remedies**

1. Refill Tank with water and formula

**Deep Cleaner Not Picking Up Cleaning Solution.**

**Possible Causes**

1. Collection Tank not aligned/secured

2. Dirty Tank full
3. Removeable Nozzle installed improperly

**Remedies**

1. Check Tank proper alignment and secure with side latches

2. Empty Tank
3. Align four "hooks" into bottom first, then snap into place on top

## Thank you for selecting a BISSELL product.

**If you should happen to need assistance during assembly or operations, call 1-800-237-7691**

## Please do not return this product to the store

## BISSELL Consumer Services

For information about repairs or replacement parts, or questions about your warranty, call:

**BISSELL Consumer Services**
**1-800-237-7691**

| | |
|---|---|
| Monday - Friday | 8 a.m. — 10 p.m. EST |
| Saturday | 9 a.m. — 8 p.m. EST |

Or write:
BISSELL HOMECARE, INC
PO Box 3606
Grand Rapids MI 49501
ATTN: Consumer Services

Or visit the BISSELL website - **www.bissell.com**

When contacting BISSELL, have model number of unit available.

Please record your Model Number: _____

Please record your Purchase Date: _____

**NOTE: Please keep your original sales receipt. It provides proof of date of purchase in the event of a warranty claim. See "Warranty" on page 12 for details.**

ug603-5603_1770_206.indd   10    2/28/06   4:27:48 PM

## Replacement parts - BISSELL QuickSteamer

**Below is list of common replacement parts\*. While not all of these parts may have come with your specific machine, all are available to you for purchase, if desired.**

| Item | Part No. | Part Name |
|---|---|---|
| **QuickSteamer – 1770/1970 Series** | | |
| 1 | 203-5519 | Handle Assembly |
| 2 | 203-5545 | Cross Action Brush |
| 3 | 203-5537 | Clean/Solution Tank |
| 4 | 203-5522 | Collection Tank |
| 5 | 203-5547 | Hard Floor Tool |
| **QuickSteamer PowerBrush – 2080/2090 Series** | | |
| 1 | 203-5520 | Handle Assembly |
| 3 | 203-5540 | Clean/Solution Tank |
| 4 | 203-5523 | Collection Tank |
| 6 | 203-5546 | Dirt Lifter PowerBrush |
| 7 | 203-5549 | Belt |
| 8 | 203-5548 | Hard Floor Tool |
| 9 | 0710A | Fiber Cleansing Formula™ 48 oz |
| 10 | 0720A | Multi-Allergen Removal™ Formula 48 oz |
| 11 | 222-0400 | Tough Stain PreCleaner™ |
| 12 | 0730A | Pet Odor and Soil Removal Formula 48 oz. |
| 13 | 0484 | Hard Floor Solutions |

**\* Not all parts included with every model.**





# Warranty - BISSELL QuickSteamer

This warranty gives you specific legal rights, and you may also have other rights which may vary from state to state. If you need additional instruction regarding this warranty or have questions regarding what it may cover, please contact BISSELL Consumer Services by E-mail, telephone, or regular mail as described below.

## Limited One Year Warranty

Subject to the **\*EXCEPTIONS AND EXCLUSIONS** identified below, upon receipt of the product BISSELL Homecare, Inc. will repair or replace (with new or remanufactured components or products), at BISSELL's option, free of charge from the date of purchase by the original purchaser, for one year any defective or malfunctioning part.

See information below on "If your BISSELL product should require service".

This warranty applies to product used for personal, and not commercial or rental service. This warranty does not apply to fans or routine maintenance components such as filters, belts, or brushes. Damage or malfunction caused by negligence, abuse, neglect, unauthorized repair, or any other use not in accordance with the User's Guide is not covered.

### If your BISSELL product should require service:

Contact BISSELL Consumer Services to locate a BISSELL Authorized Service Center in your area.

If you need information about repairs or replacement parts, or if you have questions about your warranty, contact BISSELL Consumer Services.

**Website or E-mail:**
www.bissell.com
Use the "Customer Services" tab.

**Or Call:**
BISSELL Consumer Services
1-800-237-7691
Monday - Friday 8 a.m. - 10 p.m. ET
Saturday 9 a.m. - 8 p.m. ET

**Or write:**
BISSELL Homecare Inc.
PO Box 3606
Grand Rapids MI 49501
ATTN: Consumer Services

BISSELL HOMECARE, INC. IS NOT LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE ASSOCIATED WITH THE USE OF THIS PRODUCT. BISSELL'S LIABILITY WILL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT.

**Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.**

**\*EXCEPTIONS AND EXCLUSIONS FROM THE TERMS OF THE LIMITED WARRANTY**
THIS WARRANTY IS EXCLUSIVE AND IN LIEU OF ANY OTHER WARRANTIES EITHER ORAL OR WRITTEN. ANY IMPLIED WARRANTIES WHICH MAY ARISE BY OPERATION OF LAW, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE ONE YEAR DURATION FROM THE DATE OF PURCHASE AS DESCRIBED ABOVE.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**NOTE: Please keep your original sales receipt.**
**It is your warranty.**

**BISSELL**
WE MEAN CLEAN

©2006 BISSELL Homecare, Inc
Grand Rapids, Michigan
All rights reserved. Printed in China
Part Number 603-5603
Rev 02/06
Visit our website at:
www.bissell.com
Scotchgard is a trademark of 3M

**12**  www.bissell.com

800.237.7691