**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.   )<br>  a subsidiary of LG Electronics, Inc.,   )<br>  a Korean company   )<br>                                              )<br>         Plaintiff/Counterdefendant,   )<br>                                              )<br>               v.                         )<br>                                              )<br>WHIRLPOOL CORPORATION,   )<br>                                              )<br>         Defendant/Counterplaintiff.   ) | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**EXHIBITS TO**

**EXPERT DECLARATION OF DR. SUBBAIAH MALLADI
IN SUPPORT OF WHIRLPOOL CORPORATION'S MEMORANDUM OF LAW
OPPOSING LG'S MOTION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| A | Curriculum Vitae for Dr. Subbaiah Malladi and Testimony |
| B | Product Documentation |
| C | Materials Reviewed |
| D | Whirlpool Dryer Testing |
| E | LG Dryer Testing |
| F | Patents and Patent Applications |
| G | Consumer Products with Steam |