**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., | ) | |
| a subsidiary of LG Electronics, Inc., | ) | |
| a Korean company, | ) | Civil Action No.: 08 C 242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge St. Eve |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WHIRLPOOL CORPORATION'S MOTION TO SEAL
CERTAIN PORTIONS OF ITS MEMORANDUM OF LAW,
CERTAIN PORTIONS OF THE DECLARATION OF PAMELA S. ROGERS, AND
CERTAIN EXHIBITS FILED IN SUPPORT OF THOSE DOCUMENTS**

Defendant Whirlpool Corporation ("Whirlpool"), pursuant to the terms of the Stipulated Protective Order entered by the Court on February 11, 2008 and Local Rule 5.8, respectfully moves for an Order granting Whirlpool leave to file the following documents under seal: (1) Whirlpool Corporation's Memorandum of Law Opposing LG Electronics U.S.A., Inc.'s Motion for a Preliminary Injunction ("Memorandum"); (2) Exhibits 5 and 6 to the Memorandum; (3) Declaration of Pamela S. Rogers ("Rogers Declaration"); and (4) Exhibit C to the Rogers Declaration.

In support of said Motion, Whirlpool states as follows:

1.      On February 11, 2008, the Court entered a Stipulated Protective Order in this matter.  As set forth in that Order, the parties demonstrated good cause for entering the Stipulated Protective Order and narrowly-tailored the Stipulated Protective Order as required by law.

2.      Paragraph 18 of that Order provides that a party must file a motion with the Court to have Confidential or Highly Confidential information placed under seal.

3.      On February 11, 2008, Whirlpool filed a redacted Memorandum of Law Opposing LG Electronics U.S.A., Inc.'s Motion for a Preliminary Injunction, redacted Exhibits 5 and 6 to the Memorandum, redacted Declaration of Pamela S. Rogers, and redacted Exhibit C to the Rogers Declaration.  The redactions to the Memorandum of Law amount to a few lines of text.

4.      Filed contemporaneously with this Motion, under cover sheets as required by Local Rule 5.8, are unredacted versions of Whirlpool's Memorandum of Law Opposing LG Electronics U.S.A., Inc.'s Motion for a Preliminary Injunction, Exhibits 5 and 6 to the Memorandum, Declaration of Pamela S. Rogers, and Exhibit C to the Rogers Declaration.

5.      The unredacted documents identified above contain internal business information that Whirlpool and LG have sought to keep confidential pursuant to the terms of the Stipulated Protective Order.  Exhibit 5 and Exhibit 6 to the Memorandum were labeled as Confidential and Highly Confidential by LG in its production of documents, and Exhibit C was labeled as Confidential by Whirlpool in its production of documents.

6.      Accordingly, Whirlpool seeks an Order to permit the filing of the above-referenced documents under seal to avoid violating the Stipulated Protective Order in this case, or other confidential obligations owed by Whirlpool.

WHEREFORE, Whirlpool respectfully requests that the Court grant this Motion, grant leave for Whirlpool to file the aforementioned documents under seal, and grant such other and further relief as this Court deems just and appropriate.

Dated:  February 11, 2008

Respectfully submitted,
WHIRLPOOL CORPORATION

*/s/  Brian D. Roche*
Brian D. Roche
Carey L. Bartell
Vanessa C. Martí
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000

J. A. Cragwall, Jr.
John J. Bursch
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Telephone (616) 752-2000

Attorneys for Defendant, Whirlpool
Corporation

**CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on February 11, 2008 I filed the

attached WHIRLPOOL CORPORATION'S MOTION TO SEAL CERTAIN PORTIONS OF

ITS MEMORANDUM OF LAW, CERTAIN PORTIONS OF THE DECLARATION OF

PAMELA S. ROGERS, AND CERTAIN EXHIBITS FILED IN SUPPORT OF THOSE

DOCUMENTS with the Clerk of the Court using the ECF system which will send notification of

such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached WHIRLPOOL CORPORATION'S

MOTION TO SEAL CERTAIN PORTIONS OF ITS MEMORANDUM OF LAW, CERTAIN

PORTIONS OF THE DECLARATION OF PAMELA S. ROGERS, AND CERTAIN

EXHIBITS FILED IN SUPPORT OF THOSE DOCUMENTS to the following by overnight

mail on this 11th day of February, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By:     */s/ _Vanessa C. Martí_____*