**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.** ) | | |
| a subsidiary of LG Electronics, Inc., ) | | |
| a Korean company ) | | |
| ) | **Civil Action No.: 08 C 242** | |
| **Plaintiff/Counterdefendant,** ) | | |
| ) | **Judge St. Eve** | |
| v. ) | | |
| ) | **Magistrate Judge Mason** | |
| **WHIRLPOOL CORPORATION,** ) | | |
| ) | | |
| **Defendant/Counterplaintiff.** ) | | |

**Notice of Motion**

TO:  Ronald Y. Rothstein
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

PLEASE TAKE NOTICE that on **Thursday, February 14, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present WHIRLPOOL CORPORATION'S MOTION TO SEAL CERTAIN PORTIONS OF ITS MEMORANDUM OF LAW, CERTAIN PORTIONS OF THE DECLARATION OF PAMELA S. ROGERS, AND CERTAIN EXHIBITS FILED IN SUPPORT OF THOSE DOCUMENTS, a copy of which is served herewith.

Dated: February 11, 2008                                  Respectfully submitted,
                                                          WHIRLPOOL CORPORATION, Defendant

                                                          By: /s/ _Vanessa C. Martí_____

| | |
|---|---|
| Brian D. Roche | J. A. Cragwall, Jr. |
| Carey L. Bartell | John J. Bursch |
| Vanessa C. Martí | Warner Norcross & Judd LLP |
| REED SMITH LLP | 900 Fifth Third Center |
| 10 South Wacker Drive, Suite 4000 | 111 Lyon Street NW |
| Chicago, Illinois 60606 | Grand Rapids, Michigan 49503-2487 |
| Telephone: (312) 207-1000 | Telephone (616) 752-2000 |

*Attorneys for Defendant, Whirlpool Corporation*

**CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on February 11, 2008 I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

>Ronald Y. Rothstein
>rrothstein@winston.com
>
>David Alexander Latchana
>dlatchana@winston.com
>
>Shannon Leigh Stevens
>sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by overnight mail on this 11th day of February, 2008:

>Mary M. Hutchings
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL  60601

By:     /s/ _Vanessa C. Martí_____

2