IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,  )<br>)<br>Plaintiff/Counterdefendant,  )<br>)<br>v.  )<br>)<br>WHIRLPOOL CORPORATION,  )<br>)<br>Defendant/Counterplaintiff.  ) | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

### DECLARATION OF AUDREY REED-GRANGER

I, Audrey Reed-Granger, under penalty of perjury, hereby testify as follows:

1. I am employed by Whirlpool Corporation ("Whirlpool") as Director of Marketing and Public Relations for Whirlpool's brand portfolio at Whirlpool's corporate headquarters in Benton Harbor, Michigan.

2. I have 13 years experience in various positions in the field of public relations and marketing. Prior to joining Whirlpool in 2004, I was Vice President of Public Relations at Golin Harris International, a major public relations firm based in Chicago, Illinois. I was recently named one of the Top 40 under 40 public relations professionals in the country by PR Week magazine, the definitive trade publication in the public relations industry.

3. As Director of Marketing and Public Relations for Whirlpool, I oversee the development of media campaigns and marketing strategies for new Whirlpool products, and I was responsible for overseeing the development of the public relations campaign for Whirlpool's Duet® Steam Washer and Duet® Steam Dryer. I know the following facts to be true of my own personal knowledge or knowledge I have gained

from Whirlpool's business records kept in the ordinary course of business or from information transmitted by a person with knowledge of such facts who had a business duty to accurately record them.

### **Public Relations Is Based Upon Credibility**

4. The most significant aspect of public relations involves reaching out to journalists, media sources, and celebrity endorsers to obtain positive media coverage for the company's products. Public relations is one of the most effective ways to market a product because consumers trust and rely on reports they read in the media, trade publications, or from other third-party or celebrity sources more than advertising that comes directly from the company manufacturing the product.

5. A public relations professional, like me, uses contacts with the media to encourage journalists, publishers, and other media sources to write articles and provide coverage of product launches and other product-related stories.

6. The ability to obtain attention from the media and, especially, positive media coverage for something like a new product launch, is based in large part on the credibility of the company, product, and public relations professional involved.

7. Within the consumer appliance market, for example, there are many, many companies constantly vying for attention from the media for product launches, product innovations, and coverage in stories about consumer trends or consumer education. Journalists and other media sources are always looking for new content and usually have tight deadlines by which they must produce articles or stories. However, when they give positive media attention to a company's product, a journalist puts his or her own

reputation and integrity on the line. Thus, they are generally not interested in merely regurgitating a company's advertising.

8. For that reason, media often rely on public relations professionals like me to supply topical story ideas, facts, and other new information they can use in stories and articles. When a company has a high level of credibility – i.e., the journalist knows she can trust the company's public relations professionals as a source for accurate and relevant information – the company will be much more successful in obtaining this crucial form of product marketing. On the other hand, a company that loses credibility with its media contacts will likely find it extremely difficult to get the message out to the public through the media about their products.

9. In part as a result of its successful public relations strategies, Whirlpool has established a reputation for high quality products, and for developing cutting edge technology in the laundry appliance market. Whirlpool has also developed an excellent reputation for both innovation and credibility with the trade and mainstream media that has helped the company place stories and garner positive media attention for its products.

### Marketing and Public Relations for the Duet® Steam Dryer

10. The marketing effort surrounding the launch of the Duet® Steam Dryer has been as extensive as any I have seen since I have been at Whirlpool. The marketing department refers to this type of extensive marketing campaign as a "mega-launch." The Duet® Steam launch involved virtually all the elements of a mega-launch, including national television and print advertising; additional national advertising co-branded for Whirlpool and various major retailers; online advertising; a full sweep of point-of-purchase materials for thousands of major and independent retail sites; national

promotional events; "glamour brochures" developed and distributed nationally; manufacturer Web microsites; Web landing pages for retailers selling the product; distribution of field sales kits; product launch press release distributed via national PR Newswire; media kit distribution to hundreds of magazine and newspaper editors; for-fee articles; podcasts; satellite media tours; radio interviews; deskside briefings and other tactics.

11. Whirlpool's public relations campaign regarding the Duet® Steam Dryer began with the distribution of a press release and media kit about the new dryer to consumer and trade media on March 19, 2007. The media kit for the Duet® Steam Dryer was sent to approximately 300 major publications, including widely-read consumer publications, such as Consumer Reports and Good Housekeeping magazine, as well as many trade publications that are regularly read by members of the consumer appliance industry. Whirlpool also sent a press release across the national PR Newswire, a standard for release distribution in the U.S. that is monitored by national, regional and local media, as well as analysts. A wide cross-section of media, including second and third tier media, who may not have received a press kit directly from the manufacturer, learn of new products in this manner.

12. Because consumers and the media are already familiar with laundry appliances, Whirlpool's press release focused on the benefits and innovations of having steam in the dryer and of the Duet® Steam Dryer in particular. The release's lead sentences explained Whirlpool's key marketing messages: that the dryer reduces odors and relaxes wrinkles in clothing, uses innovative technology, and is ideally paired with Whirlpool's Duet® Steam Washer. In addition, the release described the innovative

technology used in the dryer: using a water line from the washer to insert mist into the dryer and using water vapor to remove odors and lift wrinkles from clothing.

