**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., ) <br> a subsidiary of LG Electronics, Inc., ) <br> a Korean company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No.: 08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

## CERTIFICATE OF SERVICE

I, Vanessa C. Martí, an attorney, hereby certify that on February 11, 2008 I filed the following documents:

- WHIRLPOOL CORPORATION'S MEMORANDUM OF LAW OPPOSING LG ELECTRONICS, U.S.A., INC. MOTION FOR PRELIMINARY INJUNCTION, WITH SUPPORTING EXHIBITS *[REDACTED VERSION]*
- EXPERT DECLARATION OF DR. JUDITH LEVI IN SUPPORT OF WHIRLPOOL CORPORATION'S MEMORANDUM OF LAW OPPOSING LG'S MOTION FOR PRELIMINARY INJUNCTION, WITH SUPPORTING EXHIBITS
- EXPERT DECLARATION OF DR. SUBBAIAH MALLADI IN SUPPORT OF WHIRLPOOL CORPORATION'S MEMORANDUM OF LAW OPPOSING LG'S MOTION FOR PRELIMINARY INJUNCTION, WITH SUPPORTING EXHIBITS
- DECLARATION OF AUDREY REED-GRANGER
- DECLARATION OF PAMELA S. ROGERS, WITH SUPPORTING EXHIBITS *[REDACTED VERSION]*

with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

  Ronald Y. Rothstein
  rrothstein@winston.com

  David Alexander Latchana
  dlatchana@winston.com

  Shannon Leigh Stevens
  sstevens@winston.com

- 2 -

I hereby also certify that I mailed copies of all the above documents, including unredacted versions of Whirlpool Corporation's Memorandum of Law Opposing LG Electronics, U.S.A., Inc. Motion for Preliminary Injunction, with supporting exhibits, and the Declaration of Pamela S. Rogers, with supporting exhibits to the following by overnight mail on this 11th day of February, 2008:

>Ronald Y. Rothstein
>David Alexander Latchana
>Shannon Leigh Stevens
>Mary M. Hutchings
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL  60601

By:   /s/ Vanessa C. Martí
Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

Brian D. Roche
Carey L. Bartell
Vanessa C. Martí
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000

J. A. Cragwall, Jr.
John J. Bursch
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Telephone (616) 752-2000

Attorneys for Defendant, Whirlpool Corporation