# Exhibit C
# Materials Reviewed

# Documents Reviewed

**Documents filed in *LG Electronics U.S.A., Inc. v. Whirlpool Corporation*, U.S. District Court for the Northern District of Illinois, Eastern Division**

*Complaint,* LG Electronics U.S.A., Inc. v. Whirlpool Corporation

*Redacted Memorandum of Law in Support of Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction* and Exhibits including:
Declaration of Chul Jin Choi, January 8, 2008
Declaration of Tae Jin Lee, January 10, 2008
Expert Declaration of Anthony M. Jacobi, January 8, 2008

*Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction and Request for Expedited Hearing,* January 10, 2008

**Publications**

Consumer Reports. "Buying Advice: Clothes Dryers," *http://www.ConsumerReports.org*
"Washers & Dryers, Performance for Less," Consumer Reports Magazine, February 2008, Consumers Union of U.S., Inc., Yonkers, NY
"Steam." Webster's Third New International Dictionary of the English Language, Unabridged. 1981.
"Steam." Kirk-Othmer Encyclopedia of Chemical Technology. 3rd ed. 1983.
"Steam Tables." Handbook of Chemistry and Physics. 54th ed. 1973-1974.
"Steam." The New Encyclopedia Britannica. 15th ed. 1989.
"Steam." The American Heritage Dictionary of the English Language. 1981.

**Patents**

Park, Dae-Yun et al. "Method and Apparatus for Detecting Residual Drying Time of Clothes Dryer." U.S. Patent 6,941,674. September 13, 2005.
Park, Dae-Yun et al. "Method for Controlling Clothes Dryer." U.S. Patent 7,020,982. April 4, 2006.
Kang, Myung Ho. "Dishwasher." U.S. Patent No. 7,216,654. May 15, 2007.

**Patent Applications**

Jeong, In Chul et al. "Washing Machine Combined with Dryer." Patent Application No. US 2006/0086001 A1. April 27, 2006.
Hong, Sog Kie et al. "Washing Machine Combined with Dryer and Controlling Method Thereof." Patent Application No. US 2006/0101589 A1. May 18, 2006.
Lee, Tae Hee et al. "Washing Machine Having Drying Function and Method for Controlling the Same." Patent Application No. US 2005/0223504 A1. October 13, 2005.

**Product Literature**

Bissell, “QuickSteamer® User’s Guide”, 2/28/06
J.S. Dyna-Tech Industries, “Eutopa Steam Tower,” www.jsdynatech.com/Consumer/eutopa.htm
Edgestar, “Use and Care Guide,” Washer Dryer Combo, Model CW 2200.
Proctor & Gamble Company, “Dryel”, http://www.dryel.com
Whirlpool, “Use & Care Guide,” Duet® Steam Electronic Electric Dryer, 9/07
Whirlpool, “Top and Console Parts,” For Models WED9600TW0, WED9600TU0, WED9600TA0, WED9600TZ0, WED9600TB0
Whirlpool, “Tech Sheet,” Part No. W10143265A, 7/07
LG, “User’s Guide & Installation Instructions,” Tromm™ Dryer with Steam,
LG, “Tech Sheet,” P/No. MHK40015501

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

G. & C. MERRIAM COMPANY, *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

COPYRIGHT © 1981 BY G. & C. MERRIAM CO.

PHILIPPINES COPYRIGHT 1981 BY G. & C. MERRIAM CO.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. G. & C. Merriam Company.
PE1625.W36 1981 423 81-16878
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram) AACR2

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information and retrieval systems —without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

3536KP8382

clysmal, but *steady* and patient —C.W.Eliot⟩ and in relation to persons it may imply a balanced resolution and dependability, a strength of character under stress ⟨intoxicated as he was, he knew enough to charge the steward — a *steady* seaman be it remembered — with the present safety of the ship —Herman Melville⟩ ⟨statesmen, instead of being as they should be, at once mild and *steady*, are at once ferocious and inconsistent —T.B.Macaulay⟩ EVEN may indicate a level, plain quality without rough variation or elevation ⟨had been moving along in an *even* path . . . there was no apparent slope downward, and distinctly none upward —Theodore Dreiser⟩; when used of people it suggests a natural level calmness without the resolution implied by STEADY ⟨support with an *even* temper, and without any violent transports of mind, a sudden gust of prosperity —Henry Fielding⟩ CONSTANT implies a sameness, fixity, consistency, persistence, or regularity more or less measurable and lasting ⟨while there have been several clear and distinct changes in the pattern, the essence of the university tradition has through all these years remained *constant* —J.B.Conant⟩ In reference to persons, it may suggest either loyalty or unchanging fixity ⟨a loyal husband (*constant* if not faithful) —Agnes Repplier⟩ ⟨could never think of him as having been a young man . . . he always thought of him as an unchanging, a measured, deliberate, *constant* quantity, like a Greek letter in a mathematical formula —J.P.Marquand⟩ UNIFORM, less applicable to persons than the preceding words, stresses to a greater degree sameness and lack of variety in salient characteristics as indicated or implied ⟨the various tackle blocks and planks of the wooden ships were cut to *uniform* measure: building became the assemblage of accurately measured elements —Lewis Mumford⟩ ⟨the purpose of this is to afford a requirement of a reasonably *uniform* character for all states cooperating with the federal government —F.D. Roosevelt⟩ EQUABLE stresses lack of extremes and sudden marked changes ⟨a more *equable* winter climate in France —Osbert Sitwell⟩ ⟨in low *equable* tones, curiously in contrast to the strident babble with which natives are accustomed to make day hideous —Rudyard Kipling⟩ and applied to persons and their temperaments it may imply an unruffled complacence ⟨bridge, whist, baccarat, poker, roulette and Monte Carlo — at all these she won and lost, with the same *equable* sangfroid —Rose Macaulay⟩

²**steady** \"\ *vb* -ED/-ING/-ES *vt* **1** : to keep from shaking, reeling, or falling : make or keep firm ⟨she swayed slightly and put a hand out to ~ herself —Nigel Balchin⟩ **2 a** : to bring under control : CALM, COMPOSE, QUIET ⟨drew a deep breath and *steadied* himself with an effort of will —Aldous Huxley⟩ **b** : to make serious or sober : keep from dissipation or irregular habits ⟨as he had no business or profession to ~ him, he traveled rapidly down the primrose path —G.C.Sellery⟩ **c** : to make constant, regular, or resolute ⟨was *steadied* in his determination for a career by his desire to win . . . approbation and love —Lawrason Brown⟩ **3 a** : to keep (a ship) on the course set : keep from veering off course **b** : to cause to proceed at an even pace ⟨~ the horse⟩ ~ *vi* **1** : to settle down : become regular in habits or behavior ⟨led a wild life but *steadied* down after his marriage⟩ **2** : to keep or return to a fixed position or course ⟨the statue tottered but then *steadied* on its base⟩ ⟨they swept round in a long gentle turn and *steadied* on the course —Nevil Shute⟩ **3** : to become more stable ⟨another dark spot appeared to be brightening as farm prices *steadied* —*Dun's Rev.*⟩ **syn** see STABILIZE

³**steady** \"\ *adv* **1** : in a steady manner : STEADILY ⟨the rain was coming down ~ —Richard Bissell⟩ ⟨these poets have seen the city ~ and seen it whole —Thomas Lask⟩ **2** : on the course set : without veering from the direct line of course — used as a direction to the helmsman of a ship

⁴**steady** \"\ *n* -ES **1** : one that is steady; *specif* : a boyfriend or girl friend with whom one goes steady **2** : something that holds firm; *specif* : STEADY REST

**steady flow** *n* [¹*steady*] : a flow in which the velocity of the fluid at a particular fixed point does not change with time — called also *stationary flow*; compare UNIFORM FLOW

**steady-going** \'ˌ⸗ˌ⸗\ *adj* [³*steady*] **1** : CONSTANT, REGULAR ⟨*steady-going* devotion⟩ **2** : of steady habits : SERIOUS, SOBER ⟨a *steady-going* young man⟩

**steady load** *n* [¹*steady*] : DEAD LOAD 1

**steady motion** *n* : motion in which the linear and angular velocity or either of them is constant

**steady pin** *n* [²*steady*] **1** : DOWEL 1 **2** : a device (as a pin or sunk key) used to prevent a pulley from turning on a shaft or spindle **3 a** : a long guide pin attached to a cope or pattern to enable it to be lifted vertically **b** : CORE PRINT

**steady rest** *n* : a rest in a lathe or grinding machine in which long round pieces of work may rotate but without eccentric movement — called also *center rest*; compare FOLLOW REST

**steady state** *n* **1** : a state or condition of a system or process (as one of the energy states of an atom) that does not change in time **2** : a condition of stability of a generator or electric system under normal fluctuations of load or voltage **3** : a state of physiological equilibrium esp. in connection with a specified metabolic relation or activity

¹**steak** \'stāk\ *n* -S [ME *steyke, steke*, fr. ON *steik*; akin to ON *steikja* to roast on a spit, *stik* stick, stake — more at STICK] **1 a** : a slice of meat cut from a fleshy part of a beef carcass usu. in cross section and usu. cooked or to be cooked by broiling : BEEFSTEAK — see BEEF illustration **b** : a similar slice of a specified meat other than beef ⟨ham ~⟩ ⟨veal ~⟩ **c** : a cross-section slice of a large fish ⟨halibut ~⟩ ⟨swordfish ~⟩ **2** : ground beef prepared for cooking or for serving — see HAMBURGER STEAK, SALISBURY STEAK **3** : FLANK STEAK

²**steak** \"\ *vt* -ED/-ING/-S : to cut (large fish) crosswise into steaks

**steak hammer** *n* : an implement for pounding meat to make it more tender by breaking down the tissue fibers

steak hammers

**steak knife** *n* : a table knife having a steel blade often with a serrated edge and a handle of any of various materials (as metal, wood, plastic)

**steak set** *n* : a small carving set

¹**steal** \'stē(ə)l, 'stā(ə)l\ *n* -S [ME *stele* stalk, stem, handle, fr. OE, stalk, support; akin to ON *stjōlr* hinder part, tail, Gk *stelea* handle of an axe, *stellein* to set up, make ready — more at STALL] **1** *dial Brit* : STALK, STEM **2** *dial Brit* : HANDLE, SHAFT

²**steal** \'stēl, *esp before pause or consonant* -ēəl\ *vb* **stole** \'stōl\ **sto·len** \'stōlən *sometimes* -ln\ *or chiefly dial* **stole** \-ōl\ *or dial chiefly Brit* **stoun** *or* **stown** \-ōn\ **stealing; steals** [ME *stelen*, fr. OE *stelan*; akin to OHG *stelan* to steal, ON *stela*, Goth *stilan*, and perh. to Gk *sterein* to deprive, bereave, rob, MIr *serbh* theft] *vi* **1** : to take the property of another ⟨you shall not ~ —Exod 20:15 (RSV)⟩ **2 a** : to leave secretly or unobtrusively ⟨he *stole* quietly out of the picture for ever —Richard Harrison⟩ **b** : to move furtively : attempt to come or go without attracting notice ⟨*stole* over at twilight for an inconspicuous inspection —Margaret Janes⟩ **c** : to move, glide, or elapse gently ⟨a tear *stole* down her cheek⟩ ⟨the months *stole* on⟩ **3 a** : to come upon one gradually or without warning ⟨the white, soft light that ~*s* upon half sleep near morning —Scott Fitzgerald⟩ ⟨shall we ~ upon them . . . at supper —Shak.⟩ **b** : to approach, enter, or take possession by imperceptible degrees ⟨anxiety was ~*ing* over her as if it emanated from her surroundings —Ellen Glasgow⟩ ⟨into her cheeks *stole* a lovely color —Edison Marshall⟩ **4** *of a base runner* : to advance from one base to the next without the aid of a hit or error ⟨are allowed to ~ without a signal —M.F.Mallette⟩ ~ *vt* **1 a** : to take and carry away feloniously and usu. unobserved : take or appropriate without right or leave and with intent to keep or make use of wrongfully ⟨*stole* a car from a parking lot⟩ ⟨*stole* money from the cash register⟩ ⟨who ~*s* my purse ~*s* trash —Shak.⟩ **b** : to appropriate (as another's conception or invention) and use as one's own ⟨*stole* the formula and began to manufacture the product himself⟩ : PLAGIARIZE ⟨his jokes were borrowed and *stolen* all over the country —Eleanor M. Sickels⟩ ⟨*stole* nearly all his plots —Agnes de Mille⟩ **c** : to take away by force or unjust or underhand means : deprive one of ⟨they've *stolen* our liberty from us, and we'll never get it back —Kenneth Roberts⟩ ⟨had *stolen* the nomination from him —A.S.Link⟩ **d** *archaic* : ABDUCT, KIDNAP ⟨such incidents as the child *stolen* by gypsies —E.A.Poe⟩ **e** : to take secretly or without permission ⟨*stole* a kiss from her before she could protest⟩ **f** : to take over : ADOPT, BORROW ⟨the various gyrations have been *stolen* from boxing, basketball, track —*This Week Mag.*⟩ **g** : to appropriate entirely to oneself or beyond one's proper share ⟨has to occupy the center of the stage and ~ the act —Constance Foster⟩ ⟨the young ladies ~ most of the limelight —O.S.Nock⟩ **2 a** : to move, convey, or introduce secretly : SMUGGLE ⟨*stole* a hand into hers —Rumer Godden⟩ ⟨watching for an opportunity to ~ their egg into some nest —John Burroughs⟩ **b** : to aim furtively : direct secretly ⟨*stole* several glances at him with a curiosity very natural under the circumstances —Joseph Conrad⟩ **c** : to accomplish in a concealed or unobserved manner ⟨might even ~ a visit —G.B.Shaw⟩ **3** : to use (an interval of time) for an unscheduled, irregular, or secret purpose ⟨felt he was ~*ing* the time and using it for frivolous thoughts —Virginia D. Dawson & Betty D. Wilson⟩ ⟨~*ing* time off from her other clients to flit in and out of the workrooms —P.E.Deutschman⟩ **4 a** : to win away (as by persuasion or deception) : ENTICE ⟨this savage who *stole* your allegiance from me —T.B.Costain⟩ ⟨the obligation to refrain from deliberately ~*ing* each other's clients —H.S.Drinker⟩ **b** : to take possession of gradually and imperceptibly : withdraw or remove stealthily — often used with *away* ⟨shorter wind, paunches, and hardened arteries had begun to ~ away their lust for life —Dixon Wecter⟩ **5** : to seize, gain, or win by trickery, skill, or daring ⟨a basketball player adept at ~*ing* the ball from his opponents⟩ ⟨show folks know how to ~ that extra bow —Goodman Ace⟩ ⟨a shrewd poker player who ~*s* many pots⟩: as **a** *of a base runner* : to gain (a base) by running without the aid of a hit or an error **b** *baseball* : to intercept and interpret correctly (an opponent's signal) ⟨false moves calculated to keep the enemy from ~*ing* the genuine sign —A.J.Daley⟩ **c** : to make (a run) in cricket by alert opportunism in circumstances where a run would not ordinarily be attempted **6** *of a hen* **a** : to make (a nest) in an out-of-the-way place **b** : to make use of (the nest) of another hen

**syn** PILFER, FILCH, PURLOIN, LIFT, PINCH, SNITCH, SWIPE, COP: these have in common the sense of to take another's possession without right, without his knowledge or observation. STEAL, the commonest and most general of the group, can refer to any act of taking without right although it suggests strongly a furtiveness or secrecy in the act ⟨*steal* a pocketbook⟩ ⟨*steal* jewels⟩ ⟨*steal* a kiss⟩ ⟨*steal* a glance at someone⟩ PILFER suggests stealing in small amounts ⟨the pantry mouse that *pilfers* our food —*Conservation in the U.S.*⟩ ⟨the ladies of unexceptionable position who are caught *pilfering* furs in shops —L.P. Smith⟩ ⟨*pilfer* the secret files of the foreign office —H.J. Morgenthau⟩ FILCH is close to PILFER but suggests more strongly the use of surreptitious means, esp. quick snatching ⟨the pursuit of a thief who had *filched* an overcoat —McKenzie Porter⟩ ⟨a lot of fellows were too hungry to wait, and so some of the rations were *filched* —Asa Autry⟩ ⟨a bulky, dark youth in spectacles . . . *filching* biscuits from a large tin —Dorothy Sayers⟩ PURLOIN usu. shifts the stress onto the idea of removal or making away with for one's own use, often becoming generalized to include such acts as plundering or plagiarism ⟨had *purloined* $386,920 from the New York realty management firm for which he worked, then absconded —*Time*⟩ ⟨added theft to her other sin, and having found your watch in your bedroom had *purloined* it —Samuel Butler †1902⟩ ⟨I hope to quote him is not to *purloin* —John Dryden⟩ LIFT, when it does not mean specif. to steal by surreptitiously taking from counters or displays in stores, is used frequently in spoken English in the sense of PURLOIN ⟨women shoplifters often work in gangs of three. Two act as shields while the third does the *lifting* —*Irish Digest*⟩ ⟨*lift* money from the cash register⟩ ⟨imitators who *lifted* everything except the shirt off his back —Scott Fitzgerald⟩ PINCH, SWIPE, SNITCH, and COP are virtually interchangeable with FILCH. PINCH and SWIPE are often used in place of STEAL to suggest an act morally less reprehensible ⟨loot having been *pinched* by him from the British ship *Mary Dyer* —*Sydney (Australia) Bull.*⟩ ⟨well-dressed crooks really did steal the Gold Cup at Ascot . . . drove up in a handsome car . . . and *pinched* the cup out of the Royal Enclosure —J.D. Carr⟩ ⟨the bloke who *pinched* my photographs —Richard Llewellyn⟩ ⟨hovering outside the dying butler's bedroom waiting to . . . pop in and *swipe* the old man's private notebooks —*Time*⟩ SNITCH possibly stresses more the removal by quick, furtive snatching ⟨while he was bathing, somebody *snitched* his uniform —P.G.Wodehouse⟩ ⟨*snitched* people's ideas without telling them —Dorothy Sayers⟩ COP usu. lays stress upon quick, often spur-of-the-moment filching or purloining ⟨some woman put on a dinner gown, mingled with guests, *copped* fifty thousand bucks in jewelry —Erle Stanley Gardner⟩ ⟨ran home and *copped* a piece of beefsteak from his old lady —J.T. Farrell⟩

— **steal a march** : to gain an advantage unobserved — **steal one's thunder** : to appropriate or adapt for one's own ends something effective (as an idea or plan) devised or thought out by another

³**steal** \"\ *n* -S **1 a** : the act or an instance of stealing : THEFT ⟨his hand went out and picked up the shears as if he had had that ~ in mind for many years —Wright Morris⟩ **b** : the act or an instance of stealing a base ⟨thrown out on an attempted ~⟩ **2** : a fraudulent or questionable political action or deal ⟨this is the real ~ of the last 10 years —*New Republic*⟩ **3** : BARGAIN ⟨was prepared to let it go, though it was a ~ at the price, for ten dollars —Reed Whittemore⟩

**steal·able** \-ləbəl\ *adj* [²*steal* + *-able*] : capable of being stolen ⟨though the invasion blueprints weren't stolen, they were ~ —Linnell Jones⟩

**steal·age** \-lij, -lēj\ *n* -S [²*steal* + *-age*] : STEALING, THEFT ⟨noted any increase in ~ from stores —*Christian Science Monitor*⟩

**steal·er** \-lə(r)\ *n* -S **1** : one that steals ⟨base ~⟩ ⟨scene ~⟩ **2** *also* **steel·er** \"\ : the endmost plank or plate of a strake that ends short of the stem or stern

¹**stealing** *n* -S [ME *steling*, fr. gerund of *stelen* to steal] : the act of one who steals ⟨accused of ~⟩ ⟨led the league in ~⟩

²**stealing** *adj* [fr. pres. part. of ²*steal*] **1** *archaic* : moving stealthily, softly, or imperceptibly **2** : THIEVING ⟨helpful in the case of a ~ boy or girl —G.E.Gardner⟩ — **steal·ing·ly** *adv*

**steals** *pl of* STEAL, *pres 3d sing of* STEAL

**stealth** \'stelth *also* -ltth\ *n* -S [ME *stalthe, stelthe*; akin to OE *stelan* to steal] **1 a** *archaic* : the act or an instance of stealing : THEFT ⟨ingratitude makes it worse than ~ —Shak.⟩ **b** *obs* : something that is stolen : BOOTY ⟨pursue the ~ of pilfering wolf —John Milton⟩ **2** : the act or action of going or passing furtively, secretly, or imperceptibly ⟨told him of your ~ unto this wood —Shak.⟩ ⟨the realization of it was creeping through her veins with the deadly ~ of a drug —J.C.Smith⟩ ⟨with the ~ of years . . . she had lost a little bloom —Francis Hackett⟩ **3** : FURTIVENESS, SLYNESS ⟨equaled this great wood-cat in ~, and far surpassed it in cunning and ferocity —Theodore Roosevelt⟩ — **by stealth** *adv* : in a clandestine manner : SECRETLY ⟨only seven were printed, anonymously, surreptitiously, and *by stealth*, during her lifetime —Louis Untermeyer⟩

**stealth·ful** \-fəl\ *adj* [*stealth* + *-ful*] *archaic* : STEALTHY

**stealth·i·ly** \-thəlē, -li\ *adv* : in a stealthy manner ⟨she looked out ~ through the blind of the little window —Charles Kingsley⟩ ⟨the public schools have ~ crept back into the hearts of the intellectuals —Edward Shils⟩

**stealth·i·ness** \-thēnəs, -thin-\ *n* -ES : the quality or state of being stealthy

**stealthy** \-thē, -thi\ *adj* -ER/-EST [*stealth* + *-y*] **1** : slow, deliberate, and secret in action or character ⟨the ~ revolution that has produced machine-made society —F.B.Millett⟩ ⟨a ~ owl lived on the roof —E.W.H.Lumsden⟩ **2** : intended to escape observation : FURTIVE ⟨a ~ sound⟩ ⟨a ~ glance⟩ ⟨a ~ movement⟩ **syn** see SECRET

¹**steam** \'stēm\ *n* -S *often attrib* [ME *stem, steme*, fr. OE *stēam, stēm, stīem*; akin to D *stoom* steam] **1 a** : a vapor arising from some heated substance : EXHALATION ⟨a ~ of incense⟩ **b** *archaic* : stale air — often used in pl. ⟨every modest flower that needs the pure air and will not grow in ~*s* —James Martineau⟩ **2 a** : the invisible vapor into which water is converted when heated to the boiling point : water in the state of vapor — compare DRY STEAM, WATER VAPOR, WET STEAM **b** : the mist formed by the condensation on cooling of water vapor : visible vapor **3 a** : water vapor kept under pressure so as to supply energy for heating, cooking, or mechanical work; *also* : the power so generated ⟨full ~ ahead⟩ **b** : driving force : ENERGY, POWER ⟨had got here on his own ~, won a lot of scholarships —A.L.Rowse⟩ ⟨hit him a peach of a right . . . but the ~ was gone —A.J.Liebling⟩ **c** : emotional tension ⟨after six months of hard study, he felt the need to let off a little ~⟩ ⟨though not a demonstrative bird, the king penguin occasionally must let off ~ —A.N.T.Rankin⟩ **4 a** : STEAMSHIP ⟨travel by ~⟩ **b** : travel by or a trip in a steamship ⟨the sea voyage — a night and a day's ~ —J.P.O'Donnell⟩ **c** : the occupation of handling ships under steam ⟨a blue-water man who had come into ~ and the home trade to get an easier life —Thomas Wood †1950⟩

²**steam** \"\ *vb* -ED/-ING/-S *vi* **1** : to rise in vapor : issue or pass off as vapor ⟨the heat ~*s* out of the forest —Robert Payne⟩ **2 a** : to give off steam or vapor ⟨the town ~*ed* in a listless heat —Vincent McHugh⟩ ⟨the cows . . . stood in the yards all day, ruminating and ~*ing* —Adrian Bell⟩ **b** : REEK ⟨at that time of year the boardwalk ~*s* with sophistication —*N.Y.Times*⟩ **3 a** : to move or travel by the agency of steam ⟨reaching the little riverside landing . . . after a day and a half of ~*ing* southward —Tom Marvel⟩ ⟨saw the train ~*ing* in —Edith Sitwell⟩ **b** : to move with energy or force as if by the agency of steam ⟨when he ~*s* into second base, say, on a long double —*Time*⟩ ⟨the racket smacked . . . and the white ball came ~*ing* across at me —R.P.Warren⟩ **4** : to generate steam ⟨the boiler ~*s* well⟩ **5** : to be angry : BOIL ⟨was still ~*ing* over the insult he had received⟩ ~ *vt* **1** : to give out as fumes : EXHALE **2** : to apply steam to ⟨women often like to ~ the skin by covering it with hot towels —Morris Fishbein⟩: as **a** : to cook by direct exposure to steam (as in a steamer) or in a vessel surrounded by steam (as in a double boiler) **b** : to expose (cloth) to the action of steam (as in dyeing or shrinking) **3** : to convey by steamship **4** : to move by the action of steam ⟨~*ing* a carrier through the Strait of Gibraltar —Walter Karig⟩ — **steam open** : to unglue by the action of steam ⟨*steam open* the envelope⟩

**steam bath** *n* **1** : a bath of steam (as for use in a laboratory) — compare WATER BATH **2** : a container for a steam bath

**steam beer** *n* : a highly effervescent beer brewed in the western U.S.

**steam black** *n, often cap S&B* : a natural dye — see DYE table I (under *Natural Black 4*)

**steamblaster** \'⸗ˌ⸗⸗\ *n* : one that cleans stone or brick structures with a spray of steam

**steam blower** *n* : a blower for producing a draft by a jet or jets of steam

¹**steamboat** \'⸗ˌ⸗\ *n* : a boat propelled by steam power; *esp* : one designed for river or coastal traffic

²**steamboat** \"\ *vi* : to go or travel by steamboat

**steamboat gothic** *n, usu cap G* [so called fr. its use in homes of retired steamboat captains in imitation of the style of river steamboats] : an elaborately ornamental architectural style used in homes built in the middle 19th century in the Ohio and Mississippi river valleys

**steamboating** \'⸗ˌ⸗⸗\ *n* [¹*steamboat* + *-ing*] : the business or occupation of operating or working on a steamboat

**steamboatman** \'⸗ˌ⸗⸗\ *n, pl* **steamboatmen** : one engaged in running a steamboat

**steamboat ratchet** *n* : a sleeve internally threaded at the ends with opposing threads and equipped with a ratchet and handle so that when the sleeve is attached to the ends of two rods the rods may be pulled together by turning it

**steam boiler** *n* : a boiler for producing steam

**steam box** *n* **1** : STEAM CHEST **2** : a receptacle in which things are steamed

**steam chest** *n* : the chamber from which steam is distributed to a cylinder of a steam engine — called also *valve chest*

**steam coal** *n* : coal suitable for use under steam boilers

**steam cock** *n* : a cock for passage of steam; *specif* : the upper gauge cock in a steam boiler

**steam coil** *n* : a coil of pipe through which steam is passed

**steam condenser** *n* : CONDENSER 2e

**steam cure** *n* : vulcanization of rubber articles with direct exposure to steam

**steam-distill** \'⸗⸗ˌ⸗\ *vb* [back-formation fr. *steam distillation*] *vt* : to subject to steam distillation ~ *vi* : to undergo steam distillation

**steam distillation** *n* : distillation (as of a substance essentially insoluble in water) assisted by steam that is usu. introduced as a current into the substance to be distilled and carries over with it quantities of the more volatile components to form an aqueous distillate on condensation ⟨by means of *steam distillations*, volatile organic liquids may be separated from relatively nonvolatile impurities —J.H.Perry⟩

**steam dome** *n* : DOME 4e

**steamed** *past of* STEAM

**steam engine** *n* **1** : an engine driven or worked by steam; *specif* : a reciprocating engine consisting essentially of a piston driven in a closed cylinder by steam at a pressure initially much greater than that of the atmosphere and usu. connected rigidly by a piston rod to a crosshead whose reciprocating motion is usu. converted into rotary motion by a connecting rod, crankpin, crank, and crankshaft — compare STEAM TURBINE **2** : LOCOMOTIVE

¹**steam·er** \'stēmə(r)\ *n* -S [¹*steam* & ²*steam* + *-er*] **1 a** : a vessel in which articles are subjected to steam **b** : a cooking utensil with a perforated insert to hold food to be steamed **2 a (1)** : STEAMSHIP **(2)** : a mechanically propelled ship **b** : an engine, machine, or vehicle operated or propelled by steam: as **(1)** : a fire engine having pumps operated by steam ⟨modern fire trucks ousting the rampaging old horse-drawn ~*s* —*Sat.Eve.Post*⟩ **(2)** : an automobile driven by steam **3** : one that steams; *specif* : one that cleans or conditions with steam (as in the cleaning of electrolytic refining equipment, the preshrinking of cloth, the blending of tobacco) **4** [so called fr. its suitability for steaming] : SOFT-SHELL CLAM

steamer 1b

²**steamer** \"\ *vi* -ED/-ING/-S : to go or voyage by steamer

**steamer chair** *n* : DECK CHAIR

**steamer duck** *n* : any of two flightless and one flying large sea ducks (genus *Tachyeres*) of Patagonia, Tierra del Fuego, and the Falkland islands that swim with a peculiar action suggesting a side-wheel steamboat

**steamer rug** *n* : RUG 2c

**steamer trunk** *n* : a trunk suitable for use in a stateroom of a steamer; *esp* : a shallow trunk that may be stowed beneath a berth

steamer trunk

**steam fit** *n* : a steamtight fit

**steam fitter** *n* : one that installs or repairs steam pipes or other equipment for heating, ventilating, or refrigerating systems

**steam fitting** *n* : the work or occupation of a steam fitter

**steam fog** *n* : fog formed by cold air flowing over a warm water surface

**steam gauge** *n* : a pressure gauge for steam

**steam generator** *n* : a large apparatus for converting hot water into steam at high pressure and often with supplementary coils to superheat the steam

**steam hammer** *n* : a power forging hammer worked directly by steam; *esp* : a hammer guided vertically and operated by a vertical steam cylinder located directly over an anvil

**dry·de·ni·an** \(ˈ)drīˈdēnēən, -ˈden-\ *adj, cap* [John *Dryden* †1700 Eng. poet + E *-ian*] **:** of or in the manner of the poet Dryden

**dry digging** *n* **:** an alluvial mine in an arid region — usu. used in pl.; called also *dry placer*

**dry–dip** \ˈ-,-\ *n* **:** a tanning solution into which sole leather is dipped to increase firmness and restore color

**dry–disk rectifier** *n* **:** a rectifier cell of the barrier-layer type

**dry distillation** *n* **:** the distillation of substances in a dry condition; *esp* **:** DESTRUCTIVE DISTILLATION

**dry dock** *n* **:** a dock that can be kept dry for use during the construction or repairing of ships — see FLOATING DOCK, GRAVING DOCK; compare MARINE RAILWAY

**dry–dock** \ˈ-,-\ *vt* [*dry dock*] **:** to place in a dry dock

**dry–dye** \ˈ-,-\ *vt* **:** to dye (a fabric) by using a nonaqueous solvent (as petroleum naphtha)

**dry end** *n* **:** the section of a papermaking machine extending from the place where the wet web is first subjected to the drying process to the place where the finished paper is reeled — compare WET END

**dryer** *var of* DRIER

**dryest** *var of* DRIEST

**dry face** *n* **:** a chipped or tapped area on a turpentine tree that fails to produce a flow of oleoresin

**dry farm** *n* **:** a nonirrigated farm on dry land

**dry–farm** \ˈ-,-\ *vt* [*dry farm*] **:** to farm without irrigation — **dry farmer** *n*

**dry farming** *n* **:** production of crops on dry land without irrigation principally by tillage methods conserving soil moisture and by the use of drought-enduring or drought-evading crops — called also *dryland farming*

**dry–fine** \ˈ-,-\ *vt* **:** to repolish (metals) on a dry fine-grained wheel when an esp. smooth surface is required

**dry finish** *n* **:** a finish given to paper or board by calendering dry — compare WATER FINISH — **dry–finished** \ˈ-,-\ *adj*

**dryfist** *n* [¹*dry* + *fist*] *obs* **:** NIGGARD, MISER

**dryfland** *var of* DROFLAND

**dry fly** *n* **:** an artificial fly designed to float upon the surface of the water

**dry fog** *n* **1 :** a haze caused by dust or smoke in the air **2 :** a fog occurring above the dew point and caused by some substance (as coal-tar vapor) that prevents evaporation of the water droplets

**dryfoot** \ˈ-,-\ *adv* [ME *drie foot*] **1 :** with dry feet **2** *obs* **:** by the scent of the foot

**dry foot** *n* **:** the bottom of a piece of pottery when unglazed

**dry fruit** *n* **:** a fruit (as a capsule or achene) in which the pericarp is not succulent or pulpy

**dry gangrene** *n* **:** gangrene that develops in the presence of pure arterial obstruction, is sharply localized (as in an extremity or an udder), and is characterized by dryness of the dead tissue which is of a dark brown or black color and sharply demarcated from adjacent tissue by a line of inflammation

**dry goods** \ˈ-,-\ *n pl but sometimes sing in constr* **:** textiles, ready-to-wear clothing, and notions as distinguished from hardware, jewelry, groceries, and wet goods

**dry–grind** \ˈ-,-\ *vt* **:** to grind without using liquid

**dry grins** *n pl* **:** smiling caused by a feeling of embarrassment

**dry–gulch** \ˈ-,-\ *vt* **:** to kill from ambush

**dry–handed** \ˈ-,-\ *adj* **:** without weapons

**dry hole** *n* **1 :** a hole drilled (as through rock in a quarry) without using water **2 :** a well that does not yield oil or gas in commercial quantities — called also *dry well, duster*

**dry hopping** *n* **:** the addition of hops to beer in the cask

**dryhouse** \ˈ-,-\ *n* **1 :** CHANGE HOUSE **2 :** a drying room (as in a factory)

**dry ice** *n* **:** a substance that consists of solidified carbon dioxide usu. in the form of blocks, that at −78.5° C changes directly to a gas as it absorbs heat, and that is used chiefly as a refrigerant and coolant

**drying** *adj* [ME, fr. the pres. part. of *dryen, drien* to dry — more at DRY] **:** capable of rapidly becoming dry and hard by absorbing oxygen on exposure to air — see DRYING OIL

**drying loft** *n* **:** a loft in which paper is dried under carefully regulated atmospheric conditions

**drying oil** *n* **:** a natural or synthetic unsaturated fatty oil (as linseed oil or dehydrated castor oil) that changes readily to a hard, tough, elastic substance when exposed in a thin film to the air and may serve as a vehicle in paints, varnishes, and printing inks — compare BLOWN OIL, BODIED OIL, BOILED OIL

**drying oven** *n* **:** a heated chamber for drying; *specif* **:** one for drying clay ware or glazed ware before firing

**dry·i·nid** \ˈdrīənəd, -ˌnid\ *n* -S [NL *Dryinidae*] **:** one of the Dryinidae

**dry·in·i·dae** \drīˈinəˌdē\ *n pl, cap* [NL, fr. *Dryinus,* type genus + *-idae*] **:** a family of small broad-headed wasps parasitic as larvae on the nymphs of leafhoppers and related insects

**dry–ki** *or* **dri·ki** \ˈ-,kī\ *n* -S [origin unknown] **:** standing or fallen weather-beaten timber (as of trees killed by flooding)

**dry kiln** *n* **:** a heated chamber for drying and seasoning cut lumber

**dry labor** *n* **:** childbirth characterized by premature escape of the amniotic fluid

**dry lake** *n* **:** a tract of salt-encrusted land in a region of slight rainfall which may occas. be covered by a temporary lake **:** PLAYA

**dry land** *n* **1** \ˈ-ˈ-\ **:** a region of low or inadequate rainfall **2** \ˈ-,-\ **:** TERRA FIRMA ⟨eager to set foot on *dry land* again⟩

**dry–land** \ˈ-,-\ *adj* [*dry land*] **1 :** of, relating to, or found on terra firma ⟨where the toad is called a *dry-land* frog⟩ ⟨*dry-land* rice⟩ **2** *usu* **dryland :** of or relating to arid regions or to dry farming ⟨*dryland* wheat⟩ ⟨typical *dryland* genera⟩

**dryland blueberry** *n* **1 :** a low shrub (*Vaccinium pallidum*) of eastern No. America **2 :** the sweet blue berry borne by the dryland blueberry

**dryland farming** *n* **:** DRY FARMING

**dry lodging** *n, obs* **:** lodging without board

**dry loft** *n* **:** a tannery area where leather is hung to dry

**drylot** \ˈ-,-\ *n* **:** an enclosure of limited size that is usu. bare of all vegetation and is used for feeding and fattening livestock

**dry·ly** *or* **dri·ly** \ˈdrīlē, -li\ *adv* [ME *dryely,* fr. *drye, dry* + *-ly*] **:** in a dry manner: as **a :** without moisture **b :** with caustic or sardonic humor **:** SARCASTICALLY **c :** without emotion **:** INDIFFERENTLY, COLDLY ⟨freely, if ~, advised lady guests on the respective qualities of moire and surah —Margery Sharp⟩ **d :** in a plain unadorned style **:** in a dull uninteresting manner ⟨he is never ~ didactic —*Manchester Guardian Weekly*⟩; *also* **:** in a clear, forthright, and unbiased manner ⟨~ academic and methodical —*Nation*⟩

**dry·man** \ˈ-mən, -ˌman\ *n, pl* **drymen :** one in charge of a dryhouse

**dry measure** *n* **1 :** a series of units of capacity for dry commodities — see MEASURE table **2 :** a measure for dry commodities

**dry milk** *n* **:** whole or skim milk from which the water has been removed

**dry milk solids** *n pl* **:** the constituents of milk (as protein, lactose, minerals, vitamins, ash) remaining after the removal of water

**dry mop** *n* **:** a long-handled duster for use on floors — called also *dust mop*

**dry mounting** *n* **:** a method of attaching photographic prints to a support by means of a thermoplastic tissue treated with shellac and the application of heat and pressure

dry mop

**dry multure** *n, Scots law* **:** a yearly tax payable in money or grain to a mill owner for the grinding of grain grown on land subject to thirlage or for the right to have that grain ground elsewhere

**dry·ness** *n* -ES [ME *drynesse,* fr. OE *drȳgnes,* fr. *drȳge* dry + *-nes* -ness — more at DRY] **:** the quality or state of being dry: as **a :** lack of emotional warmth or imaginative quality **b :** lack of power to interest or divert **:** MONOTONY **c :** quiet or sardonic humor **d :** sobriety esp. in a person previously suffering from alcoholism

**dry nurse** *n* **1 :** a nurse who cares for but does not suckle an infant — compare WET NURSE **2 :** one who aids or instructs another usu. unnecessarily

**dry–nurse** \ˈ-,-\ *vt* [*dry nurse*] **:** to act as dry nurse to; *esp* **:** to give unnecessary supervision to ⟨I have gone round the world alone and do not need to be *dry-nursed* through a tour in Ireland —G.B.Shaw⟩

**dryo-** — see DRY-

**dry·o·bal·a·nops** \ˌdrīōˈbaləˌnäps\ *n* [NL, fr. *dry-* + *balan-* + *-ops*] **1** *cap* **:** a small genus of resin-producing trees (family Dipterocarpaceae) having flowers with a cup-shaped calyx the limb of which is divided into leafy segments — see BORNEO CAMPHOR **2** -ES **:** any tree of the genus *Dryobalanops*

**dry·ob·a·tes** \drīˈäbəˌtēz\ [NL, fr. *dry-* + *-bates*] *syn of* DENDROCOPOS

**dry off** *vt* **:** to develop dormancy in (a plant) by withholding water

**dry offset** *n* [so called fr. the fact that no water is used] **:** offset printing in which the inked impression from letterpress or relief is etched on a thin metal surface, then printed on an intermediate rubber surface (as a blanket), and then offset onto the paper

**dry·o·phyl·lum** \ˌdrīōˈfiləm\ *n, cap* [NL, fr. *dry-* + *-phyllum*] *bot* **:** a genus of widely distributed Upper Cretaceous and Tertiary fossil trees (family Fagaceae) considered to be ancestors of modern oaks and beeches

**dry·o·pi·the·cid** \ˌdrīōpəˈthēsəd, -ēkəd, -ˈpithə,sid, -ə,kid\ *n* -S [NL *Dryopithecus* + E *-id*] **:** an ape of the subfamily Dryopithecinae

**dry·o·pith·e·ci·nae** \-ˌpithəˈsī(ˌ)nē, -ˈkī-\ *n pl, cap* [NL *Dryopithecus,* type genus + *-inae*] **:** a subfamily of Pongidae comprising Miocene and Pliocene Old World anthropoid apes regarded by some as common ancestors of man and modern anthropoids and including the genera *Dryopithecus, Proconsul, Sivapithecus,* and less-known related forms — **dry·o·pith·e·cine** \-ˈpithəˌsīn, -ˌkīn\ *adj or n*

**dry·o·pi·the·cus** \ˌ-ˌ-pəˈthēkəs, -ˈpithəkəs\ *n, cap* [NL, fr. *dry-* + *-pithecus*] **:** a genus of generalized Miocene and Pliocene Old World apes sometimes regarded as common ancestral forms of the anthropoid apes and man

**dry·op·te·ris** \drīˈäptərəs\ *n, cap* [NL, fr. L, a kind of fern, fr. Gk, fr. *dry-* + *pteris,* a kind of fern, fr. *pteron* feather — more at FEATHER] **:** a large cosmopolitan genus of medium-sized ferns (family Polypodiaceae) having the indusium reniform or orbicular with a deep sinus and comprising the shield ferns

**dry·op·te·roid** \-ə,rȯid\ *adj* [NL *Dryopteris* + E *-oid*] **:** resembling or relating to the genus *Dryopteris*

**dry ore** *n* **:** an ore valuable for gold or silver but containing little lead and much silica and so requiring additions of lead and fluxes for successful treatment

**dry painting** *n* **:** SAND PAINTING

**dry pan** *n* **:** a grinder for ceramic materials consisting of a rotating perforated metal pan containing revolving mullers

**dry–pick** \ˈ-,-\ *vt* **:** to remove the feathers from (fowl) without scalding

**dry–pipe system** *n* **:** a sprinkler system in which water is admitted to the system upon the release of air pressure that the pipes normally contain and which is used where there is danger of freezing

**dry–pipe valve** *also* **dry valve** *n* **:** a valve admitting water to a dry-pipe sprinkler system upon the release of air pressure in the system

**dry placer** *n* **:** DRY DIGGING

**dry plate** *n* **:** a photographic plate coated with a sensitized silver halide emulsion (as in gelatin) and dried before exposure — called also *plate*

**dry pleurisy** *n* **:** pleurisy in which the exudation is mainly fibrinous

**drypoint** \ˈ-,-\ *n* **1 :** an engraving made with a needle or other pointed instrument instead of a burin directly into the metal plate without the use of acid as in etching, the burr made by the point being retained to produce the characteristic soft line in the print **2 :** a print made from such an engraving

**dry–press** \ˈ-,-\ *vt* **:** to mold (clayware) by compressing moist powdered clay in metal dies

**dry rendering** *n* **:** a process of cooking animal tissues in the absence of water for extraction of the fat

**dry rent** *n, old English law* **:** RENT SECK

**dry rice** *n* [so called fr. its being grown without irrigation] **:** UPLAND RICE

**dry rot** *n* **1 :** a decay of seasoned timber caused by certain fungi (as the house fungi and some polypores) that consume the cellulose of wood leaving a mere soft skeleton that is readily reduced to powder **2 :** a rot of plant tissue in which the affected areas are not soft and wet but dry and often firmer than normal or more or less mummified: as **a :** decay of standing timber involving such rot and caused chiefly by polypores **b :** any of various fungous diseases of cultivated plants involving such rot esp. of roots, tubers, and fruits and caused usu. by fungi of the genera *Fusarium, Diaporthe, Diplodia,* or *Volutella* **3 :** a fungus causing dry rot **4 :** deterioration and decay from within caused by apathy or by resistance to new and vitalizing forces; *also* **:** the cause of such decay ⟨warned against the *dry rot* which infects art when it becomes more interested in itself than in what it is saying —*Saturday Rev.*⟩ ⟨in a representative democracy lack of strong conviction in the electorate is a form of *dry rot* capable of eventually destroying the whole fabric —G.W.Johnson⟩

**dry–rot** \ˈ-,-\ *vb* [*dry rot*] *vt* **:** to affect with dry rot ~ *vi* **:** to become affected with dry rot ⟨what counted inside you *dry-rotted* if you pretended it wasn't there —Hugh MacLennan⟩

**dry rubble** *n* **:** rubble masonry laid without mortar

**dry run** *n* **1 :** a practice exercise or rehearsal without ammunition (as of a military combat operation) **2 :** a practice exercise **:** REHEARSAL, TEST, TRIAL ⟨after 17 *dry runs,* using paid actors as the quizzees, the kinks were ironed out and the show went on the air —*Newsweek*⟩

**drys** *pl of* DRY

**dry–salt** \ˈ-,-\ *vt* **:** to treat with salt in the dry state **:** cure (as meat or hides) by salting and drying

**drysalter** \ˈ-,-\ *n* [¹*dry* + *salter*] *Brit* **:** a dealer in crude dry chemicals and dyes

**drysaltery** \ˈ-,-\ *n* **1** *Brit* **:** the articles kept by a drysalter **2** *Brit* **:** the business of a drysalter

**dry sand** *n* **1 :** foundry sand artificially dried after being made into a mold — distinguished from *greensand* **2 :** a sand not producing oil or gas

**dry sausage** *n* **:** SUMMER SAUSAGE

**dry–shave** \ˈ-,-\ *vt, slang* **:** DEFRAUD, CHEAT

**dry–shod** \ˈ-,-\ *adj* **:** having dry shoes on **:** not wetting the shoes or feet ⟨a land bridge over which men and animals could have crossed *dry-shod* —*Scientific American*⟩

**dry shrinkage** *n* **:** shrinkage occurring in kiln-dried lumber after removal of the surface crust (as by planing)

**dry–sickness** \ˈ-,-\ *n* **:** pine of sheep and cattle caused by cobalt deficiency

**dry skin** *n* **:** skin or hide preserved by air drying after slaughter

**dry socket** *n* **:** a tooth socket in which after tooth extraction a blood clot fails to form or disintegrates without undergoing organization; *also* **:** a condition that is marked by the occurrence of such a socket or sockets and that is usu. accompanied by neuralgic pain but without suppuration

**dry spot** *n* **:** GRAY SPECK

**dry steam** *n* **:** steam containing no free water particles — compare WET STEAM

**dry storage** *n* **:** cold storage (as for milk and cream) in which refrigeration is by a current of cooled air

**dry stove** *n* **:** a hothouse with low relative humidity for xerophytic plants

**dry suit** *n* **:** a close-fitting waterproof rubber suit used esp. by a skin diver

**dryth** \ˈdrīth\ *n* -S [¹*dry* + *-th* (as in *warmth*)] *now dial Eng* **:** DRYNESS, DROUGHT

**dry trust** *n* **:** PASSIVE TRUST

**dry up** *vt* **:** to end the existence of by or as if by cutting off at the source or exhausting the supply ⟨fear *dried up* the words —E.T.Thurston⟩ ⟨closure of the Mediterranean *dried up* commerce in Western Europe⟩ ⟨the finance-ministry project to *dry up* . . . their purchasing power by compulsory saving —George Axelsson⟩ ~ *vi* **1 :** to disappear as if by evaporation, absorption, or draining **:** become exhausted (as of a supply) **:** cease to exist because of the cutting off of a source of supply or of vital elements ⟨without intellectual enterprise, economic enterprise *dries up* —H.S.Commager⟩ ⟨they are filling the vacuum left by the virtual *drying up* of immigration from Europe —Hal Burton⟩ ⟨is not the only one whose power of expression *dries up* —*Times Lit. Supp.*⟩ **2 :** to wither or die through gradual loss of vitality ⟨the skin keeps the body from *drying up* through evaporation of fluid —Morris Fishbein⟩ ⟨under tyranny individual men *dry up* for lack of spiritual exercise —Lyman Bryson⟩ **3 a :** to stop talking **:** be at a loss for words ⟨he was so surprised and angry that he just *dried up*⟩ ⟨"*Dry up!*" advised the grizzled old-timer —S.E.White⟩ **b** *of an actor* **:** to forget one's lines

**dry valve** *var of* DRY-PIPE VALVE

**dry wash** *n* **1 :** laundry washed and dried but not ironed **2** *West* **:** WASH 3d

**dry–waxed** \ˈ-,-\ *adj, of waxed paper* **:** so made that the wax is almost all driven into the paper — compare WET-WAXED

**dry well** *n* **1 :** DRY HOLE 2 **2 :** a hole excavated in porous ground and usu. covered and filled with loose gravel or rubble or walled (as with stone, brick, or cinder blocks) to receive water (as drainage from a roof) and allow it to percolate away

**dry whiskey** *n* [so called fr. the fact that eating the tops of the tubercles causes intoxication] **:** MESCAL BUTTON

**dry–wood termite** *n* **:** any of various termites (family Kalotermitidae) that live and feed in dry wood without a soil connection and include some which are destructive pests in domestic construction — see CRYPTOTERMES

**ds** *abbr* decistere

**DS** *abbr* **1** [It *dal segno*] from the sign **2** days after sight **3** day's sight **4** detached service **5** document signed **6** double stitch

**d's** *or* **ds** *pl of* D

**DSc** *abbr or n* -S **:** doctor of science

**dsgn** *abbr* design

**d sharp** \ˈ-ˈ-\ *n, usu cap D* **1 :** the keynote of D-sharp minor **2 :** the tone a half step above D

**d–sharp minor** \ˈ-,-ˈ-\ *n, usu cap D* **:** the minor musical key having a signature of six sharps

**DSP** *abbr* [L *decessit sine prole*] he died without issue

**DST** *abbr* **1** daylight saving time **2** double summer time

**dstn** *abbr* destination

**dstspn** *abbr* dessertspoon

**DT** *abbr* **1** daylight time **2** double throw **3** double time

**dt's** \ˈdēˈtēz\ *n pl, often cap D&T* [by abbr.] **:** DELIRIUM TREMENS

**du** *dial Brit var of* DO

**du** *abbr* **1** dual **2** duke

**du·ad** \ˈd(y)üˌad\ *n* -S [irreg. fr. Gk *dyad-, dyas* two (n.), pair — more at DYAD] **:** a union of two **:** PAIR

¹**du·al** \ˈd(y)üəl, jüəl *also* jül\ *adj* [L *dualis,* fr. *duo* two + *-alis* -al — more at TWO] **1** *of an inflectional form or grammatical number* **:** denoting reference to two ⟨Gothic *wit* "we two" is first person ~ pronoun⟩ — compare PLURAL, QUADRUAL, SINGULAR, TRIAL **2 a :** consisting of two parts or elements **:** DOUBLE, TWOFOLD ⟨the ~ tones of an American toad's song —W.P.Smith⟩ ⟨that the work of a painter who looks important in England . . . has stood up to the ~ test of international competition and the Adriatic sun —David Sylvester⟩ **b :** having two aspects **:** having a double character or nature ⟨the man had a ~ nature, one half positive and passionate to yearning, one half negative, satirical, and really perverse —H.S.Canby⟩ ⟨immigrants, as a rule, retain a ~ patriotism —Bertrand Russell⟩ **c :** containing two or being one of two often identical parts **:** TWIN ⟨high-compression heads complete with a ~ exhaust system —Gregor Felsen⟩ **d :** consisting of or used on a pair of wheels (as automotive driving wheels) joined together side by side (as by bolting or welding) on a common axle ⟨~ tires⟩ **3 :** characterized by a division of controlling agents or factors: as **a :** consisting of two sets of authorities having mutually exclusive spheres of power ⟨a ~ federalism⟩ ⟨a ~ form of government⟩ **b :** fitted for operation by either or both of two agents ⟨driving lessons given on *dual*-control cars⟩ ⟨*dual*-fuel engines that run on oil or oil and gas⟩

²**dual** \ˈ"\ *n* -S **1 :** the dual number of a language or a form in it **2 :** the result obtained in consequence of interchanging conjunction and alteration throughout a formula in the propositional calculus **3 :** a chess problem for which two solutions exist **4 :** a pair of dual wheels or dual tires

**du·a·la** \düˈ(w)älə\ *n, pl* **duala** *or* **dualas** *usu cap* **1 a :** a Bantu-speaking people of the coastal area of Cameroun **b :** a member of such people **2 :** the Bantu language of the Duala people used as a language of trade and education in Cameroun

**dual banking** *n* **:** banking in which both state and national banks operate in the same state or community

**dual citizenship** *n* **1 :** the citizenship of a citizen of a state that is organized under a constitution with other states into a national state (as the U.S.) recognized as a nation by the family of nations **2 :** DUAL NATIONALITY

**dual highway** *n* **:** DIVIDED HIGHWAY

**dual ignition** *n* **:** automobile ignition by two independent currents from a battery and from a magneto

**du·al·ism** \ˈd(y)üəˌlizəm, -üə-\ *n* -S [F *dualisme,* fr. L *dualis* + F *-isme* -ism] **1 :** a theory that divides the world or a given realm of phenomena or concepts into two mutually irreducible elements or classes of elements: as **a :** an ontological theory that divides reality into (1) subsistent forms and spatiotemporal objects or into (2) mind and matter ⟨Cartesian *dualism*⟩ — compare MONISM, PLURALISM **b :** an epistemological theory that objective reality is known by means of subjective ideas, representations, images, or sense data — contrasted with *monism* **2 :** the quality or state of being dual **:** twofold division ⟨all our policies . . . have been plagued by ~ we have too often tried to straddle the fence of expediency —H.W.Baldwin⟩ **3 a :** the doctrine that the universe is under the dominion of two opposing principles one of which is good and the other evil **b :** a view of man as constituted of two original and independent elements (as matter and spirit) **4 :** the theory originated by Lavoisier and developed by Berzelius that all definite chemical compounds are binary and consist of two distinct constituents, themselves simple or complex, and possess opposite electrical properties — compare UNITARY THEORY **5 :** a theory in hematology holding that the blood cells arise from two kinds of stem cells one of which yields lymphatic elements and the other myeloid elements — compare HEMATOPOIESIS

**du·al·ist** \-ləst\ *n* -S **:** an adherent or advocate of dualism or a dualism

**du·al·is·tic** \ˌ-ˈlistik\ *also* **du·al·ist** \ˈ-ləst\ *adj* **1 :** consisting of two **:** DUAL **2 :** characterized by dualism **:** having reference to dualism or duality — **du·al·is·ti·cal·ly** \ˌ-ˈlistək(ə)lē\ *adv*

**dualistic formula** *n* **:** a chemical formula written in accordance with the theory of dualism ⟨$CaO.SO_3$ is the *dualistic formula* for calcium sulfate ($CaSO_4$)⟩ — called also *Berzelian formula*

**du·al·i·ty** \d(y)üˈalədē, -ətē, -i\ *n* -ES [ME *dualitie,* fr. MF *dualité,* fr. LL *dualitat-, dualitas,* fr. L *dualis* dual + *-itat-, -itas* -ity — more at DUAL] **1 :** the quality or state of being dual or of being made up of two elements or aspects **:** DOUBLENESS, DICHOTOMY ⟨he was amused by the eternal ~ of truth and fiction —John Fountain⟩ ⟨a deep ~ was introduced between morality and the life of impulse —Bertrand Russell⟩ — see PRINCIPLE OF DUALITY

**du·al·ize** \ˈd(y)üəˌlīz, -üə-\ *vt* -ED/-ING/-S **:** to make dual ⟨*dualized* into a four-lane highway —Richard Thruelsen⟩

**du·al·ly** \-əlē, -li\ *adv* **:** in a double capacity **:** in two ways

**dual nationality** *n* **:** the status of an individual when two or more nations each claim sole allegiance from him — called also *multiple nationality;* compare DUAL CITIZENSHIP

**dual organization** *n* **:** division (as of a tribe or society) into moieties

**dual pay** *n* **:** wages determined on that one of two alternative bases of computation which is more advantageous to the employee (as on a mileage or hourly basis in the transportation industry)

**dual–purpose** \ˈ-ˈ-\ *adj* **1 :** intended for or serving two

**wet pan** 2599 **wharfage**

absorbent by treating with a wetting agent prior to dyeing or bleaching

**wet pan** *n* : a machine used for grinding and blending clays and consisting of a circular iron pan in which heavy wheels or rollers revolve

**wet-pipe system** \'=,=-\ *n* : a sprinkler system in which the pipes contain water under pressure even when not in use

**wet plate** *n* : an iodized collodion-coated photographic glass plate exposed while wet after sensitizing in a silver nitrate solution — compare COLLODION PROCESS

**wet-plate process** \'=,=-\ *n* : an early collodion process

**wet pleurisy** *n* : pleurisy with effusion of exudate into the pleural cavity

**wet pox** *n* : FOWL POX b

**wet-process machine** \'=,==-\ *n* : a machine for cleaning apples and pears of spray residues by means of washes, sprays, and dips of either acid or alkaline solutions

**wetproof** \'=,=\ *adj* : WATERPROOF

**wet pulp** *n* : paper pulp from a wet machine usu. containing 50 to 65 percent of water

**wet return** *n* : a pipeline in a steam heating system for returning water of condensation to the boiler that being located below the waterline of the boiler can contain only water rather than the steam mixed with water which a return pipe located above the waterline may contain

**wet rot** *n* **1** : a soft rot in which the decayed tissues are markedly watery **2** : decay of timber by fungi that attack wood having high moisture content

**wets** *pres 3d sing of* WET, *pl of* WET

**wet-salt** \'=,=\ *vt* : to treat (hides) with wet salt — compare DRY-SALT

**wet-shod** \'=,=\ *adj* [ME] *dial* : having one's shoes or feet wet

**wet smack** *n, slang* : a social misfit : a dull or obnoxious person

**wet steam** *n* : steam composed of water vapor mixed with droplets of liquid water — compare DRY STEAM

**wet strength** *n* : the tensile strength of paper when wet

**wet suit** *n* : a close-fitting suit made of material (as sponge rubber) that water will go through but that retains body heat and worn (as by a water skier or skin diver) esp. in cold water

**wet·ta·bil·i·ty** \,wed·ə'bilәd·ē, ,wet·ə'bilәtē, -i\ *n* : the quality or state of being wettable or the degree to which something can be wet

**wet·ta·ble** \'wed·əbəl, -etə-\ *adj* : capable of being wetted; *specif* : having the ability (as after the addition of a wetting agent) of being wetted by or readily mixing with water or other liquid — used of insoluble substances ⟨DDT supplied as a ~ powder may be suspended in water —*Introduction to Agric. Biochem.*⟩

**wettable sulfur** *n* : finely divided sulfur to which a wetting agent has been added for use in agricultural sprays

**wetted** *past of* WET

**wetted surface** *n* : the surface of a ship's hull in contact with the water under specified conditions

**wet·ter** \'wed·ə(r), -etə-\ *n* -s : one that wets: as **a** : a workman who wets the work in various manufacturing processes **b** : WETTING AGENT

**wetter-off** \'==,=\ *n, pl* **wetters-off** [fr. *wet off*, v.] *Brit* : CRACKER-OFF

**wetter-out** \'==,=\ *n, pl* **wetters-out** : a worker who wets out textiles

**wettest** *superlative of* WET

**wetting** *pres part of* WET

**wetting agent** *or* **wetting-out agent** \'==,=-\ *n* : any of numerous water-soluble or liquid usu. synthetic organic substances that promote spreading of a liquid on a surface or penetration into a material esp. by their oriented adsorption on the surfaces in such a way that the wetting liquid is no longer repelled and that are used in mixing solids with liquids, in spreading liquids on surfaces, and as penetrants (as in the textile industry or in spraying with insecticides or fungicides) : a surface-active agent having higher wetting power than detergent or other powers

**wet·tish** \'wed·|ish, -et|, |ēsh\ *adj* : somewhat wet : MOIST

**wet wash** *n* : laundry returned damp and unironed

**wet-waxed** \'=,=\ *adj, of waxed paper* : so made that much of the wax remains on the surface as a nearly continuous film — compare DRY-WAXED

**wet well** *n* : FISH WELL

**wet wind** *n* : any one of the winds at any given place that are most frequently followed by rain or snow

**wetwood** \'=,=\ *n* : wood having a water-soaked or translucent appearance because of abnormally high water content sometimes due to bacteria and sometimes to physiological factors

**wex·ford** \'weksfə(r)d\ *adj, usu cap* [fr. *Wexford*, Ireland] : of or from County Wexford, Ireland : of the kind or style prevalent in County Wexford

**wey** \'wā\ *n* -s [ME, fr. OE *wǣge* weight, wey — more at WEIGH (n.)] : any of various old units of weight used locally in the British Isles esp. for cheese, wool, and salt; *also* : a Scotch and Irish unit of capacity (as for coal or grain) equal to 41.28 bushels

**wey·mouth pine** \'wāməth-\ *n, usu cap W* [after Thomas Thynne †1714 first Viscount of *Weymouth*] : WHITE PINE 1a

**WF** *abbr* **1** water finish **2** wing forward **3** wrong font

**wg** *abbr* wing

**WG** *abbr* **1** weight guaranteed **2** wire gauge

**wgt** *abbr* weight

**wh** *abbr* **1** which **2** white

**WH** *abbr* **1** water heater **2** *often not cap* watt-hour

**wha** \(')(h)wä, -wà\ *Scot & dial Eng var of* WHO

**whaap** *var of* WHAUP

**whabby** *var of* WABBY

**¹whack** \'hwak *also* 'wak\ *vb* -ED/-ING/-S [prob. of imit. origin] *vt* **1 a** : to strike with a smart or resounding blow ⟨~ his desk with a schoolmaster's ruler that serves him as a gavel —Janet Flanner⟩ ⟨~ the ball into left field⟩ ⟨a ~ the little boy for talking back⟩ **b** : to cut with or as if with a whack : CHOP ⟨ran down and captured turkey gobblers and ~*ed* off their heads —C.T.Jackson⟩ ⟨the house ~*ed* $63.8 million from the proposed . . . budget —*New Republic*⟩ **c** : to take vigorous action against ⟨the French police . . . have ~*ed* some of the smartest bars in town with gigantic fines —Janet Flanner⟩ **2** : to put, get, or make by vigorous or hurried action — often used with *up* or *out* ⟨before their homes were finished, the busy colonists had ~*ed* up . . . a sort of meeting place and school —S.H.Holbrook⟩ ⟨~*ed* up half a million signatures to its petition against the bill —Mollie Panter-Downes⟩ **3 a** : to work as a driver of (oxen or mules) : DRIVE **b** : to drive to greater speed or activity — usu. used with *up* **4** *chiefly Brit* : to get the better of : DEFEAT ⟨if you are ~*ed* today, you may win tomorrow —Winnie Barber⟩ ~ *vi* : to strike something with a smart or resounding blow ⟨wanted to dawdle . . . and ~ at things with a switch —Marcia Davenport⟩

**²whack** \"\ *n* -s **1 a** : a smart or resounding blow ⟨gave the rioter a ~ on the head with his nightstick⟩; *also* : the sound of or as if of such a blow ⟨heard the ~ of the speedboat on the waves⟩ **b** : a vigorous attack ⟨takes a good ~ at false living and false gods —Virgilia Peterson⟩ **2 a** : PORTION, SHARE, ALLOWANCE ⟨a European calamity fund . . . into which every country would pay its ~ —Mollie Panter-Downes⟩ **b** *chiefly Brit* : the statutory daily minimum ration of food and drink allowed a merchant seaman ⟨we lived on our bare ~ —Albert Sonnichsen⟩ **3** *Midland* : AGREEMENT, BARGAIN, DEAL **4** : CONDITION, STATE ⟨the tycoon is in fine ~ —John Hay †1905⟩ **5 a** : an opportunity or attempt to do something : CHANCE ⟨having first ~ at original-cast album privileges —J.M.Conly⟩ : TRY ⟨some horsebreaker had already taken a ~ at these ponies and hadn't done a very cute job —F.B.Gipson⟩ **b** : a single action or occasion : STROKE, TIME ⟨made several style changes with one ~⟩ ⟨borrow fifty dollars all at one ~ —G.S.Perry⟩ — **out of whack 1** : out of order or shape ⟨threw his back *out of whack* doing a tango —*Time*⟩ ⟨everything was completely *out of whack*, none of the joints fitted —Norman Mailer⟩ ⟨repairing everything that got *out of whack* —Joseph Mitchell⟩ **2** : out of accord ⟨parts washing is *out of whack* with their other production methods —*Automotive Industries*⟩

**³whack** *var of* WACK

**whacked** *adj* [fr. past part. of ¹*whack*] *Brit* : EXHAUSTED

**whack·er** \-kə(r)\ *n* -s **1** : one that whacks: as **a** : the driver of a team of oxen or mules : DROVER **b** : CAR KNOCKER **2** : something uncommonly large; *specif* : a great lie

**¹whack·ing** \-kiŋ, -kēŋ\ *adj* [fr. pres. part. of ¹*whack*] : very large : WHOPPING ⟨swept . . . into power with a ~ parliamentary majority —J.W.Vandercook⟩

**²whacking** \"\ *adv* : VERY, EXTREMELY ⟨a ~ big diamond⟩ ⟨a ~ good story⟩

**whack up** *vt* [²*whack*] : to divide into shares ⟨a tidy $3,000,000 profit which they *whacked up* among themselves —*Time*⟩

**whack-up** \'=,=\ *n* -s [*whack up*] : the act of whacking up; *specif* : the division of the loot of a robbery

**whacky** *var of* WACKY

**whae** \(')(h)wā\ *Scot & dial Eng var of* WHO

**whahoo** *var of* WAHOO

**whai·sle** *or* **whai·zle** \'(h)wāzəl\ *Scot var of* WHEEZLE

**wha·ka·pa·pa** \,(h)wäkə¦päpə, 'fäk-\ *n* -s [Maori] : a Maori genealogy

**¹whale** \'hwāl, *esp before pause or consonant* -āəl; *also* 'wā-\ *n, pl* **whale** *or* **whales** *often attrib* [ME, fr. OE *hwæl*; akin to OHG *hwal* whale, ON *hvalr*, and prob. to L *squalus*, a sea fish] **1** : an aquatic mammal of the order Cetacea that superficially resembles a large fish and is valued commercially for whale oil, for the flesh which is used as human food and in animal feeds and fertilizers, and formerly for baleen; *esp* : one of the larger members of this group — compare DOLPHIN, PORPOISE; see TOOTHED WHALE, WHALEBONE WHALE, ZEUGLODON **2 a** : a person or thing with an extraordinary appetite or keenness ⟨a ~ for work⟩ ⟨the great ship — an insatiable ~ that ate men and gold —James Dugan⟩ **b** : a person or thing impressive in size or qualities or superlatively good of kind ⟨not impressed by the pronouncements of the scientific ~*s*⟩ ⟨a ~ of a difference⟩ ⟨a ~ of a story⟩ — often used intensively in the phrase *a whale of a* ⟨borrowed a ~ of a lot of money⟩ ⟨a ~ of a good time⟩

sperm whale

**²whale** \"\ *vi* -ED/-ING/-S : to engage in whale fishing

**³whale** \"\ *vb* -ED/-ING/-S [origin unknown] *vt* **1** : LASH, THRASH ⟨~ a boy for lying⟩ **2** : to strike or hit vigorously ⟨~ the ball for a home run⟩ **3** : to bring by thrashing or striking ⟨~ the dust out of the carpets⟩ **4** : to defeat soundly ⟨*whaled* their rivals 20 to 0⟩ ~ *vi* : to perform an action with great vigor; *esp* : to make a vigorous attack on a person or thing — often used with *away* ⟨uses his daily column to ~ away at his pet peeves⟩

**⁴whale** *var of* WALE

**whaleback** \'=,=\ *n* [¹*whale* + *back*] **1** : something (as a hill or wave) shaped like the back of a whale **2 a** : TURTLEBACK c **b** : a steamship having sides curving in towards the ends, a spoon bow, and a very convex upper deck formerly used (as for carrying grain or ore) on the Great Lakes

**whale-backed** \'=¦=\ *also* **whaleback** \'=¦=\ *adj* : shaped like or resembling a whale's back

**whaleback roof** *n* : RAINBOW ROOF

**whale barnacle** *n* : any of several barnacles of *Coronula* and related genera that are parasitic on whales

**whalebird** \'=,=\ *n* : any of several gregarious seabirds that follow whaling ships to feed on oil and offal; *esp* : a petrel of the genus *Prion* of southern oceans having a peculiar broad lamellate bill

**whaleboat** \'=,=\ *n* **1** : a long narrow rowboat made with a bold sheer, both ends sharp and raking, a lean afterbody, and no deadwood, often steered with an oar, and formerly used by whalemen for hunting whales **2** : a long narrow flat-floored rowboat or motorboat that is sharp and rounded at both ends in the manner of the original whaleboats, that is fitted with buoyancy tanks, and that is often carried by warships and merchant ships

**whalebone** \'=,=\ *n* -s *often attrib* [¹*whale* + *bone*] **1** : BALEEN **2** : an article made of baleen (as a strip used to stiffen a corset or dress)

**whalebone tree** *n* : a medium-sized tree (*Pseudomorus brunoniana*) of the family Moraceae of Norfolk island and Australia having yellow close-grained hard wood

**whalebone whale** *n* : any of various usu. large whales having in the adult plates of baleen dependent from the upper jaw instead of teeth, frequenting chiefly colder regions, and constituting the suborder Mysticeti — see FINBACK, GRAY WHALE, HUMPBACK, RIGHT WHALE, RORQUAL; compare TOOTHED WHALE

**whale catcher** *also* **whale chaser** *n* : a sturdy fast quick-turning steel ship about 135 feet in length equipped with a harpoon gun in the bow and used for hunting whales as one of a fleet attached to a factory ship

**whale factory ship** *n* : a large ship designed to take aboard and obtain oil and other products from whales

**whale feed** *or* **whale food** *n* : BRIT 2

**whale fin** *n* : BALEEN

**whale finger** *n* : ERYSIPELOID

**whale fisher** *or* **whale fisherman** *n* : WHALER 1

**whale fishery** *n* **1** *or* **whale fishing** : the occupation of taking whales **2** : a region where whales are pursued

**whalehead** \'=,=\ *or* **whale-headed stork** \'=¦==-\ *n* : SHOEBILL

**whalehide** \'=,=\ *n* : a parchmentized wet strength kraft paper

**whale iron** *n* : HARPOON

**whalelike** \'=,=\ *adj* : resembling a whale or that of a whale

**whale line** *also* **whale rope** *n* **1** : a strong solidly made 3-strand manila rope about six inches in diameter used in whaling as a harpoon line or towline **2** *slang* : a cowboy's manila lariat

**whale louse** *n* **1** : any of several degenerate amphipod crustaceans (genus *Cyamus*) parasitic on cetaceans **2** : WHALE BARNACLE

**whale·man** \'=mən\ *n, pl* **whalemen 1** : a man employed on a whaling ship **2** : a whaling ship

**whale oil** *n* : a water-white to brown oil obtained from the blubber of whales and used in tempering steel, in dressing leather, after hydrogenation in making margarine and soap, as a lubricant, and formerly as an illuminant — called also *train oil*

**¹whal·er** \'hwālə(r) *also* 'wāl-\ *n* -s [¹*whale* + *-er*] **1** : a person or ship employed in the whale fishery : WHALEMAN **2** : WHALEBOAT 2 **3** *also* **whaler shark** : any of several moderate to large size sharks (genus *Carcharhinus*) common along shore and in estuaries about Australia, New Guinea, and New Zealand **4** *Austral* : a strolling bushman : SWAGMAN, SUNDOWNER; *esp* : a swagman who keeps near some large river ascending on one bank and descending on the other

**²whaler** \"\ *n* -s [³*whale* + *-er*] **1** : one that whales **2** : something extraordinary (as in size) : WHOPPER

**³whaler** *var of* WALER

**whal·ery** \'hwālərē *also* 'wāl-\ *n* -ES [¹*whale* + *-ery*] **1** : WHALE FISHERY 1 **2** : a shore station or factory ship where whales are taken for the extraction of oil and other products

**whales** *pl of* WHALE, *pres 3d sing of* WHALE

**whale shark** *n* : a harmless shark (*Rhincodon typus*) found in all tropical waters, reaching a length of 45 feet, having very small teeth, and feeding on small fish and other animals strained out of the water by its fine-set gill rakers

**whaleship** \'=,=\ *n* : a ship used in whaling : WHALER,

**whale's-tongue** \'=,=\ *n, pl* **whale's-tongues** : a marine worm of the genus *Balanoglossus*

**whale sucker** *n* : a remora (*Remilegia australis*) of the Pacific ocean

**¹whaling** *n* -S [fr. gerund of ²*whale*] : the occupation of catching and rendering whales

**²whaling** *n* -S [fr. gerund of ³*whale*] : THRASHING, BEATING

**³whaling** *adj* [fr. pres. part. of ³*whale*] : WHACKING ⟨a ~ price to pay⟩

**⁴whaling** *adv* : VERY, EXTREMELY ⟨a ~ big family⟩

**whaling gun** *n* [¹*whaling*] : a gun or other device for discharging a projectile (as a harpoon or bomb) at a whale

**whaling master** *n* **1** : a captain of a whaling vessel **2** : a man in charge of a whaling station

**whaling port** *n* : a port where many whalers are owned or registered

**whally** \'(h)wȯlē\ *adj* [prob. alter. of *walleyed*] : having the iris of light color : WALLEYED

**whalp** \'(h)walp\ *Scot & dial var of* WHELP

**¹wham** \'hwam, -aa(ə)m *also* 'wa-\ *n* -S [imit.] **1** : the loud sound of a hard impact or explosion ⟨startled by the harsh ~ of a gun going off —R.M.Randall⟩ **2** : a solid blow ⟨shook the table with an emphatic ~ of his fist⟩

**²wham** \"\ *vb* **whammed; whammed; whamming; whams** *vt* : to propel, strike, or beat forcibly or so as to produce a loud impact ⟨~ two shots into the man —Charles Askins b. 1907⟩ ⟨~ the culprit with her broom⟩ ⟨~ a bass drum⟩ ~ *vi* : to make a wham : hit or explode with a loud or heavy impact ⟨shells from the battleships were *whamming* over our heads —Ernie Pyle⟩ ⟨skids and ~*s* against a stone wall⟩

**³wham** \"\ *or* **wham·mo** \-,mō\ *adv* [*wham* fr. ¹*wham*; *whammo* fr. ¹*wham* + *-o*] : with violent abruptness ⟨quietly fishing when ~ — I got a strike⟩ ⟨you're sitting around talking and ~ something starts —Norman Mailer⟩

**whame** \'(h)wām\ *n* -S [origin unknown] : GADFLY

**wham·mel** *or* **wham·mle** \'(h)waməl\ *dial var of* WHEMMEL

**wham·my** \'hwamē *also* 'wamē *or* -mi\ *n* -ES [prob. fr. ¹*wham* + *-y*] **1** : something used to bring good or bad luck : a magical practice, gesture, or object **2** : a supernatural power bringing bad luck to a person : a magical curse or spell : JINX, HEX ⟨put the ~ on a player by talking about his success⟩ **3** : a potent force or attack; *specif* : a paralyzing or lethal blow

**whamp** \'(h)wamp\ *n* -S [origin unknown] *dial Eng* : WASP

**wham·ple** \'(h)wampəl\ *n* -S [origin unknown] *Scot* : BLOW, STROKE

**whan** \(')(h)wän, (')(h)wan\ *dial var of* WHEN

**¹whang** \'hwaŋ, 'hwaiŋ *also* 'wa-\ *n* -S [alter. of ME *thwang* thong — more at THONG] **1** *dial* **a** : THONG **b** *or* **whang leather** : RAWHIDE **2** : an act or instance of whanging: **a** : BLOW, WHACK **b** *Brit* : a large piece or slice : CHUNK **3** : PENIS — often considered vulgar

**²whang** \"\ *vb* -ED/-ING/-S *vt* **1 a** *dial* : FLOG, BEAT, THRASH **b** : to propel or strike with force ⟨~ the ball up against the left-field fence —*Springfield (Mass.) Republican*⟩ ⟨stopped so suddenly his head ~*ed* the dashboard⟩ **2** *chiefly Scot* : to chop off or up ~ *vi* **1** : to strike or beat with force or violence ⟨riveters were still ~*ing* away at the bulkheads —James Dugan⟩ **2** : to attack vigorously ⟨~*ed* away in the Gazette — . . . clamoring for a primary system —W.A.White⟩ ⟨~ away at arithmetic and spelling until . . . I could quit school —C.T.Jackson⟩

**³whang** \"\ *n* -S [imit.] : a loud sharp vibrant or resonant sound ⟨the ~ of hammers⟩

**⁴whang** \"\ *vb* -ED/-ING/-S *vi* : to make a whang ⟨the cymbals ~ —Vachel Lindsay⟩ ⟨the racket smacked, the sheep gut ~*ed* and the white ball came steaming across —R.P.Warren⟩ ~ *vt* : to strike with a whang : make a whang with ⟨~ a guitar⟩

**whang·doo·dle** \(')(h)waŋ¦düdᵊl, -waiŋ-\ *n* [origin unknown] **1 a** : an imaginary creature of undefined character **b** : one that whangs; *esp* : a person that vigorously assails objects of his dislike **2** : stuff and nonsense : POPPYCOCK, FRIPPERY **3 whangdoodles** *pl* : ROODLES

**whang·ee** *also* **whang·hee** \(')(h)waŋ¦gē\ *n* -S [prob. fr. Chin (Pek) *huang²-li²* fr. *huang²* yellow + *li²* bamboo cane] **1** : any of several Chinese bamboos of the genus *Phyllostachys* **2** : a walking stick or riding cane of whangee

**whang up** *vt* : to make in a hasty manner

**whap** *var of* WHOP

**wha·pu·ku** \'h(w)ä,pükə, 'wä-\ *n* -S [Maori] : a large edible marine fish (*Polyprion oxygenelos*) of New Zealand waters that is closely related to or perhaps identical with the stonebass

**whar** \(')(h)wär, (')(h)wä(r\ *dial var of* WHERE

**wha·re** \'(h)wärā, 'fä-\ *n* -S [Maori] **1** : a Maori hut or house **2** *NewZeal* : a temporary or roughly built hut in the bush

**¹wharf** \'(h)wȯ(ə)r|f, -ō(ə)|\ *n, pl* **wharves** \|vz\ *also* **wharfs** *often attrib* [ME *wherf*, *wharf*, fr. OE *hwearf* turn, exchange, crowd, bank, wharf; akin to MD *werf* shipyard, OHG *hwarb* turn, ON *hvarf* circle, crowd, OE *hweorfan* to turn, move around, OHG *hwerban*, ON *hverfa*, Goth *hwairban*, Gk *karpos* wrist; basic meaning: turn] **1** : a structure of timber, masonry, cement, earth, or other material built along or at an angle from the shore of navigable waters (as a harbor or river) and made with a sometimes partially covered platform so that vessels may lie close alongside to receive and discharge cargo and passengers; *specif* : a structure of open rather than filled construction extending parallel to the shoreline **2** *obs* : the bank of a river or the shore of the sea

**syn** WHARF, DOCK, PIER, QUAY, SLIP, BERTH, JETTY, and LEVEE signify a structure used by boats and ships for taking on or landing cargo or passengers. WHARF, prob. the oldest of the terms applies to any structure projecting from the shore that permits boats or ships to lie alongside for loading or unloading ⟨a ship maneuvering slowly up to the *wharf*⟩ ⟨the townsfolk rush to the *wharves* to welcome with cheers and banners the precious cargo of food —*Life*⟩ ⟨at the foot of this street . . . a rude *wharf* of logs was chained together and moored —*Amer. Guide Series: Vt.*⟩ ⟨a boy sitting on the edge of the *wharf*, his feet dangling in the water⟩ DOCK is usu. interchangeable with WHARF but can be restricted to signify an enclosed basin which permits the entrance of a vessel for loading or unloading or which, with floodgates and a method of exhausting water, can be used for building or repairing ships ⟨a summer lake cottage with a short *dock* for canoes and rowboats⟩ ⟨a *dock* on Occoquan Creek —*Amer. Guide Series: Va.*⟩ ⟨the New York *docks*⟩ ⟨bring a ship into *dock* for repairs⟩ PIER is interchangeable with DOCK or WHARF esp. a large or long one shooting out quite a distance into a body of water ⟨a sloping earthen *pier* for the launching of boats —G.S.Perry⟩ ⟨a fishing dragger unloading its catch at a *pier* —Don Smith⟩ ⟨pulled the canoe up on the *pier* to empty it⟩ ⟨the New York harbor *piers*⟩ QUAY usu. refers to an artificial embankment lying along or projecting from a shore and mainly used for loading or unloading; the term normally applies to wharves or piers characteristic of small places ⟨so she, also, got into the small boat; and together they went in to the *quay*, and got ashore —William Black⟩ ⟨a *quay* is a docking facility at which ships lie parallel to the shoreline —*N.Y. Times*⟩ SLIP applies to a sloping ramp usu. constructed or used where the shore is high and shore water shallow ⟨on the *slip* a thick water hose was connected from a hydrant to the ship —Vernon Pizer⟩ ⟨rolling barrels down a *slip* into the ship's hold⟩ BERTH and less commonly SLIP (in a second sense) apply to the space between two piers or wharves which gives room for a ship when anchored or not in use, although SLIP is more common for such a space construed for ferryboat landings or boardings ⟨about to sail from her *berth* at the foot of Fifth Street —*Ships and the Sea*⟩ ⟨a deep-chested liner rears through the thin haze, easing her way to a Hudson river *berth* —*Amer. Guide Series: N.Y. City*⟩ ⟨transatlantic liners in adjoining *slips* down at the docks⟩ ⟨a series of steamship piers and ferry *slips*⟩ JETTY although commonly applied to a structure serving as a breakwater for a harbor applies also to a small pier of timbers, usu. not very substantial ⟨the harbor, from 30 to 60 feet deep, is protected by white marble *jetties* —*Amer. Guide Series: Fla.*⟩ ⟨fishermen . . . take their accustomed places on the wharves and *jetties* for the summer sport of gawking —Anthony Anable⟩ ⟨a *jetty* is usu. built so that it lies parallel with the direction of the tidal stream, and at such *jetties* ships should always berth against the stream —*Manual of Seamanship*⟩ LEVEE applies to an embankment for confining or restricting floodwaters but in the South and West, where a levee is often used for landing, the term is often the equivalent of QUAY ⟨build emergency *levees* to control a dangerously rising river⟩ ⟨down by the river's borders the new *levees* proclaim the grandsons' plans for a resurrected river traffic —*Amer. Guide Series: Minn.*⟩

**²wharf** \"\ *vb* -ED/-ING/-S *vt* **1** *obs* : to guard or secure by a firm wall of timber or stone constructed like a wharf **2** : to furnish with a wharf **3** : to place upon a wharf : bring to a wharf ~ *vi* : DOCK

**wharf·age** \-fij\ *n* -S [ME, fr. ¹*wharf* + *-age*] **1 a** : the provision or the use of a wharf **b** : the handling or stowing of goods on a wharf **2 a** : the charge for the use of a wharf for freight handling or ship dockage **b** : a charge assessed for

oblong leaves with a short petiole gradually broadened at the base
**watersmeet** \'⸗⸗,⸗\ *n* **:** a meeting place of two rivers ⟨each of these torrents ran down a gorge of its own, the one on the east, the other on the west of the ~ —Hilaire Belloc⟩
**water smoke** *n* **1 :** mist or foggy vapor rising from the surface of a body of water **2 :** the moisture that rises in the firing of clayware in the form of vapor from the green brick as it is undergoing heating
**water-smoke** \'⸗⸗,⸗\ *vt* **:** to drive off the moisture in (as green brick) in the preliminary stage of burning by means of a slow fire
**water snake** *n* **:** any of numerous snakes frequenting or inhabiting freshwaters and feeding largely on aquatic animals: as **a :** any of various snakes constituting a cosmopolitan genus (*Natrix*), being common in the eastern U. S. and sometimes a pest in fish hatcheries and rearing pools, and reaching a length of four feet **b :** an eastern Asian or Australian snake of the family Homalopsidae with valvular nostrils and often a compressed tail **c :** WART SNAKE
**water snowflake** *n* **:** an Asiatic floating plant (*Nymphoides indicum*) often cultivated for its starlike white flowers
**water-soak** \'⸗⸗,⸗\ *vt* **:** to soak in water **:** fill the interstices of with water ~ *vi* **:** to become soaked with water ⟨a fabric that does not *water-soak* easily⟩
**water soldier** *n* **1 :** a European aquatic plant (*Stratiotes aloides*) of the family Hydrocharitaceae with bayonet-shaped leaves that are submerged in the vegetative stage and float in the flowering stage **2 :** a water lettuce (*Pistia stratiotes*)
**water-soluble** \'⸗⸗;⸗⸗⸗\ *adj* **:** soluble in water ⟨*water-soluble* vitamin B⟩ — compare SPIRIT-SOLUBLE
**water spaniel** *n* **:** a rather large spaniel that has a heavy curly coat and is adapted esp. for retrieving waterfowl — see IRISH WATER SPANIEL
**water speedwell** *n* **:** any of several speedwells; *esp* **:** an aquatic herb (*Veronica anagallis-aquatica*) found in wet places in Eurasia and America
**water spider** *n* **1 a** *or* **water spinner :** an aquatic European spider (*Argyroneta aquatica*) that constructs beneath the surface of the water a bell-shaped structure of silk which is open beneath and filled with air carried down by the spider in the form of small bubbles **b :** any of various spiders that habitually live on or about the water; *esp* **:** a large American spider (*Dolomedes sexpunctatus*) that runs rapidly on the surface of water **2 :** WATER MITE
**water spike** *n* **:** any of several plants of the genera *Potamogeton* or *Hydrostachys*
**watersplash** \'⸗⸗,⸗\ *n* **:** a shallow ford in a stream
**water spot** *n* **:** any of several diseases of fruits characterized by water-soaked lesions; *esp* **:** a physiological disorder of citrus fruits which occurs during the rainy season and in which the air spaces under the epidermis of the rind become filled with liquid
**waterspout** \'⸗⸗,⸗\ *n* [ME *water spoute*, fr. *water* + *spoute* spout — more at SPOUT] **1 a :** a pipe, duct, or orifice from which water is spouted or through which it is carried (as from a roof gutter to a cistern) — compare DOWNSPOUT **b :** water spouting out from or as if from a waterspout **2 :** a slender funnel-shaped or tubular column of rapidly rotating cloud-filled wind usu. extending from the underside of a cumulus or cumulonimbus cloud down to a cloud of spray torn up by the whirling winds from the surface of an ocean or lake, being either straight and vertical or inclined and tortuous as it moves along, and consisting largely of water **3 :** a torrential burst of rain **:** rainfall of the nature or intensity of a cloudburst **syn** see WIND
**water sprite** *n* **1 :** a sprite held to inhabit or haunt the water **:** WATER NYMPH — compare KELPIE, NAIAD, NEREID, NIX **2 :** FLOATING FERN 1
**water sprout** *n* **1 :** an extremely vigorous but usu. unproductive shoot originating from an adventitious or a latent bud on the trunk or a main limb of a tree (as a fruit tree) — compare WATER SUCKER **2 :** WATER SUCKER
**water spruce** *n* **:** BLACK SPRUCE 1
**water stain** *n* **:** a wood stain in which water is the solvent or dispersion medium
**water stair** *n* **:** a stairway leading to the water (as at a boat landing) — often used in pl. but sing. or pl. in constr.
**water star grass** *n* **:** a grassy-leaved No. American aquatic herb (*Heteranthera dubia*) with yellow star-shaped blossoms
**water starwort** *n* **:** a plant of the genus *Callitriche*
**wa·ter-stead** \'wätə(r),sted, 'wòtə-\ *n, dial Eng* **:** the bed of a stream
**water stoma** *n* **:** HYDATHODE
**waterstone** \'⸗⸗,⸗\ *n* **:** a whetstone or grindstone used with water rather than oil
**water stop** *n* **1 :** a device or construction designed to bar the passage of water **2 :** a place (as on a stage road) where water is regularly available
**water strider** *n* **1 :** any of various long-legged bugs that constitute the family Gerridae and move about on the surface of fresh waters or more rarely on the ocean — called also *water skipper* **2 :** a bug of the family Veliidae
**water string** *n* **:** the final string of casing or pipe set to exclude water from the producing formation of an oil or gas well
**water-struck brick** \'⸗⸗,⸗⸗\ *n* **:** brick made by slop-molding — compare SAND-STRUCK BRICK
**water sucker** *n* **:** a vigorous shoot originating from a bud at the base of or on the root of a plant (as the banana) — compare WATER SPROUT 1
**water supply** *n* **:** source, means, or process of supplying water (as for a community) usu. including reservoirs, tunnels, and pipelines and often the watershed from which the water is ultimately drawn
**water-supply engineering** *n* **:** a branch of civil engineering dealing with the development and maintenance of water supplies
**water swallow** *n* **1 :** WATER WAGTAIL **2** *dial Eng* **:** SINK 5
**water system** *n* **1 :** a river with its tributaries **2 :** WATER SUPPLY
**water tabby** *n* **:** a tabby fabric with a watered finish
**water table** *n* [ME] **1 :** a stringcourse or similar member when projecting so as to throw off water; *esp* **:** the first table above the ground at the top of a foundation and beginning of the upper wall **2 :** a gutter on the side of a road to carry off water **3 :** the upper limit of the portion of the ground wholly saturated with water whether very near the surface or many feet below it — called also *groundwater level*
**water tabling** *n* **:** architectural water tables (as of a building)
**water target** *n* **:** WATER SHIELD 1
**water taxi** *n* **:** a boat functioning (as about a harbor) as a taxi
**water telescope** *n* **1 :** WATER GLASS 3 **2 :** a telescope devised for looking into a body of water
**water tender** *n* **1 a :** a workman who attends to the condition of the water in steam boilers **b :** a petty officer (as in the U. S. Navy) in charge in a fireroom and responsible esp. for proper supplying of water to the boilers and adjustment of burners **2 :** a truck equipped with a water tank and used esp. in fire fighting
**water thermometer** *n* **:** a thermometer filled with water instead of mercury and used esp. for ascertaining the precise temperature at which water is most dense
**water thief** *n* **1** *obs* **:** PIRATE **2 :** a valve with multiple connections that permits bleeding a large line through several subordinate lines
**water thrush** *n* **1 :** any of several No. American warblers of the genus *Seiurus* usu. living in the vicinity of streams and having plumage that is olivaceous above and streaked below **2 :** a European water ouzel (*Cinclus cinclus*) **3** *dial Eng* **:** PIED WAGTAIL
**water thyme** *n* **:** a waterweed (*Elodea canadensis*)
**water tick** *n* **:** WATER MITE
**water tiger** *n* **:** WATER DEVIL 1
**watertight** \'⸗⸗;⸗\ *adj* [ME *water thicht*, fr. *water* + *thicht*, *thight*, *tight* tight — more at TIGHT] **1 :** of such precision of construction or fit as to be impermeable to water except when under sufficient pressure to produce structural discontinuity by rupture ⟨a ~ flashing⟩ ⟨~ joints⟩ **2 :** so devised (as in planning or phrasing) as to leave no possibility of misconstruction or evasion ⟨a ~ lease⟩ ⟨the precautions taken against cheating were ~ —A.G.N.Flew⟩ ⟨has created a ~ and very real world of his own —C.J.Rolo⟩ — **wa·ter·tight·ness** *n*
**watertight compartment** *n* **:** a compartment (as in a ship) having watertight doors by which it can be entirely separated from the rest of the structure of which it is a part
**water tower** *n* **:** a tower or standpipe serving as a reservoir to deliver water at a required head; *specif* **:** a fire apparatus having a vertical pipe that can be extended to various heights and supplied with water under high pressure (as by several motor pumpers) and used to deliver water at heights unattainable by the ordinary apparatus
**water treader** *n* **:** a bug of the family Mesoveliidae usu. found at the edges of ponds but sometimes on the surface of the water
**water tree** *n* **:** any of several chiefly tropical plants with fluids that may be used as an emergency source of drinking water: as **a :** a large Ceylonese pitcher plant (*Nepenthes distillatoria*) **b :** an African woody vine (*Tetracera potatoria*) that yields abundant watery sap when a large stem is cut **c :** any of several chiefly arborescent Australian plants (as of the family Proteaceae) that yield a watery sap when the bark or roots are cut; *esp* **:** a needle wood (*Hakea leucoptera*) that stores water in its thickened roots
**water trefoil** *n* **:** BUCKBEAN
**water tube** *n* **:** a tube for passing or holding water: as **a :** a tube in some steam boilers in which water circulates and steam is generated **b :** a tube of a system of tubular excretory organs in many invertebrates that have external openings and that are held to be analogous in function to the kidneys of vertebrates
**watertube boiler** \'⸗⸗,⸗-\ *n* **:** a steam boiler in which water to be heated circulates in tubes exposed to fire and enveloped by hot gases — compare FIRE-TUBE BOILER
**water tunnel** *n* **:** a device for the study or testing of the flow about bodies in which water is the mobile fluid — compare WIND TUNNEL
**water tupelo** *n* **:** TUPELO GUM
**water turbine** *n* **:** a turbine in which the actuating fluid is water
**water turkey** *n* **:** a New World snakebird (*Anhinga anhinga*)
**water tuyere** *n* **:** a water-jacketed tuyere
**water twist** *n* **:** an eddy or whirlpool in a stream
**water uintjie** *n* **:** CAPE PONDWEED
**water vacuole** *n* **:** a vacuole containing watery fluid; *esp* **:** CONTRACTILE VACUOLE
**water vapor** *n* **:** water in a vaporous form esp. when below boiling temperature and diffused (as in the atmosphere) — compare STEAM
**water varnish** *n* **:** a varnish in which water is the solvent and water-soluble gums are the nonvolatile ingredients
**water-vascular** \'⸗⸗;⸗⸗⸗\ *adj* **:** of, relating to, or made up of vessels that in many invertebrates contain a watery fluid — see WATER-VASCULAR SYSTEM
**water-vascular system** *n* **:** a system of vessels in echinoderms containing a watery fluid that is analogous to blood, is used for the movement of tentacles and tube feet, and may also function in excretion and respiration
**water velvet** *n* **:** a plant of the genus *Azolla*
**water vine** *n* **1 :** any of several Asiatic climbing plants (genus *Phytocrene*) of the family Icacinaceae with stems that yield a copious and refreshing watery sap **2 :** WATER TREE b
**water violet** *n* **:** WATER GILLYFLOWER
**water viper** *n* **:** WATER MOCCASIN 1
**water vole** *n* **:** a vole that frequents water: as **a :** WATER RAT 1a **b :** a western No. American vole (*Microtus richardsoni*)
**water wagon** *n* **:** a wagon used (as with troops on the march) to carry water — **on the water wagon** *adv* (*or adj*) **:** on the wagon
**water wagtail** *n* **1 :** WAGTAIL; *esp* **:** PIED WAGTAIL **2 :** WATER THRUSH 1
**waterwall** \'⸗⸗,⸗\ *n* [ME *waterwal*, fr. *water* + *wal* wall — more at WALL] **1 :** a wall built beside or around a body of water **2 :** an arrangement of pipes carrying water and so grouped as to form a protective wall between a fire (as in a boiler) and the lining of a furnace
**water wally** *n* **:** a woody herb or low shrub (*Baccharis glutinosa*) ranging from the southwestern U. S. to western So. America and used locally for thatching and in making brooms — called also *batamote*
**water wand** *n* **:** a device screwed onto the end of a garden hose to reduce the pressure of the water without decreasing the volume
**wa·ter·ward** \'wȯ⸗wə(r)d\ *also* **wa·ter·wards** \-dz\ *adv* **:** toward water or a particular body of water ⟨cattle turning ~⟩
**water-washed** \'⸗⸗,⸗\ *adj* **:** washed or swept with water; *esp* **:** washed by the waves of the sea
**water wave** *n* **1 :** a gravity wave on water **2 :** a method or style of setting hair by dampening with water and forming into waves
**water-waved** \'⸗⸗,⸗\ *adj* **1 :** marked with a pattern or striping suggesting a wave of water **2** *of hair* **:** set in a water wave
**waterway** \'⸗⸗,⸗\ *n* [ME *waterwey*, fr. OE *wæterweg*, fr. *wæter* water + *weg* way — more at WATER, WAY] **1 :** a way or channel by which water may pass or escape; *often* **:** a made and often grassed channel that is provided to carry storm water away from a point where it is likely to cause erosion **2 a :** the outer planking of a deck of a ship which is much heavier than the rest of the deck and of which the inboard edge is grooved to form a passage for water to the scuppers; *also* **:** the passage so formed — see SHIP illustration **b :** passage in a steel ship formed by angle irons and the deck stringer **3 a :** breadth of water available for passage (as of boats) **:** FAIRWAY 1a ⟨the ~ of a canal⟩ **b :** a way or route for traffic by water **:** a navigable body or course of water ⟨the Great Lakes provide a ~ to the heart of the continent⟩ **4 :** the open passage area in a cock or valve
**waterweed** \'⸗⸗,⸗\ *n* **:** any of several floating or submerged aquatic plants: as **a :** an American plant (*Elodea canadensis*) that has elongate branching stems and small opposite or verticillate leaves and is naturalized in parts of Europe; *broadly* **:** any plant of the genus *Elodea* **b :** a California primrose willow (*Jussiaea californica*)
**water weevil** *n* **:** RICE WATER WEEVIL
**waterwheel** \'⸗⸗,⸗\ *n* [ME *waterwhele*, fr. *water* + *whele* wheel — more at WHEEL] **1 :** a wheel made to rotate by direct action of water: as **a :** a vertical wheel on a horizontal shaft moved at a comparatively low velocity by the action or weight of the water on or in floats or buckets on its rim — see BREAST WHEEL, OVERSHOT WHEEL, PONCELET WHEEL **b :** a turbine operated by water **2 :** a wheel (as a noria) for raising water **3 :** the paddle wheel of a steamship **4 :** a synchronized swimming stunt which is executed with the body lying on the side and in which the knees are drawn toward the chest and the body is propelled in a circle by alternate pedaling movements of the legs and feet
**water whip** *n* **:** a gun-tackle purchase hooked to a yard (as of a ship) and used in hoisting in moderate weights
**water-white** \'⸗⸗;⸗\ *adj* **:** approaching water in colorlessness and clarity ⟨*water-white* honey from fireweed⟩
**water white oak** *n* **:** an overcup oak (*Quercus lyrata*)
**water willow** *n* **1 :** any of several plants that thrive in wet areas and are felt to resemble willows: as **a** (1) **:** PURPLE LOOSESTRIFE (2) **:** SWAMP LOOSESTRIFE **b :** FIREWEED b **c :** a plant of the genus *Justicia*; *esp* **:** a No. American rhizomatous plant (*J. americana*) that has slender elongated leaves and dense capitate to ellipsoidal inflorescences with pale violet or white flowers **2 :** any of several willows that thrive in wet areas
**water wing** *n* **1 water wings** *pl* **:** a pneumatic device to give support to the body of a person swimming or learning to swim ⟨disgusted Londoners discovered that their car was as useful to them as *water-wings* in a desert —Mollie Panter-Downes⟩ **2 :** a wall forming a wing to the abutment of a bridge or pier and extending laterally along the shore on either side as a protection from the current
**waterwise** \'⸗⸗,⸗\ *adv* **:** in the manner of water ⟨flowing ~⟩
**water witch** *n* **1 :** a witch reputed to live in or haunt a body of water **2 a :** DABCHICK **b** *dial Eng* **:** STORM PETREL **3 a** *or* **water witcher :** a dowser for water **b :** any of various devices for determining usu. electrically the presence of water (as in a tank or underground)
**water witching** *n* **:** the act of dowsing for water
**waterwood** \'⸗⸗,⸗\ *n* **1 :** a West Indian tree (*Chimarrhis cymosa*) of the family Rubiaceae with greenish white flowers **2 :** a Central American mangrove (*Cassipourea elliptica*) with hairy white flowers **3 :** a southern African tree (*Syzygium cordatum*) of the family Myrtaceae having light easily worked wood that is used for flooring and joinery
**waterwork** \'⸗⸗,⸗\ *n* [ME *waterwerk*, fr. *water* + *werk*, *wurk*, *work* work — more at WORK] **1 :** something (as a tank, dock, canal lock, levee, or seawall) built in, for, or as a protection against water **2 :** a mechanism, contrivance, or set of equipment for handling water: as **a :** an ornamental or spectacular display of water mechanically produced **:** FOUNTAIN, CASCADE — usu. used in pl. **b** (1) *obs* **:** a mechanical contrivance for raising and distributing water (2) **waterworks** *pl* **:** the whole system of reservoirs, channels, mains, and pumping and purifying equipment by which a water supply is obtained and distributed to consumers; *also* **:** a pumping or purifying station of such a system **c waterworks** *pl* (1) **:** the channels by which sap or other vital fluid is handled in the living body ⟨the complex ~s of a tree⟩ (2) *slang* **:** KIDNEYS **3 waterworks** *pl* **:** tears or the shedding of tears
**waterworker** \'⸗⸗,⸗⸗\ *n* **:** one who works along the waterside, in the waterworks of a city, or in trenching to make drains for carrying water
**waterworn** \'⸗⸗,⸗\ *adj* **:** worn, smoothed, or polished by the action of water
**waterwort** \'⸗⸗,⸗\ *n* [ME, fr. OE *wæterwyrt*, fr. *wæter* water + *wyrt* wort — more at WATER, WORT] **1 :** a plant of the family Elatinaceae **2 :** a plant of the family Philydraceae **3 :** MAIDENHAIR SPLEENWORT
**waterworthy** \'⸗⸗,⸗⸗\ *adj* **:** SEAWORTHY
**wa·tery** \'wȯ\|d·ərē, 'wä\|, \|tə-, -ri\ *adj, sometimes* -ER/-EST [ME, fr. OE *wæterig*, fr. *wæter* water + *-ig* -y] **1 a :** consisting of or filled with water ⟨fish within their ~ residence —John Milton⟩ ⟨a ~ grave⟩ **b :** containing, sodden with, or yielding water ⟨a ~ stratum⟩ ⟨~ skies⟩ **:** WET, BOGGY ⟨a ~ northland soil⟩ **c :** made of or prepared with water or sometimes with a watery liquid ⟨~ vapors⟩ ⟨a ~ solution⟩ **d :** exuding or infiltrated with a watery liquid ⟨the ~ vesicles of ivy poisoning⟩: as (1) **:** full of lacrimal secretion ⟨with ~ eyes⟩ (2) *obs, of the mouth* **:** WATERING **2 :** felt to resemble water: as **a :** having the fluidity of water **:** lacking or depleted in viscosity **:** THIN ⟨the ~ blood of anemia⟩ ⟨a ~ liquid⟩ **b** (1) **:** deficient in color or intensity as if diluted with water **:** PALE ⟨a ~ blue⟩ ⟨~ sunlight⟩ (2) **:** exhibiting weakness and vapidity **:** PALLID, WISHY-WASHY ⟨a ~ style in writing⟩ **c** (1) **:** lacking in substance and deficient in savor ⟨a ~ soup⟩ (2) **:** having a soft soggy texture ⟨stale ~ vegetables⟩ ⟨a well-flavored fish but inclined to be ~⟩ **3 :** of, relating to, or connected with water ⟨a ~ deity⟩: as **a** *archaic* **:** living or growing in water **:** AQUATIC **b** *of a sign of the zodiac* **:** having a cold and moist complexion
**water yarrow** *n* **:** a featherfoil (*Hottonia inflata*)
**watery hide disease** *n* **:** yellow fat disease of mink
**watery rot** *n* **:** PINK ROT 1
**wath** \'wath\ *n* -s [ME, of Scand origin; akin to ON *vath* ford; akin to OE *wæd* ford, OHG *wat* ford, OHG *watan* to wade — more at WADE] *chiefly dial* **:** [1]FORD 1
**wa·ther** \'wäthə(r)\ *chiefly Irish var of* WATER
**wats** *pl of* WAT
**wat·so·nia** \wät'sōnēə *also* wȯt-\ *n* [NL, fr. Sir William *Watson* †1787 Eng. botanist + NL *-ia*] **1** *cap* **:** a genus of southern African herbs (family Iridaceae) that resemble gladioli, are often cultivated for ornament, and have showy spikes of nearly regular and mostly red or white flowers and chiefly basal leaves **2** -s **:** any plant or flower of the genus *Watsonia*
**wat·so·ni·an** \(')⸗;sōnēən\ *adj, usu cap* [John B. *Watson* †1958 Amer. psychologist + E *-ian*] **:** of or relating to the behavioristic theories of the psychologist Watson
**wat·so·ni·us** \⸗'sōnēəs\ *n, cap* [NL, after Dr. *Watson*, 20th cent. Nigerian physician] **:** a genus of conical digenetic trematodes (related to *Paramphistomum*) that are parasitic in the intestine of African primates rarely including man
**watt** \'wä\|t *also* 'wȯ\|, *usu* \|d·+V\ *n* -s [after James *Watt* †1819 Scot. mechanical engineer and inventor] **1 :** the absolute mks unit of power equal to one absolute joule per second and taken as the standard in the U. S. **:** 1/746 horsepower **2 :** a unit of power equal to about 1.00017 watts — called also *international watt*
**watt·age** \\|d·ij, \|tij, -ēj\ *n* -s **:** amount of power expressed in watts
**wattape** *var of* WATAP
**watt current** *n* **:** the component of the current in an alternating circuit that is in phase with the electromotive force
[1]**wat·teau** \(')wä;tō, *also* (')wȯ;-\ *adj, usu cap* [after Jean Antoine *Watteau* †1721 Fr. painter] **1 :** of or relating to the painter Watteau **2** *of women's dress* **:** of the kind or style represented in Watteau's painting: as **a :** having back pleats falling loosely from the neckline to the hem **b** *of a hat* **:** shallow-crowned and having a wide brim turned up at the back to hold flower trimmings
[2]**watteau** \"\ *n, pl* **watteaux** \"\ *often cap* **:** a Watteau hat
**watt·er** \'wä\|d·ə(r), \|tə- *also* 'wȯ\|\ *n* -s [*watt* + *-er*] **:** one (as a light bulb or a radio station) having a specified wattage — usu. used in combination ⟨you'll need at least a 60 ~ in that lamp⟩ ⟨the station was a 250 ~⟩
**watte·ville·ite** \'wätvi,līt\ *n* -s *usu cap* [G *wattevillit*, fr. Baron Oscar de *Watteville*, 19th cent. Frenchman + G *-it* -ite] **:** a mineral $Na_2Ca(SO_4)_2.4H_2O$(?) that is a hydrous sulfate of sodium and calcium and occurs as aggregates of minute hairlike crystals
**watt-hour** \'⸗;⸗\ *n* **:** a unit of work or energy equivalent to the power of one watt operating for one hour and equal to about 2655 foot-pounds
**watt-hour meter** *n* **:** a device to record electric energy usu. in kilowatt-hours **:** an integrating wattmeter
[1]**wat·tle** \'wä\|d·ᵊl, \|tᵊl *also* 'wȯ\|\ *n* -s [ME *wattel*, fr. OE *watel*, *watol*, *watul*; akin to OE *wætla* & *wethel* bandage, OHG *wadal*] **1 a :** a fabrication of rods or poles interwoven with slender branches, withes, or reeds and used esp. formerly in building construction ⟨the walls were of ~ and covered with moss —R.L. Stevenson⟩ **b :** material (as rods, branches, and reeds) for such construction **c** *dial Eng* **:** STICK, STAVE, WAND **d** *dial Eng* **:** HURDLE 1a **e wattles** *pl* **:** poles laid on a roof to support thatch **2 :** a fleshy dependent process usu. about the head or neck of an animal: as **a :** a naked, fleshy, usu. wrinkled, and highly colored process of the skin hanging from the chin or throat of a bird or reptile — see COCK illustration **b** (1) *dial Eng* **:** a flap of loose hanging flesh on either side of the throat of some swine (2) **:** loose flesh hanging from the human jaw ⟨a ~ of flesh dangled from his jawbone —T.W.Duncan⟩ **c :** a barbel of a fish **d :** a livestock identification mark in which the skin on the dewlap or other part of the body is slit **3** *Austral* **a** (1) *archaic* **:** a tree yielding slender poles suitable for wattle; *esp* **:** a small slender swamp tree (*Callicoma serratifolia*) of the family Cunoniaceae (2) **:** a tree or shrub of the genus *Acacia* — see BLACK WATTLE, GOLDEN WATTLE, SILVER WATTLE **b :** WATTLE BARK
[2]**wattle** \"\ *vt* **wattled; wattled; wattling** \\|d·ᵊliŋ, \|t(ᵊ)l-\ **wattles** [ME *watlen*, fr. *wattel*, n.] **1 :** to form or build of or with wattle ⟨soon *wattled* the sides and thatched the roof of a snug little camp⟩ **2 a :** to form into wattle **:** interlace (as withes) to form wattle **b :** to unite or make solid and continuous by interweaving light flexible material (as withes or osiers) ⟨*wattling* the stakes into a firm palisade⟩ **3 :** to enclose (as sheep) with or as if with wattle **:** ENFOLD
[3]**wattle** \"\ *n* -s [ME (Sc) *wattell*, of Scand origin; akin to Norw dial. *veitla*, *veitsla*, *veitsle* entertainment, party, ON *veizla* gift, entertainment, feast, fr. *veita* to grant, give, give a feast; akin to OHG *weizen* to show, prove, *wizzan* to know — more at WIT] **:** annual entertainment formerly provided the foud in the Orkney and Shetland islands; *also* **:** tax paid in commutation of this service
**wattle and daub** *n* **:** framework of woven rods and twigs covered and plastered with clay and used in building construction ⟨a rough stable of *wattle and daub*⟩
**wattle bark** *n* **:** an astringent bark derived from various Australian acacias and used in tanning
**wattlebird** \'⸗⸗,⸗\ *n* **1 :** any of several Australasian honey eaters of the genus *Anthochaera* having fleshy pendulous ear wattles: as **a :** a common largely grayish brown Australian bird (*A. carunculata*) with white shaft stripes on the feathers of

FAILURE ANALYSIS ASSOCIATES
LIBRARY

KIRK-OTHMER

# ENCYCLOPEDIA OF CHEMICAL TECHNOLOGY

THIRD EDITION

## VOLUME 21

SILVER AND SILVER ALLOYS
TO
SULFOLANES AND SULFONES

A WILEY-INTERSCIENCE PUBLICATION
John Wiley & Sons
NEW YORK • CHICHESTER • BRISBANE • TORONTO • SINGAPORE

Copyright © 1983 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Sections 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

**Library of Congress Cataloging in Publication Data:**

Main entry under title:
Encyclopedia of chemical technology.

At head of title: Kirk-Othmer.
"A Wiley-Interscience publication."
Includes bibliographies.
1. Chemistry, Technical—Dictionaries. I. Kirk, Raymond Eller, 1890–1957. II. Othmer, Donald Frederick, 1904—
III. Grayson, Martin. IV. Eckroth, David. V. Title:
Kirk-Othmer encyclopedia of chemical technology.

TP9.E685 1978 660′.03 77-15820
ISBN 0-471-02074-5

**Printed in the United States of America**

10 9 8 7 6 5 4 3 2

*General References*

Refs. 1, 5, and 20 are also general references.
W. Banks and C. T. Greenwood, *Starch and Its Components*, Edinburgh University Press, Edinburgh, 1975.
C. T. Greenwood, *Adv. Carbohydr. Chem.* **22**, 483 (1967).
C. T. Greenwood and E. A. Milne, *Adv. Carbohydr. Chem.* **23**, 282 (1968).
R. V. MacAllister, *Adv. Carbohydr. Chem.* **36**, 15 (1979).
D. J. Manners, *Adv. Carbohydr. Chem.* **17**, 371 (1962).
J. J. Marshall, *Adv. Carbohydr. Chem.* **30**, 257 (1974).
J. A. Radley, ed., *Examination and Analysis of Starch and Starch Products*, Applied Science Publishers, Ltd., London, 1976.
J. A. Radley, ed., *Industrial Uses of Starch and Its Derivatives*, Applied Science Publishers, Ltd., London, 1976.
J. A. Radley, ed., *Starch Production Technology*, Applied Science Publishers, Ltd., London, 1976.
R. L. Whistler, ed., *Methods in Carbohydrate Chemistry*, Vol. 4, Academic Press, Inc., New York, 1964.

ROY L. WHISTLER
JAMES R. DANIEL
Purdue University

## STEAM

Steam [*7732-18-5*] is the most important industrially used vapor and, after water, the most common and important fluid used in chemical technology. It can be generated by evaporation of water at subcritical pressures, by heating water above the critical pressure, and by sublimation of ice. Steam is used in electric-power generation, for driving mechanical devices, for distribution of heat, as a reaction medium; a solvent; a cleaning, blanketing or smothering agent; and as a distillation aid. Steam is so widely used because of water's availability and steam's easy generation and distribution, high latent heat, moderate density, nonpolluting properties, and the ease of temperature control it allows in processes and heating applications.

Steam is generated and used saturated (or dry-saturated), wet, or superheated. Saturated steam has no moisture or superheat, wet steam contains moisture, and superheated steam has no moisture and its temperature is above the saturation temperature. The range of applications of steam extends from subatmospheric pressures to 36.1 MPa (356 atm). Temperatures up to 650°C are used and superheating to temperatures as high as 1090°C has been considered. Because steam cycles with higher pressures and temperatures usually have better thermodynamic efficiency, utilizing steam at higher parameters is desirable. The pressure and temperature usable are limited by the mechanical, creep, oxidation, and corrosion properties of metals used to contain the high pressure steam and water.

The thermodynamic and physical properties of steam are well established over the range of pressures and temperatures used today. The chemical properties of steam

and of substances in steam, their molecular structures and interactions with the solid surfaces of containments need to be more explored.

Steam is generated from water by boiling, flash evaporation, and throttling from high to low pressure. The phase change occurs along the saturation line with the specific volume of steam larger than that of the boiling water. Thermal energy (heat of evaporation) is absorbed during the process. At the critical and supercritical pressures, the water–steam transition occurs at a constant specific volume, and the heat of evaporation is zero (there is no evaporation).

Subcritical pressure boilers or steam generators range from simple fire-tubed units to water-tubed natural or controlled-circulation drum types, to once-through boilers. For generation of supercritical pressure steam, once-through boilers are always used. The heat comes from the combustion of fossil fuel or waste products, or from nuclear fission, geothermal sources, or process streams. Utilization of the ocean thermal gradient (temperature difference between the surface and deep water), magma, nuclear fusion, and solar energy for steam generation is under development (see also Power generation; Water; Energy management; Fuels; Fusion energy; Geothermal energy; Furnaces; Heat-exchange technology).

## Properties of Steam

Properties of steam can be divided into thermodynamic, transport, physical, and chemical properties. In addition, molecular structure and chemical composition of steam are of interest. It was at the start of industrialization in the eighteenth century that thermodynamic relationships were first measured, about 1763 by Watt. A century later in 1859, Rankine published his *Manual of the Steam Engine* which gave a practical thermodynamic basis for the design and performance of steam engines. The first steam table for practical use was based on Regnault's data and began to appear toward the end of the nineteenth century. A thermodynamically consistent set of equations for fitting data was devised in 1900 by H. L. Callendar and was adopted by Mollier and others. Further measurements and developments followed rapidly. The library of the NBS contains six different steam tables published between 1897 and 1915.

Because of the universal use of water and steam, the need for international research cooperation and for property formulations was recognized as early as 1929, when the First International Steam-Table Conference was held in London. Since then, nine international conferences on the properties of steam have been held, and in 1972 the International Association for the Properties of Steam (IAPS) was formed. Today, there are four IAPS Working Groups studying equilibrium properties; transport properties; the chemical thermodynamics of power cycles; and other properties (especially surface and electrical). The IAPS recommended pressure range is 0.1–1000 MPa (1–10,000 bars); and the recommended temperature range is 1–1000°C. Besides the releases and publications by IAPS, description of steam properties and related research can be found in the collection of papers that are deposited with the IAPS Executive Secretary (Office of Standard Reference Data, National Bureau of Standards, Washington, D.C.), and refs. 1–12.

Steam properties in the form of graphs, tables and theoretical and empirical equations are widely used in design and service analysis of steam engines, power systems, and heat-transfer and process equipment.

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980, 1981 by Houghton Mifflin Company. All rights reserved. For information about permission to reproduce selections from this book, write to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

4. A suspension or postponement. [Middle English *steyen*, to ...ench *ester* (present stem *estei-*), ... See stā- in Appendix.*]

...*t, abide, tarry, linger, sojourn.* ... in a given place. *Stay* often ... though it can imply that the ...tor, as *remain* usually does not. ...tinuing residence after others ...*ay*, is employed in the general ...ests continuing for a purpose, ...r in expectation of something. ...engthy period, as *wait* generally ...oth imply delaying departure ...*linger* is somewhat stronger in ...*Sojourn* implies temporary resi...erson in a foreign country.

...stays. 1. To brace, support, or ...stain mentally or spiritually; to ... support. —*n.* 1. A support or ...tic, or metal, used to stiffen a ...shirt collar. 3. *Plural.* A corset. ...rt, from *estaie*, support, from ... to support a mast. See stāk- in ...

...cable, usually of wire, used as a ... spar. 2. Any rope used for a ...—in stays. In the process of ...—*v.* stayed, staying, stays. —*tr.* ...ay or stays. 2. To put (a ship) ...o come about. [Middle Eng... See stāk- in Appendix.*] ...endure or last. ...angular sail hoisted on a stay.

...The Saint Bernard (*see*). ...nārd'). Either of two Alpine ...ss (highest elevation, 8,110 feet) ...taly and Switzerland, and the ...elevation, 7,180 feet) south of ...France.

...z). A city of Ontario, Canada, ...ip Canal. Population, 84,000. ...fər): Formerly St. Kitts (kĭts'). ...a, in the Leeward Islands of the ...

...guil·la (sānt krĭs'tə-fər-nĕ'vĭs-... St. Kitts-Ne·vis (kĭts'-). An is... about 150 miles east of Puerto ... the federation is now a British ...,000. Capital, Basseterre on St. ...

...lake, about 460 square miles in ...anada, and Michigan. ... A city of Michigan, in the ...pulation, 87,000. ...an·ta Cruz (săn'tə kro͞oz'). The ...) of the Virgin Islands of the ...

... A river rising in northwestern ...s generally south, forming part ...rder before joining the Missis...central Maine and flowing 75 ...aquoddy Bay, forming part of ... New Brunswick, Canada.

...1. Original surname, Dennis. ...ad choreographer. ...sition, or function properly or ...er. 2. Advantage; avail. Used ...*in good stead.* —*tr.v.* steaded, ...tage or service to; to benefit; to ...*to a matter will stead us so well* ... [Middle English *stede*, Old ...ndix.*]

...*itish* stĕd'fəst) *adj.* Also stead...teady. 2. Firmly loyal or con...yms at faithful. [Middle Eng...*fæst*, fixed in one place : *stede*, ... —stead'fast'ly *adv.* —stead'...

... 1. Firm in position or place; ...ltering; sure. 3. Having a con...pace. 4. Not easily excited or ...; dependable. 6. Temperate; ... —*tr.* To make steady; stabi... —*interj.* 1. Used to urge self...rect the helmsman to keep the ...—*n., pl.* steadies. *Slang.* The ...egularly and exclusively. —go ...clusively. [From STEAD, place ...*ēdig*, stable).] —stead'i·er *n.* ...

...*able, uniform, constant.* These ...ons that show stability or lack ...tinuity of activity, regularity of ... manifestation of firmness or ...aintenance of a level of activity ...nt absence of irregularity or ...

...fluctuation. *Equable* implies an inherent tendency to be regular in movement or activity, to avoid extremes, or (in persons) to be tranquil. *Uniform* emphasizes sameness in form, character, degree, regularity of occurrence, or the like. This sameness can apply to one thing that shows no variation within itself, or it can refer to a group that reveals no diversity. *Constant* describes a thing incapable of, or not given to, change or a person who is firm and steadfast in purpose. It also can imply continuity or regularity of activity or occurrence.

**steady-state theory** (stĕd'ē-stāt'). A cosmological theory that assumes that the large-scale view of the universe is independent of the position of the observer in space and time and that the expansion of the universe, required on other grounds, is compensated for by the continuous creation of matter.

**steak** (stāk) *n.* 1. A slice of meat, beef unless otherwise indicated, typically cut thick and across the muscle grain and usually broiled or fried. 2. A thick slice of a large fish cut across the body. 3. A dish suggesting beefsteak, especially a cake of ground meat broiled or fried. [Middle English *steke, styke*, from Old Norse *steik*, piece of meat roasted on a spit, from *steikja*, to roast on a spit. See steig- in Appendix.*]

**steak tar·tare** (tär'tär', tär'tər). Raw ground beef mixed with onion, seasoning, and raw egg, eaten as an appetizer. Also called "tartare steak."

**steal** (stēl) *v.* stole (stōl), stolen (stō'lən), stealing, steals. —*tr.* 1. To take without right or permission, generally in a surreptitious way. 2. To get or effect secretly or artfully. 3. To move, carry, or place surreptitiously. 4. *Baseball.* To gain (a base) without the aid of a hit, error, or wild pitch. Used of a base runner. —*intr.* 1. To commit theft. 2. To move, happen, or elapse stealthily or unobtrusively. 3. *Baseball.* To steal a base. —See Synonyms at rob. —*n.* 1. The act of stealing; theft. 2. *Baseball.* The act of stealing a base. 3. *Slang.* A bargain. [Steal, stolen; Middle English *stelen, stole(n)*, Old English *stelan, stolen*. Stole, Middle English *stole*, adopted from the past participle *stole(n)* and superseding the more regular form *stal*, Old English *stæl* (plural *stælon*). See ster-[4] in Appendix.*] —steal'er *n.*

**stealth** (stĕlth) *n.* 1. The act of moving, proceeding, or acting in a covert way. 2. *Furtiveness; covertness.* 3. *Archaic.* The act of stealing. [Middle English *stalth, stelth*, probably from Old English *stǣlth* (unattested). See ster-[4] in Appendix.*]

**stealth·y** (stĕl'thē) *adj.* -ier, -iest. Characterized by clandestine or secret movement; avoiding notice. See Synonyms at secret. —stealth'i·ly *adv.* —stealth'i·ness *n.*

**steam** (stēm) *n.* 1. a. The vapor phase of water. b. The mist of cooling water vapor. 2. Steam heating (*see*). 3. Power; energy. —let (or blow) off steam. To release pent-up emotions or energy. —*v.* steamed, steaming, steams. —*intr.* 1. To produce or emit steam. 2. To become or rise up as steam. 3. To become misted or covered with steam. Used with *up.* 4. To move by means of steam power. 5. *Informal.* To move energetically and rapidly. —*tr.* To expose to steam, as in cooking. [Middle English *steme*, vapor, exhalation, Old English *stēam*, from West Germanic *stauma* (unattested).]

**steam·boat** (stēm'bōt') *n.* A steamship (*see*).

**steam boiler.** A closed tank in which water is converted into steam under pressure.

**steam chest.** A compartment in a steam engine through which steam is delivered from the boiler to a cylinder. Also called "steam box."

**steam engine.** An engine that converts the heat energy of pressurized steam into mechanical energy, especially one in which steam drives a piston in a closed cylinder.

**steam·er** (stē'mər) *n. Abbr.* str. 1. A steamship (*see*). 2. A container in which something is steamed. 3. A soft-shell clam cooked by steaming.

**steamer trunk.** A small trunk originally designed to fit under the bunk of a steamship cabin.

**steam·fit·ter** (stēm'fĭt'ər) *n.* One whose occupation is the installation and repair of heating, ventilating, refrigerating, and air-conditioning systems.

**steam heating.** A heating system by which steam is generated in a boiler and piped to radiators. Compare hot-water heat.

**steam iron.** A pressing iron that holds and heats water to be emitted as steam on the cloth being pressed.

**steam radio.** *British slang.* Radio broadcasting considered as being old-fashioned by comparison with television.

**steam·rol·ler** (stēm'rō'lər) *n.* Also steam roller. 1. A steam-driven machine used chiefly for rolling road surfaces flat. 2. A ruthless or irresistible force or power. —*v.* steamrollered, -lering, -lers. —*tr.* 1. To work or roll (a road) with a steamroller. 2. To overwhelm or suppress ruthlessly; crush. —*intr.* To move or proceed with overwhelming or crushing force.

**steam·ship** (stēm'shĭp') *n. Abbr.* SS, S.S. A large vessel propelled by one or more steam-driven screws or propellers. Also called "steamboat," "steamer."

**steam shovel.** A steam-driven machine for digging.

**steam table.** A table equipped to hold containers of cooked food kept warm by hot water or steam circulating below.

**steam turbine.** A turbine operated by highly pressurized steam directed against or through vanes on a rotor.

**steam·y** (stē'mē) *adj.* -ier, -iest. 1. Filled with or emitting steam. 2. *Informal.* Erotic. —steam'i·ly *adv.* —steam'i·ness *n.*

**Ste. Anne de Beau·pré** (sānt ăn' də bō-prā'). A village and shrine on the St. Lawrence in southern Quebec, Canada.

**ste·ap·sin** (stē-ăp'sən) *n.* An enzyme of pancreatic juice that catalyzes the hydrolysis of fats to fatty acids and glycerol. [Greek *stear*, solid fat, suet, tallow (see stearic) + (PE)PSIN.]

**ste·a·rate** (stē'ə-rāt') *n.* A salt or ester of stearic acid. [STEAR(IC) + -ATE.]

**ste·ar·ic** (stē-ăr'ĭk) *adj.* Of, pertaining to, or similar to stearin or fat. [French *stéarique*, from Greek *stear*†, solid fat, suet, tallow.]

**stearic acid.** A colorless, odorless, waxlike fatty acid, $CH_3(CH_2)_{16}COOH$, occurring in natural animal and vegetable fats.

**ste·a·rin** (stē'ə-rən) *n.* 1. A colorless, odorless, tasteless ester of glycerol and stearic acid, $C_3H_5(C_{18}H_{35}O_2)_3$, used in the manufacture of soap and candles and for textile sizing. Also called "tristearin." 2. Stearic acid, especially as used commercially. 3. The solid form of fat. [French *stéarine* : Greek *stear*, solid fat, suet, tallow (see stearic) + -INE.]

**ste·a·rop·tene** (stē'ə-rŏp'tēn') *n.* The portion of a natural essential oil that separates out as a white, crystalline solid on cooling or standing. [STEAR(IC) + Greek *ptēnos*, flying, winged, "volatile" (see pet-[1] in Appendix*).]

**ste·a·tite** (stē'ə-tīt') *n.* A massive, white-to-green talc used in paints, ceramics, and insulation. Also called "soapstone." [Latin *steatitis, steatites*, from Greek *steatitēs, steatitēs*, "tallow stone" : STEAT(O)- + -ITE.] —ste'a·tit'ic (-tĭt'ĭk) *adj.*

**steato-.** Indicates fat; for example, steatopygia. [Greek, from *stear* (stem *steat-*), solid fat, tallow. See stearic.]

**ste·a·tol·y·sis** (stē'ə-tŏl'ə-sĭs) *n.* The digestive emulsification of fats prior to assimilation. [New Latin : STEATO- + -LYSIS.]

**ste·a·to·py·gi·a** (stē'ə-tō-pĭj'ē-ə) *n.* An excessive accumulation of fat on the buttocks. [New Latin : STEATO- + Greek *pugē*, rump (see pygidium).] —ste'a·to·pyg'ic, ste'a·to·py'gous (-pī'gəs) *adj.*

**ste·a·tor·rhe·a** (stē'ə-tə-rē'ə) *n.* Also ste·a·tor·rhoe·a. 1. Overaction of the sebaceous glands. 2. Excessive discharge of fat in the feces. [New Latin : STEATO- + -RRHEA.]

**Ste·bark** (stĕNm'bărk'). *German* Tan·nen·berg (tän'ən-bĕrk'). A town in northeastern Poland, formerly in East Prussia; site of a defeat of the Russians by the Germans (1914).

**sted·fast.** Variant of steadfast.

**steed** (stēd) *n.* A horse, especially one that is spirited. [Middle English *stede*, Old English *stēda*, stallion. See stā- in Appendix.*]

**steel** (stēl) *n.* 1. Any of various generally hard, strong, durable, malleable alloys of iron and carbon, usually containing between 0.2 and 1.5 per cent carbon, often with other constituents such as manganese, chromium, nickel, molybdenum, copper, tungsten, cobalt, or silicon, depending on the desired alloy properties, and widely used as a structural material. 2. A quality suggestive of steel; especially, a hard, unflinching character. 3. Something made of steel, as a sword. 4. A knife sharpener consisting of a handled steel rod. 5. A slender strip or band of steel used for stiffening. 6. Dark gray to purplish gray. See color. —*adj.* 1. Made of or with steel. 2. a. Resembling the properties of steel. b. Of the color steel. 3. Of or pertaining to the production of steel. —*tr.v.* steeled, steeling, steels. 1. To cover, plate, edge, or point with steel. 2. To make hard, strong, or obdurate; strengthen: "*Its direct business is not to steel the soul against temptation*" (John Henry Newman). [Middle English *stel(e)*, *stiel*, Old English *stēli, stȳle*. See stāk- in Appendix.*]

**steel band.** A musical band of Trinidadian origin, composed chiefly of percussion instruments fashioned from oil drums.

**Steele** (stēl), Sir **Richard.** 1672–1729. English essayist.

**steel engraving.** 1. The art or process of engraving on a steel plate. 2. An impression produced with an engraved steel plate.

**steel·head** (stēl'hĕd') *n.* The rainbow trout when occurring in marine waters or large inland lakes.

**steel wool.** Fine fibers of steel woven or matted together to form an abrasive for cleaning, smoothing, or polishing.

**steel·work** (stēl'wûrk') *n.* 1. Something made of steel. 2. *Plural.* A plant where steel is made.

**steel·work·er** (stēl'wûr'kər) *n.* One who works in a place where steel is manufactured.

**steel·y** (stē'lē) *adj.* -ier, -iest. 1. Made of steel. 2. Like steel, as in coldness or hardness: *steely eyes.* —steel'i·ness *n.*

**steel·yard** (stēl'yärd') *n.* A balance consisting of a scaled arm suspended off center, a hook at the shorter end on which to hang the object being weighed, and a counterbalance at the longer end that can be moved to find the weight. [STEEL + YARD (rod).]

**Steen** (stēn), **Jan.** 1626?–1679. Dutch genre painter.

**steen·bok** (stēn'bŏk', stān'-) *n.* Also stein·bok (stīn'-). An African antelope, *Raphicerus campestris*, having a brownish coat and short, pointed horns in the male. [Afrikaans *steenbok*, from Middle Dutch *steenboc*, "stone buck," ibex : *steen*, stone (see stei- in Appendix*) + *boc*, buck (see bhugo- in Appendix*).]

**steep**[1] (stēp) *adj.* steeper, steepest. 1. Having a sharp inclination; nearly perpendicular; precipitous. 2. Rising or falling rapidly or precipitously. 3. a. Excessive; stiff; exorbitant: *a steep price.* b. Ambitious; difficult. Said of a goal or undertaking. —*n.* A precipitous slope; steep place. [Middle English *stepe*, Old English *stēap*, lofty, deep, projecting. See steu- in Appendix.*] —steep'ly *adv.* —steep'ness *n.*

**steep**[2] (stēp) *v.* steeped, steeping, steeps. —*tr.* 1. To soak in liquid in order to cleanse, soften, or extract some property from. 2. To infuse or subject thoroughly to. 3. To make thoroughly wet; saturate. —*intr.* To undergo a soaking in liquid. —*n.* 1. a. The process of steeping. b. The state of being steeped. 2. A liquid, bath, or solution in which something is steeped. [Middle English *stepen*, perhaps from Old Norse *steypa*, to pour out. See staup- in Appendix.*] —steep'er *n.*

steam shovel

steelyard
Roman steelyard of bronze

steenbok



# Handbook OF Chemistry and Physics

A Ready-Reference Book of Chemical and Physical Data

HANDBOOK OF CHEMISTRY AND PHYSICS
1973-1974
54th
EDITION
THE CHEMICAL RUBBER CO.

EDITOR

ROBERT C. WEAST, PH.D.

*Vice President, Research, Consolidated Natural Gas Service Company, Inc.*

*Formerly Professor of Chemistry at Case Institute of Technology*

In collaboration with a large number of professional chemists and physicists whose assistance is acknowledged in the list of general collaborators and in connection with the particular tables or sections involved.

*Published by*

CRC PRESS

18901 Cranwood Parkway, Cleveland, Ohio 44128

A division of The Chemical Rubber C



© 1964, 1965, 1966, 1967, 1968, 1969, 1970, 1971, 1972, 1973 by THE CHEMICAL RUBBER CO.

Copyright 1918, 1920 by The Chemical Rubber Company (Copyright renewed 1946, 1948 by Chemical Rubber Publishing Company)

Copyright 1922 (Copyright renewed 1950), 1925 (Copyright renewed 1953), 1926 (Copyright renewed 1954), 1927 (Copyright renewed 1955), 1929 (Copyright renewed 1957), 1936, 1937 (Copyright renewed 1965 by The Chemical Rubber Co.), 1939, 1940 (Copyright renewed 1968 by The Chemical Rubber Co.), 1941 (Copyright renewed 1969 by The Chemical Rubber Co.), 1942 (Copyright renewed 1970 by The Chemical Rubber Co.), 1943 (Copyright renewed 1971 by the The Chemical Rubber Co.), 1944 (Copyright renewed 1972 by The Chemical Rubber Co.), 1945 (Copyright renewed 1973 by The Chemical Rubber Co.), 1947, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956 by Chemical Rubber Publishing Company

© 1957, 1958, 1959, 1960, 1961, 1962 by Chemical Rubber Publishing Company

*All Rights Reserved*
Library of Congress Card No. 13-11056
PRINTED IN U. S. A.
ISBN 087819-454-1

Reproduced by permission of the publishers and copyright owners of the 1967 ASME Steam Tables. Further data and information on the thermodynamic and transport properties of steam and water are contained in the above ASME publication. It is obtainable from The American Society of Mechanical Engineers, United Engineering Center, 345 East 47th Street, New York, New York 10017.

## Properties of Saturated Steam and Saturated Water

| Temp. F | Press. psia | Volume, ft³/lbm Water $v_f$ | Evap. $v_{fg}$ | Steam $v_g$ | Enthalpy, Btu/lbm Water $h_f$ | Evap. $h_{fg}$ | Steam $h_g$ | Entropy, Btu/lbm × F Water $s_f$ | Evap. $s_{fg}$ | Steam $s_g$ | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 705.47 | 3208.2 | 0.05078 | 0.00000 | 0.05078 | 906.0 | 0.0 | 906.0 | 1.0612 | 0.0000 | 1.0612 | 705.47 |
| 705.0 | 3198.3 | 0.04427 | 0.01304 | 0.05730 | 873.0 | 61.4 | 934.4 | 1.0329 | 0.0527 | 1.0856 | 705.0 |
| 704.5 | 3187.8 | 0.04233 | 0.01822 | 0.06055 | 861.9 | 85.3 | 947.2 | 1.0234 | 0.0732 | 1.0967 | 704.5 |
| 704.0 | 3177.2 | 0.04108 | 0.02192 | 0.06300 | 854.2 | 102.0 | 956.2 | 1.0169 | 0.0876 | 1.1046 | 704.0 |
| 703.5 | 3166.8 | 0.04015 | 0.02489 | 0.06504 | 848.2 | 115.2 | 963.5 | 1.0118 | 0.0991 | 1.1109 | 703.5 |
| 703.0 | 3156.3 | 0.03940 | 0.02744 | 0.06684 | 843.2 | 126.4 | 969.6 | 1.0076 | 0.1087 | 1.1163 | 703.0 |
| 702.5 | 3145.9 | 0.03878 | 0.02969 | 0.06847 | 838.9 | 136.1 | 974.9 | 1.0039 | 0.1171 | 1.1210 | 702.5 |
| 702.0 | 3135.5 | 0.03824 | 0.03173 | 0.06997 | 835.0 | 144.7 | 979.7 | 1.0006 | 0.1246 | 1.1252 | 702.0 |
| 701.5 | 3125.2 | 0.03777 | 0.03361 | 0.07138 | 831.5 | 152.6 | 984.0 | 0.9977 | 0.1314 | 1.1291 | 701.5 |
| 701.0 | 3114.9 | 0.03735 | 0.03536 | 0.07271 | 828.2 | 159.8 | 988.0 | 0.9949 | 0.1377 | 1.1326 | 701.0 |
| 700.5 | 3104.6 | 0.03697 | 0.03701 | 0.07397 | 825.2 | 166.5 | 991.7 | 0.9924 | 0.1435 | 1.1359 | 700.5 |
| 700.0 | 3094.3 | 0.03662 | 0.03857 | 0.07519 | 822.4 | 172.7 | 995.2 | 0.9901 | 0.1490 | 1.1390 | 700.0 |
| 699.0 | 3073.9 | 0.03600 | 0.04149 | 0.07749 | 817.3 | 184.2 | 1001.5 | 0.9858 | 0.1590 | 1.1447 | 699.0 |
| 698.0 | 3053.6 | 0.03546 | 0.04420 | 0.07966 | 812.6 | 194.6 | 1007.2 | 0.9818 | 0.1681 | 1.1499 | 698.0 |
| 697.0 | 3033.5 | 0.03498 | 0.04674 | 0.08172 | 808.4 | 204.0 | 1012.4 | 0.9783 | 0.1764 | 1.1547 | 697.0 |
| 696.0 | 3013.4 | 0.03455 | 0.04916 | 0.08371 | 804.4 | 212.8 | 1017.2 | 0.9749 | 0.1841 | 1.1591 | 696.0 |
| 695.0 | 2993.5 | 0.03415 | 0.05147 | 0.08563 | 800.6 | 221.0 | 1021.7 | 0.9718 | 0.1914 | 1.1632 | 695.0 |
| 694.0 | 2973.7 | 0.03379 | 0.05370 | 0.08749 | 797.1 | 228.8 | 1025.9 | 0.9689 | 0.1983 | 1.1671 | 694.0 |
| 693.0 | 2954.0 | 0.03345 | 0.05587 | 0.08931 | 793.8 | 236.1 | 1029.9 | 0.9660 | 0.2048 | 1.1708 | 693.0 |
| 692.0 | 2934.5 | 0.03313 | 0.05797 | 0.09110 | 790.5 | 243.1 | 1033.6 | 0.9634 | 0.2110 | 1.1744 | 692.0 |
| 690.0 | 2895.7 | 0.03256 | 0.06203 | 0.09459 | 784.5 | 256.1 | 1040.6 | 0.9583 | 0.2227 | 1.1810 | 690.0 |
| 688.0 | 2857.4 | 0.03204 | 0.06595 | 0.09799 | 778.8 | 268.2 | 1047.0 | 0.9535 | 0.2337 | 1.1872 | 688.0 |
| 686.0 | 2819.5 | 0.03157 | 0.06976 | 0.10133 | 773.4 | 279.5 | 1052.9 | 0.9490 | 0.2439 | 1.1930 | 686.0 |
| 684.0 | 2782.1 | 0.03114 | 0.07349 | 0.10463 | 768.2 | 290.2 | 1058.4 | 0.9447 | 0.2537 | 1.1984 | 684.0 |
| 682.0 | 2745.1 | 0.03074 | 0.07716 | 0.10790 | 763.3 | 300.4 | 1063.6 | 0.9406 | 0.2631 | 1.2036 | 682.0 |
| 680.0 | 2708.6 | 0.03037 | 0.08080 | 0.11117 | 758.5 | 310.1 | 1068.5 | 0.9365 | 0.2720 | 1.2086 | 680.0 |
| 678.0 | 2672.5 | 0.03002 | 0.08440 | 0.11442 | 753.8 | 319.4 | 1073.2 | 0.9326 | 0.2807 | 1.2133 | 678.0 |
| 676.0 | 2636.8 | 0.02970 | 0.08799 | 0.11769 | 749.2 | 328.5 | 1077.6 | 0.9287 | 0.2892 | 1.2179 | 676.0 |
| 674.0 | 2601.5 | 0.02939 | 0.09156 | 0.12096 | 744.7 | 337.2 | 1081.9 | 0.9249 | 0.2974 | 1.2223 | 674.0 |
| 672.0 | 2566.6 | 0.02911 | 0.09514 | 0.12424 | 740.2 | 345.7 | 1085.9 | 0.9212 | 0.3054 | 1.2266 | 672.0 |
| 670.0 | 2532.2 | 0.02884 | 0.09871 | 0.12755 | 735.8 | 354.0 | 1089.8 | 0.9174 | 0.3133 | 1.2307 | 670.0 |
| 668.0 | 2498.1 | 0.02858 | 0.10229 | 0.13087 | 731.5 | 362.1 | 1093.5 | 0.9137 | 0.3210 | 1.2347 | 668.0 |
| 666.0 | 2464.4 | 0.02834 | 0.10588 | 0.13421 | 727.1 | 370.0 | 1097.1 | 0.9100 | 0.3286 | 1.2387 | 666.0 |
| 664.0 | 2431.1 | 0.02811 | 0.10947 | 0.13757 | 722.9 | 377.7 | 1100.6 | 0.9064 | 0.3361 | 1.2425 | 664.0 |
| 662.0 | 2398.2 | 0.02789 | 0.11306 | 0.14095 | 718.8 | 385.1 | 1103.9 | 0.9028 | 0.3434 | 1.2462 | 662.0 |
| 660.0 | 2365.7 | 0.02768 | 0.11663 | 0.14431 | 714.9 | 392.1 | 1107.0 | 0.8995 | 0.3502 | 1.2498 | 660.0 |
| 658.0 | 2333.5 | 0.02748 | 0.12023 | 0.14771 | 711.1 | 399.0 | 1110.1 | 0.8963 | 0.3570 | 1.2533 | 658.0 |
| 656.0 | 2301.7 | 0.02728 | 0.12387 | 0.15115 | 707.4 | 405.7 | 1113.1 | 0.8931 | 0.3637 | 1.2567 | 656.0 |
| 654.0 | 2270.3 | 0.02709 | 0.12754 | 0.15463 | 703.7 | 412.2 | 1115.9 | 0.8899 | 0.3702 | 1.2601 | 654.0 |
| 652.0 | 2239.2 | 0.02691 | 0.13124 | 0.15816 | 700.0 | 418.7 | 1118.7 | 0.8868 | 0.3767 | 1.2634 | 652.0 |
| 650.0 | 2208.4 | 0.02674 | 0.13499 | 0.16173 | 696.4 | 425.0 | 1121.4 | 0.8837 | 0.3830 | 1.2667 | 650.0 |
| 648.0 | 2178.1 | 0.02657 | 0.13876 | 0.16534 | 692.9 | 431.1 | 1124.0 | 0.8806 | 0.3893 | 1.2699 | 648.0 |
| 646.0 | 2148.0 | 0.02641 | 0.14258 | 0.16899 | 689.4 | 437.2 | 1126.6 | 0.8776 | 0.3954 | 1.2730 | 646.0 |
| 644.0 | 2118.3 | 0.02625 | 0.14644 | 0.17269 | 685.9 | 443.1 | 1129.0 | 0.8746 | 0.4015 | 1.2761 | 644.0 |
| 642.0 | 2088.9 | 0.02610 | 0.15033 | 0.17643 | 682.5 | 448.9 | 1131.4 | 0.8716 | 0.4075 | 1.2791 | 642.0 |
| 640.0 | 2059.9 | 0.02595 | 0.15427 | 0.18021 | 679.1 | 454.6 | 1133.7 | 0.8686 | 0.4134 | 1.2821 | 640.0 |
| 638.0 | 2031.2 | 0.02580 | 0.15824 | 0.18405 | 675.8 | 460.2 | 1136.0 | 0.8657 | 0.4193 | 1.2850 | 638.0 |
| 636.0 | 2002.8 | 0.02566 | 0.16226 | 0.18792 | 672.4 | 465.7 | 1138.1 | 0.8628 | 0.4251 | 1.2879 | 636.0 |
| 634.0 | 1974.7 | 0.02553 | 0.16633 | 0.19185 | 669.1 | 471.1 | 1140.2 | 0.8599 | 0.4307 | 1.2907 | 634.0 |
| 632.0 | 1947.0 | 0.02539 | 0.17044 | 0.19583 | 665.9 | 476.4 | 1142.2 | 0.8571 | 0.4364 | 1.2934 | 632.0 |
| 630.0 | 1919.5 | 0.02526 | 0.17459 | 0.19986 | 662.7 | 481.6 | 1144.2 | 0.8542 | 0.4419 | 1.2962 | 630.0 |
| 628.0 | 1892.4 | 0.02514 | 0.17880 | 0.20394 | 659.5 | 486.7 | 1146.1 | 0.8514 | 0.4474 | 1.2988 | 628.0 |
| 626.0 | 1865.6 | 0.02501 | 0.18306 | 0.20807 | 656.3 | 491.7 | 1148.0 | 0.8486 | 0.4529 | 1.3015 | 626.0 |
| 624.0 | 1839.0 | 0.02489 | 0.18737 | 0.21226 | 653.1 | 496.6 | 1149.8 | 0.8458 | 0.4583 | 1.3041 | 624.0 |
| 622.0 | 1812.8 | 0.02477 | 0.19173 | 0.21650 | 650.0 | 501.5 | 1151.5 | 0.8430 | 0.4636 | 1.3066 | 622.0 |
| 620.0 | 1786.9 | 0.02466 | 0.19615 | 0.22081 | 646.9 | 506.3 | 1153.2 | 0.8403 | 0.4689 | 1.3092 | 620.0 |
| 618.0 | 1761.2 | 0.02455 | 0.20063 | 0.22517 | 643.8 | 511.0 | 1154.8 | 0.8375 | 0.4742 | 1.3117 | 618.0 |
| 616.0 | 1735.9 | 0.02444 | 0.20516 | 0.22960 | 640.8 | 515.6 | 1156.4 | 0.8348 | 0.4794 | 1.3141 | 616.0 |
| 614.0 | 1710.8 | 0.02433 | 0.20976 | 0.23409 | 637.8 | 520.2 | 1158.0 | 0.8321 | 0.4845 | 1.3166 | 614.0 |
| 612.0 | 1686.1 | 0.02422 | 0.21442 | 0.23865 | 634.8 | 524.7 | 1159.5 | 0.8294 | 0.4896 | 1.3190 | 612.0 |
| 610.0 | 1661.6 | 0.02412 | 0.21915 | 0.24327 | 631.8 | 529.2 | 1160.9 | 0.8267 | 0.4947 | 1.3214 | 610.0 |
| 608.0 | 1637.3 | 0.02402 | 0.22394 | 0.24796 | 628.8 | 533.6 | 1162.4 | 0.8240 | 0.4997 | 1.3238 | 608.0 |
| 606.0 | 1613.4 | 0.02392 | 0.22881 | 0.25273 | 625.9 | 537.9 | 1163.8 | 0.8214 | 0.5048 | 1.3261 | 606.0 |
| 604.0 | 1589.7 | 0.02382 | 0.23374 | 0.25757 | 622.9 | 542.2 | 1165.1 | 0.8187 | 0.5097 | 1.3284 | 604.0 |
| 602.0 | 1566.3 | 0.02373 | 0.23875 | 0.26248 | 620.0 | 546.4 | 1166.4 | 0.8161 | 0.5147 | 1.3307 | 602.0 |
| 600.0 | 1543.2 | 0.02364 | 0.24384 | 0.26747 | 617.1 | 550.6 | 1167.7 | 0.8134 | 0.5196 | 1.3330 | 600.0 |
| 598.0 | 1520.4 | 0.02354 | 0.24900 | 0.27255 | 614.3 | 554.7 | 1169.0 | 0.8108 | 0.5245 | 1.3353 | 598.0 |
| 596.0 | 1497.8 | 0.02345 | 0.25425 | 0.27770 | 611.4 | 558.8 | 1170.2 | 0.8082 | 0.5293 | 1.3375 | 596.0 |
| 594.0 | 1475.4 | 0.02337 | 0.25958 | 0.28294 | 608.6 | 562.8 | 1171.4 | 0.8056 | 0.5342 | 1.3398 | 594.0 |
| 592.0 | 1453.3 | 0.02328 | 0.26499 | 0.28827 | 605.7 | 566.8 | 1172.6 | 0.8030 | 0.5390 | 1.3420 | 592.0 |
| 590.0 | 1431.5 | 0.02319 | 0.27049 | 0.29368 | 602.9 | 570.8 | 1173.7 | 0.8004 | 0.5437 | 1.3442 | 590.0 |
| 588.0 | 1410.0 | 0.02311 | 0.27608 | 0.29919 | 600.1 | 574.7 | 1174.8 | 0.7978 | 0.5485 | 1.3464 | 588.0 |
| 586.0 | 1388.6 | 0.02303 | 0.28176 | 0.30478 | 597.3 | 578.5 | 1175.9 | 0.7953 | 0.5532 | 1.3485 | 586.0 |
| 584.0 | 1367.6 | 0.02295 | 0.28753 | 0.31048 | 594.6 | 582.4 | 1176.9 | 0.7927 | 0.5580 | 1.3507 | 584.0 |
| 582.0 | 1346.7 | 0.02287 | 0.29340 | 0.31627 | 591.8 | 586.1 | 1178.0 | 0.7902 | 0.5627 | 1.3528 | 582.0 |
| 580.0 | 1326.2 | 0.02279 | 0.29937 | 0.32216 | 589.1 | 589.9 | 1179.0 | 0.7876 | 0.5673 | 1.3550 | 580.0 |

Quantities for saturated liquid $v_f$ $h_f$ $s_f$

Quantities for saturated vapor $v_g$ $h_g$ $s_g$

Increment for evaporation $v_{fg}$ $h_{fg}$ $s_{fg}$

## STEAM TABLES (Continued)

### Properties of Saturated Steam and Saturated Water

| Temp. F | Press. psia | Volume, ft³/lbm Water $v_f$ | Volume Evap. $v_{fg}$ | Volume Steam $v_g$ | Enthalpy, Btu/lbm Water $h_f$ | Enthalpy Evap. $h_{fg}$ | Enthalpy Steam $h_g$ | Entropy, Btu/lbm ×F Water $s_f$ | Entropy Evap. $s_{fg}$ | Entropy Steam $s_g$ | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 580.0 | 1326.17 | 0.02279 | 0.29937 | 0.32216 | 589.1 | 589.9 | 1179.0 | 0.7876 | 0.5673 | 1.3550 | 580.0 |
| 578.0 | 1305.84 | 0.02271 | 0.30544 | 0.32816 | 586.4 | 593.6 | 1179.9 | 0.7851 | 0.5720 | 1.3571 | 578.0 |
| 576.0 | 1285.74 | 0.02264 | 0.31162 | 0.33426 | 583.7 | 597.2 | 1180.9 | 0.7825 | 0.5766 | 1.3592 | 576.0 |
| 574.0 | 1265.89 | 0.02256 | 0.31790 | 0.34046 | 581.0 | 600.9 | 1181.8 | 0.7800 | 0.5813 | 1.3613 | 574.0 |
| 572.0 | 1246.26 | 0.02249 | 0.32429 | 0.34678 | 578.3 | 604.5 | 1182.7 | 0.7775 | 0.5859 | 1.3634 | 572.0 |
| 570.0 | 1226.88 | 0.02242 | 0.33079 | 0.35321 | 575.6 | 608.0 | 1183.6 | 0.7750 | 0.5905 | 1.3654 | 570.0 |
| 568.0 | 1207.72 | 0.02235 | 0.33741 | 0.35975 | 572.9 | 611.5 | 1184.5 | 0.7725 | 0.5950 | 1.3675 | 568.0 |
| 566.0 | 1188.80 | 0.02228 | 0.34414 | 0.36642 | 570.3 | 615.0 | 1185.3 | 0.7699 | 0.5996 | 1.3696 | 566.0 |
| 564.0 | 1170.10 | 0.02221 | 0.35099 | 0.37320 | 567.6 | 618.5 | 1186.1 | 0.7674 | 0.6041 | 1.3716 | 564.0 |
| 562.0 | 1151.63 | 0.02214 | 0.35797 | 0.38011 | 565.0 | 621.9 | 1186.9 | 0.7650 | 0.6087 | 1.3736 | 562.0 |
| 560.0 | 1133.38 | 0.02207 | 0.36507 | 0.38714 | 562.4 | 625.3 | 1187.7 | 0.7625 | 0.6132 | 1.3757 | 560.0 |
| 558.0 | 1115.36 | 0.02201 | 0.37230 | 0.39431 | 559.8 | 628.6 | 1188.4 | 0.7600 | 0.6177 | 1.3777 | 558.0 |
| 556.0 | 1097.55 | 0.02194 | 0.37966 | 0.40160 | 557.2 | 632.0 | 1189.2 | 0.7575 | 0.6222 | 1.3797 | 556.0 |
| 554.0 | 1079.96 | 0.02188 | 0.38715 | 0.40903 | 554.6 | 635.3 | 1189.9 | 0.7550 | 0.6267 | 1.3817 | 554.0 |
| 552.0 | 1062.59 | 0.02182 | 0.39479 | 0.41660 | 552.0 | 638.5 | 1190.6 | 0.7525 | 0.6311 | 1.3837 | 552.0 |
| 550.0 | 1045.43 | 0.02176 | 0.40256 | 0.42432 | 549.5 | 641.8 | 1191.2 | 0.7501 | 0.6356 | 1.3856 | 550.0 |
| 548.0 | 1028.49 | 0.02169 | 0.41048 | 0.43217 | 546.9 | 645.0 | 1191.9 | 0.7476 | 0.6400 | 1.3876 | 548.0 |
| 546.0 | 1011.75 | 0.02163 | 0.41855 | 0.44018 | 544.4 | 648.1 | 1192.5 | 0.7451 | 0.6445 | 1.3896 | 546.0 |
| 544.0 | 995.22 | 0.02157 | 0.42677 | 0.44834 | 541.8 | 651.3 | 1193.1 | 0.7427 | 0.6489 | 1.3915 | 544.0 |
| 542.0 | 978.90 | 0.02151 | 0.43514 | 0.45665 | 539.3 | 654.4 | 1193.7 | 0.7402 | 0.6533 | 1.3935 | 542.0 |
| 540.0 | 962.79 | 0.02146 | 0.44367 | 0.46513 | 536.8 | 657.5 | 1194.3 | 0.7378 | 0.6577 | 1.3954 | 540.0 |
| 538.0 | 946.88 | 0.02140 | 0.45237 | 0.47377 | 534.2 | 660.6 | 1194.8 | 0.7353 | 0.6621 | 1.3974 | 538.0 |
| 536.0 | 931.17 | 0.02134 | 0.46123 | 0.48257 | 531.7 | 663.6 | 1195.4 | 0.7329 | 0.6665 | 1.3993 | 536.0 |
| 534.0 | 915.66 | 0.02129 | 0.47026 | 0.49155 | 529.2 | 666.6 | 1195.9 | 0.7304 | 0.6708 | 1.4012 | 534.0 |
| 532.0 | 900.34 | 0.02123 | 0.47947 | 0.50070 | 526.8 | 669.6 | 1196.4 | 0.7280 | 0.6752 | 1.4032 | 532.0 |
| 530.0 | 885.23 | 0.02118 | 0.48886 | 0.51004 | 524.3 | 672.6 | 1196.9 | 0.7255 | 0.6796 | 1.4051 | 530.0 |
| 528.0 | 870.31 | 0.02112 | 0.49843 | 0.51955 | 521.8 | 675.5 | 1197.3 | 0.7231 | 0.6839 | 1.4070 | 528.0 |
| 526.0 | 855.58 | 0.02107 | 0.50819 | 0.52926 | 519.3 | 678.4 | 1197.8 | 0.7206 | 0.6883 | 1.4089 | 526.0 |
| 524.0 | 841.04 | 0.02102 | 0.51814 | 0.53916 | 516.9 | 681.3 | 1198.2 | 0.7182 | 0.6926 | 1.4108 | 524.0 |
| 522.0 | 826.69 | 0.02097 | 0.52829 | 0.54926 | 514.4 | 684.2 | 1198.6 | 0.7158 | 0.6969 | 1.4127 | 522.0 |
| 520.0 | 812.53 | 0.02091 | 0.53864 | 0.55956 | 512.0 | 687.0 | 1199.0 | 0.7133 | 0.7013 | 1.4146 | 520.0 |
| 518.0 | 798.55 | 0.02086 | 0.54920 | 0.57006 | 509.6 | 689.9 | 1199.4 | 0.7109 | 0.7056 | 1.4165 | 518.0 |
| 516.0 | 784.76 | 0.02081 | 0.55997 | 0.58079 | 507.1 | 692.7 | 1199.8 | 0.7085 | 0.7099 | 1.4183 | 516.0 |
| 514.0 | 771.15 | 0.02076 | 0.57096 | 0.59173 | 504.7 | 695.4 | 1200.2 | 0.7060 | 0.7142 | 1.4202 | 514.0 |
| 512.0 | 757.72 | 0.02072 | 0.58218 | 0.60289 | 502.3 | 698.2 | 1200.5 | 0.7036 | 0.7185 | 1.4221 | 512.0 |
| 510.0 | 744.47 | 0.02067 | 0.59362 | 0.61429 | 499.9 | 700.9 | 1200.8 | 0.7012 | 0.7228 | 1.4240 | 510.0 |
| 508.0 | 731.40 | 0.02062 | 0.60530 | 0.62592 | 497.5 | 703.7 | 1201.1 | 0.6987 | 0.7271 | 1.4258 | 508.0 |
| 506.0 | 718.50 | 0.02057 | 0.61722 | 0.63779 | 495.1 | 706.3 | 1201.4 | 0.6963 | 0.7314 | 1.4277 | 506.0 |
| 504.0 | 705.78 | 0.02053 | 0.62938 | 0.64991 | 492.7 | 709.0 | 1201.7 | 0.6939 | 0.7357 | 1.4296 | 504.0 |
| 502.0 | 693.23 | 0.02048 | 0.64180 | 0.66228 | 490.3 | 711.7 | 1202.0 | 0.6915 | 0.7400 | 1.4314 | 502.0 |
| 500.0 | 680.86 | 0.02043 | 0.65448 | 0.67492 | 487.9 | 714.3 | 1202.2 | 0.6890 | 0.7443 | 1.4333 | 500.0 |
| 498.0 | 668.65 | 0.02039 | 0.66743 | 0.68782 | 485.6 | 716.9 | 1202.5 | 0.6866 | 0.7486 | 1.4352 | 498.0 |
| 496.0 | 656.61 | 0.02034 | 0.68065 | 0.70100 | 483.2 | 719.5 | 1202.7 | 0.6842 | 0.7528 | 1.4370 | 496.0 |
| 494.0 | 644.73 | 0.02030 | 0.69415 | 0.71445 | 480.8 | 722.1 | 1202.9 | 0.6818 | 0.7571 | 1.4389 | 494.0 |
| 492.0 | 633.03 | 0.02026 | 0.70794 | 0.72820 | 478.5 | 724.6 | 1203.1 | 0.6793 | 0.7614 | 1.4407 | 492.0 |
| 490.0 | 621.48 | 0.02021 | 0.72203 | 0.74224 | 476.1 | 727.2 | 1203.3 | 0.6769 | 0.7657 | 1.4426 | 490.0 |
| 488.0 | 610.10 | 0.02017 | 0.73641 | 0.75658 | 473.8 | 729.7 | 1203.5 | 0.6745 | 0.7700 | 1.4444 | 488.0 |
| 486.0 | 598.87 | 0.02013 | 0.75111 | 0.77124 | 471.5 | 732.2 | 1203.7 | 0.6721 | 0.7742 | 1.4463 | 486.0 |
| 484.0 | 587.81 | 0.02009 | 0.76613 | 0.78622 | 469.1 | 734.7 | 1203.8 | 0.6696 | 0.7785 | 1.4481 | 484.0 |
| 482.0 | 576.90 | 0.02004 | 0.78148 | 0.80152 | 466.8 | 737.2 | 1204.0 | 0.6672 | 0.7828 | 1.4500 | 482.0 |
| 480.0 | 566.15 | 0.02000 | 0.79716 | 0.81717 | 464.5 | 739.6 | 1204.1 | 0.6648 | 0.7871 | 1.4518 | 480.0 |
| 478.0 | 555.55 | 0.01996 | 0.81319 | 0.83315 | 462.2 | 742.1 | 1204.2 | 0.6624 | 0.7913 | 1.4537 | 478.0 |
| 476.0 | 545.11 | 0.01992 | 0.82958 | 0.84950 | 459.9 | 744.5 | 1204.3 | 0.6599 | 0.7956 | 1.4555 | 476.0 |
| 474.0 | 534.81 | 0.01988 | 0.84632 | 0.86621 | 457.5 | 746.9 | 1204.4 | 0.6575 | 0.7999 | 1.4574 | 474.0 |
| 472.0 | 524.67 | 0.01984 | 0.86345 | 0.88329 | 455.2 | 749.3 | 1204.5 | 0.6551 | 0.8042 | 1.4592 | 472.0 |
| 470.0 | 514.67 | 0.01980 | 0.88095 | 0.90076 | 452.9 | 751.6 | 1204.6 | 0.6527 | 0.8084 | 1.4611 | 470.0 |
| 468.0 | 504.83 | 0.01976 | 0.89885 | 0.91862 | 450.7 | 754.0 | 1204.6 | 0.6502 | 0.8127 | 1.4629 | 468.0 |
| 466.0 | 495.12 | 0.01973 | 0.91716 | 0.93689 | 448.4 | 756.3 | 1204.7 | 0.6478 | 0.8170 | 1.4648 | 466.0 |
| 464.0 | 485.56 | 0.01969 | 0.93588 | 0.95557 | 446.1 | 758.6 | 1204.7 | 0.6454 | 0.8213 | 1.4667 | 464.0 |
| 462.0 | 476.14 | 0.01965 | 0.95504 | 0.97469 | 443.8 | 761.0 | 1204.8 | 0.6429 | 0.8256 | 1.4685 | 462.0 |
| 460.0 | 466.87 | 0.01961 | 0.97463 | 0.99424 | 441.5 | 763.2 | 1204.8 | 0.6405 | 0.8299 | 1.4704 | 460.0 |
| 458.0 | 457.73 | 0.01958 | 0.99467 | 1.01425 | 439.3 | 765.5 | 1204.8 | 0.6381 | 0.8342 | 1.4722 | 458.0 |
| 456.0 | 448.73 | 0.01954 | 1.01518 | 1.03472 | 437.0 | 767.8 | 1204.8 | 0.6356 | 0.8385 | 1.4741 | 456.0 |
| 454.0 | 439.87 | 0.01950 | 1.03616 | 1.05567 | 434.7 | 770.0 | 1204.8 | 0.6332 | 0.8428 | 1.4759 | 454.0 |
| 452.0 | 431.14 | 0.01947 | 1.05764 | 1.07711 | 432.5 | 772.3 | 1204.8 | 0.6308 | 0.8471 | 1.4778 | 452.0 |
| 450.0 | 422.55 | 0.01943 | 1.07962 | 1.09905 | 430.2 | 774.5 | 1204.7 | 0.6283 | 0.8514 | 1.4797 | 450.0 |
| 448.0 | 414.09 | 0.01940 | 1.10212 | 1.12152 | 428.0 | 776.7 | 1204.7 | 0.6259 | 0.8557 | 1.4815 | 448.0 |
| 446.0 | 405.76 | 0.01936 | 1.12515 | 1.14452 | 425.7 | 778.9 | 1204.6 | 0.6234 | 0.8600 | 1.4834 | 446.0 |
| 444.0 | 397.56 | 0.01933 | 1.14874 | 1.16806 | 423.5 | 781.1 | 1204.6 | 0.6210 | 0.8643 | 1.4853 | 444.0 |
| 442.0 | 389.49 | 0.01929 | 1.17288 | 1.19217 | 421.3 | 783.2 | 1204.5 | 0.6185 | 0.8686 | 1.4872 | 442.0 |
| 440.0 | 381.54 | 0.01926 | 1.19761 | 1.21687 | 419.0 | 785.4 | 1204.4 | 0.6161 | 0.8729 | 1.4890 | 440.0 |
| 438.0 | 373.72 | 0.01923 | 1.22293 | 1.24216 | 416.8 | 787.5 | 1204.3 | 0.6136 | 0.8773 | 1.4909 | 438.0 |
| 436.0 | 366.03 | 0.01919 | 1.24887 | 1.26806 | 414.6 | 789.7 | 1204.2 | 0.6112 | 0.8816 | 1.4928 | 436.0 |
| 434.0 | 358.46 | 0.01916 | 1.27544 | 1.29460 | 412.4 | 791.8 | 1204.1 | 0.6087 | 0.8859 | 1.4947 | 434.0 |
| 432.0 | 351.00 | 0.01913 | 1.30266 | 1.32179 | 410.1 | 793.9 | 1204.0 | 0.6063 | 0.8903 | 1.4966 | 432.0 |
| 430.0 | 343.67 | 0.01909 | 1.33055 | 1.34965 | 407.9 | 796.0 | 1203.9 | 0.6038 | 0.8946 | 1.4985 | 430.0 |

## STEAM TABLES (Continued)

### Properties of Saturated Steam and Saturated Water

| Temp. F | Press. psia | Volume, ft³/lbm Water $v_f$ | Volume, ft³/lbm Evap. $v_{fg}$ | Volume, ft³/lbm Steam $v_g$ | Enthalpy, Btu/lbm Water $h_f$ | Enthalpy, Btu/lbm Evap. $h_{fg}$ | Enthalpy, Btu/lbm Steam $h_g$ | Entropy, Btu/lbm × F Water $s_f$ | Entropy, Btu/lbm × F Evap. $s_{fg}$ | Entropy, Btu/lbm × F Steam $s_g$ | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 430.0 | 343.674 | 0.01909 | 1.3306 | 1.3496 | 407.9 | 796.0 | 1203.9 | 0.6038 | 0.8946 | 1.4985 | 430.0 |
| 428.0 | 336.463 | 0.01906 | 1.3591 | 1.3782 | 405.7 | 798.0 | 1203.7 | 0.6014 | 0.8990 | 1.5004 | 428.0 |
| 426.0 | 329.369 | 0.01903 | 1.3884 | 1.4075 | 403.5 | 800.1 | 1203.6 | 0.5989 | 0.9034 | 1.5023 | 426.0 |
| 424.0 | 322.391 | 0.01900 | 1.4184 | 1.4374 | 401.3 | 802.2 | 1203.5 | 0.5964 | 0.9077 | 1.5042 | 424.0 |
| 422.0 | 315.529 | 0.01897 | 1.4492 | 1.4682 | 399.1 | 804.2 | 1203.3 | 0.5940 | 0.9121 | 1.5061 | 422.0 |
| 420.0 | 308.780 | 0.01894 | 1.4808 | 1.4997 | 396.9 | 806.2 | 1203.1 | 0.5915 | 0.9165 | 1.5080 | 420.0 |
| 418.0 | 302.143 | 0.01890 | 1.5131 | 1.5320 | 394.7 | 808.2 | 1202.9 | 0.5890 | 0.9209 | 1.5099 | 418.0 |
| 416.0 | 295.617 | 0.01887 | 1.5463 | 1.5651 | 392.5 | 810.2 | 1202.8 | 0.5866 | 0.9253 | 1.5118 | 416.0 |
| 414.0 | 289.201 | 0.01884 | 1.5803 | 1.5991 | 390.3 | 812.2 | 1202.6 | 0.5841 | 0.9297 | 1.5137 | 414.0 |
| 412.0 | 282.894 | 0.01881 | 1.6152 | 1.6340 | 388.1 | 814.2 | 1202.4 | 0.5816 | 0.9341 | 1.5157 | 412.0 |
| 410.0 | 276.694 | 0.01878 | 1.6510 | 1.6697 | 386.0 | 816.2 | 1202.1 | 0.5791 | 0.9385 | 1.5176 | 410.0 |
| 408.0 | 270.600 | 0.01875 | 1.6877 | 1.7064 | 383.8 | 818.2 | 1201.9 | 0.5766 | 0.9429 | 1.5195 | 408.0 |
| 406.0 | 264.611 | 0.01872 | 1.7253 | 1.7441 | 381.6 | 820.1 | 1201.7 | 0.5742 | 0.9473 | 1.5215 | 406.0 |
| 404.0 | 258.725 | 0.01870 | 1.7640 | 1.7827 | 379.4 | 822.0 | 1201.5 | 0.5717 | 0.9518 | 1.5234 | 404.0 |
| 402.0 | 252.942 | 0.01867 | 1.8037 | 1.8223 | 377.3 | 824.0 | 1201.2 | 0.5692 | 0.9562 | 1.5254 | 402.0 |
| 400.0 | 247.259 | 0.01864 | 1.8444 | 1.8630 | 375.1 | 825.9 | 1201.0 | 0.5667 | 0.9607 | 1.5274 | 400.0 |
| 398.0 | 241.677 | 0.01861 | 1.8862 | 1.9048 | 372.9 | 827.8 | 1200.7 | 0.5642 | 0.9651 | 1.5293 | 398.0 |
| 396.0 | 236.193 | 0.01858 | 1.9291 | 1.9477 | 370.8 | 829.7 | 1200.4 | 0.5617 | 0.9696 | 1.5313 | 396.0 |
| 394.0 | 230.807 | 0.01855 | 1.9731 | 1.9917 | 368.6 | 831.6 | 1200.2 | 0.5592 | 0.9741 | 1.5333 | 394.0 |
| 392.0 | 225.516 | 0.01853 | 2.0184 | 2.0369 | 366.5 | 833.4 | 1199.9 | 0.5567 | 0.9786 | 1.5352 | 392.0 |
| 390.0 | 220.321 | 0.01850 | 2.0649 | 2.0833 | 364.3 | 835.3 | 1199.6 | 0.5542 | 0.9831 | 1.5372 | 390.0 |
| 388.0 | 215.220 | 0.01847 | 2.1126 | 2.1311 | 362.2 | 837.2 | 1199.3 | 0.5516 | 0.9876 | 1.5392 | 388.0 |
| 386.0 | 210.211 | 0.01844 | 2.1616 | 2.1801 | 360.0 | 839.0 | 1199.0 | 0.5491 | 0.9921 | 1.5412 | 386.0 |
| 384.0 | 205.294 | 0.01842 | 2.2120 | 2.2304 | 357.9 | 840.8 | 1198.7 | 0.5466 | 0.9966 | 1.5432 | 384.0 |
| 382.0 | 200.467 | 0.01839 | 2.2638 | 2.2821 | 355.7 | 842.7 | 1198.4 | 0.5441 | 1.0012 | 1.5452 | 382.0 |
| 380.0 | 195.729 | 0.01836 | 2.3170 | 2.3353 | 353.6 | 844.5 | 1198.0 | 0.5416 | 1.0057 | 1.5473 | 380.0 |
| 378.0 | 191.080 | 0.01834 | 2.3716 | 2.3900 | 351.4 | 846.3 | 1197.7 | 0.5390 | 1.0103 | 1.5493 | 378.0 |
| 376.0 | 186.517 | 0.01831 | 2.4279 | 2.4462 | 349.3 | 848.1 | 1197.4 | 0.5365 | 1.0148 | 1.5513 | 376.0 |
| 374.0 | 182.040 | 0.01829 | 2.4857 | 2.5039 | 347.2 | 849.8 | 1197.0 | 0.5340 | 1.0194 | 1.5534 | 374.0 |
| 372.0 | 177.648 | 0.01826 | 2.5451 | 2.5633 | 345.0 | 851.6 | 1196.7 | 0.5314 | 1.0240 | 1.5554 | 372.0 |
| 370.0 | 173.339 | 0.01823 | 2.6062 | 2.6244 | 342.9 | 853.4 | 1196.3 | 0.5289 | 1.0286 | 1.5575 | 370.0 |
| 368.0 | 169.113 | 0.01821 | 2.6691 | 2.6873 | 340.8 | 855.1 | 1195.9 | 0.5263 | 1.0332 | 1.5595 | 368.0 |
| 366.0 | 164.968 | 0.01818 | 2.7337 | 2.7519 | 338.7 | 856.9 | 1195.6 | 0.5238 | 1.0378 | 1.5616 | 366.0 |
| 364.0 | 160.903 | 0.01816 | 2.8002 | 2.8184 | 336.5 | 858.6 | 1195.2 | 0.5212 | 1.0424 | 1.5637 | 364.0 |
| 362.0 | 156.917 | 0.01813 | 2.8687 | 2.8868 | 334.4 | 860.4 | 1194.8 | 0.5187 | 1.0471 | 1.5658 | 362.0 |
| 360.0 | 153.010 | 0.01811 | 2.9392 | 2.9573 | 332.3 | 862.1 | 1194.4 | 0.5161 | 1.0517 | 1.5678 | 360.0 |
| 358.0 | 149.179 | 0.01809 | 3.0117 | 3.0298 | 330.2 | 863.8 | 1194.0 | 0.5135 | 1.0564 | 1.5699 | 358.0 |
| 356.0 | 145.424 | 0.01806 | 3.0863 | 3.1044 | 328.1 | 865.5 | 1193.6 | 0.5110 | 1.0611 | 1.5721 | 356.0 |
| 354.0 | 141.744 | 0.01804 | 3.1632 | 3.1812 | 326.0 | 867.2 | 1193.2 | 0.5084 | 1.0658 | 1.5742 | 354.0 |
| 352.0 | 138.138 | 0.01801 | 3.2423 | 3.2603 | 323.9 | 868.9 | 1192.7 | 0.5058 | 1.0705 | 1.5763 | 352.0 |
| 350.0 | 134.604 | 0.01799 | 3.3238 | 3.3418 | 321.8 | 870.6 | 1192.3 | 0.5032 | 1.0752 | 1.5784 | 350.0 |
| 348.0 | 131.142 | 0.01797 | 3.4078 | 3.4258 | 319.7 | 872.2 | 1191.9 | 0.5006 | 1.0799 | 1.5806 | 348.0 |
| 346.0 | 127.751 | 0.01794 | 3.4943 | 3.5122 | 317.6 | 873.9 | 1191.4 | 0.4980 | 1.0847 | 1.5827 | 346.0 |
| 344.0 | 124.430 | 0.01792 | 3.5834 | 3.6013 | 315.5 | 875.5 | 1191.0 | 0.4954 | 1.0894 | 1.5849 | 344.0 |
| 342.0 | 121.177 | 0.01790 | 3.6752 | 3.6931 | 313.4 | 877.2 | 1190.5 | 0.4928 | 1.0942 | 1.5871 | 342.0 |
| 340.0 | 117.992 | 0.01787 | 3.7699 | 3.7878 | 311.3 | 878.8 | 1190.1 | 0.4902 | 1.0990 | 1.5892 | 340.0 |
| 338.0 | 114.873 | 0.01785 | 3.8675 | 3.8853 | 309.2 | 880.5 | 1189.6 | 0.4876 | 1.1038 | 1.5914 | 338.0 |
| 336.0 | 111.820 | 0.01783 | 3.9681 | 3.9859 | 307.1 | 882.1 | 1189.1 | 0.4850 | 1.1086 | 1.5936 | 336.0 |
| 334.0 | 108.832 | 0.01781 | 4.0718 | 4.0896 | 305.0 | 883.7 | 1188.7 | 0.4824 | 1.1134 | 1.5958 | 334.0 |
| 332.0 | 105.907 | 0.01779 | 4.1788 | 4.1966 | 302.9 | 885.3 | 1188.2 | 0.4798 | 1.1183 | 1.5981 | 332.0 |
| 330.0 | 103.045 | 0.01776 | 4.2892 | 4.3069 | 300.8 | 886.9 | 1187.7 | 0.4772 | 1.1231 | 1.6003 | 330.0 |
| 328.0 | 100.245 | 0.01774 | 4.4030 | 4.4208 | 298.7 | 888.5 | 1187.2 | 0.4745 | 1.1280 | 1.6025 | 328.0 |
| 326.0 | 97.506 | 0.01772 | 4.5205 | 4.5382 | 296.6 | 890.1 | 1186.7 | 0.4719 | 1.1329 | 1.6048 | 326.0 |
| 324.0 | 94.826 | 0.01770 | 4.6418 | 4.6595 | 294.6 | 891.6 | 1186.2 | 0.4692 | 1.1378 | 1.6071 | 324.0 |
| 322.0 | 92.205 | 0.01768 | 4.7669 | 4.7846 | 292.5 | 893.2 | 1185.7 | 0.4666 | 1.1427 | 1.6093 | 322.0 |
| 320.0 | 89.643 | 0.01766 | 4.8961 | 4.9138 | 290.4 | 894.8 | 1185.2 | 0.4640 | 1.1477 | 1.6116 | 320.0 |
| 318.0 | 87.137 | 0.01764 | 5.0295 | 5.0471 | 288.3 | 896.3 | 1184.7 | 0.4613 | 1.1526 | 1.6139 | 318.0 |
| 316.0 | 84.688 | 0.01761 | 5.1673 | 5.1849 | 286.3 | 897.9 | 1184.1 | 0.4586 | 1.1576 | 1.6162 | 316.0 |
| 314.0 | 82.293 | 0.01759 | 5.3096 | 5.3272 | 284.2 | 899.4 | 1183.6 | 0.4560 | 1.1626 | 1.6185 | 314.0 |
| 312.0 | 79.953 | 0.01757 | 5.4566 | 5.4742 | 282.1 | 901.0 | 1183.1 | 0.4533 | 1.1676 | 1.6209 | 312.0 |
| 310.0 | 77.667 | 0.01755 | 5.6085 | 5.6260 | 280.0 | 902.5 | 1182.5 | 0.4506 | 1.1726 | 1.6232 | 310.0 |
| 308.0 | 75.433 | 0.01753 | 5.7655 | 5.7830 | 278.0 | 904.0 | 1182.0 | 0.4479 | 1.1776 | 1.6256 | 308.0 |
| 306.0 | 73.251 | 0.01751 | 5.9277 | 5.9452 | 275.9 | 905.5 | 1181.4 | 0.4453 | 1.1827 | 1.6279 | 306.0 |
| 304.0 | 71.119 | 0.01749 | 6.0955 | 6.1130 | 273.8 | 907.0 | 1180.9 | 0.4426 | 1.1877 | 1.6303 | 304.0 |
| 302.0 | 69.038 | 0.01747 | 6.2689 | 6.2864 | 271.8 | 908.5 | 1180.3 | 0.4399 | 1.1928 | 1.6327 | 302.0 |
| 300.0 | 67.005 | 0.01745 | 6.4483 | 6.4658 | 269.7 | 910.0 | 1179.7 | 0.4372 | 1.1979 | 1.6351 | 300.0 |
| 298.0 | 65.021 | 0.01743 | 6.6339 | 6.6513 | 267.7 | 911.5 | 1179.2 | 0.4345 | 1.2031 | 1.6375 | 298.0 |
| 296.0 | 63.084 | 0.01741 | 6.8259 | 6.8433 | 265.6 | 913.0 | 1178.6 | 0.4317 | 1.2082 | 1.6400 | 296.0 |
| 294.0 | 61.194 | 0.01739 | 7.0245 | 7.0419 | 263.5 | 914.5 | 1178.0 | 0.4290 | 1.2134 | 1.6424 | 294.0 |
| 292.0 | 59.350 | 0.01738 | 7.2301 | 7.2475 | 261.5 | 915.9 | 1177.4 | 0.4263 | 1.2186 | 1.6449 | 292.0 |
| 290.0 | 57.550 | 0.01736 | 7.4430 | 7.4603 | 259.4 | 917.4 | 1176.8 | 0.4236 | 1.2238 | 1.6473 | 290.0 |
| 288.0 | 55.795 | 0.01734 | 7.6634 | 7.6807 | 257.4 | 918.8 | 1176.2 | 0.4208 | 1.2290 | 1.6498 | 288.0 |
| 286.0 | 54.083 | 0.01732 | 7.8916 | 7.9089 | 255.3 | 920.3 | 1175.6 | 0.4181 | 1.2342 | 1.6523 | 286.0 |
| 284.0 | 52.414 | 0.01730 | 8.1280 | 8.1453 | 253.3 | 921.7 | 1175.0 | 0.4154 | 1.2395 | 1.6548 | 284.0 |
| 282.0 | 50.786 | 0.01728 | 8.3729 | 8.3902 | 251.2 | 923.2 | 1174.4 | 0.4126 | 1.2448 | 1.6574 | 282.0 |
| 280.0 | 49.200 | 0.01726 | 8.6267 | 8.6439 | 249.2 | 924.6 | 1173.8 | 0.4098 | 1.2501 | 1.6599 | 280.0 |

## Properties of Saturated Steam and Saturated Water

| Temp. F | Press. psia | Volume, ft³/lbm Water $v_f$ | Evap. $v_{fg}$ | Steam $v_g$ | Enthalpy, Btu/lbm Water $h_f$ | Evap. $h_{fg}$ | Steam $h_g$ | Entropy, Btu/lbm × F Water $s_f$ | Evap. $s_{fg}$ | Steam $s_g$ | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 280.0 | 49.200 | 0.017264 | 8.627 | 8.644 | 249.17 | 924.6 | 1173.8 | 0.4098 | 1.2501 | 1.6599 | 280.0 |
| 278.0 | 47.653 | 0.017246 | 8.890 | 8.907 | 247.13 | 926.0 | 1173.2 | 0.4071 | 1.2554 | 1.6625 | 278.0 |
| 276.0 | 46.147 | 0.017228 | 9.162 | 9.180 | 245.08 | 927.5 | 1172.5 | 0.4043 | 1.2607 | 1.6650 | 276.0 |
| 274.0 | 44.678 | 0.017210 | 9.445 | 9.462 | 243.03 | 928.9 | 1171.9 | 0.4015 | 1.2661 | 1.6676 | 274.0 |
| 272.0 | 43.249 | 0.017193 | 9.738 | 9.755 | 240.99 | 930.3 | 1171.3 | 0.3987 | 1.2715 | 1.6702 | 272.0 |
| 270.0 | 41.856 | 0.017175 | 10.042 | 10.060 | 238.95 | 931.7 | 1170.6 | 0.3960 | 1.2769 | 1.6729 | 270.0 |
| 268.0 | 40.500 | 0.017157 | 10.358 | 10.375 | 236.91 | 933.1 | 1170.0 | 0.3932 | 1.2823 | 1.6755 | 268.0 |
| 266.0 | 39.179 | 0.017140 | 10.685 | 10.703 | 234.87 | 934.5 | 1169.3 | 0.3904 | 1.2878 | 1.6781 | 266.0 |
| 264.0 | 37.894 | 0.017123 | 11.025 | 11.042 | 232.83 | 935.9 | 1168.7 | 0.3876 | 1.2933 | 1.6808 | 264.0 |
| 262.0 | 36.644 | 0.017106 | 11.378 | 11.395 | 230.79 | 937.3 | 1168.0 | 0.3847 | 1.2988 | 1.6835 | 262.0 |
| 260.0 | 35.427 | 0.017089 | 11.745 | 11.762 | 228.76 | 938.6 | 1167.4 | 0.3819 | 1.3043 | 1.6862 | 260.0 |
| 258.0 | 34.243 | 0.017072 | 12.125 | 12.142 | 226.72 | 940.0 | 1166.7 | 0.3791 | 1.3098 | 1.6889 | 258.0 |
| 256.0 | 33.091 | 0.017055 | 12.520 | 12.538 | 224.69 | 941.4 | 1166.1 | 0.3763 | 1.3154 | 1.6917 | 256.0 |
| 254.0 | 31.972 | 0.017039 | 12.931 | 12.948 | 222.65 | 942.7 | 1165.4 | 0.3734 | 1.3210 | 1.6944 | 254.0 |
| 252.0 | 30.883 | 0.017022 | 13.358 | 13.375 | 220.62 | 944.1 | 1164.7 | 0.3706 | 1.3266 | 1.6972 | 252.0 |
| 250.0 | 29.825 | 0.017006 | 13.802 | 13.819 | 218.59 | 945.4 | 1164.0 | 0.3677 | 1.3323 | 1.7000 | 250.0 |
| 248.0 | 28.796 | 0.016990 | 14.264 | 14.281 | 216.56 | 946.8 | 1163.4 | 0.3649 | 1.3379 | 1.7028 | 248.0 |
| 246.0 | 27.797 | 0.016974 | 14.744 | 14.761 | 214.53 | 948.1 | 1162.7 | 0.3620 | 1.3436 | 1.7056 | 246.0 |
| 244.0 | 26.826 | 0.016958 | 15.243 | 15.260 | 212.50 | 949.5 | 1162.0 | 0.3591 | 1.3494 | 1.7085 | 244.0 |
| 242.0 | 25.883 | 0.016942 | 15.763 | 15.780 | 210.48 | 950.8 | 1161.3 | 0.3562 | 1.3551 | 1.7113 | 242.0 |
| 240.0 | 24.968 | 0.016926 | 16.304 | 16.321 | 208.45 | 952.1 | 1160.6 | 0.3533 | 1.3609 | 1.7142 | 240.0 |
| 238.0 | 24.079 | 0.016910 | 16.867 | 16.884 | 206.42 | 953.5 | 1159.9 | 0.3505 | 1.3667 | 1.7171 | 238.0 |
| 236.0 | 23.216 | 0.016895 | 17.454 | 17.471 | 204.40 | 954.8 | 1159.2 | 0.3476 | 1.3725 | 1.7201 | 236.0 |
| 234.0 | 22.379 | 0.016880 | 18.065 | 18.082 | 202.38 | 956.1 | 1158.5 | 0.3446 | 1.3784 | 1.7230 | 234.0 |
| 232.0 | 21.567 | 0.016864 | 18.701 | 18.718 | 200.35 | 957.4 | 1157.8 | 0.3417 | 1.3842 | 1.7260 | 232.0 |
| 230.0 | 20.779 | 0.016849 | 19.364 | 19.381 | 198.33 | 958.7 | 1157.1 | 0.3388 | 1.3902 | 1.7290 | 230.0 |
| 229.0 | 20.394 | 0.016842 | 19.707 | 19.723 | 197.32 | 959.4 | 1156.7 | 0.3373 | 1.3931 | 1.7305 | 229.0 |
| 228.0 | 20.015 | 0.016834 | 20.056 | 20.073 | 196.31 | 960.0 | 1156.3 | 0.3359 | 1.3961 | 1.7320 | 228.0 |
| 227.0 | 19.642 | 0.016827 | 20.413 | 20.429 | 195.30 | 960.7 | 1156.0 | 0.3344 | 1.3991 | 1.7335 | 227.0 |
| 226.0 | 19.274 | 0.016819 | 20.777 | 20.794 | 194.29 | 961.3 | 1155.6 | 0.3329 | 1.4021 | 1.7350 | 226.0 |
| 225.0 | 18.912 | 0.016812 | 21.149 | 21.166 | 193.28 | 962.0 | 1155.3 | 0.3315 | 1.4051 | 1.7365 | 225.0 |
| 224.0 | 18.556 | 0.016805 | 21.529 | 21.545 | 192.27 | 962.6 | 1154.9 | 0.3300 | 1.4081 | 1.7380 | 224.0 |
| 223.0 | 18.206 | 0.016797 | 21.917 | 21.933 | 191.26 | 963.3 | 1154.5 | 0.3285 | 1.4111 | 1.7396 | 223.0 |
| 222.0 | 17.860 | 0.016790 | 22.313 | 22.330 | 190.25 | 963.9 | 1154.2 | 0.3270 | 1.4141 | 1.7411 | 222.0 |
| 221.0 | 17.521 | 0.016783 | 22.718 | 22.735 | 189.24 | 964.6 | 1153.8 | 0.3255 | 1.4171 | 1.7427 | 221.0 |
| 220.0 | 17.186 | 0.016775 | 23.131 | 23.148 | 188.23 | 965.2 | 1153.4 | 0.3241 | 1.4201 | 1.7442 | 220.0 |
| 219.0 | 16.857 | 0.016768 | 23.554 | 23.571 | 187.22 | 965.8 | 1153.1 | 0.3226 | 1.4232 | 1.7458 | 219.0 |
| 218.0 | 16.533 | 0.016761 | 23.986 | 24.002 | 186.21 | 966.5 | 1152.7 | 0.3211 | 1.4262 | 1.7473 | 218.0 |
| 217.0 | 16.214 | 0.016754 | 24.427 | 24.444 | 185.21 | 967.1 | 1152.3 | 0.3196 | 1.4293 | 1.7489 | 217.0 |
| 216.0 | 15.901 | 0.016747 | 24.878 | 24.894 | 184.20 | 967.8 | 1152.0 | 0.3181 | 1.4323 | 1.7505 | 216.0 |
| 215.0 | 15.592 | 0.016740 | 25.338 | 25.355 | 183.19 | 968.4 | 1151.6 | 0.3166 | 1.4354 | 1.7520 | 215.0 |
| 214.0 | 15.289 | 0.016733 | 25.809 | 25.826 | 182.18 | 969.0 | 1151.2 | 0.3151 | 1.4385 | 1.7536 | 214.0 |
| 213.0 | 14.990 | 0.016726 | 26.290 | 26.307 | 181.17 | 969.7 | 1150.8 | 0.3136 | 1.4416 | 1.7552 | 213.0 |
| 212.0 | 14.696 | 0.016719 | 26.782 | 26.799 | 180.17 | 970.3 | 1150.5 | 0.3121 | 1.4447 | 1.7568 | 212.0 |
| 211.0 | 14.407 | 0.016712 | 27.285 | 27.302 | 179.16 | 970.9 | 1150.1 | 0.3106 | 1.4478 | 1.7584 | 211.0 |
| 210.0 | 14.123 | 0.016705 | 27.799 | 27.816 | 178.15 | 971.6 | 1149.7 | 0.3091 | 1.4509 | 1.7600 | 210.0 |
| 209.0 | 13.843 | 0.016698 | 28.324 | 28.341 | 177.14 | 972.2 | 1149.4 | 0.3076 | 1.4540 | 1.7616 | 209.0 |
| 208.0 | 13.568 | 0.016691 | 28.862 | 28.878 | 176.14 | 972.8 | 1149.0 | 0.3061 | 1.4571 | 1.7632 | 208.0 |
| 207.0 | 13.297 | 0.016684 | 29.411 | 29.428 | 175.13 | 973.5 | 1148.6 | 0.3046 | 1.4602 | 1.7649 | 207.0 |
| 206.0 | 13.031 | 0.016677 | 29.973 | 29.989 | 174.12 | 974.1 | 1148.2 | 0.3031 | 1.4634 | 1.7665 | 206.0 |
| 205.0 | 12.770 | 0.016670 | 30.547 | 30.564 | 173.12 | 974.7 | 1147.9 | 0.3016 | 1.4665 | 1.7681 | 205.0 |
| 204.0 | 12.512 | 0.016664 | 31.135 | 31.151 | 172.11 | 975.4 | 1147.5 | 0.3001 | 1.4697 | 1.7698 | 204.0 |
| 203.0 | 12.259 | 0.016657 | 31.736 | 31.752 | 171.10 | 976.0 | 1147.1 | 0.2986 | 1.4728 | 1.7714 | 203.0 |
| 202.0 | 12.011 | 0.016650 | 32.350 | 32.367 | 170.10 | 976.6 | 1146.7 | 0.2971 | 1.4760 | 1.7731 | 202.0 |
| 201.0 | 11.766 | 0.016643 | 32.979 | 32.996 | 169.09 | 977.2 | 1146.3 | 0.2955 | 1.4792 | 1.7747 | 201.0 |
| 200.0 | 11.526 | 0.016637 | 33.622 | 33.639 | 168.09 | 977.9 | 1146.0 | 0.2940 | 1.4824 | 1.7764 | 200.0 |
| 199.0 | 11.290 | 0.016630 | 34.280 | 34.297 | 167.08 | 978.5 | 1145.6 | 0.2925 | 1.4856 | 1.7781 | 199.0 |
| 198.0 | 11.058 | 0.016624 | 34.954 | 34.970 | 166.08 | 979.1 | 1145.2 | 0.2910 | 1.4888 | 1.7798 | 198.0 |
| 197.0 | 10.830 | 0.016617 | 35.643 | 35.659 | 165.07 | 979.7 | 1144.8 | 0.2894 | 1.4920 | 1.7814 | 197.0 |
| 196.0 | 10.605 | 0.016611 | 36.348 | 36.364 | 164.06 | 980.4 | 1144.4 | 0.2879 | 1.4952 | 1.7831 | 196.0 |
| 195.0 | 10.385 | 0.016604 | 37.069 | 37.086 | 163.06 | 981.0 | 1144.0 | 0.2864 | 1.4985 | 1.7848 | 195.0 |
| 194.0 | 10.168 | 0.016598 | 37.808 | 37.824 | 162.05 | 981.6 | 1143.7 | 0.2848 | 1.5017 | 1.7865 | 194.0 |
| 193.0 | 9.956 | 0.016591 | 38.564 | 38.580 | 161.05 | 982.2 | 1143.3 | 0.2833 | 1.5050 | 1.7882 | 193.0 |
| 192.0 | 9.747 | 0.016585 | 39.337 | 39.354 | 160.05 | 982.8 | 1142.9 | 0.2818 | 1.5082 | 1.7900 | 192.0 |
| 191.0 | 9.541 | 0.016578 | 40.130 | 40.146 | 159.04 | 983.5 | 1142.5 | 0.2802 | 1.5115 | 1.7917 | 191.0 |
| 190.0 | 9.340 | 0.016572 | 40.941 | 40.957 | 158.04 | 984.1 | 1142.1 | 0.2787 | 1.5148 | 1.7934 | 190.0 |
| 189.0 | 9.141 | 0.016566 | 41.771 | 41.787 | 157.03 | 984.7 | 1141.7 | 0.2771 | 1.5180 | 1.7952 | 189.0 |
| 188.0 | 8.947 | 0.016559 | 42.621 | 42.638 | 156.03 | 985.3 | 1141.3 | 0.2756 | 1.5213 | 1.7969 | 188.0 |
| 187.0 | 8.756 | 0.016553 | 43.492 | 43.508 | 155.02 | 985.9 | 1140.9 | 0.2740 | 1.5246 | 1.7987 | 187.0 |
| 186.0 | 8.568 | 0.016547 | 44.383 | 44.400 | 154.02 | 986.5 | 1140.5 | 0.2725 | 1.5279 | 1.8004 | 186.0 |
| 185.0 | 8.384 | 0.016541 | 45.297 | 45.313 | 153.02 | 987.1 | 1140.2 | 0.2709 | 1.5313 | 1.8022 | 185.0 |
| 184.0 | 8.203 | 0.016534 | 46.232 | 46.249 | 152.01 | 987.8 | 1139.8 | 0.2694 | 1.5346 | 1.8040 | 184.0 |
| 183.0 | 8.025 | 0.016528 | 47.190 | 47.207 | 151.01 | 988.4 | 1139.4 | 0.2678 | 1.5379 | 1.8057 | 183.0 |
| 182.0 | 7.850 | 0.016522 | 48.172 | 48.189 | 150.01 | 989.0 | 1139.0 | 0.2662 | 1.5413 | 1.8075 | 182.0 |
| 181.0 | 7.679 | 0.016516 | 49.178 | 49.194 | 149.00 | 989.6 | 1138.6 | 0.2647 | 1.5446 | 1.8093 | 181.0 |
| 180.0 | 7.511 | 0.016510 | 50.208 | 50.225 | 148.00 | 990.2 | 1138.2 | 0.2631 | 1.5480 | 1.8111 | 180.0 |

STEAM TABLES (Continued)

## Properties of Saturated Steam and Saturated Water

| Temp. F | Press. psia | Volume, ft³/lbm Water $v_f$ | Volume Evap. $v_{fg}$ | Volume Steam $v_g$ | Enthalpy, Btu/lbm Water $h_f$ | Enthalpy Evap. $h_{fg}$ | Enthalpy Steam $h_g$ | Entropy, Btu/lbm×F Water $s_f$ | Entropy Evap. $s_{fg}$ | Entropy Steam $s_g$ | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 180.0 | 7.5110 | 0.016510 | 50.21 | 50.22 | 148.00 | 990.2 | 1138.2 | 0.2631 | 1.5480 | 1.8111 | 180.0 |
| 179.0 | 7.3460 | 0.016504 | 51.26 | 51.28 | 147.00 | 990.8 | 1137.8 | 0.2615 | 1.5514 | 1.8129 | 179.0 |
| 178.0 | 7.1840 | 0.016498 | 52.35 | 52.36 | 145.99 | 991.4 | 1137.4 | 0.2600 | 1.5548 | 1.8147 | 178.0 |
| 177.0 | 7.0250 | 0.016492 | 53.46 | 53.47 | 144.99 | 992.0 | 1137.0 | 0.2584 | 1.5582 | 1.8166 | 177.0 |
| 176.0 | 6.8690 | 0.016486 | 54.59 | 54.61 | 143.99 | 992.6 | 1136.6 | 0.2568 | 1.5616 | 1.8184 | 176.0 |
| 175.0 | 6.7159 | 0.016480 | 55.76 | 55.77 | 142.99 | 993.2 | 1136.2 | 0.2552 | 1.5650 | 1.8202 | 175.0 |
| 174.0 | 6.5656 | 0.016474 | 56.95 | 56.97 | 141.98 | 993.8 | 1135.8 | 0.2537 | 1.5684 | 1.8221 | 174.0 |
| 173.0 | 6.4182 | 0.016468 | 58.18 | 58.19 | 140.98 | 994.4 | 1135.4 | 0.2521 | 1.5718 | 1.8239 | 173.0 |
| 172.0 | 6.2736 | 0.016463 | 59.43 | 59.45 | 139.98 | 995.0 | 1135.0 | 0.2505 | 1.5753 | 1.8258 | 172.0 |
| 171.0 | 6.1318 | 0.016457 | 60.72 | 60.74 | 138.98 | 995.6 | 1134.6 | 0.2489 | 1.5787 | 1.8276 | 171.0 |
| 170.0 | 5.9926 | 0.016451 | 62.04 | 62.06 | 137.97 | 996.2 | 1134.2 | 0.2473 | 1.5822 | 1.8295 | 170.0 |
| 169.0 | 5.8562 | 0.016445 | 63.39 | 63.41 | 136.97 | 996.8 | 1133.8 | 0.2457 | 1.5857 | 1.8314 | 169.0 |
| 168.0 | 5.7223 | 0.016440 | 64.78 | 64.80 | 135.97 | 997.4 | 1133.4 | 0.2441 | 1.5892 | 1.8333 | 168.0 |
| 167.0 | 5.5911 | 0.016434 | 66.21 | 66.22 | 134.97 | 998.0 | 1133.0 | 0.2425 | 1.5926 | 1.8352 | 167.0 |
| 166.0 | 5.4623 | 0.016428 | 67.67 | 67.68 | 133.97 | 998.6 | 1132.6 | 0.2409 | 1.5961 | 1.8371 | 166.0 |
| 165.0 | 5.3361 | 0.016423 | 69.17 | 69.18 | 132.96 | 999.2 | 1132.2 | 0.2393 | 1.5997 | 1.8390 | 165.0 |
| 164.0 | 5.2124 | 0.016417 | 70.70 | 70.72 | 131.96 | 999.8 | 1131.8 | 0.2377 | 1.6032 | 1.8409 | 164.0 |
| 163.0 | 5.0911 | 0.016412 | 72.28 | 72.30 | 130.96 | 1000.4 | 1131.4 | 0.2361 | 1.6067 | 1.8428 | 163.0 |
| 162.0 | 4.9722 | 0.016406 | 73.90 | 73.92 | 129.96 | 1001.0 | 1131.0 | 0.2345 | 1.6103 | 1.8448 | 162.0 |
| 161.0 | 4.8556 | 0.016401 | 75.56 | 75.58 | 128.96 | 1001.6 | 1130.6 | 0.2329 | 1.6138 | 1.8467 | 161.0 |
| 160.0 | 4.7414 | 0.016395 | 77.27 | 77.29 | 127.96 | 1002.2 | 1130.2 | 0.2313 | 1.6174 | 1.8487 | 160.0 |
| 159.0 | 4.6294 | 0.016390 | 79.02 | 79.04 | 126.96 | 1002.8 | 1129.8 | 0.2297 | 1.6210 | 1.8506 | 159.0 |
| 158.0 | 4.5197 | 0.016384 | 80.82 | 80.83 | 125.96 | 1003.4 | 1129.4 | 0.2281 | 1.6245 | 1.8526 | 158.0 |
| 157.0 | 4.4122 | 0.016379 | 82.66 | 82.68 | 124.95 | 1004.0 | 1129.0 | 0.2264 | 1.6281 | 1.8546 | 157.0 |
| 156.0 | 4.3068 | 0.016374 | 84.56 | 84.57 | 123.95 | 1004.6 | 1128.6 | 0.2248 | 1.6318 | 1.8566 | 156.0 |
| 155.0 | 4.2036 | 0.016369 | 86.50 | 86.52 | 122.95 | 1005.2 | 1128.2 | 0.2232 | 1.6354 | 1.8586 | 155.0 |
| 154.0 | 4.1025 | 0.016363 | 88.50 | 88.52 | 121.95 | 1005.8 | 1127.7 | 0.2216 | 1.6390 | 1.8606 | 154.0 |
| 153.0 | 4.0035 | 0.016358 | 90.55 | 90.57 | 120.95 | 1006.4 | 1127.3 | 0.2199 | 1.6426 | 1.8626 | 153.0 |
| 152.0 | 3.9065 | 0.016353 | 92.66 | 92.68 | 119.95 | 1007.0 | 1126.9 | 0.2183 | 1.6463 | 1.8646 | 152.0 |
| 151.0 | 3.8114 | 0.016348 | 94.83 | 94.84 | 118.95 | 1007.6 | 1126.5 | 0.2167 | 1.6500 | 1.8666 | 151.0 |
| 150.0 | 3.7184 | 0.016343 | 97.05 | 97.07 | 117.95 | 1008.2 | 1126.1 | 0.2150 | 1.6536 | 1.8686 | 150.0 |
| 149.0 | 3.6273 | 0.016337 | 99.33 | 99.35 | 116.95 | 1008.7 | 1125.7 | 0.2134 | 1.6573 | 1.8707 | 149.0 |
| 148.0 | 3.5381 | 0.016332 | 101.68 | 101.70 | 115.95 | 1009.3 | 1125.3 | 0.2117 | 1.6610 | 1.8727 | 148.0 |
| 147.0 | 3.4508 | 0.016327 | 104.10 | 104.11 | 114.95 | 1009.9 | 1124.9 | 0.2101 | 1.6647 | 1.8748 | 147.0 |
| 146.0 | 3.3653 | 0.016322 | 106.58 | 106.59 | 113.95 | 1010.5 | 1124.5 | 0.2084 | 1.6684 | 1.8769 | 146.0 |
| 145.0 | 3.2816 | 0.016317 | 109.12 | 109.14 | 112.95 | 1011.1 | 1124.0 | 0.2068 | 1.6722 | 1.8789 | 145.0 |
| 144.0 | 3.1997 | 0.016312 | 111.74 | 111.76 | 111.95 | 1011.7 | 1123.6 | 0.2051 | 1.6759 | 1.8810 | 144.0 |
| 143.0 | 3.1195 | 0.016308 | 114.44 | 114.45 | 110.95 | 1012.3 | 1123.2 | 0.2035 | 1.6797 | 1.8831 | 143.0 |
| 142.0 | 3.0411 | 0.016303 | 117.21 | 117.22 | 109.95 | 1012.9 | 1122.8 | 0.2018 | 1.6834 | 1.8852 | 142.0 |
| 141.0 | 2.9643 | 0.016298 | 120.05 | 120.07 | 108.95 | 1013.4 | 1122.4 | 0.2001 | 1.6872 | 1.8873 | 141.0 |
| 140.0 | 2.8892 | 0.016293 | 122.98 | 123.00 | 107.95 | 1014.0 | 1122.0 | 0.1985 | 1.6910 | 1.8895 | 140.0 |
| 139.0 | 2.8157 | 0.016288 | 125.99 | 126.01 | 106.95 | 1014.6 | 1121.6 | 0.1968 | 1.6948 | 1.8916 | 139.0 |
| 138.0 | 2.7438 | 0.016284 | 129.09 | 129.11 | 105.95 | 1015.2 | 1121.1 | 0.1951 | 1.6986 | 1.8937 | 138.0 |
| 137.0 | 2.6735 | 0.016279 | 132.28 | 132.29 | 104.95 | 1015.8 | 1120.7 | 0.1935 | 1.7024 | 1.8959 | 137.0 |
| 136.0 | 2.6047 | 0.016274 | 135.55 | 135.57 | 103.95 | 1016.4 | 1120.3 | 0.1918 | 1.7063 | 1.8980 | 136.0 |
| 135.0 | 2.5375 | 0.016270 | 138.93 | 138.94 | 102.95 | 1016.9 | 1119.9 | 0.1901 | 1.7101 | 1.9002 | 135.0 |
| 134.0 | 2.4717 | 0.016265 | 142.40 | 142.41 | 101.95 | 1017.5 | 1119.5 | 0.1884 | 1.7140 | 1.9024 | 134.0 |
| 133.0 | 2.4074 | 0.016260 | 145.97 | 145.98 | 100.95 | 1018.1 | 1119.1 | 0.1867 | 1.7178 | 1.9046 | 133.0 |
| 132.0 | 2.3445 | 0.016256 | 149.64 | 149.66 | 99.95 | 1018.7 | 1118.6 | 0.1851 | 1.7217 | 1.9068 | 132.0 |
| 131.0 | 2.2830 | 0.016251 | 153.42 | 153.44 | 98.95 | 1019.3 | 1118.2 | 0.1834 | 1.7256 | 1.9090 | 131.0 |
| 130.0 | 2.2230 | 0.016247 | 157.32 | 157.33 | 97.96 | 1019.8 | 1117.8 | 0.1817 | 1.7295 | 1.9112 | 130.0 |
| 129.0 | 2.1642 | 0.016243 | 161.32 | 161.34 | 96.96 | 1020.4 | 1117.4 | 0.1800 | 1.7335 | 1.9134 | 129.0 |
| 128.0 | 2.1068 | 0.016238 | 165.45 | 165.47 | 95.96 | 1021.0 | 1117.0 | 0.1783 | 1.7374 | 1.9157 | 128.0 |
| 127.0 | 2.0507 | 0.016234 | 169.70 | 169.72 | 94.96 | 1021.6 | 1116.5 | 0.1766 | 1.7413 | 1.9179 | 127.0 |
| 126.0 | 1.9959 | 0.016229 | 174.08 | 174.09 | 93.96 | 1022.2 | 1116.1 | 0.1749 | 1.7453 | 1.9202 | 126.0 |
| 125.0 | 1.9424 | 0.016225 | 178.58 | 178.60 | 92.96 | 1022.7 | 1115.7 | 0.1732 | 1.7493 | 1.9224 | 125.0 |
| 124.0 | 1.8901 | 0.016221 | 183.23 | 183.24 | 91.96 | 1023.3 | 1115.3 | 0.1715 | 1.7533 | 1.9247 | 124.0 |
| 123.0 | 1.8390 | 0.016217 | 188.01 | 188.03 | 90.96 | 1023.9 | 1114.9 | 0.1697 | 1.7573 | 1.9270 | 123.0 |
| 122.0 | 1.7891 | 0.016213 | 192.94 | 192.95 | 89.96 | 1024.5 | 1114.4 | 0.1680 | 1.7613 | 1.9293 | 122.0 |
| 121.0 | 1.7403 | 0.016208 | 198.01 | 198.03 | 88.96 | 1025.0 | 1114.0 | 0.1663 | 1.7653 | 1.9316 | 121.0 |
| 120.0 | 1.6927 | 0.016204 | 203.25 | 203.26 | 87.97 | 1025.6 | 1113.6 | 0.1646 | 1.7693 | 1.9339 | 120.0 |
| 119.0 | 1.6463 | 0.016200 | 208.64 | 208.66 | 86.97 | 1026.2 | 1113.2 | 0.1629 | 1.7734 | 1.9362 | 119.0 |
| 118.0 | 1.6009 | 0.016196 | 214.20 | 214.21 | 85.97 | 1026.8 | 1112.7 | 0.1611 | 1.7774 | 1.9386 | 118.0 |
| 117.0 | 1.5566 | 0.016192 | 219.93 | 219.94 | 84.97 | 1027.3 | 1112.3 | 0.1594 | 1.7815 | 1.9409 | 117.0 |
| 116.0 | 1.5133 | 0.016188 | 225.84 | 225.85 | 83.97 | 1027.9 | 1111.9 | 0.1577 | 1.7856 | 1.9433 | 116.0 |
| 115.0 | 1.4711 | 0.016184 | 231.93 | 231.94 | 82.97 | 1028.5 | 1111.5 | 0.1559 | 1.7897 | 1.9457 | 115.0 |
| 114.0 | 1.4299 | 0.016180 | 238.21 | 238.22 | 81.97 | 1029.1 | 1111.0 | 0.1542 | 1.7938 | 1.9480 | 114.0 |
| 113.0 | 1.3898 | 0.016177 | 244.69 | 244.70 | 80.98 | 1029.6 | 1110.6 | 0.1525 | 1.7980 | 1.9504 | 113.0 |
| 112.0 | 1.3505 | 0.016173 | 251.37 | 251.38 | 79.98 | 1030.2 | 1110.2 | 0.1507 | 1.8021 | 1.9528 | 112.0 |
| 111.0 | 1.3123 | 0.016169 | 258.26 | 258.28 | 78.98 | 1030.8 | 1109.8 | 0.1490 | 1.8063 | 1.9552 | 111.0 |
| 110.0 | 1.2750 | 0.016165 | 265.37 | 265.39 | 77.98 | 1031.4 | 1109.3 | 0.1472 | 1.8105 | 1.9577 | 110.0 |
| 109.0 | 1.2385 | 0.016162 | 272.71 | 272.72 | 76.98 | 1031.9 | 1108.9 | 0.1455 | 1.8146 | 1.9601 | 109.0 |
| 108.0 | 1.2030 | 0.016158 | 280.28 | 280.30 | 75.98 | 1032.5 | 1108.5 | 0.1437 | 1.8188 | 1.9626 | 108.0 |
| 107.0 | 1.1684 | 0.016154 | 288.09 | 288.11 | 74.99 | 1033.1 | 1108.1 | 0.1419 | 1.8231 | 1.9650 | 107.0 |
| 106.0 | 1.1347 | 0.016151 | 296.16 | 296.18 | 73.99 | 1033.6 | 1107.6 | 0.1402 | 1.8273 | 1.9675 | 106.0 |
| 105.0 | 1.1017 | 0.016147 | 304.49 | 304.50 | 72.99 | 1034.2 | 1107.2 | 0.1384 | 1.8315 | 1.9700 | 105.0 |

# STEAM TABLES (Continued)

## Properties of Saturated Steam and Saturated Water

| Temp. F | Press. psia | Volume, ft³/lbm Water $v_f$ | Evap. $v_{fg}$ | Steam $v_g$ | Enthalpy, Btu/lbm Water $h_f$ | Evap. $h_{fg}$ | Steam $h_g$ | Entropy, Btu/lbm×F Water $s_f$ | Evap. $s_{fg}$ | Steam $s_g$ | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105.0 | 1.10174 | 0.016147 | 304.5 | 304.5 | 72.990 | 1034.2 | 1107.2 | 0.1384 | 1.8315 | 1.9700 | 105.0 |
| 104.0 | 1.06965 | 0.016144 | 313.1 | 313.1 | 71.992 | 1034.8 | 1106.8 | 0.1366 | 1.8358 | 1.9725 | 104.0 |
| 103.0 | 1.03838 | 0.016140 | 322.0 | 322.0 | 70.993 | 1035.4 | 1106.3 | 0.1349 | 1.8401 | 1.9750 | 103.0 |
| 102.0 | 1.00789 | 0.016137 | 331.1 | 331.1 | 69.995 | 1035.9 | 1105.9 | 0.1331 | 1.8444 | 1.9775 | 102.0 |
| 101.0 | 0.97818 | 0.016133 | 340.6 | 340.6 | 68.997 | 1036.5 | 1105.5 | 0.1313 | 1.8487 | 1.9800 | 101.0 |
| 100.0 | 0.94924 | 0.016130 | 350.4 | 350.4 | 67.999 | 1037.1 | 1105.1 | 0.1295 | 1.8530 | 1.9825 | 100.0 |
| 99.0 | 0.92103 | 0.016127 | 360.5 | 360.5 | 67.001 | 1037.6 | 1104.6 | 0.1278 | 1.8573 | 1.9851 | 99.0 |
| 98.0 | 0.89356 | 0.016123 | 370.9 | 370.9 | 66.003 | 1038.2 | 1104.2 | 0.1260 | 1.8617 | 1.9876 | 98.0 |
| 97.0 | 0.86679 | 0.016120 | 381.7 | 381.7 | 65.005 | 1038.8 | 1103.8 | 0.1242 | 1.8660 | 1.9902 | 97.0 |
| 96.0 | 0.84072 | 0.016117 | 392.8 | 392.9 | 64.006 | 1039.3 | 1103.3 | 0.1224 | 1.8704 | 1.9928 | 96.0 |
| 95.0 | 0.81534 | 0.016114 | 404.4 | 404.4 | 63.008 | 1039.9 | 1102.9 | 0.1206 | 1.8748 | 1.9954 | 95.0 |
| 94.0 | 0.79062 | 0.016111 | 416.3 | 416.3 | 62.010 | 1040.5 | 1102.5 | 0.1188 | 1.8792 | 1.9980 | 94.0 |
| 93.0 | 0.76655 | 0.016108 | 428.6 | 428.6 | 61.012 | 1041.0 | 1102.1 | 0.1170 | 1.8837 | 2.0006 | 93.0 |
| 92.0 | 0.74313 | 0.016105 | 441.3 | 441.3 | 60.014 | 1041.6 | 1101.6 | 0.1152 | 1.8881 | 2.0033 | 92.0 |
| 91.0 | 0.72032 | 0.016102 | 454.5 | 454.5 | 59.016 | 1042.2 | 1101.2 | 0.1134 | 1.8926 | 2.0059 | 91.0 |
| 90.0 | 0.69813 | 0.016099 | 468.1 | 468.1 | 58.018 | 1042.7 | 1100.8 | 0.1115 | 1.8970 | 2.0086 | 90.0 |
| 89.0 | 0.67653 | 0.016096 | 482.2 | 482.2 | 57.020 | 1043.3 | 1100.3 | 0.1097 | 1.9015 | 2.0112 | 89.0 |
| 88.0 | 0.65551 | 0.016093 | 496.8 | 496.8 | 56.022 | 1043.9 | 1099.9 | 0.1079 | 1.9060 | 2.0139 | 88.0 |
| 87.0 | 0.63507 | 0.016090 | 511.9 | 511.9 | 55.024 | 1044.4 | 1099.5 | 0.1061 | 1.9105 | 2.0166 | 87.0 |
| 86.0 | 0.61518 | 0.016087 | 527.5 | 527.5 | 54.026 | 1045.0 | 1099.0 | 0.1043 | 1.9151 | 2.0193 | 86.0 |
| 85.0 | 0.59583 | 0.016085 | 543.6 | 543.6 | 53.027 | 1045.6 | 1098.6 | 0.1024 | 1.9196 | 2.0221 | 85.0 |
| 84.0 | 0.57702 | 0.016082 | 560.3 | 560.3 | 52.029 | 1046.1 | 1098.2 | 0.1006 | 1.9242 | 2.0248 | 84.0 |
| 83.0 | 0.55872 | 0.016079 | 577.6 | 577.6 | 51.031 | 1046.7 | 1097.7 | 0.0988 | 1.9288 | 2.0275 | 83.0 |
| 82.0 | 0.54093 | 0.016077 | 595.5 | 595.6 | 50.033 | 1047.3 | 1097.3 | 0.0969 | 1.9334 | 2.0303 | 82.0 |
| 81.0 | 0.52364 | 0.016074 | 614.1 | 614.1 | 49.035 | 1047.8 | 1096.9 | 0.0951 | 1.9380 | 2.0331 | 81.0 |
| 80.0 | 0.050683 | 0.016072 | 633.3 | 633.3 | 48.037 | 1048.4 | 1096.4 | 0.0932 | 1.9426 | 2.0359 | 80.0 |
| 79.0 | 0.49049 | 0.016070 | 653.2 | 653.2 | 47.038 | 1049.0 | 1096.0 | 0.0914 | 1.9473 | 2.0387 | 79.0 |
| 78.0 | 0.47461 | 0.016067 | 673.8 | 673.9 | 46.040 | 1049.5 | 1095.6 | 0.0895 | 1.9520 | 2.0415 | 78.0 |
| 77.0 | 0.45919 | 0.016065 | 695.2 | 695.2 | 45.042 | 1050.1 | 1095.1 | 0.0877 | 1.9567 | 2.0443 | 77.0 |
| 76.0 | 0.44420 | 0.016063 | 717.4 | 717.4 | 44.043 | 1050.7 | 1094.7 | 0.0858 | 1.9614 | 2.0472 | 76.0 |
| 75.0 | 0.42964 | 0.016060 | 740.3 | 740.3 | 43.045 | 1051.2 | 1094.3 | 0.0839 | 1.9661 | 2.0500 | 75.0 |
| 74.0 | 0.41550 | 0.016058 | 764.1 | 764.1 | 42.046 | 1051.8 | 1093.8 | 0.0821 | 1.9708 | 2.0529 | 74.0 |
| 73.0 | 0.40177 | 0.016056 | 788.8 | 788.8 | 41.048 | 1052.4 | 1093.4 | 0.0802 | 1.9756 | 2.0558 | 73.0 |
| 72.0 | 0.38844 | 0.016054 | 814.3 | 814.3 | 40.049 | 1052.9 | 1093.0 | 0.0783 | 1.9804 | 2.0587 | 72.0 |
| 71.0 | 0.37549 | 0.016052 | 840.8 | 840.9 | 39.050 | 1053.5 | 1092.5 | 0.0764 | 1.9852 | 2.0616 | 71.0 |
| 70.0 | 0.36292 | 0.016050 | 868.3 | 868.4 | 38.052 | 1054.0 | 1092.1 | 0.0745 | 1.9900 | 2.0645 | 70.0 |
| 69.0 | 0.35073 | 0.016048 | 896.9 | 896.9 | 37.053 | 1054.6 | 1091.7 | 0.0727 | 1.9948 | 2.0675 | 69.0 |
| 68.0 | 0.33889 | 0.016046 | 926.5 | 926.5 | 36.054 | 1055.2 | 1091.2 | 0.0708 | 1.9996 | 2.0704 | 68.0 |
| 67.0 | 0.32740 | 0.016044 | 957.2 | 957.2 | 35.055 | 1055.7 | 1090.8 | 0.0689 | 2.0045 | 2.0734 | 67.0 |
| 66.0 | 0.31626 | 0.016043 | 989.0 | 989.1 | 34.056 | 1056.3 | 1090.4 | 0.0670 | 2.0094 | 2.0764 | 66.0 |
| 65.0 | 0.30545 | 0.016041 | 1022.1 | 1022.1 | 33.057 | 1056.9 | 1089.9 | 0.0651 | 2.0143 | 2.0794 | 65.0 |
| 64.0 | 0.29497 | 0.016039 | 1056.5 | 1056.5 | 32.058 | 1057.4 | 1089.5 | 0.0632 | 2.0192 | 2.0824 | 64.0 |
| 63.0 | 0.28480 | 0.016038 | 1092.1 | 1092.1 | 31.058 | 1058.0 | 1089.0 | 0.0613 | 2.0242 | 2.0854 | 63.0 |
| 62.0 | 0.27494 | 0.016036 | 1129.2 | 1129.2 | 30.059 | 1058.5 | 1088.6 | 0.0593 | 2.0291 | 2.0885 | 62.0 |
| 61.0 | 0.26538 | 0.016035 | 1167.6 | 1167.6 | 29.059 | 1059.1 | 1088.2 | 0.0574 | 2.0341 | 2.0915 | 61.0 |
| 60.0 | 0.25611 | 0.016033 | 1207.6 | 1207.6 | 28.060 | 1059.7 | 1087.7 | 0.0555 | 2.0391 | 2.0946 | 60.0 |
| 59.0 | 0.24713 | 0.016032 | 1249.1 | 1249.1 | 27.060 | 1060.2 | 1087.3 | 0.0536 | 2.0441 | 2.0977 | 59.0 |
| 58.0 | 0.23843 | 0.016031 | 1292.2 | 1292.2 | 26.060 | 1060.8 | 1086.9 | 0.0516 | 2.0491 | 2.1008 | 58.0 |
| 57.0 | 0.23000 | 0.016029 | 1337.0 | 1337.0 | 25.060 | 1061.4 | 1086.4 | 0.0497 | 2.0542 | 2.1039 | 57.0 |
| 56.0 | 0.22183 | 0.016028 | 1383.6 | 1383.6 | 24.059 | 1061.9 | 1086.0 | 0.0478 | 2.0593 | 2.1070 | 56.0 |
| 55.0 | 0.21392 | 0.016027 | 1432.0 | 1432.0 | 23.059 | 1062.5 | 1085.6 | 0.0458 | 2.0644 | 2.1102 | 55.0 |
| 54.0 | 0.20625 | 0.016026 | 1482.4 | 1482.4 | 22.058 | 1063.1 | 1085.1 | 0.0439 | 2.0695 | 2.1134 | 54.0 |
| 53.0 | 0.19883 | 0.016025 | 1534.7 | 1534.8 | 21.058 | 1063.6 | 1084.7 | 0.0419 | 2.0746 | 2.1165 | 53.0 |
| 52.0 | 0.19165 | 0.016024 | 1589.2 | 1589.2 | 20.057 | 1064.2 | 1084.2 | 0.0400 | 2.0798 | 2.1197 | 52.0 |
| 51.0 | 0.18469 | 0.016023 | 1645.9 | 1645.9 | 19.056 | 1064.7 | 1083.8 | 0.0380 | 2.0849 | 2.1230 | 51.0 |
| 50.0 | 0.17796 | 0.016023 | 1704.8 | 1704.8 | 18.054 | 1065.3 | 1083.4 | 0.0361 | 2.0901 | 2.1262 | 50.0 |
| 49.0 | 0.17144 | 0.016022 | 1766.2 | 1766.2 | 17.053 | 1065.9 | 1082.9 | 0.0341 | 2.0953 | 2.1294 | 49.0 |
| 48.0 | 0.16514 | 0.016021 | 1830.0 | 1830.0 | 16.051 | 1066.4 | 1082.5 | 0.0321 | 2.1006 | 2.1327 | 48.0 |
| 47.0 | 0.15904 | 0.016021 | 1896.5 | 1896.5 | 15.049 | 1067.0 | 1082.1 | 0.0301 | 2.1058 | 2.1360 | 47.0 |
| 46.0 | 0.15314 | 0.016020 | 1965.7 | 1965.7 | 14.047 | 1067.6 | 1081.6 | 0.0282 | 2.1111 | 2.1393 | 46.0 |
| 45.0 | 0.14744 | 0.016020 | 2037.7 | 2037.8 | 13.044 | 1068.1 | 1081.2 | 0.0262 | 2.1164 | 2.1426 | 45.0 |
| 44.0 | 0.14192 | 0.016019 | 2112.8 | 2112.8 | 12.041 | 1068.7 | 1080.7 | 0.0242 | 2.1217 | 2.1459 | 44.0 |
| 43.0 | 0.13659 | 0.016019 | 2191.0 | 2191.0 | 11.038 | 1069.3 | 1080.3 | 0.0222 | 2.1271 | 2.1493 | 43.0 |
| 42.0 | 0.13143 | 0.016019 | 2272.4 | 2272.4 | 10.035 | 1069.8 | 1079.9 | 0.0202 | 2.1325 | 2.1527 | 42.0 |
| 41.0 | 0.12645 | 0.016019 | 2357.3 | 2357.3 | 9.031 | 1070.4 | 1079.4 | 0.0182 | 2.1378 | 2.1560 | 41.0 |
| 40.0 | 0.12163 | 0.016019 | 2445.8 | 2445.8 | 8.027 | 1071.0 | 1079.0 | 0.0162 | 2.1432 | 2.1594 | 40.0 |
| 39.0 | 0.11698 | 0.016019 | 2538.0 | 2538.0 | 7.023 | 1071.5 | 1078.5 | 0.0142 | 2.1487 | 2.1629 | 39.0 |
| 38.0 | 0.11249 | 0.016019 | 2634.1 | 2634.2 | 6.018 | 1072.1 | 1078.1 | 0.0122 | 2.1541 | 2.1663 | 38.0 |
| 37.0 | 0.10815 | 0.016019 | 2734.4 | 2734.4 | 5.013 | 1072.7 | 1077.7 | 0.0101 | 2.1596 | 2.1697 | 37.0 |
| 36.0 | 0.10395 | 0.016020 | 2839.0 | 2839.0 | 4.008 | 1073.2 | 1077.2 | 0.0081 | 2.1651 | 2.1732 | 36.0 |
| 35.0 | 0.09991 | 0.016020 | 2948.1 | 2948.1 | 3.002 | 1073.8 | 1076.8 | 0.0061 | 2.1706 | 2.1767 | 35.0 |
| 34.0 | 0.09600 | 0.016021 | 3061.9 | 3061.9 | 1.996 | 1074.4 | 1076.4 | 0.0041 | 2.1762 | 2.1802 | 34.0 |
| 33.0 | 0.09223 | 0.016021 | 3180.7 | 3180.7 | 0.989 | 1074.9 | 1075.9 | 0.0020 | 2.1817 | 2.1837 | 33.0 |
| 32.018 | 0.08865 | 0.016022 | 3302.4 | 3302.4 | 0.0003 | 1075.5 | 1075.5 | 0.0000 | 2.1872 | 2.1872 | 32.018 |
| *32.0 | 0.08859 | 0.016022 | 3304.7 | 3304.7 | −0.0179 | 1075.5 | 1075.5 | −0.0000 | 2.1873 | 2.1873 | 32.0 |

*The states here shown are metastable

## STEAM TABLES (Continued)

### Specific Heat at constant pressure of Steam and of Water

| Temp. F | $c_p$, Btu/lbm × F | | | | | | | | | | | | | | | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Press., psia | 1 | 1.5 | 2 | 3 | 4 | 6 | 8 | 10 | 15 | 20 | 30 | 40 | 60 | 80 | 100 | Press., psia |
| Sat. Water | 0.998 | 0.998 | 0.999 | 1.000 | 1.000 | 1.002 | 1.003 | 1.004 | 1.007 | 1.010 | 1.014 | 1.019 | 1.026 | 1.033 | 1.039 | Sat. Water |
| Sat. Steam | 0.450 | 0.452 | 0.454 | 0.458 | 0.461 | 0.466 | 0.471 | 0.475 | 0.485 | 0.493 | 0.508 | 0.521 | 0.543 | 0.564 | 0.582 | Sat. Steam |
| 1500 | 0.559 | 0.559 | 0.559 | 0.559 | 0.559 | 0.559 | 0.559 | 0.559 | 0.559 | 0.559 | 0.560 | 0.560 | 0.560 | 0.561 | 0.561 | 1500 |
| 1480 | 0.557 | 0.557 | 0.557 | 0.557 | 0.557 | 0.557 | 0.557 | 0.558 | 0.558 | 0.558 | 0.558 | 0.558 | 0.559 | 0.559 | 0.559 | 1480 |
| 1460 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 | 0.557 | 0.557 | 0.557 | 0.558 | 1460 |
| 1440 | 0.554 | 0.554 | 0.554 | 0.554 | 0.554 | 0.554 | 0.554 | 0.554 | 0.554 | 0.554 | 0.555 | 0.555 | 0.555 | 0.556 | 0.556 | 1440 |
| 1420 | 0.552 | 0.552 | 0.552 | 0.552 | 0.552 | 0.552 | 0.553 | 0.553 | 0.553 | 0.553 | 0.553 | 0.553 | 0.554 | 0.554 | 0.555 | 1420 |
| 1400 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.551 | 0.552 | 0.552 | 0.553 | 0.553 | 1400 |
| 1380 | 0.549 | 0.549 | 0.549 | 0.549 | 0.549 | 0.549 | 0.549 | 0.549 | 0.549 | 0.549 | 0.550 | 0.550 | 0.550 | 0.551 | 0.551 | 1380 |
| 1360 | 0.547 | 0.547 | 0.547 | 0.547 | 0.547 | 0.547 | 0.547 | 0.547 | 0.548 | 0.548 | 0.548 | 0.548 | 0.549 | 0.549 | 0.550 | 1360 |
| 1340 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.546 | 0.547 | 0.547 | 0.548 | 0.548 | 1340 |
| 1320 | 0.544 | 0.544 | 0.544 | 0.544 | 0.544 | 0.544 | 0.544 | 0.544 | 0.544 | 0.544 | 0.545 | 0.545 | 0.545 | 0.546 | 0.546 | 1320 |
| 1300 | 0.542 | 0.542 | 0.542 | 0.542 | 0.542 | 0.542 | 0.542 | 0.542 | 0.542 | 0.543 | 0.543 | 0.543 | 0.544 | 0.544 | 0.545 | 1300 |
| 1280 | 0.540 | 0.540 | 0.540 | 0.540 | 0.540 | 0.540 | 0.540 | 0.541 | 0.541 | 0.541 | 0.541 | 0.541 | 0.542 | 0.543 | 0.543 | 1280 |
| 1260 | 0.538 | 0.539 | 0.539 | 0.539 | 0.539 | 0.539 | 0.539 | 0.539 | 0.539 | 0.539 | 0.539 | 0.540 | 0.540 | 0.541 | 0.541 | 1260 |
| 1240 | 0.537 | 0.537 | 0.537 | 0.537 | 0.537 | 0.537 | 0.537 | 0.537 | 0.537 | 0.537 | 0.538 | 0.538 | 0.539 | 0.539 | 0.540 | 1240 |
| 1220 | 0.535 | 0.535 | 0.535 | 0.535 | 0.535 | 0.535 | 0.535 | 0.535 | 0.535 | 0.536 | 0.536 | 0.536 | 0.537 | 0.537 | 0.538 | 1220 |
| 1200 | 0.533 | 0.533 | 0.533 | 0.533 | 0.533 | 0.533 | 0.533 | 0.533 | 0.534 | 0.534 | 0.534 | 0.534 | 0.535 | 0.536 | 0.536 | 1200 |
| 1180 | 0.531 | 0.531 | 0.531 | 0.531 | 0.531 | 0.531 | 0.532 | 0.532 | 0.532 | 0.532 | 0.532 | 0.533 | 0.533 | 0.534 | 0.535 | 1180 |
| 1160 | 0.529 | 0.529 | 0.530 | 0.530 | 0.530 | 0.530 | 0.530 | 0.530 | 0.530 | 0.530 | 0.530 | 0.531 | 0.532 | 0.532 | 0.533 | 1160 |
| 1140 | 0.528 | 0.528 | 0.528 | 0.528 | 0.528 | 0.528 | 0.528 | 0.528 | 0.528 | 0.528 | 0.529 | 0.529 | 0.530 | 0.531 | 0.531 | 1140 |
| 1120 | 0.526 | 0.526 | 0.526 | 0.526 | 0.526 | 0.526 | 0.526 | 0.526 | 0.526 | 0.527 | 0.527 | 0.527 | 0.528 | 0.529 | 0.530 | 1120 |
| 1100 | 0.524 | 0.524 | 0.524 | 0.524 | 0.524 | 0.524 | 0.524 | 0.524 | 0.525 | 0.525 | 0.525 | 0.526 | 0.526 | 0.527 | 0.528 | 1100 |
| 1080 | 0.522 | 0.522 | 0.522 | 0.522 | 0.522 | 0.522 | 0.522 | 0.523 | 0.523 | 0.523 | 0.523 | 0.524 | 0.525 | 0.525 | 0.526 | 1080 |
| 1060 | 0.520 | 0.520 | 0.520 | 0.520 | 0.520 | 0.521 | 0.521 | 0.521 | 0.521 | 0.521 | 0.522 | 0.522 | 0.523 | 0.524 | 0.524 | 1060 |
| 1040 | 0.518 | 0.519 | 0.519 | 0.519 | 0.519 | 0.519 | 0.519 | 0.519 | 0.519 | 0.519 | 0.520 | 0.520 | 0.521 | 0.522 | 0.523 | 1040 |
| 1020 | 0.517 | 0.517 | 0.517 | 0.517 | 0.517 | 0.517 | 0.517 | 0.517 | 0.517 | 0.518 | 0.518 | 0.518 | 0.519 | 0.520 | 0.521 | 1020 |
| 1000 | 0.515 | 0.515 | 0.515 | 0.515 | 0.515 | 0.515 | 0.515 | 0.515 | 0.515 | 0.516 | 0.516 | 0.517 | 0.518 | 0.519 | 0.519 | 1000 |
| 980 | 0.513 | 0.513 | 0.513 | 0.513 | 0.513 | 0.513 | 0.513 | 0.513 | 0.514 | 0.514 | 0.514 | 0.515 | 0.516 | 0.517 | 0.518 | 980 |
| 960 | 0.511 | 0.511 | 0.511 | 0.511 | 0.511 | 0.511 | 0.512 | 0.512 | 0.512 | 0.512 | 0.513 | 0.513 | 0.514 | 0.515 | 0.516 | 960 |
| 940 | 0.509 | 0.509 | 0.509 | 0.509 | 0.509 | 0.510 | 0.510 | 0.510 | 0.510 | 0.510 | 0.511 | 0.511 | 0.512 | 0.514 | 0.515 | 940 |
| 920 | 0.507 | 0.508 | 0.508 | 0.508 | 0.508 | 0.508 | 0.508 | 0.508 | 0.508 | 0.509 | 0.509 | 0.510 | 0.511 | 0.512 | 0.513 | 920 |
| 900 | 0.506 | 0.506 | 0.506 | 0.506 | 0.506 | 0.506 | 0.506 | 0.506 | 0.506 | 0.507 | 0.507 | 0.508 | 0.509 | 0.510 | 0.512 | 900 |
| 880 | 0.504 | 0.504 | 0.504 | 0.504 | 0.504 | 0.504 | 0.504 | 0.504 | 0.505 | 0.505 | 0.506 | 0.506 | 0.508 | 0.509 | 0.510 | 880 |
| 860 | 0.502 | 0.502 | 0.502 | 0.502 | 0.502 | 0.502 | 0.503 | 0.503 | 0.503 | 0.503 | 0.504 | 0.505 | 0.506 | 0.507 | 0.509 | 860 |
| 840 | 0.500 | 0.500 | 0.500 | 0.500 | 0.500 | 0.501 | 0.501 | 0.501 | 0.501 | 0.502 | 0.502 | 0.503 | 0.504 | 0.506 | 0.507 | 840 |
| 820 | 0.498 | 0.498 | 0.499 | 0.499 | 0.499 | 0.499 | 0.499 | 0.499 | 0.499 | 0.500 | 0.501 | 0.501 | 0.503 | 0.504 | 0.506 | 820 |
| 800 | 0.497 | 0.497 | 0.497 | 0.497 | 0.497 | 0.497 | 0.497 | 0.497 | 0.498 | 0.498 | 0.499 | 0.500 | 0.501 | 0.503 | 0.505 | 800 |
| 780 | 0.495 | 0.495 | 0.495 | 0.495 | 0.495 | 0.495 | 0.495 | 0.496 | 0.496 | 0.496 | 0.497 | 0.498 | 0.500 | 0.502 | 0.503 | 780 |
| 760 | 0.493 | 0.493 | 0.493 | 0.493 | 0.493 | 0.494 | 0.494 | 0.494 | 0.494 | 0.495 | 0.496 | 0.497 | 0.499 | 0.500 | 0.502 | 760 |
| 740 | 0.491 | 0.491 | 0.491 | 0.492 | 0.492 | 0.492 | 0.492 | 0.492 | 0.493 | 0.493 | 0.494 | 0.495 | 0.497 | 0.499 | 0.501 | 740 |
| 720 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | 0.491 | 0.491 | 0.492 | 0.493 | 0.494 | 0.496 | 0.498 | 0.500 | 720 |
| 700 | 0.488 | 0.488 | 0.488 | 0.488 | 0.488 | 0.488 | 0.489 | 0.489 | 0.490 | 0.490 | 0.491 | 0.492 | 0.495 | 0.497 | 0.500 | 700 |
| 680 | 0.486 | 0.486 | 0.486 | 0.486 | 0.487 | 0.487 | 0.487 | 0.487 | 0.488 | 0.489 | 0.490 | 0.491 | 0.494 | 0.496 | 0.499 | 680 |
| 660 | 0.484 | 0.485 | 0.485 | 0.485 | 0.485 | 0.485 | 0.485 | 0.486 | 0.486 | 0.487 | 0.489 | 0.490 | 0.493 | 0.496 | 0.499 | 660 |
| 640 | 0.483 | 0.483 | 0.483 | 0.483 | 0.483 | 0.484 | 0.484 | 0.484 | 0.485 | 0.486 | 0.487 | 0.489 | 0.492 | 0.495 | 0.499 | 640 |
| 620 | 0.481 | 0.481 | 0.481 | 0.481 | 0.482 | 0.482 | 0.482 | 0.483 | 0.483 | 0.484 | 0.486 | 0.488 | 0.491 | 0.495 | 0.499 | 620 |
| 600 | 0.479 | 0.480 | 0.480 | 0.480 | 0.480 | 0.480 | 0.481 | 0.481 | 0.482 | 0.483 | 0.485 | 0.487 | 0.491 | 0.495 | 0.499 | 600 |
| 580 | 0.478 | 0.478 | 0.478 | 0.478 | 0.478 | 0.479 | 0.479 | 0.480 | 0.481 | 0.482 | 0.484 | 0.486 | 0.491 | 0.495 | 0.500 | 580 |
| 560 | 0.476 | 0.476 | 0.476 | 0.477 | 0.477 | 0.477 | 0.478 | 0.478 | 0.479 | 0.481 | 0.483 | 0.485 | 0.490 | 0.496 | 0.501 | 560 |
| 540 | 0.475 | 0.475 | 0.475 | 0.475 | 0.475 | 0.476 | 0.476 | 0.477 | 0.478 | 0.480 | 0.482 | 0.485 | 0.491 | 0.497 | 0.503 | 540 |
| 520 | 0.473 | 0.473 | 0.473 | 0.474 | 0.474 | 0.475 | 0.475 | 0.476 | 0.477 | 0.479 | 0.482 | 0.485 | 0.491 | 0.498 | 0.505 | 520 |
| 500 | 0.472 | 0.472 | 0.472 | 0.472 | 0.473 | 0.473 | 0.474 | 0.475 | 0.476 | 0.478 | 0.481 | 0.485 | 0.492 | 0.500 | 0.508 | 500 |
| 480 | 0.470 | 0.470 | 0.470 | 0.471 | 0.471 | 0.472 | 0.473 | 0.473 | 0.475 | 0.477 | 0.481 | 0.485 | 0.493 | 0.502 | 0.511 | 480 |
| 460 | 0.469 | 0.469 | 0.469 | 0.469 | 0.470 | 0.471 | 0.472 | 0.472 | 0.475 | 0.477 | 0.481 | 0.486 | 0.495 | 0.505 | 0.516 | 460 |
| 440 | 0.467 | 0.467 | 0.468 | 0.468 | 0.469 | 0.470 | 0.470 | 0.471 | 0.474 | 0.476 | 0.481 | 0.487 | 0.498 | 0.509 | 0.522 | 440 |
| 420 | 0.466 | 0.466 | 0.466 | 0.467 | 0.467 | 0.468 | 0.470 | 0.471 | 0.473 | 0.476 | 0.482 | 0.488 | 0.501 | 0.514 | 0.528 | 420 |
| 400 | 0.464 | 0.465 | 0.465 | 0.466 | 0.466 | 0.467 | 0.469 | 0.470 | 0.473 | 0.476 | 0.483 | 0.490 | 0.504 | 0.520 | 0.536 | 400 |
| 380 | 0.463 | 0.463 | 0.464 | 0.464 | 0.465 | 0.466 | 0.468 | 0.469 | 0.473 | 0.477 | 0.484 | 0.492 | 0.509 | 0.527 | 0.546 | 380 |
| 360 | 0.462 | 0.462 | 0.462 | 0.463 | 0.464 | 0.466 | 0.467 | 0.469 | 0.473 | 0.477 | 0.486 | 0.495 | 0.515 | 0.536 | 0.558 | 360 |
| 340 | 0.460 | 0.461 | 0.461 | 0.462 | 0.463 | 0.465 | 0.467 | 0.469 | 0.473 | 0.478 | 0.488 | 0.499 | 0.521 | 0.546 | 0.572 | 340 |
| 320 | 0.459 | 0.460 | 0.460 | 0.461 | 0.462 | 0.464 | 0.467 | 0.469 | 0.474 | 0.480 | 0.491 | 0.504 | 0.530 | 0.558 | 1.036 | 320 |
| 300 | 0.458 | 0.459 | 0.459 | 0.460 | 0.462 | 0.464 | 0.466 | 0.469 | 0.475 | 0.482 | 0.495 | 0.509 | 0.539 | 1.029 | 1.029 | 300 |
| 280 | 0.457 | 0.458 | 0.458 | 0.460 | 0.461 | 0.464 | 0.467 | 0.469 | 0.477 | 0.484 | 0.500 | 0.516 | 1.022 | 1.022 | 1.022 | 280 |
| 260 | 0.456 | 0.457 | 0.457 | 0.459 | 0.461 | 0.464 | 0.467 | 0.470 | 0.478 | 0.487 | 0.505 | 1.017 | 1.017 | 1.017 | 1.016 | 260 |
| 240 | 0.455 | 0.456 | 0.457 | 0.458 | 0.460 | 0.464 | 0.468 | 0.471 | 0.481 | 0.491 | 1.012 | 1.012 | 1.012 | 1.012 | 1.012 | 240 |
| 220 | 0.454 | 0.455 | 0.456 | 0.458 | 0.460 | 0.464 | 0.468 | 0.473 | 0.484 | 1.008 | 1.008 | 1.008 | 1.008 | 1.008 | 1.008 | 220 |
| 200 | 0.453 | 0.454 | 0.455 | 0.458 | 0.460 | 0.465 | 0.470 | 0.475 | 1.005 | 1.005 | 1.005 | 1.005 | 1.005 | 1.005 | 1.005 | 200 |
| 180 | 0.452 | 0.454 | 0.455 | 0.458 | 0.460 | 0.466 | 1.003 | 1.003 | 1.003 | 1.003 | 1.003 | 1.003 | 1.003 | 1.002 | 1.002 | 180 |
| 160 | 0.451 | 0.453 | 0.455 | 0.458 | 0.461 | 1.001 | 1.001 | 1.001 | 1.001 | 1.001 | 1.001 | 1.001 | 1.001 | 1.001 | 1.001 | 160 |
| 140 | 0.451 | 0.453 | 0.454 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 140 |
| 120 | 0.450 | 0.452 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 0.999 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 120 |
| 100 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 100 |
| 80 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 0.998 | 80 |
| 60 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 0.999 | 0.999 | 0.999 | 60 |
| 40 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.004 | 1.003 | 40 |
| 32 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.007 | 1.006 | 32 |

**Specific Heat at constant pressure of Steam and of Water**

| Temp. F | $c_p$, Btu/lbm × F | | | | | | | | | | | | | | | Temp. F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Press., psia | 150 | 200 | 300 | 400 | 600 | 800 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 | 10000 | 15000 | Press., psia |
| Sat. Water | 1.054 | 1.067 | 1.093 | 1.118 | 1.168 | 1.224 | 1.286 | 1.492 | 1.841 | 7.646 | — | — | — | — | — | Sat. Water |
| Sat. Steam | 0.624 | 0.661 | 0.729 | 0.792 | 0.915 | 1.046 | 1.191 | 1.667 | 2.557 | 13.66 | — | — | — | — | — | Sat. Steam |
| 1500 | 0.562 | 0.563 | 0.565 | 0.567 | 0.571 | 0.576 | 0.580 | 0.590 | 0.601 | 0.623 | 0.645 | 0.691 | 0.737 | 0.780 | 0.868 | 1500 |
| 1480 | 0.561 | 0.562 | 0.564 | 0.566 | 0.570 | 0.575 | 0.579 | 0.590 | 0.601 | 0.623 | 0.647 | 0.694 | 0.742 | 0.786 | 0.878 | 1480 |
| 1460 | 0.559 | 0.560 | 0.562 | 0.565 | 0.569 | 0.573 | 0.578 | 0.589 | 0.601 | 0.624 | 0.648 | 0.698 | 0.747 | 0.793 | 0.888 | 1460 |
| 1440 | 0.557 | 0.559 | 0.561 | 0.563 | 0.568 | 0.572 | 0.577 | 0.589 | 0.600 | 0.625 | 0.650 | 0.701 | 0.753 | 0.800 | 0.900 | 1440 |
| 1420 | 0.556 | 0.557 | 0.559 | 0.562 | 0.566 | 0.571 | 0.576 | 0.588 | 0.600 | 0.625 | 0.651 | 0.705 | 0.759 | 0.808 | 0.909 | 1420 |
| 1400 | 0.554 | 0.555 | 0.558 | 0.560 | 0.565 | 0.570 | 0.575 | 0.587 | 0.600 | 0.626 | 0.653 | 0.709 | 0.765 | 0.817 | 0.926 | 1400 |
| 1380 | 0.553 | 0.554 | 0.556 | 0.559 | 0.564 | 0.569 | 0.574 | 0.587 | 0.600 | 0.627 | 0.655 | 0.714 | 0.773 | 0.827 | 0.939 | 1380 |
| 1360 | 0.551 | 0.552 | 0.555 | 0.558 | 0.563 | 0.568 | 0.573 | 0.586 | 0.600 | 0.628 | 0.657 | 0.719 | 0.781 | 0.838 | 0.953 | 1360 |
| 1340 | 0.549 | 0.551 | 0.553 | 0.556 | 0.561 | 0.567 | 0.572 | 0.586 | 0.600 | 0.629 | 0.660 | 0.725 | 0.790 | 0.850 | 0.968 | 1340 |
| 1320 | 0.548 | 0.549 | 0.552 | 0.555 | 0.560 | 0.566 | 0.571 | 0.585 | 0.600 | 0.630 | 0.663 | 0.731 | 0.800 | 0.864 | 0.983 | 1320 |
| 1300 | 0.546 | 0.548 | 0.550 | 0.553 | 0.559 | 0.565 | 0.570 | 0.585 | 0.600 | 0.632 | 0.666 | 0.738 | 0.811 | 0.879 | 0.998 | 1300 |
| 1280 | 0.545 | 0.546 | 0.549 | 0.552 | 0.558 | 0.564 | 0.570 | 0.585 | 0.600 | 0.634 | 0.669 | 0.746 | 0.824 | 0.897 | 1.014 | 1280 |
| 1260 | 0.543 | 0.544 | 0.547 | 0.550 | 0.556 | 0.563 | 0.569 | 0.585 | 0.601 | 0.636 | 0.673 | 0.755 | 0.838 | 0.918 | 1.033 | 1260 |
| 1240 | 0.541 | 0.543 | 0.546 | 0.549 | 0.555 | 0.562 | 0.568 | 0.584 | 0.601 | 0.638 | 0.678 | 0.765 | 0.855 | 0.942 | 1.053 | 1240 |
| 1220 | 0.540 | 0.541 | 0.544 | 0.548 | 0.554 | 0.561 | 0.567 | 0.584 | 0.602 | 0.641 | 0.683 | 0.777 | 0.875 | 0.969 | 1.072 | 1220 |
| 1200 | 0.538 | 0.540 | 0.543 | 0.546 | 0.553 | 0.560 | 0.567 | 0.584 | 0.603 | 0.644 | 0.689 | 0.790 | 0.897 | 1.000 | 1.095 | 1200 |
| 1180 | 0.536 | 0.538 | 0.541 | 0.545 | 0.552 | 0.559 | 0.566 | 0.584 | 0.604 | 0.647 | 0.696 | 0.805 | 0.922 | 1.033 | 1.117 | 1180 |
| 1160 | 0.535 | 0.536 | 0.540 | 0.544 | 0.551 | 0.558 | 0.565 | 0.585 | 0.606 | 0.652 | 0.704 | 0.823 | 0.952 | 1.070 | 1.143 | 1160 |
| 1140 | 0.533 | 0.535 | 0.539 | 0.542 | 0.550 | 0.557 | 0.565 | 0.585 | 0.607 | 0.656 | 0.713 | 0.843 | 0.986 | 1.107 | 1.167 | 1140 |
| 1120 | 0.531 | 0.533 | 0.537 | 0.541 | 0.549 | 0.557 | 0.565 | 0.586 | 0.609 | 0.662 | 0.723 | 0.866 | 1.025 | 1.149 | 1.190 | 1120 |
| 1100 | 0.530 | 0.532 | 0.536 | 0.540 | 0.548 | 0.556 | 0.564 | 0.587 | 0.612 | 0.668 | 0.735 | 0.893 | 1.070 | 1.193 | 1.220 | 1100 |
| 1080 | 0.528 | 0.530 | 0.534 | 0.538 | 0.547 | 0.555 | 0.564 | 0.588 | 0.615 | 0.676 | 0.749 | 0.924 | 1.120 | 1.242 | 1.240 | 1080 |
| 1060 | 0.527 | 0.529 | 0.533 | 0.537 | 0.546 | 0.555 | 0.564 | 0.590 | 0.618 | 0.685 | 0.765 | 0.960 | 1.176 | 1.295 | 1.260 | 1060 |
| 1040 | 0.525 | 0.527 | 0.532 | 0.536 | 0.545 | 0.555 | 0.565 | 0.592 | 0.622 | 0.695 | 0.783 | 1.002 | 1.238 | 1.351 | 1.282 | 1040 |
| 1020 | 0.523 | 0.526 | 0.530 | 0.535 | 0.545 | 0.555 | 0.565 | 0.594 | 0.627 | 0.707 | 0.804 | 1.051 | 1.306 | 1.399 | 1.298 | 1020 |
| 1000 | 0.522 | 0.524 | 0.529 | 0.534 | 0.544 | 0.555 | 0.566 | 0.597 | 0.633 | 0.721 | 0.829 | 1.110 | 1.382 | 1.471 | 1.306 | 1000 |
| 980 | 0.520 | 0.523 | 0.528 | 0.533 | 0.544 | 0.555 | 0.567 | 0.601 | 0.640 | 0.737 | 0.858 | 1.180 | 1.475 | 1.531 | 1.312 | 980 |
| 960 | 0.519 | 0.521 | 0.527 | 0.532 | 0.543 | 0.556 | 0.568 | 0.605 | 0.648 | 0.756 | 0.893 | 1.267 | 1.598 | 1.595 | 1.310 | 960 |
| 940 | 0.517 | 0.520 | 0.526 | 0.531 | 0.543 | 0.556 | 0.570 | 0.610 | 0.658 | 0.778 | 0.934 | 1.376 | 1.708 | 1.639 | 1.299 | 940 |
| 920 | 0.516 | 0.519 | 0.525 | 0.531 | 0.544 | 0.558 | 0.573 | 0.617 | 0.669 | 0.803 | 0.984 | 1.520 | 1.819 | 1.667 | 1.281 | 920 |
| 900 | 0.515 | 0.518 | 0.524 | 0.530 | 0.544 | 0.559 | 0.576 | 0.624 | 0.683 | 0.834 | 1.048 | 1.716 | 1.932 | 1.660 | 1.259 | 900 |
| 880 | 0.513 | 0.516 | 0.523 | 0.530 | 0.545 | 0.561 | 0.580 | 0.633 | 0.699 | 0.872 | 1.130 | 1.993 | 2.000 | 1.633 | 1.232 | 880 |
| 860 | 0.512 | 0.515 | 0.523 | 0.530 | 0.546 | 0.564 | 0.584 | 0.644 | 0.718 | 0.918 | 1.240 | 2.316 | 2.019 | 1.593 | 1.212 | 860 |
| 840 | 0.511 | 0.514 | 0.522 | 0.530 | 0.548 | 0.568 | 0.590 | 0.657 | 0.740 | 0.977 | 1.395 | 2.653 | 1.978 | 1.547 | 1.192 | 840 |
| 820 | 0.510 | 0.514 | 0.522 | 0.531 | 0.550 | 0.572 | 0.597 | 0.672 | 0.767 | 1.054 | 1.620 | 2.886 | 1.888 | 1.503 | 1.175 | 820 |
| 800 | 0.509 | 0.513 | 0.522 | 0.532 | 0.553 | 0.577 | 0.605 | 0.690 | 0.800 | 1.160 | 1.967 | 2.872 | 1.768 | 1.459 | 1.157 | 800 |
| 780 | 0.508 | 0.513 | 0.522 | 0.533 | 0.557 | 0.584 | 0.615 | 0.712 | 0.840 | 1.312 | 2.550 | 2.547 | 1.670 | 1.416 | 1.142 | 780 |
| 760 | 0.507 | 0.512 | 0.523 | 0.535 | 0.561 | 0.592 | 0.628 | 0.738 | 0.892 | 1.542 | 4.462 | 2.156 | 1.576 | 1.370 | 1.126 | 760 |
| 740 | 0.507 | 0.512 | 0.524 | 0.537 | 0.567 | 0.602 | 0.642 | 0.770 | 0.960 | 1.913 | 8.119 | 1.886 | 1.493 | 1.332 | 1.114 | 740 |
| 720 | 0.506 | 0.512 | 0.525 | 0.540 | 0.574 | 0.613 | 0.660 | 0.811 | 1.052 | 2.584 | 3.458 | 1.696 | 1.421 | 1.290 | 1.100 | 720 |
| 700 | 0.506 | 0.513 | 0.528 | 0.544 | 0.582 | 0.627 | 0.681 | 0.861 | 1.181 | 6.145° | 2.237 | 1.557 | 1.358 | 1.250 | 1.089 | 700 |
| 680 | 0.506 | 0.514 | 0.530 | 0.549 | 0.592 | 0.644 | 0.707 | 0.927 | 1.365 | 2.469 | 1.789 | 1.450 | 1.303 | 1.217 | 1.079 | 680 |
| 660 | 0.507 | 0.515 | 0.534 | 0.555 | 0.604 | 0.665 | 0.738 | 1.015 | 1.639 | 1.851 | 1.587 | 1.369 | 1.256 | 1.187 | 1.071 | 660 |
| 640 | 0.507 | 0.517 | 0.538 | 0.562 | 0.619 | 0.690 | 0.777 | 1.135 | 2.219 | 1.601 | 1.454 | 1.303 | 1.216 | 1.157 | 1.063 | 640 |
| 620 | 0.509 | 0.519 | 0.543 | 0.571 | 0.637 | 0.720 | 0.826 | 1.308 | 1.614 | 1.455 | 1.362 | 1.252 | 1.184 | 1.136 | 1.056 | 620 |
| 600 | 0.510 | 0.522 | 0.550 | 0.582 | 0.659 | 0.757 | 0.888 | 1.586 | 1.453 | 1.358 | 1.295 | 1.211 | 1.157 | 1.118 | 1.052 | 600 |
| 580 | 0.513 | 0.526 | 0.558 | 0.595 | 0.685 | 0.804 | 0.969 | 1.393 | 1.351 | 1.289 | 1.243 | 1.178 | 1.134 | 1.102 | 1.046 | 580 |
| 560 | 0.516 | 0.531 | 0.568 | 0.611 | 0.717 | 0.862 | 1.079 | 1.309 | 1.281 | 1.237 | 1.202 | 1.151 | 1.115 | 1.087 | 1.039 | 560 |
| 540 | 0.519 | 0.538 | 0.580 | 0.630 | 0.756 | 0.937 | 1.272 | 1.249 | 1.229 | 1.196 | 1.169 | 1.128 | 1.098 | 1.074 | 1.031 | 540 |
| 520 | 0.524 | 0.545 | 0.594 | 0.653 | 0.804 | 1.035 | 1.221 | 1.204 | 1.189 | 1.164 | 1.142 | 1.109 | 1.083 | 1.062 | 1.024 | 520 |
| 500 | 0.530 | 0.554 | 0.611 | 0.680 | 0.865 | 1.187 | 1.181 | 1.169 | 1.157 | 1.137 | 1.120 | 1.092 | 1.069 | 1.051 | 1.017 | 500 |
| 480 | 0.537 | 0.565 | 0.632 | 0.714 | 1.159 | 1.154 | 1.150 | 1.140 | 1.131 | 1.115 | 1.101 | 1.077 | 1.057 | 1.041 | 1.010 | 480 |
| 460 | 0.545 | 0.578 | 0.657 | 0.755 | 1.132 | 1.128 | 1.125 | 1.117 | 1.110 | 1.096 | 1.084 | 1.064 | 1.047 | 1.033 | 1.004 | 460 |
| 440 | 0.556 | 0.594 | 0.687 | 1.113 | 1.110 | 1.107 | 1.104 | 1.098 | 1.092 | 1.080 | 1.070 | 1.052 | 1.038 | 1.025 | 0.999 | 440 |
| 420 | 0.568 | 0.614 | 0.724 | 1.094 | 1.091 | 1.089 | 1.087 | 1.081 | 1.076 | 1.067 | 1.058 | 1.042 | 1.029 | 1.018 | 0.994 | 420 |
| 400 | 0.583 | 0.636 | 1.079 | 1.078 | 1.076 | 1.074 | 1.072 | 1.067 | 1.063 | 1.055 | 1.047 | 1.034 | 1.022 | 1.011 | 0.990 | 400 |
| 380 | 0.601 | 1.066 | 1.065 | 1.065 | 1.063 | 1.061 | 1.059 | 1.056 | 1.052 | 1.044 | 1.038 | 1.026 | 1.015 | 1.006 | 0.986 | 380 |
| 360 | 0.622 | 1.054 | 1.054 | 1.053 | 1.052 | 1.050 | 1.049 | 1.045 | 1.042 | 1.036 | 1.030 | 1.019 | 1.009 | 1.001 | 0.982 | 360 |
| 340 | 1.045 | 1.044 | 1.044 | 1.043 | 1.042 | 1.040 | 1.039 | 1.036 | 1.033 | 1.028 | 1.022 | 1.013 | 1.004 | 0.996 | 0.979 | 340 |
| 320 | 1.036 | 1.036 | 1.035 | 1.034 | 1.033 | 1.032 | 1.031 | 1.028 | 1.026 | 1.021 | 1.016 | 1.007 | 0.999 | 0.992 | 0.976 | 320 |
| 300 | 1.028 | 1.028 | 1.028 | 1.027 | 1.026 | 1.025 | 1.024 | 1.022 | 1.019 | 1.015 | 1.010 | 1.002 | 0.995 | 0.988 | 0.973 | 300 |
| 280 | 1.022 | 1.022 | 1.021 | 1.021 | 1.020 | 1.019 | 1.018 | 1.016 | 1.014 | 1.009 | 1.005 | 0.998 | 0.991 | 0.985 | 0.971 | 280 |
| 260 | 1.016 | 1.016 | 1.016 | 1.015 | 1.014 | 1.013 | 1.013 | 1.011 | 1.009 | 1.005 | 1.001 | 0.994 | 0.988 | 0.982 | 0.968 | 260 |
| 240 | 1.012 | 1.011 | 1.011 | 1.011 | 1.010 | 1.009 | 1.008 | 1.006 | 1.004 | 1.001 | 0.997 | 0.991 | 0.985 | 0.979 | 0.966 | 240 |
| 220 | 1.008 | 1.008 | 1.007 | 1.007 | 1.006 | 1.005 | 1.005 | 1.003 | 1.001 | 0.998 | 0.994 | 0.988 | 0.982 | 0.977 | 0.964 | 220 |
| 200 | 1.005 | 1.004 | 1.004 | 1.004 | 1.003 | 1.002 | 1.002 | 1.000 | 0.998 | 0.995 | 0.992 | 0.986 | 0.980 | 0.975 | 0.963 | 200 |
| 180 | 1.002 | 1.002 | 1.002 | 1.001 | 1.001 | 1.000 | 0.999 | 0.998 | 0.996 | 0.993 | 0.989 | 0.983 | 0.978 | 0.973 | 0.961 | 180 |
| 160 | 1.000 | 1.000 | 1.000 | 0.999 | 0.999 | 0.998 | 0.997 | 0.996 | 0.994 | 0.991 | 0.987 | 0.981 | 0.976 | 0.971 | 0.959 | 160 |
| 140 | 0.999 | 0.999 | 0.998 | 0.998 | 0.997 | 0.997 | 0.996 | 0.994 | 0.992 | 0.989 | 0.986 | 0.980 | 0.974 | 0.969 | 0.958 | 140 |
| 120 | 0.998 | 0.998 | 0.997 | 0.997 | 0.996 | 0.996 | 0.995 | 0.993 | 0.991 | 0.988 | 0.984 | 0.978 | 0.972 | 0.967 | 0.957 | 120 |
| 100 | 0.997 | 0.997 | 0.997 | 0.996 | 0.996 | 0.995 | 0.994 | 0.992 | 0.990 | 0.986 | 0.983 | 0.976 | 0.970 | 0.965 | 0.955 | 100 |
| 80 | 0.998 | 0.997 | 0.997 | 0.996 | 0.995 | 0.994 | 0.994 | 0.991 | 0.989 | 0.985 | 0.981 | 0.974 | 0.968 | 0.962 | 0.951 | 80 |
| 60 | 0.999 | 0.999 | 0.998 | 0.997 | 0.996 | 0.995 | 0.994 | 0.991 | 0.989 | 0.984 | 0.979 | 0.970 | 0.963 | 0.956 | 0.942 | 60 |
| 40 | 1.003 | 1.003 | 1.002 | 1.001 | 1.000 | 0.998 | 0.997 | 0.993 | 0.989 | 0.983 | 0.976 | 0.965 | 0.954 | 0.945 | 0.920 | 40 |
| 32 | 1.006 | 1.006 | 1.005 | 1.004 | 1.002 | 1.000 | 0.999 | 0.994 | 0.990 | 0.983 | 0.975 | 0.962 | 0.949 | 0.937 | 0.904 | 32 |

°Critical point.

## Thermal Conductivity of Steam and Water

| Temp. F | $k$, (Btu/hr × ft. × F) × $10^3$ | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Press., psia | 1 | 2 | 5 | 10 | 20 | 50 | 100 | 200 | 500 | 1000 | 2000 | 5000 | 7500 |
| Sat. Water | 364.0 | 373.1 | 383.8 | 390.4 | 395.2 | 397.4 | 394.7 | 386.2 | 361.7 | 327.6 | 271.8 | — | — |
| Sat. Steam | 11.6 | 12.2 | 13.0 | 13.8 | 14.8 | 16.6 | 18.4 | 21.1 | 27.2 | 36.5 | 61.3 | — | — |
| 1500 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.8 | 64.0 | 64.3 | 65.4 | 67.1 | 70.7 | 82.0 | 92.2 |
| 1450 | 61.4 | 61.4 | 61.5 | 61.5 | 61.5 | 61.6 | 61.8 | 62.1 | 63.2 | 64.9 | 68.5 | 80.1 | 90.6 |
| 1400 | 59.2 | 59.2 | 59.2 | 59.2 | 59.3 | 59.4 | 59.6 | 59.9 | 60.9 | 62.7 | 66.3 | 78.2 | 89.2 |
| 1350 | 57.0 | 57.0 | 57.0 | 57.0 | 57.1 | 57.2 | 57.3 | 57.7 | 58.7 | 60.5 | 64.2 | 76.3 | 87.9 |
| 1300 | 54.8 | 54.8 | 54.8 | 54.8 | 54.8 | 54.9 | 55.1 | 55.5 | 56.5 | 58.3 | 62.0 | 74.6 | 86.9 |
| 1250 | 52.6 | 52.6 | 52.6 | 52.6 | 52.6 | 52.7 | 52.9 | 53.2 | 54.3 | 56.1 | 59.9 | 73.0 | 86.3 |
| 1200 | 50.4 | 50.4 | 50.4 | 50.4 | 50.4 | 50.5 | 50.7 | 51.0 | 52.1 | 53.9 | 57.8 | 71.6 | 86.2 |
| 1150 | 48.2 | 48.2 | 48.2 | 48.2 | 48.2 | 48.3 | 48.5 | 48.9 | 49.9 | 51.8 | 55.7 | 70.5 | 87.0 |
| 1100 | 46.0 | 46.0 | 46.0 | 46.0 | 46.1 | 46.2 | 46.3 | 46.7 | 47.8 | 49.6 | 53.7 | 69.8 | 89.0 |
| 1050 | 43.9 | 43.9 | 43.9 | 43.9 | 43.9 | 44.0 | 44.2 | 44.6 | 45.6 | 47.5 | 51.8 | 69.7 | 93.4 |
| 1000 | 41.7 | 41.7 | 41.8 | 41.8 | 41.8 | 41.9 | 42.1 | 42.4 | 43.5 | 45.5 | 50.0 | 70.7 | 102.9 |
| 950 | 39.6 | 39.6 | 39.7 | 39.7 | 39.7 | 39.8 | 40.0 | 40.3 | 41.4 | 43.5 | 48.3 | 73.5 | 115.5 |
| 900 | 37.6 | 37.6 | 37.6 | 37.6 | 37.6 | 37.7 | 37.9 | 38.3 | 39.4 | 41.5 | 46.8 | 80.2 | 138.7 |
| 850 | 35.5 | 35.6 | 35.6 | 35.6 | 35.6 | 35.7 | 35.9 | 36.3 | 37.4 | 39.7 | 45.6 | 96.7 | 178.8 |
| 800 | 33.6 | 33.6 | 33.6 | 33.6 | 33.6 | 33.7 | 33.9 | 34.3 | 35.5 | 37.9 | 44.9 | 129.6 | 223.2 |
| 750 | 31.6 | 31.6 | 31.6 | 31.6 | 31.7 | 31.8 | 32.0 | 32.3 | 33.6 | 36.3 | 45.2 | 202.5 | 258.3 |
| 700 | 29.7 | 29.7 | 29.7 | 29.7 | 29.8 | 29.9 | 30.1 | 30.4 | 31.8 | 35.0 | 47.5° | 262.8 | 295.1 |
| 650 | 27.8 | 27.8 | 27.9 | 27.9 | 27.9 | 28.0 | 28.2 | 28.6 | 30.1 | 34.1 | 55.7 | 304.3 | 326.7 |
| 600 | 26.0 | 26.0 | 26.1 | 26.1 | 26.1 | 26.2 | 26.4 | 26.9 | 28.7 | 34.1 | 301.9 | 333.7 | 349.3 |
| 550 | 24.3 | 24.3 | 24.3 | 24.3 | 24.4 | 24.5 | 24.7 | 25.2 | 27.5 | 36.1 | 333.7 | 356.1 | 368.0 |
| 500 | 22.6 | 22.6 | 22.6 | 22.6 | 22.7 | 22.8 | 23.0 | 23.6 | 26.9 | 350.8 | 357.4 | 373.8 | 383.6 |
| 450 | 21.0 | 21.0 | 21.0 | 21.0 | 21.0 | 21.2 | 21.4 | 22.3 | 368.1 | 370.6 | 375.3 | 387.9 | 396.5 |
| 400 | 19.4 | 19.4 | 19.4 | 19.4 | 19.5 | 19.6 | 20.0 | 21.3 | 383.0 | 384.9 | 388.5 | 398.6 | 406.4 |
| 350 | 17.9 | 17.9 | 17.9 | 17.9 | 18.0 | 18.2 | 18.8 | 392.0 | 392.9 | 394.4 | 397.4 | 406.1 | 413.2 |
| 300 | 16.5 | 16.5 | 16.5 | 16.5 | 16.6 | 16.9 | 396.9 | 397.2 | 398.0 | 399.3 | 402.0 | 409.9 | 416.4 |
| 250 | 15.1 | 15.1 | 15.1 | 15.2 | 15.3 | 396.9 | 397.0 | 397.3 | 398.1 | 399.4 | 402.1 | 409.7 | 415.8 |
| 200 | 13.8 | 13.8 | 13.9 | 14.0 | 391.6 | 391.6 | 391.8 | 392.1 | 393.0 | 394.4 | 397.2 | 404.9 | 410.6 |
| 150 | 12.7 | 12.7 | 380.5 | 380.5 | 380.6 | 380.7 | 380.8 | 381.1 | 382.1 | 383.7 | 386.7 | 394.7 | 400.3 |
| 100 | 363.3 | 363.3 | 363.3 | 363.3 | 363.3 | 363.4 | 363.6 | 363.9 | 365.0 | 366.6 | 369.8 | 378.3 | 384.1 |
| 50 | 339.1 | 339.1 | 339.1 | 339.1 | 339.2 | 339.3 | 339.4 | 339.8 | 340.8 | 342.5 | 345.7 | 354.6 | 361.0 |
| 32 | 328.6 | 328.6 | 328.6 | 328.6 | 328.6 | 328.7 | 328.9 | 329.2 | 330.3 | 331.9 | 335.1 | 344.1 | 350.8 |

° Critical point.

# The New Encyclopædia Britannica

Volume 11

MICROPÆDIA

Ready Reference

FOUNDED 1768
15 TH EDITION

Encyclopædia Britannica, Inc.
Robert P. Gwinn, Chairman, Board of Directors
Peter B. Norton, President
Philip W. Goetz, Editor in Chief

Chicago
Auckland/Geneva/London/Madrid/Manila/Paris
Rome/Seoul/Sydney/Tokyo/Toronto

 THE UNIVERSITY OF CHICAGO

"Let knowledge grow from more to more
and thus be human life enriched."

The *Encyclopædia Britannica* is published with the editorial advice of the faculties of the University of Chicago.

Additional advice is given by committees of members drawn from the faculties of the Australian National University, the universities of British Columbia (Can.), Cambridge (Eng.), Copenhagen (Den.), Edinburgh (Scot.), Florence (Italy), London (Eng.), Marburg (W.Ger.), Oxford (Eng.), the Ruhr (W.Ger.), Sussex (Eng.), Toronto (Can.), Victoria (Can.), and Waterloo (Can.); the Complutensian University of Madrid (Spain); the Max Planck Institute for Biophysical Chemistry (W.Ger.); the New University of Lisbon (Port.); the School of Higher Studies in Social Sciences (Fr.); Simon Fraser University (Can.); and the State University of Leiden (Neth.).

| | |
|---|---|
| First Edition | 1768–1771 |
| Second Edition | 1777–1784 |
| Third Edition | 1788–1797 |
| Supplement | 1801 |
| Fourth Edition | 1801–1809 |
| Fifth Edition | 1815 |
| Sixth Edition | 1820–1823 |
| Supplement | 1815–1824 |
| Seventh Edition | 1830–1842 |
| Eighth Edition | 1852–1860 |
| Ninth Edition | 1875–1889 |
| Tenth Edition | 1902–1903 |

Eleventh Edition
© 1911
By Encyclopædia Britannica, Inc.

Twelfth Edition
© 1922
By Encyclopædia Britannica, Inc.

Thirteenth Edition
© 1926
By Encyclopædia Britannica, Inc.

Fourteenth Edition
© 1929, 1930, 1932, 1933, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1944, 1945, 1946, 1947, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1964, 1965, 1966, 1967, 1968, 1969, 1970, 1971, 1972, 1973
By Encyclopædia Britannica, Inc.

Fifteenth Edition
© 1974, 1975, 1976, 1977, 1978, 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989
By Encyclopædia Britannica, Inc.

© 1989
By Encyclopædia Britannica, Inc.

Copyright under International Copyright Union
All rights reserved under Pan American and
Universal Copyright Conventions
by Encyclopædia Britannica, Inc.

No part of this work may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in U.S.A.

Library of Congress Catalog Card Number: 87-83306
International Standard Book Number: 0-85229-493-X

The scandal came to light in December 1933 when the bonds of a credit organization in Bayonne, founded by the financier Alexandre Stavisky, proved worthless. When Stavisky was found dead in January 1934, police officials said that he had committed suicide. Members of the French right believed, however, that Stavisky had been killed to prevent revelation of a scandal that would involve prominent people, including ministers and members of the legislature. Attempts by the government to hush up the affair encouraged popular belief in the essential corruption of the parliamentary regime. The flourishing antirepublican leagues, principally the fascist-like Action Française (*q.v.*) and the Croix de Feu, led popular demonstrations in hopes of overthrowing the regime. These agitations, which culminated in the riot of Feb. 6, 1934, in which 15 persons were killed outside the Chamber of Deputies, were sufficiently widespread to force the resignations of two successive prime ministers of the ruling left-wing coalition. But the establishment of a centre government of national union under former president Gaston Doumergue in February 1934 restored public confidence and ended the threat to the republic.

**Stavropol** (city, Kuybyshev *oblast*, Russian S.F.S.R.): *see* Tolyatti.

**Stavropol,** *kray* (territory), southwestern Russian Soviet Federated Socialist Republic, occupying an area of 31,100 sq mi (80,600 sq km) on the northern flank of the Great Caucasus. The territory stretches from the crestline, which reaches 13,274 ft (4,046 m) in

Mountain village in Caucasia region of Stavropol *kray* (territory), Russian S.F.S.R.
Novosti Press Agency

Mt. Dombay-Ulgen, across the lower parallel ranges, which are broken by deep river gorges, and then across the extensive foreland known as the Stavropol Upland, to the low plains of the Manych Depression and the Caspian Depression. The mountain area, which forms the Karachay-Cherkess autonomous *oblast* (administrative region) within the *kray*, is densely forested on the lower slopes with deciduous trees, giving way higher up to conifers, above which are alpine meadows and bare rock and ice. The foreland and lowlands are mostly fertile steppe soils, now largely under cultivation; in the drier east (the Nogay Steppe) semidesert conditions prevail, with sage vegetation predominating.

Agriculture in the territory is highly developed, and is dominated by wheat, corn (maize), fodder, and industrial crops, chiefly sunflowers, flax, mustard, castor beans, and potatoes. Large numbers of cattle and sheep are kept, mainly based on transhumance between the high mountain pastures in summer and the dry Nogay Steppe in winter. Most of Stavropol's industries are based on the processing of farm produce, but there are large deposits of natural gas, first discovered in 1910. The gas is piped as far as Moscow and also is used locally in the chemical industries of Nevinnomyssk. In the Caucasus foothills are many mineral springs and a number of spa and resort towns. Pop. (1983 est.) 2,647,000.

**Stavropol,** city and administrative centre of Stavropol *kray* (territory), southwestern Russian Soviet Federated Socialist Republic, situated on the Stavropol Upland near the source of the Grachovka River. It was founded in 1777 as a fortress. Although it was at first a major route and administrative centre, the city was later bypassed by the Rostov–Baku railway, and its original functions declined. Between 1935 and 1943 the city was known as Voroshilovsk. Today Stavropol's main importance is in processing farm produce from its fertile hinterland, especially flour milling, wine making, and meat packing; machine building and the chemical and clothing industries are also important. An attractive city with tree-lined streets laid out on a grid pattern, Stavropol has medical, agricultural, linguistic, and teacher-training institutes and a research institute for sheep and goat husbandry. Pop. (1983 est.) 281,000.

**Stawell,** town, Wimmera district, southwest central Victoria, Australia, situated on the northern flanks of the Grampians, near Lake Lonsdale. Founded in 1853 during a gold rush and originally called Pleasant Creek, it was renamed in honour of Sir William Foster Stawell, former state chief justice. Made a shire in 1864, Stawell was declared a town in 1957. Situated on the Western Highway and connected to Melbourne and Adelaide by rail, it is the service centre for an area in which sheep, cereals, grapes, and poultry are raised. Among the products of its industries are wool, timber, flour, dairy foods, wines, and prefabricated homes. The Stawell Gift Foot Race, run annually on Easter Monday, attracts contestants from all parts of Australia. Pop. (1981) 6,160.

**Ste.:** *see under* Sainte.

**Stead, Christina Ellen** (b. July 17, 1902, Rockdale, Sydney, Australia—d. March 31, 1983, Sydney), Australian novelist known for her political insights and firmly controlled but highly individual style.

Stead was educated at New South Wales Teachers College; she traveled widely and at various times lived in the United States, Paris, and London. In the early 1940s she worked as a screenwriter for Metro-Goldwyn-Mayer studios, and in 1952 she married William Blake, an American writer of historical romances, with whom she settled in London. In 1974, however, she returned to her native Australia.

Her first published work was a collection of short stories, *The Salzburg Tales* (1934). *Seven Poor Men of Sydney,* published later the same year, deals with a band of young revolutionaries and provides a fascinating portrayal of Sydney's waterfront. Her finest and most highly praised novel, and one which went virtually unrecognized for 25 years, is *The Man Who Loved Children* (1940; rev. ed. 1965). The work depicts marriage as a state of savage and continuous warfare, in which the husband reveals himself to be basically fascistic, far removed from the civilized man he thinks he is, while his wife has become a bitter termagant. The novel's theme epitomizes the author's concern with the human craving for two seemingly irreconcilable qualities, those of personal freedom and love. The book is utterly unsentimental and in the first half achieves moments of real comedy, but its overall effect is bitter and tragic. Stead is generally regarded as a feminist writer, although she shunned such a label.

Stead's other works include: *The Beauties and Furies* (1936), *House of All Nations* (1938), *For Love Alone* (1944), *A Little Tea, a Little Chat* (1948), *The People with the Dogs* (1952), *Dark Places of the Heart* (1966; U.K. title *Cotters' England,* 1967), *The Little Hotel* (1973), and *Miss Herbert* (1976). *A Christina Stead Reader* was published in 1979.

**Stead, William Thomas** (b. July 5, 1849, Embleton, Northumberland, Eng.—d. April 15, 1912, at sea, North Atlantic), British journalist, editor, and publisher who founded the noted monthly periodical *Review of Reviews* (1890).

Stead was educated at home by his father, a clergyman, until he was 12 years old and then attended Silcoates School at Wakefield. He became an apprentice in a merchant's counting-house and in about 1870 began to contribute to the Liberal daily newspaper *Northern Echo* at Darlington. Although he had never so much as been inside a newspaper office, the following year he was invited to become the *Echo's* editor. He and the paper diligently supported Gladstone. In 1880 he went to London as assistant editor of the *Pall Mall Gazette* under John Morley, later Viscount Morley. When Morley went into Parliament, Stead succeeded him as editor and made of the *Pall Mall Gazette* a sprightly and unconventional journal. He introduced such modern journalistic techniques as the use of illustrations. He also developed the interview form in newspaper writing. His press campaigns effected many changes, including the improvement of British naval defenses.

In 1890 Stead decided to give up daily journalism in favour of the monthly journal he founded, *Review of Reviews.* He was known for his crusades in the journal's pages on behalf of such diverse causes as British–Russian friendship, ending child prostitution, the reform of England's criminal codes, and the maintenance of international peace. As editor and publisher of the *Review of Reviews,* he wrote on psychic phenomena, spiritualism, the "civic church," and many other subjects. In 1904 Stead tried to found a newspaper, *The Daily Paper,* but it failed, and he narrowly avoided bankruptcy.

Stead was traveling as a passenger on the British transatlantic liner "Titanic" when the ship struck an iceberg and sank, and he was one of the 1,517 passengers who drowned or froze to death.

**steady-state hypothesis,** in cosmology, a view that the universe is always expanding but maintaining a constant average density, matter being continuously created to form new stars and galaxies at the same rate that old ones become unobservable as a consequence of their increasing distance and velocity of recession. A steady-state universe has no beginning or end in time; and from any point within it the view on the grand scale—*i.e.,* the average density and arrangement of galaxies—is the same. Galaxies of all possible ages are intermingled.

The hypothesis was first put forward by Sir James Jeans in about 1920 and again in revised form in 1948 by Hermann Bondi and Thomas Gold. It was further developed by Sir Fred Hoyle to deal with problems that had arisen in connection with the alternative big-bang hypothesis. Observations since the 1950s have produced much evidence contradictory to the steady-state picture and supportive of the big-bang model (*q.v.*).

**steam,** odourless, invisible gas consisting of vaporized water. It is usually interspersed with minute droplets of water, which gives it a white, cloudy appearance. In nature, steam is produced by the heating of underground water by volcanic processes and is emitted from hot springs, geysers, fumaroles, and certain types of volcanoes. Steam also can be generated on a large scale by technological systems, as for

example those employing fossil-fuel-burning boilers and nuclear reactors.

Steam power constitutes an important power source for modern industrial society. Water is heated to steam in power plants, and the pressurized steam drives turbines that produce electrical current. The thermal energy of steam is thus converted to mechanical energy, which in turn is converted into electricity. The steam used to drive the turbogenerators furnishes most of the world's electric power. Steam is also widely employed in such industrial processes as the manufacture of steel, aluminum, copper, and nickel; the production of chemicals; and the refining of petroleum. In the home, steam has long been used for cooking and heating.

The stages that occur during the transformation of liquid water to its vapour (steam) are shown in the Figure, in which A–E depict a cylindrical vessel containing a fixed quantity of water subject to the constant pressure exerted by a weighted (W) movable piston. A′–E′ are corresponding points on a graph showing, for a range of pressures and volumes, whether a specific mass of water is entirely liquid, entirely vapour, or a mixture of the two phases. A and A′ represent this system under conditions of pressure, volume, and temperature such that the water is entirely in the subcooled liquid state (that is, the temperature is below the boiling point of water at the prevailing pressure). The addition of heat causes the water to expand slightly and the temperature to rise until the water reaches its boiling point; at this stage, represented by B and B′, the water is said to be in the saturated liquid state. If more heat is added, boiling begins: the liquid starts to vaporize (turn into steam), forcing the piston upward more rapidly than before, as illustrated in C.

When liquid water and steam coexist in any proportions, the system is said to be in the two-phase region of the graph. In this region, the mixture remains at the boiling-point temperature: the addition of heat merely causes more of the liquid to vaporize, and the removal of heat causes part of the vapour to condense. Though the temperature remains constant, the volume depends upon the proportions of liquid and vapour.

If just enough heat is added to vaporize the last droplet of liquid, the entire volume will be occupied by steam. At this stage, represented by D and D′, the steam is called a saturated vapour. Because there is no more liquid to boil, the addition of more heat causes the temperature and the volume to increase. At any point to the right of D′, such as E′, the graph represents superheated steam, *i.e.*, steam heated above its condensation temperature. As indicated in E, the volume of a quantity of superheated steam is greater than the volume of the same mass of saturated steam when both are under the same pressure.

The temperature at which water will boil depends on its pressure. For example, at standard atmospheric pressure of 14.7 psia (pounds per square inch absolute), the temperature at which water boils is 212° F (100° C). If the pressure is reduced, the boiling-point temperature is also reduced. As the pressure is increased, more molecular activity is required to effect the escape of water molecules from the liquid into the gaseous state, thus requiring a higher temperature. The amount of heat required to vaporize one pound of saturated liquid into one pound of saturated vapour is called the latent heat of vaporization. This latent heat varies with the pressure, being greatest at low pressures and diminishing to zero at the so-called critical point, which is the combination of temperature and pressure above which the liquid and the vapour are indistinguishable. At its critical temperature (705.47° F; 374.15° C) and pressure (3,208.2 psia; 218.2 atmospheres) the volume of 1 gram of water is 0.001805 litre (*i.e.*, its density is 554.1 grams/litre). *See also* water.

State (liquid, vapour, or both) of a fixed mass of water under varying conditions of pressure and volume; in the two-phase region (C) both saturated liquid and saturated vapour are present

**steam engine,** machine using steam power to perform mechanical work through the agency of heat.

A brief treatment of steam engines follows. For full treatment of steam power and production and of steam engines and turbines, *see* MACROPAEDIA: Energy Conversion.

In a steam engine, hot steam, usually supplied by a boiler (*q.v.*), expands under pressure, and part of the heat energy is converted into work. The remainder of the heat may be allowed to escape, or, for maximum engine efficiency, the steam may be condensed in a separate apparatus, a condenser, at comparatively low temperature and pressure. For high efficiency, the steam must fall through a wide temperature range as a consequence of its expansion within the engine. The most efficient performance—that is, the greatest output of work in relation to the heat supplied—is secured by using a low condenser temperature and a high boiler pressure. The steam may be further heated by passing it through a superheater on its way from the boiler to the engine. A common superheater is a group of parallel pipes with their surfaces exposed to the hot gases in the boiler furnace. By means of superheaters, the steam may be heated beyond the temperature at which it is produced by boiling water.

In a reciprocating engine, the piston and cylinder type of steam engine, steam under pressure is admitted into the cylinder by a valve mechanism. As the steam expands, it pushes the piston, which is usually connected to a crank on a flywheel to produce rotary motion. In the double-acting engine, steam from the boiler is admitted alternately to each side of the piston. In a simple steam engine, expansion of the steam takes place in only one cylinder, whereas in the compound engine there are two or more cylinders of increasing size for greater expansion of the steam and higher efficiency; the first and smallest piston is operated by the initial high-pressure steam and the second by the lower-pressure steam exhausted from the first.

In the steam turbine, steam is discharged at high velocity through nozzles and then flows through a series of stationary and moving blades, causing a rotor to move at high speeds. Steam turbines are more compact and usually permit higher temperatures and greater expansion ratios than reciprocating steam engines. The turbine is the universal means used to generate large quantites of electric power with steam.

The earliest steam engines were the scientific novelties of Hero of Alexandria in the 1st century AD, such as the aeolipile (*q.v.*), but not until the 17th century were attempts made to harness steam for practical purposes. In 1698 Thomas Savery patented a pump with hand-operated valves to raise water from mines by suction produced by condensing steam. In about 1712 another Englishman, Thomas Newcomen, developed a more efficient steam engine with a piston separating the condensing steam from the water. In 1765 James Watt greatly improved the Newcomen engine by adding a separate condenser to avoid heating and cooling the cylinder with each stroke. Watt then developed a new engine that rotated a shaft instead of providing the simple up-and-down motion of the pump, and he added many other improvements to produce a practical power plant.

A cumbersome steam carriage for roads was built in France by Nicholas-Joseph Cugnot as early as 1769. Richard Trevithick in England was the first to use a steam carriage on a railway; in 1803 he built a steam locomotive that in February 1804 made a successful run on a horsecar route in Wales. The adaptation of the steam engine to railways became a commercial success with the *Rocket* of English engineer George Stephenson in 1829. The first practical steamboat was the tug *Charlotte Dundas*, built by William Symington and tried in the Forth and Clyde Canal, Scotland, in 1802. Robert Fulton applied the steam engine to a passenger boat in the United States in 1807.

Though the steam engine gave way to the internal-combustion engine as a means of vehicle propulsion, interest in it revived in the second half of the 20th century because of increasing air-pollution problems caused by the burning of fossil fuels in internal-combustion engines.

**steam generator:** *see* boiler.

**steamboat,** any watercraft propelled by steam, but more narrowly, a shallow-draft paddle wheel steamboat widely used on rivers in the 19th century, and particularly on the Mississippi River and its principal tributaries in the United States.

Steamboat pioneering began in America in 1787 when John Fitch made a successful trial

FEB 08

It PAYS to bundle phone, Web, TV

The NEW Honda Accord

Super SNACKS

# Consumer Reports

Shape up!

BEST & WORST
Treadmills & ellipticals

TOP GYMS
Get fit for less

AS SEEN ON TV
Do exercise gadgets really work?

FEBRUARY 2008 EXPERT • INDEPENDENT • NONPROFIT® www.ConsumerReports.org

# 12 money mistakes that can cost you $1,000,000

**PLUS** **Retire right: Smart ways to save now**

6,700 retirees reveal tips and traps

#BXBHBLF *******AUTO**SCH 5-DIGIT 94025
#CNS0121221006/1# 665 OCT08 009764/P032
SUBBAIAH V MALLADI 0140
EXPONENT
149 COMMONWEALTH DR
MENLO PARK CA 94025-1133

# Contents February

DEPARTMENTS

**5 HAVE YOU HEARD?**
We take a new look at ads.

**6 UP FRONT**
Snack smackdown.

Top 12 gas savers.

**Claim Check** Will this camera snap when you smile?

Choicest chocolates.

Can you curl up with a good e-book reader?

**Claim Check** A "humidicleaner."

Carbon conundrum.

**10 LETTERS**

**11 RECALLS**

**49 CR MONEY**
**Tax breaks** Find all that you have coming.

Tax Break
You Are Here

**50 CR HEALTH**
**Staph infections** Protect yourself.

**60 CONTACT INFO**

**61 VIEWPOINT**
Patient advocates help reduce hospital infections.

**62 INDEX**

**63 SELLING IT**

## Coming soon

**HDTVs** Ratings of more than 100 LCD, plasma, and rear-projection sets, plus advice on when to junk your TV or get it fixed. **Vacuums** More than 50 uprights and canisters are put to the test. **Paints** Best interior paints to spruce up your home. **Health care** Find out what consumers think about ways to reform the health-care system. **Autos** Road tests of the BMW 328i, Cadillac CTS, Mercedes-Benz C-300, and Saab 9-3. Plus the Chevrolet Malibu and Toyota Highlander Hybrid.

Free at ConsumerReports.org
See the newest update of crash-test videos from the Insurance Institute for Highway Safety. Go to *www.ConsumerReports.org* and click on Cars.
For ConsumerReports.org subscribers
Get the latest Ratings of TVs, cameras, laptops, and other electronics gear. Go to *www.ConsumerReports.org* and click on Electronics.
ConsumerReports.org
Cars
Fuel economy guide

*Printed in the U.S.A.*

**Consumer Reports**

James Guest
**President**

John Sateja
**Senior Vice President, Information Products**

## Editorial Division

**Vice President and Editorial Director** Kevin McKean

**Deputy Editorial Director, Editor in Chief, CR** Kimberly Kleman

**Director, Editorial & Production Operations** David Fox

**Director, Design, Consumers Union** George Arthur

**Executive Editor, Franchises** Greg Daugherty

**Managing Editor, CR** Robert Tiernan

**Creative Director** Timothy LaPalme

**Editor in Chief, Online Media** Giselle Benatar

**Executive Editor, Online Media** Marc Perton

**Autos** Rik Paul, *Editor;* Cliff Weathers, *Deputy Editor;* Jeff Bartlett, *Deputy Editor, online;* Jonathan Linkov, *Managing Editor;* Gordon Hard, *Sr. Editor;* Eric Evarts, Jim Travers, *Assoc. Editors;* Liza Barth, *Web Assoc. Editor*

**Electronics** Paul Reynolds, *Editor;* Eileen McCooey, *Deputy Editor;* Jeff Fox, *Technology Editor;* Michael Gikas, Terry Sullivan, Donna Tapellini, Jim Willcox, *Assoc. Editors;* Paul Eng, *Web Senior Editor*

**Money** Noreen Perrotta, *Deputy Editor;* Jean Pietrobono, *Managing Editor;* Jeff Blyskal, Christopher Horymski, Andrea Rock, Tobie Stanger, Amanda Walker, *Sr. Editors;* Anthony Giorgianni, *Assoc. Editor*

**Health & Family** Ronni Sandroff, *Editor/Director;* Chris Hendel, *Associate Director;* Gayle Williams, *Deputy Editor;* Marvin Lipman, M.D., *Medical Editor;* Sue Byrne, *Managing Editor;* Nancy Metcalf, *Sr. Project Editor;* Joel Keehn, Tod Marks, Doug Podolsky, *Sr. Editors;* Jamie Kopf Hirsh, *Assoc. Editor;* Patricia Condon, *Research Associate;* Artemis DiBenedetto, *Web Assoc. Editor*

**Home** Robert Markovich, *Editor;* Celia Kuperszmid Lehrman, *Deputy Editor;* Steven Saltzman, *Deputy Editor, online;* Daniel CiClerico, Ed Perratore, *Sr. Editors;* Kimberly Janeway, *Assoc. Editor;* Helen Popkin, *Web Assoc. Editor*

**Editor at Large** Leslie Ware

**Copy** Sandy Byers Harvin, *Copy Chief;* Noreen Browne, Alison France, Wendy Greenfield, *Copy Editors;* David Beazer, *Assoc. Copy Editor*

**Research** Jane Healey, *Manager;* Christopher Fichera, Wendy Goldman, Sarah Goralski, Jonea Gurwitt, *Sr. Researchers;* Kevin McCarthy, *Research Associate*

**Administration** Anne Galletta, *Senior Administrative Assistant;* Dawn Yancy Elleby, *Associate;* Decarris Bryant, Karen Grant, Nicole Sarrubbo

**Design** Cara Determan, Rosemary Simmons, *Managers;* Rob Jenter, *Interactive Program Leader;* Michael Palazzo, Lisa Renee Slater, John Taylor, *Sr. Art Directors;* Tammy Morton Fernandez, Melissa Paterno Plonchak, Joe Ulatowski, *Art Directors;* John Walsh, *Program Leader;* Mario Rabadi, *Photographer;* Steve Gomes, *Photo Editor*

**Editorial Production/Print Production** Eric Norlander, *Manager;* William Breglio, *Senior Production Associate;* Letitia Hughes, William Hunt, Terri Kazin, Aileen McCluskey, *Production Associates* **Prepress** Anthony Terzo, *Senior Prepress Coordinator;* Frank Collado, Wayne Lizardi, *Prepress Color Associates* **Publishing Technologies** Jennifer Dixon, *Editorial Applications Administrator;* Thomas Olson, *Publishing Technologies Administrator*

**Editorial Production/Web Production** Valerie Pedrozo, *Associate Director;* Eric Black, Eugene Chin, Grant Hansen, Louisa Wong, *Analysts;* Katherine Breglio, Patrick Doheny, John Gottlieb, Jason Jaworski, *Associates*

**Editorial Content Scheduling** Nancy Crowfoot, *Associate Director*

**Master Content Coordinating Editor** Merideth Mergel

**Community & Forums** Anne McKay, *Product Manager, CRO Community*

**Consumer Reports TV News** Kathryn Begley, *News Director;* Iris Dudman, *Sr. Producer;* Sue LaColla Fuhr, *Producer;* Monique Little, Theresa Panetta

**Special Publications** David Schiff, *Editor;* Lisa Lee Freeman, *Editor in Chief, ShopSmart;* Robin Melén, *Coordinating Editor*

## Technical Division

**Vice President and Technical Director** Jeffrey A. Asher

**Senior Director, Product Safety Planning & Technical Administration** Donald Mays

**Manager, Technical Administration** Michael Visconti

**Appliances & Home Improvement** *Senior Director:* Mark Connelly. **Appliances** Tara Casaregola, Bernard Deitrick, Emilio Gonzalez, Robert Karpel, Edward Miller, *Program Leaders;* Ginny Lui, Pat Slaven, *Sr. Project Leaders;* Larry Ciufo, Cindy Fisher, Joseph Pacella, *Project Leaders* • **Home Improvement** John Galeotafiore, *Testing Director;* Enrique de Paz, Peter Sawchuk, *Program Leaders;* David Trezza, Deborah Wallace, *Sr. Project Leaders;* John Banta, John McAloon, *Project Leaders* • **Product Intelligence** Celeste Monte, *Program Manager;* Mark Allwood, Michael DiLauro, Kelly Moomey, *Product Specialists;* Claudette Ennis, Joanna Major, *Associates* • **Technical Support** James Nanni, *Manager;* Leigh Druckenmiller, Karl Hoedl, Marc McEntee, Charles Spatola, Frank Spinelli, *Ass't Project Leaders;* Nilda Adell, Awilda Cruz, Eric Hado, Vincent Leonardis, John Macchia, Christopher Regan, Sara Reinhart, Frank Rizzi, Michael Sedlak, Li Wang

**Auto Test** *Senior Director:* David Champion. Erik Dill, *Facilities Manager;* Jake Fisher, *Automotive Web Content Program Manager;* John Ibbotson, *Workshop Supervisor;* Anita Lam, *Data Program Manager;* Eugene Petersen, *Tire Program Manager;* Richard Small, *Vehicle Program Manager;* Jennifer Stockburger, *Program Manager, Vehicle & Child Safety;*. Thomas Mutchler, *Sr. Automotive Engineer;* Gabriel Shenhar, *Sr. Engineer;* Michael Leung, *Data Analyst;* Michael Quincy, *Auto Content Specialist;* Michael Bloch, Frank Chamberlain, Michael Jascot, Shawn Sinclair, Edward Smith, David Van Cedarfield, Ryan Pszczolkowski, Joseph Veselak

**Electronics** *Senior Director:* Evon Beckford. Dean Gallea, *Senior Program Leader;* Richard Fisco, Joseph Lazzaro, *Sr. Project Leaders;* Christopher Lam, Ernst St. Louis, *Project Leaders;* Susan Daino, *Ass't Project Leader* • **Audio, Video & Imaging** Gerard Catapano, *Manager;* Richard Sulin, *Program Leader;* Kerry Allen, Claudio Ciacci, Maurice Wynn, *Sr. Project Leaders;* Charles Davidman, Thomas Maung, *Project Leaders;* Elias Arias, Maria Grimaldi, Artur Pietruch, *Ass't Project Leaders* • **Product Intelligence** Michael Vallario, *Program Manager;* Joyce Ward, *Sr. Product Specialist;* Linda Moskowitz, Michael Rosato, *Product Specialists;* Antonella Pomilla, *Product Analyst;* Janine Cirilli, Odalys Grieco, *Associates* • **Technical Support** James Langehennig, *Manager;* Christopher Andrade, Antonette Asedillo, Isabella Bucci, Matt Ferretti, Larry Greene, Richard Hammond, Miguel Rivera, Caroline Somera, William South, Patrick Severin, Rachelle Stern, Gloria Sueiro, David Toner

**Product Safety and Health** *Senior Director:* Carolyn Clifford-Ferrara. **Analytical Lab** Babatunde Akinleye, *Project Leader* • **Baby & Child Products** Joan Muratore, *Program Leader;* Susan Booth, *Project Leader* • **Foods & Sensory Sciences** *Director:* Karen Rauen. Linda Greene, *Program Leader;* Ellen Klosz, *Sr. Project Leader;* Adam Kaplan, *Project Leader;* José Amézquita, *Ass't. Project Leader* • **Health & Recreation** Edward Kippel, *Sr. Program Leader;* Richard Handel, Todd Young, *Project Leaders;* Peter Anzalone, Aminata Ndiaye • **Product Intelligence** Julie Levine, *Program Manager;* Ina Gozenpud, Courtney Pennicooke, Marion Wilson-Spencer, *Associates* • **Product Safety** Carolyn Cairns; *Program Leader* • **Sensory Group** Maxine Siegel, *Manager;* Erin Gudeux, *Sr. Project Leader;* Corey Glaser, Margaret Iacopelli, Elaine Littmann, Lynn Meyers, Anna Pierdiluca, Myra Schutzer

**Statistics & Data Quality Management** *Director:* Michael Saccucci. Keith Newsom-Stewart, Martin Romm, *Program Leaders;* Malcolm Hazel, *Statistician;* John Lipari, *Project Leader* • **Technical Content Delivery** Gary Vickers, *Manager;* Robert Lew, *Ass't. Product Intelligence Officer;* Diane Chesler

**Administration** Paulette Watts, Elaine Blackburn, Donna Johnson, Linda Koster, Mary Reed, Maria Zarrilli

## Publishing Division

**Vice President** Jerry Steinbrink

**Senior Director, Publishing Operations & Business Affairs** Lou Milani • **Senior Director, Consumer Marketing** Jamie Darnow • **Senior Director, Web Products** Tom McLean

**Business Application Development** *Director:* Joan Leavey. Len O'Neal, *Assoc. Director;* Afzal Sharif, Val Jeffers, *Project Leaders* • **Business Development** *Director:* Carol Lappin. Sue Juliano, *Business Development Relationship Manager;* Josh Baer • **CR Information Products** *General Manager, CR Publications & Television:* Hillary Martin. • **Direct Marketing & Database Marketing** *Director:* Wendy Talio. Roseanne Ippoliti, *Assoc. Director, New Subscriber Acquisition;* Laurie Mellon, *Assoc. Director, Direct Mktg. & List Management;* Cynthia O'Brien, *Assoc. Director, Circulation & Marketing;* Maryann Diette, *Assoc. Director, Customer Database;* Barbara Edelheit, *Manager, Database Infrastructure;* Rosaria Tierney, *Renewal & Billing Manager;* Maryann Williams, *Manager, New Subscriber Acquisition;* Peter Wolly, *Manager, Online Marketing & Analytics;* Linda Adler, Eric Black, Yolanda Jeffers, Roland Daeumer, Kim Delgado, Veronica Detch, Gail Fiorelli, Jeannie Miller, Janis Moore, Ed Rinde, Lucy Seda • **Integrated Marketing & Branding** Han Ko, *Assoc. Director;* Juliette Munshower, Vincent Scordo • **Product & Market Development** Lesley Greene, *Prod. Mgr., Publications Development* • **Publishing Operations & Business Affairs** *Director:* Meta Brophy. Steven Schiavone, *Assoc. Director, Manufacturing & Distribution;* Richard Browne, Therese Camillone, Marie Ester, Marion Wright, Mark Yatarola • **Retail Marketing** *Director:* Chris Moody. Josephine Biondi, Patricia McSorley • **Web Product Applications** Anthony Bustamante, *Assoc. Director;* Sandy Schlosser, *Manager, Web Analytics;* Mary Langellotti • **Web Product Management** *Director:* Robert Gentile. Robert Smith, *Manager, CR Cars Products;* Sheleemia Simmons, Philip Perrault • **Administration** Shelley Allwood, Paula Grant, Ursula Seymour

**Consumer Reports National Research Center** *Senior Director:* Norman Leonarczyk. Jim Schwartz, *Senior Manager;* Betty Gordon • **Market Research** Edward Farrell, *Assoc. Director;* Andrew Vogel, *Sr. Associate;* Karen Hoffman, Michelle Leonard, *Associates* • **Readership Research** Mary Mitchell, *Manager* • **Survey Research** *Director:* Mark Kotkin. *Director, Special Projects:* Charles Daviet. Donato Vaccaro, *Manager;* Jacqueline Bruskin, Stewart Stover, *Research Program Leaders;* David Gopoian, Rosalind Tordesillas, *Sr. Associates;* Meredith Bachman, Kiran Bharthapudi, *Associates;* John McCowen, *Coordinator*

**Customer Relations** *Director, Customer & Technical Operations:* Serg Nolan. Darlene Stovall, *Assoc. Director;* Michael Dempsey, *Analyst;* Thomas Frabizzio, *Group Leader;* Patrick Burns, Jennifer Caluori, Peter Harzewski, Kimberly Howley, Stephanie Moreira, Donna Murianka, Mary Palumbo, Sean Tully, Judith Ann Welsh

**Product Portfolio Planning & Development** *Senior Director:* Paige Amidon. Tara Montgomery, *Director, Health;* Claudia Citarella

**Strategic Planning & Information Services** *Senior Director:* Elena Falcone. Michael Wroblewski, *Project Director, Consumer Education & Outreach;* Roberta Piccoli, *Manager;* Sambhavi Cheemalapati, Karen Rice, *Research Managers;* George Bates, *Planning Specialist;* Sue Chung, Robert Huerster, Dirk Klingner, Brenda Praga, Ed Santiago, Cyndi Schoenbrun, Karin Weisburgh, *Sr. Research Analysts;* Crystal Cutler, Michelle Dollinger; Ariane Orenstein

**Public Policy & Advocacy** Chuck Bell, *Programs;* Ellen Bloom, *Federal Policy;* Jean Halloran, *Food Safety Initiatives;* Elizabeth Imholz, *Special Projects;* Reggie James, *Public Policy Outreach and Southwest Office;* Elisa Odabashian, *West Coast Office;* Rob Schneider, *State Campaigns* • **Consumer WebWatch** *Director:* Beau Brendler. Jørgen Wouters • **Development** *Senior Director:* Martin Kagan. *Director:* Ed Mills. Rob Drucker, Ed Pitaro, Nancy Somma, *Assoc. Directors;* Lyrica Leon, George Whelan, *Managers;* Martha Da Rosa, Dennis Farrell, Judith Frank, Carol Isaacs, Nancy Smith • **Communications** *Vice President:* Kenneth Weine. Lauren Hackett, Douglas Love, *Communications Managers;* Charles Fields, Tildy La Farge, *Communications Counsel;* Ernie Sprance, *Manager, Radio & Audio Programming;* Melissa Valentino, Rachel Zuckerman, *Associates;* Veronica Daniels, Debra Smith

**Executive Staff** *Vice Presidents:* Rahul Belani, *Chief Technology Officer;* Michael D'Alessandro, *Chief of Staff;* Rich Gannon, *Chief Financial Officer;* Eileen Hershenov, *General Counsel;* Gene Kimmelman, *Federal and International Affairs;* Richard Lustig, *Administration & Human Resources;* Chris Meyer, *External Affairs. Senior Directors:* JoAnne Boyd, *Business Planning & Analysis;* Milca Esdaille, *External Relations;* Connie Tucker, *Controller;* Eric Wayne, *Treasury & Chief Investment Officer. Directors:* Andrew Danyluk, *Technology Programs;* Dan Franklin, *Labor Relations & Employee Comm.;* Frank Iacopelli, *Content Quality Management;* Al Rizzotti, *Facilities Management* • **Executive Office** Jennifer Shecter, *Senior Adviser, Office of the President:* Elizabeth Duque, Lorraine Godwin, Denise Vecchiano • **Legal Services** Erika Mikkelsen, *Associate General Counsel;* Wendy Wintman, *Manager;* Lizdely Quinones

**Board of Directors** Sharon L. Nelson, *Chair;* Teresa M. Schwartz *Vice Chair;* Barbara Friedman, *Treasurer;* Pamela Abrams, *Secretary;* Robert S. Adler, Marcia Aronoff, Robert Baensch, Walter Bristol, Laurence Bunin, Karen Hein, Steven Hill, Carol Izumi, Craig Newmark, Burnele Venable Powell, Norman I. Silber

**Consumer Reports** (ISSN 0010-7174) is published monthly, except twice in December, by Consumers Union of U.S., Inc., 101 Truman Ave., Yonkers, NY 10703-1057. Periodicals postage paid at Yonkers, NY, and at other mailing offices; Canadian postage, at Mississauga, Ontario (Canadian publications registration number 2665247, agreement number 40015148). Title Consumer Reports is a federally registered trademark in the U.S. Patent Office. Contents of this issue copyright © 2008 by Consumers Union of U.S., Inc. All rights reserved under international and Pan-American copyright conventions.

**Violations of CU's No Commercial Use policy** Our Ratings and reports may not be used in advertising. No other commercial use, including any use on the Internet, is permitted without our express written permission. Report any apparent violation by sending an e-mail to *nocomm@legal.consumer.org* or by writing to CU, Dept. WJW, 101 Truman Ave., Yonkers, NY 10703-1057.

**Voting** Paid subscribers may become Voting Members of CU by written request, by sending in a nomination for the Board of Directors, or by voting in the annual election of CU's directors; ballots are sent to paid subscribers.

**Contributions** are tax deductible in accordance with the law as Consumer Reports is a 501(c)(3) nonprofit organization. Persons who contribute $10 to $99 become Friends Circle Members. Contributors of $100 to $999 become Leadership Circle Members, and those who contribute $1,000 or more become President's Circle Members. Donations of commonly traded securities or real estate will be accepted and immediately converted to cash. For information or to make a donation, please write to CR Foundation, 101 Truman Ave, Yonkers, NY 10703-1057 or e-mail *mkagan@consumer.org*.

**Planned giving** Bequests (please remember CU in your will) and Charitable Gift Annuities can help support CU's programs. For information, write to CU Fundraising, 101 Truman Ave., Yonkers, NY 10703-1057.

**CU's staff** operates under contract between CU and The Newspaper Guild of New York, Local 3, The Newspaper Guild, AFL-CIO.

**POSTMASTER** Send address changes to Consumer Reports, P.O. Box 2109, Harlan, IA 51593-0298.

**CANADA POST** If copies are undeliverable, return to Consumer Reports, P.O Box 1051, STN MAIN, Fort Erie ON L2A 6C7.

Please Recycle This Magazine

# Have You Heard?

## SEEN THE AD? CHECK OUT THE FACTS

As a kid, I was captivated by comic-book ads for model airplanes that promised "all the thrills of real jet flight." A few years later, I was only slightly more skeptical about the exercise programs that would transform me from a sand-in-my-face weakling to a buff beach bum.

But there's no fooling Consumer Reports. Throughout our 72-year history, we've been dissecting advertising claims and helping readers like you learn the facts so that you don't get snookered by the hype. This month, we test whether the exercise gadgets you see on TV can really give you the physique of your dreams. (Turns out, not so much; without also changing your diet, it could take from one to nine months to lose a single pound.)

### A NEW FOCUS ON DRUG ADS

On our Web site, our new Consumer Reports AdWatch takes the form of video commentary we've produced to help the public parse prescription-drug TV commercials. They're at *www.ConsumerReports.org/health.*

**AD WATCH In print and in video, we'll examine drug ads and other pitches.**

Nothing has had a more startling effect on the demand for a product, or more serious consequences, than direct-to-consumer drug ads. Our first AdWatch video examines a commercial for Requip, a drug approved for Restless Legs Syndrome. When drug trials showed that Requip, a Parkinson's medication, could also calm some fidgety legs, RLS streaked across the public's radar, and ads quickly followed.

For those who suffer from RLS, the availability of a new medication was a relief. But even adults who never thought they had a problem are being convinced that they do by ads showing the agony of the feet and the ecstasy of the peaceful night's sleep that a pill can bring.

Viewer response to this first AdWatch video was fast and, in some cases, furious. Some of you applauded our criticism of a pharmaceutical industry that offers up a disease so that it can sell a cure. Others accused us of making light of an illness that can cause sleeplessness and worse.

I want to emphasize that this and future AdWatch pieces are aimed at mass marketing to consumers. We are in no way dismissing those who suffer from a disease; we are questioning the need for ads that drive up health-care costs by relentlessly pushing drugs to people who don't need them.

Jim Guest
*President*

Consumers Union mourns the death on Oct. 27 of Bernard Brooks, 72, a retired management consultant and a member of CU's board of directors for 15 years. Brooks, of Spartanburg, S.C., was a longtime supporter of civic and consumer interests. His insights, expertise, and passion for CU will be sorely missed.

# WASHERS & DRYERS

## Performance for less

STEAM CLEAN Whirlpool's Duet Steam front-loader (foreground) did noticeably better at removing stains but is pricey at $1,600.

**What a difference a year makes. Our latest tests found budget-friendly washers, including a $400 top-loader, that cleaned as well as the $1,500 front-loader at the top of our Ratings.**

That's in stark contrast to the top-loading washers we tested last year, some of which were mediocre performers, as manufacturers struggled with new energy standards. Improvements include midwash soaking and more aggressive agitation. Two top-loaders, a $480 GE and a $400 Estate, also have short cycle times. But they still use more energy and water than front-loaders.

More front-loaders are also hitting the market under the $1,000 mark as manufacturers widen their product lines. A $650 Frigidaire Gallery front-loader, a CR Best Buy, is efficient and gentle on your clothes.

Manufacturers are still pushing pricier models with features such as steam settings, fancy drums, sleeker styling, and even germ-fighting silver technology. But as we found in our tests of 20 front- and 22 top-load washers and 39 dryers, some of those extras aren't worth the money. Here are the details:

**Steam settings on the rise.** Three front-loaders, the Kenmore Elite HE5t Steam, Whirlpool Duet Steam, and LG Tromm SteamWasher, have steam modes that claim to boost cleaning, sanitize fabrics, and remove stains. Such settings did better at removing stains—the LG's, less so—but the models cleaned well even when we didn't use the steam.

We also tested the steam settings of Kenmore's and Whirlpool's matching dryers. Both use a water hookup and heat to get rid of wrinkles and odors, and they mostly did so with the shirts we tested. But the steam mode allows only up to four garments per load. Another wrinkle: At $1,100-plus, those dryers cost about twice as much as our Best Buys.

**Novel designs fall short.** Miele's front-loader has a tub with a honeycomb design that's billed as gentler on clothes. But the $1,900 Miele was only middling for gentleness. Staber's $1,300 washer, the priciest top-loader we tested, requires that you load clothes through the top into a chamber that spins like a front-loader. Yet that design significantly reduces capacity.

**Silver technology under scrutiny.** Samsung's SilverCare front-loaders release silver ions into the water to fight germs. Our test loads of clothes worn after we washed them in one such Sam-

## safetywise

### CUT YOUR RISK OF A DRYER FIRE

More than 13,000 fires a year start in laundry rooms, resulting in 10 deaths and $97 million in property damage. Nearly 4,000 of these fires arise from failure to clean dryer vents. Follow these safety tips:

**Get the right ducting.** Solid metal ducts are best for dryer venting, though semi-rigid metal is okay. Avoid ducts made of coiled-wire foil or plastic, which can sag and allow lint buildup.

**Keep the duct and screen clean.** Lint buildup obstructs airflow, making the dryer work harder, longer (at higher cost), and hotter, therefore risking fire. So periodically remove ducting and vacuum throughout. Clean your dryer's lint screen with a brush or running water after each load. Use your vacuum's crevice tool or another attachment to periodically clean the screen's compartment.

**Clean the sensors.** Moisture sensors in the drum automatically stop the dryer when clothes are ready. But residue from fabric-softener sheets and lint can build up on sensors. Every few months, dip a cotton ball in rubbing alcohol and wipe the sensors.

**Mind what you put in.** Check the owner's manual for a list of what shouldn't go into a dryer. It typically includes foam, rubber, plastic, glass-fiber materials, and anything exposed to flammable substances, even if you washed it first. And remember, any fabric can be damaged if kept in the dryer too long or dried on a higher setting than needed.

Consumer Reports Video
Safety alert

**DO IT RIGHT Check out www.ConsumerReports.org/dryerfire for ducting tips.**

sung (since discontinued) suggested that the silver might slow growth of odor-causing bacteria. But the U.S. Environmental Protection Agency has determined that silver in wastewater could harm aquatic life and told us that Samsung is expected to submit data to prove the technology can be used without unreasonable risks.

**HOW TO CHOOSE**

Front-loaders, because of their higher spin speeds, might vibrate too much for living spaces. Also, some newer units are deep, so measure carefully if your washer and dryer are in a tight location. Other points to keep in mind:

**Top- or front-load washer?** With better, more efficient performance, front-loaders spin out more water, so clothes dry more quickly. But they still cost more and have longer cycles. The best high-efficiency top-loaders are improving wash performance, though conventional top-loaders, while typically less adept at washing, cost much less and have shorter cycles.

**Amortize costs.** Washer and dryer

## CR Quick Recommendations

Great washing isn't assured, especially in top-loaders, so check our wash performance Ratings. Each improvement in energy-efficiency Ratings, from good to very good, for instance, cuts an average of $10 to $20 from your annual energy costs. More-efficient washers also extract more water from each load, shortening the drying time. The higher the capacity, the fewer loads you'll need to do. And the shorter the cycle, the more chance you could finish multiple loads in an evening.

Note that some users of front-loading washers have experienced mold or mildew problems from water remaining in the door seal. Check the manual for guidance, or leave the door open for an hour or so after every wash session.

Our **Ratings** rank washers, within types, by overall score. **Quick Picks** lists high-value models from reliable brands.

### QUICK PICKS

**For fine performance and efficiency:**

**2 LG** $900
**7 Frigidaire** $650, CR Best Buy

Both washing machines cleaned clothes very well. The LG holds more clothes and was gentler on them, but the Frigidaire is faster, taking 30 minutes less than the LG to wash a load on similar cycles.

**Best if your budget is tight:**

**26 GE** $480, CR Best Buy
**35 Estate** $400

For hundreds less than the best high-efficiency top-loaders, these top-loaders were very good at washing and were reasonably efficient. The GE has a stainless tub and a fabric-softener dispenser. The Estate was a bit gentler on clothes. Although we lack repair-history data for Estate, it's made by Whirlpool, a reliable brand. Both models were relatively noisy.

Ratings
Washers
• Availability Most models at stores through June 2008.
Excellent
Very good
Good
Fair
Poor

Within types, in performance order. Blue key numbers indicate Quick Picks.

Similar models, in small type, are comparable to tested model.

**FRONT-LOADERS** *These offer the top performance and efficiency overall but require low-sudsing detergent.*

| Key number | Brand & model | Price | Overall score (0–100; P F G VG E) | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **LG** Tromm SteamWasher WM2688H[WM] | $1,500 | 81 | Very good | Excellent | Excellent | Excellent | Very good | Very good | • | 70 |
| 2 | **LG** WM0642H[W] | 900 | 81 | Very good | Excellent | Excellent | Excellent | Excellent | Very good | • | 95 |
| 3 | **Whirlpool** Duet Steam WFW9600T[W] | 1,600 | 81 | Excellent | Very good | Excellent | Excellent | Good | Very good | • | 95 |
| 4 | **Miele** Touchtronic W4840 | 1,900 | 81 | Excellent | Excellent | Excellent | Excellent | Good | Excellent | • | 100 |
| 5 | **Kenmore** (Sears) Elite HE5t Steam 4778[1] | 1,600 | 80 | Excellent | Very good | Excellent | Excellent | Fair | Very good | • | 100 |
| 6 | **Kenmore** (Sears) Elite HE5t 4708[1] | 1,300 | 78 | Excellent | Very good | Excellent | Excellent | Fair | Very good | • | 105 |
| 7 (CR Best Buy) | **Frigidaire** Gallery GLTF2940F[S] LTF2940F[ ] (Lowe's), FTFB2940F[ ] (Best Buy) | 650 | 78 | Very good | Excellent | Very good | Very good | Very good | Very good | • | 65 |
| 8 | **LG** WM2016C[W] | 800 | 78 | Very good | Very good | Excellent | Excellent | Excellent | Very good | • | 90 |
| 9 | **Samsung** WF203AN[W] | 800 | 78 | Very good | Very good | Excellent | Excellent | Excellent | Very good | | 75 |
| 10 | **Maytag** Epic MFW9700S[Q] | 900 | 77 | Very good | Very good | Very good | Excellent | Very good | Very good | • | 70 |
| 11 | **Whirlpool** Duet HT WFW9400S[W] WFW9200S[ ] | 1,200 | 77 | Excellent | Very good | Very good | Excellent | Fair | Very good | • | 105 |
| 12 | **Bosch** Nexxt 500 Series WFMC330[1]UC | 1,050 | 77 | Very good | Excellent | Excellent | Very good | Very good | Very good | • | 80 |
| 13 | **Bosch** Nexxt 800 Series WFMC840[1]UC | 1,300 | 77 | Very good | Excellent | Very good | Very good | Fair | Very good | • | 105 |
| 14 | **Frigidaire** Affinity ATF8000F[S] LTF8000F[ ] (Lowe's), ATFB8000F[ ] (Best Buy) | 800 | 76 | Good | Excellent | Excellent | Very good | Very good | Good | • | 55 |
| 15 | **Kenmore** (Sears) HE2t 4756[1] 4757[ ] | 900 | 73 | Very good | Very good | Very good | Excellent | Very good | Good | • | 95 |
| 16 | **LG** WM2277H[W] | 1,000 | 73 | Good | Excellent | Very good | Excellent | Very good | Good | • | 75 |
| 17 | **Bosch** Nexxt 100 Series WFMC100[1]UC | 850 | 73 | Good | Very good | Excellent | Very good | Excellent | Very good | • | 100 |
| 18 | **Speed Queen** CTSA0A[W]N | 1,400 | 71 | Good | Very good | Excellent | Very good | Excellent | Good | | 50 |
| 19 | **Kenmore** (Sears) HE2 Plus 4751[2] 4753[ ] | 800 | 70 | Good | Excellent | Very good | Very good | Very good | Good | • | 70 |
| 20 | **Whirlpool** Duet Sport WFW8300S[W] | 800 | 69 | Good | Very good | Good | Very good | Very good | Good | • | 70 |

### Guide to the Ratings

**Overall score** denotes mainly performance, capacity, and energy efficiency. **Washing** performance is for a normal or heavy-duty cycle for an 8-pound and a maximum load. **Energy efficiency** is based on energy needed to run the washer and heat the water for a warm wash, and the water extracted in the final spin. **Water efficiency** is based on total water used to run each model's 8-pound and maximum loads. **Capacity** measures the size load a washer can effectively handle. Models with high scores for **gentleness** are least likely to cause wear and tear to clothing. **Noise** was judged by panelists. **Cycle time** is rounded to the nearest 5 minutes. **Price** is approximate retail. The overall score of previously tested models might differ from earlier reports because of changes in scoring procedures.

owners tend to keep their units 10 to 13 years, says a study by the National Association of Home Builders. So high-efficiency models can end up costing the same as or less than standard models. Our Ratings for energy and water efficiency show the most-efficient models.

**Be choosy about features.** Auto temperature control gives you consistent water temperature and wash performance on a given setting. Automatic dispensers release detergent, bleach, or softener when needed. Extended-spin cycles don't extract much additional water. In general, you might never need more than four or five wash cycles. Porcelain tops are more durable and scratch-resistant, but they're

LG

**2 LG**

CR BEST BUY

**7 Frigidaire**

CR BEST BUY

**26 GE**

**35 Estate**

**Within types, in performance order. Blue key numbers indicate Quick Picks.**

Similar models, in small type, are comparable to tested model.

Overall score scale: 0–100; P F G VG E

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOP-LOADERS** *The most affordable type, on average. Models without agitators are footnoted.* | | | | | | | | | | | |
| 21 | **Maytag** Bravos MTW6600T[Q] [1] | $ 950 | 75 | ◉ | ◓ | ○ | ◉ | ○ | ◓ | • | 60 |
| 22 | **Whirlpool** Cabrio HE WTW6600S[W] [1] | 1,000 | 74 | ◓ | ◓ | ○ | ◉ | ◓ | ◓ | • | 55 |
| 23 | **Fisher & Paykel** Aquasmart WL26CW1 [1] | 900 | 74 | ◓ | ◓ | ◉ | ◓ | ○ | ◓ | • | 55 |
| 24 | **Whirlpool** Cabrio WTW6200S[W] | 700 | 69 | ○ | ◓ | ● | ◉ | ◓ | ◓ | • | 50 |
| 25 | **GE** Profile Harmony WPGT9360E[WW] [1] | 950 | 65 | ◓ | ○ | ○ | ◓ | ◒ | ◓ | • | 55 |
| CR BEST BUY 26 | **GE** WJRE5500G[WW] | 480 | 64 | ◓ | ○ | ○ | ◓ | ○ | ○ | • | 45 |
| 27 | **Kenmore** (Sears) 2884[2] | 550 | 64 | ◉ | ◒ | ○ | ◉ | ◒ | ○ | • | 60 |
| 28 | **Fisher & Paykel** Intuitive IWL16 | 800 | 63 | ○ | ◉ | ○ | ○ | ◓ | ◓ | • | 50 |
| 29 | **GE** Profile WPRE6150H[WT] | 620 | 63 | ◓ | ○ | ◓ | ◓ | ○ | ○ | • | 50 |
| 30 | **Maytag** MTW5800T[W] MTW5820T[ ] (Sears), MTW5807T[ ] | 500 | 63 | ◓ | ○ | ○ | ◉ | ◉ | ○ | • | 45 |
| 31 | **Whirlpool** WTW5800S[W] WTW5821S[ ] (Sears) | 550 | 61 | ◓ | ◒ | ○ | ◉ | ○ | ○ | • | 55 |
| 32 | **Amana** NTW5700T[Q] | 500 | 60 | ○ | ○ | ○ | ◓ | ◓ | ○ | • | 45 |
| 33 | **Kenmore** (Sears) 2872[2] 2873[ ] | 550 | 60 | ○ | ◒ | ◓ | ◉ | ◓ | ○ | • | 50 |
| 34 | **Staber** HXW2304 [2] | 1,300 | 60 | ○ | ◓ | ◉ | ◒ | ◓ | ○ | | 55 |
| 35 | **Estate** ETW4400T[Q] | 400 | 58 | ◓ | ○ | ○ | ◓ | ◓ | ○ | • | 35 |
| 36 | **GE** WHDRR418G[WW] (Home Depot) | 450 | 57 | ○ | ○ | ◒ | ◓ | ○ | ○ | | 40 |
| 37 | **GE** WWSE5240G[WW] | 430 | 52 | ○ | ○ | ◒ | ○ | ◒ | ○ | • | 45 |
| 38 | **Hotpoint** VWSR4160G[WW] | 400 | 51 | ○ | ○ | ◒ | ◒ | ○ | ○ | | 40 |
| 39 | **Haier** Genesis GWT900A[W] [1] | 900 | 50 | ○ | ◒ | ◒ | ○ | ● | ◓ | • | 55 |
| 40 | **Whirlpool** WTW5300S[Q] | 350 | 49 | ○ | ○ | ◒ | ○ | ◓ | ○ | | 40 |
| 41 | **Kenmore** (Sears) 2742[2] [D] 2842[ ], 2843[ ] | 400 | 46 | ◒ | ○ | ◒ | ◓ | ○ | ◒ | • | 40 |
| 42 | **Frigidaire** FWS1233F[S] | 350 | 38 | ◒ | ○ | ◒ | ◒ | ◓ | ◒ | | 30 |

[D] *Discontinued, but similar model is available. Price is for similar model.* [1] *These top-loaders have no center-post agitators and are often called "high-efficiency," or HE, washers; they require low-sudsing detergent.* [2] *Rotates horizontally like a front-loader but loads from top.*

## Brand repair history

The graphs show the percentage of the following brands of washers and dryers bought between 2003 through 2007 that have ever been repaired or had a serious problem. Differences of less than 4 points are not meaningful. Maytag was the most repair-prone front-loading washer. Amana, Maytag, and Fisher & Paykel were among the most repair-prone top-loaders; Roper, among the most reliable. Frigidaire gas dryers have been among the more repair-prone brands. Models within a brand may vary, and changes in design or manufacture may affect reliability. Still, choosing a brand with a good repair history can improve your odds of getting a reliable model.

WASHERS
Fewer repairs
More repairs
Whirlpool 9
LG 10
Kenmore (Sears) 10
GE 11
Frigidaire 11
Bosch 12
Maytag 17
Roper 6
Frigidaire 9
GE 9
Whirlpool 9
Kenmore (Sears) 10
Fisher & Paykel 13
Maytag 13
Amana 14
0%
5%
10%
15%
20%
25%
FRONT LOAD WASHER
TOP LOAD WASHER

DRYERS
Fewer repairs
More repairs
Whirlpool
GE
Frigidaire
Roper
Kenmore (Sears)
Amana 7
Maytag 7
KitchenAid 7
Fisher & Paykel
GE 7
Whirlpool 7
Maytag 7
Kenmore (Sears) 8
Frigidaire 11
0%
5%
10%
15%
20%
25%
ELECTRIC
GAS

Data are based on reader responses on more than 113,000 washers and 80,000 dryers to the Annual Product Reliability Survey conducted by the Consumer Reports National Research Center. Data are adjusted to eliminate differences linked solely to age and usage of the product. Data for washers and dryers are not directly comparable.

pricey. Color adds pizzazz but costs about $100 more per unit when available.

Don't assume you should replace your dryer if you buy a new washer. But most newer dryers have moisture sensors that automatically stop the dryer when the laundry is dry. If a unit doesn't specify whether it has a sensor, look for bare-metal bands in the drum. Also consider a dryer that lets you lower or mute the volume of an end-of-cycle signal.

**Skip extended warranties.** Our survey data show that major appliances tend not to break during the typical extended-warranty period. When they do, repairs tend to cost about the same as the warranty. Instead, check whether buying with your credit card extends the manufacturer warranty.

4 GE

9 GE

## CR Quick Recommendations

Most dryers we tested scored at least very good for drying performance. Those that scored excellent were better at drying delicate clothes at low temperatures and leaving loads damp enough to iron.

Our **Ratings** rank dryers by overall score. **Quick Picks** lists high-value models from reliable brands.

### QUICK PICKS

**For top drying at moderate prices; both are CR Best Buys:**

**4 GE** $650
**9 GE** $500

Both cost hundreds less than other high-scoring models and have moisture sensors, which shut off the machine when laundry is dry, saving energy and preserving clothes. The GE (4) has a monitor that shows drying progress. The (4) has push buttons and rotary dials; (9), only dials. Both dryers let you adjust or mute the volume of their end-of-cycle signals—helpful if close to bedrooms—though (9) is the noisier of the two.

# Ratings dryers

• **Availability** Most models at stores through June 2008.

Key: ● Excellent · ◓ Very good · ○ Good · ◒ Fair · ● Poor

**Within types, in performance order. Blue key numbers indicate Quick Picks.**

Similar models, in small type, are comparable to tested model.

Overall score: 0–100; P F G VG E

| Key number | Brand & model | Price | Overall score | Drying | Capacity | Noise | Stainless drum | Porcelain top |
|---|---|---|---|---|---|---|---|---|
| 1 | **LG** DLE5977[W] Gas: DLG5988[ ] | $ 850 | 85 | Excellent | Excellent | Excellent | • | • |
| 2 | **Kenmore** (Sears) Elite HE5 Steam 8772[1] 8773[ ] Gas: 9772[ ], 9773[ ] | 1,300 | 85 | Excellent | Excellent | Excellent | | • |
| 3 | **GE** Profile Harmony DPGT750EC[WW] Gas: DPGT750GC[ ] | 800 | 84 | Excellent | Excellent | Excellent | • | |
| 4 (CR Best Buy) | **GE** DBVH512EF[WW] Gas: DBVH512GF[ ] | 650 | 83 | Excellent | Excellent | Very good | | |
| 5 | **Kenmore** (Sears) Elite Oasis 6706[2] Gas: 7706[ ] | 800 | 83 | Very good | Excellent | Excellent | | • |
| 6 | **LG** Tromm DLE8377[W] Gas: DLG8388[ ] | 1,050 | 82 | Very good | Excellent | Excellent | • | • |
| 7 | **Whirlpool** Duet Steam WED9600T[W] Gas: WGD9600T[ ] | 1,100 | 82 | Very good | Excellent | Excellent | | • |
| 8 | **Kenmore** (Sears) Elite Oasis 6703[2] 6704[ ] Gas: 7703[ ] | 700 | 81 | Excellent | Excellent | Very good | | • |
| 9 (CR Best Buy) | **GE** Profile DPSE810EG[WT] Gas: DPSE810GG[ ] | 500 | 79 | Excellent | Excellent | Good | • | • |
| 10 | **Maytag** Bravos MED6400T[Q] Gas: MGD6400T[ ] | 750 | 78 | Excellent | Excellent | Very good | | • |
| 11 | **Maytag** Epic MED9700S[Q] Gas: MGD9700S[ ] | 800 | 78 | Very good | Excellent | Excellent | | • |
| 12 | **Kenmore** (Sears) Elite Oasis 6708[2] Gas: 7708[ ] | 900 | 77 | Very good | Excellent | Excellent | | • |
| 13 | **GE** DCVH660EH[WW] Gas: DCVH660GH[ ] | 800 | 77 | Very good | Excellent | Very good | | |
| 14 | **Kenmore** (Sears) Elite HE5 8708[1] Gas: 9708[ ] | 1,150 | 76 | Very good | Excellent | Excellent | | • |
| 15 | **Samsung** DV337AE[W] Gas: DV337AG[ ] | 900 | 76 | Very good | Excellent | Very good | • | |
| 16 | **Siemens** UltraSense WTXD532[2]US Gas: WTXD5522UC | 880 | 76 | Very good | Excellent | Excellent | • | |
| 17 | **Kenmore** (Sears) 6774[1] D 6872[ ], 6873[ ] Gas: 7872[ ], 7873[ ] | 550 | 76 | Very good | Excellent | Very good | | |
| 18 | **Kenmore** (Sears) 6784[1] D 6884[ ] Gas: 7884[ ] | 630 | 75 | Very good | Excellent | Very good | | • |
| 19 | **Whirlpool** Duet Sport WED8500S[R] Gas: WGD8500S[ ] | 800 | 74 | Very good | Excellent | Very good | | • |
| 20 | **Kenmore** (Sears) HE2 8656[2] D 8756[ ] Gas: 9756[ ] | 800 | 73 | Very good | Excellent | Very good | | |
| 21 | **Bosch** Nexxt 800 WTMC832[1]US Gas: WTMC852[1]US | 1,100 | 73 | Very good | Excellent | Very good | • | |
| 22 | **Bosch** Nexxt 100 WTMC130[1]US Gas: WTMC150[1]UC | 750 | 72 | Very good | Excellent | Very good | • | |
| 23 | **Maytag** MED5900T[W] Gas: MGD5900T[ ] | 550 | 71 | Very good | Excellent | Good | | • |
| 24 | **Whirlpool** Cabrio WED6200S[W] Gas: WGD6200S[ ] | 600 | 71 | Very good | Very good | Very good | | |
| 25 | **Miele** Touchtronic T9800 Gas: T9820 | 1,300 | 69 | Very good | Very good | Fair | • | |
| 26 | **Kenmore** (Sears) 6683[2] D 6863[ ] Gas: 7863[ ] | 470 | 68 | Very good | Excellent | Good | | |
| 27 | **Frigidaire** Gallery GLER104FS[S] Gas: GLGR104FS[ ] | 400 | 67 | Very good | Very good | Very good | • | |
| 28 | **Amana** NED5800T[Q] Gas: NGD5800T[ ] | 450 | 67 | Very good | Excellent | Good | | |
| 29 | **Whirlpool** WED5800S[W] Gas: WGD5800S[ ] | 480 | 66 | Very good | Excellent | Good | | |
| 30 | **Frigidaire** LEQ2152E[S] (Lowe's) Gas: LGQ2152E[ ] | 600 | 63 | Good | Very good | Very good | | |
| 31 | **Frigidaire** Affinity AEQ6000E[S] Gas: AGQ6000E[ ] | 600 | 60 | Good | Very good | Very good | • | |
| 32 | **Fisher & Paykel** Intuitive DEIX2 Gas: DGIX2 | 840 | 60 | Good | Very good | Excellent | • | |
| 33 | **GE** DTSR495EF[GG] D DRSR495EG[ ] Gas: DRSR495GG[ ] | 500 | 55 | Good | Excellent | Good | • | |
| 34 | **Fisher & Paykel** DEGX2 Gas: DGGX2 | 770 | 51 | Good | Very good | Good | • | |
| 35 | **Kenmore** (Sears) 6742[2] D 6842[ ] Gas: 7842[ ] | 380 | 48 | Fair | Very good | Very good | | |
| 36 | **GE** DRSR483EG[WW] Gas: DRSR483GG[ ] | 400 | 47 | Fair | Excellent | Good | • | • |
| 37 | **Miele** Touchtronic T1413 | 1,450 | 47 | Fair | Fair | Excellent | • | |
| 38 | **Whirlpool** WED5500S[Q] Gas: WGD5500S[ ] | 400 | 38 | Fair | Very good | Good | | |
| 39 | **Staber** HXD2304E Gas: HXD2304G | 800 | 33 | Fair | Excellent | Fair | | |

D *Discontinued, but similar model is available. Price is for similar model.*

## Guide to the Ratings

**Overall score** is based mainly on drying performance, capacity, and noise. **Drying** combines tests on loads of various sizes and fabric mixes. All models had enough capacity to hold our 12-pound load; higher scores indicate larger capacity. **Noise** reflects panelists' judgments. **Price** is approximate retail for electric models; most gas models are $40 to $80 more. Bracketed letters or numbers under **brand & model** are color codes. The order of previously tested models might differ from earlier reports because of changes in scoring procedures.



x Close

# Buying advice *Clothes dryers*

## On the whole, clothes dryers do a good job. More sophisticated models dry your laundry with greater finesse.

Dryers are relatively simple. Their major differences are how they heat the air (gas or electricity) and how they're programmed to shut off once the load is dry (thermostat or moisture sensor). Gas models typically cost about $50 more than electric ones, but they're usually cheaper to operate.

*Consumer Reports* has found that dryers with a moisture sensor tend to recognize when laundry is dry more quickly than machines that use a traditional thermostat. Because they don't subject clothing to unnecessary heat, moisture-sensor models are easier on fabrics. And since they shut themselves off when laundry is dry, they use less energy. Sensors are now offered on many dryers, including some relatively low-priced ones. Thermostat-only dryers are generally the most basic models.

### WHAT'S AVAILABLE

The top four brands-GE, Kenmore (Sears), Maytag, and Whirlpool-account for approximately 80 percent of dryer sales. Other brands include Frigidaire (made by Electrolux), Hotpoint (made by GE), and Admiral, Amana, KitchenAid, and Roper (made by Whirlpool). You may also run across smaller brands such as Crosley, Estate, and White-Westinghouse, all of which are made by the larger brands. Asko, Bosch, Miele, and Siemens are European brands. Fisher & Paykel is from New Zealand, LG and Samsung from Korea, and Haier from China.

**Full-sized models.** These models generally measure between 27 and 29 inches in width-the critical dimension for fitting into cabinetry and closets. Front-mounted controls on some models let you stack the dryer atop a front-loading washer, but shorter people may find it difficult to reach the dryer controls or the inside of the drum. Full-sized models vary in drum capacity from about 5 to 71/2 cubic feet. Most dryers have ample capacity for typical wash loads. A larger drum can more easily handle bulky items such as queen-size comforters. Buying a more expensive model may get you more capacity and a few extra conveniences. Price range: electric, $200 to $1,000; gas, $250 to $1,100.

**Space-saving models.** Compacts, exclusively electric, are typically 24 inches wide, with a drum capacity roughly half that of full-sized models-about 31/2 cubic feet. Aside from their smaller capacity, they perform much like full-sized machines. They can be stacked atop a companion washer. Some compact dryers operate on 120 volts, while others require a 240-volt outlet (as do full-sized electric dryers). Price range: $200 to about $1,400.

Another space-saving option is a laundry center, which combines a washer and dryer in a single unit. Laundry centers come with either gas or electric dryers. There are full-sized (27 inches wide) or compact (24 inches wide) models available. The dryer component of a laundry center typically has a somewhat smaller capacity than a full-sized dryer. Laundry centers with electric dryers require a dedicated 240-volt power source. Price range: $700 to $1,900.

### HOW TO CHOOSE

**Consider gas if you can.** Both gas and electric dryers perform comparably, our years of testing show. Gas dryers cost about $50 more than comparable electric models, but the likely savings in fuel costs should more than make up the difference in the long run. An electric dryer requires a 240-volt outlet, a gas dryer a gas hookup. If you have both, don't rule out the gas model simply because it costs more. (*Consumer Reports* now tests only electric dryers, which account for about 80 percent of the models sold, but equivalent gas models are listed in the Ratings.)

**Insist on a moisture sensor.** As noted earlier, overdrying can damage or shrink fabrics, and moisture sensors can minimize that possibility. Sensors are available on about half the dryers on the market, including most priced above $350. Whether a specific model has a sensor or thermostat may not be obvious from labeling or controls. Check the literature, visit the manufacturer's Web site, or pick a highly rated dryer that we've tested.

**Don't get hung up on capacity.** Manufacturers describe dryer capacity (as they do washer capacity) with terms such as extra large, super, and super plus. The differences aren't meaningful for everyday use. Most full-sized dryers can hold a typical wash load. If you want to dry big, bulky items, choose a model judged excellent for capacity in our Ratings.

**Start in the middle.** When using an automatic setting rather than a timed one (which we generally recommend), set the control to the midpoint and raise or lower it as needed. Using More Dry routinely can overdry clothes and waste energy. Use Less Dry to leave clothing damp for ironing. Don't worry about knowing when an automatic cycle is done: If you don't hear the buzzer, an extended tumble without heat prevents wrinkles if you don't remove clothes immediately.

**Don't pay for unnecessary extras.** Higher-priced dryers may offer a dozen or so choices, including specialty cycles such as "speed dry" (15 minutes of high heat, for example). These can usually be replicated with standard settings. A choice of heat level, timed and auto-dry, and a few fabric types (regular/cotton and permanent press/delicate) is usually plenty. Touchpads look impressive and may allow you to save custom settings but don't improve performance. Nor do stainless-steel tubs, unlike in washers.

**Get a quiet dryer for living areas.** If your dryer will be near the kitchen or a bedroom, look for a model judged very good or excellent for noise.

Copyright © 2004-2007 Consumers Union of U.S., Inc. No reproduction, in whole or in part, without written permission.



Expert • Independent • Nonprofit
ConsumerReports.org®

x Close

# Ratings *Clothes dryers*

Below is the Ratings chart for clothes dryers. Models are organized by type and listed by overall score, from best to worst. Click on any model for more information, including our Recommendations and an expanded features list. Browse through the entire chart below. Or click here to narrow the list of choices, based on your needs and preferences.

Customize the Ratings chart.

Click i for more information.

Excellent · Very good · Good · Fair · Poor

Small type: similar model(s)
CR Best Buy indicates an exceptional value.

| Quick picks | Brand and model | Price | Overall score (0–100; P F G VG E) | Drying performance | Capacity | Noise | Stainless-steel drum | Porcelain top | Removable drying rack | Custom programs | Shop Online |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LG DLE5977[W]<br>DLG5988[ ] $900 | $850 | 85 | Excellent | Excellent | Excellent | ● | ● | ● | ● | SHOP ONLINE |
| | Kenmore (Sears) Elite HE5 Steam 8772[1] | $1300 | 85 | Excellent | Excellent | Excellent | | ● | ● | ● | SHOP ONLINE |
| | GE Profile Harmony DPGT750EC[WW]<br>Profile Harmony DPGT750GC[ ] $850 | $800 | 84 | Excellent | Excellent | Excellent | ● | | ● | ● | SHOP ONLINE |
| * | GE DBVH512EF[WW] **CR Best Buy**<br>DBVH1512GF[ ] $700,<br>Adora DHDVH52GF[ ] (Home Depot) $680,<br>Adora DHDVH52EF[ ] (Home Depot) $650 | $650 | 83 | Excellent | Excellent | Very good | | | ● | | SHOP ONLINE |
| | Kenmore (Sears) Elite Oasis 6706[2]<br>Elite Oasis 7706[ ] $860,<br>Elite Oasis 7707[ ] $860,<br>Elite Oasis 6707[ ] $800 | $800 | 83 | Very good | Excellent | Excellent | | ● | ● | | SHOP ONLINE |
| | LG Tromm DLE8377[W]<br>Tromm DLG8388[ ] $1100 | $1050 | 82 | Very good | Excellent | Excellent | ● | ● | ● | ● | SHOP ONLINE |
| | Whirlpool Duet Steam WED9600T[W]<br>Duet Steam WGD9600T[ ] $1150 | $1100 | 82 | Very good | Excellent | Excellent | | ● | ● | ● | SHOP ONLINE |
| | Kenmore (Sears) Elite Oasis 6703[2]<br>Elite Oasis 6704[ ] $750,<br>Elite Oasis 6705[ ] $750,<br>Elite Oasis 7703[ ] $800,<br>Elite Oasis 7704[ ] $800,<br>Elite Oasis 7705[ ] $800 | $700 | 81 | Excellent | Excellent | Very good | | ● | ● | | SHOP ONLINE |
| * | GE Profile DPSE810EG[WT] **CR Best Buy**<br>Profile DPSE810GG[ ] $550 | $500 | 79 | Excellent | Excellent | Good | ● | ● | ● | | SHOP ONLINE |
| | Maytag Bravos MED6400T[Q]<br>Bravos MGD6400T[ ] $780 | $750 | 78 | Excellent | Excellent | Very good | | ● | ● | | SHOP ONLINE |
| | Maytag Epic MED9700S[Q]<br>Epic MGD9700S[ ] $900 | $800 | 78 | Very good | Excellent | Excellent | | ● | ● | | SHOP ONLINE |
| | Kenmore (Sears) Elite Oasis 6708[2]<br>Elite Oasis 6709[2] $900,<br>Elite Oasis 7709[2] $960,<br>Elite Oasis 7708[2] $960 | $900 | 77 | Very good | Excellent | Excellent | | ● | ● | ● | SHOP ONLINE |

| Product | Price | Score | |
|---|---|---|---|
| GE DCVH660EH[WW]<br>DCVH660GH[ ] $860 | $800 | 77 | SHOP ONLINE |
| Kenmore (Sears) Elite HE5 8708[1]<br>Elite HE5 9708[ ] $1200 | $1150 | 76 | SHOP ONLINE |
| Samsung DV337AE[W]<br>DV337AG[ ] $950 | $900 | 76 | SHOP ONLINE |
| Siemens ultraSense WTXD532[2]US | $880 | 76 | SHOP ONLINE |
| Kenmore (Sears) 6774[1]<br>6872[ ] $550,<br>6873[ ] $560,<br>7872[ ] $650,<br>7873[ ] $650 | $550 | 76 | SHOP ONLINE |
| Kenmore (Sears) 6784[1]<br>6883[ ] $630,<br>6884[ ] $630,<br>7883[ ] $690,<br>7884[ ] $690 | $630 | 75 | SHOP ONLINE |
| Whirlpool Duet Sport WED8500S[R]<br>Duet Sport WED8300S[ ] $700,<br>Duet Sport WGD8300S[ ] $750,<br>Duet Sport WGD8500S[ ] $860 | $800 | 74 | SHOP ONLINE |
| Kenmore (Sears) HE2 8656[2]<br>HE2 8756[ ] $800,<br>HE2 8757[ ] $800,<br>HE2 9756[ ] $860,<br>HE2 9757[ ] $860 | $800 | 73 | SHOP ONLINE |
| Bosch Nexxt 800 WTMC832[1]US<br>Nexxt 800 WTMC852[1]US $1150 | $1100 | 73 | SHOP ONLINE |
| Bosch Nexxt 100 WTMC130[1]US<br>Nexxt 100 WTMC150[1]UC $800 | $750 | 72 | SHOP ONLINE |
| Bosch Nexxt WTMC3300US<br>Siemens ultraSense WTXD5300US $790 | $790 | 72 | SHOP ONLINE |
| Maytag MED5900T[W]<br>MGD5900T[W] $630 | $550 | 71 | SHOP ONLINE |
| Whirlpool Cabrio WED6200S[W]<br>Cabrio WGD6200S[ ] $660 | $600 | 71 | SHOP ONLINE |
| Miele Touchtronic T9800<br>Touchtronic T9820 $1350 | $1300 | 69 | SHOP ONLINE |
| Kenmore (Sears) 6683[2]<br>6862[ ] $470,<br>6863[ ] $470,<br>7862[ ] $530,<br>7863[ ] $530 | $450 | 68 | SHOP ONLINE |
| Frigidaire Gallery GLER104FS[S]<br>Gallery GLGR104FS[ ] $450 | $400 | 67 | SHOP ONLINE |
| Amana NED5800T[Q]<br>NGD5800T[ ] $520 | $450 | 67 | SHOP ONLINE |
| Whirlpool WED5800S[W]<br>WED5820S[ ] (Sears) $570,<br>WGD5800S[ ] $520,<br>WGD5820S[ ] (Sears) $630 | $480 | 66 | SHOP ONLINE |
| Frigidaire LEQ2152E[S] (Lowes)<br>Gallery GLEQ2152E[ ] $670,<br>Gallery GLGQ2152E[ ] $660,<br>LGQ2152E[ ] (Lowes) $650 | $600 | 63 | SHOP ONLINE |
| Frigidaire Affinity AEQ6000E[S]<br>Affinity AGQ6000E[ ] $650,<br>Affinity AGQB6000E[ ] (Best Buy) $650,<br>Affinity LEQ6000E[ ] (Lowes) $600,<br>Affinity LGQ6000E[ ] (Lowes) $650,<br>Affinity AEQB6000E[ ] (Best Buy) $600 | $600 | 60 | SHOP ONLINE |

| Model | Price | Score | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fisher & Paykel Intuitive DEIX2<br>Intuitive DGIX2 $850 | $840 | 60 | | | | • | | | • |
| GE DTSR495EF[GG]<br>DRSR495EG[ ] $500,<br>DRSR495GG[ ] $550 | $500 | 55 | | | | • | | • | |
| Fisher & Paykel DEGX2<br>DGGX2 $790 | $770 | 51 | | | | • | | | • |
| Kenmore (Sears) 6742[2]<br>6842[ ] $380,<br>6843[ ] $380,<br>7842[ ] $440,<br>7843[ ] $440 | $300 | 48 | | | | | | | |
| GE DRSR483EG[WW]<br>DRSR483GG[ ] $500 | $400 | 47 | | | | • | • | | |
| Miele Touchtronic T1413 | $1500 | 47 | | | | • | | | |
| Whirlpool WED5500S[Q]<br>WGD5500S[ ] $450 | $400 | 38 | | | | | | | |
| Staber HXD2304E<br>HXD2304G $850 | $800 | 33 | | | | | | | |

Copyright © 2004-2007 Consumers Union of U.S., Inc. No reproduction, in whole or in part, without written permission.