# Exhibit D
# Whirlpool Dryer Testing

# Exhibit D-1

# Whirlpool Clothes Dryer Testing

## Quadrant Grid At Different Distances from the Rear Wall of the Drum

# Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0
  - No clothes in drum

- Cycles tested
  - Quick Refresh
  - Enhanced Touch Up / High Temperature (20 minute time setting)

- Instrumentation
  - 2-D circular quadrant array with 22 thermocouples monitoring temperature
  - Grid of thermocouples moved along dryer axis
    - 1, 2, 3, 4, 6, 8, 14, 18 and 24 inches from hot air vent

- Additional Step
  - Interior cooled to room temp for approximately 10 minutes before testing

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer



Exhibit D-1, page 5

# Thermocouple Locations



Exhibit D-1, page 6

# Thermocouple Locations



Thermocouple ID listed next to measurement point

Location of coordinate origin =>

Exhibit D-1, page 7

# Thermocouple Locations

**Thermocouple Locations: Whirpool Dryer Tests**

| Thermocouple ID | X | Y |
|---|---|---|
| 1 | 0.5 | 8.2 |
| 2 | 2.4 | 7.8 |
| 3 | 0.6 | 6.5 |
| 4 | 2.4 | 6.1 |
| 5 | 4.8 | 6.6 |
| 6 | 0.9 | 4.5 |
| 7 | 2.5 | 4.9 |
| 8 | 4.5 | 4.6 |
| 9 | 6.2 | 4.8 |
| 10 | 0.8 | 3.0 |
| 11 | 2.4 | 3.4 |
| 12 | 4.4 | 3.6 |
| 13 | 7.1 | 3.2 |
| 14 | 0.8 | 2.0 |
| 15 | 2.5 | 1.9 |
| 16 | 4.7 | 2.1 |
| 17 | 7.6 | 1.6 |
| 18 | 1.0 | 0.6 |
| 19 | 2.5 | 0.3 |
| 20 | 4.7 | 0.2 |
| 21 | 6.5 | 0.2 |
| 22 | 7.6 | 0.5 |

Coordinates are in inches

The grid structure is placed so that the coordinate origin is 1¼" to the right and 0" above the center of the rear of the drum. The X-axis is horizontal, and the Y-axis is vertical. The grid is parallel to the rear wall of the drum, and the thermocouple sensing beads are in plane with the grid.

# "Quick Refresh" Cycle Testing

Exhibit D-1, page 9

# "Quick Refresh" Cycle

## Peak Temperatures During <u>Warm-up</u> Period (0 - 4 minutes)
### (Temperatures in degrees Celsius)

| Distance to air inlet grill | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 65 | 68 | 75 | 78 | 89 | 88 | 90 | 87 | 85 | 86 |
| 2 | 90 | 94 | 110 | 103 | 116 | 103 | 101 | 92 | 89 | 88 |
| 3 | 67 | 81 | 101 | 94 | 100 | 95 | 95 | 92 | 89 | 88 |
| 4 | 118 | 106 | 113 | 104 | 101 | 96 | 96 | 92 | 91 | 90 |
| 5 | 142 | 144 | 135 | 124 | 101 | 96 | 92 | 92 | 93 | 90 |
| 6 | 64 | 71 | 85 | 92 | 93 | 90 | 92 | 91 | 90 | 89 |
| 7 | 107 | 81 | 88 | 85 | 88 | 87 | 90 | 91 | 90 | 90 |
| 8 | 147 | 127 | 98 | 102 | 90 | 85 | 86 | 89 | 91 | 90 |
| 9 | 135 | 115 | 90 | 87 | 85 | 81 | 84 | 87 | 92 | 90 |
| 10 | 65 | 68 | 80 | 84 | 89 | 87 | 91 | 90 | 90 | 89 |
| 11 | 70 | 68 | 75 | 79 | 85 | 84 | 89 | 89 | 89 | 90 |
| 12 | 98 | 91 | 87 | 88 | 82 | 80 | 85 | 87 | 89 | 89 |
| 13 | 72 | 76 | 76 | 76 | 78 | 77 | 82 | 84 | 89 | 89 |
| 14 | 67 | 69 | 76 | 80 | 86 | 84 | 88 | 88 | 88 | 89 |
| 15 | 67 | 68 | 74 | 79 | 85 | 84 | 88 | 88 | 88 | 89 |
| 16 | 70 | 67 | 71 | 74 | 80 | 80 | 85 | 86 | 88 | 89 |
| 17 | 67 | 69 | 69 | 71 | 76 | 76 | 81 | 83 | 87 | 88 |
| 18 | 68 | 70 | 74 | 76 | 81 | 81 | 86 | 87 | 87 | 89 |
| 19 | 68 | 70 | 75 | 76 | 82 | 82 | 85 | 85 | 86 | 88 |
| 20 | 70 | 73 | 74 | 74 | 80 | 81 | 85 | 86 | 88 | 89 |
| 21 | 69 | 72 | 72 | 73 | 78 | 79 | 84 | 85 | 87 | 90 |
| 22 | 68 | 71 | 71 | 72 | 77 | 78 | 83 | 85 | 88 | 90 |

