Exhibit D-1, page 21

# Temperature Contour Map
## "Quick Refresh" Cycle



Back of Drum
Air Inlet Grill
Distance of thermocouple grid from back of drum: 1"



Temperatures in Celsius

"Quick Refresh" cycle — Maximum temperature during warm-up

Exhibit D-1, page 22

# Temperature Contour Map
## "Quick Refresh" Cycle

Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum: 2"

"Quick Refresh" cycle
Maximum temperature during warm-up

Temperatures in Celsius

Exhibit D-1, page 23

# Temperature Contour Map
## "Quick Refresh" Cycle

Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum: 3"

"Quick Refresh" cycle
Maximum temperature during warm-up

Temperatures in Celsius

Exhibit D-1, page 24

# Temperature Contour Map
## "Quick Refresh" Cycle

Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

4"

"Quick Refresh" cycle
Maximum temperature during warm-up

Temperatures in Celsius



Temperature Contour Map — "Quick Refresh" Cycle

Distance of thermocouple grid from back of drum: 6"

"Quick Refresh" cycle — Maximum temperature during warm-up

Temperatures in Celsius



Exhibit D-1, page 26

**Whirlpool Duet® Steam Dryer**

3-D Temperature Map Showing 100°C Isotherm During Warm-up

"Quick Refresh" Cycle

Exhibit D-1, page 27

# "Enhanced Touch Up" Cycle Testing

Exhibit D-1, page 28

# "Enhanced Touch Up" Cycle
## Peak Temperatures During Warm-up Period (5-6 minutes)
### (Temperatures in degrees Celsius)

| Distance to air inlet grill | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 48 | 64 | 68 | 72 | 81 | 82 | 85 | 82 | 80 | 83 |
| 2 | 79 | 79 | 90 | 104 | 111 | 101 | 95 | 87 | 84 | 84 |
| 3 | 58 | 70 | 90 | 96 | 94 | 92 | 90 | 86 | 84 | 84 |
| 4 | 123 | 106 | 106 | 108 | 97 | 96 | 93 | 87 | 85 | 84 |
| 5 | 135 | 139 | 135 | 114 | 94 | 92 | 88 | 88 | 87 | 86 |
| 6 | 53 | 66 | 72 | 83 | 84 | 86 | 87 | 86 | 84 | 85 |
| 7 | 120 | 81 | 87 | 81 | 82 | 86 | 86 | 86 | 85 | 85 |
| 8 | 143 | 113 | 89 | 91 | 84 | 81 | 80 | 85 | 85 | 86 |
| 9 | 132 | 110 | 85 | 78 | 79 | 79 | 78 | 83 | 84 | 86 |
| 10 | 61 | 68 | 71 | 78 | 83 | 84 | 85 | 85 | 85 | 85 |
| 11 | 96 | 67 | 69 | 74 | 80 | 82 | 83 | 84 | 83 | 84 |
| 12 | 116 | 94 | 83 | 79 | 77 | 79 | 79 | 82 | 83 | 85 |
| 13 | 68 | 72 | 69 | 71 | 73 | 75 | 77 | 81 | 83 | 86 |
| 14 | 62 | 69 | 71 | 75 | 80 | 80 | 82 | 83 | 83 | 84 |
| 15 | 62 | 69 | 71 | 74 | 79 | 81 | 83 | 83 | 83 | 84 |
| 16 | 68 | 69 | 68 | 71 | 75 | 78 | 79 | 81 | 82 | 84 |
| 17 | 65 | 68 | 66 | 68 | 70 | 73 | 75 | 79 | 82 | 85 |
| 18 | 63 | 69 | 70 | 72 | 77 | 79 | 80 | 82 | 82 | 83 |
| 19 | 65 | 72 | 71 | 72 | 76 | 78 | 79 | 81 | 81 | 83 |
| 20 | 67 | 72 | 71 | 72 | 74 | 77 | 78 | 81 | 82 | 84 |
| 21 | 67 | 71 | 71 | 71 | 73 | 76 | 78 | 79 | 82 | 85 |
| 22 | 66 | 70 | 70 | 70 | 72 | 75 | 77 | 80 | 82 | 85 |

Thermocouple Position

## "Enhanced Touch Up" Cycle
### Peak Temperatures During Mist Spray (5-6 minutes)
(Temperatures in degrees Celsius)

| Distance to air inlet grill | 1" | 2" | 3" | 4" | 6" | 8" | 10" | 14" | 18" | 24" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 50 | 50 | 56 | 66 | 66 | 62 | 68 | 64 | 68 |
| 2 | 70 | 75 | 87 | 96 | 104 | 90 | 82 | 64 | 65 | 69 |
| 3 | 49 | 68 | 90 | 82 | 86 | 79 | 53 | 61 | 65 | 70 |
| 4 | 108 | 103 | 101 | 94 | 93 | 84 | 76 | 63 | 60 | 71 |
| 5 | 122 | 137 | 130 | 95 | 84 | 80 | 71 | 68 | 71 | 71 |
| 6 | 32 | 51 | 64 | 68 | 71 | 34 | 42 | 54 | 62 | 69 |
| 7 | 104 | 76 | 80 | 64 | 76 | 69 | 44 | 59 | 59 | 70 |
| 8 | 130 | 104 | 79 | 70 | 76 | 70 | 56 | 60 | 64 | 72 |
| 9 | 120 | 104 | 79 | 56 | 62 | 42 | 36 | 60 | 66 | 72 |
| 10 | 34 | 37 | 35 | 35 | 35 | 33 | 35 | 52 | 63 | 69 |
| 11 | 81 | 50 | 58 | 38 | 38 | 35 | 34 | 51 | 56 | 70 |
| 12 | 103 | 86 | 76 | 37 | 39 | 39 | 35 | 55 | 64 | 70 |
| 13 | 52 | 64 | 59 | 42 | 36 | 34 | 35 | 54 | 63 | 71 |
| 14 | 31 | 33 | 32 | 33 | 35 | 34 | 34 | 52 | 62 | 70 |
| 15 | 31 | 34 | 33 | 34 | 33 | 33 | 32 | 50 | 55 | 70 |
| 16 | 51 | 61 | 49 | 33 | 36 | 33 | 33 | 50 | 54 | 69 |
| 17 | 44 | 56 | 53 | 39 | 40 | 34 | 36 | 54 | 57 | 70 |
| 18 | 39 | 34 | 32 | 32 | 32 | 31 | 32 | 40 | 62 | 70 |
| 19 | 35 | 34 | 33 | 33 | 36 | 37 | 54 | 61 | 63 | 64 |
| 20 | 40 | 35 | 35 | 34 | 33 | 31 | 31 | 42 | 60 | 67 |
| 21 | 37 | 48 | 50 | 33 | 33 | 31 | 31 | 54 | 58 | 70 |
| 22 | 50 | 58 | 57 | 34 | 34 | 33 | 31 | 48 | 59 | 71 |

Thermocouple Position


Exhibit D-1, page 30



