Exhibit D-1, page 32



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Enhanced Touch Up" Cycle



Exhibit D-1, page 33



Exhibit D-1, page 34



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Enhanced Touch Up" Cycle



Exhibit D-1, page 35



Exhibit D-1, page 36



Exhibit D-1, page 37



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Enhanced Touch Up" Cycle

Exhibit D-1, page 38



Exhibit D-1, page 39



**Whirpool Duet Steam Dryer**
Model WED9600TA0
**Steam Cycle: "Enhanced Touch Up"**

Exhibit D-1, page 40

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

1"



Temperatures in Celsius

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Exhibit D-1, page 41

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

2"

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Temperatures in Celsius



# Temperature Contour Map
## "Enhanced Touch Up" Cycle

Exhibit D-1, page 43

# Temperature Contour Map
## "Enhanced Touch Up" Cycle



Back of Drum

Air Inlet Grill

Distance of thermocouple grid from back of drum:

**4"**

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Temperatures in Celsius

Exhibit D-1, page 44

# Temperature Contour Map
## "Enhanced Touch Up" Cycle

"Enhanced Touch Up" cycle
Maximum temperature during warm-up

Back of Drum

Air Inlet Grill

Distance of thermocouple grid
from back of drum:

6"

Temperatures in Celsius