Exhibit D-1, page 45

# Whirlpool Duet® Steam Dryer

## 3-D Temperature Map Showing 100°C Isotherm During Warm-up

"Enhanced Touch Up" Cycle



Exhibit D-2, page 1

# Exhibit D-2

# Infrared (IR) Camera

# Thermal Image Testing

Exhibit D-2, page 2

# Infrared (IR) Imaging
## Air Inlet Grill
## Temperature Measurement Protocol

- Duet® Steam Dryer door removed and replaced with Mylar sheet (interlock defeated)

- Mylar sheet sealed to IR camera

- Water supply disconnected to protect the infrared thermal imaging optics

- Interior surfaces of dryer spray painted with a flat black paint to obtain a high, uniform emissivity.  Camera emissivity was set to 1.0.

- IR images depict the surface temperatures inside the dryer and not the temperature of the air stream

- Surface temperature measurements with TC compared to IR measurements

- Dryer run on "Quick Refresh" cycle

# IR Imaging

- Mikron Infrared, Inc.
  - IR Camera Model TH7200
  - Temperature range 0 – 500 °C
  - 2 Hz data acquisition frequency

- IR Camera field-of-view offset from central axis of drum to focus on area around the hot air inlet grill in the upper right of the drum back wall

Exhibit D-2, page 4

# IR Camera Setup



Exhibit D-2, page 5

# Interior of Duet® Steam Dryer Painted Flat Black



Exhibit D-2, page 6

# Close-up View of Air Inlet Grill



Exhibit D-2, page 7

# Infrared Temperature Map
## "Quick Refresh" Cycle



|       | Min  | Max   | Avg   |
|-------|------|-------|-------|
| ROI 1 | 72.3 | 140.1 | 106.7 |
| ROI 2 | 21.3 | 140.1 | 90.5  |

Notes: ROI 1 and ROI 2 are "Regions of Interest". ROI 1 is inside the red oval, and ROI 2 is inside the blue outline of the air inlet grill. The "Min", "Max" and "Avg" values represent the minimum, maximum and average temperatures measured within each region of interest.

# Exhibit D-3

## Whirlpool Duet® Steam Dryer Testing

### Testing With and Without Clothing in the Drum
### "Quick Refresh" and "Enhanced Touch Up" Cycles

Exhibit D-3, page 2

# Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0

- Steam cycles tested
  - "Quick Refresh" with and without clothes
  - "Enhanced Touch Up" with and without clothes
    - High Temperature Setting
    - 20 minute time setting

- Clothing
  - 3 long sleeve cotton shirts, 1 short sleeve cotton shirt

- Instrumentation
  - 9 thermocouples mounted on a 3 x 3 grid positioned 3.5" away from the air inlet grill
  - 1 thermocouple monitoring temperature 1" from air inlet grill

- Additional Step
  - Drum interior cooled to room temp for approximately 10 minutes before each test

Exhibit D-3, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - All thermocouples sampled at 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 156782
  - Lenovo ThinkPad T61 laptop computer

Exhibit D-3, page 4



Exhibit D-3, page 5

Clothes: Three Long-Sleeve Cotton Shirts and One Short-Sleeve Cotton Shirt



Exhibit D-3, page 6

# Thermocouple Locations



Exhibit D-3, page 7

# Thermocouple Locations



Exhibit D-3, page 8



# Thermocouple Locations



Exhibit D-3, page 9

# Thermocouple Coordinates
## Relative to the Cage

| Thermocouple ID | X (in) | Y (in) |
|---|---|---|
| 1 | 0.0 | 3.0 |
| 2 | 1.5 | 3.0 |
| 3 | 3.0 | 3.0 |
| 4 | 0.0 | 1.5 |
| 5 | 1.5 | 1.5 |
| 6 | 3.0 | 1.5 |
| 7 | 0.0 | 0.0 |
| 8 | 1.5 | 0.0 |
| 9 | 3.0 | 0.0 |
| 10 (1" from grate) | 1.5 | 1.5 |

Note: Thermocouples 1-9 are 3.5" from grate

The cage structure is placed so the horizontal and vertical edges of the cage are parallel to the bottom and left edges of the hot air inlet grill respectively. Thermocouple 7 is positioned 4¾" to the right and 4½" above the center of the drum.

