# Exhibit E
# LG Dryer Testing

Exhibit E-1, page 1

# Exhibit E-1

# LG SteamDryer™

# 3-D Grid Testing

Exhibit E-1, page 2

# Test Protocol

- Clothes dryer tested
  - LG SteamDryer™
  - Model: DLEX8377NM
  - No clothes in dryer drum
- Steam cycles tested
  - Steam Fresh™ (3 items setting)
  - Normal with Easy Iron option (48 minute time setting)
- Instrumentation
  - 30 thermocouples monitoring temperature arranged to duplicate geometry reported in 'Exhibit 4C' to Dr. Chul Jin Choi's declaration
  - 27 thermocouples in 3-D grid and 3 thermocouples on air inlet

Exhibit E-1, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer

Exhibit E-1, page 4



Exhibit E-1, page 5

# 3-D Grid in LG SteamDryer™



# LG SteamDryer™
## Thermocouples on Air Inlet Grill



Exhibit E-1, page 7

# Thermocouple Locations



Air inlet grill, top

Air inlet grill, middle

Air inlet grill, bottom

Exhibit E-1, page 8

# Steam Fresh™ Cycle Testing

Exhibit E-1, page 9

# LG SteamDryer™
## Model DLEX8377NM
## Steam Fresh™ Cycle

Maximum Temperature During Steam Phase [°C]



Exhibit E-1, page 10



Exhibit E-1, page 11

"Normal" Cycle with "Easy Iron" Option

Exhibit E-1, page 12

# LG SteamDryer™
# Model DLEX8377NM
# "Normal Cycle" with "Easy Iron" Option

Maximum Temperature During Steam Phase [°C]



Exhibit E-1, page 13



**LG SteamDryer™**
Model DLEX8377NM
**"Normal Cycle" with "Easy Iron" Option**

# Exhibit E-2

# LG SteamDryer™ Testing

# Square Grid Tests

Exhibit E-2, page 2

# Test Protocol

- Clothes dryer tested
  - LG SteamDryer™
  - Model: DLEX8377NM
  - No clothes in dryer drum
- Steam cycles tested
  - Steam Fresh™ (3 items setting)
  - Normal with Easy Iron Option (48 minute time setting)
- Instrumentation
  - 2-D square array with 22 thermocouples monitoring temperature
  - Grid positioned 3" from rear wall near nozzle

Exhibit E-2, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer



Exhibit E-2, page 5

# LG SteamDryer™ Testing
## Thermocouple Locations



Exhibit E-2, page 6

# LG SteamDryer™ Testing
## Thermocouple Locations

Exhibit E-2, page 7

# LG SteamDryer™ Testing
## Thermocouple Locations



Thermocouple ID listed next to measurement point

Exhibit E-2, page 8

# Thermocouple Coordinates

**Thermocouple Locations: LG Dryer Tests**

| Thermocouple ID | X | Y |
|---|---|---|
| 1 | 7.8 | 8.6 |
| 2 | 6.2 | 8.4 |
| 3 | 4.9 | 8.3 |
| 4 | 3.2 | 8.3 |
| 5 | 1.7 | 8.2 |
| 6 | 7.8 | 6.8 |
| 7 | 6.2 | 7.0 |
| 8 | 4.8 | 7.0 |
| 9 | 3.1 | 6.8 |
| 10 | 1.9 | 6.9 |
| 11 | 6.7 | 4.7 |
| 12 | 4.9 | 4.5 |
| 13 | 2.6 | 4.6 |
| 14 | 0.7 | 4.6 |
| 15 | 6.7 | 2.6 |
| 16 | 4.8 | 2.7 |
| 17 | 2.7 | 2.5 |
| 18 | 0.7 | 2.4 |
| 19 | 6.8 | 0.4 |
| 20 | 5.0 | 0.6 |
| 21 | 2.7 | 0.8 |
| 22 | 0.7 | 0.5 |

Coordinates are in inches

Thermocouple 19 is positioned 4" to the right and 2¼" above the center of the drum. The bottom row of thermocouples is horizontal and the grid is parallel to the back wall of the drum. The sensing bead of the thermocouples extends ¼" towards the back wall away from the plane of the grid structure. The grid structure was positioned 3" from the rear wall of the drum.

Exhibit E-2, page 9

# Steam Fresh™ Cycle Testing

Exhibit E-2, page 10



LG SteamDryer™
Model DLEX8377NM
Steam Fresh™ Cycle

Maximum Temperature During Steam Cycle [°C]

Exhibit E-2, page 11



Exhibit E-2, page 12

# "Normal" Cycle with "Easy Iron" Option

Exhibit E-2, page 13

# LG SteamDryer™
## Model DLEX8377NM
## "Normal Cycle" with "Easy Iron" Option

Maximum Temperature During Steam Cycle [°C]



Exhibit E-2, page 14



**LG SteamDryer™**
Model DLEX8377NM
"Normal Cycle" with "Easy Iron" Option

# Exhibit E-3

# LG SteamDryer™ Testing

# Nozzle Outlet Test

Exhibit E-3, page 2

# Test Protocol

- Clothes dryer tested
  - LG SteamDryer™
  - Model: DLEX8377NM
  - No clothes in dryer drum
- Steam cycles tested
  - Steam Fresh™ (3 items setting)
- Instrumentation
  - 3 thermocouples monitoring temperature
  - Thermocouples positioned ½", 1", and 1¾" from nozzle, in-line (coaxial) with nozzle outlet

Exhibit E-3, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer

Exhibit E-3, page 4



Power (120/240 V)

Air inlet

Thermocouples

Positioned ½", 1", 1¾" from nozzle

Door

Data Acquisition System

Personal computer

Exhaust Duct Outlet

Steam Nozzle

Drum

Water Tank

Exhibit E-3, page 5

# LG SteamDryer™ Testing
## Thermocouple Locations



Exhibit E-3, page 6

# LG SteamDryer™ Testing
## Thermocouple Locations



# LG SteamDryer™ Testing
## Thermocouple Locations



Exhibit E-3, page 8

# Steam Fresh™ Cycle Testing

Exhibit E-3, page 9

# LG SteamDryer™
## Model DLEX8377NM
# Steam Fresh™ Cycle

Maximum Temperature During Steam Cycle [°C]



½''  98.7

1''  84.0

1¾''  81.6

