

FIG. 1.
Related Art



FIG. 2

## FIG. 3





FIG. 4



FIG. 5

US 7,216,654 B2

1

# DISHWASHER

This application claims the benefit of Korean Application No. 10-2002-0074988 filed on Nov. 29, 2002, which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a dishwasher having a steam discharger including a fan motor for forcibly discharging steam, and more particularly, to such a dishwasher in which the steam discharger is provided with a mechanically controllable intake port cover, which interoperates with the fan motor.

2. Discussion of the Related Art

Generally speaking, a dishwasher is provided with a heater for performing the drying of dishes and the like immediately following a washing step. Drying is accomplished by heating air to be circulated within a cavity where the dishes are placed by a user. As an inherent byproduct of drying wet dishes, the water is converted into steam, which is discharged from the cavity to facilitate the drying action. Thus, a general dishwasher is provided with a fan and fan motor for forcibly discharging the steam, which are provided as part of a steam discharger communicating between an upper point of the cavity and the exterior of the dishwasher. The steam discharger is typically installed within the dishwasher's door.

Referring to FIG. 1, illustrating a dishwasher according to a related art, a washtub 4 is formed as a substantially hexahedral cavity in which sliding rack 8 is mounted. The washtub 4 is installed in a body 2 having an open front where a hinged door 6 is provided to close the cavity. A steam discharger 30 is installed in an upper portion of the door 6, to discharge steam generated by the drying of dishes and the like.

The steam discharger 30 is comprised of a fan housing 32 one end of which communicates with the cavity at a steam intake port 32a and the other end of which penetrates the outer surface of the door 6 at a steam exhaust port 32b; an intake port cover 36, coupled to one end of a shaft 36a, for selectively opening and closing the steam intake port; and an electromagnet 38, disposed at the other end of the shaft, for controllably operating the intake port cover via the shaft through a hole 32h provided in the fan housing. Thus, the electromagnet 38 of the steam discharger 30 is installed on the exterior of the fan housing 32. A fan motor (not shown) is installed in the fan housing 32 and is disposed proximate to the steam exhaust port 32b, to draw steam from inside the washtub 4 and to discharge the steam from the dishwasher.

The electromagnet 38 is activated to operate the shaft 36a, by way of an electromagnetic force applied to the shaft, to cause the intake port cover 36 to seal the cavity during washing and rinsing steps, by blocking the steam intake port 32a to reduce heat loss and noise as well as preventing the spraying water from entering the steam discharger. Then, upon performing the drying step, the electromagnet 38 is deactivated to retract the shaft 36a and thereby cause the intake port cover 36 to open the steam intake port 32a so that the steam may be discharged by driving the fan motor within the fan housing.

During operation, however, the steam discharger 30 tends to fail since the electromagnet 38 cannot be protected from the steam entering through the steam intake port 32a. That is, while the electromagnet 38 is deactivated and the steam intake port 32a is open, the steam escapes through the hole

2

32h of the fan housing 32 to make contact with electromagnet's components, causing an accelerated corrosion of terminals and the like. As a result, the electromagnet of the above steam discharger, adopted for use in the dishwasher according to the related art, is subject to frequent malfunction, short-circuiting, and permanent damage. There may also be corrosive damage introduced to other conductive elements necessary for operating an electromagnet.

## SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a dishwasher that substantially obviates one or more of the problems due to limitations and disadvantages of the related art.

An object of the present invention, which has been devised to solve the foregoing problem, lies in providing a dishwasher having a steam discharger, in which an intake port cover for closing a steam intake port is mechanically operated.

It is another object of the present invention to provide a dishwasher having a steam discharger, which eliminates the use of an electromagnet for operating an intake port cover of the steam discharger.

It is another object of the present invention to provide a dishwasher having a steam discharger, which improves reliability of the dishwasher.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent to those having ordinary skill in the art upon examination of the following or may be learned from a practice of the invention. The objectives and other advantages of the invention will be realized and attained by the subject matter particularly pointed out in the specification and claims hereof as well as in the appended drawings.

To achieve these objects and other advantages in accordance with the present invention, as embodied and broadly described herein, there is provided a dishwasher having a cavity, where steam is created, enclosed in part by a side and a fan motor for driving a fan via a rotational shaft, each of which are installed at an upper point of the cavity side, for generating a suction force to discharge the steam from the cavity through the upper point of the cavity side via a steam discharger. The steam discharger comprises a fan housing, enclosing the fan motor and fan, for guiding the steam discharged by an operation of the fan motor, the fan housing having a steam intake port communicating with the cavity, a steam exhaust port penetrating the cavity side, and a through-hole disposed in opposition to the steam intake port; an intake port cover, movably installed within the fan housing, for opening and closing the steam intake port of the fan housing, the intake port cover having a central shaft extending through the through-hole of the fan housing; and coupling means, linking the rotational shaft of the fan motor and the central shaft of the intake port cover, for transferring the driving force of the fan motor to the intake port cover to selectively open and close the steam intake port of the fan housing.

It is to be understood that both the foregoing explanation and the following detailed description of the present invention are exemplary and illustrative and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate

US 7,216,654 B2

3

embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings:

FIG. 1 is a cross-sectional view of a dishwasher according to a related art;

FIG. 2 is a cross-sectional view of a dishwasher having a steam discharger according to the present invention;

FIG. 3 is a perspective view of a mechanism for controlling an intake port cover of the dishwasher shown in FIG. 2;

FIG. 4 is a cross-sectional view of the mechanism of FIG. 3; and

FIG. 5 is a cross-sectional view illustrating an operational status of the mechanism as shown in FIG. 4.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Reference will now be made in detail to the preferred embodiment of the present invention, examples of which are illustrated in the accompanying drawings. Throughout the drawings, like elements are indicated using the same or similar reference designations where possible.

