**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, )))))))))))) | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |
| Plaintiff, | |
| v. | |
| WHIRLPOOL CORPORATION, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Vanessa C. Martí, an attorney, hereby certify that on February 12, 2008 I filed the following documents:

- CORRECTED VERSIONS (IN COLOR) OF EXHIBITS C, D, E, F, AND G TO DOCKET NO. 55 (EXPERT DECLARATION OF DR. SUBBAIAH MALLADI)

with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed color copies of the above documents to the following by overnight mail on the 11th day of February, 2008:

> Ronald Y. Rothstein
> David Alexander Latchana
> Shannon Leigh Stevens
> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

- 2 -

By:     */s/ Vanessa C. Martí*
Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

Brian D. Roche
Carey L. Bartell
Vanessa C. Martí
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000

J. A. Cragwall, Jr.
John J. Bursch
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Telephone (616) 752-2000


Attorneys for Defendant, Whirlpool Corporation