IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>  a subsidiary of LG Electronics, Inc.,<br>  a Korean company,<br><br>              Plaintiff,<br><br>    v.<br><br>WHIRLPOOL CORPORATION,<br><br><br><br>              Defendant. | Case No. 08 C 242<br><br>Hon. Amy J. St. Eve |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES
AND EXTENSION OF TIME TO REPLY**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel and pursuant to Local Rule 7.1, respectfully requests that this Court grant it leave to file a Reply Brief in excess of 15 pages in support of its Motion for a Preliminary Injunction and Request for an Expedited Hearing, and grant an extension to file such Reply until February 26, 2008. In support of its motion, LG USA states as follows:

1. On January 10, 2008, LG USA filed a Complaint alleging that Defendant Whirlpool Corporation ("Whirlpool") engaged in false advertising and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2, and the Illinois common law of unfair competition;

2. Also on January 10, 2008, LG USA filed a Motion for a Preliminary Injunction and Request for an Expedited Hearing. The Motion seeks a preliminary injunction

ordering Whirlpool to cease and desist from its false and misleading advertising and marketing campaign related to its Duet® Steam Dryer, and to take corrective action to counteract and dispel the unlawful impact and effect thereof;

3. On February 11, 2008, Whirlpool filed its 22-page, one and one-half spaced Memorandum of Law in Opposition to LG USA's Motion for Preliminary Injunction. This memorandum is accompanied by four expert declarations, one of which is 64 pages long plus 386 pages of exhibits, and another of which is 36 pages long plus 348 pages of exhibits. The filing is 6 inches thick!

4. In the course of fully and adequately addressing all of the issues raised in Whirlpool's Memorandum and otherwise relevant to injunctive relief, LG USA does not believe that it will be able to meet the 15-page limit set forth in Local Rule 7.1.  LG USA's anticipates that up to 10 additional pages will be necessary for its Reply Brief;

5. LG USA submits that the arguments and legal research presented in its Reply Brief will assist the Court in a just and expedient determination of the issues to be resolved.

6. Also, LG USA's Reply in Support of its Motion for Preliminary Injunction is currently due February 19, 2008.  Due to the size and number of arguments contained within Whirlpool's Memorandum of Law in Opposition, LG USA anticipates needing more time to adequately address the numerous issues raised in Whirlpool's Memorandum.

7. LG USA has ten attorneys working every waking moment on the reply brief. LG USA would be able to meet the current deadline but for the demands on third party and internal experts required to respond to the lengthy and unduly complex expert declarations

filed by Whirlpool. While LG USA contends that Whirlpool's expert declarations are merely an attempt at sandbagging and obfuscation, they must be dealt with and cannot be left unrefuted.

LG USA therefore seeks until February 26, 2008 to file its Reply in Support of its Motion for Preliminary Injunction and Request for Expedited Hearing.

8. Granting LG USA's extension will not prejudice any party or disrupt any court schedules already in place. The parties are not set to appear before the Court until March 5, 2008 for a status hearing, which is more than one week after the extension LG USA seeks.

9. Further, counsel for LG USA has discussed both the filing of a reply in excess of the 15 page limit and the February 26, 2008 extension with Whirlpool's counsel. Whirlpool's counsel agreed on February 12, 2008 not to oppose either of LG USA's requests.

WHEREFORE, for all the foregoing reasons, LG USA respectfully requests that this Court grant its motion for leave to file a Reply Brief in excess of 15 pages in support of its Motion for a Preliminary Injunction and Request for an Expedited Hearing, and grant an extension to file such Reply until February 26, 2008.

Dated:  February 13, 2008                           Respectfully submitted,

                                                                               **LG ELECTRONICS U.S.A., INC.**

                                                                               By:  /s/ Ronald Y. Rothstein_____
                                                                                       One of its attorneys

Ronald Y. Rothstein – rrothstein@winston.com
David A. Latchana – dlatchana@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Unopposed Motion for Leave to File a Brief in Excess of 15 Pages and Extension of Time to Reply** has been served on the following via the Court's electronic filing system this 13th day of February, 2008.

>Brian D. Roche
>Carey L. Bartell
>Vanessa C. Marti
>REED SMITH LLP
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois 60606

>/s/ Ronald Y. Rothstein_____
>One of LG USA's Attorneys