IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, <br><br> Plaintiff, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | ) ) ) ) Case No. 08 C 242 ) ) ) ) Hon. Amy J. St. Eve ) ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:   Brian D. Roche
    Carey L. Bartell
    Vanessa C. Marti
    REED SMITH LLP
    10 South Wacker Drive, 40th Floor
    Chicago, Illinois 60606

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on February 19, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Plaintiff LG Electronics U.S.A., Inc.'s Unopposed Motion for Leave to File a Brief in Excess of 15 Pages and Extension of Time to Reply**, a copy of which has been served upon you.

Dated:  February 13, 2008             Respectfully submitted,

                                              **LG ELECTRONICS U.S.A., INC.**


                                              By:  /s/ Ronald Y. Rothstein_____
                                                        One of its attorneys

                                            Ronald Y. Rothstein – rrothstein@winston.com
                                            David A. Latchana – dlatchana@winston.com
                                            WINSTON & STRAWN LLP
                                            35 West Wacker Drive
                                            Chicago, Illinois  60601
                                            (312) 558-5600 – telephone
                                            (312) 558-5700 – facsimile

                                            *Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Motion** has been served on the following counsel of record via the Court's electronic filing system this 13th day of February, 2008.

> Brian D. Roche
> Carey L. Bartell
> Vanessa C. Marti
> REED SMITH LLP
> 10 South Wacker Drive, 40th Floor
> Chicago, Illinois 60606

> /s/ Ronald Y. Rothstein_____
> One of LG USA's Attorneys