IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) |
| Plaintiff, | ) **Case No. 08 C 242** ) ) **Hon. Amy J. St. Eve** ) |
| v. | ) ) **Magistrate Judge Mason** |
| WHIRLPOOL CORPORATION, | ) ) ) ) |
| Defendant. | ) |

**INDEX OF EXHIBITS TO MEMORANDUM OF LAW
OF PLAINTIFF LG ELECTRONICS U.S.A., INC.
<u>IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE</u>**

| Exhibit No. | Description of Document |
|---|---|
| 1. | Declaration of Hwan Joo Myung, executed on February 13, 2008. |
| 2. | Declaration of Timothy E. Kavanaugh, executed on February 12, 2008. |
| 3A. | Travel from Benton Harbor, Michigan to federal courthouses in Chicago and Grand Rapids, Michigan. *Mapquest Driving Directions*, http://www.mapquest.com/directions (last visited Feb. 12, 2008). |
| 3B. | Travel from St. Joseph, Michigan to federal courthouses in Chicago and Grand Rapids, Michigan. *Mapquest Driving Directions*, http://www.mapquest.com/directions (last visited Feb. 11, 2008). |
| 4. | Whirlpool's Response to LG USA's Second Set of Interrogatories, dated January 31, 2008. |
| 5. | Whirlpool's Response to LG USA's First Set of Requests for Admission, dated January 31, 2008. |

| | |
|---|---|
| 6. | Travel from Seoul, Korea to federal courthouses in Chicago, Grand Rapids, and Kalamazoo.  Korean Air, http://www.koreanair.com (last visited Feb. 11, 2008); Travelocity, http://www.travelocity.com (last visited Feb. 5, 2008). |
| 7. | Travel from Lincolnshire, Illinois to federal courthouses in Chicago, Grand Rapids, and Kalamazoo.  *Mapquest Driving Directions*, http://www.mapquest.com/directions (last visited Feb. 12, 2008). |
| 8. | Travel from Champaign, Illinois to federal courthouses in Chicago, Grand Rapids, and Kalamazoo.  *Mapquest Driving Directions*, http://www.mapquest.com/directions (last visited Feb. 13, 2008). |
| 9. | Travel from New Jersey to federal courthouses in Chicago, Grand Rapids, and Kalamazoo.  Travelocity, http://www.travelocity.com (last visited Feb. 5, 2008). |
| 10. | Docket congestion statistics for the Northern District of Illinois and Western District of Michigan.  *Federal Court Management Statistics* (2006), http://www.uscourts.gov/cgi-bin/cmsd2006.pl & http://www.uscourts.gov/cgi-bin/fcmcodes2006.pl (last visited Feb. 11, 2008). |