# Exhibit

# 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>   a subsidiary of LG Electronics, Inc.,<br>   a Korean company | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.      08 C 242 |
| v. | ) ) | Judge St. Eve |
| WHIRLPOOL CORPORATION, | ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## DECLARATION OF HWAN JOO MYUNG

I, Hwan Joo Myung, hereby state and declare the following:

1.     My name is Hwan Joo Myung.  I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein.  Everything stated herein is of my own personal knowledge.  I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

2.     I am employed by LG Electronics ("LG") as Engineering Manager at LG Electronics U.S.A., Inc.'s  ("LG USA") office at Lincolnshire, Illinois.

3.     In my current position as Engineering Manager, I have been involved in the development, design and production of the LG Tromm Steam Dryer and Washer.

4.     LG USA, a sales subsidiary of LG, has its principal place of business in Englewood Cliffs, New Jersey, and an office in Lincolnshire, Illinois, which employs approximately 200 employees.

5.     LG USA's Lincolnshire office provides technical, quality assurance, training, development, finance, public relations, business, advertising, marketing, sales, and customer support for LG products, including the LG Tromm Steam Dryer and Washer.  LG USA's Lincolnshire office also performs on-site testing of LG products in its own lab.

6.     A core team of approximately 50 engineers was responsible for the design and development of the LG Tromm Steam Dryer and Washer, which is relevant to this litigation. Members of the team include the following likely witnesses, who are located in Lincolnshire, Illinois: Hwan Joo Myung, Engineering Manager, David Palmer, Quality Manager; Antonio Vieria, Quality Director; Heejin Lee, Engineering Director; and Vicki Wyatt, Engineering Manager.

7.     Members of the core team of approximately 50 engineers who were responsible for the design and development of the LG Tromm Steam Dryer and Washer, which is relevant to this litigation, also include the following likely witnesses, who are located in Changwon, Korea: Chul Jin Choi, Chief Research Engineer; Dong Geun Lee, Chief Research Engineer; Lee Tae Hee, Chief Research Engineer; Ju Han Yoon, Chief Research Engineer; Seog Ho Go, Chief Research Engineer; Sang Hun Bae, Senior Research Engineer; Chang Woo Son, Senior Research Engineer; Yeon Sik Choi, Research Engineer; Seon Il Heo, Research Engineer; Jin Kyoung Kim, Research Engineer; Dong An Kim, Senior Research Engineer; and Il Tak Han, Senior Research Engineer.

8.     To my knowledge, none of LG's employees knowledgeable about the technology used in the Tromm Steam Dryer and Washer are located in Michigan.

9.     All documents related to the technology used in the LG Tromm Steam Dryer and Washer are generated and located at LG's headquarters in Korea.  Documents are also retained in Lincolnshire, Illinois as needed for its activities.

EXECUTED this _13_ day of February, 2008.

_____
Hwan Joo Myung