# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.   08 C 242 |
| v. | ) ) | Judge St. Eve |
| WHIRLPOOL CORPORATION, | ) ) ) | Magistrate Judge Mason |
| Defendant. | ) ) ) | |

### DECLARATION OF TIMOTHY E. KAVANAUGH

I, Timothy E. Kavanaugh, hereby state and declare the following:

1. My name is Timothy E. Kavanaugh. I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein. Everything stated herein is of my own personal knowledge. I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

2. I am employed by LG Electronics ("LG") as Director of Merchandising at LG Electronics U.S.A., Inc.'s ("LG USA") principal place of business at Englewood Cliffs, New Jersey.

3. In my current position as Director of Merchandising, I am responsible for the sales, promotion, training, and development of LG products, including the LG Tromm Steam

Dryer and Washer. I also oversee the launch of new products and was responsible for overseeing the launch of the LG Tromm Steam Dryer and Washer.

4. LG USA, a sales subsidiary of LG, has its principal place of business in Englewood Cliffs, New Jersey, and an office in Lincolnshire, Illinois, which employs approximately 200 employees.

5. LG USA's New Jersey office serves as the headquarters of sales for LG products in the United States and provides sales support for LG products, including the LG Tromm Steam Dryer and Washer.

6. Several different teams of LG employees who were involved in and are knowledgeable about the marketing and advertising for the LG Tromm Steam Dryer and Washer, including LG's product development, marketing, training, and public relations groups, are located in Korea, New Jersey, and Illinois. Members of the teams include likely witness Tae Jin Lee, Product Manager, who is located in New Jersey.

7. To my knowledge, none of LG's employees with knowledge of the marketing and advertising for the LG Tromm Steam Dryer and Washer are located in Michigan.

8. All documents related to the marketing and advertising for the LG Tromm Steam Dryer and Washer are in New Jersey, Korea, and Lincolnshire, Illinois as needed for its activities.

9. Several third parties have knowledge of or were involved in the decision-making with respect to the advertising and marketing of the LG Tromm Steam Dryer and Washer. Such third parties include:

  a. Moore Creative Group, Ltd., an advertising and merchandising firm, located in Barrington, Illinois, that assisted in the development of training materials and brochures for the LG Tromm Steam Dryer and Washer;

  b. Steelhead Advertising, an advertising firm, located in Sherwood, Oregon, that assisted in the development of LG's advertising campaign for the Tromm Steam Washer;

  c. Vendaria Media, Inc., a visual media merchandising firm, located in Seattle, Washington, that assisted in the development of LG's advertising campaign for the Tromm Steam Washer;

  d. Brand Buzz, a division of Young & Rubicam, an advertising firm, located in New York, New York, that assisted in the development of LG's advertising campaign for the Tromm Steam Dryer and Washer;

  e. Nordicom, a media and communication research firm, located in Fairfield, New Jersey, that assisted in the development of marketing materials such as spread sheets and catalogs for the LG Tromm Steam Dryer and Washer; and

  f. Hoffman York, an advertising and public relations firm, located in Milwaukee, Wisconsin, that assisted in the development of point of purchase advertising materials for the LG Tromm Steam Washer.

  10. Additionally, third party Hauser & Associates, Inc., located in New Jersey, has knowledge of or was involved in conducting consumer research with respect to the LG Tromm Steam Dryer and Washer.

  EXECUTED this _12_ day of February, 2008.

_____
Timothy E. Kavanaugh