# Exhibit 3A

# MAPQUEST

**Notes:**
From Whirlpool's headquarters to Chicago Courthouse

**Start:** 2000 N M 63
Benton Harbor, MI 49022-2632, US

**End:** 210 S Dearborn St
Chicago, IL 60604-1502, US

| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 hour, 49 minutes    **Total Est. Distance:** 99.93 miles | |
| **1:** Start out going SOUTH on MI-63 S toward BENSON RD. | 3.8 miles |
| **2:** Stay STRAIGHT to go onto MAIN ST / I-94 BR. Continue to follow I-94 BR. | 5.3 miles |
| **3:** Merge onto I-94 W (Crossing into INDIANA). | 53.3 miles |
| **4:** Take the RIPLEY ST / IN-51 N / TOLL ROAD exit- EXIT 16. | 0.1 miles |
| **5:** Merge onto I-90 W toward CHICAGO SKYWAY / CHICAGO (Portions toll) (Crossing into ILLINOIS). | 28.5 miles |
| **6:** Keep RIGHT to take I-90 W. | 7.0 miles |
| **7:** Take the EISENHOWER EXPY / I-290 W exit- EXIT 51H- toward WEST SUBURBS / CONGRESS PKWY / CHICAGO LOOP. | 0.4 miles |
| **8:** Merge onto I-290 E / EISENHOWER EXPY E toward CONGRESS PKWY / CHICAGO LOOP. | 0.5 miles |
| **9:** I-290 E / EISENHOWER EXPY E becomes W CONGRESS PKWY. | 0.4 miles |
| **10:** Turn LEFT onto S DEARBORN ST. | 0.2 miles |
| **11:** End at **210 S Dearborn St** Chicago, IL 60604-1502, US | |
| **Total Est. Time:** 1 hour, 49 minutes    **Total Est. Distance:** 99.93 miles | |

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

# MAPQUEST

**Notes:**
From Whirlpool's headquarters to Grand Rapids Courthouse

**Start:** 2000 N M 63
Benton Harbor, MI 49022-2632, US

**End:** 110 Michigan St Nw
Grand Rapids, MI 49503-2300, US

| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 hour, 11 minutes     **Total Est. Distance:** 77.51 miles | |
| **1:** Start out going NORTHEAST on MI-63 toward MONTE RD. | 6.7 miles |
| **2:** Turn RIGHT onto MI-63 / HAGAR SHORE RD. | 0.3 miles |
| **3:** Merge onto I-196 N via the ramp on the LEFT toward HOLLAND. | 70.1 miles |
| **4:** Take the OTTAWA AVE exit- EXIT 77C- toward DOWNTOWN. | 0.1 miles |
| **5:** Turn RIGHT onto MICHIGAN ST NW. | <0.1 miles |
| **6:** End at **110 Michigan St Nw** Grand Rapids, MI 49503-2300, US | |
| **Total Est. Time:** 1 hour, 11 minutes     **Total Est. Distance:** 77.51 miles | |

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.