# Exhibit 3B

# MAPQUEST

**Start:** 3612 Lakeshore Dr
Saint Joseph, MI 49085-2978, US

**End:** 210 S Dearborn St
Chicago, IL 60604-1502, US

**Notes:**
From Whirlpool's St. Joseph Center to Chicago Courthouse



## Directions                                                                Distance

**Total Est. Time:** 1 hour, 38 minutes     **Total Est. Distance:** 93.44 miles

| | | |
|---|---|---|
| START | **1:** Start out going SOUTH on I-94 BR / LAKESHORE DR toward ORLEANS CIR. Continue to follow I-94 BR. | 2.7 miles |
| WEST 94 | **2:** Merge onto I-94 W (Crossing into INDIANA). | 53.3 miles |
| 16 EXIT | **3:** Take the RIPLEY ST / IN-51 N / TOLL ROAD exit- EXIT 16. | 0.1 miles |
| WEST 90 | **4:** Merge onto I-90 W toward CHICAGO SKYWAY / CHICAGO (Portions toll) (Crossing into ILLINOIS). | 28.5 miles |
| WEST 90 | **5:** Keep RIGHT to take I-90 W. | 7.0 miles |
| 51H EXIT | **6:** Take the EISENHOWER EXPY / I-290 W exit- EXIT 51H- toward WEST SUBURBS / CONGRESS PKWY / CHICAGO LOOP. | 0.4 miles |
| EAST 290 | **7:** Merge onto I-290 E / EISENHOWER EXPY E toward CONGRESS PKWY / CHICAGO LOOP. | 0.5 miles |
| ↑ | **8:** I-290 E / EISENHOWER EXPY E becomes W CONGRESS PKWY. | 0.4 miles |
| ← | **9:** Turn LEFT onto S DEARBORN ST. | 0.2 miles |
| END | **10:** End at **210 S Dearborn St** Chicago, IL 60604-1502, US | |

**Total Est. Time:** 1 hour, 38 minutes     **Total Est. Distance:** 93.44 miles

# MAPQUEST

**Start:** 3612 Lakeshore Dr
Saint Joseph, MI 49085-2978, US

**End:** 110 Michigan St Nw
Grand Rapids, MI 49503-2300, US

**Notes:**
From Whirlpool's St. Joseph Center to Grand Rapids Courthouse



| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 hour, 22 minutes     **Total Est. Distance:** 88.46 miles | |
| **1:** Start out going NORTH on I-94 BR / LAKESHORE DR toward HAWTHORNE AVE. Continue to follow I-94 BR. | 0.6 miles |
| **2:** Turn RIGHT onto HILLTOP RD. | 0.9 miles |
| **3:** Turn RIGHT onto MI-63 / NILES RD. | 2.0 miles |
| **4:** Merge onto I-94 E. | 6.7 miles |
| **5:** Merge onto I-196 N via EXIT 34 toward HOLLAND / GD RAPIDS. | 77.7 miles |
| **6:** Take the OTTAWA AVE exit- EXIT 77C- toward DOWNTOWN. | 0.1 miles |
| **7:** Turn RIGHT onto MICHIGAN ST NW. | <0.1 miles |
| **8:** End at **110 Michigan St Nw** Grand Rapids, MI 49503-2300, US | |

**Total Est. Time:** 1 hour, 22 minutes     **Total Est. Distance:** 88.46 miles