# Exhibit

# 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC. <br> a subsidiary of LG Electronics, Inc., <br> a Korean company <br><br> Plaintiff, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.:   08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

**WHIRLPOOL'S RESPONSE TO LG ELECTRONICS U.S.A., INC.'S
FIRST SET OF REQUESTS FOR ADMISSION**

Defendant Whirlpool Corporation ("Whirlpool") hereby responds to LG Electronics U.S.A., Inc.'s ("LG") First Set of Requests for Admission as follows:

**GENERAL RESPONSES AND OBJECTIONS**

Whirlpool's responses to LG's First Set of Requests for Admission are made subject to each of the general responses and objections below, and to such other objections as may be stated in the specific responses to each request for admission.

1. Whirlpool objects to each request for admission to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work-product privilege, or any other applicable privilege.

2. Whirlpool objects to LG's definitions of the words "Whirlpool," "Defendant," "You," and "Yours," including the portion of those definitions that includes Whirlpool's "agents . . . or other persons (including, without limitation, attorneys, accountants and advisors) acting or purporting to act on its behalf," as inaccurate and overly broad. The only defendant named in

LG's complaint is Whirlpool Corporation. Whirlpool's responses herein are limited to the actual defendant, Whirlpool Corporation.

3. The General Responses and Objections set forth in Whirlpool's responses to LG's Second Set of Interrogatories and Third Set of Document Requests are incorporated herein.

4. Whirlpool reserves the right to modify, amend, or supplement its General Responses and Objections, any additional specific objections, and any Responses made herein.

## RESPONSES TO REQUESTS FOR ADMISSION

1. Admit that attorneys employed by or associated with Reed Smith LLP ("Reed Smith"), and resident in Reed Smith's Chicago office, provide or have provided advertising counsel to Whirlpool regarding laundry care products.

**RESPONSE:** Whirlpool objects to this request to admit as vague with respect to timeframe and the term "advertising counsel." Without waiving its objections, Whirlpool admits that attorneys employed by or associated with Reed Smith LLP and resident in Reed Smith's Chicago office provide or have provided counsel to Whirlpool regarding advertising for laundry care products from time to time.

Dated: January 31, 2008

Respectfully submitted,

WHIRLPOOL CORPORATION, Defendant

By: _____
Brian D. Roche
Carey L. Bartell
Vanessa C. Martí
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000

Attorneys for Defendant, Whirlpool Corporation

Of counsel:
J. A. Cragwall, Jr.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Telephone (616) 752-2000


2137348