# Exhibit

# 6



| Your Search<br>Depart Mon, Feb 11<br>from **$1,691** | Flights + 4 Nights Hotel<br>Save with TotalTrip SM<br>from **$1,854** | | | | | |
|---|---|---|---|---|---|---|

Prices shown are for e-tickets. Paper tickets require additional fees.

| | Northwest Airlines | Delta Air Lines | United | Air Canada | US Airways | American Airlines |
|---|---|---|---|---|---|---|
| **All 2 Nonstops**<br>displayed below | ---<br>0 nonstops | **$2,219**<br>1 nonstop | ---<br>0 nonstops | ---<br>0 nonstops | **$2,907**<br>1 nonstop | ---<br>0 nonstops |
| **All Flights**<br>17 flights | **$1,691**<br>5 flights | **$2,219**<br>1 flight | **$2,720**<br>5 flights | **$2,881**<br>2 flights | **$2,907**<br>1 flight | **$2,927**<br>1 flight |

Featured Package  Flights + 4 Nights Hotel from **$1,854**

## Select Departing Flight for Mon, Feb 11

2 flight

| Airline | Departure Time | Arrival Time | Total Travel Time | Rou<br>inclu |
|---|---|---|---|---|
| **Delta Air Lines**<br>Flight 7863 operated by Korean Air<br>View Seats | 11:40am<br>Seoul, South Korea (ICN) | 9:30am<br>Chicago, IL (ORD) | 12hrs 50min - Nonstop | **$2,219**<br>per person |
| **US Airways**<br>Flight 5208 operated by Asiana Airlines<br>View Seats | 7:15pm<br>Seoul, South Korea (ICN) | 5:00pm<br>Chicago, IL (ORD) | 12hrs 45min - Nonstop | **$2,907**<br>per person |

### Your Flight to Grand Rapids, MI (GRR)
**Departing:** Mon, Feb 11 - **Returning:** Fri, Feb 15 | 1 Adult
Change Your Search   Save to FareWatcher Plus<sup>SM</sup>

| Your Search | Flights + 4 Nights Hotel |
|---|---|
| Depart Mon, Feb 11 from **$1,689** | Save with TotalTrip <sup>SM</sup> from **$1,881** |

### Information about your flight results.
- We have listed itineraries which are similar to your request.
- You can select from this list, or modify your search.
- Your original criteria is only available for searches within the US and Canada.
- Results for your main search are below.

Prices shown are for e-tickets. Paper tickets require additional fees.

|  | Northwest Airlines | US Airways | Delta Air Lines | Continental Airlines | United | American Airlines |
|---|---|---|---|---|---|---|
| **All 15 1-Stops** displayed below | --- 0 flights | $2,186 3 flights | $2,337 12 flights | --- 0 flights | --- 0 flights | --- 0 flights |
| **All Flights** 23 flights | $1,689 2 flights | $2,186 3 flights | $2,337 12 flights | $2,360 2 flights | $2,742 3 flights | $3,003 1 flight |

**Featured Package**    Flights + 4 Nights Hotel from **$1,881**

## Select Departing Flight for Mon, Feb 11
23 flight o|

| Airline | Departure Time | Arrival Time | Total Travel Time | |
|---|---|---|---|---|
| **Northwest Airlines** Flight 8 / 12 / 3442 | 11:05am Seoul, South Korea (ICN) | 2:49pm Grand Rapids, MI (GRR) | **17hrs 44min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Detroit, MI (DTW) | $ p |
| View Seats | | | | |
| **Northwest Airlines** Flight 8 / 20 / 5610 | 11:05am Seoul, South Korea (ICN) | 3:40pm Grand Rapids, MI (GRR) | **18hrs 35min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Minneapolis, MN (MSP) | $ p |
| View Seats | | | | |
| **US Airways** Flight 5208 operated by Asiana Airlines / Flight 5950 operated by United | 7:15pm Seoul, South Korea (ICN) | 8:26pm Grand Rapids, MI (GRR) | **15hrs 11min** - 1 Stop Change planes in Chicago, IL (ORD) | $ p |
| View Seats | | | | |
| **US Airways** Flight 5208 operated by Asiana Airlines / Flight 7390 operated by UNITED EXPRESS/GO JET | 7:15pm Seoul, South Korea (ICN) | 11:23pm Grand Rapids, MI (GRR) | **18hrs 8min** - 1 Stop Change planes in Chicago, IL (ORD) | $ p |
| View Seats | | | | |

