# Exhibit

# 7


# MAPQUEST

**Notes:**
Travel from Lincolnshire to Chicago

**Start:** 2000 Millbrook Dr
Lincolnshire, IL 60069-3630, US

**End:** 210 S Dearborn St
Chicago, IL 60604-1502, US

| Directions | Distance |
|---|---|
| **Total Est. Time:** 44 minutes    **Total Est. Distance:** 33.92 miles | |
| **1:** Start out going EAST on IL-22 / W HALF DAY RD / HALF DAY RD toward SCHELTER RD. Continue to follow IL-22 / W HALF DAY RD. | 2.7 miles |
| **2:** Merge onto I-94 E toward INDIANA (Portions toll). | 29.6 miles |
| **3:** Take the EISENHOWER EXPY / I-290 W / CONGRESS PKWY exit- EXIT 51H-I- toward WEST SUBURBS / CHICAGO LOOP. | 0.1 miles |
| **4:** Take the CONGRESS PKWY exit- EXIT 51I- on the LEFT toward CHICAGO LOOP. | 0.3 miles |
| **5:** Merge onto I-290 E / EISENHOWER EXPY E. | 0.3 miles |
| **6:** I-290 E / EISENHOWER EXPY E becomes W CONGRESS PKWY. | 0.4 miles |
| **7:** Turn LEFT onto S DEARBORN ST. | 0.2 miles |
| **8:** End at **210 S Dearborn St** Chicago, IL 60604-1502, US | |
| **Total Est. Time:** 44 minutes    **Total Est. Distance:** 33.92 miles | |

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.



**Notes:**
Travel from Lincolnshire to Grand Rapids

**Start:** 2000 Millbrook Dr
Lincolnshire, IL 60069-3630, US

**End:** 110 Michigan St Nw
Grand Rapids, MI 49503-2300, US

| Directions | Distance |
|---|---|
| **Total Est. Time:** 3 hours, 29 minutes    **Total Est. Distance:** 210.44 miles | |
| **1:** Start out going EAST on IL-22 / W HALF DAY RD / HALF DAY RD toward SCHELTER RD. Continue to follow IL-22 / W HALF DAY RD. | 2.7 miles |
| **2:** Merge onto I-94 E toward INDIANA (Portions toll). | 37.2 miles |
| **3:** Keep LEFT to take I-90 E via EXIT 59A toward INDIANA TOLL RD (Portions toll) (Crossing into INDIANA). | 27.9 miles |
| **4:** Merge onto I-94 E via EXIT 21 toward DETROIT (Crossing into MICHIGAN). | 64.5 miles |
| **5:** Merge onto I-196 N via EXIT 34 toward HOLLAND / GD RAPIDS. | 77.7 miles |
| **6:** Take the OTTAWA AVE exit- EXIT 77C- toward DOWNTOWN. | 0.1 miles |
| **7:** Turn RIGHT onto MICHIGAN ST NW. | <0.1 miles |
| **8:** End at **110 Michigan St Nw** Grand Rapids, MI 49503-2300, US | |
| **Total Est. Time:** 3 hours, 29 minutes    **Total Est. Distance:** 210.44 miles | |

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.



**Notes:**
Travel from Lincolnshire to Kalamazoo

**Start:** 2000 Millbrook Dr
Lincolnshire, IL 60069-3630, US

**End:** 410 W Michigan Ave
Kalamazoo, MI 49007-3757, US

| Directions | Distance |
|---|---|
| **Total Est. Time:** 3 hours, 5 minutes    **Total Est. Distance:** 179.13 miles | |
| **1:** Start out going EAST on IL-22 / W HALF DAY RD / HALF DAY RD toward SCHELTER RD. Continue to follow IL-22 / W HALF DAY RD. | 2.7 miles |
| **2:** Merge onto I-94 E toward INDIANA (Portions toll). | 37.2 miles |
| **3:** Keep LEFT to take I-90 E via EXIT 59A toward INDIANA TOLL RD (Portions toll) (Crossing into INDIANA). | 27.9 miles |
| **4:** Merge onto I-94 E via EXIT 21 toward DETROIT (Crossing into MICHIGAN). | 104.1 miles |
| **5:** Merge onto I-94 BR E / US-131 N via EXIT 74B toward KALAMAZOO / GRAND RAPIDS. | 2.7 miles |
| **6:** Take the US-131-BUS / I-94-BUS exit- EXIT 36A- toward KALAMAZOO. | 0.4 miles |
| **7:** Turn RIGHT onto I-94 BR E / US-131 BR N / STADIUM DR. | 3.4 miles |
| **8:** Turn SLIGHT RIGHT onto I-94 BR E / US-131 BR N / MI-43 E / W MICHIGAN AVE. | 0.3 miles |
| **9:** End at **410 W Michigan Ave** Kalamazoo, MI 49007-3757, US | |
| **Total Est. Time:** 3 hours, 5 minutes    **Total Est. Distance:** 179.13 miles | |

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.