# Exhibit

# 8

# MAPQUEST

**Start:** Champaign, IL 61820, US

**End:** 210 S Dearborn St
Chicago, IL 60604-1502, US

**Notes:**
Travel for Prof. Jacobi to Chicago



**Directions** | **Distance**

**Total Est. Time:** 2 hours, 18 minutes    **Total Est. Distance:** 135.45 miles

| | | |
|---|---|---|
| START | **1:** Start out going EAST on W WHITE ST toward S NEIL ST. | <0.1 miles |
| ← | **2:** Turn LEFT onto S WALNUT ST. | 0.4 miles |
| → | **3:** Turn RIGHT onto E WASHINGTON ST. | <0.1 miles |
| ← | **4:** Turn LEFT onto N MARKET ST. | 4.2 miles |
| NORTH 57 | **5:** Merge onto I-57 N toward KANKAKEE. | 117.7 miles |
| WEST 94 | **6:** Merge onto I-94 W / DAN RYAN EXPY W via the exit on the LEFT toward CHICAGO LOOP. | 11.2 miles |
| 51H EXIT | **7:** Take the EISENHOWER EXPY / I-290 W exit- EXIT 51H- toward WEST SUBURBS / CONGRESS PKWY / CHICAGO LOOP. | 0.4 miles |
| EAST 290 | **8:** Merge onto I-290 E / EISENHOWER EXPY E toward CONGRESS PKWY / CHICAGO LOOP. | 0.5 miles |
| ↑ | **9:** I-290 E / EISENHOWER EXPY E becomes W CONGRESS PKWY. | 0.4 miles |
| ← | **10:** Turn LEFT onto S DEARBORN ST. | 0.2 miles |
| END | **11:** End at **210 S Dearborn St** Chicago, IL 60604-1502, US | |

**Total Est. Time:** 2 hours, 18 minutes    **Total Est. Distance:** 135.45 miles

# MAPQUEST

**Start:** Champaign, IL 61820, US

**End:** 110 Michigan St Nw
Grand Rapids, MI 49503-2300, US

**Notes:**
Travel for Prof. Jacobi to Grand Rapids

MUSEUM OF
MODERN ICE
CHICAGO 2008

WORLD-CLASS EXHIBIT
FROM CANADA'S
GORDON HALLORAN

ONLY IN CHICAGO
FEBRUARY 1 - 29

START YOUR CHICAGO GETAWAY

| Directions | Distance |
|---|---|
| **Total Est. Time:** 4 hours, 25 minutes  **Total Est. Distance:** 278.13 miles | |
| **1:** Start out going EAST on W WHITE ST toward S NEIL ST. | <0.1 miles |
| **2:** Turn LEFT onto S WALNUT ST. | 0.4 miles |
| **3:** Turn RIGHT onto E WASHINGTON ST. | <0.1 miles |
| **4:** Turn LEFT onto N MARKET ST. | 4.2 miles |
| **5:** Merge onto I-57 N toward KANKAKEE. | 104.4 miles |
| **6:** Merge onto I-80 E via EXIT 345A toward INDIANA / I-294 (Portions toll) (Crossing into INDIANA). | 27.1 miles |
| **7:** Merge onto I-94 E (Crossing into MICHIGAN). | 63.8 miles |
| **8:** Merge onto I-196 N via EXIT 34 toward HOLLAND / GD RAPIDS. | 77.7 miles |
| **9:** Take the OTTAWA AVE exit- EXIT 77C- toward DOWNTOWN. | 0.1 miles |
| **10:** Turn RIGHT onto MICHIGAN ST NW. | <0.1 miles |
| **11:** End at **110 Michigan St Nw** Grand Rapids, MI 49503-2300, US | |
| **Total Est. Time:** 4 hours, 25 minutes  **Total Est. Distance:** 278.13 miles | |

# MAPQUEST

**Start:** Champaign, IL 61820, US

**End:** 410 W Michigan Ave
Kalamazoo, MI 49007-3757, US

**Notes:**
Travel for Prof. Jacobi to Kalamazoo



## Directions                                                                    Distance

**Total Est. Time:** 4 hours, 1 minute     **Total Est. Distance:** 246.81 miles

| | | |
|---|---|---|
| | **1:** Start out going EAST on W WHITE ST toward S NEIL ST. | <0.1 miles |
| | **2:** Turn LEFT onto S WALNUT ST. | 0.4 miles |
| | **3:** Turn RIGHT onto E WASHINGTON ST. | <0.1 miles |
| | **4:** Turn LEFT onto N MARKET ST. | 4.2 miles |
| | **5:** Merge onto I-57 N toward KANKAKEE. | 104.4 miles |
| | **6:** Merge onto I-80 E via EXIT 345A toward INDIANA / I-294 (Portions toll) (Crossing into INDIANA). | 27.1 miles |
| | **7:** Merge onto I-94 E (Crossing into MICHIGAN). | 103.4 miles |
| | **8:** Merge onto I-94 BR E / US-131 N via EXIT 74B toward KALAMAZOO / GRAND RAPIDS. | 2.7 miles |
| | **9:** Take the US-131-BUS / I-94-BUS exit- EXIT 36A- toward KALAMAZOO. | 0.4 miles |
| | **10:** Turn RIGHT onto I-94 BR E / US-131 BR N / STADIUM DR. | 3.4 miles |
| | **11:** Turn SLIGHT RIGHT onto I-94 BR E / US-131 BR N / MI-43 E / W MICHIGAN AVE. | 0.3 miles |
| | **12:** End at **410 W Michigan Ave** Kalamazoo, MI 49007-3757, US | |

**Total Est. Time:** 4 hours, 1 minute     **Total Est. Distance:** 246.81 miles