# Exhibit

# 9

**travelocity**

| Home | Flights | Hotels | Cars/Rail | Vacation Packages | Cruises | Last Minute Packages | Activities |

## Your Flight to Chicago, IL (ORD)

**Departing:** Mon, Feb 25 | 1 Adult
Change Your Search

**Your Search**
Depart Mon, Feb 25
from **$122**

"Total" for e-tickets incl. taxes & fees. Add'l fees for paper ticket.

|  | Delta Air Lines | Continental Airlines | United | American Airlines | US Airways |
|---|---|---|---|---|---|
| **Nonstops Only** 29 flights | — 0 nonstops | $149 Total $165 | $149 Total $165 | $149 Total $165 | $169 Total $185 |
| **All 59 Flights** displayed below | $96 Total $122 | $149 Total $165 | $149 Total $165 | $149 Total $165 | $142 Total $169 |

## Select Departing Flight for Mon, Feb 25

59 flight options: 1 - 25 | 26 - 50 | 51

| Airline | Departure Time | Arrival Time | Total Travel Time | One Way includes taxes |
|---|---|---|---|---|
| Delta Air Lines Flight 1275 / 952 View Seats | 9:59am Newark, NJ (EWR) | 4:50pm Chicago, IL (ORD) | 7hrs 51min - 1 Stop Change planes in Atlanta, GA (ATL) | **$122** per person Select |
| Delta Air Lines Flight 1661 / 1119 View Seats | 8:00am Newark, NJ (EWR) | 12:58pm Chicago, IL (ORD) | 5hrs 58min - 1 Stop Change planes in Atlanta, GA (ATL) | **$122** per person Select |
| Delta Air Lines Flight 4799 operated by Atlantic Southeast / Flight 5600 operated by Comair Inc View Seats | 7:45am Newark, NJ (EWR) | 11:20am Chicago, IL (ORD) | 4hrs 35min - 1 Stop Change planes in Cincinnati, OH (CVG) | **$122** per person Select |
| Delta Air Lines Flight 4799 operated by Atlantic Southeast / Flight 5222 operated by Comair Inc View Seats | 7:45am Newark, NJ (EWR) | 1:30pm Chicago, IL (ORD) | 6hrs 45min - 1 Stop Change planes in Cincinnati, OH (CVG) | **$122** per person Select |
| Delta Air Lines Flight 5209 operated by Comair Inc / 5222 operated by Comair Inc View Seats | 10:25am Newark, NJ (EWR) | 1:30pm Chicago, IL (ORD) | 4hrs 5min - 1 Stop Change planes in Cincinnati, OH (CVG) | **$122** per person Select |
| Delta Air Lines Flight 949 / 1119 | 7:00am | 12:58pm | 6hrs 58min - 1 Stop | **$122** |

| Airline | Flight | Depart | Arrive | Duration | Price |
|---|---|---|---|---|---|
| | | Newark, NJ (EWR) | Chicago, IL (ORD) | Change planes in Atlanta, GA (ATL) | per person |
| Delta Air Lines | Flight 1299 / 952 | 11:25am Newark, NJ (EWR) | 4:50pm Chicago, IL (ORD) | 6hrs 25min - 1 Stop Change planes in Atlanta, GA (ATL) | $122 per person |
| Delta Air Lines | Flight 1299 / 1811 | 11:25am Newark, NJ (EWR) | 6:04pm Chicago, IL (ORD) | 7hrs 39min - 1 Stop Change planes in Atlanta, GA (ATL) | $122 per person |
| Delta Air Lines | Flight 5141 operated by Comair Inc / 5600 operated by Comair Inc | 6:00am Newark, NJ (EWR) | 11:20am Chicago, IL (ORD) | 6hrs 20min - 1 Stop Change planes in Cincinnati, OH (CVG) | $122 per person |
| Delta Air Lines | Flight 1735 / 1119 | 6:00am Newark, NJ (EWR) | 12:58pm Chicago, IL (ORD) | 7hrs 58min - 1 Stop Change planes in Atlanta, GA (ATL) | $122 per person |
| Delta Air Lines | Flight 1151 / 1811 | 12:50pm Newark, NJ (EWR) | 6:04pm Chicago, IL (ORD) | 6hrs 14min - 1 Stop Change planes in Atlanta, GA (ATL) | $122 per person |
| Delta Air Lines | Flight 1151 / 1028 | 12:50pm Newark, NJ (EWR) | 7:59pm Chicago, IL (ORD) | 8hrs 9min - 1 Stop Change planes in Atlanta, GA (ATL) | $122 per person |
| Delta Air Lines | Flight 1716 / 1028 | 3:38pm Newark, NJ (EWR) | 7:59pm Chicago, IL (ORD) | 5hrs 21min - 1 Stop Change planes in Atlanta, GA (ATL) | $122 per person |
| Delta Air Lines | Flight 5257 operated by Comair Inc / Flight 3789 operated by Skywest Airlines | 5:50pm Newark, NJ (EWR) | 9:56pm Chicago, IL (ORD) | 5hrs 6min - 1 Stop Change planes in Cincinnati, OH (CVG) | $122 per person |
| United | Flight 845 | 8:45am Newark, NJ (EWR) | 10:32am Chicago, IL (ORD) | 2hrs 47min - Nonstop | $165 per person |
| American Airlines | Flight 419 | 7:35am Newark, NJ (EWR) | 9:15am Chicago, IL (ORD) | 2hrs 40min - Nonstop | $165 per person |
| Continental Airlines | Flight 1171 | 10:40am Newark, NJ (EWR) | 12:13pm Chicago, IL (ORD) | 2hrs 33min - Nonstop | $165 per person |
| United | | | | | |

