# Exhibit

# 10

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | 10,957 | U.S. | Circuit |
| | Terminations | | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | 10,319 | | |
| | Pending | | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | 8,271 | | |
| | % Change in Total Filings | Over Last Year | | -10.6 | | | | | 78 | 6 |
| | | Over Earlier Years | | | -23.5 | -27.3 | -27.3 | -26.1 | 92 | 7 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | 3.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 367 | 412 | 481 | 505 | 506 | 498 | 66 | 5 |
| | | Civil | 330 | 369 | 437 | 461 | 459 | 470 | 46 | 4 |
| | | Criminal Felony | 26 | 34 | 32 | 38 | 39 | 28 | 90 | 7 |
| | | Supervised Release Hearings** | 11 | 9 | 12 | 6 | 8 | - | 78 | 6 |
| | Pending Cases | | 351 | 360 | 350 | 395 | 390 | 376 | 61 | 4 |
| | Weighted Filings** | | 443 | 485 | 512 | 526 | 525 | 503 | 43 | 4 |
| | Terminations | | 375 | 400 | 521 | 495 | 487 | 469 | 66 | 5 |
| | Trials Completed | | 11 | 13 | 12 | 12 | 14 | 15 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 9.9 | 87 | 7 |
| | | Civil** | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 5.6 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 26.3 | 51 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 500 | 388 | 337 | 442 | 461 | 485 | | |
| | | Percentage | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 6.4 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | 39.43 | | |
| | | Percent Not Selected or Challenged | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | 36.7 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7265 | 112 | 175 | 631 | 42 | 110 | 1401 | 977 | 565 | 496 | 1490 | 39 | 1227 |
| Criminal* | 576 | 1 | 161 | 44 | 63 | 140 | 60 | 23 | 12 | 17 | 5 | 18 | 32 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| MICHIGAN WESTERN | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 2,001 | 2,081 | 2,166 | 2,044 | 1,969 | 1,768 | U.S. | Circuit |
| | Terminations | | 1,887 | 2,165 | 2,052 | 2,113 | 1,762 | 1,698 | | |
| | Pending | | 1,547 | 1,387 | 1,489 | 1,385 | 1,488 | 1,288 | | |
| | % Change in Total Filings | Over Last Year | | -3.9 | | | | | 45 | 4 |
| | | Over Earlier Years | | | -7.6 | -2.1 | 1.6 | 13.2 | 24 | 2 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | 33.0 | 4.5 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 501 | 520 | 542 | 511 | 492 | 442 | 24 | 1 |
| | | Civil | 395 | 405 | 441 | 400 | 393 | 364 | 20 | 1 |
| | | Criminal Felony | 83 | 86 | 73 | 82 | 81 | 78 | 33 | 3 |
| | | Supervised Release Hearings** | 23 | 29 | 28 | 29 | 18 | - | 44 | 4 |
| | Pending Cases | | 387 | 347 | 372 | 346 | 372 | 322 | 44 | 6 |
| | Weighted Filings** | | 497 | 496 | 514 | 497 | 513 | 459 | 31 | 1 |
| | Terminations | | 472 | 541 | 513 | 528 | 441 | 425 | 36 | 4 |
| | Trials Completed | | 22 | 22 | 24 | 25 | 19 | 21 | 35 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.4 | 6.3 | 6.6 | 6.8 | 6.3 | 6.5 | 28 | 3 |
| | | Civil** | 8.0 | 9.0 | 9.7 | 8.3 | 9.6 | 8.0 | 17 | 1 |
| | From Filing to Trial** (Civil Only) | | 36.0 | 23.0 | 24.0 | 22.0 | 23.0 | 23.7 | 73 | 8 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 38 | 32 | 26 | 23 | 17 | 21 | | |
| | | Percentage | 2.8 | 2.7 | 2.0 | 2.0 | 1.4 | 1.9 | 9 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.3 | 1.3 | 1.4 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 40.66 | 20.88 | 24.18 | 43.96 | 47.94 | 37.44 | | |
| | | Percent Not Selected or Challenged | 43.0 | 39.1 | 39.5 | 47.7 | 55.7 | 39.2 | | |

*12-MONTH PERIOD ENDING SEPTEMBER 30*

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1578 | 117 | 8 | 698 | 23 | 17 | 106 | 146 | 71 | 55 | 193 | - | 144 |
| Criminal* | 332 | 9 | 101 | 44 | 43 | 49 | 14 | 20 | 17 | 4 | 11 | 2 | 18 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# Nature of Suit/Offense Codes

<table>
<tr><td>

**CIVIL CODES**

**A** Social Security

**B** Personal Injury/Product Liability

**C** Prisoner Petitions

**D** Forfeitures and Penalties and Tax Suits

**E** Real Property

**F** Labor Suits

**G** Contracts

**H** Torts(other than Personal/Injury/Product Liability)

**I** Copyright, Patent, and Trademark

**J** Civil Rights

**K** Antitrust

**L** All Other Civil

</td><td>

**CRIMINAL FELONY CODES**

**A** Marijuana

**B** All Other Drugs

**C** Immigration

**D** Firearms and Explosives

**E** Fraud

**F** Violent Offenses

**G** Sex Offenses

**H** Forgery and Counterfeiting

**I** Larceny and Theft

**J** Justice System Offenses

**K** Regulatory Offenses

**L** All Other Criminal Felony Cases

</td></tr>
</table>