# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

LG Electronics U.S.A., Inc.

                          Plaintiff,

v.                                                   Case No.: 1:08−cv−00242

                                                         Honorable Amy J. St. Eve

Whirlpool Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Amy J. St. Eve : MOTION by Plaintiff LG Electronics U.S.A., Inc. for leave to file excess pages, MOTION by Plaintiff LG Electronics U.S.A., Inc. for extension of time to file response/reply as to motion for preliminary injunction, motion to expedite[10] [UNOPPOSED] [67] is granted, up to 25 pages. Status hearing set for 3/5/2008 is stricken and reset to 3/19/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.