IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. ) <br> a subsidiary of LG Electronics, Inc., ) <br> a Korean company ) <br> ) <br> Plaintiff/Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> ) <br> Defendant/Counterplaintiff. ) | Civil Action No.: 08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

**JOINT INITIAL STATUS REPORT**

**1.** **The Nature of the Case**

    A.    The attorneys of record

Plaintiff/Counterdefendant LG Electronics U.S.A., Inc. ("LG") is represented by Ronald Y. Rothstein, Mary M. Hutchings, and David A. Latchana of Winston & Strawn, LLP. Lead trial attorney for LG is Ronald Y. Rothstein.

Defendant/Counterplaintiff Whirlpool Corporation ("Whirlpool") is represented by Brian D. Roche, Carey L. Bartell and Vanessa C. Martí of Reed Smith, LLP and J. A. Cragwall, Jr. and John J. Bursch of Warner Norcross & Judd LLP. Lead trial attorney for Whirlpool is J. A. Cragwall, Jr.

    B.    The basis for federal jurisdiction

This Court has federal question jurisdiction over the claims and counterclaims brought under the Lanham Act pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over the state law claims and counterclaims pursuant to 28 U.S.C. § 1367. The amount in controversy, exclusive of interests and costs, exceeds $75,000.

    C.    The nature of the claims asserted in the complaint and the counterclaims

    LG's claims:

LG has asserted claims seeking injunctive relief (both preliminary and permanent) and damages for Whirlpool's allegedly false advertising and unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, the Illinois Deceptive Trade Practices Act, 815 ILCS 510/2, and the Illinois common law of unfair competition. LG alleges that Whirlpool's use of the word "steam" in the name and advertising for its Duet® Steam Dryer is literally false.

### Whirlpool's counterclaims:

Whirlpool has asserted counterclaims seeking injunctive relief and damages for LG's allegedly false advertising and unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, the Illinois Deceptive Trade Practices Act, 815 ILCS 510/2, and the Illinois common law of unfair competition. Whirlpool alleges that LG has made and continues to make various false and/or misleading statements in its advertising regarding its Tromm Steam Washer and Dryer.

D. State the major legal and factual issues in the case

### LG's complaint:

Whether Whirlpool's use of the word "steam" in its advertising and marketing of the Duet® Steam Dryer is literally false.

Whether LG can establish that preliminary injunctive relief should be entered in its favor pending a trial on the merits of its claims.

### Whirlpool's counterclaims:

Whether LG's claims that the Tromm Steam Dryer offers "unmatched functionality" compared to other dryers, that the Tromm Steam Dryer is "steam only," that LG pioneered the "first and only steam washer and dryer," and that the Tromm Steam Washer allows dirty clothes to be removed from the washer in a clean and ready-to-wear condition after just twenty minutes, are false or misleading advertising statements.

E. The relief sought:

### By LG:

LG seeks a declaration that Whirlpool has violated Section 43(a) of the Lanham Act, the Illinois Uniform Deceptive Trade Practices Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, and the Illinois common law of unfair competition. LG also seeks to enjoin Whirlpool on a preliminary and permanent basis from making allegedly false and misleading statement about its Duet® Steam Dryer, and ordering Whirlpool to publish corrective advertising. LG also seeks treble damages, including lost profits, attorneys' fees, and costs.

### By Whirlpool:

Whirlpool seeks a declaration that LG has violated Section 43(a) of the Lanham Act, the Illinois Uniform Deceptive Trade Practices Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, and the Illinois common law of unfair competition. Whirlpool also seeks to permanently enjoin LG from making allegedly false and misleading statements about its Tromm Steam Washer and Dryer. Whirlpool also seeks treble damages, including damages based upon LG's profits for its allegedly false advertising, attorneys' fees, interest, and costs.

2. **Pending Motions and Case Plan**

    A.    <u>Pending Motions</u>:

    LG's Motion for Preliminary Injunction

    Whirlpool's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)

    B.    <u>Discovery Plan</u>:

The parties have already propounded written discovery and exchanged certain documents on an expedited basis in advance of LG's motion for preliminary injunction. The parties anticipate needing additional oral and written discovery, and propose the following schedule:

Rule 26(a)(1) disclosures by March 7, 2008
Fact discovery completed by August 1, 2008
Plaintiff/Counterplaintiff's expert reports by September 1, 2008
Defendant/Counterdefendant's expert reports by October 1, 2008
Expert discovery completed by October 22, 2008
Dispositive motions to be filed by December 19, 2008
Final pretrial order to be filed by a date to be determined by the Court after ruling on dispositive motions.

    C.    <u>Trial</u>

        1.    Both parties have requested a jury trial.

        2.    Length of Trial: 7 trial days

        3.    When the case is likely to be ready for trial: February 2009

3. **Consent to Proceed Before a Magistrate Judge**

The parties do not consent unanimously to proceed before a Magistrate Judge.

4. **Status of Settlement Discussions**

No settlement discussions have occurred. The parties do not request a settlement conference at this time, but will revisit this issue after LG's Motion for Preliminary Injunction is fully briefed.

- 4 -

Dated: February 21, 2008

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. | WHIRLPOOL CORPORATION |
| /s/Ronald Y. Rothstein | /s/Brian D. Roche |
| Ronald Y. Rothsetin<br>Mary M. Hutchings<br>David A. Latchana<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Tel: (312) 558-5600 | Brian D. Roche<br>Carey L. Bartell<br>Vanessa C. Martí<br>REED SMITH, LLP<br>10 South Wacker Drive<br>Chicago, Illinois 60606<br>Tel: (312) 207-1000<br><br>J. A. Cragwall, Jr.<br>John J. Bursch<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, Michigan 49503-2487<br>Tel: 616-752-2000 |