**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,**<br>  a subsidiary of  LG Electronics, Inc.,<br>  a Korean company | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.      08 C 242** |
| **v.** | ) | |
| | ) | **Judge St. Eve** |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | **Magistrate Judge Mason** |
| | ) | |
| **Defendant.** | ) | |

**INDEX OF EXHIBITS TO PLAINTIFF LG ELECTRONICS U.S.A., INC.'S
REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit No. | Description of Document |
|---|---|
| 1. | Supplemental Expert Declaration of Chul Jin Choi in Rebuttal to Declaration of Dr. Subbaiah Malladi. |
| 1A. | Curriculum vitae of Chul Jin Choi. |
| 2. | Declaration of Martin Block in Rebuttal to Declarations of Audrey Reed-Granger and Pamela S. Rogers. |
| 2A. | Curriculum vitae of Martin Block. |
| 2B. | Whirlpool Corporation's ("Whirlpool") website, www.whirlpool.com, feature video regarding the Duet® Steam Fabric Care System. **[filed in hard copy with the Court]** |
| 3. | National Advertising Division of the Council for Better Business Bureaus ("NAD") decisions and search results ("Group Ex. 3"). |
| 4. | Declaration of Timothy McGrady in Rebuttal to Declaration of Dr. Subbaiah Malladi. |
| 4A. | Curriculum vitae of Timothy McGrady. |
| 4B. | Association of Home Appliance Manufacturers ("AHAM") website, www.aham.org, description of AHAM and core |

services; and American National Standards Institute ("ANSI") website; www.ansi.org, overview of ANSI.

4C.     Excerpts from the Declaration of Dr. Subbaiah Malladi in Support of Whirlpool Corporation's Memorandum of Law Opposing LG's Motion for Preliminary Injunction.

5.     Supplemental Expert Declaration of Dr. Anthony M. Jacobi in Rebuttal to Declaration of Dr. Subbaiah Malladi.

5A.     Curriculum vitae of Anthony M. Jacobi.

5B.     Excerpt from Wagner, W. and A. Pruß, The IAPWS Formulation 1995 for the Thermodynamic Properties of Ordinary Water Substance for General and Scientific Use, J. Phys. Chem. Ref. Data, Vol. 31, No. 2 (2002).

5C.     Excerpt from American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. ("ASHRAE") Fundamentals Handbook (2001).

5D.     Excerpt from Leonard, C.M. and V.L. Maleev, Heat Power Fundamentals, Pitman Publishing Corp.

5E.     Excerpt from Durham, F.P., Thermodynamics, Prentice Hall, Inc.

5F.     Excerpt from Solberg, H.L., Thermal Engineering, John Wiley & Sons, Inc.

6.     NAD Reports ("Group Ex. 6").

7.     Declaration of Robert A. Leonard, Ph.D. in Rebuttal to Declaration of Dr. Judith Levi.

7A.     Curriculum vitae of Robert A. Leonard, Ph.D.

8.     [Redacted] Declaration of Mohan Rao, Ph.D. in Rebuttal to Declaration of Pamela S. Rogers.

8A.     Curriculum vitae of Mohan Rao, Ph.D.

8B.     Protective Order Exhibit A Signature of Mohan Rao, Ph.D.

8C.     Materials Considered List for Mohan Rao, Ph.D.

8D.     Price Comparison by Mohan Rao, Ph.D.

# Exhibit

# 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.,**<br>  **a subsidiary of LG Electronics, Inc.,**<br>  **a Korean company** | )<br>)<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **v.** | )<br>) |
| **WHIRLPOOL CORPORATION,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

**Civil Action No.      08 C 242**

**Judge St. Eve**

**Magistrate Judge Mason**

**SUPPLEMENTAL EXPERT DECLARATION OF CHUL JIN CHOI IN REBUTTAL TO
DECLARATION OF DR. SUBBAIAH MALLADI**

    I, Chul Jin Choi, hereby state and declare the following:

    1.    My name is Chul Jin Choi. I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein. Everything stated herein is of my own personal knowledge. I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

    2.    My personal and business information have not changed since my last Declaration, which was signed on January 9, 2008 (hereinafter referred to as "1/9/08 Declaration"). A true and correct copy of my curriculum vitae is attached hereto as Exhibit A. For purposes of my evaluation, I examined my 1/8/08 Declaration and accompanying exhibits and the Declaration of Dr. Malladi and accompanying exhibits. To the extent there were any highly

confidential documents included with these submissions, counsel for LG USA informs me that those documents were removed and counsel did not show them to me.

