# Exhibit

# 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,**<br>  **a subsidiary of  LG Electronics, Inc.,**<br>  **a Korean company** | ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.        08 C 242** |
| **v.** | ) ) | **Judge St. Eve** |
| **WHIRLPOOL CORPORATION,** | ) ) | **Magistrate Judge Mason** |
| **Defendant.** | ) ) ) | |

**DECLARATION OF MARTIN BLOCK IN REBUTTAL TO DECLARATIONS OF
AUDREY REED-GRANGER AND  PAMELA S. ROGERS**

I, Martin Block, Ph.D., hereby state and declare the following:

1.        My name is Martin Block, Ph.D.  I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein.  Everything stated herein is of my own personal knowledge.  I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.  Audrey Reed-Granger's Declaration with supporting exhibits and Pamela S. Rogers's Declaration with supporting exhibits

2.        I am a Professor in the Integrated Marketing Communications Division of the Medill School at Northwestern University and have been since 1985.  I teach graduate level marketing research, sales promotion, advertising, and direct marketing courses.  I have twice served as department chair.  I was a Professor and Chairperson of the Department of Advertising

at Michigan State University before making the move to Northwestern.  Prior to that, I was a Senior Market Analyst in Corporate Planning at the Goodyear Tire and Rubber Company.

        3.      I am co-author of *Analyzing Sales Promotion*, which is now in its second edition, as well as co-author of *Business-to-Business Marketing Research,* also in its second edition.  I have published extensively in academic research journals, trade publications and written several other book chapters.  I have been the principal investigator on several federally funded research projects related to advertising and have served as a consultant to the Federal Trade Commission (FTC).  I was featured on the NOVA program "We Know Where You Live." I provided testimony to the United States Senate relating to advertising.  I received my B.A., M.A., and Ph.D. from Michigan State University.

        4.      I frequently serve as a consultant for both retailers and manufacturers in a range of product and service categories.  I have also provided expert opinion in four cases in the last four years, *State of California vs. RJR, Polo Ralph Lauren vs. U.S. Polo Association, Underhill vs. Jack Miller Oldsmobile (Subaru) in Missouri State Court, and Carnegie vs. H & R Block, Inc*.  I am compensated at the rate of $450 per hour.  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

        5.      In response to a request by the plaintiff the following is my declaration in the *LG Electronics v. Whirlpool* Litigation.  For purposes of my evaluation, I examined Audrey Reed-Granger's Declaration with supporting exhibits and Pamela S. Rogers's Declaration with supporting exhibits.  I also reviewed the consumer video on the Whirlpool web site at http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1070.  A true and correct copy is attached hereto as Exhibit B.  To the extent there were any highly confidential

documents included with these submissions, counsel for LG informs me that those documents were removed and counsel did not show them to me.

6.     The following are my opinions in this case:

7.     I have no expertise in clothes washing or drying technology and therefore must assume that the plaintiff's allegation that the Whirlpool Duet Steam Dryer does not in fact use steam is true.  I also have no expertise in the physical chemical properties of water, and must also accept the plaintiff's description of what constitutes steam.

8.     Steam is a powerful word to consumers.  Colloquial expressions such as "full steam ahead," "letting off steam," and "running out of steam." are examples of the words common usage.  One of the standard dictionary definitions of steam is power or energy.  I do not believe, however, that the word steam could be interpreted as a form of puffery in the minds of most consumers.  Steam has unambiguous meaning.  It is not a matter of taste or preference.

9.     The use of the word steam in connection with a product not previously associated with it should provide a great marketing opportunity.  Steam cleaning has been associated with professional cleaners, but not clothes washing or drying in the home. Steam has long been associated with irons.   Labeling a washing machine a steam washer or a clothes dryer a steam dryer should immediately connote increased power and efficacy in the mind of the consumer.  It should also connote a new innovation since this connection is relatively new.  A product that takes advantage of this steam label association, but in fact does not utilize steam, would be being labeled in a deceptive and misleading way.

10.     The deception is exacerbated by the industry tradition of selling washers and dryers in pairs.  Whirlpool, after all, named their steam machines Duet and concede they are intended to be sold as a pair.  This certainly creates a consumer expectation that the technology

3

in each would be similar, that is both using actual steam, and not an accompanying dryer that does not. The deception is also enhanced by LG's machines that both use steam and are labeled as such. It is my opinion that most consumers would be surprised to learn that the Whirlpool Duet Steam Dryer uses technology that differs from the Whirlpool Duet Steam Washer and both the LG Steam Washer and Dryer. This point is certainly not made clear to the consumer in the store or in advertising.

