# Exhibit

# 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.,**<br>  **a subsidiary of  LG Electronics, Inc.,**<br>  **a Korean company**<br><br><br><br>          **Plaintiff,**<br><br>        **v.**<br><br>**WHIRLPOOL CORPORATION,**<br><br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No.        08 C 242**

**Judge St. Eve**

**Magistrate Judge Mason**

**DECLARATION OF TIMOTHY MCGRADY
<u>IN REBUTTAL TO DECLARATION OF DR. SUBBAIAH MALADI</u>**

I, Timothy McGrady, hereby state and declare the following:

1.      My name is Timothy McGrady.  I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein.  Everything stated herein is of my own personal knowledge.  I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

2.      I am employed by LG Electronics ("LG") as Environmental Manager at LG Electronics U.S.A., Inc.'s  ("LG USA") office in Englewood Cliffs, New Jersey.

3.      In my current position as Environmental Manager, I work in the areas of energy efficiency, environmental compliance and product standards impacting LG's wide variety of product lines, including laundry care.

4.      I received my Bachelor of Arts degree in Physics from the State University of New York (Potsdam).

5.      I have spent much of my twenty year career as an analytical and product development chemist. I have extensive hands-on experience in the aerospace, military, automotive, consumer products and electronics industries.  For seven years, I was a Product Development Chemist for Elf Atochem N.A., located in Homer, New York.  I spent thirteen years as Chemistry Department Supervisor and Principal Scientist for IMR Test Labs, a material and product testing laboratory, located in Ithaca, New York.  I am the Chairman and Founder of the American Society for Testing and Materials ("ASTM") International Committee F40 on Declarable Substances in Materials, which was developed to assist global industry with issues surrounding compliance with legislation involving the regulation of substances in materials, to serve as a resource for any interested party to draw upon when material compliance issues arise and to assist in standards development.

6.      For the past five years, I have focused on international environmental legislation effecting consumer products; in that time I have worked with the U.S. Department of Commerce International Trade Administration and the National Institute of Science and Technology to shed light on technical and standardization issues related to environmental regulations.

7.      I have extensive experience representing corporations regarding compliance with the standards developed by standard setting organizations, such as ASTM and the Association of Home Appliance Manufacturers ("AHAM") and am highly knowledgeable and experienced regarding standards and conformity assessment.  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

8.       I have evaluated the methodology and analysis performed by Dr. Subbaiah Malladi in connection with his Declaration in Support of Whirlpool Corporation's ("Whirlpool") Memorandum of Law Opposing LG's Motion for Preliminary Injunction.  For purposes of my evaluation, I examined Whirlpool's Memorandum Of Law Opposing LG U.S.A.'s Motion For Preliminary Injunction, With Supporting Exhibits; Dr. Malladi's Declaration with supporting exhibits;  Dr. Judith Levi's Declaration with supporting exhibits;  Audrey Reed-Granger's Declaration with supporting exhibits; and Pamela S. Rogers's Declaration with supporting exhibits.  To the extent there were any highly confidential documents included with these submissions, counsel for LG informs me that those documents were removed and counsel did not show them to me.

9.       Corporations are frequently participants in industry standard setting bodies, such as the International Electrotechnical Commission ("IEC"),  the American Society for Testing and Materials ("ASTM"), and American National Standards Institute ("ANSI").  The laundry care industry is overseen by the Association of Home Appliance Manufacturers ("AHAM").  These groups create testing standards through consensus of the industry participants.  Creation of these testing standards takes years of drafting and modification by independent and industry expert participants to ensure that the tests are appropriate for the relevant application.

10.      ANSI serves as "the voice of the U.S. standards and conformity assessment system [and] empowers its members and constituents to strengthen the U.S. marketplace position in the global economy while helping to assure the safety and health of consumers and the protection of the environment" and "oversees the creation, promulgation and use of thousands of norms and guidelines that directly

impact businesses in nearly every sector…" (*See* ANSI overview, http://www.ansi.org/about_ansi/overview/overview.aspx?menuid=1, a true and correct copy of which is attached hereto as Exhibit B).

