# Exhibit

# 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,** | ) | |
|   a subsidiary of  LG Electronics, Inc.,** | ) | |
|   a Korean company,** | ) | **Civil Action No. 08 C 242** |
| | ) | |
| **Plaintiff,** | ) | **Judge St. Eve** |
| | ) | |
| **v.** | ) | **Magistrate Judge Mason** |
| | ) | |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SUPPLEMENTAL EXPERT DECLARATION OF DR. ANTHONY M. JACOBI
IN REBUTTAL TO DECLARATION OF DR. SUBBAIAH MALLADI**

I, Anthony M. Jacobi, hereby state and declare the following:

1.　　　My name is Anthony M. Jacobi.  I am more than twenty-one (21) years of age, of sound mind, capable of making this Expert Declaration, and fully competent to testify to the matters stated herein.  Everything stated herein is of my own personal knowledge.  I declare under penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, that the following is true and correct.

2.　　　My personal and business information have not changed since my last Declaration, which was signed on January 8, 2008 (hereinafter referred to as "1/8/08 Declaration").  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.  For purposes of my evaluation, I examined my 1/8/08 Declaration; the February 8, 2008 Expert Declaration of Dr. Subbaiah Malladi and exhibits; the February 7, 2008 Expert Declaration of Dr. Judith Levi; Whirlpool's Duet® Steam Washer; and the references cited herein.  To the extent there were any highly confidential documents included with these submissions, counsel

for LG USA informs me that those documents were removed and counsel did not show them to me.

## Introduction

3.      In his declaration, Dr. Malladi characterizes the technical definition of steam set forth in my 1/8/08 Declaration as a "narrow thermodynamic" definition.  He offers a broader technical definition and a number of lay definitions.  He presents experimental data to prove temperatures in a small region inside the Whirlpool Duet® Steam Dryer at times exceed 100 C, and he uses those results and his definitions to argue that steam is generated in the Whirlpool dryer.  Dr. Malladi makes his argument by repeated erroneous assertions, and by repeatedly mixing technical concepts and definitions with lay definitions.  His approach obfuscates the technical principles.  In this declaration, I will begin by setting forth the accepted technical definitions and concepts.  I will then review Dr. Maladi's declaration to show that whether one adopts technical definitions or lay definitions, his assertions are erroneous.  The Whirlpool dryer does not create steam in a technical sense, nor does it generate steam under the lay definitions of Dr. Malladi.  Because Dr. Malladi's declaration is long, repetitive and at times confusing, my analysis of it will be detailed and necessarily long.

## Technical Background

4.      Because Dr. Malladi mixes technical and lay definitions and vigorously asserts that the Whirlpool dryer generates steam as defined in thermodynamics, it is important to clarify some technical definitions and to discuss their relevance in evaluating lay definitions.  In thermodynamics, the definition of steam is precise and unambiguous.  The word "steam" is a noun in thermodynamics.  In my 1/8/08 Declaration I defined *dry steam*; Dr. Malladi refers to that definition as narrow, and he introduces a technical term *wet steam*, which he misuses.  I will

define steam in the broadest sense possible under thermodynamics and explain the commonly used technical modifiers:

(a)     *Steam* in the most precise thermodynamic sense is a substance composed only of pure water ($H_2o$) vapor (pure water in the gaseous state).[1]   In my 1/8/08 Declaration I called this substance *dry steam*, because I wanted to be absolutely clear, since modifiers are sometimes used.

(b)     A substance consisting of pure water vapor with pure liquid water dispersed in the vapor is sometimes called *wet steam*.

(c)     In thermodynamics, *saturation temperature* means the temperature at which a phase change can occur (e.g., evaporation or condensation).   In general, the saturation temperature depends on the pressure.

(d)     A substance that is pure water in the vapor phase and is at the saturation temperature (at the point of condensation) is sometimes called *saturated steam*.

(e)     Dry steam at a temperature exceeding the saturation temperature is sometimes called *superheated steam*.

(f)     A substance consisting of pure liquid water at a temperature below the saturation temperature is called *subcooled liquid water* (also sometimes called *compressed liquid water*).

(g)     A substance consisting of liquid water at the saturation temperature is called *saturated liquid water*.

