# EXHIBIT

# 5A

# Anthony M. Jacobi
Richard W. Kritzer Distinguished Professor
Department of Mechanical Science and Engineering
University of Illinois at Urbana-Champaign
Urbana, IL 61801

## Education & Employment

| | | | |
|---|---|---|---|
| Doctor of Philosophy | Mechanical Engineering | Purdue University | 1989 |
| Master of Science | Mechanical Engineering | Univ. of Central Florida | 1986 |
| Bachelor of Science | Mechanical Engineering | Purdue University | 1984 |
| Associate of Science | Mechanical Engineering Technology | Purdue University | 1981 |

**The University of Illinois,** Ubrana, IL

Richard W. Kritzer Distinguished Professor, 8/04 – date

Professor of Mechanical Engineering, 9/01 – date; Kritzer Faculty Scholar, 8/03 – 8/04

Co-Director, ACRC, 1/01 – date; Associate Director, ACRC, 9/97 – 1/01.

Associate Professor, 9/97–8/01; Assistant Professor, 8/92–9/97:

Recruiting and retaining center sponsors, managing core research program, and coordinating center activities for approximately 40 graduate students and 15 faculty, including interactions with ~30 companies, the US National Science Foundation, and university administration. Total center research spending is approximately $3M/year.

Conducting research in heat and mass transfer, with an emphasis on two-phase flows, convection in complex flows, and thermal system modeling; applications in heat exchangers, energy systems, materials processing and manufacturing. Attracting and retaining research assistants, and securing external support.

Teaching undergraduate and graduate thermal sciences; directing graduate research, advising MS and PhD students; serving as academic advisor to approximately 20 undergraduates.

**The Johns Hopkins University,** Baltimore, MD, Assistant Professor, 8/89 - 8/92

## Professional Activities & Service

• Member: Tau Beta Pi, ASEE, AAUP, ASME, ASHRAE.

• ASME, Editor, Heat Transfer Division Newsletter, 2000-2005.

• ASHRAE TC 1.1 Thermodynamics and Psychrometrics; Chair, 92-94, Secretary 95-99.

• ASHRAE TC 1.3 Heat and Fluid Flow; Chair, 97-99; Vice Chair, 95-97; Secretary 93-95.

• ASHRAE Research Activities Committee, 00-04; RAC Section 6 Liaison, 00-02; Research Planning Subcommittee, 00-01; RPS Chair, 01-02.; RAC vice chair, 02. RAC chair, 03-04.

• Reviewer for the following Journals: *J. Heat Transfer; Int. J. Heat and Mass Transfer*; *Int. J. Multiphase Flow*; *J. Thermophysics and Heat Transfer*; *Physics of Fluids*; *Experimental Heat Transfer; Experimental Thermal and Fluid Science; Numerical Heat Transfer; J. Enhanced Heat Transfer; Int. J. Refrigeration; J. Energy Resources Technology; Chemical Engineering Comm.; Int. J. Heat & Fluid Flow; Heat Transfer Engineering; Applied Phys. Rev.; ASHRAE Trans.; ASHRAE J.; Int. J. HVAC&R Research, J. Microelectromechanical Systems*

• Proposal Reviewer for: *National Science Foundation (CTS and SBIR), US Dept. of Energy, and ASHRAE.*

•Member, Assembly of World Conferences on Experimental Heat Transfer, Fluid Mechanics and Thermodynamics; Organizing and Advisory Committee for the *International Conference on Heat Transfer, Fluid Mechanics and Thermodynamics* (2005, 2004, 2003); *International Conference on Compact Heat Exchangers for the Process Industries* (2005, 2003, 1999); Lead Scientist for *World Conference on Experimental Heat Transfer, Fluid Mechanics and Thermodynamics* (2005, 2002, 1997); Organized conference sessions for ASHRAE. *International Green Energy Conf.*, Int. Sci Adv. Comm., ASME, 2005.

• Leonhard Euler Visiting Professor, Ecole Polytechnique Federale de Lausanne, Swiss Federal Government, Lausanne, Switzerland, 1999, 2000, 2001, 2002, 2003, 2006.

## Editorships and Awards

• *Associate Editor*: Journal of Heat Transfer, 2005-date; *International Journal of Energy Research*, 2004-date; *International Journal of HVAC&R Research*, ASHRAE, 1998-2005; *Far East Journal of Applied Mathematics*, 2003-date *Journal of Energy Resources Technology*, ASME, 1999-2003.

-*2006 Five-Year Effective Teaching Award;* Dept. Mech. & Ind. Engineering, UIUC, also in 1999

-*2004 E. K. Campbell Award of Merit, ASHRAE*, Outstanding service and achievement in teaching and research.

-*2003 Rose Award for Teaching Excellence; College of Engineering, UIUC*

-*2003 Advisors List*, UIUC College of Engineering; also in 1996 and 1997

-*2003 Distinguished Service Award*; *ASHRAE*, Faithful and distinct service to the Society.

-*2002 Two-Year Effective Teaching Award;* Dept. Mech.. & Ind. Engineering, UIUC, also in 1996.

-*1994 Stanley H. Pierce Faculty Award;* UIUC College of Engineering.

-The Incomplete List of Teachers Ranked as Excellent by Their Students, the *Daily Illini*.

-Exemplary Service to the *Journal of Heat Transfer*; Nov. 1994, 1999.

