# EXHIBIT 5C

# 2001 ASHRAE® HANDBOOK

# FUNDAMENTALS

### SI Edition

**American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.**
1791 Tullie Circle, N.E., Atlanta, GA 30329
(404) 636-8400     http://www.ashrae.org

# CHAPTER 6

# PSYCHROMETRICS

Composition of Dry and Moist Air .......................................... 6.1
United States Standard Atmosphere ....................................... 6.1
Thermodynamic Properties of Moist Air ................................ 6.2
Thermodynamic Properties of Water at
  Saturation ............................................................................ 6.2
Humidity Parameters ............................................................. 6.8
Perfect Gas Relationships for Dry and
  Moist Air .............................................................................. 6.8

Thermodynamic Wet-Bulb Temperature and
  Dew-Point Temperature ...................................................... 6.9
Numerical Calculation of Moist Air Properties ..................... 6.10
Psychrometric Charts ............................................................ 6.12
Typical Air-Conditioning Processes ...................................... 6.12
Transport Properties of Moist Air ......................................... 6.16
References for Air, Water, and Steam Properties ................. 6.16
Symbols .................................................................................. 6.17

**P**SYCHROMETRICS deals with the thermodynamic properties of moist air and uses these properties to analyze conditions and processes involving moist air.

Hyland and Wexler (1983a,b) developed formulas for thermodynamic properties of moist air and water. However, perfect gas relations can be used instead of these formulas in most air-conditioning problems. Kuehn et al. (1998) showed that errors are less than 0.7% in calculating humidity ratio, enthalpy, and specific volume of saturated air at standard atmospheric pressure for a temperature range of −50 to 50°C. Furthermore, these errors decrease with decreasing pressure.

This chapter discusses perfect gas relations and describes their use in common air-conditioning problems. The formulas developed by Hyland and Wexler (1983a) and discussed by Olivieri (1996) may be used where greater precision is required.

## COMPOSITION OF DRY AND MOIST AIR

**Atmospheric air** contains many gaseous components as well as water vapor and miscellaneous contaminants (e.g., smoke, pollen, and gaseous pollutants not normally present in free air far from pollution sources).

**Dry air** exists when all water vapor and contaminants have been removed from atmospheric air. The composition of dry air is relatively constant, but small variations in the amounts of individual components occur with time, geographic location, and altitude. Harrison (1965) lists the approximate percentage composition of dry air by volume as: nitrogen, 78.084; oxygen, 20.9476; argon, 0.934; carbon dioxide, 0.0314; neon, 0.001818; helium, 0.000524; methane, 0.00015; sulfur dioxide, 0 to 0.0001; hydrogen, 0.00005; and minor components such as krypton, xenon, and ozone, 0.0002. The relative molecular mass of all components for dry air is 28.9645, based on the carbon-12 scale (Harrison 1965). The gas constant for dry air, based on the carbon-12 scale, is

$$R_{da} = 8314.41/28.9645 = 287.055 \text{ J/(kg·K)} \quad (1)$$

**Moist air** is a binary (two-component) mixture of dry air and water vapor. The amount of water vapor in moist air varies from zero (dry air) to a maximum that depends on temperature and pressure. The latter condition refers to **saturation**, a state of neutral equilibrium between moist air and the condensed water phase (liquid or solid). Unless otherwise stated, saturation refers to a flat interface surface between the moist air and the condensed phase. Saturation conditions will change when the interface radius is very small such as with ultrafine water droplets. The relative molecular mass of water is 18.01528 on the carbon-12 scale. The gas constant for water vapor is

$$R_w = 8314.41/18.01528 = 461.520 \text{ J/(kg·K)} \quad (2)$$

## UNITED STATES STANDARD ATMOSPHERE

The temperature and barometric pressure of atmospheric air vary considerably with altitude as well as with local geographic and weather conditions. The standard atmosphere gives a standard of reference for estimating properties at various altitudes. At sea level, standard temperature is 15°C; standard barometric pressure is 101.325 kPa. The temperature is assumed to decrease linearly with increasing altitude throughout the troposphere (lower atmosphere), and to be constant in the lower reaches of the stratosphere. The lower atmosphere is assumed to consist of dry air that behaves as a perfect gas. Gravity is also assumed constant at the standard value, 9.806 65 m/s². Table 1 summarizes property data for altitudes to 10 000 m.

**Table 1  Standard Atmospheric Data for Altitudes to 10 000 m**

| Altitude, m | Temperature, °C | Pressure, kPa |
|---|---|---|
| −500 | 18.2 | 107.478 |
| 0 | 15.0 | 101.325 |
| 500 | 11.8 | 95.461 |
| 1 000 | 8.5 | 89.875 |
| 1 500 | 5.2 | 84.556 |
| 2 000 | 2.0 | 79.495 |
| 2 500 | −1.2 | 74.682 |
| 3 000 | −4.5 | 70.108 |
| 4 000 | −11.0 | 61.640 |
| 5 000 | −17.5 | 54.020 |
| 6 000 | −24.0 | 47.181 |
| 7 000 | −30.5 | 41.061 |
| 8 000 | −37.0 | 35.600 |
| 9 000 | −43.5 | 30.742 |
| 10 000 | −50 | 26.436 |
| 12 000 | −63 | 19.284 |
| 14 000 | −76 | 13.786 |
| 16 000 | −89 | 9.632 |
| 18 000 | −102 | 6.556 |
| 20 000 | −115 | 4.328 |

---

The preparation of this chapter is assigned to TC 1.1, Thermodynamics and Psychrometrics.

The pressure values in Table 1 may be calculated from

$$p = 101.325(1 - 2.25577 \times 10^{-5} Z)^{5.2559} \qquad (3)$$

The equation for temperature as a function of altitude is given as

$$t = 15 - 0.0065 Z \qquad (4)$$

where

$Z$ = altitude, m
$p$ = barometric pressure, kPa
$t$ = temperature, °C

Equations (3) and (4) are accurate from −5000 m to 11 000 m. For higher altitudes, comprehensive tables of barometric pressure and other physical properties of the standard atmosphere can be found in NASA (1976).

## THERMODYNAMIC PROPERTIES OF MOIST AIR

Table 2, developed from formulas by Hyland and Wexler (1983a,b), shows values of thermodynamic properties of **moist air** based on the **thermodynamic temperature scale**. This ideal scale differs slightly from practical temperature scales used for physical measurements. For example, the standard boiling point for water (at 101.325 kPa) occurs at 99.97°C on this scale rather than at the traditional value of 100°C. Most measurements are currently based on the International Temperature Scale of 1990 (ITS-90) (Preston-Thomas 1990).

The following paragraphs briefly describe each column of Table 2:

$t$ = Celsius temperature, based on thermodynamic temperature scale and expressed relative to absolute temperature $T$ in kelvins (K) by the following relation:

$$= t + 273.15$$

$W_s$ = humidity ratio at saturation, condition at which gaseous phase (moist air) exists in equilibrium with condensed phase (liquid or solid) at given temperature and pressure (standard atmospheric pressure). At given values of temperature and pressure, humidity ratio $W$ can have any value from zero to $W_s$.
$v_{da}$ = specific volume of dry air, m³/kg (dry air).
$v_{as} = v_s - v_{da}$, difference between specific volume of moist air at saturation and that of dry air itself, m³/kg (dry air), at same pressure and temperature.
$v_s$ = specific volume of moist air at saturation, m³/kg (dry air).
$h_{da}$ = specific enthalpy of dry air, kJ/kg (dry air). In Table 2, $h_{da}$ has been assigned a value of 0 at 0°C and standard atmospheric pressure.
$h_{as} = h_s - h_{da}$, difference between specific enthalpy of moist air at saturation and that of dry air itself, kJ/kg (dry air), at same pressure and temperature.
$h_s$ = specific enthalpy of moist air at saturation, kJ/kg (dry air).
$s_{da}$ = specific entropy of dry air, kJ/(kg·K) (dry air). In Table 2, $s_{da}$ has been assigned a value of 0 at 0°C and standard atmospheric pressure.
$s_{as} = s_s - s_{da}$, difference between specific entropy of moist air at saturation and that of dry air itself, kJ/(kg·K) (dry air), at same pressure and temperature.
$s_s$ = specific entropy of moist air at saturation kJ/(kg·K) (dry air).
$h_w$ = specific enthalpy of condensed water (liquid or solid) in equilibrium with saturated moist air at specified temperature and pressure, kJ/kg (water). In Table 2, $h_w$ is assigned a value of 0 at its triple point (0.01°C) and saturation pressure.
    Note that $h_w$ is greater than the steam-table enthalpy of saturated pure condensed phase by the amount of enthalpy increase governed by the pressure increase from saturation pressure to 101.325 kPa, plus influences from presence of air.

$s_w$ = specific entropy of condensed water (liquid or solid) in equilibrium with saturated air, kJ/(kg·K) (water); $s_w$ differs from entropy of pure water at saturation pressure, similar to $h_w$.
$p_s$ = vapor pressure of water in saturated moist air, kPa. Pressure $p_s$ differs negligibly from saturation vapor pressure of pure water $p_{ws}$ for conditions shown. Consequently, values of $p_s$ can be used at same pressure and temperature in equations where $p_{ws}$ appears. Pressure $p_s$ is defined as $p_s = x_{ws}p$, where $x_{ws}$ is mole fraction of water vapor in moist air saturated with water at temperature $t$ and pressure $p$, and where $p$ is total barometric pressure of moist air.

## THERMODYNAMIC PROPERTIES OF WATER AT SATURATION

Table 3 shows thermodynamic properties of **water at saturation** for temperatures from −60 to 160°C, calculated by the formulations described by Hyland and Wexler (1983b). Symbols in the table follow standard steam table nomenclature. These properties are based on the thermodynamic temperature scale. The enthalpy and entropy of saturated liquid water are both assigned the value zero at the triple point, 0.01°C. Between the triple-point and critical-point temperatures of water, two states—liquid and vapor—may coexist in equilibrium. These states are called **saturated liquid** and **saturated vapor**.

The **water vapor saturation pressure** is required to determine a number of moist air properties, principally the saturation humidity ratio. Values may be obtained from Table 3 or calculated from the following formulas (Hyland and Wexler 1983b).

The saturation pressure over **ice** for the temperature range of −100 to 0°C is given by

$$\ln p_{ws} = C_1/T + C_2 + C_3 T + C_4 T^2 + C_5 T^3 + C_6 T^4 + C_7 \ln T \qquad (5)$$

where

$C_1$ = −5.674 535 9 E+03
$C_2$ = 6.392 524 7 E+00
$C_3$ = −9.677 843 0 E−03
$C_4$ = 6.221 570 1 E−07
$C_5$ = 2.074 782 5 E−09
$C_6$ = −9.484 024 0 E−13
$C_7$ = 4.163 501 9 E+00

The saturation pressure over **liquid water** for the temperature range of 0 to 200°C is given by

$$\ln p_{ws} = C_8/T + C_9 + C_{10} T + C_{11} T^2 + C_{12} T^3 + C_{13} \ln T \qquad (6)$$

where

$C_8$ = −5.800 220 6 E+03
$C_9$ = 1.391 499 3 E+00
$C_{10}$ = −4.864 023 9 E−02
$C_{11}$ = 4.176 476 8 E−05
$C_{12}$ = −1.445 209 3 E−08
$C_{13}$ = 6.545 967 3 E+00

In both Equations (5) and (6),

ln = natural logarithm
$p_{ws}$ = saturation pressure, Pa
$T$ = absolute temperature, K = °C + 273.15

The coefficients of Equations (5) and (6) have been derived from the Hyland-Wexler equations. Due to rounding errors in the derivations and in some computers' calculating precision, the results obtained from Equations (5) and (6) may not agree precisely with Table 3 values.

Psychrometrics                                                                                                         6.3

