# EXHIBIT

# 5D

CHAPTER **III**

# Steam

### Introduction

Many of the processes carried out in a power plant are analyzed from the standpoint of the effects produced on the working substance. Steam is the most important such substance used in the vapor power plant and, in order to carry through the methods of analysis, its properties and characteristics must be studied. Steam is the vapor which results from the boiling of water, and its chemical composition is the same as that of water. It is colorless as well as transparent, and may be reconverted to the liquid form through changes of temperature and/or pressure which are small as compared with the changes in those properties which are necessary for the condensation of gases, such as air. In general, fluids are classified as gases if the equation of state of a perfect gas (compare Chap. II) can be applied to them with close accuracy. This is not the case with steam and other vapors since their pressures, volumes, and temperatures are connected by much more complicated relationships. In fact, the equations of state which represent the interdependence of these properties for vapors, such as steam, are so complicated and cumbersome that it has become customary to prepare continuous solutions of these equations to cover the field of common use for the most important vapors. The results are presented in tabulated form and the term "Steam Tables" refers to this device as applied to the vapor which we call "steam" or "water vapor."

### III-1. Theory of Steam Generation

Consider a cylinder, Fig. III-1(a), partly filled with liquid water which is confined by a piston, weighted so as to maintain constant external pressure on the surface of the liquid. When heat flows into the water its temperature will rise and the piston will be forced slowly upward due to gradual expansion of the liquid. The temperature will continue to rise as more heat is added until the *temperature of vaporization* is reached. This temperature depends on the external pressure imposed by the piston. For instance, if the pressure is standard atmospheric, or 14.7 psia, the corresponding vaporization temperature is 212° F while, if the pressure is 200 psia, the temperature of vaporization

# CHAPTER III
r plant are analyzed from
the working substance.
used in the vapor power
methods of analysis, its
ed. Steam is the vapor
s chemical composition is
well as transparent, and
h changes of temperature
with the changes in those
nsation of gases, such as
f the equation of state of
lied to them with close
other vapors since their
nnected by much more
ons of state which repre-
or vapors, such as steam,
as become customary to
ons to cover the field of
The results are presented
es" refers to this device
or "water vapor."

filled with liquid water
as to maintain constant
When heat flows into
ton will be forced slowly
. The temperature will
*temperature of vaporiza-*
n the external pressure
ssure is standard atmo-
orization temperature is
perature of vaporization



Fig. III-1. Steam-generation steps.

is 381.79° F. After the vaporization temperature has been reached, Fig. III-1(b), the addition of more heat will not immediately effect a further increase of temperature. Instead, bubbles of steam will form on the walls of the container and these bubbles will rise through the more dense water to form a separate vapor body above its upper surface. During the formation of this vapor, the movement of the piston has become very much more rapid, indicating a correspondingly more rapid increase in volume. As the process proceeds, however, the volume of the water constantly decreases as it is progressively vaporized.

The logical conclusion of this stage of the process comes, Fig. III-1(c), when all of the water has been changed to a vapor. If further heat is added after the last of the water has disappeared, the rise in temperature will again be resumed, Fig. III-1(d), accompanied by a continued steady upward movement of the piston.

A vapor in contact with its liquid phase and in pressure and temperature equilibrium with the liquid is said to be *saturated*. When all the liquid water in the cylinder has been evaporated, but before additional heat absorption and subsequent temperature rise has been effected, the resulting vapor is called *saturated steam, dry steam,* or *dry saturated steam*. The *first term* is preferred and will be used predominantly throughout this text. Liquid water that exists at the vaporization temperature corresponding to its pressure is called a *saturated liquid*. Liquid water may also exist as a liquid at a temperature below that equivalent to the pressure to which it is subjected and in this condition it is called a *compressed* or a *subcooled* liquid. In any intermediate state between a saturated liquid and a saturated vapor, and including those states, the mixture of *liquid* and *vapor* is said to have a certain *quality*. Quality is the percentage by weight of complete vaporization which has taken place and is denoted by the symbol $x$. Thus, if the quality is 99 percent ($x = 0.99$), each lb of the mixture contains 0.01 lb of liquid and 0.99 lb of vapor which are in equilibrium with each other (have a common pressure and temperature). Such a *saturated mixture* is usually called *wet steam*.

As has been explained above, for each pressure there is a fixed and definite temperature at which vaporization will occur. This is often referred to as the *saturation temperature* corresponding to the given pressure. Conversely, every temperature is associated with a so-called *saturation pressure*. This relationship extends to the critical temperature, at which it abruptly ceases. This critical condition may be defined as the temperature above which a *mixture* of the liquid and the vapor cannot exist in thermal equilibrium.

After vaporization is complete, the addition of further heat produces *superheated steam* which can be recognized since its temperature will always be higher than the saturation temperature corresponding to its pressure. The difference between the actual temperature of the superheated steam and its saturation temperature measures the *degrees of superheat*.

The amount of heat which has been supplied to bring about the effects discussed above may be evaluated as the *change of enthalpy* of the water and steam during the process. This is true only because this addition of heat took place under constant pressure (compare Chap. II) and would not hold if any other type of process had been followed. However, our later detailed study of the power plant will indicate that heat exchange in apparatus designed for that purpose, usually may be measured by calculating the changes of enthalpy of the fluids involved. Changes of enthalpy, as we have seen in Chap. II, also have significance in analyzing the performance of prime movers. For that reason a tabulation of enthalpy is a necessary part of the information presented in the vapor tables.

### III–2.  Tables of Thermodynamic Properties of Steam

The properties of steam under various conditions are presented in a tabular form which is commonly called a *steam table*. These tables are based on empirical formulae which have been developed through extensive research. Since experimental data are subject to errors of observation, and since experience will lead to improved experimental methods, steam tables as prepared by different authors will differ in some degree. The properties listed in the tables prepared by Joseph H. Keenan and Frederick G. Keyes (John Wiley & Sons, September, 1936) are the pressure, corresponding saturation (vaporization) temperature, the volume, the enthalpy, the entropy; and for saturated water and steam, the internal energy. Pressure is stated in pounds per sq in. abs (in the low-pressure range the "inches of mercury" unit of pressure is also used), the temperature in degrees Fahrenheit, and the volume in cubic feet per pound. Enthalpy and internal energy are measured in Btu per pound, the enthalpy of saturated water at 32° F being arbitrarily taken as zero



# CARROLL M. LEONARD

Professor of Mechanical Engineering, Oklahoma Agricultural and Mechanical College

# VLADIMIR L. MALEEV

Professor Emeritus of Mechanical Engineering, Oklahoma Agricultural and Mechanical College



# HEAT POWER FUNDAMENTALS

*Courtesy Westinghouse Electric Corporation*

Oklahoma Agricultural

ngineering, Oklahoma

PITMAN PUBLISHING CORPORATION

NEW YORK     LONDON     TORONTO