# EXHIBIT

# 5E

# *Thermodynamics*

**Franklin P. Durham**
LOS ALAMOS SCIENTIFIC LABORATORY

SECOND EDITION

**Prentice-Hall, Inc.**
ENGLEWOOD CLIFFS, N. J.

temperature-entropy diagram. a temperature-entropy curve is a reversible process. The area dition required to melt the ice. heat addition to raise the tem- to the boiling point. At point he boiling point and is termed of heat from $d$ to $e$ causes the liquid to gas. At point $e$ the eam and is termed "saturated n $e$ to $f$ increases the tempera- ed "superheated steam."

eric were chosen for the above ve that shown in Fig. 3.1 and all pressures is called a satura- s shown in Fig. 3.2, a pressure




URVE FOR WATER.



and temperature are finally reached where the latent heat of vaporization is zero and the saturated liquid and saturated vapor lines meet at a point. This condition is termed the "critical point." This pressure is termed the "critical" pressure, and the temperature is termed the "critical" temperature. At and above the critical point no well-defined distinction exists between the liquid and gas phase. Table 3.1 lists the critical conditions for several common substances.

Diagrams similar to Fig. 3.2 can be constructed for any thermodynamic medium, such as carbon dioxide or ammonia. Water has been chosen for this discussion since it is a familiar fluid.

### *3.4 Phase diagrams*

Phase changes may be from solid to liquid, called melting; from liquid to vapor, called boiling; or from solid to vapor, called sublimation. In addition to these phase changes there are several distinct solid phases that are identified by the crystalline structure of a solid substance. Only one solid phase will be considered here, and that is the solid phase that changes to liquid with the addition of heat.

These phase changes may be shown on a single diagram, called a phase diagram, which relates the pressure and temperature at which phase changes take place. Such a diagram for water is shown in Fig. 3.3. As shown in Fig. 3.3, the sublimation curve, fusion curve, and vaporization curve meet at a point called the triple point. The vaporization curve terminates at the critical point, as previously discussed. The sublimation curve terminates at the triple point, and sublimation for most substances will occur only at very low pressures. An exception is dry ice, $CO_2$, which sublimes readily at atmospheric pressure and temperature.

TABLE 3.1

CRITICAL CONDITIONS

| *Substance* | *Critical Temperature Fahrenheit* | *Critical Pressure* lb/in.$^2$ |
|---|---|---|
| Helium | −450 | 34 |
| Hydrogen | −400 | 291 |
| Nitrogen | −233 | 500 |
| Oxygen | −182 | 735 |
| Water | 705 | 3205 |