Case 1:08-cv-00242   Document 76-12   Filed 02/26/2008   Page 1 of 2



FIG. 3.3. PHASE DIAGRAM FOR WATER.

Triple point data for several common substances are presented in Table 3.2.

Process 1–2 in Fig. 3.3 represents a constant pressure heating process above the triple point in which ice first transforms to liquid water and then to steam. Process 3–4 represents a constant temperature compression in which steam is transformed into liquid water. Process 5–6 represents a constant temperature expansion in which ice is transformed directly from ice to steam. It will be noted from Table

TABLE 3.2
TRIPLE POINT CONDITIONS

| Substance | Triple Point Temperature Fahrenheit | Triple Point Pressure lb/in.$^2$ |
|---|---|---|
| Carbon dioxide | −70 | 75 |
| Helium | −455 | 0.748 |
| Hydrogen | −434 | 0.995 |
| Nitrogen | −346 | 1.862 |
| Oxygen | −361 | 0.039 |
| Water | 32 | 0.088 |

3.2 that the final absolute pressure for the last process must be less than 0.088 lb/in.²

### 3.5 Quality

By quality (symbol, letter $X$) is meant that per cent of mass of a boiling liquid that has vaporized. The quantity $(1 - X)$ is called the moisture, or the percentage moisture. Water at the saturated vapor condition has a quality of 100 per cent; at the saturated liquid condition, zero quality. Quality has no significance in the superheated vapor or compressed liquid regions; it applies only in the wet vapor region and to the liquid-to-vapor phase change.

Since both pressure and temperature can remain constant while a substance is undergoing a phase change, this pressure and temperature do not define the condition of the substance. In the wet vapor region the pressure (or temperature) and the quality will define the condition of the substance if the properties of the saturated liquid and saturated vapor are known.

### 3.6 Vapor tables

Much experimental and analytical work has been done to determine the properties of thermodynamic media such as water, carbon dioxide, and ammonia in the wet vapor and superheat regions. These properties have been tabulated for many substances. Condensed tables of the properties of saturated liquid and saturated vapor for water are given in Tables 2 and 3 of the Appendix. Table 4 gives the properties of superheated water vapor.

Table 2 is based on saturation temperatures, and Table 3 is based on saturation pressures. Both pressures and temperatures are necessary to determine the properties in the superheat region and are used in Table 4. The properties listed in these tables are specific volume, enthalpy, and entropy. No values for internal energy are given. Internal energy values can be easily calculated, however, from the values of enthalpy, specific volume, and pressure by making use of the definition of enthalpy, Eq. (3.1).

It is conventional in tabulating properties in the saturated vapor region to use the subscript $f$ to indicate the saturated liquid condition and the subscript $g$ to indicate the saturated vapor condition. For example,