# EXHIBIT

# 5F



re and pressure of steam.

l these properties are arranged
and Table A.2 of the Appendix
simple equations.  In Table A.1
perature of saturated steam; in
s the absolute pressure of satu-
be obtained by the use of Tables
le will depend upon whether the
ed steam is specified.
from these tables and should
e in using the tables:

FROM TABLE A.2

| Pressure, psia | Temperature, F |
|---|---|
| 6.0 | 170.06 |
| 14.696 | 212.0 |
| 30.0 | 250.3 |
| 50 | 281.01 |
| 90 | 320.27 |
| 250 | 400.95 |
| 3206.2 | 705.4 |



**Fig. 3.6.** Saturation pressure and temperature of some common refrigerants.

Tables A.4 and A.5 are tables of the properties of saturated liquid ammonia and saturated ammonia vapor. They are used in exactly the same way as the steam tables and differ from the steam tables only in the numerical values that appear in the tables. The following data were obtained from the ammonia tables and should be verified by the student:

### 3.10  The Specific Volume of Liquid and Vapor

The specific volume of a fluid is the volume occupied by a unit mass of the fluid and, in the English engineering system of units, is expressed in cubic feet per pound of mass and is given the symbol $v$. The following symbols will be used for the specific volume of liquid and vapor:

$v_f$ = specific volume of saturated liquid, cu ft per lb
$v_g$ = specific volume of dry saturated vapor, cu ft per lb
$v_{fg} = v_g - v_f$ = increase in specific volume when saturated liquid is converted into dry saturated vapor
$v_x$ = specific volume of wet vapor, cu ft per lb
$v_s$ = specific volume of superheated vapor, cu ft per lb

The thermodynamic properties are tabulated in Tables A.1 to A.6 inclusive for a mass of one pound.

In Table A.1 and Table A.2 of the Appendix, it may be noted that the specific volume of saturated water and dry saturated steam at 212 F are, respectively, as follows: $v_f = 0.01672$ cu ft per lb, and $v_g = 26.80$ cu ft per lb. Similarly for any other temperature or pressure the specific volume of saturated water and dry saturated steam may be obtained from Table A.1 or Table A.2.

Likewise the specific volume of saturated liquid ammonia and dry saturated ammonia vapor may be obtained from Tables A.4 or A.5.

The specific volume of *wet vapor* may be computed by considering that 1.0 lb of wet vapor having a quality $x$ is composed of $x$ lb of dry saturated vapor and $(1 - x)$ lb of saturated liquid if $x$ is expressed as a decimal.

Then,
$$v_x = xv_g + (1 - x)v_f \tag{3.28}$$

**Example 1.** Compute the specific volume of wet steam at 212 F if the quality is 98 per cent.

*Solution:* One pound of wet steam at 212 F and 98 per cent quality may be considered as a mixture of 0.98 lb of dry saturated steam and 0.02 lb of saturated water. Then

$$v_x = 0.98(v_g) + 0.02(v_f)$$

or
$$v_x = 0.98(26.80) + 0.02(0.01672)$$

or
$$v_x = 26.284 + 0.000334$$

The volume of the saturated water in the wet-steam mixture is negligible in this problem. For most engineering problems involving

slide-rule computations and vapor of more than 95 per cent quality at ordinary pressures, the volume of the saturated liquid may be neglected, and the specific volume of wet vapor may be computed as follows:

$$v_x = xv_g \text{ (approximately)} \qquad (3.29)$$

The specific volume of *superheated steam* may be determined from Table A.3 when the pressure and temperature are known. Thus, at a pressure of 100 psia, the specific volume of superheated steam, $v_s$, is found from Table A.3 to be 4.937 at 400 F, 5.589 at 500 F, 6.835 at 700 F, and 8.656 at 1000 F. Values for pressures and temperatures not given in the abridged Table A.3 may be found by interpolation or by reference to *Thermodynamic Properties of Steam* by Keenan and Keyes, published by John Wiley & Sons.

Likewise, the specific volume of superheated ammonia may be obtained from Table A.6 for a known pressure and temperature.

### 3.11 Enthalpy

In Articles 1.18 and 2.10, *enthalpy* was introduced as a property of the substance and was defined as follows:

$$h = u + \frac{pv}{J} \qquad (3.30)$$

The following symbols will be used in designating the specific enthalpy or enthalpy per pound of fluid:

$h_f$ = enthalpy of saturated liquid, Btu per lb
$h_g$ = enthalpy of dry saturated vapor, Btu per lb
$h_{fg} = h_g - h_f$ = increase in enthalpy when saturated liquid is converted into dry saturated vapor = latent heat of evaporation, Btu per lb
$h_x$ = enthalpy of wet vapor at quality $x$, Btu per lb
$h_s$ = enthalpy of superheated vapor, Btu per lb
$h_c$ = enthalpy of compressed liquid, Btu per lb

Since the engineer is concerned with the change in enthalpy when a fluid flows through some apparatus, and since the total enthalpy of a substance could be evaluated only by reducing it to absolute zero, it is customary to select some convenient reference point as a zero of enthalpy and to compute enthalpies with respect to this reference point in much the same way as Fahrenheit temperatures may be

**HARRY L. SOLBERG**
*Associate Dean of Engineering*
*Purdue University*

**ORVILLE C. CROMER**
*...sor of Mechanical Engineering*
*Purdue University*

**ALBERT R. SPALDING**
*...ment of Freshman Engineering*
*Purdue University*

...ndon · John Wiley & Sons, Inc.

# THERMAL ENGINEERING

**HARRY L. SOLBERG**

*Associate Dean of Engineering*
*Purdue University*

**ORVILLE C. CROMER**

*Professor of Mechanical Engineering*
*Purdue University*

**ALBERT R. SPALDING**

*Head, Department of Freshman Engineering*
*Purdue University*

New York · London · John Wiley & Sons, Inc.