# Exhibit

# 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC. | : | |
| a subsidiary of LG Electronics, Inc., | : | |
| a Korean Company | : | |
| | : | Civil Action No. 08 C 242 |
| Plaintiff/Counterdefendant, | : | Judge St. Eve |
| v. | : | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION | : | |
| | : | |
| Defendant/Counterplaintiff. | : | |

## [REDACTED] DECLARATION OF MOHAN RAO, PH.D.
## IN REBUTTAL TO DECLARATION OF PAMELA S. ROGERS

I, Mohan Rao, Ph.D., hereby state and declare the following:

**1.** My name is Mohan Rao. I am more than twenty-one (21) years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein. Everything stated herein is of my own personal knowledge. I declare under penalty of perjury under the laws of the United States, 28 U.S.C. §1746, that the following is true and correct.

**2.** I am a Director at LECG and an Adjunct Professor at the McCormick

School of Engineering and Applied Science at Northwestern University. I have a Bachelor of Science in Engineering from the University of Michigan, a pre-doctoral fellowship from Harvard University, and a Ph.D. from the University of Colorado. I was a recipient of the Cooley Award from the University of Michigan College of Engineering and the David Cattel Fellowship from UCLA. Prior to joining LECG, I was a Managing Director at InteCap, Inc. and Vice President at Charles River Associates. Prior to that, I was a professor at UCLA and a Teaching Fellow at Harvard University. I am a member of the American Economic Association, the IEEE, and the Licensing Executives Society. I also am the Chair of the Valuation and Taxation Committee of the Licensing Executives Society.

**3.** I teach financial economics at Northwestern University. I also teach intermediate and advanced courses on intellectual property valuation at the Licensing Executives Society. I am the co-author of the chapter on econometrics in the *Litigation Services Handbook*, a leading reference for financial experts in litigation matters. I have performed economic and damages analysis as an expert in a wide range of intellectual property matters, including those involving false advertising claims.

**4.** A true and correct copy of my curriculum vitae is attached hereto at Exhibit A. LECG bills $575 per hour for my work on this matter.

**5.** I have been retained by Winston & Strawn, counsel for LG Electronics U.S.A., Inc. ("LG") to evaluate certain economic and financial issues related to LG's claims against Whirlpool Corporation ("Whirlpool") in this litigation. Specifically, I have been asked to evaluate the allegation of injury presented in Whirlpool's pleadings and in the Declaration of Pamela S. Rogers.

**6.** It is my understanding that the allegations in this litigation are that Whirlpool is making false and misleading marketing and advertising claims regarding its Duet® Steam Dryer. LG alleges that Whirlpool's advertising

. . . makes the explicitly false and misleading claim that its Duet® Steam

Dryer uses steam to remove wrinkles, touch-up clothing, and remove odors from clothing. The Duet® Steam Dryer, however, does not use 'steam,' but instead uses a mist of cold water sprayed into a warm dryer drum. The name 'Duet® Steam Dryer' is in and of itself explicitly false and misleading.[1]

**7.** For the purpose of my analysis, I have been asked to assume that the "steam" claims related to Whirlpool's Duet® Steam Dryers are false and misleading.

**8.** In conducting my analysis, I have reviewed various documents produced in this litigation, including pleadings and affidavits, and other publicly available information. I also have interviewed certain LG personnel who are knowledgeable of the industry and issues involved in this matter. To the extent that I have reviewed confidential materials, I have reviewed the Protective Order in this case and have signed Exhibit A to the Protective Order. A true and correct copy of Protective Order Exhibit A is attached hereto as Exhibit B. A true and correct copy of the list of materials which I considered in forming the opinions set forth in this Declaration is attached hereto at Exhibit C. It is my understanding that discovery in this matter is on-going. Therefore, I reserve the right to modify or supplement this Declaration as appropriate.

# I  Background

**9.** LG Electronics U.S.A., Inc., based in Englewood Cliffs, New Jersey, is a subsidiary of LG Electronics, Inc., a Korean corporation based in Seoul, Korea.[2] LG Electronics, Inc. is a global consumer electronics company, producing and selling products such as mobile phones, flat panel televisions, computers, refrigerators, and

---

[1] "Complaint," at paragraph 3.
[2] "LGE U.S. Division," <www.us.lge.com>.

4

washers and dryers. In 2006, global sales revenue totaled $38.5 billion.[3]

**10.** Whirlpool, based in Benton Harbor, Michigan, manufactures and sells major home appliances under several brand names, including Whirlpool, Maytag, and KitchenAid. Whirlpool has annual global sales of approximately $18 billion.[4]

**11.** I understand that the products at issue in this litigation are clothes dryers which include, or claim to include, a steam feature. It is my understanding that the LG steam dryer incorporates a steam generator which heats water to the boiling point and injects steam into the dryer drum.[5] The use of steam in the dryer provides wrinkle and static reduction as well as odor removal.[6]

**12.** Consumer expenditures on dryers in the United States in 2007 are estimated to total approximately $2.9 billion.[7] These expenditures represented approximately 7.7 million dryer units.[8] Sales of dryers with a "steam" feature represent a small portion of these sales. Whirlpool introduced its Duet® Steam Dryer in October 2007 and has sold more than ▮Redacte▮ units in the first four months since launch.[9] LG began selling its steam dryers in the United States at the end of 2007.[10] As I discuss below, Whirlpool and LG are direct competitors for dryer sales to consumers through the same retail channels in the United States. I have been asked to evaluate whether Whirlpool's false and misleading claims related to its steam dryers are likely to cause LG irreparable harm. Based on my analysis, I conclude that:

- LG and Whirlpool are direct competitors in the market for dryers.

