IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., )<br>  a subsidiary of LG Electronics, Inc., )<br>  a Korean company, )<br>                            )<br>        Plaintiff, )<br>                            )<br>    v. )<br>                            )<br>WHIRLPOOL CORPORATION, )<br>                            )<br>       Defendant. ) | Civil Action No. 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S MOTION TO SEAL
CERTAIN PORTIONS OF THE DECLARATION OF MOHAN RAO, PH.D.**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), pursuant to the terms of the Stipulated Protective Order entered by the Court on February 11, 2008 and Local Rule 5.8, respectfully moves this Court for an Order granting LG USA leave to file the following document under seal: Declaration of Mohan Rao, Ph.D., Exhibit 8 to LG USA's Reply in Support of Motion for Preliminary Injunction. In support thereof, LG USA states as follows:

1. On February 11, 2008, this Court entered a Stipulated Protective Order in this matter. As set forth in that Order, the parties demonstrated good cause for entering the Stipulated Protective Order and narrowly tailored the Stipulated Protective Order, as required by law.

2. Paragraph 18 of the Stipulated Protective Order provides that a party must file a motion with the Court to have Confidential or Highly Confidential information placed under seal.

3. On February 26, 2008, LG USA filed its Reply In Support of Motion for Preliminary Injunction, attaching as Exhibit 8 the [Redacted] Declaration of Mohan Rao, Ph.D. The redactions to Dr. Rao's Declaration amount to a few lines of text.

4. Filed contemporaneously with this Motion, under cover sheets as required by Local Rule 5.8, is an unredacted version of the Declaration of Mohan Rao, Ph.D.

5. The unredacted document contains internal business information that LG USA and Whirlpool have sought keep confidential pursuant to the terms of the Stipulated Protective Order. Specifically, the redacted text: (1) quotes a portion of the Declaration of Pamela S. Rogers that was filed under seal; and (2) quotes and discusses documents that were designated either Confidential or Highly Confidential pursuant to the Protective Order.

6. Accordingly, LG USA seeks an Order to permit the filing of the Declaration of Mohan Rao, Ph.D., under seal to avoid violating the Stipulated Protective Order in this case, or other confidential obligations owed by LG USA.

WHEREFORE, for all the foregoing reasons, Plaintiff LG USA respectfully requests that this Court grant this Motion, grant leave for LG USA to file the aforementioned document under seal, and grant LG USA any and all further relief as this Court deems necessary and proper.

Dated:  February 27, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**LG ELECTRONICS U.S.A., INC.**


　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Ronald Y. Rothstein_____
　　　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

　　　　　　　　　　　　　　　　　　　　　　Ronald Y. Rothstein – rrothstein@winston.com
　　　　　　　　　　　　　　　　　　　　　　David A. Latchana – dlatchana@winston.com
　　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　　　　　(312) 558-5600 – telephone
　　　　　　　　　　　　　　　　　　　　　　(312) 558-5700 – facsimile

　　　　　　　　　　　　　　　　　　　　　　*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion to Seal Certain Portions of the Declaration of Mohan Rao, Ph.D.**, has been served on the following counsel of record via the Court's electronic filing system this 27th day of February, 2008.

> Brian D. Roche – broche@reedsmith.com
> Carey L. Bartell – cbartell@reedsmith.com
> Vanessa C. Martí – vmarti@reedsmith.com
> REED SMITH LLP
> 10 South Wacker Drive, Suite 4000
> Chicago, Illinois 60606

> /s/ Ronald Y. Rothstein_____
> One of LG USA's Attorneys