IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of  LG Electronics, Inc., a Korean company, | ) ) ) ) | Civil Action No. 08 C 242 |
| Plaintiff, | ) ) | Judge St. Eve |
| v. | ) ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Brian D. Roche                              J.A. Cragwall, Jr.
       Carey L. Bartell                            John J. Bursch
       Vanessa C. Martí                           Warner Norcross & Judd LLP
       REED SMITH LLP                         900 Fifth Third Center
       10 South Wacker Drive, Suite 4000   111 Lyon Street NW
       Chicago, Illinois 60606                  Grand Rapids, Michigan 49503-2487

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on March 10, 2008 at 8:30 a.m. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Plaintiff LG Electronics U.S.A., Inc.'s Motion to Seal Certain Portions of the Declaration of Mohan Rao, Ph.D.**, a copy of which has been served upon you.

Dated: February 27, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**


By: /s/ Ronald Y. Rothstein
      One of its attorneys

Ronald Y. Rothstein – rrothstein@winston.com
David A. Latchana – dlatchana@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Motion** has been served on the following counsel of record via the Court's electronic filing system this 27th day of February, 2008.

> Brian D. Roche – broche@reedsmith.com
> Carey L. Bartell – cbartell@reedsmith.com
> Vanessa C. Martí – vmarti@reedsmith.com
> REED SMITH LLP
> 10 South Wacker Drive, Suite 4000
> Chicago, Illinois 60606

> /s/ Ronald Y. Rothstein_____
> One of LG USA's Attorneys