**EXHIBIT 5**

Case 1:08-cv-00242　Document 81-6　Filed 02/28/2008　Page 1 of 3

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| MICHIGAN WESTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 2,052 | 2,001 | 2,081 | 2,166 | 2,044 | 1,969 | | |
| | Terminations | | 1,926 | 1,887 | 2,165 | 2,052 | 2,113 | 1,762 | | |
| | Pending | | 1,657 | 1,547 | 1,387 | 1,489 | 1,385 | 1,488 | | |
| | % Change in Total Filings | Over Last Year | 2.5 | | | | | | 35 | 3 |
| | | Over Earlier Years | | -1.4 | -5.3 | .4 | 4.2 | | 27 | 2 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 27.6 | 33.0 | 4.5 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 513 | 501 | 520 | 542 | 511 | 492 | 22 | 1 |
| | | Civil | 398 | 395 | 405 | 441 | 400 | 393 | 20 | 1 |
| | | Criminal Felony | 87 | 83 | 86 | 73 | 82 | 81 | 32 | 3 |
| | | Supervised Release Hearings** | 28 | 23 | 29 | 28 | 29 | 18 | 31 | 3 |
| | Pending Cases | | 414 | 387 | 347 | 372 | 346 | 372 | 33 | 6 |
| | Weighted Filings** | | 499 | 497 | 496 | 514 | 497 | 513 | 29 | 1 |
| | Terminations | | 482 | 472 | 541 | 513 | 528 | 441 | 32 | 2 |
| | Trials Completed | | 19 | 22 | 22 | 24 | 25 | 19 | 51 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.0 | 7.4 | 6.3 | 6.6 | 6.8 | 6.3 | 25 | 2 |
| | | Civil** | 7.2 | 8.0 | 9.0 | 9.7 | 8.3 | 9.6 | 17 | 1 |
| | From Filing to Trial** (Civil Only) | | 28.0 | 36.0 | 23.0 | 24.0 | 22.0 | 23.0 | 57 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 33 | 38 | 32 | 26 | 23 | 17 | | |
| | | Percentage | 2.3 | 2.8 | 2.7 | 2.0 | 2.0 | 1.4 | 18 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.4 | 1.3 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 49.21 | 40.66 | 20.88 | 24.18 | 43.96 | 47.94 | | |
| | | Percent Not Selected or Challenged | 45.6 | 43.0 | 39.1 | 39.5 | 47.7 | 55.7 | | |

### 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1593 | 84 | 15 | 695 | 20 | 10 | 85 | 141 | 112 | 44 | 197 | 1 | 189 |
| Criminal* | 345 | 10 | 88 | 46 | 68 | 54 | 15 | 18 | 15 | 7 | 13 | 4 | 7 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 8,422 | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | | |
| | Terminations | 7,929 | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | | |
| | Pending | 8,091 | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | | |
| | % Change in Total Filings — Over Last Year | 4.1 | | | | | | 27 | 2 |
| | % Change in Total Filings — Over Earlier Years | | | -7.0 | -20.4 | -24.3 | -24.4 | 81 | 6 |
| | Number of Judgeships | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | 15.8 | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 382 | 367 | 412 | 481 | 505 | 506 | 62 | 4 |
| | FILINGS — Civil | 346 | 330 | 369 | 437 | 461 | 459 | 36 | 3 |
| | FILINGS — Criminal Felony | 24 | 26 | 34 | 32 | 38 | 39 | 93 | 7 |
| | FILINGS — Supervised Release Hearings** | 12 | 11 | 9 | 12 | 6 | 8 | 77 | 6 |
| | Pending Cases | 368 | 351 | 360 | 350 | 395 | 390 | 48 | 3 |
| | Weighted Filings** | 462 | 443 | 485 | 512 | 526 | 525 | 39 | 3 |
| | Terminations | 360 | 375 | 400 | 521 | 495 | 487 | 66 | 5 |
| | Trials Completed | 11 | 11 | 13 | 12 | 12 | 14 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 14.7 | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 90 | 7 |
| | From Filing to Disposition — Civil** | 6.2 | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | 29.7 | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 65 | 5 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 456 | 500 | 388 | 337 | 442 | 461 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 6.5 | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 65 | 6 |
| | Average Number of Felony Defendants Filed Per Case | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | | |
| | Jurors — Avg. Present for Jury Selection | 45.20 | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | | |
| | Jurors — Percent Not Selected or Challenged | 31.8 | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | | |

### 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7620 | 118 | 150 | 701 | 53 | 55 | 1504 | 902 | 563 | 428 | 1614 | 23 | 1509 |
| Criminal* | 527 | 1 | 152 | 59 | 43 | 107 | 80 | 13 | 6 | 17 | 11 | 11 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."