**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., )<br>a subsidiary of LG Electronics, Inc., )<br>a Korean company, )<br>  )<br>  Plaintiff/Counterdefendant, )<br>  )<br>v. )<br>  )<br>WHIRLPOOL CORPORATION, )<br>  )<br>  )<br>  Defendant/Counterplaintiff ) | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**DEFENDANT WHIRLPOOL CORPORATION'S MOTION TO SEAL
CERTAIN PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO
TRANSFER AND CERTAIN EXHIBITS TO THAT BRIEF**

Defendant Whirlpool Corporation ("Whirlpool"), pursuant to the terms of the Stipulated Protective Order entered by the Court on February 11, 2008 and Local Rule 5.8, respectfully moves for an Order granting Whirlpool leave to file the following documents under seal: (1) Whirlpool Corporation's Reply Brief in Support of Its Motion to Transfer ("Reply Brief"); (2) Exhibits 1, 2, 3, and 4 to the Reply Brief.

In support of said Motion, Whirlpool states as follows:

1.      On February 11, 2008, the Court entered a Stipulated Protective Order in this matter. As set forth in that Order, the parties demonstrated good cause for entering the Stipulated Protective Order and narrowly-tailored the Stipulated Protective Order as required by law.

2.      Paragraph 18 of that Order provides that a party must file a motion with the Court to have Confidential or Highly Confidential information placed under seal.

3. On February 28, 2008, Whirlpool filed a redacted version of its Reply Brief in Support of Its Motion to Transfer, and redacted versions of Exhibits 1, 2, 3, and 4 to the Reply Brief. The redactions to the Reply Brief amount to a few lines of text.

4. Filed contemporaneously with this Motion, under cover sheets as required by Local Rule 5.8, are unredacted versions of Whirlpool's Reply Brief and Exhibits 1, 2, 3, and 4 to the Reply Brief.

5. The unredacted documents identified above contain internal business information that Whirlpool and LG have sought to keep confidential pursuant to the terms of the Stipulated Protective Order. Exhibits 1, 2, 3, and 4 to the Reply Brief were labeled as Confidential and Highly Confidential by LG in its discovery responses and production of documents.

6. Accordingly, Whirlpool seeks an Order to permit the filing of the above-referenced documents under seal to avoid violating the Stipulated Protective Order in this case, or other confidential obligations owed by Whirlpool.

WHEREFORE, Whirlpool respectfully requests that the Court grant this Motion, grant leave for Whirlpool to file the aforementioned documents under seal, and grant such other and further relief as this Court deems just and appropriate.

- 3 -

Dated: February 28, 2008

                                            Respectfully submitted,
                                            WHIRLPOOL CORPORATION

                                            */s/ Vanessa C. Martí*
                                            Brian D. Roche
                                            Carey L. Bartell
                                            Vanessa C. Martí
                                            REED SMITH LLP
                                            10 South Wacker Drive, Suite 4000
                                            Chicago, Illinois 60606
                                            Telephone: (312) 207-1000

                                            J. A. Cragwall, Jr.
                                            John J. Bursch
                                            Warner Norcross & Judd LLP
                                            900 Fifth Third Center
                                            111 Lyon Street NW
                                            Grand Rapids, Michigan 49503-2487
                                            Telephone (616) 752-2000

                                            Attorneys for Defendant, Whirlpool
                                            Corporation

## CERTIFICATE OF SERVICE

I, Vanessa C. Martí, an attorney, hereby certify that on February 28, 2008 I filed the attached WHIRLPOOL CORPORATION'S MOTION TO SEAL CERTAIN PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER AND CERTAIN EXHIBITS TO THAT BRIEF with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached WHIRLPOOL CORPORATION'S MOTION TO SEAL CERTAIN PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER AND CERTAIN EXHIBITS TO THAT BRIEF to the following by overnight mail on this 28th day of February, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By:     /s/ _Vanessa C. Martí_____