IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.**  a subsidiary of LG Electronics, Inc.,  a Korean company      ) ) ) ) **Plaintiff/Counterdefendant,**  ) ) **v.**  ) ) **WHIRLPOOL CORPORATION,**  ) ) **Defendant/Counterplaintiff.**  ) | **Civil Action No.: 08 C 242**  **Judge St. Eve**  **Magistrate Judge Mason** |

**Notice of Motion**

TO:   Ronald Y. Rothstein
      David Alexander Latchana
      Shannon Leigh Stevens
      Mary M. Hutchings
      Winston & Strawn LLP
      35 West Wacker Drive
      Chicago, IL  60601

   PLEASE TAKE NOTICE that on **Monday, March 10, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present WHIRLPOOL CORPORATION'S MOTION TO SEAL CERTAIN PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER AND CERTAIN EXHIBITS TO THAT BRIEF, a copy of which is served herewith.

Dated: February 28, 2008                    Respectfully submitted,
                                            WHIRLPOOL CORPORATION, Defendant

                                            By: */s/  Vanessa C. Martí*

| | |
|---|---|
| Brian D. Roche | J. A. Cragwall, Jr. |
| Carey L. Bartell | John J. Bursch |
| Vanessa C. Martí | Warner Norcross & Judd LLP |
| REED SMITH LLP | 900 Fifth Third Center |
| 10 South Wacker Drive, Suite 4000 | 111 Lyon Street NW |
| Chicago, Illinois 60606 | Grand Rapids, Michigan 49503-2487 |
| Telephone: (312) 207-1000 | Telephone (616) 752-2000 |

*Attorneys for Defendant, Whirlpool Corporation*

2

**CERTIFICATE OF SERVICE**

I, Vanessa C. Martí, an attorney, hereby certify that on February 28, 2008 I filed the attached **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

> Ronald Y. Rothstein
> rrothstein@winston.com
>
> David Alexander Latchana
> dlatchana@winston.com
>
> Shannon Leigh Stevens
> sstevens@winston.com

I hereby also certify that I mailed the attached **Notice of Motion** to the following by overnight mail on this 28th day of February, 2008:

> Mary M. Hutchings
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL  60601

By:     /s/ _Vanessa C. Martí_____