# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

LG Electronics U.S.A., Inc.

                                Plaintiff,

v.                                            Case No.: 1:08−cv−00242

                                            Honorable Amy J. St. Eve

Whirlpool Corporation

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Amy J. St. Eve : MOTION by Counter Claimant Whirlpool Corporation, Defendant Whirlpool Corporation to seal document reply to response to motion,, [81] [Whirlpool Corporation's Motion to Seal Certain Portions of its Reply Brief in Support of its Motion to Transfer and Certain Exhibits to that Brief] [82] is granted Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.