IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. ) <br> a subsidiary of LG Electronics, Inc., ) <br> a Korean company ) <br> ) <br> Plaintiff/Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> ) <br> Defendant/Counterplaintiff. ) | Civil Action No.: 08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

**Notice of Filing**

FILED
MAR 7 2008 YM
MAR 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on March 7, 2008, the undersigned counsel filed Exhibit E, a DVD, to Whirlpool Corporation's Surreply in Opposition to LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction, a copy of which is attached hereto and herewith served upon you.

Dated: March 7, 2008

Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

By: _____
Brian D. Roche
Carey L. Bartell
Vanessa Marti Heftman
REED SMITH, LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000
*Attorneys for Defendant, Whirlpool Corporation*

## CERTIFICATE OF SERVICE

I, Vanessa Martí Heftman, an attorney, hereby certify that on March 7, 2008 I filed the attached **Notice of Filing** with the Clerk of the Court and mailed the attached **Notice of Filing** to the following by overnight mail on this 7th day of March, 2008:

Ronald Y. Rothstein
Bryna Joyce Roth Dahlin
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

By: _/s/ Vanessa Heftman_
Brian D. Roche
Carey L. Bartell
Vanessa Martí Heftman
REED SMITH, LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000

2