IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, )<br>)<br>)<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>WHIRLPOOL CORPORATION, )<br>)<br>)<br>Defendant/Counterplaintiff | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**FILED**
MAR 7 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## WHIRLPOOL CORPORATION'S MOTION TO SEAL AN EXHIBIT TO ITS SURREPLY TO LG ELECTRONICS U.S.A., INC.'S MOTION FOR PRELIMINARY INJUNCTION

Defendant Whirlpool Corporation ("Whirlpool"), pursuant to the terms of the Stipulated Protective Order entered by the Court on February 11, 2008 and Local Rule 5.8, respectfully moves for an Order granting Whirlpool leave to file under seal Exhibit G to Whirlpool Corporation's Surreply in Opposition to LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction ("Surreply Brief").

In support of said Motion, Whirlpool states as follows:

1.  On February 11, 2008, the Court entered a Stipulated Protective Order in this matter. As set forth in that Order, the parties demonstrated good cause for entering the Stipulated Protective Order and narrowly-tailored the Stipulated Protective Order as required by law.

2.  Paragraph 18 of that Order provides that a party must file a motion with the Court to have Confidential or Highly Confidential information placed under seal.

- 2 -

3.  On March 6, 2008, Whirlpool filed its Motion for Leave to File *Instanter* Surreply in Opposition to LG Electronics U.S.A., Inc.'s Motion for Preliminary Injunction. Attached as Exhibit 1 to that motion was the Surreply Brief with a redacted version of Exhibit G.

4.  Filed contemporaneously with this Motion, under a cover sheet as required by Local Rule 5.8, is an unredacted version of Exhibit G to Whirlpool's Surreply Brief.

5.  The unredacted documents identified above contain internal business information that Whirlpool and LG have sought to keep confidential pursuant to the terms of the Stipulated Protective Order. Exhibit G to the Surreply Brief was labeled as Confidential and Highly Confidential by LG in its discovery responses and production of documents.

6.  Accordingly, Whirlpool seeks an Order to permit the filing of the above-referenced documents under seal to avoid violating the Stipulated Protective Order in this case, or other confidential obligations owed by Whirlpool.

WHEREFORE, Whirlpool respectfully requests that the Court grant this Motion, grant leave for Whirlpool to file the aforementioned documents under seal, and grant such other and further relief as this Court deems just and appropriate.

- 3 -

Dated: March 7, 2008

                    Respectfully submitted,
                    WHIRLPOOL CORPORATION

                    */s/ Vanessa Heftman*
                    Brian D. Roche
                    Carey L. Bartell
                    Vanessa Martí Heftman
                    REED SMITH LLP
                    10 South Wacker Drive, Suite 4000
                    Chicago, Illinois 60606
                    Telephone: (312) 207-1000

                    J. A. Cragwall, Jr.
                    John J. Bursch
                    Warner Norcross & Judd LLP
                    900 Fifth Third Center
                    111 Lyon Street NW
                    Grand Rapids, Michigan 49503-2487
                    Telephone (616) 752-2000

                    Attorneys for Defendant, Whirlpool
                    Corporation

- 4 -

## CERTIFICATE OF SERVICE

I, Vanessa Martí Heftman, an attorney, hereby certify that on March 7, 2008 I filed the attached WHIRLPOOL CORPORATION'S MOTION TO SEAL AN EXHIBIT TO ITS SURREPLY TO LG ELECTRONICS U.S.A., INC.'S MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court and that I mailed the attached to the following by overnight mail on this 7th day of March, 2008:

>   Ronald Y. Rothstein
>   Bryna Joyce Roth Dahlin
>   David Alexander Latchana
>   Shannon Leigh Stevens
>   Mary M. Hutchings
>   Winston & Strawn LLP
>   35 West Wacker Drive
>   Chicago, IL  60601

By: /s/ Vanessa Heftman