IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.<br>a subsidiary of LG Electronics, Inc.,<br>a Korean company<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant/Counterplaintiff. | Civil Action No.: 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

**Notice of Motion**

TO: Ronald Y. Rothstein
Bryna Joyce Roth Dahlin
David Alexander Latchana
Shannon Leigh Stevens
Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

FILED

MAR 7 2008 YM
MAR 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on **Wednesday, March 12, 2008 at 8:30 a.m.**, we will appear before the Honorable Judge Amy J. St. Eve, or before any Judge seated in Courtroom 1241, at 219 S. Dearborn St., Chicago, IL, and present WHIRLPOOL CORPORATION'S MOTION FOR LEAVE TO FILE *INSTANTER* SURREPLY IN OPPOSITION TO LG'S MOTION FOR PRELIMINARY INJUNCTION, a copy of which is served herewith.

Dated: March 7, 2008

Respectfully submitted,
WHIRLPOOL CORPORATION, Defendant

By: /s/ Vanessa Hoffman
Brian D. Roche
Carey L. Bartell
Vanessa Martí Heftman
REED SMITH, LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000
*Attorneys for Defendant, Whirlpool Corporation*

2

## CERTIFICATE OF SERVICE

I, Vanessa Martí Heftman, an attorney, hereby certify that on March 7, 2008 I filed the attached **Notice of Motion** with the Clerk of the Court and mailed the attached to the following by overnight mail on this 7th day of March, 2008:

>Ronald Y. Rothstein
>Bryna Joyce Roth Dahlin
>David Alexander Latchana
>Shannon Leigh Stevens
>Mary M. Hutchings
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601

By: /s/ Vanessa Heftman
Brian D. Roche
Carey L. Bartell
Vanessa Martí Heftman
REED SMITH, LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000