**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division**

LG Electronics U.S.A., Inc.
                               Plaintiff,

v.                                            Case No.: 1:08−cv−00242
                                                        Honorable Amy J. St. Eve

Whirlpool Corporation
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by defendant Whirlpool Corporation to seal an exhibit to its surreply to LG Electronics U.S.A., Inc.'s motion for preliminary injunction [90] is granted. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.