## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

LG Electronics U.S.A., Inc.

                          Plaintiff,

v.                                           Case No.: 1:08−cv−00242
                                                    Honorable Amy J. St. Eve

Whirlpool Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Having received and considered Plaintiff's memorandum in opposition (R. 95), the Court grants Defendant's motion for leave to file instanter its surreply in opposition to LG Electronics U.S.A., Inc.'s motion for preliminary injunction (R. 94). No further briefing unless ordered by the Court. Appearance on this motion for 3/12/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.