**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

LG Electronics U.S.A., Inc.
                             Plaintiff,

v.                                                        Case No.: 1:08−cv−00242
                                                      Honorable Amy J. St. Eve

Whirlpool Corporation
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 3/19/2008. Parties to contact the courtroom deputy by 4/4/2008 regarding a referral to the Magistrate Judge for a Settlement Conference, as stated in open court. (The court adopts the joint status report filed on 2/21/2008. Rule 26(a)(1) disclosures due by 3/7/2008. Fact discovery ordered closed by 8/1/2008. Plaintiffs/counter−plaintiffs' expert disclosures with reports due 9/1/2008. Defendants/counter−defendants39; expert disclosures with reports due 10/1/2008. Expert discovery ordered closed by 10/22/2008. Dispositive motions with supporting memoranda due by 12/19/2008. Status hearing set for 5/14/2008 at 08:30 AM. )Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.