U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08C242

LG ELECTRONICS U.S.A., INC., a
subsidiary of LG Electronics, Inc., Plaintiff
v.
WHIRLPOOL CORPORATION, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Whirlpool Corporation

| | |
|---|---|
| NAME (Type or print) <br> Jennifer Yule DePriest | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer Yule DePriest | |
| FIRM <br> REED SMITH LLP | |
| STREET ADDRESS <br> 10 SOUTH WACKER DRIVE, SUITE 4000 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272137 | TELEPHONE NUMBER <br> 312-207-6444 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |