**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LG ELECTRONICS U.S.A., INC.,**  a subsidiary of  LG Electronics, Inc., a Korean company<br><br>**Plaintiff,**<br><br>v.<br><br>**WHIRLPOOL CORPORATION,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  08-cv-242<br>)<br>)  **JURY DEMAND**<br>)<br>) |

**NOTICE OF MOTION**

TO:   Whirlpool Corporation
      2000 N. M. 63
      Benton Harbor, MI 49022

   PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on May 15, 2008 at 8:30 A.M. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present LG Electronics U.S.A., Inc.'s Motion for Leave to File an Amended Complaint, a copy of which has been served upon you.

2

Dated:  May 12, 2008                                             Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**


By:   \_/s/ Eric Broxterman\_\_\_\_\_
            One of its attorneys

Ronald Y. Rothstein – rrothstein@winston.com
Larry Desideri – ldesideri@winston.com
Eric Broxterman – ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record via email and First Class Mail this 12th day of May, 2008.

>Brian D. Roche – broche@reedsmith.com
>Carey L. Bartell – cbartell@reedsmith.com
>Vanessa C. Martí – vmarti@reedsmith.com
>
>REED SMITH LLP
>Attn: Brian D. Roche
>10 South Wacker Drive, Suite 4000
>Chicago, Illinois 60606
>
>_/s/ Eric Broxterman____
>One of LG USA's Attorneys