IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-cv-242<br>)<br>)  JURY DEMAND<br>)<br>) |

**INDEX OF EXHIBITS TO LG USA'S
FIRST AMENDED COMPLAINT**

Exhibit 1    Identifies several screenshots from www.whirlpool.com regarding Whirlpool's Duet® Steam Dryer.

Exhibit 2    Identifies several screenshots from www.maytag.com regarding Whirlpool's Bravos® Steam Dryer.

Dated:  May 13, 2008                                Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**


By:   /s/ Eric Broxterman_____
            One of its attorneys

Ronald Y. Rothstein – rrothstein@winston.com
Larry Desideri – ldesideri@winston.com
Eric Broxterman – ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record via email and First Class Mail this 13th day of May, 2008.

>Brian D. Roche – broche@reedsmith.com
>Carey L. Bartell – cbartell@reedsmith.com
>Vanessa C. Martí – vmarti@reedsmith.com
>
>REED SMITH LLP
>Attn: Brian D. Roche
>10 South Wacker Drive, Suite 4000
>Chicago, Illinois 60606
>
>
>   /s/ Eric Broxterman_____
>One of LG USA's Attorneys