**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

LG Electronics U.S.A., Inc.

                      Plaintiff,

v.                                              Case No.: 1:08−cv−00242
                                              Honorable Amy J. St. Eve

Whirlpool Corporation

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve: MOTION by Plaintiff LG Electronics U.S.A., Inc. for leave to file A FIRST AMENDED COMPLAINT [106] is entered. Status hearing held on 5/14/2008; Set deadlines/hearing as to motion for leave to file[106] :( Responses due by 5/20/2008, Replies due by 5/23/2008.) ( Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 6/11/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.