# EXHIBIT 1











› back to WED9600T    PRINT NOW

home › products › laundry gallery › dryers › WED9600T



# WED9600T

Naturally steam out wrinkles and odors with the touch of a button. The new Duet® Steam dryer features two cycles - Enhanced Touch-Up and Quick Refresh - that infuse clothing with steam to refresh and dewrinkle. Thanks to special plumbing that's easy to install, there's no need to add water at the start of every cycle. Plus, an NSF Certified Sanitize cycle eliminates 99.9% of infectious bacteria.

**Silver Metallic on White**
Model: WED9600TW
MSRP: **$1199.00**

**New Aspen**
Model: WED9600TA
MSRP: **$1299.00**

Prices shown are Manufacturer's Suggested Retail Price. Dealer alone determines actual price.

## PRODUCT FEATURES

### Features

- AccelerCare™ Drying System
- 10 Automatic Cycles
- Bulky Items Cycle
- Damp Dry Cycle
- Quick Dry Cycle
- Steam Care Cycles for Wrinkle and Odor Removal
- Adjustable End-of-Cycle Signal
- Wrinkle Shield™ Plus Feature (140 Minutes)
- 5 Temperature Selections
- Quiet Dry Plus Noise Reduction
- Dry Rack
- Easy View Dryer Door Window
- Reversible Side-Swing Door
- Electronic Controls
- Front-Mounted Lint Screen
- Interior Drum Light
- 4-Way Venting
- Audio Feedback
- Instructional Controls

**Dimensions**
Depth: 32 9/16 in.
Width: 27 in.
Maximum Height: 38 in.

**Electrical Requirements**
30 Ampere, 120/240 Volts, 60 Hertz (1/second). AC-ONLY. USE COPPER WIRE ONLY. A FOUR-WIRE OR THREE-WIRE, SINGLE PHASE ELECTRICAL SUPPLY REQUIRED. A TIME-DELAY FUSE OR CIRCUIT BREAKER AND SEPARATE CIRCUIT IS RECOMMENDED.