Optional Storage Pedestals

Optional Laundry Tower

Optional Laundry Worksurface

Flexible Installation with Matching Washer

## SPECIFICATIONS

### Appearance

Matching Washer

### Capacity

Capacity (Size): 7.4 (I.E.C.) Cubic foot

Capacity (Weight): 0

### Construction

Front Access

Reversible Door Style

Powder Coat Drum Material

Dry Rack

Inside Door Lint Screen

Power Cord & Venting Accessories

Stackable

### Controls

Electronic/Rotary Controls

### Dimensions

Depth with Door Open: 51 1/2 in.

Depth: 32 9/16 in.

Height: 38 in.

Maximum Height: 38 in.

Width: 27 in.

### Performance

### Capacity



3.4 — 7.4
7.4
CU. FT- IEC EQUIVALENT

**Whirlpool Customer Support**
For shopping assistance call 1-800-253-1301

Auto Dry Control

Cool Down Cycle

10 Cycles

Damp Dry

Delicate Cycle

Drum Light

Electronic Sensor Drying

Variable End-of-Cycle Signal

Extended Tumbling Cycle

Extra Dry Cycle

Interior Light

1/3 HP Motor

Electric Power

Quiet Dry Plus Sound Package

AccelerCare™ Temperature Control

5 Temperature Settings

Wrinkle Free Cycle

## Warranty

One Year Parts & Labor - See Use & Care Guide for Details
Warranty

REGISTERED TRADEMARK OF WHIRLPOOL, U.S.A.
ALL CONTENTS © 2006 WHIRLPOOL CORPORATION

› back to WED9600T  [PRINT NOW]