IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., | ) |
| | ) |
| *Plaintiff and Counter-defendant,* | ) |
| | ) Case No. 08 C 242 |
| v. | ) |
| | ) Honorable Amy J. St. Eve |
| WHIRLPOOL CORPORATION, | ) |
| | ) |
| *Defendant and Counter-plaintiff.* | ) |

## JOINT STATUS REPORT

LG Electronics U.S.A., Inc. ("LG") and Whirlpool Corporation ("Whirlpool") submit this Joint Status Report in advance of the status hearing scheduled for Wednesday, June 11, 2008, at 8:30 a.m. In connection with reporting to the Court the status of the litigation, the parties set forth herein a proposed amended scheduling order (extending the current pretrial schedule by approximately three months) that they would like to address with the Court at the status hearing on Wednesday. The parties report as follows:

*Discovery*

1.  Throughout May and June to-date, the parties have actively proceeded with discovery. The parties have exchanged written responses to interrogatories and document requests, begun document production, and have met and conferred to resolve discovery disputes. Extensive third-party discovery is proceeding as well.

2.  On May 28, 2008, LG filed an amended complaint adding, among other things, allegations related to the Maytag® Bravos™ Steam Dryer (in addition to the allegations related to Whirlpool's Duet® Steam Dryer). LG recently served additional document requests many of

which are related to its amendments, and Whirlpool will have additional document requests of LG.

*Proposed amended scheduling order*

3. In its May 22, 2008 order granting LG's motion for leave to file an amended complaint (Docket Entry No. 111), the Court stated that "[i]f good cause is shown, the Court will entertain a motion to extend the discovery deadline by a reasonable period of time." The parties have met and conferred, and in light of the ongoing discovery and additional allegations of the amended complaint, the parties respectfully submit the following proposed amended scheduling order, which would extend the current pretrial schedule (Docket Entry No. 102) by approximately three months:

June 20, 2008 – Parties to complete meeting and conferring on ESI production format and related issues;

July 25, 2008 – Parties anticipate completing production of all electronically stored information, with both parties to engage in rolling productions of documents responsive to pending requests until that date;

October 24, 2008 – Parties to exchange consumer survey expert reports on issues where the party has the initial burden of proof;

November 14, 2008 – Parties to exchange expert reports on issues where the party has the initial burden of proof;

December 19, 2008 – Parties to serve rebuttal expert reports;

February 27, 2009 – Close of all discovery (fact and expert);

March 31, 2009 – Parties to file dispositive motions with supporting memoranda (the current scheduling order ends with a dispositive motion date of December 19, 2008).

- 3 -

Dated: June 10, 2008

        Respectfully submitted,

        LG ELECTRONICS U.S.A., INC., Plaintiff

        By: /s/Ronald Y. Rothstein
            Ronald Y. Rothstein
            Larry Desideri
            Eric Broxterman
            WINSTON & STRAWN LLP
            35 West Wacker Drive
            Chicago, Illinois 60601
            Telephone: (312) 558-5600
            Facsimile: (312) 558-5700
            rrothstein@winston.com

        WHIRLPOOL CORPORATION, Defendant

        By: /s/ Brian D. Roche
            Brian D. Roche
            Jennifer Yule DePriest
            Vanessa Martí Heftman
            REED SMITH LLP
            10 South Wacker Drive, Suite 4000
            Chicago, Illinois 60606
            Telephone: (312) 207-1000
            Facsimile: (312) 207-6400
            broche@reedsmith.com

            J. A. Cragwall, Jr.
            John J. Bursch
            Warner Norcross & Judd LLP
            900 Fifth Third Center
            111 Lyon Street NW
            Grand Rapids, Michigan 49503-2487
            Telephone (616) 752-2000

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008 I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

Ronald Y. Rothstein
rrothstein@winston.com
Bryna Joyce Roth Dahlin
bdahlin@winston.com
David Alexander Latchana
dlatchana@winston.com
Shannon Leigh Stevens
sstevens@winston.com
Eric L. Broxterman
ebroxterman@winston.com

and by U.S. Mail to the following non-registered party:

Mary M. Hutchings
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

/s/ Brian D. Roche
Brian D. Roche
Jennifer Yule DePriest
Vanessa Martí Heftman
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
broche@reedsmith.com

J. A. Cragwall, Jr.
John J. Bursch
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Telephone (616) 752-2000

CHILIB-2184892.2