UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

LG Electronics U.S.A., Inc.
                          Plaintiff,

v.                                                               Case No.: 1:08−cv−00242
                                                                Honorable Amy J. St. Eve

Whirlpool Corporation
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/11/2008 and continued to 8/6/08 at 8:30 a.m. Parties' joint oral motion to modify discovery schedule is granted. Parties are to complete meeting and conferring on ESI production format and related issues by 6/20/08. Parties are to complete production of all electronically stored information by 6/25/08. Parties are to exchange consumer survey expert reports on issues where the party has the initial burden of proof by 10/24/08. Parties are to exchange expert reports on issues where the party has the initial burden of proof by 11/14/08. Rebuttal expert reports to be served by 12/19/08. Close of all discovery (fact and expert) set for 2/27/08. Dispositive motions with supporting memoranda to be filed by 3/31/09.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.