IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-cv-242<br>)<br>)<br>)  JURY DEMAND<br>)<br>) |

## SECOND AMENDED COMPLAINT

### INDEX TO EXHIBITS

EXHIBIT 1    Advertisements for the Duet® Steam Dryer

EXHIBIT 2    Advertisements for the Maytag® Bravos™ Steam Dryer

EXHIBIT 3    Advertisements for the Cabrio® Steam Dryer

# EXHIBIT 1











back to WED9600T    PRINT NOW

home > products > laundry gallery > dryers > WED9600T



## WED9600T

Naturally steam out wrinkles and odors with the touch of a button. The new Duet® Steam dryer features two cycles - Enhanced Touch-Up and Quick Refresh - that infuse clothing with steam to refresh and dewrinkle. Thanks to special plumbing that's easy to install, there's no need to add water at the start of every cycle. Plus, an NSF Certified Sanitize cycle eliminates 99.9% of infectious bacteria.

Silver Metallic on White
Model: WED9600TW
MSRP: $1199.00

New Aspen
Model: WED9600TA
MSRP: $1299.00

Prices shown are Manufacturer's Suggested Retail Price. Dealer alone determines actual price.

PRODUCT FEATURES

### Features

AccelerCare™ Drying System

10 Automatic Cycles

Bulky Items Cycle

Damp Dry Cycle

Quick Dry Cycle

Steam Care Cycles for Wrinkle and Odor Removal

Adjustable End-of-Cycle Signal

Wrinkle Shield™ Plus Feature (140 Minutes)

5 Temperature Selections

Quiet Dry Plus Noise Reduction

Dry Rack

Easy View Dryer Door Window

Reversible Side-Swing Door

Electronic Controls

Front-Mounted Lint Screen

Interior Drum Light

4-Way Venting

Audio Feedback

Instructional Controls

**Dimensions**
Depth: 32 9/16 in
Width: 27 in
Maximum Height: 38 in

**Electrical Requirements**
30 Ampere, 120/240 Volts, 60 Hertz (1/second) AC-ONLY. USE COPPER WIRE ONLY. A FOUR-WIRE OR THREE-WIRE, SINGLE PHASE ELECTRICAL SUPPLY REQUIRED. A TIME-DELAY FUSE OR CIRCUIT BREAKER AND SEPARATE CIRCUIT IS RECOMMENDED.

- Optional Storage Pedestals
- Optional Laundry Tower
- Optional Laundry Worksurface
- Flexible Installation with Matching Washer

## SPECIFICATIONS

### Appearance

Matching Washer

### Capacity

Capacity (Size): 7.4 (I.E.C.) Cubic foot

Capacity (Weight): 0

### Construction

- Front Access
- Reversible Door Style
- Powder Coat Drum Material
- Dry Rack
- Inside Door Lint Screen
- Power Cord & Venting Accessories
- Stackable

### Controls

Electronic/Rotary Controls

### Dimensions

Depth with Door Open: 51 1/2 in.

Depth: 32 9/16 in.

Height: 38 in.

Maximum Height: 38 in.

Width: 27 in.

### Performance

### Capacity

3.4                                          7.4

                                              7.4
                        CU. FT. IEC EQUIVALENT

**Whirlpool Customer Support**
For shopping assistance call 1-800-253-1301

Auto Dry Control

Cool Down Cycle

10 Cycles

Damp Dry

Delicate Cycle

Drum Light

Electronic Sensor Drying

Variable End-of-Cycle Signal

Extended Tumbling Cycle

Extra Dry Cycle

Interior Light

1/3 HP Motor

Electric Power

Quiet Dry Plus Sound Package

AccelerCare™ Temperature Control

5 Temperature Settings

Wrinkle Free Cycle

Warranty

One Year Parts & Labor - See Use & Care Guide for Details
Warranty

back to WED9600T    PRINT NOW

# EXHIBIT 2



PRODUCTS

Home > Products > Laundry > Dryers > MED6600TQ

Search

🖶 PRINT PAGE  ✉ EMAIL PAGE



Maytag® Bravos® Steam Electric
# DRYER
MED6600TQ : **SteamClean Option**

Refresh a couple of items or even a full load. This Bravos® dryer features steam enhanced cycles that relax wrinkles and remove odors from dry clothing. A DuraCushion™ dryer drum provides dependable tumbling with less friction and wear, while an innovative suspension system fosters quiet operation. Thanks to the GentleBreeze™ drying system, clothes dry quickly and efficiently.

