**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., )<br>  a subsidiary of LG Electronics, Inc., )<br>  a Korean company, )<br>)<br>                      Plaintiff, )<br>)<br>      v. )<br>)<br>WHIRLPOOL CORPORATION, )<br>)<br>                      Defendant. ) | Case No. 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

## MOTION TO WITHDRAW APPEARANCE OF DAVID A. LATCHANA

Winston & Strawn LLP, pursuant to Local Rule 83.17, respectfully moves to withdraw David A. Latchana as counsel of record for Plaintiff/Counter-Defendant LG Electronics U.S.A., Inc. ("LG USA") in the above-captioned matter, and in support thereof states as follows:

1. David A. Latchana is currently a counsel of record for LG USA in the above-captioned matter;

2. As of July 3, 2008, David A. Latchana is no longer employed by Winston & Strawn LLP and will no longer represent LG USA in this action;

3. The other appearances for LG USA will remain the same, and LG USA will continue to be represented by the remaining counsel of record from Winston & Strawn LLP. No prejudice or delay will occur by granting this motion to withdraw.

WHEREFORE, for all the foregoing reasons, Winston & Strawn LLP respectfully requests that the Court grant its motion to withdraw the appearance of David A. Latchana as counsel for LG USA in the above-captioned matter.

Dated:  July 16, 2008                     Respectfully submitted,

                                                                          By:  /s/  David Latchana

David Latchana – dlatchana@winston.com
Ronald Y. Rothstein – rrothstein@winston.com
Larry Desideri – ldesideri@winston.com
Eric Broxterman – ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record via the Court's electronic filing system this 16th day of July, 2008.

        Brian D. Roche – broche@reedsmith.com
        Jennifer DePriest – jdepreist@reedsmith.com
        Vanessa C. Martí – vmarti@reedsmith.com

        /s/  Eric Broxterman