IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>  a subsidiary of LG Electronics, Inc.,<br>  a Korean company,<br><br>                    Plaintiff,<br><br>       v.<br><br>WHIRLPOOL CORPORATION,<br><br>                    Defendant. | Case No. 08 C 242<br><br>Judge St. Eve<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO:   Brian D. Roche
      10 South Wacker Drive, Suite 4000
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Amy J. St. Eve on July 22, 2008 at 8:30 A.M. in Courtroom 1241 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present the Motion to Withdraw Appearance of David A. Latchana, a copy of which has been served upon you.

Dated:  July 16, 2008                        Respectfully submitted,

By:  /s/   David Latchana

David Latchana – dlatchana@winston.com
Ronald Y. Rothstein – rrothstein@winston.com
Larry Desideri – ldesideri@winston.com
Eric Broxterman – ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record via the Court's electronic filing system this 16th day of July, 2008.

        Brian D. Roche – broche@reedsmith.com
        Jennifer DePriest – jdepreist@reedsmith.com
        Vanessa C. Martí – vmarti@reedsmith.com


        /s/ Eric Broxterman