# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

LG Electronics U.S.A., Inc.

          Plaintiff,

v.                 Case No.: 1:08−cv−00242
                Honorable Amy J. St. Eve

Whirlpool Corporation

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion to withdraw appearance [118] is granted. Attorney David Alexander Latchana terminated. No appearance is required on the 7/22/08 notice date.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.