

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: David A. Latchana

FIRM: Wolverine World Wide, Inc.

STREET ADDRESS: 9341 Courtland Dr. NE

CITY/STATE/ZIP: Rockford, MI 49351

PHONE NUMBER:

E-MAIL ADDRESS: david.latchana@wwwinc.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6277861

**FILED**
JUL 2 1 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-cv-242 | LG Electronics U.S.A., Inc. v. Whirlpool Corporation | St. Eve |
| | | |
| | | |
| | | |
| | | |

08 CV 242

_____   7/8/08
Attorney's Signature              Date