**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC.,   ) | | |
|   a subsidiary of  LG Electronics, Inc.,   ) | | |
|   a Korean company,   ) | **Civil Action No. 08 C 242** | |
| ) | | |
| Plaintiff,   ) | **Judge St. Eve** | |
| ) | | |
| v.   ) | **Magistrate Judge Mason** | |
| ) | | |
| WHIRLPOOL CORPORATION,   ) | | |
| ) | | |
| Defendant.   ) | | |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL UNREDACTED
DOCUMENTS AND INSTANT MESSAGES**

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.2, Plaintiff LG Electronics U.S.A., Inc. ("LG USA") hereby moves this Court to compel Defendant Whirlpool Corporation ("Whirlpool") to: (1) produce all documents without redactions unless the redactions are based on privilege, (2) provide a privilege log justifying all remaining redactions, and (3) produce all responsive instant messages within one week of the Court's order.

LG USA hereby certifies in accordance with Federal Rule of Civil Procedure 37(a)(1) and Local Rule 37.2 that it has in good faith attempted to confer with Whirlpool and has been unable to resolve the current disputes without the Court's intervention.

Further support for this Motion is detailed in the Memorandum of Law, filed herewith.

Dated:  September 25, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**


By:  /s/ Eric Broxterman_____
          One of its attorneys

Ronald Y. Rothstein - rrothstein@winston.com
Bryna Dahlin  - bdahlin@winston.com
Eric Broxterman - Ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion to Compel Unredacted Documents and Instant Messages**, has been served on the following counsel of record via the Court's electronic filing system this 25th day of September, 2008.

> Brian D. Roche – broche@reedsmith.com
> Jennifer DePriest – jdepriest@reedsmith.com
> Vanessa C. Martí – vmarti@reedsmith.com
> REED SMITH LLP
> 10 South Wacker Drive, Suite 4000
> Chicago, Illinois 60606
>
> J. A. Cragwall , Jr. - jcragwall@wnj.com
> WARNER, NORGROSS & JUDD LLP
> 900 Fifth Third Center
> 111 Lyons Street NW
> Grand Rapids , MI 49506
> (616) 752-2000
>
> John J. Bursch - jbursch@wnj.com
> WARNER, NORGROSS & JUDD LLP
> 111 Lyon Street NW
> Suite 900
> Grand Rapids , MI 49503
> (616) 752 2474

/s/ Eric Broxterman_____
One of LG USA's Attorneys