**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LG ELECTRONICS U.S.A., INC.,** | ) | |
| a subsidiary of LG Electronics, Inc., | ) | |
| a Korean company, | ) | |
| | ) | **Case No. 08 C 242** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Hon. Amy J. St. Eve** |
| | ) | |
| v. | ) | |
| | ) | |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF LG ELECTRONICS U.S.A., INC.'S
<u>MOTION TO SEAL</u>**

Plaintiff LG Electronics U.S.A., Inc. ("LG USA"), by its undersigned counsel, Winston & Strawn LLP, hereby requests that this Court grant it leave to file the following document under seal: (1) Memorandum of Law in Support of Plaintiff LG USA's Motion To Compel Unredacted Documents and Instant Messages, with exhibits. In support of its motion, LG USA states as follows:

1. On September 25, LG USA filed a Motion to Compel Unredacted Documents and Instant Messages. In support of its motion, LG USA also filed, a Redacted Memorandum of Law and supporting exhibits;

2. Filed contemporaneously with this Motion is an unredacted version of LG USA's Memorandum of Law and supporting exhibits;

3. These unredacted documents describe and cite information that Defendant Whirlpool Corporation ("Whirlpool") has labeled as "Highly Confidential." According to

paragraph 18 of the Stipulated Protective Order signed by the LG USA and Whirlpool and entered by this Court on XXX, LG USA is required to file these documents under seal.

WHEREFORE, for the foregoing reasons, LG USA respectfully requests that its Motion to Seal be granted and that it be granted leave to file the following document under seal: (1) Memorandum of Law in Support of Plaintiff LG USA's Motion to Compel Unredacted Documents and Instant Messages, with exhibits.

Dated: September 25, 2008

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**

By: /s/ Eric Broxterman
      One of its attorneys

Ronald Y. Rothstein – rrothstein.com
Bryna Dahlin – bdahlin@winston.com
Eric Broxterman – ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
rrothstein@winston.com
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion to Seal** has been served on the following counsel of record via email this 25th day of September, 2008.

> Brian D. Roche – broche@reedsmith.com
> Jennifer DePriest – depriest@reedsmith.com
> Vanessa C. Marti – vmarti@reedsmith.com
> REED SMITH LLP
> 10 South Wacker Drive, 40th Floor
> Chicago, Illinois 60606

> /s/ Eric Broxterman_____
> One of LG USA's Attorneys