## <u>Index of Exhibits</u>

1)      Exhibit A – May 13, 2008 Letter

2)      Exhibit B – Document WHR000184

3)      Exhibit C – Document WHR009349

4)      Exhibit D – Document WHR 022408

5)      Exhibit E – September 10, 2008 Letter

6)      Exhibit F – Document WHR043975

7)      Exhibit G – September 11, 2008  Letter

8)      Exhibit H – September 16, Letter

9)      Exhibit I – September 19, 2008 Letter

10)    Exhibit J - Document titled "Why Not Steam"

11)    Exhibit K – Document WHR000205

12)    Exhibit L – Document WHR016391

13)    Exhibit M – Document WHR016469

14)    Exhibit N – Document WHR024030

15)    Exhibit O – Document WHR023983

16)    Exhibit P – Document WHR025023

17)    Exhibit Q – Document WHR024928

18)    Exhibit R – Document WHR025011

19)    Exhibit S – Document WHR025053

20)    Exhibit T – Document WHR020553

21)    Exhibit U – Document WHR025744

22)    Exhibit V – Document WHR025766

# EXHIBIT A

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON EC4N 8NH
UNITED KINGDOM

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1400 L STREET, N.W.
WASHINGTON, D.C. 20005-3502

WRITER'S DIRECT DIAL NUMBER
312/558-7872
ebroxterman@winston.com

May 13, 2008

Jennifer DePriest
Reed Smith LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606

Re:    *LG Electronics USA, Inc. v. Whirlpool Corp.*, **Case No. 08 C 242 (N.D. Ill.)**

Dear Jennifer:

I write in response to your May 9, 2008 letter. While this letter responds to your inquiries in the May 9, 2008 letter, LG USA reserves the right to identify any further objections to your document requests.

## I.    LG USA's Objection To Whirlpool's Document Requests

### A.    Categories Of Documents

As LG USA has stated numerous times, LG USA has agreed to produce all responsive non-privileged documents to many of Whirlpool's document requests. *See* LG USA's Responses to Nos. 1, 2, 9, and 11 of Whirlpool's First Set of Document Requests and Nos. 14, 18, 19, 22, and 24 of Whirlpool's Third Set of Document Requests. Contrary to your assertion, LG USA has in fact produced a substantial number of documents responsive to the discovery requests identified, including documents which are encompassed by other document requests. Further, as stated, LG USA has not withheld any documents relating to the specific categories of documents listed in Part I of your April 18, 2008 letter, unless they are privileged. As LG USA has also previously stated, several of these categories of documents are not in LG USA's possession, custody, or control.

WINSTON & STRAWN LLP

Jennifer DePriest
May 13, 2008
Page 2

Moreover, in LG USA's other responses to Whirlpool's Requests for Documents, LG USA merely limited its responses to documents relating to steam technology, the subject of this litigation. With regards to your requests for documents related to "the performance of the dryers in removing wrinkles and odors, the functionality of freshening clothes in LG and Whirlpool's dryers, whether the SteamFresh™ cycle in LG's Tromm® Steam Dryer uses only steam and not water, the energy efficiency of LG's Tromm® Steam Dryer, the performance of the SteamFresh™ cycle in LG's Tromm® Steam Washer, and LG's claim to be the first to have offered a steam washer and dryer," LG has repeatedly stated that we are not withholding any documents based on these categories, unless they are privileged. Furthermore, LG is confused as to how these issues are not encompassed by "steam technology." Nevertheless, to the extent that any exist, LG USA has produced all responsive documents in its possession, custody, or control and has not withheld any documents, unless they are privileged.

Because of its supplemental obligations, LG USA will continue to monitor all possible sources for non-privileged responsive documents, producing any additional responsive non-privileged documents that LG USA may discover as soon as possible.

## B.    Documents Related To TrueSteam™

LG USA reiterates its objection that Request No. 13 of Whirlpool's Third Set of Document Requests ("All documents that refer or relate to the adoption or use of the term TrueSteam™ by LG") is overly broad and unduly burdensome because it seeks documents related to the use or adoption of the term "TrueSteam" in other appliances besides LG USA's Tromm® Dryer and/or Washer. To the extent that they exist and LG USA has documents in its possession, custody, or control related the use and adoption of the term "TrueSteam" regarding LG USA's Steam Washer and Dryer, LG USA has produced all responsive documents in its possession, custody, or control and has not withheld any documents, unless they are privileged.

## C.    Documents Related To Energy Efficiency Claims

With regards to documents related to LG USA's claims in this lawsuit that its Steam Dryer is more energy efficient that Whirlpool's Duet® Steam Dryer, to the extent that any exist, LG USA has produced all responsive documents in its possession, custody, or control and has not withheld any documents, unless they are privileged.

## D.    Documents Related To Whirlpool's Counterclaims

With regards to documents related to LG USA's claims in this lawsuit that its Steam Dryer does not use water, to the extent that any exist, LG USA has produced all responsive documents in its possession and has not withheld any documents, unless they are privileged.

LG USA reiterates its objection that Request No. 19 of Whirlpool's Third Set of Document Requests ("All documents that refer or relate to the television commercial commonly

**WINSTON & STRAWN** LLP

Jennifer DePriest
May 13, 2008
Page 3

known as "Dirty City") is overly broad and unduly burdensome because it does not specify what commercial is commonly known as "Dirty City." Because LG USA has several commercials regarding its numerous products, requesting documents relating to a commercial that Whirlpool does not define constitutes an overly broad and unduly burdensome request. In its May 9, 2008 letter, Whirlpool has once again refused to define the commercial that it refers to as "Dirty City." LG USA has not withheld any documents stating the phrase "Dirty City." Because this phrase is Whirlpool's term, Whirlpool is obligated to provide a definition of what this term means. Without such definition from Whirlpool, LG USA cannot assure Whirlpool that it has produced all non-privileged documents within its possession related to the commercial in question. LG has produced all responsive documents in its possession and has not withheld any documents, unless they are privileged, related to the thirty-second LG USA television commercial for the LG Steam Washer available on its website depicting a woman traveling through a city, arriving home, and using the LG Steam Washer to freshen her dress. LG USA requests that Whirlpool confirm if this is the commercial that is the subject of its Counterclaim and Request No. 19 of Whirlpool's Third Set of Document Requests or otherwise define the phrase "Dirty City" commercial.

> **E.  Documents Regarding The Use Of Steam To Remove Wrinkles In LG USA's Steam Dryer And Washer**

LG USA reiterates its objection that Request No. 15 ("All documents that refer, relate to, refute, or support LG's claim that the LG Tromm® Steam Dryer employs 'steam' in relaxing wrinkles") and Request No. 17 of Whirlpool's Third Set of Document Requests ("All documents that refer, relate to, refute, or support LG's claim that the LG Tromm® Steam Washer employs 'steam' in relaxing wrinkles") are overly broad because they seek every document that refers to steam that LG USA's Tromm® Steam Washer and/or Dryer employs. Several public news articles address the steam that is employed by LG's Tromm® Steam Washer and/or Dryer, which are in the public domain and are equally available to both LG USA as well and Whirlpool. Other than such publicly available documents, to the extent they exist, LG USA has produced all responsive documents in its possession and has not withheld any documents, unless they are privileged.

*      *      *      *      *      *

LG USA is aware of its supplemental obligations and will continue to monitor all possible data bases, files and folders for non-privileged responsive documents. If LG USA discovers any additional responsive non-privileged documents, we will make a supplemental production as soon as possible.

> **III.  Whirlpool's Failure to Produce Documents Responsive to LG USA's Document Requests**

Contrary to Whirlpool's statements that it has produced all documents to all of LG USA's discovery requests, the following are areas and categories that LG USA requested and would

WINSTON & STRAWN LLP

Jennifer DePriest
May 13, 2008
Page 4

have expected to see, but are not included in Whirlpool's production. Please note that Whirlpool was ordered by the Court on January 17, 2008 to produce documents responsive to LG USA's First Set of Document Requests by February 1, 2008.

- Engineering documents relating to the design and development of the Duet® Steam Dryer (First Set, Req. 1; Second Set, Req. 3; Fourth Set, Reg. 4);

- Documents related to Whirlpool's adoption of term "Myst" to describe its steam dryer including internal deliberations concerning the term, and communications with outside agencies and consultants (First Set, Req. 1; Second Set, Req. 2);

- Documents relating to the reasons why Whirlpool changed the name of its steam dryer from "Myst" to "Duet® Steam" (First Set, Req. 1; Second Set, Req. 3);

- Documents showing tests conducted by Whirlpool that prove that the Duet® Steam Dryer produces steam (First Set, Req. 1; Second Set, Req. 3; Fourth Set, Req. 1);

- Documents showing how Whirlpool defines the term "steam" to potential consumers (Second Set, Req. 2; Fourth Set, Req. 2);

- All documents relating to Whirlpool's "directional survey" regarding the "Dirty City" commercial as mentioned in its September 21, 2007 letter (Fourth Set, Req. 7, 17);

- Documents supporting or refuting Whirlpool's claims that it is suffering or will suffer irreparable harm or damages of any kind (Fourth Set, Req. 22);

- Documents and correspondence to or from Pamela Rogers and or Audrey Reed Granger regarding the marketing and advertising of Whirlpool's Duet® Steam Dryer (First Set, Req. 1; Fourth Set, Req. 8);

- Documents, tests, or correspondence to or from Kirk Dunsbergen regarding the design and operation of Whirlpool's Duet® Steam Dryer (First Set, Req. 1; Second Set, Req. 3; Fourth Set, Req. 13; Whirlpool's 26(a) disclosures);

