UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

LG Electronics U.S.A., Inc.
                          Plaintiff,

v.                                              Case No.: 1:08−cv−00242
                                                Honorable Amy J. St. Eve

Whirlpool Corporation
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 10/7/2008 and continued to 12/2/08 at 8:30 a.m. Plaintiff's motion to compel [123] is denied as moot. Defendant's affidavit regarding instant messaging to be filed by 10/15/08. Subject to the agreement reached in court, defendant is ordered to reproduce all unredacted documents by 10/30/08. Burden of proof expert reports due 12/12/08. Rebuttal expert reports due 1/23/09. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.