**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., | ) | |
| | ) | |
| *Plaintiff and Counter-defendant*, | ) | |
| | ) | Case No. 08 C 242 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | Magistrate Judge Mason |
| *Defendant and Counter-plaintiff*. | ) | |

**WHIRLPOOL CORPORATION'S MOTION TO FILE UNDER SEAL AN
UNREDACTED VERSION OF ITS MOTION FOR LEAVE TO CONDUCT
LIMITED DISCOVERY AND CERTAIN EXHIBITS TO SAME**

Whirlpool Corporation ("Whirlpool"), pursuant to the terms of the Stipulated Protective Order entered by the Court on February 11, 2008 and Local Rule 5.8, respectfully moves for an Order granting Whirlpool leave to file under seal an unredacted version of its Motion for Leave to Conduct Limited Discovery and certain exhibits to same.

In support of said Motion, Whirlpool states as follows:

1. On February 11, 2008, the Court entered a Stipulated Protective Order in this matter. As set forth in that Order, the parties demonstrated good cause for entering the Stipulated Protective Order and narrowly-tailored the Stipulated Protective Order as required by law.

2. Paragraph 18 of that Order provides that a party must file a motion with the Court to have Confidential or Highly Confidential information placed under seal.

3. Whirlpool's Motion for Leave to Conduct Limited Discovery discusses and attaches documents (Exhibits 2-5, 7, 9-10, 12, 15) containing information designated Highly Confidential under the Protective Order. References to this Highly Confidential information

were redacted from Whirlpool's Motion that was e-filed today, June 17, 2009. In addition, exhibits containing documents or deposition testimony that were designated as Highly Confidential were also filed under seal or in redacted form.

4. Accordingly, Whirlpool seeks an Order to permit the filing of the unredacted version of Whirlpool's Motion for Leave to Conduct Limited Discovery, as well as unredacted or complete copies of Exhibits 2-5, 7, 9-10, 12, 15 to same, under seal to avoid violating the Stipulated Protective Order in this case or other confidential obligations owed by Whirlpool.

5. A sealed copy of these documents was electronically filed using the ECF system on Wednesday, June 17, 2009.

WHEREFORE, Whirlpool respectfully requests that the Court grant this Motion, grant leave for Whirlpool to file the aforementioned documents under seal, and grant such other and further relief as this Court deems just and appropriate.

Dated: June 17, 2009

Respectfully submitted,

WHIRLPOOL CORPORATION,
Defendant.

By: */s/ Brian D. Roche*
One of its Attorneys

Brian D. Roche
Jennifer Yule DePriest
Vanessa Martí Heftman
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000

J. A. Cragwall, Jr.
John J. Bursch
Warner Norcross & Judd LLP
900 Fifth Third Center
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
Attorneys for Defendant, Whirlpool Corporation

**CERTIFICATE OF SERVICE**

I, Vanessa Martí Heftman, an attorney, hereby certify that on June 17, 2009, I filed WHIRLPOOL CORPORATION'S MOTION TO SEAL AN UNREDACTED VERSION OF ITS MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY AND CERTAIN EXHIBITS TO SAME with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

>Ronald Y. Rothstein
>rrothstein@winston.com
>Bryna Joyce Roth Dahlin
>bdahlin@winston.com
>Shannon Leigh Stevens
>sstevens@winston.com
>Eric L. Broxterman
>ebroxterman@winston.com
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601

I hereby also certify that I emailed the foregoing to the following on this 17th day of June, 2009:

>Mary M. Hutchings
>mreed@winston.com
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601

*/s/ Vanessa Martí Heftman*