IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., a subsidiary of LG Electronics, Inc., a Korean company, | ) ) ) ) | Civil Action No. 08 C 242 |
| Plaintiff, | ) ) | Judge St. Eve |
| v. | ) ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) ) | |
| Defendant. | ) | |

### PLAINTIFF LG ELECTRONICS U.S.A., INC.'S MOTION FOR FEES AND COSTS AS PREVAILING PARTY

Plaintiff LG Electronics U.S.A., Inc. ("LG USA") hereby respectfully moves this Court to grant its Motion for Fees and Costs as Prevailing Party, as set forth in the Memorandum in Support, filed herewith. Therefore, LG USA respectfully requests that this Court award LG USA all attorneys' fees, experts' fees, and all costs related to defending Whirlpool's Counterclaim.

Dated: July 2nd, 2009

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**

By: /s/ Bryna Dahlin_____
      One of its attorneys

Ronald Y. Rothstein - rrothstein@winston.com
Bryna Dahlin  - bdahlin@winston.com
Eric Broxterman - ebroxterman@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile
*Counsel for LG Electronics U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Plaintiff LG Electronics U.S.A., Inc.'s Motion For Fees and Costs as Prevailing Party**, has been served on the following counsel of record via the Court's electronic filing system this 2nd Day of July, 2009.

>Brian D. Roche – broche@reedsmith.com
>Jennifer DePriest – jdepriest@reedsmith.com
>Vanessa C. Martí – vmarti@reedsmith.com
>REED SMITH LLP
>10 South Wacker Drive, Suite 4000
>Chicago, Illinois 60606
>
>J. A. Cragwall , Jr. - jcragwall@wnj.com
>John J. Bursch - jbursch@wnj.com
>WARNER, NORGROSS & JUDD LLP
>900 Fifth Third Center
>111 Lyons Street NW
>Grand Rapids , MI 49506

>/s/ Bryna Dahlin_____
>One of LG USA's Attorneys