IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC. a subsidiary of LG Electronics, Inc., a Korean company | ) ) ) ) | |
| | ) | Civil Action No.: 08 C 242 |
| Plaintiff, | ) ) | |
| | ) | Judge St. Eve |
| v. | ) ) | |
| | ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Whirlpool Corporation appeals, under the collateral order doctrine, to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered in this action on October 13, 2009 (Docket # 333).

    Respectfully submitted,

    WHIRLPOOL CORPORATION,
    Defendant.

    By:/s/Brian D. Roche
        One of Its Attorneys

    Brian D. Roche
    Jennifer Yule DePriest
    Vanessa Martí Heftman
    REED SMITH LLP
    10 South Wacker Drive, Suite 4000
    Chicago, Illinois 60606
    312.207.1000
    broche@reedsmith.com

J.A. Cragwall, Jr.
John J. Bursch
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000

Attorneys for Defendant, Whirlpool Corporation

## **CERTIFICATE OF SERVICE**

I, Brian D. Roche, an attorney, hereby certify that on November 12, 2009, I filed **WHIRLPOOL CORPORATION'S NOTICE OF APPEAL** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following individuals:

Ronald Y. Rothstein
rrothstein@winston.com
Eric L. Broxterman
ebroxterman@winston.com
Bryna Joyce Roth Dahlin
bdahlin@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

*/s/ Brian D. Roche*

US_ACTIVE-102658138.1