IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., ) <br> a subsidiary of LG Electronics, Inc., ) <br> a Korean company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No. 08 C 242 <br><br> Judge St. Eve <br><br> Magistrate Judge Mason |

## LG ELECTRONICS U.S.A. INC.'S MOTION SEEKING LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

1. LG Electronics, U.S.A., by and through its attorneys, hereby seeks leave to submit this Notice of Supplemental Authority.

2. Pending before this Court is Whirlpool's Motion to Exclude the Expert Report and Testimony of Dr. Mohan Rao. (Docket No. 382.)

3. On June 28, 2010 and July 8, 2010, this Court held a *Daubert* hearing as to Dr. Rao. (Docket No. 408.)

4. In light of the position raised both in Whirlpool's motion as well as the arguments raised by Counsel for Whirlpool at the *Daubert* hearings that Dr. Rao is using the improper profit margin, LG hereby submits this Notice of Supplemental Authority bringing to the Court's attention the Fifth Circuit's opinion in *American Rice, Inc. v. Producers Rice Mill, Inc.*, 518 F.3d 321 (5th Cir. 2008) (holding that the lower court abused its discretion in excluding the profits earned by a "flow-through" entity that go to its members, and finding that, for the purposes of the Lanham Act, plaintiff was entitled to profits from defendant "regardless of how those profits

are passed on or how they are taxed.") A copy of the case is attached and with the pertinent sections highlighted.

WHEREFORE, LG respectfully asks this Court to grant its Motion Seeking Leave to File this Notice of Supplemental Authority for the Court's consideration.

Dated: July 21, 2010

Respectfully submitted,

**LG ELECTRONICS U.S.A., INC.**

By: /s/ John Marfoe
    One of its attorneys

Ronald Y. Rothstein - rrothstein@winston.com
Bryna J. Dahlin - bdahlin@winston.com
Eric Broxterman - ebroxterman@winston.com
John Marfoe – jmarfoe@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for LG Electronics U.S.A., Inc.*