# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

LG Electronics U.S.A., Inc.
                                 Plaintiff,

v.                                                   Case No.: 1:08−cv−00242
                                                          Honorable Amy J. St. Eve

Whirlpool Corporation
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: Whirlpool's Motion in Limine to Exclude the Testimony of Dr. Judith Levi [437] is granted. [For further details see Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.