**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC. | ) | |
|    a subsidiary of LG Electronics, Inc., | ) | |
|    a Korean company, | ) | |
| | ) | Civil Action No.: 08 C 242 |
|         Plaintiff, | ) | |
| | ) | Judge St. Eve |
|         v. | ) | |
| | ) | Magistrate Judge Mason |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
|         Defendant. | ) | |

**AGREED PROPOSED LIMITING INSTRUCTION**

Pursuant to the Court's Order dated September 7, 2010 (Docket No. 533), Whirlpool Corporation and LG Electronics U.S.A., Inc. submit the agreed proposed limiting instruction regarding Sears' business decision, attached hereto.

AGREED PROPOSED LIMITING JURY INSTRUCTION

**Sears' Business Decision**

You have just heard LG's expert, Dr. Rao, refer to the change by Sears from Whirlpool to LG as the manufacturer of Kenmore brand steam dryers. This information is relevant to his damages calculation only. You should not infer that this change was caused by the difference in steam technology between LG and Whirlpool.

---

Docket No. 533.

Dated: September 16, 2010

Respectfully submitted,

WHIRLPOOL CORPORATION

By:    */s/ Brian D. Roche*

   Brian D. Roche
   Jennifer Yule DePriest
   Vanessa Martí Heftman
   REED SMITH LLP
   10 South Wacker Drive, 40th Floor
   Chicago, IL 60606
   Tel: 312.207.1000

   J.A. Cragwall, Jr.
   Janet Ramsey
   Charles N. Ash, Jr.
   WARNER NORCROSS & JUDD LLP
   900 Fifth Third Center
   111 Lyon Street, N.W.
   Grand Rapids, Michigan 49503-2487
   Tel: 616.752.2000

   Stephen G. Morrison
   James J. McGovern
   NELSON MULLINS RILEY &
   SCARBOROUGH, LLP
   Meridian, 17th Floor
   1320 Main Street
   Columbia, SC 29201
   Telephone: (803) 799-2000

   Patrick Coleman Wooten
   NELSON MULLINS RILEY &
   SCARBOROUGH, LLP
   Liberty Center, Suite 600
   151 Meeting Street
   Charleston, SC 29401-2239
   Telephone: (843) 853-5200

Attorneys for Defendant, Whirlpool Corporation

LG ELECTRONICS USA, INC.

<u>/s Ron Rothstein</u>

Ron Rothstein

Larry Desideri
Bryna Dahlin
Eric Broxterman
Winston & Strawn LLP
35 West Wacker
Chicago, IL 60601

Attorneys for LG Electronics USA, Inc.