# EXHIBIT A

# WHIRLPOOL BILL OF COSTS
## EXHIBIT A

**Itemization of Fees for Service of Summons or Subpoenas**

| Process Server | Invoice | Witness | Location | Purpose | Invoice Date | Taxable Amount [1] |
|---|---|---|---|---|---|---|
| It's Your Serve | 803451 | Moore Creative Group | Barrington, IL | Subpoena | 5/2/2008 | $55.00 |
| It's Your Serve | 802530 | Moore Creative Group | Barrington, IL | Subpoena | 5/5/2008 | $55.00 |
| It's Your Serve | 803305 | Vendaria Media, Inc.<br>Vendaria Media, Inc.<br>Steelhead Advertising, Inc.<br>Steelhead Advertising, Inc.<br>Brand Buzz<br>Nordicom, Inc.<br>Hauser & Associates, Inc.<br>Hoffman York, Inc. | Edmonds, WA<br>Seattle, WA<br>Ashland, OR<br>Medford, OR<br>New York, NY<br>Fairfield, NJ<br>Paramus, NJ<br>Milwaukee, WI | Subpoena | 5/14/2008 | $440.00 |
| It's Your Serve | 805495 | Data Development Worldwide | Chicago, IL | Subpoena | 7/17/2008 | $55.00 |
| It's Your Serve | 805272 | Springbox | Austin, TX | Subpoena | 7/30/2008 | $55.00 |
| It's Your Serve | 805271 | Ogilvy Public Relations Worldwide, Inc. | Springfield, IL | Subpoena | 8/7/2008 | $55.00 |
| It's Your Serve | 805988 | Transworld Marketing Corp. | East Rutherford, NJ | Subpoena | 8/25/2008 | $55.00 |
| It's Your Serve | 807902 | Dr. Anthony M. Jacobi | Urbana, IL | Subpoena | 11/5/2008 | $55.00 |
| It's Your Serve | 901342 | Janine Martella | Cleveland, OH | Subpoena | 2/16/2009 | $55.00 |
| It's Your Serve | 901176 | Richard Donner | Cleveland, OH | Subpoena | 2/26/2009 | $55.00 |
| It's Your Serve | 901828 | Mohan Rao, PH.D | Evanston, IL | Subpoena | 3/2/2009 | $55.00 |
| It's Your Serve | 902501 | Yoram (Jerry) Wind | Philadelphia, PA | Subpoena | 3/30/2009 | $55.00 |
| | | | | | **TOTAL** | **$1,045.00** |

[1] In the Seventh Circuit, recovery of service of process as a taxable cost is capped at the rate provided for service by the United States Marshals Service. Pursuant to 28 CFR 0.114(a)(3), the U.S. Marshals Service charges $55.00 per hour (or any portion thereof) for process served or executed personally. Each service of process by It's Your Serve for Whirlpool was more than the U.S. Marshal rate of $55.00 per hour, as reflected by the invoices attached. Therefore, Whirlpool is simply requesting the minimum U.S. Marshal rate for each incident of service.

#5693860

It's Your Serve
134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 5/5/2008 | 0803451 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver |
| 10 S. Wacker Dr. #4000 |
| Chicago, IL 60606 |
| Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA vs. |
| Whirlpool Corp. |
| 08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 321362. | Due on receipt |

| DATE | SERVICE | DESCRIPTION  00008 | AMOUNT |
|---|---|---|---|
| 5/2/2008 | Rush serve | Moore Creative Group | 85.00 |

TaxID# 36-3929726

**Total** $85.00

It's Your Serve

134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 5/5/2008 | 0802530 |

| BILL TO | TITLE & CASE# |
|---|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback | LG Electronics USA, Inc. vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 321362 | Due on receipt |

| DATE | SERVICE | DESCRIPTION *oaks* | AMOUNT |
|---|---|---|---|
| 4/30/2008 | Rush serve | Moore Creative Group | 85.00 |

TaxID# 36-3929726

**Total** $85.00

It's Your Serve

134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 5/14/2008 | 0803305 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics, USA, Inc. vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 34362. | Due on receipt |

00008

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/26/2008 | out of state | Non-service to Vendaria Media, Inc. - 324 Main St., Edmonds, WA | 160.00 |
| 4/29/2008 | out of state | Service to Vendaria Media, Inc. - 911 Western Ave., Seattle, WA | 160.00 |
| 4/25/2008 | out of state | Non-service to Steelhead Advertising, Inc. - 515 E. Main St., Ashland, OR | 160.00 |
| 4/29/2008 | out of state | Service to Steelhead Advertising, Inc. - 1818 E. McAndrews, Medford, OR | 160.00 |
| 4/28/2008 | out of state | Service to Brand Buzz - 111 Eighth Ave., New York, NY | 160.00 |
| 4/25/2008 | out of state | Service to Nordicom, Inc. - 271 US Highway 46 West, Fairfield, NJ | 160.00 |
| 4/28/2008 | out of state | Service to Hauser & Associates, Inc. - 140 Route 17 North, Paramus, NJ | 160.00 |
| 4/25/2008 | out of state | Service to Hoffman York, Inc. - 1000 North Water St., Milwaukee, WI | 160.00 |

