# EXHIBIT B – PART 1

**Itemization of Fees of Court Reporter for Deposition**

| DEPOSITIONS-TRANSCRIPTS | Date | Stenographic Invoice # | Stenographic Requested Cost |
|---|---|---|---|
| Bae, Sang Hoon [1] | 5/20/2009 | CS168987 | $1,343.00 |
| Bae, Sang Hoon [2] | 8/6/2009 | CS179726 | $1,124.75 |
| Birtz, Jim [2] | 5/21/2009 | CS168178 | $297.65 |
| Brown, Scott [3] | 2/12/2009 | 14096064 | $553.28 |
| Choi, Chul Jin 30(b)(6) vol.1 [2,3] | 12/4/2008 | 14094033 | $801.50 |
| Choi, Chul Jin 30(b)(6) vol.2 [2,3] | 12/5/2008 | 14094032 | $84.69 |
| Choi, Chul Jin [2,3] | 12/5/2008 | 14094032 | $402.48 |
| Dhar, Ravi [3] | 5/28/2009 | 14099963 | $774.00 |
| Doll, Matt [5] | 6/1/2010 | 14114328 | $193.39 |
| Donner, Richard | 2/19/2009 | CS151235 | $635.30 |
| Dunsbergen, Kirk | 10/23/2008 | 54874 | $303.60 |
| Dunsbergen, Kirk [3] | 2/3/2009 | 14095617 | $501.53 |
| Ficke, Steve | 11/3/2008 | 54938 | $528.90 |
| Green, Kwame [2] | 5/21/2009 | CS168178 | $234.25 |
| Hall, Charles [1] | 5/20/2009 | 14100390 | $348.17 |
| Jacobi, Anthony | 4/21/2009 | CS162039 | $1,107.75 |
| Kavanaugh, Timothy [2] | 2/6/2009 | CS150023 | $1,133.90 |
| Kavanaugh, Timothy [2] | 5/14/2009 | CS166127 | $875.40 |
| Kennedy, Mary [3] | 4/27/2009 | 14098919 | $565.65 |
| Kim, Jimmy [1] | 4/22/2009 | CS162086 | $1,422.85 |
| Lau, Scot [3] | 4/24/2009 | 14098885 | $557.64 |
| Lee, Tae Jin [2] | 1/30/2009 | CS149947 | $549.30 |
| Lesauskis, Laurie [5] | 6/1/2010 | 14114328 | $193.39 |
| Levi, Dr. Judith [3] | 5/15/2009 | 14099440 | $721.90 |
| Malladi, Subbiah [3] | 5/8/2009 | 14099513 | $683.55 |
| Martella, Janine [2, 4] | 3/7/2009 | CS155214 | $1,143.80 |
| McIntyre, Coleman [3] | 3/20/2009 | 14097497 | $495.86 |
| Meyer, Robert [3] | 2/20/2009 | 14096266 | $1,253.55 |
| Nowlis, Stephen [3] | 5/21/2009 | 14099945 | $989.10 |
| Palmer, David 30(b)(6) [2, 3] | 12/10/2008 | 14093312 | $704.93 |
| Palmer, David - personal [2, 3] | 12/10/2008 | 14093312 | $366.12 |
| Palmer, David | 4/16/2009 | CS161996 | $803.65 |
| Poczkalski, Betsy | 2/17/2009 | CS152688 | $726.50 |
| Rao, Mohan | 6/3/2009 | CS169274 | $1,139.20 |
| Reed-Granger, Audrey | 5/13/2010 | EQ159585 | $404.00 |
| Reitter, Robert [2] | 4/15/2009 | CS160442 | $789.70 |
| Reitter, Robert | 4/15/2009 | CS163384 | $46.60 |
| Rogers [Klyn], Pam [3] | 2/11/2009 | 14096063 | $755.96 |
| Rogers [Klyn], Pam [3] | 5/4/2009 | 14099054 | $518.13 |

