# EXHIBIT G –

**WHIRLPOOL BILL OF COSTS**
**EXHIBIT G**
**Itemization of All Photocopy Costs Related to Depositions, Hearings and Trial**

| Description | Invoice Date | Service Provider | Invoice # | Amount |
|---|---|---|---|---|
| | | | | |
| Kavanaugh deposition exhibits | 2/17/2009 | Document Technologies Inc. | 451802 | $1,212.69 |
| Martella deposition exhibits | 3/12/2009 | Document Technologies Inc. | 456612 | $637.30 |
| Rao deposition exhibits | 5/31/2009 | Document Technologies Inc. | 469935 | $396.56 |
| Wind *Daubert* hearing exhibits | 6/24/2010 | Document Technologies Inc. | 533235 | $355.32 |
| Rao *Daubert* hearing exhibits | 7/12/2010 | Document Technologies Inc. | 535757 | $1,047.72 |
| Dhar *Daubert* hearing exhibits | 7/13/2010 | Document Technologies Inc. | 535896 | $517.50 |
| Malladi *Daubert* hearing exhibits | 7/28/2010 | Document Technologies Inc. | 538563 | $375.92 |
| Trial related copies | 8/23/2010 | Document Technologies Inc. | 542479 | $962.71 |
| Trial related copies | 8/23/2010 | Document Technologies Inc. | 542477 | $212.95 |
| Trial related copies | 8/23/2010 | Document Technologies Inc. | 542481 | $251.92 |
| Trial related copies | 8/23/2010 | Document Technologies Inc. | 543661 | $1,291.19 |
| Trial related copies | 9/17/2010 | Document Technologies Inc. | 546489 | $470.18 |
| Trial related copies | 9/23/2010 | Document Technologies Inc. | 547449 | $1,915.86 |
| Trial related copies | 9/28/2010 | Document Technologies Inc. | 548086 | $11.35 |
| Trial related copies of LG and Whirlpool's trial exhibits | 9/30/2010 | Document Technologies Inc. | 549939 [1] | $21,740.93 |
| Trial related copies | 9/30/2010 | Document Technologies Inc. | 549879 | $470.57 |
| Trial related copies | 9/30/2010 | Document Technologies Inc. | 549880 | $292.33 |
| Trial related copies | 9/30/2010 | Document Technologies Inc. | 549896 | $989.86 |
| Trial related copies | 9/30/2010 | Document Technologies Inc. | 549487 | $276.49 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551029 | $245.07 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551028 | $120.68 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551027 | $159.25 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551026 | $80.00 |

**WHIRLPOOL BILL OF COSTS**
**EXHIBIT G**
**Itemization of All Photocopy Costs Related to Depositions, Hearings and Trial**

| Description | Invoice Date | Service Provider | Invoice # | Amount |
|---|---|---|---|---|
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551024 | $935.08 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551021 | $498.60 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551059 | $323.80 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551050 | $40.00 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551885 | $2,481.88 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551063 | $844.06 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551062 | $1,188.03 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551056 | $92.36 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551037 | $388.99 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551036 | $919.99 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551035 | $1,082.69 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551034 | $649.22 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551033 | $222.44 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551031 | $346.99 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551030 | $7.80 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551047 | $586.72 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551045 | $1,022.40 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551044 | $655.92 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551046 | $92.56 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551042 | $272.35 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551039 | $112.84 |
| Trial related copies | 10/14/2010 | Document Technologies Inc. | 551053 | $183.05 |
| Trial related copies | 10/19/2010 | Document Technologies Inc. | 551951 | $112.28 |
| Trial related copies | 10/19/2010 | Document Technologies Inc. | 551950 | $283.72 |

**WHIRLPOOL BILL OF COSTS**
**EXHIBIT G**
**Itemization of All Photocopy Costs Related to Depositions, Hearings and Trial**

| Description | Invoice Date | Service Provider | Invoice # | Amount |
|---|---|---|---|---|
| Trial related copies | 10/19/2010 | Document Technologies Inc. | 551948 | $539.80 |
| Trial related copies | 10/19/2010 | Document Technologies Inc. | 551944 | $264.35 |
| Trial related copies | 10/26/2010 | Document Technologies Inc. | 553076 | $276.00 |
| Trial related copies | 10/31/2010 | Document Technologies Inc. | 554830 | $907.80 |
| Trial related copies | 11/17/2010 | Document Technologies Inc. | 557282 | $1,762.85 |
| Copies of trial exhibits | 10/4/2010 | IKON Office Solutions | CHI10100043 | $1,095.55 |
| Trial related copies of LG and Whirlpool's trial exhibits | 10/7/2010 | IKON Office Solutions | CHI10100113 [1] | $10,001.25 |
| 8,987 pages filed by Whirlpool in U.S. District Court. [2] | 1/1/08 to 7/26/11 | Reed Smith LLP | | $4,044.15 |
| | | | TOTAL | $66,269.87 |

[1] Whirlpool estimates that approximately 50% of the copies reflected in the attached invoice were made for the convenience of counsel. Therefore, Whirlpool has reduced the requested amount by 50%.