13. Whirlpool's press release and its other initial public relations efforts for the Duet® Steam Dryer were very effective. The media kits and other aspects of the "mega-launch" resulted in more than 100 placements (as of mid-November 2007) in the media, including substantial coverage in both consumer and trade outlets. For example, The Wall Street Journal, Forbes.com, Chicago Tribune, Atlanta Journal Constitution and others all mentioned the product. In fact, the Duet® Steam Washer and Dryer accounted for 27 percent of the media coverage for Whirlpool brand's laundry products during the fourth quarter of 2007.

14. This coverage was particularly important because it provided invaluable third party validation – independent statements confirming the new steam features of Whirlpool's Duet® Steam Dryer – as Whirlpool presented them in its initial coverage.

15. Through its marketing efforts, Whirlpool has helped make the case for steam in the dryer, generally, regardless of which company manufactures the product that delivers it. Thus, not just Whirlpool, but LG and any future competitors, have also obtained benefits from Whirlpool's marketing campaign.

### Third Party Product Endorsements

16. Another effective method to market a new product is to secure positive reviews and endorsements from independent publications, organizations, and celebrities. In the consumer appliance industry, publications such as Consumer Reports and Good Housekeeping conduct independent testing on products and rate their performance for consumers. Because consumers find reviews in Consumer Reports and Good

Housekeeping to be highly credible, they are considered some of the most important sources of third-party validation for consumer products.

17. Consumer Reports has performed independent testing of Whirlpool's Duet® Steam Dryer. After concluding its own testing protocol, Consumer Reports did not identify anything misleading or deceptive about the Duet® Steam Dryer, either in the product name or the way the steam technology was described. On the contrary, Consumer Reports gave the Duet® Steam Dryer an overall rating of "excellent."

18. Similarly, celebrity endorsements can provide significant validation for a company's products. With respect to the Duet® Steam Dryer, Mike Rowe, host of the Discovery Channel's television program, "Dirty Jobs," agreed to offer an indirect endorsement of the Duet® Steam Washer and Dryer, attesting to the effectiveness of the products, even as to his extremely dirty clothes. Mr. Rowe did a PR satellite tour on October 16, 2007.

### An Injunction Would Be Extremely Harmful to Whirlpool's Reputation and Goodwill

19. Whirlpool's public relations campaign for its Duet® Steam Dryer has been very successful over the last year. If Whirlpool were required to change its message, including marketing the dryer under a new name, this would have serious consequences for how both the dryer and Whirlpool generally are perceived by the media, potential endorsers, and consumers.

20. The media, consumers, and competitors are likely to perceive any retraction of its message as an admission that the dryer is not effective, safe, or that it has other problems. This would create a negative image for Whirlpool about the quality of

6

this product, even though LG is not arguing in this lawsuit that the Duet® Steam Dryer does not reduce odors and relax wrinkles in clothing as claimed.

21.     If Whirlpool were required to rename the Duet® Steam Dryer, or otherwise suggest that the dryer does not really use "steam," it would also irreparably harm Whirlpool's credibility with the media, endorsers, and consumers. Media and endorsers could feel compelled to issue retractions regarding their statements or articles endorsing the product. But, even if no public retractions were issued, Whirlpool would suffer a severe blow to its credibility and authority when it seeks media coverage and endorsements in the future. To put it simply, media sources and endorsers will not want to stake their own reputations and integrity on a product or company that has been branded as unreliable in the claims it makes to the market.

22.     The negative impact on Whirlpool's reputation and credibility would not be limited to the Duet® Steam Dryer. At minimum, the negative perception would also negatively affect media coverage and consumer confidence in Whirlpool's Duet® Steam Washer, which is consistently marketed by Whirlpool as a partner to the Duet® Steam Dryer.

23.     But the harm to Whirlpool's reputation would certainly be broader than that. If Whirlpool is branded as a company that cannot be trusted to accurately describe its products and benefits to the media and consumers, Whirlpool will lose its credibility with media sources across the board. In the future, Whirlpool would likely find it much more difficult to obtain positive media coverage of any of its future products or innovations, thus losing one of the most important tools for product marketing – not just for the Duet® Steam Dryer, but for all Whirlpool products.

24. Moreover, even if Whirlpool were required to make such a change on a temporary basis only, the harm to Whirlpool's reputation and credibility will not be able to be undone.

25. Indeed, on a purely practical level, the negative media attention that would most certainly result from an injunction would exist on the Internet indefinitely, even if Whirlpool ultimately prevails in this litigation. Social media (such as Internet blogs, chat rooms, discussion boards, and online consumer product reviews) are a very significant source of marketing for a consumer appliance company like Whirlpool because consumers regularly consult the Internet for product information and validation. Because it is so important, Whirlpool has a market research firm that regularly supplies it with reports collected from social media detailing what consumers and bloggers are saying about the company and its products on the Internet. When a negative report, like the kind that would surely result from an injunction being entered, gets out onto the Internet, it gets picked up by other bloggers, discussion boards, online reviewers, and even finds it way back into traditional media. It would be impossible to roll back such negative information which will reside on the Internet indefinitely even if Whirlpool prevails in this litigation.

26. As LG and Whirlpool are both manufacturers of consumer appliances, including laundry appliances, and share the same core media, any decrease in Whirlpool's reputation and good will would likely translate to an increase in LG's reputation and good will among the critical media outlets and consumers, and LG would benefit competitively in products entirely unrelated to dryer at issue in the lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2008

_Audrey Reed-Granger_
Audrey Reed-Granger