**Termocouple Position**

Exhibit D-1, page 10

# "Quick Refresh" Cycle

## Peak Temperatures During Mist Spray (4-5 minutes)
### (Temperatures in degrees Celsius)

| Distance to air inlet grill | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 56 | 58 | 70 | 67 | 75 | 80 | 63 | 76 | 77 | 78 |
| 2 | 75 | 71 | 97 | 87 | 98 | 93 | 84 | 80 | 78 | 79 |
| 3 | 61 | 73 | 91 | 72 | 83 | 86 | 52 | 69 | 77 | 80 |
| 4 | 103 | 96 | 95 | 89 | 82 | 83 | 74 | 76 | 75 | 80 |
| 5 | 128 | 129 | 116 | 104 | 87 | 82 | 76 | 77 | 78 | 79 |
| 6 | 53 | 60 | 77 | 65 | 73 | 70 | 38 | 71 | 71 | 78 |
| 7 | 86 | 66 | 75 | 68 | 73 | 75 | 46 | 66 | 75 | 80 |
| 8 | 132 | 109 | 80 | 86 | 69 | 69 | 62 | 70 | 77 | 80 |
| 9 | 120 | 99 | 79 | 72 | 70 | 65 | 56 | 70 | 75 | 77 |
| 10 | 44 | 45 | 60 | 37 | 37 | 46 | 38 | 62 | 68 | 75 |
| 11 | 50 | 50 | 58 | 57 | 60 | 63 | 37 | 67 | 72 | 76 |
| 12 | 85 | 79 | 70 | 65 | 50 | 63 | 38 | 70 | 74 | 78 |
| 13 | 58 | 65 | 63 | 59 | 54 | 53 | 39 | 64 | 72 | 75 |
| 14 | 37 | 34 | 35 | 34 | 35 | 35 | 35 | 57 | 66 | 76 |
| 15 | 38 | 42 | 42 | 39 | 36 | 43 | 35 | 56 | 68 | 76 |
| 16 | 53 | 52 | 48 | 42 | 39 | 54 | 35 | 54 | 63 | 74 |
| 17 | 53 | 57 | 60 | 54 | 48 | 54 | 40 | 59 | 65 | 73 |
| 18 | 41 | 40 | 35 | 33 | 33 | 38 | 35 | 44 | 66 | 68 |
| 19 | 39 | 41 | 43 | 34 | 36 | 37 | 48 | 69 | 73 | 77 |
| 20 | 53 | 52 | 48 | 42 | 36 | 36 | 34 | 43 | 53 | 74 |
| 21 | 52 | 53 | 58 | 57 | 45 | 39 | 34 | 66 | 78 | 81 |
| 22 | 51 | 52 | 58 | 58 | 44 | 40 | 35 | 65 | 75 | 78 |

**Termocouple Position**





Exhibit D-1, page 12



Exhibit D-1, page 13



Whirlpool Duet® Steam Dryer
Model WED9600TA0
"Quick Refresh" Cycle

Exhibit D-1, page 14



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
**"Quick Refresh" Cycle**

4" from air inlet grill

Mist On

Time [min]

Temperature [C]

TC1 °C, TC2 °C, TC3 °C, TC4 °C, TC5 °C, TC6 °C, TC7 °C, TC8 °C, TC9 °C, TC10 °C, TC11 °C, TC12 °C, TC13 °C, TC14 °C, TC15 °C, TC16 °C, TC17 °C, TC18 °C, TC19 °C, TC20 °C, TC21 °C, TC22 °C

Exhibit D-1, page 15



Exhibit D-1, page 16









Exhibit D-1, page 19



Exhibit D-1, page 20