Exhibit D-3, page 10

# Peak Temperatures During Warm-up
## (Temperatures in °C)

| Cycle Load | "Quick Refresh" Without Clothes | "Quick Refresh" With Clothes | "Enhanced Touch Up" Without Clothes | "Enhanced Touch Up" With Clothes |
|---|---|---|---|---|
| 1 | 113 | 130 | 112 | 139 |
| 2 | 131 | 145 | 131 | 149 |
| 3 | 136 | 151 | 138 | 156 |
| 4 | 94 | 110 | 92 | 120 |
| 5 | 104 | 112 | 102 | 117 |
| 6 | 121 | 133 | 122 | 137 |
| 7 | 80 | 95 | 80 | 99 |
| 8 | 92 | 96 | 90 | 98 |
| 9 | 85 | 98 | 84 | 100 |
| 10 | 136 | 149 | 135 | 156 |

Thermocouple Position

Exhibit D-3, page 11

# Peak Temperatures During Mist Spray
## (Temperatures in °C)

| Cycle Load | "Quick Refresh" Without Clothes | "Quick Refresh" With Clothes | "Enhanced Touch Up" Without Clothes | "Enhanced Touch Up" With Clothes |
|---|---|---|---|---|
| 1 | 112 | 125 | 114 | 126 |
| 2 | 124 | 142 | 132 | 139 |
| 3 | 132 | 151 | 138 | 145 |
| 4 | 84 | 103 | 88 | 105 |
| 5 | 86 | 104 | 97 | 101 |
| 6 | 113 | 133 | 121 | 128 |
| 7 | 59 | 83 | 69 | 88 |
| 8 | 74 | 86 | 82 | 89 |
| 9 | 76 | 90 | 81 | 93 |
| 10 | 131 | 149 | 138 | 142 |

**Thermocouple Position**

Exhibit D-3, page 12



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Quick Refresh" Cycle Without Clothes

Exhibit D-3, page 13



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
**"Quick Refresh" Cycle With Clothes**

Exhibit D-3, page 14



**Whirlpool Duet® Steam Dryer**
Model WED9600TA0
"Enhanced Touch Up" Cycle, High Temperature, Without Clothes

Exhibit D-3, page 15



**Whirlpool Duet® Steam Dryer**

Model WED9600TA0

"Enhanced Touch Up" Cycle, High Temperature Setting, With Clothes

# Exhibit D-4

# Dew Point Testing

Exhibit D-4, page 2

# Dew Point Test Protocol

- Clothes dryer tested
  – Whirlpool Duet Steam
  – Model: WED9600TA0
- Test Configuration
  – Manual Cycle: Timed Dry
  – Temperature Setting: Air Only (No Heat)
  – Mist Activated Using a Manually-Operated Bypass Switch Installed in the Circuitry
- Instrumentation
  – Sensirion Temperature and Humidity Probe SHT75
  – Data Acquisition: Sensirion EK-H3,
- Sensor Position
  – Top right corner of air inlet grill
  – 3" Away from surface of air inlet grill
- Test Sequence
  – See Table at Right

| Time (min) | Mist On/Off | Dryer On/Off | Door |
|---|---|---|---|
| 0 – ½ | Off | Off | Open |
| ½ - 1 | Off | Off | Closed |
| 1 - 3 | Off | On | Closed |
| 3 - 4 | On | On | Closed |
| 4 - 5 | Off | On | Closed |

Exhibit D-4, page 3

# Photographs of Test Setup



SHT-75 Probe



Probe head is 3" from upper right corner of air inlet grill

Exhibit D-4, page 4



**Dew Point Measurements: Duet® Steam Dryer**

Sensor 3 Inches from the Top Right Corner of the Air Inlet Grill, No Heat