A general dishwasher has a cavity, i.e., a washtub, where steam is created, which is enclosed in part by a side, i.e., a hinged door. The dishwasher according to the present invention is further provided with a fan motor for driving a fan via a rotational shaft. The fan motor, fan, and rotational shaft are each installed at an upper point of the hinged door, to generate a suction force and thereby discharge the steam from the washtub through the door via a steam discharger. The present invention is particularly directed towards the steam discharger of such a dishwasher.

Referring to FIGS. 2–4, a dishwasher according to the present invention comprises a steam discharger 80, which is typically installed between the inner and outer surfaces of a hinged door 56 installed on a front side of a body 52 encasing a washtub 54 where dishes and the like are placed on a sliding rack 58 to be washed. The stream discharger 80 comprises a fan housing 82, enclosing a fan motor assembly 84, for guiding the steam discharged by an operation of the fan motor assembly, the fan housing having a steam intake port 82a communicating with the cavity of the washtub 54, a steam exhaust port 82b penetrating the cavity side, and a through-hole 82d in opposition to the steam intake port; an intake port cover 86, movably installed within the fan housing, for selectively opening and closing the steam intake port of the fan housing, the intake port cover having a central shaft 86a extending through the through-hole of the fan housing; and coupling means 90, linking the rotational shaft of the fan motor and the central shaft of the intake port cover, for transferring the driving force of the fan motor to the intake port cover to selectively open and close the steam intake port of the fan housing. An operation of the coupling means 90 opens the steam intake port 82a during the performance of a drying step by the dishwasher and closes the steam intake port during the performance of washing and rinsing steps.

The fan motor assembly 84 is installed within an upper portion of the fan housing 82, to be parallel with the intake port cover 86, and includes a fan motor 84c for driving via a rotational shaft 84b and fan 84a to generate a suction force drawing air and steam from the steam intake port 82a and expelling the air and steam from the washtub 54 through the steam exhaust port 82b. The steam intake port 82a of the fan housing 82 is substantially flush with the inner surface of the

4

door 56, and the steam exhaust port 82b of the fan housing preferably protrudes slightly from the outer surface of the door.

The intake port cover 86 is formed of a rubber based material to provide an airtight seal of the steam intake port 82a. To assist the sealing action, an annular rib 82c, protruding toward the intake port cover 86, is provided to an inner circumference of the steam intake port 82a.

The coupling means 90 comprises a spring 92, installed on an outer circumference of the rotational shaft 84b of the fan motor 84c, to be elastically supported by the fan motor; a push ring 94, installed movably along the rotational shaft of the fan motor, for compressing the spring; a push member 96, hinge-coupled with the rotational shaft of the fan motor, for pressing the push ring when the rotational shaft of the fan motor is driven; and a linking rod 98 having one end supported by the push ring, the other end coupled to a distal end of the central shaft 86a of the intake port cover 86, and a leverage point hinge-coupled to the fan housing 82 so that when, the push ring compresses the spring, the intake port cover opens the steam intake port 82a.

The push ring 94 includes a hollow body 94a, fitted to the rotational shaft 84b of the fan motor 84c, having one end abutting the spring 92; and an annular flange 94b, formed on the other end of the hollow body, the annular flange providing a first surface to catch the end of the linking rod 98 and a second surface in contact with the push member 96.

The push member 96 includes a skewed hollow shaft 96a, disposed at a first predetermined angle with respect to the rotational shaft 84b of the fan motor 84c and hinge-coupled to the rotational shaft at a second predetermined angle so as to movably rotate against the rotational shaft, and a pair of pivoting arms 96b extending perpendicularly from the circumferential surface of the skewed hollow shaft. The inner diameter dimension of the skewed hollow shaft 96a, which is greater than the outer diameter dimension of the rotational shaft 84b of the fan motor 84c, depends on the second predetermined angle of the skewed hollow shaft. When the rotational shaft 84b rotates, a centrifugal force is created in the pivoting arms 96b of the skewed hollow shaft 96a, so that the pivoting arms are brought perpendicular to the rotational shaft 84b of the fan motor 84c. Hence, an inner lip of the skewed hollow shaft 96a pushes against the second surface of the annular flange 94b, to thereby compress the spring 92 and activate the linking rod 98.

In the operation of the steam discharger of the present invention, the fan motor 84c is inactive (i.e., not driven) during the performance of washing and rinsing steps by the dishwasher. Thus, as shown in FIG. 4, the fan motor 84c is in stopped state, and the intake port cover 86 blocks the steam intake port 82a. Upon initiating the dishwasher's drying step, the fan motor 84 is actuated to rotate the fan 84a to expel the steam from the washtub 54 via the fan housing 82. In doing so, as shown in FIG. 5, the driving force of the fan motor 84c causes the intake port cover 86 to open the steam intake port 82a via the coupling means 90.

In detail, as the fan motor 84c is actuated to rotate the rotational shaft 84b, the skewed hollow shaft 96a is rotated to thereby create a centrifugal force acting on the pivoting arms 96b. As the pivoting arms 96b spin, the centrifugal force forces the pivoting arms perpendicular with the rotational shaft 84b of the fan motor 84c and in turn forces the circumferential surface of the skewed hollow shaft 96a parallel with the rotational shaft 84b so that the inner lip of the skewed hollow shaft 96a presses the push ring 94, which compresses the spring 92. Simultaneously, one end of the linking rod 98 is set in motion by the annular flange 94b, so

US 7,216,654 B2

5

that the other end acts the central shaft 86a of the intake port cover 86 to open the steam intake port 82a. Thus, by a forcible blowing force of the fan 84a driven by the fan motor 84c via the rotational shaft 84b, the steam in the washtub 54 is sucked into the fan housing 82 via the steam intake port 82a to be expelled from the washtub through the steam exhaust port 82b.