| Airlines | Depart | Arrive | Duration | Price |
|---|---|---|---|---|
| **Delta Air Lines** Flight 7863 operated by Korean Air  **US Airways** Flight 6450 operated by United  View Seats | 11:40am Seoul, South Korea (ICN) | 6:10pm Grand Rapids, MI (GRR) | 20hrs 30min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **United** Flight 106  View Seats | 11:40am Seoul, South Korea (ICN) | 6:10pm Grand Rapids, MI (GRR) | 20hrs 30min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **US Airways** Flight 5950 operated by United  View Seats | 11:40am Seoul, South Korea (ICN) | 8:26pm Grand Rapids, MI (GRR) | 22hrs 46min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **American Airlines** Flight 4279 operated by American Eagle  View Seats | 11:40am Seoul, South Korea (ICN) | 7:35pm Grand Rapids, MI (GRR) | 21hrs 55min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **American Airlines** Flight 4006 operated by American Eagle  View Seats | 11:40am Seoul, South Korea (ICN) | 2:00pm Grand Rapids, MI (GRR) | 16hrs 20min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe 3 s at |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **United** Flight 664  View Seats | 11:40am Seoul, South Korea (ICN) | 8:26pm Grand Rapids, MI (GRR) | 22hrs 46min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **United** Flight 5370 operated by UNITED EXPRESS/GO JET  View Seats | 11:40am Seoul, South Korea (ICN) | 3:50pm Grand Rapids, MI (GRR) | 18hrs 10min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **US Airways** Flight 7261 operated by UNITED EXPRESS/GO JET  View Seats | 11:40am Seoul, South Korea (ICN) | 3:50pm Grand Rapids, MI (GRR) | 18hrs 10min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe |
| **Delta Air Lines** Flight 7863 operated by Korean Air  **American Airlines** Flight 4177 operated by American Eagle | 11:40am Seoul, South Korea (ICN) | 4:05pm Grand Rapids, MI (GRR) | 18hrs 25min - 1 Stop Change planes in Chicago, IL (ORD) | $ pe 3 s at |