| | Flight | Depart | Arrive | Duration | Price |
|---|---|---|---|---|---|
| UA | Flight 819 | 7:20am Newark, NJ (EWR) | 8:54am Chicago, IL (ORD) | 2hrs 34min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| CO | Continental Airlines Flight 1157 | 7:12am Newark, NJ (EWR) | 8:59am Chicago, IL (ORD) | 2hrs 47min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| AA | American Airlines Flight 1883 | 11:10am Newark, NJ (EWR) | 12:40pm Chicago, IL (ORD) | 2hrs 30min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| UA | United Flight 635 | 6:00am Newark, NJ (EWR) | 7:26am Chicago, IL (ORD) | 2hrs 26min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| UA | United Flight 643 | 12:03pm Newark, NJ (EWR) | 1:30pm Chicago, IL (ORD) | 2hrs 27min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| CO | Continental Airlines Flight 1163 | 12:30pm Newark, NJ (EWR) | 2:06pm Chicago, IL (ORD) | 2hrs 36min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| AA | American Airlines Flight 1025 | 1:00pm Newark, NJ (EWR) | 2:35pm Chicago, IL (ORD) | 2hrs 35min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |
| CO | Continental Airlines Flight 1225 operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS | 1:45pm Newark, NJ (EWR) | 3:15pm Chicago, IL (ORD) | 2hrs 30min - Nonstop | $165 per person [Select] |
| | View Seats | | | | |

Change Your Search                              59 flight options:   1 - 25 | 26 - 50 |

[More Flights]



Home    Flights    Hotels    Cars/Rail    Vacation Packages    Cruises    Last Minute Packages    Activities

## Your Flight to Grand Rapids, MI (GRR)

**Departing:** Mon, Feb 25 | 1 Adult
Change Your Search

**Your Search**
Depart Mon, Feb 25
from **$214**

"Total" for e-tickets incl. taxes & fees. Add'l fees for paper ticket.

|  | Northwest Airlines | Continental Airlines | United | Midwest Airlines |
|---|---|---|---|---|
| **Nonstops Only** 2 flights | --- 0 nonstops | **$249** Total $266 | --- 0 nonstops | --- 0 nonstops |
| **All 30 Flights** displayed below | **$187** Total $214 | **$249** Total $266 | **$249** Total $277 | **$364** Total $390 |