3.      I reviewed the Declaration of Dr. Malladi and accompanying exhibits. The fundamental flaw in his testing is that it does not prove steam is created in the Whirlpool Duet® Steam Dryer.  He employs deductive reasoning instead of relying on objective evidence. In addition, he never explains how steam, whether in a technical sense or by a lay definition, is ever created in the Whirlpool Duet® Steam Dryer.  He also fails to explain how steam is created in a way that would be perceptible to consumers.  Finally, he provides absolutely no data that would prove Whirlpool's Duet® Steam Dryer provides the same results and benefits as a real steam dryer.  He seems to rely on an article from Consumer Reports, but it is well known that Consumer Reports does not publish its test methodology and only considers limited criteria

4.      I have also reviewed Dr. Malladi's credentials and am deeply troubled by his lack of experience or expertise in the laundry care industry.  LG, as a major participant in the laundry care industry in the United States and around the world, would never consider Dr. Malladi nor his company, Exponent, to devise testing criteria or protocol related to washer or dryer testing.  Tens of thousands of hours are expended by scientists and engineers at numerous corporations, including LG, to develop technology that is implemented in washers and dryers. Reliance on testing, created in a matter of a few days, by inexperienced testers with no engineering expertise in laundry care systems, solely for the purpose of *post hoc* justification of advertising claims in this litigation, would be catastrophic for the industry.

5.      For these reasons, I can confidently conclude that Dr. Malladi has not come close to proving Whirlpool's Duet® Steam Dryer is capable of creating steam.

6.    Below, I discuss the following:  the operating methods of conventional dryers and steam dryers;  how Whirlpool's Duet® Steam Dryer operates without utilizing steam; how LG USA's Tromm Steam Dryer operates using steam; Dr. Malladi's misapprehension of the definition of steam; and Dr. Malladi's faulty temperature measurements.  The purpose of the discussion is to provide a basic tutorial on how dryers work, how a real steam dryer works, and why Dr. Malladi's testing cannot establish that Whirlpool's Duet® Steam Dryer is capable of creating steam.  It is my hope that the context that I provide helps the Court to understand the fallacy in Whirlpool's approach.

### Conventional Dryers

7.    Most conventional clothes dryers operate under the same basic principle. Conventional clothes dryers have four main parts: (1) a tumbler, also known as a drum; (2) an electric or gas powered heater; (3) an exhaust vent; and (4) a blower.  The drum holds the clothes and rotates to continuously separate the clothes and circulate air flow.  The heater heats the air that is drawn through the clothes as they tumble picking up moisture.  After the heated air passes through the clothes, it exits the dryer through the exhaust vent.  The blower draws the air through the heater and drum, then blows it out the exhaust vent.

8.    The air flow in a conventional dryer is created by a blower that usually is located at the opening in the exhaust vent.  The blower sucks air through the dryer and blows it out the exhaust vent.

9.    Air circulation in the drum is also caused by the rotation of the drum.  The drum in a conventional dryer usually contains fins, or baffles, which not only help to lift the

clothes but also provide turbulence, or air pockets, to increase air flow around and through the clothes.

10.     As the heated air passes through the clothes, the clothes and the water in them becomes heated as well.  This process delivers energy from the heat source to the water in the clothes causing it to evaporate.

11.     Once the water in the clothes has become sufficiently heated to evaporate, the evaporated water exits the drum through the exhaust vent.  The evaporated water cannot condense on the clothes in the drum because the temperature in the clothes is higher than that required for the water to condense.