11.     I also watched the consumer video on the Whirlpool web site at http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1070. A true and correct copy is attached hereto as Exhibit B. Whirlpool makes no effort in this fairly comprehensive video to explain that steam is generated in entirely different ways by its Duet Steam Washer and Duet Steam Dryer. I can only conclude from this omission that Whirlpool has determined that it is not in their interest or would be confusing for the customer to teach that the Whirlpool machines use different steam generation methods. To be certain, however, none of the advertising materials I have reviewed attempt to explain that steam in the Duet Steam Washer is created by a steam generator that provides water above its boiling point, which would be the common definition that most consumers would understand. The Duet Steam Dryer allegedly provides what Whirlpool calls steam, but is actually cold water. In my opinion, most consumers would understand this to be a mist, rather than steam.

12.     Should Whirlpool be required to drop the word steam from its Duet Dryer it would incur short-term expense. Name labels would have to be changed on products already in the distribution channel. Point-of-purchase and collateral materials would all have to be changed, reprinted and distributed. Advertising would have to be changed. Additional trade support would also be required.

13.     The declarations of Reed-Granger and Rogers express dire consequences for Whirlpool and the Whirlpool brand if they are no longer able to use steam as part of the Duet Dryer name.  Their concerns, in my opinion, are substantially overblown.  I believe as Whirlpool employees they are dramatically exaggerating a supposed potential disaster and not being objective.  Whirlpool is a very large and diversified corporation with sales approaching $20 billion per year.  The Duet Steam Dryer represents a very small portion of the total corporate revenue.  Whirlpool also has considerable resources at its disposal to ameliorate any ill effects.

14.     The impact of an injunction on Whirlpool and the Whirlpool brand beyond a few days, or at most a few weeks, would be negligible.  It is my opinion that any injunction would go largely unnoticed by the media and online communities.  The story of the injunction simply lacks any emotional connection, such as personal injury, or endangering children, or any criminal activity.  Whirlpool will remain a market leader in the washer and dryer category without the use of the word steam on their top-of-the-line Duet Dryer and remain a significant competitor to LG.

EXECUTED this 25th day of February, 2008.

Martin Block, Ph.D.

# EXHIBIT

# 2A

# MARTIN P. BLOCK

## Academic Experience

**Appointments:**
Professor (since 1985).  Northwestern University, Medill School
of Journalism.  Graduate School faculty (since 1987).
Professor (1984-1986). Michigan State University, Departments
of Advertising and Telecommunication.  (1985-1986 on leave
of absence).
Associate Professor (1979-1984).  Granted tenure in 1979.
Assistant Professor (1976-1979).  Dually appointed in
Department of Telecommunication.
Instructor (1975-1976).  Department of Advertising.

**Administration:**
Acting Chair, Medill School of Journalism,Integrated
Marketing Communication, (2000-2001).
Director, Medill School of Journalism, Advertising Division.
Northwestern University, (1987-1990).  Responsible for the
graduate programs in Advertising, Corporate Public Relations
and Direct Marketing.
Director, Program in Direct Marketing (1986-1987).
Director, Professional Graduate Program in Advertising,
(1986-1990).
Chairperson, Department of Advertising Michigan State
University (1980-1985).  Managed program with over 1,200
majors and 14 full-time faculty, offering a B.A. and M.A. in
Advertising and a  M.A. in Public Relations.  Established
off-campus M.A. Program in the Detroit area.

**Research:**
Faculty Associate of the Rockford Cable Project, sponsored by
the National Science Foundation to conduct two-way cable
television experiments in social service delivery and urban
administration (1973-1978).
Principal Investigator of the Area Vocational Education
Campaign Strategies and Techniques Project, sponsored by the
Michigan Department of Education (1978-1979).
Principal Investigator of the Attitudes of Clinical Fellows
Toward Academic Research Careers, sponsored by the National
Academy of Sciences (1978-1979).
Co-Principal Investigator (with C. Atkin) of Content and
Effects of Alcohol Advertising, sponsored by Bureau of
Alcohol, Tobacco and Firearms, Federal Trade Commission,
National Institute of Alcoholism and Alcohol Abuse, and
Department of Transportation (1978-1979).
Project Director of Michigan Agricultural Product Study,
sponsored by the Michigan Department of Agriculture (1983).

Project Director of Michigan Manufactured Product Study, sponsored by the Michigan Department of Commerce (1984).