11.    AHAM "is the U.S. based trade association of the home appliance manufacturing industry.... Major home appliances include refrigerators, refrigerator/freezers, freezers, dishwashers, clothes washers and dryers, trash compactors, microwave ovens, room air conditioners, portable air conditioners and dehumidifiers." (*See* About AHAM, http://www.aham.org/ht/d/sp/i/329/pid/329, a true and correct copy of which is attached hereto as Exhibit B). AHAM is "an ANSI accredited Standards Development Organization" that "develops and maintains technical standards for various appliances to provide uniform, repeatable procedures for measuring specific product characteristics and performance features. AHAM maintains twenty five standards, many of which are approved by ANSI as American National Standards through the consensus approval process. AHAM standards also are recognized by many regulatory agencies including the U.S. Department of Energy. Standards are adopted voluntarily by AHAM members in the public interest, to establish common understanding between manufacturers and consumers and to assist consumers in comparing appliances before purchases." (See AHAM Core Services, http://www.aham.org/ht/d/sp/i/1666/pid/1666, a true and correct copy of which is attached hereto as Exhibit B).

12.    The laundry care industry or AHAM, however, has never adopted any test to measure whether steam is created by a washer or dryer. The reason for this is that the creation steam in washers and dryers is done by a steam generator - Whirlpool's steam washer and LG USA's steam washer and dryer work this way. Obscure testing like that of Dr. Malladi is not

appropriate to make this determination.  The cold mist substitute employed by Whirlpool has never been determined by the laundry care industry or AHAM to be capable of creating steam.

13.    Whirlpool is now asking this Court to substitute its judgment for that of the laundry care industry by requesting that the Court endorse an *ad hoc* test hastily slapped-together by a testing company that has not demonstrated that is possesses any expertise in laundry care systems whatsoever.  Any decision relying on these tests employed by Dr. Malladi would be tantamount to a determination that Dr. Malladi's tests are now the *de facto* industry standard.

14.    Based on my evaluation of Dr. Malladi's methodology and analysis, it is my opinion that his Declaration is of no assistance in connection with the issues in this case.  His testing was *ad hoc,* as it was created solely for the justification of Whirlpool's claims in advertising by hastily rushing a test through in connection with LG's filing of its Complaint and Motion for Preliminary Injunction.  To be clear, his testing has never been utilized in connection with the laundry care industry.  His testing methodology was concocted to provide Whirlpool with a *post hoc* justification for its advertising claims.  His tests do not come close to providing any justification or support for Whirlpool's steam claims in advertising.

15.    It is my opinion that Dr. Malladi has not performed appropriate, well-controlled tests that would pass industry scrutiny.  Dr. Malladi has not provided good scientific grounds for his opinions because he has not demonstrated that his testing is based on, among other things: (1) a testable hypothesis; (2) that the method has been subject to peer review; (3) the known or potential rate of error; (4) the existence and maintenance of standards controlling the technique's operation; (5) that the method is generally accepted; (6) and the relationship of the technique to methods which have been established to be reliable.

16.    When performing product testing, appropriate, well-controlled tests always use a written protocol.  This protocol describes the objectives of the testing, the hypothesis to be proven, and the methodology employed, with any derivations from the protocol recorded.  In order to show the reliability of tests, the testing procedures and results must be reproducible and repeatable in order to eliminate the possibility of results being skewed by conditions specific to the time and laboratory that the test was first conducted.  Methodology and reasoning used by the tester must be scientifically valid and generally accepted by the industry and any conclusions reached by the tester must be based on well-founded methodology.