5.     In thermodynamics, "steam" with no modifier implies pure water vapor. However, the use of modifiers is not uncommon and broadens the technical use of "steam"

---

[1]     W. Wagner and A. Pruss, "The IAPWS Formulation 1995 for the Thermodynamic Properties of Ordinary Water Substance for General and Scientific Use," *J. Phys. Chem. Ref. Data*, **31**, 387-535, 2002.  A true and correct copy of this document is attached hereto as Exhibit B.

beyond the precise thermodynamic definition (there are modifiers I have not mentioned, such as *metastable steam*).

6. It is important to note that all accepted thermodynamic definitions of steam refer to pure water ($H_2O$) vapor, not water vapor mixed with air.

7. Whirlpool's Duet® Steam Dryer is not capable of creating pure water vapor. Instead, it relies on evaporation in the drum to produce water vapor – but the drum also contains air. The moment a molecule of water passes from the liquid to the vapor state it inevitably enters a mixture of air and water. The gas mixture inside the Whirlpool dryer is unequivocally not steam in a thermodynamic sense. Furthermore, as I will demonstrate later, that mixture is not steam under the lay definitions in Dr. Malladi's declaration.

8. *Evaporation* is a process by which a liquid goes to the vapor phase. Evaporation is not a substance. The evaporation of water creates water vapor, and water vapor is a clear (invisible) substance. A lay observer watching the evaporation of water will almost certainly not claim to see steam (they will not see anything).

9. *Condensation* is a process by which a vapor goes to the liquid phase. Under some conditions, clear water vapor can condense to form a visible mix of water droplets and gas. A lay observer watching such a process may claim to see steam. As is demonstrated in detail later, Dr. Malladi uses this process and the expectation that a lay observer would watch such a process and claim to see steam as the basis of his lay definitions. That is reasonable. What is unreasonable is to assert that such a process occurs in the Whirlpool dryer. Evaporation occurs within the Whirlpool dryer, but condensation does not occur.

10. The thermodynamic properties of steam are commonly based on formulations given by the International Association for the Properties of Water and Steam

(IAPWS).[2]  The thermodynamic properties of moist air are commonly based on formulations of the American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE).[3]  I serve on, and am past Chair of, the ASHRAE committee responsible for maintaining those formulations, ASHRAE Technical Committee 1.1, Thermodynamics and Psychrometrics. Steam and moist air are clearly thermodynamically different.

(a)    If liquid water, either on wet clothing or as injected droplets (Whirlpool's system), is introduced into a chamber filled with warm, moist air, evaporation can occur.  Such a process cannot produce pure water vapor, however, nor does it produce pure water vapor mixed with liquid water.  From a technical point of view, the evaporation of water into moist air, such as occurs inside Whirlpool's dryer drum, does not produce steam.  Thus, repeated assertions by Dr. Malladi that the Duet® Steam Dryer generates steam in "the narrow thermodynamic definition," or by some other accepted thermodynamic definition, by evaporating water into moist air are patently fallacious.

(b)    The process of evaporation that occurs within the Whirlpool dryer also cannot create steam in the lay sense.  Rather, it creates water vapor which is invisible, and condensation does not occur; thus the vapor that is created remains invisible. To claim that the subcooled liquid water sprayed into the Whirlpool drum is steam is disingenuous, and tantamount to claiming that *any* spray of liquid water is steam.  That is simply not true, either in a technical sense or in a common-sense lay interpretation.

---

[2]    *Id.*

[3]    2001 ASHRAE Handbook, Fundamentals, Chapter 6. Psychrometrics, ASHRAE, Atlanta, GA.  A true and correct copy of this document is attached hereto as Exhibit C.

## Rebuttal of Dr. Malladi's Declaration

11.    I now present a point-by-point analysis of Dr. Malladi's Declaration, and for the purpose of clarity refer to paragraphs in his Declaration using the symbol ¶. By contrast, I refer to paragraphs in this Declaration using the symbol §. In putting forward my analysis, I will begin with ¶8, work my way to the end of Dr. Malladi's Declaration, and then treat his conclusions set forth in ¶7.

12.    In response to ¶8:

(a)    In definition *1a*, Dr. Malladi offers a definition of steam as "a vapor arising from some heated substance." If this is a technical definition, then the substance and vapor must be pure water. If this is a lay definition, then I believe the vapor must be visible, because in our everyday life we do not refer to invisible vapor arising from a heated substance as steam. Instead, we call that process evaporation.