*University Service*

University of Illinois, Urbana-Champaign Faculty Senate, 95-97; 98-00; 03-date.
 Subcom. Student Discipline, 95-97; 99-00, Chair 01-02; 03-date; Subcom Student Life, 98-00.
Member: Chancellor's Energy Conservation Advisory Committee, 92-99.  College of Engineering
 Teaching Evaluation and Improvement Subcom., 96-99. College of Engineering, Sub²committee
 on Academic Integrity (Chair), 98-99; Vice Chancellor's Research Agreement's Committee, 03.
Faculty Recruiting Committee, AgE, 02; M&IE; Faculty Recruiting 02-date (Chair); M&IE
 Promotion and Tenure 03-date; M&IE Head Search 04-05; M&IE Advisory 04-date; College
 Executive 04-date, College Grievance 05-date, College of Engineering Named Appointments
 Committee, 05-date.
ASHRAE Student Section Faculty Advisor, 92-date;  ASME Fac. Adv. (JHU), 1991/2.

*Courses Taught*

| Course Title | Level | Institution |
|---|---|---|
| Thermal Systems Laboratory | Undergraduate | Johns Hopkins University |
| Heat Transfer I:  Conduction  & Radiation | Graduate | Johns Hopkins University |
| Heat Transfer II: Convection | Graduate | Johns Hopkins University |
| Introductory Gas Dynamics | Undergraduate | University of Illinois |
| Heat Transfer | Undergraduate | University of Illinois |
| Intermediate Heat Transfer | Senior/Graduate | University of Illinois |
| Design of Thermal Systems | Senior/Graduate | University of Illinois |
| Conduction Heat Transfer | Graduate | University of Illinois |
| Thermal Systems | Graduate | University of Illinois |

*Graduate Students Advised*

| Year | Student, Degree* |
|---|---|
| 1992 | X. Hu, MS; S.X. Quan, MS |
| 1993 | D. Han, MS |
| 1995 | W. Martz, MS, S. Kearney, MS;  J. Shelton, MS;  M. Gentry, MS; X. Hu, PhD |
| 1996 | N. DeJong, MS; K. Felton, MS; M. Davis, MS |
| 1997 | C. Burton, MS; R. Rasmussen, MS; T. Rush, MS; C. Korte, MS; B. Storey, MS |
| 1998 | D. Beck, MS; M. Lenger, MS; M. Gentry, PhD |
| 1999 | N. Wartick, MS; G. Kim, MS; S. Kearney, PhD; N. DeJong, PhD; S. Mehendale, S. Onbasioglu; H. Onbasioglu |
| 2000 | J. Yin, MS; J. P. Aldana, MS; J. V. Pira, MS; J. M. Kaiser, MS; |
| 2001 | A. Tang, MS; C. Robinson, MS; Y-G. Park, MS; J. Hoke, PhD |
| 2002 | H.M. Ge, PhD; K. Lambers; S-K Oh; J. Gasche |
| 2003 | B. R. Bull, MS; A. Sommers, MS; A. ElSherbini, PhD; G. Ribatski |
| 2004 | J. Pienkos, MS; C. Quintana; A. ElSherbini |
| 2005 | Z. Gu; E. Mina; Juan Pablo Gutierrez Rueda, MS; John Brutz, MS |

* For Visiting Scholars and Postdoctoral Associates there is no degree designation.
• Served on approximately 40 doctoral committees (total) at Johns Hopkins and University of Illinois.
• Supervised approximately 40 independent study courses for undergraduates in my research laboratory, and
 employed more than 100 undergraduate research assistants in research laboratory.

Current Advisees:
G. Cerpa, "Modeling and control of waste-heat recovery systems," MS Student.
A. Dubas, "Bio-mimicry for heat transfer enhancement: beehives and heat exchangers," MS Student.
A. Joardar, "Advanced air-side heat transfer surfaces for compact heat exchangers," PhD Candidate
L. Liu, "Condensation on super-hydrophilic surfaces," PhD Post-Qualifying Exam.
G. Michna, "Local convective behavior in compact heat exchangers at very high Reynolds numbers," PhD Candidate.
A. Pagan, "Entropy generation minimization in falling-film behavior," PhD Post-Qualifying Exam.
Y. Park, "High-performance heat and mass exchangers under wet-surface conditions" PhD Candidate.
A. Sommers, "Frost growth on super-hydrophilic surfaces," PhD Candidate.
Y. Xia, "Frost growth on micro-channel heat exchangers," PhD Candidate.
Y. Zhong, "Frost growth on super-hydrophobic surfaces," PhD Candidate.

**Archival Journal Publications (rigorously peer reviewed):**

[70] Joardar, A., Vanka, S. P., and A. M. Jacobi, "Large Eddy Simulations of Turbulent Heat Transfer in a Three-Dimensional Lid-Driven Cavity," *Journal of Heat Transfer*, (*sub judice*), 2006.

[69] Joardar, A., and A. M. Jacobi, ""Numerical Study of Heat Transfer Enhancement in Fin-and-Tube Heat Exchangers with Winglet-Type Vortex Generator Arrays," *Journal of Heat Transfer*, (*sub judice*), 2006.

[68] Joardar, A., and Jacobi, A, M, "Heat Transfer Enhancement by Winglet-Type Vortex Generator Arrays in Compact Plain-Fin-and-Tube Heat Exchangers," *International Journal of Refrigeration* (*sub judice*), 2006

[67] Lee, J. J., Dutton, J. C., and A. M. Jacobi, "Application of Temperature-Sensitive Paint for Surface Temperature Measurements in Air Conditioning and Refrigeration Systems," *Journal of Mechanical Science and Technology* (*sub judice*), 2006.

[66] Michna, G., Jacobi, A. M., and R. L. Burton, "An Experimental Study of the Friction Factor and Mass Transfer Performance of an Offset-Strip Fin Array at Very High Reynolds Numbers," *Journal of Heat Transfer*, (*sub judice*), 2006.