**Table 2  Thermodynamic Properties of Moist Air at Standard Atmospheric Pressure, 101.325 kPa**

| Temp., °C $t$ | Humidity Ratio, kg(w)/kg(da) $W_s$ | Specific Volume, m³/kg (dry air) | | | Specific Enthalpy, kJ/kg (dry air) | | | Specific Entropy, kJ/(kg·K) (dry air) | | | Condensed Water | | | Temp., °C $t$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $v_{da}$ | $v_{as}$ | $v_s$ | $h_{da}$ | $h_{as}$ | $h_s$ | $s_{da}$ | $s_{as}$ | $s_s$ | Specific Enthalpy, kJ/kg $h_w$ | Specific Entropy, kJ/(kg·K) $s_w$ | Vapor Pressure, kPa $p_s$ | |
| −60 | 0.0000067 | 0.6027 | 0.0000 | 0.6027 | −60.351 | 0.017 | −60.334 | −0.2495 | 0.0001 | −0.2494 | −446.29 | −1.6854 | 0.00108 | −60 |
| −59 | 0.0000076 | 0.6056 | 0.0000 | 0.6056 | −59.344 | 0.018 | −59.326 | −0.2448 | 0.0001 | −0.2447 | −444.63 | −1.6776 | 0.00124 | −59 |
| −58 | 0.0000087 | 0.6084 | 0.0000 | 0.6084 | −58.338 | 0.021 | −58.317 | −0.2401 | 0.0001 | −0.2400 | −442.95 | −1.6698 | 0.00141 | −58 |
| −57 | 0.0000100 | 0.6113 | 0.0000 | 0.6113 | −57.332 | 0.024 | −57.308 | −0.2354 | 0.0001 | −0.2353 | −441.27 | −1.6620 | 0.00161 | −57 |
| −56 | 0.0000114 | 0.6141 | 0.0000 | 0.6141 | −56.326 | 0.028 | −56.298 | −0.2308 | 0.0001 | −0.2306 | −439.58 | −1.6542 | 0.00184 | −56 |
| −55 | 0.0000129 | 0.6170 | 0.0000 | 0.6170 | −55.319 | 0.031 | −55.288 | −0.2261 | 0.0002 | −0.2260 | −437.89 | −1.6464 | 0.00209 | −55 |
| −54 | 0.0000147 | 0.6198 | 0.0000 | 0.6198 | −54.313 | 0.036 | −54.278 | −0.2215 | 0.0002 | −0.2214 | −436.19 | −1.6386 | 0.00238 | −54 |
| −53 | 0.0000167 | 0.6226 | 0.0000 | 0.6227 | −53.307 | 0.041 | −53.267 | −0.2170 | 0.0002 | −0.2168 | −434.48 | −1.6308 | 0.00271 | −53 |
| −52 | 0.0000190 | 0.6255 | 0.0000 | 0.6255 | −52.301 | 0.046 | −52.255 | −0.2124 | 0.0002 | −0.2122 | −432.76 | −1.6230 | 0.00307 | −52 |
| −51 | 0.0000215 | 0.6283 | 0.0000 | 0.6284 | −51.295 | 0.052 | −51.243 | −0.2079 | 0.0002 | −0.2076 | −431.03 | −1.6153 | 0.00348 | −51 |
| −50 | 0.0000243 | 0.6312 | 0.0000 | 0.6312 | −50.289 | 0.059 | −50.230 | −0.2033 | 0.0003 | −0.2031 | −429.30 | −1.6075 | 0.00394 | −50 |
| −49 | 0.0000275 | 0.6340 | 0.0000 | 0.6341 | −49.283 | 0.067 | −49.216 | −0.1988 | 0.0003 | −0.1985 | −427.56 | −1.5997 | 0.00445 | −49 |
| −48 | 0.0000311 | 0.6369 | 0.0000 | 0.6369 | −48.277 | 0.075 | −48.202 | −0.1944 | 0.0004 | −0.1940 | −425.82 | −1.5919 | 0.00503 | −48 |
| −47 | 0.0000350 | 0.6397 | 0.0000 | 0.6398 | −47.271 | 0.085 | −47.186 | −0.1899 | 0.0004 | −0.1895 | −424.06 | −1.5842 | 0.00568 | −47 |
| −46 | 0.0000395 | 0.6426 | 0.0000 | 0.6426 | −46.265 | 0.095 | −46.170 | −0.1855 | 0.0004 | −0.1850 | −422.30 | −1.5764 | 0.00640 | −46 |
| −45 | 0.0000445 | 0.6454 | 0.0000 | 0.6455 | −45.259 | 0.108 | −45.151 | −0.1811 | 0.0005 | −0.1805 | −420.54 | −1.5686 | 0.00721 | −45 |
| −44 | 0.0000500 | 0.6483 | 0.0001 | 0.6483 | −44.253 | 0.121 | −44.132 | −0.1767 | 0.0006 | −0.1761 | −418.76 | −1.5609 | 0.00811 | −44 |
| −43 | 0.0000562 | 0.6511 | 0.0001 | 0.6512 | −43.247 | 0.137 | −43.111 | −0.1723 | 0.0006 | −0.1716 | −416.98 | −1.5531 | 0.00911 | −43 |
| −42 | 0.0000631 | 0.6540 | 0.0001 | 0.6540 | −42.241 | 0.153 | −42.088 | −0.1679 | 0.0007 | −0.1672 | −415.19 | −1.5453 | 0.01022 | −42 |
| −41 | 0.0000708 | 0.6568 | 0.0001 | 0.6569 | −41.235 | 0.172 | −41.063 | −0.1636 | 0.0008 | −0.1628 | −413.39 | −1.5376 | 0.01147 | −41 |
| −40 | 0.0000793 | 0.6597 | 0.0001 | 0.6597 | −40.229 | 0.192 | −40.037 | −0.1592 | 0.0009 | −0.1584 | −411.59 | −1.5298 | 0.01285 | −40 |
| −39 | 0.0000887 | 0.6625 | 0.0001 | 0.6626 | −39.224 | 0.216 | −39.007 | −0.1549 | 0.0010 | −0.1540 | −409.77 | −1.5221 | 0.01438 | −39 |
| −38 | 0.0000992 | 0.6653 | 0.0001 | 0.6654 | −38.218 | 0.241 | −37.976 | −0.1507 | 0.0011 | −0.1496 | −407.96 | −1.5143 | 0.01608 | −38 |
| −37 | 0.0001108 | 0.6682 | 0.0001 | 0.6683 | −37.212 | 0.270 | −36.942 | −0.1464 | 0.0012 | −0.1452 | −406.13 | −1.5066 | 0.01796 | −37 |
| −36 | 0.0001237 | 0.6710 | 0.0001 | 0.6712 | −36.206 | 0.302 | −35.905 | −0.1421 | 0.0014 | −0.1408 | −404.29 | −1.4988 | 0.02005 | −36 |
| −35 | 0.0001379 | 0.6739 | 0.0001 | 0.6740 | −35.200 | 0.336 | −34.864 | −0.1379 | 0.0015 | −0.1364 | −402.45 | −1.4911 | 0.02235 | −35 |
| −34 | 0.0001536 | 0.6767 | 0.0002 | 0.6769 | −34.195 | 0.375 | −33.820 | −0.1337 | 0.0017 | −0.1320 | −400.60 | −1.4833 | 0.02490 | −34 |
| −33 | 0.0001710 | 0.6796 | 0.0002 | 0.6798 | −33.189 | 0.417 | −32.772 | −0.1295 | 0.0018 | −0.1276 | −398.75 | −1.4756 | 0.02772 | −33 |
| −32 | 0.0001902 | 0.6824 | 0.0002 | 0.6826 | −32.183 | 0.464 | −31.718 | −0.1253 | 0.0020 | −0.1233 | −396.89 | −1.4678 | 0.03082 | −32 |
| −31 | 0.0002113 | 0.6853 | 0.0002 | 0.6855 | −31.178 | 0.517 | −30.661 | −0.1212 | 0.0023 | −0.1189 | −395.01 | −1.4601 | 0.03425 | −31 |
| −30 | 0.0002346 | 0.6881 | 0.0003 | 0.6884 | −30.171 | 0.574 | −29.597 | −0.1170 | 0.0025 | −0.1145 | −393.14 | −1.4524 | 0.03802 | −30 |
| −29 | 0.0002602 | 0.6909 | 0.0003 | 0.6912 | −29.166 | 0.636 | −28.529 | −0.1129 | 0.0028 | −0.1101 | −391.25 | −1.4446 | 0.04217 | −29 |
| −28 | 0.0002883 | 0.6938 | 0.0003 | 0.6941 | −28.160 | 0.707 | −27.454 | −0.1088 | 0.0031 | −0.1057 | −389.36 | −1.4369 | 0.04673 | −28 |
| −27 | 0.0003193 | 0.6966 | 0.0004 | 0.6970 | −27.154 | 0.782 | −26.372 | −0.1047 | 0.0034 | −0.1013 | −387.46 | −1.4291 | 0.05175 | −27 |
| −26 | 0.0003533 | 0.6995 | 0.0004 | 0.6999 | −26.149 | 0.867 | −25.282 | −0.1006 | 0.0037 | −0.0969 | −385.55 | −1.4214 | 0.05725 | −26 |
| −25 | 0.0003905 | 0.7023 | 0.0004 | 0.7028 | −25.143 | 0.959 | −24.184 | −0.0965 | 0.0041 | −0.0924 | −383.63 | −1.4137 | 0.06329 | −25 |
| −24 | 0.0004314 | 0.7052 | 0.0005 | 0.7057 | −24.137 | 1.059 | −23.078 | −0.0925 | 0.0045 | −0.0880 | −381.71 | −1.4059 | 0.06991 | −24 |
| −23 | 0.0004762 | 0.7080 | 0.0005 | 0.7086 | −23.132 | 1.171 | −21.961 | −0.0885 | 0.0050 | −0.0835 | −379.78 | −1.3982 | 0.07716 | −23 |
| −22 | 0.0005251 | 0.7109 | 0.0006 | 0.7115 | −22.126 | 1.292 | −20.834 | −0.0845 | 0.0054 | −0.0790 | −377.84 | −1.3905 | 0.08510 | −22 |
| −21 | 0.0005787 | 0.7137 | 0.0007 | 0.7144 | −21.120 | 1.425 | −19.695 | −0.0805 | 0.0060 | −0.0745 | −375.90 | −1.3828 | 0.09378 | −21 |
| −20 | 0.0006373 | 0.7165 | 0.0007 | 0.7173 | −20.115 | 1.570 | −18.545 | −0.0765 | 0.0066 | −0.0699 | −373.95 | −1.3750 | 0.10326 | −20 |
| −19 | 0.0007013 | 0.7194 | 0.0008 | 0.7202 | −19.109 | 1.729 | −17.380 | −0.0725 | 0.0072 | −0.0653 | −371.99 | −1.3673 | 0.11362 | −19 |
| −18 | 0.0007711 | 0.7222 | 0.0009 | 0.7231 | −18.103 | 1.902 | −16.201 | −0.0686 | 0.0079 | −0.0607 | −370.02 | −1.3596 | 0.12492 | −18 |
| −17 | 0.0008473 | 0.7251 | 0.0010 | 0.7261 | −17.098 | 2.092 | −15.006 | −0.0646 | 0.0086 | −0.0560 | −368.04 | −1.3518 | 0.13725 | −17 |
| −16 | 0.0009303 | 0.7279 | 0.0011 | 0.7290 | −16.092 | 2.299 | −13.793 | −0.0607 | 0.0094 | −0.0513 | −366.06 | −1.3441 | 0.15068 | −16 |
| −15 | 0.0010207 | 0.7308 | 0.0012 | 0.7320 | −15.086 | 2.524 | −12.562 | −0.0568 | 0.0103 | −0.0465 | −364.07 | −1.3364 | 0.16530 | −15 |
| −14 | 0.0011191 | 0.7336 | 0.0013 | 0.7349 | −14.080 | 2.769 | −11.311 | −0.0529 | 0.0113 | −0.0416 | −362.07 | −1.3287 | 0.18122 | −14 |
| −13 | 0.0012262 | 0.7364 | 0.0014 | 0.7379 | −13.075 | 3.036 | −10.039 | −0.0490 | 0.0123 | −0.0367 | −360.07 | −1.3210 | 0.19852 | −13 |
| −12 | 0.0013425 | 0.7393 | 0.0016 | 0.7409 | −12.069 | 3.327 | −8.742 | −0.0452 | 0.0134 | −0.0318 | −358.06 | −1.3132 | 0.21732 | −12 |
| −11 | 0.0014690 | 0.7421 | 0.0017 | 0.7439 | −11.063 | 3.642 | −7.421 | −0.0413 | 0.0146 | −0.0267 | −356.04 | −1.3055 | 0.23775 | −11 |
| −10 | 0.0016062 | 0.7450 | 0.0019 | 0.7469 | −10.057 | 3.986 | −6.072 | −0.0375 | 0.0160 | −0.0215 | −354.01 | −1.2978 | 0.25991 | −10 |
| −9 | 0.0017551 | 0.7478 | 0.0021 | 0.7499 | −9.052 | 4.358 | −4.693 | −0.0337 | 0.0174 | −0.0163 | −351.97 | −1.2901 | 0.28395 | −9 |
| −8 | 0.0019166 | 0.7507 | 0.0023 | 0.7530 | −8.046 | 4.764 | −3.283 | −0.0299 | 0.0189 | −0.0110 | −349.93 | −1.2824 | 0.30999 | −8 |
| −7 | 0.0020916 | 0.7535 | 0.0025 | 0.7560 | −7.040 | 5.202 | −1.838 | −0.0261 | 0.0206 | −0.0055 | −347.88 | −1.2746 | 0.33821 | −7 |
| −6 | 0.0022811 | 0.7563 | 0.0028 | 0.7591 | −6.035 | 5.677 | −0.357 | −0.0223 | 0.0224 | −0.0000 | −345.82 | −1.2669 | 0.36874 | −6 |
| −5 | 0.0024862 | 0.7592 | 0.0030 | 0.7622 | −5.029 | 6.192 | 1.164 | −0.0186 | 0.0243 | −0.0057 | −343.76 | −1.2592 | 0.40178 | −5 |
| −4 | 0.0027081 | 0.7620 | 0.0033 | 0.7653 | −4.023 | 6.751 | 2.728 | −0.0148 | 0.0264 | −0.0115 | −341.69 | −1.2515 | 0.43748 | −4 |
| −3 | 0.0029480 | 0.7649 | 0.0036 | 0.7685 | −3.017 | 7.353 | 4.336 | −0.0111 | 0.0286 | −0.0175 | −339.61 | −1.2438 | 0.47606 | −3 |
| −2 | 0.0032074 | 0.7677 | 0.0039 | 0.7717 | −2.011 | 8.007 | 5.995 | −0.0074 | 0.0310 | −0.0236 | −337.52 | −1.2361 | 0.51773 | −2 |
| −1 | 0.0034874 | 0.7705 | 0.0043 | 0.7749 | −1.006 | 8.712 | 7.706 | −0.0037 | 0.0336 | −0.0299 | −335.42 | −1.2284 | 0.56268 | −1 |
| 0 | 0.0037895 | 0.7734 | 0.0047 | 0.7781 | 0.000 | 9.473 | 9.473 | 0.0000 | 0.0364 | 0.0364 | −333.32 | −1.2206 | 0.61117 | 0 |
| 0* | 0.003789 | 0.7734 | 0.0047 | 0.7781 | 0.000 | 9.473 | 9.473 | 0.0000 | 0.0364 | 0.0364 | 0.06 | −0.0001 | 0.6112 | 0 |
| 1 | 0.004076 | 0.7762 | 0.0051 | 0.7813 | 1.006 | 10.191 | 11.203 | 0.0037 | 0.0391 | 0.0427 | 4.28 | 0.0153 | 0.6571 | 1 |
| 2 | 0.004381 | 0.7791 | 0.0055 | 0.7845 | 2.012 | 10.970 | 12.982 | 0.0073 | 0.0419 | 0.0492 | 8.49 | 0.0306 | 0.7060 | 2 |
| 3 | 0.004707 | 0.7819 | 0.0059 | 0.7878 | 3.018 | 11.793 | 14.811 | 0.0110 | 0.0449 | 0.0559 | 12.70 | 0.0459 | 0.7581 | 3 |
| 4 | 0.005054 | 0.7848 | 0.0064 | 0.7911 | 4.024 | 12.672 | 16.696 | 0.0146 | 0.0480 | 0.0627 | 16.91 | 0.0611 | 0.8135 | 4 |
| 5 | 0.005424 | 0.7876 | 0.0068 | 0.7944 | 5.029 | 13.610 | 18.639 | 0.0182 | 0.0514 | 0.0697 | 21.12 | 0.0762 | 0.8725 | 5 |
| 6 | 0.005818 | 0.7904 | 0.0074 | 0.7978 | 6.036 | 14.608 | 20.644 | 0.0219 | 0.0550 | 0.0769 | 25.32 | 0.0913 | 0.9353 | 6 |
| 7 | 0.006237 | 0.7933 | 0.0079 | 0.8012 | 7.041 | 15.671 | 22.713 | 0.0255 | 0.0588 | 0.0843 | 29.52 | 0.1064 | 1.0020 | 7 |
| 8 | 0.006683 | 0.7961 | 0.0085 | 0.8046 | 8.047 | 16.805 | 24.852 | 0.0290 | 0.0628 | 0.0919 | 33.72 | 0.1213 | 1.0729 | 8 |
| 9 | 0.007157 | 0.7990 | 0.0092 | 0.8081 | 9.053 | 18.010 | 27.064 | 0.0326 | 0.0671 | 0.0997 | 37.92 | 0.1362 | 1.1481 | 9 |
| 10 | 0.007661 | 0.8018 | 0.0098 | 0.8116 | 10.059 | 19.293 | 29.352 | 0.0362 | 0.0717 | 0.1078 | 42.11 | 0.1511 | 1.2280 | 10 |
| 11 | 0.008197 | 0.8046 | 0.0106 | 0.8152 | 11.065 | 20.658 | 31.724 | 0.0397 | 0.0765 | 0.1162 | 46.31 | 0.1659 | 1.3128 | 11 |
| 12 | 0.008766 | 0.8075 | 0.0113 | 0.8188 | 12.071 | 22.108 | 34.179 | 0.0433 | 0.0816 | 0.1248 | 50.50 | 0.1806 | 1.4026 | 12 |
| 13 | 0.009370 | 0.8103 | 0.0122 | 0.8225 | 13.077 | 23.649 | 36.726 | 0.0468 | 0.0870 | 0.1337 | 54.69 | 0.1953 | 1.4979 | 13 |

*Extrapolated to represent metastable equilibrium with undercooled liquid.

6.4                                                                                           2001 ASHRAE Fundamentals Handbook (SI)

Table 2  Thermodynamic Properties of Moist Air at Standard Atmospheric Pressure, 101.325 kPa (*Continued*)