- Steam technology drives sales of LG steam dryers and Whirlpool Duet® Steam

---

[3] "LG Electronics 2006 Annual Report," at pages 10-11.

[4] "Whirlpool Corporation 2006 Annual Report," at "Brand Gallery."

[5] "Complaint," at paragraph 23.

[6] "Complaint," at paragraph 26; Declaration of Pamela S. Rogers, February 11, 2008 at paragraph 9; "Benefits of a Dryer with Steam," WHR001834.

[7] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Figure 14.

[8] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Figure 15.

[9] "Declaration of Pamela S. Rogers" at paragraphs 27 and 33.

[10] "Complaint," at paragraph 22.

Dryers.

- LG will suffer irreparable harm from price erosion as a result of Whirlpool's false and misleading claims.

- LG will suffer irreparable harm to its brand reputation and goodwill as a result of Whirlpool's false and misleading claims.

## II   LG and Whirlpool are Direct Competitors in the Market for Dryers

**13.**  The washer and dryer market in the United States is supplied by a small number of firms. According to the Mintel International Group Limited ("Mintel"), a leading market research firm, four brands — Whirlpool, Kenmore, Maytag, and GE — accounted for almost 80 percent of washers and dryers purchased in 2007.[11] The vast majority of these brands are manufactured by one company — Whirlpool. The Whirlpool and Maytag brands are owned by Whirlpool, and Whirlpool manufactures the Kenmore brand products for Sears.[12]  According to Mintel, LG accounted for 1 percent of total washer and dryer purchases in the United States in 2007.[13]

**14.**  Pamela Rogers, Whirlpool's Director of Product Management for Front Loading Laundry, states that, as of February 2008, the only brands selling dryers with a "steam" feature in the United States were Whirlpool, Kenmore and LG.[14] Similarly, LG considered Whirlpool and Kenmore to be the key competitors for LG's steam dryers.[15]  As such, Whirlpool and LG are direct competitors for sales to consumers desiring a dryer with a steam feature.

---

[11] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Figure 18.
[12] Declaration of Pamela S. Rogers, February 11, 2008 at paragraph 7.
[13] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Figure 11.
[14] Declaration of Pamela S. Rogers, February 11, 2008 at paragraph 28.
[15] "Competition."

6

# III   Steam Technology Drives Sales of LG Steam Dryers and Whirlpool Duet® Steam Dryers

**15.** LG introduced its steam washer in early 2006 and was the first brand to do so in the United States.[16]  Whirlpool announced the Duet® Steam Washer and Dryer in March 2007, with a national market launch in October 2007.[17]  The LG steam dryer was launched in the United States shortly thereafter, in December 2007.

**16.** Prior to introducing the Duet® Steam Washer and Dryer, I understand that Whirlpool conducted extensive market research. Redacted



**17.** In addition, Ms. Rogers states that Whirlpool named the Duet dryer Duet Steam Dryer (as opposed to "Myst") to take advantage of the consumer preference for steam technology.[19]  Moreover, it is my understanding that in consumer surveys conducted by Whirlpool in 16 hhgregg stores located in Ohio and Indiana, consumers were very favorably receptive to the word "steam" in the Duet Steam Dryer name.[20]

---

[16] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Future and Forecast.

[17] Declaration of Pamela S. Rogers, February 11, 2008 at paragraphs 17 and 27.

Redacted

[19] Declaration of Pamela S. Rogers, February 11, 2008 at paragraph 14.

[20] Declaration of Pamela S. Rogers, February 11, 2008 at paragraph 23.

7

**18.** Redacted

**19.** Redacted

# IV  LG Will Suffer Irreparable Harm From Price Erosion As a Result of Whirlpool's False and Misleading Claims

**20.**  A potential consequence of false advertising is the erosion of market prices.[23] In general, the price of a product is constrained by other products that compete with it in the marketplace if these other products are perceived to be substitutable by consumers. In the present instance, as discussed above, Whirlpool and LG compete

Redacted

[23]Elizabeth A. Evans and Peter P. Simon, "Economic Analysis in Nonpatent Intellectual Property Rights and Damages Measures," *Litigation Services Handbook: The Role of the Financial Expert*, Fourth Edition, Roman L. Weil, Peter B. Frank, Christian W. Hughes, Michael J. Wagner, Editors, New Jersey: John Wiley, 2007, Chapter 20, p. 20.26.

8

directly against each other. They both sell dryers in the same retail channels and target similar consumers. As I discuss in greater detail below, LG's products are perceived to be more stylish with technologically innovative features.[24] As a result, LG's dryers are generally priced higher than Whirlpool's Duet® dryers.