VIEW DEMO



**MED6600TQ**
DRYER

### PRODUCT DETAILS

◀ COLORS & SPECS

◀ FEATURES

◀ MANUALS & LITERATURE

◀ SERVICE PLANS

ACCESSORIES ▶

ABOUT MAYTAG   CONTACT US   PRESS ROOM   SPECIAL OFFERS

SITE INDEX

Terms of use | Priv

© 2008 Maytag. All rights reserved. ® Trademark/TM Trademark of Maytag Corporation or its related compan



EXHIBIT 3



> back to WGD6600V

home > products > laundry gallery > dryers > WGD6600V

## WGD6600V



Naturally steam out wrinkles and odors with the push of a button. Two steam cycles, Quick Refresh and Enhanced Touch-Up, take clothes from lying there to ready-to-wear in as little as 15 minutes. Plus, the Cabrio® Steam dryer uses a 'Y' connector, the industry's first direct water installation method. Now, there's no need to manually add water at the start of every steam cycle.

**White-on-White**
Model: WGD6600VW
MSRP: **$909.00**

**Diamond Dust**
Model: WGD6600VU
MSRP: **$1009.00**

Prices shown are Manufacturer's Suggested Retail Price. Dealer alone determines actual price.

### PRODUCT FEATURES

### Features

7.0 Cu. Ft. Capacity

7 Cycles

2 Steam Cycles

Quick Refresh - Relaxes Wrinkles and Removes Odors from 1 to 5 Garments in as Little as 15 Minutes

Enhanced Touch Up - Infuses Clothing with Temperature and Time - from 15 to 40 Minutes - That You Control

Direct Water Installation Method - Y-Connector Taps Directly into Current Water Line

Window Door

AccelerCare™ Drying System

5 Temperature Selections

Wrinkle Shield™ Plus Feature (90 Minutes)



**Dimensions**
Depth: 30 1/8 in.
Width: 29 in.
Maximum Height: 42 in.

**Electrical Requirements**
15 OR 20 Ampere, 120 Volts, 60 Hertz (1/second). AC-ONLY. A FOUR-WIRE OR THREE-WIRE, SINGLE PHASE ELECTRICAL SUPPLY REQUIRED. A TIME-DELAY FUSE OR CIRCUIT BREAKER AND SEPARATE CIRCUIT IS RECOMMENDED.

### SPECIFICATIONS

### Appearance

Matching Washer

Porcelain Top and Lid



> back to WED6600V

home > products > laundry gallery > dryers > WED6600V



## WED6600V

Naturally steam out wrinkles and odors with the push of a button. Two steam cycles, Quick Refresh and Enhanced Touch-Up, take clothes from lying there to ready-to-wear in as little as 15 minutes. Plus, the Cabrio® Steam dryer uses a 'Y' connector, the industry's first direct water installation method. Now, there's no need to manually add water at the start of every steam cycle.

**White-on-White**
Model: WED6600VW
MSRP: **$849.00**

**Diamond Dust**
Model: WED6600VU
MSRP: **$949.00**

Prices shown are Manufacturer's Suggested Retail Price. Dealer alone determines actual price.

### PRODUCT FEATURES

### Features

7.0 Cu. Ft. Capacity

7 Cycles

2 Steam Cycles

Quick Refresh - Relaxes Wrinkles and Removes Odors from 1 to 5 Garments in as Little as 15 Minutes

Enhanced Touch Up - Infuses Clothing with Temperature and Time - from 15 to 40 Minutes - That You Control

Direct Water Installation Method - Y-Connector Taps Directly into Current Water Line

Window Door

AccelerCare™ Drying System

5 Temperature Selections

Wrinkle Shield™ Plus Feature (90 Minutes)



**Dimensions**
Depth: 30 1/8 in.
Width: 29 in.
Maximum Height: 42 in.

**Electrical Requirements**
30 Ampere, 120/240 Volts, 60 Hertz (1/second). AC-ONLY. USE COPPER WIRE ONLY. A FOUR-WIRE OR THREE-WIRE, SINGLE PHASE ELECTRICAL SUPPLY REQUIRED. A TIME-DELAY FUSE OR CIRCUIT BREAKER AND SEPARATE CIRCUIT IS RECOMMENDED.

### SPECIFICATIONS

### Appearance

Matching Washer

Porcelain Top and Lid