- All documents described in Whirlpool's 26(a) disclosures that it may use to support its claims or defenses (Whirlpool's 26(a) disclosures);

- All documents and screenshots available at www.whirlpool.com regarding the Duet® Steam Dryer (First Set, Req. 1);

- Documents relating to the training and sales material and other information to promote Whirlpool's Duet® Steam Dryer (Fourth Set, Req. 11, 12);

**WINSTON & STRAWN** LLP

Jennifer DePriest
May 13, 2008
Page 5

- Documents and correspondence to and from the third party company Peppercorn, including, but not limited to, emails and communications from Melissa Vigue or Trish Taylor (First Set, Req. 1; Second Set, Req. 2, 3; Fourth Set, Req. 8-12);

- Documents created prior to the start of this litigation showing the temperature of the air inside the dryer drum of the Duet® Steam Dryer (First Set, Req. 1; Fourth Set, Req. 1, 4);

- Documents comparing efficiencies between the Duet® Steam Dryer and the LG Steam Dryer including, but not limited to, water and energy (Fourth Set, Req. 4, 8-10);

- Documents evidencing what Whirlpool asserts are its competitive advantages over the LG Steam Dryer (Fourth Set, Req. 4, 8-10);

- Documents highlighting the key aspects of steam (First Set, Req. 1; Second Set, Req. 2, 4; Fourth Set, Req. 13);

- Unredacted public press releases (First Set, Req. 1; Second Set, Req. 2; Fourth Set, Req. 8-12);

- Documents and correspondence to and from Cadence regarding the Duet® Steam Dryer (First Set, Req. 1; Second Set, Req. 2, 3; Fourth Set, Req. 8-12);

- Documents regarding the launch of the Whirlpool's Duet® Steam Dryer (First Set, Req. 1; Second Set, Req. 2, 3; Fourth Set, Req. 8-12);

- Documents related to the development and advertising materials for Whirlpool's Duet® Steam Dryer, including agency developed documents and correspondence with agencies including ARC Worldwide, Peppercorn, Cadence, AI Film & Video, Smith-Dahmer, ARS Advertising; Chicago ARS; Gladiator Garage Works; Method Home Products; and Publicis Creative (First Set, Req. 1; Second Set, Req. 2, 3; Fourth Set, Req. 8-12);

- Documents related to feedback from tradeshows where Whirlpool displayed its steam technology (Fourth Set, Req. 8, 12);

- Correspondence, notes, files or other documents from the team of engineers that reviewed and approved Dr. Malladi's expert report, which was submitted on February 11, 2008 in conjunction with Whirlpool's Response to LG USA's Motion for a preliminary Injunction (First Set, Req. 1; Fourth Set, Req. 1-4);

- Correspondence, notes, files, or other documents identified by Pamela S. Rogers as having knowledge regarding marketing and advertising of Whirlpool's Duet®

WINSTON & STRAWN LLP

Jennifer DePriest
May 13, 2008
Page 6

Steam Dryer (First Set, Req. 1; Second Set, Req. 2, 3; Fourth Set, Req. 8-12; Whirlpool's 26(a) disclosures);

- Documents related to advertising counsel to Whirlpool regarding laundry care products performed by Reed Smith LLP (Third Set, Req. 1);

- Documents related to Whirlpool's intended meaning of the word "steam" as it is used in both the name "Duet® Steam Dryer" and the Challenged Claims (Second Set, Req. 1); and

- Any survey, study or inquiry Whirlpool has conducted to ascertain consumer understanding of the term "steam" including but not limited to the "directional consumer perception survey" that Whirlpool references in its September 21, 2007 letter regarding the LG commercial that Whirlpool refers to as "Dirty City" (Second Set, Req. 1).

Moreover, LG USA received Whirlpool's Objections and Responses to LG USA's Fourth Set of Document Requests on May 5, 2008. According to those objections and responses, Whirlpool will be producing all non-privileged documents that are responsive to those requests. LG USA has not received any documents in response to its Fourth Set of Document Requests. LG USA requests that Whirlpool immediately produce the responsive documents or notify LG USA promptly of the date that LG USA will receive those documents.

LG USA is similarly troubled by the amount of information that Whirlpool has redacted on the documents that it has produced. Several types of documents were redacted, including press releases; documents comparing Whirlpool's Duet® Steam Dryer and the LG Tromm® Steam Dryer; pictures of the Duet® Steam Dryer; storyboards and advertisements relating to the Duet® Steam Dryer; and emails relating to the Duet® Steam Dryer. These are just a few examples of clearly relevant, non-privileged information that has been heavily redacted by Whirlpool in its production. LG USA requests that Whirlpool make a supplementary production of non-privileged, un-redacted documents as soon as possible.

LG USA requests a prompt response by May 15. If a response is not received by then, LG USA will seek relief from the Court.

Regards,

Eric L. Broxterman

EXHIBIT B

FILED UNDER SEAL

EXHIBIT C

FILED UNDER SEAL

# EXHIBIT D

# FILED UNDER SEAL

# EXHIBIT E

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

WRITER'S DIRECT DIAL NUMBER

(312) 558-7872
Ebroxterman@winston.com

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

September 10, 2008

**BY EMAIL**

Ms. Jennifer DePriest
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

Re:     **LG Electronics U.S.A. v. Whirlpool Corporation, No. 08cv242**

Dear Jennifer:

I write to memorialize our conference call on September 9, 2008 regarding various discovery issues.

## A.     Redaction of Whirlpool Documents

During the conference call, LG identified several documents that it believes were improperly redacted. These documents were only an example—there are thousands of documents Whirlpool has produced in this manner. Whirlpool stated that documents in its earlier productions were heavily redacted and that Whirlpool attempted to produce some of these "heavily redacted" documents with less redactions in its subsequent productions. However, while LG has located some of these less redacted documents, the remaining redactions appear to be similarly inappropriate and unjustified. Whirlpool stated that if the redacted documents have not already been produced in an appropriate format, it will be doing so by September 19, 2008. Whirlpool has agreed to work with LG regarding producing additional redacted documents in the proper format.

## B.     Missing Whirlpool Cost/Pricing Information

LG has not received any document relating to sales, costs, or profit information relating to the Whirlpool Duet Steam Dryer, Whirlpool Cabrio Steam Dryer, or the Maytag Bravos Steam Dryer. Whirlpool was not aware of any reason why these documents would have been withheld and agreed to look into this issue.

WINSTON & STRAWN LLP

Jennifer DePriest
September 10, 2008
Page 2

### C.  Missing Documents from Whirlpool's Dunrovin Meetings

LG stated that it has not received any documents relating to meetings held at Whirlpool's Dunrovin facility regarding "strategy" relating to the Duet Steam Dryer. LG requested all documents related to these meeting. Whirlpool said that it would investigate this issue.

### D.  Missing Documents relating to "Myst," "Mystique," and "Matador"

LG does not have all documents relating to the engineering, design and marketing of the Duet Steam Dryer. (By way of example, Whirlpool produced very few communications, such as emails, from the engineers involved in the development of the Duet Steam Dryer; and there are very few communications from the December 2006 time period when Whirlpool was determining what to name the dryer known today as the "Duet Steam Dryer".) LG has identified three terms Whirlpool used to describe/identify the Duet Steam Dryer prior to its official launch: Myst, Mystique, and Matador. LG asked Whirlpool to conduct a search of its documents using these three discrete search terms. Whirlpool stated that it would consider LG's request.

### E.  Missing Whirlpool Consumer Surveys

LG also identified a number of documents that referenced consumer surveys regarding Whirlpool's "steam" dryers or consumers' understanding of steam. LG, however, has not received any such consumer surveys. Whirlpool stated that it would produce such surveys.

Whirlpool also stated that it would produce the "directional survey"—identified in my August 26 letter—this week.

### F.  Nielsen Buzz Metrics

LG identified a third party, Nielsen Buzz Metrics, that was not listed on Whirlpool's supplemental interrogatory responses. LG asked Whirlpool to identify the nature of the work that Nielsen Buzz Metrics performed. Whirlpool said that it would look into the nature of the work performed by Nielsen Buzz Metrics.

### G.  Structured Databases

Both Whirlpool and LG confirmed that they were producing documents from the structured databases identified according to the e-discovery protocol.

### H.  Production of Documents

Both Whirlpool and LG stated that they were prepared to finish their document production on September 19, 2008.

WINSTON & STRAWN LLP

Jennifer DePriest
September 10, 2008
Page 3

## I. Whirlpool's Request for Additional Search Terms

Whirlpool asked if LG would run additional search terms such as Maytag, Bravos, Discovery, and Next. LG stated that it believes that it has already done a comprehensive search of documents and Whirlpool has still not identified any deficiencies in its document production. A request to use additional search terms is not a deficiency in LG's production. As stated previously, LG has already conducted a manual search of documents as well as an electronic search using key search terms. LG remains willing to conduct addition searches, if reasonable.

Whirlpool also asked that LG conduct a search using the general search term: (steam* or vapor* or mist*) w/5 (laundry or dryer* or washer* or cycle*). Again, Whirlpool has not identified any deficiency in LG's production to justify running such a broad search. However, as stated in our conference call, LG will look into the feasibility of such a search.

*\*\**

## J. Missing Whirlpool Instant Messaging

I also want to raise an additional issue that was not discussed in our conference call. It appears that Whirlpool employees use Instant Messaging ("IM") to communicate, yet we only have found one IM, and that was because it was incorporated into an email. Any IMs should have been retained pursuant to your litigation hold obligations, and are encompassed in the definition of "documents" in each of our document requests. Please immediately produce all IMs responsive to our requests.