TaxID# 36-3929726

**Total**  $1,280.00

It's Your Serve

**134 N. LaSalle Street #750**
**Chicago, IL 60602**
**312 855-0303**

# Invoice

| DATE | INVOICE# |
|---|---|
| 7/17/2008 | 0805495 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA vs.<br>Whirlpool Corp.<br>08 C 242 |

| | CLIENT # | TERMS |
|---|---|---|
| E. Calkhan | 321362. | Due on receipt |

| DATE | SERVICE | DESCRIPTION 00008 | AMOUNT |
|---|---|---|---|
| 7/16/2008 | Rush serve | Data Development Worldwide | 85.00 |

TaxID# 36-3929726

**Total** $85.00

**It's Your Serve**

134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 7/30/2008 | 0805272 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver
10 S. Wacker Dr. #4000
Chicago, IL 60606
Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA, Inc. vs.
Whirlpool Corp.
08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 321362 00008 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/17/2008 | out of state | Springbox c/o Registered Agent Dan Isaacs - 706 Congress Ave., Austin, TX | 160.00 |

TaxID# 36-3929726

**Total** $160.00

It's Your Serve

134 N. LaSalle Street #750

Chicago, IL 60602

312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 8/7/2008 | 0805271 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 321362 | Due on receipt |

| DATE | SERVICE | DESCRIPTION 00008 | AMOUNT |
|---|---|---|---|
| 7/17/2008 | Served | Ogilvy Public Relations Worldwide, Inc. - 1 W. Old State Capital Plz., Springfield | 160.00 |

TaxID# 36-3929726

**Total** $160.00

It's Your Serve  
134 N. LaSalle Street #750  
Chicago, IL 60602  
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 8/25/2008 | 0805988 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA vs.<br>Whirlpool Corp.<br>08 C 242<br>~~Grant Lee~~ |

| CLIENT # | TERMS |
|---|---|
| 321368.00008 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/12/2008 | out of state | Transworld Marketing Corp. - 360 Murray Hill Parkway, East Rutherford, NJ | 160.00 |

TaxID# 36-3929726

**Total** $160.00

It's Your Serve

**134 N. LaSalle Street #750**
**Chicago, IL 60602**
**312 855-0303**

# Invoice

| DATE | INVOICE# |
|---|---|
| 11/5/2008 | 0807902 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|---|---|
|  | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/20/2008 | Served | Dr. Anthony M. Jacobi - 2125 Mechanical Engineering Laboratory, 1206 W. Green St., Urbana, IL | 160.00 |
| 10/20/2008 | adv fee | Advanced Fee (witness fee) | (– 40.00) |

TaxID# 36-3929726

**Total** $200.00

It's Your Serve

**134 N. LaSalle Street #750**
**Chicago, IL 60602**
**312 855-0303**

# Invoice

| DATE | INVOICE# |
|------|----------|
| 2/16/2009 | 0901342 |

**PAID 03/30/2009**

| BILL TO | TITLE & CASE# |
|---------|---------------|
| Reed Smith LLP<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Docket Department | LG Electronics USA vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|----------|-------|
|  | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|------|---------|-------------|--------|
| 2/11/2009 | Rush serve | Janine Martella | 85.00 |

TaxID# 36-3929726

**Total**     $85.00

It's Your Serve

134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 2/26/2009 | 0901176 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA, Inc. vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 321362 | Due on receipt |

| DATE | SERVICE | DESCRIPTION  00008 | AMOUNT |
|---|---|---|---|
| 2/11/2009 | out of state | Richard Donner - 20445 Emerald Parkway, S.W., Cleveland, OH | 160.00 |
| 2/11/2009 | adv fee | Advanced Fee (witness, mileage) | (- 75.00) |

TaxID# 36-3929726

**Total** $235.00

It's Your Serve

134 N. LaSalle Street #750

Chicago, IL 60602

312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 3/2/2009 | 0901828 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA vs.<br>Whirlpool Corp.<br>08 C 242 |

| CLIENT # | TERMS |
|---|---|
| 321362.00008 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/20/2009 | Rush serve | Mohan Rao, PH.D | 85.00 |

TaxID# 36-3929726

**Total** $85.00

It's Your Serve

134 N. LaSalle Street #750
Chicago, IL 60602
312 855-0303

# Invoice

| DATE | INVOICE# |
|---|---|
| 3/30/2009 | 0902501 |

| BILL TO |
|---|
| Reed Smith Sachnoff & Weaver<br>10 S. Wacker Dr. #4000<br>Chicago, IL 60606<br>Attn: Mark Fishback |

| TITLE & CASE# |
|---|
| LG Electronics USA, Inc. vs.<br>Whirlpool Corp.<br>08 C 242 |

*Service of Expert Subpoena* → ~~00008~~

| CLIENT # | TERMS |
|---|---|
| 321362-~~00003~~ | Due on receipt |

| DATE | SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/20/2009 | out of state | University of Pennsylvania - 3730 Walnut St., Philadelphia, PA | 160.00 |

TaxID# 36-3929726

**Total** $160.00