**Itemization of Fees of Court Reporter for Deposition**

| DEPOSITIONS-TRANSCRIPTS | Date | Stenographic Invoice # | Stenographic Requested Cost |
|---|---|---|---|
| Rogers [Klyn], Pam [3] | 8/3/2009 | 14103477 | $170.80 |
| Rydberg, Don [3] | 3/23/2009 | 14097133 | $1,040.97 |
| Seger, Angela [3] | 1/29/2009 | 14095464 | $402.48 |
| Seger, Angela [3] | 5/4/2009 | 14099054 | $315.81 |
| Sims, Raymond [3] | 5/29/2009 | 14100409 | $900.46 |
| Slabbekoorn, Scott | 11/11/2008 | 14093004 | $606.15 |
| Smith-Dahmer:  Ann Dahmer [2,3] | 6/1/2009 | 14101178 | $452.66 |
| Tilley, Mike [3] | 2/24/2009 | 14096339 | $780.08 |
| Tomasi, Don | 11/13/2008 | 14093464 | $1,040.30 |
| Torres, Aida | 11/18/2008 | 14093125 | $516.70 |
| Vallecorsa, Erika [3] | 4/17/2009 | 14098887 | $614.07 |
| Voss, Carolyn | 11/19/2008 | 14093447 | $662.85 |
| Voss, Carolyn [2,3] | 6/1/2009 | 14101178 | $621.50 |
| Weinstock, John [2] | 4/21/2009 | CS163067 | $1,024.95 |
| Wind, Jerry | 5/21/2009 | CS166075 | $546.65 |
| | | **TOTAL** | **$35,771.35** |

[1] This deposition was held at night because the deponents were in Korea.  Therefore, the court reporter fees and costs were higher than normal rates.

[2] The total requested cost reflects a reduction of transcript cost per page to $3.65, as established by the Judicial Conference.

[3] The total requested cost reflects a 10% discount which Whirlpool was given by the vendor.

[4] For the convenience of the witness, this deposition was held on a Saturday.  Therefore the court reporter fees and costs were higher than normal rates.

[5] Whirlpool has contacted the court reporter to obtain a copy of the invoice for this deposition.  Whirlpool has been able to obtain the total cost for the depositions of Mr. Doll and Ms. Lesauskis and have split that cost between the two deponents until a copy of the invoice is received.  Whirlpool will supplement its bill of costs with the invoice when it is received.

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:** Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| **Invoice #:** | CS168987 |
| **Invoice Date:** | 06/17/2009 |
| **Balance Due:** | $ 1,596.25 |

**Case:** Lg Electronics v. Whirlpool Corporation
**Job #:** 201421  |  Job Date: 05/20/2009  |  Delivery:  Normal

**Billing Atty:** Joylene Nelson, Esq
**Location:** Reed Smith LLP
10 South Wacker Drive | Chicago, IL 60606-7507

**Deposing Att:** Jennifer Depriest, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sang Hoon Bae | Attendance - Night | | 7.50 | $125.00 | $937.50 |
| 2 | | Transcript - Original & 1 copy | Page | 125.00 | $2.95 | $368.75 |
| 3 | | Transcript - Rough ASCII | Page | 125.00 | $1.55 | $193.75 |
| 4 | | Exhibits | per page | 105.00 | $0.35 | $36.75 |
| 5 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 6 | | Shipping & handling | 1 | 1.00 | $25.50 | $25.50 |

**Notes:** Deposition ended at 2:17 am

| | | |
|---|---|---|
| **Invoice Total:** | | $1,596.25 |
| **Payment:** | | |
| **Credit:** | | |
| **Interest:** | | $0.00 |
| **Balance Due:** | | $1,596.25 |

Fed. Tax ID: 20-3457913    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040 Fax. 973-410-1313

Bill To: Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| Invoice #: | CS179726 |
| Invoice Date: | 08/24/2009 |
| Balance Due: | $ 1,508.46 |

| | |
|---|---|
| **Case:** | Lg Electronics U. S. A., Inc. v. Whirlpool Corporation |
| **Job #:** | 210117 | Job Date: 08/06/2009 | Delivery: Expedited |
| **Billing Atty:** | **Joylene Nelson, Esq** |
| **Location:** | Reed Smith LLP |
| | 10 South Wacker Drive | Chicago, IL 60606-7507 |
| **Deposing Att** | **Jennifer Depriest, Esq** |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Sang Hoon Bae | Attendance - Night | | 5.50 | $125.00 | $687.50 |
| 2 | | Transcript - Original & 1 copy | Page | 101.00 | $5.31 | $536.31 |
| 3 | | Transcript - Rough ASCII | Page | 101.00 | $1.55 | $156.55 |
| 4 | | Exhibits | per page | 196.00 | $0.35 | $68.60 |
| 5 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 6 | | Shipping & handling | 1 | 1.00 | $25.50 | $25.50 |