[2] Whirlpool is requesting costs for three copies of the pleadings (one courtesy copy for the Court and two firm copies). 8,987 pages x 3 copies = 26,961 pages x $0.15 = $4,044.15.

3



**Document Technologies, Inc.**

105 West Adams Street
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 451802

Invoice Date: 02/17/09

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Brian Roche

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JNR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.  Whirpool/Cavanaugh
Job No.  IM 02-13111
Nat'l Acct Name
Nat'l Acct Ref. No.

*Deposition Exhibits* (handwritten)

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 1,458 | Scanning D work - Heavy Lit | 0.14 | 204.12 |
| 41 | Scanning - Color | 0.75 | 30.75 |
| 118 | IMG - File Naming | 0.50 | 59.00 |
| 1.5 | IMG - FTP Time - Upload & Download | 135.00 | 202.50 |
| 2,916 | Blowbacks | 0.12 | 349.92 |
| 82 | Blowbacks - Color | 1.25 | 102.50 |
| 3 | Blowbacks - Assembly | 40.00 | 120.00 |
| 5 | Redwelds | 2.00 | 10.00 |
| 114 | File Folders | 0.50 | 57.00 |
| 119 | Custom Labels | 0.10 | 11.90 |
| 1 | IMG - Project Setup | 65.00 | 65.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 1,212.69 |
| Total Sales Tax: | 0.00 |
| Total: | 1,212.69 |

Accepted By: _____

**Remit To:** Document Technologies – Chicago
PO Box 933435
Atlanta, GA  31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 456812

Invoice Date: 03/12/09

**Bill To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Jennifer Depriest

**Ship To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

*Markllallep*

| | | |
|---|---|---|
| Customer ID | 12842 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JNR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | |
|---|---|
| Client / Matter No. | LG Whirlpool Expert |
| Job No. | CB50980 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,188 | Copies - B/W (8.5 x 11) | 0.10 | 118.80 |
| 486 | Copies - Color (8.5x11) | 0.75 | 364.50 |
| 138 | Custom Tabs | 0.50 | 69.00 |
| 10 | GBC Binding | 2.50 | 25.00 |
| 1.5 | Collate/Insert | 40.00 | 60.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 637.30 |
| Total Sales Tax: | 0.00 |
| Total: | 637.30 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 469935

Invoice Date: 05/31/09

| Bill To: | Ship To: |
|---|---|
| Reed Smith LLP | Reed Smith LLP |
| 10 South Wacker Drive | 10 South Wacker Drive |
| Chicago, IL 60606-7507 | Chicago, IL 60606-7507 |
| Eileen Callahan | |

| Customer ID | 12942 | Client / Matter No. | Whirlpool Deposition Prep |
|---|---|---|---|
| Terms | Net 15 Days | Job No. | IM 05-14374 |
| SalesPerson | CHI JNR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Volume: VOL001 | | |
| 748 | Scanning C work - Med. Lit | 0.14 | 104.72 |
| 44 | IMG - File Naming | 0.50 | 22.00 |
| 1 | IMG - Sr. Technical Time | 135.00 | 135.00 |
| 1 | IMG - CD Mastering | 35.00 | 35.00 |
| 748 | Blowbacks - 8.5 x 11 | 0.08 | 59.84 |
| 1 | Blowbacks -Assembly | 40.00 | 40.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 396.56 |
| Total Sales Tax: | 0.00 |
| Total: | 396.56 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 533235

Invoice Date: 06/24/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
Chicago, IL 60606-7507
10 South Wacker Drive

| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | CHI JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

Client / Matter No.   LG v. Whirlpool
Job No.                    06-21-006
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,338 | D Work - Heavy Litigation | 0.14 | 187.32 |
| 129 | Copies - Color (8.5x11) | 0.75 | 96.75 |
| 57 | Tabs | 0.25 | 14.25 |
| 24 | Custom Tabs | 0.50 | 12.00 |
| 3 | 3" Binders | 15.00 | 45.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 355.32 |
| Total Sales Tax: | 0.00 |
| Total: | 355.32 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 535757

Invoice Date: 07/12/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
Chicago, IL 60606-7507
10 South Wacker Drive

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.   Whirlpool
Job No.   07-08-007
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 5,598 | D Work - Heavy Litigation | 0.14 | 783.72 |
| 12 | Copies - Color (8.5x11) | 1.25 | 15.00 |
| 174 | Tabs | 0.25 | 43.50 |
| 6 | Custom Tabs | 0.50 | 3.00 |
| 36 | GBC Binding | 2.50 | 90.00 |
| 51 | File Folders | 1.00 | 51.00 |
| 12 | Redwelds | 2.50 | 30.00 |
| 63 | Custom Labels | 0.50 | 31.50 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,047.72 |
| Total Sales Tax: | 0.00 |
| Total: | 1,047.72 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 535896

Invoice Date: 07/13/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
Chicago, IL 60606-7507
10 South Wacker Drive

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.  Whirlpool
Job No.  07-11-001
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2,625 | D Work - Heavy Litigation | 0.14 | 367.50 |
| 30 | Copies - Color (8.5x11) | 1.25 | 37.50 |
| 70 | Tabs | 0.25 | 17.50 |
| 40 | Custom Tabs | 0.50 | 20.00 |
| 5 | 3" Binders | 15.00 | 75.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 517.50 |
| Total Sales Tax: | 0.00 |
| Total: | 517.50 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



### Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 538563

Invoice Date: 07/28/10

**Bill To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

**Ship To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

Customer ID   12942
Terms   Net 15 Days
SalesPerson   CHI JAR
SalesPerson 2
Cust. P.O.