Accordingly, the steam discharger of a dishwasher according to the present invention mechanically transfers power from the rotational shaft of the fan motor to the intake port cover, such that the steam intake port is opened whenever the fan motor is driven, thereby obviating an electrical activating means such an electromagnet.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover such modifications and variations, provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A dishwasher having a steam discharger, the steam discharger comprising:

a fan housing having a steam intake port in communication with a cavity of the dishwasher and a steam exhaust port which penetrates a side of the dishwasher, wherein the fan housing is configured to receive a fan and a fan motor therein, and to guide steam from the cavity out through the steam exhaust port;

an intake port cover movably installed within the fan housing, wherein the intake port cover is configured to open and close the steam intake port of the fan housing; and

a coupler configured to link the intake port cover with a rotational shaft of the fan motor, and to transfer a driving force of the fan motor to the intake port cover so as to selectively open and close the steam intake port of the fan housing.

2. The dishwasher of claim 1, wherein the steam intake port of the fan housing is configured to be open during drying operation and to be closed during washing and rinsing operations.

3. The dishwasher of claim 1, wherein the intake port cover has a central shaft that is linked to the rotational shaft of the fan motor via the coupler.

4. The dishwasher of claim 3, wherein the fan housing includes a through-hole disposed in opposition to the steam intake port, and wherein the central shaft of the intake port cover extends through the through-hole of the fan housing so as to link to the rotational shaft of the fan motor via the coupler.

5. The dishwasher of claim 3, wherein the coupler comprises:

a spring installed on an outer circumference of the rotational shaft of the fan motor so as to be elastically supported by the fan motor;

a push ring, movably installed along the rotational shaft of the fan motor and configured to compress the spring;

a push member hinge-coupled to the rotational shaft of the fan motor and configured to press the push ring when the rotational shaft of the fan motor is driven; and

a linking rod having a first end supported by the push ring, a second end coupled to a distal end of the central shaft of the intake port cover, and a leverage point hinge-coupled to the fan housing such that movement of the push ring against the bias of the spring causes the steam intake port to open.

6

6. The dishwasher of claim 5, wherein, when the fan motor is not rotating, and the spring is in a static state, the intake port cover closes the steam intake port.

7. The dishwasher of claim 5, wherein the push ring comprises:

a hollow body fitted over the rotational shaft of the fan motor and having a first end abutting a corresponding end of the spring; and

an annular flange formed on a second end of the hollow body, wherein the annular flange includes a first surface configured to catch the first end of the linking rod and a second surface configured to contact the push member.

8. The dishwasher of claim 5, wherein the push member comprises:

a skewed hollow shaft disposed at a first predetermined angle with respect to the rotational shaft of the fan motor and hinge-coupled to the rotational shaft of the fan motor at a second predetermined angle so as to movably rotate against the rotational shaft; and

a pair of pivoting arms each extending perpendicular to an outer circumferential surface of the skewed hollow shaft.

9. The dishwasher of claim 8, wherein an inner diameter dimension of the skewed hollow shaft is greater than an outer diameter dimension of the rotational shaft of the fan motor, and wherein the inner diameter dimension of the skewed hollow shaft is based on the second predetermined angle at which the skewed hollow shaft is hinge-coupled to the rotational shaft of the fan motor.

10. A dishwasher having a cavity where steam is generated, and a fan motor for driving a fan via a rotational shaft to discharge steam from the cavity, comprising:

a fan housing, enclosing the fan motor and fan, the fan housing having a steam intake port communicating with the cavity and a steam exhaust port penetrating the side of the cavity;

an intake port cover, movably installed within the fan housing, for opening and closing the steam intake port of the fan housing; and

coupling means, linking the intake port cover with the rotational shaft of the fan motor, for transferring the driving force of the fan motor to the intake port cover to selectively open and close the steam intake port of the fan housing, wherein the intake port cover has a central shaft for linking with the rotational shaft of the fan motor.

11. The dishwasher of claim 10, wherein the coupling means comprises:

a push ring movably installed along the rotational shaft of the fan motor;

a push member rotatably coupled to the rotational shaft of the fan motor so as to push the push ring when the rotational shaft of the fan motor is driven; and

a linking rod having a first end supported by the push ring, a second end coupled to the central shaft of the intake port cover, and a leverage point coupled to the fan housing such that axial movement of the push ring causes the intake port cover to open the steam intake port.

12. The dishwasher of claim 11, further comprising a biasing member mounted on the rotational shaft of the fan motor and configured such that axial movement of the push ring compresses the biasing member.

US 7,216,654 B2

7

**13.** The dishwasher of claim **12**, wherein the push ring comprises:

a hollow body positioned around the rotational shaft of the fan motor, with a first end thereof positioned adjacent the biasing member; and

an annular flange formed on a second end of the hollow body, wherein a first surface of the annular flange is configured to engage the first end of the linking rod and a second surface of the annular flange is configured to contact the push member.

**14.** The dishwasher of claim **11**, wherein the push member comprises;

a skewed hollow shaft rotatably coupled to the rotational shaft of the fan motor so as to rotate with respect to the rotational shaft; and

a pair of pivoting arms extending perpendicularly from an outer circumferential surface of the skewed hollow shaft.

**15.** A dishwasher having a fan configured to discharge steam from a wash cavity of the dishwasher, comprising:

a fan housing with a steam intake port and a steam exhaust port;

a fan mounted in the housing and configured to draw steam from the cavity into the steam intake port and to exhaust steam out through the exhaust port; and

8

an intake port cover that is configured to selectively open and close the intake port, wherein the intake port cover is coupled to the fan such that rotation of the fan causes the intake port to move to an open position.

**16.** The dishwasher of claim **15**, further comprising a push ring mounted on a rotational shaft of the fan, wherein rotation of the fan causes the push ring to move axially along the rotational shaft, and wherein axial movement of the push ring cause the intake port cover to move between the open and closed positions.

**17.** The dishwasher of claim **16**, further comprising a linking rod coupled between the push ring and the exhaust port cover, wherein the linking rod is configured such that axial movements of the push ring case the exhaust port cover to move between the open and closed positions.

**18.** The dishwasher of claim **17**, further comprising a biasing member mounted on the rotational shaft of the fan and configured to bias the push ring into a closed position when the fan is not rotation.

**19.** The dishwasher of claim **17**, further comprising a lever member coupled to the rotational shaft of the fan and configured such that when the fan operates, the lever member causes the push ring to move axially.