| | | | | | |
|---|---|---|---|---|---|
| | | | View Seats | | |
| ▲ | **Delta Air Lines**<br>Flight 7855 operated by Korean Air / Flight 3402 operated by EXPRESSJET FOR CONTINENTAL AIRLINES<br>View Seats | 11:00am<br>Seoul, South Korea (ICN) | 4:43pm<br>Grand Rapids, MI (GRR) | **19hrs 43min** - 1 Stop<br>Change planes in New York, NY - transfer from New York J F Kennedy International Airport (JFK) to Newark Liberty International Airport (EWR) | $<br><br>pe |
| ▲ | **Delta Air Lines**<br>Flight 7851 operated by Korean Air / Flight 4586<br><br>View Seats | 10:05am<br>Seoul, South Korea (ICN) | 4:52pm<br>Grand Rapids, MI (GRR) | **20hrs 47min** - 1 Stop<br>Change planes in Atlanta, GA (ATL) | $<br><br>pe<br>1<br>at |
| ▲ | **Delta Air Lines**<br>Flight 7851 operated by Korean Air / Flight 4373<br><br>View Seats | 10:05am<br>Seoul, South Korea (ICN) | 2:25pm<br>Grand Rapids, MI (GRR) | **18hrs 20min** - 1 Stop<br>Change planes in Atlanta, GA (ATL) | $<br><br>pe |
| | **Continental Airlines**<br>Flight 6310 operated by Korean Air / Flight 6 / Flight 2114 operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>View Seats | 11:20am<br>Seoul, South Korea (ICN) | 11:04pm<br>Grand Rapids, MI (GRR) | **25hrs 44min** - 2 Stops<br>Change planes in Tokyo, Japan (NRT)<br>Change planes in Houston, TX (IAH) | $<br><br>pe<br>3 s<br>at |
| | **US Airways**<br>Flight 5208 operated by Asiana Airlines<br>**United**<br>Flight 664<br>View Seats | 7:15pm<br>Seoul, South Korea (ICN) | 8:26pm<br>Grand Rapids, MI (GRR) | **15hrs 11min** - 1 Stop<br>Change planes in Chicago, IL (ORD) | $<br><br>pe |
| | **United**<br>Flight 4666 operated by Asiana Airlines / Flight 200 / Flight 5326 operated by UNITED EXPRESS/GO JET<br>View Seats | 6:00pm<br>Seoul, South Korea (ICN) | 11:23pm<br>Grand Rapids, MI (GRR) | **19hrs 23min** - 2 Stops<br>Change planes in Seattle/Tacoma, WA (SEA)<br>Change planes in Chicago, IL (ORD) | $<br><br>pe |
| AA | **American Airlines**<br>Flight 5850 operated by Japan Airlines / Flight 154 / Flight 4279 operated by American Eagle<br>View Seats | 2:00pm<br>Seoul, South Korea (ICN) | 7:35pm<br>Grand Rapids, MI (GRR) | **19hrs 35min** - 2 Stops<br>Change planes in Tokyo, Japan (NRT)<br>Change planes in Chicago, IL (ORD) | $<br><br>pe |
| | **United**<br>Flight 884 / Flight 5370 operated by UNITED EXPRESS/GO JET<br><br><br>View Seats | 12:15pm<br>Seoul, South Korea (ICN) | 3:50pm<br>Grand Rapids, MI (GRR) | **17hrs 35min** - 2 Stops<br>Stop in Tokyo, Japan (NRT)<br>Change planes in Chicago, IL (ORD) | $<br><br>pe<br>1<br>at |
| | **United**<br>Flight 884<br>**US Airways**<br>Flight 7261 operated by UNITED EXPRESS/GO JET<br>View Seats | 12:15pm<br>Seoul, South Korea (ICN) | 3:50pm<br>Grand Rapids, MI (GRR) | **17hrs 35min** - 2 Stops<br>Stop in Tokyo, Japan (NRT)<br>Change planes in Chicago, IL (ORD) | $<br><br>pe<br>2 s<br>at |
| | **Continental Airlines**<br>Flight 6317 operated | 3:00pm | 11:04pm | **22hrs 4min** - 2 Stops | |



| | by Korean Air / Flight 394 / Flight 2114 operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS | Seoul, South Korea (ICN) | Grand Rapids, MI (GRR) | Change planes in Los Angeles, CA (LAX) Change planes in Houston, TX (IAH) | $ pe 1 at |



| Home | Flights | Hotels | Cars/Rail | Vacation Packages | Cruises | Last Minute Packages | Activities |

**Your Flight to Kalamazoo, MI (AZO)**
**Departing:** Mon, Feb 11 - **Returning:** Fri, Feb 15 | 1 Adult
Change Your Search    Save to FareWatcher Plus<sup>SM</sup>

Hot

| Your Search | Flights + 4 Nights Hotel |
|---|---|
| Depart Mon, Feb 11 | Save with TotalTrip <sup>SM</sup> |
| from **$1,689** | from **$1,848** |

 **Information about your flight results.**
- We have listed itineraries which are similar to your request.
- You can select from this list, or modify your search.
- Your original criteria is only available for searches within the US and Canada.
- Results for your main search are below.

Prices shown are for e-tickets. Paper tickets require additional fees.

|  | Northwest Airlines | US Airways | Delta Air Lines | United | American Airlines |
|---|---|---|---|---|---|
| **All 6 1-Stops** displayed below | --- 0 flights | $2,307 1 flight | $2,311 5 flights | --- 0 flights | --- 0 flights |
| **All Flights** 25 flights | $1,689 4 flights | $2,307 3 flights | $2,311 9 flights | $2,374 7 flights | $2,996 2 flights |