## Select Departing Flight for Mon, Feb 25

30 flight options: 1 - 25 | 26

| Airline | Departure Time | Arrival Time | Total Travel Time | One Way includes taxes |
|---|---|---|---|---|
| **Northwest Airlines** Flight 657 / 1765 <br> View Seats | 9:07am Newark, NJ (EWR) | 1:11pm Grand Rapids, MI (GRR) | 4hrs 4min - 1 Stop Change planes in Detroit, MI (DTW) | **$214** per person Select |
| **Northwest Airlines** Flight 657 / Flight 3442 operated by Mesaba Aviation <br> View Seats | 9:07am Newark, NJ (EWR) | 2:50pm Grand Rapids, MI (GRR) | 5hrs 43min - 1 Stop Change planes in Detroit, MI (DTW) | **$214** per person Select |
| **Northwest Airlines** Flight 6800 operated by EXPRESSJET AIRLINES/CO EXPRESS / Flight 1765 <br> View Seats | 8:50am Newark, NJ (EWR) | 1:11pm Grand Rapids, MI (GRR) | 4hrs 21min - 1 Stop Change planes in Detroit, MI (DTW) | **$214** per person Select |
| **Northwest Airlines** Flight 6800 operated by EXPRESSJET AIRLINES/CO EXPRESS / Flight 3442 operated by Mesaba Aviation <br> View Seats | 8:50am Newark, NJ (EWR) | 2:50pm Grand Rapids, MI (GRR) | 6hrs - 1 Stop Change planes in Detroit, MI (DTW) | **$214** per person Select |
| **Northwest Airlines** Flight 9369 operated by Delta Air Lines / 9324 operated by Delta Air Lines <br> View Seats | 10:25am Newark, NJ (EWR) | 2:23pm Grand Rapids, MI (GRR) | 3hrs 58min - 1 Stop Change planes in Cincinnati, OH (CVG) | **$214** per person Select |
| **Northwest Airlines** | 7:12am | 11:11am | 3hrs 59min - 1 Stop | |

| | Flight | Depart | Arrive | Duration | Price |
|---|---|---|---|---|---|
| | Flight 1595 / Flight 3576 operated by Mesaba Aviation<br>View Seats | Newark, NJ (EWR) | Grand Rapids, MI (GRR) | Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 1595 / 1765<br>View Seats | 7:12am<br>Newark, NJ (EWR) | 1:11pm<br>Grand Rapids, MI (GRR) | 5hrs 59min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 658 / Flight 5889 operated by Northwest Airlink<br>View Seats | 6:00am<br>Newark, NJ (EWR) | 9:50am<br>Grand Rapids, MI (GRR) | 3hrs 50min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 658 / Flight 3576 operated by Mesaba Aviation<br>View Seats | 6:00am<br>Newark, NJ (EWR) | 11:11am<br>Grand Rapids, MI (GRR) | 5hrs 11min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 651 / 1445<br>View Seats | 12:36pm<br>Newark, NJ (EWR) | 4:21pm<br>Grand Rapids, MI (GRR) | 3hrs 45min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 651 / 891<br>View Seats | 12:36pm<br>Newark, NJ (EWR) | 5:59pm<br>Grand Rapids, MI (GRR) | 5hrs 23min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 6183 operated by Continental Airlines / Flight 891<br>View Seats | 2:30pm<br>Newark, NJ (EWR) | 5:59pm<br>Grand Rapids, MI (GRR) | 3hrs 29min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 6183 operated by Continental Airlines / Flight 1695<br>View Seats | 2:30pm<br>Newark, NJ (EWR) | 8:04pm<br>Grand Rapids, MI (GRR) | 5hrs 34min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 1627 / 1695<br>View Seats | 4:03pm<br>Newark, NJ (EWR) | 8:04pm<br>Grand Rapids, MI (GRR) | 4hrs 1min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 5470 operated by EXPRESSJET AIRLINES/CO EXPRESS / Flight 1192<br>View Seats | 5:40pm<br>Newark, NJ (EWR) | 11:19pm<br>Grand Rapids, MI (GRR) | 5hrs 39min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Northwest Airlines**<br>Flight 649 / 1192<br>View Seats | 7:45pm<br>Newark, NJ (EWR) | 11:19pm<br>Grand Rapids, MI (GRR) | 3hrs 34min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$214**<br>per person<br>Select |
| | **Continental Airlines**<br>Flight 2775 operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS | 6:45am<br>Newark, NJ (EWR) | 8:57am<br>Grand Rapids, MI (GRR) | 2hrs 12min - Nonstop | **$266**<br>per person |