12.     As the drying cycle continues, the temperature of the clothes continues to rise as the heated air passes through the clothes.  Temperature sensors in the exhaust vent monitor the air temperature of the exiting air.  Once the exiting air reaches a certain temperature, the heater turns off to prevent the air temperature in the drum from getting too hot and either starting a fire or ruining the clothes.

## Steam Dryers

13.     A critical aspect that differentiates steam dryers and conventional dryers is that steam dryers rely on hot steam to raise the temperature of the air in the drum and to wet the clothes.  Conventional dryers, on the other hand, rely exclusively on the heater to raise the temperature of the air in the drum.  Another critical difference is that steam dryers rely on hot steam to penetrate deep into the fibers of the clothing to remove odors.  Odors reside inside the multiple fibers that exist in clothes rather than on the surface of the clothes themselves.  Water in

a mist form can not penetrate deep into the fibers of the clothing to remove odors like hot steam. The reason steam is so important in the laundry care industry is that real steam is packed with heat energy, which, upon penetration of the clothes, either in a washer or dryer, has an immediate impact on cleaning efficacy.

14.    Dryers, like Whirlpool's Duet® Steam Dryer, that merely spray cold water onto clothes that does not heat up until the dryer heater warms the water on the clothes do not possess this critical function of real steam. Cold water has little or no heat energy compared to steam. Heat energy, the critical component of steam in a steam dryer, cannot be duplicated at the relatively low temperatures that exist in a conventional dryer while clothes are tumbled. Thus, the critical difference between steam dryers and conventional dryers is the high energy content of real steam.

15.    Dryers that utilize low energy concepts such as spraying mists of cold (or room temperature) water into the drum instead of injecting high energy steam into the drums are simply conventional dryers.

**Whirlpool's Duet® Steam Dryer Does Not Utilize Steam**

16.    I studied Dr. Malladi's report regarding the alleged creation of steam in Whirlpool's Duet® Steam Dryer and was struck by his failure to acknowledge how the design of the system is intended to work. None of the ways in which he claims steam is created are relevant to the functionality of the system and what he describes in his report would never be understood by a consumer to be steam under any definition of the term.

17.    The Whirlpool Duet® Steam Dryer operates by tumbling the dryer for several minutes and by intermittently blowing in warm air to heat the clothes, with a total cycle

time of fifteen (15) to forty (40) minutes. Cold water is then sprayed onto the clothes to saturate

the fibers in the clothes. As Dr. Malladi states in his Declaration, Whirlpool's Duet® Steam

Dryer "spray[s] water into a heated environment." This cold water has little to no heat energy.

As a result, it cannot raise the temperature of the air or clothes in the drum. In fact, the cold

water that hits the clothes substantially cools the clothes before they heat up again from the warm

air that is intermittently blown into the dryer.

18.     In Whirlpool's system, cold water is sprayed into the dryer drum by a

nozzle connected to a hose. Whirlpool's system is akin to spraying a mist of cold water from a

garden hose through spray nozzle into the air on a warm summer day. In my opinion, no

consumer would ever mistake the cold water mist spraying out of the nozzle attachment as

steam.

19.     The Whirlpool system then continues to tumble the clothes and draw in

warm air. The water on the clothes then heats up and this warm moisture on the clothes is

intended to relax the fibers and remove odors. The water on the clothes eventually evaporates

and is pulled out of the dryer by the exhaust system. This is no different from a conventional

dryer.

20.     The Whirlpool system is unquestionably low-tech and an inexpensive

addition to the dryer. The process employed by Whirlpool is no different than spraying cold

water using a spray bottle onto clothes and throwing them into the dryer for 20 minutes. I do not

believe any consumer would mistake this for steam under any definition of the term.

21.     The water that Dr. Malladi claims gets entrained within inches of the

heated air inlet, and that he falsely contends creates steam, has no bearing on the way the

6

Whirlpool system works to accomplish the goals of wrinkle removal and odor removal. This is simply a red-herring argument to justify Whirlpool's alleged creation of steam. It is simply irrelevant to the proper functioning of the Whirlpool system.