Co-Project Director (with T. Brezen) of the Advertising Effective Frequency Project, sponsored by the Advertising Research Foundation (1987-1989).

Co-Project Director (with D. Schultz) of the Newspaper Advertising in the 21st Century Project, sponsored by the American Newspaper Publishing Association Foundation (1987-1989).

Co-Project Director (with D. Schultz) of Cash Non-Cash Incentive Project, sponsored by the Promotion Marketing Association (2004-2005).

**Teaching:**

Northwestern University: Graduate courses include Analytic Techniques, Research Design, Sales Promotion Strategy, Advertising Theory, Advertising Planning, Consumer Behavior, Market Segmentation, Database Management, Pricing and Promotion, Advertising and Sales Promotion Seminar, and Advertising and a variety of advanced practica.  Taught undergraduate Fundamentals of Advertising.

Michigan State University: Undergraduate courses include Principles of Advertising, Consumer Behavior, Advertising Media Planning and Strategy, Sales Promotion Management, Advertising Research, and Advertising Campaigns. Graduate courses include Management of Media Programs, Management of Advertising Information, Mass Media Research Methods I and II.

Received Michigan State University Teacher-Scholar Award (1976) in recognition of teaching ability.

Directed ten doctoral dissertations (1976-1986) and many more doctoral guidance committees (1976 to present)

**Service:**

Michigan State University:  Elected twice as college representative to Faculty Council (1981-1985).  Elected to University Committee on Academic Environment (1981-1985). Appointed to the University Computer Advisory Committee (1981-1985).  Appointed to the college Mass Media Ph.D. Executive Committee (1977-1985).

Member of the Media Communication Council of the Advertising Research Foundation (1977-1985).
Hosted American Academy of Advertising annual meeting (1988) Judge annual television advertising competition for Credit Card Management magazine (1990-1995).

## Professional Experience

Block Research Inc., Founder (1985 to present).  Built business

with T. Block that specializes in surveys and data analysis.

ContextNet Inc., Partner (1995-1996).  Developed intelligent
internet web site for TV listings(TV1.COM).

ELRA Group, Inc., President and Associate (1979-1984).
Telecommunications research and consulting business specializing
in cable television.  Helped win many cable television franchises
around the country.  Sold interest in 1984.

Goodyear Tire & Rubber Company, Corporate Planning Division,
Senior Market Analyst (1969-1973).  Project responsibility in
Consumer Market Planning. Coordinated a large scale consumer
panel project.  Conducted a wide variety of studies with products
and services ranging from the automotive aftermarket to banking,
including name and concept tests, attitude and preference
studies, field and laboratory product and advertising tests, and
nationwide image studies.

**Consulting:**
Conducted Workshop in Television Program Evaluation for
   National Iranian Radio and Television (1977).
Prepared comment for the Children's Advertising Rulemaking
   under contract to the Federal Trade Commission (1978-1979).
Moderated Interactive Media Symposium for Ketchum Interactive
   Group (1993).

**Appearances:**
NOVA Program "We Know Where You Live" (PBS).
Testified before Senate Committee on Commerce Science and
   Transportation on S.674 (1993).

## Education

Michigan State University, Ph.D. in Mass Media (1973-1975).

Michigan State University, M.A. in Advertising (1968-1969).

Michigan State University, B.A. in Advertising (1966-1968).
University of Michigan, majoring in philosophy (1964-1966).

## Publications

DONMAR II:  A Computer Simulated Media Buying Game (with D.
   Schultz and B. Jacobowitz), MSU Press, East Lansing,
   Michigan, 1976.

"An Evolutionary Approach to the Development of Two-way Cable
   Technology Communication," (with J. Wright and D. S. McVoy)
   IEEE Transactions on Cable Television, CATV-2 (January 1977)

52-61.

"A Comparative Study of Radio Audience Measurement Methodology,"
(with D. Schultz and S. Custer) Journal of Advertising, 7
(Spring 1978) 14-22.

"Cognitive and Affective Outcomes of a Telecommunication
Interaction System:  The MSU-Rockford Two-Way Cable
Project," (with T. Baldwin, B. Greenberg and N. Stoyanoff)
Journal of Communication, 28 (Spring 1978) 180-194.

"Time Allocation in Mass Communication Research," in Progress in
Communication Sciences, (M. Voight and G. Hanneman, eds.)
Ablex Publishing Company, Norwood, New Jersey, 1979.

"A Minicomputer Software System for Administering Instructional
Programs Via Two-Way Cable Television," (with J. Eulenberg,
J. Zenaty and E. Smith) Journal of Computer Based
Instruction 5 (May 1979) 96-108.