17.    Dr. Malladi's testing lacked an appropriate protocol and scientific controls. His Declaration contains no appropriate discussion of the experimental methodology and controls or lack thereof.  (*See* Malladi Decl., Ex. D-1 at 2-3, Ex. D-2 at 2; Ex. D-3 at 2-3; Ex D-4 at 2; Ex. E-1 at 2; Ex. E-2 at 3; Ex. E-3 at 3, purporting to be the "protocol" for the testing, a true and correct copy of which is attached hereto as Exhibit C).   Nowhere in his report is there even a mention of the objectives for his testing or the hypothesis that he is seeking to prove or disprove. His protocol is similarly lacking an explanation of his methods of observation, describing the steps he took to minimize bias, and summarizing the methods of analysis, including any appropriate statistical methods. Finally, his testing contains no statistical analysis whatsoever and his results can in no way be considered "statistically significant" or even consumer relevant.

18.    Dr. Malladi's testing is not based on scientifically valid principles.  Dr. Malladi has not shown that his testing grew out of pre-litigation research (it did not), shown that his testing has been subjected to normal scientific scrutiny through peer review and publication (it has not), nor can he explain precisely how the conclusions were reached and point to some objective source to show that the conclusions would be accepted in the industry (he cannot).  I

am confident that Dr. Malladi's conclusions would not be accepted by the laundry care industry because his conclusion rely only on deductive logic and no actual test data that could possibly prove that steam is created in the Whirlpool dryer.

19.     Furthermore, Dr. Malladi has provided no evidence that any of his tests are reproducible or repeatable.  His "protocols" are so cryptic, scant and lacking in description as to how the methodology was carried out so as to render it meaningless.  Dr. Malladi himself would have difficulty repeating his tests because of the poor description of the methodology and total absence of data showing that steam is created in the Whirlpool dryer.  LG is likewise not capable of reproducing these tests because he has not provided detailed step-by-step descriptions of his methodology that would inform another tester how to reproduce the tests.

20.     It is notable that Dr. Malladi's tests were performed *post hoc*, that is, in response to LG's filing of the Complaint and the Motion for Preliminary Injunction in connection with this case, and Dr. Malladi designed these tests specifically to justify Whirlpool's advertising claims after they had been challenged.  These claims were not supported by any evidence whatsoever at the time Whirlpool launched the product in the United States, and Dr. Malladi's concocted methodology provides Whirlpool with no belated support for its claims.  In my opinion, Dr. Malladi's bias is well demonstrated in the subjective test that he performed that cannot prove steam is create in the Whirlpool dryer.  Whirlpool relies on absolutely no support that was created prior to this litigation, and every single shred of evidence that Whirlpool uses to support its claims was created in connection with this litigation.

21.     Whirlpool asks this Court to accept Dr. Malladi's hastily slapped-together *ad hoc* testing methods, to substitute his judgment on appropriate testing methods for the judgment and consensus of the industry, and to sanction a test for this industry that has not been

7

approved or analyzed by industry participants. The appropriate place for such consideration would be by AHAM, which is the ANSI accredited Standards Development Organization for the laundry care industry.

22.    In my opinion, Dr. Malladi's tests are not reliable, and they do not allow anyone in the laundry care industry to determine with any reasonable certainty whether the Whirlpool Duet® Steam Dryer uses or creates steam.

EXECUTED this _25th_ day of February, 2008.

_____
Timothy McGrady

# EXHIBIT

# 4A

*Resume*

**Timothy McGrady**
**3510 Deerfield Heights**
**Cortland, NY 13045**
**Home: (607) 753-9075**
**Cell: (607) 283-1926**
**Email: TMCGRADY@twcny.rr.com**

**Education:**

Bachelor of Arts, Potsdam State College of New York
Majors: Physics and Philosophy
Minor: Education
Additional work in Chemistry and Statistics, Cortland State College of New York

**Experience:**

I.  Environmental Compliance Manager, LG Electronics USA, Inc.

Employment Tenure: May 2007 – Present

Position Duties (North America):