(b)    If the vapor is pure water vapor, then Definition *2a* is essentially the technical definition of dry steam.

(c)    Definition *2b* is a lay definition of steam, and it emphasizes "visible vapor" in a lay sense, because in a technical sense pure water vapor is invisible.

(d)    In the definition of steam as a verb, 2, Dr. Malladi suggests "to apply steam to <women often like to ~ the skin by covering it with hot towels –Morris Fishbein." This definition is unrelated to the processes occurring in Whirlpool's Duet® Steam Dryer, from either a technical or a lay point of view.

(e)    Dr. Malladi then offers definitions of "dry steam" and "wet steam" that are correct, provided the substance is pure water. These terms are technical terms, in spite of the fact that he will mix them with lay ideas later.

(f)     Dr. Malladi then offers a definition of water vapor, "water in a vaporous form esp. when below the boiling temperature and diffused (as in the atmosphere) – compare STEAM."  This is a lay definition of water vapor.  From a technical point of view, water vapor exists at temperatures above the boiling temperature.  From a technical point of view, water vapor is only steam when it is pure water vapor.  From a lay point of view, we would not refer to invisible water vapor dispersed in the atmosphere as steam, because no one observing it would see it and call it steam.

(g)     Dr. Malladi has quoted an incorrect thermodynamic definition of steam.  Citing the *Encyclopedia of Chemical Technology*, Dr. Malladi states: "[Steam] can be generated by evaporation of water at subcritical pressures, by heating water above the critical pressure, and by sublimation of ice."  The "critical pressure" has a precise thermodynamic meaning – it is the pressure above which there is no distinction between the liquid and vapor phases of a substance.  Thus, "heating water above the critical pressure" will result in the creation of "super-critical water."  The highly technical definition offered by Dr. Malladi incorrectly uses "critical pressure" where it should have used "saturation pressure."  He should have realized that this definition was flawed.

13.     In response to ¶9:  In my 1/8/08 Declaration I did not restrict my definition of dry steam to "water vapor at or above 100 C."  Indeed, dry steam can exist at temperatures below 100 C, provided that the pressure is below one atmosphere.  I pointed out that at one atmosphere of pressure, water must be heated above 100 C to obtain dry steam.  It should be noted that at one atmosphere, pure water must also be heated to 100 C to obtain wet

7

steam.  Moreover, my definition is not unique or narrow in a technical sense, but instead is the accepted technical definition of steam.[4,5,6]  I did not attempt to define steam in any sense beyond a thermodynamic definition because, in my experience, the technical usage of the unmodified word "steam" is most commonly used to mean "dry steam."  It is important to note that all technical definitions of steam refer to a pure water substance (not air-water mixtures, as exist in the Whirlpool machine).

14.     In response to ¶10:  Dr. Malladi refers to a "steamed up" bathroom or kitchen to explain and elaborate the lay definition of the word "steam."  He explains that in the lay sense, steam is "the visible mist formed as water vapor cools."  The visible mist to which Dr. Malladi refers consists of tiny droplets that condense in room-temperature air, because the local temperature is below the dew point.  The Duet® Steam Dryer does not generate such steam.  Steam, defined in this lay sense, is formed upon the cooling of water vapor, but the Whirlpool system injects cold liquid water into a warm, moist-air environment.  These processes are fundamentally different, and the argument that steam will be created in Whirlpool's Duet® Steam Dryer as it is in a "steamed up" bathroom or kitchen is patently fallacious.

15.     In response to ¶11:  Dr. Malladi argues: (1) during the steam cycle, both the LG USA and Whirlpool dryers expose clothes to hot moist air; (2) LG USA does not expose clothes to dry steam; (3) consumers might expect "steam" to mean dry steam.  Thus, he concludes, LG USA cannot restrict the definition of a "steam dryer" to dryers that expose clothes to dry steam, and any claim by LG USA that clothes are exposed to dry steam would be false.

---

[4]     Leonard, C.M. and V.L. Maleev, *Heat Power Fundamentals*, Pitman Publishing, 1956, p. 61.  A true and correct copy of this document is attached hereto as Exhibit D.

[5]     F.P. Durham, *Thermodynamics*, 2nd ed., Prentice-Hall, 1959, p. 40.  A true and correct copy of this document is attached hereto as Exhibit E.