[65] Park, Y-G., and A. M. Jacobi, "Air-side Heat Transfer and Friction Correlations for Flat-tube, Louver-fin Heat Exchangers," *International Journal of Heat and Mass Transfer,* (*sub judice*), 2006.

[64] Zhong, Y., Xia, Y., and A. M. Jacobi, "An Experimental Study of Louver-, Wavy- and Plain-Fin Flat-Tube Heat Exchanger Performance under Frosting Conditions, *International Journal of Refrigeration*, (*sub judice*), 2006.

[63] Xia, Y., Zhong, Y., Hrnjak, P. S., and A. M. Jacobi, "Frost, Defrost, and Refrost and Its Impact on the Air-Side Thermal-Hydraulic Performance of Louvered-Fin, Flat-Tube Heat Exchangers, *International Journal of Refrigeration,* accepted, 2006.

[62] Sommers, A. D., and A. M. Jacobi, "Creating Micro-Scale Surface Topology to Achieve Anisotropic Wettability on an Aluminum Surface," *Journal of Micromechanics and Microengineering*, **16**: 1571-1578, 2006.

[61] ElSherbini, A. and A. M. Jacobi, "Retention Forces and Contact Angles for Critical Liquid Drops on Non-Horizontal Surfaces," *Journal of Colloid and Interface Science*, **299**: 841-849, 2006

[60] ElSherbini, A. and A. M. Jacobi, "A Model for Condensate Retention on Plain-Fin Heat Exchangers," *Journal of Heat Transfer*, **128**: 427-433, 2006.

[59] Burton, R. L., Brown, K. A., and Jacobi, A. M., "Low-Cost Launch of Payloads to Low Earth Orbit," *Journal of Spacecraft and Rockets*, **43**: 696-698, 2006.

[58] Sommers, A. D., and A. M. Jacobi, "An Exact Solution to Steady Heat Conduction in a Two-Dimensional Annulus on a One-Dimensional Fin: Application to Frosted Heat Exchangers with Round Tubes," *Journal of Heat Transfer*, **128**: 397-404, 2006.

[57] Ribatski, G., and A. M. Jacobi, "Falling-Film Evaporation on Horizontal Tubes: A Critical Review," *International Journal of Refrigeration*, **28**: 635-653, 2005.

[56] Xia, Y. and A. M. Jacobi, "Air-Side Data Interpretation and Performance Analysis for Heat Exchangers with Simultaneous Heat and Mass Transfer: Wet and Frosted Surfaces, *International Journal of Heat and Mass Transfer*, **48**: 5089-5102, 2005.

[55] Zhong, Y., Joardar, A., Gu, Z., Park, Y-G., and A. M. Jacobi, "Dynamic dip testing as a method to assess the condensate drainage behavior from the air-side surface of compact heat exchangers," *Experimental Thermal and Fluid Science*, **29**: 957-970, 2005.

[54] Sommers, A. D., and A. M. Jacobi, "Air-Side Heat Transfer Enhancement of a Refrigerator Evaporator Using Vortex Generation," *International Journal of Refrigeration*, **28**: 1006-1017, 2005.

[53] Mina, E., Newell, T., and A. M. Jacobi, "A Generalized Coefficient of Performance for Conditioning Moist Air, *International Journal of Refrigeration*, **28**: 784-790, 2005.

[52] Joardar, A., and A. M. Jacobi, "Impact of Leading Edge Delta-Wing Vortex Generators on the Thermal Performance of a Flat Tube, Louvered-Fin Compact Heat Exchanger, *International Journal of Heat and Mass Transfer*, **48**: 1480-1493, 2005.

[51] Xia, Y., and Jacobi, A. M., "An Exact Solution to Steady Heat Conduction in a Two-Dimensional Slab on a One-Dimensional Fin: Application to Frosted Heat Exchangers," *International Journal of Heat and Mass Transfer*, **47**: 3317-3326, 2004.

[50] Thome, J. R., Dupont, V., and Jacobi, A. M., "Heat Transfer Model for Evaporation in Microchannels Part I: Presentation of the Model," *International Journal of Heat and Mass Transfer*, **47**: 3375-3385, 2004.

[49] Dupont, V., Thome, J. R., and Jacobi, A. M., "Heat Transfer Model for Evaporation in Microchannels Part II: Comparison with the Database," *International Journal of Heat and Mass Transfer*, **47**: 3388-3401, 2004.

[48] ElSherbini, A. I., and Jacobi, A. M., "Liquid Drops on Vertical and Inclined Surfaces: Part I – An Experimental Study of Drop Geometry," *Journal of Colloid and Interface Science*, **273**: 556-565, 2004.

[47] ElSherbini, A. I., and Jacobi, A. M., "Liquid Drops on Vertical and Inclined Surfaces: Part II – A Method for Approximating Drop Shapes," *Journal of Colloid and Interface Science*, **273**: 566-575, 2004.

[46] ElSherbini, A. I., and Jacobi, A. M., "Critical Contact Angles for Liquid Drops on Inclined Surfaces," *Progress in Colloid and Polymer Science*, **128**: 57-62, 2004.

[45] Hoke, J. L., Georgiadis, J. G., and Jacobi, A. M., "The Effect of Substrate Wettability on Frost Properties," *Journal of Thermophysics and Heat Transfer*, **18**: 228-235, 2004.

[44] Smotrys, M., Ge, H.M., Dutton, J.C., and Jacobi, A.M., "Flow and Heat Transfer Behavior for a Vortex-Enhanced Interrupted Fin," *Journal of Heat Transfer*, **125**: 788-794, 2003.