| Temp., °C $t$ | Humidity Ratio, kg(w)/kg(da) $W_s$ | Specific Volume, m³/kg (dry air) | | | Specific Enthalpy, kJ/kg (dry air) | | | Specific Entropy, kJ/(kg·K) (dry air) | | | Condensed Water | | | Temp., °C $t$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $v_{da}$ | $v_{as}$ | $v_s$ | $h_{da}$ | $h_{as}$ | $h_s$ | $s_{da}$ | $s_{as}$ | $s_s$ | Specific Enthalpy, kJ/kg $h_w$ | Specific Entropy, kJ/(kg·K) $s_w$ | Vapor Pressure, kPa $p_s$ | |
| 14 | 0.010012 | 0.8132 | 0.0131 | 0.8262 | 14.084 | 25.286 | 39.370 | 0.0503 | 0.0927 | 0.1430 | 58.88 | 0.2099 | 1.5987 | 14 |
| 15 | 0.010692 | 0.8160 | 0.0140 | 0.8300 | 15.090 | 27.023 | 42.113 | 0.0538 | 0.0987 | 0.1525 | 63.07 | 0.2244 | 1.7055 | 15 |
| 16 | 0.011413 | 0.8188 | 0.0150 | 0.8338 | 16.096 | 28.867 | 44.963 | 0.0573 | 0.1051 | 0.1624 | 67.26 | 0.2389 | 1.8185 | 16 |
| 17 | 0.012178 | 0.8217 | 0.0160 | 0.8377 | 17.102 | 30.824 | 47.926 | 0.0607 | 0.1119 | 0.1726 | 71.44 | 0.2534 | 1.9380 | 17 |
| 18 | 0.012989 | 0.8245 | 0.0172 | 0.8417 | 18.108 | 32.900 | 51.008 | 0.0642 | 0.1190 | 0.1832 | 75.63 | 0.2678 | 2.0643 | 18 |
| 19 | 0.013848 | 0.8274 | 0.0184 | 0.8457 | 19.114 | 35.101 | 54.216 | 0.0677 | 0.1266 | 0.1942 | 79.81 | 0.2821 | 2.1979 | 19 |
| 20 | 0.014758 | 0.8302 | 0.0196 | 0.8498 | 20.121 | 37.434 | 57.555 | 0.0711 | 0.1346 | 0.2057 | 84.00 | 0.2965 | 2.3389 | 20 |
| 21 | 0.015721 | 0.8330 | 0.0210 | 0.8540 | 21.127 | 39.908 | 61.035 | 0.0745 | 0.1430 | 0.2175 | 88.18 | 0.3107 | 2.4878 | 21 |
| 22 | 0.016741 | 0.8359 | 0.0224 | 0.8583 | 22.133 | 42.527 | 64.660 | 0.0779 | 0.1519 | 0.2298 | 92.36 | 0.3249 | 2.6448 | 22 |
| 23 | 0.017821 | 0.8387 | 0.0240 | 0.8627 | 23.140 | 45.301 | 68.440 | 0.0813 | 0.1613 | 0.2426 | 96.55 | 0.3390 | 2.8105 | 23 |
| 24 | 0.018963 | 0.8416 | 0.0256 | 0.8671 | 24.146 | 48.239 | 72.385 | 0.0847 | 0.1712 | 0.2559 | 100.73 | 0.3531 | 2.9852 | 24 |
| 25 | 0.020170 | 0.8444 | 0.0273 | 0.8717 | 25.153 | 51.347 | 76.500 | 0.0881 | 0.1817 | 0.2698 | 104.91 | 0.3672 | 3.1693 | 25 |
| 26 | 0.021448 | 0.8472 | 0.0291 | 0.8764 | 26.159 | 54.638 | 80.798 | 0.0915 | 0.1927 | 0.2842 | 109.09 | 0.3812 | 3.3633 | 26 |
| 27 | 0.022798 | 0.8501 | 0.0311 | 0.8811 | 27.165 | 58.120 | 85.285 | 0.0948 | 0.2044 | 0.2992 | 113.27 | 0.3951 | 3.5674 | 27 |
| 28 | 0.024226 | 0.8529 | 0.0331 | 0.8860 | 28.172 | 61.804 | 89.976 | 0.0982 | 0.2166 | 0.3148 | 117.45 | 0.4090 | 3.7823 | 28 |
| 29 | 0.025735 | 0.8558 | 0.0353 | 0.8910 | 29.179 | 65.699 | 94.878 | 0.1015 | 0.2296 | 0.3311 | 121.63 | 0.4229 | 4.0084 | 29 |
| 30 | 0.027329 | 0.8586 | 0.0376 | 0.8962 | 30.185 | 69.820 | 100.006 | 0.1048 | 0.2432 | 0.3481 | 125.81 | 0.4367 | 4.2462 | 30 |
| 31 | 0.029014 | 0.8614 | 0.0400 | 0.9015 | 31.192 | 74.177 | 105.369 | 0.1082 | 0.2576 | 0.3658 | 129.99 | 0.4505 | 4.4961 | 31 |
| 32 | 0.030793 | 0.8643 | 0.0426 | 0.9069 | 32.198 | 78.780 | 110.979 | 0.1115 | 0.2728 | 0.3842 | 134.17 | 0.4642 | 4.7586 | 32 |
| 33 | 0.032674 | 0.8671 | 0.0454 | 0.9125 | 33.205 | 83.652 | 116.857 | 0.1148 | 0.2887 | 0.4035 | 138.35 | 0.4779 | 5.0345 | 33 |
| 34 | 0.034660 | 0.8700 | 0.0483 | 0.9183 | 34.212 | 88.799 | 123.011 | 0.1180 | 0.3056 | 0.4236 | 142.53 | 0.4915 | 5.3242 | 34 |
| 35 | 0.036756 | 0.8728 | 0.0514 | 0.9242 | 35.219 | 94.236 | 129.455 | 0.1213 | 0.3233 | 0.4446 | 146.71 | 0.5051 | 5.6280 | 35 |
| 36 | 0.038971 | 0.8756 | 0.0546 | 0.9303 | 36.226 | 99.983 | 136.209 | 0.1246 | 0.3420 | 0.4666 | 150.89 | 0.5186 | 5.9468 | 36 |
| 37 | 0.041309 | 0.8785 | 0.0581 | 0.9366 | 37.233 | 106.058 | 143.290 | 0.1278 | 0.3617 | 0.4895 | 155.07 | 0.5321 | 6.2812 | 37 |
| 38 | 0.043778 | 0.8813 | 0.0618 | 0.9431 | 38.239 | 112.474 | 150.713 | 0.1311 | 0.3824 | 0.5135 | 159.25 | 0.5456 | 6.6315 | 38 |
| 39 | 0.046386 | 0.8842 | 0.0657 | 0.9498 | 39.246 | 119.258 | 158.504 | 0.1343 | 0.4043 | 0.5386 | 163.43 | 0.5590 | 6.9988 | 39 |
| 40 | 0.049141 | 0.8870 | 0.0698 | 0.9568 | 40.253 | 126.430 | 166.683 | 0.1375 | 0.4273 | 0.5649 | 167.61 | 0.5724 | 7.3838 | 40 |
| 41 | 0.052049 | 0.8898 | 0.0741 | 0.9640 | 41.261 | 134.005 | 175.265 | 0.1407 | 0.4516 | 0.5923 | 171.79 | 0.5857 | 7.7866 | 41 |
| 42 | 0.055119 | 0.8927 | 0.0788 | 0.9714 | 42.268 | 142.007 | 184.275 | 0.1439 | 0.4771 | 0.6211 | 175.97 | 0.5990 | 8.2081 | 42 |
| 43 | 0.058365 | 0.8955 | 0.0837 | 0.9792 | 43.275 | 150.475 | 193.749 | 0.1471 | 0.5041 | 0.6512 | 180.15 | 0.6122 | 8.6495 | 43 |
| 44 | 0.061791 | 0.8983 | 0.0888 | 0.9872 | 44.282 | 159.417 | 203.699 | 0.1503 | 0.5325 | 0.6828 | 184.33 | 0.6254 | 9.1110 | 44 |
| 45 | 0.065411 | 0.9012 | 0.0943 | 0.9955 | 45.289 | 168.874 | 214.164 | 0.1535 | 0.5624 | 0.7159 | 188.51 | 0.6386 | 9.5935 | 45 |
| 46 | 0.069239 | 0.9040 | 0.1002 | 1.0042 | 46.296 | 178.882 | 225.179 | 0.1566 | 0.5940 | 0.7507 | 192.69 | 0.6517 | 10.0982 | 46 |
| 47 | 0.073282 | 0.9069 | 0.1063 | 1.0132 | 47.304 | 189.455 | 236.759 | 0.1598 | 0.6273 | 0.7871 | 196.88 | 0.6648 | 10.6250 | 47 |
| 48 | 0.077576 | 0.9097 | 0.1129 | 1.0226 | 48.311 | 200.644 | 248.955 | 0.1629 | 0.6624 | 0.8253 | 201.06 | 0.6778 | 11.1754 | 48 |
| 49 | 0.082077 | 0.9125 | 0.1198 | 1.0323 | 49.319 | 212.485 | 261.803 | 0.1661 | 0.6994 | 0.8655 | 205.24 | 0.6908 | 11.7502 | 49 |
| 50 | 0.086858 | 0.9154 | 0.1272 | 1.0425 | 50.326 | 225.019 | 275.345 | 0.1692 | 0.7385 | 0.9077 | 209.42 | 0.7038 | 12.3503 | 50 |
| 51 | 0.091918 | 0.9182 | 0.1350 | 1.0532 | 51.334 | 238.290 | 289.624 | 0.1723 | 0.7798 | 0.9521 | 213.60 | 0.7167 | 12.9764 | 51 |
| 52 | 0.097272 | 0.9211 | 0.1433 | 1.0643 | 52.341 | 252.340 | 304.682 | 0.1754 | 0.8234 | 0.9988 | 217.78 | 0.7296 | 13.6293 | 52 |
| 53 | 0.102948 | 0.9239 | 0.1521 | 1.0760 | 53.349 | 267.247 | 320.596 | 0.1785 | 0.8695 | 1.0480 | 221.97 | 0.7424 | 14.3108 | 53 |
| 54 | 0.108954 | 0.9267 | 0.1614 | 1.0882 | 54.357 | 283.031 | 337.388 | 0.1816 | 0.9182 | 1.0998 | 226.15 | 0.7552 | 15.0205 | 54 |
| 55 | 0.115321 | 0.9296 | 0.1713 | 1.1009 | 55.365 | 299.772 | 355.137 | 0.1847 | 0.9698 | 1.1544 | 230.33 | 0.7680 | 15.7601 | 55 |
| 56 | 0.122077 | 0.9324 | 0.1819 | 1.1143 | 56.373 | 317.549 | 373.922 | 0.1877 | 1.0243 | 1.2120 | 234.52 | 0.7807 | 16.5311 | 56 |
| 57 | 0.129243 | 0.9353 | 0.1932 | 1.1284 | 57.381 | 336.417 | 393.798 | 0.1908 | 1.0820 | 1.2728 | 238.70 | 0.7934 | 17.3337 | 57 |
| 58 | 0.136851 | 0.9381 | 0.2051 | 1.1432 | 58.389 | 356.461 | 414.850 | 0.1938 | 1.1432 | 1.3370 | 242.88 | 0.8061 | 18.1691 | 58 |
| 59 | 0.144942 | 0.9409 | 0.2179 | 1.1588 | 59.397 | 377.788 | 437.185 | 0.1969 | 1.2081 | 1.4050 | 247.07 | 0.8187 | 19.0393 | 59 |
| 60 | 0.15354 | 0.9438 | 0.2315 | 1.1752 | 60.405 | 400.458 | 460.863 | 0.1999 | 1.2769 | 1.4768 | 251.25 | 0.8313 | 19.9439 | 60 |
| 61 | 0.16269 | 0.9466 | 0.2460 | 1.1926 | 61.413 | 424.624 | 486.036 | 0.2029 | 1.3500 | 1.5530 | 255.44 | 0.8438 | 20.8858 | 61 |
| 62 | 0.17244 | 0.9494 | 0.2614 | 1.2109 | 62.421 | 450.377 | 512.798 | 0.2059 | 1.4278 | 1.6337 | 259.62 | 0.8563 | 21.8651 | 62 |
| 63 | 0.18284 | 0.9523 | 0.2780 | 1.2303 | 63.429 | 477.837 | 541.266 | 0.2089 | 1.5104 | 1.7194 | 263.81 | 0.8688 | 22.8826 | 63 |
| 64 | 0.19393 | 0.9551 | 0.2957 | 1.2508 | 64.438 | 507.177 | 571.615 | 0.2119 | 1.5985 | 1.8105 | 268.00 | 0.8812 | 23.9405 | 64 |
| 65 | 0.20579 | 0.9580 | 0.3147 | 1.2726 | 65.446 | 538.548 | 603.995 | 0.2149 | 1.6925 | 1.9074 | 272.18 | 0.8936 | 25.0397 | 65 |
| 66 | 0.21848 | 0.9608 | 0.3350 | 1.2958 | 66.455 | 572.116 | 638.571 | 0.2179 | 1.7927 | 2.0106 | 276.37 | 0.9060 | 26.1810 | 66 |
| 67 | 0.23207 | 0.9636 | 0.3568 | 1.3204 | 67.463 | 608.103 | 675.566 | 0.2209 | 1.8999 | 2.1208 | 280.56 | 0.9183 | 27.3664 | 67 |
| 68 | 0.24664 | 0.9665 | 0.3803 | 1.3467 | 68.472 | 646.724 | 715.196 | 0.2238 | 2.0147 | 2.2385 | 284.75 | 0.9306 | 28.5967 | 68 |
| 69 | 0.26231 | 0.9693 | 0.4055 | 1.3749 | 69.481 | 688.261 | 757.742 | 0.2268 | 2.1378 | 2.3646 | 288.94 | 0.9429 | 29.8741 | 69 |
| 70 | 0.27916 | 0.9721 | 0.4328 | 1.4049 | 70.489 | 732.959 | 803.448 | 0.2297 | 2.2699 | 2.4996 | 293.13 | 0.9551 | 31.1986 | 70 |
| 71 | 0.29734 | 0.9750 | 0.4622 | 1.4372 | 71.498 | 781.208 | 852.706 | 0.2327 | 2.4122 | 2.6448 | 297.32 | 0.9673 | 32.5734 | 71 |
| 72 | 0.31698 | 0.9778 | 0.4941 | 1.4719 | 72.507 | 833.335 | 905.842 | 0.2356 | 2.5655 | 2.8010 | 301.51 | 0.9794 | 33.9983 | 72 |
| 73 | 0.33824 | 0.9807 | 0.5287 | 1.5093 | 73.516 | 889.807 | 963.323 | 0.2385 | 2.7311 | 2.9696 | 305.70 | 0.9916 | 35.4759 | 73 |
| 74 | 0.36130 | 0.9835 | 0.5662 | 1.5497 | 74.525 | 951.077 | 1025.603 | 0.2414 | 2.9104 | 3.1518 | 309.89 | 1.0037 | 37.0063 | 74 |
| 75 | 0.38641 | 0.9863 | 0.6072 | 1.5935 | 75.535 | 1017.841 | 1093.375 | 0.2443 | 3.1052 | 3.3496 | 314.08 | 1.0157 | 38.5940 | 75 |
| 76 | 0.41377 | 0.9892 | 0.6519 | 1.6411 | 76.543 | 1090.628 | 1167.172 | 0.2472 | 3.3171 | 3.5644 | 318.28 | 1.0278 | 40.2369 | 76 |
| 77 | 0.44372 | 0.9920 | 0.7010 | 1.6930 | 77.553 | 1170.328 | 1247.881 | 0.2501 | 3.5486 | 3.7987 | 322.47 | 1.0398 | 41.9388 | 77 |
| 78 | 0.47663 | 0.9948 | 0.7550 | 1.7498 | 78.562 | 1257.921 | 1336.483 | 0.2530 | 3.8023 | 4.0553 | 326.67 | 1.0517 | 43.7020 | 78 |
| 79 | 0.51284 | 0.9977 | 0.8145 | 1.8121 | 79.572 | 1354.347 | 1433.918 | 0.2559 | 4.0810 | 4.3368 | 330.86 | 1.0636 | 45.5248 | 79 |
| 80 | 0.55295 | 1.0005 | 0.8805 | 1.8810 | 80.581 | 1461.200 | 1541.781 | 0.2587 | 4.3890 | 4.6477 | 335.06 | 1.0755 | 47.4135 | 80 |
| 81 | 0.59751 | 1.0034 | 0.9539 | 1.9572 | 81.591 | 1579.961 | 1661.552 | 0.2616 | 4.7305 | 4.9921 | 339.25 | 1.0874 | 49.3670 | 81 |
| 82 | 0.64724 | 1.0062 | 1.0360 | 2.0422 | 82.600 | 1712.547 | 1795.148 | 0.2644 | 5.1108 | 5.3753 | 343.45 | 1.0993 | 51.3860 | 82 |
| 83 | 0.70311 | 1.0090 | 1.1283 | 2.1373 | 83.610 | 1861.548 | 1945.158 | 0.2673 | 5.5372 | 5.8045 | 347.65 | 1.1111 | 53.4746 | 83 |
| 84 | 0.76624 | 1.0119 | 1.2328 | 2.2446 | 84.620 | 2029.983 | 2114.603 | 0.2701 | 6.0181 | 6.2882 | 351.85 | 1.1228 | 55.6337 | 84 |
| 85 | 0.83812 | 1.0147 | 1.3518 | 2.3666 | 85.630 | 2221.806 | 2307.436 | 0.2729 | 6.5644 | 6.8373 | 356.05 | 1.1346 | 57.8658 | 85 |
| 86 | 0.92062 | 1.0175 | 1.4887 | 2.5062 | 86.640 | 2442.036 | 2528.677 | 0.2757 | 7.1901 | 7.4658 | 360.25 | 1.1463 | 60.1727 | 86 |
| 87 | 1.01611 | 1.0204 | 1.6473 | 2.6676 | 87.650 | 2697.016 | 2784.666 | 0.2785 | 7.9128 | 8.1914 | 364.45 | 1.1580 | 62.5544 | 87 |
| 88 | 1.12800 | 1.0232 | 1.8333 | 2.8565 | 88.661 | 2995.890 | 3084.551 | 0.2813 | 8.7580 | 9.0393 | 368.65 | 1.1696 | 65.0166 | 88 |
| 89 | 1.26064 | 1.0261 | 2.0540 | 3.0800 | 89.671 | 3350.254 | 3439.925 | 0.2841 | 9.7577 | 10.0419 | 372.86 | 1.1812 | 67.5581 | 89 |
| 90 | 1.42031 | 1.0289 | 2.3199 | 3.3488 | 90.681 | 3776.918 | 3867.599 | 0.2869 | 10.9586 | 11.2455 | 377.06 | 1.1928 | 70.1817 | 90 |