**21.**     A true and correct copy of a summary of the Manufacturer's Suggested Retail Price ("MSRP") for LG steam dryers and Whirlpool's Duet® Steam Dryers is attached hereto at Exhibit D. The LG steam dryers are priced higher than comparable Whirlpool Duet® Steam Dryers. For example, the MSRP for LG steam dryers ranged between $1,199 and $2,699.[25] In contrast, the MSRP for the Whirlpool Duet® Steam Dryers ranged between $1,159 and $1,359. The LG dryers are higher priced even when adjusted for color and type. For instance, the MSRP for a white, electric LG steam dryer is between $1,199 and $1,349; the comparable Whirlpool Duet® Steam Dryer has a MSRP of $1,199.[26]

**22.**     However, if consumers perceive Whirlpool's "steam" technology to be substitutable with LG's steam technology as a result of Whirlpool's false and misleading claims, then LG's ability to price steam dryers at a premium price will be constrained and LG will suffer price erosion. Such price erosion for consumer products is generally irreversible. In other words, it is easy to lower prices but hard to increase them. Economists call this feature asymmetric price rigidity. Therefore, LG will suffer irreparable harm as a result of price erosion to its dryers due to Whirlpool's false and misleading claims.[27] Such harm cannot be fully rectified by money damages alone.

---

[24] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Advertising and Promotion.

[25] It is my understanding that LG initially planned to launch its steam dryers in the United States at an MSRP of between $1,299 and $2,999 but subsequently launched at the lower price range of between $1,199 and $2,699 due to expected competition from the Whirlpool Duet® Steam Dryer. See "Steam Dryer: PRM, Laundry" and "Competition."

[26] A review of pricing at four leading retailers of dryers in the United States — Best Buy, Sears, Lowes, and Home Depot — suggests a similar difference in price between LG steam dryers and Whirlpool Duet® Steam Dryers.

[27] As discussed above, very few dryer brands sold in the United States have or claim to have a steam

# V  LG Will Suffer Irreparable Harm to its Brand Reputation and Goodwill as a Result of Whirlpool's False and Misleading Claims

**23.**  The washer and dryer market is mature with high penetration rates of both consumers and homeowners. According to Mintel, approximately three-fourths of all consumers and nearly 90 percent of homeowners own a washer/dryer.[28] As a result, growth in sales of washers and dryers depends on the ability to obtain and maintain premium pricing. Mintel reports that:

> Recent growth in washer/dryer sales has depended on the upscale appeal of better product technology (e.g. energy efficiency) as well as the *appearance* of better technology (e.g. high-tech panels, metallic finishes). As today's upscale standards become more commonplace through the replacement cycle, manufacturers will need to continue to innovate to justify premium pricing.[29]

**24.**  In contrast to Whirlpool, LG is a relatively recent entrant to the washer and dryer market in the United States. By all indications, LG's success in the U.S. market — compared to the much larger and long established Whirlpool — is attributable to its reputation for innovative technology.

---

feature. Given the prominence consumers attach to the steam feature in a dryer, if Whirlpool was unable to advertise its Duet® dryer as a "steam" dryer, it would likely have sold fewer Duet® Steam Dryers in the United States. In turn, LG would likely have sold more steam dryers as consumers sought out alternative dryers with a steam feature. Therefore, LG is likely to have suffered (and will likely continue to suffer) lost sales and, in turn, lost profits as a result of Whirlpool's false and misleading claims related to the "steam" function in its Duet® Steam Dryers.

[28] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Executive Summary.

[29] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Executive Summary.

**25.** For instance, according to Mintel, "[w]hile still nowhere near the share of Whirlpool or Maytag, new entrant LG has managed to gain a foothold in the market with stylish, high-tech, and high-end products such as the Tromm washer, which features a steam clean option."[30] Mintel concluded that "through innovative design and application of advanced technologies, LG has been able to establish itself as a premium appliance brand."[31]

**26.** Redacted

**27.** LG's brand value in the appliance market is based on its reputation as an innovative and technologically advanced brand. This appears to be especially true in the market for washers and dryers where the ability to achieve and maintain premium pricing is dependent on LG's reputation as a technological innovator. Therefore, Whirlpool's false and misleading claims on a key innovative feature (i.e., steam) that is highly demanded by consumers will adversely effect consumer perceptions of LG as a technological leader. Further, such injury is irreparable. If consumers perceive that the steam technology in LG's steam dryers is widely available and no longer associate it as an innovation of LG, such misperception will harm LG's reputation as a premium brand and will constrain its ability to price its products as premium products. Such harm cannot be fully rectified by money damages alone.

---

[30] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Supply Structure.

[31] "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007, Advertising and Promotion.

Redacted

11

EXECUTED this 26th day of February, 2008.

Mohan Rao, Ph.D.