Both LG and Whirlpool will meet and confer again on these issues on Thursday, September 11, at 3:00 p.m. It would be greatly beneficial if a representative from Warner Norcross & Judd LLP, who Whirlpool has identified as actually having done Whirlpool's document production, could be on the call as well, so that we may more quickly resolve the aforementioned issues.

Regards,

Eric Broxterman

EXHIBIT F

FILED UNDER SEAL

# EXHIBIT G

# WINSTON & STRAWN LLP

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

WRITER'S DIRECT DIAL NUMBER

312/558-7872
ebroxterman@winston.com

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

(312) 558-5600

FACSIMILE (312) 558-5700

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

September 11, 2008

**BY EMAIL**

Ms. Jennifer DePriest
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

   **Re:  LG Electronics U.S.A. v. Whirlpool Corporation, No. 08cv242**

Dear Jennifer:

   I write to memorialize our conference call on September 11, 2008 regarding various discovery issues.

### A.  Redaction of Whirlpool Documents

   During the conference call, Whirlpool was only able to discuss the specific documents that LG identified in the September 9 conference call. Specifically, Whirlpool stated that some documents were being redacted because they were irrelevant or were "forward looking" documents. When asked what specifically was irrelevant in the redacted documents, Whirlpool was unable to identify anything specific. Whirlpool agreed to cooperate with LG regarding producing documents in a less redacted format if and when LG later identifies such documents.

### B.  Missing Whirlpool Cost/Pricing Information

   Whirlpool stated that documents relating to sales, costs, or profit information relating to the Whirlpool Duet Steam Dryer, Whirlpool Cabrio Steam Dryer, or the Maytag Bravos Steam Dryer will be produced on September 19, 2008.

### C.  Missing Documents from Whirlpool's Dunrovin Meetings

   Whirlpool stated that additional documents relating to meetings held at Whirlpool's Dunrovin facility regarding "strategy" will be produced on September 19, 2008.

WINSTON & STRAWN LLP

Jennifer DePriest
September 11, 2008
Page 2

### D. Missing Documents relating to "Myst," "Mystique," and "Matador"

Whirlpool could not commit to running limited discrete search terms such as the Myst, Mystique, and Matador. Whirlpool did identify other names that were used during the development stage of the Duet Steam Dryer. Whirlpool stated that other internal names for the Duet were: Matador 1, Matador I, Matador 2, Matador II, Matador IIA, Matador IIB, M1, MI, M2, MII, M2A, M2B, MIIA, and MIIB. LG has agreed to search Whirlpool's current production with these search terms for documents that might relate to these dryers. LG also agreed to table this issue until it can review Whirlpool's production next Friday September 19 to see if Whirlpool produces any more documents relating to these dryers.

### E. Missing Whirlpool Consumer Surveys

Whirlpool stated that certain consumer surveys were produced. Regarding the consumer survey referenced in WHR000195, Whirlpool indicated that the survey was produced at WHR012860 and the consumer survey referenced in WHR005136 was produced at WHR035586. LG will review these documents.

### F. Nielsen Buzz Metrics

Whirlpool stated that third party Nielsen Buzz Metrics did absolutely no work for the Whirlpool Duet Steam Dryer, the Whirlpool Cabrio, or the Maytag Bravos. Whirlpool stated that because Nielsen Buss Metrics did not do any work for these dryers, Nielsen Buzz Metrics was not disclosed in its interrogatory responses.

### G. Whirlpool's Request for Additional Search Terms

LG stated that it is willing to run additional search terms, if reasonable. However, given the fact that Whirlpool is not willing to review its production at this time for additional responsive documents, LG does not see any reason to incur additional expenses running additional searches when Whirlpool is not willing to do the same. If Whirlpool is willing to conduct an additional review of its production regarding the deficiencies pointed out by LG, LG will be willing to conduct additional searches.

### H. Missing Whirlpool Instant Messaging

Whirlpool did not have any answer regarding responsive instant messages, which Whirlpool employees have used previously to communicate about its steam dryers. Whirlpool stated that they were still looking into this. Whirlpool also stated that no one from Norcross & Judd LLP was available to participate on the phone call today.

WINSTON & STRAWN LLP

Jennifer DePriest
September 11, 2008
Page 3

## I.   Volume of LG's Production

LG promised to provide an estimate of LG's production next Friday, September 19 by tomorrow.

Regards,

Eric Broxterman

# EXHIBIT H

# WINSTON & STRAWN LLP

| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
|---|---|---|
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON EC4N 8NH | (312) 558-5600 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (312) 558-5700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

WRITER'S DIRECT DIAL NUMBER

(312) 558-7872
Ebroxterman@winston.com

September 16, 2008

**BY EMAIL**

Ms. Jennifer DePriest
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

Re:     **LG Electronics U.S.A. v. Whirlpool Corporation, No. 08cv242**

Dear Jennifer:

I write regarding several discovery issues that were discussed last week during our conference calls on September 9 and September 11. I also write regarding Whirlpool's responses to LG's Fourth Set of Interrogatories, which were received yesterday.

## A.     Volume of LG's Production

LG estimates that it will produce approximately 10,000 pages this Friday. As explained last week, the vendor is unable to provide the exact page count until the production is conducted.

## B.     Additional Search Terms

Whirlpool asked LG to run additional searches with new search terms, despite having failed to identify any specific deficiencies in LG's production. LG stated that it has already conducted a comprehensive review of its documents and that using additional search terms at this stage of discovery would be costly, burdensome, and would not lead to any new relevant information. However, LG will agree to conduct additional searches using the search terms specifically identified by Whirlpool: Next w/5 dryer, Next w/5 washer, Discovery w/5 washer, Discovery w/5 dryer, Duet, Bravos, Maytag, and (steam* or vapor* or mist*) w/5 (laundry or dryer* or washer* or cycle*). LG will produce any documents resulting from these searches on Friday, September 19, 2008.

Given that LG is willing to conduct additional searches for responsive documents even though no deficiencies have been identified, it is troubling that Whirlpool is unwilling to do

WINSTON & STRAWN LLP

Jennifer DePriest
September 16, 2008
Page 2

the same even though its production to date is clearly deficient. LG has already discussed with Whirlpool several deficiencies in its production, which include: (1) Whirlpool has failed to produce numerous surveys—a "directional survey" as well as consumer surveys relating to "proof point research"; (2) Whirlpool employees use instant messaging to communicate, yet only one instant message has been produced; and (3) Whirlpool changed the name of its Duet Dryer from "Myst" to "Steam," yet very few documents were produced relating to this change.

LG has recently identified several more deficiencies in Whirlpool's production: (1) Whirlpool has failed to produce "customer studies to understand proof points; (2) Whirlpool has not produced the claims testing referenced in Lyn Voss's 7/20/07 email; (3) Whirlpool has neglected to produce documents related to the competitive comparison meeting between the Whirlpool steam washer/dryer and the LG steam washer/dryer; (4) Whirlpool has not produced the Steam-Assist Concept Refinement Qualitative Research (Dec 2005); and (5) Whirlpool has failed to produce the Steam-Assist Concept Refinement Quantitative Research (March 2006).

During the September 11 conference call, Whirlpool stated that it will produce additional documents related to some of these deficiencies on September 19, 2008. LG will review Whirlpool's production, and if the above deficiencies are not corrected by that production and Whirlpool still will not agree to run discrete search terms, LG will be forced to bring this matter to the attention of the Court.

## C. Redactions in Whirlpool's Production

Ron Rothstein had a conversation this afternoon with Brian Roche in which they discussed Whirlpool's improper redactions. Mr. Rothstein explained to Mr. Roche that any document created prior to the initiation of this lawsuit should not be redacted, except for privilege or products clearly not at issue in this litigation. Mr. Roche explained to Mr. Rothstein that Whirlpool attempted to correct the improper redactions in Whirlpool's initial productions by reproducing these documents with fewer redactions in subsequent productions. For example, Whirlpool's initial productions, WHR000001 through WHR011944, were allegedly reproduced in subsequent productions with fewer or no redactions. However, Mr. Rothstein explained that Whirlpool's subsequent productions still contain several hundred documents with improper redactions. Attached is a partial list of documents that contain improper redactions. The list only contains documents in which the word "REDACTED" was inserted into the blanked out portion of the document. However, there are several hundred more documents in which the word "REDACTED" does not appear in the blanked out portion of the document.

This is not the first time that LG has raised this issue with Whirlpool. In fact, LG first discussed this issue with Whirlpool in early May. Accordingly, LG insists that Whirlpool reproduce by Tuesday, September 23, any document that was created prior to the initiation of this lawsuit and was improperly redacted. LG will also be reviewing Whirlpool's production this Friday for improper redactions. If Whirlpool does not agree to produce all documents containing improper redactions by next Tuesday, or produces documents this Friday containing improper redactions, LG will bring this matter to the attention of the Court.

WINSTON & STRAWN LLP

Jennifer DePriest
September 16, 2008
Page 3

### D. Commercials

We have recently become aware of a new Whirlpool commercial regarding the Duet Steam Dryer depicting a puff of steam infusing an oxford shirt. This commercial has not been produced. Please immediately produce all commercials related to the Duet Steam Dryer, Maytag Bravos Steam Dryer, and Cabrio Steam Dryer, as set forth in Request No. 2 of LG's Second Set of Document Requests, Request 2 of LG's Fifth Set of Document Requests, and Request No. 2 of LG's Sixth Set of Document Requests.