| Notes: | Deposition started at 7pm | | |
|---|---|---|---|
| | | **Invoice Total** | $1,508.46 |
| | | **Payment:** | |
| | | **Credit:** | |
| | | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3457913 | Term: Net 30 | **Balance Due:** | $1,508.46 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| Invoice #: | CS168178 |
| Invoice Date: | 06/11/2009 |
| Balance Due: | $ 775.65 |

| | |
|---|---|
| Case: | Lg Electronics Usa Inc v. Whirlpool Corp |
| Job #: | 202307  \|  Job Date: 05/21/2009  \|  Delivery:  Normal |
| Billing Atty: | Joylene Nelson, Esq |
| Location: | BrandsMart |
| | 3305 Busbee Drive NW \| Kennesaw, GA 30144 |
| Sched Atty: | Joylene Nelson, Esq |
| Deposing Att | Joylene Nelson, Esq |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | | Attendance - Session | 1 | 1.00 | $75.00 | $75.00 |
| 2 | James M. Birtz | Transcript - Original & 1 copy | Page | 61.00 | $3.85 | $234.85 |
| 3 | | Transcript - Rough ASCII | Page | 61.00 | $1.55 | $94.55 |
| 4 | Kwame K. Green | Transcript - Original & 1 copy | Page | 46.00 | $3.85 | $177.10 |
| 5 | | Transcript - Rough ASCII | Page | 46.00 | $1.55 | $71.30 |
| 6 | | Waiting time | Per hour | 1.25 | $50.00 | $62.50 |
| 7 | | Exhibits | per page | 11.00 | $0.35 | $3.85 |
| 8 | | Repo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 9 | | Shipping & handling | | 1.00 | $22.50 | $22.50 |

By Warner Norcross & Judd

Check No. 438633

Notes: Video Invoice to follow

Date 6/23/09

Amount $ 775.65

| | |
|---|---|
| Invoice Total: | $775.65 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $775.65 |

Fed. Tax ID 20-3457913        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# LEGALINK, INC.



MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago, IL 60606

Phone: (312) 386-2000
Fax: (312) 386-2271

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14096064 | 03/05/2009 | 1407-167197 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/12/2009 | BIENMI | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

J. A. Cragwall, Jr.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Scott Brown                        177 Pages @      2.55/Page        451.35
        Unedited ASCII (RT)      177.00 Pages @      1.55/Page        274.35
        TotalTranscript w\Links                                        65.00
        TotalTranscript Archive                                         7.50
        TotalTranscript Exhibits   305.00 Pages @       .40/Page        122.00
        Word Index                                                     41.40
        Process/Delivery NL                                            15.00
        NEGOTIATED DISCOUNT                                            -96.17
                                                                  _____
                                       TOTAL   DUE   >>>>             880.43


Thank You.  We Appreciate Your Business.

Deposition Location:  Stevenville, MI
```

TAX ID NO. : 20-2665382                                    (616) 752-2000

*Please detach bottom portion and return with payment.*

J. A. Cragwall, Jr.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
Invoice No.:  14096064
Date      :  03/05/2009
TOTAL DUE :     880.43


Job No.   :  1407-167197
Case No.  :  08C242
LG Electronics U.S.A., Inc. vs. Whir
```

Remit To:    **LegaLink, Inc.**
             **PO Box 90473**
             **Chicago, IL 60696-0473**

# LEGALINK, INC.



MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago IL 60606

Phone (312) 386-2000
Fax (312) 386-2222

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14094033 | 01/16/2009 | 1401-164849 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/04/2008 | BACHMA | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

J. A. Cragwall, Jr.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
ORIGINAL TRANSCRIPT OF:
   Chul Jin Choi 30(b)(6)                              1,356.50

                                                            .00

        NEGOTIATED DISCOUNT                             -131.66

                         TOTAL  DUE  >>>>             1,224.84


Thank You.  We Appreciate Your Business.
```

TAX ID NO. : 20-2665382

(616) 752-2000

# LEGALINK, INC.



MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 400
Chicago, IL 60606

Phone: 312-386-2000
Fax: 312-386-2374

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14094032 | 01/16/2009 | 1401-165579 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/05/2008 | BACHMA | 08C242 |
| **CASE CAPTION** | | |
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

J. A. Cragwall, Jr.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
ORIGINAL TRANSCRIPT OF:
    Chul Jin Choi 30(b)(6), Vol. 2                           174.80
ORIGINAL TRANSCRIPT OF:
    Chul Jin Choi                                            617.65
         NEGOTIATED DISCOUNT                                 -76.75
                                                          _____
                        TOTAL   DUE   >>>>                  715.70

Thank You.  We Appreciate Your Business.
```

TAX ID NO. : 20-2665382                                    (616) 752-2000

Please detach bottom portion and return with payment.