Client / Matter No.   Whirlpool
Job No.   07-14-007
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 78 | D Work - Heavy Litigation | 0.14 | 10.92 |
| 448 | Copies - Color (8.5x11) | 0.75 | 336.00 |
| 56 | Tabs | 0.25 | 14.00 |
| 1 | 3" Binders | 15.00 | 15.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 375.92 |
| Total Sales Tax: | 0.00 |
| Total: | 375.92 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 542479

Invoice Date: 08/23/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool |
| Terms | Net 15 Days | Job No. | 08-18-012 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 5,757 | C Work - Medium Litigation | 0.13 | 748.41 |
| 312 | Tabs | 0.30 | 93.60 |
| 9 | Custom Tabs | 0.30 | 2.70 |
| 2 | 1 1/2" Binders | 7.50 | 15.00 |
| 4 | 5" Binders | 25.00 | 100.00 |
| 3 | Redwelds | 1.00 | 3.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 962.71 |
| Total Sales Tax: | 0.00 |
| Total: | 962.71 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 542477

Invoice Date: 08/23/10

| Bill To: | Ship To: |
|---|---|
| Reed Smith LLP | Reed Smith LLP |
| 10 South Wacker Drive | 10 South Wacker Drive |
| Chicago, IL 60606-7507 | Chicago, IL 60606-7507 |
| Eileen Callahan | |

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | 08-18-010 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321382.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 965 | C Work - Medium Litigation | 0.13 | 125.45 |
| 110 | Tabs | 0.30 | 33.00 |
| 15 | Custom Tabs | 0.30 | 4.50 |
| 5 | 2" Binders | 10.00 | 50.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 212.95 |
| Total Sales Tax: | 0.00 |
| Total: | 212.95 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

### INVOICE

Invoice Number: 542481

Invoice Date: 08/23/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No. Whirlpool
Job No. 08-18-011
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2,436 | B Work - Light Litigation | 0.07 | 170.52 |
| 98 | Custom Tabs | 0.30 | 29.40 |
| 5 | 2" Binders | 10.00 | 50.00 |
| 2 | Redwelds | 1.00 | 2.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 251.92 |
| Total Sales Tax: | 0.00 |
| Total: | 251.92 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Ihc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 543661

Invoice Date: 08/31/10

COPY

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | CHI JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| Client / Matter No. | Whirlpool |
| Job No. | 08-23-005/IM08-19238 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 5,301 | D Work - Heavy Litigation | 0.13 | 689.13 |
| 180 | Tabs | 0.30 | 54.00 |
| 27 | Custom Tabs | 0.30 | 8.10 |
| 10 | 4" Binders | 20.00 | 200.00 |
| 9 | CD Duplication | 10.00 | 90.00 |
| 589 | Scanning D work - Heavy Lit | 0.13 | 76.57 |
| 1 | IMG - CD Master | 15.00 | 15.00 |
| 9 | IMG - CD Duplication | 10.00 | 90.00 |
| 589 | IMG - PDF File Conversion | 0.01 | 5.89 |
| 0.5 | IMG - Sr. Technical Time | 125.00 | 62.50 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,291.19 |
| Total Sales Tax: | 0.00 |
| Total: | 1,291.19 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  546489

Invoice Date:  09/17/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool |
| Terms | Net 15 Days | Job No. | 09-09-004 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 46 | D Work - Heavy Litigation | 0.13 | 5.98 |
| 244 | Copies - Color (8.5x11) | 0.75 | 183.00 |
| 4 | Custom Tabs | 0.30 | 1.20 |
| 2 | 1" Binders | 5.00 | 10.00 |
| 2 | CD Duplication | 10.00 | 20.00 |
| 10 | DVD Duplication | 25.00 | 250.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 470.18 |
| Total Sales Tax: | 0.00 |
| Total: | 470.18 |

Accepted By: _____

**Remit To:**  Document Technologies - Chicago
PO Box 933435
Atlanta, GA  31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 547449

Invoice Date: 09/23/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.  Whirlpool
Job No.  09-15-007/CB56853
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2,802 | D Work - Heavy Litigation | 0.13 | 364.26 |
| 1,632 | Copies - Color (8.5x11) | 0.75 | 1,224.00 |
| 156 | Tabs | 0.30 | 46.80 |
| 36 | Custom Tabs | 0.30 | 10.80 |
| 12 | 4" Binders | 20.00 | 240.00 |
| 3 | CD Mastering | 10.00 | 30.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,915.86 |
| Total Sales Tax: | 0.00 |
| Total: | 1,915.86 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 548086

Invoice Date: 09/28/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool |
| Terms | Net 15 Days | Job No. | 09-23-009 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 70 | D Work - Heavy Litigation | 0.13 | 9.10 |
| 3 | Copies - Color (8.5x11) | 0.75 | 2.25 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 11.35 |
| Total Sales Tax: | 0.00 |
| Total: | 11.35 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 549939

Invoice Date: 09/30/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

Customer ID  12942
Terms  Net 15 Days
SalesPerson  CHI JAR
SalesPerson 2
Cust. P.O.