* * * * *



US 20060086001A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2006/0086001 A1**
Jeong et al. (43) **Pub. Date:** **Apr. 27, 2006**

(54) **WASHING MACHINE COMBINED WITH DRYER**

(75) Inventors: **In Chul Jeong**, Seoul (KR); **Young Hwan Park**, Seoul (KR); **Sog Kie Hong**, Seoul (KR); **Dae Yun Park**, Gwangmyung-si (KR)

Correspondence Address:
**JONATHAN Y. KANG, ESQ.**
**LEE, HONG, DEGERMAN, KANG &**
**SCHMADEKA**
**14th Floor**
**801 S. Figueroa Street**
**Los Angeles, CA 90017 (US)**

(73) Assignee: **LG Electronics Inc.**

(21) Appl. No.: **11/185,767**

(22) Filed: **Jul. 13, 2005**

(30) **Foreign Application Priority Data**

Oct. 22, 2004   (KR) ...................................... 84925/2004
Oct. 22, 2004   (KR) ...................................... 84926/2004

**Publication Classification**

(51) Int. Cl.
*F26B 11/02* (2006.01)
(52) U.S. Cl. ................................................ 34/606; 34/607

(57) **ABSTRACT**

A washing machine combined with a dryer is provided. In the washing machine combined with the dryer, a tub is provided, a dryer duct is installed outside of the tub, a dryer fan is installed in the dryer duct to draw in a surrounding air, a heater is installed in the dryer duct to apply heat to the drawn-in air, and a screening unit is installed in the dryer duct to selectively block the flow of the air, wherein the dryer duct includes an air inlet to introduce the surrounding air, an air outlet connected to the tub to allow the introduced air to flow into the tub, and an air passage formed between the air inlet and the air outlet to pass the introduced air therethrough.



Patent Application Publication    Apr. 27, 2006    Sheet 1 of 8    US 2006/0086001 A1

FIG.1



FIG.2



Case 1:08-cv-00242    Document 64-2    Filed 02/12/2008    Page 13 of 26

FIG.3



Patent Application Publication  Apr. 27, 2006  Sheet 4 of 8    US 2006/0086001 A1

FIG.4



FIG.5



Case 1:08-cv-00242     Document 64-2     Filed 02/12/2008     Page 16 of 26

FIG.6



FIG.7



FIG.8



US 2006/0086001 A1

1

Apr. 27, 2006

# WASHING MACHINE COMBINED WITH DRYER

## BACKGROUND OF THE INVENTION

[0001]  1. Field of the Invention

[0002]  The present invention relates to a washing machine, and more particularly, to a washing machine combined with a dryer, which has a screening unit to prevent a hot steam, generated in a drum during a hot water washing operation, from reversely flowing along a dryer duct toward the outside of a tub or the outside of the washing machine.

[0003]  2. Description of the Related Art

[0004]  A washing machine is a home appliance for washing clothes automatically. In a typical washing machine, a motor spins a drum to agitate clothes together with water containing detergent to remove dirt from the clothes.

[0005]  A drum type washing machine is becoming very common. In the drum type washing machine, clothes are lifted and dropped to force water and detergent solution to pass through the clothes to remove dirt from the clothes. Since the clothes are lifted and dropped in the drum, the drum type washing machine can clearly washes the clothes while damaging the clothes less than other types of washing machines. Also, the drum type washing machine can wash more clothes at a time than other types of washing machines.

[0006]  Further, a washing machine combined with a dryer is introduced to eliminate the inconvenience of using a washing machine and a dryer separately. Washing machines combined with a dryer can be classified into a condenser type and a vented type depending on a drying method.

[0007]  The washing machine combined with the condenser type dryer removes residual moisture from clothes by circulating a heated air through a drum. On the contrary, the washing machine combined with the vented type dryer removes residual moisture from clothes by blowing a heated air into a drum and discharging the air to the outside through a tub and an air-vent duct. Here, the air discharged has a relatively high humidity because it has taken moisture from the clothes in the drum.

[0008]  The washing machine combined with the vented type dryer is provided at an upper portion with a dryer duct in which a flower fan and a heater are installed. The blower fan draws in air from between a cabinet and a tub, and the heater applies heat to the air. An outlet of the dryer duct is connected to a drum to direct the heated air into the drum. The air takes moisture from clothes in the drum and then the air is discharged to the outside.

[0009]  However, the washing machine combined with the vented dryer has a disadvantage in that a hot steam, generated during a hot water washing operation, flows reversely into the dryer duct and leaks to the outside.

[0010]  That is, through an inlet of the dryer duct where the blower fan is installed, the steam reversely flows toward a space between the tub and the cabinet and discharged to the outside of the washing machine through a gap defined at a connecting portion of the cabinet, thereby increasing humidity of the room and causing problems such as mildew on the walls.

[0011]  Further, the steam makes the cabinet rusted. Furthermore, when the steam infiltrates, into electric compo-

nents and condenses therein, it causes malfunction of electrical components and increases the possibility of a fire.

## SUMMARY OF THE INVENTION

[0012]  Accordingly, the present invention is directed to a washing machine combined with a dryer that substantially obviates one or more problems due to limitations and disadvantages of the related art.

[0013]  An object of the present invention is to provide a washing machine combined with a dryer, in which a hot steam generated during a hot water washing operation is prevented from reversely flowing to the outside of the washing machine through a dryer duct.

[0014]  Additional advantages, objects, and features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from practice of the invention. The objectives and other advantages of the invention may be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

[0015]  To achieve these objects and other advantages and in accordance with the purpose of the invention, as embodied and broadly described herein, a washing machine combined with a dryer includes: a tub; a dryer duct installed outside of the tub, the dryer duct including an air inlet to introduce a surrounding air, an air outlet connected to the tub to allow the introduced air to flow into the tub, and an air passage formed between the air inlet and the air outlet to pass the introduced air therethrough; a dryer fan installed in the dryer duct to draw in the surrounding air; a heater installed in the dryer duct to apply heat to the drawn-in air; and a screening unit installed in the dryer duct to selectively block the flow of the air.