| Featured Package  | Flights + 4 Nights Hotel from **$1,848** |

## Select Departing Flight for Mon, Feb 11

25 flight o|

| Airline | Departure Time | Arrival Time | Total Travel Time | |
|---|---|---|---|---|
| **Northwest Airlines** Flight 8 / 12 / 5858 View Seats | 11:05am Seoul, South Korea (ICN) | 6:25pm Kalamazoo, MI (AZO) | **21hrs 20min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Detroit, MI (DTW) | $ p |
| **Northwest Airlines** Flight 8 / 12 / 3139 View Seats | 11:05am Seoul, South Korea (ICN) | 2:53pm Kalamazoo, MI (AZO) | **17hrs 48min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Detroit, MI (DTW) | $ p |
| **US Airways** | 7:15pm | 9:00pm | **15hrs 45min** - 1 Stop | |

http://travel.travelocity.com/flights/AirSearch.do?intl=true&SEQ=1202238052640152008    2/5/2008

| | | | | | |
|---|---|---|---|---|---|
| | Flight 5208 operated by Asiana Airlines<br>**American Airlines**<br>Flight 4502 operated by American Eagle<br>View Seats | Seoul, South Korea (ICN) | Kalamazoo, MI (AZO) | Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7863 operated by Korean Air<br>**United**<br>Flight 5899 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 11:40am<br>Seoul, South Korea (ICN) | 3:25pm<br>Kalamazoo, MI (AZO) | **17hrs 45min** - 1 Stop<br>Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7863 operated by Korean Air<br>**United**<br>Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 11:40am<br>Seoul, South Korea (ICN) | 6:40pm<br>Kalamazoo, MI (AZO) | **21hrs** - 1 Stop<br>Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7863 operated by Korean Air<br>**American Airlines**<br>Flight 4505 operated by American Eagle<br>View Seats | 11:40am<br>Seoul, South Korea (ICN) | 3:30pm<br>Kalamazoo, MI (AZO) | **17hrs 50min** - 1 Stop<br>Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7863 operated by Korean Air<br>**American Airlines**<br>Flight 4502 operated by American Eagle<br>View Seats | 11:40am<br>Seoul, South Korea (ICN) | 9:00pm<br>Kalamazoo, MI (AZO) | **23hrs 20min** - 1 Stop<br>Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7863 operated by Korean Air<br>**American Airlines**<br>Flight 4249 operated by American Eagle<br>View Seats | 11:40am<br>Seoul, South Korea (ICN) | 7:05pm<br>Kalamazoo, MI (AZO) | **21hrs 25min** - 1 Stop<br>Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7851 operated by Korean Air / Flight 1418 / 6233<br>View Seats | 10:05am<br>Seoul, South Korea (ICN) | 5:35pm<br>Kalamazoo, MI (AZO) | **21hrs 30min** - 2 Stops<br>Change planes in Atlanta, GA (ATL)<br>Change planes in Cincinnati, OH (CVG) | $ pe |
| | **United**<br>Flight 892 / 136 / Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 3:05pm<br>Seoul, South Korea (ICN) | 6:40pm<br>Kalamazoo, MI (AZO) | **17hrs 35min** - 2 Stops<br>Change planes in San Francisco, CA (SFO)<br>Change planes in Chicago, IL (ORD) | $ pe |
| | **Delta Air Lines**<br>Flight 7859 operated by Korean Air / Flight 1194 / 6428<br>View Seats | 3:00pm<br>Seoul, South Korea (ICN) | 10:15pm<br>Kalamazoo, MI (AZO) | **21hrs 15min** - 2 Stops<br>Change planes in Los Angeles, CA (LAX)<br>Change planes in Cincinnati, OH (CVG) | $ pe |
| | **US Airways**<br>Flight 5206 operated by Asiana Airlines | 6:00pm<br>Seoul, South Korea (ICN) | 9:00pm<br>Kalamazoo, MI (AZO) | **17hrs** - 2 Stops<br>Change planes in Seattle/Tacoma, WA (SEA) | $ |