| | | | | | |
|---|---|---|---|---|---|
| | View Seats | | | | Select |
| **Continental Airlines**<br>Flight 2640 operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>View Seats | 2:35pm<br>Newark, NJ (EWR) | 4:38pm<br>Grand Rapids, MI (GRR) | 2hrs 3min - Nonstop | | **$266**<br>per person<br>Select |
| **United**<br>Flight 845 / Flight 5401 operated by UNITED EXPRESS/GO JET<br>View Seats | 8:45am<br>Newark, NJ (EWR) | 1:10pm<br>Grand Rapids, MI (GRR) | 4hrs 25min - 1 Stop<br>Change planes in Chicago, IL (ORD) | | **$277**<br>per person<br>Select |
| **United**<br>Flight 819 / Flight 5401 operated by UNITED EXPRESS/GO JET<br>View Seats | 7:20am<br>Newark, NJ (EWR) | 1:10pm<br>Grand Rapids, MI (GRR) | 5hrs 50min - 1 Stop<br>Change planes in Chicago, IL (ORD) | | **$277**<br>per person<br>Select |
| **United**<br>Flight 649 / 106<br>View Seats | 2:30pm<br>Newark, NJ (EWR) | 6:31pm<br>Grand Rapids, MI (GRR) | 4hrs 1min - 1 Stop<br>Change planes in Chicago, IL (ORD) | | **$277**<br>per person<br>Select |
| **United**<br>Flight 649 / 664<br>View Seats | 2:30pm<br>Newark, NJ (EWR) | 8:56pm<br>Grand Rapids, MI (GRR) | 6hrs 26min - 1 Stop<br>Change planes in Chicago, IL (ORD) | | **$277**<br>per person<br>Select |
| **United**<br>Flight 651 / 130<br>View Seats | 5:20pm<br>Newark, NJ (EWR) | 11:23pm<br>Grand Rapids, MI (GRR) | 6hrs 3min - 1 Stop<br>Change planes in Chicago, IL (ORD) | | **$277**<br>per person<br>Select |
| **United**<br>Flight 655 / 130<br>View Seats | 6:57pm<br>Newark, NJ (EWR) | 11:23pm<br>Grand Rapids, MI (GRR) | 4hrs 26min - 1 Stop<br>Change planes in Chicago, IL (ORD) | | **$277**<br>per person<br>Select |
| **Midwest Airlines**<br>Flight 2871 operated by SKYWEST AIRLINES D/B/A MIDWEST CONNECT / Flight 2020 operated by SKYWAY AIRLINES D/B/A MIDWEST CONNECT<br>View Seats | 11:15am<br>Newark, NJ (EWR) | 2:59pm<br>Grand Rapids, MI (GRR) | 3hrs 44min - 1 Stop<br>Change planes in Milwaukee, WI (MKE) | | **$390**<br>per person<br>Select |

Change Your Search                                          30 flight options:   1 - 25 |

More Flights

# travelocity

Home | Flights | Hotels | Cars/Rail | Vacation Packages | Cruises | Last Minute Packages | Activities

## Your Flight to Kalamazoo, MI (AZO)
**Departing:** Mon, Feb 25 | 1 Adult
Change Your Search

**Your Search**
Depart Mon, Feb 25
from **$429**

"Total" for e-tickets incl. taxes & fees. Add'l fees for paper ticket.

|  | Delta Air Lines | United | Northwest Airlines |
|---|---|---|---|
| **1-Stops Only** 9 flights | --- 0 flights | $451 Total $479 | $527 Total $555 |
| **All 25 Flights** displayed below | $398 Total $429 | $451 Total $479 | $527 Total $555 |