22.    The fallacy in Dr. Malladi's opinion is that the temperature inside the dryer drum, with the exception of a few cubic inches around the air inlet, operates in the range of approximately 50ºC to 75ºC with the water on and 65ºC to 90ºC with the water off. (*See* Declaration of Dr. Subbaiah Malladi ("Malladi Decl.") Ex. D-1 at 9-10). The water that is sprayed onto the clothes and exposed to this warm air is never intended to convert suddenly to steam before hitting the clothes. The simple explanation for this is that the water does not absorb enough heat energy before hitting the clothes to transform into steam under any definition of the term. Because the water does not possess this high energy, it is not able to penetrate the multiple layers of fibers in the clothes to remove lingering odors. What Dr. Malladi fails to acknowledge is that Whirlpool's Duet® Steam Dryer was never designed to function this way. My conclusion is not based on an attempt to infer Whirlpool's motives, rather, it is based on my complete and thorough understanding of dryer technology that I have developed over two and a half (2 ½) years of developing dryer technology.

23.    Finally, spraying cold water into a dryer drum that is being heated only by the dryer's heat source is a far less efficient process in terms of energy consumption and time. Injecting real steam, however,  is far more efficient at raising the temperature of the clothes and air in order to remove lingering odors that reside deep within the fibers of the clothes. Efficiency realized by using real steam cannot be realized by Whirlpool's cold water mist system.

7

## LG USA's Tromm Steam Dryer Uses Steam

24.    LG USA's Tromm Steam Dryer generates steam by boiling water inside a closed chamber for approximately three and a half (3 1/2) minutes.  This process is basically the same way in which water is turned into steam in a tea kettle.

25.    The steam that is created in the closed chamber is injected into the drum while the drum is not rotating.  Because the drum is not rotating, there is no air flow to exhaust the steam.

26.    Once the steam is injected into the drum, it releases its energy into clothes and air in the drum.  The release of energy from the steam causes the temperature of the clothes and air in the drum to increase.  When looking through the glass door of LG USA's Tromm Steam Dryer, this plume of white, billowy steam is readily visible to the consumer.

27.    Because steam is already packed with high energy and thus much more effective at increasing the temperature of the air and clothes in the drum and removing odors that reside deep within the fibers of the clothes than using cold water, LG does not need to turn on its heater while it is injecting the steam into the drum.

28.    During the injection of the steam into the drum, the drum rotates three (3) seconds every minute to bring the clothes into contact with the steam in the drum.  The rotation of the drum fluffs the clothes, separates them and ensures that the clothes are evenly infused with steam.

29.    LG's Tromm Steam Dryer is much more effective than a conventional dryer because it injects steam with a high energy content deep into the fibers of the clothes in the

drum.  This high energy steam is a highly efficient method of removing wrinkles and releasing odors from clothes.

## Definition of Steam

30.     I have read the Declaration of Dr. Malladi and disagree with his opinions. Dr. Malladi assumes that any substance, in this case water, that is exposed to 100°C temperatures instantaneously reaches the same temperature.  Steam is not instantaneously created merely by exposing water to 100°C.  Other factors such as pressure, energy input, initial water temperature, surface area and volume dictate the amount of time that is required for a fixed amount of water to be converted into steam at 100°C.

31.     As I mentioned in my 1/9/08 Declaration, LG's Tromm Stream Dryer boils water and injects it as steam into the dryer drum for several minutes.  Engineers at LG have determined that it takes approximately one (1) minute to expose seventy (70) grams of water to 100°C in order to convert water into steam.