Content and Effects of Alcohol Advertising, (with C. Atkin)
National Technical Information Service, Springfield,
Virginia, 1981.  PB-82-123142

"Effectiveness of Celebrity Endorsers," (with C. Atkin) Journal
of Advertising Research, 23 (February/March 1983) 57-61.

"A Reply to Strickland," (with C. Atkin) Journal of Studies on
Alcohol, 45 (January 1984) 93-100.

"Teenage Drinking:  Does Advertising Make a Difference?"  (with
C. Atkin and J. Hocking) Journal of Communication, 34
(Spring 1984) 157-167.

"Using Preference Mapping to Prestest Promotion Executions, (with
D. Schultz and T. Brezen) Sales Promotion Monitor 3 (April
1985) 27.

"Can You Sell Subliminal Messages to Consumers?"  (with B. Vanden
Bergh) Journal of Advertising 14 (Summer 1985) 59-62.

Cable Advertising:  New Ways to New Business.  (with K. Jones and
T. Baldwin)  New York:  Prentice-Hall, Inc.  1986.

Analyzing Sales Promotion.  (with J. Totten)  Chicago: Dartnell.
1986.

"Consumers' Perception of Direct Marketing Techniques," (with T.
Brezen and D. Schultz) Journal of Direct Marketing  1
(Winter 1987) 38-49.

"A New Technique of Media Planning:  Using Database Analysis to Segment General Media Audiences," (with T. Brezen) <u>Journal of Media Planning</u>  5 (Spring 1990) 1-14.

"Audience Segmentation," in <u>Applications of Research to Media Industries</u> (J. Reagan, ed.)  Dubuque, Iowa:  Kendall-Hunt Publishing Company, 1992.

"Budgeting for Promotion, " (with T. Brezen-Block) and "Analyzing Sales Promotion" (with J. Totten), both in <u>Sales Promotion Handbook, Eight Edition</u>  (T. Brezen-Block and W. Robinson, eds.) Chicago: Dartnell, 1994.

<u>Analyzing Sales Promotion, Second Edition</u>.  (with J. Totten) Chicago: Dartnell, 1994.

<u>Business-to-Business Marketing Research</u>.  (with T. Brezen-Block) Chicago:  Probus Publishing, 1995.

"Marketing Communication Engineering," in <u>Interactive Marketing</u> (E. Forrest and R. Mizerski, eds.) Lincolnwood:  National Textbook Company, 1996.

"Moving Marketing Communication Measurement Inside," (with D. Schultz) <u>Nanyang Business Review</u> 2(January-June 2003) 51-64.

<u>Business-to-Business Marketing Research, Second Edition</u>.  (with T. Block)  Mason, Ohio: South-Western, 2005.

## **Papers**

"Two-Way Advertising:  An Application of Broadband Communication Network Technology," 1975 National Conference of the American Academy of Advertising, Knoxville, Tennessee.

"DONMAR:  A Computer Simulated Media Buying Game," (with D. Schultz) 1976 National Conference of the American Academy of Advertising, Austin, Texas.

"The Emerging Role of Social Research in Telecommunications Policy," 4th Annual Telecommunications Policy Conference, Airlie, Virginia (1976).

"CIRS:  Proposal for a Broadband Communication Network Based Information and Referral System," (with T. Muth and J. Wollert) 1976 IEEE International Conference on Communication, Philadelphia, Pennsylvania.

"DONMAR II:  A Computer Simulated Media Buying Game," (with D. Schultz) 1976 National Conference of American Educators in Journalism, College Park, Maryland.

"Empirical Estimation of Cognitive Advertising Response Function Curves," (with D. Schultz) 1977 National Conference of the American Academy of Advertising, Minneapolis, Minnesota.

"Teaching the Advertising Campaigns Course for Fun and Profit," (with D. Schultz) 1977 National Conference of American Educators in Journalism, Madison, Wisconsin.

"A Minicomputer Software System for Two-Way Cable Television," (with J. Zenaty, J. Eulenberg and E. Smith) 1978 IEEE Computer Society International Conference, San Francisco, California.

"The Rockford Cable Project:  Existing and Projected Technology," (with J. Wright and R. Yadon) 1978 Annual National Cable Television Association Convention and Exposition, New Orleans, Louisiana.

"The Potential Tradeoff Between Television and Magazines:  A Computer Simulation Experiment," 1978 National Conference of the American Academy of Advertising, Columbia, South Carolina.