1) Research & Develop E-waste recycling plan(s)
2) Represent LG Electronics at technical, government and NGO meetings
3) Liaison with environmental NGOs
4) Distribute information on compliance issues throughout LGE
5) Evaluate technical specifications and form LGE position on revisions
6) Ensure LG compliance with environmental laws, regulations

II. President/Owner Serious Science

Employment Tenure: April 2006 – May 2007

Description of Company:

Serious Science is a materials testing and consulting company with a focus on helping companies comply with restricted substance regulations such as the European Union RoHS Directive.
Website: www.seriousscience.com

III. Auditor, Performance Review Institute

Employment Tenure: October 2006 – May 2007

Position duties:

(1) Audit materials testing laboratories and their quality systems to requirements of Nadcap and ISO 17025

IV. Principal Scientist, IMR Test Labs, Lansing, NY

Employment Tenure: November 2004 - March 2006

Position Duties:

(1) Set up and grow new Declarable Substances department
(2) Develop and deliver seminars to clients
(3) Teach personnel and management about substance regulations (RoHS, ELV, SB20/SB50, etc.)
(4) Research and develop techniques for testing declarable substances in a wide variety of materials
(5) Serve as Chairman of ASTM International Committee F40

V. Chemistry Department Supervisor/Senior Chemist, IMR Test Labs, Lansing, NY
Employment Tenure: November 1994 - November 2004

Position Duties:

1) Supervise and direct activities of commercial analytical chemistry laboratory
2) Evaluate equipment, supervise installation, calibrate and/or verify calibration
3) Develop and document test methods for use in analysis of customer samples
4) Perform and/or direct analyses
5) Review all analytical data generated by the Chemistry Department
6) Recommend testing to customers
7) Train, educate, and evaluate Chemistry Department personnel
8) Prepare and deliver training courses to IMR Test Labs personnel
9) Assist in company planning and policy decisions
10) Prepare laboratory personnel and documentation for compliance to quality standards

VI. Product Development Chemist, Elf Atochem North American, Inc., Homer, NY
Employment Tenure: August 1987 - July 1994

Position Duties:

1) Develop soap-based lubricants for use in wire drawing applications.
2) Develop oil-based lubricants for wire drawing and strip rolling.
3) Develop electroless copper coatings for both cosmetics and lubrication applications on steel wire.
4) Develop anti-staining compounds for copper and copper alloys.
5) Provide technical service support to customers via phone, written recommendations, and on-site problem analyses.
6) Provide technical support to in-house manufacturing through problems analysis and resolution recommendations.
7) Write and maintain product specifications, purchase specifications, product data sheets, quality control methods, and laboratory procedures.

8) Design and develop computer software applications for use by laboratory personnel.
9) Train and supervise laboratory personnel. Train company representatives from other sites in use and trouble-shooting of products.
10) Perform various analyses of competitive products, in-use customer samples, and manufactured products; provide written reports to the Technical, Sales, and Manufacturing departments.

**Technical:**

I. Proficient in the use and calibration of the following analytical equipment:
1. Atomic Absorption Spectrometer (Perkin-Elmer 3100)
2. Optical Emission Spectrometer (Spectro M5 and ARL 3460)
3. Direct Mercury Analysis (Milestone DMA-80)
4. Differential Scanning Calorimeter (DuPont Thermal Analyst)
5. Spectrophotometer (HACH DR 3000 and DR 4000UV)
6. Friction and Wear Tester (Falex)
7. Viscometers (Ostwald-Cannon-Fenske, Brookfield, Zahn)
8. pH/Conductivity Meters (a variety of types)
9. Combustion/Infrared Absorbance (C, S, O determinations)
   (10) Inert Gas Fusion/Thermal Conductivity (N, H determinations)

II. Working knowledge of the following analytical equipment/techniques:

1. Fourier-Transform Infrared Spectrometry (FTIR)
2. Gas Chromatography (GC)
3. Thermo-Gravimetric Analysis (TGA)
4. Inductively Coupled Plasma (ICP)