[6]     Solberg, H.L, Cromer, O.C., and A.R. Spalding, *Thermal Engineering*, Wiley and Sons, 1960, p.102.  A true and correct copy of this document is attached hereto as Exhibit F.

(a)     Dr. Malladi appears to argue that both dryers subject the clothes to the same environment.  This is inaccurate, as it is undisputed that the LG USA dryer injects steam.  This steam condenses into the warm, moist air and onto the clothing and other surfaces within the drum, and is later evaporated in a drying process.  The LG USA dryer generates steam using the same general approach adopted by Whirlpool for their steam washing machine.  The Whirlpool dryer, however, operates in a completely different way – it injects sub-cooled liquid water into the drum, and that liquid water wets the clothes and other surfaces within the drum and evaporates.  The thermal environments within the LG USA and Whirlpool dryers are different.  In one (LG USA) condensation and evaporation occur, and in the other (Whirlpool) only evaporation occurs.

(b)     Dr. Malladi seems to mix lay expectations with technical interpretations.  He sets the lay definitions as separate from the technical definitions, but then suggests the lay consumer will have a very narrow thermodynamic expectation.

16.     I will not respond to ¶¶12 – 17, because I am not qualified as an expert in patent law.

17.     I will not respond in detail to ¶18, because the issue at hand is clothes dryers, not other appliances, and I do not have expertise in advertising.  I will note, however, that the Dryel product does not appear to be a "Home Appliance" as characterized by Dr. Malladi.

18.     In response to ¶19, the use of the word "steam" in the context of appliances for which the operating principles are different from a clothes dryer is irrelevant.  Spraying sub-cooled liquid droplets into warm, moist air does not create steam (this is Whirlpool's system).  Thermodynamically, a mixture of water and air is not steam.  The lay

definition (all those given in ¶8 and elaborated upon in ¶10 of Dr. Malladi's Declaration) requires the condensation of water vapor into droplets to create visible substance. That condensation process simply does not occur in the Whirlpool dryer.

19.    In response to ¶21: Dr. Malladi reports some measured temperatures near the air-supply grill of the Whirlpool Duet® Steam Dryer to exceed 100 C during the "Quick Refresh" and "Touch Up" cycles. He twice asserts an "atomized mist" is applied, but provides no data on drop-size distribution to support such an assertion. In addition, Dr. Malladi presents thermal imaging data that show the temperature of the face of the grill can reach about 140 C. Dr. Malladi also presents temperature contour maps to suggest there are regions in the air flow where temperatures exceed 100 C. Dr. Malladi presents similar "three-dimensional" images. The temperature data provided by Dr. Malladi, however, are of low veracity by the standards of most researchers in the thermal sciences. He measured air temperatures very near a hot surface (the grill in particular), and in a region where large temperature differences occur. Such a situation is widely known to cause measurement errors (so-called radiation and conduction errors), but he takes no precautions to overcome or assess these errors. These obvious shortcomings notwithstanding, I am relatively confident he is correct in concluding air temperatures at some locations did at some times exceed 100 C.

20.    In response to ¶22: It is highly misleading for Dr. Malladi to state, "The testing performed at Exponent conclusively demonstrates that air temperatures within several regions of the Duet® Steam dryer drum are well over 100 C." In point of fact, the data show that at some locations – all confined to a region very near the supply air inlet, and all very near each other – temperatures at some times exceeded 100 C. In Figures 8-11 of his declaration, Dr. Malladi presents maps of maximum temperature (achieved at an instant) and plots a contour for

100 C, as if the region bounded by the contour is everywhere above 100 C. That is not what the data indicate, and to suggest so is misleading. Instead, at one instant in time some of the thermocouples in the region identified by Dr. Malladi might be above 100 C, while others are not. Not only is the region bounded by the 100 C contour not always above 100 C, there are times when *none* of it is above 100 C, and there are times when only part of it is above 100 C.

21.    I will not respond to ¶23, because it addresses Dr. Choi's declaration.

22.    In response to ¶24:

(a)    Dr. Malladi is overly restrictive in stating, "Steam generated by heating water in a reservoir relies on either film or pool boiling." Other heat transfer mechanisms can create steam in a reservoir, such as thin-film evaporation and convective boiling. Moreover, his suggestion to generate steam by film boiling in the current context is absurd – film boiling under these conditions would be associated with catastrophically high surface temperatures.