[43] ElSherbini, A. I., Jacobi, A. M., and Hrnjak, P. S., "Experimental investigation of thermal contact resistance in plain-fin-and-tube evaporators with collarless fins," *International Journal of Refrigeration*, **26**: 527-536, 2003

[42] DeJong, N. C. and A. M. Jacobi, "Localized Flow and Heat Transfer Interactions in Louvered-Fin Arrays," *International Journal of Heat and Mass Transfer*, **46**: 443-455, 2003.

[41] DeJong, N. C. and A. M. Jacobi, "Heat Transfer and Pressure Drop for Flow Through Bounded Louvered-Fin Arrays," *Experimental Thermal and Fluid Science*, **27**: 237-250, 2003.

[40] ElSherbini, A. and A. M. Jacobi, "The Thermal-Hydraulic Impact of Delta-Wing Vortex Generators on the Performance of a Plain-Fin-and-Tube Heat Exchanger," *Journal of HVAC&R Research*, **8**: 357-370, 2002.

[39] Jacobi, A. M. and J. R. Thome, "Heat Transfer Model for Evaporation of Elongated Bubble Flows in Microchannels," *Journal of Heat Transfer*, **128**: 1131-1136, 2002.

[38] Gentry, M. C. and A. M. Jacobi, "Heat Transfer Enhancement by Delta-Wing-Generated Tip Vortices in Flat-Plate and Developing Channel Flows," *Journal of Heat Transfer*, **124**: 1158-1168, 2002.

[37] Korte, C. and A. M. Jacobi, "Condensate Retention Effects on the Performance of Plain-Fin-and-Tube Heat Exchangers: Retention Data and Modeling," *Journal of Heat Transfer*, **123**: 926-936, 2001.

[36] Kearney, S. P., A. M Jacobi, and R. P. Lucht, "Time-Resolved Thermal Boundary-Layer Structure in an Oscillating Reversing Channel Flow," *Journal of Heat Transfer*, **123**: 655-664, 2001.

[35] Mehendale, S. S., A. M. Jacobi, and R. K. Shah, "Fluid Flow and Heat Transfer at Micro- and Meso-scales with Application to Heat Exchanger Design," *Applied Mechanics Reviews*, **53**: 175-193, 2000.

[34]  Idem, S. A., A. M. Jacobi, and V. W. Goldschmidt, "Fin Heat Transfer Modeling and Its Impact on Predictions of Efficiency and Condensation in Gas-Fired Boilers," *Heat Transfer Engineering*, **21**: 7-18, 2000.

[33]  Dyer, J. M., J. L. Hoke, B. D. Storey, A. M. Jacobi, and J. G. Georgiadis, "An Experimental Investigation of the Effect of Hydrophobicity on the Rate of Frost Growth in Laminar Channel Flows," *ASHRAE Transactions*, **106**:1, 143-151, 2000.

[32]  Burton, C., A. M. Jacobi, and S. S. Mehendale, "Vapor-Liquid Equilibria for R-32 and R-410A Mixed with a Polyol Ester: Non-Ideality and Local Composition Modeling," *International Journal of Refrigeration*, **22**: 458-471, 1999.

[31]  Rush, T. A., T. Newell, and A. M. Jacobi, "An Experimental Study of Flow and Heat Transfer in Sinusoidal Wavy Passages," *International Journal of Heat and Mass Transfer*, **42**: 1541-1553, 1999.

[30]  Storey, B. D. and A. M. Jacobi, "The Effect of Streamwise Vortices on the Frost Growth Rate in Developing Laminar Channel Flows," *International Journal of Heat and Mass Transfer*, **42**: 3787-3802, 1999.

[29]  DeJong, N. C. and A. M. Jacobi, "Local Flow and Heat Transfer Behavior in Convex-Louver Arrays," *Journal of Heat Transfer*, **121**: 136-141, 1999.

[28]  Kearney, S. P., R. P. Lucht, and A. M. Jacobi, "Temperature Measurements in Convective Heat Transfer Flows Using Dual-Broadband, Pure-Rotational Coherent Anti-Stokes Raman Spectroscopy," *Experimental Thermal and Fluid Science*, **19**: 13-26, 1999.

[27]  DeJong, N. C, L. W. Zhang, A. M. Jacobi, S. Balachandar, and D. K. Tafti, "A Complementary Experimental and Numerical Study of the Flow and Heat Transfer in Offset Strip-Fin Heat Exchangers," *Journal of Heat Transfer*, **120**: 690-698, 1998.

[26]  Jacobi, A. M. and R. K. Shah, "Air-Side Flow and Heat Transfer in Compact Heat Exchangers: A Discussion of Enhancement Mechanisms," *Heat Transfer Engineering*, **19**: 29-41, 1998.

[25]  Hu, X. and A. M. Jacobi, "Departure-Site Spacing for Liquid Droplets and Jets Falling Between Horizontal Circular Tubes," *Experimental Thermal and Fluid Science*, **16**: 322-331, 1998.

[24]  DeJong, N. C., M. C. Gentry, and A. M. Jacobi, "An Entropy-Based, Air-Side Heat Exchanger Performance Evaluation Method: Application to a Condenser," *International Journal of HVAC&R Research*, **3**: 185-196, 1997.

[23]  Shelton, J. C. and A. M. Jacobi, "A Fundamental Study of Refrigerant-Line Transients: Part 2 — Pressure Excursion Estimates and Initiation Mechanisms," *ASHRAE Transactions*, **103**:2, 32-41, 1997.

[22]  Shelton, J. C. and A. M. Jacobi, "A Fundamental Study of Refrigerant-Line Transients: Part 1 — Description of the Problem and Survey of Relevant Literature," *ASHRAE Transactions*, **103**:1, 65-87, 1997.