## Psychrometrics 6.5

### Table 3 Thermodynamic Properties of Water at Saturation

| Temp., °C $t$ | Absolute Pressure, kPa $p$ | Specific Volume, m³/kg (water) | | | Specific Enthalpy, kJ/kg (water) | | | Specific Entropy, kJ/(kg·K) (water) | | | Temp., °C $t$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sat. Solid $v_i$ | Evap. $v_{ig}$ | Sat. Vapor $v_g$ | Sat. Solid $h_i$ | Evap. $h_{ig}$ | Sat. Vapor $h_g$ | Sat. Solid $s_i$ | Evap. $s_{ig}$ | Sat. Vapor $s_g$ | |
| −60 | 0.00108 | 0.001082 | 90942.00 | 90942.00 | −446.40 | 2836.27 | 2389.87 | −1.6854 | 13.3065 | 11.6211 | −60 |
| −59 | 0.00124 | 0.001082 | 79858.69 | 79858.69 | −444.74 | 2836.46 | 2391.72 | −1.7667 | 13.2452 | 11.5677 | −59 |
| −58 | 0.00141 | 0.001082 | 70212.37 | 70212.37 | −443.06 | 2836.64 | 2393.57 | −1.6698 | 13.8145 | 11.5147 | −58 |
| −57 | 0.00161 | 0.001082 | 61805.35 | 61805.35 | −441.38 | 2836.81 | 2395.43 | −1.6620 | 13.1243 | 11.4623 | −57 |
| −56 | 0.00184 | 0.001082 | 54469.39 | 54469.39 | −439.69 | 2836.97 | 2397.28 | −1.6542 | 13.0646 | 11.4104 | −56 |
| −55 | 0.00209 | 0.001082 | 48061.05 | 48061.05 | −438.00 | 2837.13 | 2399.12 | −1.6464 | 13.0054 | 11.3590 | −55 |
| −54 | 0.00238 | 0.001082 | 42455.57 | 42455.57 | −436.29 | 2837.27 | 2400.98 | −1.6386 | 12.9468 | 11.3082 | −54 |
| −53 | 0.00271 | 0.001083 | 37546.09 | 37546.09 | −434.59 | 2837.42 | 2402.83 | −1.6308 | 12.8886 | 11.2578 | −53 |
| −52 | 0.00307 | 0.001083 | 33242.14 | 33242.14 | −432.87 | 2837.55 | 2404.68 | −1.6230 | 12.8309 | 11.2079 | −52 |
| −51 | 0.00348 | 0.001083 | 29464.67 | 29464.67 | −431.14 | 2837.68 | 2406.53 | −1.6153 | 12.7738 | 11.1585 | −51 |
| −50 | 0.00394 | 0.001083 | 26145.01 | 26145.01 | −429.41 | 2837.80 | 2408.39 | −1.6075 | 12.7170 | 11.1096 | −50 |
| −49 | 0.00445 | 0.001083 | 23223.69 | 23223.70 | −427.67 | 2837.91 | 2410.24 | −1.5997 | 12.6608 | 11.0611 | −49 |
| −48 | 0.00503 | 0.001083 | 20651.68 | 20651.69 | −425.93 | 2838.02 | 2412.09 | −1.5919 | 12.6051 | 11.0131 | −48 |
| −47 | 0.00568 | 0.001083 | 18383.50 | 18383.51 | −424.27 | 2838.12 | 2413.94 | −1.5842 | 12.5498 | 10.9656 | −47 |
| −46 | 0.00640 | 0.001083 | 16381.35 | 16381.36 | −422.41 | 2838.21 | 2415.79 | −1.5764 | 12.4949 | 10.9185 | −46 |
| −45 | 0.00721 | 0.001984 | 14612.35 | 14512.36 | −420.65 | 2838.29 | 2417.65 | −1.5686 | 12.4405 | 10.8719 | −45 |
| −44 | 0.00811 | 0.001084 | 13047.65 | 13047.66 | −418.87 | 2838.37 | 2419.50 | −1.5609 | 12.3866 | 10.8257 | −44 |
| −43 | 0.00911 | 0.001084 | 11661.85 | 11661.85 | −417.09 | 2838.44 | 2421.35 | −1.5531 | 12.3330 | 10.7799 | −43 |
| −42 | 0.01022 | 0.001084 | 10433.85 | 10433.85 | −415.30 | 2838.50 | 2423.20 | −1.5453 | 12.2799 | 10.7346 | −42 |
| −41 | 0.01147 | 0.001084 | 9344.25 | 9344.25 | −413.50 | 2838.55 | 2425.05 | −1.5376 | 12.2273 | 10.6897 | −41 |
| −40 | 0.01285 | 0.001084 | 8376.33 | 8376.33 | −411.70 | 2838.60 | 2426.90 | −1.5298 | 12.1750 | 10.6452 | −40 |
| −39 | 0.01438 | 0.001085 | 7515.86 | 7515.87 | −409.88 | 2838.64 | 2428.76 | −1.5221 | 12.1232 | 10.6011 | −39 |
| −38 | 0.01608 | 0.001085 | 6750.36 | 6750.36 | −508.07 | 2838.67 | 1430.61 | −1.5143 | 12.0718 | 10.5575 | −38 |
| −37 | 0.01796 | 0.001085 | 6068.16 | 6068.17 | −406.24 | 2838.70 | 2432.46 | −1.5066 | 12.0208 | 10.5142 | −37 |
| −36 | 0.02004 | 0.001085 | 5459.82 | 5459.82 | −404.40 | 2838.71 | 2434.31 | −1.4988 | 11.9702 | 10.4713 | −36 |
| −35 | 0.02235 | 0.001085 | 4917.09 | 4917.10 | −402.56 | 2838.73 | 2436.16 | −1.4911 | 11.9199 | 10.4289 | −35 |
| −34 | 0.02490 | 0.001085 | 4432.36 | 4432.37 | −400.72 | 2838.73 | 2438.01 | −1.4833 | 11.8701 | 10.3868 | −34 |
| −33 | 0.02771 | 0.001085 | 3998.71 | 3998.71 | −398.86 | 2838.72 | 2439.86 | −1.4756 | 11.8207 | 10.3451 | −33 |
| −32 | 0.03082 | 0.001086 | 3610.71 | 3610.71 | −397.00 | 2838.71 | 2441.72 | −1.4678 | 11.7716 | 10.3037 | −32 |
| −31 | 0.03424 | 0.001086 | 3263.20 | 3263.20 | −395.12 | 2838.69 | 2443.57 | −1.4601 | 11.7229 | 10.2628 | −31 |
| −30 | 0.03802 | 0.001086 | 2951.64 | 2951.64 | −393.25 | 2838.66 | 2445.42 | −1.4524 | 11.6746 | 10.2222 | −30 |
| −29 | 0.04217 | 0.001086 | 2672.03 | 2672.03 | −391.36 | 2838.63 | 2447.27 | −1.4446 | 11.6266 | 10.1820 | −29 |
| −28 | 0.04673 | 0.001086 | 2420.89 | 2420.89 | −389.47 | 2838.59 | 2449.12 | −1.4369 | 11.4790 | 10.1421 | −28 |
| −27 | 0.05174 | 0.001086 | 2195.23 | 2195.23 | −387.57 | 2838.53 | 2450.97 | −1.4291 | 11.5318 | 10.1026 | −27 |
| −26 | 0.05725 | 0.001087 | 1992.15 | 1992.15 | −385.66 | 2838.48 | 2452.82 | −1.4214 | 11.4849 | 10.0634 | −26 |
| −25 | 0.06329 | 0.001087 | 1809.35 | 1809.35 | −383.74 | 2838.41 | 2454.67 | −1.4137 | 11.4383 | 10.0246 | −25 |
| −24 | 0.06991 | 0.001087 | 1644.59 | 1644.59 | −381.34 | 2838.34 | 2456.52 | −1.4059 | 11.3921 | 9.9862 | −24 |
| −23 | 0.07716 | 0.001087 | 1495.98 | 1495.98 | −379.89 | 2838.26 | 2458.37 | −1.3982 | 11.3462 | 9.9480 | −23 |
| −22 | 0.08510 | 0.001087 | 1361.94 | 1361.94 | −377.95 | 2838.17 | 2460.22 | −1.3905 | 11.3007 | 9.9102 | −22 |
| −21 | 0.09378 | 0.001087 | 1240.77 | 1240.77 | −376.01 | 2838.07 | 2462.06 | −1.3828 | 11.2555 | 9.8728 | −21 |
| −20 | 0.10326 | 0.001087 | 1131.27 | 1131.27 | −374.06 | 2837.97 | 2463.91 | −1.3750 | 11.2106 | 9.8356 | −20 |
| −19 | 0.11362 | 0.001088 | 1032.18 | 1032.18 | −372.10 | 2837.86 | 2465.76 | −1.3673 | 11.1661 | 9.7988 | −19 |
| −18 | 0.12492 | 0.001088 | 942.46 | 942.47 | −370.13 | 2837.74 | 2467.61 | −1.3596 | 11.1218 | 9.7623 | −18 |
| −17 | 0.13725 | 0.001088 | 861.17 | 861.18 | −368.15 | 2837.61 | 2469.46 | −1.3518 | 11.0779 | 9.7261 | −17 |
| −16 | 0.15068 | 0.001088 | 787.48 | 787.49 | −366.17 | 2837.47 | 2471.30 | −1.3441 | 11.0343 | 9.6902 | −16 |
| −15 | 0.16530 | 0.001088 | 720.59 | 720.59 | −364.18 | 2837.33 | 2473.15 | −1.3364 | 10.9910 | 9.6546 | −15 |
| −14 | 0.18122 | 0.001088 | 659.86 | 659.86 | −362.18 | 2837.18 | 2474.99 | −1.3287 | 10.9480 | 9.6193 | −14 |
| −13 | 0.19852 | 0.001089 | 604.65 | 604.65 | −360.18 | 2837.02 | 2476.84 | −1.3210 | 10.9053 | 9.5844 | −13 |
| −12 | 0.21732 | 0.001089 | 554.45 | 554.45 | −358.17 | 2836.85 | 2478.68 | −1.3232 | 10.8629 | 9.5497 | −12 |
| −11 | 0.23774 | 0.001089 | 508.75 | 508.75 | −356.15 | 2836.68 | 2480.53 | −1.3055 | 10.8208 | 9.5153 | −11 |
| −10 | 0.25990 | 0.001089 | 467.14 | 467.14 | −354.12 | 2836.49 | 2482.37 | −1.2978 | 10.7790 | 9.4812 | −10 |
| −9 | 0.28393 | 0.001089 | 429.21 | 429.21 | −352.08 | 2836.30 | 2484.22 | −1.2901 | 10.7375 | 9.4474 | −9 |
| −8 | 0.30998 | 0.001090 | 394.64 | 394.64 | −350.04 | 2836.10 | 2486.06 | −1.2824 | 10.6962 | 9.4139 | −8 |
| −7 | 0.33819 | 0.001090 | 363.07 | 363.07 | −347.99 | 2835.89 | 2487.90 | −1.2746 | 10.6552 | 9.3806 | −7 |
| −6 | 0.36874 | 0.001090 | 334.25 | 334.25 | −345.93 | 2835.68 | 2489.74 | −1.2669 | 10.6145 | 9.3476 | −6 |
| −5 | 0.40176 | 0.001090 | 307.91 | 307.91 | −343.87 | 2835.45 | 2491.58 | −2.2592 | 10.4741 | 9.3149 | −5 |
| −4 | 0.43747 | 0.001090 | 283.83 | 283.83 | −341.80 | 2835.22 | 2493.42 | −1.2515 | 10.5340 | 9.2825 | −4 |
| −3 | 0.47606 | 0.001090 | 261.79 | 261.79 | −339.72 | 2834.98 | 2495.26 | −1.2438 | 10.4941 | 9.2503 | −3 |
| −2 | 0.51772 | 0.001091 | 241.60 | 241.60 | −337.63 | 2834.72 | 2497.10 | −1.2361 | 10.4544 | 9.2184 | −2 |
| −1 | 0.56267 | 0.001091 | 223.11 | 223.11 | −335.53 | 2834.47 | 2498.93 | −1.2284 | 10.4151 | 9.1867 | −1 |
| 0 | 0.61115 | 0.001091 | 206.16 | 206.16 | −333.43 | 2834.20 | 2500.77 | −1.2206 | 10.3760 | 9.1553 | 0 |

Table 3  Thermodynamic Properties of Water at Saturation (*Continued*)