# EXHIBIT 8A



## Mohan P. Rao, Ph.D.
Director

*Evanston Office*
LECG, LLC
1603 Orrington Avenue, Suite 1500
Evanston, Illinois 60201

*Chicago Office*
LECG, LLC
33 West Monroe, Suite 2300
Chicago, Illinois 60603

Direct: 847.424.4109
Main:  847.475.1566
Fax:   847.475.1031
Email: mrao@lecg.com

Direct: 312.267.8303
Main:  312.267.8200
Fax:   312.267.8220
URL: www.lecg.com

## Summary

Dr. Rao is a Director at LECG and an Adjunct Professor at the McCormick School of Engineering and Applied Science at Northwestern University. He specializes in intellectual property, antitrust economics, and economic analysis in complex commercial disputes. His intellectual property expertise includes valuation, technology and market assessment, business strategy, and the interplay between intellectual property and antitrust. He has evaluated commercial success of patented products, including in ANDA actions involving pharmaceuticals. His expertise also includes economic analysis of antitrust liability, class certification issues, and the design and analysis of surveys. Dr. Rao has calculated economic damages in a wide range of cases, including patent and trademark infringement, antitrust, financial markets litigation, employment litigation, and breach of contract. Dr. Rao has served as an expert in U.S. Courts and in arbitration proceedings.

Dr. Rao teaches finance at Northwestern University and has previously taught Ph.D.-level econometrics, among other courses, as a professor at UCLA. He also teaches courses on valuing intellectual property at the Licensing Executives Society. Dr. Rao is an author of the chapter on econometric analysis in the *Litigation Services Handbook*, a leading reference for economic and financial experts. He is the Chair of the Valuation and Taxation Committee of the Licensing Executives Society.



## Education

- B.S. (Engineering), 1989, **University of Michigan**
- Pre-Doctoral Fellow, 1993–1994, **Harvard University**
- Ph.D.; M.A. (Economics; Int'l Relations), 1994, **University of Colorado**

## Academic and Professional Experience

- **LECG**
  Director, 2005–present
- **Northwestern University**
  McCormick School of Engineering and Applied Science
  Adjunct Professor, 2006–present
- **Charles River Associates / InteCap, Inc.**
  Vice President, CRA, 2004–2005
  Managing Director, InteCap, 2004–2005
  Director, InteCap, 2000–2003
- **University of California, Los Angeles**
  Assistant Professor, 1994–2001
- **Harvard University**
  Fellow, Government Data Center, 1993–1994
  Teaching Fellow, 1993–1994

## Selected Fellowships and Awards

- Cooley Award, University of Michigan College of Engineering
- Government Data Center Fellowship, Harvard University
- David Cattell Fellowship, UCLA
- Faculty Career Development Award, UCLA



## Selected Affiliations

- Member, American Economic Association
- Member, Licensing Executives Society
- Member, Institute of Electrical and Electronics Engineers (IEEE)

## Expert Testimony

1. The Procter & Gamble Company v. **Ultreo, Inc.**
   U.S. District Court – Southern District of New York
   Civil Action No. 07 CIV 8379 (HB) (Judge Richard Sullivan)
   *False Advertising*

2. Church & Dwight Co., Inc. v. **Abbott Laboratories**
   U.S. District Court – District of New Jersey
   Civil Action No. 05 CV 2142 (GEB) (Judge Garrett E. Brown)
   *Patent infringement*

3. **Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.** v. Barr Laboratories Inc.
   U.S. District Court – District of Delaware
   C.A. No. 05-700-(KAJ)
   *Patent infringement*

4. **The Dow Chemical Company** v. Shell Oil Company
   Circuit Court of Cook County, Illinois (County Department, Law Division)
   Civil Action No.: 00L13873
   *Breach of Contract*

5. Fresenius Medical Care Holdings, Inc. and Nabi Biopharmaceuticals, Inc. v. **Roxane Laboratories, Inc.**
   U.S. District Court – Southern District of Ohio (Eastern Division)
   Case No.: C2 05 889
   *Antitrust; Patent infringement*

6. Dyson Technology Limited and Dyson, Inc. v. **Maytag Corporation**
   U.S. District Court – District of Delaware
   Civil Action No.: 05-434-GMS
   *False advertising*

# LeCG

7. Casmier Bobak and Jeanette Bobak v. **The City of Chicago et al.**
   Circuit Court of Cook County, Illinois (County Department, Law Division)
   Case No.: 02 L 6981
   *Employment litigation*

8. **Shuffle Master, Inc.** v. Yehia Awada and Gaming Entertainment, Inc.
   U.S. District Court – Northern District of Illinois (Eastern Division)
   Case No.: CV-S-05-1112-RCJ-RJJ
   *Antitrust; Patent infringement*

9. **Schering-Plough, Ltd.** v. Centocor, Inc.
   American Arbitration Association
   AAA No.: 50 181 T 00350 05 (Judge Edward N. Cahn)
   *Breach of contract*

10. Christopher Boyle et al. v. **Advanced Bio Prosthetic Surfaces, Ltd., ABPS Management, L.L.C., et al.**
    American Arbitration Association
    AAA No.: 70 180 Y 00655 04
    *Breach of contract; Reasonable Royalty*

11. **Kevin Trudeau and Direct Response Associates LLC** v. George Lanoue, Janice Lanoue, Phoenix Marketing Group, and Trudeau Online
    U.S. District Court – Northern District of Illinois (Eastern Division)
    04C-7165
    *Trademark infringement*

12. Diodem, LLC v. **Biolase Technology, Inc.** et al.
    U.S. District Court – Central Division of California (Western Division)
    CV-03-2142 GAF (RCx)
    *Patent infringement; Reasonable Royalty*