### E. Whirlpool's Responses to Interrogatory Nos. 5-9, 13

In Whirlpool's responses to LG's Interrogatory Nos. 5-9 and 13, Whirlpool stated that "Whirlpool will produce or has produced non-privileged documents from which information responsive to this request maybe derived." Whirlpool, however, failed to comply with the Federal Rules of Civil Procedure in that it must identify the specific documents that provide the responsive information to LG's interrogatory responses. Accordingly, Whirlpool's responses violate Fed. R. Civ. P. 33(d).

Because Whirlpool failed to identify specific documents that are responsive to LG's interrogatories, Whirlpool's responses are deficient. Whirlpool must immediately identify all specific documents that are responsive to these interrogatories no later than September 19, 2008.

### F. Whirlpool's Response to Interrogatory No. 12

Interrogatory No. 12 seeks engineering documents that support Whirlpool's assertion that steam creation in the Duet® Steam Dryer involves heating with air exceeding 100° C. Instead of providing a response to this interrogatory, Whirlpool instead states that it will "identify the responsive documents containing this information after the document production is completed." Whirlpool's response is inappropriate. F.R.C.P 33 unambiguously provides that "[t]he responding party *must* serve its answers and any objections within 30 days after being served with the interrogatories." (emphasis added). Rule 33 does not provide additional time for a party to finish its production. Although counsel for Whirlpool stated on two separate occasions that it would complete document production for all outstanding document requests by September 19, this fact does not exempt Whirlpool from providing a timely response to LG's interrogatory responses. By no later than this Friday, Whirlpool is required to fully answer this interrogatory or specifically identify, in accordance with F.R.C.P. 33(d), all documents that provide responsive information relating this LG's interrogatory.

### G. Whirlpool's Response to Interrogatory Nos. 10 and 11

After Mr. Rothstein's conversation with Mr. Roche this afternoon, it is LG's understanding that Whirlpool will supplement its response to these interrogatories by Friday, September 19. Please inform us immediately if this is not correct.

WINSTON & STRAWN LLP

Jennifer DePriest
September 16, 2008
Page 4

Regards,

Eric Broxterman

cc:   Mr. Brian Roche

Whirlpool Redacted Docs 9 16 08.txt

WHRO13931
WHRO13957
WHRO13989
WHRO14023
WHRO14057
WHRO14068
WHRO14074
WHRO14086
WHRO14117
WHRO14154
WHRO14175
WHRO14201
WHRO14229
WHRO14260
WHRO14292
WHRO14322
WHRO14348
WHRO14377
WHRO14378
WHRO14382
WHRO14386
WHRO14388
WHRO14390
WHRO14391
WHRO14392
WHRO14393
WHRO14396
WHRO14438
WHRO14439
WHRO14440
WHRO14442
WHRO14492
WHRO14508
WHRO14514
WHRO14518
WHRO14523
WHRO14525
WHRO14530
WHRO14534
WHRO14535
WHRO14536
WHRO14539
WHRO14556
WHRO14563
WHRO14574
WHRO14614
WHRO14621
WHRO14710
WHRO14712
WHRO14713
WHRO14714
WHRO14715
WHRO14720
WHRO14966
WHRO14968
WHRO14969
WHRO14970
WHRO14973
WHRO14976
WHRO14978
WHRO14981
WHRO14984
WHRO14997

Whirlpool Redacted Docs 9 16 08.txt

WHR015008
WHR015010
WHR015021
WHR015031
WHR015050
WHR015052
WHR015094
WHR015098
WHR015114
WHR015116
WHR015122
WHR015125
WHR015127
WHR015135
WHR015138
WHR015141
WHR015201
WHR015206
WHR015208
WHR015218
WHR015219
WHR015221
WHR015238
WHR015241
WHR015244
WHR015270
WHR015272
WHR015315
WHR015316
WHR015326
WHR015337
WHR015339
WHR015341
WHR015374
WHR015405
WHR015411
WHR015415
WHR015417
WHR015419
WHR015421
WHR015422
WHR015428
WHR015445
WHR015451
WHR015452
WHR015456
WHR015473
WHR015475
WHR015476
WHR015481
WHR015483
WHR015484
WHR015491
WHR015495
WHR015497
WHR015499
WHR015507
WHR015515
WHR015517
WHR015520
WHR015522
WHR015560
WHR015606

Whirlpool Redacted Docs 9 16 08.txt

WHR015616
WHR015617
WHR015619
WHR015635
WHR015641
WHR015643
WHR015649
WHR015653
WHR015656
WHR015659
WHR015660
WHR015661
WHR015662
WHR015663
WHR015665
WHR015668
WHR015696
WHR015708
WHR015712
WHR015755
WHR015756
WHR015757
WHR015772
WHR015788
WHR015791
WHR015792
WHR015793
WHR015794
WHR015797
WHR015805
WHR015811
WHR015816
WHR015821
WHR015823
WHR015824
WHR015931
WHR015938
WHR015942
WHR015943
WHR015951
WHR015962
WHR015965
WHR015971
WHR015993
WHR015994
WHR015996
WHR016028
WHR016036
WHR016038
WHR016046
WHR016050
WHR016057
WHR016062
WHR016070
WHR016077
WHR016079
WHR016088
WHR016093
WHR016097
WHR016115
WHR016118
WHR016129
WHR016134

```
WHR016201
WHR016205
WHR016216
WHR016220
WHR016227
WHR016230
WHR016256
WHR016262
WHR016283
WHR016286
WHR016288
WHR016290
WHR016292
WHR016298
WHR016304
WHR016320
WHR016324
WHR016330
WHR016332
WHR016334
WHR016337
WHR016339
WHR016345
WHR016347
WHR016354
WHR016364
WHR016367
WHR016372
WHR016375
WHR016379
WHR016382
WHR016385
WHR016389
WHR016391
WHR016392
WHR016401
WHR016402
WHR016413
WHR016423
WHR016426
WHR016430
WHR016438
WHR016443
WHR016451
WHR016456
WHR016464
WHR016469
WHR016476
WHR016489
WHR016513
WHR016537
WHR016544
WHR016547
WHR016550
WHR016564
WHR016567
WHR016570
WHR016577
WHR016578
WHR016579
WHR016590
WHR016645
WHR016650
```

Whirlpool Redacted Docs 9 16 08.txt

```
WHRO16654
WHRO16670
WHRO16675
WHRO16678
WHRO16685
WHRO16690
WHRO16695
WHRO16697
WHRO16699
WHRO16704
WHRO16710
WHRO16717
WHRO16719
WHRO16742
WHRO16743
WHRO16744
WHRO16755
WHRO16757
WHRO16771
WHRO16772
WHRO16836
WHRO16839
WHRO16849
WHRO16862
WHRO16864
WHRO16867
WHRO16870
WHRO16872
WHRO16874
WHRO16876
WHRO16879
WHRO16881
WHRO16884
WHRO16886
WHRO16888
WHRO16898
WHRO16901
WHRO16909
WHRO16913
WHRO16919
WHRO16922
WHRO16971
WHRO16974
WHRO16981
WHRO16984
WHRO16993
WHRO16997
WHRO17000
WHRO17007
WHRO17021
WHRO17046
WHRO17086
WHRO17126
WHRO17143
WHRO17183
WHRO17201
WHRO17219
WHRO17240
WHRO17289
WHRO17335
WHRO17381
WHRO17384
WHRO17430
```

Whirlpool Redacted Docs 9 16 08.txt

WHR017435
WHR017444
WHR017447
WHR017450
WHR017453
WHR017454
WHR017455
WHR017456
WHR017467
WHR017470
WHR017471
WHR017474
WHR017475
WHR017476
WHR017479
WHR017482
WHR017483
WHR017484
WHR017485
WHR017486
WHR017487
WHR017488
WHR017489
WHR017490
WHR017491
WHR017494
WHR017498
WHR017499
WHR017500
WHR017505
WHR017511
WHR017535
WHR017539
WHR017560
WHR017575
WHR017580
WHR017601
WHR017617
WHR017669
WHR017674
WHR017679
WHR017714
WHR017720
WHR017721
WHR017725
WHR017729
WHR017764
WHR017765
WHR017767
WHR017780
WHR017789
WHR017797
WHR017800
WHR017801
WHR017804
WHR017810
WHR017812
WHR017814
WHR017823
WHR017830
WHR017832
WHR017835
WHR017840

Whirlpool Redacted Docs 9 16 08.txt

WHRO17846
WHRO17848
WHRO17850
WHRO17851
WHRO17853
WHRO17854
WHRO17855
WHRO17866
WHRO17873
WHRO17884
WHRO17886
WHRO17888
WHRO17890
WHRO17891
WHRO17894
WHRO17896
WHRO17897
WHRO17909
WHRO17912
WHRO17930
WHRO17933
WHRO17936
WHRO17937
WHRO17938
WHRO17944
WHRO17971
WHRO18095
WHRO18101
WHRO18135
WHRO18137
WHRO18138
WHRO18141
WHRO18151
WHRO18171
WHRO18176
WHRO18178
WHRO18181
WHRO18200
WHRO18260
WHRO18353
WHRO18358
WHRO18377
WHRO18397
WHRO18404
WHRO18407
WHRO18415
WHRO18431
WHRO18455
WHRO18548
WHRO18554
WHRO18556
WHRO18558
WHRO18563
WHRO18574
WHRO18593
WHRO18616
WHRO18625
WHRO18627
WHRO18719
WHRO18760
WHRO18766
WHRO18771
WHRO18776