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  
Chicago, IL 60606

Phone: (312) 386-2000  
Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14099963 | 06/05/2009 | 1401-169694 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/28/2009 | WINNMA | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joylene Nelson  
Warner, Norcross & Judd, LLP  
900 Fifth Third Center  
111 Lyon Street NW  
Grand Rapids, MI 49503-2487

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Ravi Dhar | 224 | Pages @ | 2.60/Page | 582.40 |
| EXHIBITS | 454 | Pages @ | .50/Page | 227.00 |
| Unedited ASCII (RT) | 224.00 | Pages @ | 1.50/Page | 336.00 |
| TotalTranscript w\Links | | | | 65.00 |
| TotalTranscript Archive | | | | 7.50 |
| TotalTranscript Exhibits | 488.00 | Pages @ | .40/Page | 195.20 |
| Word Index | | | | 50.60 |
| Color Copies | 34.00 | Pages @ | 1.25/Page | 42.50 |
| Process/Delivery NL | | | | 15.00 |
| NEGOTIATED DISCOUNT | | | | -123.67 |

**TOTAL DUE >>>> 1,397.53**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382 (616) 752-2000

*Please detach bottom portion and return with payment.*

# INVOICE

**Veritext Corporate Services, Inc.**

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Brian Roche, Esq
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | |
|---|---|
| Invoice #: | CS151235 |
| Invoice Date: | 03/04/2009 |
| Balance Due: | $ 923.40 |

| | |
|---|---|
| **Case:** | Lg Electronics v. Whirlpool |
| **Job #:** | 192181   \|   Job Date: 02/19/2009   \|   Delivery:   Normal |
| **Billing Atty:** | Brian Roche, Esq |
| **Location:** | Chicago Marriott Northwest |
| | 4800 Hoffman Blvd \| Hoffman Estates, IL 60192 |
| **Sched Atty:** | Brian Roche, Esq |
| **Deposing Att** | Brian Roche Esq |

**Client**
**Matter#**
**Attorney**

| Row | Witness | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 1 | Richard Donner | Attendance - Room | | | | |
| 2 | | Transcript - Original & 1 copy | | | | |
| 3 | | Transcript - Rough ASCII | | | | |
| 4 | | 50 Days Aging of Package | | | | |
| 5 | | Exhibits | | | | |
| 6 | | | | | | |

# Moretti & Murphy Reporting

*CERTIFIED SHORTHAND REPORTERS*
*471 WEST SOUTH STREET, SUITE 41B*
*KALAMAZOO, MICHIGAN 49007-4673*
*(269) 343-0118  (800) 536-0804 FAX (269) 343-7527*
*FED ID# 38-2805037*

MR. J.A. CRAGWALL, JR
WARNER, NORCROSS & JUDD
900 FIFTH THIRD CENTER
111 LYON STREET, N.W.
GRAND RAPIDS, MI 49503

October 28, 2008

**Invoice#** 00054874

**Balance:**     $328.16

**Re:** LG ELECTRONICS USA, INC V. WHIRLPOOL CORPORATION
KIRK DUNSBERGEN  - AB
*on* 10/23/08
*by* KARYN S. SCHULTZ

## *Invoicing Information*

Charge Description

TRANSCRIPT OF THE DEPOSITION(S) OF:
    KIRK DUNSBERGEN

MINI/KEYWORD/ASCII ON CD

EXHIBITS ATTACHED

PAID
By Warner Norcross & Judd LLP
Check No        42 70 6
Date            11 5 08
                318.60