Client / Matter No.  Whirlpool Print DX Exhibits
Job No.  09-30-012/CB56990
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 71,100 | Copies - B/W (8.5 x 11) | 0.08 | 5,688.00 |
| 35,646 | Copies - Color (8.5x11) | 0.75 | 26,734.50 |
| 1,074 | Tabs | 0.30 | 322.20 |
| 36 | 4" Binders | 25.00 | 900.00 |
| 58.5 | Collate/Insert | 40.00 | 2,340.00 |
| 136.5 | Labor - Handtime | 40.00 | 5,460.00 |
| 3,222 | File Folders | 0.50 | 1,611.00 |
| 171 | Redwelds | 1.50 | 256.50 |
| 3,393 | Custom Labels | 0.05 | 169.65 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 43,481.85 |
| Total Sales Tax: | 0.00 |
| Total: | 43,481.85 |

Accepted By: _____

**Remit To:**  Document Technologies - Chicago
PO Box 933435
Atlanta, GA  31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 549879

Invoice Date: 09/30/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| Customer ID | 12942 | | |
|---|---|---|---|
| Terms | Net 15 Days | | |
| SalesPerson | ZZZ JAR | | |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

Job No.  IM 09-19720
ESI Project No.
Client / Matter No.  321352.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Prints & Flash Drive Delivered to J. Depriest | | |
| 729 | Blowbacks | 0.08 | 58.32 |
| 483 | Blowbacks - Color | 0.75 | 362.25 |
| 1 | IMG - Flash Drive (4 GB) | 50.00 | 50.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 470.57 |
| Total Sales Tax: | 0.00 |
| Total: | 470.57 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



### Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  549880

Invoice Date:  09/30/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool trial |
| Terms | Net 15 Days | Job No. | IM 09-19651 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Cover Sheets only of DX Exhibits | | |
| 757 | Blowbacks | 0.08 | 60.56 |
| 295 | Blowbacks - Color | 0.75 | 221.25 |
| 1,052 | Printed Slips | 0.01 | 10.52 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 292.33 |
| Total Sales Tax: | 0.00 |
| Total: | 292.33 |

Accepted By: _____

**Remit To:**  Document Technologies - Chicago
PO Box 933435
Atlanta, GA  31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 549896

Invoice Date: 09/30/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool Trial |
| Terms | Net 15 Days | Job No. | IM 09-19844 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Scans throughout September | | |
| 4,882 | Scanning D work - Heavy Lit | 0.13 | 634.66 |
| 1,776 | Scanning - Color | 0.20 | 355.20 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 989.86 |
| Total Sales Tax: | 0.00 |
| Total: | 989.86 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 549487

Invoice Date: 09/30/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Rhoshanda Chappell

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.  Whirlpool 321362.00008
Job No.  09-29-009
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,563 | D Work - Heavy Litigation | 0.13 | 203.19 |
| 61 | Custom Tabs | 0.30 | 18.30 |
| 4 | 2" Binders | 10.00 | 40.00 |
| 1 | 3" Binders | 15.00 | 15.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 276.49 |
| Total Sales Tax: | 0.00 |
| Total: | 276.49 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551029

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-05-004 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Tomasi Trial Notebooks - Wendy Gabriel | | |
| 707 | C Work - Medium Litigation | 0.11 | 77.77 |
| 168 | Copies - Color (8.5x11) | 0.75 | 126.00 |
| 21 | Custom Tabs | 0.30 | 6.30 |
| 7 | 1" Binders | 5.00 | 35.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 245.07 |
| Total Sales Tax: | 0.00 |
| Total: | 245.07 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551028

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | |
|---|---|
| Job No. | 10-06-011 |
| ESI Project No. | |
| Client / Matter No. | 321382.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Vallecorsa Trial Notebooks - Wendy Gabriel | | |
| 126 | C Work - Medium Litigation | 0.13 | 16.38 |
| 70 | Copies - Color (8.5x11) | 0.75 | 52.50 |
| 56 | Custom Tabs | 0.30 | 16.80 |
| 7 | 1" Binders | 5.00 | 35.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 120.68 |
| Total Sales Tax: | 0.00 |
| Total: | 120.68 |

Accepted By: _____

Remit To: Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 551027

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | |
|---|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-03-005 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 209 | Copies - Color (8.5x11) | 0.75 | 156.75 |
| 1 | GBC Binding | 2.50 | 2.50 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 159.25 |
| Total Sales Tax: | 0.00 |
| Total: | 159.25 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551026