[0016]  In another aspect of the present invention, a washing machine combined with a dryer includes: a cabinet; a tub accommodated in the cabinet; a dryer duct allowing a surrounding air to flow inside of the tub from between the cabinet and the tub; a dryer fan installed in the dryer duct to draw in the surrounding air; a heater installed in the dryer duct to apply heat to the drawn-in air; and a screening unit including a screen rotatably installed in the dryer fan and a hinge protruded from a side of the screen.

[0017]  In a further another aspect of the present invention, a washing machine combined with a dryer includes: a dryer duct; a dryer fan installed in the dryer duct to draw in a surrounding air; a heater installed in the dryer duct to apply heat to the drawn-in air; and a screening unit including a screen rotatably installed in the dryer fan and a hinge protruded from a side of the screen.

[0018]  According to the present invention, the hot steam generated during the hot water washing operation is prevented from reversely flowing to the outside of the washing machine through the dryer duct.

[0019]  Therefore, problems resulting from high humidity in room, such as mildew on walls, can be prevented.

[0020]  Further, the cabinet or the tub of the washing machine can be prevented from rusting.

[0021]  Furthermore, the electrical components of the washing machine can be prevented from firing and malfunctioning.

[0022]  It is to be understood that both the foregoing general description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0023]  The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings:

[0024]  FIG. 1 is a perspective view of a washing machine combined with a vented dryer that is provided with a screening unit to prevent an adverse flow of steam according to the present invention;

[0025]  FIG. 2 is a side sectional view of the washing machine combined with the vented dryer depicted in FIG. 1;

[0026]  FIG. 3 is a perspective view of a screening unit according to an embodiment of the present invention;

[0027]  FIG. 4 shows an inside of a dryer duct during a heat drying operation according to an embodiment of the present invention;

[0028]  FIG. 5 shows an inside of a dryer duct when a heat drying operation is not carried out according to an embodiment of the present invention;

[0029]  FIG. 6 is a perspective view of a screening unit according to another embodiment of the present invention;

[0030]  FIG. 7 shows an inside of a dryer duct during a heat drying operation according to another embodiment of the present invention; and

[0031]  FIG. 8 shows an inside of a dryer duct when a heat drying operation is not carried out according to another embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

[0032]  Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

[0033]  FIG. 1 is a perspective view of a washing machine combined with a vented dryer that is provided with a screening unit to prevent an adverse flow of steam according to the present invention, and FIG. 2 is a side sectional view of the washing machine combined with the vented dryer depicted in FIG. 1.

[0034]  Referring to FIGS. 1 and 2, a washing machine combined with a dryer 100 includes an enclosing cabinet 110, a front cover 111 installed on a front of the cabinet 110, a door 120 openable mounted at a center of the front cover 111 for loading clothes, a tub 130 installed in the cabinet 110 to receive water, and a drum 135 installed in the tub 130 to receive clothes to be washed.

[0035]  Also, the washing machine combined with the dryer 100 includes a motor 140, a control panel 112, a detergent dispenser 150, and a water inlet valve 180. The motor 140 is mounted on a back of the tub 130 with its shaft connected to the drum 135 to drive the drum 135, the control panel 112 is formed on an upper side of the front cover 111 with a plurality of buttons for a user to select operating conditions, the detergent dispenser 150 is installed beside the control panel 112 to receive washer detergents, fabric softeners, or the like, and the water inlet valve 180 is installed on an upper rear of inside of the cabinet 110 to control the inflow of water to the detergent dispenser 150.

[0036]  Further, the washing machine combined with the dryer 100 includes a water inlet line 181 and a bellows 151. The water inlet line 181 connects the water inlet valve 180 and the detergent dispenser 150 for the water inflow, and the bellows 151 connects the detergent dispenser 150 and the tub 130 to allow the water to flow into the tub 130 after it is mixed with the wash detergents in the detergent dispenser 150.

[0037]  Further, the washing machine combined with the dryer 100 includes a damper 131, a drain tube 171, a drain pump 170, and a drain hose 172. The damper 131 supports the tub 130 to dampen the vibration generated when the drum 135 is rotated, the drain tube 171 is connected to a bottom of the tub 130 to drain the water contaminated during a washing operation, the drain pump 170 is connected to an end of the drain tube 171 to pump out the contaminated water, and the drain hose 172 is connected from the drain pump 170 to the outside to discharge the pumped water to the outside.

[0038]  Further, the washing machine combined with the dryer 100 includes a dryer duct 300, a heater 162, a fan 160, a screening unit 400, a connecting tub 200, and an air-vent duct 190. The dryer duct 300 introduces surrounding air into the drum 135 to start a heat drying operation after the clothes are washed, rinsed, and spin dried. The heater 162 is installed in the dryer duct 300 to heat the introduced air to a high temperature, and the dryer fan 160 is installed in the dryer duct 300 to draw in the surrounding air. The screening unit 400 is pivotably installed in the dryer duct 300 to prevent a hot steam, generated in the drum 135 during a hot water washing operation, from reversely flowing through the dryer duct 300 to the outside. The air-vent duct 190 is installed in a rear side of the cabinet 110 and the connecting tub 200 is connected between the tub 130 and the air-vent duct 190, such that the air containing lots of moisture taken from the clothes during the heat drying operation can be discharged from the drum 135 to the outside.

[0039]  An operation of the washing machine combined with the dryer 100 will now be described.

[0040]  First, a user loads clothes in drum 135 through the door 120 and fills the detergent dispenser 150 with detergent or fabric softener. Then, the user selects operating conditions using the control panel 112 and presses a start button to start a washing operation.

[0041]  Upon the pressing of the start button a washing operation is started, and the water inlet valve 180 is opened to introduce water from a water source to the detergent dispenser 150. The introduced water is mixed with the

US 2006/0086001 A1

3

Apr. 27, 2006

detergent in the detergent dispenser 150 and the water containing detergent (washing water) is dropped down to the tub 130 through the bellows 151 until it fills the tub 130 to a predetermined level.