| Airline / Flight | Depart | Arrive | Duration / Stops | Price |
|---|---|---|---|---|
| **American Airlines** Flight 874 / Flight 4502 operated by American Eagle View Seats | | | Change planes in Chicago, IL (ORD) | pe |
| **US Airways** Flight 5206 operated by Asiana Airlines **Northwest Airlines** Flight 250 / 373 View Seats | 6:00pm Seoul, South Korea (ICN) | 10:29pm Kalamazoo, MI (AZO) | **18hrs 29min** - 2 Stops Change planes in Seattle/Tacoma, WA (SEA) Change planes in Detroit, MI (DTW) | $ pe 2 s at |
| **Delta Air Lines** Flight 7859 operated by Korean Air / Flight 44 / 6428 View Seats | 3:00pm Seoul, South Korea (ICN) | 10:15pm Kalamazoo, MI (AZO) | **21hrs 15min** - 2 Stops Change planes in Los Angeles, CA (LAX) Change planes in Cincinnati, OH (CVG) | $ pe 2 s at |
| **United** Flight 892 / 136 **American Airlines** Flight 4249 operated by American Eagle View Seats | 3:05pm Seoul, South Korea (ICN) | 7:05pm Kalamazoo, MI (AZO) | **18hrs** - 2 Stops Change planes in San Francisco, CA (SFO) Change planes in Chicago, IL (ORD) | $ pe |
| **Northwest Airlines** Flight 8 **United** Flight 884 / Flight 5899 operated by UNITED EXPRESS/SKYWEST View Seats | 11:05am Seoul, South Korea (ICN) | 3:25pm Kalamazoo, MI (AZO) | **18hrs 20min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe 1 at |
| **United** Flight 4666 operated by Asiana Airlines **American Airlines** Flight 874 / Flight 4502 operated by American Eagle View Seats | 6:00pm Seoul, South Korea (ICN) | 9:00pm Kalamazoo, MI (AZO) | **17hrs** - 2 Stops Change planes in Seattle/Tacoma, WA (SEA) Change planes in Chicago, IL (ORD) | $ pe |
| **American Airlines** Flight 5850 operated by Japan Airlines / Flight 154 / Flight 4502 operated by American Eagle View Seats | 2:00pm Seoul, South Korea (ICN) | 9:00pm Kalamazoo, MI (AZO) | **21hrs** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe |
| **American Airlines** Flight 5850 operated by Japan Airlines / Flight 154 / Flight 4249 operated by American Eagle View Seats | 2:00pm Seoul, South Korea (ICN) | 7:05pm Kalamazoo, MI (AZO) | **19hrs 5min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe |
| **United** Flight 4666 operated by Asiana Airlines **Northwest Airlines** Flight 250 / 373 View Seats | 6:00pm Seoul, South Korea (ICN) | 10:29pm Kalamazoo, MI (AZO) | **18hrs 29min** - 2 Stops Change planes in Seattle/Tacoma, WA (SEA) Change planes in Detroit, MI (DTW) | $ pe 2 s at |
| **Northwest Airlines** Flight 8 **United** Flight 884 | 11:05am Seoul, South Korea (ICN) | 3:30pm Kalamazoo, MI (AZO) | **18hrs 25min** - 2 Stops Change planes in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe 1 at |

| | | | | | |
|---|---|---|---|---|---|
| **American Airlines** Flight 4505 operated by American Eagle View Seats | | | | | |
| **Delta Air Lines** Flight 7863 operated by Korean Air / Flight 6017 / 6233 View Seats | 11:40am Seoul, South Korea (ICN) | 5:35pm Kalamazoo, MI (AZO) | **19hrs 55min** - 2 Stops Change planes in Chicago, IL (ORD) Change planes in Cincinnati, OH (CVG) | $ pe | |
| **United** Flight 884 / Flight 5899 operated by UNITED EXPRESS/SKYWEST View Seats | 12:15pm Seoul, South Korea (ICN) | 3:25pm Kalamazoo, MI (AZO) | **17hrs 10min** - 2 Stops Stop in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe 1 at | |
| **United** Flight 884 **American Airlines** Flight 4505 operated by American Eagle View Seats | 12:15pm Seoul, South Korea (ICN) | 3:30pm Kalamazoo, MI (AZO) | **17hrs 15min** - 2 Stops Stop in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe | |
| **United** Flight 884 / Flight 5979 operated by UNITED EXPRESS/SKYWEST View Seats | 12:15pm Seoul, South Korea (ICN) | 6:40pm Kalamazoo, MI (AZO) | **20hrs 25min** - 2 Stops Stop in Tokyo, Japan (NRT) Change planes in Chicago, IL (ORD) | $ pe 1 at | |

Change Your Search | Save to FareWatcher Plus[SM]        **25 flight**