## Select Departing Flight for Mon, Feb 25

25 flight options: 1

| Airline | Departure Time | Arrival Time | Total Travel Time | One Way includes taxes |
|---|---|---|---|---|
| **Delta Air Lines** Flight 1275 / 952 **American Airlines** Flight 4502 operated by AMERICAN EAGLE View Seats | 9:59am Newark, NJ (EWR) | 9:00pm Kalamazoo, MI (AZO) | 11hrs 1min - 2 Stops Change planes in Atlanta, GA (ATL) Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 1661 / 1119 **United** Flight 5979 operated by UNITED EXPRESS/SKYWEST View Seats | 8:00am Newark, NJ (EWR) | 6:35pm Kalamazoo, MI (AZO) | 10hrs 35min - 2 Stops Change planes in Atlanta, GA (ATL) Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 4799 operated by Atlantic Southeast / Flight 5600 operated by Comair Inc **United** Flight 5899 operated by UNITED EXPRESS/SKYWEST View Seats | 7:45am Newark, NJ (EWR) | 3:00pm Kalamazoo, MI (AZO) | 7hrs 15min - 2 Stops Change planes in Cincinnati, OH (CVG) Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 4799 operated by Atlantic Southeast / Flight 5600 operated by Comair Inc **American Airlines** Flight 4505 operated by AMERICAN EAGLE | 7:45am Newark, NJ (EWR) | 3:30pm Kalamazoo, MI (AZO) | 7hrs 45min - 2 Stops Change planes in Cincinnati, OH (CVG) Change planes in Chicago, IL (ORD) | **$429** per person Select |

| Airline / Flight | Depart | Arrive | Duration / Stops | Price |
|---|---|---|---|---|
| **Delta Air Lines** Flight 4799 operated by Atlantic Southeast / Flight 5222 operated by Comair Inc<br>**United** Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 7:45am Newark, NJ (EWR) | 6:35pm Kalamazoo, MI (AZO) | 10hrs 50min - 2 Stops<br>Change planes in Cincinnati, OH (CVG)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 4799 operated by Atlantic Southeast / Flight 5222 operated by Comair Inc<br>**American Airlines** Flight 4249 operated by AMERICAN EAGLE<br>View Seats | 7:45am Newark, NJ (EWR) | 7:05pm Kalamazoo, MI (AZO) | 11hrs 20min - 2 Stops<br>Change planes in Cincinnati, OH (CVG)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 5209 operated by Comair Inc / 5222 operated by Comair Inc<br>**United** Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 10:25am Newark, NJ (EWR) | 6:35pm Kalamazoo, MI (AZO) | 8hrs 10min - 2 Stops<br>Change planes in Cincinnati, OH (CVG)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 5209 operated by Comair Inc / 5222 operated by Comair Inc<br>**American Airlines** Flight 4249 operated by AMERICAN EAGLE<br>View Seats | 10:25am Newark, NJ (EWR) | 7:05pm Kalamazoo, MI (AZO) | 8hrs 40min - 2 Stops<br>Change planes in Cincinnati, OH (CVG)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 949 / 1119<br>**United** Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 7:00am Newark, NJ (EWR) | 6:35pm Kalamazoo, MI (AZO) | 11hrs 35min - 2 Stops<br>Change planes in Atlanta, GA (ATL)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 1299 / 952<br>**American Airlines** Flight 4502 operated by AMERICAN EAGLE<br>View Seats | 11:25am Newark, NJ (EWR) | 9:00pm Kalamazoo, MI (AZO) | 9hrs 35min - 2 Stops<br>Change planes in Atlanta, GA (ATL)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 1299 / 1811<br>**American Airlines** Flight 4502 operated by AMERICAN EAGLE<br>View Seats | 11:25am Newark, NJ (EWR) | 9:00pm Kalamazoo, MI (AZO) | 9hrs 35min - 2 Stops<br>Change planes in Atlanta, GA (ATL)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 5141 operated by Comair Inc / 5600 operated by Comair Inc<br>**United** Flight 5899 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 6:00am Newark, NJ (EWR) | 3:00pm Kalamazoo, MI (AZO) | 9hrs - 2 Stops<br>Change planes in Cincinnati, OH (CVG)<br>Change planes in Chicago, IL (ORD) | **$429** per person Select |
| **Delta Air Lines** Flight 5141 operated | 6:00am | 3:30pm | 9hrs 30min - 2 Stops<br>Change planes in Cincinnati, OH | **$429** |