32.     Dr. Malladi's argument at ¶ 24 in his Declaration regarding flash vaporization is a red herring.  As Dr. Jacobi explains in his Supplemental Declaration, flash vaporization is a function of pressure – not heat.  If Whirlpool's Duet® Steam Dryer were capable of the process Dr. Malladi erroneously calls flash vaporization, *i.e.*, instantaneous conversion of water to steam, it would likely burn the clothes and start a fire.  In any case, merely exposing water for a brief moment to 100°C, as theorized by Dr. Malladi, unquestionably does not automatically transform water into steam.  This is merely flawed deductive reasoning rather than objective proof.

## Dr. Malladi's Temperature Measurements

33.     Based on my evaluation of the methodology and analysis employed by Dr. Malladi, it is my opinion that his Declaration contains skewed data because his testing methods were biased to achieve the results sought out by Whirlpool.

34.     Dr. Malladi's data fails to provide the volume of water exposed and amount of time that water is exposed to temperatures above 100ºC.  Water exposed to temperatures above 100ºC does not automatically convert into steam.  Whirlpool presumably knows the amount of time and amount of water that is exposed temperatures exceed 100ºC to determine whether steam has been created.  However, Dr. Malladi provides no such data, testing or analysis.  In my opinion, based on the force of blowing air in the small region where temperatures briefly exceed 100ºC when water is spraying, only miniscule amounts of water ever come in contact with the air in this region.  Moreover, there is simply not enough time for the water in contact with this air to convert to steam.

35.     In ¶ 22 of Dr. Malladi's report, he states that the testing by Exponent demonstrates that air temperatures in certain small regions in the drum are over 100ºC.  He further states that "this is true…both with and without clothing in the dryer."  However, this statement is expressly contradicted in ¶ 21 of his report.  In that paragraph, Dr. Malladi states that "these series of tests were performed with an empty drum to prevent clothing from interfering with the temperature sensors."

36.     In ¶ 25 of Dr. Malladi's Declaration, he states that the temperatures inside the Whirlpool Duet® Steam Dryer drop during the spraying of water because water droplets inside the drum are evaporating.  I do agree with Dr. Malladi that the process of evaporation

transfers heat from the hotter air to the cooler water droplet that results in a cooling of the air. Dr. Malladi assumes that the drop in temperature is directly related to the evaporation process. However, Dr. Malladi fails to consider that the drop in temperature is attributable to the turning off of the heater.  In Figures 6 and 7, the heater in the Whirlpool Duet® Steam Dryer is turned off approximately every minute.  Each time the heater is turned off, there is a dramatic drop in the temperature.  In my opinion, the drop in temperature is not due to the evaporation of water, but rather turning off of the heater.  This appears to be an obvious mistake in Dr. Malladi's analysis.

37.    In ¶ 27 of Dr. Malladi's Declaration, he states that "some of the mist water droplets enter the region of the drum where temperatures exceed 100ºC."  Dr. Malladi further states that "due to the positioning of the nozzle on the back wall of the dryer, parts of the spray are transported to the front of the inlet air grill by the swirling airflow generated by the rotating drum baffles."  Dr. Malladi's argument is self-serving.  Dr. Malladi relies on the swirling air flow in the drum to transport the water mist near the region of the inlet air grill but ignores the air flow coming from the inlet air grill.  The air flow coming in the air inlet grill will force any water mist away from the inlet grill and away from the "peak" temperatures.

38.    In ¶ 27(b), Dr. Malladi states his conclusion that "the combination of heated air and the entrained droplets results in areas where the fine mist is heated to 100ºC."  Dr. Malladi's conclusion is premised on a flawed assumption.  Dr. Malladi assumes that the water mist is entrained in the "heated air" long enough to increase the temperature of the water mist to 100ºC.  As Dr. Malladi notes: "The airflow within the drum is complex, consisting of a dispersive cone of fine droplets generated by the spray nozzle, swirl imparted by the drum baffles, jets of air from the air inlet grill…and suction of air at the lint screen where the air exits the drum."  (Malladi Decl. at ¶ 27).  Given all this complex air flow, Dr. Malladi assumes that

11

the water droplets will entrain themselves long enough in the peak temperature zone to be heated to 100ºC.  Instead, Dr. Malladi, simply by deductive logic, assumes that these "peak" regions contain steam.  He provides no proof for his counterintuitive assertion.