"DONMAR III:  A Computer Simulated Media Buying Game," (with D. Schultz) 1978 National Conference of the American Academy of Advertising, Columbia, South Carolina.

"The Human Communication Approach to Two-Way Cable Instructional Systems," (with J. Eulenberg) Pacific Telecommunications Conference, Honolulu, Hawaii (1979).

"The Social Impact of Interactive Media in the Home," 1979 Conference of the International Communication Association, Philadelphia, Pennsylvania.

"Application of Two-Way Broadband Cable Communication Technology to Energy Conservation for Consumers and Electric Utilities," (with T. Baldwin and R. Yadon) International Conference on Energy Use Management, Los Angeles, California (1979).

"Television Advertising Directed To or Seen By Children:  Potential Remedies for Eliminating Deception or Unfairness," (with J. Abel) 1980 National Conference of the American

Academy of Advertising, Columbia, Missouri.

"New Technology Adoptions:  An Aggregative Model of Human Activity," (with M. Beninson) 1980 Annual Conference of the International Communication Association, Acapulco, Mexico.

"Effects of Alcohol Advertising on Young Audiences," (with C. Atkin and K. Neuendorf) 1980 Annual Conference of the International Communication Association, Acapulco, Mexico.

"Advertising Effects on Alcohol Brand Images and Preferences," (with C. Atkin and L. Reid) 1980 Annual Conference of Association for Education in Journalism, Boston, Massachusetts.

"Teaching Advertising Research at Michigan State University," 1980 Annual Conference of Association for Education in Journalism, Boston, Massachusetts.

"Graduate Study in Advertising," 1981 Annual Conference of Association for Education in Journalism, East Lansing, Michigan.

"The Microcomputer and the Advertising Curriculum," 1984 National Conference of the American Academy of Advertising, Denver, Colorado.

"An Exploratory Study of the Use of Metric Multi-Dimensional Scaling to Study Short Term Advertising Effects," (with T. Brezen) 1984 National Conference of the American Academy of Advertising, Denver, Colorado.

"An Exploratory Study of Pretesting Sales Promotion Executions Using Individual Differences Scaling and Preference Mapping," (with T. Brezen and D. Schultz)  1985 National Conference of the American Academy of Advertising, Charleston, South Carolina.

"Consumers' Perceptions of Direct Marketing Techniques," (with D. Schultz and T. Brezen) 1985 Direct Marketing Professors' Symposium, Kansas City, Missouri.

"Impact of Sales Promotion in Fast Food Restaurants," (with T. Brezen and D. Schultz)  1986 National Conference of the American Academy of Advertising,  Baton Rouge, Louisiana.

"Pretesting Alternative Direct Response Creative Executions Using Multidimensional Scaling," (with T. Brezen and D. Schultz) 1987 National Conference of the American Academy of Advertising, Las Vegas, Nevada.

"Identifying the Advertising and Promotional Effects:  Some Findings from the ARF Effective Frequency Project," (with T. Brezen and P. Wang) 1989 ARF Advertising and Promotion Effectiveness Workshop, New York.

"Analyzing Sales Promotion," (with J. Totten and T. Block) 1994 Conference of the American Academy of Advertising, Tucson, Arizona.

"Rethinking Baselining:  Deterministic Chaos in the Scanner Data Time Series,"  1996 Conference of the American Academy of Advertising, Vancouver, British Columbia.

"Food Store Loyalty Programs," (with D. Schultz and C. Humby) 2003  Conference of the American Academy of Advertising, Boulder, Colorado.

"Populating the Media Consumption Model," (with J. Pilotta and D. Schultz) 2005 ESOMAR Worldwide Audience Measurement, Montreal, Canada.

"Media Consumption and Purchasing," (with J. Pilotta and D. Schultz) 2006 ESOMAR Worldwide Audience Measurement, Shanghai, China.

**<u>Testifying Experience</u>**

I frequently serve as a consultant for both retailers and manufacturers in a range of product and service categories.  I have also provided expert opinion in four cases in the last four years, *State of California vs. RJR, Polo Ralph Lauren vs. U.S. Polo Association, Underhill vs. Jack Miller Oldsmobile (Subaru) in Missouri State Court, and Carnegie vs. H & R Block, Inc*.

# EXHIBIT

# 2B

Exhibit B to the Declaration of Martin Block, Ph.D. is a consumer video on the Whirlpool web site at http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1070.

This exhibit has been filed in hard copy and has been served to the parties via hand delivery.