III. Wet chemistry analytical techniques:

1. Gravimetric Analysis (Moisture, Ash, Precipitation)
2. Titration (Acid-Base, Oxidation-Reduction, Complexometric)
3. Physical Properties (Flash Point [TCC, COC], Specific Gravity, Melting Point, Boiling Point, Viscosity)
4. Extraction (Soxhlet, Solvent)
5. Standard Solution Preparation (Molar, Normal, w/w, w/v)

**Computer:**

I. Experienced in the use of the following software (IBM/clone):

1. MS Dos
2. MS Windows 3.1, '95, '98, 2000, XP
3. MS Word
4. WordPerfect
5. Spreadsheets (Quattro Pro, Lotus 1-2-3, Excel)
6. SQC Pack (SPC software)
7. Paradox (database software)

II. Special computer knowledge, abilities:

1. Interfacing of equipment with PCs via RS-232 serial communications.
2. Template and form design using spreadsheets.
3. Macro creation (spreadsheets)
4. Website Development

**Quality:**

I. Trained in Total Quality Management (TQM)

1. Team Leader - Product Improvement Quality Teams

II. Quality Control

1. Designed computer-based quality system for gravimetric analyses.
2. Successfully prepared Chemistry Department for NADCAP/A2LA/NQA-1 quality audits and many individual client audits
3. Extensive knowledge of ISO 17025 and Nadcap/PRI AC7100
4. Knowledge of SPC principles and applications.
5. Instituted Validation and Traceability Program in Chemistry Department
6. Initiated Visual Inspection of Finished Goods program.

**Publications:**   I. *Chemical Analysis of Powdered Metallurgy Products*, as presented at the World Congress of Powder Metallurgy and Particulate Materials, Orlando, FL June 21, 2002
II. *New ASTM International Committee F40 on Declarable Substances*, Standardization News, June 2005
III. *The Cost of RoHS Compliance*, European Chemical News, 28 February - 6 March 2005 Issue
IV. *Impact of RoHS on Materials and Parts Availability*, Appliance Magazine, May 2005 Issue
V. *An Update on ASTM International Committee F40,* Standardization News, July 2006
VI. *The EU RoHS Directive: Big Issues Linger*, Metal Finishing, November 2006

**Affiliations:**   ASTM International, Chairman, Committee F40 on Declarable Substances in Materials; Member, ASTM Committee B09 on Metal Powders and Metal Powder Products; Association of Home Appliance Manufacturers (member);

# EXHIBIT

# 4B



**About ANSI**

AMERICAN NATIONAL STANDARDS INSTITUTE



HOME    CONTACT US    HELP

Search                    >> go

Access Standards

**About ANSI**

Overview
Introduction to ANSI
History
Offices
  Street Address and Directions
  Local Accommodations
Staff Directory
Structure and Management
  Organization Chart
  Board of Directors
  Code of Ethics
  Constitution and By-Laws
  Annual Report
ANSI Accredited Programs
  Product Certification
  Programs
  Personnel Certification
  Programs
  Standards Developers
  Technical Advisory Groups to
  ISO
Privacy Policy
Use of the ANSI Logo
FAQs

**About ANSI Overview**                                    Español



As the voice of the U.S. standards and conformity assessment system, the American National Standards Institute (ANSI) empowers its members and constituents to strengthen the U.S. marketplace position in the global economy while helping to assure the safety and health of consumers and the protection of the environment.

The Institute oversees the creation, promulgation and use of thousands of norms and guidelines that directly impact businesses in nearly every sector: from acoustical devices to construction equipment, from dairy and livestock production to energy distribution, and many more. ANSI is also actively engaged in accrediting programs that assess conformance to standards – including globally-recognized cross-sector programs such as the ISO 9000 (quality) and ISO 14000 (environmental) management systems.