(b)    Dr. Malladi states that generating steam in a reservoir takes time, and he is correct. He then goes on to state, "In contrast, one can generate steam in other ways, such as flash vaporization or by spraying water into a heated environment (Whirlpool's approach)." Dr. Malladi seems to suggest that "flash vaporization" is the Whirlpool approach. Such a suggestion is patently fallacious. To generate steam by flash vaporization requires a sudden pressure reduction to below the saturation state. The concept that Dr. Malladi seems to be articulating, however, is that flash vaporization occurs when cold water is thrown onto an extremely hot surface – such as water being thrown onto heated sauna rocks. This process is not flash vaporization, and in any event does not occur inside the Whirlpool machine.

11

Flash vaporization is a thermodynamic process by which one can create steam, but the Whirlpool approach is unequivocally not flash vaporization.

(c)    The Whirlpool approach is "spraying water into a heated environment."  Dr. Malladi introduced four approaches to generate steam (film boiling, pool boiling, flash vaporization, and the Whirlpool approach), and the first three can be legitimate processes to generate steam under a technical definition.    The Whirlpool approach, however, cannot generate steam in a technical sense (*see* §10), nor in the lay sense referred to in ¶8 and ¶10 of Dr. Malladi's Declaration. (*see* §10).  Dr. Malladi is mixing technical and lay interpretations, and he is vague about which one he is applying.  He goes on to state, "The advantage to the spray process is that the steam is generated almost instantly."  Steam is not generated in either the technical or lay sense.  He has provided no data or analysis to support an assertion regarding the rate of evaporation of the liquid droplets, and simply evaporating liquid water into moist air does not create steam under any of his definitions.

(d)    What happens when water is sprayed into an oven at 100 C or higher is irrelevant – that is not the Whirlpool approach.  The Whirlpool dryer is not an oven, and not only are the temperatures not everywhere above 100 C, they are only above 100 C in a small region for part of the time.  Dr. Malladi has been misleading with his appeal to our common-sense perceptions.  If one opens a hot oven and sprays in cool water, it would hit the oven surface and rapidly evaporate (perhaps boiling).  Presuming the oven door were open, this hot, clear water vapor would issue into the room, where it would likely condense to form small droplets (that is steam by

12

Dr Malladi's lay definition). The Whirlpool dryer does not operate with the door open, however, nor does it cause condensation into tiny water droplets. Instead, the Whirlpool dryer mechanically disperses subcooled liquid water and evaporates it into warm, moist air. An analogy as absurd as Dr. Malladi's is to spray a garden hose on a warm summer day and claim the creation of steam.

23.     In response to ¶25: Dr. Malladi notes that air temperatures decrease inside the Duet® Steam dryer when liquid water is sprayed into the drum. He asserts without support that this temperature drop is because droplets are evaporating.

(a)     The initial drop in temperature at the initiation of the spray is because the air heater turned off. To suggest that temperature drop is caused by the droplets is absurd.

(b)     There is an effect on temperature associated with the spray, but it is impossible to conclude from the data provided by Dr. Malladi whether it is due to the droplets themselves or to evaporation elsewhere. Indeed, evaporating liquid water on the surface of the drum would also result in a reduced air temperature.

(c)     Dr. Malladi then states that the temperature drop occurred at locations where the temperature exceeded 100 C, but he failed to present data to support his claim. In fact, the transient temperature data of Figures 6 and 7 of his Declaration contradict his claim. From those figures, it appears the locations where temperatures exceed 100 C (at times when they exceed 100 C), are not affected by the application the water spray. I have reproduced and annotated part of one of his plots below to illustrate this point. The thermocouples first indicate a temperature decrease because the air heater cycled off. When the spray begins,

the temperature effect is at locations of low temperature. The effect appears to last for about 1.5 cycles. In the high-temperature region, the maximum temperatures are highest immediately following the spray injection. This is counter to the temperature drop as asserted by Dr. Malladi. Peak temperatures in the high-temperature region are slightly lower on the second cycle after the spray, but the low-temperature region that is clearly influenced by the spray indicates the effect has ended by that time. Dr. Malladi asserts that the evaporation of water at a temperature above 100 C is direct evidence that steam exists, even in the "narrow thermodynamic definition." He did not prove liquid water reached 100 C, however, but even if it did no steam was generated using the lay definitions he provided (see ¶8 and ¶10) or a correct technical definition (see §10). Further, his assertion indicates that either he does not understand the thermodynamic definition of steam or he is being misleading. From a technical point of view, Dr. Malladi is simply dead wrong to assert that these data are direct evidence that steam exists in a thermodynamic sense.