[21]  Gentry, M. C. and A. M. Jacobi, "Heat Transfer Enhancement by Delta-Wing Vortex Generators on a Flat Plate: Vortex Interactions with the Boundary Layer," *Experimental Thermal and Fluid Science*, **14**: 231-242, 1997.

[20]  DeJong, N. C. and A. M. Jacobi, "An Experimental Study of Flow and Heat Transfer in Parallel-Plate Arrays:  Local, Row-by-Row and Surface Average Behavior," *International Journal of Heat and Mass Transfer*, **40**: 1365-1378, 1997.

[19]  Hu, X. and A. M. Jacobi, "The Intertube Falling Film: Part 2-Mode Effects on Sensible Heat Transfer to a Falling Liquid Film," *Journal of Heat Transfer*, **118**: 626-633, 1996.

[18]  Hu, X. and A. M. Jacobi, "The Intertube Falling Film: Part 1-Flow Characteristics, Mode Transitions, and Hysteresis," *Journal of Heat Transfer*, **118**: 616-625, 1996.

[17]  Kearney, S. P. and A. M. Jacobi, "Local Convective Behavior and Fin Efficiency in Shallow Banks of In-line and Staggered, Annularly Finned Tubes," *Journal of Heat Transfer*, **118**: 317-326, 1996.

[16] Martz, W. L., C. M. Burton, and A. M. Jacobi, "Vapor-Liquid Equilibria for R-22, R-134a, R-125, and R-32/125 with a Polyol Ester Lubricant: Measurements and Departure from Ideality," *ASHRAE Transactions*, **102**:1, 367-374, 1996.

[15] Martz, W. L., C. M. Burton, and A. M. Jacobi, "Local Composition Modelling of the Thermodynamic Properties of Refrigerant and Oil Mixtures," *International Journal of Refrigeration*, **19**: 25-33, 1996.

[14] Jacobi, A. M. and R. K. Shah, "Heat Transfer Surface Enhancement Through the Use of Longitudinal Vortices: A Review of Recent Progress," *Experimental Thermal and Fluid Science*, **11**: 295-309, 1995.

[13] Kearney, S. P. and A. M. Jacobi, "Effects of Gull-Wing Baffles on the Performance of a Single-Row, Annularly Finned Tube Heat Exchanger," *International Journal of HVAC&R Research, ASHRAE*, **1**: 257-272, 1995.

[12] Hu, X., L. Zhang, and A. M. Jacobi, "Surface Irregularity Effects of Droplets and Retained Condensate on Local Heat Transfer to Finned Tubes in Cross-Flow," *ASHRAE Transactions,* **100**:1, 375-381, 1994.

[11] Jacobi, A. M., "A Scale Analysis Approach to the Correlation of Continuous Moving Sheet (Backward Boundary Layer) Forced Convective Heat Transfer," *Journal of Heat Transfer*, **115**: 1058-1061, 1993.

[10] Jacobi, A. M., S. A. Idem, and V. W. Goldschmidt, "Predicting the Performance of Multistage Heat Exchangers," *Heat Transfer Engineering*, **14**: 62-70, 1993.

[9] Hu, X. and A. M. Jacobi, "Local Heat Transfer Behavior and its Impact on a Single-Row, Annularly Finned Tube Heat Exchanger," *Journal of Heat Transfer*, **115**: 66-74, 1993.

[8] Hu, X. and A. M. Jacobi, "Vapor Shear and Pressure Gradient Effects During Filmwise Condensation from a Flowing Vapor onto a Sphere," *Experimental Thermal and Fluid Science,* **5**: 548-555, 1992.

[7] Jacobi, A. M., "Filmwise Condensation from a Flowing Vapor onto Isothermal, Axisymmetric Bodies," *Journal of Thermophysics and Heat Transfer*, **6**: 321-325, 1992.

[6] Idem, S. A., A. M. Jacobi, G. M. Maxwell, and V. W. Goldschmidt, "A Performance Model of an Instantaneous, Condensing, Gas-Fired Hot Water Boiler," *ASHRAE Transactions*, **98**:2, 165-171, 1992.

[5] Jacobi, A. M. and V. W. Goldschmidt, "Measurement of the Velocity of Products of Combustion in Gas-Fired Heaters," *Flow Measurement and Instrumentation*, **1**: 293-296, 1990.

[4] Jacobi, A. M. and V. W. Goldschmidt, "Low Reynolds Number Heat and Mass Transfer Measurements of an Overall Counterflow, Baffled, Finned-Tube, Condensing Heat Exchanger," *International Journal of Heat and Mass Transfer*, **33**: 755-765, 1990.

[3] Idem, S. A., A. M. Jacobi, and V. W. Goldschmidt, "Heat Transfer Characterization of a Finned-Tube Heat Exchanger (With and Without Condensation)," *Journal of Heat Transfer*, **112**: 64-70, 1990.

[2] Jacobi, A. M. and V. W. Goldschmidt, "The Effect of Surface Tension Variation on Filmwise Condensation and Heat Transfer on a Cylinder in Cross Flow," *International Journal of Heat and Mass Transfer*, **32**: 1483-1490, 1989.

[1] Jacobi, A. M., "Flow and Heat Transfer in Microchannels Using a Microcontinuum Approach," *Journal of Heat Transfer*, **111**: 1083-1085, 1989.

**Conference Papers (reviewed[*])**

[57] Sommers, A. D., and A. M. Jacobi, "Critical Droplets on Micro-Structured, Aluminum, Heat-Transfer Surfaces," accepted for the 13th International Heat Transfer Conference, Sydney, Australia, 13-18 August 2006.

[56] Liu, L., and A. M. Jacobi, "The Effects of Hydrophilicity on Water Drainage and Condensate Retention on Air-Conditioning Evaporators," accepted for the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2006.