| Temp., °C $t$ | Absolute Pressure, kPa $p$ | Specific Volume, m³/kg (water) | | | Specific Enthalpy, kJ/kg (water) | | | Specific Entropy, kJ/(kg·K) (water) | | | Temp., °C $t$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sat. Liquid $v_f$ | Evap. $v_{fg}$ | Sat. Vapor $v_g$ | Sat. Liquid $h_f$ | Evap. $h_{fg}$ | Sat. Vapor $h_g$ | Sat. Liquid $s_f$ | Evap. $s_{fg}$ | Sat. Vapor $s_g$ | |
| 0  | 0.6112 | 0.001000 | 206.141 | 206.143 | −0.04 | 2500.81 | 2500.77 | −0.0002 | 9.1555 | 9.1553 | 0 |
| 1  | 0.6571 | 0.001000 | 192.455 | 192.456 | 4.18  | 2498.43 | 2502.61 | 0.0153  | 9.1134 | 9.1286 | 1 |
| 2  | 0.7060 | 0.001000 | 179.769 | 179.770 | 8.39  | 2496.05 | 2504.45 | 0.0306  | 9.0716 | 9.1022 | 2 |
| 3  | 0.7580 | 0.001000 | 168.026 | 168.027 | 12.60 | 2493.68 | 2506.28 | 0.0459  | 9.0302 | 9.0761 | 3 |
| 4  | 0.8135 | 0.001000 | 157.137 | 157.138 | 16.81 | 2491.31 | 2508.12 | 0.0611  | 8.9890 | 9.0501 | 4 |
| 5  | 0.8725 | 0.001000 | 147.032 | 147.033 | 21.02 | 2488.94 | 2509.96 | 0.0763  | 8.9482 | 9.0244 | 5 |
| 6  | 0.9353 | 0.001000 | 137.653 | 137.654 | 25.22 | 2486.57 | 2511.79 | 0.0913  | 8.9077 | 8.9990 | 6 |
| 7  | 1.0020 | 0.001000 | 128.947 | 128.948 | 29.42 | 2484.20 | 2513.62 | 0.1064  | 8.8674 | 8.9738 | 7 |
| 8  | 1.0728 | 0.001000 | 120.850 | 120.851 | 33.62 | 2481.84 | 2515.46 | 0.1213  | 8.8273 | 8.9488 | 8 |
| 9  | 1.1481 | 0.001000 | 113.326 | 113.327 | 37.82 | 2479.47 | 2517.29 | 0.1362  | 8.7878 | 8.9245 | 9 |
| 10 | 1.2280 | 0.001000 | 106.328 | 106.329 | 42.01 | 2477.11 | 2519.12 | 0.1511  | 8.7484 | 8.8995 | 10 |
| 11 | 1.3127 | 0.001000 | 99.812  | 99.813  | 46.21 | 2474.74 | 2520.95 | 0.1659  | 8.7093 | 8.8752 | 11 |
| 12 | 1.4026 | 0.001001 | 93.743  | 93.744  | 50.40 | 2472.38 | 2522.78 | 0.1806  | 8.6705 | 8.8511 | 12 |
| 13 | 1.4978 | 0.001001 | 88.088  | 88.089  | 54.59 | 2470.02 | 2524.61 | 0.1953  | 8.6319 | 8.8272 | 13 |
| 14 | 1.5987 | 0.001001 | 82.815  | 82.816  | 58.78 | 2467.66 | 2526.44 | 0.2099  | 8.5936 | 3.8035 | 14 |
| 15 | 1.7055 | 0.001001 | 77.897  | 77.898  | 62.97 | 2465.30 | 2528.26 | 0.2244  | 8.5556 | 8.7801 | 15 |
| 16 | 1.8184 | 0.001001 | 73.307  | 73.308  | 67.16 | 2462.93 | 2530.09 | 0.2389  | 8.5178 | 8.7568 | 16 |
| 17 | 1.9380 | 0.001001 | 69.021  | 69.022  | 71.34 | 2460.57 | 2531.92 | 0.2534  | 8.4804 | 8.7338 | 17 |
| 18 | 2.0643 | 0.001002 | 65.017  | 65.018  | 75.53 | 2458.21 | 2533.74 | 0.2678  | 8.4431 | 8.7109 | 18 |
| 19 | 2.1978 | 0.001002 | 65.274  | 61.273  | 79.72 | 2455.85 | 2535.56 | 0.2821  | 8.4061 | 8.6883 | 19 |
| 20 | 2.3388 | 0.001002 | 57.774  | 57.773  | 83.90 | 2453.48 | 2537.38 | 0.2964  | 8.3694 | 8.6658 | 20 |
| 21 | 2.4877 | 0.001002 | 54.450  | 54.500  | 88.08 | 2451.12 | 2539.20 | 0.3107  | 8.3329 | 8.6436 | 21 |
| 22 | 2.6448 | 0.001002 | 51.433  | 51.434  | 92.27 | 2448.75 | 2541.02 | 0.3249  | 8.2967 | 8.6215 | 22 |
| 23 | 2.8104 | 0.001003 | 48.562  | 48.563  | 96.45 | 2446.39 | 2542.84 | 0.3390  | 8.2607 | 8.5996 | 23 |
| 24 | 2.9851 | 0.001003 | 45.872  | 45.873  | 100.63| 2444.02 | 2544.65 | 0.3531  | 8.2249 | 8.5780 | 24 |
| 25 | 3.1692 | 0.001003 | 43.350  | 43.351  | 104.81| 2441.66 | 2546.47 | 0.3672  | 8.1894 | 8.5565 | 25 |
| 26 | 3.3631 | 0.001003 | 40.985  | 40.986  | 108.99| 2439.29 | 2548.28 | 0.3812  | 8.1541 | 8.5352 | 26 |
| 27 | 3.5673 | 0.001004 | 38.766  | 38.767  | 113.18| 2436.92 | 2550.09 | 0.3951  | 8.1190 | 8.5141 | 27 |
| 28 | 3.7822 | 0.001004 | 36.682  | 36.683  | 117.36| 2434.55 | 2551.90 | 0.4090  | 8.0842 | 8.4932 | 28 |
| 29 | 4.0083 | 0.001004 | 34.726  | 34.727  | 121.54| 2432.17 | 2553.71 | 0.4229  | 8.0496 | 8.4724 | 29 |
| 30 | 4.2460 | 0.001004 | 32.889  | 32.889  | 125.72| 2429.80 | 2555.52 | 0.4367  | 8.0152 | 8.4519 | 30 |
| 31 | 4.4959 | 0.001005 | 31.160  | 31.161  | 129.90| 2427.43 | 2557.32 | 0.4505  | 7.9810 | 8.4315 | 31 |
| 32 | 4.7585 | 0.001005 | 29.535  | 29.536  | 134.08| 2425.05 | 2559.13 | 0.4642  | 7.9471 | 8.4112 | 32 |
| 33 | 5.0343 | 0.001005 | 28.006  | 28.007  | 138.26| 2422.67 | 2560.93 | 0.4779  | 7.9133 | 8.3912 | 33 |
| 34 | 5.3239 | 0.001006 | 26.567  | 26.568  | 142.44| 2410.29 | 2562.73 | 0.4915  | 7.8790 | 8.3713 | 34 |
| 35 | 5.6278 | 0.001006 | 25.212  | 25.213  | 146.62| 2417.91 | 2564.53 | 0.5051  | 7.8465 | 8.3516 | 35 |
| 36 | 5.9466 | 0.001006 | 23.935  | 23.936  | 150.80| 2415.53 | 2566.33 | 0.5186  | 7.8134 | 8.3320 | 36 |
| 37 | 6.2810 | 0.001007 | 22.733  | 22.734  | 154.98| 2413.14 | 2568.12 | 0.5321  | 7.7805 | 8.3127 | 37 |
| 38 | 6.6315 | 0.001007 | 21.599  | 21.600  | 159.16| 2410.76 | 2569.91 | 0.5456  | 7.7479 | 8.2934 | 38 |
| 39 | 6.9987 | 0.001008 | 20.529  | 20.530  | 163.34| 2408.37 | 2571.71 | 0.5590  | 7.7154 | 8.2744 | 39 |
| 40 | 7.3835 | 0.001008 | 19.520  | 19.521  | 167.52| 2405.98 | 2573.50 | 0.5724  | 7.6831 | 8.2555 | 40 |
| 41 | 7.7863 | 0.001008 | 18.567  | 18.568  | 171.70| 2403.58 | 2575.28 | 0.5857  | 7.6510 | 8.2367 | 41 |
| 42 | 8.2080 | 0.001009 | 17.667  | 17.668  | 175.88| 2401.19 | 2577.07 | 0.5990  | 7.6191 | 8.2181 | 42 |
| 43 | 8.6492 | 0.001009 | 16.818  | 16.819  | 180.06| 2398.79 | 2578.85 | 0.6122  | 7.5875 | 8.1997 | 43 |
| 44 | 9.1107 | 0.001010 | 16.014  | 16.015  | 184.24| 2396.39 | 2580.63 | 0.6254  | 7.3560 | 8.1814 | 44 |
| 45 | 9.5932 | 0.001010 | 15.255  | 15.256  | 188.42| 2393.99 | 2582.41 | 0.6386  | 7.5247 | 8.1632 | 45 |
| 46 | 10.0976| 0.001010 | 14.537  | 14.538  | 192.60| 2391.59 | 2584.19 | 0.6517  | 7.4936 | 8.1452 | 46 |
| 47 | 10.6246| 0.001011 | 13.858  | 13.859  | 196.78| 2389.18 | 2585.96 | 0.6648  | 7.4626 | 8.1274 | 47 |
| 48 | 11.1751| 0.001011 | 13.214  | 13.215  | 200.97| 2386.77 | 2587.74 | 0.6778  | 7.4319 | 8.1097 | 48 |
| 49 | 11.7500| 0.001012 | 12.606  | 12.607  | 205.15| 2384.36 | 2589.51 | 0.6908  | 7.4013 | 8.0921 | 49 |
| 50 | 12.3499| 0.001012 | 12.029  | 12.029  | 209.33| 2381.94 | 2591.27 | 0.7038  | 7.3709 | 8.0747 | 50 |
| 51 | 12.9759| 0.001013 | 11.482  | 11.483  | 213.51| 2379.53 | 2593.04 | 0.7167  | 7.3407 | 8.0574 | 51 |
| 52 | 13.6290| 0.001013 | 10.964  | 10.965  | 217.70| 2377.10 | 2594.80 | 0.7296  | 7.3107 | 8.0403 | 52 |
| 53 | 14.3100| 0.001014 | 10.473  | 10.474  | 221.88| 2374.68 | 2596.56 | 0.7424  | 7.2809 | 8.0233 | 53 |
| 54 | 15.0200| 0.001014 | 10.001  | 10.008  | 226.06| 2372.26 | 2598.32 | 0.7552  | 7.2512 | 8.0064 | 54 |
| 55 | 15.7597| 0.001015 | 9.563   | 9.5663  | 230.25| 2369.83 | 2600.07 | 0.7680  | 7.2217 | 7.9897 | 55 |
| 56 | 16.5304| 0.001015 | 9.147   | 9.1468  | 234.43| 2367.39 | 2601.82 | 0.7807  | 7.1924 | 7.9731 | 56 |
| 57 | 17.3331| 0.001016 | 8.744   | 8.7489  | 238.61| 2364.96 | 2603.57 | 0.7934  | 7.1632 | 7.9566 | 57 |
| 58 | 18.1690| 0.001016 | 8.3690  | 8.3700  | 242.80| 2362.52 | 2605.32 | 0.8061  | 7.1342 | 7.9403 | 58 |
| 59 | 19.0387| 0.001017 | 8.0094  | 8.0114  | 246.99| 2360.08 | 2607.06 | 0.8187  | 7.1054 | 7.9240 | 59 |
| 60 | 19.944 | 0.001017 | 7.6677  | 7.6697  | 251.17| 2357.63 | 2608.80 | 0.8313  | 7.0767 | 7.9079 | 60 |
| 61 | 20.885 | 0.001018 | 7.3428  | 7.3438  | 255.36| 2355.19 | 2610.54 | 0.8438  | 7.0482 | 7.8920 | 61 |
| 62 | 21.864 | 0.001018 | 7.0337  | 7.0347  | 259.54| 2352.73 | 2612.28 | 0.8563  | 7.0198 | 7.8761 | 62 |
| 63 | 22.882 | 0.001019 | 6.7397  | 6.7407  | 263.73| 2350.28 | 2614.01 | 0.8688  | 6.9916 | 7.8604 | 63 |
| 64 | 23.940 | 0.001019 | 6.4599  | 6.4609  | 267.92| 2347.82 | 2615.74 | 0.8812  | 6.9636 | 7.8448 | 64 |
| 65 | 25.040 | 0.001020 | 6.1935  | 6.1946  | 272.11| 2345.36 | 2617.46 | 0.8936  | 6.9357 | 7.8293 | 65 |
| 66 | 26.180 | 0.001020 | 5.9397  | 5.9409  | 276.30| 2342.89 | 2619.19 | 0.9060  | 6.9080 | 7.8140 | 66 |
| 67 | 27.366 | 0.001021 | 5.6982  | 5.6992  | 280.49| 2340.42 | 2620.90 | 0.9183  | 6.8804 | 7.7987 | 67 |
| 68 | 28.596 | 0.001022 | 5.4680  | 5.4690  | 284.68| 2337.95 | 2622.62 | 0.9306  | 2.8530 | 7.7836 | 68 |
| 69 | 29.873 | 0.001022 | 5.2485  | 5.2495  | 288.87| 2335.47 | 2624.33 | 0.9429  | 6.8257 | 7.7686 | 69 |

# Psychrometrics 6.7

Table 3 Thermodynamic Properties of Water at Saturation (*Continued*)

| Temp., °C $t$ | Absolute Pressure, kPa $p$ | Specific Volume, m³/kg (water) | | | Specific Enthalpy, kJ/kg (water) | | | Specific Entropy, kJ/(kg·K) (water) | | | Temp., °C $t$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sat. Liquid $v_f$ | Evap. $v_{fg}$ | Sat. Vapor $v_g$ | Sat. Liquid $h_f$ | Evap. $h_{fg}$ | Sat. Vapor $h_g$ | Sat. Liquid $s_f$ | Evap. $s_{fg}$ | Sat. Vapor $s_g$ | |
| 70 | 31.198 | 0.001023 | 5.0392 | 5.0402 | 293.06 | 2332.99 | 2626.04 | 0.9551 | 6.7986 | 7.7537 | 70 |
| 71 | 32.572 | 0.001023 | 4.8396 | 4.8407 | 297.25 | 2330.50 | 2627.75 | 0.9673 | 6.7716 | 7.7389 | 71 |
| 72 | 33.997 | 0.001024 | 4.6492 | 4.6502 | 301.44 | 2328.01 | 2629.45 | 0.9795 | 6.7448 | 7.7242 | 72 |
| 73 | 35.475 | 0.001025 | 4.4675 | 4.4685 | 305.63 | 2325.51 | 2631.15 | 0.9916 | 6.7181 | 7.7097 | 73 |
| 74 | 37.006 | 0.001025 | 4.2940 | 4.2951 | 309.83 | 2323.02 | 2632.84 | 1.0037 | 6.6915 | 7.6952 | 74 |
| 75 | 38.592 | 0.001026 | 4.1284 | 4.1294 | 314.02 | 2320.51 | 2634.53 | 1.0157 | 6.6651 | 7.6809 | 75 |
| 76 | 40.236 | 0.001026 | 3.9702 | 3.9712 | 318.22 | 2318.01 | 2636.22 | 1.0278 | 6.6389 | 7.6666 | 76 |
| 77 | 41.938 | 0.001027 | 3.8190 | 3.8201 | 322.41 | 2315.49 | 2637.90 | 1.0398 | 6.6127 | 7.6525 | 77 |
| 78 | 43.700 | 0.001028 | 3.6746 | 3.6756 | 326.61 | 2312.98 | 2639.58 | 1.0517 | 6.5867 | 7.6384 | 78 |
| 79 | 45.524 | 0.001028 | 3.5365 | 3.5375 | 330.81 | 2310.46 | 2641.26 | 1.0636 | 6.5609 | 7.6245 | 79 |
| 80 | 47.412 | 0.001029 | 3.4044 | 3.4055 | 335.00 | 2307.93 | 2642.93 | 1.0755 | 6.5351 | 7.6107 | 80 |
| 81 | 49.364 | 0.001030 | 3.2781 | 3.2792 | 339.20 | 2305.40 | 2644.60 | 1.0874 | 6.5095 | 7.5969 | 81 |
| 82 | 51.384 | 0.001030 | 3.1573 | 3.1583 | 343.40 | 2902.86 | 2646.26 | 1.0993 | 6.4841 | 7.5833 | 82 |
| 83 | 53.473 | 0.001031 | 3.0417 | 3.0427 | 347.60 | 2300.32 | 2647.92 | 1.1111 | 6.4587 | 7.5698 | 83 |
| 84 | 55.633 | 0.001032 | 2.9310 | 2.9320 | 351.80 | 2297.78 | 2649.58 | 1.1228 | 6.4335 | 7.5563 | 84 |
| 85 | 57.865 | 0.001032 | 2.8250 | 2.8260 | 356.01 | 2295.22 | 2651.23 | 1.1346 | 6.4084 | 7.5430 | 85 |
| 86 | 60.171 | 0.001033 | 2.7235 | 2.7245 | 350.21 | 2292.67 | 2652.88 | 1.1463 | 6.3834 | 7.5297 | 86 |
| 87 | 62.554 | 0.001034 | 2.6263 | 2.6273 | 364.41 | 2290.11 | 2654.52 | 1.1580 | 6.3586 | 7.5166 | 87 |
| 88 | 65.015 | 0.001035 | 2.5331 | 2.5341 | 368.62 | 2287.54 | 2656.16 | 1.1696 | 6.3339 | 7.5035 | 88 |
| 89 | 67.556 | 0.001035 | 2.4438 | 2.4448 | 372.82 | 2284.97 | 2657.79 | 1.1812 | 6.3093 | 7.4905 | 89 |
| 90 | 70.180 | 0.001036 | 2.3582 | 2.3592 | 377.03 | 2282.39 | 2659.42 | 1.1928 | 6.2848 | 7.4776 | 90 |
| 91 | 72.888 | 0.001037 | 2.2760 | 2.2771 | 381.24 | 2279.81 | 2661.04 | 1.2044 | 6.2605 | 7.4648 | 91 |
| 92 | 75.683 | 0.001037 | 2.1973 | 2.1983 | 385.45 | 2277.22 | 2662.66 | 1.2159 | 6.2362 | 7.4521 | 92 |
| 93 | 78.566 | 0.001038 | 2.1217 | 2.1228 | 389.66 | 2274.62 | 2664.28 | 1.2274 | 6.2121 | 7.4395 | 93 |
| 94 | 81.541 | 0.001039 | 2.0492 | 2.0502 | 393.87 | 2272.02 | 2665.89 | 1.2389 | 6.1881 | 7.4270 | 94 |
| 95 | 84.608 | 0.001040 | 1.9796 | 1.9806 | 398.08 | 2269.41 | 2667.49 | 1.2504 | 6.1642 | 7.4146 | 95 |
| 96 | 87.770 | 0.001040 | 1.9128 | 1.9138 | 402.29 | 2266.80 | 2669.09 | 1.2618 | 6.1404 | 7.4022 | 96 |
| 97 | 91.030 | 0.001041 | 1.8486 | 1.8496 | 406.51 | 2264.18 | 2670.69 | 1.2732 | 6.1168 | 7.3899 | 97 |
| 98 | 94.390 | 0.001042 | 1.7869 | 1.7880 | 410.72 | 2261.55 | 2672.28 | 1.2845 | 6.0932 | 7.3777 | 98 |
| 99 | 97.852 | 0.001044 | 1.7277 | 1.7287 | 414.94 | 2258.92 | 2673.86 | 1.2959 | 6.0697 | 7.3656 | 99 |
| 100 | 101.419 | 0.001044 | 1.6708 | 1.6718 | 419.16 | 2256.28 | 2675.44 | 1.3072 | 6.0464 | 7.3536 | 100 |
| 101 | 105.092 | 0.001044 | 1.6161 | 1.6171 | 423.38 | 2253.64 | 2677.02 | 1.3185 | 6.0232 | 7.3416 | 101 |
| 102 | 108.875 | 0.001045 | 1.5635 | 1.5645 | 427.60 | 2250.99 | 2678.58 | 1.3297 | 6.0000 | 7.3298 | 102 |
| 103 | 112.770 | 0.001046 | 1.5129 | 1.5139 | 431.82 | 2248.33 | 2680.15 | 1.3410 | 5.9770 | 7.3180 | 103 |
| 104 | 116.779 | 0.001047 | 1.4642 | 1.4652 | 436.04 | 2245.66 | 2681.71 | 1.3522 | 5.9541 | 7.3062 | 104 |
| 105 | 120.906 | 0.001047 | 1.4174 | 1.4184 | 440.27 | 2242.99 | 2683.26 | 1.3634 | 5.9313 | 7.2946 | 105 |
| 106 | 125.152 | 0.001048 | 1.3723 | 1.3734 | 444.49 | 2240.31 | 2684.80 | 1.3745 | 5.9086 | 7.2830 | 106 |
| 107 | 129.520 | 0.001049 | 1.3290 | 1.3300 | 448.72 | 2237.63 | 2686.35 | 1.3856 | 5.8860 | 7.2716 | 107 |
| 108 | 134.012 | 0.001050 | 1.2872 | 1.2883 | 452.95 | 2234.93 | 2687.88 | 1.3967 | 5.8635 | 7.2601 | 108 |
| 109 | 138.633 | 0.001051 | 1.2470 | 1.2481 | 457.18 | 2232.23 | 2689.41 | 1.4078 | 5.8410 | 7.2488 | 109 |
| 110 | 143.384 | 0.001052 | 1.2083 | 1.2093 | 461.41 | 2229.52 | 2690.93 | 1.4188 | 5.8187 | 7.2375 | 110 |
| 111 | 148.267 | 0.001052 | 1.1710 | 1.1720 | 465.64 | 2226.81 | 2692.45 | 1.4298 | 5.7965 | 7.2263 | 111 |
| 112 | 153.287 | 0.001053 | 1.1350 | 1.1361 | 469.88 | 2224.09 | 2693.96 | 1.4408 | 5.7744 | 7.2152 | 112 |
| 113 | 158.445 | 0.001054 | 1.1004 | 1.1015 | 474.11 | 2221.35 | 2695.47 | 1.4518 | 5.7524 | 7.2402 | 113 |
| 114 | 163.745 | 0.001055 | 1.0670 | 1.0681 | 478.35 | 2218.62 | 2696.97 | 1.4627 | 5.7304 | 7.1931 | 114 |
| 115 | 169.190 | 0.001056 | 1.0348 | 1.0359 | 482.59 | 2215.87 | 2698.46 | 1.4737 | 5.7086 | 7.1822 | 115 |
| 116 | 174.782 | 0.001057 | 1.0038 | 1.0048 | 486.83 | 2213.12 | 2699.95 | 1.4846 | 5.6868 | 7.1714 | 116 |
| 117 | 180.525 | 0.001058 | 0.9739 | 0.9749 | 491.07 | 2210.35 | 2701.43 | 1.4954 | 5.6652 | 7.1606 | 117 |
| 118 | 186.420 | 0.001059 | 0.9450 | 0.9460 | 495.32 | 2207.58 | 2702.90 | 1.5063 | 5.6436 | 7.1499 | 118 |
| 119 | 192.473 | 0.001059 | 0.9171 | 0.9182 | 499.56 | 2204.80 | 2704.37 | 1.5171 | 5.6221 | 7.1392 | 119 |
| 120 | 198.685 | 0.001060 | 0.8902 | 0.8913 | 503.81 | 2202.02 | 2705.83 | 1.5279 | 5.6007 | 7.1286 | 120 |
| 122 | 211.601 | 0.001062 | 0.8391 | 0.8402 | 512.31 | 2196.42 | 2706.73 | 1.5494 | 5.5582 | 7.1076 | 122 |
| 124 | 225.194 | 0.001064 | 0.7916 | 0.7927 | 520.82 | 2190.78 | 2711.60 | 1.5709 | 5.5160 | 7.0869 | 124 |
| 126 | 239.490 | 0.001066 | 0.7472 | 0.7483 | 529.33 | 2185.11 | 2714.44 | 1.5922 | 5.4742 | 7.0664 | 126 |
| 128 | 254.515 | 0.001068 | 0.7057 | 0.7068 | 537.86 | 2179.40 | 2717.26 | 1.6135 | 5.4326 | 7.0461 | 128 |
| 130 | 270.298 | 0.001070 | 0.6670 | 0.6681 | 546.39 | 2173.66 | 2720.05 | 1.6347 | 5.3914 | 7.0261 | 130 |
| 132 | 286.866 | 0.001072 | 0.6308 | 0.6318 | 554.93 | 2167.87 | 2722.80 | 1.6557 | 5.3505 | 7.0063 | 132 |
| 134 | 304.247 | 0.001074 | 0.5969 | 0.5979 | 563.48 | 2162.05 | 2725.53 | 1.6767 | 5.3099 | 6.9867 | 134 |
| 136 | 322.470 | 0.001076 | 0.5651 | 0.5662 | 572.04 | 2156.18 | 2728.22 | 1.6977 | 5.2697 | 6.9673 | 136 |
| 138 | 341.566 | 0.001078 | 0.5354 | 0.5364 | 580.60 | 2150.28 | 2730.88 | 1.7185 | 5.2296 | 6.9481 | 138 |
| 140 | 361.565 | 0.001080 | 0.5075 | 0.5085 | 589.18 | 2144.33 | 2733.51 | 1.7393 | 5.1899 | 6.9292 | 140 |
| 142 | 382.497 | 0.001082 | 0.4813 | 0.4824 | 597.76 | 2138.34 | 2736.11 | 1.7599 | 5.1505 | 6.9104 | 142 |
| 144 | 404.394 | 0.001084 | 0.4567 | 0.4578 | 606.36 | 2132.31 | 2738.67 | 1.7805 | 5.1113 | 6.8918 | 144 |
| 146 | 427.288 | 0.001086 | 0.4336 | 0.4347 | 614.97 | 2126.23 | 2741.19 | 1.8011 | 5.0724 | 6.8735 | 146 |
| 148 | 451.211 | 0.001088 | 0.4119 | 0.4130 | 623.58 | 2120.10 | 2743.68 | 1.8215 | 5.0338 | 6.8553 | 148 |
| 150 | 476.198 | 0.001091 | 0.3914 | 0.3925 | 632.21 | 2113.92 | 2746.13 | 1.8419 | 4.9954 | 6.8373 | 150 |
| 152 | 502.281 | 0.001093 | 0.3722 | 0.3733 | 640.85 | 2107.70 | 2748.55 | 1.8622 | 4.9573 | 6.8194 | 152 |
| 154 | 529.495 | 0.001095 | 0.3541 | 0.3552 | 649.50 | 2101.43 | 2750.93 | 1.8824 | 4.9194 | 6.8017 | 154 |
| 156 | 557.875 | 0.001097 | 0.3370 | 0.3381 | 658.16 | 2095.11 | 2753.27 | 1.9026 | 4.8817 | 6.7842 | 156 |
| 158 | 587.456 | 0.001100 | 0.3209 | 0.3220 | 666.83 | 2088.73 | 2755.57 | 1.9226 | 4.8443 | 6.7669 | 158 |
| 160 | 618.275 | 0.001102 | 0.3058 | 0.3069 | 675.52 | 2082.31 | 2757.82 | 1.9427 | 4.8070 | 6.7497 | 160 |