13. Federal Trade Commission v. Mercury Marketing of Delaware, Inc. et al.
    On behalf of: **Mercantile Capital LLC**
    U.S. District Court – Eastern District of Pennsylvania
    C.A. No. 00-CV-3281 (Judge Clifford Scott Green)
    *False Advertising*

14. **Pfizer, Inc., Warner Lambert Company et al.** v. Ranbaxy Laboratories Limited et al.
    U.S. District Court – District of Delaware
    Case No.: 03-209-JJF (Judge Joseph J. Farnan, Jr.)
    *Patent infringement*

# LeCG

15. **ATI Systems, Inc.** v. PECO Energy Company
American Arbitration Association
AAA No.: 14 117 00892 03 (Judge John J. Gibbons)
*Breach of contract; Reasonable Royalty*

16. In re Relafen Antitrust Litigation
**Eon Labs, Inc.** v. GlaxoSmithKline PLC et al.
U.S. District Court – District of Massachusetts
Master File No.: 01-12239-WGY; Civil Action No.: 03-10506-WGY
*Patent infringement; Antitrust*

17. **Block Drug Company, Inc.** v. AccuMed, Inc. et al.
U.S. District Court – District of New Jersey
Civil Action No.: 01-CV-4187 (KSH)
*Patent infringement*

18. **Kevin Erion Racing Inc.** v. Two Brothers Racing et al.
U.S. District Court – Central District of California (Southern Division)
Case No.: SACV 01-176 GLT(MLGx)
*Trademark infringement*

19. **FIPCOM** v. Philips Electronics N.V.
European Commission
*Antitrust; Reasonable Royalty*

20. **GLOBEtrotter Software Inc.** v. Rainbow Technologies Inc.
U.S. District Court – Northern District of California
Consolidated Case No.: C-98-20419 JF
*Patent infringement; Antitrust*

21. **Maxwell Productions, L.L.C.** v. Sony Electronics, Inc.
U.S. District Court – District of Arizona
Case No: CIV 01 1112 PHX LOA
*Breach of contract*

22. M2 Software, Inc. v. **Madacy Entertainment et al.**
U.S. District Court – Central District of California
Case No.: 00-2853 LGB (AIJx)
*Trademark infringement*

23. **WomonCare, P.C.** v. Mercy Medical Center et al.
U.S. District Court – District of Oregon
Case No.: CV 6260-HO
*Antitrust*



# Preprints and Publications

1. "Economic Analysis in Securities Class Certifications," *Litigation Services Handbook: The Role of the Financial Expert*, 2008 Supplement, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, New York: John Wiley, 2008 (with Cathy M. Niden).

2. "Econometric Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, Fourth Edition, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, New York: John Wiley, 2007 (with Christian Tregillis).

3. "A Primer on Trademarks and Trademark Valuation," *Economic Damages in Intellectual Property*, Daniel Slottje, Editor, New York: John Wiley, 2006 (with Michaelyn Corbett and David Teece).

4. "What Experts Should Fear Most," *Expert Alert*, Vol. 1, No. 1, Winter 2005, American Bar Association (with John Bone).

5. "Econometric Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, 2003 Supplement, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, New York: John Wiley, 2004 (with Christian Tregillis).

6. "Inferring Micro– from Macrolevel Change: Ecological Panel Inference in Surveys." Working Paper, UCLA and New York University, 2001 (with Alexander A. Schuessler).

7. "The Dynamics of the Democratic Peace," *Journal of Conflict Resolution*, Vol. 45(6), p. 818–833, 2001 (with Lars–Erik Cederman).

8. "Intellectual Property Protection Improves as India Implements the TRIPS Agreement," *India Business & Investment Report*, June 2000.

9. "TRIPS and Global Trade in Pharmaceuticals," Working paper, UCLA, 2000.

10. "Democratie et Commerce International," *Arès*, Vol. XVIII(46), November 2000 (with Michael D. Ward).

11. "Intellectual Property Rights and Foreign Direct Investment," Working paper, UCLA, 1998 (with Keith Maskus).

12. "Indian Defense Expenditures in a Changed Global Security Environment." *International Studies*, 1998.

13. "The Strategic Design of Trade Policy Outcomes," Working paper, UCLA, 1997 (with Susanne Lohmann).

LeCG

14. "Patents and International Trade: An Empirical Study." In Robert M. Stern, Edward E. Leamer, and Keith E. Maskus, editors, *Quiet Pioneering*. Ann Arbor: University of Michigan Press, 1997 (with Keith E. Maskus).

15. "Market Openness and Trade Conflict," Working paper, UCLA, 1996.

16. "How Trade–Related are Intellectual Property Rights?" *Journal of International Economics*, Vol. 39, p. 227–248, 1995 (with Keith E. Maskus).

17. "Guns and Growth Around the Globe." *International Interactions*, Vol. 21(2), p. 181–201, 1995 (with Michael D. Ward et al).

18. "North American Trade in the Post Debt Crises Era." In Khosrow Fatemi, editor, *North American Free Trade Agreement: Opportunities and Challenges*. London: Macmillan, 1993, p. 84–97 (with Barry W. Poulson).

19. "Canons et croissance dans le monde," *Arès*, Vol. XIV(4), p. 15–31, 1993 (with Michael D. Ward).