Whirlpool Redacted Docs 9 16 08.txt

```
WHR018780
WHR018782
WHR018802
WHR018860
WHR018866
WHR018878
WHR018881
WHR018914
WHR018945
WHR018959
WHR018968
WHR018984
WHR018987
WHR018990
WHR019079
WHR019083
WHR019113
WHR019123
WHR019136
WHR019145
WHR011992
WHR012015
WHR012020
WHR012023
WHR012026
WHR012027
WHR012039
WHR012053
WHR012058
WHR012061
WHR012063
WHR012066
WHR012067
WHR012069
WHR012071
WHR012081
WHR012089
WHR012090
WHR012094
WHR012101
WHR012108
WHR012117
WHR012124
WHR012126
WHR012128
WHR012134
WHR012138
WHR012140
WHR012141
WHR012143
WHR012145
WHR012152
WHR012159
WHR012163
WHR012171
WHR012173
WHR012176
WHR012245
WHR012253
WHR012254
WHR012258
WHR012270
WHR012319
```

Whirlpool Redacted Docs 9 16 08.txt

WHR012335
WHR012336
WHR012342
WHR012346
WHR012355
WHR012368
WHR012388
WHR012389
WHR012432
WHR012441
WHR012461
WHR012466
WHR012468
WHR012474
WHR012478
WHR012604
WHR012628
WHR012632
WHR012634
WHR012643
WHR012678
WHR012682
WHR012686
WHR012697
WHR012714
WHR012729
WHR012860
WHR012909
WHR013050
WHR013054
WHR013057
WHR013063
WHR013067
WHR013075
WHR013085
WHR013094
WHR013119
WHR013122
WHR013125
WHR013128
WHR013136
WHR013140
WHR013141
WHR013144
WHR013148
WHR013154
WHR013155
WHR013158
WHR013161
WHR013163
WHR013165
WHR013168
WHR013172
WHR013179
WHR013194
WHR013195
WHR013197
WHR013218
WHR013241
WHR013326
WHR013369
WHR013370
WHR013398

Whirlpool Redacted Docs 9 16 08.txt

WHRO13404
WHRO13408
WHRO13414
WHRO13416
WHRO13421
WHRO13425
WHRO13429
WHRO13437
WHRO13441
WHRO13443
WHRO13444
WHRO13446
WHRO13466
WHRO13474
WHRO13484
WHRO13494
WHRO13496
WHRO13498
WHRO13542
WHRO13543
WHRO13550
WHRO13567
WHRO13569
WHRO13582
WHRO13584
WHRO13622
WHRO13624
WHRO13629
WHRO13649
WHRO13693
WHRO13697
WHRO13700
WHRO13705
WHRO13707
WHRO13708
WHRO13709
WHRO13719
WHRO13739
WHRO13742
WHRO13744
WHRO13745
WHRO13748
WHRO13756
WHRO13759
WHRO13776
WHRO13779
WHRO13783
WHRO13786
WHRO13790
WHRO13793
WHRO13795
WHRO13799
WHRO13843
WHRO13844
WHRO13848
WHRO13851
WHRO13868
WHRO13880
WHRO13885
WHRO13924
WHRO13930
WHRO19181
WHRO47640

# EXHIBIT I

# ReedSmith

**Jennifer Yule DePriest**
Direct Phone: +1 312 207 6444
Email: jdepriest@reedsmith.com
Direct Fax: 312.207.6400

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1312 207 1000
Fax +1 312 207 6400
www.reedsmith.com

September 19, 2008

**BY EMAIL**

Eric L. Broxterman
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

> **Re:    *LG v. Whirlpool***

Dear Eric:

I write in response to your letter dated September 16, 2008 and to address a number of discovery issues.

### Search terms

While we appreciate that LG has agreed to run additional search terms, I again note for the record that, contrary to your continued assertion, we previously identified specific deficiencies in LG's production as a result of its deficient list of search terms. *See, e.g.,* my letter to you dated August 6, 2008. As for the supplemental terms, while we appreciate that LG is searching for responsive documents referencing certain of LG's internal project names for its steam appliances (*i.e.,* Next and Discovery), we would expect LG to search for all such documents, whether or not we have identified the internal project name for you. If LG knows of other internal project names for its steam washer and dryer, it is LG's responsibility to ensure that those documents are produced. For example, we have seen references to other product/project names, *e.g.,* "Mayflower", "Neo" and "Columbus" – if these or any other terms relate to LG's steam laundry appliances, they (and any others) should be searched as well. Also, we have requested repeatedly that you include the search term "Cabrio" as LG asserted allegations regarding that product in its Second Amended Complaint. Please confirm that you are searching for documents related to Cabrio.

You also assert that Whirlpool's document production (which, with this week's production, will exceed 77,000 pages – far more than LG's production) is "clearly deficient" and identify a number of purported deficiencies. But your assertion is unfounded. *First,* your contention that Whirlpool "has failed to produce numerous surveys" is incorrect. As you may recall, you wrote on September 10 that LG "identified [during our September 9 call] a number of documents that referenced consumer surveys regarding Whirlpool's 'steam' dryers or consumers' understanding of steam" and asserted that LG "has not received any such surveys." To confirm, during our call on September 9, you identified for us two documents referencing certain "proof point" research, and I informed you last Thursday that Whirlpool had in fact produced this research and I gave you the bates-numbers for it. Moreover, we produced last

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Eric L. Broxterman
September 19, 2008
Page 2

**ReedSmith**

week the "directional survey" you referenced. *Second*, as for IM's, we have not seen any in LG's production. In any event, I told you that we are looking into the issue and I anticipate having an answer for you next week. *Third*, as for documents regarding the change of the internal name "Myst", we are producing additional documents this week in that regard.

As for the "several more" purported deficiencies, your statement that Whirlpool has "failed" to produce these documents distorts the record. *First*, you assert that Whirlpool has failed to produce "customer studies to understand proof points["]. As noted above, we have directed you to specific proof point research. You appear to be quoting from something, but it is unclear what additional information you are seeking. If you provide additional information, we will investigate it. *Second*, you assert that Whirlpool has failed to produce "claims testing" referenced generally in Lyn Voss's July 20, 2007 email. This assertion is unfounded. Whirlpool has in fact produced a substantial number of documents relating to claims testing – to comb its production to provide a list of these myriad documents would be unduly burdensome. If you have questions about particular testing, we will consider them. *Third*, you claim that Whirlpool "neglected" to produce documents related to a "competitive comparison meeting." We cannot investigate LG's assertion without more information – if you have a document referencing such a meeting or date of the meeting, let us know. *Fourth*, Whirlpool has in fact produced the "Steam –Assist Concept Refinement Qualitative Research" – the research is dated November 2005, not December 2005, and is at WHR 021860. *Finally*, the "Steam-Assist Concept Refinement Quantitative Research" dated March 2006 (and entitled "Steam Assist Topline Quantitative Research") was produced at WHR 014201.

We remain willing in good faith to identify certain documents in Whirlpool's production to resolve these issues on the condition and understanding that LG is willing to do the same. That said, a simple database search would have uncovered that Whirlpool in fact has produced a number of the documents we identified for you last week as well as those set forth above.

<u>Redactions</u>

LG's issue with Whirlpool's redactions is unclear. You have attached a list of redacted documents to your letter and asserted that the redactions are "improper". You have not, though, identified in what way you believe that the documents identified on the list attached to your letter are improperly redacted (you are correct that not all redactions are noted with the word "redacted" – the "blanked out" portions are actually "blacked out" for the purpose of clearly identifying where information is redacted). In any event, it appears that the documents contained on the list attached to your letter were initially produced in May of this year, and were responsive to LG's first, second and third sets of document requests. These requests were narrow, and the documents were redacted accordingly. Following receipt of LG's subsequent document requests, Whirlpool reviewed each of the documents on that list for information responsive to those later-served requests. If previously redacted information became responsive, the redaction was removed. These documents have been and are being reproduced with substantially less redactions, to the extent that they contain information responsive to LG's additional document requests.

Eric L. Broxterman
September 19, 2008
Page 3

**ReedSmith**

You further contend that any documents produced prior to the initiation should not be redacted "except for privilege or products clearly not at issue in this lawsuit." LG has produced over 470 documents in redacted form. Attached is a partial list of these redactions (reflecting instances where our OCR coding was able to identify the text "REDACTED" where inserted into a blanked out portion of a document). For the record, many of LG's redactions are also in documents that were created prior to the initiation of this lawsuit.

More importantly, LG has improperly redacted references to products or issues that are relevant to claims or defenses in this litigation. For example:

- In LG007931-7973, a September 2007 pricing study performed for LG by Data Development Worldwide ("DDW"), LG redacted references to a laundry washer and dryer sold by a competitor to LG, Maytag and Whirlpool. In the unredacted version of this document produced by DDW (DDW00019-61), Whirlpool learned that the redacted portion related to Kenmore washers and dryers. Unquestionably, documents related to consumer preferences for any competitor's laundry machines, regardless of whether LG has chosen to sue that competitor, are relevant to this litigation. Such information is relevant, at minimum, to the elements of materiality and damages.

- In LG046310, LG improperly redacted references to a competitor's steam dryer in a July 30, 2007 email discussing the steam dryer pricing strategies of Whirlpool, Maytag, and a redacted competitor. Similarly improper redactions are contained in LG045872 (redacting reference to another competitor's steam laundry launch in an August 2007 email discussing launch of LG and Whirlpool's steam dryers), and LG045901 (redacting reference to another competitor's steam dryer in context of discussion of launch of Maytag steam dryer).