TRANSCRIPT DELIVERED BY FEDEX GROUND

        P l e a s e   R e m i t   - - - >   Total Due:    $328.16

*WE ACCEPT VISA & MASTERCARD FOR YOUR CONVENIENCE*

**If payment mailed by 11/17/08, remit only     $318.60**

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS

 11 South Wacker Drive Suite 340
Chicago IL 60606

Phone: 312  386-2000
Fax: 312  386-2377

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14095617 | 02/24/2009 | 1407-166618 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/03/2009 | BIENMI | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kirk Dunsbergen                161 Pages @        2.55/Page        410.55
            EXHIBITS               206 Pages @         .50/Page        103.00
            TotalTranscript w\Links                                    65.00
            TotalTranscript Archive                                     7.50
            TotalTranscript Exhibits   174.00 Pages @    .40/Page      69.60
            Word Index                                                 43.70
            Color Copies            21.00 Pages @      1.25/Page       26.25
            Process/Delivery NL                                        15.00
            NEGOTIATED DISCOUNT                                       -62.27
                                                                    _____
                                    TOTAL   DUE  >>>>                 678.33
```

Thank You.  We Appreciate Your Business.

Deposition Location:  Stevenville, MI

TAX ID NO. : 20-2665382                    (616) 752-2000

*Please detach bottom portion and return with payment.*

# Moretti & Murphy Reporting

*CERTIFIED SHORTHAND REPORTERS*
*471 WEST SOUTH STREET, SUITE 41B*
*KALAMAZOO, MICHIGAN 49007-4673*
*(269) 343-0118  (800) 536-0804 FAX (269) 343-7527*
*FED ID# 38-2805037*

MR. J.A.  CRAGWALL, JR       November  6, 2008
WARNER, NORCROSS & JUDD
900 FIFTH THIRD CENTER       **Invoice#** 00054938
111 LYON STREET, N.W.
GRAND RAPIDS, MI  49503       **Balance:**    $560.22

**Re:** LG ELECTRONICS USA, INC V. WHIRLPOOL CORPORATION
     STEVEN D. FICKE  - CF
*on* 11/03/08
*by* C. MURPHY CORPORATION, INC.

## *Invoicing Information*

Charge Description

TRANSCRIPT OF THE VIDEO DEPOSITION(S)OF:
   STEVEN FICKE


MINI/KEYWORD/DISK

EXHIBITS ATTACHED

*422297*
*11  11  08*
*543.90*


TRANSCRIPT DELIVERED BY FEDEX GROUND


P l e a s e    R e m i t    - - - >    **Total Due:**    $560.22

*WE ACCEPT VISA & MASTERCARD FOR YOUR CONVENIENCE*

**If payment mailed by 11/26/08, remit only**    $543.90

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS
311 South Wacker Drive, Suite 300    Phone: (312) 386-2000
Chicago, IL 60606    Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14100390 | 06/15/2009 | 1407-169955 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/20/2009 | BIENMI | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles Hall                      105 Pages @    2.55/Page       267.75
         EXHIBITS                     183 Pages @     .50/Page        91.50
         TotalTranscript w\Links                                     65.00
         TotalTranscript Archive                                      7.50
         TotalTranscript Exhibits    264.00 Pages @   .40/Page       105.60
         Word Index                                                   27.60
         Color Copies                 81.00 Pages @  1.25/Page       101.25
         Process/Delivery NL                                          15.00
         NEGOTIATED DISCOUNT                                         -26.78

                                 TOTAL   DUE  >>>>                    654.42
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

Deposition Locaiton:  Stevensville, MI

*By Warner Norcross & Judd*
*Check No. 438021*
*Date 6/23/09*
*Amount $ 1353.42*

TAX ID NO.: 20-2665382                         (616) 752-2000

*Please detach bottom portion and return with payment.*

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| Invoice #: | CS162039 |
| Invoice Date: | 05/04/2009 |
| Balance Due: | $ 1,460.05 |

| | |
|---|---|
| **Case:** | Lg v. Whirlpool |
| **Job #:** | 198992  |  Job Date: 04/21/2009  |  Delivery:   Normal |
| **Billing Atty:** | Joylene Nelson, Esq |
| **Location:** | Reed Smith LLP (Chgo) |
| | 10 S Wacker | Chicago, IL 60606 |

**Deposing Att** J a. Cragwall, Jr.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Anthony Jacobi | Attendance - hourly | Hour | 5.50 | $35.00 | $192.5 |
| 2 | | Transcript - Original & 1 copy | Page | 176.00 | $2.95 | $519.2 |