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | |
|---|---|
| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | 10-01-008 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2 | Hand Time - Staple DX Exhibits Labor | 40.00 | 80.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 80.00 |
| Total Sales Tax: | 0.00 |
| Total: | 80.00 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551024

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | |
|---|---|---|---|---|
| Customer ID | 12942 | Job No. | CB57098 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 776 | Copies - B/W (8.5 x 11) | 0.08 | 62.08 |
| 1,164 | Copies - Color (8.5x11) | 0.75 | 873.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 935.08 |
| Total Sales Tax: | 0.00 |
| Total: | 935.08 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551021

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | IM 10-19813 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,245 | Blowbacks | 0.08 | 99.60 |
| 532 | Blowbacks - Color | 0.75 | 399.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 498.60 |
| Total Sales Tax: | 0.00 |
| Total: | 498.60 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551059

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | |
|---|---|
| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | 10-07-005 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Choi Trial Notebooks - Wendy Gabriel | | |
| 385 | D Work - Heavy Litigation | 0.13 | 50.05 |
| 345 | Copies - Color (8.5x11) | 0.75 | 258.75 |
| 50 | Custom Tabs | 0.30 | 15.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 323.80 |
| Total Sales Tax: | 0.00 |
| Total: | 323.80 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No; : 58-2413793

# INVOICE

Invoice Number: 551050

Invoice Date: 10/14/10

**Bill To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

**Ship To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | |
|---|---|---|---|---|
| Customer ID | 12942 | | Job No. | 10-08-002 |
| Terms | Net 15 Days | | ESI Project No. | |
| SalesPerson | ZZZ JAR | | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Labor - Handtime | 40.00 | 40.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 40.00 |
| Total Sales Tax: | 0.00 |
| Total: | 40.00 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551885

Invoice Date: 10/19/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | CB57112 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| | Trial Copy Work Ordered by Eileen Callahan from 10-4-10 to 10-17-10 | | |
| 2,186 | Copies - B/W (11 x 17) | 0.08 | 174.88 |
| 3,076 | Copies - Color (8.5x11) | 0.75 | 2,307.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 2,481.88 |
| Total Sales Tax: | 0.00 |
| Total: | 2,481.88 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551063

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Job No. 10-04-001
ESI Project No.
Client / Matter No. 321382.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Dunsbergen Trial Notebooks - Wendy Gabriel | | |
| 5,201 | C Work - Medium Litigation | 0.11 | 572.11 |
| 63 | Copies - Color (8.5x11) | 0.75 | 47.25 |
| 49 | Custom Tabs | 0.30 | 14.70 |
| 14 | 3" Binders | 15.00 | 210.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 844.06 |
| Total Sales Tax: | 0.00 |
| Total: | 844.06 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551062

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Job No.      10-02-003
ESI Project No.
Client / Matter No.    321362.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Blowbacks - Wendy Gabriel | | |
| 1,971 | D Work - Heavy Litigation | 0.13 | 256.23 |
| 1,068 | Copies - Color (8.5x11) | 0.75 | 801.00 |
| 136 | Custom Tabs | 0.30 | 40.80 |
| 6 | 3" Binders | 15.00 | 90.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,188.03 |
| Total Sales Tax: | 0.00 |
| Total: | 1,188.03 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551056

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| Job No. | 10-09-002 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 112 | C Work - Medium Litigation | 0.13 | 14.56 |
| 80 | Copies - Color (8.5x11) | 0.75 | 60.00 |
| 26 | Custom Tabs | 0.30 | 7.80 |
| 2 | 1" Binders | 5.00 | 10.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 92.36 |
| Total Sales Tax: | 0.00 |
| Total: | 92.36 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551037

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | |
|---|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-03-004 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Palmer Trial Exhibits - Lana Morrison | | |
| 1,764 | C Work - Medium Litigation | 0.11 | 194.04 |
| 119 | Copies - Color (8.5x11) | 0.75 | 89.25 |
| 119 | Custom Tabs | 0.30 | 35.70 |
| 7 | 2" Binders | 10.00 | 70.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 388.99 |
| Total Sales Tax: | 0.00 |
| Total: | 388.99 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

**INVOICE**

Invoice Number: 551036

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool |
| Terms | Net 15 Days | Job No. | 10-03-001 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 4,294 | C Work - Medium Litigation | 0.11 | 472.34 |
| 279 | Copies - Color (8.5x11) | 0.75 | 209.25 |
| 69 | Tabs | 0.30 | 20.70 |
| 159 | Custom Tabs | 0.30 | 47.70 |
| 12 | 2" Binders | 10.00 | 120.00 |
| 2 | 3" Binders | 15.00 | 30.00 |
| 1 | 4" Binders | 20.00 | 20.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% Interest per month

| | |
|---|---|
| Subtotal: | 919.99 |
| Total Sales Tax: | 0.00 |
| Total: | 919.99 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551035

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Job No.          10-03-002
ESI Project No.
Client / Matter No.   321362.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 749 | C Work - Medium Litigation | 0.11 | 82.39 |
| 1,204 | Copies - Color (8.5x11) | 0.75 | 903.00 |
| 91 | Custom Tabs | 0.30 | 27.30 |
| 7 | 2" Binders | 10.00 | 70.00 |
| | Ficke Trial Notebooks - Wendy Gabriel | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,082.69 |
| Total Sales Tax: | 0.00 |
| Total: | 1,082.69 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551034