[0042]   When the washing water is filed in the tub 130 to the predetermined level, the water inlet valve 180 is closed, and the motor 140 is operated to drive the connected drum 135. The clothes, as the drum 135 is rotated, is lifted up and dropped down in the drum 135 to force the washing water to pass through it to remove dirt.

[0043]   After the washing operation, the washing water contaminated during the washing operation is drained from the tub 130 to the drain pump 170 through the drain tube 171. The drain pump 170 pumps out the contaminated water to the outside through the drain hose 172.

[0044]   Meanwhile, if the washing operation is carried out using a hot water for washing certain kinds of clothes such as white cotton clothes, a hot steam is generated in the drum 135 during the hot water washing operation and it flows reversely to the dryer duct 300. The reversely flowing steam is blocked by the screening unit 400, such that it can be prevented from reversely flowing to the outside.

[0045]   After the contaminated water is discharged, fresh water is introduced into the drum 135 through the water inlet line 181 for a rinsing operation. After the rinsing operation, a spin drying operation is .carried out. In the spin drying operation, the drum 135 is rotated at a high speed to apply centrifugal force to the clothes to remove water from the clothes. After this spin drying operation, a heat drying operation is carried out.

[0046]   In the heat drying operation, the heater 162 is powered on and heated to a high temperature, and the dryer fan 160 is rotated to draw in air into the dryer duct 300 from between the cabinet 110 and the tub 130. The drawn air is heated by the heater 162 to a high temperature and low humidity. The heated air is flows into the drum 135 along the dryer duct 300 to take moisture from the clothes in the drum 135. After taking moisture from the clothes, the air becomes humid and it is discharged from the drum 135 to the outside through the connecting tub 200 and the air-vent duct 190.

[0047]   FIG. 3 is a perspective view of a screening unit according to an embodiment of the present invention.

[0048]   Referring to FIG. 3, when assembled, the screening unit 400 is installed in the dryer duct 300 to prevent a hot steam from reversely flowing from the drum 135 to the outside through the dryer duct 300 during the hot water washing operation.

[0049]   The screening unit 400 includes a screen 410 and a hinge 420. Substantially, the screen 410 is shaped after the inside shape of the dryer duct 300. The hinge 420 is protruded at each upper side of the screen 410, such that the screening unit 400 can be pivotally installed.

[0050]   That is, the hinge 420 is formed along an end of the screen 410 to protrude outwardly, such that when the screening unit 400 is installed in the 300 the screen 410 can be tilted about the hinge 420 by the pressure of air flowing through the dryer duct 300. When assembled, the hinge 420 is rotatably fitted into each inner side of the 300, such that the screening unit 400 can be rotated a predetermined angle from a closed position to allow airflow from the dryer fan

160 to the tub 130 When the heat drying operation is carried out. On the other hand, the screening unit 400 can be maintained in a vertical, closed position when the heat drying operation is not carried out.

[0051]   A configuration and operation of the dryer fan 300, in which the screening unit is installed, will now be more fully described with reference to the accompanying drawings.

[0052]   FIG. 4 shows an inside of a dryer duct during a heat drying operation according to an embodiment of the present invention.

[0053]   Referring to FIG. 4, the screening unit 400 in the dryer duct 300 is tilted at a certain angle during a heat drying operation.

[0054]   The dryer duct 300, in which the screening unit 400 is installed, includes a fan receiving portion 310, an air passage 330, an air outlet 340, and an air inlet 320. The fan receiving portion 310 has a smooth curvature and receives the dryer fan 160 to provide an air passage, the air outlet 340 is defined at an end of the air passage 330 to direct air drawn in by the dryer fan 160 toward the tub 130, and the air inlet 320 is extended downwardly from a bottom of the fan receiving portion 310 and formed with a hole to pass air therethrough.

[0055]   In detail, the heater 162 is mounted in the air passage 330 to heat the air drawn in by the dryer fan 160 before the air flows into the tub 130, and the air passage 330 is bent downwardly at its end for connection with the tub 130. The fan receiving portion 310 has a smooth curvature to minimize airflow resistance. That is, when the dryer fan 160 draws in air in an axial direction and blows the air in a radial direction, the air is smoothly guided by the smooth curvature of the wall of the dryer duct 300, thereby reducing the airflow resistance.

[0056]   Meanwhile, in the dryer duct 300, the screening unit 400 is installed to allow airflow from the dryer fan 160 to the tub 130 during the heat drying operation and to prevent a hot steam from reversely flowing from the tub 130 to the dryer fan 160 during the hot water washing operation.

[0057]   If the screening unit 400 is installed in front of the heater 162, hot air from the heater 162 may deform the screening unit 400 or burn the screening unit 400. Therefore, the screening unit 400 may be installed in the dryer duct 300 between the dryer fan 160 and the heater 162. However, the installation location is not limited to the position between the dryer fan 160 and the heater 162. The screening unit 400 may be installed between the heater 162 and the air outlet 340 if it is made of heat resistant material.

[0058]   Also, for an easy rotation by the air blown from the dryer fan 160 and a high durability against the hot steam from the tub 130, the screening unit 400 may be made of light and rustproof material, such as stainless steel.

[0059]   Further, a rotation control unit such as a stopper 350 may be protruded from an inner bottom of the dryer duct 300 to prevent the screening unit 400 from rotating toward the dryer fan 160 from a vertically closed position.

[0060]   The stopper 350 may include one or more protrusions or may be formed in a continuous rib shape. By the

4

stopper **350**, the screening unit **400** is prevented from rotating toward the dryer fan **160** by the reversely flowing hot steam during the washing operation, such that the hot steam can be prevented from reversely flowing into the dryer fan **160** and reversely passing through the air inlet **320**.

[0061]   Alternatively, the screening unit **400** may have the same width as the inner width of the dryer duct **300** but have a longer height than the inner height of the dryer duct **300**, such that the screening unit **400** is inclined at a predetermined angle when it closed the dryer duct **300**. Therefore, the screening unit **400** can be prevented from rotating toward the dryer fan **160** from a closed position without the stopper **350**.