| Airline / Flight | Depart | Arrive | Duration / Stops | Price |
|---|---|---|---|---|
| (continued) Flight operated by Comair Inc / 5600 operated by Comair Inc<br>**American Airlines** Flight 4505 operated by AMERICAN EAGLE<br>View Seats | Newark, NJ (EWR) | Kalamazoo, MI (AZO) | (CVG)<br>Change planes in Chicago, IL (ORD) | per person<br>Select |
| **Delta Air Lines** Flight 1735 / 1119<br>**United** Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 6:00am<br>Newark, NJ (EWR) | 6:35pm<br>Kalamazoo, MI (AZO) | 12hrs 35min - 2 Stops<br>Change planes in Atlanta, GA (ATL)<br>Change planes in Chicago, IL (ORD) | **$429**<br>per person<br>Select |
| **Delta Air Lines** Flight 1151 / 1811<br>**American Airlines** Flight 4502 operated by AMERICAN EAGLE<br>View Seats | 12:50pm<br>Newark, NJ (EWR) | 9:00pm<br>Kalamazoo, MI (AZO) | 8hrs 10min - 2 Stops<br>Change planes in Atlanta, GA (ATL)<br>Change planes in Chicago, IL (ORD) | **$429**<br>per person<br>Select |
| **United** Flight 845 / Flight 5899 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 8:45am<br>Newark, NJ (EWR) | 3:00pm<br>Kalamazoo, MI (AZO) | 6hrs 15min - 1 Stop<br>Change planes in Chicago, IL (ORD) | **$479**<br>per person<br>Select |
| **United** Flight 643 / Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 12:03pm<br>Newark, NJ (EWR) | 6:35pm<br>Kalamazoo, MI (AZO) | 6hrs 32min - 1 Stop<br>Change planes in Chicago, IL (ORD) | **$479**<br>per person<br>Select |
| **United** Flight 649 / Flight 5979 operated by UNITED EXPRESS/SKYWEST<br>View Seats | 2:30pm<br>Newark, NJ (EWR) | 6:35pm<br>Kalamazoo, MI (AZO) | 4hrs 5min - 1 Stop<br>Change planes in Chicago, IL (ORD) | **$479**<br>per person<br>Select |
| **United** Flight 845<br>**Delta Air Lines** Flight 6036 operated by FREEDOM AIRLINES / Flight 6233 operated by Chautauqua Airlines<br>View Seats | 8:45am<br>Newark, NJ (EWR) | 5:35pm<br>Kalamazoo, MI (AZO) | 8hrs 50min - 2 Stops<br>Change planes in Chicago, IL (ORD)<br>Change planes in Cincinnati, OH (CVG) | **$482**<br>per person<br>Select |
| **Northwest Airlines** Flight 657 / Flight 5894 operated by Northwest Airlink<br>View Seats | 9:07am<br>Newark, NJ (EWR) | 12:59pm<br>Kalamazoo, MI (AZO) | 3hrs 52min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$555**<br>per person<br>Select |
| **Northwest Airlines** Flight 6800 operated by EXPRESSJET AIRLINES/CO EXPRESS / Flight 5894 operated by Northwest Airlink<br>View Seats | 8:50am<br>Newark, NJ (EWR) | 12:59pm<br>Kalamazoo, MI (AZO) | 4hrs 9min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$555**<br>per person<br>Select |
| **Northwest Airlines** Flight 1595 / 1682<br>View Seats | 7:12am<br>Newark, NJ (EWR) | 11:08am<br>Kalamazoo, MI (AZO) | 3hrs 56min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$555**<br>per person<br>Select |
| **Northwest Airlines** Flight 6183 operated by Continental Airlines / Flight 5858 operated by Northwest Airlink | 2:30pm<br>Newark, NJ (EWR) | 6:20pm<br>Kalamazoo, MI (AZO) | 3hrs 50min - 1 Stop<br>Change planes in Detroit, MI (DTW) | **$555**<br>per person |

Case 1:08-cv-00242    Document 73-12    Filed 02/14/2008    Page 11 of 11

| | | | | |
|---|---|---|---|---|
| View Seats | | | | Select |
| **Northwest Airlines** Flight 1627 / Flight 3046 operated by Mesaba Aviation | 4:03pm Newark, NJ (EWR) | 8:34pm Kalamazoo, MI (AZO) | 4hrs 31min - 1 Stop Change planes in Detroit, MI (DTW) | **$555** per person |
| View Seats | | | | Select |
| **Northwest Airlines** Flight 5470 operated by EXPRESSJET AIRLINES/CO EXPRESS / Flight 1756 | 5:40pm Newark, NJ (EWR) | 10:27pm Kalamazoo, MI (AZO) | 4hrs 47min - 1 Stop Change planes in Detroit, MI (DTW) | **$555** per person |
| View Seats | | | | Select |

Change Your Search                                                                 **25 flight options:**