39.    Dr. Malladi's testing contains no analysis that steam is actually created in the Whirlpool Duet® Steam Dryer.  Instead, Dr. Malladi confuses steam with evaporation. Steam and evaporation are not the same thing.  Dr. Malladi uses deductive logic to conclude that because the temperature in the drum sometimes at some points reaches 100ºC (allegedly proven by one test) and there is mist injected into the drum, that these two combine to create steam.  In my opinion, Dr. Malladi is wrong and he provides absolutely no proof otherwise.

40.    Dr. Malladi's dew point testing is riddled with problems and is unreliable. The dew point test does not in any way prove that steam is produced in the Whirlpool Duet® Steam Dryer.  (Malladi Decl. at 45-46).  Because Dr. Malladi tested dew point with the heater off, his analysis is totally meaningless.  It is also notable that Dr. Malladi did not perform equivalent testing on LG USA's Tromm Steam Dryer.

41.    In Figure 18 of Dr. Malladi's Declaration, he uses a light source to see if any mist is entrained near the inlet air grill.  The picture reportedly showing mist was taken with the door of the dryer open.  With the door closed, the air flow through the air inlet grill would have dispersed any mist that might have congregated near the air inlet grill.  However, with the door open, there is little positive air flow coming from the air inlet grill.  As mentioned earlier, the blower at the exhaust vent sucks the air through the dryer.  Once the door of the dryer is opened, the blower cannot suck the air through the dryer.

42.    Dr. Malladi's Declaration also misinterprets the steam mechanism involved in LG USA's Tromm Steam Dryer.  Because LG injects actual steam into the drum, the temperature of the air inside the drum is irrelevant because any temperature measurement of air would neglect to measure the latent energy contained in the steam molecules (notably, the mist in the Whirlpool Duet® Steam Dryer does not contain this latent energy).  Dr. Malladi attempts to convert a temperature measurement in the machine <u>after</u> the steam has been injected into the machine into an argument that steam is not actually injected into the drum.  (Malladi Decl. at 52).  This is simply incorrect and not supported by his testing.  However, just because the temperature inside LG USA's Tromm Steam Dryer's drum may be lower than 100°C, this does not change the steam in the drum into something other than steam.  Moreover, the condensation of steam in LG's steam dryer has the white billowy appearance characteristic of steam under the visible steam definition provided by Dr. Judith Levi in her Declaration.  (*See* Declaration of Dr. Judith Levi at ¶ 45).

EXECUTED this _26th_ day of February, 2008.

_____
Chul Jin Choi

# EXHIBIT

# 1A

# Chul Jin Choi

LG Electronics

Digital Appliance Company Research Laboratory

391-2, Gaeumjeong-dong, Changwon City, Gyeongnam, Republic of Korea

Email: cjchoi@daum.net, TEL: +82-55-260-3825, Cell: +82-10-5023-5567

## EDUCATION & CAREER

- B.S.,    Pusan National University (1989.3 ~1993.2)

- M.S.,    Korea Advanced Institute of Science & Technology (1993.3 ~1995.2)

- Ph.D.,    Korea Advanced Institute of Science & Technology (1995.3 ~2004. 2)

- Chief Research Engineer,  **LG Electronics** (2004. 1 ~ 2008. 2)

## RESEARCH FIELD

- Atomization of Liquid and 2-phase Flow

- Drying System

- Micro & Nano-scale Heat Transfer and Fluid Flow

- Nanofluids

**Master's Thesis:** An Experimental Study on the Mixing Structure of an Excited Circular Jet and Flames

**Doctoral Dissertation:** Study of Flow and Atomization Characteristics of Annular Liquid Sheet with Core-Air Flow

## PUBLICATIONS

### *Journal Paper*

1. **C. J. Choi** and S. Y. Lee, "Droplet Formation from a Thin Hollow Liquid Jet with a Core Air Flow," *Atomization and Sprays*, 2005, Vol. 15, pp. 469-488.