ANSI-NAM
**Network on Chemical Regulation**

addressing the complexities of REACH implementation

follow this link for more info

**Mission**    To enhance both the global competitiveness of U.S. business and the U.S. quality of life by promoting and facilitating voluntary consensus standards and conformity assessment systems, and safeguarding their integrity.

Membership

Standards Activities

Accreditation Services

Consumer Affairs

Government Affairs

News & Publications

Meetings & Events

Education & Training

Other Services

**Founded**    October 19, 1918

**Legal Status**    A 501(c)3 private, not-for-profit organization

**Address:**    **Headquarters**              **New York Office \***
                1819 L Street, NW             25 West 43rd Street
                Suite 600                     4th Floor
                Washington, DC                New York, NY 10036
                20036                         +1 (212) 642-4900
                +1 (202) 293-8020

Library
Internet Resources
Career Opportunities

+1 (202) 293-8020

| | | |
|---|---|---|
| **Leadership** | Mr. Robert W. Noth<br>Chairman of the Board<br>Manager of Engineering Standards<br>Deere & Company | S. Joe Bhatia<br>President and Chief Executive Officer |

  ⚹ ANSI Board of Directors
  ⚹ ANSI Board Officers

**Employees**   90+

**Membership**   Comprised of Government agencies, Organizations, Companies, Academic and International bodies, and individuals, the American National Standards Institute (ANSI) represents the interests of more than 125,000 companies and 3.5 million professionals.

**Annual Budget**   $22 million

**Affiliations**   ANSI is the official U.S. representative to the International Organization for Standardization (ISO) and, via the U.S. National Committee, the International Electrotechnical Commission (IEC). ANSI is also a member of the International Accreditation Forum (IAF).

Regionally, the Institute is the U.S. member of the Pacific Area Standards Congress (PASC) and the Pan American Standards Commission (COPANT). ANSI is also a member of the Pacific Accreditation Cooperation (PAC) and via the ANSI-ASQ National Accreditation Board (ANAB), a member of the Inter American Accreditation Cooperation (IAAC).

**Websites:**   ⚹ ANSI Online
  ⚹ ANSI eStandards Store (eSS)
  ⚹ NSSN: A National Resource for Global Standards

**Serial Publications**   ⚹ ANSI Congressional Standards Update (monthly)
  ⚹ What's New (weekly)
  ⚹ Standards Action (weekly)

Purchase Standards    Contact Us    Help    Join ANSI    **MY ANSI**





**Member Login** | Search

About AHAM   AHAM Focus   Membership   Events   News   Links & Resources   For Consumers   Store   Home Sweet Home   Home

About AHAM
- Our Mission
- Core Services
- Governance
- Our Staff
- Directions and Local...
- Product Philanthrophy/...

Create a Personal Profile

Login

Smaller text

Larger text



# What is AHAM?

AHAM is the U.S. based trade association of the home appliance manufacturing industry. Its members include the manufacturers of "major," "portable," and "floor care" home appliances and the companies who supply and service these manufacturers.

**Major home appliances** include refrigerators, refrigerator/freezers, freezers, dishwashers, clothes washers and dryers, trash compactors, microwave ovens, room air conditioners, portable air conditioners and dehumidifiers. **Portable home appliances** include kitchen electrics such as toasters, toaster ovens, blenders, mixers, electric knives, juicers, slow cookers, rice cookers and bread makers. Also included are personal care products such as hair dryers and curlers, electric shavers and trimmers. Portables also includes air treatment products such as room air cleaners and humidifiers as well as portable fans and heaters. **Floor care appliances** include portable and central vacuum cleaners, carpet and carpet and floor extractors. **AHAM Suppliers** include businesses that supply parts, materials and services to home appliance manufacturers.

The home appliance industry serves a global market and, as such, AHAM's membership is truly global. In the United States alone, the home appliance industry is a multi-billion-dollar component of the economy, helping to define lifestyles. AHAM membership requires a home appliance manufacturer to market its products and maintain a legal presence in the United States.