Figure 1. An annotation of time-temperature data presented in Dr. Malladi's declaration.

24.     I have no response to ¶26.

25.     In response to ¶27a:   Dr. Malladi asserts that his flow visualization "definitively confirmed that some of the water droplets enter regions of the drum where temperatures exceed 100 C."  However, the flow visualization technique adopted by Dr. Malladi is not capable of showing the location of the droplets.  Indeed, an image recorded by a single conventional camera cannot provide depth information.  Discerning droplet location relative to the locations where air is above 100 C at that time is not possible.  Dr. Malladi simply did not conduct measurements allowing him to determine whether a liquid droplet was at a temperature above 100 C.  I am skeptical that any significant entrainment of liquid droplets occurs in the region very near the air supply grill.

26.     In response to ¶27b:  Even if liquid water droplets enter a region where the air temperature is above 100C, that region certainly does not contain or generate steam in a

thermodynamic sense (see §10).  Moreover, steam certainly is not being generated in the lay sense that he defined ¶8 and argued in ¶10.

27.    In response to ¶27c:  Dr. Malladi repeats his earlier claims with no new evidence.  Simply repeating an erroneous claim with vigor does not make it true.  His claim that steam is generated is still false.

28.    In response to ¶28:  Again, Dr. Malladi repeats his erroneous claim with no new evidence.  His claim that steam was generated is still false.

29.    In response to ¶29:  Dr. Malladi did not indicate which of my conclusions he believes is undermined by his measurements.  No part of my original declaration is vitiated by his measurements, except that now I believe the air temperatures in a small region near the air supply do at times exceed 100 C.  However, this fact does not change any of my conclusions, as it is irrelevant to whether the Whirlpool system creates steam.  Dr. Malladi seemed to "latch on" to my statement, misinterpret its motivation, and apply it out of context, as if reaching an air temperature of 100 C in a small region near the air supply, for some time period, magically means steam was created.  It does not.  Steam was not created, because only evaporation is occurring inside the Whirlpool drum.  That process can occur at lower temperatures.  The Whirlpool approach does not create steam in a thermodynamic sense, nor does it create steam in the lay sense put forward by Dr. Malladi.

30.    In response to ¶30:  Again, Dr. Malladi simply asserts his conclusion without new support.  His claim that steam is created remains false.

31.    In response to ¶31:  Installing the cage as shown in Dr. Malladi's declaration may alter the temperature and velocity fields within the Duet® Steam Dryer.

However, that effect may not vitiate the conclusion that drum temperatures increase when clothes are added to the dryer. A temperature increase in the drum is irrelevant.

32.     I have no response to ¶32, because it is irrelevant.

33.     I have no response to ¶33, because it addresses Dr. Choi's declaration.

34.     In response to ¶34: Temperatures at some locations (very near the hot-air supply) at some times exceed 100 C, with clothes in the dryer. Dr. Malladi is wrong to assert, however, that this indicates steam was generated (see §10).

35.     In response to ¶35: The increase in humidity measured in front of the grill of the Whirlpool machine means the humidity at that location increased when water was injected into the drum. There is no support, however, for Dr. Malladi's assertion that "some of the spray mist is being entrained into the air entering through the grill, and forming water vapor." The measurement indicates only that the concentration of water vapor at that location increased. The measurement is incapable of indicating where that moisture originated. The moisture could (and likely does) come from evaporation from the wetted tub after liquid was sprayed into the drum. No steam by the technical or lay definition put forward by Dr. Malladi was generated. Moreover, conducting this experiment with the air heater turned off means it is not representative of the conditions that prevail when the dryer operates in its normal way. The air temperature is important to the rate of evaporation. The humidity data provided by Dr. Malladi are completely meaningless.

36.     In response to ¶36: Such an image does not provide depth information, and it certainly does not allow the conclusion that liquid water is present at 100 C. However, even if it is, no steam was generated in the technical sense or the lay sense put forward by Dr. Malladi.