[55] Michna, G., Schmitz, M., and A. M. Jacobi, "Nanoparticles to Enhance Evaporative Heat Transfer," accepted for the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2006.

[54] Xia, Y., Sommers, A. D., and A. M. Jacobi, "A Numerical Model for Condensate Drops and Bridges Retained on the Air-Side Surface of Heat Exchangers," accepted for the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2006.

[53] Joardar, A., Gu, Z., and A. M. Jacobi, "Off-Cycle Condensate Drainage Behavior of Compact Heat Exchangers: Assessment and Enhancement," accepted for the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2006.

[52] Sommers, A. D., and A. M. Jacobi, "Wetting Phenomena and Water Retention Modeling On Microstructured, Aluminum Surfaces," accepted for the Second International Conference on Transport Phenomena in Micro and Nanodevices, Barga, Italy, 11-15 June, 2006.

[51] Jacobi, A. M., "Modeling Heat Transfer and Pressure Drop for Liquid-Vapor Flow in the Elongated-Bubble Flow Regime, (Keynote) Proceedings of the International Conference on Heat Transfer and Fluid Flow in Microscale, Castelvecchio Pascoli, 25-30 Sep. 2005.

[50] Zhong, Y., and A. M. Jacobi, "An Experimental Study of Louver-fin Flat-tube Heat Exchanger Performance under Frosting Conditions," Proceedings of the Fifth International Conference on Enhanced, Compact and Ultra-Compact Heat Exchangers: Science, Engineering and Technology, Whistler, Canada, 11-16 September, 2005.

[49] Michna, G., Jacobi, A. M., and R. L. Burton, "Air-Side Thermal-hydraulic Performance of an Offset-Strip Fin Array at Reynolds Numbers up to 120 000," Proceedings of the Fifth International Conference on Enhanced, Compact and Ultra-Compact Heat Exchangers: Science, Engineering and Technology, Whistler, Canada, 11-16 September, 2005.

[48] Joardar, A., and A. M. Jacobi, "Heat Transfer and Pressure Drop Characteristics of Winglet-Type Vortex Generator Arrays in Round-Tube Plain-Fin Heat Exchangers," Proceedings of the Fourth International Conference on Heat Transfer, Fluid Mechanics and Thermodynamics, eds. J.P. Meyer and A.G. Malan, Cairo, Egypt, 19-22 September, 2005.

[47] Michna, G., Brown, K. A., Mina, E., Jacobi, A. M. and R. L. Burton, "Compact Heat Exchangers for Air-Liquefaction in Propulsion Applications," 41st AIAA/ASME/ SAE/ASEE Joint Propulsion Conference and Exhibit, AIAA-2005-3914, Tucson, Arizona, 10-13 July, 2005.

[46] Burton, R. L., Brown, K. A., Jacobi, A. M, and Michna, G. J., "The Case for Horizontal Launch of Large Exploration Payloads," AIAA-2005-2717, Proceedings of the 1st AIAA Space Exploration Conference, Orlando, Florida, 30 January – 1 February, 2005.

[45] Y. Xia, P. S. Hrnjak, and A. M. Jacobi, "The Air-Side Thermal-Hydraulic Performance of Louvered-Fin, Flat-Tube Heat Exchangers with Sequential Frost-Growth Cycles", ASHRAE Transactions, Orlando, FL, February, 2005.

[44]  Jacobi, A, J. Martin, J. Mitchell, and T. Newell, "Work in Progress: A Concept Inventory for Heat Transfer," Proceedings of the 34th ASEE/IEEE Frontiers in Education Conference, Savannah, GA, T3F-3-4,  Oct. 20-23, 2004.

[43]  Michna, G. J., Zhong, Y., Brown, K. A., Jacobi, A. M., and Burton, R. L., "Experimental Verification of Ultra-High-Performance, Advanced-Propulsion Heat Exchangers," AIAA-2004-3484, Proceedings of the 40th AIAA/ASME/SAE/ASEE Joint Propulsion Conference, Fort Lauderdale, Florida, 10 - 14 July, 2004.

[42]  Brown, K. A., Zhong, Y., Michna, G. J., Jacobi, A. M., and Burton, R. L., "Enhancing Heavy Lift Booster Performance by Exploiting Zeotropic Condensation of Air," AIAA-2004-3486, Proceedings of the 40th AIAA/ASME/SAE/ASEE Joint Propulsion Conference, Fort Lauderdale, Florida, 10 - 14 July, 2004.

[41]  ElSherbini, A. and A. M. Jacobi, "Condensate Retention Model for Plain-Fin Heat Exchangers," Proceedings of the ASME Heat Transfer/Fluids Engineering Summer Conference, Charlotte, North Carolina,  July 11-15, 2004.

[40]  Xia, Y., P. S. Hrnjak, and A. M. Jacobi, "An Empirical Study of Frost Accumulation Effects on Louvered-Fin, Microchannel Heat Exchangers, Proceedings of the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2004.

[39]  Sommers, A. D., and A. M. Jacobi, "Air-Side Heat Transfer Augmentation of a Refrigerator Evaporator Using Vortex Generation," Proceedings of the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN,  July, 2004.

[38]  ElSherbini, A., A. Joardar, and A. M. Jacobi, "The Modified Wilson Plot Technique for Heat Exchanger Performance: Strategies for Minimizing Uncertainty in Data Reduction," Proceedings of the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2004.

[37]  Joardar, A., Z. Gu, and A. M. Jacobi, "Assessing the Condensate-Drainage Behavior of Dehumidifying Heat Exchangers," Proceedings of the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2004.