**6.8**

## HUMIDITY PARAMETERS

### Basic Parameters

**Humidity ratio** (alternatively, the moisture content or mixing ratio) $W$ of a given moist air sample is defined as the ratio of the mass of water vapor to the mass of dry air contained in the sample:

$$W = M_w/M_{da} \tag{7}$$

The humidity ratio $W$ is equal to the mole fraction ratio $x_w/x_{da}$ multiplied by the ratio of molecular masses, namely, $18.01528/28.9645 = 0.62198$:

$$W = 0.62198 x_w/x_{da} \tag{8}$$

**Specific humidity** $\gamma$ is the ratio of the mass of water vapor to the total mass of the moist air sample:

$$\gamma = M_w/(M_w + M_{da}) \tag{9a}$$

In terms of the humidity ratio,

$$\gamma = W/(1+W) \tag{9b}$$

**Absolute humidity** (alternatively, water vapor density) $d_v$ is the ratio of the mass of water vapor to the total volume of the sample:

$$d_v = M_w/V \tag{10}$$

The **density** $\rho$ of a moist air mixture is the ratio of the total mass to the total volume:

$$\rho = (M_{da}+M_w)/V = (1/v)(1+W) \tag{11}$$

where $v$ is the moist air specific volume, m³/kg (dry air), as defined by Equation (27).

### Humidity Parameters Involving Saturation

The following definitions of humidity parameters involve the concept of moist air saturation:

**Saturation humidity ratio** $W_s(t, p)$ is the humidity ratio of moist air saturated with respect to water (or ice) at the same temperature $t$ and pressure $p$.

**Degree of saturation** $\mu$ is the ratio of the air humidity ratio $W$ to the humidity ratio $W_s$ of saturated moist air at the same temperature and pressure:

$$\mu = \left.\frac{W}{W_s}\right|_{t,p} \tag{12}$$

**Relative humidity** $\phi$ is the ratio of the mole fraction of water vapor $x_w$ in a given moist air sample to the mole fraction $x_{ws}$ in an air sample saturated at the same temperature and pressure:

$$\phi = \left.\frac{x_w}{x_{ws}}\right|_{t,p} \tag{13}$$

Combining Equations (8), (12), and (13),

$$\mu = \frac{\phi}{1+(1-\phi)W_s/0.62198} \tag{14}$$

**Dew-point temperature** $t_d$ is the temperature of moist air saturated at the same pressure $p$, with the same humidity ratio $W$ as that of the given sample of moist air. It is defined as the solution $t_d(p, W)$ of the following equation:

$$W_s(p, t_d) = W \tag{15}$$

**Thermodynamic wet-bulb temperature** $t^*$ is the temperature at which water (liquid or solid), by evaporating into moist air at a given dry-bulb temperature $t$ and humidity ratio $W$, can bring air to saturation adiabatically at the same temperature $t^*$ while the total pressure $p$ is maintained constant. This parameter is considered separately in the section on Thermodynamic Wet-Bulb Temperature and Dew-Point Temperature.

## PERFECT GAS RELATIONSHIPS FOR DRY AND MOIST AIR

When moist air is considered a mixture of independent perfect gases (i.e., dry air and water vapor), each is assumed to obey the perfect gas equation of state as follows:

Dry air: $\quad p_{da}V = n_{da}RT \tag{16}$

Water vapor: $\quad p_w V = n_w RT \tag{17}$

where

$p_{da}$ = partial pressure of dry air
$p_w$ = partial pressure of water vapor
$V$ = total mixture volume
$n_{da}$ = number of moles of dry air
$n_w$ = number of moles of water vapor
$R$ = universal gas constant, 8314.41 J/(kg mol·K)
$T$ = absolute temperature, K

The mixture also obeys the perfect gas equation:

$$pV = nRT \tag{18}$$

or

$$(p_{da}+p_w)V = (n_{da}+n_w)RT \tag{19}$$

where $p = p_{da}+p_w$ is the total mixture pressure and $n = n_{da}+n_w$ is the total number of moles in the mixture. From Equations (16) through (19), the mole fractions of dry air and water vapor are, respectively,

$$x_{da} = p_{da}/(p_{da}+p_w) = p_{da}/p \tag{20}$$

and

$$x_w = p_w/(p_{da}+p_w) = p_w/p \tag{21}$$

From Equations (8), (20), and (21), the **humidity ratio** $W$ is given by

$$W = 0.62198\frac{p_w}{p-p_w} \tag{22}$$

The degree of saturation $\mu$ is, by definition, Equation (12):

$$\mu = \left.\frac{W}{W_s}\right|_{t,p}$$

where

$$W_s = 0.62198\frac{p_{ws}}{p-p_{ws}} \tag{23}$$

# Psychrometrics 6.9

The term $p_{ws}$ represents the saturation pressure of water vapor in the absence of air at the given temperature $t$. This pressure $p_{ws}$ is a function only of temperature and differs slightly from the vapor pressure of water in saturated moist air.

The **relative humidity** $\phi$ is, by definition, Equation (13):

$$\phi = \left.\frac{x_w}{x_{ws}}\right|_{t,p}$$

Substituting Equation (21) for $x_w$ and $x_{ws}$,

$$\phi = \left.\frac{p_w}{p_{ws}}\right|_{t,p} \quad (24)$$

Substituting Equation (21) for $x_{ws}$ into Equation (14),

$$\phi = \frac{\mu}{1-(1-\mu)(p_{ws}/p)} \quad (25)$$

Both $\phi$ and $\mu$ are zero for dry air and unity for saturated moist air. At intermediate states their values differ, substantially so at higher temperatures.

The **specific volume** $v$ of a moist air mixture is expressed in terms of a unit mass of dry air:

$$v = V/M_{da} = V/(28.9645 n_{da}) \quad (26)$$

where $V$ is the total volume of the mixture, $M_{da}$ is the total mass of dry air, and $n_{da}$ is the number of moles of dry air. By Equations (16) and (26), with the relation $p = p_{da} + p_w$,

$$v = \frac{RT}{28.9645(p-p_w)} = \frac{R_{da}T}{p-p_w} \quad (27)$$

Using Equation (22),

$$v = \frac{RT(1+1.6078W)}{28.964 p} = \frac{R_{da}T(1+1.6078W)}{p} \quad (28)$$

In Equations (27) and (28), $v$ is specific volume, $T$ is absolute temperature, $p$ is total pressure, $p_w$ is the partial pressure of water vapor, and $W$ is the humidity ratio.

In specific units, Equation (28) may be expressed as

$$v = 0.2871(t + 273.15)(1 + 1.6078W)/p$$

where
- $v$ = specific volume, m³/kg (dry air)
- $t$ = dry-bulb temperature, °C
- $W$ = humidity ratio, kg (water)/kg (dry air)
- $p$ = total pressure, kPa

The **enthalpy** of a mixture of perfect gases equals the sum of the individual partial enthalpies of the components. Therefore, the specific enthalpy of moist air can be written as follows:

$$h = h_{da} + W h_g \quad (29)$$

where $h_{da}$ is the specific enthalpy for dry air in kJ/kg (dry air) and $h_g$ is the specific enthalpy for saturated water vapor in kJ/kg (water) at the temperature of the mixture. As an approximation,

$$h_{da} \approx 1.006 t \quad (30)$$

$$h_g \approx 2501 + 1.805 t \quad (31)$$

where $t$ is the dry-bulb temperature in, °C. The moist air specific enthalpy in kJ/kg (dry air) then becomes

$$h = 1.006 t + W(2501 + 1.805 t) \quad (32)$$

## THERMODYNAMIC WET-BULB TEMPERATURE AND DEW-POINT TEMPERATURE

For any state of moist air, a temperature $t^*$ exists at which liquid (or solid) water evaporates into the air to bring it to saturation at exactly this same temperature and total pressure (Harrison 1965). During the adiabatic saturation process, the saturated air is expelled at a temperature equal to that of the injected water. In this constant pressure process,

- Humidity ratio is increased from a given initial value $W$ to the value $W_s^*$ corresponding to saturation at the temperature $t^*$
- Enthalpy is increased from a given initial value $h$ to the value $h_s^*$ corresponding to saturation at the temperature $t^*$
- Mass of water added per unit mass of dry air is $(W_s^* - W)$, which adds energy to the moist air of amount $(W_s^* - W)h_w^*$, where $h_w^*$ denotes the specific enthalpy in kJ/kg (water) of the water added at the temperature $t^*$

Therefore, if the process is strictly adiabatic, conservation of enthalpy at constant total pressure requires that

$$h + (W_s^* - W)h_w^* = h_s^* \quad (33)$$

The properties $W_s^*$, $h_w^*$, and $h_s^*$ are functions only of the temperature $t^*$ for a fixed value of pressure. The value of $t^*$, which satisfies Equation (33) for given values of $h$, $W$, and $p$, is the **thermodynamic wet-bulb temperature**.

The **psychrometer** consists of two thermometers; one thermometer's bulb is covered by a wick that has been thoroughly wetted with water. When the wet bulb is placed in an airstream, water evaporates from the wick, eventually reaching an equilibrium temperature called the **wet-bulb temperature**. This process is not one of adiabatic saturation, which defines the thermodynamic wet-bulb temperature, but one of simultaneous heat and mass transfer from the wet bulb. The fundamental mechanism of this process is described by the Lewis relation [Equation (39) in Chapter 5]. Fortunately, only small corrections must be applied to wet-bulb thermometer readings to obtain the thermodynamic wet-bulb temperature.

As defined, thermodynamic wet-bulb temperature is a unique property of a given moist air sample independent of measurement techniques.

Equation (33) is exact since it defines the thermodynamic wet-bulb temperature $t^*$. Substituting the approximate perfect gas relation [Equation (32)] for $h$, the corresponding expression for $h_s^*$, and the approximate relation

$$h_w^* \approx 4.186 t^* \quad (34)$$

into Equation (33), and solving for the humidity ratio,

$$W = \frac{(2501 - 2.381 t^*)W_s^* - 1.006(t - t^*)}{2501 + 1.805 t - 4.186 t^*} \quad (35)$$

where $t$ and $t^*$ are in °C.

The **dew-point temperature** $t_d$ of moist air with humidity ratio $W$ and pressure $p$ was defined earlier as the solution $t_d(p, w)$ of $W_s(p, t_d)$. For perfect gases, this reduces to

$$p_{ws}(t_d) = p_w = (pW)/(0.62198 + W) \quad (36)$$

where $p_w$ is the water vapor partial pressure for the moist air sample and $p_{ws}(t_d)$ is the saturation vapor pressure at temperature $t_d$. The saturation vapor pressure is derived from Table 3 or from Equation

(5) or (6). Alternatively, the dew-point temperature can be calculated directly by one of the following equations (Peppers 1988):

For the dew-point temperature range of 0 to 93°C,

$$t_d = C_{14} + C_{15}\alpha + C_{16}\alpha^2 + C_{17}\alpha^3 + C_{18}(p_w)^{0.1984} \quad (37)$$

For temperatures below 0°C,

$$t_d = 6.09 + 12.608\alpha + 0.4959\alpha^2 \quad (38)$$

where

$t_d$ = dew-point temperature, °C
$\alpha = \ln p_w$
$p_w$ = water vapor partial pressure, kPa
$C_{14} = 6.54$
$C_{15} = 14.526$
$C_{16} = 0.7389$
$C_{17} = 0.09486$
$C_{18} = 0.4569$

## NUMERICAL CALCULATION OF MOIST AIR PROPERTIES

The following are outlines, citing equations and tables already presented, for calculating moist air properties using perfect gas relations. These relations are sufficiently accurate for most engineering calculations in air-conditioning practice, and are readily adapted to either hand or computer calculating methods. For more details, refer to Tables 15 through 18 in Chapter 1 of Olivieri (1996). Graphical procedures are discussed in the section on Psychrometric Charts.