20. "Economic Growth, Investment, and Military Spending in India." In Steve Chan and Alex Mintz, editors, *Defense, Welfare, and Growth*. London: Routledge, 1992, p. 119—136 (with Michael D. Ward et al).

21. "Military Spending in India." *Defence Economics*, Vol. 3, p. 41–64, 1991 (with Michael D. Ward et al).

## Presentations and Speeches

1. "Valuation of Intellectual Property," 2nd Annual Patent Law Institute, Practising Law Institute, New York, New York, January 14-15, 2008.

2. "Economic Analysis in Class Actions," Seminar on Innovative Strategies for Litigating Class Actions, Law Seminars International, Los Angeles, California, November 12–13, 2007.

3. Recent Key Developments in Intellectual Property Law and Applicability at the Global Level, XPRT Forum, Sonoma, California, October 3-6, 2007.

4. Effective Development and Presentation of Expert Testimony, Law Seminars International, Chicago, Illinois, September 24–25, 2007 (co-chair w/ Alan Silberman).

5. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, Chicago, July 10, 2007.

LeCG

6.  "Intellectual Asset Management: Advanced Valuation Skills," a Professional Development Series Advanced Course, Licensing Executives Society, Philadelphia, June 13–14, 2007.

7.  "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, Philadelphia, March 13, 2007.

8.  "Intellectual Asset Management: Advanced Valuation Skills," a Professional Development Series Advanced Course, Licensing Executives Society, San Francisco, November 1–2, 2006.

9.  "Implementing Valuation Methods," a Professional Development Series Intermediate Workshop at the Annual Meetings of the Licensing Executives Society, New York, September 12, 2006.

10. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, San Francisco, April 25, 2006.

11. Effective Development and Presentation of Expert Testimony, Law Seminars International, Chicago, Illinois, March 20–21, 2006 (co-chair w/ Alan Silberman).

12. "Lost Profits When the Patent is Only Part of the Whole," Seminar on Calculating and Proving Patent Damages, Law Seminars International, San Francisco, California, February 27–28, 2006.

13. "The Use and Misuse of Statistics," The American Institute of Certified Public Accountants, Jersey City, New Jersey, December 2, 2005.

14. "Use of Statistics in IP Litigation" Presentation to McAndrews, Held & Malloy, Chicago, December 1, 2005.

15. "Intellectual Asset Management: The Deal," a Professional Development Series Fundamentals Course, Licensing Executives Society, Arlington, Virginia, November 8-9, 2005.

16. "Implementing Valuation Methods," a Professional Development Series Intermediate Workshop at the Annual Meetings of the Licensing Executives Society, Phoenix, October 18, 2005.

17. "Damages and Antitrust Issues in Intellectual Property Litigation" Presentation to Dykema Gossett, Chicago, July 21, 2005 (w/ Kathi Kedrowski).

# LeCG

18. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, Chicago, July 19, 2005.

19. "Implementing Valuation Methods," a Professional Development Series Intermediate Workshop at the Annual Meetings of the Licensing Executives Society, Boston, October 17, 2004.

20. "Use of Surveys and Statistics in Litigation," Workshop at the Advanced Business Litigation Institute, Palm Springs, May 9, 2003.

21. "Real Option Valuation," Presented at the 2002 Winter Meeting of the Licensing Executives Society, Lake Las Vegas, February 14, 2002.

22. "Networked Computer Simulations," CyberSpace@UCLA, UCLA Anderson School of Management, Los Angeles, May 2, 2002.

23. "Improving IP Financial Performance." Presentation to Jones, Day, Reavis & Pogue, Los Angeles, June 20, 2001 (w/ David Haas).

24. "Intellectual Property: The New Global Currency," Jacob Marschak Colloquium, UCLA Anderson School of Management, June 8, 2001.

25. "Commerce and Democracy." Presented at the conference on Spatial Analysis for Political Methodology, University of Colorado, Boulder, March 2000.

26. "Determinants of International Trade Flows in an Era of Globalization." Presented at the UCLA Conference on International Institutions, Lake Arrowhead, February 2000.

27. "Exploring the Dynamics of Interstate Conflict." Presented at the Meetings of the International Studies Association, Des Moines, Iowa, October 1999.

28. "Exploring the Dynamics of Interstate Conflict." Presented at the UCLA Conference on Norms in International Relations, Los Angeles, October 1999.

29. "Globalization and the Decline of Power Politics." Presented at the Annual Meetings of the APSA, Atlanta, September 1999.

30. "Inferring Micro– from Macrolevel Change." Presented at the Annual Meetings of the MPSA, Chicago, April 1998 (with Alexander A. Schuessler).

31. "Overtime Inference in Cross Sectional Surveys." Presented at California Institute of Technology, November 7, 1997.

32. "Overtime Inference in Cross Sectional Surveys." Presented at UCLA, October 8, 1997.

LeCG

33. "Ecological Inference in Cross Sectional Surveys." Presented at the Annual Meetings of the APSA, Washington, D.C., August 1997 (with Alexander A. Schuessler).

34. "Governance in a Multinational World." Presented at the Workshop on Global and Regional Governance, Institute of Global Conflict and Cooperation, UC San Diego, May 1997.