- LG improperly redacted notes taken by its employees during an April 2007 focus group about consumer perceptions of steam, including in laundry appliances. For example, in LG046118-121, LG redacted portions of its employee's notes from one of these focus groups, including notes under the heading "General Steam Image." LG also redacted larger portions of these notes, as well as entire sections of the final focus group report (LG045146-211) related to the focus group discussion about steam dishwashers. Clearly, documents related to research LG performed on how consumers perceive steam are relevant to this litigation.

These are a few concrete examples of improper redactions by LG. We request that LG produce the responsive information noted above no later than next Friday, September 26. As I told you in our calls last week, we will investigate specific examples of allegedly improper redactions (and you indicated that LG would as well), and are willing to discuss a disclosure protocol with respect to both parties' redactions, but to attach a list of hundreds of documents with a blanket assertion that they are improper, as you did, is not helpful. In any event, we have investigated the list you attached, as noted above.

Eric L. Broxterman
September 19, 2008
Page 4

**ReedSmith**

Commercials

We will be producing the steam dryer-related commercials.

LG Interrogatories 5-7, 9

Whirlpool disagrees that its responses violate Fed. R. Civ. P. 33(d). Interrogatory Nos. 5 through 7 and 9 seek extensive, wide-ranging, highly confidential and sensitive financial information. This information must be compiled from Whirlpool's accounting systems and by way of an intensive search for and analysis of records that contain responsive information. This is an extremely burdensome process. Whirlpool continues its collection efforts and will supplement its response to these interrogatories at an appropriate time.

LG Interrogatory No. 8

Whirlpool disagrees that its response to this interrogatory violates Fed. R. Civ. P. 33(d). In any event, Whirlpool will supplement its response to this interrogatory by next Friday, September 26, 2008.

LG Interrogatories 10-11

Interrogatory No. 10 seeks a list of retailers and information regarding "money flow" between the retailers and Whirlpool. We again fail to see the relevance of this information to any issue of liability or damages. In any event, we will supplement Interrogatory No. 10 by September 26, 2008.

Interrogatory No. 11 seeks identification of "off-shore entities or bank accounts to which Whirlpool sends money for sales in the United States" of the Duet, Maytag Bravos and Cabrio dryers. This interrogatory is unintelligible, in that it assumes that Whirlpool somehow separates out the dollars it receives for sales of these three dryers and is able to track these particular dollars to any of its bank accounts. If LG will reframe this interrogatory, Whirlpool will attempt to answer, but it is unintelligible in its current form.

LG Interrogatories 12-13

Again, Whirlpool disagrees that its responses violate Fed. R. Civ. P. 33(d). That said, Whirlpool is producing today documents that contain information responsive to these interrogatories. Whirlpool will provide bates numbers for these documents by next Friday, September 26, 2008.

Additional issues

In our call on August 26, 2008, you agreed to clarify LG's response to interrogatory no. 6 of Whirlpool's second set of interrogatories and provide information indicating which testing protocols identified in response to that interrogatory were used on which machines (*i.e.*, LG's vs. which of its competitors). You indicated at the time that you would treat our request as an interrogatory, and said that you would need a couple of weeks to track down that information. Please provide an updated response by next Friday, September 26.

Eric L. Broxterman
September 19, 2008
Page 5

**ReedSmith**

        In my letter dated August 18 we identified several ranges of documents that were produced in a
format containing illegible symbols.  In your letter dated August 25, you indicated that you would
investigate whether these documents could be produced in a readable manner, and if not, whether the
native files are accessible, and that you would get back to us on August 29.  Please let me know the
status of your investigation.