| 3 | | Transcript - Rough ASCII | Page | 176.00 | $1.55 | $272.8 |
| 4 | | Exhibits | per page | 1,128.00 | $0.35 | $394.8 |
| 5 | | Exhibit - color copies | Per page | 1.00 | $1.25 | $1.2 |
| 6 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 7 | | Shipping & handling | 1 | 1.00 | $45.50 | $45.50 |

| Notes: | | Invoice Total | $1,460.05 |
|---|---|---|---|
| | | Payment | |
| | | Credit | |
| | | Interest | $0.00 |
| Fed Tax ID: 20-3457913 | Term: Net 30 | Balance Due | $1,460.05 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments of refunds will be made after 90 days.

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:** Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| **Invoice #:** | CS150023 |
| **Invoice Date:** | 02/23/2009 |
| **Balance Due:** | $ 1,787.95 |

**Case:** Lg Electronics Usa v. Whirlpool Corporation
**Job #:** 191085 | Job Date: 02/06/2009 | Delivery: Normal

**Billing Atty:** Joylene Nelson, Esq
**Location:** Reed Smith
599 Lexington Ave | 22nd Floor | New York, NY 10022

**Deposing Att** Brian Roche Esq

By Warner Norcross & Judd
Check No. 432820
Date 3/06/09
Amount $ 462785

| | | | | | |
|---|---|---|---|---|---|
| Timothy E Kavanaugh | Attendance Fee (appearance) | | 1.00 | $0.00 | $0.00 |
| | Transcript - Original & 1 copy | Page | 277.00 | $4.25 | $1,177.25 |
| | Transcript - Rough ASCII | Page | 277.00 | $1.55 | $429.35 |
| | Exhibits | per page | 351.00 | $0.35 | $122.85 |
| | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| | Shipping & handling | 1 | 1.00 | $24.50 | $24.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total | $1,787.95 |
| | Payment | |
| | Credit | |
| | Interest | $0.00 |
| | Balance Due | $1,787.95 |

Fed. Tax ID: 20-3457813    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:** Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

**Invoice #:** CS166127
**Invoice Date:** 05/29/2009
**Balance Due:** $ 1,411.20

**Case:** Lg v. Whirlpool
**Job #:** 202206 | Job Date: 05/14/2009 | Delivery: Normal

**Billing Atty:** Joylene Nelson, Esq
**Location:** Reed Smith LLP
599 Lexington Avenue Suite 2200 | New York, NY 10022

**Deposing Att** Jennifer Depriest, Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Timothy Kavanaugh | Attendance Fee (appearance) | | 1.00 | $0.00 | $0.00 |
| 2 | | Transcript - Original & 1 copy | Page | 222.00 | $4.25 | $943.50 |
| 3 | | Transcript - Rough ASCII | Page | 222.00 | $1.55 | $344.10 |
| 4 | | Exhibits | per page | 186.00 | $0.35 | $65.10 |
| 5 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 6 | | Shipping & handling | 1 | 1.00 | $24.50 | $24.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,411.20 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,411.20 |

Fed. Tax ID: 20-3457913    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300     Phone: (312) 386-2000
Chicago, IL 60606     Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14098919 | 05/13/2009 | 1407-169261 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/27/2009 | PETEIA | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Charles N. Ash, Jr.
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mary Kennedy                      189 Pages @        2.50/Page      472.50
        EXHIBITS                    312 Pages @         .50/Page      156.00
        Unedited ASCII (RT)       189.00 Pages @       1.50/Page      283.50
        TotalTranscript w\Links                                       65.00
        TotalTranscript Archive                                        7.50
        TotalTranscript Exhibits  312.00 Pages @        .40/Page      124.80
        Process/Delivery NL                                           15.00
        NEGOTIATED DISCOUNT                                          -75.60
                                                                 _____
                                 TOTAL   DUE  >>>>              1,048.70
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

Deposition Location: Des Moines, IA

TAX ID NO. : 20-2665382              (616) 752-2000

*Please detach bottom portion and return with payment.*

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040 Fax. 973-410-1313

**Bill To:** Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

**Invoice #:** CS162086
**Invoice Date:** 05/04/2009
**Balance Due:** $ 1,726.40

**Case:** Lg Electronics v. Whirlpool
**Job #:** 199265 | **Job Date:** 04/22/2009 | **Delivery:** Normal

**Billing Atty:** Joylene Nelson, Esq
**Location:** Reed Smith LLP
10 South Wacker Drive | Chicago, IL 60606-7507