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-03-003 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 8,236 | C Work - Medium Litigation | 0.07 | 576.52 |
| 104 | File Folders | 0.50 | 52.00 |
| 10 | Redwelds | 1.50 | 15.00 |
| 114 | Custom Labels | 0.05 | 5.70 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 649.22 |
| Total Sales Tax: | 0.00 |
| Total: | 649.22 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551033

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | |
|---|---|
| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | 10-02-004 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | "Motions in Limine" | | |
| 1,288 | D Work - Heavy Litigation | 0.13 | 167.44 |
| 44 | Tabs | 0.30 | 13.20 |
| 6 | Custom Tabs | 0.30 | 1.80 |
| 2 | 4" Binders | 20.00 | 40.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 222.44 |
| Total Sales Tax: | 0.00 |
| Total: | 222.44 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551031

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| Customer ID | 12942 | | Job No. | 10-05-007 |
| Terms | Net 15 Days | | ESI Project No. | |
| SalesPerson | ZZZ JAR | | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,288 | D Work - Heavy Litigation | 0.13 | 167.44 |
| 135 | Copies - Color (8.5x11) | 0.75 | 101.25 |
| 111 | Custom Tabs | 0.30 | 33.30 |
| 2 | GBC Binding | 2.50 | 5.00 |
| 2 | 4" Binders | 20.00 | 40.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% Interest per month

| | |
|---|---|
| Subtotal: | 346.99 |
| Total Sales Tax: | 0.00 |
| Total: | 346.99 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551030

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | | |
|---|---|---|
| Job No. | 10-05-001 | |
| ESI Project No. | | |
| Client / Matter No. | 321382.00008 Whirlpool | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 26 | Tabs PX 872 - 897<br>Tabs | 0.30 | 7.80 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 7.80 |
| Total Sales Tax: | 0.00 |
| Total: | 7.80 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551047

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

Customer ID    12942
Terms          Net 15 Days
SalesPerson    ZZZ JAR
SalesPerson 2
Cust. P.O.

Job No.             10-11-001
ESI Project No.
Client / Matter No.  321362.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 924 | D Work - Heavy Litigation | 0.13 | 120.12 |
| 556 | Copies - Color (8.5x11) | 0.75 | 417.00 |
| 26 | Tabs | 0.30 | 7.80 |
| 6 | Custom Tabs | 0.30 | 1.80 |
| 2 | 4" Binders | 20.00 | 40.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 586.72 |
| Total Sales Tax: | 0.00 |
| Total: | 586.72 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 551045

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | |
|---|---|
| Customer ID 12942 | Job No. 10-11-005 |
| Terms Net 15 Days | ESI Project No. |
| SalesPerson ZZZ JAR | Client / Matter No. 321362.00008 Whirlpool |
| SalesPerson 2 | |
| Cust. P.O. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Seger Trial Notebooks - Wendy Gabriel | | |
| 505 | D Work - Heavy Litigation | 0.13 | 65.65 |
| 1,135 | Copies - Color (8.5x11) | 0.75 | 851.25 |
| 186 | Custom Tabs | 0.30 | 55.50 |
| 5 | 2" Binders | 10.00 | 50.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,022.40 |
| Total Sales Tax: | 0.00 |
| Total: | 1,022.40 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 551044

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | |
|---|---|
| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

Job No.          10-11-006
ESI Project No.
Client / Matter No.   321362.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Rao Trial Notebooks - Lana Morrison | | |
| 1,224 | D Work - Heavy Litigation | 0.13 | 159.12 |
| 560 | Copies - Color (8.5x11) | 0.75 | 420.00 |
| 56 | Custom Tabs | 0.30 | 16.80 |
| 4 | 3" Binders | 15.00 | 60.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 655.92 |
| Total Sales Tax: | 0.00 |
| Total: | 655.92 |

Accepted By: _____

Remit To: Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551046

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| Job No. | 10-11-007 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Trial Transcripts Wk. 1 - 10/4 - 10/8 | | |
| 616 | C Work - Medium Litigation | 0.11 | 67.76 |
| 16 | Custom Tabs | 0.30 | 4.80 |
| 2 | 2" Binders | 10.00 | 20.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 92.56 |
| Total Sales Tax: | 0.00 |
| Total: | 92.56 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 551042

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | |
|---|---|---|
| Customer ID | 12942 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ JAR | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | |
|---|---|
| Job No. | 10-12-006 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | McIntyre Trial Notebooks – Wendy Gabriel | | |
| 1,360 | B Work - Light Litigation | 0.11 | 149.60 |
| 65 | Copies - Color (8.5x11) | 0.75 | 48.75 |
| 80 | Custom Tabs | 0.30 | 24.00 |
| 5 | 2" Binders | 10.00 | 50.00 |