[0062]   In a heat drying operation, the dryer fan **160** is rotated to draw in air from between the cabinet **110** and the tub **130**. The drawn air flows along the inner wall of the fan receiving portion **310** and reaches the screening unit **400**, and the screening unit **400** is rotated a predetermined angle by the pressure of the air to allow the air to flow toward the air outlet **340** along the air passage **330**. The air, as it passes through the air passage **330**, is heated to a high temperature by the heater **162**. The heated air further flows into the tub **130** through the air outlet **340**. Then, the heated air enters the drum **135** from the tub **130** through a plurality of holes defined in the drum **135**. In the drum **135**, the heated, low-humidity air takes moisture from the clothes to dry the clothes.   .

[0063]   FIG. 5 shows an inside of a dryer duct when a heat drying operation is not carried out according to an embodiment of the present invention.

[0064]   Referring to FIG. 5, when the heat drying operation is not carried out, the screening unit **400** is kept in a closed position to close the dryer duct **300**.

[0065]   When the hot steam, generated from the drum **135** in the washing or rinsing operation, reversely flows to the dryer duct **300**, the screening unit **400** blocks the hot steam. Therefore, the hot steam can be prevented from flowing into the inner space between the cabinet **110** and the tub **130** through the air inlet **320**.

[0066]   That is, the screening unit **400** is kept in a vertically closed position as shown in FIG. 5. The stopper **350** securely supports the screening unit **400** against the pushing force of the hot steam, such that the screening unit **400** can be stably kept in the closed position without rotation to the dryer fan **160**.

[0067]   Meanwhile, by making the height of the screening unit **400** longer than the inner height of the dryer duct **300** as described above, the screening unit **400** can be stably kept in the closed position at an inclined angle without the support of the stopper **350**.

[0068]   FIG. 6 is a perspective view of a screening unit according to another embodiment of the present invention.

[0069]   Referring to FIG. 6, a screening unit **500** is provided to prevent the reverse flow of the hot steam. The screening unit **500** includes a screen **510**, a rotation control unit such as stoppers **530** formed at a lower end of the screen **510**, and a hinge **520** protruded from each side of the screen **510**.

[0070]   Each of the stopper **530** is extended from the lower end of the screen **510**, and it includes a support rod **532**

extended from the screen **510** at a predetermined angle and a weight **531** formed at a free end of the support rod **532**.

[0071]   When a heat drying operation is carried out, the screen **510** comes into contact with the inner bottom of the dryer duct **300** to open the dryer duct **300**. On the other hands, when the heat drying operation is not carried out, the screen **510** is rotated up from the inner bottom of the dryer duct **300** to close the dryer duct **300**. In this closed position, the support rod **532** prevents over rotation of the screen **510** toward the dryer fan **160**. That is, the screen **510** is kept in a stand-up position (closed position) when the heat drying operation is not carried out.

[0072]   If the support rod **532** is extended from the screen **510** at a right angle, the screen **510** may have the same width and height as the inner width and height of the dryer duct **300**. Further, if the support rod **532** is extended from the screen **510** at an angle larger than 90 degrees, the screen **510** makes an angle with the vertical when it is rotated up from the closed position. Therefore, the screen **510** may have the same width as the inner width of the dryer duct **300** but a height lager than the inner height of the dryer duct **300** in order to securely close the dryer duct **300** when it is rotated up from the closed position.

[0073]   The length of the support rod **532** and the size of the weight **531** are properly selected such that the screen **510** can make contact with the inner bottom of the dryer duct **300** during the heat drying operation and it can be rotated up by the torque generated by the weight **531** and the support rod **532** after the heat drying operation.

[0074]   In detail, during washing and rinsing operations, the weight **531** and the support rod **532** make contact with the inner bottom of the dryer duct **300**, and the screen **510** closes the dryer duct **300**. In the heat drying operation after the rinsing operation, the screen **510** is rotated down and makes contact with the inner bottom of the dryer duct **300** by the pressure of the air drawn in by the dryer fan **160**, such that the dryer duct **300** can be opened during the heat drying operation. After the heat drying operation, the screen **510** is rotated up to close the dryer duct **300** again. That is, the torque generated by the weight **531** is larger than the torque generated by weight of the screen **510**, such that the screen **510** can be rotated upwardly about the hinge **520** to close the dryer duct **300** when the heat drying operation is not carried out.

[0075]   FIG. 7 shows an inside of a dryer duct during a heat drying operation according to another embodiment of the present invention, and FIG. 8 shows an inside of a dryer duct when a heat drying operation is not carried out according to another embodiment of the present invention.

[0076]   The screening unit **500** is in an open position to open the dryer duct **300** during the heat drying operation as shown in FIG. 7, and the screening unit **500** is in a close position to close the dryer duct **300** when the heat drying operation is not carried out as shown in FIG. 8.

[0077]   In detail, the screening unit **500** is installed in the dryer duct **300** and it is rotatable in the dryer duct **300** about the hinge **520**. That is, the hinge **520**, protruded from each lower side of the screening unit **500**, is rotatably fitted into the inner wall of the dryer duct **300**. When the dryer fan **160** draws in air from the outside for the heat drying operation, the screen **510** comes into contact with the inner bottom of

5

the dryer duct 300 by the pressure of the drawn air, such that the air can flow to the air passage 330 where it is heated by the heater 162. After heated, the air further flows toward the tub 130 through the air outlet 340.

[0078]   Meanwhile, during the washing and rinsing operations, the screen 510 is rotated up by the stopper 530, and the stopper 530 comes into contact with the inner bottom of the dryer duct 300. Here, the screen 510 may make an angle with the vertical according to the angle between the screen 510 and the support rod 532 of the stopper 530. That is, if the support rod 532 and the screen 510 make an angle larger than 90 degrees, the screen 510 closes the dryer duct 300 at an inclined angle to the vertical.

[0079]   Further, an elastic member such as a spring can be used to maintain the screen 510 in the rotated-position (close position) when the heat drying operation is not carried out.