2. J.-H. Lee, K.S. Hwang, S.P. Jang, B.-H. Lee, J. H. Kim, S.U.S. Choi, **C.J. Choi**, "Effective Viscosities and Thermal Conductivity of Aqueous Nanofluids Containing Low Volume Concentrations of Al2O3 Nanoparticles, Int. J. Heat Mass Transfer 2008 (In Press).

### *Conference Paper*

1. **C. J, Choi**, S. K. Oh and H. D. Shin, 1994, 가진된 동축 원형 분류의 혼합 구조에 관한 실험적 연구, 한국연소학회 SYMPOSIUM 논문집, pp. 1-7.

2. **C. J. Choi**, S. Y. Lee and S. H. Song, 1996, 중심 공기류 주위를 흐르는 환상 액막의 분열 모우드에 관한 실험적 연구, 대한기계학회 춘계학술대회 논문집, pp. 462-466.

3. **C. J. Choi** and S. Y. Lee, 1999, 중심 공기류를 이용한 환상 액막의 미립화에 관한 실험적 연구, 한국액체미립화학회 학술강연회 논문집, pp.3-10.

4. **C. J. Choi** and S. Y. Lee, 2001, 중심 공기류를 이용한 환상 액막의 미립화에 관한 연구 - 기/액 분사 유속에 따른 입경 변화 고찰, 대한기계학회 춘계학술대회 논문집, pp. 131-135.

5. **C. J. Choi** and S. Y. Lee, 2002, 중심 공기류를 이용한 환상 액막 미립화에 관한 연구 - 공기 압축성의 영향, 한국액체미립화학회 학술강연 논문집, pp. 36-41.

6. **C.J. Choi**, S.Y. Lee and S.H. Song, 1997, "Disintegration of Annular Liquid Sheet with Core Air Flow -- Mode Classification," Proc. of the 7th Int. Conf. on Liquid Atomization and Spray Systems ICLASS-97, pp. 255-261.

7. **C. J. Choi** and S. Y. Lee, 2000, "Experimental Study of the Atomization of Annular Liquid Sheet with Core Air Flow," Proc. of ILASS-Asia 2000, pp. 147-152.

8. **C. J. Choi** and S. Y. Lee, 2001, "Formation of Drops from Annular Liquid Sheet with Core Air Flow," ILASS-Asia 2001, pp. 118-122.

*Project Activities during Ph. D course*

1. 저공해 연소시스템 및 집진장치 개발, 1997.1 - 1999.12, 한국과학재단
2. 산화제 분위기 내에서의 연료 액적 및 분무 특성, 2000.1.1 - 2000.12.31, 과학기술부
3. 전기수력학적 힘을 이용한 액체 미립화 현상 연구, 2000.09 - 2001.08, 한국과학기술평가원
4. 환상액막형 2 유체 미립화기의 설계기술, 2001.8 - 2003.12, 한국과학재단

*Project Activities at LG Electronics*

1. "*Optimization of Refrigerant Distribution for Multi-Room Refrigerator*" supported by Refrigerator Division, 2004.3-2004.7.

2. "*Abnormal Noise Reduction from New-concept Air-conditioner*" supported by Air Conditioner Division, 2004.8-2004.10.

3. "*Optimization of Refrigerant Distribution for Multi-Room Refrigerator*" supported by Refrigerator Division, 2004.3-2004.7.

4. "*Development of Tromm Steam Dryer for N.A Market*" supported by Washing Machine Division, 2005.6 – 2006.12.

5. "*Mass production of Tromm Steam Dryer for N.A Market*" supported by Washing Machine Division, 2007.1 – 2007.7.

6. "*Development of Premium Dryer for N.A Market*" supported by Washing Machine Division, 2007.8 – 2008.2.

*Patents*

Over 20 ea. (NA), over 60 ea. (Kor)

***Utility Skill***

1. Fluent (Intermediate)

2. Minitab (Intermediate, 6sigma BB)

3. UG (Intermediate)