Click here to view AHAM's 2006 annual report: AHAM Delivering Results, Delivering Value!

Click here for information on Product Philanthrophy/ Donations

Copyright © 1996 - 2008 · Association of Home Appliance Manufacturers · All rights reserved.

1111 19th Street NW, Suite 402 · Washington, DC 20036
202-872-5955 (voice) · info@aham.org

All Contents ©2005 Association of Home Appliance Manufacturers. All Rights Reserved. Disclaimer and Web Privacy Notice.





**Member Login**     [Search]

About AHAM   AHAM Focus   Membership   Events   News   Links & Resources   For Consumers   Store   Home Sweet Home   Home

About AHAM
- Our Mission
- Core Services
- Governance
- Our Staff
- Directions and Local...
- Product Philanthrophy/...

Create a Personal Profile

Login

Smaller text

Larger text



# AHAM Member Service Areas

**Government Relations**

Public policies in the form of laws, regulations, whether in effect or in the proposal stage can significantly impact the design and manufacturer of home appliances. Energy, environment, safety, trade and other issues are monitored closely by AHAM staff and member groups a the federal, state and international level for potential impact on the membership and its customers. Members benefit from AHAM access, intelligence, analysis and advocacy on a wide range of public policy issues. AHAM also provides a lawful forum for members to discuss such issues and respond with responsible policy positions. AHAM positions are developed by its membership divisions through government relations committees and task forces. AHAM testifies before Congress and other governmental bodies and lobbies on behalf of the membership and coordinates member company advocacy through grassroots legislative network. AHAM also maintains a federal Political Action Committee.

**Appliance Standards**

AHAM is an ANSI accredited Standards Development Organization. AHAM develops and maintains technical standards for various appliances to provide uniform, repeatable procedures for measuring specific product characteristics and performance features. AHAM maintains twenty five standards, many of which are approved by ANSI as American National Standards through the consensus approval process. AHAM standards also are recognized by many regulatory agencies including the U.S. Department of Energy. Standards are adopted voluntarily by AHAM members in the public interest, to establish common understanding between manufacturers and consumers and to assist consumers in comparing appliances before purchases.

In addition to publishing standards, AHAM also provides regular information and advocacy to members before other standards development organizations such as Underwriters Laboratories, the Canadian Standards Association, American Society for Testing and Materials, International Electrotechnical Commission and International Organization for Standardization.

**AHAM Certification Programs**

AHAM administers certification programs for room air conditioners, dehumidifiers and room air cleaners. Appliances certified by participants in these voluntary programs carry an AHAM seal which assures consumers that rated product characteristics are accurate, using standard test methods. AHAM verifies products rated through this program through a third party testing

laboratory. AHAM publishes certification directories listing all models included in the various programs. These directories have proved useful to government regulatory bodies, retailers and consumers. AHAM certification programs are open to members and non-members alike.

**Business Data**

AHAM administers factory shipment reports for major, portable and floor care appliances which provide critical market information to participants. AHAM's appliance shipment reports provide the most empirically accurate data in the industry – more than 300 unique data reports that measure trends, product characteristics and product forecasts. The association also conducts other market and consumer research studies and publishes a biennial Major Appliance Fact Book.

Copyright © 1996 - 2008 · Association of Home Appliance Manufacturers · All rights reserved.

1111 19th Street NW, Suite 402   ·   Washington, DC  20036
202-872-5955 (voice)   ·   info@aham.org

All Contents ©2005 Association of Home Appliance Manufacturers. All Rights Reserved. Disclaimer and Web Privacy Notice.