17

37.     In response to ¶37:  The Duet® Steam dryer absolutely does not generate steam as defined in a thermodynamic sense.  I am not sure what Dr. Malladi means by "generates steam in several forms."  Dr. Malladi seems to be mixing technical and lay language.  His use of this phrase is vague and ambiguous – perhaps intentionally so.

38.     In response to ¶38:  The data clearly indicate that steam is not generated in the Whirlpool Duet® Steam Dryer, defined either thermodynamically or in the lay definitions put forth in ¶8 and ¶10 of Dr. Malladi's Declaration.  Moreover, to a thermodynamicist, "the pure power of steam" clearly conveys that the energy content of steam is used.  The Whirlpool system, however, injects subcooled liquid water with relatively low energy content.  The LG system, on the other hand, injects steam with relatively high energy content.

39.     I have no response to ¶¶39 – 41.

40.     In response to ¶¶42 – 43:  It is certainly possible to inject steam (generated elsewhere) into an environment at a temperature below 100C.  Moreover, the data provided by Dr. Malladi (*see* Figures 20, 22, 25, and 26 of his Declaration) clearly indicate a temperature increase associated with the steam phase of the LG USA dryer.  These results are consistent with relatively high-energy steam.

41.     In response to ¶44:   Dr. Malladi presents temperature data from measurements near the steam injection nozzle of the LG USA dryer.  The measurements during steam injection show that ½" from the nozzle the temperatures are just below 100 C, and 1" and 1¾" from the nozzle the temperatures are around 80C.  These data support the conclusion that steam (in the thermodynamic sense) was injected into the LG USA machine, and upon injection was cooled by direct-contact heat transfer with the cooler air.  That heat transfer would create steam in the lay sense put forward by Dr. Malladi.

18

42.     In response to ¶45: Dr. Malladi describes the remote generation of steam and suggests that condensation occurs as the steam travels from the generator to the LG USA drum.  There are no data provided to support the statement.  Dr. Malladi also states that additional condensation occurs in the nozzle of the LG USA machine, and he bases that statement on liquid water dripping from the nozzle during the steam cycle.  However, his description of a plume and the temperature data he provided, clearly indicate that water vapor was injected (steam, in the thermodynamic sense).  Dr. Malladi then states, "Thus, steam entering the drum encounters air that is considerably cooler than 100 C and the steam rapidly cools, condensing moisture."  He goes on to state later in the paragraph, "any water vapor at 100 C in the drum would be considered 'wet steam', not 'dry steam.'"  Dr. Malladi is mixing and matching technical and lay interpretations of the word steam.  He is using the technical words "wet steam" and "dry steam" – which have a clear and unambiguous thermodynamic meaning – in a fashion inconsistent with their meaning.  Steam inside the LG USA drum in the lay sense (as Dr. Malladi defined) is the cloud of liquid droplets condensing inside the drum.  To say, "any water vapor at 100 C in the drum would be considered "wet steam," not "dry steam," is incorrect and potentially misleading.  The drum is filled with warm, moist air.  Any water vapor in the drum, except just at the point of injection is mixed with air.  Mixing his language in this way, it appears that Dr. Malladi wants to define a new kind of steam, one that does not fit either the technical or lay definitions.  He seems to want to assert that warm, moist air is steam.  It is not steam.  The LG USA machine creates steam in a thermodynamic sense by adding heat to water.  Upon injection into the drum, water vapor condenses and forms steam in the lay sense Dr. Malladi put forward.  However, that does not make warm, moist air become steam under any of the definitions put forward.  Moreover, the Whirlpool dryer does not create steam remotely, it

19

does not inject steam into the drum, nor does is cause the formation of steam in the lay sense given by Dr. Malladi through condensation.  It does indeed generate warm, moist air – but that is not steam.   It is misleading to adopt technical language and then suggest a non-technical interpretation.   There is no scientific or engineering basis to suggest that warm, moist air is thermodynamic "steam."

   43. I will now review Dr. Malladi's conclusions set forth in ¶7:

(a) In response to ¶7a:  Dr. Malladi seems to say that there are several ways to define steam in a technical sense, but in a technical sense the terms "steam," "wet steam," and "dry steam" have precise and unambiguous definitions.  Some of the lay definitions offered by Dr. Malladi have little relevance, and it is often unclear which one he is trying to invoke in his declaration.  However, no matter which of the definitions put forward by Dr. Malladi are used, the Whirlpool system does not generate steam in a thermodynamic or lay sense.