[36]  Brutz, J., J. C. Dutton, and A. M. Jacobi, "Enhancement of Air-Side Heat Transfer in Offset Strip-Fin Arrays Using Unsteady Forcing," Proceedings of the 10th International Refrigeration and Air Conditioning Conference at Purdue, West Lafayette, IN, July, 2004.

[35]  Jacobi, A. M., "Flow and Heat Transfer in Interrupted Fin Arrays: Review of a Compound Enhancement Method for Offset Strip Fins," (Keynote) Proceedings of the XVII National Heat and Mass Transfer and VI ISHMT/ASME Heat and Mass Transfer Conference, Kalpakkam, India, 23-29, Jan. 5-7, 2004.

[34]  Jacobi, A, J. Martin, J. Mitchell, and T. Newell, "A Concept Inventory in Heat Transfer," Proceedings of the 33rd ASEE/IEEE Frontiers in Education Conference, Boulder, CO, T3D 12-16,  Nov. 5-8, 2003.

[33]  ElSherbini, A. I. and A. M. Jacobi, "Critical Contact Angles for Liquid Drops on Inclined Surfaces," 11th International Conference on Surface and Colloid Science, Iguassu Falls, Brazil, Sept. 15-19, 2003.

[32]  Jacobi, A. M., "Flow and Heat Transfer in Louvered and Offset Strip-Fin Arrays: The Effects of Vortex Shedding and Boundary-Layer Re-Starting," (Keynote) Compact Heat Exchangers and Enhancement Technology for the Process Industries, Frodele Beach, Crete, Greece, 111-118, Sept 29-Oct. 3, 2003.

[31]  Michna, G. and A. M. Jacobi, "Displacement Boundary-Layer Effects on Flow Patterns in Louvered-Fin Heat Exchangers," ICR-0103, Proceedings of the 21st International Congress of Refrigeration, Washington, DC, Aug. 17-22, 2003.

[30] Sebens, J. M., R. L. Burton, A. M. Jacobi, K. Brown, and G. J. Michna, "Combining Liquid Air Cycles with Turbine Engines for RLVs," AIAA2003-6934, 12th AIAA International Space Planes and Hypersonic Systems and Technologies, Norfolk, VA, 15-19, Dec. 2003.

[29] Kaiser, J., Y. Zhong, A. M. Jacobi, C. Zhang, and H. Hu, "Condensate Retention and Dynamic Drainage from the Air-Side Surface of Automation-Style Heat Exchanger," Compact Heat Exchangers and Enhancement Technology for the Process Industries, Frodele Beach, Crete, Greece, 361-366, Sept 29-Oct. 3, 2003.

[28] Park, Y. and A. M. Jacobi, "A Second-Law-Based Comparison of the Air-Side Thermal-Hydraulic Performance of Flat-Tube and Round-Tube Heat Exchangers," ICR-0206, Proceedings of the 21st International Congress of Refrigeration, Washington, DC, Aug. 17-22, 2003.

[27] Mina, E. M., T. A. Newell, and A. M. Jacobi, "A Generalized Coefficient of Performance for Air Conditioning," ICR-0332, Proceedings of the 21st International Congress of Refrigeration, Washington, DC, Aug. 17-22, 2003.

[26] Sommers, A. D. and A. M. Jacobi, "Vortex Generators as an Air-Side Heat Transfer Enhancement Method for Refrigerator Applications," ICR-0335, Proceedings of the 21st International Congress of Refrigeration, Washington, DC, Aug. 17-22, 2003.

[25] Sebens, J. M., R. L. Burton, and A. M. Jacobi, "Minimum-Mass Heat Exchanger Design for Hypersonic Vehicles," AIAA2003-5189, 39th AIAA/ASME/ASE/ASEE Joint Propulsion Conference, Huntsville, AL, July 20-23, 2003.

[24] Gashe, J. L. and A. M. Jacobi, "Two-Phase Flow Pattern Visualization of Carbon Dioxide in a Microchannel," Proceedings of the 17th International Congress of Mechanical Engineering, Sao Paulo, Brazil, Nov. 10-14, 2003.

[23] Zhong, Y. and A. M. Jacobi, "Dynamic Dip Testing to Assess the Condensate-Drainage Behavior of Dehumidifying Heat Exchangers," Proceedings of the 2nd International Conference on Heat Transfer, Fluid Mechanics and Thermodynamics, Victoria Falls, Zambia, June 23-26, 2003.

[22] Jacobi, A. M., "The Effects of Vapor Shear and Geometry on the Falling-Film Mode Transitions," Keynote Speaker, First International Conference on Heat Transfer, Fluid Mechanics, and Thermodynamics, Kruger National Park, South Africa, 2002.

[21] Zhang, C., H. Hu, A. Jacobi, and J. Kaiser, "Water Condensate Retention and Wet Fin Performance in Automotive Evaporators, " 2001 SAE Congress, Detroit, MI, Paper No. 01HX-22, March 2001.

[20] Lee, J. J., P. Bhat, J. C. Dutton, and A. M. Jacobi, "A Comparison of Temperature-Sensitive Paint and Liquid Crystal Thermography for Surface Temperature Measurements," NECYG 2000 Conference, Korean-American Scientists and Engineers Association, Cambridge, Massachusetts, April 22, 2000.

[19] Kearney, S. P., A. M. Jacobi, and R. P. Lucht, "Time-Resolved Thermal Boundary-Layer Structure in an Oscillating Reversing Channel Flow," Proceedings of the 34th National Heat Transfer Conference, Pittsburgh, PA, Aug. 2000.

[18] Mehendale, S. S. and A. M. Jacobi, "Evaporation Heat Transfer Coefficients in Meso-Scale Heat Exchangers," ASHRAE Transactions, 106:1, 446-452, Feb. 2000.