**SITUATION 1.**

Given: Dry-bulb temperature $t$, Wet-bulb temperature $t^*$, Pressure $p$

| To Obtain | Use | Comments |
|---|---|---|
| $p_{ws}(t^*)$ | Table 3 or Equation (5) or (6) | Sat. press. for temp. $t^*$ |
| $W_s^*$ | Equation (23) | Using $p_{ws}(t^*)$ |
| $W$ | Equation (35) | |
| $p_{ws}(t)$ | Table 3 or Equation (5) or (6) | Sat. press. for temp. $t$ |
| $W_s$ | Equation (23) | Using $p_{ws}(t)$ |
| $\mu$ | Equation (12) | Using $W_s$ |
| $\phi$ | Equation (25) | Using $p_{ws}(t)$ |
| $v$ | Equation (28) | |
| $h$ | Equation (32) | |
| $p_w$ | Equation (36) | |
| $t_d$ | Table 3 with Equation (36), (37), or (38) | |

**SITUATION 2.**

Given: Dry-bulb temperature $t$, Dew-point temperature $t_d$, Pressure $p$

| To Obtain | Use | Comments |
|---|---|---|
| $p_w = p_{ws}(t_d)$ | Table 3 or Equation (5) or (6) | Sat. press. for temp. $t_d$ |
| $W$ | Equation (22) | |
| $p_{ws}(t)$ | Table 3 or Equation (5) or (6) | Sat. press. for temp. $t_d$ |
| $W_s$ | Equation (23) | Using $p_{ws}(t)$ |
| $\mu$ | Equation (12) | Using $W_s$ |
| $\phi$ | Equation (25) | Using $p_{ws}(t)$ |
| $v$ | Equation (28) | |
| $h$ | Equation (32) | |
| $t^*$ | Equation (23) and (35) with Table 3 or with Equation (5) or (6) | Requires trial-and-error or numerical solution method |

**SITUATION 3.**

Given: Dry-bulb temperature $t$, Relative humidity $\phi$, Pressure $p$

| To Obtain | Use | Comments |
|---|---|---|
| $p_{ws}(t)$ | Table 3 or Equation (5) or (6) | Sat. press. for temp. $t$ |
| $p_w$ | Equation (24) | |
| $W$ | Equation (22) | |
| $W_s$ | Equation (23) | Using $p_{ws}(t)$ |
| $\mu$ | Equation (12) | Using $W_s$ |
| $v$ | Equation (28) | |
| $h$ | Equation (32) | |
| $t_d$ | Table 3 with Equation (36), (37), or (38) | |
| $t^*$ | Equation (23) and (35) with Table 3 or with Equation (5) or (6) | Requires trial-and-error or numerical solution method |

### Exact Relations for Computing $W_s$ and $\phi$

Corrections that account for (1) the effect of dissolved gases on properties of condensed phase; (2) the effect of pressure on properties of condensed phase; and (3) the effect of intermolecular force on properties of moisture itself, can be applied to Equations (23) and (25):

$$W_s = 0.62198 \frac{fp_{ws}}{p - fp_{ws}} \quad (23a)$$

$$\phi = \frac{\mu}{1 - (1-\mu)(fp_{ws}/p)} \quad (25a)$$

Table 4 lists $f$ values for a number of pressure and temperature combinations. Hyland and Wexler (1983a) give additional values.

**Table 4  Values of $f$ and Estimated Maximum Uncertainties (EMUs)**

| | 0.1 MPa | | 0.5 MPa | | 1 MPa | |
|---|---|---|---|---|---|---|
| $T$, K | $f$ | EMU E+04 | $f$ | EMU E+04 | $f$ | EMU E+04 |
| 173.15 | 1.0105 | 134 | 1.0540 | 66 | 1.1130 | 136 |
| 273.15 | 1.0039 | 2 | 1.0177 | 10 | 1.0353 | 19 |
| 373.15 | 1.0039 | 0.1 | 1.0180 | 4 | 1.0284 | 11 |

### Moist Air Property Tables for Standard Pressure

Table 2 shows values of thermodynamic properties for standard atmospheric pressure at temperatures from −60 to 90°C. The properties of intermediate moist air states can be calculated using the degree of saturation $\mu$:

$$\text{Volume} \quad v = v_{da} + \mu v_{as} \quad (39)$$

$$\text{Enthalpy} \quad h = h_{da} + \mu h_{as} \quad (40)$$

$$\text{Entropy} \quad s = s_{da} + \mu s_{as} \quad (41)$$

These equations are accurate to about 70°C. At higher temperatures, the errors can be significant. Hyland and Wexler (1983a) include charts that can be used to estimate errors for $v$, $h$, and $s$ for standard barometric pressure.

Psychrometrics

6.11



Fig. 1   ASHRAE Psychrometric Chart No. 1

## PSYCHROMETRIC CHARTS

A psychrometric chart graphically represents the thermodynamic properties of moist air.

The choice of coordinates for a psychrometric chart is arbitrary. A chart with coordinates of enthalpy and humidity ratio provides convenient graphical solutions of many moist air problems with a minimum of thermodynamic approximations. ASHRAE developed seven such psychrometric charts. Chart No. 1 is shown as Figure 1; the others may be obtained through ASHRAE.

Charts 1 through 4 are for sea level pressure (101.325 kPa). Chart 5 is for 750 m altitude (92.66 kPa), Chart 6 is for 1500 m altitude (84.54 kPa), and Chart 7 is for 2250 m altitude (77.04 kPa). All charts use oblique-angle coordinates of enthalpy and humidity ratio, and are consistent with the data of Table 2 and the properties computation methods of Goff and Gratch (1945), and Goff (1949) as well as Hyland and Wexler (1983a). Palmatier (1963) describes the geometry of chart construction applying specifically to Charts 1 and 4.

The dry-bulb temperature ranges covered by the charts are

| Charts 1, 5, 6, 7 | Normal temperature | 0 to 50°C |
| Chart 2 | Low temperature | −40 to 10°C |
| Chart 3 | High temperature | 10 to 120°C |
| Chart 4 | Very high temperature | 100 to 200°C |

Psychrometric properties or charts for other barometric pressures can be derived by interpolation. Sufficiently exact values for most purposes can be derived by methods described in the section on Perfect Gas Relationships for Dry and Moist Air. The construction of charts for altitude conditions has been treated by Haines (1961), Rohsenow (1946), and Karig (1946).

Comparison of Charts 1 and 6 by overlay reveals the following:

1. The dry-bulb lines coincide.
2. Wet-bulb lines for a given temperature originate at the intersections of the corresponding dry-bulb line and the two saturation curves, and they have the same slope.
3. Humidity ratio and enthalpy for a given dry- and wet-bulb temperature increase with altitude, but there is little change in relative humidity.
4. Volume changes rapidly; for a given dry-bulb and humidity ratio, it is practically inversely proportional to barometric pressure.

The following table compares properties at sea level (Chart 1) and 1500 m (Chart 6):

| Chart No. | db | wb | h | W | rh | v |
|---|---|---|---|---|---|---|
| 1 | 40 | 30 | 99.5 | 23.0 | 49 | 0.920 |
| 6 | 40 | 30 | 114.1 | 28.6 | 50 | 1.111 |

Figure 1, which is ASHRAE Psychrometric Chart No. 1, shows humidity ratio lines (horizontal) for the range from 0 (dry air) to 30 g (water)/kg (dry air). Enthalpy lines are oblique lines drawn across the chart precisely parallel to each other.

Dry-bulb temperature lines are drawn straight, not precisely parallel to each other, and inclined slightly from the vertical position. Thermodynamic wet-bulb temperature lines are oblique lines that differ slightly in direction from that of enthalpy lines. They are straight but are not precisely parallel to each other.

Relative humidity lines are shown in intervals of 10%. The saturation curve is the line of 100% rh, while the horizontal line for $W = 0$ (dry air) is the line for 0% rh.

Specific volume lines are straight but are not precisely parallel to each other.

A narrow region above the saturation curve has been developed for fog conditions of moist air. This two-phase region represents a mechanical mixture of saturated moist air and liquid water, with the two components in thermal equilibrium. Isothermal lines in the fog region coincide with extensions of thermodynamic wet-bulb temperature lines. If required, the fog region can be further expanded by extension of humidity ratio, enthalpy, and thermodynamic wet-bulb temperature lines.

The protractor to the left of the chart shows two scales—one for sensible-total heat ratio, and one for the ratio of enthalpy difference to humidity ratio difference. The protractor is used to establish the direction of a condition line on the psychrometric chart.

Example 1 illustrates use of the ASHRAE Psychrometric Chart to determine moist air properties.

**Example 1.** Moist air exists at 40°C dry-bulb temperature, 20°C thermodynamic wet-bulb temperature, and 101.325 kPa pressure. Determine the humidity ratio, enthalpy, dew-point temperature, relative humidity, and specific volume.

**Solution:** Locate state point on Chart 1 (Figure 1) at the intersection of 40°C dry-bulb temperature and 20°C thermodynamic wet-bulb temperature lines. Read **humidity ratio** $W = 6.5$ g (water)/kg (dry air).

The **enthalpy** can be found by using two triangles to draw a line parallel to the nearest enthalpy line [60 kJ/kg (dry air)] through the state point to the nearest edge scale. Read $h = 56.7$ kJ/kg (dry air).

**Dew-point temperature** can be read at the intersection of $W = 6.5$ g (water)/kg (dry air) with the saturation curve. Thus, $t_d = 7$°C.

**Relative humidity** $\phi$ can be estimated directly. Thus, $\phi = 14\%$.

**Specific volume** can be found by linear interpolation between the volume lines for 0.88 and 0.90 m³/kg (dry air). Thus, $v = 0.896$ m³/kg (dry air).

## TYPICAL AIR-CONDITIONING PROCESSES

The ASHRAE psychrometric chart can be used to solve numerous process problems with moist air. Its use is best explained through illustrative examples. In each of the following examples, the process takes place at a constant total pressure of 101.325 kPa.

### Moist Air Sensible Heating or Cooling

The process of adding heat alone to or removing heat alone from moist air is represented by a horizontal line on the ASHRAE chart, since the humidity ratio remains unchanged.

Figure 2 shows a device that adds heat to a stream of moist air. For steady flow conditions, the required rate of heat addition is

$$_1q_2 = \dot{m}_{da}(h_2 - h_1) \qquad (42)$$

**Example 2.** Moist air, saturated at 2°C, enters a heating coil at a rate of 10 m³/s. Air leaves the coil at 40°C. Find the required rate of heat addition.



Fig. 2   Schematic of Device for Heating Moist Air

**Psychrometrics**  6.13



Fig. 3  Schematic Solution for Example 2



Fig. 4  Schematic of Device for Cooling Moist Air

**Solution:** Figure 3 schematically shows the solution. State 1 is located on the saturation curve at 2°C. Thus, $h_1 = 13.0$ kJ/kg (dry air), $W_1 = 4.3$ g (water)/kg (dry air), and $v_1 = 0.784$ m³/kg (dry air). State 2 is located at the intersection of $t = 40°C$ and $W_2 = W_1 = 4.3$ g (water)/kg (dry air). Thus, $h_2 = 51.6$ kJ/kg (dry air). The mass flow of dry air is

$$\dot{m}_{da} = 10/0.784 = 12.76 \text{ kg/s (dry air)}$$

From Equation (42),

$$_1q_2 = 12.76(51.6 - 13.0) = 492 \text{ kW}$$

### Moist Air Cooling and Dehumidification

Moisture condensation occurs when moist air is cooled to a temperature below its initial dew point. Figure 4 shows a schematic cooling coil where moist air is assumed to be uniformly processed. Although water can be removed at various temperatures ranging from the initial dew point to the final saturation temperature, it is assumed that condensed water is cooled to the final air temperature $t_2$ before it drains from the system.

For the system of Figure 4, the steady flow energy and material balance equations are

$$\dot{m}_{da}h_1 = \dot{m}_{da}h_2 + {}_1q_2 + \dot{m}_w h_{w2}$$
$$\dot{m}_{da}W_1 = \dot{m}_{da}W_2 + \dot{m}_w$$

Thus,

$$\dot{m}_w = \dot{m}_{da}(W_1 - W_2) \qquad (43)$$



Fig. 5  Schematic Solution for Example 3



Fig. 6  Adiabatic Mixing of Two Moist Airstreams

$$_1q_2 = \dot{m}_{da}[(h_1 - h_2) - (W_1 - W_2)h_{w2}] \qquad (44)$$

**Example 3.** Moist air at 30°C dry-bulb temperature and 50% rh enters a cooling coil at 5 m³/s and is processed to a final saturation condition at 10°C. Find the kW of refrigeration required.

**Solution:** Figure 5 shows the schematic solution. State 1 is located at the intersection of $t = 30°C$ and $\phi = 50\%$. Thus, $h_1 = 64.3$ kJ/kg (dry air), $W_1 = 13.3$ g (water)/kg (dry air), and $v_1 = 0.877$ m³/kg (dry air). State 2 is located on the saturation curve at 10°C. Thus, $h_2 = 29.5$ kJ/kg (dry air) and $W_2 = 7.66$ g (water)/kg (dry air). From Table 2, $h_{w2} = 42.11$ kJ/kg (water). The mass flow of dry air is

$$\dot{m}_{da} = 5/0.877 = 5.70 \text{ kg/s (dry air)}$$

From Equation (44),

$$_1q_2 = 5.70[(64.3 - 29.5) - (0.0133 - 0.00766)42.11]$$
$$= 197 \text{ kW}$$

### Adiabatic Mixing of Two Moist Airstreams

A common process in air-conditioning systems is the adiabatic mixing of two moist airstreams. Figure 6 schematically shows the problem. Adiabatic mixing is governed by three equations:



Fig. 7 Schematic Solution for Example 4



Fig. 8 Schematic Showing Injection of Water into Moist Air



Fig. 9 Schematic Solution for Example 5

$$\dot{m}_{da1}h_1 + \dot{m}_{da2}h_2 = \dot{m}_{da3}h_3$$

$$\dot{m}_{da1} + \dot{m}_{da2} = \dot{m}_{da3}$$

$$\dot{m}_{da1}W_1 + \dot{m}_{da2}W_2 = \dot{m}_{da3}W_3$$

Eliminating $\dot{m}_{da3}$ gives

$$\frac{h_2 - h_3}{h_3 - h_1} = \frac{W_2 - W_3}{W_3 - W_1} = \frac{\dot{m}_{da1}}{\dot{m}_{da2}} \qquad (45)$$

according to which, on the ASHRAE chart, the state point of the resulting mixture lies on the straight line connecting the state points of the two streams being mixed, and divides the line into two segments, in the same ratio as the masses of dry air in the two streams.

**Example 4.** A stream of 2 m³/s of outdoor air at 4°C dry-bulb temperature and 2°C thermodynamic wet-bulb temperature is adiabatically mixed with 6.25 m³/s of recirculated air at 25°C dry-bulb temperature and 50% rh. Find the dry-bulb temperature and thermodynamic wet-bulb temperature of the resulting mixture.

**Solution:** Figure 7 shows the schematic solution. States 1 and 2 are located on the ASHRAE chart, revealing that $v_1 = 0.789$ m³/kg (dry air), and $v_2 = 0.858$ m³/kg (dry air). Therefore,

$$\dot{m}_{da1} = 2/0.789 = 2.535 \text{ kg/s (dry air)}$$

$$\dot{m}_{da2} = 6.25/0.858 = 7.284 \text{ kg/s (dry air)}$$

According to Equation (45),

$$\frac{\text{Line 3-2}}{\text{Line 1-3}} = \frac{\dot{m}_{da1}}{\dot{m}_{da2}} \quad \text{or} \quad \frac{\text{Line 1-3}}{\text{Line 1-2}} = \frac{\dot{m}_{da2}}{\dot{m}_{da3}} = \frac{7.284}{9.819} = 0.742$$

Consequently, the length of line segment 1–3 is 0.742 times the length of entire line 1–2. Using a ruler, State 3 is located, and the values $t_3 = 19.5°C$ and $t_3^* = 14.6°C$ found.

## Adiabatic Mixing of Water Injected into Moist Air

Steam or liquid water can be injected into a moist airstream to raise its humidity. Figure 8 represents a diagram of this common air-conditioning process. If the mixing is adiabatic, the following equations apply:

$$\dot{m}_{da}h_1 + \dot{m}_w h_w = \dot{m}_{da}h_2$$

$$\dot{m}_{da}W_1 + \dot{m}_w = \dot{m}_{da}W_2$$

Therefore,

$$\frac{h_2 - h_1}{W_2 - W_1} = \frac{\Delta h}{\Delta W} = h_w \qquad (46)$$

according to which, on the ASHRAE chart, the final state point of the moist air lies on a straight line whose direction is fixed by the specific enthalpy of the injected water, drawn through the initial state point of the moist air.

**Example 5.** Moist air at 20°C dry-bulb and 8°C thermodynamic wet-bulb temperature is to be processed to a final dew-point temperature of 13°C by adiabatic injection of saturated steam at 110°C. The rate of dry airflow is 2 kg/s (dry air). Find the final dry-bulb temperature of the moist air and the rate of steam flow.

**Solution:** Figure 9 shows the schematic solution. By Table 3, the enthalpy of the steam $h_g = 2691$ kJ/kg (water). Therefore, according to Equation (46), the condition line on the ASHRAE chart connecting States 1 and 2 must have a direction:

$$\Delta h/\Delta W = 2.691 \text{ kJ/g (water)}$$

The condition line can be drawn with the $\Delta h/\Delta W$ protractor. First, establish the reference line on the protractor by connecting the origin with the value $\Delta h/\Delta W = 2.691$ kJ/g (water). Draw a second line parallel to the reference line and through the initial state point of the moist air. This second line is the condition line. State 2 is established at the intersection of the condition line with the horizontal line extended from the saturation curve at 13°C ($t_{d2} = 13$°C). Thus, $t_2 = 21$°C.