35. "The Strategic Design of Trade Policy Outcomes: The Politics of Section 301." Presented at the Annual Meetings of the APSA, San Francisco, August 1996 (with Susanne Lohmann).

36. "Polarization and Political Violence." Presented at the Summer Methods Conference, Ann Arbor, Michigan, July 1996 (with Patrick Asea).

37. "How Trade–Related are Intellectual Property Rights?" Presented at the International Economics Workshop, UCLA, April 3, 1996.

38. "The Politics of Section 301: Institutional Design and Policy Outcomes." Presented at the Annual Meetings of the International Studies Association, San Diego, March 1996 (with Susanne Lohmann).

39. "Military Spending in India." Presented at the Conference on Security in South Asia, Jawaharlal Nehru University, New Delhi, January 1996.

40. "Patents, Trade, and Foreign Direct Investment." Presented at the Annual Meetings of the Allied Social Science Associations, San Francisco, January 1996 (with Keith E. Maskus).

41. "Forecasting the Collapse of the Soviet Union." Presented at the Annual Meetings of the Peace Science Society International, Urbana–Champaign, November 1994 (with Michael D. Ward).

42. "Trade and Market Openness." Presented at the International Colloquium on Defining a New Partnership Between North America and Europe, Institute of Behavioral Science, Boulder, July 1994.

43. "Guns and Growth Around the World." Presented at the Annual Meetings of the International Studies Association, Washington, D.C., March 1994 (with Michael D. Ward).

44. "Trade and Patents: An Empirical Study." Presented at the National Bureau of Economic Research Universities Research Conference on International Trade Rules and Institutions, Cambridge, December 1993 (with Keith E. Maskus).

LeCG

45. "The Trade Crises That Never Happened."  Presented at the 6th Hispanic Symposium on Business and the Economy, Boulder, October 1992 (with Barry W. Poulson).

46. "Export Orientation and Economic Growth: Stylized Facts for Select Developing Countries." Presented at the Annual Meetings of the International Studies Association, Atlanta, April 1992 (with David R. Davis).

# EXHIBIT 8B

EXHIBIT A

<u>ACKNOWLEDGMENT</u>

The undersigned states that s/he has read the Stipulated Protective Order entered by the Court in connection with the action entitled **LG Electronics U.S.A., Inc. v. Whirlpool Corporation**, Case No. 08c242, pending in the United States District Court for the Northern District of Illinois.  The undersigned further states that in return for the right to have access to protected information, documents or other materials in this case, s/he agrees to comply with the terms of the Stipulated Protective Order and submits to the personal jurisdiction of the Court for the purpose of enforcement of the Stipulated Protective Order as provided therein.

Signature:  _Mohan Rao_

Name:  MOHAN RAO

Dated:  02/25/2008

2134143

# EXHIBIT 8C

# List of Materials Considered

| Description | Bates Range |
|---|---|

**Pleadings and Filings**

1   *LG Electronics U.S.A., Inc., a subsidiary of LG Electronics, Inc. a Korean Company v. Whirlpool Corporation,* Complaint, In the United States District Court for the Northern District of Illinois, Eastern Division, Case 1:07-cv-99999, January 10, 2008

2   Summons in a Civil Case, January 10, 2008

3   Corporate Disclosure Statement of Plaintiff LG Electronics U.S.A., Inc., January 10, 2008

4   Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction and Request for Expedited Hearing, January 10, 2008

5   Plaintiff LG Electronics U.S.A., Inc.'s Motion for Leave to File a Brief in Excess of 15 Pages, January 10, 2008

6   Redacted Memorandum of Law in Support of Plaintiff LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction, January 10, 2008

7   Index of Exhibits to Plaintiff LG Electronics U.S.A., Inc.'s Memorandum of Law in Support of Its Motion for Preliminary Injunction and Request for Expidited Hearing, January 10, 2008

8   Attorney Appearance Form, Ronald Y. Rothstein, January 10, 2008

9   Attorney Appearance Form, Mary M. Hutchings, January 10, 2008

10  Attorney Appearance Form, David A. Latchana, January 10, 2008

11  Attorney Appearance Form, Shannon L. Stevens, January 10, 2008

12  Whirlpool Corporation's Memorandum of Law Opposing LG's Motion for Preliminary Injunction, with Exhibits, February 11, 2008

13  Defendant Whirlpool Corporation's Motion to Seal Certain Portions of its Memorandum of Law, Certain Portions of the Declaration of Pamela S. Rogers, and Certain Exhibits Filed in Support of Those Documents, February 11, 2008

**Declarations**

1   Declaration of Tae Jin Lee, January 10, 2008

2   Declaration of Chul Jin Choi, Janaury 10, 2008

3   Expert Declaration of Anthony M. Jacobi, January 10, 2008

# List of Materials Considered

| Description | Bates Range |
|---|---|
| 4 | Expert Declaration of Dr. Subbaiah Malladi in Support of Whirlpool Corporation's Memorandum of Law Opposing LG's Motion for Preliminary Injunction, February 11, 2008 | |
| 5 | Declaration of Pamela S. Rogers, February 11, 2008 | |
| 6 | Declaration of Audrey Reed-Granger, February 11, 2008 | |