                                        Sincerely,

                                        Jennifer Yule DePriest

JYD:cap

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | BEGDOC | ENDDOC | BEGATTACH | ENDATTACH | |
| 2 | LG004083 | LG004123 | LG004081 | LG004170 | |
| 3 | LG007931 | LG007973 | | | |
| 4 | LG008597 | LG008598 | | | |
| 5 | LG010622 | LG010623 | | | |
| 6 | LG010628 | LG010629 | | | |
| 7 | LG010630 | LG010632 | | | |
| 8 | LG010633 | LG010633 | | | |
| 9 | LG011011 | LG011014 | | | |
| 10 | LG011579 | LG011580 | | | |
| 11 | LG012288 | LG012290 | | | |
| 12 | LG012410 | LG012415 | | | |
| 13 | LG013223 | LG013227 | | | |
| 14 | LG013228 | LG013228 | | | |
| 15 | LG013230 | LG013246 | | | |
| 16 | LG013326 | LG013327 | | | |
| 17 | LG013332 | LG013332 | | | |
| 18 | LG013343 | LG013352 | | | |
| 19 | LG013443 | LG013450 | | | |
| 20 | LG013459 | LG013466 | | | |
| 21 | LG013486 | LG013490 | | | |
| 22 | LG013491 | LG013491 | | | |
| 23 | LG013493 | LG013493 | | | |
| 24 | LG013494 | LG013497 | | | |
| 25 | LG013498 | LG013498 | | | |
| 26 | LG013534 | LG013538 | | | |
| 27 | LG013539 | LG013539 | | | |
| 28 | LG014596 | LG014597 | | | |
| 29 | LG014870 | LG014870 | | | |
| 30 | LG014907 | LG014907 | | | |
| 31 | LG014912 | LG014913 | | | |
| 32 | LG015016 | LG015020 | | | |
| 33 | LG015438 | LG015446 | | | |
| 34 | LG015620 | LG015623 | | | |
| 35 | LG015666 | LG015668 | | | |
| 36 | LG015669 | LG015680 | | | |
| 37 | LG015681 | LG015684 | | | |
| 38 | LG015685 | LG015696 | | | |
| 39 | LG015749 | LG015752 | | | |
| 40 | LG015753 | LG015764 | | | |
| 41 | LG015817 | LG015819 | | | |
| 42 | LG015873 | LG015873 | | | |
| 43 | LG015939 | LG015943 | | | |
| 44 | LG015944 | LG015948 | | | |
| 45 | LG016001 | LG016005 | | | |
| 46 | LG016253 | LG016254 | | | |
| 47 | LG016258 | LG016262 | | | |
| 48 | LG016452 | LG016457 | | | |
| 49 | LG016684 | LG016698 | | | |
| 50 | LG016758 | LG016759 | | | |
| 51 | LG016764 | LG016764 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 52 | LG016893 | LG016895 | | | |
| 53 | LG017078 | LG017082 | | | |
| 54 | LG017083 | LG017091 | | | |
| 55 | LG017470 | LG017473 | | | |
| 56 | LG017500 | LG017504 | | | |
| 57 | LG018327 | LG018328 | | | |
| 58 | LG018540 | LG018544 | | | |
| 59 | LG018638 | LG018641 | | | |
| 60 | LG018986 | LG018989 | | | |
| 61 | LG019096 | LG019096 | | | |
| 62 | LG019536 | LG019540 | | | |
| 63 | LG019983 | LG019987 | | | |
| 64 | LG019988 | LG019991 | | | |
| 65 | LG019992 | LG020003 | | | |
| 66 | LG020005 | LG020012 | | | |
| 67 | LG020013 | LG020020 | | | |
| 68 | LG020039 | LG020039 | | | |
| 69 | LG020073 | LG020076 | | | |
| 70 | LG020455 | LG020457 | | | |
| 71 | LG020515 | LG020517 | | | |
| 72 | LG020536 | LG020543 | | | |
| 73 | LG020553 | LG020560 | | | |
| 74 | LG020561 | LG020568 | | | |
| 75 | LG020586 | LG020593 | | | |
| 76 | LG020594 | LG020601 | | | |
| 77 | LG020693 | LG020696 | | | |
| 78 | LG020734 | LG020736 | | | |
| 79 | LG021024 | LG021028 | | | |
| 80 | LG021207 | LG021207 | | | |
| 81 | LG021313 | LG021314 | | | |
| 82 | LG021582 | LG021589 | | | |
| 83 | LG021672 | LG021673 | | | |
| 84 | LG021676 | LG021681 | | | |
| 85 | LG022177 | LG022184 | | | |
| 86 | LG022186 | LG022187 | | | |
| 87 | LG022189 | LG022193 | | | |
| 88 | LG022194 | LG022202 | | | |
| 89 | LG022321 | LG022325 | | | |
| 90 | LG022836 | LG022839 | | | |
| 91 | LG022977 | LG022981 | | | |
| 92 | LG022982 | LG022990 | | | |
| 93 | LG023316 | LG023316 | | | |
| 94 | LG023406 | LG023410 | | | |
| 95 | LG023809 | LG023810 | | | |
| 96 | LG023819 | LG023826 | | | |
| 97 | LG023874 | LG023886 | | | |
| 98 | LG023997 | LG023998 | | | |
| 99 | LG024013 | LG024014 | | | |
| 100 | LG024114 | LG024118 | | | |
| 101 | LG024138 | LG024139 | | | |
| 102 | LG024245 | LG024249 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 103 | LG024266 | LG024270 | | | |
| 104 | LG024375 | LG024378 | | | |
| 105 | LG024466 | LG024467 | | | |
| 106 | LG026125 | LG026129 | | | |
| 107 | LG026145 | LG026146 | | | |
| 108 | LG026229 | LG026233 | | | |
| 109 | LG026611 | LG026613 | | | |
| 110 | LG026928 | LG026938 | | | |
| 111 | LG027031 | LG027040 | | | |
| 112 | LG027070 | LG027071 | | | |
| 113 | LG027156 | LG027163 | | | |
| 114 | LG027164 | LG027171 | | | |
| 115 | LG027172 | LG027179 | | | |
| 116 | LG027180 | LG027187 | | | |
| 117 | LG027188 | LG027195 | | | |
| 118 | LG027196 | LG027203 | | | |
| 119 | LG027231 | LG027236 | | | |
| 120 | LG027237 | LG027245 | | | |
| 121 | LG027255 | LG027259 | | | |
| 122 | LG027266 | LG027269 | | | |
| 123 | LG027270 | LG027270 | | | |
| 124 | LG027271 | LG027272 | | | |
| 125 | LG027281 | LG027282 | | | |
| 126 | LG027286 | LG027289 | | | |
| 127 | LG027343 | LG027344 | | | |
| 128 | LG027346 | LG027350 | | | |
| 129 | LG027357 | LG027362 | | | |
| 130 | LG027374 | LG027378 | | | |
| 131 | LG027390 | LG027392 | | | |
| 132 | LG027408 | LG027410 | | | |
| 133 | LG027411 | LG027415 | | | |
| 134 | LG027416 | LG027436 | | | |
| 135 | LG027437 | LG027445 | | | |
| 136 | LG027450 | LG027452 | | | |
| 137 | LG027455 | LG027459 | | | |
| 138 | LG027460 | LG027468 | | | |
| 139 | LG027485 | LG027486 | | | |
| 140 | LG027487 | LG027488 | | | |
| 141 | LG027489 | LG027490 | | | |
| 142 | LG027525 | LG027526 | | | |
| 143 | LG027527 | LG027528 | | | |
| 144 | LG027529 | LG027534 | | | |
| 145 | LG027535 | LG027538 | | | |
| 146 | LG027539 | LG027540 | | | |
| 147 | LG027574 | LG027576 | | | |
| 148 | LG027585 | LG027593 | | | |
| 149 | LG027617 | LG027617 | | | |
| 150 | LG027698 | LG027699 | | | |
| 151 | LG027701 | LG027705 | | | |
| 152 | LG027905 | LG027905 | | | |
| 153 | LG028000 | LG028009 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 154 | LG028143 | LG028147 | | | |
| 155 | LG028148 | LG028151 | | | |
| 156 | LG028183 | LG028189 | | | |
| 157 | LG028190 | LG028193 | | | |
| 158 | LG028194 | LG028194 | | | |
| 159 | LG028265 | LG028268 | | | |
| 160 | LG028270 | LG028270 | | | |
| 161 | LG028308 | LG028312 | | | |
| 162 | LG028429 | LG028435 | | | |
| 163 | LG028436 | LG028438 | | | |
| 164 | LG028457 | LG028459 | | | |
| 165 | LG028552 | LG028560 | | | |
| 166 | LG028595 | LG028600 | | | |
| 167 | LG028601 | LG028604 | | | |
| 168 | LG028612 | LG028622 | | | |
| 169 | LG028718 | LG028719 | | | |
| 170 | LG028765 | LG028766 | | | |
| 171 | LG028804 | LG028805 | | | |
| 172 | LG028827 | LG028834 | | | |
| 173 | LG028970 | LG028974 | | | |
| 174 | LG028979 | LG028980 | | | |
| 175 | LG028981 | LG028983 | | | |
| 176 | LG029004 | LG029005 | | | |
| 177 | LG029011 | LG029014 | | | |
| 178 | LG029074 | LG029081 | | | |
| 179 | LG029141 | LG029151 | | | |
| 180 | LG029260 | LG029266 | | | |
| 181 | LG029286 | LG029287 | | | |
| 182 | LG029326 | LG029333 | | | |
| 183 | LG029335 | LG029337 | | | |
| 184 | LG029345 | LG029348 | | | |
| 185 | LG029357 | LG029359 | | | |
| 186 | LG029444 | LG029448 | | | |
| 187 | LG029451 | LG029452 | | | |
| 188 | LG029473 | LG029474 | | | |
| 189 | LG029493 | LG029503 | | | |
| 190 | LG029582 | LG029583 | | | |
| 191 | LG029588 | LG029588 | | | |
| 192 | LG029645 | LG029649 | | | |
| 193 | LG029672 | LG029681 | | | |
| 194 | LG029712 | LG029718 | | | |
| 195 | LG029771 | LG029772 | | | |
| 196 | LG029810 | LG029817 | | | |
| 197 | LG029869 | LG029873 | | | |
| 198 | LG029874 | LG029876 | | | |
| 199 | LG029936 | LG029944 | | | |
| 200 | LG029954 | LG029955 | | | |
| 201 | LG030026 | LG030030 | | | |
| 202 | LG030031 | LG030039 | | | |
| 203 | LG030081 | LG030083 | | | |
| 204 | LG030217 | LG030221 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 205 | LG030222 | LG030230 | | | |
| 206 | LG030270 | LG030272 | | | |
| 207 | LG030273 | LG030274 | | | |
| 208 | LG030319 | LG030320 | | | |
| 209 | LG030324 | LG030328 | | | |
| 210 | LG030363 | LG030363 | | | |
| 211 | LG030370 | LG030375 | | | |
| 212 | LG030461 | LG030465 | | | |
| 213 | LG030466 | LG030474 | | | |
| 214 | LG030475 | LG030477 | | | |
| 215 | LG030501 | LG030507 | | | |
| 216 | LG030512 | LG030517 | | | |
| 217 | LG030526 | LG030526 | | | |
| 218 | LG030538 | LG030539 | | | |
| 219 | LG030543 | LG030547 | | | |
| 220 | LG030758 | LG030764 | | | |
| 221 | LG030772 | LG030784 | | | |
| 222 | LG030795 | LG030805 | | | |
| 223 | LG030808 | LG030814 | | | |
| 224 | LG030815 | LG030824 | | | |
| 225 | LG030841 | LG030851 | | | |
| 226 | LG030899 | LG030906 | | | |
| 227 | LG030907 | LG030914 | | | |
| 228 | LG030935 | LG030941 | | | |
| 229 | LG031007 | LG031008 | | | |
| 230 | LG031016 | LG031019 | | | |
| 231 | LG031020 | LG031021 | | | |
| 232 | LG031034 | LG031041 | | | |
| 233 | LG031050 | LG031057 | | | |
| 234 | LG031058 | LG031065 | | | |
| 235 | LG031066 | LG031073 | | | |
| 236 | LG031074 | LG031081 | | | |
| 237 | LG031093 | LG031100 | | | |
| 238 | LG031101 | LG031108 | | | |
| 239 | LG031117 | LG031127 | | | |
| 240 | LG031192 | LG031193 | | | |