**Deposing Att:** Jennifer Depriest, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Jimmy Kim | Attendance - Night | | 7.50 | $125.00 | $937.50 |
| 2 | | Transcript - Original & 1 copy | Page | 151.00 | $2.95 | $445.45 |
| 3 | | Transcript - Rough ASCII | Page | 151.00 | $1.55 | $234.05 |
| 4 | | Exhibits | per page | 114.00 | $0.35 | $39.90 |
| 5 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 6 | | Shipping & handling | 1 | 1.00 | $35.50 | $35.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total** | $1,726.40 |
| **Payment** | |
| **Credit** | |
| **Interest** | $0.00 |
| **Balance Due** | $1,726.40 |

Fed Tax ID: 20-3457913     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago, IL 60606

Phone: (312) 386-2000
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14098885 | 05/12/2009 | 1407-168847 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/24/2009 | BIENMI | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Scot Lau                           174 Pages @       3.05/Page        530.70
          EXHIBITS                     95 Pages @        .50/Page         47.50
          TotalTranscript w\Links                                        65.00
          TotalTranscript Archive                                         7.50
          TotalTranscript Exhibits   95.00 Pages @       .40/Page         38.00
          Word Index                                                      41.40
          Process/Delivery NL Rush                                        15.00
          NEGOTIATED DISCOUNT                                            -53.07
                                                                     -----------
                                      TOTAL   DUE   >>>>                  692.03
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

Deposition Location:  Stevensville, MI

*436348*
*5  19  09*
*1733.69*

TAX ID NO. :  20-2665382                                      (616) 752-2000

*Please detach bottom portion and return with payment.*

# INVOICE

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| **Invoice #:** | CS149947 |
| **Invoice Date:** | 02/23/2009 |
| **Balance Due:** | $ 891.65 |

| | |
|---|---|
| **Case:** | Lg Electronics Usa v. Whirlpool Corporation |
| **Job #:** | 190162  \|  Job Date: 01/30/2009  \|  Delivery:  Normal |
| **Billing Atty:** | **Joylene Nelson, Esq** |
| **Location:** | Reed Smith |
| | 599 Lexington Ave \| 22nd Floor \| New York, NY 10022 |
| **Deposing Att** | **Barry Thompson, Esq.** |

| | | | | | |
|---|---|---|---|---|---|
| Tae Jin Lee | Attendance Fee (appearance) | 1 | 1.00 | $0.00 | $0.00 |
| | Transcript - Original & 1 copy | Page | 134.00 | $4.25 | $569.50 |
| | Transcript - Rough ASCII | Page | 134.00 | $1.55 | $207.70 |
| | Exhibits | per page | 172.00 | $0.35 | $60.20 |
| | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| | Shipping & handling | 1 | 1.00 | $20.25 | $20.25 |

| | |
|---|---|
| **Invoice Total** | $891.65 |
| **Payment** | |
| **Credit** | |
| **Interest** | $0.00 |
| **Balance Due** | $891.65 |

**Notes**

Fed. Tax ID 20-3457913          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# LEGALINK, INC.


## MERRILL LEGAL SOLUTIONS
311 South Wacker Drive, Suite 300      Phone: (312) 386-2000
Chicago, IL 60606                      Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14099440 | 05/28/2009 | 1401-169618 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/15/2009 | KOSTKA | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Judith Levi                    160 Pages @      2.80/Page      448.00
          EXHIBITS                465 Pages @       .50/Page      232.50
          Unedited ASCII (RT)  160.00 Pages @      1.50/Page      240.00
          TotalTranscript w\Links                                  65.00
          TotalTranscript Archive                                   7.50
          TotalTranscript Exhibits 465.00 Pages @    .40/Page     186.00
          Word Index                                               41.40
          Process/Delivery NL Rush                                 15.00
          NEGOTIATED DISCOUNT                                     -98.79
                                                         _____
                            TOTAL   DUE  >>>>          1,136.61
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

TAX ID NO. : 20-2665382                                    (616) 752-2000

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300     Phone: (312) 386-2000