*Thank you for choosing Document Technologies, Inc.*
*Past due invoices are subject to 1.5% interest per month*

| | |
|---|---|
| Subtotal: | 272.35 |
| Total Sales Tax: | 0.00 |
| Total: | 272.35 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551039

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| Customer ID | 12942 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ JAR |
| SalesPerson 2 | |
| Cust. P.O. | |

| Job No. | 10-13-001 |
| ESI Project No. | |
| Client / Matter No. | 321362.00008 Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 644 | C Work - Medium Litigation | 0.11 | 70.84 |
| 56 | Copies - Color (8.5x11) | 0.75 | 42.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 112.84 |
| Total Sales Tax: | 0.00 |
| Total: | 112.84 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551053

Invoice Date: 10/14/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | |
|---|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-09-003 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Doll Prep and Trial Notebooks - Wendy Gabriel | | |
| 85 | D Work - Heavy Litigation | 0.13 | 11.05 |
| 190 | Copies - Color (8.5x11) | 0.75 | 142.50 |
| 15 | Custom Tabs | 0.30 | 4.50 |
| 5 | 1" Binders | 5.00 | 25.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 183.05 |
| Total Sales Tax: | 0.00 |
| Total: | 183.05 |

Accepted By: _____

Remit To: Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551951

Invoice Date: 10/19/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | 12942 | | Job No. | 10-14-003 | |
| Terms | Net 15 Days | | ESI Project No. | | |
| SalesPerson | ZZZ JAR | | Client / Matter No. | 321362.00008 Whirlpool | |
| SalesPerson 2 | | | | | |
| Cust. P.O. | | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 296 | D Work - Heavy Litigation | 0.13 | 38.48 |
| 92 | Copies - Color (8.5x11) | 0.75 | 69.00 |
| 16 | Tabs | 0.30 | 4.80 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 112.28 |
| Total Sales Tax: | 0.00 |
| Total: | 112.28 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551950

Invoice Date: 10/19/10

**Bill To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

**Ship To:**
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-14-004 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,892 | B Work - Light Litigation | 0.11 | 208.12 |
| 88 | Copies - Color (8.5x11) | 0.75 | 66.00 |
| 32 | Tabs | 0.30 | 9.60 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 283.72 |
| Total Sales Tax: | 0.00 |
| Total: | 283.72 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551948

Invoice Date: 10/19/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

Customer ID   12942
Terms         Net 15 Days
SalesPerson   ZZZ JAR
SalesPerson 2
Cust. P.O.

Job No.            10-14-008
ESI Project No.
Client / Matter No.   321362.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,135 | D Work - Heavy Litigation | 0.13 | 147.55 |
| 523 | Copies - Color (8.5x11) | 0.75 | 392.25 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 539.80 |
| Total Sales Tax: | 0.00 |
| Total: | 539.80 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 551944

Invoice Date: 10/19/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | | |
|---|---|---|---|---|
| Customer ID | 12942 | Job No. | 10-14-009 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | ZZZ JAR | Client / Matter No. | 321362.00008 Whirlpool | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Dunsbergen Trial Notebooks - Wendy Gabriel | | |
| 770 | D Work - Heavy Litigation | 0.13 | 100.10 |
| 155 | Copies - Color (8.5x11) | 0.75 | 116.25 |
| 35 | Custom Tabs | 0.30 | 10.50 |
| 5 | 1 1/2" Binders | 7.50 | 37.50 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 264.35 |
| Total Sales Tax: | 0.00 |
| Total: | 264.35 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 553076

Invoice Date: 10/26/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

Customer ID    12942
Terms          Net 15 Days
SalesPerson    ZZZ JAR
SalesPerson 2
Cust. P.O.

Job No.
ESI Project No.
Client / Matter No.    10-21-004

Client / Matter No.    321362.00008 Whirlpool

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 540 | D Work - Heavy Litigation | 0.13 | 70.20 |
| 28 | Copies - Color (8.5x11) | 0.75 | 21.00 |
| 16 | Tabs | 0.30 | 4.80 |
| 4.5 | Labor - Handtime | 40.00 | 180.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 276.00 |
| Total Sales Tax: | 0.00 |
| Total: | 276.00 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 554830

Invoice Date: 10/31/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Job No. | IM 10-19833 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | CHI JNR | Client / Matter No. | 321362.00008 Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Volume: PX002 | | |
| 7,070 | IMG - PDF File Conversion | 0.01 | 70.70 |
| 7,070 | IMG - OCR | 0.03 | 212.10 |
| 5 | IMG - Sr. Technical Time | 125.00 | 625.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 907.80 |
| Total Sales Tax: | 0.00 |
| Total: | 907.80 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 557282

Invoice Date: 11/17/10

Bill To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Eileen Callahan

Ship To:
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507

| | | | |
|---|---|---|---|
| Customer ID | 12942 | Client / Matter No. | Whirlpool Trial-Find Exhibits Scanning & |
| Terms | Net 15 Days | Job No. | IM 11-20185 |
| SalesPerson | CHI JAR | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | DX & PX Admitted Exhibits | | |
| 4,418 | Scanning D work - Heavy Lit | 0.13 | 574.34 |
| 865 | Scanning - Color | 0.20 | 173.00 |
| 4 | IMG - CD Master | 15.00 | 60.00 |
| 171 | IMG - File Naming | 0.35 | 59.85 |
| 5,283 | IMG - OCR | 0.02 | 105.66 |
| 6 | IMG - Sr. Technical Time | 125.00 | 750.00 |
| 2 | Shipping | 20.00 | 40.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,762.85 |
| Total Sales Tax: | 0.00 |
| Total: | 1,762.85 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435