[0080]   The spring may have one end abutted on the screen 510 and the other end abutted on the inner bottom of the dryer duct 300. When the heat drying operation is carried out, the air blown from the dryer fan 160 rotates down the 510 while compressing the spring, and after the heat drying operation the spring rotates up the screen 510 and maintains the screen 510 in the rotated-up position.

[0081]   It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention. Thus, it is intended that the present invention covers the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A washing machine combined with a dryer, comprising:

a tub;

a dryer duct installed outside of the tub, the dryer duct including an air inlet to introduce a surrounding air, an air outlet connected to the tub to allow the introduced air to flow into the tub, and an air passage formed between the air inlet and the air outlet to pass the introduced air therethrough;

a dryer fan installed in the dryer duct to draw in the surrounding air;

a heater installed in dryer duct to apply heat to the drawn-in air; and

a screening unit installed in the dryer duct to selectively block the flow of the air.

2. The washing machine according to claim 1, wherein the screening unit is rotatably installed in the dryer duct.

3. The washing machine according to claim 1, wherein the screening unit is made of stainless steel.

4. The washing machine according to claim 1, wherein the screening unit includes:

a screen having a predetermined size; and

a hinge protruded from a side of the screen to allow rotation of the screen.

5. The washing machine according to claim 4, wherein the predetermined size of the screen is equal to or larger than the interior size of the cross section of the dryer fan.

6. The washing machine according to claim 1, wherein the dryer duct further includes a stopper protruded from an inner surface thereof to prevent over-rotation of the screening unit.

7. The washing machine according to claim 6, wherein the stopper is a protrusion or a rib.

8. The washing machine according to claim 1, wherein the screening unit includes:

a screen;

a hinge protruded from a side of the screen; and

a stopper formed at an end of the screen.

9. The washing machine according to claim 8, wherein the screen and the stopper make an angle of 90 degrees or more with each other.

10. The washing machine according to claim 8, wherein the stopper includes:

a support rod extended from the end of screen with a predetermine length; and

a weight formed at a free end of the support rod with a predetermined size.

11. The washing machine according to claim 1, wherein the screening unit opens the dryer duct when a heat drying operation is carried out and closes the dryer duct when the heat drying operation is not carried out.

12. The washing machine according to claim 1, further comprising an elastic member to facilitate the selective blocking action of the screening unit, the elastic member having one end connected to the screening unit and the other end connected to an inner surface of the dryer duct.

13. The washing machine according to claim 1, wherein the screening unit is installed between the dryer fan and the heater.

14. A washing machine combined with a dryer, comprising:

a cabinet;

a tub accommodated in the cabinet;

a dryer duct allowing a surrounding air to flow inside of the tub from between the cabinet and the tub;

a dryer fan installed in the dryer duct to draw in the surrounding air;

a heater installed in the dryer duct to apply heat to the drawn-in air; and

a screening unit including a screen rotatably installed in the dryer duct and a hinge protruded from a side of the screen.

15. The washing machine according to claim 14, wherein the screening unit is made of heat and/or rust resistant material.

16. The washing machine according to claim 14, wherein the screen has a height larger than the interior height of the dryer duct to prevent over-rotation of the screen toward the dryer fan when a heat drying operation is not carried out.

17. The washing machine according to claim 14, wherein when a heat drying operation is not carried out, the screening unit securely closes the dryer duct to prevent a hot steam of the tub from reversely passing through the dryer duct.

18. The washing machine according to claim 14, wherein when a heat drying operation is carried out the screen is rotated by the air draw in by the dryer fan.

**19**. The washing machine according to claim 14, further comprising a rotation control unit to keep the screen in a substantially vertical position when a heat drying operation is not carried out.

**20**. The washing machine according to claim 19, wherein the rotation control unit includes a stopper protruded from an inner surface of the dryer duct to prevent over-rotation of the screen.

**21**. The washing machine according to claim 19, wherein the rotation control unit is formed at an end of the screen and includes a weight to apply torque to the screen.

**22**. The washing machine according to claim 19, wherein the rotation control unit is a spring having one end connected to the screen and the other end connected to an inner surface of the dryer duct.

**23**. A washing machine combined with a dryer, comprising:

a dryer duct;

a dryer fan installed in the dryer duct to draw in a surrounding air;

a heater installed in the dryer duct to apply heat to the drawn-in air; and

a screening unit including a screen rotatably installed in the dryer duct and a hinge protruded from a side of the screen.

\* \* \* \* \*



US 20060101589A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2006/0101589 A1

Hong et al. (43) Pub. Date: **May 18, 2006**

(54) **WASHING MACHINE COMBINED WITH DRYER AND CONTROLLING METHOD THEREOF**

(75) Inventors: Sog Kie Hong, Seoul (KR); Young Hwan Park, Seoul (KR)

Correspondence Address:
LEE, HONG, DEGERMAN, KANG &
SCHMADEKA
14th Floor
801 S. Figueroa Street
Los Angeles, CA 90017 (US)

(73) Assignee: LG Electronics Inc.

(21) Appl. No.: 11/184,288

(22) Filed: Jul. 18, 2005

(30) Foreign Application Priority Data

Nov. 12, 2004 (KR) ..................................... 92298/2004

**Publication Classification**

(51) Int. Cl.
  D06F 29/00 (2006.01)
  D06F 35/00 (2006.01)
(52) U.S. Cl. ................................... 8/158; 68/23 R; 68/20

(57) **ABSTRACT**

A washing machine combined with a dryer is provided. In the washing machine combined with a dryer, a tub is provided, a dryer duct is installed outside of the tub to introduce a surrounding air into the tub, a heater is installed in the dryer duct to apply heat to the surrounding air, a temperature sensor is installed in the dryer duct to measure temperature inside the tub or temperature inside the dryer duct, and a dryer fan is installed in the dryer duct to draw in the surrounding air.



100

112

110

150

120

111

Case 1:08-cv-00242    Document 64-2    Filed 02/12/2008    Page 26 of 26

FIG.1