# EXHIBIT

# 4C

Exhibit D-1, page 2

# Test Protocol

- **Clothes dryer tested**
  - Whirlpool Duet Steam
  - Model: WED9600TA0
  - No clothes in drum
- **Cycles tested**
  - Quick Refresh
  - Enhanced Touch Up / High Temperature (20 minute time setting)
- **Instrumentation**
  - 2-D circular quadrant array with 22 thermocouples monitoring temperature
  - Grid of thermocouples moved along dryer axis
    - 1, 2, 3, 4, 6, 8, 14, 18 and 24 inches from hot air vent
- **Additional Step**
  - Interior cooled to room temp for approximately 10 minutes before testing

Exhibit D-1, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer

Exhibit D-2, page 2

# Infrared (IR) Imaging
## Air Inlet Grill
## Temperature Measurement Protocol

- Duet® Steam Dryer door removed and replaced with Mylar sheet (interlock defeated)

- Mylar sheet sealed to IR camera

- Water supply disconnected to protect the infrared thermal imaging optics

- Interior surfaces of dryer spray painted with a flat black paint to obtain a high, uniform emissivity.  Camera emissivity was set to 1.0.

- IR images depict the surface temperatures inside the dryer and not the temperature of the air stream

- Surface temperature measurements with TC compared to IR measurements

- Dryer run on "Quick Refresh" cycle

Exhibit D-3, page 2

# Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0
- Steam cycles tested
  - "Quick Refresh" with and without clothes
  - "Enhanced Touch Up" with and without clothes
    - High Temperature Setting
    - 20 minute time setting
- Clothing
  - 3 long sleeve cotton shirts, 1 short sleeve cotton shirt
- Instrumentation
  - 9 thermocouples mounted on a 3 x 3 grid positioned 3.5" away from the air inlet grill
  - 1 thermocouple monitoring temperature 1" from air inlet grill
- Additional Step
  - Drum interior cooled to room temp for approximately 10 minutes before each test

Exhibit D-3, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - All thermocouples sampled at 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 156782
  - Lenovo ThinkPad T61 laptop computer

Exhibit D-4, page 2

# Dew Point Test Protocol

- Clothes dryer tested
  - Whirlpool Duet Steam
  - Model: WED9600TA0
- Test Configuration
  - Manual Cycle: Timed Dry
  - Temperature Setting: Air Only (No Heat)
  - Mist Activated Using a Manually-Operated Bypass Switch Installed in the Circuitry
- Instrumentation
  - Sensirion Temperature and Humidity Probe SHT75
  - Data Acquisition: Sensirion EK-H3,
- Sensor Position
  - Top right corner of air inlet grill
  - 3" Away from surface of air inlet grill
- Test Sequence
  - See Table at Right

| Time (min) | Mist On/Off | Dryer On/Off | Door |
|---|---|---|---|
| 0 – ½ | Off | Off | Open |
| ½ – 1 | Off | Off | Closed |
| 1 – 3 | Off | On | Closed |
| 3 – 4 | On | On | Closed |
| 4 – 5 | Off | On | Closed |

Exhibit E-1, page 2

# Test Protocol

- Clothes dryer tested
  - LG SteamDryer™
  - Model: DLEX8377NM
  - No clothes in dryer drum
- Steam cycles tested
  - Steam Fresh™ (3 items setting)
  - Normal with Easy Iron option (48 minute time setting)
- Instrumentation
  - 30 thermocouples monitoring temperature arranged to duplicate geometry reported in 'Exhibit 4C' to Dr. Chul Jin Choi's declaration
  - 27 thermocouples in 3-D grid and 3 thermocouples on air inlet

Exhibit E-2, page 3

# Data Acquisition System

- **Thermocouples**
  - Type K
  - 30 gauge thermocouple wire
- **Software**
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- **Hardware**
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer

Exhibit E-3, page 3

# Data Acquisition System

- Thermocouples
  - Type K
  - 30 gauge thermocouple wire
- Software
  - Personal DaqView Plus 2.0.10
  - Sampling rate: 0.4 Hz (every 2.5 seconds)
- Hardware
  - Personal Daq/56: USB data acquisition system
    - S/N: 248407, 156752
  - PDQ1: Expansion module
    - S/N: 182512, 252827
  - Lenovo ThinkPad T61 laptop computer