(b) In response to ¶7b:  My definitions of steam, dry steam, and wet steam are as broad as the thermodynamic definitions of steam allow.  My interpretation of the lay use of the word appears to be in accordance with that of Dr. Malladi.

(c) I have no response to ¶7c, because I am largely unfamiliar with patent law.

(d) I have no response to ¶7d, beyond re-stating that my thermodynamic definition of steam is as broad as thermodynamics allows.

(e) In response to ¶7e:  It is absolutely not true that the Duet® Steam Dryer generates steam in a thermodynamic sense.  Dr. Malladi's assertion is baseless (see my discussion in §10).  The definition of steam I provided is not narrow and is not

designed to define a subset of "steam" as might be construed from Dr. Malladi's use of "narrow thermodynamic definition."

(f)    I have no response to ¶7f or 7g, because they address Dr. Choi's declaration.

(g)    In response to ¶7h:  The conventional definition to which Dr. Malladi refers is unclear.  If he means a "conventional thermodynamic" definition, as opposed to a "narrow thermodynamic" definition, then he is incorrect to assert my definition is narrow.   My thermodynamic definition is the conventional thermodynamic definition.  In any case, the Whirlpool dryer absolutely does not generate steam in a thermodynamic sense.  If he means some lay definition as "conventional," then it is not clear which one he might have in mind, but if he is using the definitions he provided in ¶8 and ¶10, then the Whirlpool dryer clearly does not create steam in the lay sense either

(h)    In response to ¶7i:  In order to determine the thermodynamic state of the steam injected by the LG USA dryer, Dr. Malladi would need to measure the temperature, pressure, and potentially the quality (degree of dryness) of the injected steam.  He did not.  He measured the temperature ½" downstream from injection.  However, based on Dr. Malladi's data, analysis, and description, it is almost certain that the LG USA dryer *does* inject steam as defined in a thermodynamic sense.

## Inspection of the Whirlpool Duet® Steam Washer

44.    On February 18, 2008, I inspected Whirlpool's Duet® Steam Washer, Model WFW9600TW ("the Whirlpool machine"), and specifically its water delivery system and what appeared to be a steam generation system.

21

45.     To conduct my inspection, I first unpackaged the Whirlpool machine and removed the top cover.  Upon inspection, I noted that the water supply split and one stream passed through a device which appeared to be a steam generator mounted on the rear of the washer.

46.     I next disassembled that device and inspected it.  I found it to be intended to deliver heat to the water.  Such a device could generate steam.

### Conclusions and Opinions

47.     On the basis of my inspection and understandings as set forth in paragraphs 1 through 46, my knowledge and experience, and the thermodynamic principles set forth in this Supplemental Expert Declaration and my 1/8/08 Declaration, it is my expert opinion to a reasonable degree of scientific certainty that:

(a)     The water that is introduced into the Whirlpool machine is not transformed into steam prior to its introduction into the dryer drum, but rather remains in a subcooled liquid state until being discharged into the dryer drum; and

(b)     The water that is introduced into the Whirlpool machine also is not transformed into steam when it passes through the water supply fitting into the dryer drum, but instead is mechanically dispersed into a mist and discharged into the dryer drum as subcooled liquid water; and

(c)     When the mist of subcooled liquid water is sprayed into the drum of the Whirlpool machine, it is evaporated during the drying process to form warm, moist air that remains thermodynamically different from steam; and

(d)     When the mist of subcooled liquid water is sprayed into the drum of the Whirlpool machine, it is evaporated during the drying process to form warm, moist air and does not generate steam under any of the lay definitions put forward; and

(e)     Whirlpool manufactures a steam washing machine, and apparently understands the technology needed to generate steam.

48.    On the basis of the lay definitions provided by Dr. Malladi in ¶8 and elaborated in ¶10 of his Declaration, for all the reasons set forth from a thermodynamic perspective, and for all the reasons set forth in this Supplemental Expert Declaration and my 1/8/08 Declaration, it is my expert opinion to a reasonable degree of scientific certainty that Whirlpool's Duet® Steam Dryer does not create or use steam, and that any advertising saying that it does is false.

EXECUTED this __26th__ day of February, 2008.

_____  __

Anthony M. Jacobi