[17] Shannon, M. A., M. L. Philpott, N. R. Miller, C. W. Bullard, D. J. Beebe, A. M. Jacobi, P. S. Hrnjak, T. Saif, N. Aluru, H. Sehitoglu, A. Rockett, and J. Economy, "Integrated Mesoscopic Cooler Circuits (IMCCs)," Proceedings of the 1999 International Mechanical Engineering Congress and Exposition, Nashville, TN, AES-Vol. 39, 75-81, Nov. 1999.

[16] Mehendale, S. S., A. M. Jacobi, and R. K. Shah, "Heat Exchangers at Micro- and Meso-Scales," Proceedings of the International Conference on Compact Heat Exchangers and Enhancement Technology for the Process Industries, Banff, Canada, 55-74, July 1999.

[15] Mangriotis, M. D., S. S. Mehendale, T. Z. Liu, A. M. Jacobi, M. A. Shannon, and D. J. Beebe, "Flexible Microfluidic Polyimide Channels," Proceedings of the 10th

International Conference on Solid-State Sensors and Actuators, Transducers A99, pp. 772–775, June 7–10, 1999, Sendai, Japan, 1999.

[14]  Mehendale, S. S., A. M. Jacobi, and R. K. Shah," Micro- and Meso-scale Frontiers of Compact Heat Exchangers," Proceedings of the International Conference on Optical Measurements in Heat and Mass Transfer, Berlin, Germany, June 1999.

[13]  Kearney, S. P., R. P. Lucht, and A. M. Jacobi, "Non-Intrusive, Spatially Resolved Temperature Measurement Using Coherent Anti-Stokes Raman Spectroscopy," 1998 International Mechanical Engineering Congress and Exposition, Anaheim, CA, Nov. 1998.

[12]  Beamer, H. E., D. Ghosh, K. Bellows, D. Huang, and A. M. Jacobi, "Applied CFD and Experiment for Automotive Compact Heat Exchanger Development," SAE International Congress and Exposition, SAE Paper No. 980426, Detroit, MI, Feb. 1998.

[11]  Hu, X. and A. M. Jacobi, "Flow Characteristics of Liquid Droplets and Jets Falling Between Horizontal Circular Tubes," in Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, 1997, M. Giot, F. Mayinger, and G. P. Celata, eds, Edizioni ETS, vol. 2, 1295-1302.

[10]  Gentry, M. C. and A. M. Jacobi, "Flat-Plate Heat Transfer Enhancement Using a Hemispherical Protuberance," in Experimental Heat Transfer, Fluid Mechanics and Thermodynamics 1997, M. Giot, F. Mayinger, and G. P. Celata, eds, Edizioni ETS, vol. 4, 1971-1976.

[9]  Kearney, S. P., R. Foglesong, R. P. Lucht, and A. M. Jacobi, "Temperature Measurements in a Free-Convection Boundary Layer Using Coherent Anti-Stokes Raman Spectroscopy (CARS)," in Experimental Heat Transfer, Fluid Mechanics and Thermodynamics 1997, M. Giot, F. Mayinger, and G. P. Celata, eds., Edizioni ETS, vol. 1, 201-208.

[8]  Jacobi, A. M. and R. K. Shah, "Air-Side Flow and Heat Transfer in Compact Heat Exchangers: A Discussion of the Physics," Process, Enhanced, and Multiphase Heat Transfer, A Festschrift for A. E. Bergle, R. M. Manglik and A. D. Kraus, eds.; Begell House Publ., New York, 379-390, 1996.

[7]  Gentry, M. C., N. C. DeJong, and A. M. Jacobi, "Evaluating the Potential of Vortex-Enhanced Evaporator Performance for Refrigeration Applications," ASHRAE Symposium Paper SA-96-2-1, ASHRAE Transactions, 102:2, 361-366, 1996.

[6]  Jacobi, A. M. and R. K. Shah, "Heat Transfer Surface Enhancement Through the Use of Longitudinal Vortices: A Review of Recent Progress," Effects of Organized Vortex Motion on Heat and Mass Transfer, Kiev, Ukraine, Aug. 1994.

[5]  Shelton, J. and A. M. Jacobi, "Condensation-Induced Shock and Vapor-Propelled Liquid Slugging in Refrigerant Lines," in Fluid Transients 1994, F. J. Moody and D. C. Wiggert, eds., ASME FED-vol. 198, 43-50, 1994.

[4]  Han, D. K., A. M. Jacobi, and H. Ko," Electrical Impedance Computed Tomography in Imaging Underwater Explosion Bubbles," Instrumentation for Nuclear Weapons Effects Testing Conference & 7th Photonics Workshop, Menlo Park, CA, Nov., 1993.

[3]  Hu, X., L. Zhang, and A. M. Jacobi, "Droplet and Retained Condensate Effects on Local Convective Heat Transfer for Annularly Finned Tubes in Cross Flow," Institution of Chemical Engineers Symposium Series, 1:129, 241-247, 1992.

[2]  Hu, X. and A. M. Jacobi, "Vapor Shear Effects During Condensation from a Flowing Vapor onto a Sphere," Experimental Heat Transfer, Fluid Mechanics, and Thermodynamics, J. F. Keffer, et al. eds., Elsevier, NY, 1044-1050, 1991.

[1]  Jacobi, A. M., V. W. Goldschmidt, M. C. Bublitz, and D. R. Tree, "Condensing Heat Transfer on a Hemispherical Body," in Fundamentals of Phase Change: Boiling and Condensation, L. C. Witte, and C. T. Avedisian, eds., ASME, HTD-vol. 136, 63-68, 1990.