Values of $W_2$ and $W_1$ can be read from the chart. The required steam flow is,

$$\dot{m}_w = \dot{m}_{da}(W_2 - W_1) = 2 \times 1000(0.0093 - 0.0018)$$
$$= 15.0 \text{ kg/s (steam)}$$

## Space Heat Absorption and Moist Air Moisture Gains

Air conditioning a space is usually determined by (1) the quantity of moist air to be supplied, and (2) the supply air condition necessary to remove given amounts of energy and water from the space at the exhaust condition specified.

Figure 10 schematically shows a space with incident rates of energy and moisture gains. The quantity $q_s$ denotes the net sum of all rates of heat gain in the space, arising from transfers through boundaries and from sources within the space. This heat gain involves addition of energy alone and does not include energy contributions due to addition of water (or water vapor). It is usually called the **sensible heat gain**. The quantity $\Sigma \dot{m}_w$ denotes the net sum of all rates of moisture gain on the space arising from transfers through boundaries and from sources within the space. Each kilogram of water vapor added to the space adds an amount of energy equal to its specific enthalpy.

Assuming steady-state conditions, governing equations are

$$\dot{m}_{da}h_1 + q_s + \Sigma(\dot{m}_w h_w) = \dot{m}_{da}h_2$$
$$\dot{m}_{da}W_1 + \Sigma \dot{m}_w = \dot{m}_{da}W_2$$

or

$$q_s + \Sigma(\dot{m}_w h_w) = \dot{m}_{da}(h_2 - h_1) \quad (47)$$

$$\Sigma \dot{m}_w = \dot{m}_{da}(W_2 - W_1) \quad (48)$$

The left side of Equation (47) represents the total rate of energy addition to the space from all sources. By Equations (47) and (48),

$$\frac{h_2 - h_1}{W_2 - W_1} = \frac{\Delta h}{\Delta W} = \frac{q_s + \Sigma(\dot{m}_w h_w)}{\Sigma \dot{m}_w} \quad (49)$$

according to which, on the ASHRAE chart and for a given state of the withdrawn air, all possible states (conditions) for the supply air must lie on a straight line drawn through the state point of the withdrawn air, that has a direction specified by the numerical value of $[q_s + \Sigma(\dot{m}_w h_w)]/\Sigma \dot{m}_w$. This line is the condition line for the given problem.

**Example 6.** Moist air is withdrawn from a room at 25°C dry-bulb temperature and 19°C thermodynamic wet-bulb temperature. The sensible rate of heat gain for the space is 9 kW. A rate of moisture gain of 0.0015 kg/s (water) occurs from the space occupants. This moisture is assumed as saturated water vapor at 30°C. Moist air is introduced into the room at a dry-bulb temperature of 15°C. Find the required thermodynamic wet-bulb temperature and volume flow rate of the supply air.

**Solution:** Figure 11 shows the schematic solution. State 2 is located on the ASHRAE chart. From Table 3, the specific enthalpy of the added water vapor is $h_g = 2555.52$ kJ/kg (water). From Equation (49),

$$\frac{\Delta h}{\Delta W} = \frac{9 + (0.0015 \times 2555.52)}{0.0015} = 8555 \text{ kJ/kg (water)}$$

With the $\Delta h/\Delta W$ protractor, establish a reference line of direction $\Delta h/\Delta W = 8.555$ kJ/g (water). Parallel to this reference line, draw a straight line on the chart through State 2. The intersection of this line with the 15°C dry-bulb temperature line is State 1. Thus, $t_1^* = 13.8$°C.

An alternate (and approximately correct) procedure in establishing the condition line is to use the protractor's sensible-total heat ratio scale instead of the $\Delta h/\Delta W$ scale. The quantity $\Delta H_s/\Delta H_t$ is the ratio of the rate of sensible heat gain for the space to the rate of total energy gain for the space. Therefore,

$$\frac{\Delta H_s}{\Delta H_t} = \frac{q_s}{q_s + \Sigma(\dot{m}_w h_w)} = \frac{9}{9 + (0.0015 \times 2555.52)} = 0.701$$

Note that $\Delta H_s/\Delta H_t = 0.701$ on the protractor coincides closely with $\Delta h/\Delta W = 8.555$ kJ/g (water).

The flow of dry air can be calculated from either Equation (47) or (48). From Equation (47),

$$\dot{m}_{da} = \frac{q_s + \Sigma(\dot{m}_w h_w)}{h_2 - h_1} = \frac{9 + (0.0015 \times 2555.52)}{54.0 - 39.0}$$
$$= 0.856 \text{ kg/s (dry air)}$$

At State 1, $v_1 = 0.859$ m³/kg (dry air)

Therefore, supply volume = $\dot{m}_{da} v_1 = 0.856 \times 0.859 = 0.735$ m³/s



**Fig. 10** Schematic of Air Conditioned Space



**Fig. 11** Schematic Solution for Example 6

## TRANSPORT PROPERTIES OF MOIST AIR

For certain scientific and experimental work, particularly in the heat transfer field, many other moist air properties are important. Generally classified as transport properties, these include diffusion coefficient, viscosity, thermal conductivity, and thermal diffusion factor. Mason and Monchick (1965) derive these properties by calculation. Table 5 and Figures 12 and 13 summarize the authors' results on the first three properties listed. Note that, within the boundaries of ASHRAE Psychrometric Charts 1, 2, and 3, the viscosity varies little from that of dry air at normal atmospheric pressure, and the thermal conductivity is essentially independent of moisture content.

**Table 5 Calculated Diffusion Coefficients for Water-Air at 101.325 kPa**

| Temp., °C | mm²/s | Temp., °C | mm²/s | Temp., °C | mm²/s |
|---|---|---|---|---|---|
| −70 | 13.2 | 0 | 22.2 | 50 | 29.5 |
| −50 | 15.6 | 5 | 22.9 | 55 | 30.3 |
| −40 | 16.9 | 10 | 23.6 | 60 | 31.1 |
| −35 | 17.5 | 15 | 24.3 | 70 | 32.7 |
| −30 | 18.2 | 20 | 25.1 | 100 | 37.6 |
| −25 | 18.8 | 25 | 25.8 | 130 | 42.8 |
| −20 | 19.5 | 30 | 26.5 | 160 | 48.3 |
| −15 | 20.2 | 35 | 27.3 | 190 | 54.0 |
| −10 | 20.8 | 40 | 28.0 | 220 | 60.0 |
| −5 | 21.5 | 45 | 28.8 | 250 | 66.3 |

## REFERENCES FOR AIR, WATER, AND STEAM PROPERTIES

Coefficient $f_w$ (over water) at pressures from 0.5 to 110 kPa for temperatures from −50 to 60°C (Smithsonian Institution).

Coefficient $f_i$ (over ice) at pressures from 0.5 to 110 kPa for temperatures from 0 to 100°C (Smithsonian Institution).

Compressibility factor of dry air at pressures from 1 kPa to 10 MPa and at temperatures from 50 to 3000 K (Hilsenrath et al. 1960).

Compressibility factor of moist air at pressures from 0 to 10 MPa, at values of degree of saturation from 0 to 100, and for temperatures from 0 to 60°C (Smithsonian Institution). [Note: At the time the Smithsonian Meteorological Tables were published, the value $\mu = W/W_s$ was known as relative humidity, in terms of a percentage. Since that time, there has been general agreement to designate the value $\mu$ as degree of saturation, usually expressed as a decimal and sometimes as a percentage. See Goff (1949) for more recent data and formulations.]

Compressibility factor for steam at pressures from 100 kPa to 30 MPa and at temperatures from 380 to 850 K (Hilsenrath et al. 1960).

Density, enthalpy, entropy, Prandtl number, specific heat, specific heat ratio, and viscosity of dry air (Hilsenrath et al. 1960).

Density, enthalpy, entropy, specific heat, viscosity, thermal conductivity, and free energy of steam (Hilsenrath et al. 1960).

Dry air. Thermodynamic properties over a wide range of temperature (Keenan and Kaye 1945).

Enthalpy of saturated steam (Osborne et al. 1939).

Ideal-gas thermodynamic functions of dry air at temperatures from 10 to 3000 K (Hilsenrath et al. 1960).

Ideal-gas thermodynamic functions of steam at temperatures from 50 to 5000 K. Functions included are specific heat, enthalpy, free energy, and entropy (Hilsenrath et al. 1960).

Moist air properties from tabulated virial coefficients (Chaddock 1965).

Saturation humidity ratio over ice at pressures from 30 to 100 kPa and for temperatures from −88.8 to 0°C (Smithsonian Institution).

Saturation humidity ratio over water at pressures from 6 to 105 kPa and for temperatures from −50 to 59°C (Smithsonian Institution).

Saturation vapor pressure over water for temperatures from −50 to 102°C (Smithsonian Institution).

Speed of sound in dry air at pressures from 0.001 to 10 MPa for temperatures from 50 to 3000 K (Hilsenrath et al. 1960). At atmospheric pressure for temperatures from −90 to 60°C (Smithsonian Institution).

Speed of sound in moist air. Relations using the formulation of Goff and Gratch and studies by Hardy et al. (1942) give methods for calculating this speed (Smithsonian Institution).

Steam tables covering the range from −40 to 1315°C (Keenan et al. 1969).

Transport properties of moist air. Diffusion coefficient, viscosity, thermal conductivity, and thermal diffusion factor of moist air are listed (Mason and Monchick 1965). The authors' results are summarized in Table 5 and Figures 12 and 13.

Virial coefficients and other information for use with Goff and Gratch formulation (Goff 1949).

Volume of water in cubic metres for temperatures from −10 to 250°C (Smithsonian Institution 1954).

Water properties. Includes properties of ordinary water substance for the gaseous, liquid, and solid phases (Dorsey 1940).



Fig. 12 Viscosity of Moist Air



Fig. 13 Thermal Conductivity of Moist Air

## SYMBOLS

$C_1$ to $C_{18}$ = constants in Equations (5), (6), and (37)
$d_v$ = absolute humidity of moist air, mass of water per unit volume of mixture
$f$ = enhancement factor, used in Equations (23a) and (25a)
$h$ = specific enthalpy of moist air
$h_s^*$ = specific enthalpy of saturated moist air at thermodynamic wet-bulb temperature
$h_w^*$ = specific enthalpy of condensed water (liquid or solid) at thermodynamic wet-bulb temperature and pressure of 101.325 kPa
$H_s$ = rate of sensible heat gain for space
$H_t$ = rate of total energy gain for space
$\dot{m}_{da}$ = mass flow of dry air, per unit time
$\dot{m}_w$ = mass flow of water (any phase), per unit time
$M_{da}$ = mass of dry air in moist air sample
$M_w$ = mass of water vapor in moist air sample
$n = n_{da} + n_w$, total number of moles in moist air sample
$n_{da}$ = moles of dry air
$n_w$ = moles of water vapor
$p$ = total pressure of moist air
$p_{da}$ = partial pressure of dry air
$p_s$ = vapor pressure of water in moist air at saturation. Differs from saturation pressure of pure water because of presence of air.
$p_w$ = partial pressure of water vapor in moist air
$p_{ws}$ = pressure of saturated pure water
$q_s$ = rate of addition (or withdrawal) of sensible heat
$R$ = universal gas constant, 8314.41 J/(kg mole·K)
$R_{da}$ = gas constant for dry air
$R_w$ = gas constant for water vapor
$s$ = specific entropy
$t$ = dry-bulb temperature of moist air
$t_d$ = dew-point temperature of moist air
$t^*$ = thermodynamic wet-bulb temperature of moist air
$T$ = absolute temperature
$v$ = specific volume
$v_T$ = total gas volume
$V$ = total volume of moist air sample
$W$ = humidity ratio of moist air, mass of water per unit mass of dry air
$W_s^*$ = humidity ratio of moist air at saturation at thermodynamic wet-bulb temperature
$x_{da}$ = mole-fraction of dry air, moles of dry air per mole of mixture
$x_w$ = mole-fraction of water, moles of water per mole of mixture
$x_{ws}$ = mole-fraction of water vapor under saturated conditions, moles of vapor per mole of saturated mixture
$Z$ = altitude
$\alpha = \ln(p_w)$, parameter used in Equations (37) and (38)
$\gamma$ = specific humidity of moist air, mass of water per unit mass of mixture
$\mu$ = degree of saturation $W/W_s$
$\rho$ = moist air density
$\phi$ = relative humidity, dimensionless

### Subscripts

$as$ = difference between saturated moist air and dry air
$da$ = dry air
$f$ = saturated liquid water
$fg$ = difference between saturated liquid water and saturated water vapor
$g$ = saturated water vapor
$i$ = saturated ice
$ig$ = difference between saturated ice and saturated water vapor
$s$ = saturated moist air
$t$ = total
$w$ = water in any phase

## REFERENCES

Chaddock, J.B. 1965. Moist air properties from tabulated virial coefficients. *Humidity and moisture measurement and control in science and industry* 3:273. A. Wexler and W.A. Wildhack, eds. Reinhold Publishing, New York.

Dorsey, N.E. 1940. *Properties of ordinary water substance*. Reinhold Publishing, New York.

Goff, J.A. 1949. Standardization of thermodynamic properties of moist air. *Heating, Piping, and Air Conditioning* 21(11):118.

Goff, J.A. and S. Gratch. 1945. Thermodynamic properties of moist air. ASHVE *Transactions* 51:125.

Goff, J.A., J.R. Anderson, and S. Gratch. 1943. Final values of the interaction constant for moist air. *ASHVE Transactions* 49:269.

Haines, R.W. 1961. How to construct high altitude psychrometric charts. *Heating, Piping, and Air Conditioning* 33(10):144.

Hardy, H.C., D. Telfair, and W.H. Pielemeier. 1942. The velocity of sound in air. *Journal of the Acoustical Society of America* 13:226.

Harrison, L.P. 1965. Fundamental concepts and definitions relating to humidity. *Humidity and moisture measurement and control in science and industry* 3:3. A. Wexler and W.A. Wildhack, eds. Reinhold Publishing, New York.

Hilsenrath, J. et al. 1960. Tables of thermodynamic and transport properties of air, argon, carbon dioxide, carbon monoxide, hydrogen, nitrogen, oxygen, and steam. National Bureau of Standards. *Circular* 564, Pergamon Press, New York.

Hyland, R.W. and A. Wexler. 1983a. Formulations for the thermodynamic properties of dry air from 173.15 K to 473.15 K, and of saturated moist air from 173.15 K to 372.15 K, at pressures to 5 MPa. *ASHRAE Transactions* 89(2A):520-35.

Hyland, R.W. and A. Wexler. 1983b. Formulations for the thermodynamic properties of the saturated phases of $H_2O$ from 173.15 K to 473.15 K. *ASHRAE Transactions* 89(2A):500-519.

Karig, H.E. 1946. Psychrometric charts for high altitude calculations. *Refrigerating Engineering* 52(11):433.

Keenan, J.H. and J. Kaye. 1945. *Gas tables*. John Wiley and Sons, New York.

Keenan, J.H., F.G. Keyes, P.G. Hill, and J.G. Moore. 1969. *Steam tables*. John Wiley and Sons, New York.

Kuehn, T.H., J.W. Ramsey, and J.L. Threlkeld. 1998. *Thermal environmental engineering*, 3rd ed., p. 188. Prentice-Hall, Upper Saddle River, NJ.

Kusuda, T. 1970. Algorithms for psychrometric calculations. NBS *Publication* BSS21 (January) for sale by Superintendent of Documents, U.S. Government Printing Office, Washington, D.C.

Mason, E.A. and L. Monchick. 1965. Survey of the equation of state and transport properties of moist gases. *Humidity and moisture measurement and control in science and industry* 3:257. Reinhold Publishing, New York.

NASA. 1976. U.S. Standard atmosphere, 1976. National Oceanic and Atmospheric Administration, National Aeronautics and Space Administration, and the United States Air Force. Available from National Geophysical Data Center, Boulder, CO.

NIST. 1990. Guidelines for realizing the international temperature scale of 1990 (ITS-90). NIST *Technical Note* 1265. National Institute of Technology and Standards, Gaithersburg, MD.

Osborne, N.S. 1939. Stimson and Ginnings. Thermal properties of saturated steam. *Journal of Research*, National Bureau of Standards, 23(8):261.

Olivieri, J. 1996. *Psychrometrics—Theory and practice*. ASHRAE, Atlanta.

Palmatier, E.P. 1963. Construction of the normal temperature. ASHRAE psychrometric chart. *ASHRAE Journal* 5:55.

Peppers, V.W. 1988. Unpublished paper. Available from ASHRAE.

Preston-Thomas, H. 1990. The international temperature scale of 1990 (ITS-90). *Metrologia* 27(1):3-10.

Rohsenow, W.M. 1946. Psychrometric determination of absolute humidity at elevated pressures. *Refrigerating Engineering* 51(5):423.

Smithsonian Institution. 1954. *Smithsonian physical tables*, 9th rev. ed. Available from the Smithsonian Institution, Washington, D.C.

Smithsonian Institution. *Smithsonian meteorological tables*, 6th rev. ed. Out of print, but available in many libraries. Washington, D.C.