**Annual Reports**

1    Whirlpool Corporation 2006 Annual Report

2    LG Electronics 2006 Annual Report

**Internet Documents**

1    "LGE US Division," <http://us.lge.com/about/company/lge_us.jsp>

2    <http://www.lge.com>

3    <http://www.whirlpool.com>

4    "Dryers," <http://bestbuy.com>

5    "Dryers," <http://homedepot.com>

6    "Dryers," <http://lowes.com>

7    "Dryers," <http://sears.com>

8    "WED9600T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1070>

9    "WGD9600T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1071>

10    "WED9500T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1105>

11    "WGD9500T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1111>

12    "Dryers, Model: DLEX7177," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLEX7177.jhtml>

                    Exhibit C

## List of Materials Considered

| Description | Bates Range |
|---|---|
| 13 | "Dryers, Model: DLGX7188," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLGX7188.jhtml> | |
| 14 | "Dryers, Model: DLEX8377," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLEX8377.jhtml> | |
| 15 | "Dryers, Model: DLGX8388," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLGX8388.jhtml> | |
| 16 | "Dryers, Model: DLEX0001TM," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLEX0001TM.jhtml> | |
| 17 | "Dryers, Model: DLGX0002TM," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLGX0002TM.jhtml> | |

### Articles and Books

1  Elizabeth A. Evans and Peter P. Simon, "Economic Analysis in Nonpatent Intellectual Property Rights and Damages Measures," Litigation Services Handbook: The Role of the Financial Expert, Fourth Edition, Roman L. Weil, Peter B. Frank, Christian W. Hughes, Michael J. Wagner, Editors, (New York: John Wiley, 2007)

2  "Washers and Dryers: Performance for Less," *Consumer Reports* 73, no. 2 (February, 2008)

3  "Washers and Dryers - US - July 2007," Mintel International Group Limited, 2007

### LG and Whirlpool Documents

1  Steam Dryer: PRM

2  Steam Dryer: Merchandising Plan

3  Kenmore HE FL Washer Line, September 30, 2007

4  Competition

5  Whirlpool Front Load 2nd Half Model Line

6  Kenmore Elite Super Capacity Dryer Ad Picture

7  Motorized Road & Rail System Ad

Exhibit C

## List of Materials Considered

| | Description | Bates Range | |
|---|---|---|---|
| 8 | | LG 000001 | LG 000525 |
| 9 | | WHR 000001 | WHR 010025 |
| 10 | | WHR 011838 | WHR 011937 |
| 11 | "Project M2-B CET Review," December 13, 2006 | WHR 000230 | WHR 000304 |
| 12 | "Duet Steam v. LG" | WHR 000905 | WHR 000908 |
| 13 | "Benefits of a Dryer with Steam" | WHR 001834 | WHR 001834 |
| 14 | "Duet Steam Team" | WHR 000532 | WHR 000579 |

# EXHIBIT 8D

## Price Comparison

| Name | Model # | MSRP |
|---|---|---|
| Whirlpool Duet Steam Electric Dryer | WED9600T | $1,199.00 (White)  -  $1,299.00 (Aspen Green) |
| Whirlpool Duet Steam Gas Dryer | WGD9600T | $1,259.00 (White)  -  $1,359.00 (Aspen Green) |
| Whirlpool Duet Steam Electric Dryer | WED9500T | $1,199.00 (Tuscan Chestnut) |
| Whirlpool Duet Steam Gas Dryer | WGD9500T | $1,159.00 (White)  -  $1,259.00 (Tuscan Chestnut) |
| The LG Electric SteamDryer | DLEX7177 | $1,199.00 (White)  -  $1,299.00 (Wild Cherry Red) |
| The LG Gas SteamDryer | DLGX7188 | $1,249.00 (White)  -  $1,349.00 (Wild Cherry Red) |
| The LG Electric SteamDryer | DLEX8377 | $1,349.00 (White)  -  $1,449.00 (Navy) |
| The LG Gas SteamDryer | DLGX8388 | $1,399.00 (White)  -  $1,499.00 (Navy) |
| The LG Stainless Steel Electric SteamDryer | DLEX0001TM | $2,699.00 |
| The LG Stainless Steel Gas SteamDryer | DLGX0002TM | $2,699.00 |

Sources:
1.  "WED9600T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1070>.
2.  "WGD9600T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1071>.
3.  "WED9500T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1105>.
4.  "WGD9500T," <http://www.whirlpool.com/catalog/product.jsp?src=DRYERS&cat=119&prod=1111>.
5.  "Dryers, Model: DLEX7177," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLEX7177.jhtml>.
6.  "Dryers, Model: DLGX7188," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLGX7188.jhtml>.
7.  "Dryers, Model: DLEX8377," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLEX8377.jhtml>.
8.  "Dryers, Model: DLGX8388," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLGX8388.jhtml>.
9.  "Dryers, Model: DLEX0001TM," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLEX0001TM.jhtml>.
10.  "Dryers, Model: DLGX0002TM," <http://us.lge.com/products/model/detail/home%20appliances_laundry_dryers_DLGX0002TM.jhtml>.

Exhibit D