| 241 | LG031203 | LG031210 | | | |
| 242 | LG031211 | LG031218 | | | |
| 243 | LG031219 | LG031226 | | | |
| 244 | LG031235 | LG031242 | | | |
| 245 | LG031310 | LG031311 | | | |
| 246 | LG031370 | LG031376 | | | |
| 247 | LG031495 | LG031496 | | | |
| 248 | LG031498 | LG031510 | | | |
| 249 | LG031542 | LG031548 | | | |
| 250 | LG031549 | LG031556 | | | |
| 251 | LG032319 | LG032326 | | | |
| 252 | LG032371 | LG032381 | | | |
| 253 | LG032477 | LG032484 | | | |
| 254 | LG032579 | LG032586 | | | |
| 255 | LG032588 | LG032595 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 256 | LG032613 | LG032620 | | | |
| 257 | LG032663 | LG032669 | | | |
| 258 | LG032736 | LG032743 | | | |
| 259 | LG032762 | LG032768 | | | |
| 260 | LG032777 | LG032781 | | | |
| 261 | LG032782 | LG032790 | | | |
| 262 | LG032798 | LG032805 | | | |
| 263 | LG032815 | LG032822 | | | |
| 264 | LG032823 | LG032830 | | | |
| 265 | LG033764 | LG033771 | | | |
| 266 | LG033778 | LG033788 | | | |
| 267 | LG033873 | LG033879 | | | |
| 268 | LG033896 | LG033903 | | | |
| 269 | LG033992 | LG033998 | | | |
| 270 | LG033999 | LG034005 | | | |
| 271 | LG034077 | LG034083 | | | |
| 272 | LG034846 | LG034852 | | | |
| 273 | LG034888 | LG034892 | | | |
| 274 | LG034893 | LG034901 | | | |
| 275 | LG034902 | LG034911 | | | |
| 276 | LG034981 | LG034982 | | | |
| 277 | LG035012 | LG035015 | | | |
| 278 | LG035016 | LG035017 | | | |
| 279 | LG035095 | LG035099 | | | |
| 280 | LG035100 | LG035108 | | | |
| 281 | LG035239 | LG035246 | | | |
| 282 | LG035277 | LG035284 | | | |
| 283 | LG035295 | LG035301 | | | |
| 284 | LG035392 | LG035399 | | | |
| 285 | LG035400 | LG035407 | | | |
| 286 | LG035409 | LG035416 | | | |
| 287 | LG035417 | LG035424 | | | |
| 288 | LG035477 | LG035484 | | | |
| 289 | LG035532 | LG035542 | | | |
| 290 | LG035564 | LG035570 | | | |
| 291 | LG035641 | LG035648 | | | |
| 292 | LG035668 | LG035677 | | | |
| 293 | LG036441 | LG036451 | | | |
| 294 | LG036460 | LG036466 | | | |
| 295 | LG036535 | LG036551 | | | |
| 296 | LG036706 | LG036715 | | | |
| 297 | LG036772 | LG036777 | | | |
| 298 | LG039771 | LG039773 | | | |
| 299 | LG042138 | LG042139 | | | |
| 300 | LG044738 | LG044743 | | | |
| 301 | LG044924 | LG044929 | | | |
| 302 | LG045146 | LG045211 | | | |
| 303 | LG045340 | LG045347 | | | |
| 304 | LG045348 | LG045349 | | | |
| 305 | LG045350 | LG045355 | | | |
| 306 | LG045356 | LG045357 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 307 | LG045358 | LG045359 | | | |
| 308 | LG045362 | LG045363 | | | |
| 309 | LG045370 | LG045371 | | | |
| 310 | LG045373 | LG045373 | | | |
| 311 | LG045374 | LG045387 | | | |
| 312 | LG045525 | LG045525 | | | |
| 313 | LG045528 | LG045531 | | | |
| 314 | LG045532 | LG045533 | | | |
| 315 | LG045534 | LG045534 | | | |
| 316 | LG045535 | LG045537 | | | |
| 317 | LG045538 | LG045542 | | | |
| 318 | LG045543 | LG045544 | | | |
| 319 | LG045545 | LG045546 | | | |
| 320 | LG045547 | LG045548 | | | |
| 321 | LG045549 | LG045554 | | | |
| 322 | LG045562 | LG045565 | | | |
| 323 | LG045576 | LG045577 | | | |
| 324 | LG045579 | LG045590 | | | |
| 325 | LG045608 | LG045608 | | | |
| 326 | LG045621 | LG045621 | | | |
| 327 | LG045625 | LG045630 | | | |
| 328 | LG045631 | LG045632 | | | |
| 329 | LG045636 | LG045637 | | | |
| 330 | LG045641 | LG045643 | | | |
| 331 | LG045655 | LG045656 | | | |
| 332 | LG045658 | LG045659 | | | |
| 333 | LG045674 | LG045677 | | | |
| 334 | LG045678 | LG045679 | | | |
| 335 | LG045688 | LG045689 | | | |
| 336 | LG045695 | LG045696 | | | |
| 337 | LG045698 | LG045699 | | | |
| 338 | LG045701 | LG045712 | | | |
| 339 | LG045719 | LG045721 | | | |
| 340 | LG045781 | LG045782 | | | |
| 341 | LG045799 | LG045799 | | | |
| 342 | LG045809 | LG045810 | | | |
| 343 | LG045811 | LG045815 | | | |
| 344 | LG045826 | LG045828 | | | |
| 345 | LG045829 | LG045830 | | | |
| 346 | LG045841 | LG045843 | | | |
| 347 | LG045858 | LG045866 | | | |
| 348 | LG045867 | LG045867 | | | |
| 349 | LG045901 | LG045902 | | | |
| 350 | LG045908 | LG045919 | | | |
| 351 | LG045920 | LG045920 | | | |
| 352 | LG045921 | LG045923 | | | |
| 353 | LG045945 | LG045945 | | | |
| 354 | LG045949 | LG045950 | | | |
| 355 | LG045951 | LG045951 | | | |
| 356 | LG045974 | LG045974 | | | |
| 357 | LG045975 | LG045976 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 358 | LG045982 | LG045983 | | | |
| 359 | LG046012 | LG046013 | | | |
| 360 | LG046015 | LG046026 | | | |
| 361 | LG046031 | LG046037 | | | |
| 362 | LG046038 | LG046051 | | | |
| 363 | LG046062 | LG046069 | | | |
| 364 | LG046074 | LG046074 | | | |
| 365 | LG046083 | LG046085 | | | |
| 366 | LG046087 | LG046098 | | | |
| 367 | LG046107 | LG046112 | | | |
| 368 | LG046118 | LG046121 | | | |
| 369 | LG046128 | LG046129 | | | |
| 370 | LG046130 | LG046130 | | | |
| 371 | LG046131 | LG046131 | | | |
| 372 | LG046136 | LG046137 | | | |
| 373 | LG046138 | LG046139 | | | |
| 374 | LG046140 | LG046142 | | | |
| 375 | LG046143 | LG046144 | | | |
| 376 | LG046145 | LG046145 | | | |
| 377 | LG046146 | LG046147 | | | |
| 378 | LG046148 | LG046148 | | | |
| 379 | LG046149 | LG046151 | | | |
| 380 | LG046152 | LG046152 | | | |
| 381 | LG046153 | LG046154 | | | |
| 382 | LG046155 | LG046155 | | | |
| 383 | LG046156 | LG046160 | | | |
| 384 | LG046164 | LG046167 | | | |
| 385 | LG046168 | LG046168 | | | |
| 386 | LG046169 | LG046170 | | | |
| 387 | LG046171 | LG046171 | | | |
| 388 | LG046172 | LG046175 | | | |
| 389 | LG046176 | LG046177 | | | |
| 390 | LG046178 | LG046178 | | | |
| 391 | LG046179 | LG046180 | | | |
| 392 | LG046181 | LG046182 | | | |
| 393 | LG046183 | LG046184 | | | |
| 394 | LG046185 | LG046186 | | | |
| 395 | LG046187 | LG046190 | | | |
| 396 | LG046191 | LG046192 | | | |
| 397 | LG046193 | LG046193 | | | |
| 398 | LG046194 | LG046194 | | | |
| 399 | LG046195 | LG046197 | | | |
| 400 | LG046198 | LG046200 | | | |
| 401 | LG046204 | LG046206 | | | |
| 402 | LG046211 | LG046215 | | | |
| 403 | LG046216 | LG046218 | | | |
| 404 | LG046219 | LG046219 | | | |
| 405 | LG046224 | LG046225 | | | |
| 406 | LG046229 | LG046230 | | | |
| 407 | LG046231 | LG046232 | | | |
| 408 | LG046239 | LG046240 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 409 | LG046241 | LG046241 | | | |
| 410 | LG046242 | LG046243 | | | |
| 411 | LG046244 | LG046245 | | | |
| 412 | LG046246 | LG046251 | | | |
| 413 | LG046252 | LG046255 | | | |
| 414 | LG046258 | LG046262 | | | |
| 415 | LG046263 | LG046264 | | | |
| 416 | LG046265 | LG046266 | | | |
| 417 | LG046273 | LG046276 | | | |
| 418 | LG046277 | LG046282 | | | |
| 419 | LG046283 | LG046283 | | | |
| 420 | LG046284 | LG046285 | | | |
| 421 | LG046286 | LG046287 | | | |
| 422 | LG046288 | LG046289 | | | |
| 423 | LG046290 | LG046293 | | | |
| 424 | LG046294 | LG046295 | | | |
| 425 | LG046296 | LG046296 | | | |
| 426 | LG046297 | LG046301 | | | |
| 427 | LG046302 | LG046309 | | | |
| 428 | LG046310 | LG046310 | | | |
| 429 | LG046311 | LG046313 | | | |
| 430 | LG046323 | LG046326 | | | |
| 431 | LG046341 | LG046341 | | | |
| 432 | LG046342 | LG046344 | | | |
| 433 | LG046368 | LG046371 | | | |
| 434 | LG046404 | LG046407 | | | |
| 435 | LG046425 | LG046431 | | | |
| 436 | LG046449 | LG046451 | | | |
| 437 | LG046491 | LG046496 | | | |
| 438 | LG046566 | LG046567 | | | |
| 439 | LG046579 | LG046580 | | | |
| 440 | LG046585 | LG046586 | | | |
| 441 | LG046602 | LG046603 | | | |
| 442 | LG046624 | LG046625 | | | |
| 443 | LG046626 | LG046629 | | | |
| 444 | LG046630 | LG046630 | | | |
| 445 | LG046633 | LG046637 | | | |
| 446 | LG046638 | LG046639 | | | |
| 447 | LG046654 | LG046661 | | | |
| 448 | LG046682 | LG046682 | | | |
| 449 | LG046683 | LG046684 | | | |
| 450 | LG046691 | LG046692 | | | |
| 451 | LG046699 | LG046701 | | | |
| 452 | LG046702 | LG046706 | | | |
| 453 | LG046731 | LG046732 | | | |
| 454 | LG046741 | LG046743 | | | |
| 455 | LG046752 | LG046759 | | | |
| 456 | LG046760 | LG046764 | | | |
| 457 | LG046769 | LG046770 | | | |
| 458 | LG046789 | LG046790 | | | |
| 459 | LG046801 | LG046808 | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 460 | LG046809 | LG046815 | | | |
| 461 | LG046820 | LG046826 | | | |
| 462 | LG046877 | LG046880 | | | |
| 463 | LG046882 | LG046888 | | | |
| 464 | LG046890 | LG046891 | | | |
| 465 | LG046898 | LG046900 | | | |
| 466 | LG046909 | LG046912 | | | |
| 467 | LG046913 | LG046918 | | | |
| 468 | LG046919 | LG046924 | | | |
| 469 | LG046925 | LG046930 | | | |
| 470 | LG046931 | LG046936 | | | |

EXHIBIT J

FILED UNDER SEAL

EXHIBIT K

FILED UNDER SEAL

EXHIBIT L

FILED UNDER SEAL

EXHIBIT M

FILED UNDER SEAL

# EXHIBIT N

# FILED UNDER SEAL

EXHIBIT O

FILED UNDER SEAL

EXHIBIT P

FILED UNDER SEAL

EXHIBIT Q

FILED UNDER SEAL

EXHIBIT R

FILED UNDER SEAL

EXHIBIT S

FILED UNDER SEAL

EXHIBIT T

FILED UNDER SEAL

EXHIBIT U

FILED UNDER SEAL

EXHIBIT V

FILED UNDER SEAL