Chicago, IL 60606     Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14099513 | 05/29/2009 | 1405-169606 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/08/2009 | LSF | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Subbaiah Malladi               250 Pages @    2.65/Page      662.50
        EXHIBITS                    39 Pages @     .50/Page       19.50
        Unedited ASCII (RT)        250.00 Pages @  1.25/Page      312.50
        TotalTranscript w\Links                                   65.00
        TotalTranscript Archive                                    7.50
        TotalTranscript Exhibits    55.00 Pages @     .40/Page    22.00
        Word Index                                                57.50
        Color Copies               16.00 Pages @   1.25/Page      20.00
        Process/Delivery NL                                       15.00
        NEGOTIATED DISCOUNT                                     -114.70
                                                           ------------
                                    TOTAL   DUE  >>>>         1,066.80
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

_By Warner Norcross & Judd_

Deposition Location: San Francisco, CA

Check No. _43739)_

Date _6, 10, 09_

Amount $ _1,594.80_     _013808. 125252_

TAX ID NO. : 20-2665382             (616) 752-2000

*Please detach bottom portion and return with payment.*

# INVOICE

## Veritext Corporate Services, Inc.

**25B Vreeland Road, Suite 301**
**Florham Park, NJ 07932**
**Tel. 973-410-4040  Fax. 973-410-1313**

Bill To: Joylene Nelson, Esq
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

| | |
|---|---|
| **Invoice #:** | CS155214 |
| **Invoice Date:** | 03/30/2009 |
| **Balance Due:** | $ 2,115.15 |

| | |
|---|---|
| **Case:** | LG Electronics Usa v. Whirlpool Corporation |
| **Job #:** | 191249  |  Job Date: 03/07/2009  |  Delivery:  Normal |
| **Billing Atty:** | **Joylene Nelson, Esq** |
| **Location:** | Reed Smith |
| | 599 Lexington Ave | 22nd Floor | New York, NY 10022 |
| **Deposing Att:** | Brian Roche Esq |

*handwritten:* By Warner, Norcross & Judd
434301
4 06 09
2115.15

| | | | | | |
|---|---|---|---|---|---|
| Janine Martella | Attendance Fee (appearance) | 1 | 1.00 | $125.00 | $125.00 |
| | Transcript - Original & 1 copy | Page | 219.00 | $6.25 | $1,368.75 |
| | Exhibits | per page | 627.00 | $0.35 | $219.45 |
| | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| | Transcript - Rough ASCII | Page | 219.00 | $1.55 | $339.45 |
| | Shipping & handling | 1 | 1.00 | $28.50 | $28.50 |

| Notes: ***SATURDAY RATES** **VIDEO INVOICE TO FOLLOW** | | |
|---|---|---|
| | Invoice Total: | $2,115.15 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3457913         Term: Net 30 | Balance Due: | $2,115.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney fees. Contact us to correct payment errors. No adjustments in the amount will be made after 90 days.

*handwritten:* 013908
125258

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS
311 South Wacker Drive, Suite 300    Phone: (312) 386-2000
Chicago, IL 60606            Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14097497 | 04/13/2009 | 1407-168247 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/20/2009 | HUNTCO | 08C242 |

| CASE CAPTION |
|---|
| LG Electronics U.S.A., Inc. vs. Whirlpool Corporation |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Coleman McIntyre                  151 Pages @       2.35/Page       354.85
            Unedited ASCII (RT)      151.00 Pages @    1.25/Page       188.75
            TotalTranscript w\Links                                    65.00
            TotalTranscript Archive                                     7.50
            TotalTranscript Exhibits 404.00 Pages @     .40/Page       161.60
            Word Index                                                 34.50
            Process/Delivery NL                                        15.00
            NEGOTIATED DISCOUNT                                       -81.23
                                                                  _____
                                        TOTAL   DUE   >>>>            745.97
```

Thank You.  We Appreciate Your Business.

Deposition Location:  Aurora, CO

_435756_
_4 24 09_
_3093.40_

TAX ID NO.: 20-2665382                     (616) 752-2000

*Please detach bottom portion and return with payment.*

Joylene Nelson
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

Invoice No.: 14097497
Date    :  04/13/2009
**TOTAL DUE** :   **745.97**


Job No.   :  1407-168247
Case No.  :  08C242
LG Electronics U.S.A., Inc. vs. Whir

Remit To:   **LegaLink, Inc.**
             **PO Box 90473**
             **Chicago, IL 60696-0473**