**INVOICE**

# IKON

**Office Solutions**

**Document Services**

Phone: ( 866 ) 233-4713

Federal ID # : 230334400

| | |
|---|---|
| Invoice # | CHI10100043 |
| Invoice Date | 10/04/2010 |
| Due Date | 11/03/2010 |
| Customer # | CHI-REEF |
| Order # | SONumber |

**TERMS: Net 30 Days**

SOLD TO:
REED - SMITH
225 FIFTH AVENUE

PITTSBURGH, PA 15222

SHIP TO:
REED - SMITH
10 S. WACKER DRIVE
SUITE# 3800
CHICAGO, IL 60606

| Order Date | Ordered BY | Reference / Case # | Account Manager |
|---|---|---|---|
| 10/4/2010 | EILEEN CALLAHAN | 321362.00008.008665 | Ryan Bannack |
| Reference 2 | EILEEN CALLAHAN | Reference 3 | Chicago |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 602 | Binds - GBC | 12 | 2.5000 | 30.00 |
| 4019 | Flash Drive | 1 | 19.9900 | 19.99 |
| 631 | Folders: Redwell Folders - LGL | 12 | 4.0000 | 48.00 |
| 4002 | Image Conversion (MS Office, e | 1467 | 0.0800 | 117.36 |
| 728 | Prints w/ Assembly | 8802 | 0.1000 | 880.20 |

Thank You for Using IKON Document Services

PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | .00 |
| Sales Tax: | .00 |
| Non-Taxable: | 1,095.55 |
| Postage: | .00 |
| Delivery: | .00 |
| **PAY THIS AMOUNT:** | **1,095.55** |

Received and approved by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From :

REED - SMITH

225 FIFTH AVENUE

PITTSBURGH, PA 15222

Amount Enclosed

$

Please Remit to:
IKON Office Solutions
Attn: National Accounts
P.O. Box 676466
Dallas, TX 75267-6466

| Invoice # | CHI10100043 |
|---|---|
| Invoice Date | 10/04/2010 |
| Customer # | CHI-REEF |
| Order # | SONumber |

| **PAY THIS AMOUNT:** | **1,095.55** |
|---|---|

8/25/2011 3:01:54 PM

**INVOICE**

# IKON

**Office Solutions**
**Document Services**
Phone: ( 866 ) 233-4713

Federal ID # : 230334400

| Invoice # | CHI10100113 |
|---|---|
| Invoice Date | 10/07/2010 |
| Due Date | 11/06/2010 |
| Customer # | CHI-REEF |
| Order # | SONumber |

**TERMS: Net 30 Days**

SOLD TO:
REED - SMITH
225 FIFTH AVENUE

PITTSBURGH, PA 15222

SHIP TO:
REED - SMITH
10 S. WACKER DRIVE
SUITE# 3800
CHICAGO, IL 60606

| Order Date | Ordered BY | Reference / Case # | Account Manager |
|---|---|---|---|
| 10/7/2010 | EILEEN CALLAHAN | 321362.00008.008665 | Ryan Banneck |
| Reference 2 | E. CALLAHAN | Reference 3 | Chicago |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 628 | Binder - D Ring 4" | 26 | 26.0000 | 676.00 |
| 589 | Color 8.5x11 (Letter) Copies | 13215 | 0.6500 | 8589.75 |
| 000 | Custom Labels Applied | 2610 | 1.0000 | 2610.00 |
| 636 | Folders: Manila Folders - LGL | 2610 | 0.7500 | 1957.50 |
| 631 | Folders: Redwell Folders - LGL | 91 | 4.5000 | 409.50 |
| 728 | Prints w/ Assembly | 55420 | 0.1000 | 5542.00 |
| 634 | Tabs (Alpha/Numeric) | 871 | 0.2500 | 217.75 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**
YOUR SIGNATURE IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | .00 |
|---|---|
| Sales Tax: | .00 |
| Non-Taxable: | 20,002.50 |
| Postage: | .00 |
| Delivery: | .00 |
| **PAY THIS AMOUNT:** | **20,002.50** |

Received and approved by:

Date:

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From :
REED - SMITH

225 FIFTH AVENUE

PITTSBURGH, PA 15222

Please Remit to:
IKON Office Solutions
Attn: National Accounts
P.O. Box 676466
Dallas, TX 75267-6466

Amount Enclosed

$

| Invoice # | CHI10100113 |
|---|---|
| Invoice Date | 10/07/2010 |
| Customer # | CHI-REEF |
| Order # | SONumber |

| PAY THIS AMOUNT: | 20,002.50 |
|---|---|

8/25/2011 3:02:32 PM

EXHIBIT G –